IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-305 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., caused copies of (1) Syngenta's Second Set of Interrogatories (Nos. 5-9); (2) Syngenta's Second Set of Requests for Admission (Nos. 22-23); and (3) Syngenta's Response to Monsanto's Second Set of Requests for the Production of Documents and Things (Nos. 57-77) to be served on March 16, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Susan Knoll, Esquire
Howrey, Simon, Arnold & White, LLP
750 Bering Drive, #400
Houston, TX 77057

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 16, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Susan Knoll, Esquire
Howrey, Simon, Arnold & White, LLP
750 Bering Drive, #400
Houston, TX 77057

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        John W. Shaw (No. 3362)
        Adam W. Poff (No. 3990)
        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        (302) 571-6600
        apoff@ycst.com

        Attorneys for Defendants Syngenta Seeds, Inc. and
        Syngenta Biotechnology, Inc.

Dated: March 16, 2005

WP3:1094684.1                                         59155.1008