IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 04-305-SLR (lead case) |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

At Wilmington this 24th day of March, 2005, consistent with the memorandum opinion issued in Civ. No. 04-908-SLR this same date;

IT IS ORDERED that:

1. The above captioned matter shall be consolidated with Civ. No. 04-908-SLR.

2. The above caption shall be used for all future filings in this consolidated action.

_____
United States District Judge