IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>            Plaintiffs,<br><br>            v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., and<br>JC ROBINSON SEEDS, INC.,<br><br>            Defendants. | Civil Action No. 04-305 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., caused copies of Syngenta's Response to Monsanto's Second Set of Interrogatories (No. 8) to be served on March 24, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

WP3:1097376.1

59155.1008

BY FEDERAL EXPRESS

Susan Knoll, Esquire
Howrey, Simon, Arnold & White, LLP
750 Bering Drive, #400
Houston, TX 77057

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 24, 2005 upon the following counsel of record in the manner indicated:

BY ELECTRONIC FILING & HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

BY FEDERAL EXPRESS

Susan Knoll, Esquire
Howrey, Simon, Arnold & White, LLP
750 Bering Drive, #400
Houston, TX 77057

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Defendants

Dated: March 24, 2005