IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C. A. No. 04-305 (SLR)<br>)　(lead case)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of Monsanto's Second Supplemental Responses to Syngenta's First Set of Interrogatories (Nos. 1-4) were caused to be served on March 28, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Glenn Christopher Mandalas, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### VIA FEDERAL EXPRESS

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
　Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Susan K. Knoll<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY SIMON ARNOLD &<br>  WHITE, LLP<br>750 Bering Drive<br>Houston, TX 77057<br>Telephone (713) 787-1400<br><br>Dated: March 28, 2005 | By: _/s/ Richard L. Horwitz_<br>Richard L. Horwitz<br>David E. Moore<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Plaintiffs |

675662 / 28128

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 28, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Glenn Christopher Mandalas, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on March 28, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

674694