IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., and<br>JC ROBINSON SEEDS, INC.,<br><br>  Defendants. | Civil Action No. 04-305 (SLR) |

## NOTICE OF LODGING OF COVENANT NOT TO SUE

Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") submit for the record in this litigation the original of Monsanto's Covenant Not to Sue Defendants for Infringement of Certain Patent Claims.

Based on Monsanto's covenant not to sue Syngenta for infringement of any claim of U.S. Patent No. 5,188,642 ("the '642 patent"), Syngenta has agreed that it will not pursue its Counterclaims for declaratory judgment that the claims of the '642 patent are invalid and/or not infringed by Syngenta. Syngenta therefore has not reasserted its declaratory judgment

873056v1

Counterclaims with respect to the '642 patent in its recently filed Answer to the Second Amended Complaint.

Accordingly, Syngenta respectfully requests that the Court enter the enclosed Covenant Not to Sue into the record of this litigation.

          Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendants Syngenta Seeds, Inc.,
Syngenta Biotechnology, Inc.,
Golden Harvest Seeds, Inc.,
Garwood Seed Co.,
Golden Seed Company, L.L.C.,
Sommer Bros. Seed Company,
Thorp Seed Co., and
JC Robinson Seeds, Inc.

Of counsel:

Don O. Burley
Michael J. Flibbert
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: March 31, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on March 31, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**
>Susan Knoll, Esquire
>Howrey, Simon, Arnold & White, LLP
>750 Bering Drive, #400
>Houston, TX 77057

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendants*