## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 04-305-SLR |

## MONSANTO'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO SCHEDULE THE ANTITRUST CLAIMS ON A SEPARATE TRACK FROM THE PATENT LITIGATION

Defendants Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") move this Court to stay discovery and other proceedings on Syngenta's Sherman Act § 2 Amended Complaint until the resolution of the Monsanto Shah patent claims, or in the alternative, to schedule discovery and trial of the antitrust claims on a track separate from the schedule currently in place for the patent claims. Pursuant to L.R. 7.1.1., after discussion among counsel, Monsanto has been informed that, while Syngenta will oppose a stay, Syngenta is in agreement with establishing a separate schedule for the discovery and trial of its antitrust claims.

The grounds for this Motion are more fully set forth in Monsanto's Opening Brief in support of the Motion, filed contemporaneously herewith.

Monsanto has attached a proposed form of Order for the Court's convenience.

Respectfully submitted,

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

John F. Lynch
Susan K. Knoll
HOWREY SIMON ARNOLD & WHITE LLP
750 Bering Drive
Houston, TX 77057
(713) 787-1400
(713) 787-1440 facsimile

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5454 facsimile

Dated: April 7, 2005

677248

POTTER ANDERSON & CORROON LLP

By: _____

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company
and Monsanto Technology LLC*

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 7, 2005, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification of

such filing(s) to the following and the document is available for viewing and downloading from

CM/ECF:

> John W. Shaw
> Young Conaway Stargatt & Taylor, L.L.P.
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

I hereby certify that on April 7, 2005, I have Federal Expressed the foregoing

document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677273