THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-305-SLR |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of Monsanto's Motion To Stay Or, in the Alternative, to Schedule the Antitrust Claims On a Separate Track From the Patent Litigation, and the memoranda submitted by all parties, this Court hereby ORDERS that Monsanto's Motion to Stay is hereby GRANTED; discovery and other proceedings relating to Syngenta's Amended Complaint are stayed pending resolution of the patent issues, upon which a pre-trial scheduling order for the antitrust claims will be issued by this Court.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

                                                                                     SUE L. ROBINSON
                                                                                     Chief Judge
                                                                                     U.S. District Court for the
                                                                                     District of Delaware