IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-305-SLR<br>)  (Consolidated case)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Peter E. Moll and John J. Rosenthal of Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Ave., N.W., Washington, DC 20004 to represent plaintiffs Monsanto Company and Monsanto Technology LLC in this matter.

　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　Telephone (302) 984-6000
　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

Dated:  April 12, 2005　　　　　　　*Attorneys for Monsanto Company*
677641　　　　　　　　　　　　　　　*and Monsanto Technology LLC*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of ___SEE ATTACHMENT A___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: 4/12/05        Signed: _____
                     Peter E. Moll
                     HOWREY SIMON ARNOLD & WHITE LLP
                     1299 Pennsylvania Ave., N.W.
                     Washington, DC 20004
                     (202) 783-0800

Attachment A

# PETER E. MOLL
# ADMISSIONS

| BARS | ADMITTED |
|---|---|
| Massachusetts (350780) | 12/18/75 |
| District of Columbia (231282) | 7/20/76 |
| New Jersey (04695) | 3/1/86 |
| **COURTS** | |
| Supreme Judicial Court, Commonwealth of MA | 12/18/72 |
| District of Columbia Court of Appeals | 7/20/76 |
| U.S. District Court for the District of Columbia | 12/1/80 |
| Supreme Court of the United States | 1/12/81 |
| U.S. Court of Appeals for D.C. Circuit | 1/30/81 |
| U.S. Court of Appeals for the Fifth Circuit | 10/14/81 |
| U.S. District Court of the N.D. of Indiana | 7/6/82 |
| U.S. Court of Appeals for the Third Circuit | 10/31/83 |
| U.S. Court of Appeals for the Ninth Circuit | 7/21/88 |
| U.S. Court of Appeals for the Eighth Circuit | 12/5/88 |
| U.S. District Court for the N.D. of California | 8/25/92 |
| U.S. Court of Appeals for the Second Circuit | 1/20/95 |
| U.S. Court of Appeals for the Fourth Circuit | 11/4/99 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of Maryland and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: 4/12/05        Signed: _____
John J. Rosenthal
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 12, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on April 12, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274