IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 04-305-SLR<br>) (Consolidated case)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John DeQ. Briggs and Scott E. Flick of Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Ave., N.W., Washington, DC 20004 to represent plaintiffs Monsanto Company and Monsanto Technology LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: April 15, 2005
677641

*Attorneys for Monsanto Company
and Monsanto Technology LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of  SEE ATTACHED LIST  and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: 4/12/05     Signed: /s/ John DeQ. Briggs

John DeQ. Briggs
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

# BAR/COURT ADMISSIONS
## John DeQ. Briggs

| | | |
|---|---|---|
| 2nd Circuit | December 15, 1980 | John DeQ. Briggs |
| 3rd Circuit | August 26, 1982 | John DeQ. Briggs |
| 4th Circuit | November 13, 1978 | John DeQ. Briggs |
| 5th Circuit | July 13, 1984 | John DeQ. Briggs |
| 6th Circuit | May 30, 1989 | John D. Briggs |
| 9th Circuit | July 30, 1990 | John DeQuedville Briggs, III |
| 11th Circuit | September 13, 1989 | John DeQ. Briggs |
| | | |
| D.C. Court of Appeals | March 6, 1973 | John DeQuedville Briggs, III |
| U.S. Court of Appeals, District of Columbia | November 14, 1977 | John DeQ. Briggs, III |
| Court of Appeals, Federal Circuit | November 25, 1986 | John D. Briggs |
| U.S. District Court for the District of Columbia | February 2, 1976 | John DeQ. Briggs, III |
| U.S. District Court for the District of Connecticut (No. CT 02835) | June 13, 1988 | John DeQ. Briggs, III |
| U.S. District Court, Eastern District of Wisconsin | December 11, 2002 | John DeQ. Briggs |
| Supreme Court | August 12, 1983 | John DeQ. Briggs, III |
| | | |
| D.C. Bar No. | 1973 | # 171470 |
| International Bar Association | 2000 | # 159589 |
| | | |

Updated: December 2002

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the __District of Columbia__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: __04/14/05__     Signed: _____
Scott E. Flick
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 15, 2005, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on April 15, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274