IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 04-305-SLR |
| SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., | : | |
| Defendants. | : | |
| SYNGENTA SEEDS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-908-SLR |
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | : | |
| Defendants. | : | <u>CONSOLIDATED</u> |

<u>ORDER</u>

At Wilmington this **26th day of April, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 15, 2005 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the above matters and the mediation previously scheduled for August 26, 2005 in C. A. No. 04-305-SLR.  **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE