## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-305-LR |
| SYNGENTA SEEDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-908-SLR<br><br><br>CONSOLIDATED |

### NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC,

hereby certifies that true and correct copies of Monsanto's Third Supplemental Responses to

Syngenta's First Set of Interrogatories (Nos. 1-4) were caused to be served on April 27,

2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413


OF COUNSEL:

Susan K. Knoll
Steven G. Spears
HOWREY LLP
750 Bering Drive
Houston, TX  77057
Telephone (713) 787-1400

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
(202) 783-0800

Dated:  April 27, 2005

679728

POTTER ANDERSON & CORROON LLP

BY: _____
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Telephone (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Attorneys for Plaintiffs

2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 27, 2005, the attached document

was served via hand delivery and was electronically filed with the Clerk of the Court using

CM/ECF which will send notification of such filing(s) to the following and the document is

available for viewing and downloading from CM/ECF:

> John W. Shaw
> Young Conaway Stargatt & Taylor, L.L.P.
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

I hereby certify that on April 27, 2005, I have Federal Expressed the foregoing

document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert, Esq.
Don O. Burley, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274