IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., and<br>JC ROBINSON SEEDS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-305-SLR<br>(Consolidated) |
| SYNGENTA SEEDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-908-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., caused copies of Syngenta's Sixth Set of Document Requests (No. 195) to be served on April 29, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>750 Bering Drive
>Houston, TX 77057

>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 29, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>750 Bering Drive
>Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          _____
          John W. Shaw (No. 3362)
          Adam W. Poff (No. 3990)
          YOUNG CONAWAY STARGATT &
           TAYLOR, LLP
          The Brandywine Building, 17th Floor
          1000 West Street
          Wilmington, Delaware 19801
          (302) 571-6600
          apoff@ycst.com

          *Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.*

Dated: April 29, 2005

WP3:1108035.1                                                                                59155.1008