IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 04-305-SLR |
| | ) | |
| SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., | )<br>)<br>) | |
| Defendants. | ) | |
| | | (Consolidated) |
| SYNGENTA SEEDS, INC., | )<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 04-908-SLR |
| | ) | |
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Defendants. | ) | |

### WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Steven C. Sunshine, Esq., formerly of Shearman & Sterling, LLP, for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. is hereby withdrawn in this action. Pursuant to D. Del. LR. 83.7, Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. continue to be represented in this action by John W. Shaw and the law firm

of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Shearman & Sterling, LLP.

>Respectfully submitted,
>
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>SHEARMAN & STERLING LLP
>Heather Lamberg Kafele
>801 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 508-8000
>
>Richard F. Schwed
>Thomas A. McGrath III
>599 Lexington Avenue
>New York, NY 10022-6069
>Telephone: (212) 848-4000
>
>*Attorneys for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.*

Dated: May 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on May 13, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.*

WP3:1111981.1                                                                59155.1008