IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-305-LR |
| | ) | (lead case) |
| SYNGENTA SEEDS, INC. and | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC,

hereby certifies that true and correct copies of Monsanto's Third Set of Requests for the

Production of Documents and Things (Nos. 78-83) were caused to be served on May 24,

2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

OF COUNSEL:

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
(202) 783-0800

John F. Lynch
Susan K. Knoll
Steven G. Spears
HOWREY LLP
750 Bering Drive
Houston, TX  77057
Telephone (713) 787-1400

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004
(202) 942-5000

Dated:  May 24, 2005

683476

POTTER ANDERSON & CORROON LLP


By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company and
Monsanto Technology LLC*

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 24, 2005, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


I hereby certify that on May 24, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed                          Michael J. Flibbert, Esq.
Thomas A. McGrath III                      Don O. Burley, Esq.
Shearman & Sterling LLP                    Howard W. Levine, Esq.
599 Lexington Avenue                       Finnegan, Henderson, Farabow,
New York, NY  10022-6069                     Garrett & Dunner, L.L.P.
                                           901 New York Ave., NW
                                           Washington, DC  20001-4413


                                           Richard L. Horwitz
                                           David E. Moore
                                           Potter Anderson & Corroon LLP
                                           Hercules Plaza – Sixth Floor
                                           1313 North Market Street
                                           Wilmington, DE  19801
                                           (302) 984-6000
                                           rhorwitz@potteranderson.com
                                           dmoore@potteranderson.com

677274