## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No.: 04-305-SLR |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., and | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| GOLDEN HARVEST SEEDS, INC., | ) | |
| GARWOOD SEED CO. | ) | (Consolidated) |
| GOLDEN SEED COMPANY L.L.C. | ) | |
| SOMMER BROS. SEED COMPANY | ) | |
| THORP SEED CO., AND | ) | |
| JC ROBINSON SEEDS, INC. | ) | |
| | ) | C.A. No.: 04-908-SLR |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that on June 17, 2005, copies of Syngenta Seeds, Inc.'s

Objections and Responses to Monsanto's First Request for Production of Documents

(Antitrust Case)  were caused to be served on the following counsel of record in the

manner indicated:

**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801


**BY FEDERAL EXPRESS**

    Peter E. Moll, Esquire
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C.  20004

    Susan Knoll, Esquire
    Howrey Simon Arnold & White, LLP
    750 Bering Drive
    Houston, TX  77057

    Kenneth A. Letzler, Esquire
    Arnold & Porter LLP
    555 12th Street, N.W.
    Washington, D.C.  20004


    YOUNG CONAWAY STARGATT &
    TAYLOR, LLP

    *Karen E. Keller*

    John W. Shaw (No. 3362)
    Rolin P. Bissell (No. 4478)
    Karen E. Keller (No. 4489)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware 19801
    (302) 571-6600

    *Attorneys for Plaintiff*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Thomas A. McGrath III
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:    (212) 848-7174

Dated: June 20, 2005