IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-305-SLR<br>)         (lead case)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. caused copies of Syngenta's Response to Monsanto's Third Set of Requests for the Production of Documents and Things (Nos. 78-83) to be served on June 23, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

    Peter E. Moll, Esquire
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004

    Susan Knoll, Esquire
    Howrey Simon Arnold & White, LLP
    750 Bering Drive
    Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 23, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ John W. Shaw
                    _____
                    John W. Shaw (No. 3362)
                    Adam W. Poff (No. 3990)
                    YOUNG CONAWAY STARGATT &
                     TAYLOR, LLP
                    The Brandywine Building, 17th Floor
                    1000 West Street
                    Wilmington, Delaware 19801
                    (302) 571-6600
                    jshaw@ycst.com

                    Attorneys for Syngenta Seeds, Inc.

Dated: June 23, 2005