IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEKALB GENETICS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>SYNGENTA SEEDS, INC., )<br>SYGENTA BIOTECHNOLOGY, INC., )<br>GOLDEN HARVEST SEEDS, INC. )<br>GARWOOD SEED CO., )<br>GOLDEN SEED COMPANY, L.L.C., )<br>SOMMER BROS. SEED COMPANY, )<br>THORP SEED CO., and )<br>JC ROBINSON SEEDS, INC., )<br>)<br>Defendants ) | Civil Action No. 05-355-SLR<br>(lead case) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. caused copies of Syngenta's Response to Dekalb's Fourth Set of Interrogatories (No. 15) to be served on June 27, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057


Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 27, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Syngenta Seeds, Inc.

Dated: June 27, 2005