IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., and<br>JC ROBINSON SEEDS, INC.,<br><br>    Defendants. | Civil Action No. 04-305-SLR<br><br><br><br>(Consolidated) |
| SYNGENTA SEEDS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Defendants. | Civil Action No. 04-908-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. caused copies of Syngenta Seeds, Inc.'s First Set of Interrogatories (Antitrust Case) to be served on June 30, 2005 on the following counsel of record in the manner indicated:


**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

    Peter E. Moll, Esquire
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004

    Susan Knoll, Esquire
    Howrey Simon Arnold & White, LLP
    750 Bering Drive
    Houston, TX 77057

    Kenneth A. Letzler, Esquire
    Arnold & Porter LLP
    555 12th Street, N.W.
    Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 30, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

    Peter E. Moll, Esquire
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004

    Susan Knoll, Esquire
    Howrey Simon Arnold & White, LLP
    750 Bering Drive
    Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/ John W. Shaw_
        John W. Shaw (No. 3362)
        Glenn C. Mandalas (No. 4432)
        YOUNG CONAWAY STARGATT &
         TAYLOR, LLP
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware  19801
        (302) 571-6600
        jshaw@ycst.com

        Attorneys for Syngenta Seeds, Inc.

Dated: June 30, 2005