IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-305 (SLR)<br>)<br>)<br>)<br>)　(Consolidated)<br>)<br>)<br>) |
| SYNGENTA SEEDS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MONSANTO COMPANY and<br>MONSANTO COMPANY TECHNOLOGY LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Howard W. Levine, Scott J. Popma, Sanya Sukduang and Jennifer A. Johnson to represent Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. in this matter. In accordance with the Standing Order for the District Court Fund effective 1/12/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid

2

previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                _____
                John W. Shaw (No. 3362)
                Glenn C. Mandalas (No. 4432)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19899-0391
                (302) 571-6600
                Attorneys for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

Dated: July 22, 2005

3

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Howard W. Levine, Scott J. Popma, Sanya Sukduang and Jennifer A. Johnson is granted.

Date: _____, ___ 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Howard W. Levine, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 28, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Scott J. Popma, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                 /s/ Scott J. Popma
Scott J. Popma, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 29, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Sanya Sukduang, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Sanya Sukduang, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001

Dated: June 28, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jennifer A. Johnson, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                                Jennifer A. Johnson, Esq.
                                                Finnegan, Henderson, Farabow,
                                                    Garrett & Dunner, L.L.P.
                                                901 New York Ave., NW
                                                Washington, DC 20001

Dated: June 28, 2005

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on July 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on July 22, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY ELECTRONIC FILING & HAND DELIVERY**

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>   Peter E. Moll, Esquire
>   Howrey Simon Arnold & White, LLP
>   1299 Pennsylvania Ave., N.W.
>   Washington, D.C. 20004

>   Susan Knoll, Esquire
>   Howrey Simon Arnold & White, LLP
>   1111 Louisiana, 25th Floor
>   Houston, TX 77002-5242

>   Kenneth A. Letzler, Esquire
>   Arnold & Porter LLP
>   555 12th Street, N.W.
>   Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
John W. Shaw (No. 3362)

WP3:1131703.1                                                       59155.1008