IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | Civil Action No. 04-305 (SLR)<br><br>(Consolidated) |
| SYNGENTA SEEDS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY and<br>MONSANTO COMPANY TECHNOLOGY LLC,<br><br>　　　　　Defendants. | |

**RESPONSE TO MOTION TO AMEND**

Syngenta Seeds, Inc. hereby states that it does not oppose Monsanto Company and Monsanto Technology LLC's Motion for Leave to File an Amended Answer with Counterclaims to Syngenta's Antitrust Claim (D.I. 77) in the antitrust action (Civil Action No. 04-903-SLR), which has been consolidated under the above caption.

By not opposing this motion, Syngenta Seeds, Inc. does not waive any defense to the Amended Answer with Counterclaims, nor does it waive any defense that might be

interposed by the third parties which Monsanto Company and Monsanto Technology LLC seek to join through their Amended Answer with Counterclaims.

    Respectfully submitted,

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ John W. Shaw*

    John W. Shaw (No. 3362)
    Rolin P. Bissell (No. 4478)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19899-0391
    (302) 571-6600
    Email: rbissell@ycst.com

    Attorneys for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 508-8000

Dated: July 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on July 27, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

### BY HAND DELIVERY

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

### BY FEDERAL EXPRESS

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX 77057

> Kenneth A. Letzler, Esquire
> Arnold & Porter LLP
> 555 12th Street, N.W.
> Washington, D.C. 20004

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Glenn C. Mandalas
_____
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.*