## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 04-305-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-355-SLR<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF ROB WILDE

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD

     Please take notice that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs DEKALB Genetics Corporation, Monsanto Company and Monsanto

Technology LLC will take the deposition upon oral examination under oath of Rob Wilde

at the offices of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. at 901

New York Ave, N.W., Washington, D.C. 20001-4413. The deposition will commence

on August 25, 2005 at 9:00 a.m., or at such other time as to which the parties may agree.

The deposition will be taken before a qualified Notary Public or before some

other officer authorized by law to administer oaths. The deposition will be recorded by

audio, video and stenographic means.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

By: _____
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
(713) 787-1400

Dated:  July 29, 2005

Attorneys for Plaintiffs
Dekalb Genetics Corporation,
Monsanto Company and
Monsanto Technology LLC

692713 / 28128

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 29, 2005, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on July 29, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274