# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | | JOSEPH M. BARRY | MATTHEW B. LUNN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | THE BRANDYWINE BUILDING | SEAN M. BEACH | JOSEPH A. MALFITANO |
| RICHARD A. LEVINE | JANET Z. CHARLTON | 1000 WEST STREET, 17TH FLOOR | DONALD J. BOWMAN, JR. | GLENN C. MANDALAS |
| RICHARD A. ZAPPA | ROBERT S. BRADY | WILMINGTON, DELAWARE 19801 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | | CURTIS J. CROWTHER | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | P.O. BOX 391 | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | WILMINGTON, DELAWARE 19899-0391 | ERIN EDWARDS | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | | KENNETH J. ENOS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | (302) 571-6600 | IAN S. FREDERICKS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | (800) 253-2234 (DE ONLY) | JAMES J. GALLAGHER | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | FAX: (302) 571-1253 | DANIELLE GIBBS | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | | ALISON G.M. GOODMAN | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | | KARA S. HAMMOND | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | WWW.YOUNGCONAWAY.COM | DAWN M. JONES | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | | RICHARD S. JULIE | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | DIRECT DIAL: (302) 571-6689 | KAREN E. KELLER | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | DIRECT FAX: (302) 576-3334 | JENNIFER M. KINKUS | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | jshaw@ycst.com | EDWARD J. KOSMOWSKI | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | | JOHN C. KUFFEL | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | | SPECIAL COUNSEL | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| | | | PATRICIA A. WIDDOSS | |

August 1, 2005

**BY CM/ECF AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re: *DeKalb Corp. v. Syngenta Seeds, Inc.*, No. 05-355-SLR
> *Monsanto v. Syngenta Seeds, Inc.*, No. 04-305-SLR

Dear Chief Judge Robinson:

We are submitting this letter to briefly explain Syngenta's request for bifurcation of damages and willful infringement, and for an early motion for summary judgment, as set forth in the proposed Scheduling Order submitted Friday. Monsanto and DeKalb refused to include this brief explanation and we are, accordingly submitting our explanation under separate cover.

Syngenta proposes bifurcation for three reasons. First, Monsanto and DeKalb only completed their document production in response to Syngenta's initial document requests on July 8, 2005, even though the scheduling order in the 04-305-SLR action required completion of document production on or before March 18, 2005. Monsanto produced fully one-half of its documents after the cut-off, and one-quarter of its documents between June 1 and July 8. This late production is significantly impairing Syngenta's ability to prepare for and to take even the technical depositions before the discovery cut-off of September 30, 2005.

Second, consolidation of the DeKalb and Monsanto actions adds two patents to the litigation, for a total of three to be tried. Bifurcation of damages and willful infringement will aid in making a coherent presentation to the jury in the time originally allotted for trial. Third, Syngenta recently consented to plaintiffs' request to add a ninth defendant to the litigation. Accordingly, to maintain the May 30, 2006, trial date and the remaining schedule, Syngenta proposes bifurcating issues of damages and willful infringement.

In addition, as was permitted in the original scheduling order in the 04-305-SLR action, Syngenta proposes (under ¶ 7) that it be permitted to file an early summary judgment motion for non-infringement of the two patents involved in the DeKalb action, U.S. Patent Nos. U.S. Patent

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
August 1, 2005
Page 2

Nos. 6,013,863 ("the '863 patent") or 5,538,880 ("the '880 patent"). The independent claims of these two patents recite processes for transforming corn using a "bombardment" approach. Syngenta—as admitted by DeKalb—has never used such a "bombardment" approach to prepare GA21 corn. DeKalb, nevertheless, argues that Syngenta infringes certain dependent claims in these two patents. Syngenta argues, as a matter of law, that it cannot infringe dependent claims where it has not infringed the corresponding independent claims, particularly where the steps of the independent claims were not carried out during the term of the patent. Thus, Syngenta believes the infringement inquiry for the '863 and '880 patents turns on pure questions of law that are appropriately resolved on summary judgment.

We thank Your Honor for your consideration in this matter.

Respectfully submitted,

John W. Shaw   By Glenn C. Mandalas
(No. 3362)     (No. 4432)

JWS:pt
cc:   Clerk of the Court (by hand delivery)
      Richard L. Horwitz, Esquire (by hand delivery and CM/ECF)