## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
                                         )
         Plaintiffs, )
                                         )
       v. )          C. A. No. 04-305-LR
                                       )       (lead case)
SYNGENTA SEEDS, INC. and )
SYNGENTA BIOTECHNOLOGY, INC., )
                                         )
        Defendants. )

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC,

hereby certifies that true and correct copies of Monsanto's First Supplemental Responses to

Syngenta's Second Set of Interrogatories (Nos. 5-9) were caused to be served on August 2,

2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Karen Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

OF COUNSEL:                          POTTER ANDERSON & CORROON LLP

Peter E. Moll
John DeQ. Briggs
Scott E. Flick                       By: _____
John Rosenthal                           Richard L. Horwitz
HOWREY LLP                               David E. Moore
1299 Pennsylvania Ave., N.W.             Hercules Plaza, 6th Floor
Washington, DC  20004                    1313 N. Market Street
(202) 783-0800                           P.O. Box 951
                                         Wilmington, DE  19899-0951
John F. Lynch                            Telephone (302) 984-6000
Susan K. Knoll                           rhorwitz@potteranderson.com
Steven G. Spears                         dmoore@potteranderson.com
HOWREY LLP
750 Bering Drive                     *Attorneys for Monsanto Company and*
Houston, TX  77057                   *Monsanto Technology LLC*
Telephone (713) 787-1400

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004
(202) 942-5000

Dated:  August 2, 2005

693082

2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on August 2, 2005, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


I hereby certify that on August 2, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed                    Michael J. Flibbert
Thomas A. McGrath III                Don O. Burley
Shearman & Sterling LLP              Howard W. Levine
599 Lexington Avenue                 Finnegan, Henderson, Farabow,
New York, NY  10022-6069               Garrett & Dunner, L.L.P.
                                     901 New York Ave., NW
                                     Washington, DC  20001-4413

                                     _____
                                     Richard L. Horwitz
                                     David E. Moore
                                     Potter Anderson & Corroon LLP
                                     Hercules Plaza – Sixth Floor
                                     1313 North Market Street
                                     Wilmington, DE  19801
                                     (302) 984-6000
                                     rhorwitz@potteranderson.com
                                     dmoore@potteranderson.com

677274