# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC.<br><br>                                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 04-305-SLR<br><br><br><br>(Consolidated)<br><br><br><br><br>C.A. No.: 04-908-SLR |
| SYNGENTA SEEDS, INC.,<br><br>                                    Plaintiff,<br><br>        v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>                                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

The Court, having considered Plaintiff Syngenta Seeds, Inc.'s motion to file a second amended complaint, IT IS HEREBY ORDERED this _____ day of _____, 2005, that:

    1.    Plaintiff Syngenta Seeds, Inc.'s Motion for Leave to File Second Amended Complaint is GRANTED; and

2

2. The Proposed Second Amended Complaint, attached as Exhibit A to the motion, is deemed filed and served as of the date of this Order

_____
United States District Judge