IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 04-305 (SLR)<br>)　　　　　(lead case)<br>)<br>)<br>)<br>) |

## DECLARATION OF EDWARD C. RESLER

1. I, Edward C. Resler, serve as Vice President and General Counsel, Plant Science, of Syngenta Seeds, Inc., which is one of the defendants in this action.

2. Pursuant to the Court's order issued during the discovery conference on August 11, 2005, I am executing this declaration in support of Syngenta's opposition to Monsanto's request for the production of Syngenta's "GA21 activity list," which Syngenta withheld from production in this case on the grounds of attorney-client privilege and work-product immunity.

3. One of my responsibilities as General Counsel, Plant Science, of Syngenta Seeds, Inc. is to provide confidential legal advice to Syngenta in connection with its activities relating to GA21 corn products. In providing this legal advice, I frequently consult with other in-house counsel as well as outside counsel, including Finnegan, Henderson, Farabow, Garrett & Dunner, LLP ("Finnegan, Henderson"), which serves as outside patent litigation counsel in this action.

4. I am familiar with the "GA21 activity list," which Monsanto has requested. In my capacity as General Counsel, I directed a Syngenta employee, Rob Wilde, to prepare the GA21 activity list sometime after Monsanto Company and Monsanto Technology LLC sued Syngenta for patent infringement on May 12, 2004, in this Court in connection with Syngenta's proposed

951868v1

marketing of GA21 corn products. Monsanto's wholly owned subsidiary, DeKalb Genetics Corporation, brought a second patent infringement lawsuit against Syngenta relating to GA21 corn in the United States District Court for the Northern District of Illinois ("the DeKalb action") on July 27, 2004. The DeKalb action was transferred to this Court on May 19, 2005, and the parties have stipulated to its consolidation with the present patent action.

5.  I requested that Mr. Wilde prepare the GA21 activity list in connection with and in anticipation of litigation with Monsanto and DeKalb relating to Syngenta's GA21 corn products and also to more efficiently summarize and track the status of several confidential requests for legal advice relating to intellectual property and contractual issues that I had received from Syngenta personnel in connection with Syngenta's activities (proposed or undertaken) relating to GA21 corn products.

6.  At my direction, Mr. Wilde also prepared updated versions of the GA21 activity list during the pendency of the ongoing patent litigations with Monsanto and DeKalb to reflect additional confidential requests for legal advice from Syngenta personnel relating to intellectual property and contractual issues concerning Syngenta's activities with GA21 corn and also to reflect the confidential legal advice that I provided to Syngenta (sometimes in consultation with Finnegan, Henderson) in approving certain of those activities.

7.  Syngenta has maintained every version of the GA21 activity list, as well as the requests for legal advice and legal advice these documents reflect, in confidence and has not revealed the documents or their contents to any person other than a limited number of Syngenta personnel who need to receive the legal advice reflected in the documents as well as Syngenta's outside litigation counsel, Finnegan, Henderson.

8.     For the reasons explained above, I consider all versions of the GA21 activity list (and certain associated documents identified on Syngenta's privilege log) to be confidential attorney-client privileged documents as well as confidential work product prepared in connection with and in anticipation of litigation with Monsanto and DeKalb.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 17TH day of AUGUST, 2005.

*Edward C. Resler*
Edward C. Resler

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on August 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on August 26, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

DB01:1611981.1

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.*

DB01:1611981.1