IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-355-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. caused copies of (1) Syngenta's Third Set of Interrogatories (Nos. 10-13) and (2) this Notice of Service to be served on August 29, 2005, on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Karen E. Keller
                              John W. Shaw (No. 3362)
                              Karen E. Keller (No. 4489)
                              The Brandywine Building, 17th Floor
                              1000 West Street
                              Wilmington, Delaware 19801
                              (302) 571-6600
                              kkeller@ycst.com

                              *Attorneys for Defendants Syngenta Seeds Inc. and Syngenta Biotechnology, Inc*

Dated: August 29, 2005