**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and ) <br> MONSANTO TECHNOLOGY LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SYNGENTA SEEDS, INC., ) <br> SYNGENTA BIOTECHNOLOGY, INC., et. al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> SYNGENTA SEEDS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONSANTO COMPANY and ) <br> MONSANTO TECHNOLOGY LLC, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-305 SLR <br><br> (LEAD CASE) |

## NOTICE OF POSITION ON MOTION FOR LEAVE TO AMEND

Defendants Monsanto Company and Monsanto Technology LLC ("Monsanto") respectfully submit the following position on plaintiff Syngenta Seeds Inc.'s Motion for Leave to File Second Amended Complaint (D.I. 101): Monsanto disputes the allegations contained within the proposed Second Amended Complaint; however, Monsanto does not oppose the Motion for Leave to File Second Amended Complaint.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Susan K. Knoll | |
| Thomas A. Miller | By: */S/ Richard L. Horwitz* |
| Scott W. Clark | Richard L. Horwitz |
| HOWREY LLP | David E. Moore |
| 1111 Louisiana, 25th Floor | Hercules Plaza, 6th Floor |
| Houston, TX  77002 | 1313 N. Market Street |
| Telephone (713) 787-1400 | P.O. Box 951 |
| | Wilmington, DE  19899-0951 |
| Peter E. Moll | Telephone (302) 984-6000 |
| John DeQ. Briggs | rhorwitz@potteranderson.com |
| Scott E. Flick | dmoore@potteranderson.com |
| John Rosenthal | |
| HOWREY LLP | *Attorneys for Monsanto Company and* |
| 1299 Pennsylvania Ave., N.W. | *Monsanto Technology LLC* |
| Washington, DC  20004 | |
| (202) 783-0800 | |

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004
(202) 942-5000

Dated:  August 31, 2005

697197

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 31, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on August 31, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY  10022-6069 | Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |

　/Richard L. Horwitz　
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274