IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>       Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-305 SLR<br>)  (LEAD CASE)<br>)<br>) |
| DEKALB GENETICS CORP.,<br><br>       Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of Monsanto's Fourth Set of Interrogatories (No. 10) were caused to be served on August 31, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Richard F. Schwed  
Thomas A. McGrath III  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY 10022-6069

Michael J. Flibbert  
Don O. Burley  
Howard W. Levine  
Finnegan, Henderson, Farabow,  
   Garrett & Dunner, L.L.P.  
901 New York Ave., NW  
Washington, DC 20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Susan K. Knoll  
Thomas A. Miller  
Scott W. Clark  
HOWREY LLP  
1111 Louisiana, 25th Floor  
Houston, TX 77002  
Telephone (713) 787-1400

Dated: August 31, 2005

By: _____  
Richard L. Horwitz  
David E. Moore  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  
Telephone (302) 984-6000  
rhorwitz@potteranderson.com  
dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

697150

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 31, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on August 31, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274