IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | Civil Action No. 05-355-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants caused copies of (1) Syngenta's Supplemental Response to DeKalb's Fourth Set of Interrogatories (No. 15) and (2) this Notice of Service to be served on September 1, 2005, on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

    Peter E. Moll, Esquire
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004

    Susan Knoll, Esquire
    Howrey Simon Arnold & White, LLP
    1111 Louisiana, 25th Floor
    Houston, TX 77002-5242

    Kenneth A. Letzler, Esquire
    Arnold & Porter LLP
    555 12th Street, N.W.
    Washington, D.C. 20004

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Karen E. Keller
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware 19801
    (302) 571-6600
    kkeller@ycst.com

    *Attorneys for Defendants*

Dated: September 1, 2005