**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DEKALB GENETICS CORP.,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04-305 SLR
(LEAD CASE)

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of Monsanto's Fifth Set of Interrogatories (No. 11) were caused to be served on September 1, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone (713) 787-1400

Dated:  September 1, 2005

By:  */s/ David E. Moore*
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE  19899-0951
   Telephone (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

697150

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on September 1, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on September 1, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY 10022-6069 |   Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC 20001-4413 |

                                                             /s/ David E. Moore
                                                             Richard L. Horwitz
                                                            David E. Moore
                                                            Potter Anderson & Corroon LLP
                                                            Hercules Plaza – Sixth Floor
                                                            1313 North Market Street
                                                            Wilmington, DE 19801
                                                            (302) 984-6000
                                                            rhorwitz@potteranderson.com
                                                            dmoore@potteranderson.com

677274