IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-305 SLR<br>)   (LEAD CASE)<br>)<br>)   **JURY TRIAL DEMANDED** |
| DEKALB GENETICS CORP.,<br><br>      Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Todd Y. Brandt, Donald H. Mahoney, III, Drew Kim, Melinda L. Patterson and Matthew L. Madsen of Howrey LLP, 1111 Louisiana, 25th Floor, Houston, Texas 77002 to represent plaintiffs DeKalb Genetic Corporation, Monsanto Company and Monsanto Technology LLC, in this matter.

In accordance with Standing Order for District Court Fund effective 1/1/05, I certify that the annual fee of $25.00 for each attorney will be submitted to the Clerk's Office upon the filing of this motion.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiffs*
*DeKalb Genetics Corporation*
*Monsanto Company and*
*Monsanto Technology LLC*

Dated: September 7, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                      United States District Judge

697737

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-305 (SLR)<br>)       (lead case)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-355 SLR<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 8/3/05

Respectfully submitted,

Todd Y. Brandt
HOWREY LLP
1111 Louisiana, 25th floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 - facsimile

DM_US\8246260 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-305 (SLR)<br>)     (lead case)<br>)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>   Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)  C.A. No. 05-355 SLR<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 8/31/05

                Respectfully submitted,

                Donald H. Mahoney, III
                HOWREY LLP
                1111 Louisiana, 25th floor
                Houston, Texas 77002
                (713) 787-1400 - telephone
                (713) 787-1440 - facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br> v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-305 (SLR)<br>)       (lead case)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-355 SLR<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 8-31-05

                   Respectfully submitted,

                   */s/ Drew Kim*
                   Drew Kim
                   HOWREY LLP
                   1111 Louisiana, 25th floor
                   Houston, Texas 77002
                   (713) 787-1400 - telephone
                   (713) 787-1440 -facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-305 (SLR)<br>)         (lead case)<br>)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-355 SLR<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 08-31-2005

Respectfully submitted,

_____
Melinda L. Patterson
HOWREY LLP
1111 Louisiana, 25th floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 - facsimile

DM_US\8246260 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-305 (SLR)<br>)             (lead case)<br>)<br>)<br>)<br>) |
| DEKALB GENETIC CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-355 SLR<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 31 August 2005

Respectfully submitted,

_/s/ Matthew Madsen_
Matthew L. Madsen
HOWREY LLP
1111 Louisiana, 25th floor
Houston, Texas 77002
(713) 787-1400 - telephone
(713) 787-1440 - facsimile

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 7, 2005, a true and correct copy of the within document was caused to be served on the following counsel of record, in the manner indicated below:

### VIA HAND DELIVERY

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

George Pazuniak
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
　Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ David E. Moore
David E. Moore

697790