IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| | ) |
| SYNGENTA SEEDS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the deadline by which Syngenta Corp., Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. shall respond to Monsanto Company and Monsanto Technology LLC's Amended Answer and Counterclaims (which were in response to the Amended Complaint originally filed in C.A. No. 04-908) is extended through and including September 14, 2005.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Richard L. Horwitz | /s/ Karen E. Keller |
| Richard L. Horwitz (#2246) | John W. Shaw (#3362) |
| David E. Moore (#3983) | Karen E. Keller (#4489) |
| Hercules Plaza, 6th Floor | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| Telephone: (302) 984-6000 | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |
| *Attorneys for Monsanto Company, et al.* | *Attorneys for Syngenta Seeds, et al.* |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge