# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiff, <br> v. <br><br> SYNGENTA SEEDS, INC., <br> SYNGENTA BIOTECHNOLOGY, INC., et. al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-305 SLR <br> (lead case) <br><br> **JURY TRIAL DEMANDED** |
| DEKALB GENETICS CORP., <br><br> Plaintiff, <br> v. <br><br> SYNGENTA SEEDS, INC., <br> SYNGENTA BIOTECHNOLOGY, INC., et. al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp. hereby certifies that true and correct copies of Monsanto's Fourth Set of Requests for the Production of Documents and Things (Nos. 84-85) and Monsanto's Sixth Set of Interrogatories (Nos. 12-17) were caused to be served on September 9, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY 10022-6069 |      Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Susan K. Knoll  
Stephen E. Edwards  
Steven G. Spears  
HOWREY LLP  
1111 Louisiana, 25th Floor  
Houston, TX  77002  
Telephone (713) 787-1400

Dated:  September 9 2005

By:   */s/ David E. Moore*  
    Richard L. Horwitz  
    David E. Moore  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, DE  19899-0951  
    Telephone (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  

*Attorneys for Monsanto Company,*  
*Monsanto Technology LLC and*  
*DEKALB Genetics Corp.*

697150

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 9, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on September 9, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY  10022-6069 |   Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |

             /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274