IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**SYNGENTA SEEDS, INC., SYNGENTA CORPORATION, SYNGENTA BIOTECHNOLOGY, INC., ADVANTA USA, INC., GARST SEED COMPANY, GOLDEN HARVEST SEEDS, INC.'S <u>MOTION TO DISMISS COUNTERCLAIMS NOS. 1-3</u>**

Plaintiff-Counterdefendant Syngenta Seeds, Inc. and Counterdefendants Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc.[1], Garst Seed Company, and Golden Harvest Seeds, Inc. respectfully move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Counts I, II and III of the Amended Answer and Counterclaims filed by Monsanto Company and Monsanto Technology LLC.

The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

---

[1] On April 1, 2005 Advanta USA, Inc. changed its name to Garst Seed Company. This motion is filed on behalf of Garst Seed Company.

Respectfully submitted,

*[signature: John W Shaw]*

John W. Shaw (No. 3362)
Robin P. Bissell (No. 4478)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiff and certain Counterdefendants*

OF COUNSEL:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(212) 508-8000

Dated: September 14, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on September 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that on September 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

John W. Shaw (#3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com