IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 200\_\_ that Plaintiff-Counterdefendant Syngenta Seeds, Inc.'s and Counterdefendants Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.'s Motion to Dismiss Counts I, II and III of Defendant-Counterplaintiff's Amended Answer and Counterclaims is GRANTED.

_____
United States District Judge