# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05cv355-SLR |

## <u>MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of York M. Faulkner and John L. Marquardt, Jr. to represent Defendants, Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc., in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants

Dated: September 20, 2005

DB02:5054154.1                                                     059155.1012

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of

York M. Faulkner and John L. Marquardt, Jr. is granted.

Dated:  September ___, 2005

                                        _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, the District of Columbia, and the State of Utah and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

York M. Faulkner
Finnegan, Henderson, Farabow
    Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675

(571) 203-2700

Date: September 15, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

John L. Marquardt, Jr.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue
Washington, D.C.  20005
TEL (202) 408-4403

Date:  September 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on September 20, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

### BY HAND DELIVERY

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

### BY FEDERAL EXPRESS

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C.  20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendants*