IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-305-SLR<br>)   (lead case)<br>)<br>)<br>)<br>)<br>)<br>) |
| SYNGENTA SEEDS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MONSANTO COMPANY and,<br>MONSANTO TECHNOLOGY LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-908-SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Stephen Fishbein to represent Syngenta Seeds, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Attorneys for Syngenta Seeds, Inc.

Dated: September 27, 2005

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Stephen Fishbein is granted.

Dated: September ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Stephen Fishbein, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, United States District Court, Southern and Western Districts of New York, United States Court of Appeals, Second Circuit, Third Circuit and D.C. Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 26, 2005

_____
Stephen Fishbein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
(212) 848-4000

NYDOCS04/439514.1

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on September 27, 2005, copies of the foregoing document were caused to be served upon the following:

**BY HAND DELIVERY**

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

> Kenneth A. Letzler, Esquire
> Arnold & Porter LLP
> 555 12th Street, N.W.
> Washington, D.C. 20004

*John W. Shaw (No. 3362)*

DB01:1623068.1