IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-305 SLR |
| v. ) | (lead case) |
| ) | |
| SYNGENTA SEEDS, INC., *et. al.*, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff-counterdefendant Syngenta Seeds, Inc. and counterdefendants Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Movants"), and defendants-counterclaimants Monsanto Company and Monsanto Technology LLC (collectively "Respondents"), and subject to the approval of the court, that the time within which Respondents must file their opposition to Movants' Motion to Dismiss Counterclaims Nos. 1-3 (D.I. 132) is extended to October 3, 2005, and the time within which Movants must file their reply is extended to October 14, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ John W. Shaw* <br> John W. Shaw (#3362) <br> Glenn C. Mandalas (#4432) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> Telephone (302) 571-6600 <br> jshaw@ycst.com <br> gmandalas@ycst.com | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Telephone (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Movants* | *Attorneys for Respondents* |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge