IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | Civil Action No. 04-305-SLR -<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | Civil Action No. 05-355-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants caused copies of Syngenta's Response to Monsanto's Fifth Set of Interrogatories (No. 11) and this Notice of Service to be served on October 3, 2005, on the following counsel of record in the manner indicated:

        **BY HAND DELIVERY**

            Richard L. Horwitz, Esquire
            Potter Anderson & Corroon LLP
            Hercules Plaza
            1313 North Market Street
            Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendants*

Dated: October 3, 2005