**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>   Defendants.<br><hr><br>DEKALB GENETICS CORP.,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-305 SLR<br>) (lead case)<br><br><br>) **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

   The undersigned, counsel for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp. hereby certifies that true and correct copies of Plaintiffs' Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on October 14, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY 10022-6069 |    Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC 20001-4413 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ Richard L. Horwitz*

Susan K. Knoll                Richard L. Horwitz
Stephen E. Edwards        David E. Moore
Steven G. Spears            Hercules Plaza, 6th Floor
HOWREY LLP               1313 N. Market Street
1111 Louisiana, 25th Floor     Wilmington, DE 19899-0951
Houston, TX 77002         Telephone (302) 984-6000
Telephone (713) 787-1400     rhorwitz@potteranderson.com
                                dmoore@potteranderson.com

Dated: October 14, 2005

*Attorneys for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp.*

703432

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 14, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on October 14, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274