

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**www.potteranderson.com**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

October 18, 2005

## VIA ELECTRONIC FILING

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re: ***Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.,***
> ***C.A. No. 04-305 (SLR) (Consolidated)***

Dear Chief Judge Robinson:

We have received Syngenta's October 17, 2005 Application for Oral Argument on its motion to dismiss Monsanto's Counterclaims 1 - 3. Pursuant to L.R. 7.1.4., Monsanto joins in the request for oral argument.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

/msb
703745

cc:   Clerk of the Court (By Hand Delivery)
     John W. Shaw. (By Hand Delivery)
     Richard F. Schwed (By Facsimile)
     Michael J. Flibbert (By Facsimile)