## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>       Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>       Defendants.<br><br>―――――――――――――――――――<br><br>DEKALB GENETICS CORP.,<br><br>       Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>       Defendants. | C.A. No. 04-305 SLR<br>(lead case)<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp. hereby certifies that true and correct copies of the following documents were caused to be served on October 18, 2005 on the attorneys of record at the following addresses as indicated:

    1.    Plaintiffs' Objections and Responses to Syngenta's Third Set of Interrogatories (Nos. 10-13);

    2.    Plaintiffs' Objections and Responses to Syngenta's Fourth Set of Interrogatories (Nos. 14-34);

    3.    DeKalb's Supplemental Responses to Syngenta's Interrogatory Nos. 8-10;

    4.    Monsanto's Supplemental Responses to Syngenta's Interrogatory Nos. 5, 6, 8 and 9;

     5.     Plaintiffs' Objections and Responses to Syngenta's Third Set of Requests for Admission (Nos. 24-130);

     6.     DeKalb's Third Supplemental Responses to Syngenta's Interrogatories Nos. 1 &2; and

     7.     Monsanto's Fourth Supplemental Response to Syngenta's Interrogatory No. 3 and First Supplemental Response to Syngenta's Interrogatory No. 4.

**VIA EMAIL**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

Thomas A. Miller
Susan K. Knoll
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone (713) 787-1400

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  October 18, 2005

*Attorneys for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp.*

703728

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 18, 2005, the attached document was emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on October 18, 2005, I have emailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY  10022-6069 |    Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |

 /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274