IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-305-LR |
| SYNGENTA SEEDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of Monsanto's Answers and Objections to Syngenta Seeds, Inc.'s First Set of Interrogatories (Antitrust Case) were caused to be served on October 21, 2005, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA HAND DELIVERY**

Heather Lamberg Kafele
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004-2604

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Peter E. Moll<br>John DeQ. Briggs<br>Scott E. Flick<br>John Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800 | By: /s/ David E. Moore<br>Richard L. Horwitz<br>David E. Moore<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, DC 20004<br>(202) 942-5000 | *Attorneys for Monsanto Company and Monsanto Technology LLC* |

Dated: October 21, 2005

704560

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 21, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on October 21, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Heather Lamberg Kafale
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004-2604

                                                */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765