IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*,<br><br>        Plaintiffs,<br><br>      v.<br><br>SYNGENTA SEEDS, INC., *et al.*,<br><br>        Defendants. | C.A. No.: 04-305-SLR (Consol.) |

## NOTICE OF DEPOSITION

TO:   John J. Rosenthal, Esq.
        HOWREY LLP
        1299 Pennsylvania Ave., N.W.
        Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), by and through their undersigned counsel, will take the depositions of the current and/or former employees of Monsanto Company and Monsanto Technology LLC ("Monsanto") listed in Schedule A by oral examination using video tape, audio tape, and/or stenographic means, before a Notary Public or other officer authorized by law to administer oaths. These depositions will be held on the dates indicated on Schedule A and will begin at 9:00 a.m., at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, or an alternate location and time to be negotiated by the parties. The depositions shall continue from day to day, until completed.

You are invited to attend and cross-examine.

Respectfully,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue
Washington, DC 20004.
(202) 508-8000

DATED: October 25, 2005

## **Schedule A**

| Deponent | Date of Deposition |
|---|---|
| Tracey Klingman | November 21, 2005 |
| Steve Joehl | November 22, 2005 |
| Kerry Preete | November 28, 2005 |
| Jim Zimmer | November 30, 2005 |
| Kyle Maple | December 2, 2005 |
| Doug Dorsey | December 5, 2005 |
| Moe Foresman | December 7, 2005 |
| Dennis Plummer | December 9, 2005 |
| Anthony Osborne | December 12, 2005 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on October 25, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  */s/ Karen E. Keller*

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
rbissell@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1