IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>        Defendants. | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.<br>GOLDEN HARVEST SEEDS, INC.<br>GARWOOD SEED CO., GOLDEN SEED<br>COMPANY, L.L.C., SOMMER BROS.<br>SEED COMPANY, THORP SEED CO.,<br>and JC ROBINSON SEEDS, INC.<br><br>        Defendants. | Civil Action No. 05-355-SLR |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of (i) Syngenta's Response to Monsanto's Fourth Set of Requests for the Production of Documents and Things (Nos. 84-85), (ii) Syngenta's Response to Monsanto's Fourth Set of Interrogatories (No. 10)

[Verified], (iii) Syngenta's Response to Plaintiffs' First Set of Requests for Admission (Nos. 1-110), (iv) Syngenta's Second Supplemental Response to Monsanto's First Set of Interrogatories (Nos. 1-7), (v) Syngenta's Third Supplemental Response to Dekalb's Second Set of Interrogatories (No. 13) [Verified], (vi) Syngenta's Third Supplemental Response to Dekalb's First Set of Interrogatories (No. 1) [Verified], (vii) Syngenta's Second Supplemental Response to Monsanto's Second Set of Interrogatories (No. 8) [Verified], (vii) Syngenta's Second Supplemental Response to Dekalb's Second Set of Interrogatories (Nos. 6 and 10), (viii) Syngenta's Response to Monsanto's Sixth Set of Interrogatories (Nos. 12-17) [Verified], (ix) Verification to Syngenta's Response to Monsanto's Third Set of Interrogatories (No. 9), (x) Verification to Syngenta's Second Supplemental Response to Monsanto's First Set of Interrogatories (Nos. 1, 2 and 5), (xi) Verification to Syngenta's Supplemental Response to Dekalb's Third Set of Interrogatories (No. 14), (xii) Verification to Syngenta's Supplemental Response to Dekalb's First Set of Interrogatories (No. 2), (xiii) Syngenta's Supplemental Response to Dekalb's Fourth Set of Interrogatories (No. 15), (xiv) Syngenta's Response to Monsanto's Fifth Set of Interrogatories (No. 11) and, (xv) Verification to Syngenta's Response to Dekalb's Second Set of Interrogatories (Nos. 4-13) to be served on October 18, 2005 on the following counsel of record in the manner indicated:

**BY E-MAIL & HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY E-MAIL & FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242
>
>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

PLEASE TAKE FURTHER NOTICE that on October 26, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

Additionally, I further certify that on October 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004
>
>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    _____
                    John W. Shaw (No. 3362)
                    Adam W. Poff (No. 3990)
                    Karen E. Keller (No. 4489)
                    The Brandywine Building, 17th Floor
                    1000 West Street
                    Wilmington, Delaware 19801
                    (302) 571-6600
                    apoff@ycst.com

                    Attorneys for Defendants.

Dated: October 26, 2005