IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  C. A. No. 04-305 (SLR)<br>)  (lead case)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of Monsanto's expert reports for Richard S. Cahoon, Dr. Kenneth Keegstra, John J. Finer, Michael E. Fromm and Christopher H. Spadea were caused to be served on October 27, 2005 on the attorneys of record at the following addresses as indicated:

**VIA FEDERAL EXPRESS**

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


**VIA EMAIL (REPORT ONLY) AND FEDERAL EXPRESS**

Michael J. Flibbert, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Susan K. Knoll<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY SIMON ARNOLD &<br>  WHITE, LLP<br>750 Bering Drive<br>Houston, TX  77057<br>Telephone (713) 787-1400<br><br>Dated:  October 28, 2005 | BY: /s/ David E. Moore (#3983)<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Telephone (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Attorneys for Plaintiffs |

705375 / 28128

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on October 28, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

 John W. Shaw, Esq.
 Young Conaway Stargatt & Taylor, L.L.P.
 The Brandywine Building
 1000 West Street, 17th Floor
 Wilmington, DE 19801

  I hereby certify that on October 28, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

 Michael J. Flibbert
 Don O. Burley
 Howard W. Levine
 Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
 901 New York Ave., NW
 Washington, DC 20001-4413

         /s/ David E. Moore (#3983)
         Richard L. Horwitz (#2246)
         David E. Moore (#3983)
         Potter Anderson & Corroon LLP
         Hercules Plaza – Sixth Floor
         1313 North Market Street
         Wilmington, DE 19801
         (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

705402