**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C. A. No. 04-305 (SLR) (lead case) |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF SERVICE**

The undersigned counsel for Monsanto Company, Monsanto Technology LLC and DeKalb Genetics Corp. (collectively "Monsanto") hereby certifies that true and correct copies of Monsanto's expert reports for Richard S. Cahoon, Dr. Kenneth Keegstra, John J. Finer, Michael E. Fromm and Christopher H. Spadea were caused to be served on October 27, 2005 on the attorneys of record at the following addresses as indicated:

**VIA FEDERAL EXPRESS**

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA EMAIL (REPORT ONLY) AND FEDERAL EXPRESS**

Michael J. Flibbert, Esq.
Howard W. Levine, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

OF COUNSEL:

Susan K. Knoll
Stephen E. Edwards
Steven G. Spears
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057
Telephone (713) 787-1400

Dated: October 28, 2005

POTTER ANDERSON & CORROON LLP

BY: /s/ David E. Moore (#3983)
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiffs

705375 / 28128

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 28, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on October 28, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ David E. Moore (#3983)

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

705402