IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Syngenta AG and Syngenta Participations AG to answer, move, or otherwise respond to the Counterclaims of Monsanto Company and Monsanto Technology LLC shall be extended through and including November 21, 2005. By entering into this stipulation, the parties agree that

Syngenta AG and Syngenta Participations AG do not intend to waive and expressly preserve all defenses, including but not limited to the defense of lack of personal jurisdiction.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Richard L. Horwitz<br>Richard L. Horwitz (No. 2246)<br>David E. Moore (No. 3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br><br>Attorneys for Monsanto Company and Monsanto Technology LLC | John Shaw by Seth Kenderly (#3657)<br>John W. Shaw (No. 3362)<br>Rolin P. Bissell (No. 4478)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>Attorneys for Syngenta AG and Syngenta Participations AG |

So Ordered this ___ day of November, 2005,

_____
United States District Judge