IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>      Defendants.<br><hr><br>DEKALB GENETICS CORP.,<br><br>      Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-305 SLR<br>)   (Lead Case)<br>)<br>)<br>)<br>)   **PUBLIC VERSION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

BE IT REMEMBERED, that on this 28th day of October 2005, did personally appear before me Subscriber, a Notary for the State and County aforesaid, DAVID E. MOORE, who being by me duly sworn according to law, did depose and say:

    1. That he is an attorney duly licensed to practice before the Courts of the State of Delaware and the United States District Court for the District of Delaware, and is an associate with the firm of Potter Anderson & Corroon LLP, counsel for plaintiffs Monsanto Company and Monsanto Technology LLC herein.

2. That on October 5, 2005, he did cause the Answer and Counterclaims to be mailed by International Registered Mail, Return Receipt Requested, to Appellationsgericht Basel-Stadt, Baumleingasse 1, 4051 Basel, Switzerland, together with two sets of the translation of the Answer and Counterclaims with Certification, two sets of the Summons, two sets of the translation of the Summons, two sets of the Certificate, two sets of the Summary Of The Documents To Be Served, and two sets of the Request For Service Abroad Of Judicial Or Extrajudicial Documents (attached as Exhibit A hereto) requesting that service be made pursuant to the Hague Convention upon counter-defendant Syngenta AG, Schwarzwaldallee 215, c/o Syngenta International AG, 4058 Basel, Switzerland.

3. That attached hereto as Exhibit B are the Certificate and Affidavit of Service evidencing acceptance of service of process of the documents mailed to Appellationsgericht Basel-Stadt, receiving authority for non-resident counter-defendant Syngenta AG.

4. That on October 5, 2005, he did cause the Answer and Counterclaims to be mailed by International Registered Mail, Return Receipt Requested, to counter-defendant Syngenta AG, Schwarzwaldallee 215, c/o Syngenta International AG, 4058 Basel, Switzerland, together with two sets of the two sets of the translation of the Answer and Counterclaims with Certification, two sets of the Summons, two sets of the translation of the Summons, two sets of the Certificate, two sets of the Summary Of The Documents To Be Served, and two sets of the Request For Service Abroad Of Judicial Or Extrajudicial Documents (attached as Exhibit A hereto).

5. That attached hereto as Exhibit C is the postal return receipt evidencing acceptance of the documents mailed to non-resident counter-defendant, Syngenta AG.

Dated this 28th day of October 2005.
Public Version Dated: November 3, 2005

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*/s/ Mary Ellen Stackel*
Notary Public
My commission expires: 4-9-08

706074

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on November 3, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

      I hereby certify that on November 3, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC 20001-4413 |

                                    */s/ David E. Moore*
                                    Richard L. Horwitz
                                    David E. Moore
                                    Potter Anderson & Corroon LLP
                                    Hercules Plaza – Sixth Floor
                                    1313 North Market Street
                                    Wilmington, DE 19801
                                    (302) 984-6000
                                    rhorwitz@potteranderson.com
                                    dmoore@potteranderson.com

700765