IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>    Defendants. | )<br>)<br>)<br>) C.A. No. 04-305 SLR<br>) (lead case)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp. hereby certifies that true and correct copies of Monsanto's Responses and Objections to Syngenta Seeds, Inc.'s Second Set of Requests for the Production of Documents and Things (Antitrust Case) were caused to be served on November 11, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### VIA FEDERAL EXPRESS

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

| OF COUNSEL: | POTTER ANDERSON & CORROON, LLP |
|---|---|
| Peter E. Moll<br>John DeQ. Briggs<br>Scott E. Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>(202) 783-0800<br>(202) 383-6610 facsimile | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market St.<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    (302) 658-1192 facsimile<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000<br>(202) 942-5454 facsimile | Attorneys for MONSANTO COMPANY<br>and MONSANTO TECHNOLOGY LLC |

Dated: November 11, 2005.

707311

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 11, 2005, the attached document was emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on November 11, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

                                             /s/ David E. Moore
                                            Richard L. Horwitz
                                            David E. Moore
                                            Potter Anderson & Corroon LLP
                                            Hercules Plaza – Sixth Floor
                                            1313 North Market Street
                                            Wilmington, DE 19801
                                            (302) 984-6000
                                            rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

677274