## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

        Plaintiffs,

    v.

SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC.,

        Defendants.

C.A. No. 04-305 SLR
(Lead Case)

DEKALB GENETIC CORPORATION,

        Plaintiff,

    v.

SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC., et al.,

        Defendants.

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company, Monsanto Technology LLC and

DEKALB Genetics Corp. hereby certifies that true and correct copies of Plaintiffs'

Supplemental Responses to Syngenta's Interrogatory Nos. 31-32 were caused to be served

on November 15, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th floor
Houston, TX  77002
(713) 787-1400

Dated:  November 15, 2005
707621 / 28128

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiffs Monsanto Company
and Monsanto Technology LLC*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 15, 2005, the attached

document was emailed to the following persons and was electronically filed with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on November 15, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413


                                                    /s/ David E. Moore
                                                    Richard L. Horwitz
                                                    David E. Moore
                                                    Potter Anderson & Corroon LLP
                                                    Hercules Plaza – Sixth Floor
                                                    1313 North Market Street
                                                    Wilmington, DE  19801
                                                    (302) 984-6000
                                                    rhorwitz@potteranderson.com
                                                    dmoore@potteranderson.com

677274