IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>            Plaintiffs,<br><br>          v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>            Defendants. | C.A. No. 04-305 SLR<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") hereby certifies that true and correct copies of Monsanto's Responses and Objections to Syngenta Seeds, Inc.'s Second Set of Requests for the Production of Documents and Things (Antitrust Case) were caused to be served on November 11, 2005 on the attorneys of record at the following addresses as indicated:

### VIA U.S. FIRST CLASS MAIL

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Richard F. Schwed<br>Stephen Fishbein<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Peter E. Moll<br>John DeQ. Briggs<br>Scott E. Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800<br>(202) 383-6610 facsimile<br><br>Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000<br>(202) 942-5454 facsimile<br><br>Dated: November 21, 2005<br>708279 / 28128 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Telephone (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC* |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 21, 2005, the attached document was emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on November 21, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

                                            /s/ David E. Moore
                                          Richard L. Horwitz
                                          David E. Moore
                                          Potter Anderson & Corroon LLP
                                          Hercules Plaza – Sixth Floor
                                          1313 North Market Street
                                          Wilmington, DE 19801
                                          (302) 984-6000
                                          rhorwitz@potteranderson.com
                                          dmoore@potteranderson.com

677274