## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, *et al.*,                     )
                                                )
                          Plaintiffs,           )
                                                )
              v.                                )    C.A. No.: 04-305-SLR (Consol.)
                                                )
SYNGENTA SEEDS, INC., *et al.*,                 )
                                                )
                          Defendants.           )

### SYNGENTA AG AND SYNGENTA PARTICIPATIONS AG'S MOTION TO DISMISS MONSANTO'S COUNTERCLAIM FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Counterclaim Defendants Syngenta AG and Syngenta Participations AG respectfully

move pursuant to Fed. R. Civ. P. 12(b)(2), or, in the alternative Fed. R. Civ. P. 12(b)(6), to

dismiss the Counterclaim filed by Monsanto Company and Monsanto Technology LLC. The

grounds for this motion are fully set forth in the Opening Brief filed contemporaneously

herewith.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Counterclaim Defendants Syngenta AG and Syngenta Participations AG*

1

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY  10022-6069
(212) 848-4000

Heather Lamberg Kafele
Jonathan R. DeFosse
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(212) 508-8000

Dated:  November 21, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on November 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

I further certify that November 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C.  20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX  77057

> Kenneth A. Letzler, Esquire
> Arnold & Porter LLP
> 555 12th Street, N.W.
> Washington, D.C.  20004

John W. Shaw (#3362)