IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this _____ day of _____, 200__, IT IS HEREBY ORDERED that Counterclaim Defendants Syngenta AG and Syngenta Participations AG's Motion to Dismiss the Counterclaim filed by Monsanto Company and Monsanto Technology LLC is GRANTED for: (a) lack of personal jurisdiction; (b) failure to state a claim upon which relief can be granted.

_____
United States District Judge