IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, *et al.*,              )
                                         )
            Plaintiffs,                  )
                                         )
                                         ))   C.A. No.: 04-305-SLR (Consol.)
      v.                                 ))
                                         )
SYNGENTA SEEDS, INC., *et al.*,          )
                                         )
            Defendants.

## DECLARATION OF DANIEL MICHAELIS

Daniel Michaelis, declares under penalty of perjury under the laws of the United States:

1. I am employed by Syngenta International AG as Senior Corporate Counsel. Among other duties, I serve as the secretary of the board of directors of Syngenta Participations AG and Syngenta International AG. I make this affidavit in support of Syngenta AG's and Syngenta Participations AG's motion to dismiss the Counterclaim of Monsanto Company and Monsanto Technology LLC ("Counterclaim") for lack of personal jurisdiction. The statements made herein are based on (i) my personal knowledge, (ii) my review of documents prepared and maintained by Syngenta AG and Syngenta Participations AG, and certain of their affiliates, and (iii) upon information provided by Syngenta employees with knowledge of the business of Syngenta AG and Syngenta Participations AG, and certain of their affiliates.

2. The purpose of this affidavit is to provide factual information concerning the businesses of Syngenta AG and Syngenta Participations AG, including the extent of any contacts those companies may have with the State of Delaware. Additionally, this affidavit will provide



information concerning the relationship between, on the one hand, Syngenta AG and Syngenta Participations AG, and on the other, the various other named defendants in this action, including Syngenta Corporation and its subsidiaries in the United States.

3. Syngenta AG is a company located in Basel, Switzerland, that was formed under the laws of Switzerland in 1999. Syngenta AG became a public company in November 2000, at which time its shares were listed on the Swiss Stock Exchange, the London Stock Exchange and the Stockholm Stock Exchange. (Syngenta AG subsequently de-listed its shares from the London and Stockholm stock exchanges). Syngenta AG also has an ADR facility on the New York Stock Exchange. Syngenta AG is a holding company and has no employees. The business of Syngenta AG consists of the ownership of shares in various companies that are, for the most part, in the agriculture, seeds and chemicals businesses. The companies in which Syngenta AG owns shares directly are located in Switzerland, in certain countries outside of Switzerland, but not in the United States.

4. Syngenta Participations AG ("Participations") is a Swiss company, located in Basel, Switzerland, which is a wholly-owned subsidiary of Syngenta AG. Like Syngenta AG, Participations is a holding company with no employees. Participations owns interests in companies located outside Switzerland that are, for the most part, in the agriculture, seeds and chemicals businesses. Participations also owns intellectual property rights, which it licenses principally to affiliated companies.

5. I have reviewed the Counterclaim, which alleges, among other things, that Syngenta AG "has substantial ties to the United States through its own employees, agents and representatives." See Counterclaim ¶ 7. This is incorrect.

2



6. Neither Syngenta AG nor Participations is authorized or registered to do business in the State of Delaware.

7. Neither Syngenta AG nor Participations has: (i) an office; (ii) a manufacturing plant; (iii) a registered agent for service of process; (iv) a bank account; (v) a post office box; or (vi) even a telephone listing in the State of Delaware.

8. Syngenta AG and Participations are not now, and never have been, controlled by persons or entities located in the State of Delaware. No director of either Syngenta AG or Participations is a resident of Delaware, nor is any member of the Syngenta AG Executive Committee a resident of Delaware. Certain persons working on behalf of Syngenta AG and Participations are employed by Syngenta International AG, a wholly owned subsidiary of Syngenta AG in Switzerland. No employee of Syngenta International AG is a resident of the State of Delaware.

9. Syngenta AG and Participations have not paid any Delaware State income tax or franchise fees.

10. Syngenta AG and Participations do not own or lease any real property in the State of Delaware. To the extent Monsanto's Counterclaim suggests that Syngenta AG owns a research facility in North Carolina (Counterclaim ¶17), this is not correct. The North Carolina facility is owned by Syngenta Biotechnology, Inc., not Syngenta AG. Most personnel working at the North Carolina research facility are employed by and report to Syngenta Biotechnology, Inc. None are employed by or report to Syngenta AG or Participations.

11. Neither Syngenta AG nor Participations has commenced any lawsuit in the State of Delaware.

3



12. Syngenta AG and Participations do not manufacture or sell products and, as such, have not sold any products to customers in Delaware. Syngenta Crop Protection AG, a subsidiary of Syngenta AG in Switzerland, does sell certain agrichemical products. It does not, however, sell seeds. Accordingly, Syngenta Crop Protection AG has not sold any corn seed, including GA21 corn seed, to customers in Delaware.

13. In its Counterclaim, Monsanto alleges that "Syngenta," which is defined to include Syngenta AG and Participations, has sold "Monsanto's GA21 product as its own competing 'Agrisure' or 'Agrisure GT' brands of products." See Counterclaim ¶ 66. This is incorrect. As stated above, Syngenta AG and Participations do not sell any products, including any products under the Agrisure and Agrisure GT brands. To the extent sales of Agrisure or Agrisure GT brand seeds have been made in the United States, such sales would be made by Syngenta Seeds, Inc. and its seed company affiliates in the United States.

14. Monsanto also alleges that "Syngenta," including Syngenta AG and Participations, "intentionally interfered with Monsanto's GA21 event license agreement with Garst [Seed Company] by contracting with Garst's immediate parent, Advanta USA, Inc., for the transfer of the GA21 event inbred corn lines that [Garst] had received from Monsanto." See Counterclaim ¶¶51,78. Once again, this statement cannot be true with respect to Syngenta AG and Participations, neither of which, to my knowledge, has engaged in any contracting with Advanta USA, Inc. in connection with GA21 corn seed. The May 10, 2004 agreement with Advanta USA, Inc. to which the Counterclaim refers (see ¶51) was entered into by Syngenta Seeds, Inc. A copy of that agreement is attached as "Exhibit A" to the affidavit of Edward C. Resler.

15. Monsanto's Counterclaim refers to a press release dated May 12, 2004 concerning GA21 technology. Syngenta International AG issued a press release on that date, which

4



is attached hereto as Exhibit "A." The press release was issued in Basel, Switzerland by the Media Office of Syngenta International AG. The press release, which was issued in English, German and French, was made available to the public worldwide, and was not directed or focused particularly on the State of Delaware.

16. In addition to Syngenta AG and Participations, Monsanto has named several U.S. companies as defendants in its Counterclaim, including Syngenta Corporation, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company[1], and the "Golden Harvest Companies" (which Monsanto alleges to include Garwood Seed Co., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co.). See Complaint ¶¶ 9-14. I will refer to these companies collectively as the "Syngenta U.S. Companies."

17. In the Counterclaim, Monsanto alleges that "Syngenta AG actively directs and controls the U.S. business operations of" the Syngenta U.S. Companies. See Complaint ¶ 15. This is incorrect.

18. Syngenta Corporation is a holding company incorporated in Delaware. It is a wholly-owned subsidiary of Participations and only one of more than 100 subsidiaries worldwide ultimately owned (wholly or partially) by Syngenta AG. Syngenta Corporation owns, either directly or indirectly, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., and Garst Seed Company. The other Syngenta U.S. Companies -- Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co. -- are majority owned directly or indirectly by GH Holding, Inc. a wholly-owned subsidiary of Participations.

---

[1] On April 1, 2005, Advanta USA, Inc. changed its name to Garst Seed Company. They are the same entity, which I will refer to as Garst Seed Company.

5

19. Syngenta AG and Participations are not authorized to and, to my knowledge, do not direct the day-to-day operations of the Syngenta U.S. Companies.

20. In its Counterclaim, Monsanto states that the Chief Executive Officer of Syngenta Seeds, Inc. is a member of the Executive Committee of Syngenta AG. (Counterclaim ¶18). This is not correct. The President of Syngenta Seeds, Inc. is Gus Suarez, who is not a member of the Syngenta AG Executive Committee (the "SEC"). Moreover, while there are members of the SEC who serve as directors of certain of the Syngenta U.S. Companies, none of the Syngenta U.S. Companies has a majority of directors who are also directors of Syngenta AG or Participations, or who are members of the SEC. (See paragraph 21, below).

21. The Boards of Directors of the Syngenta U.S. Companies are separate from the Boards of Directors of Syngenta AG and Participations. Attached hereto as Exhibit "B" is a current list of the members of the relevant boards, as well as the members of the SEC. As set forth in Exhibit B, none of the directors of Syngenta AG also serves as a director of any of the Syngenta U.S. Companies. While certain Participations directors and SEC members serve on United States boards, those individuals comprise only a minority of the Syngenta U.S. Company boards on which they sit. The Board of Directors of Syngenta AG has its own meetings, at times and locations separate and apart from the meetings of any Syngenta U.S. Company boards. The Board of Directors of Participations generally acts by written consent.

22. The Syngenta U.S. Companies maintain offices, production, research, sales and distribution facilities in the United States, which are separate from the operations of Syngenta AG and Participations, neither of which has any facilities in the United States.

6



23. The Syngenta U.S. Companies generate substantial revenues from their business operations in the United States. In 2004, Syngenta companies in North America (Canada, Mexico and the United States) generated sales in excess of $2.3 billion.

24. Syngenta Corporation and its subsidiaries maintain their own books and records, and prepare their own financial statements. In accordance with Swiss law and international accounting standards, Syngenta AG prepares a consolidated financial statement for it and its subsidiaries, which includes the results of Syngenta Corporation and its subsidiaries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2005.

_____
Daniel Michaelis

Exhibit A



Syngenta International AG
Media Office
CH-4002 Basel
Switzerland
Telephone: +41 61 323 23 23
Fax:        +41 61 323 24 24
www.syngenta.com

**Media Release**

## Syngenta acquires glyphosate tolerance technology for corn

### Basel, Switzerland, 12 May 2004

Syngenta announced today that it has acquired rights to a commercially successful glyphosate tolerance technology in corn from Bayer CropScience. The technology, called GA21, enables farmers to control weeds in corn with post emergence applications of the non-selective herbicide glyphosate. Syngenta will offer the technology in NK® brand hybrids and through licenses with other seed companies. Financial terms of the transaction were not disclosed.

"This transaction gives Syngenta fast-track entry into an important segment of the corn crop protection market", said David Jones, Head of Business Development for Syngenta. "This valuable technology further strengthens our already broad product portfolio of corn hybrids, traits and crop protection products."

Syngenta is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company is a leader in crop protection, and ranks third in the high-value commercial seeds market. Sales in 2003 were approximately $6.6 billion. Syngenta employs some 19,000 people in over 90 countries. Syngenta is listed on the Swiss stock exchange (SYNN) and in New York (SYT). Further information is available at www.syngenta.com.

| | | |
|---|---|---|
| Analyst/Investor Enquiries: | Jonathan Seabrook (Switzerland) | +41 61 323 7502 |
| | Jennifer Gough (Switzerland) | +41 61 323 5059 |
| | Rhonda Chiger (USA) | +1 (917) 322 2569 |
| Media Enquiries: | Markus Payer (Switzerland) | +41 61 323 2323 |
| | Sarah Hull (USA) | +1 (202) 347 8348 |

Cautionary Statement Regarding Forward-Looking Statements

This document contains forward-looking statements, which can be identified by terminology such as 'expect', 'would', 'will', 'potential', 'plans', 'prospects', 'estimated', 'aiming', 'on track' and similar expressions. Such statements may be subject to risks and uncertainties that could cause the actual results to differ materially from these statements. We refer you to Syngenta's publicly available filings with the U.S. Securities and Exchange Commission for information about these and other risks and uncertainties. Syngenta assumes no obligation to update forward-looking statements to reflect actual results, changed assumptions or other factors. This document does not constitute, or form part of, any offer or invitation to sell or issue, or any solicitation of any offer, to purchase or subscribe for any ordinary shares in Syngenta AG, or Syngenta ADSs, nor shall it form the basis of, or be relied on in connection with, any contract therefore.

Syngenta International AG
Media Office
CH-4002 Basel
Switzerland
Telephone: +41 61 323 23 23
Fax:       +41 61 323 24 24
www.syngenta.com

# syngenta

**Communiqué aux medias**

## Syngenta acquiert une technologie de tolérance au glyphosate pour le maïs

**Bâle (Suisse), le 12 mai 2004**

Syngenta a annoncé aujourd'hui l'acquisition des droits relatifs à une technologie de tolérance au glyphosate pour le maïs bien établie sur le marché, de Bayer CropScience. Baptisée GA21, cette technologie permet aux agriculteurs de contrôler les mauvaises herbes du maïs au moyen d'applications de l'herbicide glyphosate non sélectif en post-émergence. Syngenta proposera cette technologie dans des hybrides de la marque NK® et par le biais de licences octroyées à d'autres entreprises de semences. Les termes financiers de la transaction n'ont pas été divulgués.

«Cette transaction permet à Syngenta d'entrer de plain-pied dans un important segment du marché de la protection des cultures du maïs», a déclaré David Jones, Head of Business Development chez Syngenta. «Cette précieuse technologie renforce encore notre portefeuille déjà large dans le domaine des hybrides, des solutions biotechnologiques et des produits de protection des cultures du maïs.»

Syngenta est une entreprise leader de l'agro-industrie à l'échelle mondiale et s'engage pour le développement d'une agriculture durable à travers des activités de recherche et des technologies novatrices. La société est un leader dans le domaine de la protection des cultures et occupe le troisième rang du marché des semences commerciales à haute valeur ajoutée. Le chiffre d'affaires réalisé en 2003 était d'environ USD 6,6 milliards. Syngenta occupe quelque 19 000 personnes dans plus de 90 pays. La société Syngenta est cotée à la Bourse Suisse (SYNN) et sur le marché boursier de New York (SYT). De plus amples informations sont disponibles sur www.syngenta.com.

| | | |
|---|---|---|
| Contacts analystes et investisseurs: | Jonathan Seabrook (Suisse) | +41 61 323 7502 |
| | Jennifer Gough (Suisse) | +41 61 323 5059 |
| Contact presse: | Markus Payer (Suisse) | +41 61 323 2323 |

**Avertissement concernant les déclarations anticipant sur l'avenir**

Ce document contient un certain nombre d'informations anticipant sur l'avenir. Elles sont reconnaissables à l'emploi de verbes au futur et au conditionnel, ou à des termes impliquant une projection dans le futur. De telles déclarations impliquent des risques et incertitudes susceptibles de rendre les résultats matériellement différents de ce qui y est annoncé. Pour de plus amples informations sur ces risques et incertitudes ainsi que sur d'autres, nous vous invitons à consulter le formulaire soumis par la société à la Commission des titres et des changes (Securities and Exchange Commission) et accessible au public. Syngenta n'a aucune obligation de remise à jour des déclarations à caractère prévisionnel pour qu'elles reflètent des résultats réels, des hypothèses modifiées ou d'autres facteurs. Ce document ne constitue pas ou ne fait partie d'aucune offre ou invitation à vendre ou émettre, ni de sollicitation issue d'aucune offre d'acquisition ou de souscription pour des actions ordinaires de Syngenta AG ou Syngenta ADS, pas plus qu'il n'est à la base ou n'est lié à aucun contrat s'y rapportant.



Syngenta International AG
Media Office
CH-4002 Basel
Switzerland
Telephone: +41 61 323 23 23
Fax: +41 61 323 24 24
www.syngenta.com

**Pressemitteilung**

## Syngenta erwirbt Glyphosat-Toleranztechnologie für Mais

**Basel, Schweiz 12. Mai 2004**

Syngenta gab heute bekannt, von Bayer CropScience die Rechte an einer im Maisanbau erfolgreichen Glyphosat-Toleranztechnologie erworben zu haben. Mit dieser Technologie, die unter der Bezeichnung GA21 bekannt ist, können Mais-Anbaubetriebe Unkraut auf ihren Feldern durch die Anwendung des nichtselektiven Herbizids Glyphosat nach dem Auflaufen der Saat erfolgreich kontrollieren. Syngenta wird diese Technologie in Mais-Hybridsaatgut der Marke NK® und über Lizenzen mit anderen Saatgutgesellschaften anbieten. Finanzielle Details des Erwerbs wurden nicht mitgeteilt.

"Diese Transaktion ermöglicht Syngenta den raschen Zugang zu einem wichtigen Segment des Mais-Pflanzenschutzmarktes", erklärte Dr. David Jones, Leiter Business Development bei Syngenta. "Unser breites Produktportfolio an Maishybridsaatgut, gentechnisch verbesserten Pflanzeneigenschaften und Pflanzenschutzprodukten wird durch diese wertvolle Technologie weiter gestärkt."

Syngenta ist ein weltweit führendes Agribusiness-Unternehmen, das sich durch innovative Forschung und Technologie für eine nachhaltige Landwirtschaft einsetzt. Das Unternehmen ist ein Marktführer im Pflanzenschutz und nimmt am Markt für hochwertiges kommerzielles Saatgut Platz drei ein. Der Umsatz 2003 betrug rund USD 6,6 Milliarden. Syngenta beschäftigt etwa 19.000 Mitarbeiterinnen und Mitarbeiter in über 90 Ländern. Syngenta ist an der Schweizer Börse (SYNN) und an der Börse von New York (SYT) kotiert. Weitere Informationen: www.syngenta.com.

| | | |
|---|---|---|
| Medienauskünfte: | Markus Payer | Tel: +41 (61) 323 2323 |
| Auskünfte für Analysten/Investoren: | Jonathan Seabrook | Tel: +41 (61) 323 7502 |
| | Jennifer Gough | Tel: +41 (61) 323 5059 |

**Vorausschauende Aussagen**

Dieses Dokument enthält in die Zukunft gerichtete Aussagen. Diese können Risiken und Unsicherheiten beinhalten, die zur Folge haben können, dass die tatsächlichen Ergebnisse wesentlich von den zukunftsbezogenen Aussagen abweichen. Wir verweisen Sie auf die öffentlich zugänglichen Unterlagen von Syngenta, die bei der Securities and Exchange Commission in den USA eingereicht wurden und Informationen über diese und andere Risiken und Unsicherheiten enthalten. Syngenta ist nicht verpflichtet, in die Zukunft gerichtete Aussagen zu aktualisieren, um effektive Ergebnisse, neue Annahmen oder andere Faktoren zu berücksichtigen. Dieses Dokument ist nicht Bestandteil irgendeines Angebots, einer Verkaufs- oder Ausgabeaufforderung oder einer Bewerbung eines Kauf- oder Zeichnungsangebots für Aktien oder ADS von Syngenta. Es stellt auch keine Vertragsgrundlage dar und darf in keinem entsprechenden Zusammenhang verwendet werden.

Exhibit B

**Exhibit B – Membership of Boards of Directors**

**Syngenta AG**
Peggy Bruzelius
Peter Doyle
Rupert Gasser
Pierre Landolt
Michael Pragnell
Pedro Reiser
Martin Taylor
Peter Thompson
Jacques Vincent
Rolf Watter
Felix Weber

**Syngenta Participations AG**
Christoph Maeder
Domenico Scala
Peter Schreiner

**Syngenta Executive Committee**
John Atkin
Bruce Bissell
David Jones
David Lawrence
Michael Mack
Christoph Mader
Michael Pragnell
Domenico Scala

**Syngenta Corporation**
Valdemar Fischer
Christoph Maeder
Joseph L. Powell
Elizabeth K. Quarles
Domenico Scala
John C. Sorenson
Jeff Cox

**Syngenta Seeds, Inc.**
John C. Sorenson
Edward C. Resler
John Ramsay
Gustavo Suarez
Michael T. Mack

**Syngenta Biotechnology, Inc.**
David Lawrence
David Nevill
Joseph L. Powell
Roger Kemble
John C. Sorenson

**Garst Seed Company**
John Sorenson, Chair
W. David Witherspoon, Jr.
Gustavo Suarez

**Garwood Seed Company**
Douglas L. Garwood, Chair
Carl D. Garwood
Marjorie W. Garwood

**Golden Seed Company, LLC**
Members:
William K. Werner
Elizabeth J. Werner
Golden Seed Company Inc.

**JC Robinson Seeds, Inc.**
Douglas S. Robinson
Edward T. Robinson III
Steve C. Schmidt
Ronald D. Schindler

**Sommer Bros. Seed Company**
Theodore Sommer
James T. Sommer
Steven C. Sommer
Garold Burkholder

**Thorp Seed Company**
Lester Thorp
Nelson I. Thorp
Ernest N. Thorp
Frank Thorp
Lewis Thorp
Bernice Whitted
Carol van Rossum

**Golden Harvest Seeds, Inc.**
James T. Sommer
Edward T. Robinson, III
Douglas L. Garwood
Nelson I. Thorp
William K. Werner

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on November 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE  19801

I further certify that November 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C.  20004
>
>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>750 Bering Drive
>Houston, TX  77057
>
>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12[th] Street, N.W.
>Washington, D.C.  20004

_____
John W. Shaw (#3362)