**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants.<br>_____<br>DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | C.A. No. 04-305 SLR<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC,

and DeKalb Genetics Corporation (collectively, "Monsanto") hereby certifies that true and

correct copies of the following documents were caused to be served on November 22, 2005

on the attorneys of record at the following addresses as indicated:

      REBUTTAL REPORT OF RICHARD S. CAHOON PURSUANT TO FEDERAL
      RULE OF CIVIL PROCEDURE 26;

      REBUTTAL REPORT OF DR. KENNETH KEEGSTRA TO EXPERT REPORT
      OF DR. BARRY BRUCE;

      REBUTTAL EXPERT REPORT OF CHARLES S. GASSER; AND

      REBUTTAL EXPERT WITNESS REPORT OF DR. MICHAEL E. FROMM.

**VIA FEDERAL EXPRESS**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413


POTTER ANDERSON & CORROON LLP


OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th floor
Houston, TX 77002
(713) 787-1400

Dated: November 23, 2005
708672 / 28128

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiffs Monsanto Company,
Monsanto Technology LLC, and DeKalb
Genetics Corporation*

2

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 23, 2005, the attached

document was emailed to the following persons and was electronically filed with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on November 23, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677274