IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) |
|  | )) |
| v. | )) C.A. No.: 04-305-SLR (Consol.) |
|  | ) |
| SYNGENTA SEEDS, INC., *et al.*, | ) CONFIDENTIAL |
|  | ) FILED UNDER SEAL |
| Defendants. | |

### DECLARATION OF EDWARD C. RESLER

Edward C. Resler, declares under penalty of perjury:

1. I am Vice President and General Counsel, Plant Science, of Syngenta Seeds, Inc. I make this affidavit in support of Syngenta AG's and Syngenta Participations AG's motion to dismiss the Counterclaim of Monsanto Company and Monsanto Technology LLC ("Counterclaim") for lack of personal jurisdiction. The statements made herein are based on (i) my personal knowledge, (ii) my review of documents prepared and maintained by Syngenta Seeds, Inc. ("Syngenta Seeds") and certain of its affiliates, and (iii) upon information provided by Syngenta employees with knowledge of the business of Syngenta Seeds and certain of its affiliates.

2. In addition to Syngenta AG and Syngenta Participations AG ("Participations"), Monsanto has named several U.S. companies as defendants in its Counterclaim, including Syngenta Corporation, Syngenta Seeds, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company[1], and the "Golden Harvest Companies" (which Monsanto alleges to

---

[1] On April 1, 2005, Advanta USA, Inc. changed its name to Garst Seed Company. They are the same entity, which I will refer to as Garst Seed Company.

include Garwood Seed Co., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co.). See Complaint ¶¶ 9-14. I will refer to these companies collectively as the "Syngenta U.S. Companies."

3. Syngenta Corporation is a Delaware corporation having its principal offices at 2200 Concord Pike, Wilmington, DE 19803. Syngenta Corporation is a holding company that owns, either directly or indirectly, Syngenta Seeds, Syngenta Biotechnology, Inc., and Garst Seed Company. Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co. -- are majority owned directly or indirectly by GH Holding, Inc. a wholly-owned subsidiary of Participations.

4. Syngenta Corporation and its U.S. affiliates have more than 4,000 employees.

5. Syngenta Seeds was formed under the laws of Delaware and is headquartered in Golden Valley, Minnesota. It is engaged, among other things, in the production, marketing and sale of commercial seeds, including hybrid corn seeds.

6. Syngenta Biotechnology, Inc. ("SBI") is a Delaware corporation with its principal place of business in Research Triangle Park, North Carolina. SBI, which is wholly owned by Syngenta Seeds, conducts research in various areas of agriculture, including crop genetics research.

7. In its Counterclaim, Monsanto alleges that "Syngenta," which is defined to include Syngenta AG and Participations, has sold "Monsanto's GA21 product as its own competing 'Agrisure' or 'Agrisure GT' brands of products." See Counterclaim ¶ 66. This is incorrect. Any sales of GA21 corn seed in the U.S., including under the "Agrisure" and "Agrisure GT" brands, have been made by Syngenta Seeds and its U.S. seed company affiliates. Syngenta AG and Participations have not sold any GA21 corn seed in the United States.

8. Monsanto also alleges that "Syngenta," including Syngenta AG and Participations, "intentionally interfered with Monsanto's GA21 event license agreement with Garst [Seed Company] by contracting with Garst's immediate parent, Advanta USA, Inc., for the transfer of the GA21 event inbred corn lines that [Garst] had received from Monsanto." See Counterclaim ¶¶51,78. This statement is also incorrect. The May 10, 2004 agreement with Advanta USA, Inc. to which the Counterclaim refers (see ¶51) was entered into by Syngenta Seeds. A copy of that contract is attached to this affidavit as Exhibit "A." Neither Syngenta AG nor Participations was a party to this agreement, nor did they negotiate it. Moreover, the May 10, 2004 agreement was negotiated and signed by Syngenta Seeds and Advanta USA, Inc. (the predecessor to Garst Seed Company) in Iowa and Minnesota where the parties are located.

9. In the Counterclaim, Monsanto alleges that "Syngenta AG actively directs and controls the U.S. business operations of" the Syngenta U.S. Companies. See Complaint ¶ 15. This is incorrect.

10. The Syngenta U.S. Companies are managed by their own officers and employees, who have responsibility for the day-to-day operation of the businesses. To my knowledge, Syngenta AG and Participations do not direct the day-to-day operations of the Syngenta U.S. Companies. In particular, Syngenta Seeds and its U.S. seed company affiliates develop and implement the sales and marketing strategy for GA21 corn seed in the United States. These companies make the day-to-day decisions on what, where, when, and how to sell GA21 corn seed. They hire (and fire) their own sales forces, adopt their own branding strategies (including with respect to the "Agrisure" brand), set their own prices, run their own promotions, and decide on their own which customers to target.

3

11.   The Syngenta U.S. Companies maintain offices, manufacturing, research, sales and distribution facilities in the United States, which are separate from the operations of Syngenta AG and Participations, neither of which has any facilities in the United States.

12.   The boards of directors of the Syngenta U.S. Companies are separate from the boards of Syngenta AG and Participations. The Syngenta U.S. Company boards meet at separate times and locations from any meetings of the boards of Syngenta AG and Participations. As set forth in Exhibit "B" to the accompanying affidavit of Daniel Michaelis, no Syngenta U.S. Company has a majority of directors who are also directors of Syngenta AG or Participations, or members of the Syngenta AG Executive Committee.

13.   The Syngenta U.S. Companies maintain their own books and records, and prepare their own financial statements. Syngenta Corporation files its own United States tax returns. Syngenta Corporation prepares its own financial statement, which is consolidated with Syngenta AG's financial statement for reporting purposes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2005

_Edward C. Resler_
Edward C. Resler

4

## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on November 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

I further certify that November 30, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C.  20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX  77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg (No. 3657)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
sreidenberg@ycst.com

Attorneys for Counterclaim Defendants Syngenta AG and Syngenta Participations AG