IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | Civil Action No. 04-305-SLR<br>(Lead Case) |
| DEKALB GENETICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO., GOLDEN SEED<br>COMPANY, L.L.C, SOMMER BROS.<br>SEED COMPANY, THORP SEED CO.,<br>and JC ROBINSON SEEDS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 05-355-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants caused copies of (1) Rebuttal Report of John C. Jarosz; (2) Rebuttal Rule 26(a)(2) Expert Report of Eric Ward, Ph.D.; (3) Rule 26(a)(2) Responsive Expert Report of Paul Christou, Ph.D.; and (4) Rule 26(a)(2) Responsive Expert Report of Barry D. Bruce, Ph.D. to be served on November 22, 2005, on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>Thomas A. Miller, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 5, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Thomas A. Miller, Esquire
>Howrey Simon Arnold & White, LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
_____
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: December 5, 2005