# EXHIBIT 1

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

COPYRIGHT 2005 DUN & BRADSTREET INC. - PROVIDED UNDER CONTRACT
FOR THE EXCLUSIVE USE OF SUBSCRIBER 061-007589L.

ATTN: 05010.0010.StargardAndreas

IDENTIFICATION

NAME:                         Syngenta AG

DOMIZILADRESSE:               Schwarzwaldallee 215
                              4058 Basel BS
                              Switzerland

POSTAL ADDRESS:               PO box
                              4002 Basel BS
                              Switzerland

LEGAL SEAT:                   4000 Basel BS
                              Switzerland

PHONE:                        061 323 11 11
FAX:                          061 323 24 24
E-MAIL:                       info@syngenta.com
HOMEPAGE:                     http://www.syngenta.com

BUSINESS ADDRESS:             Syngenta AG
                              c/o Syngenta Crop Protection AG
                              Schwarzwaldallee 215
                              4058 Basel

D-U-N-S NUMBER:               48-090-9139

Registration number:         CH-170.3.023.349-3

Registered translation of Company Name:
                              Syngenta Ltd
                              Syngenta SA
                              Syngenta SA

CURRENCY:                     Shown in Swiss francs (CHF), unless otherwise
                              stated


RISK APPRAISAL


            D&B RATING:              5A2
            CREDIT RECOMMENDATION: 10.000.000
            D&B SCORE:               83


The D&B Rating of 5A2 indicates:

# EXHIBIT 3



FINANCIAL REPORT 2004

REAP REWARDS

NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

| Country | Domicile | Percentage Owned by Syngenta | | Share Capital Local Currency [1] | Function of Company |
|---|---|---|---|---|---|
| **USA** | | | | | |
| Syngenta Crop Protection, Inc | Greensboro, NC | 100% | USD | 1 | Sales/Production/Research |
| Syngenta Seeds, Inc | Golden Valley MN | 100% | USD | - | Sales/Production/Research |
| Syngenta Biotechnology, Inc | Research Triangle Park, NC | 100% | USD | - | Research |
| Syngenta Corporation | Wilmington, DE | 100% | USD | 100 | Holding/Finance |
| Syngenta Finance Corporation | Wilmington, DE | 100% | USD | 10 | Finance |
| Syngenta Investment Corporation | Wilmington, DE | 100% | USD | 1,000 | Intellectual Property |
| GB Biosciences Corporation | Greensboro, NC | 100% | USD | - | Sales/Production |
| Advanta USA, Inc. | Slater, IA | 90% | USD | 101 | Sales/Research |
| Golden Seed Company, Inc. | Cordova, IL | 90% | USD | 1,477 | Sales/Production |
| Garwood Seed Co. | Stonington, IL | 90% | USD | 56,916 | Sales/Production |
| J C Robinson Seeds Inc | Waterloo, NE | 90% | USD | 472,927 | Sales/Production/Research |
| Sommer Bros. Seeds Co | Pekin, IL | 90% | USD | 123,700 | Sales |
| Thorp Seed Co. | Clinton, IL | 90% | USD | 240,000 | Sales |
| Dulcinea Farms, LLC | Ladera Ranch,CA | 51% | USD | - | Sales/Development |
| Zymetrics, Inc | Golden Valley, MN | 100% | USD | - | Sales/Production/Research |
| **Ukraine** | | | | | |
| TOV Syngenta | Kiev | 100% | USD | 15,000 | Sales |
| **Vietnam** | | | | | |
| Syngenta Vietnam Limited | Bien Hoa City | 100% | VND | 55,063,000,000 | Sales |

In addition. Syngenta is represented by operations. associates or joint ventures in the following countries: Austria, Democratic Republic of Congo, Croatia. Cuba. Dominican Republic. Ecuador, Finland. Guadeloupe. Iran. Kenya, Kazakhstan. New Zealand. Nigeria. Norway, Paraguay, Peru. Romania. Serbia. Slovakia. Slovenia. Sri Lanka. Swaziland, Uruguay. Venezuela. and Zimbabwe

[1] Currency code used is according to ISO 4217

**Listed Companies**
Syngenta India Limited (International Securities Identification Number: INE 402 CO 1016) is listed on the Calcutta Stock Exchange and the Mumbai Stock Exchange On December 31. 2004 it had a market capitalization of INR 13,175 million

# EXHIBIT 4

**Syngenta Group Financial Report 2002**

| 2 | Management Discussion and Analysis |

| 36 | Consolidated Income Statement |
| 37 | Consolidated Balance Sheet |
| 38 | Consolidated Cash Flow Statement |
| 39 | Consolidated Statement of Changes in Equity |
| 41 | Notes to the Syngenta Group Consolidated Financial Statements |

| 108 | Report of the Auditors on the Syngenta Group Consolidated Financial Statements |

| 110 | Financial Statements of Syngenta AG |

| 110 | Income Statement |
| 111 | Balance Sheets (prior to profit appropriation) |
| 112 | Proposal for the Appropriation of Available Earnings |
| 113 | Notes to the Financial Statements of Syngenta AG |

| 117 | Report of the Auditors on the Syngenta AG Financial Statements |

| 119 | Due Dates for 2003 Reporting and Contact Addresses |

**Syngenta Group Management Discussion and Analysis**

**Management Discussion and Analysis** [1]

**Financial Highlights**

| | Year ended December 31, | | | | |
|---|---|---|---|---|---|
| (US$ million) | 2002 | 2001 | 2000 | 1999 | 1998 |
| **Amounts in accordance with IFRS** [1] | | | | | |
| *Income statement data* | | | | | |
| Sales | 6,197 | 6,323 | 4,876 | 4,678 | 5,040 |
| Cost of goods sold | (3,132) | (3,199) | (2,442) | (2,367) | (2,430) |
| Gross profit | 3,065 | 3,124 | 2,434 | 2,311 | 2,610 |
| Operating expenses | (2,821) | (2,759) | (1,434) | (1,862) | (1,884) |
| Operating income | 244 | 365 | 1,000 | 449 | 726 |
| Income before taxes and minority interests | 49 | 111 | 914 | 325 | 544 |
| Net income/(loss) | (27) | 34 | 564 | 135 | 299 |
| Basic and diluted earnings/(loss) per share ($) | (0.26) | 0 34 | 7 61 | 1 97 | 4 35 |
| *Cash flow data* | | | | | |
| Cash flow from operating activities | 802 | 548 | 610 | 618 | 250 |
| Cash flow from/(used for) investing activities | (260) | (122) | 1,045 | (283) | (377) |
| Cash flow from/(used for) financing activities | (607) | (868) | (968) | (350) | 227 |
| Capital expenditure | (165) | (253) | (185) | (185) | (201) |
| *Balance Sheet data* | | | | | |
| Working capital | 1,139 | 880 | (213) | 289 | 229 |
| Total assets | 10,526 | 10,709 | 11,815 | 6,593 | 7,074 |
| Total non-current liabilities | (2,938) | (3,110) | (2,147) | (757) | (774) |
| Total liabilities | (6,096) | (6,550) | (7,504) | (4,035) | (4,410) |
| Share capital | 667 | 667 | 667 | - | - |
| Total equity | 4,350 | 4,086 | 4,210 | 2,481 | 2,588 |
| **Other supplementary income data** | | | | | |
| EBITDA [2] | 892 | 936 | 1,312 | 713 | 967 |
| EBITDA excluding Special items [3] | 1,154 | 1,127 | 856 | 821 | 1,081 |
| **Amounts in accordance with US GAAP** | | | | | |
| Sales | 6,197 | 6,323 | 4,876 | 4,678 | 5,040 |
| Net income/(loss) | (165) | (247) | 180 | 64 | 169 |
| Total assets (unaudited) | 11,020 | 11,338 | 12,826 | 7,944 | 8,727 |
| Total non-current liabilities (unaudited) | (3,133) | (3,300) | (2,621) | (1,175) | (1,246) |
| Total equity | 4,533 | 4,417 | 4,820 | 3,491 | 3,851 |
| Basic and diluted earnings/(loss) per share ($) | (1 62) | (2 44) | 2 43 | 0 93 | 2 46 |

**Syngenta Group Management Discussion and Analysis**

Notes

[1] Syngenta has prepared the consolidated financial statements in US dollars and in accordance with International Financial Reporting Standards (IFRS), together with a reconciliation of net income and equity to US Generally Accepted Accounting Principles (US GAAP)  The basis of preparation of the consolidated financial statements and the key accounting policies are discussed in Notes 1 and 2, respectively, of the consolidated financial statements  For a discussion of the significant differences between IFRS and US GAAP, see Note 33 of the consolidated financial statements

When reading the consolidated financial statements. the following needs to be considered:

For accounting and financial purposes, the transactions forming Syngenta are treated as a purchase of Zeneca agrochemicals business by Novartis agribusiness with effect from November 13. 2000  As such, the consolidated financial statements do not include the financial results of Zeneca agrochemicals business prior to November 13. 2000, and are not indicative of the performance of Syngenta prior to this date

The consolidated income statements for the twelve months ended December 31, 2002 and 2001 represent the performance of Syngenta in those periods  The consolidated income statement for the twelve months ended December 31, 2000 is based mainly on the performance of Novartis agribusiness, with the results of Zeneca agrochemicals business being included only following the formation of Syngenta on November 13, 2000  The comparatives for 1999 and earlier periods relate only to Novartis agribusiness

The consolidated balance sheet shown in the consolidated financial statements as at December 31, 2002, 2001 and 2000 contains the assets and liabilities of Syngenta (representing both Novartis agribusiness and Zeneca agrochemicals business); the 1999 and earlier comparative figures contain only the assets and liabilities of Novartis agribusiness

The consolidated cash flow statements for the twelve months ended December 31, 2002 and 2001 represent the performance of Syngenta in those periods  The consolidated cash flow statement for the twelve months ended December 31, 2000 consists mainly of the cash flows for the full year of Novartis agribusiness, with cash flows from Zeneca agrochemicals business being included only following the formation of Syngenta on November 13, 2000   The comparatives for 1999 and earlier periods relate only to Novartis agribusiness

Some costs which have been reflected in the consolidated financial statements for 2000 and earlier periods are not necessarily indicative of the costs that Syngenta would have incurred had it operated as an independent. stand-alone entity for all periods presented. These costs comprise allocated Novartis corporate overhead, interest expense and income taxes  Until its combination with Zeneca agrochemicals business, Novartis agribusiness was not managed as a single strategic business entity  Instead, the Crop Protection and Seeds businesses were operated by separate management teams, which were coordinated with strategic management at the Novartis holding company level  Following the merger with Zeneca agrochemicals business, Syngenta is a single entity

[2] EBITDA is defined as earnings before interest, tax, minority interests, depreciation. amortization and impairment   Syngenta has included information concerning EBITDA because it is used by investors as one measure of an issuer's ability to service or incur indebtedness  EBITDA is not a measure of cash liquidity or financial performance under generally accepted accounting principles and Syngenta's EBITDA measure may not be comparable to other similarly titled measures of other companies   EBITDA should not be construed as an alternative to operating income or to cash flow as determined in accordance with generally accepted accounting principles, nor as a measure of liquidity or indicator of Syngenta's performance

[3] Special items are material items that management regard as requiring separate disclosure to provide a more thorough understanding of ongoing business performance   Special items are comprised of US$396 million, US$349 million, US$261 million, US$67 million, and US$3 million of restructuring charges for the years ended December 31, 2002, 2001. 2000, 1999 and 1998 respectively; US$3 million and US$68 million of merger costs for the years ended December 31, 2001 and 2000 respectively; and US$41 million and US$129 million of trade receivable write-downs in Latin America, Russia and Ukraine for the years ended December 31. 1999 and 1998 respectively. These charges were partially offset by gains on disposals of US$75 million, US$785 million and US$18 million for the years ended December 31, 2001, 2000 and 1998 respectively

**Syngenta Group Management Discussion and Analysis**

OVERVIEW

Syngenta is a world leading agribusiness operating in the Crop Protection and Seeds businesses. Crop Protection chemicals include herbicides, insecticides and fungicides to control weeds, insect pests and diseases in crops, and are essential inputs enabling growers around the world to improve agricultural productivity and food quality. Many of these products also have application in the professional products sector in areas such as seed treatment and turf and ornamental markets. The Seeds business operates in two high value commercial sectors: seeds for field crops including corn, oilseeds and sugar beet; and vegetable and flower seeds. Syngenta is also developing a Plant Science business (formerly New Technology) applying biotechnology to improve growers' yield and food quality. Syngenta aims to be the partner of choice for Syngenta's grower customers with its unparalleled product offer, creating value for customers and shareholders.

Syngenta's results are affected, both positively and negatively, by, among other factors: general economic conditions; weather conditions (which can influence the demand for certain products over the course of a season); commodity crop prices and exchange rate fluctuations. Government measures, such as subsidies or rules regulating the areas allowed to be planted with certain crops, also can have an impact on Syngenta's industry. Syngenta's results are also increasingly affected by the growing importance of biotechnology to agriculture and the use of genetically modified crops.

Syngenta operates globally to exploit its technology and marketing base. Syngenta's largest markets are Europe, Africa and the Middle East (EAME), and NAFTA, which represented 38% and 36% respectively of consolidated sales in 2002 (2001: 36% and 36%, 2000: 36% and 35%). Both sales and operating profit are seasonal and are weighted towards the first half of the calendar year, which largely reflects the northern hemisphere planting and growing cycle.

Manufacturing and Research and development are largely based in Switzerland, the United Kingdom and the United States of America.

The consolidated financial statements are presented in US dollars, as this is the major currency in which revenues are denominated. However, significant, but differing proportions of our revenues, costs, assets and liabilities are denominated in currencies other than US dollars. Approximately 23% of sales in 2002 were denominated in euros, while a significant proportion of costs for research and development, administration, general overhead and manufacturing are denominated in Swiss francs and British pounds sterling, sales in which currencies together make up around 3% of total sales. Marketing and distribution costs are more closely linked to the currency split of the sales. As a result, operating profit in US dollars can be significantly affected by movements in exchange rates, in particular movements of the Swiss franc, British pound sterling and the euro relative to the US dollar, and the relative impact on operating profit may differ to that on sales. In the second half of 2002, the US dollar depreciated against all major currencies including the euro, Swiss franc, British pound sterling and the Japanese yen, and for the full year, sales were marginally (1%) increased by exchange movements compared to 2001 exchange rates, whereas operating profit excluding Special items was reduced by 6%. During 2001, the US dollar appreciated against these currencies and reduced total 2001 sales by 3% compared to 2000. The effects of currency fluctuations have been reduced by risk management activities such as hedging.

The consolidated financial statements are based upon Syngenta's accounting policies and, where necessary, the results of management estimations. Syngenta believes that the critical accounting policies and estimations underpinning the financial statements are, (i) adjustments for doubtful receivables, (ii) environmental provisions, (iii) impairment and (iv) defined benefit pensions. These policies are described in more detail later in this report.

Results of operations for the years 2000 to 2002 reflect the impact of low crop commodity prices and difficult agricultural market conditions.

**Syngenta Group Management Discussion and Analysis**

Sales by region were as follows:

| (US$ million) | Year ended December 31, | | |
|---|---|---|---|
| | 2002 | 2001 | 2000 |
| Europe, Africa and Middle East | 2,346 | 2,263 | 1,747 |
| NAFTA | 2,260 | 2,291 | 1,690 |
| Latin America | 661 | 765 | 641 |
| Asia Pacific | 930 | 1,004 | 798 |
| Total | 6,197 | 6,323 | 4,876 |

2002 and 2001 results represent the results of Syngenta, which has integrated the legacy Novartis agribusiness and Zeneca agrochemicals business  2000 represents the results for Novartis agribusiness for 2000 plus two months of Zeneca agrochemicals business  The notes to the Financial Highlights explain this in more detail

**Crop Protection**

The Crop Protection market remained difficult in 2002.  The recovery in some crop commodity prices towards the end of the year was too late to impact Syngenta sales and it is not yet clear to what extent these prices will be sustained in 2003 and the extent to which this will impact demand and prices of inputs.  Reduction in channel inventories also continued through the year in several major markets to align sales more closely to consumption  This was particularly successful in Brazil, where Syngenta also constrained sales to control receivables and reduce credit risk in the face of high economic and exchange rate volatility.  The product phase-out program, with 14 further active ingredients withdrawn in 2002, reduced sales by US$129m but this was more than offset by the successful rollout of the new products noted below  A competitive USA herbicide market was primarily responsible for a 1% decline in price.  The weakness of the Brazilian real also reduced prices in US dollar terms.

New product sales generated 4% sales growth compared to 2001 and more than offset the phase-outs from the range rationalization programme.  The new products launched in 2001 gained market penetration and further registrations in new markets were achieved:

CALLISTO[®] (mesotrione), a post-emergence corn herbicide with a new mode of action, exceeded expectations in the key USA market and grew strongly in Germany;

ACANTO[TM]  (picoxystrobin), a new generation strobilurin fungicide, contributed to growth in Germany and the UK and in the final quarter registration and first sales in the major French market were achieved;

ACTARA[®] and CRUISER[®] (thiamethoxam) also continued to penetrate the insecticide and seed treatment insecticide markets respectively

In Europe, Africa and the Middle East, strong sales in Eastern Europe and particularly in Germany offset lower sales in the major French market, where a contracting market, increased fungicide competition and the impact of a heavy phase-out program all adversely affected results

In NAFTA, channel inventory reductions, a competitive herbicide market and product range rationalization all contributed to lower sales in the USA, but this was offset by new product driven growth in Canada and Mexico and Crop Protection sales were only marginally down

In Latin America, there was some recovery of sales in Argentina, all on secure terms.  In Brazil, sales were deliberately constrained  to reduce receivables and channel inventories and pricing was eroded by the significant devaluation of the Brazilian real.  Consumption at grower level in Brazil is estimated to have increased

Sales in Asia Pacific were lower due to severe drought in Australia, product phase-outs and the reduction in channel inventories in Japan, allied to some consolidation in the multi-layered Japanese distribution network.  The growth of non-selective herbicides in China continued.

Syngenta Group Management Discussion and Analysis

### Seeds

The Seeds segment had a mixed performance in 2002 and overall sales were flat at constant exchange rates.

Vegetable and flower sales grew in Europe and NAFTA and this compensated for a decline in field crop sales in Brazil and the USA, particularly in corn. Performance across all major crops in Europe was strong.

### Syngenta Operating Segments

Syngenta is organized on a worldwide basis into three operating segments, Crop Protection, Seeds and Plant Science. The Plant Science segment was referred to as the New Technology segment in the 2001 consolidated financial statements. The following tables set out sales and operating income by segment for each of the periods indicated:

| | Year ended December 31, | | |
|---|---|---|---|
| (US$ million) | 2002 | 2001 | 2000 |
| **Sales** | | | |
| Crop Protection | 5,260 | 5,385 | 3,918 |
| Seeds | 937 | 938 | 958 |
| Total | 6,197 | 6,323 | 4,876 |
| **Operating Income** | | | |
| Crop Protection | 397 | 473 | 1,190 |
| Seeds | 20 | 62 | 3 |
| Plant Science | (173) | (167) | (125) |
| Unallocated (merger costs) | - | (3) | (68) |
| Total | 244 | 365 | 1,000 |

Operating income in 2002 includes US$396m of merger and restructuring costs, net of divestment gains substantially related to the integration and restructuring of the combined businesses following the formation of Syngenta in November 2000. In 2001, the equivalent cost was US$277 million. Delivery of the planned synergies is ahead of schedule with US$197 million annual savings in 2002 and cumulative annual savings from 2001 and 2002 of US$362 million. Further details are provided in Notes 6 and 22 of the consolidated financial statements.

In order to obtain regulatory approval for the merger, Syngenta agreed to divest certain products and product rights. In 2001, completed divestments include the sales of the herbicide *propaquizafop,* the fungicide *flutriafol* and the insecticide *thiocyclam.* 2001 sales in the period up to divestment were US$9 million for these products and product rights. 2001 divestments produced net gains of US$75 million (see Note 6 of the consolidated financial statements).

In 2000, completed divestments included the sale of the fungicide, *Flint.* These divestments, in the aggregate, represented approximately US$125 million of sales and US$49 million of operating income for the year ended December 31, 2000 and US$95 million of sales and US$37 million of operating income in the year ended December 31, 1999. These divestments produced a gain of US$785 million in 2000.

The expense recorded for defined benefit pension plans increased from US$72 million in 2001 (including US$10 million of restructuring costs) to US$117 million in 2002 (including US$33 million of restructuring costs of which US$14 million are non-cash costs) as a result of reductions in the discount rates used to value the benefit obligation and in the expected rate of return on assets, and because the market value of assets was affected in 2001 by the general adverse fall in equity prices.

The following pages contain references to constant exchange rates (CER). Variances at constant exchange rates are calculated by consolidating the current year results of group entities reported in local currency into US dollars using the average exchange rates used in the prior year, and comparing this with the consolidated results as reported for the prior year.

**Syngenta Group Management Discussion and Analysis**

**2002 COMPARED TO 2001**

**Sales commentary**

Total Syngenta consolidated sales for 2002 were US$6,197million, compared to US$6,323 million for 2001. The following table analyzes the decrease in sales of 2%, 3% at constant exchange rates (CER);

| (US$ million) | Full Year | | Growth | |
| | 2002 | 2001 | Actual % | CER % |
| --- | --- | --- | --- | --- |
| Crop Protection | 5,260 | 5,385 | - 2 | - 3 |
| Seeds | 937 | 938 | - | - |
| **Total** | **6,197** | **6,323** | **- 2** | **- 3** |

**Crop Protection Sales**

*Growth rates in the following narrative compare 2002 actuals with 2001 actuals and are at constant exchange rates (CER) unless otherwise stated.*

*Commentary on product performance*

| Product line | Full Year | | Growth [1] | |
| | 2002 US$ million | 2001 US$ million | Actual % | CER % |
| --- | --- | --- | --- | --- |
| Selective herbicides | 1,606 | 1,722 | - 6 | - 7 |
| Non-selective herbicides | 650 | 687 | - 2 | - 3 |
| Fungicides | 1,398 | 1,392 | - | - 1 |
| Insecticides | 855 | 944 | - 7 | - 7 |
| Professional products | 585 | 522 | 6 | 5 |
| Others | 166 | 118 | 19 | 13 |
| **Total** | **5,260** | **5,385** | **- 2** | **- 3** |

(1)    Product line variances take into account minor reclassifications made in 2002.

Herbicides are products that prevent or reduce weeds that compete with the crop for nutrients and water. Selective herbicides are crop-specific and control weeds without harming the crop. Non-selective herbicides reduce or halt the growth of all vegetation with which they come into contact.

Fungicides are products that prevent and cure fungal plant diseases that affect crop yield and quality.

Insecticides are products that control chewing pests such as caterpillars and sucking pests such as aphids, which reduce crop yields and quality.

Professional products are herbicides, insecticides and fungicides used in markets such as seed treatment, public health, and turf and ornamentals.

**Selective Herbicides:** major brands BICEP® MAGNUM, CALLISTO®, DUAL® MAGNUM, FLEX®, FUSILADE®, TOPIK®
Total sales declined for three main reasons: price pressure, largely in the USA, accounted for US$47million; range rationalization of US$32 million; and volume reductions in Brazil due to de-stocking. In corn herbicides, sales of CALLISTO® reached US$103 million following a strong first full-season of marketing; this more than offset the decline in DUAL®/ BICEP® MAGNUM due to the competitive US market. In soybeans, sales of FLEX® and FUSILADE® were also lower with increased herbicide-tolerant crop (HTC) plantings. In cereals, sales of the grass herbicide TOPIK® declined in France, and in Canada and Australia due to drought.

**Syngenta Group Management Discussion and Analysis**

**Non-selective Herbicides:** major brands GRAMOXONE®, TOUCHDOWN®
Continued strong growth of TOUCHDOWN® IQ™ in the USA was offset by lower sales in Brazil. New marketing programs for GRAMOXONE® in Australia and China increased sales; in Japan and Brazil there was continued channel de-stocking. Two years after the opening of the Nantong plant, China has become the second largest market for GRAMOXONE® after the USA.

**Fungicides:** major brands ACANTO™, AMISTAR®, BRAVO®, RIDOMIL GOLD®, SCORE®, TILT®, UNIX®
First full-season launches in Europe, including a late fourth quarter launch in France, of the new strobilurin ACANTO™, resulted in sales of US$40 million. This more than offset reduced sales of AMISTAR®, the largest product in the fungicide portfolio, which were lower due to the introduction of a new competitor in France at the start of the season; there was continued encouraging growth in the USA, Japan and Brazil. Sales growth of SCORE®, in Asia and Europe, and a number of smaller products compensated for lower sales of RIDOMIL®, BRAVO® and TILT® Underlying sales growth in fungicides was impacted by the phase-out of older products (US$28 million).

**Insecticides:** major brands ACTARA®, FORCE®, KARATE®, PROCLAIM®, VERTIMEC®
ACTARA® achieved sales of US$87 million, with broad-based growth and a particularly strong performance in the USA. Sales of KARATE® benefited from strong growth in KARATE® ZEON ® in Germany. Reduced cotton plantings in Australia and the USA combined with channel de-stocking in Brazil resulted in lower sales for a number of products. Over half the decline in insecticides was due to phase-outs (US$35 million).

**Professional Products:** major brands CRUISER®, DIVIDEND®, HERITAGE®, ICON®, MAXIM®
Seed Treatment sales sustained very strong growth with sales of CRUISER® more than doubling to US$54 million, driven by strong demand in North America in cotton and canola. Growth of MAXIM® continued in the USA and Brazil. Sales of Turf and Ornamentals were lower with growth more than offset by product phase-outs (US$29 million). Public Health sales were down due to reduced tenders for ICON®.

*Commentary on regional performance*

| | Full Year | | Growth | |
| Regional | 2002 US$ million | 2001 US$ million | Actual % | CER % |
|---|---|---|---|---|
| Europe, Africa and Middle East | 1,919 | 1,870 | 3 | - |
| NAFTA | 1,864 | 1,887 | - 1 | - 1 |
| Latin America | 596 | 677 | - 12 | - 12 |
| Asia Pacific | 881 | 951 | - 7 | - 7 |
| **Total** | **5,260** | **5,385** | **- 2** | **- 3** |

Sales in Europe, Africa and the Middle East were unchanged. Growth came from new product introductions throughout the region and particularly strong performances in Germany and Eastern Europe; sales in France were lower due to a contracting market, increased fungicide competition and the impact of a heavy phase-out program which all adversely affected sales.

In NAFTA, sales continued to grow in Canada and Mexico. In the USA strong new product growth was offset by the adverse effects of channel de-stocking, lower prices from a competitive herbicide market and product phase-outs.

In Latin America, Syngenta continued to apply a tight credit policy in the face of economic uncertainty and exchange rate volatility in Brazil and worked to reduce channel stocks to bring sales more in line with farmer usage. This resulted in a deliberate sales volume reduction compounded by lower US dollar equivalent prices from the weaker Brazilian real. Sales on secure terms in Argentina showed good recovery from 2001 levels.

Sales in Asia Pacific were reduced by channel de-stocking in Japan, where there has been some consolidation within the multi-layered channel, and the impact of severe drought in Australia. Product phase-outs reduced sales by US$17 million.

**Syngenta Group Management Discussion and Analysis**

**Seeds Sales**
*Growth rates in the following narrative compare 2002 actuals with 2001 and are at constant exchange rates (CER) unless otherwise stated.*

*Commentary on product performance*

| Product line | Full Year | | Growth | |
| --- | --- | --- | --- | --- |
| | 2002 US$ million | 2001 US$ million | Actual % | CER % |
| Field Crops | 503 | 530 | - 5 | - 4 |
| Vegetables and Flowers | 434 | 408 | 6 | 5 |
| Total | 937 | 938 | - | - |

**Field Crops:** major brands NK® corn, NK® oilseeds, HILLESHÖG® sugar beet

Sales of NK® corn declined as growth in Europe was more than offset by increased penetration of herbicide-tolerant corn in the USA and significantly lower sales in Brazil. Oilseeds sales increased slightly with a strong performance in sunflowers in Eastern Europe and growth in Latin America more than offsetting reduced soybean sales in the USA. With new germplasm, HILLESHÖG® sugar beet performed well in a declining European market. Sales of genetically modified product were stable and accounted for 17% of total Seeds sales

**Vegetables and Flowers:** major brands S&G® vegetables, ROGERS® vegetables, S&G® flowers

S&G® vegetables sales continued to grow with particularly strong results from peppers, tomatoes and melons in Europe though partly offset by some decline in South Korea.

Sales of S&G® flowers increased primarily in Europe where the full commercialization of the proprietary X-tray™ System for young plants provided strong growth.

*Commentary on regional performance*

| Regional | Full Year | | Growth | |
| --- | --- | --- | --- | --- |
| | 2002 US$ million | 2001 US$ million | Actual % | CER % |
| Europe, Africa and Middle East | 427 | 393 | 8 | 8 |
| NAFTA | 396 | 404 | - 2 | - 2 |
| Latin America | 65 | 88 | - 26 | - 26 |
| Asia Pacific | 49 | 53 | - 8 | - 8 |
| Total | 937 | 938 | - | - |

Sales in Europe, Africa and the Middle East grew across all major crops, but with particularly strong achievements in vegetables, flowers, corn and sunflowers

In NAFTA, declines in corn and soybean sales more than offset growth in vegetables and flowers.

The significant sales decline in Latin America reflects the impact of the Brazilian crisis, a reduced market affecting corn sales and the implementation of the risk reduction strategy

Growth in Asia Pacific field crop sales, particularly in India, was more than offset by a decline in vegetables sales in South Korea and Japan.

**Syngenta Group Management Discussion and Analysis**

**Operating Income**

Unless stated otherwise, the following discussion is based on operating income excluding Special items.

*Operating income excluding Special items*

| | Full Year | | Growth | |
|---|---|---|---|---|
| (US$ million, except growth %) | 2002 | 2001 | Actual % | CER % |
| Crop Protection | 745 | 738 | 1 | 4 |
| Seeds | 68 | 71 | - 4 | 10 |
| Plant Science | (173) | (167) | - 3 | - |
| **Total** | **640** | **642** | **-** | **5** |

**Crop Protection Operating Income**

| | Total | | Special items | | Excluding Special items | | |
|---|---|---|---|---|---|---|---|
| (US$ million, except growth %) | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 | % growth CER |
| Sales | 5,260 | 5,385 | - | - | 5,260 | 5,385 | - 3 |
| Cost of goods sold | (2,681) | (2,740) | - | - | (2,681) | (2,740) | 6 |
| **Gross profit** | **2,579** | **2,645** | **-** | **-** | **2,579** | **2,645** | **- 2** |
| *as a percentage of sales* | *49%* | *49%* | | | *49%* | *49%* | |
| | | | | | | | |
| Marketing and distribution | (909) | (948) | - | - | (909) | (948) | 6 |
| Research and development | (425) | (458) | - | - | (425) | (458) | 10 |
| General and administrative | (500) | (501) | - | - | (500) | (501) | - 6 |
| Merger and restructuring costs, net of divestment gains | (348) | (265) | (348) | (265) | - | - | |
| **Operating income** | **397** | **473** | **(348)** | **(265)** | **745** | **738** | **4** |
| *as a percentage of sales* | *8%* | *9%* | | | *14%* | *14%* | |

As a percentage of sales, gross profit remained stable in 2002 despite the adverse effects from the strengthening of the Swiss franc and British pound sterling against the US dollar and lower US dollar equivalent prices in Brazil. At constant exchange rates gross profit would have been 0.6% higher than 2001, largely from synergy cost savings. Operating income increased by 1% in 2002 to US$745 million as cost savings more than offset the impact of lower sales, and at constant exchange rates was 4% higher.

Special items are merger and restructuring costs, net of divestment gains. In 2002 these restructuring costs are associated with the continued implementation of the synergy programs, and in 2001 represent merger and restructuring costs associated with synergy programs, net of mandated product divestment gains. In 2001, mandated product divestment gains were US$75 million. The restructuring programs and related costs are discussed in more detail later in this section.

Compared to 2001, marketing and distribution costs reduced by 6% at constant exchange rates, and research and development costs reduced by 10%, both primarily due to the savings associated with synergy programs. General and administrative costs increased by 6% at constant exchange rates, largely due to the cost of projects initiated in 2002 to enhance business processes and systems; this was offset by the inclusion of exchange hedging gains of US$43 million, which are excluded from the CER variance.

Crop Protection operating income for 2002 benefited from US$23 million of gains (2001: loss US$9 million) on disposals of fixed assets. A final royalty payment of US$20 million under a license agreement with Pfizer Inc. which has now expired, was received during 2002, and is shown in General and administrative. Income from this license in 2001 was US$25 million.

Syngenta Group Management Discussion and Analysis

Seeds Operating Income

| (US$ million, except growth %) | Total | | Special items | | Excluding Special items | | % growth CER |
|---|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 | |
| Sales | 937 | 938 | - | - | 937 | 938 | - |
| Cost of goods sold | (451) | (459) | - | - | (451) | (459) | 2 |
| Gross profit | 486 | 479 | - | - | 486 | 479 | 2 |
| as a percentage of sales | 52% | 51% | - | - | 52% | 51% | |
| Marketing and distribution | (237) | (230) | - | - | (237) | (230) | - 1 |
| Research and development | (119) | (112) | - | - | (119) | (112) | - 4 |
| General and administrative | (62) | (66) | - | - | (62) | (66) | 8 |
| Merger and restructuring costs, net of divestment gains | (48) | (9) | (48) | (9) | - | - | |
| Operating income | 20 | 62 | (48) | (9) | 68 | 71 | 10 |
| as a percentage of sales | 2% | 7% | | | 7% | 8% | |

Gross profit as a percentage of sales increased by almost 1% over 2001 due to strong growth in the high-margin Vegetables and Flowers businesses in Europe and continued cost containment initiatives in supply chain management. Excluding the effects of exchange rates, costs below gross profit were flat overall and the gross profit improvement generated 10% higher operating income.

Marketing and distribution expenses increased by 1% to US$237 million.

Research and development expenses increased 4% for the year, partly with increasing costs to register GM products and as the business took over full control of the Orynova operation in Japan.

General and administrative expenses decreased in all regions, with the consolidation of non-customer facing back-office activities across the different Seeds crops contributing to the 8% reduction.

Special items in 2002 are cash restructuring costs related to Orynova and the South Korean business and the impairment of tangible and intangible assets, relating to South Korea and other smaller Seeds acquisitions  Cash restructuring costs in the above total US$6 million.

Syngenta Group Management Discussion and Analysis

Plant Science Operating Income

| (US$ million, except growth %) | Total | | Special items | | Excluding Special items | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 | % growth CER |
| Sales | - | - | - | - | - | - | - |
| Cost of goods sold | - | - | - | - | - | - | - |
| Gross profit | - | - | - | - | - | - | - |
| as a percentage of sales | - | - | | | - | - | - |
| | | | | | | | |
| Marketing and distribution | - | - | - | - | - | - | - |
| Research and development | (153) | (153) | - | - | (153) | (153) | 3 |
| General and administrative | (20) | (14) | - | - | (20) | (14) | - 30 |
| Merger and restructuring costs, net of divestment gains | - | - | - | - | - | - | |
| Operating income | (173) | (167) | - | - | (173) | (167) | - |
| as a percentage of sales | - | - | | | - | - | |

Operating losses showed little change compared to 2001 as the synergy benefit in lower research costs was offset by higher spend in readying the business for commercialization.

Restructuring Programs

Following the formation of Syngenta on November 13, 2000 Syngenta embarked upon a plan to integrate and restructure the combined businesses in order to achieve synergies. Taken together, Syngenta expects that these restructuring actions will result in one-time cash charges of some US$1,000 million, and annual cost savings of around US$625 million by the end of 2005. By the end of 2002, annual cost savings totaled US$362 million and cash costs totaled US$725 million.

Cost of goods sold realized savings of US$60 million in 2002 due to the restructuring of global manufacturing and supply. Further closures of manufacturing sites and technology centers were initiated during 2002, and activities at remaining sites are being realigned for cost base optimization.

Selling, general and administration expenses realized savings of US$91 million due to additional synergy delivery and the full year effects of the integration of sales forces and administrative functions carried out in 2001.

Cost reduction in research and development reflects the continuing intersite rationalization and focusing of research activity.

In addition to the above programmes, Syngenta has initiated plans to restructure certain parts of the Seeds business, acquired before the formation of Syngenta, where performance has not been in line with expectations. In particular, restructuring plans are in place for the South Korean Seeds business and the European cereals business. The cost of the rationalization, including impairment of tangible and intangible fixed assets acquired of US$40 million, totals US$48 million.

Total restructuring charges in 2002 comprised US$248 million of integration, synergy and restructuring costs, US$134 million of fixed asset impairments, and US$14 million of non-cash accounting write-offs incurred in relation to defined benefit pension plans as a direct result of restructuring initiatives. The net charge was US$396 million.

Syngenta Group Management Discussion and Analysis

**Financial Expense, Net**

Financial expense, net was 24% lower than 2001  Strongly positive operating cash flows reduced net debt by US$548 million, and group financing arrangements were enhanced by centralization of debt and reduction of cash balances leading to improved management of interest rates, increased control over credit and relationships as well as an increase in the sourcing of cost effective financing

**Taxes**

The tax rate on ongoing operations was 39% in 2002 (2001: 42%).  The estimated credit on Special items was 26% as tax relief is not available for all restructuring costs, in particular the impairment of goodwill.  The total effective tax rate was 141%, higher than the 68% recorded in 2001 mainly due to the higher level of restructuring charges in 2002.

During 2002, Syngenta reviewed the realizability of the net deferred tax asset related to its Brazilian Crop Protection operations to take into account the effect of the depreciation in value of the Brazilian real.  As a result, the valuation allowance against this deferred tax asset was increased by US$27 million.  The effect of this charge on Syngenta's effective tax rate on ongoing operations for 2002 was offset by the tax benefits associated with projects to improve the efficiency for tax purposes of the way Syngenta conducts its operations.

**Net Income**

Net income, before Special items of US$396 million as defined in Note 3 to the Financial Highlights, was 19% higher than the comparable figure before Special items for 2001  This increase is primarily due to much reduced financing costs and the lower tax rate  Operating income before Special items was stable compared to 2001, but 5% higher at constant exchange rates  The acceleration in restructuring charges, particularly as the integration of production and research activities gathered pace, meant that a net loss of US$27 million was recorded after Special items.

**Other Supplementary Income Data**

EBITDA excluding Special items increased 2% in US dollar terms and 5% when the effects of currency are excluded due to lower costs and benefits of improved product mix through range rationalization more than offsetting the impact of the lower sales.  The relatively higher proportion of Swiss franc and British pound sterling costs compared to sales meant that exchange rates adversely affected EBITDA whilst marginally increasing sales.  EBITDA as a percentage of sales increased by 0.8% to 18.6%

# EXHIBIT 5





# Trademarks

| | |
|---|---|
| AgriPro® | AgriPro® is a registered trademark of Garst Seed Company. |
| Agrisure™ | Agrisure™ is a trademark of a Syngenta Group Company. |
| Agrisure™ CB | Agrisure™ CB is a trademark of a Syngenta Group Company. |
| Agrisure™ GT | Agrisure™ GT is a trademark of a Syngenta Group Company. |
| AlfaGuard® | AlfaGuard® is a registered trademark of Garst Seed Company. |
| Allegiance® | Allegiance® is a registered trademark of Gustafson, LLC. |
| ApronMaxx® | ApronMaxx® is a registered trademark of a Syngenta Group Compa |
| ApronXL® | ApronXL® is a registered trademark of a Syngenta Group Company |
| Beyond® | Beyond® is a registered trademark of BASF. |
| CLEARFIELD® | CLEARFIELD® is a registered trademark of BASF. |
| (*) the unique CLEARFIELD Symbol | (*) the unique CLEARFIELD Symbol is a trademark of BASF. |
| Concep® III | Concep® III is a registered trademark of a Syngenta Group Compa |
| Cruiser® | Cruiser® is a registered trademark of a Syngenta Group Company. |
| Cruiser Extreme™ PAK | Cruiser Extreme™ PAK is a trademark of a Syngenta Group Compa |
| Cruiser Extreme™ PAK CRW | Cruiser Extreme™ PAK CRW is a trademark of a Syngenta Group C |
| Cruiser® Maxx® PAK | Cruiser® Maxx® PAK is a registered trademark of a Syngenta Grou |
| CystX® | CystX® is a registered trademark of ACCESS Plant Technology Inc. |
| FritoLay® | FritoLay® is a registered trademark of PepsiCo. |
| G-STAC® | G-STAC® is a registered trademark of Garst Seed Company. |
| Garst® | Garst® is a registered trademark of Garst Seed Company. |
| Gaucho® | Gaucho® is a registered trademark of Bayer. |
| HiStick® 2 | HiStick® 2 is a registered trademark of MicroBio Ltd. |
| IT® | IT® is a registered trademark of Garst Seed Company. |
| KickStart® VP | KickStart® VP is a registered trademark of Helena Chemical Corpor |
| LibertyLink® | LibertyLink® is a registered trademark of Bayer. |
| Lightning® | Lightning® is a registered trademark of BASF. |
| Market Choices® | Market Choices® is a registered certification mark used under licens |
| NK® | NK® is a registered trademark of a Syngenta Group Company. |
| NuGro® | NuGro® is a registered trademark of Agrillance, LLC. |
| NuSun™ | NuSun™ is a trademark of National Sunflower Association. |
| Poncho® | Poncho® is a trademark of Bayer. |
| Powered by Cruiser® | Powered by Cruiser® is a registered trademark of a Syngenta Grou |
| ProCoat® | ProCoat® is a registered trademark of Garst Seed Company. |
| ProTec™ | ProTec™ is a trademark of Gustafson, LLC. |
| Quaker® Oats | Quaker® Oats is a registered trademark of PepsiCo. |
| Roundup UltraMAX™ | Roundup UltraMAX™ is a trademark of Monsanto Technology LLC. |
| Roundup WeatherMAX™ | Roundup WeatherMAX™ is a trademark of Monsanto Technology LL |
| Roundup® | Roundup® is a registered trademark of Monsanto Technology LLC. |
| Roundup Ready® | Roundup Ready® is a registered trademark of Monsanto Technology |
| SCN SOLUTIONS: A PRESCRIPTION FOR SUCCESS® | SCN SOLUTIONS: A PRESCRIPTION FOR SUCCESS® is a trademark |
| STS® | STS® is a registered trademark of DuPont. |

| YieldGard® | YieldGard® is a registered trademark of Monsanto Technology, LLC. |
| YieldGard® Corn Borer | YieldGard® Corn Borer is a registered trademark of Monsanto Techr |
| YieldGard® Plus | YieldGard® Plus is a registered trademark of Monsanto Technology, |
| YieldGard® Rootworm | YieldGard® Rootworm is a registered trademark of Monsanto Techn |

© 2005 Garst Seed Company, Inc. All rights reserved. Terms of Use|Privacy Polic

# EXHIBIT 6

 

Corporate Social
Responsibility Report
Chairman and CEO
Message
Action Plan
Stakeholders Engagement
Sustainable Agriculture
Product Stewardship
  Introduction
  Safe Use
  Packaging
  Obsolete Stocks
  Gramoxone
  Future Challenges
International Development
  Syngenta Foundation
Human Rights
Employee Well Being
HS & E
Country in Profile: Brazil
Other Focus Areas
Independent Assurance
Report
Looking Ahead
**Corporate Conduct**
Position Statements
  Crop Protection
  Biotechnology
Archive
  Images
  Publications
  Speeches
  Videos
  Features

Contact Us
Order Publications
Country List
Email Subscription

# Social Responsibility: Code Of Conduct



PRINTER VERSION

Site Search

Global Loc



P
m
sI

Email Subs

If
re
u
re

Introduction
Compliance with Laws
Competition Law
Business Practices
Contractual Obligations and Standards of Documentation
Respect for People
Use and Protection of Business Assets and Information
Insider Dealing and Disclosure
Company Property and Resources
Conflicts of Interest
Health, Safety, and Environment
Scientific Standards
Implementation and Compliance
Conclusion

## INTRODUCTION

**Syngenta Business Principles and Code of Conduct**
In the Syngenta Employee Prospectus, and the Syngenta Vision and
Business Principles, we said that we would seize the unique opportunity
of Syngentas formation to define how we want to work together to meet
our commitments to stakeholders and to each other. In particular, we
said that we would:
be open, transparent and ethically responsible in the way we do
business
implement a robust health, safety and environmental policy
develop and enforce diversity policies that provide fair treatment for all
employees
set standards in all we do that become recognized benchmarks

This Code of Conduct seeks to build on these aims and objectives in a
number of areas. to define Syngentas expectations of its employees,
and to elaborate with respect to certain aspects of corporate conduct
Syngentas commitments to its customers, suppliers and other
stakeholders

**Purpose and Aims of the Code**
As an industry leader, Syngenta takes its ethical, social, scientific and
environmental responsibilities seriously. The trust and confidence of
Syngentas shareholders, employees, and trading partners, as well as of
government and regulatory authorities and the communities in which
Syngenta operates. will only be earned and sustained if the company
acts, and is seen to act, in accordance with the highest standards of
fairness, honesty and integrity. The reputation of the company is of
paramount importance to its ongoing performance

This Code of Conduct sets out the policy framework underpinning the
behaviors towards
Syngenta, fellow employees and the external world which are expected
of every employee of the Syngenta group of companies worldwide. In

addition it defines Syngenta policies on a range of issues core to the companys operations, to which all employees must adhere.

**Scope and Relationship to other Policies**
This Code of Conduct applies to all Syngenta employees and Syngenta activities. It forms the basis for the detailed policies, guidelines and rules on matters covered by the Code which may be adopted by Syngenta and its group companies and businesses. The spirit embodied in this Code of Conduct governs the interpretation of those policies, guidelines and rules

The Code of Conduct addresses certain issues of external behavior:
Compliance with Laws
Competition Law
Business Practices
Contractual Obligations and Standards of Documentation
Respect for People.

This Code also deals with a number of key areas of individual responsibility which flow from
employment by a Syngenta group company.

These are:
Use and Protection of Business Assets and Information
Insider Dealing and Disclosure
Company Property and Resources
Conflicts of Interest

Finally, this Code summarizes or refers to Syngenta policies on:
Health, Safety and Environment
Scientific Standards
Security and Information Security

In none of these areas can the Code serve as an exhaustive statement of policy and practice
Reference should be made, where applicable, to the detailed policies, guidelines and rules referred to above. The standards set out in the Code are general and do not address each and every situation which may confront employees around the world. Guidance on the application of the Code to particular situations should therefore be sought from management or from the Human Resources. or Legal, functions. as appropriate

Top

## COMPLIANCE WITH LAWS

**Syngenta and its employees must comply with the laws of all
countries in which they operate, with national and international
industry codes of practice that are a part of applicable law and
such other private codes as are formally adopted by Syngenta,
and with the high ethical standards specified by Syngenta.**

Compliance with the law is an absolute requirement for Syngenta and its employees. Each
employee is expected to be familiar with the law as it applies to his or

her job. and management shall be responsible for the provision of necessary instruction and advice as appropriate.

The issues employees confront in their jobs at Syngenta are often complex. Although few
employees are legal experts, they are expected to use good judgment and common sense in
seeking to comply with all applicable requirements and to ask for advice from management and/or from the Legal or Human Resources functions, as appropriate, when uncertain.

Top

## COMPETITION LAW

Because of the importance of free and open competition, Syngenta attaches particular significance to employee awareness of, and compliance with. competition laws

**Syngenta and its employees shall respect the principles and rules of fair competition and shall not violate applicable competition laws.**

Competition laws potentially apply to all business arrangements, irrespective of their form. as well as to business conduct in general However, they do not normally apply to business transactions solely between companies of the Syngenta group.

As a rule, competition laws apply not only to commercial behavior in a particular country or
territory, but also to conduct elsewhere which has a significant impact on competition in that
country or territory.

**Agreements to be Approved**
Competition laws and principles are complex. Legal counsel for Syngenta must approve in advance all agreements or other arrangements with competitors or with other third parties which may have an effect on competition.

These include without limitation:
Exclusivity clauses
Pricing clauses that reference or are based on industry benchmarks or competitor prices or costs
Package or bundled sale clauses
Territorial restrictions
Price terms that differ among commercial buyers of the same product in the same market
Clauses that address resale prices of commercial buyers.

**Prohibited Agreements and Arrangements**
All agreements between competitors aimed at coordinating market behavior are prohibited.
These include without limitation:
Price-fixing agreements, bid-rigging agreements, and other agreements affecting the terms
on which the company competes
Agreements on the allocation of territory, customers, products or production quotas
Agreements to engage in a boycott (i e  a refusal to supply or to accept delivery aimed

at inducing others not to deal with a rival)

**Dominant Market Position or Monopolization**
Abuse of a dominant market position or monopolization in the market of a specific product is
illegal. This refers to conduct that entails the exercise of dominant market power to exclude
rivals from the market or otherwise impair free competition to the detriment of suppliers or
customers

Marketing strategies and practices in markets in which Syngenta is a leading competitor should be reviewed in advance with legal counsel.

**Acquisitions and Joint Ventures**
Competition laws normally prohibit acquisitions and joint ventures which would bring about
a dominant market position or could otherwise injure competition. Moreover, notification
to government authorities is required in most jurisdictions before certain acquisitions or joint
ventures can be made or entered into. Legal counsel must be involved in acquisition or
joint venture projects at an early stage.

**Intellectual Property Rights**
Agreements relating to the licensing and use of intellectual property rights (patents, plant-variety rights, trademarks, designs, copyright, know-how and trade secrets) may be subject to special rules and considerations that affect antitrust risk All such agreements should be reviewed in advance by legal counsel.

**Other Conduct Subject to Approval**
Antitrust concerns may arise with other conduct that has the potential to harm competition. This includes exchanges of competitive information, product standardization programs, trade association activities, benchmarking, industry codes of practice, and competitive intelligence activities directed toward competitors. Such conduct and programs should be reviewed in advance with legal counsel.

Top

BUSINESS PRACTICES

Political Donations

> **Any political contributions by Syngenta must be
> lawful and approved in advance in line with relevant
> internal guidelines.**

Company funds, property or services may not be used in payments, direct or indirect. to government officials, people participating in government bodies, and employees of state organizations or representatives of political parties, for unlawful or improper purposes.

All political contributions by Syngenta and using Syngenta funds, property, or services must have the prior support of the relevant central or local donations committee and must support the companys interests

Bribery of Public Officials

**No employee may make any unlawful payment, or kickback, or offer improper financial advantage to a public official for the purpose of obtaining business or other services, as set out in the OECD Convention on Combating Bribery of Foreign Public Officials.**

Legislation translating this Convention into national or local law must be strictly observed  Business gifts. entertainment and personal favors to government officials, if permitted, must be within the bounds of accepted business hospitality, and not excessive in value. They must also comply with the rules and regulations of the government agency or legislative body concerned and national and local law  No gift to a government official should be offered that would cause the recipient to violate laws or rules on the acceptance of gifts, even if the act of giving the gift is not itself prohibited  It should be recognized that conduct in one country may infringe legislation of another country which has extraterritorial application. This could also severely impair Syngentas business activities in the second country: the Foreign Corrupt Practices Act of the United States and the Swiss Penal Code are particularly significant in this context.

**Offering and Accepting Gifts, Services and Entertainment**

**Syngenta will not offer or give gifts or unpaid services intended for the personal use of an individual or employee or an agent of another corporation, organization or government in return for specific favorable business decisions or treatment.**

Gifts, entertainment and personal favors may be offered to third parties only if consistent with customary practice, not made in consideration of preferential treatment, and not in contravention of any applicable law

**Employees should not place themselves under an actual or apparent obligation to anyone by accepting gifts that are intended, or appear to be intended, to influence the employees business judgment.**

No employee may seek or accept a gift, entertainment or personal favor from government officials or third parties which might reasonably be believed to have a significant influence on business transactions. An offer of entertainment may not be accepted unless the offer is within the bounds of accepted business hospitality and is not excessive in value Gifts that do not meet these criteria must be reported to management who shall determine how they shall be dealt with

Intermediaries may not be used to circumvent any of the policies mentioned above.

Top

**CONTRACTUAL OBLIGATIONS AND STANDARDS OF DOCUMENTATION**

**Employees must ensure that, within their sphere of business activity, Syngenta carries out its contractual obligations in a proper and timely manner and is not**

**in breach of contract. No employee shall commit Syngenta to contractual obligations which are beyond the scope of that employees internal authority.**

All transactions and records must be documented in a manner that clearly describes and identifies the true nature of business transactions. assets, liabilities or equity and classifies and records, in a proper and timely manner, entries on the books of account in conformity with applicable accounting standards.

No record, report, entry or document shall be falsified, distorted, misdirected, deliberately misleading, incomplete or suppressed. Improper accounting and documentation and fraudulent financial reporting are not only contrary to Syngenta policy but also may be in violation of laws or government regulations. Such violations potentially involve personal liability, both civil and criminal, as well as sanctions against Syngenta. Employees are expected to maintain and comply with established internal control standards and procedures to ensure that financial records and reports are accurate and reliable.

In relation to proposed transactions, the freedoms which employees have to carry out their jobs must be exercised within both the letter and spirit of the approval procedures and delegations of authority established by the statutes and the Board of Directors of the employer company and Syngentas corporate governance policies. Any concern that a proposed transaction may exceed an employees individual authority should be raised promptly by that employee with management and/or the Legal function. No employee should commit a Syngenta group company beyond the scope of that employees authority, or misrepresent to any third party the scope of his or her authority.

Top

## RESPECT FOR PEOPLE

**Each employee is entitled to fair, courteous and respectful treatment by his or her supervisors, subordinates and peers. Syngenta will not tolerate discrimination or harassment based on race, sex, religion, creed, national origin, disability, age, sexual orientation, family status or as otherwise prohibited by local law.**

All employees shall conduct themselves in accordance with the letter and the spirit of these principles  Any person who believes he or she has been discriminated against or personally harassed should report the incident and circumstances to his or her immediate manager or Human Resources Manager or other senior manager. They will arrange for the incident to be investigated impartially and confidentially

Syngenta values the individuality, diversity and creative potential that employees bring to its business, and supports the continuous development of their skills and abilities  Judgments about people for the purpose of recruitment, development or promotion should be made on the basis of a persons ability and potential in relation to the needs of the job  They should not take into account any matter not relevant to the performance of that job  Overall. success and advancement within the group must depend on personal ability and work performance.

Syngenta is in favor of fair labor practices. Syngenta does not employ
individuals under the age of sixteen except as permitted by law and
under circumstances that protect their welfare

Top

## USE AND PROTECTION OF BUSINESS ASSETS AND INFORMATION

**Good business practice dictates the careful use and
protection of Syngenta business assets. Information
generated within Syngenta, including research and
development, manufacturing data, costs, prices,
sales, profits, markets, customers and methods of
doing business, is the property of Syngenta. It must
not, unless legally required, be disclosed outside
Syngenta without proper authority.**

In particular, information and trade secrets must be protected by
keeping them confidential and, where appropriate, by seeking additional
protection through acquisition of intellectual property rights including
patents and trademarks  Syngenta employees who receive or learn of
confidential business information or trade secrets belonging to Syngenta
or other companies may not disclose that information to third parties
(including friends and family members) or make any other non-business
use of such information  Moreover. they must take reasonable measures
to safeguard and protect information and trade secrets

Syngenta conducts extensive research in science and technology and is
involved in the exchange of information with universities and public and
private research institutes, as well as with competing organizations
Syngenta respects the academic freedom and tradition of its partners,
and the need of its scientists to publish results  However, Syngenta
employees have to respect Syngenta interests by permitting Syngenta
to apply for intellectual property rights wherever and whenever
appropriate and adhering to group procedures for the approval of
publications and presentations on research and development  They also
have to respect the confidentiality of information or materials given to
Syngenta by third parties

Top

## INSIDER DEALING AND DISCLOSURE

**Employees may not use material inside information
for their personal gain or for the personal gain of
anyone else.**

Employees having material, non-public (inside) information about
Syngenta or any other company with which Syngenta is considering a
strategic alliance, acquisition, disinvestment, merger or other significant
agreement, may not sell. purchase or otherwise trade in stock.
derivatives or other securities of Syngenta or that other company. may
not disclose such information to any other person, and must adhere
strictly to Syngentas policies governing who may approve and make
public disclosures relating to important company information including
inside information  Insider trading may lead to civil and criminal
penalties

Inside information includes any and all information that an investor would consider important
in deciding whether to buy or sell stock or securities. This would include confidential information about plans to acquire another company, strategic alliances, financial results, product discoveries, changes in capital structure or important agreements, e.g. with a start-up company. Information that has already been disclosed to the public, or public data generally, is not inside information

Employees must refrain from disclosing inside information to anyone (sometimes called tipping), including friends, family, customers and suppliers. It is impermissible for these individuals, as well as any other third party receiving inside information, to trade on or to profit from such information.

The restrictions with respect to inside information remain in effect until the plans, events or
transactions concerned are made public, and information about the event has been sufficiently
disseminated in public to enable investors to evaluate it.

Top

## COMPANY PROPERTY AND RESOURCES

**Syngenta resources must be kept securely and must only be applied for the proper advancement of its business and not for personal gain**

Individuals expending Syngenta resources must recognize that they owe a duty of care to the
shareholders of Syngenta, who are its ultimate owners. Commitments and expenditure must only be such as could be justified to shareholders if the facts were known.

Company resources include not only tangible assets such as materials, equipment and cash, but also intangible assets such as computer systems, trade secrets and confidential information. Employees must observe group and local guidelines concerning the classifying, handling, and storage of information in any form. The storage of personal data in an electronic medium may be governed by laws which Syngenta must observe and with which employees must familiarize themselves. Employees have no privacy rights with respect to any personal data they store for themselves using Syngenta computer equipment, telephone equipment or lines or similar Syngenta property, except as may be provided by applicable law

Top

## CONFLICTS OF INTEREST

**Business transactions must be conducted with the best interests of Syngenta in mind. Employees may not undertake any outside employment which would interfere with their ability to fully perform their responsibilities for Syngenta. They must also avoid any situation or action which would constitute a conflict of interest as explained below.**

Every employee must disclose and obtain approval of a member of senior management, designated by Syngenta, before engaging in any outside employment or any substantial political or civic undertaking which might interfere with the employees ability to perform his or her job effectively. He or she must also do so before taking any action which is, or gives the appearance of, a conflict of interest with the interests of Syngenta.

Nobody, whether an individual, a commercial entity, or a company with a relationship to a Syngenta employee, may improperly benefit from Syngenta through his, her or its relationship with that employee or as a result of the employees position in the company. Furthermore, no employee may personally benefit in an improper way.

Examples of conflict that must be declared and resolved include:
having a family interest in a transaction with a Syngenta group company or any supplier or customer of Syngenta, including through a family member acting as an officer of the counterparty company;
being an employee or consultant or advisor to, or being a shareholder of any counterparty in a transaction with Syngenta or of any supplier or customer of Syngenta;
hiring or encouraging others in the company to hire a family member in any capacity;
having an interest in a competitor, supplier or customer of Syngenta including acting as an officer, director, employee or consultant or advisor to or being a shareholder of any competitor, supplier, customer or joint venture partner (other than as set out below);
having an interest in an organization that has, or seeks to do business with Syngenta, including acting as an officer, director, employee or consultant or advisor to or being a shareholder of any competitor, supplier, customer or joint venture partner (other than as set out below);
knowingly acquiring an interest in property (such as real estate, patent rights, technology or securities) where Syngenta has or might have an interest;
acting as an elected or appointed official of any branch of government or any government agency, or as an advisor or consultant to any government agency, which has any regulatory or supervisory power over a Syngenta group company;
making unauthorized use of the Syngenta name or letterhead or otherwise representing oneself as a representative of Syngenta to the public, any governmental agency or public interest group regarding policies or positions;
having any other business interest or relationship in which it might appear to third parties that an employee has the ability to influence Syngenta decision-making so as to obtain a monetary or other benefit for the employee, his or her spouse, child or close family member.

These examples do not extend to normal financial investments in publicly quoted companies of
less than one percent of that companys stock provided that an employee obtains prior approval before participating in an initial public offering of a company which is or is expected to become a supplier, customer, joint venture partner of Syngenta.

Any employee wishing to know whether an outside business interest represents a conflict of
interest must ask the designated senior manager in advance

Top

## HEALTH, SAFETY, AND ENVIRONMENT

**Syngenta is strongly committed to protecting the environment and to ensuring the health and safety of its employees and others potentially affected by Syngentas activities. It expects all employees to obey all laws designed to protect health, safety and the environment, to obtain and fully observe all necessary permits, and to be truthful in dealing with regulatory agencies which enforce these laws.**

Syngenta has a policy which ensures that its activities:
meet relevant health. safety, and environmental (HSE) laws, regulations and international
agreements;
are conducted safely, and protect the health of employees and all persons who may be affected;
are acceptable to the community; and
minimize adverse environmental impact

Employees are also expected to:
conduct all activities responsibly in accordance with Syngenta HSE policy;
demonstrate in attitude and behavior that HSE issues are among the top Syngenta priorities;
promote the best operating practices and maintain a commitment to continuous improvement;
be active and proactive in the exchange of HSE knowledge and information;
participate in HSE training; and
exercise personal responsibility and cooperation in preventing harm to themselves, others and the environment.

Top

## SCIENTIFIC STANDARDS

Scientific research and its publication shall be conducted in compliance with law and with the
highest standards of professionalism and good science  Processes shall be put in place and
implemented to ensure that ethical issues are considered in the decisions to invest in areas of
scientific research. Syngenta will conduct research aimed at improving the sustainability of
agricultural practice, and the protection and conservation of biological resources  Syngenta will collaborate on scientific research only with organizations which it believes observe sound
ethical standards

Where laws and guidelines do not address aspects of new genetic research, Syngenta will
contribute constructively to public debate and to the development of legislation with the aim
of establishing appropriate sound ethical standards and supporting legislation.

Top

## IMPLEMENTATION AND COMPLIANCE

This Code of Conduct is to be adopted and implemented by all

Syngenta group companies, including the adoption of supporting policies, guidelines and rules. The Boards of Directors of Syngenta group companies shall pass the proper resolutions for this purpose.

Each employee shall receive a copy of this Code of Conduct and shall abide by the Code, and all policies, guidelines and rules for implementing the Code that are adopted by Syngenta companies and communicated to employees. It is the duty of management to include the Code of Conduct in employee training programs. Management shall monitor compliance with the Code and, if need be, implement special monitoring programs. The Code shall form an integral part of Syngentas terms of employment.

Syngenta will insist on full compliance with the Code and with all policies, guidelines and rules for implementing the Code. Non-compliance by employees can result in disciplinary action, including dismissal.

Syngenta shall appoint a Group Compliance Officer. Syngenta group companies will consult with the Group Compliance Officer regarding the need to appoint compliance officers of their own.

Employees are expected to report violations of the Code of Conduct to their supervisors or to the Compliance Officer, as appropriate. In addition, the Legal and Human Resources functions are available if necessary to advise on a basis that is confidential from the employees immediate supervisor, regarding conduct that may be in violation of the Code. Reports of violations will be investigated and appropriate action taken.

Where confidential helplines are available, these may also be used to raise issues of concern.
Syngenta assures employees who raise issues that it will take no adverse action against them for reporting conduct by others that may be in violation of the Code, or of the policies, guidelines or rules implementing the Code. However, an employee will be subject to disciplinary action, including dismissal. with respect to the employees own conduct in violation of the Code that is self-reported or is discovered during an investigation that results from a report by the employee or another person.

Top

## CONCLUSION

This Code of Conduct sets out the standards of behavior that will enable Syngenta and its employees to sustain their good standing and the confidence of shareholders. trading partners and other key stakeholders.

Compliance with the Code by all employees is essential to Syngentas future success.

Adopted by the Board of Directors of Syngenta AG on 8 May 2001.

Syngenta AG
Schwarzwaldallee 215
CH 4058 Basel
Switzerland

Top

© 2005 Syngenta  |  Terms & Conditions  |  Privacy Statement  |