# EXHIBIT 7

ANNUAL REPORT 2004

GROW LIFE >>

syngenta

SALES OVERVIEW >>

Syngenta is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company is a leader in crop protection and high-value commercial seeds.

## Highlights of the year

> Growth in all businesses and regions

> New Crop Protection product sales up 32 per cent[1]: $688 million

> AMISTAR® sales exceed $500 million

> Professional Products sales over $700 million

> Sales in Latin America surpass $1 billion

> Fifth year of consistent growth in Vegetables Seeds

> Acquisitions strengthen US corn, soybean seeds position: GARST®, GOLDEN HARVEST®, CHS, GA21

> Major investment and streamlining of chemical and biotechnology research

> Three new chemical ingredients progress to development

> Merger synergy program complete: $647 million savings

[1] Growth at constant exchange rates (CER) For a definition, see p30

# PRODUCT BRANDS »

Year after year, growers around the world put their trust in the Syngenta products they know will deliver the yield and quality they need.



**ACANTO®**
An early season strobilurin fungicide to boost yield and quality in wheat and barley

**ACTARA®**
With rapid action and the ability to be applied directly to the soil. this high performance thiamethoxam-based insecticide controls a multitude of pests in a wide range of crops

**AMISTAR®AZ™**
A broad-spectrum strobilurin fungicide providing outstanding yield and quality improvements that make it a market leader in cereals and many other crops

**CALLISTO®**
Unprecedented broadleaf weed control. an outstanding environmental profile and excellent crop safety have resulted in this unique corn herbicide quickly gaining market leadership

**CRUISER®**
Offering highly effective protection against soil-dwelling and early season pests. this thiamethoxam-based insecticide is becoming increasingly popular in seed treatment across a broad range of crops

**DUALGOLD®**
With reduced rate and high activity, this selective herbicide provides grass control in corn and soybean throughout the season





**GRAMOXONE®**
A fast-acting, non-selective herbicide that is safe on crops and has an environmental profile that makes it valuable in soil conservation programs.

**KARATE®**
Using ZEON TECHNOLOGY®, a novel rapid release formulation, KARATE® efficiently controls the most damaging insects across a wide range of crops, providing consistency, flexibility and value

## Contents

01    Financial highlights
02    Chairman's letter
03    CEO's letter
04    Agri-markets
10    Consumer-led markets
16    New products, new markets
24    Corporate governance
28    Financial information
36    Shareholder information





**RIDOMIL GOLD®**
A highly effective systemic fungicide designed to fend off attack from late blight and downy mildew diseases in a range of crops

**SCORE®**
Fighting numerous diseases across a wide variety of crops, this systemic triazole fungicide has a long lasting action to provide substantial increases in yield





**TOPIK®**
The impressive performance and flexibility of TOPIK® make this herbicide popular worldwide for control of important grass weeds in cereals.

**TOUCHDOWN®**
Combined with enhanced delivery system IQ Technology™, TOUCHDOWN® is an advanced glyphosate-based non-selective herbicide, highly effective against broadleaf weeds and grasses

The following reports for 2004 are also available on request or at www.syngenta.com.
**Financial Report**
**Corporate Social Responsibility Report**
**Corporate Governance Report**



**NK®**
A major worldwide brand of high-value commercial field crops seeds, including corn, soybeans, sunflower and winter oilseed rape

**S&G®**
High-value commercial vegetable seeds across Europe, Africa and Asia, as well as leading flower varieties and young plants worldwide

# Garst



**GARST®**
A 75-year history of providing high yielding hybrid corn, soybean, sorghum, alfalfa and sunflower seed brands along with agronomic solutions for farmers in the USA

**GOLDEN HARVEST®**
One of the most popular seed brands in the USA for hybrid corn, soybeans, hybrid sorghum and alfalfa

Cover photography:
This was one of the many shots entered for the syngenta.com 2004 photo competition. Japanese amateur photographer Cho Ban photographed his grandmother with a crop of mangolds for this portrait. Ban lives in Chiba prefecture. He took this shot in the late afternoon with a Canon 28-70mm, EOS 7 lens and Fuji400 film

# FINANCIAL HIGHLIGHTS »

| | 2004 $m | 2003[2] $m | 2002[2] $m | 2004 vs 2003 Actual % | 2004 vs 2003 CER[3] % | 2004 $m | 2003[2] $m | 2002[2] $m |
|---|---|---|---|---|---|---|---|---|
| | | Excluding restructuring, impairment and discontinued operations[1] | | | | | As reported under IFRS[1] | |
| Sales | **7269** | 6525 | 6163 | +11 | +7 | **7269** | 6525 | 6163 |
| Operating income | **895** | 684 | 606 | +31 | +34 | **541** | 521 | 210 |
| Net income[4] | **762** | 340 | 220 | +124 | | **460** | 250 | (65) |
| Earnings per share | **$7.19** | $3.34 | $2.17 | +115 | | **$4.34** | $2.45 | $(0.64) |
| Earnings per share *before one-off tax credit* | **$5.87** | $3.34 | $2.17 | +76 | | **$3.02** | $2.45 | $(0.64) |
| Recommended dividend per share (CHF) | **2.70** | 1.70 | 0.85 | | | | | |

> Sales up 11 per cent at $7.3 billion, +7% CER[3]

> Earnings per share[5] up 76 per cent to $5.87

> Free cash flow[6] $623 million

> Dividend increased 59 per cent to CHF 2.70

> Cash return program enhanced to more than $1 billion 2004-2006

Crop Protection: Sales by region



| | 2004 $m | 2003 $m | Actual % | CER[3] % |
|---|---|---|---|---|
| ▨ EAME | 2251 | 1978 | +14 | +5 |
| ▨ NAFTA | 1869 | 1848 | +1 | – |
| ▨ LATAM | 1017 | 748 | +36 | +36 |
| ▢ APAC | 893 | 847 | +6 | +1 |
| Total | 6030 | 5421 | +11 | +7 |

Seeds: Sales by region



| | 2004 $m | 2003 $m | Actual % | CER[3] % |
|---|---|---|---|---|
| ▨ EAME | 641 | 565 | +13 | +3 |
| ▨ NAFTA | 437 | 400 | +9 | +8 |
| ▨ LATAM | 86 | 79 | +8 | +8 |
| ▢ APAC | 75 | 60 | +26 | +19 |
| Total | 1239 | 1104 | +12 | +6 |

EAME – Europe. Africa, Middle East; NAFTA – USA. Canada. Mexico; LATAM – Latin America; APAC – Asia Pacific

[1] The amounts including restructuring and impairment are reported in accordance with International Financial Reporting Standards (IFRS). The impact of restructuring, impairment and discontinued operations in 2004 is $302 million on net income (2003: $90 million).
[2] Adjusted in accordance with recent changes in accounting standards
[3] For a definition of constant exchange rates (CER), see p30
[4] Net income to shareholders of Syngenta AG
[5] EPS on a fully-diluted basis, excluding restructuring. impairment and discontinued operations. and before a one-off tax credit
[6] After acquisitions of $484 million. For a definition of free cash flow. see p30.

CHAIRMAN'S LETTER »

I am pleased to report another successful year for Syngenta. Our share price has been improving solidly throughout the year, resulting in top rankings in major stock market indices including best performance in the Swiss Market Index.

Earnings per share increased by 76 per cent. Our plans announced at the Annual General Meeting 2004 – to return more than $800 million to shareholders over three years through the combination of a progressive dividend and share repurchase program – are well underway. Our confidence in the future performance of Syngenta has enabled the Board to propose an increased dividend of CHF 2.70, to be paid by way of a nominal value reduction.

Throughout the year we were able to take full advantage of the favorable market dynamics due to the strength of our products and our organization. Demand for food has increased as global population continues to grow, and dietary requirements have been changing towards products of higher nutritional quality. Worldwide stocks of the most important crops such as corn, soybeans and wheat have been lower than in previous years and therefore stimulated planting in all regions. Latin America, particularly Brazil, has seen an unprecedented upswing in agricultural production due to high international demand. This was supported by favorable exchange rates and high productivity. Our company has been in an excellent position to benefit from these market dynamics due to our broad product portfolio and tailored customer solutions.

On reviewing the company's strategy, the Board made decisions concerning a number of acquisitions in the important sectors of US corn and soybean seed, and in plant technologies. Other topics addressed at our five Board meetings this year included a review of business development projects, the restructuring of our global research function and the implementation of a risk management process throughout the company. In June, Martin Taylor was appointed Vice-Chairman of the Board of Directors, following the retirement of Sir David Barnes.

We continued integrating corporate social responsibility more deeply into all our business practices. Examples of our commitment include our support of the Global Crop Diversity Trust, which preserves gene banks and plant biodiversity around the world, as well as our donation of new Golden Rice seeds and lines to the Golden Rice Humanitarian Board, addressing health-threatening vitamin A deficiency in developing countries.

2004 has been a year of a very satisfying business performance. I would like to thank all of our employees for their dedication and commitment to Syngenta that has made this success possible. Thanks to their contribution we all can be proud of what has been achieved. I am confident that Syngenta is in great shape to meet the demands of customers around the world for many years to come as we continue to perform for you, our shareholders.



Heinz Imhof I am confident that Syngenta is in great shape to meet the demands of customers around the world for many years to come.

*CHIEF EXECUTIVE OFFICER'S LETTER 37*

**Our performance in 2004 reflects the strong foundation we have been building since the company's creation and the immense commitment of our people worldwide. All businesses performed well as they capitalized on the opportunities presented by recovering agricultural markets. Our sustained emphasis on cost and capital efficiency contributed to significant earnings growth and substantially enhanced returns.**

As we enter a new phase with the merger successfully behind us, our strategy has three main elements: to enhance leadership in Crop Protection and Field Crops Seeds; to drive growth in the consumer-led areas of Professional Products and Vegetables and Flower Seeds; and to create new opportunities by exploiting our Plant Science capabilities. Progress was marked in all three as we continue to build on the firm foundation we have created and our promising R&D pipeline.

Crop Protection growth was notably high in Latin America. Our leading brands, combined with excellent local marketing, also enabled us to expand sales in Eastern Europe and parts of Asia whilst taking full advantage of better conditions in Western Europe. New products again grew strongly. In particular, growth in the ACTARA®, AMISTAR® and CALLISTO® families enhanced Syngenta's leadership in many markets.

In Field Crops, the acquisition of GARST® and GOLDEN HARVEST® substantially strengthened our position in US corn and soybean seeds, creating a broad platform for trait commercialization. In cotton, we entered a long-term technology agreement with the US market leader, Delta & Pine Land Company.

Professional Products and Vegetables and Flower Seeds maintained their five year record of consistent growth thanks to sustained product innovation.

In the consumer-led fresh produce market we are developing new business models, and Dulcinea Farms in the USA continues to demonstrate promise. Progress in the animal feed market was slower than expected due to unanticipated delays in the US registration of QUANTUM™ Phytase. Longer-term developments in enzymes and biopharmaceuticals look promising.

None of the many achievements of last year would have been possible without the support of our customers to whom I extend my thanks. This support reflects the dedication of our employees worldwide whose energy and enthusiasm remain unflagging: to them my warmest appreciation.

Our confidence in our people, and their ability to innovate and exploit our broad portfolio and commercial reach, leads us to re-affirm our target of high-teens growth in earnings per share in each of the next two years. It also enables us to increase our three year cash return program to shareholders to more than $1 billion by end 2006.

At the end of 2004, Jeff Beard stepped down from the Executive Committee. I would like to thank him as COO Seeds since merger for his professionalism and his contribution to our progress. He is succeeded by Mike Mack who joined Syngenta in 2002 as Head of Crop Protection NAFTA.

We remain fully committed to enhancing value for shareholders as we continue to reinforce leadership in our core businesses and drive growth. Our goal is to build an enterprise of which employees, customers and shareholders alike can be truly proud.

*Michael Pragnell*

## Michael Pragnell We remain fully committed to enhancing value for shareholders as we continue to reinforce leadership in our core businesses and drive growth.



04 Syngenta Annual Report 2004

# TOO LITTLE >>

> More than 800 million people go to bed
  hungry each night
> Some 500,000 infants suffer blindness each
  year for want of vitamin A in their diets
> Over one million people die of malaria
  each year

# ≫ TOO MUCH

We live in a world of stark contrast. While Western societies are concerned with lifestyle and diet, people in the developing world are facing hunger, malnutrition, disease and degradation of precious agricultural land and water.

Syngenta contributes in many practical ways to help address these challenges around the world  Every day, hundreds of millions of farmers produce higher yields and healthier crops through the use of Syngenta products:
> Herbicides make reduced tillage possible, thus preserving soils and their fauna
> Insecticide-treated bednets save many lives in areas affected by malaria
> In the future, Golden Rice technology promises to significantly alleviate the problems caused by vitamin A deficiency

In the developed world, Syngenta products are contributing to a healthier, tastier and more exciting diet  In response to a variety of differing challenges, Syngenta is at the forefront of providing solutions that enhance life in both worlds



2004 Syngenta Annual Report 07

ENHANCING LEADERSHIP IN AGRI-MARKETS ≫

Syngenta has a strong position in all major agricultural markets of the world. The company's objective is to enhance leadership by developing new solutions for existing and emerging pests, maximizing the growth potential of new products. Syngenta is developing its business in the expanding markets of Latin America, East Europe and Asia, as well as reinforcing its position in the developed markets of North America and Western Europe.

## Crop Protection

In 2004, sales increased across all product lines and in all regions, with Europe and Latin America generating the strongest growth. Increased disease pressure, notably from soybean rust in Latin America, and disease resistance in European cereals contributed to a double digit increase in fungicide sales, with AMISTAR® exceeding $500 million. Total sales of new products grew by 32 per cent[1] and are approaching $700 million. This has been driven by continued growth in the CALLISTO® range on corn, the high performance multi-crop insecticide, ACTARA®/CRUISER®, as well as the successful launch of ENVOKE® on cotton in the USA. The range rationalization program has enabled focus on the most profitable products and efficiency improvements in the supply chain. This four-year program with a cumulative sales impact of some $300 million is now complete and has made a significant contribution to increasing profitability.

In corn herbicides, Syngenta's leading position in the USA was reinforced by the continued success of the CALLISTO® range. Farmers are increasingly realizing that on glyphosate tolerant acres, they cannot rely on glyphosate alone; weed control using selective herbicides before and after the crop emerges is required to maximize yields.

In European cereals, Syngenta was first to provide a specific solution for the severe resistance problem of the important fungal disease, *Septoria*, to a leading class of chemistry, strobilurins. AMISTAR® Opti, incorporating BRAVO®, which has an effective and unique mode of action against this disease, was launched in the UK in 2004. As resistance spreads into France and Germany, Syngenta is well prepared to meet increasing customer demand in Europe's two largest cereal markets.

In Latin American soybeans, a new disease, rust, has reached pandemic proportions in Brazil and is now impacting neighboring countries. In 2004, Syngenta launched a new high performance product, PRIORI® Xtra, to combat this severe threat to farmers' livelihoods. The use of this product is supported by the company's innovative web-based diagnostic system, SYNTINELA, whereby an early warning system alerts farmers and distributors to the presence of the disease in their area. Syngenta will be providing high quality products and services to farmers in the USA following the confirmation of the first cases of soybean rust by the US Department of Agriculture in late 2004.

In the $5.4 billion global fruit and vegetable market for insect and disease control, characterized by multiple crops in many parts of the world, increasingly tight quality protocols and rapidly expanding cross border trade, a comprehensive product offer is essential. Syngenta has built on its modern and broad portfolio of fungicides and insecticides for these crops and significantly increased sales of the insecticide ACTARA®. With its rapid action and ability to be applied directly to the soil, this product controls a multitude of insect pests in a wide range of crops.

[1] Growth at constant exchange rates (CER).
For a definition, see p30

---

### Field Crops Seeds: Acquisitions strengthen position in corn and soybean

In 2004, Syngenta acquired the North American corn and soybean business of the seed company Advanta, whose GARST® brand had 2003 sales of $158 million. Its market presence in the major growing regions of the USA was further strengthened by the purchase of GOLDEN HARVEST®, which had 2003 sales of $167 million. Combined with the NK® brand, these acquisitions take Syngenta's market share to

15 per cent in corn and 13 per cent in soybean (pro forma 2003). In addition, the company acquired important corn-breeding material from CHS Research LLC. Last year's purchase of GA21 glyphosate tolerance technology for corn will enable Syngenta to market a complete range of biotechnology input traits in corn and soybean from 2005.

With these acquisitions, Syngenta is uniquely placed to offer US corn and soybean growers a complete range of technologies including high-quality seeds, input traits and world-leading crop protection products.

**Garst**  Golden Harvest 

## Crop Protection product lines

### Selective herbicides
Selective herbicides control specific weeds without harming crops. New products with unique customer benefits continue to be in high demand. Major brands CALLISTO® family, DUAL®/BICEP® MAGNUM, ENVOKE®, FUSILADE®MAX, TOPIK®.

Sales of selective herbicides were driven by the CALLISTO® range, which further extended market penetration in the US corn-belt augmented by the launch of LEXAR® in central and southern states. CALLISTO also expanded rapidly in Europe. A decline in sales of DUAL®/BICEP® MAGNUM in the USA was partly offset by growth in other regions. ENVOKE® made a significant contribution following its launch on cotton in the USA and generated further growth in Brazil. TOPIK® was particularly successful in southern Europe and in the expanding markets of Eastern Europe, where sales were up by more than 50 per cent.

Actual % +9
CER* % +4



### Non-selective herbicides
Used to remove weeds before crop planting and from orchards, vineyards and plantations, non-selective herbicides improve productivity and help prevent soil erosion by reducing the need for hand weeding and mechanical tillage. Demand has been largely driven by increasing use of herbicide-tolerant crops, which can be safely treated with specific non-selective herbicides. Major brands GRAMOXONE®, TOUCHDOWN®.

GRAMOXONE® sales increased strongly in China following planned channel inventory reduction in 2003 but were lower in Australia owing to drought. A strong recovery in TOUCHDOWN® sales in the second half, with volume increases in NAFTA and Latin America, was partially offset by ongoing price pressure in the USA.

Actual % +5
CER* % +2



### Fungicides
Fungicides are crucial to protect crop yield and quality by fighting fungal attack, and are typically used in programs or in combination to provide effective control while minimizing the emergence of fungal resistance. Major brands ACANTO®, AMISTAR®, BRAVO®, RIDOMIL GOLD®, SCORE®, TILT®, UNIX®

Fungicides registered strong growth across all regions. AMISTAR® sales were driven primarily by soybean rust in Brazil and increased demand on several crops in the USA. Growth in Europe reflected recovery from drought in 2003 and the launch of combination programs to combat cereal *Septoria* resistance, notably with BRAVO®.

Actual % +18
CER* % +12



### Insecticides
Insecticides protect crops from potentially devastating pests that threaten yield and quality. Syngenta's modern insecticide portfolio continues to benefit from the trend to replace older chemical technologies. Major brands ACTARA®, FORCE®, KARATE®, PROCLAIM®, VERTIMEC®

ACTARA® continued to increase penetration in many markets. KARATE® sales benefited from the strength of Latin American markets and from high pest pressure in Europe. US sales of FORCE® declined due to a reduction in demand for soil-based corn rootworm insecticides in favor of seed treatment; this was partly offset by increased sales in Eastern Europe.

Actual % +10
CER* % +7



## Seeds product lines

### Field Crops
With advanced breeding capabilities in arable crops including corn, soybeans, sunflowers, oilseed rape, sugar beet and cereals, Syngenta is a leading producer of Field Crops Seeds. Major brands NK® corn, NK® oilseeds, HILLESHÖG® sugar beet

Sales of NK® corn grew across all regions. Demand for NK® soybean was strong throughout the year, although reported sales were lower due to the alignment of fourth quarter sales closer to consumption in the USA for the coming season. In oilseeds, NK® sunflower performed well; sugar beet sales increased in buoyant Eastern European markets.

Actual % +8
CER* % +2

*Growth at constant exchange rates (CER)

