# CHANGING TIMES »



2004 Syngenta Annual Report 11



# ≫ CHANGING TASTES

Advances in technology and accelerating communication are impacting all of us with increasing intensity. Differences in time and geography are becoming less important. Increasingly affluent consumers are international and expect novelty, high quality and constant availability of their preferred foods, everywhere.

This is an opportunity and a challenge for all companies working in agriculture. Novel taste, coupled with convenience, is the winning formula behind Syngenta's PUREHEART™ personal sized and seedless watermelon. Providing PUREHEART™ at the expected quality year-round and across geographies requires the best agricultural skills combined with excellence in logistics and quality control.

# DRIVING GROWTH IN CONSUMER-LED MARKETS »

In the global consumer environment, shoppers seek ever more choice. Supermarkets and home centers compete on price, and they also compete on quality, variety and availability. They seek products that offer novelty and a distinctive appeal; qualities for which their customers are willing to pay more.

### Vegetables and Flowers Seeds

In vegetable seeds, Syngenta is a global leader in the market for its extensive line of high quality germplasm, further enhancing this business segment, which leads the industry in its profitability. Here, the company is particularly well positioned in above average growth markets such as Eastern Europe, Brazil and Asia.

Syngenta is using marker-assisted breeding technology to develop more than 120 new varieties for commercial launch every year across a range of crops. This outstanding flow of product innovation, coupled with the diversity of Syngenta's product offer, has enabled the company consistently to outpace the market over the past five years, gaining a global market share of some 17 per cent.

In flowers, Syngenta outperformed in the higher growth segment of unrooted cuttings through superior supply chain efficiencies, which bring process benefits and cost savings directly to customers. The purchase of Dia Engei flower seeds in Japan enhanced Syngenta's direct sales capability in this quality market.

### Professional Products

Businesses under the Professional Products umbrella exploit the company's broad portfolio of chemical active ingredients in new ways in markets adjacent to agriculture.

Seed treatment is a growth sector that takes Syngenta products beyond conventional use in agriculture. Seed treatments directly coat the seed and protect crop growth during early stages, in contrast to sprays or granules, where farmers apply crop protection products onto the crop or soil. In 2004, the global market for seed treatment was estimated at $1.3 billion, with continued annual growth projected at six per cent. Syngenta's seed treatment sales have grown at over twice this rate since 2001.

In 2004, CRUISER® was the most significant growth product in seed treatment, with further success in the USA and on soybeans in Brazil. Providing protection against early-season insects and improving crop vigor, CRUISER® is now registered in 73 countries on more than 21 crops, with registration granted for use on soybeans in the USA last year.

A further example in Professional Products is the turf business. Demand is increasing for turf-care products to manage and maintain golf courses, recreational and sports facilities, as well as residential and commercial landscapes, as more people place a higher priority on fitness and leisure. In 2004, Syngenta's turf-care business secured a 40 per cent share of the golf course market in the USA.





kumato  toscanella

In early 2004, a major UK retailer began test marketing a new tomato developed by Syngenta. Called the KUMATO™, it is sweet and juicy, with a distinctive color, taste and aroma, which it owes to its wild heritage from some of the earliest tomato varieties known to man.

Elsewhere in Europe, consumers were introduced to Syngenta's premium plum-shaped cluster tomato TOSCANELLA®, first launched in Switzerland.

## Seeds product lines

### Vegetables and Flowers

Syngenta's broad product range in vegetable seeds for a wide variety of consumer-driven markets includes tomatoes, lettuce, cucumbers, cabbage, sweet corn, peppers, melons, watermelons and beans. In flowers, where diversity and novelty are crucial to satisfy consumer preferences, Syngenta offers a wide variety of seeds, young plants and cuttings. Major brands S&G® vegetables, ROGERS® vegetables, S&G® flowers.

Sales of vegetables grew in all regions. In the USA, sales of DULCINEA™ products exceeded $30 million with the continued growth of PUREHEART™ seedless watermelons and the successful launch of a cantaloupe melon. In Europe, a strong performance in S&G® fresh tomatoes, melons and squash more than offset market pressure in the processing segment.

Sales of S&G® flowers also increased across all regions reflecting strong genetics for young plants, effective supply chain management and implementation of a direct sales model.

Actual % +17
CER* % +10



## Crop Protection product lines

### Professional Products

Many herbicides, insecticides and fungicides have important applications in consumer-led markets, as well as in seed treatment. Professional Products deliver a range of applications to improve the quality of life, health and the environment, in markets ranging from home and garden to turf treatment. In public health, insecticides help to control disease-spreading pests, for example in malaria prevention. Both insecticides and fungicides play an essential role protecting materials such as plasterboard, plastics and timber used in the construction industry, including the control of termites.

Major brands CRUISER®, DIVIDEND®, HERITAGE®, ICON®, MAXIM®

Seed treatments continued to gain popularity among growers in all regions. The main driver of growth was the further success of CRUISER® in the USA, and on soybean in Brazil. Fungicide seed treatments also grew strongly, notably MAXIM® in Brazil and France. Turf sales improved with better weather conditions in the USA and an expansion of direct sales to golf courses in Japan.

Actual % +9
CER* % +5



*Growth at constant exchange rates (CER)



### Heritage® FUNGICIDE

Leading turf-care brands such as the fungicide HERITAGE®, the growth regulator PRIMO® and the herbicide MONUMENT® have been benefiting from the rising popularity of leisure activities such as golf. In addition to turf-care products, Syngenta has been helping greenkeepers in the USA with services including online forecasting tools to predict disease or insect pest outbreaks. Products and services such as these, coupled with the expertise of Syngenta teams, are helping to expand turf-care opportunities in Japan, Australia and Western Europe.





2004 Syngenta Annual Report 17



 

Efficient and environmentally sound food production, renewable fuels, biologically-produced medicines and other plant science innovations are areas in which Syngenta is focusing its research.

Europe's first project to transform oilseed rape from Syngenta into energy for power stations as an alternative to fossil fuel was launched in the UK last year. This is just one example of opportunities in new market areas such as biofuels.

Syngenta is directing its expertise to harness the potential of plants and develop products to drive growth for the company and contribute to a sustainable future for subsequent generations.

*CAPTURE OPPORTUNITIES NEW PRODUCTS NEW MARKETS*

---

Through its unrivalled technical breadth in research and development, combined with its clear business focus, Syngenta is creating new opportunities in agriculture and beyond

The result is a pipeline of new products for each of the established businesses of Crop Protection, Professional Products and Seeds, as well as for potential opportunities in markets such as animal feed, bioprocessing and biopharmaceuticals

In 2004, a major investment program was announced to streamline and focus chemical and biotechnology trait research. This will create powerful performance cells, where intense scientific interaction across disciplines will further accelerate the rate of innovation

The research center at Stein in Switzerland will drive innovation in new insecticides, fungicides and Professional Products, benefiting from investment in new chemistry and seed treatment facilities. Jealott's Hill International Research Centre in the UK will spearhead innovation in new herbicides It will also be the center of excellence for environmental science and core technologies that include new formulation, biochemistry, physiology and analytical chemistry In addition, a new facility is planned in Goa, India, to provide cost-efficient chemical synthesis for glasshouse and field-scale use

The progression of three new active ingredients to early development, a strong early research pipeline, and significant new product developments testify to the success of Syngenta's chemical research and development strategy

Biotechnology trait research and development is now concentrated in Research Triangle Park, North Carolina, USA, in the largest market for biotechnology crops. 2004 saw progress with the novel VIPCOT™ insecticide through a partnership with the premier cotton seed company in the USA, and corn traits were strengthened by market and germplasm acquisition

Whilst genomics now underpins all areas of science, the most visible benefits are the increasing precision and speed that genomics brings to plant breeding through the use of genetic markers. This capability is accelerating the flow of new plant varieties and hybrids, which has been further enhanced by the addition of substantial germplasm resources

In new market areas, the strengthening of Syngenta's collaboration with Diversa will place a primary focus on the discovery of novel enzymes for use in animal feed and biofuels Capabilities in health assessment, regulatory science and plant biotechnology have been combined to drive the research program on biopharmaceuticals Protein therapeutics are assuming an ever greater importance. and plant systems for the production and purification of complex proteins offer significantly reduced capital investment, as well as flexible and safe production A carefully selected portfolio of projects in focused therapeutic areas is being progressed towards first clinical trials



Integrated technology platforms — Accelerating innovation across all businesses: Genomics, Bioinformatics, Crop transformation, Marker-assisted breeding, Advanced formulation, Molecular toxicology and environmental science, High throughput screening, Chemical synthesis

Syngenta's research and development in Crop Protection, Professional Products and Seeds is focused in four areas:

> Chemical invention to discover new active ingredients

The launch of five new active ingredients since the creation of Syngenta resulted in almost $700 million in sales in 2004. CALLISTO® is already a leader in the US corn market, and ACTARA®/CRUISER® is setting new standards of performance for insect control. Two more major active ingredients are on track for launch: pinoxaden is a new, high performance selective herbicide for broad-spectrum weed control in cereals, target launch 2006; 446 is a fungicide with a new mode of action for vines and vegetables, target launch 2007.

> Expanding applications for existing active ingredients

To meet diverse market needs and exploit global marketing strength, over 240 new product registrations based on existing active ingredients were obtained in 2004. Combination products, bringing the qualities of two or more active ingredients together to meet specific farmer needs, are important elements in this strategy. Examples include AMISTAR® Opti for the control of resistant *Septoria* disease in Europe, PRIORI®Xtra for soybean rust in Latin America, and LUMAX® and LEXAR®, broad-spectrum herbicides in the CALLISTO® family.

> Development of advanced seed varieties

Syngenta's leading plant germplasm and breeding techniques ensure a constant flow of innovation. Approximately 40 per cent of the 3,000 Seeds products have been launched in the past three years. In Field Crops, farmers look for higher yields, crop quality and convenience through improved varieties and input traits. The acquisition of GA21 glyphosate tolerance technology and a strong pipeline of further input traits, including corn rootworm and stacked traits, have considerably strengthened the company's position in corn. In Vegetables and Flowers, novelty and quality are the dominant growth drivers. Molecular marker-assisted technology is accelerating the stream of future innovation, leading to hundreds of new product introductions each year.

> Development of new biotechnology traits

Advances in biotechnology allow the development of exciting new products beyond agricultural input traits. Principal among these are a range of projects to develop industrial enzyme products for the animal feed and bioprocessing sectors. Syngenta aims to source such products initially from microbial production and, ultimately, directly from crops. Longer term, the company will be offering biotechnology applications in human therapy based on proteins produced in microorganisms and plants.





QUANTUM™ Phytase, a microbial-produced animal feed supplement that helps poultry and pigs digest the minerals necessary for healthy growth, was launched in Mexico and Brazil. Regulatory authorities in South Africa also approved QUANTUM™ Phytase; application has been made for FDA registration in the important US market.

CAPTURING OPPORTUNITIES

| Market | Sector/crop | Commercialized in 2004 |
|---|---|---|
| Agri-markets | Corn | LEXAR™ selective herbicide in the CALLISTO® range, USA<br>CALLISTO® selective herbicide, Brazil and Southern Europe<br>CRUISER® insecticide seed treatment, Europe<br>Hybrids with glyphosate tolerance, USA, Latin America |
| | Cereals | AMISTAR®Opti and AMISTAR®Duo fungicides in the AMISTAR® range, Northern Europe<br>ACANTO® fungicide, Eastern Europe<br>DIVIDEND®Extreme seed treatment<br>High-yielding hybrid barley, Northern Europe |
| | Soybean | PRIORI®Xtra and AMISTAR®Xtra fungicides in the AMISTAR® range to combat soybean rust, Brazil and Argentina<br>CRUISER® insecticide seed treatment, Asia<br>APRON®Maxx seed treatment<br>High-yield NK® brand varieties with nematode and root-rot resistance, USA |
| | Cotton | DYNASTY® CST fungicide seed treatment, USA<br>ENVOKE® herbicide, USA<br>SEQUENCE® herbicide, USA |
| | Rice | CRUISER® insecticide seed treatment, Asia<br>APIRO® herbicide, Japan |
| | Vegetables, fruit, vines | ACTARA® insecticide, Southern Europe<br>AMISTAR®Top fungicide in the AMISTAR® range, Asia<br>TRIPLESWEET® ROGERS® sweetcorn with built-in insect protection, USA<br>Disease and virus resistant S&G hot pepper, Asia<br>SP-1 Super Pollenizer™ seedless watermelon pollinator variety, USA |
| | Sunflowers | CRUISER® insecticide seed treatment, Central Europe and South Africa<br>New hybrids (TEKNY, NKBRIO, SANAY), Southern Europe |
| Consumer-led markets | Enhanced fresh produce | DULCINEA™ Extra Sweet Tuscan Style™ cantaloupe, USA<br>MILLENNIUM™ melon, Europe<br>TOSCANELLA® small sweet tomato, Europe<br>KUMATO™ brown aromatic tomato, Europe |
| | Flowers | BRAVEHEART™ begonias, USA<br>MOONSTRUCK™ marigolds, USA |
| | Professional Products: materials protection, pest management, turf | OPTIGARD™ termite protection, Japan<br>MONUMENT® turf herbicide, USA and Australia |