Commercialization through 2008[1] >

CALARIS™ selective herbicide in the CALLISTO® range, Europe
Hybrids with combined glyphosate tolerance, European corn borer and corn rootworm control
Hybrids with high extractable starch

Pinoxaden, new selective herbicide active ingredient for broad-spectrum weed control
CRUISER® insecticide seed treatment, expansion in Europe
High-yielding wheat with improved baking qualities

QUADRIS® Xtra fungicide in the AMISTAR® range to combat soybean rust, USA
CRUISER® insecticide seed treatment, USA
Varieties with high extractable oil and protein

Varieties with broad-spectrum insect control
New seed treatment for nematode control

Fungicide products in the AMISTAR® range
Combined fungicide and insecticide products in the AMISTAR®/ACTARA® range
Selective herbicide products in the APIRO® range, Asia
Varieties with high nutritional content

24b, new fungicide active ingredient with multi-crop uses
New seed treatment for nematode control in vegetables
CRUISER® insecticide seed treatment in vegetables, USA
Virus and fungal resistant varieties of tomatoes, lettuce, melons and peppers

Varieties with high unsaturated fats
Broomrape-resistant varieties

DULCINEA™ Sweet & Juicy Golden Honeydew melon

New dianthus series

Mould and mildew treatment for building materials
Termite bait product
Insecticide products for ant control
Enhanced turf herbicide and fungicide products, USA, Europe, Japan and Australia

[1] All time estimates are based on present knowledge and assumptions, taking into account current regulatory environments. Time-to-market may be shorter or longer than indicated

# Corporate Governance

The company policies on Corporate Governance are in accordance with Swiss law, the "Swiss Code of Best Practice" and the Swiss Stock Exchange Directive on Corporate Governance. They are consistent with the requirements of the capital markets where Syngenta is listed, Switzerland and the USA

Detailed information following the SWX Directive on Corporate Governance can be found in the separate Corporate Governance Report 2004

**Group structure**
For details regarding the structure of the company's operations, associates and joint ventures, please refer to the information contained in Note 32 to the Group Consolidated Financial Statements in the Financial Report 2004.



* Regions: Europe Africa and Middle East, NAFTA, Latin America, Asia Pacific

**Board of Directors**
Syngenta is led by a strong and experienced Board. It includes representatives from four nationalities, drawn from broad international business and scientific backgrounds. It brings diversity in expertise and perspective to the leadership of a complex, highly regulated, global business. The Board of Directors is elected by the shareholders and holds the ultimate decision-making authority of the company, except for those matters reserved by law or by the company's Articles of Incorporation to the shareholders.

**Heinz Imhof**
Chairman of the Board of Directors and of the Chairman's Committee and member of the Compensation Committee. Previously Heinz Imhof was Head of Novartis' Agribusiness division and a member of the Novartis Executive Committee (1999-2000), Deputy Executive Head Novartis Agribusiness and Head of Novartis Seeds (1996-1998), Deputy Chairman and Chief Executive Officer of Sandoz Corporation in New York (1993-1995) and additionally Chairman and Chief Executive Officer of Sandoz Pharmaceuticals Corporation in East Hanover, New Jersey. Currently Heinz Imhof is a member of the Supervisory Committee of SGCI (Schweizerische Gesellschaft für die Chemische Industrie), a non-executive Director of Firmenich International SA and Chairman of the Foundation Board of the Syngenta Foundation for Sustainable Agriculture He graduated from the Swiss Federal Institute of Technology in Zurich with a degree in agronomy.

**Peggy Bruzelius**
Director and Chairman of the Audit Committee. Peggy Bruzelius is currently Chairman of Grand Hotel Holdings and Lancelot Asset Management AB. In addition she serves as Vice Chairman of AB Electrolux and as Director of Scania AB, Ratos AB and Axfood AB, as a Senior Advisor to Lehman Brothers Ltd, Vice Chairman of the Royal Swedish Academy of Engineering Sciences and as a member of the Board of Trustees of the Stockholm School of Economics. Previously she was Chief Executive Officer of ABB Financial Services (1991-1997), Executive Vice President of SEB-bank (1997-1998), a member of the Swedish Board of Government Bank Support Authority (1991-1993) and a Director of AB Drott (1999-2004) Peggy Bruzelius holds an MBA from the Stockholm School of Economics

**Peter Doyle**
Director and Chairman of the Science and Technology Advisory Board. Peter Doyle currently is a non-executive Director of Avidex Ltd, a member of the Advisory Board of Vida Capital Partners, a Trustee of the Nuffield Foundation and Past Master of the Salters' Livery Company Previously he served as Chairman of the Biotechnology and Bioscience Research Council (1989-2003), non-executive Director of Oxagen (1999-2002), non-executive Director of Oxford Molecular PLC (1997-2000), Director of Zeneca Group PLC (1993-1999) and as a Director of ICI (1989-1993) Peter Doyle holds a BSc (Hons) degree in pure science and a PhD in chemistry from Glasgow University.

**Rupert Gasser**
Director Rupert Gasser is currently a member of the Scientific Advisory Board of Alcon Laboratories Inc and President of Nestec SA. Formerly he was Executive Vice President of Nestlé SA (1997-2002), Head of Strategic Business Group I (Coffee and Beverages, Milk and Food Services) and Head of Corporate Technical/Manufacturing worldwide (1991-1996), Senior Vice President at Nestec SA (1990-1991) and a non-executive Director of Lonza Group AG (1999-2004) Rupert Gasser graduated from the Technical Academy for Chemical Industry in Vienna with a degree in chemistry

**Pierre Landolt**
Director and member of the Audit Committee. In addition, Pierre Landolt has been delegated by the Board to oversee policies and activities in the area of corporate social responsibility. He is currently a Director of Novartis AG and Chairman of the Sandoz Family Foundation. He serves as Chairman of AxialPar Ltda, Moco Agropecuaria Ltda, Ecocarbon LLC, the CITCO Group, Vaucher Manufacture Fleurier SA and as Vice Chairman of Parmigiani SA. Pierre Landolt is also a Partner with unlimited liabilities of the Private Bank Landolt & Cie. In addition he is Vice Chairman of the Montreux Jazz Festival Foundation, President of the Instituto Jurema de Pesquisa in Brazil and member of the Foundation Board of the Syngenta Foundation for Sustainable Agriculture. He graduated with a Bachelor of Laws from the University of Paris Assas

**Michael Pragnell**
Chief Executive Officer, Director and member of the Chairman's Committee. Previously Michael Pragnell was a Director of AstraZeneca (1999-2000) and of Zeneca Group plc (1997-1999). He joined Zeneca Agrochemicals as Chief Executive Officer in 1995 Prior to 1995 he worked for Courtaulds plc in a number of senior positions (1975-1995), including Executive Director (1990-1995), Chief Financial Officer (1992-1994) and Chief Executive Officer of Courtaulds Coatings (1986-1992) Currently Michael Pragnell serves as President of CropLife International, the global association for the plant science industry. He has a degree in modern languages from Oxford University and an MBA from INSEAD.



L-R: Pierre Landolt, Peter Thompson, Rupert Gasser, Peter Doyle, Martin Taylor, Heinz Imhof, Michael Pragnell, Peggy Bruzelius, Rolf Watter, Felix Weber, Pedro Reiser

**Pedro Reiser**
Director and Chairman of the Compensation Committee. Pedro Reiser is currently a member of the Foreign Policy Committee of the Swiss Popular Party (SVP) and a Director of the HCB Happy Child Birth AG. Previously he served as Chairman of ESBATech AG (2002-2004), as Director and Advisor (1999-2001) and President and Chief Executive Officer of Novartis Pharma K K. Japan (1995-1999), and as President and Chief Executive Officer of Holvis AG (1990-1995). Pedro Reiser studied law at the University of Zurich and graduated from the University of Geneva with a PhD in political science

**Martin Taylor**
Vice Chairman of the Board of Directors and member of the Chairman's and the Compensation Committee. Martin Taylor is currently an international advisor to Goldman Sachs International, in addition to being a Director of RTL Group SA. Martin Taylor was Chairman of WHSmith PLC (1999-2003) and a Director of Antigenics Inc (1999-2003) Previously he was Chief Executive Officer of Barclays PLC (1993-1998) and of Courtaulds Textiles (1990-1993). In addition he was a member of the Oxford Business School Advisory Board Martin Taylor has a degree in oriental languages from Oxford University

**Peter Thompson**
Director and member of the Audit Committee. Peter Thompson currently serves as Director of Sodexho Alliance SA and as Chairman of the Board of Trustees of the Stanwich School in Greenwich. Connecticut. Previously he was President and Chief Executive Officer of PepsiCo Beverages International (1996-2004), President of PepsiCo Foods International's Europe, Middle East and Africa Division (1995-1996), and of Walkers Snack Foods in the UK (1994-1995) Before joining PepsiCo he held various senior management roles with Grand Metropolitan PLC, including President and Chief Executive Officer of GrandMet Foods Europe (1992-1994), Vice-Chairman of The Pillsbury Company (1990-1992) and President and Chief Executive Officer of The Paddington Corporation (1984-1990). Peter Thompson has a degree in modern languages from Oxford University and an MBA from Columbia University

**Rolf Watter**
Director and member of the Audit Committee Rolf Watter has been a partner in the law firm Bär & Karrer in Zurich since 1994 and is a member of its executive board since 2000. In addition he is a part-time professor at the Law School of the University of Zurich. He is non-executive Chairman of Cablecom GmbH (and of its controlling parent entities Cablecom Holdings AG and Glacier Holdings GP SA, Luxemburg) and a non-executive Director of Zurich Financial Services AG (and its subsidiary Zurich Insurance Company), Forbo Holding AG (and its subsidiary Forbo Finanz AG), UBS Alternative Portfolio AG and A.W. Faber-Castell (Holding) AG, in addition to being a Board member of the Swiss Lawyers' Association and a member of the Swiss Stock Exchange Admission Board and of its Disclosure Commission of Experts Rolf Watter graduated from the University of Zurich with a doctorate in law and holds an LLM degree from Georgetown University; he is admitted to the Bar of Zurich.

**Felix Weber**
Director and member of the Chairman's Committee and the Compensation Committee. Felix Weber is currently a Director of the parent company of Cablecom GmbH (and of its controlling parent entities Cablecom Holdings AG and Glacier Holdings GP SA, Luxemburg) Previously he was Executive Vice President and Chief Financial Officer of Adecco SA (1998-2004), engagement manager and partner of McKinsey & Company in Zurich (1984-1997) and managing director of Alusuisse South Africa (1982–1984). Felix Weber graduated from the University of St. Gallen, with an MBA in operations research and finance and a PhD in marketing

## Corporate Governance >>

**Board of Directors**

| Name | Age | Nationality | Function | Director since | Term of office |
|---|---|---|---|---|---|
| Heinz Imhof | 62 | Swiss | Chairman | 2000 | 2007 |
| Peggy Bruzelius | 55 | Swedish | Non-Executive Director | 2000 | 2006 |
| Peter Doyle | 66 | British | Non-Executive Director | 2000 | 2006 |
| Rupert Gasser | 66 | Swiss | Non-Executive Director | 2002 | 2007 |
| Pierre Landolt | 57 | Swiss | Non-Executive Director | 2000 | 2006 |
| Michael Pragnell | 58 | British | Chief Executive Officer | 2000 | 2007 |
| Pedro Reiser | 69 | Swiss | Non-Executive Director | 2002 | 2006 |
| Martin Taylor | 52 | British | Vice Chairman, Non-Executive Director | 2000 | 2005 |
| Peter Thompson | 58 | American | Non-Executive Director | 2000 | 2005 |
| Rolf Watter | 46 | Swiss | Non-Executive Director | 2000 | 2005 |
| Felix Weber | 54 | Swiss | Non-Executive Director | 2000 | 2005 |

**Executive Committee**

| Name | Age | Nationality | Function | Appointment |
|---|---|---|---|---|
| Michael Pragnell | 58 | British | Chief Executive Officer | 2000 |
| John Atkin | 51 | British | Chief Operating Officer – Crop Protection | 2000 |
| Bruce Bissell | 58 | British | Head of Global Operations and Human Resources | 2000 |
| David Jones | 55 | British | Head of Business Development | 2000 |
| David Lawrence | 55 | British | Head of Research & Technology | 2002 |
| Michael Mack | 44 | American | Chief Operating Officer – Seeds | 2005 |
| Christoph Mäder | 45 | Swiss | Head of Legal & Taxes | 2000 |
| Domenico Scala | 39 | Swiss | Chief Financial Officer | 2003 |

### Executive compensation
The aggregate amount of cash compensation (salaries and short-term incentive awards) in 2004 to the Chairman, the Chief Executive Officer and the members of Executive Committee (a total of nine people) amounted to CHF 11,161,359. Portions of the short-term incentive awards contained in this figure have been deferred into the Deferred Share Plan on a mandatory and voluntary basis. The total amount of the short-term incentive awards deferred in 2004 results in 32,630 shares. These nine people purchased 378 shares within the scope of the Syngenta Employee Share Purchase Plan. The amount of CHF 4,703,433 was set-aside to meet pension obligations, including provisions to cover merger-related pension promises. In 2004 a total of 220,737 options with an exercise price of CHF 89.30 and an exercise period of 11 years have been granted to these Executives.

### Non-Executive Director compensation
The aggregate amount of compensation in 2004 to the nine Non-Executive Directors (cash compensation and options) amounted to CHF 1,470,000. CHF 1,103,500 was paid in cash and CHF 366,500 will be paid in options. These options will be issued in 2005 in accordance with the company's Long-Term Incentive Plan. A total of 14,679 options with an exercise price of CHF 89.30 and an exercise period of 11 years, which were part of the 2003 Non-Executive Director's compensation, were granted in 2004.

### Highest total compensation
The highest total compensation paid to a member of the Board of Directors in the year under review consisted of CHF 2,551,561 of cash compensation (salary and short-term incentive award). The total amount of the short-term incentive award deferred by this member of the Board of Directors on a mandatory and voluntary basis under the Deferred Share Plan results in 8,154 shares. In addition 56,790 options with an exercise price of CHF 89.30 and an exercise period of 11 years were granted to this member of the Board of Directors. Furthermore, this member of the Board of Directors purchased 42 shares under the Syngenta Share Purchase Plan. The amount of CHF 3,347,464 was set aside to meet pension obligations, including provisions to cover merger-related pension promises.

### Executive Committee
Under the direction of the Chief Executive Officer, the Executive Committee is responsible for the operational management of the company. It consists of the CEO, the Chief Operating Officers of the Crop Protection and Seeds businesses, together with the Heads of Syngenta's functional activities: Finance, Research and Technology, Global Operations and Human Resources, Business Development and Legal and Taxes.



**1 Michael Pragnell**
Chief Executive Officer, Director and member of the Chairman's Committee. Previously Michael Pragnell was a Director of AstraZeneca (1999-2000) and of Zeneca Group plc (1997-1999) He joined Zeneca Agrochemicals as Chief Executive Officer in 1995 Prior to 1995 he worked for Courtaulds plc in a number of senior positions (1975-1995), including Executive Director (1990-1995), Chief Financial Officer (1992-1994) and Chief Executive Officer of Courtaulds Coatings (1986-1992) Currently Michael Pragnell serves as President of CropLife International, the global association for the plant science industry. He has a degree in modern languages from Oxford University and an MBA from INSEAD

**2 John Atkin**
Chief Operating Officer of Syngenta Crop Protection. Previously John Atkin was Chief Executive Officer (1999-2000), Chief Operating Officer (1999), Head of Product Portfolio Management (1998) and Head of Insecticides and Patron for Asia (1997-1998) of Novartis Crop Protection. Prior to 1998 he was General Manager of Sandoz Agro France (1995-1997) and Head of Sandoz Agro Northern Europe (1993-1995) John Atkin graduated from the University of Newcastle-upon-Tyne with a PhD and a BSc degree in agricultural zoology.

**3 Bruce Bissell**
Head of Global Operations and Human Resources. Previously Bruce Bissell was Director of Supply Chain for Zeneca Agrochemicals (1997-2000) and Head of International Manufacturing for the pharmaceutical business of Zeneca Group plc (1992-1997). Bruce Bissell graduated from Strathclyde University with a degree in applied chemistry

**4 David Jones**
Head of Business Development also responsible for Plant Science. Previously David Jones was Business Director for Zeneca Agrochemicals (1997-2000), having been Regional Executive for Asia, Africa and Australia, based in Hong Kong, since 1992 He has a BSc and PhD in science and economics from Stirling University in Scotland

**5 David Lawrence**
Head of Research and Technology. Previously he was Head of R&T Projects for Syngenta (2000-2002). Prior to this he had been Head of International R&D Projects in Zeneca Agrochemicals, having previously held several senior scientific roles. David Lawrence graduated in chemistry from Oxford University with an MA and DPhil in chemical pharmacology.

**6 Michael Mack\***
Chief Operating Officer of Syngenta Seeds. Since joining the Company in 2002, Michael Mack has served as Head of Crop Protection, NAFTA Region Prior to this, he was President of the Global Paper Division of Imerys SA, a Paris-based mining and pigments concern. from the time of its merger in 1999 with English China Clays Ltd. He had served there as Executive Vice President, Americas and Pacific Region, in addition to being an Executive Director of the Board. From 1987 to 1996 he held various roles with Mead Corporation. He has a degree in economics from Kalamazoo College in Michigan, studied at the University of Strasbourg. and has an MBA from Harvard University

**7 Christoph Mäder**
Head of Legal and Taxes. Previously Christoph Mäder was Head of Legal & Public Affairs of Novartis Crop Protection (1999 -2000) and Senior Corporate Counsel of Novartis International AG (1992-1998) Christoph Mäder is a member of the Supervisory Committees of the Federation of Swiss Industrial Holding Companies and the Basel Chamber of Commerce He graduated from Basel University Law School, and is admitted to the Bar in Switzerland

**8 Domenico Scala**
Chief Financial Officer Previously Domenico Scala held various leading positions in Finance with Roche AG (1995-2003), most recently as Group Treasurer (2001-2003) and Head of Company Controlling (1999-2001). Prior to 1995, he was Finance Director of Panalpina Italy SpA (1993-1995) and Senior International Auditor with Nestlé SA (1990-1993) Domenico Scala graduated from the University of Basel with a degree in economics.

\* Michael Mack replaces Jeffrey Beard as of January 1. 2005

# FINANCIAL INFORMATION »

A summary of Syngenta's audited consolidated financial statements is provided on pages 32-34.

For full details and analysis of the Group's audited financial results, prepared in accordance with IFRS, please refer to our comprehensive Financial Report which is available on request or on the Syngenta internet site (www.syngenta.com).

References to EBITDA in the following financial information exclude the impact of restructuring, impairment and discontinued operations[1].

### Income statement review

Sales, at constant exchange rates (CER) increased by seven per cent. Underlying demand in the fourth quarter remained strong; reported sales reflect the realignment of sales closer to consumption for the coming season, particularly in the USA, Western Europe and Japan. Full year Crop Protection sales were seven percent higher; Seeds sales rose by six per cent.

EBITDA improved by 18 per cent (CER) to $1.4 billion benefiting from the growth in sales and continued cost efficiency.

Earnings per share, excluding restructuring and impairment and a one-off tax benefit, were up 76 per cent to $5.87. After charges for restructuring and impairment earnings per share were $4.34 (2003: $2.45). In addition to the improvement in operating income, the increase reflects lower net financial expense as well as a lower underlying tax rate.

### Summarized financial information 2004 and 2003

| For the year to 31 December | Excluding restructuring, impairment and discontinued operations[1] 2004 $m | 2003 $m | Restructuring, impairment and discontinued operations[1] 2004 $m | 2003 $m | As reported under IFRS 2004 $m | 2003 $m |
|---|---|---|---|---|---|---|
| Sales | 7269 | 6525 | – | – | 7269 | 6525 |
| Gross profit | 3737 | 3277 | – | – | 3737 | 3277 |
| Marketing and distribution | (1382) | (1193) | – | – | (1382) | (1193) |
| Research and development | (809) | (726) | – | – | (809) | (726) |
| General and administrative | (651) | (674) | – | – | (651) | (674) |
| Restructuring and impairment | – | – | (354) | (163) | (354) | (163) |
| Operating income | 895 | 684 | (354) | (163) | 541 | 521 |
| Income before taxes | 820 | 545 | (354) | (163) | 466 | 382 |
| Income tax expense | (65) | (202) | 135 | 68 | 70 | (134) |
| Net income from continuing operations | 755 | 343 | (219) | (95) | 536 | 248 |
| Discontinued operations | – | – | (108) | 6 | (108) | 6 |
| Net income | 755 | 343 | (327) | (89) | 428 | 254 |
| Attributable to minority interests | (7) | 3 | (25) | 1 | (32) | 4 |
| Attributable to Syngenta AG shareholders: | 762 | 340 | (302) | (90) | 460 | 250 |
| One-off tax credit | (139) | – | – | – | (139) | – |
| Net income before one-off tax credit | 623 | 340 | (302) | (90) | 321 | 250 |
| Earnings/(loss) per share[3] | | | | | | |
| – basic | $7.24 | $3.35 | $(2.87) | $(0.89) | $4.37 | $2.46 |
| – diluted | $7.19 | $3.34 | $(2.85) | $(0.89) | $4.34 | $2.45 |
| Earnings/(loss) per share before one-off tax credit[3,5] | | | | | | |
| – basic | $5.92 | $3.35 | $(2.87) | $(0.89) | $3.05 | $2.46 |
| – diluted | $5.87 | $3.34 | $(2.85) | $(0.89) | $3.02 | $2.45 |

| | 2004 | 2003 | 2004 CER[2] |
|---|---|---|---|
| Gross profit margin | 51.4% | 50.2% | 52.0% |
| EBITDA margin[4] | 19.2% | 18.1% | 20.0% |
| EBITDA[4] | 1395 | 1180 | |
| Tax rate[5] | 25% | 37% | |
| Free cash flow[6] | 623 | 559 | |

[1] For further analysis of restructuring and impairment charges, see p32. Net income and earnings per share excluding restructuring and impairment are provided as additional information, and not as an alternative to net income and earnings per share determined in accordance with IFRS
[2] For a description of CER see p30.
[3] The weighted average number of ordinary shares in issue used to calculate the earnings per share were as follows: for 2004 basic EPS 105,208,929 and diluted EPS 106,015,369; 2003 basic EPS 101,682,672 and diluted EPS 101,799,899
[4] EBITDA is a non-GAAP measure but is in regular use as a measure of operating performance and is defined on p30
[5] Tax rate on results excluding restructuring and impairment and a one-off tax credit associated with the crystallization of previously unrecognized tax losses.
[6] Includes restructuring and impairment cash outflows. For a description of free cash flow, see p30

Currency: Sales were positively impacted by four per cent due to the weakness of the US dollar, notably against the Euro, although this impact narrowed in the second half. At the EBITDA level the positive effect of US dollar weakness and a benefit from hedging was offset by the strength of the Swiss franc and sterling.

Crop Protection: Sales increased across all product lines and in all regions, with Europe and Latin America generating the strongest growth. Increased disease pressure, notably from soybean rust in Latin America and *Septoria* resistance in European cereals, contributed to a double-digit increase in fungicide sales, with AMISTAR® exceeding $500 million. Insecticides benefited from the roll-out of new combination products while solid growth in herbicides demonstrated the strength of this product line. Professional Products continued a record of top line growth driven largely by the expansion of seed treatment. Total sales of new products grew by 32 per cent (CER) to reach $688 million with continuing growth in the CALLISTO® range ($289 million) and in ACTARA®/CRUISER® ($298 million) as well as the successful launch of ENVOKE® on cotton in the USA. The range rationalization program reduced sales by $49 million (CER) in 2004. This four year program, with a cumulative sales impact of $301 million, is now complete. EBITDA rose by 22 per cent (CER) to $1463 million.

Seeds: Sales increased across all businesses and in all regions. Sales of Vegetables and Flowers increased by 10 per cent. Demand in Field Crops, notably US corn and soybean, was strong; reported sales increased by two per cent, impacted by the realignment of sales in the fourth quarter for the coming season's consumption. US field crops seeds have a marked seasonal pattern of sales and profit, heavily weighted to the first half. Following their acquisition in the second half of 2004, GARST® and GOLDEN HARVEST® made a negligible contribution to sales, as expected, and their consolidation resulted in the reduction of Seeds EBITDA by 48 per cent (CER) to $68 million. These acquisitions are expected to be accretive from 2005. The integration of GARST® and GOLDEN HARVEST® into the North American field crops business is well underway. These acquisitions have significantly increased Syngenta's market share and, from 2005, the US field crops business will benefit from broader geographic reach, enhanced germplasm and a range of biotechnology input traits.

Plant Science: Following the acquisition of GARST® and GOLDEN HARVEST®, the management of corn and soybean trait development activities with the associated cost has been transferred to Seeds. In August Syngenta signed a long-term technology agreement with Delta and Pine Land (D&PL), the US leader in cotton seed, under which D&PL will commercialize Syngenta's insect control technology for cotton.

Restructuring, impairment and discontinued operations: Total restructuring and impairment charges during the period were $354 million (cash: $171 million; non-cash: $183 million) of which the majority related to the program to streamline global operations, announced in February 2004. The total cost of the program is expected to be around $850 million over five years including a non-cash charge of $350 million. Peak savings of $300 million are expected by the end of 2008. The sale of SF Chem resulted in an additional charge of $108m.

Regional sales analysis
Crop Protection
Sales in Europe, Africa and the Middle East demonstrated growth across all product lines, following drought in 2003, with notable contributions from the entire fungicide range and selective herbicides, particularly CALLISTO®. Double-digit increases were registered in France and Eastern Europe, the latter benefiting from increased investment in agriculture and economic growth.

In NAFTA sales of selective herbicides were stable in a challenging market whilst non-selectives continued to be affected by price pressure in glyphosate in the USA, which offset volume growth. Fungicide sales growth was driven primarily by the success of AMISTAR®. Insecticide sales were lower, due to a reduction in the sales of FORCE® and, to a lesser extent, KARATE®. Professional Products – notably seed treatment and turf – performed well. Strong growth continued in Mexico and in Canada with the roll-out of CRUISER® on canola.

Latin America: Sales expanded across the portfolio in Brazil and Argentina as the international competitiveness of growers and strong export demand encouraged an increase in acreage under cultivation. The strongest growth was generated by insecticides, notably ACTARA®, and by fungicides, with a significant increase in AMISTAR® sales to control the spread of soybean rust. The launch of the combination product PRIORI®Xtra, with both preventative and curative action, further strengthened Syngenta's position in this important new market.

In Asia Pacific underlying demand in Japan was strong. Sales grew strongly in China where channel inventories have now returned to normal levels. India showed good growth, and sales in Australia improved in the second half

FINANCIAL INFORMATION >>

### Cash flow and balance sheet

Free cash flow, post acquisitions, of $623 million reflected the increase in operating income, a reduction in working capital in the second half and lower net financial expense. The ratio of average trade working capital as a percentage of sales was 40 per cent (2003: 42 per cent). Fixed capital expenditure of $166 million was below depreciation of $250 million.

At period end net debt was $864 million (2003: $1.2 billion) representing a gearing ratio of 15 per cent (2003: 24 per cent).

### Cash return to shareholders

In February 2004 the company announced its intention to return over $800 million to shareholders between 2004 and 2006. A total dividend of $142 million was paid in July. In May the company commenced a share repurchase program; by end December 1.7 million shares had been repurchased at an average price of CHF 107.2 which equates to $143 million. These shares will be cancelled, subject to approval at the Annual General Meeting (AGM) on 26 April.

In view of the ongoing strength of financial performance, the 2004 to 2006 cash return program has been enhanced to more than $1 billion. As part of this program a dividend of CHF 2.70, to be paid by way of a nominal par value reduction, will be submitted for shareholder approval at the AGM on 26 April.

### Constant exchange rates (CER)

In this report results from one period to another period are, where appropriate, compared using constant exchange rates (CER). To present that information, current period results for entities reporting in currencies other than US dollars are converted into US dollars at the prior period's exchange rates, rather than at the exchange rates for the current year. CER margin percentages for gross profit and EBITDA are calculated by the ratio of these measures to sales after restating the measures and sales at prior period exchange rates. The CER presentation indicates the underlying business performance before taking into account currency exchange fluctuations.

### Free cash flow

Free cash flow comprises cash flow after operating activities, investing activities, taxes and operational financing activities prior to discontinued operations and capital financing activities such as drawdown or repayment of debt, dividends paid to Syngenta Group shareholders, share repurchase and other equity movements. Free cash flow is not a measure of financial performance under generally accepted accounting principles and the free cash flow measure used by Syngenta may not be comparable to similarly titled measures of other companies. Free cash flow has been included as it is used by many investors as a useful supplementary measure of cash generation.

### EBITDA

EBITDA is defined as earnings before interest, tax, minority interests, depreciation, amortization and impairment. Information concerning EBITDA has been included as it is used by management and by investors as a supplementary measure of operating performance and is used by Syngenta as the basis of part of its employee incentive schemes. Management focuses on EBITDA excluding restructuring as this excludes items affecting comparability from one period to the next. EBITDA is not a measure of cash liquidity or financial performance under generally accepted accounting principles and the EBITDA measures used by Syngenta may not be comparable to other similarly titled measures of other companies. EBITDA should not be construed as an alternative to operating income or cash flow as determined in accordance with generally accepted accounting principles.

### Restructuring, impairment and discontinued operations

Restructuring represents the effect on reported performance of initiating business changes which are considered major and which, in the opinion of management, will have a material effect on the nature and focus of Syngenta's operations, and therefore require separate disclosure to provide a more thorough understanding of business performance. Restructuring includes the effects of completing and integrating significant business combinations and divestments. The incidence of these business changes may be periodic and the effect on reported performance of initiating them will vary from period to period. Because each such business change is different in nature and scope, there will be little continuity in the detailed composition and size of the reported amounts which affect performance in successive periods. Separate disclosure of these amounts facilitates the understanding of performance including and excluding items affecting comparability. Reported performance before restructuring and impairment is one of the measures used in Syngenta's short-term employee incentive compensation schemes. Syngenta's definition of restructuring and impairment may not be comparable to similarly titled line items in financial statements of other companies.

Restructuring and impairment costs in 2004 related primarily to the operational efficiency program; in 2003 they related primarily to merger and integration activities following the creation of Syngenta. Further information on restructuring and impairment is available in the Financial Report 2004.

On 30 September 2004 Syngenta sold its 75 percent interest in its sulphur and chlorine-based chemical intermediates business, SF-Chem AG, to a private equity buyer. This business was shown as part of the Crop Protection segment, and has been presented as a discontinued operation in the consolidated income statement and in the consolidated cash flow statement.

Unaudited full year product line and regional sales

| | Full year 2004 $m | Full year 2003 $m | Actual % | CER[1,2] % | Ex RR[1] % |
|---|---|---|---|---|---|
| **Syngenta** | | | | | |
| Crop Protection | 6030 | 5421 | +11 | +7 | +8 |
| Seeds | 1239 | 1104 | +12 | +6 | +6 |
| Total | 7269 | 6525 | +11 | +7 | +8 |
| **Crop Protection** | | | | | |
| **Product line** | | | | | |
| Selective herbicides | 1867 | 1717 | +9 | +4 | +6 |
| Non-selective herbicides | 645 | 616 | +5 | +2 | +2 |
| Fungicides | 1702 | 1438 | +18 | +12 | +13 |
| Insecticides | 1049 | 960 | +10 | +7 | +7 |
| Professional products | 708 | 642 | +9 | +5 | +7 |
| Others | 59 | 48 | +21 | +16 | +16 |
| Total | 6030 | 5421 | +11 | +7 | +8 |
| **Regional** | | | | | |
| Europe, Africa and Middle East | 2251 | 1978 | +14 | +5 | +6 |
| NAFTA | 1869 | 1848 | +1 | – | +1 |
| Latin America | 1017 | 748 | +36 | +36 | +37 |
| Asia Pacific | 893 | 847 | +6 | +1 | +2 |
| Total | 6030 | 5421 | +11 | +7 | +8 |
| **Seeds** | | | | | |
| **Product line** | | | | | |
| Field Crops | 648 | 598 | +8 | +2 | +2 |
| Vegetables and Flowers | 591 | 506 | +17 | +10 | +10 |
| Total | 1239 | 1104 | +12 | +6 | +6 |
| **Regional** | | | | | |
| Europe, Africa and Middle East | 641 | 565 | +13 | +3 | +3 |
| NAFTA | 437 | 400 | +9 | +8 | +8 |
| Latin America | 86 | 79 | +8 | +8 | +8 |
| Asia Pacific | 75 | 60 | +26 | +19 | +19 |
| Total | 1239 | 1104 | +12 | +6 | +6 |

[1] Product line variances take into account minor reclassifications made in 2004
[2] Growth at constant exchange rates, see p30

FINANCIAL INFORMATION »

Condensed consolidated income statement

| For the year to 31 December | 2004 $m | 2003 $m |
|---|---|---|
| Sales | 7269 | 6525 |
| Cost of goods sold | (3532) | (3248) |
| **Gross profit** | **3737** | **3277** |
| Marketing and distribution | (1382) | (1193) |
| Research and development | (809) | (726) |
| General and administrative | (651) | (674) |
| Restructuring and impairment | (354) | (163) |
| **Operating income** | **541** | **521** |
| Income/(loss) from associates and joint ventures | (2) | (1) |
| Financial expenses, net | (73) | (138) |
| **Income before taxes** | **466** | **382** |
| Income tax credit/(expense) | 70 | (134) |
| **Net income from continuing operations** | **536** | **248** |
| Discontinued operations | (108) | 6 |
| **Net income/(loss)** | **428** | **254** |
| Attributable to: | | |
|   Minority interests | (32) | 4 |
|   Syngenta AG shareholders | 460 | 250 |
| Earnings/(loss) per share[1] | | |
|   Basic | $4.37 | $2.46 |
|   Diluted | $4.34 | $2.45 |

[1] The weighted average number of ordinary shares in issue used to calculate the earnings per share were as follows: for 2004 basic EPS 105,208,929 and diluted EPS 106,015,369; 2003 basic EPS 101,682,672 and diluted EPS 101,799,899

Restructuring and impairment

| | 2004 $m | 2004 $m | 2003 $m | 2003 $m |
|---|---|---|---|---|
| Restructuring costs: | | | | |
|   Write-off or impairment | | | | |
|     – property, plant & equipment | (132) | | (44) | |
|     – intangible assets | (1) | | – | |
|     – inventories | (1) | | – | |
|   Non-cash pension restructuring charges | (50) | | 9 | |
|   Cash costs | | | | |
|     – operational efficiency | (136) | | – | |
|     – Seeds acquisition integration | (16) | | – | |
|     – merger and other cash costs | (19) | | (184) | |
|   Total | | (355) | | (219) |
| Other impairment of assets | | – | | – |
| Gains from product disposals | | 1 | | 17 |
| Gain on sale of technology and intellectual property license | | – | | 39 |
| **Total restructuring and impairment charge** | | **(354)** | | **(163)** |

Condensed consolidated balance sheet

| As at 31 December | 2004 $m | 2003 $m |
|---|---:|---:|
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents | 227 | 206 |
| Trade accounts receivable | 1887 | 1707 |
| Other accounts receivable | 337 | 308 |
| Other current assets | 766 | 696 |
| Inventories | 2192 | 1811 |
| **Total current assets** | 5409 | 4728 |
| | | |
| **Non-current assets** | | |
| Property, plant and equipment | 2188 | 2374 |
| Intangible assets | 2951 | 2658 |
| Investments in associates and joint ventures | 114 | 107 |
| Deferred tax assets | 946 | 671 |
| Other financial assets | 378 | 430 |
| **Total non-current assets** | 6577 | 6240 |
| Assets held for sale | 22 | – |
| **Total assets** | 12008 | 10968 |
| | | |
| **Liabilities and equity** | | |
| **Current liabilities** | | |
| Trade accounts payable | (1466) | (862) |
| Current financial debts | (423) | (749) |
| Income taxes payable | (312) | (289) |
| Other current liabilities | (765) | (747) |
| Provisions | (258) | (265) |
| **Total current liabilities** | (3224) | (2912) |
| | | |
| **Non-current liabilities** | | |
| Non-current financial debts | (1117) | (1017) |
| Deferred tax liabilities | (1119) | (1071) |
| Provisions | (870) | (845) |
| **Total non-current liabilities** | (3106) | (2933) |
| **Total liabilities** | (6330) | (5845) |
| | | |
| Shareholders' equity | (5658) | (5056) |
| Minority interests | (20) | (67) |
| **Total equity** | (5678) | (5123) |
| **Total liabilities and equity** | (12008) | (10968) |

FINANCIAL INFORMATION >>

Condensed consolidated cash flow statement

| For the year to 31 December | 2004 $m | 2003 $m |
|---|---|---|
| **Operating income** | 541 | 521 |
| **Reversal of non-cash items;** | | |
| Depreciation, amortization and impairment on: | | |
| – property, plant and equipment | 385 | 298 |
| – intangible assets | 250 | 243 |
| Loss/(gain) on disposal of fixed assets | – | (62) |
| Charges in respect of share based compensation | 33 | 18 |
| Charges in respect of provisions | 420 | 386 |
| **Cash (paid)/received in respect of;** | | |
| Interest and other financial receipts | 221 | 71 |
| Interest and other financial payments | (235) | (185) |
| Taxation | (128) | (116) |
| Restructuring costs | (185) | (179) |
| Contributions to pension schemes | (144) | (110) |
| Other provisions | (104) | (157) |
| **Cash flow before working capital changes** | 1054 | 728 |
| Change in net current assets and other operating cash flows | 255 | 63 |
| **Cash flow from operating activities** | 1309 | 791 |
| Additions to property, plant and equipment | (166) | (211) |
| Proceeds from disposals of property, plant and equipment | 49 | 31 |
| Purchase of intangibles and other financial assets | (104) | (58) |
| Proceeds from disposals of intangible and financial assets | 19 | 21 |
| Business divestments | 1 | 14 |
| Business acquisitions (net of cash acquired) | (479) | – |
| Acquisition of minorities | (6) | (29) |
| **Cash flow used for investing activities** | (686) | (232) |
| Increases in third party interest-bearing debt | 202 | 369 |
| Repayment of third party interest-bearing debt | (640) | (938) |
| (Purchase)/sale of treasury shares | (98) | 4 |
| Dividends paid to group shareholders | (142) | (65) |
| Dividends paid to minorities | (1) | – |
| **Cash flow used for financing activities** | (679) | (630) |
| **Net cash flow from discontinued operations** | 41 | (1) |
| Net effect of currency translation on cash and cash equivalents | 36 | 46 |
| **Net change in cash and cash equivalents** | 21 | (26) |
| **Cash and cash equivalents at the beginning of the period** | 206 | 232 |
| **Cash and cash equivalents at the end of the period** | 227 | 206 |

Free cash flow

| For the year to 31 December | 2004 $m | 2003 $m |
|---|---|---|
| Cash flow from operating activities | 1309 | 791 |
| Cash flow used for investing activities | (686) | (232) |
| **Free cash flow** | 623 | 559 |

Segmental results for 2004 excluding restructuring and impairment

| | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---:|---:|---:|---:|
| Sales | 6030 | 1239 | — | 7269 |
| Gross profit | 3108 | 629 | — | 3737 |
| Marketing and distribution | (1040) | (339) | (3) | (1382) |
| Research and development | (499) | (186) | (124) | (809) |
| General and administrative | (539) | (99) | (13) | (651) |
| **Operating income** | **1030** | **5** | **(140)** | **895** |
| EBITDA | 1463 | 68 | (136) | 1395 |
| EBITDA (%) | 24.3 | 5.5 | n/a | 19.2 |

Segmental results for 2003 excluding restructuring and impairment

| | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---:|---:|---:|---:|
| Sales | 5421 | 1104 | — | 6525 |
| Gross profit | 2709 | 568 | — | 3277 |
| Marketing and distribution | (916) | (275) | (2) | (1193) |
| Research and development | (453) | (164) | (109) | (726) |
| General and administrative | (582) | (70) | (22) | (674) |
| **Operating income** | **758** | **59** | **(133)** | **684** |
| EBITDA | 1203 | 105 | (128) | 1180 |
| EBITDA (%) | 22.2 | 9.5 | n/a | 18.1 |

Reconciliation of segment EBITDA to segment operating income excluding restructuring and impairment

| 2004 | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---:|---:|---:|---:|
| **Operating income** | **1030** | **5** | **(140)** | **895** |
| Income/(loss) from associates and joint ventures | (2) | 2 | (2) | (2) |
| Depreciation, amortization and other impairment | 435 | 61 | 6 | 502 |
| EBITDA | 1463 | 68 | (136) | 1395 |

| 2003 | | | | |
|---|---:|---:|---:|---:|
| **Operating income** | **758** | **59** | **(133)** | **684** |
| Income/(loss) from associates and joint ventures | (1) | 2 | (2) | (1) |
| Depreciation, amortization and other impairment | 446 | 44 | 7 | 497 |
| EBITDA | 1203 | 105 | (128) | 1180 |

# SHAREHOLDER INFORMATION »

The shares are listed on the Swiss Exchange and on the New York Stock Exchange, where Syngenta shares are traded as ADSs (American Depositary Shares).[1]

| Trading symbols | Swiss Stock Exchange | New York Stock Exchange |
|---|---|---|
| Shares | SYNN | SYT |

| Outstanding shares at year-end 2004 | 31 December 2004 |
|---|---|
| Total outstanding shares | 112,564,584 |
| *of which treasury shares* | 7,481,421 |

| Share price and market capitalization[2] at year-end 2004 | 31 December 2004 |
|---|---|
| Share price (CHF) | 120.8 |
| ADS price (USD) | 21.4 |
| Market capitalization (CHF million) | 12,694 |
| Market capitalization (USD million) | 11,234 |

| Reporting dates | |
|---|---|
| Annual General Meeting and first quarter trading statement | 26 April 2005 |
| Half-year results | 28 July 2005 |
| Third quarter trading statement | 21 October 2005 |
| Announcement of 2005 full-year results | 9 February 2006 |

A full form 20-F will be accessible from mid-March at www.syngenta.com under Financial Information.

[1] 1 share = 5 ADSs.
[2] For the purposes of calculating market capitalization the number of shares stood at 105.1 million

Syngenta share price
Relative performance since 13 November 2000 — Syngenta — SMI



# CONTACT INFORMATION »

**Switzerland**
**Investor Relations**
T +41 61 323 58 83
F +41 61 323 58 80

**Share Register**
T +41 62 311 61 25
F +41 62 311 61 93

**Shareholder Services**
T +41 61 323 20 95
F +41 61 323 54 61

**Media Relations**
T +41 61 323 23 23
F +41 61 323 24 24

**To order publications**
T +41 61 323 75 79
F +41 61 323 39 66

**Syngenta switchboard**
T +41 61 323 11 11
F +41 61 323 12 12

**USA**
**Investor Relations**
T +1 917 322 25 69
F +1 917 322 25 70

**Media Relations**
T +1 202 347 8348
F +1 202 347 8758

**Syngenta on the Internet**
www.syngenta.com
1,789,931 visitors in 2003
2,512,628 visitors in 2004
Annual Report 2003 downloaded
8,640 times for the year to
December 31, 2004

An e-mail subscription service provides updates alerts for investors:
http://www.syngenta.com/en/site/subscription.aspx

The full year results presentation can be viewed up to 12 months after the event at:
http://www.syngenta.com/en/investor/finance.aspx

Syngenta AG
Communication and
Public Affairs
P.O Box
CH-4002 Basel
Switzerland

For the business year 2004, Syngenta has published four reports: the Annual Report, the Financial Report, the Corporate Governance Report and the Corporate Social Responsibility Report.

These publications are also available on the Internet: www.syngenta.com

All documents were originally published in English. The Annual Report 2004 and the Corporate Governance Report 2004 are also available in German. The Corporate Social Responsibility Report 2004 is also available in German, French and Portuguese

Syngenta International AG, Basel, Switzerland
All rights reserved
Editorial completion: February 2005

Cover photography:
Cho Ban
Management & Board photography:
Marcus Lyon, Howard Brundrett

Design:
Addison Corporate Marketing

Print:
St Ives Westerham Press

Project management:
Com factory AG

Printed on Hello Matt, which is made with wood fiber from managed forests in Austria, Scandinavia, Portugal and North America and is manufactured at a mill that has achieved the ISO14001 and EMAS environmental management standards

All product or brand names included in this Annual Report are trademarks of, or licensed to, a Syngenta group company.

**Cautionary statement regarding forward-looking statements**
This Annual Report contains forward-looking statements, which can be identified by terminology such as "expect", "would", "will", "potential", "plans", "prospects", "estimated", "aiming", "on track", and similar expressions. Such statements may be subject to risks and uncertainties that could cause actual results to differ materially from these statements. We refer you to Syngenta's publicly available filings with the US Securities and Exchange Commission for information about these and other risks and uncertainties. Syngenta assumes no obligation to update forward-looking statements to reflect actual results, changed assumptions or other factors. This document does not constitute, or form part of, any offer or invitation to sell or issue, or any solicitation of any offer, to purchase or subscribe for any ordinary shares in Syngenta AG, or Syngenta ADSs, nor shall it form the basis of, or be relied on in connection with, any contract therefor

