# EXHIBIT 8



Vision & Business Principles
Board of Directors
**Executive Management**
Company History
Facts & Figures
Position Statements
Working @ Syngenta
  Job Center & Enquiries
  The Voice of Syngenta
Markets/Products
Research & Technology
  Why
  How
  Where
Biotechnology
  The Basics
  FAQ
  Bt Corn
  Pipeline
  Resources
  Research
  Products
  Links
Biopharma
Sustainable Agriculture
Syngenta Foundation
Syngenta FAQs
Archive
  Images
  Publications
  Speeches
  Videos
  Features

Contact Us
Order Publications
Country List
Email Subscription

# About Syngenta: Executive Management


**Michael Pragnell**

Chief Executive Officer, Director and member of the Chairman's Committee. Previously Michael Pragnell was a Director of AstraZeneca (1999-2000) and of Zeneca Group plc (1997- 1999). He joined Zeneca Agrochemicals as Chief Executive Officer in 1995. Prior to 1995 he worked for Courtaulds plc in a number of senior positions (1975-1995). including Executive Director (1990-1995), Chief Financial Officer (1992-1994) and Chief Executive Officer of Courtaulds Coatings (1986-1992). Michael Pragnell has a degree in modern languages from Oxford University and an MBA from INSEAD.


**John Atkin**

Chief Operating Officer of Syngenta Crop Protection. Previously John Atkin was Chief Executive Officer (1999-2000), Chief Operating Officer (1999), Head of Product Portfolio Management (1998) and Head of Insecticides and Patron for Asia (1997-1998) of Novartis Crop Protection. Prior to 1998 he was General Manager of Sandoz Agro France (1995-1997) and Head of Sandoz Agro Northern Europe (1993-1995). John Atkin graduated from the University of Newcastle-upon-Tyne with a PhD and a BSc degree in agricultural zoology.


**Bruce Bissell**

Head of Global Operations and Human Resources. Previously Bruce Bissell was Director of Supply Chain for Zeneca Agrochemicals (1997–2000) and Head of International Manufacturing for the pharmaceutical business of Zeneca Group plc (1992–1997). Bruce Bissell graduated from Strathclyde University with a degree in applied chemistry.

Head of Business Development also responsible for Plant Science. Previously David Jones was Business Director for Zeneca Agrochemicals (1997–2000), having been Regional Executive for Asia, Africa and Australia, based in Hong Kong, since 1992. He has a BSc and PhD in science and economics from Stirling University in Scotland.

PRINTER VERSION 

Site Search

Global Loc 

Email Sub: 


**David Jones**


**David Lawrence**

Head of Research & Technology. Previously he was Head of R&T Projects for Syngenta (2000–2002). Prior to this he had been Head of International R&D Projects in Zeneca Agrochemicals, having previously held several senior scientific roles. David Lawrence graduated in chemistry from Oxford University with an MA and DPhil in chemical pharmacology.


**Michael Mack**

Chief Operating Officer of Syngenta Seeds. Previously Michael Mack has served as Head of Crop Protection, NAFTA Region (2002-2004). Prior to this, he was President of the Global Paper Division of Imerys SA, a Paris-based mining and pigments concern, from the time of its merger in 1999 with English China Clays Ltd. He had previously served there as Executive Vice President, Americas and Pacific Region, in addition to being an Executive Director of the Board. From 1987 to 1996 he held various roles with Mead Corporation. He has a degree in economics from Kalamazoo College in Michigan, studied at the University of Strasbourg, and has an MBA from Harvard University.


**Christoph Mäder**

Head of Legal and Taxes. Previously Christoph Mäder was Head of Legal & Public Affairs of Novartis Crop Protection (1999-2000) and Senior Corporate Counsel of Novartis International AG (1992-1998). Christoph Mäder is a member of the Supervisory Committee of the Federation of Swiss Industrial Holding Companies and of the Executive Committee of the Swiss Employer Association. He graduated from Basel University Law School. and is admitted to the Bar in Switzerland.

Chief Financial Officer. Previously Domenico Scala held various leading positions in Finance with Roche AG (1995-2003), most recently as Group Treasurer (2001-2003) and Head of



Domenico Scala

Company Controlling (1999-2001). Prior to 1995, he was Finance Director of Panalpina Italy SpA (1993-1995) and Senior International Auditor with Nestlé SA (1990-1993). Domenico Scala graduated from the University of Basel with a degree in economics

**Executive Committee**

| Name | Age | Nationality | Function | Entry |
|---|---|---|---|---|
| Michael Pragnell | 58 | British | Chief Executive Officer | 2000 |
| John Atkin | 52 | British | Chief Operating Officer - Crop Protection | 2000 |
| Bruce Bissell | 59 | British | Head of Global Operations and Human Resources | 2000 |
| David Jones | 56 | British | Head of Business Development | 2000 |
| David Lawrence | 56 | British | Head of Research & Technology | 2002 |
| Michael Mack | 45 | American | Chief Operating Officer - Seeds | 2005 |
| Christoph Mäder | 46 | Swiss | Head of Legal & Taxes | 2000 |
| Domenico Scala | 40 | Swiss | Chief Financial Officer | 2003 |

**Changes since December 31, 2003**
Jeffrey Beard resigned from the Executive Committee at the end of December 2004. Jeffrey Beard was Chief Operating Officer of Syngenta Seeds from 2000 to 2004. Previously Jeffrey Beard was Head of the Business Area Corn for Novartis Seeds (1999-2000).

With effect from January 1, 2005, Michael Mack was appointed Chief Operating Officer of Syngenta Seeds and a member of the Syngenta Executive Committee.

**Chief Executive Officer**
The CEO is nominated by the Board and shares responsibility for the strategic direction of Syngenta with the Chairman. The CEO is ultimately responsible for the active leadership and operational management of Syngenta and chairs the Executive Committee, representing the latter inside and outside the Company. Members of the Executive Committee are directly responsible to the CEO. The Chief Executive Officer in turn ensures the Executive Committee's efficiency and effectiveness to the Chairman, the Chairman's Committee and the Board. The CEO represents, jointly with the Chairman, the interests of the Company as a whole to authorities and business associations, both in Switzerland and internationally.

**Executive Committee**
Under the direction of the Chief Executive Officer, the Executive Committee is responsible for the operational management of the

Company It consists of the CEO, the Chief Operating Officers of the Crop Protection and Seeds businesses, together with the Heads of Syngenta's functional activities: Finance, Research and Technology, Global Operations and Human Resources, Business Development and Legal and Taxes

**Other activities and vested interests**
The respective information can be found for each member of the Executive Committee

**Management contracts**
Syngenta has not entered into any management contracts.

Top

© 2005 Syngenta | Terms & Conditions | Privacy Statement |

# EXHIBIT 9

Westlaw.                                                              NewsRoom

4/7/05 HOOVCP (No Page)                                               Page 1


4/7/05 Hoovers Company In-Depth Records (Pg. Unavail. Online)
2005 WLNR 5405491

                    Hoover's In-Depth Company Records
     Copyright  Hoover's Inc. ALL RIGHTS RESERVED.  Austin, TX   Distributed only in
                        accordance with licensing agreement.

                              April 7, 2005

                          **Syngenta Corporation**


Overview

<p>Ladies and Syngenta men help farmers across the US plant seeds, which are then fertilized, enabling them to grow into crops that are protected by agricultural chemicals. Syngenta Corporation, the North American arm of the global agricultural colossus, develops seeds, produces herbicidal and fungicidal chemicals, and manufactures crop protection products. Headquartered in Delaware, it has R&D facilities in California and North Carolina.

<p>


Contact Information

1800 Concord Pike
Wilmington, DE 19850
United States
Phone: 302-425-2000
Fax: 302-425-2001
Toll-free: 800-759-4500
Website: http://www.syngenta-us.com


Key Numbers

Fiscal Year End: December

2005 Sales ($mil.): $1,035.6

2005 Employees: 5,000


Stock

Company Type: Subsidiary


Subsidiaries/Divisions/Affiliates

Syngenta Seeds, Inc.


©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Officers

Chairman and President; COO, Syngenta Seeds: Michael (Mike) Mack, Age: 44

VP, Corporate Communications and Public Affairs: Sarah S. Hull

VP, Finance: Joseph Powell

CTO: Mark Quarles


Selected Products

Nitrogenous Fertilizers
Phosphatic Fertilizers
Pesticides and Agricultural Chemicals, NEC
Farm Supplies Wholesale
Nitrogenous Fertilizer Manufacturing
Phosphatic Fertilizer Manufacturing
Pesticide and Other Agricultural Chemical Manufacturing


Key Competitors

Agricore
Agriliance
Barkley Seed
Dow AgroSciences
Dow Chemical
DuPont Agriculture & Nutrition
Monsanto
Pioneer Hi-Bred
Sakata Seed
Scotts Miracle-Gro
Seminis


Industry

Agriculture
Chemicals
Agricultural Support Activities & Products
Agricultural Chemicals


---- INDEX REFERENCES ----

COMPANY: SYNGENTA AG

INDUSTRY: (Fertilizers (1FE31); Fertilizers (1FE31); Wholesale Trade & Distribution (1WH58); Pesticides (1PE12))

REGION: (USA (1US73); Delaware (1DE13))

Language: EN

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

4/7/05 HOOVCP (No Page)                                                  Page 3


OTHER INDEXING:   (SYNGENTA CORP) (Company Profiles) (Wilmington; Delaware; United States)

SIC: 2873; 2874; 2879; 5191

NAICS CODE: 325311; 325312; 325320

Word Count: 233
4/7/05 HOOVCP (No Page)
END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 10



**RICHARD JEAN-PAUL STEIBLIN**

**CHIEF FINANCIAL OFFICER**

Chief Financial Officer and a member of the Executive Committee. Previously Richard Steiblin was Head of Finance and Business Development of Novartis Crop Protection (1998 – 2000) and Head of Finance and Materials Management of Novartis Crop Protection (1996 – 1998). He has also been a member of the Novartis Crop Protection Executive Committee since 1996. Prior to 1996, he was Head of Planning, Control and IT of Ciba-Geigy Crop Protection (1991 – 1996). Richard Steiblin is a member of the Supervisory Board of Gilde Europe Food & Agribusiness Fund and of North American Nutrition & Agribusiness Fund L.P. He graduated from the IECS, Strasbourg University, with a degree in business administration.

syngenta | MANAGEMENT BIOGRAPHY

# EXHIBIT 11

Westlaw.

EXECUTIVE AFFILIATION RECORD

Information Current Through:04-14-2005
Database Last Updated:05-17-2005
Update Frequency:MONTHLY
Current Date:05/18/2005
Source:As reported by the Secretary of State or other official source

### EXECUTIVE INFORMATION

Principal Name:JOHN C SORENSON
Principal Title:DIRECTOR
Principal Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
Principal Name:JOHN RAMSAY
Principal Title:DIRECTOR
Principal Address:SCHWARZWALDALLE 215
BASEL, SWEDEN
Principal Name:MICHAEL T MACK
Principal Title:DIRECTOR
Principal Address:SCHWARZWALDALLE 215
BASEL, SWEDEN
Principal Name:EDWARD C RESLER
Principal Title:DIRECTOR
Principal Address:7500 OLSON MEMORIAL HIGHWAY
GOLDEN VALLEY, MN 55427
Principal Name:GUSTAVO SUAREZ
Principal Title:DIRECTOR
Principal Address:7500 OLSON MEMORIAL HIGHWAY
GOLDEN VALLEY, MN 55427
Principal Name:JOHN C SORENSON
Principal Title:PRESIDENT
Principal Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
Principal Name:EDWARD C RESLER
Principal Title:VICE PRESIDENT
Principal Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
Principal Name:SUE G GRIFFITH
Principal Title:VICE PRESIDENT
Principal Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
Principal Name:ALEX PROHODSKI
Principal Title:VICE PRESIDENT
Principal Address:5300 KATRINE AVENUE
DOWNERS GROVE, IL 60515
Principal Name:KEITH HAAGENSON
Principal Title:VICE PRESIDENT
Principal Address:1020 SUGARMILL RD
LONGMONT, CO 80501
Principal Name:ELIZABETH K QUARLES
Principal Title:SECRETARY

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
Principal Address:2200 CONCORD PIKE
WILMINGTON, DE 19803
Principal Name:TIM BANGASSER
Principal Title:TREASURER
Principal Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
Principal Name:JOHN EVANS
Principal Title:TREASURER
Principal Address:5300 KATRINE AVENUE
DOWNERS GROVE, IL 60515
Principal Name:JESS WILSON
Principal Title:TREASURER
Principal Address:600 NORTH ARMSTRONG PLACE
BOISE, ID 83704
Principal Name:JOSEPH L POWELL
Principal Title:TREASURER
Principal Address:2200 CONCORD PIKE
WILMINGTON, DE 19803
Principal Name:BERNADETTE PINAMONT
Principal Title:TREASURER
Principal Address:2200 CONCORD PIKE
WILMINGTON, DE 19803
Registered Agent:C T CORPORATION SYSTEM
Registered Agent Address:40 W LAWRENCE STE A PO BOX
1166
HELENA, MT    59624
```

BUSINESS INFORMATION

```
Business Name:SYNGENTA SEEDS, INC.
Business Address:7500 OLSON MEMORIAL HWY
GOLDEN VALLEY, MN 55427
```

OTHER INFORMATION

```
Filing Date:02/14/1977
Status:GOOD STANDING
Business/Filing Type:CORPORATION
DUNS:00-696-2427
Identification No.:F010651
```
       TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
    CALL WEST DOCUMENT RETRIEVAL AT 1-877-DOC-RETR (1-877-362-7387).
                    ADDITIONAL CHARGES APPLY.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 12

38 of 116 DOCUMENTS

RETURN

Copyright 2005 Dun and Bradstreet, Inc.
Dun's Market Identifiers

**Syngenta Corporation**

P O Box 8353
Wilmington, DE   19803
United States
TELEPHONE: 302-425-2000

March 23, 2005

LENGTH: 273 words

Check availability of a D&B Business Information Report (Credit Report)

DUNS: 00-799-4572
COMPANY TYPE: Foreign Owned; Established Manufacturer; Corporation; Subsidiary and Headquarters
COUNTY: NEW CASTLE
MSA: Wilmington-Newark, De-MD - 9160

YEAR STARTED: 2000

******************************* SALES *************************************
Sales Revision Date:            March 08, 2005

| | | | |
|---|---|---|---|
| Annual Sales: | $ | 1,048,100,000 | - Estimated |
| 1-Yr-Ago: | | N/A | |
| 3-Yr-Ago: | | N/A | |
| Sales Growth: | | N/A | |
| Net Worth: | | N/A | |

***************************** BUSINESS DESCRIPTION ************************** Manufactures Agricultural Chemicals Wholesales Farm Supplies Management Services

**PRI-SIC:**
2879            Agricultural chemicals, nec

**2ND-SIC:**
5191            Farm supplies, nsk
51910303        Seeds: field, garden, and flower
8741            Management services, nsk

******************************* EXECUTIVES *********************************

DMIP, March 23, 2005, Syngenta Corporation

| | |
|---|---|
| VICE PRESIDENT: | Joseph L. Powell, Vice President-Finance |
| | Joseph Powell, Jr, V Pres |
| OPERATIONS: | Joe Gallagher, Operations Director |
| FINANCE: | Joseph L Powell, Vice President-Finance |
| | Joseph Powell, Jr, V Pres |
| DATA PROCESSING: | Joseph Powell, Jr, V Pres |
| | Mark Quarles, Chief Technology Officer |
| PERSONNEL-BENEFITS: | Joseph Powell, Jr, V Pres |
| CHIEF OPERATING OFFICER: | John Atkin, Chief Operating Officer |
| CHIEF FINANCIAL OFFICER: | Richard Steiblin, Chief Financial Officer |
| FINANCE VP: | Joseph L. Powell, Vice President-Finance |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **EMPLOYEES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Employees At This Location: | 25   - Actual |
| 1-Yr-Ago: | 5,000 |
| 3-Yr-Ago: | 5,000 |
| Employment Growth: | N/A |
| Employee Total: | 5,060 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PARENT INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PARENT DUNS NUMBER: 48-090-9139

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **OTHER INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BUSINESS ADDRESS: 2200 Concord Pike, Wilmington, DE, 19803-2909, United States

LANGUAGE: ENGLISH

LOAD-DATE: April 27, 2005