IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | REDACTED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | ~~CONTAINS RESTRICTED~~ |
| | ) | ~~CONFIDENTIAL~~ |
| Defendants. | ) | ~~INFORMATION SUBJECT TO~~ |
| | | ~~PROTECTIVE ORDER –~~ |
| | | ~~FILED UNDER SEAL~~ |

SUPPLEMENTAL DECLARATION OF EDWARD C. RESLER

Edward C. Resler declares under penalty of perjury:

1. I am Vice President and General Counsel, Plant Science, of Syngenta Seeds, Inc. I submit this supplemental declaration in support of Syngenta AG's and Syngenta Participations AG's motion to dismiss the Counterclaim of Monsanto Company and Monsanto Technology LLC for lack of personal jurisdiction.

2. Attached hereto as Exhibit A is a collection of the meeting minutes for the Corn Business Team between July 2002 and April 2005.

3. Attached hereto as Exhibit B is a current roster of the membership of the Corn Business Team and the Soy Business Team. There are currently no members of those teams employed by Syngenta companies in Switzerland, only personnel who are on the extended distribution list for correspondence purposes (designated by "BSL" in the location field and office telephone numbers beginning with country code "41" for Switzerland). The head of the Corn

Business Team and most of the team members are employed by U.S. Syngenta companies and are located in Golden Valley, Minnesota (designated "GV") or in North Carolina (designated "SBI").

4. Mr. Bill Dickheiser was a member of the Corn Business Team until some time in 2003. Mr. Dickheiser left his position as an employee of Syngenta Corporation as of December 31, 2003.

5. Attached hereto as Exhibit C is an excerpt from the Syngenta consolidated Financial Report for the year 2004. The excerpt includes Note 32 of the Syngenta group consolidated financial statements, which sets forth a list of the principal legal entities that make up the Syngenta group.

6. Exhibit 30 to Monsanto's Answering Brief is an email dated February 27, 2003. The email discusses a possible meeting in Golden Valley, Minnesota and proposes several dates for such a meeting, including "Apr. 9 and 10 (using the opportunity of most of us being in Wilmington for the biotech conference)." The biotech conference referred to (which I attended) took place in Wilmington, North Carolina from April 6 to April 9, 2003. Attached hereto as Exhibit D is an agenda for that conference.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2006

_____
Edward C. Resler

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that January 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>750 Bering Drive
>Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Counterclaim Defendants Syngenta AG and
Syngenta Participations AG