# EXHIBIT A

EXHIBIT REDACTED

# Exhibit B

EXHIBIT REDACTED

# EXHIBIT C



FINANCIAL REPORT 2004

REAP REWARDS >>

syngenta

## NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

### 32. Syngenta's operations, associates and joint ventures as at December 31, 2004

The following are the significant legal entities in the Syngenta group. Please refer to Note 2 "Accounting Policies" for the appropriate accounting method applied to each type of entity.

| Country | Domicile | Percentage Owned by Syngenta | | Share Capital Local Currency [1] | Function of Company |
|---|---|---|---|---|---|
| **Argentina** | | | | | |
| Syngenta Seeds S.A. | Buenos Aires | 100% | ARS | 980,000 | Sales/Production/Research |
| Syngenta Agro S.A. | Buenos Aires | 100% | ARS | 1,898,205 | Sales/Production |
| **Australia** | | | | | |
| Syngenta Crop Protection Pty Ltd. | North Ryde | 100% | AUD | 13,942,909 | Sales/Production |
| Syngenta Seeds Pty Ltd. | Keysborough | 100% | AUD | 1,000,000 | Sales |
| **Bangladesh** | | | | | |
| Syngenta Bangladesh Limited | Dhaka | 60% | BDT | 102,644,000 | Sales/Production |
| **Belgium** | | | | | |
| Syngenta Crop Protection N.V. | Ruisbroek | 100% | EUR | 3,809,521 | Sales |
| **Bermuda** | | | | | |
| Syngenta Investment Ltd. | Hamilton | 100% | BMD | 12,000 | Finance |
| Syngenta Reinsurance Ltd. | Hamilton | 100% | BMD | 120,000 | Insurance |
| **Brazil** | | | | | |
| Syngenta Seeds Ltda. | São Paulo | 100% | BRL | 34,678,391 | Sales/Production/Research |
| Syngenta Proteção de Cultivos Ltda. | São Paulo | 100% | BRL | 1,141,944,424 | Sales/Production/Research |
| **Canada** | | | | | |
| Syngenta Seeds Canada, Inc. | Arva, Ont | 100% | CAD | 1,000 | Sales/Production/Research |
| Syngenta Crop Protection Canada, Inc. | Guelph, Ont | 100% | CAD | 1,700,000 | Sales/Research |
| **Chile** | | | | | |
| Syngenta Agribusiness S.A. | Santiago de Chile | 100% | CLP | - | Sales/Production |
| **China** | | | | | |
| Syngenta (Suzhou) Crop Protection Company Limited | Kunshan | 100% | CNY | 203,747,322 | Production |
| Syngenta Seeds (Beijing) Co., Ltd. | Beijing | 100% | CNY | 10,476,201 | Sales |
| Syngenta (China) Investment Company Limited | Beijing | 100% | CNY | 293,564,523 | Holding/Sales |
| Syngenta Nantong Crop Protection Company Limited | Jiangsu Province | 98% | CNY | 264,900,506 | Production |
| Syngenta Crop Protection Limited | Hong Kong | 100% | HKD | 500,000 | Sales |
| **Colombia** | | | | | |
| Syngenta S.A. | Bogotá | 100% | COP | 58,134,293,300 | Sales/Production |
| **Costa Rica** | | | | | |
| Syngenta Costa Rica S.A. | San José | 100% | CRC | 105,000,000 | Sales |
| **Czech Republic** | | | | | |
| Syngenta Czech s.r.o. | Prague | 100% | CZK | 21,100,000 | Sales/Development |
| **Denmark** | | | | | |
| Syngenta Seeds A/S | Skaelskor | 100% | DKK | 2,000,000 | Sales |
| Syngenta Crop Protection A/S | Copenhagen | 100% | DKK | 9,500,000 | Sales |
| **Egypt** | | | | | |
| Syngenta Agro S.A.E. | Giza | 100% | EGP | 3,000,000 | Sales |

# NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

| Country | Domicile | Percentage Owned by Syngenta | | Share Capital Local Currency [1] | Function of Company |
|---|---|---|---|---|---|
| **France** | | | | | |
| Syngenta France S.A. | Saint Cyr l'Ecole | 100% | EUR | 74,017,500 | Holding |
| Syngenta Seeds S.A.S. | Saint-Sauveur | 100% | EUR | 47,600,000 | Sales/Production/Development |
| Syngenta Europe Marketing Services S.à.r.l. | Saint Cyr l'Ecole | 100% | EUR | 10,000 | Services |
| Syngenta Production France S.A.S. | Saint Pierre La Garenne | 100% | EUR | 16,500,000 | Production |
| Syngenta Agro. S.A.S. | Saint Cyr l'Ecole | 100% | EUR | 22,543,903 | Sales/Development |
| Agrosem S.A. | Sacy-Le-Petit | 80% | EUR | 290,000 | Sales |
| C.C. Benoist | Orgerus | 100% | EUR | 3,865,552 | Sales/Production |
| **Germany** | | | | | |
| Syngenta Seeds GmbH | Kleve | 100% | EUR | 1,330,000 | Sales/Research/Production |
| Syngenta Germany GmbH | Maintal | 100% | EUR | 6,129,000 | Holding |
| Syngenta Agro GmbH | Maintal | 100% | EUR | 2,100,000 | Sales |
| **Greece** | | | | | |
| Syngenta Hellas AEBE | Athens | 100% | EUR | 4,126,933 | Sales/Production |
| **Guatemala** | | | | | |
| Syngenta LAN, S.A. | Guatemala City | 100% | GTQ | 1,941,400 | Sales/Research |
| **Hungary** | | | | | |
| Syngenta Seeds Kft. | Budapest | 100% | HUF | 47,450,000 | Sales/Production |
| Syngenta Kft. | Budapest | 100% | HUF | 280,490 | Sales |
| **India** | | | | | |
| Syngenta India Limited | Mumbai | 84% | INR | 159,308,320 | Sales/Production/Research |
| Syngenta Crop Protection Private Limited | Mumbai | 100% | INR | 275,000,000 | Sales/Production |
| **Indonesia** | | | | | |
| P.T. Syngenta Indonesia | Jakarta | 100% | IDR | 58,122,874,000 | Sales/Production |
| **Ireland** | | | | | |
| Syngenta Ireland Limited | Dublin | 100% | EUR | 50,789 | Sales |
| **Italy** | | | | | |
| Syngenta Crop Protection S.p.A. | Milan | 100% | EUR | 5,200,000 | Sales/Production/Research |
| Syngenta Seeds S.p.A. | Milan | 100% | EUR | 5,772,000 | Sales/Production/Research |
| Agra Società del Seme S.r.l. | Massa Lombarda | 100% | EUR | 3,400,000 | Sales |
| **Ivory Coast** | | | | | |
| Syngenta Côte d'Ivoire S.A. | Abidjan | 100% | XOF | 3,328,640,000 | Sales/Production |
| **Japan** | | | | | |
| Syngenta Seeds K.K. | Chiba-ken | 100% | JPY | 10,000,000 | Sales |
| Syngenta Japan K.K. | Tokyo | 100% | JPY | 475,000,000 | Sales/Production/Research |
| **Liechtenstein** | | | | | |
| Syntonia Insurance AG | Vaduz | 100% | USD | 7,500,000 | Insurance |

# NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

| Country | Domicile | Percentage Owned by Syngenta | | Share Capital Local Currency | Function of Company |
|---|---|---|---|---|---|
| **Luxembourg** | | | | | |
| Syngenta Participations AG & Co. SNC | Luxembourg | 100% | USD | 100,000 | Holding/Finance |
| Syngenta Luxembourg Finance (#2) Sàrl | Luxembourg | 100% | USD | 12,500 | Finance |
| Syngenta Luxembourg Finance (#2) S.c.A. | Luxembourg | 100% | EUR | 100,000 | Finance |
| Syngenta Luxembourg (#1) S.A. | Luxembourg | 100% | USD | 100,000 | Finance |
| **Malaysia** | | | | | |
| Syngenta Corporation Sdn. Bhd. | Selangor Darul Ehsan | 100% | MYR | 10,000,002 | Holding |
| Syngenta Crop Protection Sdn. Bhd. | Selangor Darul Ehsan | 85% | MYR | 6,000,000 | Sales |
| **Mexico** | | | | | |
| Syngenta Agro, S.A. de C.V. | Mexico City | 100% | MXN | 157,580,000 | Sales/Production |
| **Morocco** | | | | | |
| Syngenta Maroc S.A. | Casablanca | 100% | MAD | 55,000,000 | Sales/Development |
| **Netherlands** | | | | | |
| Syngenta International Participations B.V. | Enkhuizen | 100% | EUR | 907,560 | Holding |
| Syngenta Seeds International B.V. | Enkhuizen | 100% | EUR | 68,070 | Sales/Production/Research |
| Syngenta Seeds B.V. | Enkhuizen | 100% | EUR | 488,721 | Holding/Sales/Production/Research |
| Syngenta Manufacturing B.V. | Roosendaal | 100% | EUR | 2,260,000 | Sales/Production |
| Syngenta Mogen B.V. | Enkhuizen | 100% | EUR | 9,343,785 | Holding |
| Syngenta Chemicals B.V. | Enkhuizen | 100% | EUR | 31,583,104 | Sales/Production |
| Syngenta Crop Protection B.V. | Roosendaal | 100% | EUR | 19,059 | Sales |
| Syngenta Alpha B.V. | Enkhuizen | 100% | EUR | 18,192 | Holding |
| Syngenta Beta B.V. | Enkhuizen | 100% | EUR | 18,154 | Holding |
| Syngenta Delta B.V. | Enkhuizen | 100% | EUR | 20,002 | Holding |
| Syngenta Kappa B.V. | Enkhuizen | 100% | EUR | 20,001 | Holding |
| **Pakistan** | | | | | |
| Syngenta Pakistan Limited | Karachi | 99.7% | PKR | 75,937,500 | Sales/Production/Development |
| **Panama** | | | | | |
| Syngenta S.A. | Panama | 100% | USD | 10,000 | Sales |
| **Philippines** | | | | | |
| Syngenta Philippines, Inc. | Makati City | 100% | PHP | 59,850,000 | Sales |
| **Poland** | | | | | |
| Syngenta Crop Protection Sp.z.o.o. | Warsaw | 100% | PLN | 15,000,000 | Sales |
| Syngenta Seeds Sp.z.o.o. | Piaseczno | 100% | PLN | 50,000 | Sales |
| **Portugal** | | | | | |
| Syngenta Crop Protection – Soluções Para A Agricultura, Lda. | Lisbon | 100% | EUR | 30,000 | Sales |
| **Russian Federation** | | | | | |
| OOO Syngenta | Moscow | 100% | RUR | 675,000 | Sales |
| **Singapore** | | | | | |
| Syngenta Asia Pacific Pte Ltd. | Singapore | 100% | SGD | 500,000 | Sales |
| **South Africa** | | | | | |
| Syngenta South Africa (Pty) Ltd. | Midrand | 100% | ZAR | 100 | Sales/Production/Research |
| **South Korea** | | | | | |
| Syngenta Seeds Co. Ltd. | Seoul | 100% | KRW | 20,050,000,000 | Sales/Production/Research |
| Syngenta Korea Ltd. | Seoul | 100% | KRW | 54,950,000,000 | Sales/Production |

## NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

| Country | Domicile | Percentage Owned by Syngenta | Share Capital Local Currency [1] | | Function of Company |
|---|---|---|---|---|---|
| **Spain** | | | | | |
| Syngenta Agro S.A. | Madrid | 100% | EUR | 7,544,828 | Sales/Production |
| Syngenta Seeds S.A. | Barcelona | 100% | EUR | 2,404,000 | Sales/Production |
| Syngenta Spain S.L. | Madrid | 100% | EUR | 3,006 | Holding |
| Koipesol Semillas S.A. | Seville | 68% | EUR | 3,966,600 | Sales/Production/Research |
| **Sweden** | | | | | |
| Syngenta Seeds AB | Landskrona | 100% | SEK | 210,000,000 | Sales/Production/Research |
| **Switzerland** | | | | | |
| Syngenta Supply AG | Basel | 100% | CHF | 250,000 | Sales |
| Syngenta Crop Protection AG | Basel | 100% | CHF | 257,000 | Holding/Sales/Production/Research |
| Syngenta Agro AG | Dielsdorf | 100% | CHF | 2,100,000 | Sales/Production/Research |
| Syngenta Crop Protection Schweizerhalle AG | Schweizerhalle | 100% | CHF | 103,000 | Production |
| Syngenta Crop Protection Münchwilen AG | Münchwilen | 100% | CHF | 5,010,000 | Production/Research |
| Syngenta Crop Protection Monthey SA | Monthey | 100% | CHF | 70,000,000 | Production |
| CIMO Compagnie Industrielle de Monthey SA | Monthey | 50% | CHF | 10,000,000 | Production |
| Syngenta International AG | Basel | 100% | CHF | 100,000 | Management Services |
| Syngenta Participations AG | Basel | 100% | CHF | 25,000,010 | Holding |
| Syngenta South Asia AG | Basel | 100% | CHF | 9,000,000 | Holding |
| **Taiwan** | | | | | |
| Syngenta Taiwan Ltd. | Taipei | 100% | TWD | 30,000,000 | Sales |
| **Thailand** | | | | | |
| Syngenta Crop Protection Limited | Bangkok | 100% | THB | 72,230,400 | Sales/Production/Research |
| **Turkey** | | | | | |
| Syngenta Tarim Sanayi ve Ticaret A.S. | Izmir | 100% | TRL | 2,035,000,000,000 | Sales/Production |
| **United Kingdom** | | | | | |
| Syngenta Seeds Limited | Halsall | 100% | GBP | 1,760,935 | Sales/Production/Research |
| Syngenta Bioline Production Limited | Little Clacton | 100% | GBP | 10,000 | Sales/Production |
| Syngenta Crop Protection UK Limited | Whittlesford | 100% | GBP | 500 | Sales/Research |
| Syngenta Grimsby Limited | Guildford | 100% | GBP | 16,500,000 | Production |
| Syngenta Holdings Limited | Guildford | 100% | GBP | 135 | Holding/Finance |
| Syngenta Treasury Services Limited | Guildford | 100% | GBP | 100 | Holding/Finance |
| Syngenta Europe Limited | Guildford | 100% | GBP | 1 | Management Services |
| Syngenta Limited | Guildford | 100% | GBP | 464,566,941 | Holding/Production/Research |

## NOTES TO THE SYNGENTA GROUP CONSOLIDATED FINANCIAL STATEMENTS

| Country | Domicile | Percentage Owned by Syngenta | | Share Capital Local Currency [1] | Function of Company |
|---|---|---|---|---|---|
| **USA** | | | | | |
| Syngenta Crop Protection, Inc. | Greensboro, NC | 100% | USD | 1 | Sales/Production/Research |
| Syngenta Seeds, Inc. | Golden Valley MN | 100% | USD | - | Sales/Production/Research |
| Syngenta Biotechnology, Inc. | Research Triangle Park, NC | 100% | USD | - | Research |
| Syngenta Corporation | Wilmington, DE | 100% | USD | 100 | Holding/Finance |
| Syngenta Finance Corporation | Wilmington, DE | 100% | USD | 10 | Finance |
| Syngenta Investment Corporation | Wilmington, DE | 100% | USD | 1,000 | Intellectual Property |
| GB Biosciences Corporation | Greensboro, NC | 100% | USD | - | Sales/Production |
| Advanta USA, Inc. | Slater, IA | 90% | USD | 101 | Sales/Research |
| Golden Seed Company, Inc. | Cordova, IL | 90% | USD | 1,477 | Sales/Production |
| Garwood Seed Co. | Stonington, IL | 90% | USD | 56,916 | Sales/Production |
| J.C. Robinson Seeds Inc. | Waterloo, NE | 90% | USD | 472,927 | Sales/Production/Research |
| Sommer Bros. Seeds Co. | Pekin, IL | 90% | USD | 123,700 | Sales |
| Thorp Seed Co. | Clinton, IL | 90% | USD | 240,000 | Sales |
| Dulcinea Farms, LLC | Ladera Ranch, CA | 51% | USD | - | Sales/Development |
| Zymetrics, Inc. | Golden Valley, MN | 100% | USD | - | Sales/Production/Research |
| **Ukraine** | | | | | |
| TOV Syngenta | Kiev | 100% | USD | 15,000 | Sales |
| **Vietnam** | | | | | |
| Syngenta Vietnam Limited | Bien Hoa City | 100% | VND | 55,063,000,000 | Sales |

In addition, Syngenta is represented by operations, associates or joint ventures in the following countries: Austria, Democratic Republic of Congo, Croatia, Cuba, Dominican Republic, Ecuador, Finland, Guadeloupe, Iran, Kenya, Kazakhstan, New Zealand, Nigeria, Norway, Paraguay, Peru, Romania, Serbia, Slovakia, Slovenia, Sri Lanka, Swaziland, Uruguay, Venezuela, and Zimbabwe.

[1] Currency code used is according to ISO 4217.

**Listed Companies**
Syngenta India Limited (International Securities Identification Number: INE. 402.CO.1016) is listed on the Calcutta Stock Exchange and the Mumbai Stock Exchange. On December 31, 2004 it had a market capitalization of INR 13,175 million.

# EXHIBIT D

EXHIBIT REDACTED