# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | NEILLI MULLEN WALSH | | ATHANASIOS E. AGELAKOPOULOS | EDWARD J. KOSMOWSKI |
| BEN T. CASTLE | JANET Z. CHARLTON | | LISA A. ARMSTRONG | JOHN C. KUFFEL |
| SHELDON N. SANDLER | ROBERT S. BRADY | | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | JOEL A. WAITE | | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | CRAIG D. GREAR | | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | BRENDAN LINEHAN SHANNON | | CURTIS J. CROWTHER | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | | ERIN EDWARDS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | | KENNETH J. ENOS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | | IAN S. FREDERICKS | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | | JAMES J. GALLAGHER | FRANCIS J. SCHANNE |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | | SEAN T. GREECHER | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | | RICHARD S. JULIE | JOHN E. TRACEY |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | | KAREN E. KELLER | MARGARET B. WHITEMAN |
| WILLIAM W. BOWSER | SCOTT A. HOLT | | JENNIFER M. KINKUS | SHARON M. ZIEG |
| LARRY J. TARABICOS | JOHN T. DORSEY | | | |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | SPECIAL COUNSEL | OF COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| TERESA A. CHEEK | | | KAREN L. PASCALE | |
| | | | PATRICIA A. WIDDOSS | |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6689
DIRECT FAX: 302-576-3334
jshaw@ycst.com

January 10, 2006

**BY CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

> Re:   <u>Monsanto Co. v. Syngenta Seeds, Inc., C.A. No. 04-305-SLR (Consol.) (Antitrust Case)</u>

Dear Chief Judge Robinson:

On behalf of the parties, enclosed please find a Revised Scheduling Order for the antitrust portion of this action, to which the parties have agreed. The Revised Scheduling Order reflects the rulings and decisions made at the last two discovery status conferences. I have also enclosed a red-line showing the changes from the original Scheduling Order entered by the Court.

The parties are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully,

John W. Shaw

John W. Shaw

JWS:drw
Enclosures
cc:   Clerk of the Court (by hand delivery)
Richard L. Horwitz, Esquire (by hand delivery and CM/ECF)
John Rosenthal, Esquire (by e-mail)
Richard Schwed, Esquire (by e-mail)
Heather Lamberg Kafele, Esquire (by e-mail)