IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 04-305-SLR ) |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 11th day of January, 2006, having conferred with counsel regarding a dispute over the return of an unredacted version of a document containing allegedly privileged material (see D.I. 195);

IT IS ORDERED that plaintiffs need not return the unredacted version of said document. The unredacted version was first produced in June 2005 and used in depositions in August and September. Defendants did not request its return until October. Having been used in the discovery process before defendants' request, such request was not timely made. Disclosure of the allegedly privileged material, a single sentence which describes an assumption used by a financial analyst, does not constitute a waiver of the attorney-client privilege.

                                                                                 /s/ Sue L. Robinson
                                                          United States District Judge