## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
  )
      Plaintiffs, )
  v. )
  )
SYNGENTA SEEDS, INC. )
SYNGENTA BIOTECHNOLOGY, INC., et al., )     C. A. No. 04-305 SLR
  )       (Lead Case)
      Defendants. )
  )
_____ )
  )
DEKALB GENETICS CORPORATION, )
  )
      Plaintiff, )
  v. )
  )
SYNGENTA SEEDS, INC., )
SYNGENTA BIOTECHNOLOGY, INC., ET AL. )
  )
  )
      Defendants. )

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT THAT THE '880 AND '863 PATENTS ARE NOT INVALID UNDER 35 U.S.C. §§ 102 OR 103 IN VIEW OF THE WORK, PUBLICATIONS, OR DISCLOSURES OF KLEIN, ET AL.

Plaintiffs Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation move for summary judgment that the asserted claims of U.S. Patent Nos. 5,538,880 and 6,013,863 are not invalid under 35 U.S.C. §§ 102(b)(f), and (g) or 103 based upon the prior work, publications, or disclosures of Klein et al. The grounds of this motion are more fully set forth in the concurrently filed Opening Brief in Support of Plaintiffs' Motion for Summary Judgment that the '880 and '863 Patents are not Invalid Under 35 U.S.C. §§ 102 or 103 in View of the Work, Publications or Disclosures of Klein et al.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77092
Telephone (713) 787-1400

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: January 11, 2005

*Attorneys for Plaintiffs*

714397

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 11, 2006, the attached document

was hand-delivered to the following persons and was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 11, 2006, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

_/s/ David E. Moore_
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com