IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA SEEDS, INC. SYNGENTA BIOTECHNOLOGY, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-305 SLR <br> (Lead Case) |
| DEKALB GENETICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO FOR SUMMARY JUDGMENT THAT THE SHAH '835 PATENT IS NOT INVALID UNDER 102(e) OVER THE '925 PATENT**

Plaintiffs Monsanto Company and Monsanto Technology LLC and DEKALB Genetics Corporation move for summary judgment that the asserted claims of U.S. Patent No. 4,940,835 are not invalid under 35 U.S.C. § 102 (e) over U.S. Patent No. 5,728,925 to Herrera-Estrella. The grounds of this motion are more fully set forth in the concurrently filed Plaintiffs' Opening Brief in Support of Plaintiffs' Motion for Summary Judgment that the Shah '835 Patent is Not Invalid Under § 102(e) Over the '925 Patent.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77092
Telephone (713) 787-1400

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: January 11, 2005

*Attorneys for Plaintiffs*

714548

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 11, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 11, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com