# EXHIBIT 10

US005484956A

# United States Patent [19]

## Lundquist et al.

[11]  **Patent Number:**    **5,484,956**

[45]  **Date of Patent:**    **Jan. 16, 1996**

[54]  **FERTILE TRANSGENIC *ZEA MAYS* PLANT COMPRISING HETEROLOGOUS DNA ENCODING *BACILLUS THURINGIENSIS* ENDOTOXIN**

[75]  Inventors: **Ronald C. Lundquist**, Minnetonka; **David A. Walters**, Bloomington, both of Minn.

[73]  Assignee: **DeKalb Genetics Corporation**, DeKalb, Ill.

[21]  Appl. No.: **508,045**

[22]  Filed: **Apr. 11, 1990**

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 467,983, Jan. 22, 1990, abandoned

[51]  Int. Cl.$^6$ .................... **A01H 4/00; C12N 15/05**

[52]  U.S. Cl. ...................... **800/205; 800/DIG. 56; 435/172.3; 435/172.1; 435/240.5; 435/240.45; 536/23.71**

[58]  Field of Search ............... 800/200, 205, 800/230; 435/172.1, 172.3, 240.4, 240.5, 240.45; 536/23.71

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis | 504/323 |
| 4,559,302 | 12/1985 | Ingolia | 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. | 47/58 |
| 4,665,030 | 5/1987 | Close | 435/240.5 |
| 4,666,844 | 5/1987 | Cheng | 435/240.5 |
| 4,727,028 | 2/1988 | Santerre et al. | 435/240.2 |
| 4,761,373 | 8/1988 | Anderson et al. | 435/1172.3 |
| 4,806,483 | 2/1989 | Wang | 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |
| 5,015,580 | 5/1991 | Christou et al. | 435/172.3 |
| 5,049,500 | 9/1991 | Arnizen et al. | 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 331853 | of 0000 | European Pat. Off. | |
| 126537 | 4/1983 | European Pat. Off. | |
| 141373 | 5/1985 | European Pat. Off. | |
| 154204 | 9/1985 | European Pat. Off. | |
| 160390 | 11/1985 | European Pat. Off. | |
| 0193259 | 9/1986 | European Pat. Off. | C12N 15/00 |
| 202668 | 11/1986 | European Pat. Off. | |
| 204549 | 12/1986 | European Pat. Off. | |
| 242246 | 10/1987 | European Pat. Off. | |
| 242236 | 10/1987 | European Pat. Off. | |
| 299552 | 1/1988 | European Pat. Off. | |
| 262971 | 4/1988 | European Pat. Off. | |
| 275069 | 7/1988 | European Pat. Off. | |
| 270356 | 8/1988 | European Pat. Off. | |
| 280400 | 8/1988 | European Pat. Off. | |
| 289479 | 11/1988 | European Pat. Off. | |
| 292435 | 11/1988 | European Pat. Off. | |
| 301749 | 2/1989 | European Pat. Off. | |
| 334539 | 9/1989 | European Pat. Off. | |
| 348348 | 12/1989 | European Pat. Off. | |
| 442174 | 8/1991 | European Pat. Off. | |
| 3738874 | 11/1988 | Germany | |
| 61-134343 | 6/1986 | Japan. | |
| 8801444 | 1/1990 | Netherlands | |
| 2159173 | 11/1985 | United Kingdom. | |
| WO85/01856 | 5/1985 | WIPO. | |
| WO85/02972 | 7/1985 | WIPO. | |
| WO87/05629 | 9/1987 | WIPO. | |
| WO89/04371 | 5/1988 | WIPO. | |
| WO89/12102 | 12/1989 | WIPO. | |
| WO90/10691 | 9/1990 | WIPO. | |

### OTHER PUBLICATIONS

*Agricell Report*, news article entitled "'Bullets' Transform Plant Cells", p. 5 (Jul. 1987).

H. Ahokes, "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", *Soc. Biochem. Biophys., Microbio, Fen., Biotieteen Paivat (Bioscience Days)*, Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).

C. Armstrong et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures of Maize", *Biol. Abstracts*, vol. 85, Abstract 117662 (1988).

R. Barker et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* octopine Ti plasmid pTi15955", *Plant Mol. Biol.*, 2:335–350 (1983).

M. Bevan et al., "A Chimeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell transformation", *Nature*, 304:184–187 (1983).

Cao et al., "Transformation of Rice and Maize Using the Biolistic Process", *Plant Gene Transfer*, 129:21–33 (1990).

V. Chandler et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", *The Plant Cell*, 1:1175–1183 (1989).

Creisson et al., "*Agrobacterium*–and microprojectile–Mediated Viral DNA Delivery into Barley Microspore–Derived Cultures", *Plant Cell Reports*, 8:680–683 (Apr. 1990).

Christou et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", *Theor. Appl. Genet.*, 79:337–341 (1990).

A. Crossway et al., "Integration of Foreign DNA following Microinjection of Tobacco Mesophyll Protoplasts", *Mol. Gen. Genet.*, 202: 179–185 (1986).

M. De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme", *EMBO J.*, 6:2513–2518 (1987).

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg & Woessner

[57]  **ABSTRACT**

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are provided along with a process for producing said plants. The preferred process comprises the microprojectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

**6 Claims, 6 Drawing Sheets**

**5,484,956**

Page 2

## OTHER PUBLICATIONS

W. De Greef et al., "Evaluation of Herbicide Resistance in Transgenic Crops Under Field Conditions", *Bio/Technology*, 7:61–64 (1989).

R. Dekeyser et al., "Evaluation of Selectable Markers for Rice Transformation", *Plant Physiol.*, 90:217–223 (1989)

DeWald et al. "Plant Regeneration from Inbred Maize Suspensions", Abstract A1–36, *7th International Congress on Plant Tissue and Cell Culture,* Amsterdam, Jun 24–29 (1990)

P. Evans, "Somaclonal Variation–Genetic Basis and Breeding Applications", *Trends Genet*, 5:46–50 (1989).

P. Fransz, *Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in Zea Mays L.,* Ph.D. thesis, U. of Wageningen Press, The Netherlands (1988).

M Fromm et al., "Expression of Genes Transferred into Monocot and Dicot Plant Cells by Electroporation", *PNAS,* 82:5824–5828 (1985).

*Gen. Eng. News,* news article entitled "Shotgunning DNA into Cells" (Jul./Aug. 1987).

O Gould et al., "Shoot Tip Culture as a Potential Transformation System", *Beltwide Cotton Production Research Conferences,* New Orleans, La., Abstract p. 91 (Jan. 3–8, 1988)

A. Graves et al., "The Transformation of *Zea Mays* Seedlings with *Agrobacterium tumefaciens"*, *Plant Mol. Biol.*, 7:43–50 (1986).

C. Green et al, "Plant Regeneration from Tissue Cultures of Maize", *Crop Science,* 15:417–421 (1975).

C. Green et al, "Somatic Cell Genetic Systems in Corn", *Advances in Gene Technology: Molecular Genetics of Plants and Animals,* Academic Press, Inc., 147–157 (1983).

P. Hooykaas, "Transformation of plant cells via *Agrobacterium"*, *Plant Mol. Biol.*, 13:327–336 (1989)

M. Horn et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts", *Chem. Abstracts,* 110:208, Abstract 89869A (1989).

R. Jefferson et al., "–Glucuronidase from *Escherichia coli* as a Gene–Fusion Marker", *PNAS,* 83:8447–8451 (1986)

R. Jefferson, "Assaying Chimeric Genes in Plants: The GUS Gene Fusion System", *Plant Mol. Biol. Reporter,* 5:387–405 (1987).

K. Kamo et al., "Establishment and Characterization of Long–Term Embryogenic Maize Callus and Cell Suspension Cultures", *Plant Science.* 45:111–117 (1986).

K. Kartha et al., "Transient Expression of Chloramphenicol Acetyltransferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", *Plant Cell Reports,* 8:429–432 (1989)

T. Klein et al., "Regulation of anthocyanin biosynthetic genes introduced into intact maize tissues by microprojectiles", *PNAS,* 86:6682–6685 (1989).

T. Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign–Gene Expression", *Gene Manipulation in Plant Improvement II,* Plenum Press, N.Y., pp. 265–266 (1990).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", *Cell,* 44:283–292 (1986).

P. Lazzeri et al., *"In Vitro* Genetic Manipulation of Cereals and Grasses", *Ad. Cell Culture,* 6:291–293 (1988).

H. Lorz et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals", *Plant Breeding,* 100:1–25 (1988).

S. Ludwig et al., "High Frequency Callus Formation from Maize Protoplasts", *Theor. Appl. Genet.,* 71:344–350 (1985).

S. Ludwig et al., *"Lc,* A Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc–Homology Region", *PNAS,* 86:7092–7096 (1989)

S. Ludwig et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", *Science,* 247:449–450 (Jan. 26, 1990)

S. Ludwig et al., "Maize R Gene Family: Tissue–Specific Helix–Loop–Helix Proteins", *Cell.* 62:849–851 (Sep. 7, 1990).

H. Lutcke et al., "Selection of AUG Initiation Condoms Differs in Plants and Animals", *EMBO J.,* 6:43–48 (1987).

C. McDaniel et al., "Cell–Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", *Planta,* 175:13–22 (1988)

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", *Plant Sci. Letters,* 28:337–348 (1982/83)

R. Mendel et al., "Delivery of Foreign Genes to Intact Barley Cells by High–Velocity Microprojectiles", *Theor. Appl. Genet.,* 78:31–34 (1989).

T. Murakami et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Clusters", *Mol. Gen. Genet.,* 205:42–50 (1986)

J. Odell et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", *Nature,* 313:810–811 (1985).

P. Ozias–Akins et al., "Progress and Limitations in the Culture of Cereal Protoplasts", *Trends in Biotechnology,* 2:119–123 (1984).

P. Ozias–Akins et al., "In Vitro Regeneration and Genetic Manipulation of Grasses", *Physiologia Plantarum,* 73:565–569 (1988).

J. Poehlman, *Breeding Field Crops,* 3rd Ed., AVI Publishing Co., pp. 469–481 (1987).

I. Potrykus et al., "Callus Formation from Stem Protoplasts of Corn (*Zea mays* L.)", *Molec. gen. Genet.,* 156:347–350 (1977)

Sanford, "Biolistic Plant Transformation", *Physiol. Plantarum,* 79:206–209 (1990).

A. Schmidt et al., "Media and Environmental Effects on Phenolics Production from Tobacco Cell Cultures", *Chem Abstracts,* 110:514–515, Abstract 230156 (1989).

R. Smith et al., "Shoot Apex Explant for Transformation", *Plant Physiology (Suppl.),* 86:108, Abstract 646 (1988).

Spencer et al., *Poster Presentation, Faseb Plant Gene Expression Conference,* Copper Mountain, Colo. (Aug 6–11, 1989).

Spencer et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", *Theor. Appl. Genet.,* 79:625–631 (May 1990)

C. Thompson et al., "Characterization of the Herbicide–Resistance Gene bar from *Streptomyces hygroscopicus"*, *EMBO J.,* 6:2519–2523 (1987).

Tomes et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile bombardment of Tobacco Leaves", *Plant Mol. Biol.,* 14:261–268 (Feb. 1990).

D. Twell et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment", *Plant Physiol.,* 91:1271–1274 (1989).

E. Ulian et al., "Transformation of Plants via the Shoot

**5,484,956**
Page 3

Apex", *In Vitro Cellul & Dev. Biol*, 9:951–954 (1988).

V. Vasil et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration in Tissue Cultures of Maize (*Zea mays* L.)", *Theor. Appl. Genet*, 66:285–289 (1983).

V. Vasil et al., "Plant Regeneration from Friable Embryogenic Callus and Cell Suspension Cultures of *Zea mays* L.", *J. Plant Physiol.*, 124:399–408 (1986).

V. Walbot et al., "Molecular Genetics of Corn", *Ag. Mono.*, 18:389–430 (1988).

Y. Wang et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment", *Plant Mol. Biol.*, 11:433–439 (1988).

J. White et al., "A Cassette Containing the Bar Gene of *Streptomyces hygroscopicus*: A Selectable Marker for Plant Transformation", *Nucleic Acids Res.*, 18:1062 (1989).

I. K. Vasil, *Bio/Technology*, 8, 797 (Sep. 1990).T. M. Klein et al., *Plant Physcol.*, 91 440 (1989).

K. K. Kamo et al., *Plant Science*, 45, 111 (1986).

P. S. Chourey et al., *Theoret. Appl. Genet.*, 59 341 (1981).

C. Imbrie–Milligan et al., *Planta*, 171, 58 (1987).

I. Potrykus, *Theor. Appl. Genet.*, 54, 209 (1979).

I. K. Vasil et al., *IAPTC Abstracts*, 443 (1986).

Morocz et al., *IAPTC Conference Proceedings*, 209 (1990).

*The Merck Index*, S. Budavare, Ed., Merck & Co. (11th ed 1989) at pp. 405–406.

*Catalog Handbook of Fine Chemicals*, Aldrich Chem., Co. (1988) at p. 508.

T. Nelson, *The Plant Cell*, 2, 589 (Jul. 1990).

W. J. Gordon–Kamm et al., *The Plant Cell*, 2, 603 (Jul. 1990).

Rhodes (1989) Bio/technology p. 548 "Corn: From Protoplosts to Fertile Plants".

Canai et al. Science vol. 221 pp. 370–371 (1983).

Walters et al. Plant Mol. Biol 18: pp. 189–200 (1992).

Finnegan et al. (1994) Biotechnology vol. 12, pp. 883–888.

Spencer et al. (1989) FASEB Plant Gene Expression Conference.

Altenboch et al. (1989) Ph. Mol. Bio vol. 13 pp 513–522.

Pochlmers (1987) Breeding Field Crop AVI Pub. p. 452

Phillips et al. Corn & Corn Improvement HSA Publication

#18. pp. 345–387.

McCabe et al. (1988) BioTechnology vol. 6. pp. 923–926.

Robertson (1986) Maize Genetics, Coop. Newsletter vol. 60, p. 10.

I. Potrykus, *Trends in BioTechnology*, 7, 269 (1989).

K. Weising et al., *Ann. Rev. Genet.*, 22, 421 (1988).

E. C. Cocking et al., *Science*, 236, 1259 (1987).

A. C. F. Graves et al., *Plant Molecular Biology*, 7, 43 (1986).

C. A. Rhodes et al., *Science*, 240, 204 (1988).

J. C. Sanford et al., *Particulate Science and Technology*, 5, 27 (1987).

T. M. Klein et al., *PNAS USA*, 85, 4305 (1988).

T. M. Klein et al., *Plant Physiol.*, 91, 440 (1989).

R. L. Phillips et al., in *corn and Corn Improvement*, ASA et al., pubs., Madison, Wis. (3d ed., 1988) at Chapter 5. pp. 345–387.

J. Callis et al., *Genes and Development*, 1, 1183 (1987).

R. A. Jefferson et al., *EMBO J.*, 6, 3901 (1987).

T. M. Klein et al., *Bio/Technology*, 6, 559 (1988). pp. 559–563

P. christou et al., *Plant Physiol*, 87, 671 (1988).

T. M. Klein et al., *Nature*, 327, 70 (1987).

C. E. Green et al., in *Maize for Biological Research*, Plant Molec. Biol. Assoc. (1982) at pp. 367–372.

M. Neuffer et al., in *Maize for Biolgoical Research*, Plant Molec. Biol. Assoc. (1988) at p. 19–30.

L. Gritz et al., *Gene*, 25, 179 (1983)

M. Bevan et al., *Nuc. Acids Res.*, 11, 369 (1983).

H. Guilley et al., *Cell*, 30, 763 (1982).

J. R. de Wett et al., *PNAS USA*, 82, 7870 (1985)

J. C. Sanford et al., *Theor. Appl. Genet.*, 69, 571 (1985).

Y. Ohta, *PNAS USA*, 83, 715 (1986).

G. Booy et al., *J. Plant Physiol.*, 135, 319 (1989)

M. E. Fromm et al., *Nature*, 319 791 (1986).

C. A. Rhodes et al., *Bio/Technology, 6, 56 (Jan. 1988)*.

R. D. Shillito et al., *Bio/Technology*, 7, 581 (Jun. 1989).

L. M. Pribli et al., *Biol/Technolgoy*, 7, 589 (Jun. 1989).

N. Grimsley et al., *Mol. Gen Genet.*, 21, 309 (1989).

I. Potrykus, *Bio/Technology*, 535 (Jun. 1990).





FIG. 2A

FIG. 2B

FIG. 3



PHI CALLUS

# FIG. 4

## PHI R$_o$ PLANTS



# FIG. 5

## PHI R₁ GENERATION



PROBES:

35S Pm    Adh INT    HYG    NOS

PHYGII:

Bam HI    Pst I    Bam HI

PHI.3.1  PHI.3.2  PHI.3.3  PHI.3.4  PHI.3.5  PHI.3.6  PHI.3.7  CONTROL  1 COPY

1.6 Kb →

1 Kb →

PHI.10.1  PHI.10.2  PHI.10.4  PHI.10.5  PHI.10.6  PHI.10.7  PHI.10.8  CONTROL  1 COPY

1.6 Kb →

1 Kb →

# FIG. 6

## PH2 CALLUS



PROBES:

PHYGI1:     35S Pm     Adh INT     HYG     NOS

Bam HI     Pst I     Bam HI



CONTROL
PH2

1.6 Kb →

1 Kb →

5,484,956

1

# FERTILE TRANSGENIC *ZEA MAYS* PLANT COMPRISING HETEROLOGOUS DNA ENCODING *BACILLUS THURINGIENSIS* ENDOTOXIN

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of U.S. patent application Ser. No. 07/467,983, filed Jan. 22, 1990 now abandoned.

## FIELD OF THE INVENTION

This invention relates to fertile transgenic plants of the species *Zea mays* (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

## BACKGROUND OF THE INVENTION

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally, these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed *Zea mays* plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publications 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claim Agrobacterium-mediated transformation of *Zea mays* seedlings. The evidence was based upon assays known to be unreliable.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon gene transfer to maize protoplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into corn plants or the corn plants produced were sterile (Rhodes et al. 1988). Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic plants.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants are often fertile. However, no stable transformation of maize callus was ever achieved, i.e., there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium-mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 07/161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of *Zea mays* Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g., herbicide or antibiotic, which may be detrimental to either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, *Zea mays* plants and seeds which transmit the introduced gene to progeny. It is a further object

5,484,956

| 3 | 4 |

to produce such stably transgenic plants and seeds by a particle bombardment and a selection process which results in a high level of viability for at least a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

REFERENCES CITED

The references listed below are incorporated by reference herein.

Armstrong, C L, et al. (1985) Planta 164:207–214

Callis, J, et al. (1987) Genes & Develop 1:1183–1200

M. Bevan et al., Nuc. Acids Res., 11, 369 (1983)

Chu, C C, et al. (1975) Sci Sin (Peking) 18:659–668

Cocking, F, et al. (1987) Science 236:1259–1262

DeWet et al. (1985) Proc Natl Sci U.S.A. 82:7870–7873

Freeling, J C, et al. (1976) Maydica XXI:97–112

Graves, A, et al. (1986) Plant Mol Biol 7:43–50

Green, C, et al. (1975) Crop Sci 15:417–421

Green, C, et al. (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 367–372

Gritz, L, et al. (1983) Gene 25:179–188

Guilley, H, et al. (1982) Cell 30:763–773

Hallauer, A R, et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Society of America, pp 469–564

Jefferson, R, et al. (1987) EMBO J 6:3901–3907

Kamo, K, et al. (1985) Bot Gaz 146:327–334

Klein, T, et al. (1989) Plant Physiol 91:440–444

Klein, T, et al. (1988a) Proc Natl Acad Sci U.S.A. 85:4305–9

Klein, T, et al. (1988b) Bio/Technology 6:559–563

Lu, C, et al. (1982) Theor Appl Genet 62:109–112

McCabe, D, et al. (1988) Bio/Technology 6:923–926

Murashige, T, et al. (1962) Physiol Plant 15:473–497

Neuffer, M, (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 19–30

Phillips, R, et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Society of America, pp 345–387

Potrykus, I (1989) Trends in Biotechnology 7:269–273

Rhodes, C A, et al. (1988) Science 240:204–7

Sambrook, J, et al. (1989) Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory Press

Sanford, J, et al. (1987) Part Sci & Techn 5:27–37

Weising, K, et al., (1988) Ann Rev of Genetics 22:421–478

Yanisch-Perron, L, et al. (1985) Gene 33:109–119

SUMMARY OF THE INVENTION

The present invention relates to fertile transgenic Zea mays plants containing heterologous DNA, preferably chromosomally integrated heterologous DNA, which is heritable by progeny thereof.

The invention further relates to all products derived from transgenic Zea mays plants, plant cells, plant parts, and seeds.

The invention further relates to transgenic Zea mays seeds stably containing heterologous DNA and progeny which have inherited the heterologous DNA. The invention further relates to the breeding of transgenic plants and the subse-

quent incorporation of heterologous DNA into any Zea mays plant or line.

The invention further relates to a process for producing fertile transgenic Zea mays plants containing heterologous DNA. The process is based upon microprojectile bombardment, selection, plant regeneration, and coventional back-crossing techniques.

The invention further relates to a process for producing fertile transformed plants of graminaceous plants other than Zea mays which have not been reliably transformed by traditional methods such as electroporation, Agrobacterium, injection, and previous ballistic techniques.

The invention further relates to regenerated fertile mature maize plants obtained from transformed embryogenic tissue, transgenic seeds produced therefrom, and R1 and subsequent generations.

In preferred embodiments, this invention produces the fertile transgenic plants by means of a DNA-coated microprojectile bombardment of clumps of friable embryogenic callus, followed by a controlled regimen for selection of the transformed callus lines.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a map of plasmid vector pHYGI1 utilized in Example I. FIG. 1B shows the relevant part of pHYGI1 encompassing the HPT coding sequence and associated regulatory elements. The base pair numbers start from the 5' nucleotide in the recognition sequence for the indicated restriction enzymes, beginning with the EcoRI site at the 5' end of the CaMV 35S promoter.

FIG. 2 shows a map of plasmid vector pBII221 utilized in Example I.

FIG. 3 is a Southern blot of DNA isolated from the PH1 callus line and an untransformed control callus line.

FIG. 4 is a Southern blot of leaf DNA isolated from Ro plants regenerated from PH1 and untransformed callus.

FIG. 5 is a Southern blot of leaf DNA isolated from R1 progeny of PH1 Ro plants and untransformed Ro plants.

FIG. 6 is a Southern blot of DNA isolated from the PH2 callus line and an untransformed control callus line.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to the production of fertile transgenic plants and seeds of the species Zea mays and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom. The transgenic plants produced herein include all plants of this species, including field corn, popcorn, sweet corn, flint corn and dent corn.

"Transgenic" is used herein to include any cell, cell line, callus, tissue, plant part or plant, the genotype of which has been altered beneficially by the presence of heterologous DNA that was introduced into the genotype by a process of genetic engineering, or which was initially introduced into the genotype of a parent plant by such a process and is subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions. As used herein, "genotype" refers to the sum total of genetic material within a cell, either chromosomally, or extrachromosomally borne. Therefore, the term "transgenic" as used herein does not encompass the alteration of the genotype of Zea mays by conventional plant breeding methods or by naturally occurring

5,484,956

5

events such as random cross-fertilization or spontaneous mutation.

By "heritable" is meant that the DNA is capable of transmission through a complete sexual cycle of a plant, i.e., it is passed from one plant through its gametes to its progeny plants in the same manner as occurs in normal corn.

The transgenic plants of this invention may be produced by (i) establishing a regenerable cell culture, preferably a friable embryogenic callus from the plant to be transformed, (ii) transforming said cell culture by a microprojectile bombardment technique, (iii) controllably identifying or selecting transformed cells, and (iv) regenerating fertile transgenic plants from the transformed cells. Some of the plants of this invention may be produced from the transgenic seed produced from the fertile transgenic plants using conventional crossbreeding techniques to develop transgenic elite lines and varieties, or commercial hybrid seed containing heterologous DNA.

I. Plant Lines and Tissue Cultures

The cells which have been found particularly useful to produce the fertile transgenic maize plants herein are those callus cells which are regenerable, both before and after undergoing a selection regimen as detailed further below. Generally, these cells will be derived from meristematic tissue which contain cells which have not yet terminally differentiated. Such tissue in graminaceous cereals in general and in maize, in particular, comprise tissues found in juvenile leaf basal regions, immature tassels, immature embryos, and coleoptilar nodes. Preferably, immature embryos are used. Methods of preparing and maintaining callus from such tissue and plant types are well known in the art and details on so doing are available in the literature, c.f. Phillips et al. (1988), the disclosure of which is hereby incorporated by reference.

The specific callus used must be able to regenerate into a fertile plant. The specific regeneration capacity of particular callus is important to the success of the bombardment/selection process used herein because during and following selection, regeneration capacity may decrease significantly. It is therefore important to start with cultures that have as high a degree of regeneration capacity as possible. Callus which is more than about 3 months and up to about 36 months of age has been found to have a sufficiently high level of regenerability and thus is preferred. The regenerative capacity of a particular culture may be readily determined by transferring samples thereof to regeneration medium and monitoring the formation of shoots, roots, and plantlets. The relative number of plantlets arising per petri dish or per gram fresh weight of tissue may be used as a rough quantitative estimate of regeneration capacity. Generally, a culture which will produce at least one plant per gram of callus tissue is preferred.

While maize callus cultures can be initiated from a number of different plant tissues, the cultures useful herein are preferably derived from immature maize embryos which are removed from the kernels of an ear when the embryos are about 1–3 mm in length. This length generally occurs about 9–14 days after pollination. Under aseptic conditions, the embryos are placed on conventional solid media with the embryo axis down (scutellum up). Callus tissue appears from the scutellum after several days to a few weeks. After the callus has grown sufficiently, the cell proliferations from the scutellum may be evaluated for friable consistency and the presence of well-defined embryos. By "friable consis-

6

tency" it is meant that the tissue is easily dispersed without causing injury to the cells. Tissue with this morphology is then transferred to fresh media and subcultured on a routine basis about every two weeks.

The callus initiation media is solid because callus cannot be readily initiated in liquid medium. In preferred embodiments, the initiation/maintenance media is typically based on the N6 salts of Chu et al. (1975) as described in Armstrong et al. (1985) or the MS salts of Murashige et al. (1962). The basal medium is supplemented with sucrose and 2,4-dichlorophenoxyacetic acid (2,4-D). Supplements such as L-proline and casein hydrolysate have been found to improve the frequency of initiation of callus cultures, morphology, and growth. The cultures are generally maintained in the dark, though low light levels may also be used. The level of synthetic hormone 2,4-D, necessary for maintenance and propagation, should be generally about 0.3 to 3.0 mg/l.

Although successful transformation and regeneration has been accomplished herein with friable embryogenic callus, this is not meant to imply that other transformable regenerable cells, tissue, or organs cannot be employed to produce the fertile transgenic plants of this invention. The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used.

II. DNA Used for Transformation

As used herein, the term "heterologous DNA" refers to a DNA segment that has been derived from or isolated from one genotype, preferably amplified and/or chemically altered, and later introduced into a Zea mays genotype that may be the same Zea mays genotype from which the DNA was first isolated or derived. "Heterologous DNA" also includes completely synthetic DNA, and DNA derived from introduced RNA. Generally, the heterologous DNA is not originally resident in the Zea mays genotype which is the recipient of the DNA, but it is within the scope of the invention to isolate a gene from a given Zea mays genotype, and to subsequently introduce multiple copies of the gene into the same genotype, e.g., to enhance production of an amino acid.

Therefore, "heterologous DNA" is used herein to include synthetic, semi-synthetic, or biologically derived DNA which is introduced into the Zea mays genotype, and retained by the transformed Zea mays genotype. The DNA includes but is not limited to, non-plant genes such as those from bacteria, yeasts, animals or viruses; modified genes, portions of genes, chimeric genes, as well as genes from the same or different Zea mays genotype.

The heterologous DNA used for transformation herein may be circular or linear, double-stranded or single-stranded. Generally, the DNA is in the form of a plasmid and contains coding regions of beneficial heterologous DNA with flanking regulatory sequences which promote the expression of the heterologous DNA present in the resultant corn plant. For example, the heterologous DNA may itself comprise or consist of a promoter that is active in Zea mays, or may utilize a promoter already present in the Zea mays genotype that is the transformation target.

The compositions of and method for constructing heterologous DNA which can transform certain plants is well known to those skilled in the art, and the same compositions and methods of construction may be utilized to produce the heterologous DNA useful herein. The specific composition

5,484,956

| 7 | 8 |

of the DNA is not central to the present invention and the invention is not dependent upon the composition of the specific transforming DNA used. Weising et al. (1988), the subject matter of which is incorporated herein by reference, describes suitable DNA components, which include promoters, polyadenylation sequences, selectable marker genes, reporter genes, enhancers, introns, and the like, as well as provides suitable references for compositions therefrom. Sambrook et al. (1989) provides suitable methods of construction.

Generally, the heterologous DNA will be relatively small, i.e., less than about 30 Kb to minimize any susceptibility to physical, chemical, or enzymatic degradation which is known to increase as the size of the DNA increases.

Suitable heterologous DNA for use herein includes all DNA which provides for, or enhances, a beneficial feature of the resultant transgenic corn plant. The DNA may encode proteins or antisense RNA transcripts in order to promote increased food values, higher yields, pest resistance, disease resistance, and the like. For example, the DNA can encode a bacterial dap A for increased lysine production; *Bacillus thuringiensis* (BT) t-endotoxin or protease inhibitor for

insect resistance; bacterial ESPS synthase for resistance to glyphosate herbicide; and chitinase or glucan endo-1,3-B-glucosidase for fungicidal properties. Aside from DNA sequences that serve as transcription units or portions thereof, useful DNA may be untranscribed, serving a regulatory or a structural function. Also, the DNA may be introduced to act as a genetic tool to generate mutants and/or assist in the identification, genetic tagging, or isolation of segments of corn DNA. Additional examples may be found in Weising, supra.

The heterologous DNA to be introduced into the plant further will generally contain either a selectable marker or a reporter gene or both to facilitate identification and selection of transformed cells. Alternatively, the selectable marker may be carried on a separate piece of DNA and used in a co-transformation procedure. Both selectable markers and reporter genes may be flanked with appropriate regulatory sequences to enable expression in plants. Useful selectable markers are well known in the art and include, for example, antibiotic and herbicide resistance genes. Specific examples of such genes are disclosed in Weising et al., supra.

TABLE 1

| | | | Useful as | | |
|---|---|---|---|---|---|
| Gene | Origin | Encoded enzyme | Selectable marker | Scorable reporter | Resistance against |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (npt1) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[1] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated C-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcystein[6] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | – | ++ | –[7] |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | – | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | + | – | bleomycin[9] |
| Streptomycin phosphotransrerase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) | streptomycin[10] control plants are not killed by streptomycin |
| aroA gene | Salmonella typhimurium | EPSP synthase | ++ | – | glyphosate[11] |
| bar gene | Streptomices hygroscopicus | phosphinothricin acetyltransferase | ++ | – | phosphinothricin, bialaphos[12] |
| β-galactosidase gene | E. coli | β-galactosidase | – | + | –[13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | – | ++ | –[14] |
| Bacterial luciferase gene | Vibrso harvest | luciferase | – | ++ | –[15] |
| Firefly luciferase gene | Photinus peralis | luciferase | – | ++ | –[16] |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes.
Abbreviations
Tn - transpuson
DHFR - dihydrofolate reductase
EPSP synthase - 5-enolpyruvylskikimate-3-phosphate synthase
[1]M. Bevran et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBO J., 8, 1681 (1984); I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).
[2]R.T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Pretrzak et al., Nucl. Acids Res., 14, 5857 (1986)
[3]M. DeBlock et al., EMBO J., 3, 1681 (1984); I. Herrera-Estrella et al., Nature, 303, 209 (1983).
[4]N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid. I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).
[5]D.A. Eichholtz et al., Theor. Appl. Genet., Somat. Cell. Mot. Genet., 13, 67 (1987).
[6]G.A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Geve et al., Nature, 300, 752 (1982); A. Hoekema et al., Plant Mol. Biol., 5, 85 (1985); M.G. Koztel et al., J. Mol. Appl. Genet., 2, 549 (1981).
[7]J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).
[8]A.M. Lloyd et al., Science, 284, 464 (1986); P.I.M. Van den Hazen et al., Plant MOl. Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).
[9]J. Hille et al., Plant Mol. Biol., 7, 171 (1986).

5,484,956

9                                                                                10

TABLE 1-continued

| | | | Useful as | | |
|---|---|---|---|---|---|
| Gene | Origin | Encoded enzyme | Selectable marker | Scorable reporter | Resistance against |

[10]J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).
[11]L. Comai et al., Nature, 317, 741 (1985); J.J. Inllatii et al., Biotechnology, 5, 726 (1987).
[12]M. DeBlock et al., EMBO J., 6, 2513 (1987); C.I. Thompson et al., EMBO J., 6, 2519 (1987).
[13]G. Heimer et al., Biotechnology, 2, 520 (1984).
[14]D.R. Gallie et al., Nuc. Acids Res., 15, 8693 (1987); R.A. Jefferson et al., EMBO J., 6, 1901 (1987).
[15]C. Koncz et al., Mol. Gen. Genet., 204, 383 (1986).
[16]D.W. Ow et al., Science, 234, 856 (1986); D.W. Ow et al., PNAS USA, 84, 4870 (1987); C.D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).

A preferred selectable marker gene is the hygromycin B phosphotransferase (HPT) coding sequence, which may be derived from *E. coli* and confers resistance to the antibiotic hygromycin B. Other selectable markers include aminoglycoside phosphotransferase gene of transposon Tn5 (AphII) which encodes resistance to the antibiotics kanamycin, neomycin, and G418, as well as those genes which code for resistance or tolerance to glyphosate, DAL-APON® (2,2-dichloropropionic acid) acid methotrexate, imidazolinones, sulfonylureas, bromoxynil, phosphinothricin and the like. Those selectable marker genes which confer herbicide resistance or tolerance are also of commercial utility in the resulting transformed plants.

Reporter genes which encode for easily assayable marker proteins are well known in the art. In general, a reporter gene is a gene which is not present in or expressed by the recipient organism or tissue and which encodes a protein whose expression is manifested by some easily detectable property, e.g., phenotypic change or enzymatic activity. Examples of such genes are provided in Weising et al., supra. Preferred genes include the chloramphenicol acetyl transferase gene from Tn9 of *E. coli*, the beta-glucuronidase gene of the uidA locus of *E. coli*, and the luciferase genes from firefly *Photinus pyralis*.

The regulatory sequences useful herein include any constitutive, inducible, tissue or organ specific, or developmental stage specific promoter which can be expressed in the particular plant cell. Suitable such promoters are described in Weising et al., supra. The following is a partial representative list of promoters suitable for use herein: regulatory sequences from the T-DNA of *Agrobacterium tumefaciens*, including mannopine synthase, nopaline synthase, and octopine synthase; alcohol dehydrogenase promoter from corn; light inducible promoters such as, ribulose-biphosphate-carboxylase small subunit gene from a variety of species; and the major chlorophyll a/b binding protein gene promoter; 35S and 19S promoters of cauliflower mosaic virus; developmentally regulated promoters such as the waxy, zein, or bronze promoters from maize; as well as synthetic or other natural promoters which are either inducible or constitutive, including those promoters exhibiting organ-specific expression or expression at specific development stage(s) of the plant.

Other elements such as introns, enhancers, polyadenylation sequences and the like, may also be present on the DNA. Such elements may or may not be necessary for the function of the DNA, although they can provide a better expression or functioning of the DNA by affecting transcription, stability of the mRNA, or the like. Such elements may be included in the DNA as desired to obtain the optimal performance of the transforming DNA in the plant. For example, the maize Adh1S first intron may be placed between the promoter and the coding sequence of a particular heterologous DNA. This intron, when included in a DNA construction, is known to generally increase expression of a protein in maize cells. (Callis et al. 1987) However, sufficient expression for a selectable marker to perform satisfactorily can often be obtained without an intron. (Klein et al. 1989) An example of an alternative suitable intron is the shrunken-1 first intron of *Zea mays*. These other elements must be compatible with the remainder of the DNA constructions.

To determine whether a particular combination of DNA and recipient plant cells are suitable for use herein, the DNA may include a reporter gene. An assay for expression of the reporter gene may then be performed at a suitable time after the DNA has been introduced into the recipient cells. A preferred such assay entails the use of the *E. coli* beta-glucuronidase (GUS) gene (Jefferson et al. 1987). In the case of the microprojectile bombardment transformation process of the present invention, a suitable time for conducting the assay is about 2–3 days after bombardment. The use of transient assays is particularly important when using DNA components which have not previously been demonstrated or confirmed as compatible with the desired recipient cells.

### III. DNA Delivery Process

The DNA can be introduced into the regenerable maize cell cultures, preferably into callus cultures via a particle bombardment process. A general description of a suitable particle bombardment instrument is provided in Sanford et al. (1987), the disclosure of which is incorporated herein by reference. While protocols for the use of the instrument in the bombardment of maize non-regenerable suspension culture cells are described in Klein et al. (1988a, 1988b, and 1989), no protocols have been published for the bombardment of callus cultures or regenerable maize cells.

In a microprojectile bombardment process, also referred to as a biolistic process, the transport of the DNA into the callus is mediated by very small particles of a biologically inert material. When the inert particles are coated with DNA and accelerated to a suitable velocity, one or more of the particles is able to enter into one or more of the cells where the DNA is released from the particle and expressed within the cell. While some of the cells are fatally damaged by the bombardment process, some of the recipient cells do survive, stably retain the introduced DNA, and express it.

The particles, called microprojectiles, are generally of a high density material such as tungsten or gold. They are coated with the DNA of interest. The microprojectiles are then placed onto the surface of a macroprojectile which serves to transfer the motive force from a suitable energy source to the microprojectiles. After the macroprojectile and the microprojectiles are accelerated to the proper velocity, they contact a blocking device which prevents the macroprojectile from continuing its forward path but allows the DNA-coated microprojectiles to continue on and impact the

5,484,956

11

recipient callus cells. Suitable such instruments may use a variety of motive forces such as gunpowder or shock waves from an electric arc discharge (P. Thristov et al., *Plant Physiol.*, 87, 671, 1988). An instrument in which gunpowder is the motive force is currently preferred and such is described and further explained in Sanford et al. (1987), the disclosure of which is incorporated herein by reference.

A protocol for the use of the gunpowder instrument is provided in Klein et al. (1988a, b) and involves two major steps. First, tungsten microprojectiles are mixed with the DNA, calcium chloride, and spermidine free base in a specified order in an aqueous solution. The concentrations of the various components may be varied as taught. The preferred procedure entails exactly the procedure of Klein et al. (1988b) except for doubling the stated optimum DNA concentration. Secondly, the DNA-coated microprojectiles, macroprojectiles, and recipient cells are placed in position in the instrument and the motive force is applied to the macroprojectiles. Parts of this step which may be varied include the distance of the recipient cells from the end of the barrel as well as the vacuum in the sample chamber. The recipient tissue is positioned 5 cm below the stopping plate tray.

The callus cultures useful herein for generation of transgenic plants should generally be about midway between transfer periods, and thus, past any "lag" phase that might be associated with a transfer to a new media, but also before reaching any "stationary" phase associated with a long time on the same plate. The specific tissue subjected to the bombardment process is preferably taken about 7–10 days after subculture, though this is not believed critical. The tissue should generally be used in the form of pieces of about 30 to 80, preferably about 40 to 60, mg. The clumps are placed on a petri dish or other surface and arranged in essentially any manner, recognizing that (i) the space in the center of the dish will receive the heaviest concentration of metal-DNA particles and the tissue located there is likely to suffer damage during bombardment and, (ii) the number of particles reaching a cell will decrease (probably exponentially) with increasing distance of the cell from the center of the blast so that cells far from the center of the dish are not likely to be bombarded and transformed. A mesh screen, preferably of metal, may be laid on the dish to prevent splashing or ejection of the tissue. The tissue may be bombarded one or more times with the DNA-coated metal particles.

IV. Selection Process

Once the calli have been bombarded with the DNA and the DNA has penetrated some of the cells, it is necessary to identify and select those cells which both contain the heterologous DNA and still retain sufficient regenerative capacity. There are two general approaches which have been found useful for accomplishing this. First, the transformed calli or plants regenerated therefrom can be screened for the presence of the heterologous DNA by various standard methods which could include assays for the expression of reporter genes or assessment of phenotypic effects of the heterologous DNA, if any. Alternatively, and preferably, when a selectable marker gene has been transmitted along with or as part of the heterologous DNA, those cells of the callus which have been transformed can be identified by the use of a selective agent to detect expression of the selectable marker gene.

Selection of the putative transformants is a critical part of the successful transformation process since selection conditions must be chosen so as to allow growth and accumulation

12

of the transformed cells while simultaneously inhibiting the growth of the non-transformed cells. The situation is complicated by the fact that the vitality of individual cells in a population is often highly dependent on the vitality of neighboring cells. Also, the selection conditions must not be so severe that the plant regeneration capacity of the callus cells and the fertility of the resulting plant are precluded. Thus, the effects of the selection agent on cell viability and morphology should be evaluated. This may be accomplished by experimentally producing a growth inhibition curve for the given selective agent and tissue being transformed beforehand. This will establish the concentration range which will inhibit growth.

When a selectable marker gene has been used, the callus clumps may be either allowed to recover from the bombardment on non-selective media, or preferably, directly transferred to media containing that agent.

Selection procedures involve exposure to a toxic agent and may employ sequential changes in the concentration of the agent and multiple rounds of selection. The particular concentrations and cycle lengths are likely to need to be varied for each particular agent. A currently preferred selection procedure entails using an initial selection round at a relatively low toxic agent concentration and then later round(s) at higher concentration(s). This allows the selective agent to exert its toxic effect slowly over a longer period of time. Preferably, the concentration of the agent is initially such that about a 5–40% level of growth inhibition will occur, as determined from a growth inhibition curve. The effect may be to allow the transformed cells to preferentially grow and divide while inhibiting untransformed cells, but not to the extent that growth of the transformed cells is prevented. Once the few individual transformed cells have grown sufficiently, the tissue may be shifted to media containing a higher concentration of the toxic agent to kill essentially all untransformed cells. The shift to the higher concentration also reduces the possibility of non-transformed cells habituating to the agent. The higher level is preferably in the range of about 30 to 100% growth inhibition. The length of the first selection cycle may be from about 1 to 4 weeks, preferably about 2 weeks. Later selection cycles may be from about 1 to about 12 weeks, preferably about 2 to about 10 weeks. Putative maize transformants can generally be identified as proliferating sectors of cells among a background of non-proliferating cells. The callus may also be cultured on non-selective media at various times during the overall selection procedure.

Once a callus sector is identified as a putative transformant, transformation can be confirmed by phenotypic and/or genotypic analysis. If a selection agent is used, an example of phenotypic analysis is to measure the increase in fresh weight of the putative transformant as compared to a control on various levels of the selective agent. Other analyses that may be employed will depend on the function of the heterologous DNA. For example, if an enzyme or protein is encoded by the DNA, enzymatic or immunological assays specific for the particular enzyme or protein may be used. Other gene products may be assayed by using a suitable bioassay or chemical assay. Other such techniques are well known in the art and are not repeated here. The presence of the gene can also be confirmed by conventional procedures, i.e., Southern blot or polymerase chain reaction (PCR) or the like.

V. Regeneration of Plants and Production of Seed

Cell lines which have been shown to be transformed must then be regenerated into plants and the fertility of the

5,484,956

13

resultant plants determined. Transformed lines which test positive by genotypic and/or phenotypic analysis are then placed on a media which promotes tissue differentiation and plant regeneration. Regeneration may be carried out in accordance with standard procedures well known in the art. The procedures commonly entail reducing the level of auxin which discontinues proliferation of a callus and promotes somatic embryo development or other tissue differentiation. One example of such a regeneration procedure is described in Green et al. (1982). The plants are grown to maturity in a growth room or greenhouse and appropriate sexual crosses and selfs are made as described by Neuffer (1982).

Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

## VI. Analysis of R1 Progeny

The plants regenerated from the transformed callus are referred to as the RO generation or RO plants. The seeds produced by various sexual crosses of the RO generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus

## VII. Establishment of the Heterologous DNA in Other Maize Varieties

Fertile, transgenic plants may then be used in a conventional maize breeding program in order to incorporate the introduced heterologous DNA into the desired lines or varieties. Conventional breeding programs employ a conversion process (backcrossing). Methods and references for convergent improvement of corn are given by Hallauer et al., (1988) incorporated herein by reference. Briefly, conversion is performed by crossing the initial transgenic fertile plant to normal elite inbred lines. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This backcrossing process is repeated until the original normal parent has been converted to a line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. Generally, this will require about 6–8 generations. A separate backcrossing program will be generally used for every elite line that is to be converted to a genetically engineered elite line.

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other

14

agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA.

Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well known to those skilled in the art. Thus, introducing heterologous DNA into other lines or varieties can be readily accomplished by these breeding procedures whether or not they generate the appropriate calli.

## VIII. Uses of Transgenic Plants

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g., agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g., improved nutritive content in human food or animal feed), or beneficial to the food processor (e.g., improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods. However, other parts of the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g., Indian corn). Often, chemical constituents (e.g., oils or starches) of corn and other crops are extracted for foods or industrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or other molecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g., for research)

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g., from corn cells to cell of other species, e.g., by protoplast fusion.

The transgenic plants may have many uses in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by traditional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile *Zea mays* plants of this invention which stably express the heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected to the transformation procedure. Thus, when individual situations arise in which the procedures described herein do

5,484,956

**15**

not produce a transformed product, repetition of the proce-
dures will be required.

### Example I

Fertile transgenic *Zea mays* plants which contain heter-
ologous DNA which is heritable were prepared as follows:

#### I. Initiation and maintenance of maize cell cultures
which retain plant regeneration capacity

Friable, embryogenic maize cultures were initiated
from hybrid immature embryos produced by pollination of
inbred line A188 plants (University of Minnesota, Crop
Improvement Association) with pollen of inbred line B73
plants (Iowa State University). Ears were harvested when
the embryos had reached a length of 1.5 to 2.0 mm. The
whole ear was surface sterilized in 50% v/v commercial
bleach (2.63% w/v sodium hypochlorite) for 20 min. at room
temperature. The ears were then washed with sterile, dis-
tilled, deionized water. Immature embryos were aseptically
isolated and placed on nutrient medium initiation/mainte-
nance media with the root/shoot axis exposed to the
medium. Initiation/maintenance media (hereinafter referred
to as "F medium") consisted of N6 basal media (Chu 1975)
with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophe-
noxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite
(Kelco, Inc., San Diego). The pH was adjusted to 5.8 prior
to autoclaving. Unless otherwise stated, all tissue culture
manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26° C. in the
dark. Cell proliferations from the scutellum of the immature
embryos were evaluated for friable consistency and the
presence of well-defined somatic embryos. Tissue with this
morphology was transferred to fresh media 10 to 14 days
after the initial plating of the immature embryos. The tissue
was then subcultured on a routine basis every 14 to 21 days.
Sixty to eighty milligram quantities of tissue were removed
from pieces of tissue that had reached a size of approxi-
mately one gram and transferred to fresh media. Subcultur-
ing always involved careful visual monitoring to be sure that
only tissue of the correct morphology was maintained. The
presence of somatic embryos ensured that the cultures would
give rise to plants under the proper conditions. The cell
culture named AB12 used in this example was such a culture
and had been initiated about 1 year before bombardment.

#### II. Plasmids—pCHN1-1, pHYGI1, pBII221, and
pLUC-1

The plasmids pCHN1-1, pHYGI1, and pLUC-1 were
constructed in the vector pBS+ (Stratagene, Inc., San Diego,
Calif.), a 3.2 Kb circular plasmid, using standard recombi-
nant DNA techniques. pCHN1-1 contains the hygromycin B
phosphotransferase (HPT) coding sequence from *E. coli*
(Gritz et al. 1983) flanked at the 3' end by the nopaline
synthase (nos) polyadenylation sequence of *Agrobacterium
tumefaciens* (M. Bevan et al. 1983). Expression is driven by
the cauliflower mosaic virus (CaMV) 35S promoter (Guilley
et al. 1982), located upstream from the hygromycin coding
sequence. The plasmid pHYGI1 was constructed by insert-
ing the 553 bp Bcl-BamHI fragment containing the maize
AdhIS first intron (Callis et al. 1987) between the CaMV
35S promoter and the hygromycin coding sequence of
pCHN1-1. A map of pHYGI1 is provided as FIG. 1. A
sample of pHYGI1 was deposited at the American Type
Culture Collection, Rockville, Md., U.S.A., on Mar. 16,
1990, under the provisions of the Budapest Treaty, and

**16**

assigned accession number 40774.

pBII221 contains the *E. coli* B-glucuronidase coding
sequence flanked at the 5' end by the CaMV 35S promoter
and at the 3' end by the nos polyadenylation sequence. The
plasmid was constructed by inserting the 35S promoter and
intron between the 35S promoter and the coding sequence of
pBII221 (Jefferson et al. 1987). A map of pBII221 is provided
as FIG. 2.

pLUC-1 contains the firefly luciferase coding sequence
(DeWet et al. 1987) flanked at the 5' end by the CaMV 35S
promoter and at the 3' end by the nos polyadenylation
sequence. This plasmid was used solely as negative control
DNA.

Plasmids were introduced into the embryogenic callus
culture AB12 by microprojectile bombardment.

#### III. DNA delivery process

The embryogenic maize callus line AB12 was subcultured
7 to 12 days prior to microprojectile bombardment. AB12
was prepared for bombardment as follows. Five clumps of
callus, each approximately 50 mg in wet weight were
arranged in a cross pattern in the center of a sterile 60×15
mm petri plate (Falcon 1007). Plates were stored in a closed
container with moist paper towels, throughout the bombard-
ment process. Twenty-six plates were prepared.

Plasmids were coated onto M-10 tungsten particles
(Biolistics) exactly as described by Klein et al. (1988b)
except that, (i) twice the recommended quantity of DNA was
used, (ii) the DNA precipitation onto the particles was
performed at 0° C., and (iii) the tubes containing the
DNA-coated tungsten particles were stored on ice through-
out the bombardment process.

All of the tubes contained 25 µl 50 mg/ml M-10 tungsten
in water, 25 µl 2.5M CaCl₂, and 10 µl 100 mM spermidine
free base along with a total of 5 µl 1 mg/ml total plasmid
content. When two plasmids were used simultaneously, each
was present in an amount of 2.5 µl. One tube contained only
plasmid pBII221; two tubes contained both plasmids
pHYGI1 and pBII221; two tubes contained both plasmids
pCHN1-1 and pBII221; and one tube contained only plas-
mid pLUC-1.

All tubes were incubated on ice for 10 min., pelletized by
centrifugation in an Eppendorf centrifuge at room tempera-
ture for 5 seconds, and 25 µl of the supernatant was
discarded. The tubes were stored on ice throughout the
bombardment process. Each preparation was used for no
more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from
Biolistics, Inc. (Ithaca, N.Y.). They were sterilized as
described by the supplier. The microprojectile bombardment
instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm
below the bottom of the stopping plate tray of the micro-
projectile instrument, with the stopping plate in the slot
nearest to the barrel. Plates of callus tissue prepared as
described above were centered on the sample plate tray and
the petri dish lid removed. A 7×7 cm square rigid wire mesh
with 3×3 mm mesh and made of galvanized steel was placed
over the open dish in order to retain the tissue during the
bombardment. Tungsten/DNA preparation was sonicated as
described by Biolistics, Inc. and 2.5 µl was pipetted onto the
top of the macroprojectiles. The instrument was operated as
described by the manufacturer. The bombardments which
were performed are summarized on Table 2.

5,484,956

17

### TABLE 2

| | |
|---|---|
| 2 × pBII221 prep | To determine transient expression frequency |
| 10 × pHYGI1/pBII221 | As a potential positive treatment for transformation |
| 10 × pCHN1-1/pBII221 | As a potential positive treatment for transformation |
| 4 × pLUC-1 | Negative control treatment |

The two plates of callus bombarded with pBII221 were transferred plate to F medium (with no hygromycin) and the callus cultured at 26° C. in the dark. After 2 days, this callus was then transferred plate for plate into 35×10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100. These were incubated at 37° C. for 3 days after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred with the other bombarded plates. These plates were discarded after counting since the GUS assay is destructive.

#### IV. Selection process

Hygromycin B (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml hygromycin B in water when the media had cooled to 45° C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/ml hygromycin B, (five pieces of callus per plate). These are referred to as round 1 selection plates. Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin. This tissue was subcultured every 2–3 weeks onto nonselective medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media. All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/pBII221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one of control callus, were placed in GUS assay buffer at 37° C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 days in assay buffer, this tissue was scored for GUS expression. The results are summarized in Table 3.

### TABLE 3

| Treatment | Replicate | Observations |
|---|---|---|
| pLUC-1 pHYGI1/pBII221 | | No blue cells |
| | Plate 1 | 11 single cells 1 four-cell cluster |
| | Plate 2 | 5 single cells |

18

### TABLE 3-continued

| Treatment | Replicate | Observations |
|---|---|---|
| pCHN1-1/pBII221 | Plate 1 | 1 single cell 2 two-cell clusters |
| | Plate 2 | 5 single cells 1 two-cell cluster 2 clusters of 8–10 cells |

After 21 days on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 days on round 3 selection plates, both the round 2 and round 3 sets of selection plates were checked for viable sectors of callus. Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221. The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was from the round 2 group of plates. Both lines were then transferred to F medium without hygromycin.

After 19 days on F medium without hygromycin, the line 3AA grew very little whereas the line 6L grew rapidly. Both were transferred again to F medium for 9 days. The lines 3AA and 6L were then transferred to F medium containing 15 mg/l hygromycin for 14 days. At this point, line 3AA was observed to be of very poor quality and slow growing. The line 6L, however, grew rapidly on F medium with 15 mg/l hygromycin; the line was then subcultured to F medium without hygromycin.

After 10 days on F medium, an inhibition study of the line 6L was initiated. Callus of 6L was transferred onto F medium containing 1, 10, 30, 100, and 250 mg/l hygromycin B. Five plates of callus were prepared for each concentration and each plate contained ten approximately 50 mg pieces of callus. One plate of unselected control tissue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygromycin. The name of the line 6L was changed at this time from 6L to PH1 (Positive Hygromycin transformant 1).

Additional sectors were recovered at various time points from the round 2 and 3 selection plates. None of these were able to grow in the presence of hygromycin for multiple rounds, i.e., two or three subcultures.

#### V. Confirmation of transformed callus

To show that the PH1 callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37° C. 15 min. Samples were centrifuged at 8K for 10 min. at 4° C. The supernatant was pipetted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4M ammonium acetate, pH 5.2. Isopropanol, 6 ml was added, the tubes shaken, and the samples incubated at −20° C. for 15 min

5,484,956

**19**

The DNA was pelleted in a Backman TJ-6 centrifuge at the maximum speed for 5 min. at 4° C. The supernatant was discarded and the pellet was dissolved in 500 µl TE-10 (10 mM Tris-HCl pH 8 0, 10 mM EDTA pH 8 0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 µl 4.4M ammonium acetate, pH 5.2 and 700 µl isopropanol were added. This was incubated at −20° C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8 0, 1 mM EDTA).

The isolated DNA (10 µg) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15 V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated in soaking the gel twice in 0.25 HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5M NaOH/1.0M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3 M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6X SSC (20X SSC, 3M NaCl, 0 3M sodium citrate pH 7 0). The membrane was baked at 80° C. for 2 hrs under vacuum. Prehybridization treatment of the membrane was done in 6X SSC, 10X Denhardt's solution, 1% SDS, 50 µg/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per cm² of membrane. Prehybridization was carried out at 42° C. overnight.

A ³²p labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the supplier's instructions with ³²P-dCTP (ICN Radiochemicals). The template DNA used was the 1055 bp BamHI fragment of pHYGI1, which is the HPT coding sequence The fragment was gel purified and cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6X SSC, 1% SDS, 50 µg/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe (10⁷ CPM/50 ng template). The hybridization was carried out at 42° C. overnight.

The membrane was washed twice in 50 ml 6X SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6X SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml 1X SSC, 1% SDS 30 min. at 42° C., and finally in 500 ml 0 1X SSC, 1% SDS 60 min. at 65° C. Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens. As shown in FIG. 3, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present. No band was observed for control callus.

To demonstrate that the hygromycin gene is incorporated into high molecular weight DNA, DNA isolated from PH1 callus and control callus was treated with (i) no restriction enzyme, (ii) BamHI, as described previously, or (iii) PstI, which cuts the plasmid pHYGI1 only once within the HPT coding sequence. Samples were blotted and probed with the HPT coding sequence as described previously.

Undigested PH1 DNA only showed hybridization to the probe at the position of uncut DNA, demonstrating that the hygromycin gene is incorporated into high molecular weight DNA. The expected 1.05 Kb band for PH1 DNA digested with BamHI was observed, as had been shown previously. For PH1 DNA digested with PstI, a 5.9 Kb band would be expected if the hygromycin gene was present on an intact pHYGI1 plasmid. Two or more bands of variable size (size

**20**

dependent on the position flanking PstI sites within the host DNA) would be expected if the gene was incorporated into high molecular weight DNA. Three bands were observed with approximate molecular sizes of 12, 5.1, and 4.9 Kb. This result demonstrates incorporation of the hygromycin gene into high molecular weight DNA. The intensity of the 4.9 Kb band is approximately twice as great as the other two bands, suggesting either partial digestion or possibly a tandem repeat of the HPT gene. No hybridization was observed for DNA from control callus in any of the above treatments.

These results prove that the HPT coding sequence is not present in PH1 callus as intact pHYGI1 or as a small non-chromosomal plasmid. They are consistent with incorporation of the hygromycin gene into high molecular weight DNA.

## VI. Plant regeneration and production of seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine-HCl 0.5 mg/l, 2,4-D 0.75 mg/l, sucrose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc., San Diego).

After 14 days on RM5 medium, the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RM5 medium, except that 2,4-D omitted. These were cultured in the dark for 7 days at 26° C. and transferred to a light regime of 14 hrs light and 10 hrs dark for 14 days at 26° C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite for 7 or 8 days before transplanting them into soil and growing them to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on BamHI digested leaf DNA from three randomly chosen Ro plants of PH1. As shown in FIG. 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred Zea mays lines A188, B73, and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1–2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and 0 to 32 seeds per ear when PH1 was the male parent.

## VII. Analysis of the R1 progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

### A. Root elongation bioassay

Seed was sterilized in a 1:1 dilution of commercial bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlenmyer flasks and rinsed 3 times in sterile water and inbibed overnight in sterile water containing 50 mg/ml captan by shaking at 150 rpm.

5,484,956

**21**

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laboratories) containing 3 sheets of $H_2O$ saturated germination paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 days.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26° C. for 4 days.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 3, hereinbelow.

**B. Etiolated leaf bioassay**

After the root tips were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 days. At this point, 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hrs. Each plate contained duplicate sections of each shoot. They were then incubated in a light regimen of 14 hrs light 10 hrs dark at 26° C. for 48 hrs, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hygromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 1, hereinbelow.

**C. Southern blots**

Seedlings from the bioassays were transplanted to soil and were grown to sexual maturity. DNA was isolated from 0.8 g of leaf tissue about 3 weeks after transplanting to soil and probed with the HPT coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in FIG. 5, two

**22**

out of seven progeny of PH1 plant **3** were transgenic as were three out of eight progeny of PH1 plant **10**. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 4.

TABLE 4

| | ANALYSIS OF PH1 R1 PLANTS | | | | | | |
|---|---|---|---|---|---|---|---|
| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.1 | + | ND | + | 4.1 | — | ND | ND |
| 3.2 | — | ND | — | 4.2 | — | ND | ND |
| 3.3 | — | ND | — | 4.3 | — | ND | ND |
| 3.4 | — | ND | — | 4.4 | — | ND | ND |
| 3.5 | — | ND | — | 4.5 | — | ND | ND |
| 3.6 | + | ND | + | 4.6 | — | ND | ND |
| 3.7 | — | ND | — | 4.7 | — | ND | ND |
| | | | | 2.1 | — | ND | — |
| 10.1 | + | + | + | 1.1 | — | — | — |
| 10.2 | + | + | + | 1.2 | — | — | ND |
| 10.3 | — | — | ND | 1.3 | — | — | ND |
| 10.4 | — | — | — | 1.4 | — | — | ND |
| 10.5 | — | — | — | 1.5 | — | — | ND |
| 10.6 | — | — | — | 1.6 | — | — | ND |
| 10.7 | — | — | — | 1.7 | — | — | ND |
| 10.8 | ND | + | + | 1.8 | — | — | ND |

Key: + = transgenic; — = nontransgenic; ND = not done.

**Example II**

The procedure of Example I was repeated with minor modifications.

**I. Plant Lines and Tissue Cultures**

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

**II. Plasmids**

The plasmids pBII221 and pHYGI1 described in Example I were used.

**III. DNA Delivery Process**

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. All of the tubes contained 25 μl 50 mg/ml M-10 tungsten in water, 25 μl 2.5M $CaCl_2$, and 10 μl 100 mM spermidine free base along with a total of 5 μl 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 μl TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done: 2×pBII221 prep (for transient expression); 7×pHYGI1 prep (potential positive treatment); and 3×TE prep (negative control treatment).

After all the bombardments were performed, the callus from the pBII221 treatment was transferred plate for plate to F medium as five 50 mg pieces. After 2 days, the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

5,484,956

| 23 | 24 |

### IV. Selection of Transformed Callus

After bombardment, the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed on F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue (unselected control callus).

After 13 days, the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five-fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 days, but at this time appeared close to dead. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example 1 in which only viable sectors were transferred and the round 2 plates reserved.

At 58 days post-bombardment, three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A, and 55A.

After 15 days on maintenance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance medium was plated to F medium having 60 mg/l hygromycin.

After 19 days on 60 mg/l hygromycin, the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead, and the line 55A was very close to dead. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 days on 60 mg/l hygromycin, the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to F medium having 60 mg/l hygromycin.

At 88 days post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 days. Portions of the callus were then transferred to (i) F medium containing 15 mg/l hygromycin, and (ii) F medium containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 days of culture, the callus line 13E appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

### V. Confirmation of Transformed Callus

A Southern blot was prepared from BamHI-digested DNA from the line 24C. As shown in FIG. 6, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

To demonstrate that the hygromycin gene is incorporated into high molecular weight DNA, DNA isolated from PH2 callus and control callus was treated with (i) no restriction enzyme, (ii) BamHI, as described previously, or, (iii) PstI, which cuts the plasmid pHYGI1 only once within the HPT coding sequence. Samples were blotted and probed with the HPT coding sequence as described previously.

Undigested PH2 DNA only showed hybridization to the probe at the position of uncut DNA, demonstrating that the hygromycin gene is incorporated into high molecular weight DNA. The expected 1.05 Kb band for PH2 DNA digested with BamHI was observed, as had been shown previously. For PH2 DNA digested with PstI, a 5.9 Kb band would be expected if the hygromycin gene was present on an intact pHYGI1 plasmid. Two or more bands of variable size (size dependent on the position of flanking PstI sites within the host DNA) would be expected if the gene was incorporated into high molecular weight DNA. Two bands were observed with approximate molecular sizes of 6.0 and 3.0 Kb. This result is consistent with incorporation of the hygromycin gene into high molecular weight DNA. No hybridization was observed for DNA from control callus in any of the above treatments.

These results prove that the HPT coding sequence is not present in PH2 callus as intact pHYGI1 or as a small non-chromosomal plasmid. They are consistent with incorporation of the hygromycin gene into high molecular weight DNA.

### VI. Plant Regeneration and Production of Seed

The line PH2, along with unselected control callus, were placed onto RM5 medium to regenerate plants as in Example I. After 16 days, the callus was transferred to R5 medium as in Example I. After 25 d on R5 medium, plantlets were transferred to R5 medium and grown up for 20 days. At this point, plantlets were transferred to vermiculite for one week and then transplanted into soil where they are being grown to sexual maturity.

### Example III.

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. At a position 5' from the fusion gene are located segments of DNA from the CaMV and nopaline synthase promoters. At a position 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but contained 5 μl TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done: 9×pHYGI1/pMS533 (potential positive treatment) and 2×TE prep (control treatment).

After bombardment, the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25

5,484,956

25

mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue (unselected control callus).

After 12 days, the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate. After 22 days of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 days post-bombardment, a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material and was designated 86R. The callus line 86R was transferred to F medium.

After 24 days, the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin, and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 days of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R. After 26 days of culture, the callus line 86R appeared uninhibited on 60 mg/l hygromycin.

Southern blots were performed on DNA isolated from the callus line 86R and control callus to confirm the presence of the hygromycin resistance gene and to determine whether the BT gene was present.

For detection of the HPT coding sequence, DNA isolated from 86R callus and control callus was digested with the restriction enzymes BamHI, XhoI, or PstI as described in Examples I and II. After hybridization with a probe prepared from the HPT coding sequence, the following bands were observed. For the BamHI digest, bands were observed at the expected size of 1.05 Kb as well as at approximately 3.0 and 2.3 Kb. This result demonstrates that the HPT coding sequence is present in the callus line 86R. The additional bands at 3.0 and 2.3 Kb indicate that either digestion was incomplete or that multiple rearranged copies are present. For the XhoI digest, a single band was observed at approximately 5.1 Kb. Because XhoI does not cut pHYGI1, this suggests incorporation of the hygromycin construct into DNA different than pHYGI1. For the PstI digestion, a large band was observed at approximately 5.1 Kb. This band

26

appeared to be two fragments of similar molecular weight. Two or more bands would be expected from a PstI digestion if the gene was incorporated into high molecular weight DNA. In no case was hybridization observed for DNA from control callus for any of the above-mentioned digestions.

For detection of the BT coding sequence, a Southern blot was carried out on DNA isolated from 86R and control callus digested with the enzymes BamHI and XhoI in combination. A BamHI, XhoI co-digestion liberates the 1.8 Kb BT coding sequence from the pMS533 construction used in this transformation. The blot prepared was hybridized to a probe prepared from the 1.8 Kb BT coding sequence. A band was observed for 86R DNA at the expected size of 1.8 Kb whereas no hybridization was observed for control DNA. Additional bands of much lesser intensity were also observed for 86R DNA. This result demonstrates that the BT coding sequence is present in the callus line 86R. This further demonstrates the introduction into maize of an unselected gene with potential commercial value. The name of callus line 86R was changed to CB1.

Plants are being regenerated from CB1 callus and control callus as described in Example I.

The invention has been described with reference to various specific and preferred embodiments and techniques. However, it should be understood that many variations and modifications may be made while remaining within the spirit and scope of the invention.

What is claimed is:

1. A fertile transgenic *Zea mays* plant of the R0 generation containing heterologous DNA encoding *Bacillus thuringiensis* endotoxin, wherein said DNA is expressed so that the plant exhibits resistance to an insect, wherein said expression is not present in said plant not containing said DNA, and wherein said DNA is transmitted through a complete normal sexual cycle of the R0 plant to the R1 generation, and wherein said DNA is introduced into said plant by microprojectile bombardment of *Zea mays* callus cells.

2. The transgenic plant of claim 1 wherein said DNA comprises a promoter.

3. The transgenic plant of claim 1 which is selected from the group consisting of field corn, popcorn, sweet corn, flint corn and dent corn.

4. A seed produced by the transgenic plant of claim 1 which comprises a replication of said heterologous DNA.

5. An R1 transgenic *Zea mays* plant derived from the plant of claim 1 wherein said R1 plant expresses said heterologous DNA so that the R1 plant exhibits said phenotypic characteristics.

6. A progeny transgenic *Zea mays* plant derived from the plant of claim 5 wherein said progeny plant expresses said heterologous DNA so that the progeny plant exhibits said phenotypic characteristics.

* * * * *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :          5,484,956

DATED       :          January 16, 1996

INVENTOR(S) :          Ronald C. Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, left column, under FOREIGN PATENT DOCUMENTS, please delete "331853" and insert —331855—.

Signed and Sealed this

Fifth Day of May, 1998

*Attest*

BRUCE LEHMAN

*Attesting Officer*                     *Commissioner of Patents and Trademarks*