IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>       Plaintiffs,<br>  v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>C. A. No. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETICS CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., ET AL.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY
RELATED TO PORTIONS OF THE EXPERT REPORTS OF
ERIC WARD, BARRY BRUCE, AND PAUL CHRISTOU**

Plaintiffs Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation move for an Order excluding certain testimony of Defendants' technical experts, Eric Ward, Barry Bruce, and Paul Christou. The grounds of this motion are more fully set forth in the concurrently filed Plaintiffs' Opening Brief in Support of Their Motion to Exclude Testimony Related to Portions of the Expert Reports of Eric Ward, Barry Bruce, and Paul Christou.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Susan K. Knoll<br>Thomas A. Miller<br>Melinda Patterson<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77092<br>Telephone (713) 787-1400 | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Telephone (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Dated: January 11, 2005 | *Attorneys for Plaintiffs* |

714396

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 11, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on January 11, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413

  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com