WHAT IS CLAIMED IS

1. A fertile transgenic <u>Zea</u> <u>mays</u> plant containing heter-ologous DNA which is heritable.

2. The plant of Claim 1 wherein the heterologous DNA en-codes a protein.

3. The plant of Claim 2 wherein the heterologous DNA is expressed.

4. The plant of Claim 1 wherein the heterologous DNA en-codes an antisense RNA.

5. The plant of Claim 1 wherein the <u>Zea</u> <u>mays</u> plant is se-lected from the group consisting essentially of field corn, pop-corn, sweet corn, flint corn, and dent corn.

6. The plant of Claim 1 wherein the heterologous DNA com-prises a gene selected from the group consisting of non-plant genes, modified genes, synthetic genes, and genes from other plant strains or species.

7. The plant of Claim 1 wherein said heterologous DNA en-codes a beneficial trait to the plant.

8. The plant of Claim 7 wherein said beneficial trait is selected from the group consisting essentially of promoting in-creased crop food value, higher yield, reduced production cost, pest resistance, stress tolerance, drought resistance, disease resistance, and the ability to produce a chemical.

9. The plant of Claim 1 which expresses a selectable marker gene.

10. The plant of Claim 9 wherein the selectable marker

BIOT-104 - 1/22/90                - 40 -

gene confers resistance or tolerance to a compound selected from the group consisting of hygromycin, kanamycin, G418, neomycin, glyphosate, methotrexate, imidazolinone, chlorsulfuron, and bromoxynil.

11. The plant of Claim 9 wherein the selectable marker gene confers resistance or tolerance to hygromycin.

12. The plant of Claim 1 which expresses a reporter gene.

13. The seed produced by the plant of Claim 1 which inherit the heterologous DNA..

14. The grain produced from the plant of Claim 1 when the heterologous DNA increases the crop food value or feed value of said grain.

15. The food produced from the grain of Claim 14.

16. The R2 and higher generations of the plant of Claim 1.

17. The products derived from the Zea mays plant of Claim 1 or any part thereof.

18. The plant of Claim 1 which is produced from transgenic seed produced from a fertile transgenic plant using cross-breeding techniques.

19. A process for producing a fertile transgenic Zea mays plant which stably expresses heterologous DNA which is heritable, wherein the process comprises the steps of (i) establishing a friable embryogenic callus of a plant to be transformed, (ii) transforming said callus by bombarding it with DNA-coated microprojectiles in a microprojectile bombardment procedure, (iii) identifying or selecting a transformed callus cell, and

BIOT-104 - 1/22/90                    - 41 -

SM 0000601

(iv) regenerating a fertile transgenic plant therefrom.

20. The process of Claim 19 wherein the callus subjected to bombardment is in clumps of about 30 to 80 mg per clump.

21. The process of Claim 19 wherein the callus had been initiated about 3 to 36 months before the bombardment.

22. The process of Claim 19 wherein the callus is maintained on solid induction media.



07/974379

ABSTRACT OF THE DISCLOSURE

Fertile transgenic <u>Zea</u> <u>mays</u> (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants.  The process comprises the microjectile bombardment of friable embryogenic callus from the plant to be transformed.  The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

*PATENT*

Attorney's Docket No. __BIOT-104__

Applicant or Patentee: _____ Ronald C. Lundquist et al.

Serial or Patent No.: 0 / _____ to be assigned

Filed or Issued: _____ on even date herewith

For: _____ Fertile Transgenic Corn Plants

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c))—SMALL BUSINESS CONCERN

I hereby declare that I am

☐ the owner of the small business concern identified below:

☒ an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN ___ BioTechnica International, Inc.

ADDRESS OF CONCERN  85 Bolton Street

_____ Cambridge, Massachusetts 02140

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

_____ Fertile Transgenic Corn Plants

by inventor(s) ___ Ronald C. Lundquist et al.

_____

described in

☒ the specification filed herewith.

☐ application serial no. 0 / _____ , filed _____

☐ patent no. _____ , issued _____ .

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE:* Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities (37 CFR 1.27).

(Small Entity–Small Business [7-4]—page 1 of 2)

SM 0000604

NAME _____

ADDRESS _____

☐ INDIVIDUAL   ☐ SMALL BUSINESS CONCERN   ☐ NONPROFIT ORGANIZATION

NAME _____

ADDRESS _____

☐ INDIVIDUAL   ☐ SMALL BUSINESS CONCERN   ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the data on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING _____ Marcia A. Talbot _____

TITLE OF PERSON OTHER THAN OWNER ___ Assistant Corporate Secretary _

ADDRESS OF PERSON SIGNING ___ 1475 Massachusetts Avenue _____

_____ Lexington, Massachusetts  02173

SIGNATURE _Marcia A Talbot_ Date _January 22 1990_

SM 0000605

Print Of Drawing
As Original Filed

07/467933



FIGURE 1

SM 0000606



SM 0000607



07/467983

FIGURE 3.



SM 0000608



7/467933

FIGURE 4

## PHI $R_o$ PLANTS



PROBES:

PHYGI1: ---------- 35S Prm ——I Adh INT I—— HYG ——I NOS ----------

Bam HI    Pst I    Bam HI

PHI.1    PHI.7    PHI.24    CONTROL

1.6Kb→

1 Kb→

SM 0000609





07/467983

*FIGURE 5*



SM 0000610



*FIGURE 6.*

## PH2 CALLUS





 **UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO |
|---|---|---|---|
| 07/467,983 | 01/22/90 | LUNDQUIST                     R | BIOT104 |

BRUCE F. JACOBS
124 MT. AUBURN ST., STE. 200
CAMBRIDGE, MA 02138

000
02/15/90

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION— FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☐ large entity ☑ small entity (verified statement filed), is $ 600,00

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐ The oath or declaration:
   ☑ is missing
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____. Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other:

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $130.00 / 20.00 for large entities or $65.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch.

*A copy of this notice MUST be returned with response.*      SM 0000612

For: Manager, Application Branch
(703) 557-3051

OFFICE COPY

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☐ 105 | ☐ 205 |



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
ı re Application of: Ronald C. Lundquist et al.  )    Docket No.:   8955.1-US-01
                                                 )
                                                 )
 srial No.: 07/467,983    Filed:  January 22, 1990)   Group Art Unit:    N/A
                                                 )
                                                 )
 ɔr: FERTILE TRANSGENIC CORN PLANTS              )    Examiner:  N/A
                                                 )
```

ne Commissioner of Patents and Trademarks
ashington, D.C. 20231

ir:

ɔ are transmitting herewith the attached:

X] An assignment of the invention to   BIOTECHNICA INTERNATIONAL, INC. _____

] A certified copy of a _____ application, Serial No. _____,
filed _____, 19__, the right of priority of which is claimed under 35 U.S.C.
119.

X] Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established
by verified statement previously submitted.

] A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
enclosed.

X] Other:  Assignment cover letter, Letter re: Change of Address, Power of Attorney,
           Declaration and Power of Attorney, Notice to File Missing Parts, Letter re: Notice to
           File Missing Parts

☐ Amendment        ☐ No Additional fee is required        ☐ The fee has been calculated as shown:

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADD'L FEE | or | RATE | ADD'L FEE |
| TOTAL CLAIMS | | - | ∗ | | x 6 = | $ | or | x 12 = | $ |
| INDEPENDENT CLAIMS | | - | ∗ | | x 18 = | $ | or | x 36 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 60 = | $ | or | + 120 = | $ |
| | | | | TOTAL | | $ | | | $ |

] Attached is a Request for Extension of Time for ____ months and fee of $_____.
X] Attached is a check in the amount of $ 60.00 _____, for  surcharge for late  filing of formal
X] Attached is a return postcard.    documents.  Also, check for $8.00 for Assignment recordation
                                     fee.
lease charge any additional fees or credit overpayment to Deposit Account No. 13-2725.  A
uplicate copy of this sheet is enclosed.

ERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
he paper, as described hereinabove, are being deposited in the United States Postal Service, as
irst class mail, in an envelope addressed to: Commissioner of Patents and Trademarks,
ashington, D.C. 20231, on this  21st  day of  _____ March _____ , 19 90 .

ERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT        By: _Warren D. Woessner_ (signature)
:X) 3100 Norwest Center, Mpls, MN 55402 (612)332-5300   Name:   Warren D. Woessner
 ) 1000 Norwest Center, St. Paul, MN 55101 (612)298-1055  Reg. No.  Reg. No. 30,440
 ) 1650 Wells Fargo Center, 333 South Grand Avenue
   Los Angeles, CA 90071 (213)485-0100                 RECEIVED      SM 0000613

                        (GENERAL)                      APR 0 4 1990
90410
                                                       APPLICATION DIVISION 412
```



<div align="right">PATENT</div>

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Ronald C. Lundquist et al.    Examiner: N/A

Serial No.:    07/467,983                     Group Art Unit:  N/A

Filed:         January 22, 1990              M&G 8955.1-US-01

For:           FERTILE TRANSGENIC CORN PLANTS

Manager, Applicaton Branch
Hon. Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

LETTER RE:  NOTICE TO FILE MISSING PARTS

Sir:

    Enclosed is the Notice to File Missing Parts which was mailed on February 15, 1990.  Also enclosed is the Declaration and Power of Attorney, a Power of Attorney, Letter re: Change of Address, and a check for $60.00 for payment of the surcharge for late filing of formal documents.

    Please charge any additional fees to Deposit Account No. 13-2725.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
   WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 332-5300 or 336-4622 (direct)

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231
on _MARCH  21, 1990_
       (Date of Deposit)

    _SANDRA  K. Amberson_
    _Sandra K. Amberson_

Date: ___Mar  21  1990___    By: _Warren D. Woessner_
                                 Warren D. Woessner
                                 Reg. No. 30,440

SM 0000614

MAIL ROOM
MAR 26 1968 1990
PAT & TRADEMARK

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO |
|---|---|---|---|
| 07/467,983 | 01/22/90 | LUNDQUIST | BIOT104 |

BRUCE F. JACOBS
124 MT. AUBURN ST., STE. 200
CAMBRIDGE, MA 02138

000
02/15/90

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION—
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☐ large entity, ☑ small entity (verified statement filed), is $ _____

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
    ☑ is missing
    ☐ does not cover items omitted at the time of execution.
    An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63 identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration: _____ Applicant(s) should provide, if possible an oath or declaration signed by the omitted inventor(s), identifying this application by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $26.00 under 37 CFR 1.17(k), unless this fee has already been paid. NO SURCHARGE UNDER 37 CFR 1.16(e) IS REQUIRED FOR THIS ITEM.

8. ☐ A $20.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned.

10. ☐ Other:

A Serial Number and Filing Date have been assigned to this application. However, to avoid abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large entities or $55.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE DATE OF this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention: Application Branch

*A copy of this notice MUST be returned with response.*

430  03/29/90  07467983                    1 205      60.00 CK                SM 0000615

For: Manager, Application Branch
(703) 557-3254

**COPY TO BE RETURNED WITH RESPONSE**

FORM PTO-1533 (REV. 7-87)

| For Office Use Only | |
|---|---|
| ☐ 102 | ☐ 202 |
| ☐ 103 | ☐ 203 |
| ☐ 104 | ☐ 204 |
| ☐ 105 | ☐ 205 |



43

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT

# United States Patent Application

## COMBINED DECLARATION AND POWER OF ATTORNEY

**▼ INSTRUCTIONS**

As a below named inventor I hereby declare that: my residence, post office address and citizenship are as stated below next to my name; that

I verily believe I am the original, first and sole inventor (if only one name is listed below) or a joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**Insert TITLE of invention**      FERTILE TRANSGENIC CORN PLANTS

**Check a or b**

The specification of which

a. ☐ is attached hereto

b. **XX** was filed on____January 22, 1990_____

**If b checked, complete**      as application serial no.____07/467,983_____

and was amended on_____ (if applicable)

**If PCT Application**      (in the case of a PCT-filed application)

**Insert int. application number & filing date**      described and claimed in international no _____ filed_____

and as amended on_____ (if any), which I have reviewed and for which I solicit a United States patent.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). (Reprinted on back side)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119/365 of any foreign application(s) for patent of inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on the basis of which priority is claimed:

**Prior applications**
**Check a or b**

a ☒ no such applications have been filed.

b ☐ such applications have been filed as follows:      **SM 0000616**

**If b checked, complete**

| FOREIGN APPLICATION(S), IF ANY, CLAIMING PRIORITY UNDER 35   USC   119 | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day,month,year) | DATE OF ISSUE (day,month,year) |
|  |  |  |  |
|  |  |  |  |
| ALL FOREIGN APPLICATIONS, IF ANY, FILED BEFORE THE PRIORITY APPLICATION(S) | | | |
|  |  |  |  |
|  |  |  |  |

I hereby claim the benefit under Title 35, United States Code, § 120/365 of any United States and PCT international application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 156(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

For Continuation-in-Part (CIP) Applications complete

| U S APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|
|  |  |  |
|  |  |  |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No. 20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg. No. 20,890; Cecil C. Schmidt, Reg. No. 20,566; John S. Sumners, Reg. No. 24,216; Alan G. Carlson, Reg. No. 25,959; Michael L. Schwegman, Reg. No. 25,816; Earl D. Reiland, Reg. No. 25,767; Charles E. Golla, Reg. No. 26,896; Douglas J. Williams, Reg. No. 27,054; Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill, Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg. No. 29,165; Michael D. Schumann, Reg. No. 30,422; Michael L. Mau, Reg. No. 30,087; Mark J. DiPietro, Reg. No. 28,707; John A. Clifford, Reg. No. 30,247; Janet R. Westrom, Reg. No. 30,703; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner, Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S. Sherrill, Reg. No. 32,302; Daniel W. McDonald, Reg. No. 32,044; Timothy R. Conrad, Reg. No. 30,164; Janice L. Umbel, Reg. No. 31,201; R. Carl Moy, Reg. No. 30,725; Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No. 32,146; Wendy M. McDonald, Reg. No. 32,427; Linda M. Byrne, Reg. No. 32,404; Mark D. Schuman, Reg. No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner, Reg. No. 29,114; Brian H. Batzli, Reg. No. 32,960; David K. Tellekson, Reg. No. 32,314; John J. Gresens, Reg. No. 33,112; John L. Knoble, Reg. No. 32,387; Albin J. Nelson, Reg. No. 28,650; and Robert C. Beck, Reg. No. 28,124, and Janice M. Mueller, P-33,975.

I hereby authorize them to act and rely on instructions from and communicate directly with the person/assignee/ attorney/firm/organization/who/which first sends/sent this case to them and by whom/which I hereby declare that I have consented after full disclosure to be represented unless/until I instruct Merchant, Gould to the contrary.

Please direct all correspondence in this case to Merchant, Gould, Smith, Edell, Welter & Schmidt at the address indicated below (or if no address is specified, the first address):

XX  3100 Norwest Center, Minneapolis, MN 55402   ☐  1000 Norwest Center, St Paul, MN 55101
Telephone No (612) 332-5300                          Telephone No (612) 298-1055

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Insert FULL name(s) AND address(es) of actual inventor(s)

|     | FULL NAME OF INVENTOR / RESIDENCE & CITIZENSHIP / POST OFFICE ADDRESS | FAMILY NAME / CITY / POST OFFICE ADDRESS | FIRST GIVEN NAME / STATE OR FOREIGN COUNTRY / CITY | SECOND GIVEN NAME / COUNTRY OF CITIZENSHIP / STATE & ZIP CODE/COUNTRY |
|---|---|---|---|---|
| 201 | FULL NAME OF INVENTOR | Lundquist | Ronald | C. |
|  | RESIDENCE & CITIZENSHIP | Minnetonka | Minnesota | U.S.A. |
|  | POST OFFICE ADDRESS | 4901 Clear Spring Road | Minnetonka | MN 55345 U.S.A. |
| 202 | FULL NAME OF INVENTOR | Walters | David | A. |
|  | RESIDENCE & CITIZENSHIP | Bloomington | Minnesota | U.S.A. |
|  | POST OFFICE ADDRESS | 11424 Kell Road | Bloomington | MN 55437 U.S.A. |
| 203 | FULL NAME OF INVENTOR |  |  |  |
|  | RESIDENCE & CITIZENSHIP |  |  |  |
|  | POST OFFICE ADDRESS |  |  |  |

Each inventor must sign & date

Note: No legalization or other witness required

| SIGNATURE OF INVENTOR 201 | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| Ronald C. Lundquist | | |
| DATE  Mon, 19, 1990 | DATE  1 MARCH 19 1990 | DATE |

For Additional Inventors:
☐  Check box and attach sheet with same information, including date and signature.

SM 0000617

Revised 7/13/89



MAIL ROOM
MAR
26
1990
68
PAT. & TRADEMARK OFF.

PATENT

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist and David A. Walters | Examiner: N/A |
| Serial No.: | 07/467,983 | Group Art Unit:  N/A |
| Filed: | January 22, 1990 | M&G 8955.1-US-01 |
| For: | FERTILE TRANSGENIC CORN PLANTS | |

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

<u>POWER OF ATTORNEY</u>

Sir:

The undersigned hereby elects, under Rule 32 of the Rules of Practice in Patent Cases (37 C.F.R. §1.32), to prosecute the application to the exclusion of the inventors.

The Assignee hereby revokes any previous Powers of Attorney and appoints John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No. 20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg. No. 20,890; Cecil C. Schmidt, Reg. No. 20,566; John S. Sumners, Reg. No. 24,216; Alan G. Carlson, Reg. No. 25,959, Micheal L. Schwegman, Reg. No. 25,816; Earl R. Reiland, Reg. No. 25,767; Charles E. Golla, Reg. No. 26,896; Douglas J. Williams, Reg. No. 27,054; Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill, Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg.

SM 0000618

No. 29,165; Michael D. Schumann, Reg. No. 30,422; Michael L. Mau, Reg. No. 30,087; Mark J. DiPietro, Reg. No. 28,707; John A. Clifford, Reg. No. 30,247; Janet R. Westrom, Reg. No. 30,703; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner, Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S. Sherrill, Reg. No. 32,302; Daniel W. McDonald, Reg. No. 32,044; David G. Johnson, Reg. No. 31,628; Timothy R. Conrad, Reg. No. 30,164; R. Carl Moy, Reg. No. 30,725; Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No. 32,146; Wendy M. McDonald, Reg. No. 32,427; Linda M. Byrne, Reg. No. 32,404; Mark D. Schuman, Reg. No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner, Reg. No. 29,114; Brian H. Batzli, Reg. No. 32,960; David A. Tellekson, Reg. No. 32,314; John J. Gresens, Reg. No. 33,112; John L. Knoble, Reg. No. 32,387; and Albin J. Nelson, Reg. No. 28,650; each members or associates of the firm of MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT, P.A., as its attorney or agent so long as they remain with such firm, with full power of substitution and revocation, to prosecute the application, to make alterations and amendments therein, to transact all business in the U.S. Patent and Trademark Office in connection therewith and to receive the Letters Patent.

- 2 -

SM 0000619

Please direct all communications as follows:

> Warren D. Woessner, Esq.
> Merchant, Gould, Smith, Edell,
>     Welter & Schmidt, P.A.
> 3100 Norwest Center
> 90 South Seventh Street
> Minneapolis, Minnesota  55402
> (612) 332-5300 or 336-4622 (direct)

ASSIGNEE:    BioTechnica International, Inc.

_____

Date: _March 20, 1990_____    By: _Marcia A Talbot_____

Name: _Marcia A. Talbot_____

Title: _Assistant Corporate Secretary_

- 3 -

SM 0000620

*4*

<u>PATENT</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Applicants:   Ronald C. Lundquist et al.   Examiner: N/A

Serial No.:   07/467,983              Group Art Unit:  N/A

Filed:        January 22, 1990        M&G 8955.1-US-01

For:          FERTILE TRANSGENIC CORN PLANTS

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

<u>LETTER RE: CHANGE OF ADDRESS</u>

Sir:

        It is respectfully requested that a change of address

be entered for the above-identified application.  Please direct

all communication as follows:

    Warren D. Woessner, Esq.
    Merchant, Gould, Smith, Edell,
        Welter & Schmidt, P.A.
    3100 Norwest Center
    90 South Seventh Street
    Minneapolis, MN  55402

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on ___MARCH 21, 1990___
        (Date of Deposit)

_SANDRA K. Amberson_
_Sandra K. Amberson_

Date___mar 21 1990___

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
    WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 332-5300 or 336-4622

_Warren D Woessner_
Warren D. Woessner
Reg. No. 30,440          **SM 0000621**



*18X*    *184*    *Ben2011*    *#5*    *5/25/90*

## MERCHANT & GOULD

*27.*
*8/1*    *467,983*
*18X*
*18*

(MAIL ROOM APR 2 1990 PT. S stamp)

**Merchant, Gould, Smith, Edell, Welter & Schmidt**
Professional Association
Patent, Trademark &
Copyright Lawyers

3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota
U.S.A. 55402
FAX 612/332 9081
Telex 290593 M&G Mps
612/332 5300

Direct dial: **336-4600**

John D. Gould
Phillip H. Smith
Robert T. Edell
Paul A. Welter
Cecil C. Schmidt
John S. Sumners
Alan G. Carlson
Micheal L. Schwegman
Earl D. Reiland
Charles E. Golla
Douglas J. Williams
Douglas A. Strawbridge
Albert L. Underhill
D. Randall King
Norman P. Friederichs
Michael B. Lasky
Curtis B. Hamre
Michael D. Schumann
Michael L. Mau
John A. Clifford
Mark J. DiPietro
Steven W. Lundberg
Warren D. Woessner

Janet R. Westrum
David G. Johnson
Alan W. Kowalchyk
Michael S. Sherrill
Timothy R. Conrad
Daniel W. McDonald
R Carl Moy
Robert C Freed
Daniel J. Kluth
Wendy M. McDonald
Linda M. Byrne
Mark D. Schuman
Randall A Hillson
John P. Sumner
Brian H. Batzli
David K. Tellekson
Hallie A. Finucane
John J. Gresens
Steven J. Keough
Paul E. Lacy
John L. Knoble
Michelle M. Michel
Philip P. Caspers

Gregory A Sebald
Jane H Arrett
A. James Nelson
Robert C Deck
George H. Gates
John M Kelly
Gregory M. Taylor
Kristine M. Strodthoff
Thomas E. Jurgensen
Steven C Bruess
Joel A. Rothfus
Mark A. Krull

March 30, 1990

Honorable Commissioner of
    Patents & Trademarks
Washington, D.C. 20231

`--CEIVED GROUP 180`
`MAY 2 2 1990`

Re:    Change of Address for Application or Patent
        Identified in Accompanying Paper

Dear Sir:

Attached is a sheet of paper containing identifying information
for a United States patent or patent application.  Pursuant to
MPEP § 601.03, it is requested that the correspondence address
for applicant's attorneys be changed to indicate the following
new address:

    MERCHANT, GOULD, SMITH, EDELL,
    WELTER & SCHMIDT, P.A.
    3100 Norwest Center
    90 South Seventh Street
    Minneapolis, MN  55402

Enclosed is a copy of a March 23, 1990 letter forwarded to the
Office of Enrollment and Discipline as required by MPEP § 601.03.

Also enclosed is a postcard indicating receipt of the enclosed
change of address.  It is requested that the postcard be stamped
and returned to the undersigned.

Please address all future communications and notices regarding
the identified patent or patent application to the new address.
The telephone number for the firm remains (612) 332-5300.

Very truly yours,

MERCHANT, GOULD, SMITH,
EDELL, WELTER & SCHMIDT, P.A.

Paul A. Welter, Reg. No. 20,890
PAW/jmv
Enclosure

**SM 0000622**

| Application Number | Code | Number | Country | Sub Case | Status |
|---|---|---|---|---|---|
| 07/467983 | 8955 | 0001 | US | | PENDING |

SM 0000623

# MERCHANT & GOULD

Merchant, Gould, Smith,
Edell, Welter & Schmidt
Professional Association
Patent, Trademark &
Copyright Lawyers

3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota
U.S.A. 55402
FAX 612/332 9081
Telex 290593 M&G Mps
612/332 5300

John D Gould
Phillip H Smith
Robert T. Edell
Paul A. Welter
Cecil C Schmidt
John S Sumners
Alan G Carlson
Micheal L Schwegman
Earl D Reiland
Charles E Golla
Douglas J Williams
Albert L Underhill
D. Randall King
Norman P. Friederichs
Michael B. Lasky
Curtis B. Hamre
Michael D Schumann
Michael L. Mau
John A Clifford
Mark J DiPietro
Steven W. Lundberg
Warren D. Woessner

Janet R Westrom
David G Johnson
Alan W Kowalchyk
Michael S. Sherrill
Timothy R. Conrad
Daniel W. McDonald
R. Carl Moy
Robert C Freed
Daniel J. Kluth
Wendy M McDonald
Linda M Byrne
Mark D Schuman
Randall A. Hillson
John P. Sumner
Brian H Batzli
David K Tellekson
Hallie A. Finucane
John J Greeens
Steven J Keough
Paul E Lacy
John L. Knoble
Michelle M Michel
Phillip P. Caspers

Gregory A Sebald
Jane H Arrett
A. James Nelson
Robert C Beck
George H. Gates
John M. Kelly
Gregory M Taylor
Kristine M Strodthoff
Thomas E. Jurgensen
Steven C Bruess
Joel A. Rothfus
Mark A. Krull

Douglas A. Strawbridge

March 23, 1990

Direct dial: 336-4600

Office of Enrollment and Discipline
Commissioner of Patent and Trademarks
Washington, D. C.  20231

Re:  Change of Address

Dear Sir:

Pursuant to M.P.E.P. § 601.03, please be advised that the
Minneapolis office of Merchant, Gould, Smith, Edell, Welter &
Schmidt, P.A. has been changed from 801 Nicollet Mall, 1600
Midwest Plaza Building, Minneapolis, Minnesota 55402 to the
following:

> MERCHANT, GOULD, SMITH, EDELL,
>    WELTER & SCHMIDT, P.A.
> 3100 Norwest Center
> 90 South Seventh Street
> Minneapolis, Minnesota  55042

Please address all future communications and notices to the new
address.  The telephone number for the firm remains (612) 332-
5300.

The above address change pertains to all attorneys listed on the
enclosed Appendix A.  The undersigned is the President of the
firm of Merchant, Gould, Smith, Edell, Welter & Schmidt and has
the authority to file this notice on behalf of the enclosed named
attorneys.

Very truly yours,

MERCHANT, GOULD, SMITH,
EDELL, WELTER & SCHMIDT, P.A.

Paul A. Welter, Reg. No. 20,890
PAW/jmv
Enclosure

SM 0000624

Minneapolis  Saint Paul  Los Angeles

## APPENDIX A

John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No.
20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg.
No. 20,890; John S. Sumners, Reg. No. 24,216; Alan G. Carlson,
Reg. No. 25,959; Michael L. Schwegman, Reg. No. 25,816; Earl D.
Reiland, Reg. No. 25,767; Douglas J. Williams, Reg. No. 27,054;
Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill,
Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael
B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg. No. 29,165;
Michael D. Schumann, Reg. No. 30,422; John A. Clifford, Reg. No.
30,247; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner,
Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S.
Sherrill, Reg. No. 32,302; Daniel W. McDonald, Reg. No. 32,044;
Timothy R. Conrad, Reg. No. 30,164; R. Carl Moy, Reg. No. 30,725;
Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No.
32,149; Wendy M. McDonald, Reg. No. 32,427; Mark D. Schuman, Reg.
No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner,
Reg. No. 29,114; David K. Tellekson, Reg. No. 32,314; John L.
Knoble, Reg. No. 32,387; Albin J. Nelson, Reg. No. 28,650; Robert
C. Beck, Reg. No. 28,124; Steven J. Keough, Reg. No. 33,910;
Michelle M. Michel, Reg. No. P-33,968; Philip P. Caspers, Reg.
No. 33,227; Gregory A. Sebald, Reg. No. 33,280; and George H.
Gates, Reg. No. 33,500.

SM 0000625





<u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Ronald C. Lundquist and    Examiner: N/A
            David A. Walters

Serial No.:   07/467,983          Group Art Unit:  N/A

Filed:       January 22, 1990       M&G 8955.1-US-01

For:        FERTILE TRANSGENIC CORN PLANTS

---

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

RECEIVED GROUP 180
JUL 1 1 1990

### POWER OF ATTORNEY

Sir:

      The undersigned hereby elects, under Rule 32 of the Rules of Practice in Patent Cases (37 C.F.R. §1.32), to prosecute the application to the exclusion of the inventors.

      The Assignee hereby revokes any previous Powers of Attorney and appoints John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No. 20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg. No. 20,890; Cecil C. Schmidt, Reg. No. 20,566; John S. Sumners, Reg. No. 24,216; Alan G. Carlson, Reg. No. 25,959, Micheal L. Schwegman, Reg. No. 25,816; Earl R. Reiland, Reg. No. 25,767; Charles E. Golla, Reg. No. 26,896; Douglas J. Williams, Reg. No. 27,054; Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill, Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg.

SM 0000626

No. 29,165; Michael D. Schumann, Reg. No. 30,422; Michael L. Mau, Reg. No. 30,087; Mark J. DiPietro, Reg. No. 28,707; John A. Clifford, Reg. No. 30,247; Janet R. Westrom, Reg. No. 30,703; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner, Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S. Sherrill, Reg. No. 32,302; Daniel W. McDonald, Reg. No. 32,044; David G. Johnson, Reg. No. 31,628; Timothy R. Conrad, Reg. No. 30,164; R. Carl Moy, Reg. No. 30,725; Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No. 32,146; Wendy M. McDonald, Reg. No. 32,427; Linda M. Byrne, Reg. No. 32,404; Mark D. Schuman, Reg. No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner, Reg. No. 29,114; Brian H. Batzli, Reg. No. 32,960; David A. Tellekson, Reg. No. 32,314; John J. Gresens, Reg. No. 33,112; John L. Knoble, Reg. No. 32,387; and Albin J. Nelson, Reg. No. 28,650; each members or associates of the firm of MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT, P.A., as its attorney or agent so long as they remain with such firm, with full power of substitution and revocation, to prosecute the application, to make alterations and amendments therein, to transact all business in the U.S. Patent and Trademark Office in connection therewith and to receive the Letters Patent.

SM 0000627

Please direct all communications as follows:

Warren D. Woessner, Esq.
Merchant, Gould, Smith, Edell,
    Welter & Schmidt, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 332-5300 or 336-4622 (direct)

ASSIGNEE:___BioTechnica International, Inc.

Date: _March 20, 1990_____        By: _Marcia A. Talbot_____

                                  Name:__Marcia A. Talbot_____

                                  Title:_Assistant Corporate Secretary

SM 0000628

- 3 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE                    GR 184

In re application of: Ronald C. Lundquist et al.          )          Docket No.: 8955.1-US-01
                                                           )
                                                           )
Serial No.: 07/467,983      Filed: January 22, 1990.       )          Group Art Unit: N/A
                                                           )
For:    FERTILE TRANSGENIC CORN PLANTS                      )          Examiner: N/A
                                                           )

The Commissioner of Patents and Trademarks
Washington, D.C. 20231                                        /8X          RECEIVED GROUP 180
Sir:

We are transmitting herewith the attached:                    D30          [JUL 1 1 1990
[ ]   An assignment of the invention to _____
      _____, a _____ corporation
[ ]   A certified copy of a _____ application, Serial No. _____, filed _____
      19__, the right of priority of which is claimed under 35 U.S.C. 119.
[ ]   Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established
      by verified statement previously submitted.
[ ]   A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
      enclosed.
[X]   Other:  Request for Official Filing Receipt
      _____

__Amendment    __No Additional fee is required    __The fee has been calculated as shown:

### CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | # # # # | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | or | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADD'L FEE | | RATE | ADD'L FEE |
| TOTAL CLAIMS | | - | ∞ | | x 6 = | $ | or | x 12 = | $ |
| INDEPENDENT CLAIMS | | - | ∞ | | x 18 = | $ | or | x 36 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 60 = | $ | or | + 120 = | $ |
| | | | | TOTAL | $ | | | | $ |

_ Attached is a Petition for Request for Extension of Time for __ month and fee of $_____.
_Attached is a check in the amount of $_____, for _____.
X Attached is a return postcard.

Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.
A duplicate copy of this sheet is enclosed.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
the paper, as described hereinabove, are being deposited in the United States Postal Service, as
first class mail, in an envelope addressed to:  Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on this 27 day of June , 1990.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT          By: Wa D Woessner
3100 Norwest Center, Mpls, MN 55402 (612)332-5300         Name: Warren D. Woessner
                                                          Reg. No.: 30,440

                         (GENERAL)          SM 0000629

Revised 4/30/90



*# 7*

<u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Ronald C. Lundquist et al.    Examiner: N/A

Serial No.:    07/467,983    Group Art Unit:  N/A

Filed:    January 22, 1990    M&G 8955.1-US-01

For:    FERTILE TRANSGENIC CORN PLANTS

Manager, Applicaton Branch
Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

*RECEIVED GROUP 180*
*Jul 1 1 1990*

<u>REQUEST FOR OFFICIAL FILING RECEIPT</u>

Sir:

On March 21, 1990, Applicants filed a complete response to the Notice to File Missing Parts, mailed February 15, 1990.  I was recently informed by the Applications Branch that an Official Filing Receipt had been issued with respect to the above-identified application.  However, to date, it has not been received.  Therefore, it is respectfully requested that a duplicate Official Filing Receipt be transmitted to the undersigned attorney for Applicants, <u>at the address indicated below</u>.  A copy

SM 0000630

*letter mailed*
*8-7-90*

of the Power of Attorney which was filed on March 21, 1990, is also enclosed.

                        Respectfully submitted,

                        RONALD C. LUNDQUIST ET AL.

                        By their attorneys,

                        MERCHANT, GOULD, SMITH, EDELL,
                          WELTER & SCHMIDT, P.A.
                        3100 Norwest Center
                        90 South Seventh Street
                        Minneapolis, Minnesota  55402
                        (612) 332-5300 or 336-4622 (direct)


Date: _____Jun 27 1990_____    By: _Warren D Woessner_
                                    Warren D. Woessner
                                    Reg. No. 30,440


                                        SM 0000631

                        - 2 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Ronald C. Lundquist et al. )     Docket No.:  8955.1-US-01
                                                   )
                                                   )
Serial No.: 07/467,983     Filed: January 22, 1990 )     Group Art Unit:  184
                                                   )
                                                   )
For:    FERTILE TRANSGENIC CORN PLANTS             )     Examiner: _N/A_ Benzion

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

[ ]  An assignment of the invention to _____
     _____, a _____ corporation.

[ ]  A certified copy of a _____ application, Serial No. _____, filed ____,
     19__, the right of priority of which is claimed under 35 U.S.C. 119.

[ ]  Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established
     by verified statement previously submitted.

[ ]  A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
     enclosed.

[X]  Other: _Letter re: Information Disclosure Statement, PTO Form 1449 and cited references_

__Amendment     __No Additional fee is required     __The fee has been calculated as shown:

## CLAIMS AS AMENDED

| (1) CLAIMS REMAINING AFTER AMENDMENT | # # # # | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | or | OTHER | |
|---|---|---|---|---|---|---|---|---|
| | | | | RATE | ADD'L FEE | or | RATE | ADD'L FEE |
| TOTAL CLAIMS | - | - | | x 6 = | $ | or | x 12 = | $ |
| INDEPENDENT CLAIMS | - | - | | x 18 = | $ | or | x 36 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | + 60 = | $ | or | + 120 = | $ |
| | | | TOTAL | | $ | | | $ |

_ Attached is a Petition for Request for Extension of Time for __ month and fee of $_____.
_ Attached is a check in the amount of $_____, for _____
X Attached is a return postcard.

Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.
A duplicate copy of this sheet is enclosed.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
the paper, as described hereinabove, are being deposited in the United States Postal Service, as
first class mail, in an envelope addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on this _16_ day of _August_, 1990.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT          By: _Warren D. Woessner_
3100 Norwest Center, Mpls, MN 55402 (612)332-5300        Name: _Warren D. Woessner_
                                                         Reg. No.: _30,440_

(GENERAL)                          SM 0000632

Revised 4/30/90



MAIL ROOM
69 AUG 20 1990
PAT. & TRADEMARK OFF.

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Ronald C. Lundquist et al.        Examiner:  N/A

Serial No. : 07/467,983                         Group Art Unit:  184

Filed      : January 22, 1990                   M&G:  8955.1-US-01

Title      : FERTILE TRANSGENIC CORN PLANTS

RECEIVED 90 AUG 22 AM 11:39 GROUP 180

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

LETTER RE:  INFORMATION DISCLOSURE STATEMENT

Sir:

    Enclosed is PTO Form 1449 listing documents which were
reviewed with respect to the above-identified application.
Copies are enclosed.  The documents are discussed briefly below.

    A. S. Wang (U.S. Patent No. 4,806,483) discloses a
process for regenerating plants from mature corn embryos.

    R. S. Ingolia et al. (U.S. Patent No. 4,559,302) dis-
close expression vectors comprising promoters for the beta-
galactosidase or hydromycin phosphotransferase genes.  The DNA
sequence can be used to promote and direct the expression of
structural genes coding, for example, various peptide hormones.

    K. A. Hibberd et al. (U.S. Patent No. 4,581,847)
disclose maize which overproduces tryptophan, due to feedback-
resistant AS.

                                        SM 0000633

R. F. Santerre et al. (U.S. Patent No. 4,727,028) disclose recombinant cloning and expression vectors which confer hygromycin B and/or G418 resistance to host cells.

Eli Lilly and Co. (published European patent application No. 204,549) discloses a method to isolate antibiotic synthetic genes by probing a library genetic DNA delivered from an antibiotic-producing organism with a labelled antibiotic resistance conferring DNA segment.

Monsanto (published European patent application No. 289,479) discloses the introduction of chimeric B.t. toxin genes into maize protoplasts by electroporation, and the recovery of maize cells which express the toxin genes.

DNA Plant Technology (published European patent application No. 275,069) discloses the pollen-mediated introduction of the gene for kanamycin resistance into corn.

Ciba-Geigy AG (published European patent application No. 292,435) discloses that fertile transgenic corn plants can be regenerated from transgenic protoplasts which contain a gene for Bacillus thuringiensis insect pro-toxin.

Agraletus (published European patent application 270,356) claims a method to create genetically engineered maize plants by pollen-mediated transformation (claim 18).

I. Potrykus, Trends in Biotechnology, 7, 269 (1989), K. Weising et al., Ann. Rev. of Genetics, 22, 421 (1988) and E. C. Cocking et al., Science, 236, 1259 (1987) are discussed in the specification at pages 1-2.

SM 0000634

2

A. C. F. Graves et al., <u>Plant Molecular Biology</u>, <u>7</u>, 43 (1986), and C. A. Rhodes et al., <u>Science</u>, <u>240</u>, 204 (April 8, 1988) are discussed at page 2 of the specification.

J. C. Sanford et al., <u>Part. Sci. & Technol.</u>, <u>5</u>, 27 (1987); Biolistics, Inc. (published European patent application No. 331,855); T. M. Klein et al. <u>PNAS USA</u>, <u>85</u>, 4305 (1988); and T. M. Klein et al., <u>Plant Physiol.</u>, <u>91</u>, 440 (1989) are discussed at pages 3 and 15 of the specification.

R. Phillips et al., in <u>Corn and Corn Improvement</u>; Agronomy Soc'y of America et al., Madison, WI (3d ed. 1988) at chapter 5. J. Callis et al., <u>Genes & Develop.</u>, <u>1</u>, 1183 (1987) and R. A. Jefferson et al., <u>EMBO J</u>, <u>6</u>, 3901 (1987) are discussed at page 13 of the application.

T. M. Klein et al., <u>Bio/Technology</u>, <u>6</u>, 559 (1988) and P. Christou et al., <u>Plant Physiol.</u>, <u>87</u>, 671 (1988)(cited as Swain et al.) are discussed on page 14 of the specification. T. M. Klein et al., <u>Nature</u>, <u>327</u>, 70 (1987) also disclose the use of microprojectiles to deliver nucleic acid into cells.

C. E. Green et al., in <u>Maize for Biological Research</u>, Plant Molec. Biol. Assoc. (1982) at pages 367-372 (cited as Green et al. (1981)) and M. Neuffer, in <u>Maize for Biological Research</u>, Plant Molec. Biol. Assoc. (1988) at pages 19-30 are discussed at page 18 of the specification.

L. Gritz et al., <u>Gene</u>, <u>25</u>, 179 (1983), M. Bevan et al., <u>Nuc. Acids Res.</u>, <u>11</u>, 369 (1983)(cited as Chilton) and H. Guilley

SM 0000635

3

et al., <u>Cell</u>, <u>30</u>, 763 (1982) are discussed at page 23 of the specification.

J. R. de Wett et al., <u>PNAS USA</u>, <u>82</u>, 7870 (1985) is discussed at page 24 of the specification.

J. C. Sanford et al., <u>Theor. Appl. Genet.</u>, <u>69</u>, 571 (1985) disclose the failure of pollen medicated transformation of corn using genomic donor DNA.

Y. Ohta, <u>PNAS USA</u>, <u>83</u>, 715 (1986) discloses the genetic transformation of corn by the application of a mixture of exogen-ous corn DNA to pollen of the recipient plant. Due to the low frequency of the transformed endosperm in the next generation, it is disclosed that "[i]t may be that exogenous DNA taken into the embryo was unstable."

G. Booy et al., <u>J. Plant Physiol.</u>, <u>135</u>, 319 (1989) disclose that the incubation of maize pollen with plasmid DNA, followed by <u>in</u> <u>vitro</u> pollination failed to incorporate the plasmid DNA into the embryos.

M. E. Fromm et al., <u>Nature</u>, <u>319</u>, 791 (1986) disclose electroporation-mediated transfer of the <u>neo</u> gene construct into maize protoplasts.

C. A. Rhodes et al., <u>Bio/Technology</u>, <u>6</u>, 56 (Jan. 1988) disclose plant regeneration from protoplasts isolated from embryogenic maize cultures. The regenerated plants were not fertile.

R. D. Shillito et al., <u>Bio/Technology</u>, <u>7</u>, 581 (June 1989) and L. M. Prioli et al., <u>Bio/Technology</u>, <u>7</u>, 589 (June 1989)

4                    SM 0000636

disclose regeneration of fertile plants from protoplasts of elite inbred maize.

N. Grimsley et al., <u>Molec. Gen. Genet.</u>, <u>21</u>, 309 (1989) disclose an analysis of T-DNA transfer to maize, using a series of <u>vir</u> mutant strains of <u>Agrobacterium</u>.  T-DNA integration was not established.

I. Potrykus, <u>Bio/Technology</u>, 535 (June 1990) is a review summarizing the problems relating to gene transfer to cereals.

When the Examiner takes the above-identified applica-tion up for the first Office Action, consideration of the listed documents and the remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
    WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN   55402
(612) 332-5300 or 336-4622 (direct)

Date _August 15 1990_        By _Warren D Woessner_
                                Warren D. Woessner
                                Reg. No. 30,440

SM 0000637

5

Form PTO-1449
(Revised)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**INFORMATION DISCLOSURE STATEMENT
BY APPLICANT**
*(Use several sheets if necessary)*

| ATTY DOCKET NO | Sheet 1 of 10 |
|---|---|
| 8955.1-US-01 | SERIAL NO 994379 |
| APPLICANT | 07/467,983 |
| R. C. Lundquist et al. | |
| FILING DATE | GROUP |
| January 22, 1990 | 184 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | 4 8 0 6 4 8 3 | 2/21/89 | A. S. Wang | 435 | 240.49 | 8/18/86 |
| | 4 5 5 9 3 0 2 | 12/17/85 | R. S. Ingolia | 435 | 172.3 | 11/01/82 |
| | 4 5 8 1 8 4 7 | 4/15/86 | K. A. Hibberd et al. | 47 | 58 | 9/04/84 |
| | 4 7 2 7 0 2 8 | 2/23/88 | R. F. Santerre et al. | 435 | 240.2 | 9/30/83 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | 2 0 4 6 4 9 | 12/86 | European Patent Application | | | | X |
| | 2 8 9 4 7 9 | 11/88 | European Patent Application | | | | X |
| | 2 7 5 0 6 9 | 7/88 | European Patent Application | | | X | |
| | 2 9 2 4 3 5 | 11/88 | European Patent Application | | | X | |
| | 2 7 0 3 5 6 | 8/88 | European Patent Application | | | | X |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

I. Potrykus, *Trends in BioTechnology*, *7*, 269 (1989).

K. Weising et al., *Ann. Rev. Genet.*, *22*, 421 (1988).

E. C. Cocking et al., *Science*, *236*, 1259 (1987).

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 10/31/90 |

*EXAMINER   Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.*

SM 0000638

Sheet __2__ of __10__

| Form PTO-1449 (Revised 5-85) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY DOCKET NO 8955.1-US-01 | SERIAL NO 074379 ~~07/467,983~~ |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | APPLICANT R. C. Lundquist et al. | |
| | | FILING DATE January 22, 1990 | GROUP 184 |

*(Stamp: AUG 20 1990)*

*(Margin handwriting: 90 AUG 22 GROUP 180)*

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| *(initials)* | 331855 | 9/89 | European Patent Application | | | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| *(initials)* | A. C. F. Graves et al., Plant Molecular Biology, 7, 43 (1986). |
| | C. A. Rhodes et al., Science, 240, 204 (1988). |
| | J. C. Sanford et al., Particulate Science and Technology, 5, 27 (1987). |

| EXAMINER *(signature)* | DATE CONSIDERED 12/31/90 |
|---|---|

*EXAMINER  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000639

| Form PTO-1449 | | | | | ATTY DOCKET NO | | Sheet 3 of 10 |
|---|---|---|---|---|---|---|---|

Form PTO-1449
(Revised 5-85)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT

(Use several sheets if necessary)

| ATTY DOCKET NO | SERIAL NO |
|---|---|
| 8955.1-US-01 | ~~979375~~ ~~07/467,983~~ |

| APPLICANT |
|---|
| R. C. Lundquist et al. |

| FILING DATE | GROUP |
|---|---|
| January 22, 1990 | 184 |

Sheet 3 of 10

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | T. M. Klein et al., PNAS USA, 85, 4305 (1988). |
| | T. M. Klein et al., Plant Physiol., 91, 440 (1989). |
| | R. L. Phillips et al., in Corn and Corn Improvement, ASA et al., pubs., Madison, WI (3d ed., 1988) at Chapter 5. |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 10/31/90 |

*EXAMINER    Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000640

| Form PTO-1449 (Revised 5-85) | INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | | Sheet 4 of 10 |
|---|---|---|---|---|---|
| | | ATTY DOCKET NO 8955.1-US-01 | | SERIAL NO 974379 07/467,983 | |
| | | APPLICANT R. C. Lundquist et al. | | | |
| | | FILING DATE January 22, 1990 | | GROUP 184 | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | J. Callis et al., Genes and Development, 1, 1183 (1987). |
| | R. A. Jefferson et al., EMBO J., 6, 3901 (1987). |
| | T. M. Klein et al., Bio/Technology, 6, 559 (1988). |

| EXAMINER | DATE CONSIDERED 10/31/91 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000641

Form PTO-  
(Revised 3-85)  
INFORMATION DISCLOSURE STATEMENT  
~~APPLICANT~~  
(Use several sheets if necessary)

U.S. DEPARTMENT OF COMMERCE  
PATENT AND TRADEMARK OFFICE

MAIL ROOM  
AUG 20 1990  
TRADEMARK

| | |
|---|---|
| Sheet 5 of 10 | |
| ATTY. DOCKET NO. | SERIAL NO. |
| 8955.1-US-01 | 07/~~467,983~~ 974379 |
| APPLICANT | |
| R. C. Lundquist et al. | |
| FILING DATE | GROUP |
| January 22, 1990 | 184 |

90 AUG 22 AM11: 10  
RECD  
GROUP 160

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | P. Christou et al., Plant Physiol., 87, 671 (1988). |
| | T. M. Klein et al., Nature, 327, 70 (1987). |
| | C. E. Green et al., in Maize for Biological Research, Plant Molec. Biol. Assoc. (1982) at pages 367-372. |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 10/31/90 |

*EXAMINER    Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000642

| Form PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY DOCKET NO 8955.1-US-01 | Sheet 6 of 10 |
| (Revised | | | SERIAL NO 07/467,983 974379 |

INFORMATION DISCLOSURE STATEMENT BY APPLICANT

APPLICANT
R. C. Lundquist et al.

*(Use several sheets if necessary)*

| FILING DATE January 22, 1990 | GROUP 184 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

M. Neuffer et al., in <u>Maize for Biological Research</u>, Plant Molec. Biol. Assoc. (1988) at pages 19-30.

L. Gritz et al., <u>Gene</u>, <u>25</u>, 179 (1983).

M. Bevan et al., <u>Nuc. Acids Res.</u>, <u>11</u>, 369 (1983).

| EXAMINER | DATE CONSIDERED 10/31/90 |

*EXAMINER Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-1449
(Revised 5-85)

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

| Sheet 7 of 10 |

ATTY DOCKET NO. 8955.1-US-01
SERIAL NO. 07/467,983

APPLICANT R. C. Lundquist et al.
FILING DATE January 22, 1990
GROUP 184

RECEIVED 90 AUG 22 AM 11:40 GROUP 180

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

H. Guilley et al., Cell, 30, 763 (1982).

J. R. de Wett et al., PNAS USA, 82, 7870 (1985).

J. C. Sanford et al., Theor. Appl. Genet., 69, 571 (1985).

EXAMINER [signature]    DATE CONSIDERED 10/31/90

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000644

| Form PTO-1449 | | | | | ATTY DOCKET NO | | SERIAL NO | | Sheet 8 of 10 |
|---|---|---|---|---|---|---|---|---|---|

Form PTO-1449
(Revised 5-85)

MAIL ROOM AUG 20 1990

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use several sheets if necessary)

| ATTY DOCKET NO | SERIAL NO |
|---|---|
| 8955.1-US-01 | 07/467,983 974305 |

| APPLICANT | |
|---|---|
| R. C. Lundquist et al. | |

| FILING DATE | GROUP |
|---|---|
| January 22, 1990 | 184 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED 90 AUG 22 AM 11:40 GROUP 150

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

Y. Ohta, PNAS USA, 83, 715 (1986).

G. Booy et al., J. Plant Physiol., 135, 319 (1989).

M. E. Fromm et al., Nature, 319 791 (1986).

| EXAMINER | DATE CONSIDERED |
|---|---|
| Benzen | 10/31/90 |

*EXAMINER   Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000645

| Form PTO-1449 | | ATTY. DOCKET NO. | | SERIAL NO | Sheet 9 of 10 |
|---|---|---|---|---|---|
| (Revised 5-85) | | 8955.1-US-01 | | 07/467,983 974309 | |
| INFORMATION DISCLOSURE STATEMENT | | APPLICANT | | | |
| BY APPLICANT | | R. C. Lundquist et al. | | | |
| (Use several sheets if necessary) | | FILING DATE | | GROUP | |
| | | January 22, 1990 | | 184 | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

C. A. Rhodes et al., Bio/Technology, 6, 56 (January 1988).

R. D. Shillito et al., Bio/Technology, 7, 581 (June 1989).

L. M. Pribli et al., Bio/Technology, 7, 589 (June 1989).

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 10/31/90 |

*EXAMINER  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0000646

Sheet 10 of 10

Form PTO-1449
(Revised 5-85)

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT

(Use several sheets if necessary)

| ATTY DOCKET NO | SERIAL NO |
|---|---|
| 8955.1-US-01 | 07/~~467,983~~ 974379 |

APPLICANT
R. C. Lundquist et al.

| FILING DATE | GROUP |
|---|---|
| January 22, 1990 | 184 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

N. Grimsley et al., Mol. Gen. Genet., 21, 309 (1989).

I. Potrykus, Bio/Technology, 535 (June 1990).

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 10/31/98 |

*EXAMINER    Initial if citation considered whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

SM 0000647

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Ronald C. Lundquist et al.) Docket No.: 8955.1-US-01
)
Serial No.: 07/467,983 Filed: January 22, 1990 ) Group Art Unit: 184
)
For:    FERTILE TRANSGENIC CORN PLANTS    ) Examiner: N/A

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:
[ ] An assignment of the invention to _____
_____, a _____ corporation.
[ ] A certified copy of a _____ application, Serial No. _____, filed _____
19__, the right of priority of which is claimed under 35 U.S.C. 119.
[ ] Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established
by verified statement previously submitted.
[ ] A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
enclosed.
[X] Other: _Preliminary Amendment_
_____
_____

_Amendment    _No Additional fee is required    X_The fee has been calculated as shown:

CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | | (3) PRESENT EXTRA | SMALL ENTITY | | | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADD'L FEE | or | RATE | | ADD'L FEE |
| TOTAL CLAIMS | 24 | - | 22 | = | 2 | x 6 = | $ 12 | or | x 12 = | $ | |
| INDEPENDENT CLAIMS | 3 | - | 2 | = | 1 | x 18 = | $ 18 | or | x 36 = | $ | |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | + 60 = | $ 0 | or | + 120 = | $ | |
| | | | | | | TOTAL | $ 30 | | | $ | |

_ Attached is a Petition for Request for Extension of Time for __ month and fee of $_____.
_ Attached is a check in the amount of $30.00 , for _additional claims_
X Attached is a return postcard.
Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.
A duplicate copy of this sheet is enclosed.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and
the paper, as described hereinabove, are being deposited in the United States Postal Service, as
first class mail, in an envelope addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on this _3 1_ day of _August_ , 1990.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
3100 Norwest Center, Mpls, MN 55402 (612)332-5300

By: _Wcc O Waessner_
Name: _Warren D. Woessner_
Reg. No.: _30,440_

(GENERAL)        SM 0000648

Revised 4/30/90



18.00 — 202
12.00 - 203

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: RONALD C. LUNDQUIST ET AL.    Examiner: N/A

Serial No. : 07/467,983                   Group Art Unit: 184

Filed    : January 22, 1990               Docket: 8955.1-US-01

Title    : FERTILE TRANSGENIC CORN PLANTS

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

### PRELIMINARY AMENDMENT

Sir:

        Prior to the first Office Action in the above-
identified application, please amend as follows:

### In the Claims

        Cancel claims 1-22 and add the following claims:

        23.  A fertile transgenic Zea mays plant containing
heterologous DNA which is heritable.

        24.  The plant of claim 23 wherein the heterologous DNA
is chromosomally integrated.

        25.  The plant of claim 23 wherein the heterologous DNA
is expressed.

        26.  The plant of claim 23 wherein the heterologous DNA
encodes a protein.



120 TL 09/13/90 07467983          1 202    18.00 CK

120 TL 09/13/90 07467983          1 203    SM 0000649