#17

The text of those sections of Title 35, U. S. Code not included in this action can be found in a prior Office action.

Claims 1-38, 40 and 44-46 were cancelled. Claim 39 is newly amended and claims 47-48 newly added. Claims 39, 41-42 and 47-48 are currently pending.

Applicants' constructive election of claims 39, 41-42 and newly added claims 47-48 by cancellation of the all other remaining claims in the instant application in Paper No. 12 is acknowledged. Because Applicant did not distinctly and specifically point out the supposed errors in the restriction requirement, the election has been treated as an election without traverse (MPEP 818.03(a)).

Claim 48, newly added, is rejected under 35 U.S.C. § 112, first paragraph, as the disclosure is enabling only for claims limited to the transformation and expression of a selectable marker or reporter gene as set forth in the specification at pages 22-39. See MPEP 706.03(n) and 706.03(z).

The specification teaches the transformation and expression of marker/reporter genes conferring expression of hygromycin B phosphotransferase, B-glucuronidase, and luciferase. The instant claimed subject matter is limited to the expression of a selectable marker gene which imparts herbicide resistance to transformed maize plants. With the exception of the genes noted above, which are not considered to be genes that confer resistance to art recognized "herbicides", the specification is silent as to a gene which when expressed would impart said herbicide resistance. Attention is directed to the paragraph bridging pages 11-12 in which all three of the

SM 0000699

Serial No. 07/467983                        3 of 10
Art Unit      184

exemplified genes are noted as selectable marker and/or
reporter genes.  Genes which encode resistance or tolerance to
glyphosate and the like are considered herbicide resistance
genes (see line 4-8 of page 12).  Applicants have not

5    demonstrated the successful isolation of the any coding regions
which would confer herbicide resistance nor the transformation
and expression of any of these genes.  Furthermore, the
expression of a heterologous gene in a host is not axiomatic
even in the event that gene had been previously isolated and

10   cloned.  Variability in expression was art recognized to be due
to numerous factors, including: incomplete transcription;
inefficient mRNA processing; impaired transport of the mRNA
from the nucleus to the cytoplasm; instability of the mRNA;
inefficient translation of the cytoplasmic mRNA and the

15   instability of the protein due to its susceptibility to plant
specific proteases (DeGreve et al. pages 3-4).  Thus, for the
reasons noted above enablement is limited to marker genes
demonstrated in the specification in which herbicide resistance
is _not_ a consideration.

20       The rejection of claims 39-42 under 35 U.S.C § 112, first
and second paragraphs, as set forth at pages 4-5 of the
previous Office Action is _withdrawn_ in view of applicants'
amendment.

         The rejection claims 39-42 under 35 U.S.C § 112, first
25   paragraph, as set forth at pages 5-6 of the previous Office
Action is _withdrawn_ in view of applicants' amendment.

         The rejection of claims 39-42 under 35 U.S.C § 103 as set
forth at pages 6-10 of the previous Office Action is _withdrawn_
in favor of the rejection set forth below.

SM 0000700

　　　　Claims 39, 41-42 and 47-48 are rejected under 35 U.S.C §
103 as being unpatentable over Klein et al. in view of McCabe
et al. and Phillips et al.

　　　　Klein et al. (Biotechnology, pages 559-563) reveal the
5　　factors influencing gene delivery into maize suspension cells
via the use of high-velocity microprojectile acceleration.  In
addition, these authors teach the application of the process to
the surface of explanted maize embryos in which the GUS
reporter/marker gene is expressed.  In particular, at page 562,
10　　right column of the penultimate paragraph, stable
transformation of maize callus via the disclosed technique is
evident.  Thus, Klein et al. is seen to clearly teach the
application of the method of biolistic transformation to maize
tissue cultures.  Klein et al. does not teach regeneration from
15　　transformed maize tissue, however, the regeneration of maize
from totipotent cells in culture was well known in the art.

　　　　McCabe et al. (pages 923-926) disclose the transformation
and regeneration of soybeans via the method of particle
acceleration into excised embryonal axes.  McCabe is cited to
20　　demonstrate that meristematic regions in plant tissue culture
had been demonstrated as susceptible to transformation in which
regenerants display the heritable presence of the transgenic
DNA.  The importance of this observation is found in the basic
nature of maize friable (Type II) cultures in that these
25　　cultures represent the de novo multiplication of meristematic
zones, i.e. somatic embryos (see Phillips et al. section 5-
2.8).  Phillips et al. (pages 345-387) reviews the methods of
cell/tissue culture and in vitro manipulation of maize.  This
reference is cited to teach the method of explant initiation
30　　and maintenance of a friable maize tissue culture.  Re claim

SM 0000701

42, the use of solid or liquid culture for the initiation of
maize tissue cultures are considered routine (see Phillips et
al. section 5-1.3, for example). Furthermore, the initiation
and superior vigor of totipotent A188 x B73 cultures or any
5    other culture of a superior genotype initiated on "solid"
medium (re claim 42) were well know to those of ordinary skill
in the art (page 351, for example). These cultures were known
in the art to produce friable (Type II) in vitro growth at high
frequencies (re claim 40). Re claim 41, the selection of
10   callus culture clumps of about 30 to 80 mg per clump would
appear to be the result of routine callus subculture and growth
parameters. Re claims 48 the expression of a reporter gene for
its known and expected benefits would be considered an obvious
application of the technology. In this regard herbicide
15   resistant plants facilitate efficient agronomic growth. In
sum, it was well within the ordinary skill in the art to employ
the claimed elements in order to obtain their known and
expected results.

     Consequently, the use of biolistic or particle
20   acceleration technology to transform totipotent maize cultures
is both the logical progression from the observation of stable
transformation as noted in Klein et al. (page 562), providing
motivation and the expected result of this application, thus
providing a reasonable expectation of success. Applicants'
25   have failed to establish the presence of any unexpected or
unpredictable results in the claimed method.

     Accordingly, the modification of the method of Klein et
al. in view of the teachings of McCabe regarding the
regeneration of meristematic tissue in transgenic soybeans, and
30   the use of friable totipotent maize cultures as disclosed by

SM 0000702

Serial No. 07/467983
Art Unit    184

Phillips et al. was well within the ordinary skill of the art
at the time the claimed invention was made. Thus, the claimed
invention as a whole was clearly _prima facie_ obvious in view of
the references, in the absence of sufficient, clear, and
convincing evidence to the contrary.

Applicants' arguments, in as much as they may apply to the
new rejection set forth above, have been carefully considered
and are not deemed persuasive.

First, the Examiners comments found at page 7, lines 19-22
of the previous Office Action were directed to the penultimate
paragraph at page 562 and not the paragraph cited by
applicants. In this paragraph reference is made to a
manuscript in preparation in which stably transformed cultures
of maize and tobacco were produced using the procedures
outlined in the instant publication. Second, regarding the
alleged absence of a "well within the ordinary skill in the
art" sentiment in Klein et al. (Bio/Tech), it is clear that
these authors believed that transformation via the exemplified
method and regeneration was the expected outcome (note the use
of the phrase "is possible"). This statement places the use of
the technology within the level of "reasonable to do" and not
as implied the "reasonable to try."

Regarding the teaching found in Klein et al. (Plant
Physiology), this paper was cited merely to demonstrate stable
integration of non-native DNA via the claimed method. The same
observation is noted at page 562, penultimate paragraph, of
Klein et al. (Bio/Tech). Furthermore, the alleged admonition
cited by applicants is clearly taken out of context. Attention
is directed to the entire paragraph in which the work of
Toriyama et al. is cited as producing transgenic rice via the

SM 0000703

#19

instant method, for example.  Indeed the improvements needed were
directed to increased efficiency in a protoplast system as
regeneration of maize from protoplasts was not at a level of
sufficient response to be equivalent to that of tobacco.

5    Similarly, basic knowledge of the art of maize protoplast
regeneration would only lead one in the art to conclude that
the regeneration of the sterile plants by Rhodes et al. were
due to the use of sterile starting material and not that
transformation produces sterile plants.

10        Regarding McCabe et al., the Examiner never asserted that
McCabe et al. taught soybean tissue culture regeneration but
merely that the tissue employed consisted of embryonal axes.
Such tissue was not recognized as amendable to transformation
until this work.   Thus, when considered in view of Phillips et

15   al. this would certainly establish that the tissue type most
amenable to regeneration (meristematic tissue) is also amenable
to transformation.   Clearly, no improper hindsight was employed
in this construction.   Regarding Phillips et al., friable type
II tissue was and remains the preferred tissue type for maize

20   regeneration.   In addition, applicants have asserted that the
instant invention presents unexpected results.   The Examiner,
however, can see none.   The production of a fertile transgenic
maize plants, based on prior art technology was predictable and
thus expected.   This is clearly the only possible conclusion as

25   applicants have not explained why they believe that the exact
application of the method of Klein et al. was an unexpected
application.   At page 15 of the specification, applicants
state:

30        The current preferred procedure entails exactly the procedure
of Klein et al. (1988b) except for the doubling of the stated
optimum DNA concentration. [Emphasis added].

SM 0000704

Clearly, with the exception of a routine optimization of
DNA concentration the instant method is the method of Klein et
al. and nothing more.  As applicants transformed the most
totipotent maize tissue culture (Phillips et al.) the result
5  was clearly expected and predictable.  Accordingly, one of
ordinary skill in the art aware of these publications would
naturally first seek to apply the method of Klein et al. to the
tissue of Phillips et al.

Regarding the Potrykus publication, newly argued by
10  applicants, the Examiner has the following to add.  First,
Potrykus is essentially a negative publication which is slanted
by the authors own emphasis in the belief that direct gene
transfer of protoplasts should be the method of choice.
Applicants are invited to review the literature in this regard
15  and will note that the author has several publication regarding
direct protoplast gene transfer.  Second, although the author
regards many of the techniques as not applicable to cereal, he
ignores or minimizes the evidence found in Graves and Goodman
for maize, the work of Rhodes et al. in electroporation in
20  maize and Toriyama et al. and Shimamoto et al. in rice, for
example.  Clearly Potrykus is not the final arbiter in this
arena.  Furthermore, the Potrykus admonition at page 542 that
"meristematic (embryonal cells) can not [sic] be transformed"
again ignores the work of McCabe et al. as Potrykus did not
25  distinguish between monocots and dicots in this regard.

Regarding applicants new citation of Rhodes (Bio/Tech) it
is not seen how the successful regeneration of maize from
protoplasts would discourage workers to pursue biolistics.  On
the contrary, as cereals were art recognized to be more
30  recalcitrant than dicots, and most dicots were shown to be

SM 0000705

Serial No. 07/467983                              9 of 10
Art Unit      184


amenable to all the prior art forms of transformation with the
exception of the more recalcitrant dicots -- such as soybeans,
and soybeans were recognized to be easily transformed by
biolistics -- one in the art considering all avenues would
chose biolistics.

    Finally applicants have asserted that patentability can be
found for the instant application because of the evidence of a
long felt need established by Nelson et al. (newly cited by
applicants).  Applicants neglect, however, to note that in
consideration of the establishment of a long felt need of the
issue is whether failure to succeed were due to a lack of
interest or appreciation of an invention's potential or
marketability rather than want of technical know-how.  See MPEP
716.  It is the Examiner's position that the evidence presented
to establish the "long felt need" and the reasons for the
absence of a method to solve it fail to meet the above test.
Furthermore, Nelson talks of the need for a reliable method and
it is not clear that the instant method would fall into that
category.  In this regard attention is again drawn to page 39
of the instant specification where applicants question the
repeatability of the claimed method.

    No claim is allowed.

    Any inquiry concerning this or earlier communication from
the examiner should be directed to Gary Benzion, Ph.D whose
telephone number is (703) 308-1119.  Any inquiry of a general
nature or relating to the status of this application should be
directed to the Group receptionist whose telephone number is
(703) 308-0196.

                                        **SM 0000706**

Serial No. 07/467983
Art Unit      184                                    10 of 10


        Papers related to this application may be submitted to
Group 180 by facsimile transmission.  Papers should be faxed to
Group 180 via the PTO Fax Center located in Crystal Mall 1.
The faxing of such papers must conform with the notice
5   published in the Official Gazette, 1096 OG 30 (November 15,
1989).  The CM1 Fax Center number is (703)-308-4227.


Benzion
August 20, 1991

10

                            _Gary Benzion_
                        Gary Benzion, Ph.D
                        PATENT EXAMINER
                        GROUP ART UNIT 184

                                SM 0000707

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Ronald C. Lundquist et al.     )     Docket No.: 9696.1-US-01
                                                      )
                                                      )
Serial No.: 467,983     Filed: January 22, 1990       )     Group Art Unit:  184

For:     FERTILE TRANSGENIC CORN PLANTS                            Examiner:  G. Benzion

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

[ ]  An assignment of the invention to _____
     _____, a _____ corporation.
[ ]  A certified copy of a _____ application, Serial No. _____, filed _____,
     19__, the right of priority of which is claimed under 35 U.S.C. 119.
[ ]  Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established
     by verified statement previously submitted.
[ ]  A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
     enclosed.
[X]  Other:  Response with cited references _____
     _____

__Amendment    __No Additional fee is required    __The fee has been calculated as shown:

CLAIMS AS AMENDED

| | (1) CLAIMS REMAINING AFTER AMENDMENT | # | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADD'L FEE | or | RATE | ADD'L FEE |
| TOTAL CLAIMS | - | # | - | | x  6 = | $ | or | x  12 = | $ |
| INDEPENDENT CLAIMS | - | # | - | | x 18 = | $ | or | x  36 = | $ |
| (  ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 60 = | $ | or | + 120 = | $ |
| | | | | TOTAL | | $ | | | $ |

X Attached is a Petition for Request for Extension of Time for _3 months and fee of $ _810.00_ .
_ Attached is a check in the amount of $_____, for _____.
X Attached is a return postcard.

Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.
A duplicate copy of this sheet is enclosed.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
the paper, as described hereinabove, are being deposited in the United States Postal Service, as
first class mail, in an envelope addressed to:  Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on this _20th_ day of _February_ , 1992.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT     By:  _Warren D Woessner_
3100 Norwest Center, Mpls, MN 55402 (612)332-5300   Name:  _Warren D. Woessner_
                                                    Reg. No.:  _30,440_

(GENERAL)          SM 0000708

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Ronald C. Lundquist et al.  Examiner:  G. Benzion

Ser. No.:  7/467,983              Group Art Unit:  184

Filed     :  January 22, 1990     M&G:  9696.1-US-01
                                        (was 8955.1-US-01)

Title     :  FERTILE TRANSGENIC CORN PLANTS

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

PETITION FOR EXTENSION OF TIME

Sir:

It is respectfully requested that a three-month exten-
sion of time be granted in which to respond to the Office Action
mailed August 23, 1991, said response being due November 23,
1991, thereby extending the response period to February 23, 1992.

Our check in the amount of $810.00 is enclosed to cover
the required fee.

I hereby certify that this correspondence is being de-
posited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner
of Patents and Trademarks  Washington. D C 20231
on  February 20, 1992
         (Date of Deposit)

        SANDRA K. Amberica
        Sandra K. Amberson

                                    SM 0000709

050 LP 03/03/92 07467983

                    1 117    810.00 CK

Please charge any additional fees due to PTO Account No. 13-2725.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
  WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN    55402
(612) 332-5300 or 336-4622 (direct)

Date___*Feb 20 1992*___   By *Warren D Woessner*
                       Warren D. Woessner
                       Reg. No. 30,440

SM 0000710

2

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant :  Ronald C. Lundquist et al.    Examiner:  G. Benzion

Serial No. :  7/467,983                          Group Art Unit:  184

Filed      :  January 22, 1990                 M&G:   9696.1-US-01
                                                      (was 8955.1-US-01)

Title      :  FERTILE TRANSGENIC CORN PLANTS

Hon. Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

<u>RESPONSE</u>

Sir:

     In response to the Office Action mailed August 23,
1991, reconsideration and withdrawal of the rejection of the
claims of the above-identified application is respectfully
requested.

     At page 2 of the Office Action, the Examiner rejected
claim 48, which recites that the selectable marker gene intro-
duced by the present process imparts herbicide resistance, under
35 U.S.C. §112(1), on the basis that the specification would not
enable the art worker to produce a transgenic corn plant express-
ing a recombinant selectable marker gene that would impart
herbicide resistance to said plant.  This rejection is respect-
fully traversed.

     In the first place, it is clear that the specification
explicitly discloses genes which impart herbicide resistance to
be a subgenus of the genus "selectable marker genes" (see
page 12, lines 6-8).  In the second place, the Examiner is

SM 0000711

#6

respectfully requested to consider that this position is incon-
sistent with his position taken with respect to the herbicide
resistance claim (9) of Applicants' corresponding PCT Application
(PCT/US91/00183). As taken from the Written Opinion mailed
November 18, 1991, it is the Examiner's opinion that: "[t]he
selectable marker[s kanamycin, hygromycin and methotrexate]
employed [in the prior art] all possess herbicidal properties."
Applicants' agree with this statement. Finally, the Examiner is
requested to note that the commonly-assigned PCT application
WO 91/02071 discloses transgenic corn plants produced by the
claimed method which express foreign DNA encoding resistance to
the broad spectrum herbicide Basta® TX (ammonium phosphinothri-
cin). Although this PCT application is not conceded to be prior
art to the present application, it is cited as evidence that
Applicants' process, as described in the specification, would be
effective to yield transgenic corn plants resistant to more
conventional herbicides. Furthermore, the bar gene introduced by
Adams et al. also was used for selection (see pages 45-55, 70-74
of corresponding PCT application WO 91/02071). Therefore,
withdrawal of this rejection is respectfully requested.

At page 4 of the Office Action, the Examiner rejected
all of the claims obvious over Klein et al., Bio/Technology, 6,
559 (1988) in view of McCabe et al., Bio/Technology, 6, 923
(1989) and Sprague et al., chapter 5 of Corn and Corn Improve-
ment, ASA, Madison, WI (1988).

SM 0000712

2

Although the Examiner maintains that the right column
of page 562 of Klein et al. (Bio/Technology) discloses "stable
transformation of maize callus via the disclosed technique" no
stably transformed callus is disclosed in the cited paper.
Rather, Klein et al. disclose that because embryogenic callus can
be generated from the surface of maize scutellum, maize scutellum
"will be a prime target for future attempts to deliver selectable
markers with the particle gun" (emphasis added).  This is a
suggestion to transform scutellum and then to generate callus
from the transformed cells that can hopefully be regenerated into
transgenic plants, which hopefully will be fertile, etc.  It is
not a suggestion that callus of any sort should be the target of
biolistic transformation as called for in the present claims.
The Examiner has also taken the position that the statement by
Klein et al. that their preliminary work (and unreported results)
"gives us reason to believe that stable transformation leading to
the recovery of whole plants is possible" (emphasis added),
establishes a prima facie case of obviousness in accord with the
current legal standards, stating that "[t]his statement places
the use of the technology within the level of 'reasonable to do'
and not as implied [within] the 'reasonable to try.'"

Applicants specifically and vigorously disagree that
this legal conclusion can be reached on the basis of the Klein et
al. disclosure.  Applicants respectfully direct the Examiner's
attention to the case of In re O'Farrell, 7 U.S.P.Q.2d 1673 (Fed.

SM 0000713

3

Cir. 1988), which held that in order for a reference to obviate
an invention, it must be shown that the <u>reference</u> contains:

1)   detailed enabling methodology for practicing the
claimed process;

2)   a suggestion to modify the disclosed process to
yield the claimed process; and

3)   evidence suggesting that claimed process would be
successful in attaining the desired result.

It is submitted that the Klein et al. paper clearly
fails to satisfy this tripartite test of <u>O'Farrell</u>. That is, it
does not contain detailed enabling methodology for practicing the
claimed invention (no selection or regeneration methodology, for
instance), it does not suggest how the methodologies therein
might be modified to yield the claimed process, and certainly
there is no evidence arising out of any of the references that
suggests that the regeneration of fertile, transgenic corn plants
would be successful. It is not seen on what basis the art worker
would be able to predict the ultimate success of a chain of
events only hinted at by Klein et al.

Furthermore, it remains Applicant's position that the
Klein et al. paper does not suggest or disclose a method that
would yield the present transgenic plants. The Klein et al.
paper (a) does not disclose transformed callus tissue but merely
demonstrates transient expression in scutella; (b) only describes
transient gene expression involving single cells; there is
nothing to suggest that the introduced DNA would be transferred

4                     SM 0000714

from one cell generation to another, much less from one plant
generation to the next, or that the bombarded cells are even
viable; (c) does not disclose selecting for transformed cells;
and (d) does not disclose regeneration of the transformed cells
into plants by any route.

Since Klein et al., Plant Physiol., 91, 440 (1989) is
not prior art to the present invention, the Examiner is respect-
fully reminded that he cannot rely on any part of it in support
of a rejection of the present claims, e.g., as is done on pages
6-7 of the Office Action.

The cited McCabe et al. paper discloses the regenera-
tion of chimeric soybean plants following bombardment of the
meristems of immature seeds.  The Examiner asserts that the
McCabe et al. paper discloses that "meristematic regions in plant
tissue culture had been demonstrated as susceptible to transfor-
mation in which [plant] regenerants display the heritable pres-
ence of transgenic DNA" (emphasis added).  However, the excised
embryonic axes which were bombarded by McCabe et al. were not
cultured prior to bombardment by any means, but were simply
excised, plated onto target plates and bombarded.  The Examiner
is requested to consider claim 1 of Christou et al. (U.S. Patent
No. 5,015,580) wherein it is recited that shoot formation is then
induced directly from the embryonic axis without intermediate
proliferation of tissue in callus culture.  Although the Examiner
suggest that these results would lead the art worker to bombard
"maize friable (Type II cultures)," this observation can only be

5

based on hindsight.  None of the cited art discloses particle
bombardment of this type of cultured tissue, either derived from
maize or from any other plant species.

   Furthermore, the McCabe disclosure is limited to the
transformation of a dicotyledonous species, soybeans, and would
not suggest to the art that this methodology would be applicable
to monocots such as corn.  The '580 patent also does not suggest
or disclose that this rather specific methodology could be used
to transform corn.

   The reasoning of the recent case In re Vaeck, App. No.
91-1120 (Fed. Cir. 1991), on its facts, is applicable here.  In
Vaeck, the Court observed that although Bacillus genes were known
to be capable of expression in E. coli, such a teaching did not
suggest that such genes would also be functional in cyanobac-
terial hosts.  Similarly, in our case, the mere demonstration
that transformation of soybean, a dicot, is possible in no way
teaches or suggests that a much more difficult and recalcitrant
monocot species, maize, would be similarly transformable.

   As stated by the Examiner, the lengthy chapter in
Sprague et al. reviews the methods of cell/tissue cultures and in
vitro manipulation of maize, and teaches the general method of
explant initiation and maintenance of a friable maize tissue
culture.  However, it is Applicants' position that in the absence
of knowledge of Applicants' success, this review does not suggest
that any particular type of tissue would be suitable for regener-
ation into plants following biolistic transformation, or that

6                    SM 0000716

fertile stably-transformed <u>Zea</u> <u>mays</u> would result that would transmit the introduced DNA to progeny, so that it would be expressed by the progeny.

While the Examiner summarily concludes that "it was well within the ordinary skill in the art to employ the claimed elements in order to obtain their known and expected results," it is respectfully submitted that without the benefit of Applicants' disclosure, the cited art would not have motivated the art worker to employ the "claimed elements." This is because there is nothing in the prior art that would lead to a reasonable expectation that "their known and expected results" would be a fertile, stably-transformed corn plant, able to transmit the introduced recombinant DNA to its progeny.

The Examiner's final assertion is that the use of biolistic or particle acceleration technology to transform totipotent maize cultures is "the logical progression from [the prior art]." However, this is no more than a further assertion that it would be <u>obvious to try</u> to transform embryogenic callus cultures via biolistic transformation and to try to regenerate plants from the bombarded tissue. Even assuming, for argument's sake, that it would be obvious to replace the scutella bombarded by Klein et al. or the meristems bombarded by McCabe et al. with cultured friable embryogenic callus, there is nothing to suggest that the claimed fertile transgenic maize plants would predictably arise.

SM 0000717

7

Applicants will now review a sampling of the strong secondary evidence of non-obviousness relating the long-felt need/failure of others as presented by various publications by authorities in the field of agricultural biotechnology. We will begin our review with two review articles of Dr. Ingo Potrykus (Bio/Technology, 535 (June 1990) and Physiologia Plantarum, 79, 125 (1990)). To begin with, Applicants agree with the Examiner's characterization of the former review as "essentially a negative publication which is slanted by the authors own emphasis in the belief that direct gene transfer of protoplasts should be the method of choice." This is because prior art which teaches away from the direction which led to Applicants' success is strong evidence of unobviousness (In re Rosenberger, 156 U.S.P.Q. 24 (CCPA 1967)). In the Bio/Technology article, Potrykus refers to the serious difficulties associated with genetic engineering of monocots:

> ...my personal experience in working towards the genetic engineering of cereals for the last 18 years convinces me that we still have serious problems in front of us.... It seems to me that we are really not yet close to such a situation.

(Page 535, col. 1-2.)

At page 542 in the same article, Potrykus ascribes part of this lack of optimism to his belief that monocot meristematic cells cannot be transformed:

> [A]ccumulated experience of gene transfer experiments with plants is in agreement with the hypothesis that meristematic (embryonic) cells cannot be transformed. I do not know

8

SM 0000718

of any experiment that would disprove this
hypothesis.

(Page 542, col. 1.)

A similar pessimism also pervades 1990 <u>Physiologia</u>
<u>Plantarum</u> review article:

> Despite intensive efforts with perfect
> embryogenic suspensions and scutellum cul-
> tures of maize and other cereals, so far
> there is not a single transgenic cereal
> seedling.  The success with soybean seedlings
> is probably based on very intimate experience
> with a well established and efficient system
> of multiple shoot regeneration from the shoot
> apex.  The different geometry of cereal
> seedlings together with different responses
> in shoot meristem culture do not make it easy
> to apply a similar strategy to cereals.  It
> might well be that the reason for the failure
> to regenerate transgenic cereals after
> particle bombardment of either embryogenic
> suspension or immature scutelli has its cause
> in the limited amount of DNA carried into the
> cell by the particles or in the inefficiency
> with which this DNA dissociates from the
> particles.

This summary also rebuts the Examiner's assertion as
set forth at page 8 of the Office Action that Potrykus did not
distinguish between attempts to transform monocots and attempts
to transform dicots.

An article from the journal <u>Science</u>, <u>249</u>, 630 (August
10, 1990) published shortly after the announcement that trans-
genic, fertile corn had been achieved, emphasizes the long-felt
but unresolved need, as well as the failure of others such as
Carol Rhodes ("Corn Transformed").  The article begins by noting
that the achievement of fertile, transgenic corn is "the capstone
of almost a decade's efforts to genetically engineer this

9                    SM 0000719

country's most important crop," and then continues by noting the "years of frustration" and a renewed effort to genetically engineer corn begun by Carol Rhodes and her colleagues. The article notes that while Dr. Rhodes and her group were successful in regenerating transformed corn, their "celebrations were short-lived:  the resulting plants were infertile."

The <u>Science</u> article then refers to attempts by the CIBA-Geigy group, who were said to have achieved the regeneration of non-transgenic corn cells into fertile plants. However, it is pointed out that "these techniques, so far, have not worked with genetically transformed corn."

In the March 1990 issue of <u>Genetic Engineering News</u>, an article reporting the successful transformation of corn by Bio-technica, quotes Ralph Hardy, president of the Boyce Thompson Institute for Plant Research at Cornell University as follows:

> "Useful corn transformation with the produc-
> tion of fertile plants that transmit the gene
> to succeeding generations has been an insur-
> mountable roadblock for agricultural biotech-
> nology."

The Examiner is also again requested to consider the following summary of the art of maize transformation in 1990, published by Timothy Nelson, of the Department of Biology, Yale University, in <u>The Plant Cell</u>, <u>2</u>, 589 (July 1990):

> The great experimental advantages of maize
> for the study of development and genetics
> have attracted many researchers and have
> resulted in a huge resource of mapped genes,
> molecular probes, chromosomal rearrangements,
> and other tools (citation omitted).  It has
> been a source of frustration to the same
> researchers that maize has not proved as easy

SM 0000720

to stably transform as many plants without as
rich a scientific background.  For many
dicotyledonous plants, the <u>Agrobacterium</u>-
mediated construction of transgenic plants
has become a routine and reliable experimen-
tal tool.  Although this system may be adap-
table to the monocot rice (citation omitted),
there are no reports of success with maize.

Therefore, it is respectfully submitted that this
evidence, which reflects the state of the art either just prior
to, or subsequent to the effective filing date of the present
application, is more than sufficient to establish that
Applicants' invention is unobvious, particularly when considered
with the lack of success reported in the prior art which was
cited by the Examiner.  This art conclusively demonstrates the
significant achievement represented by the present invention to
others in the corn industry.  From this evidence it is submitted
that withdrawal of the obviousness rejection of the pending
claims is more than appropriate.

Therefore, it is respectfully submitted that the
claims, as amended, have been placed in condition for allowance,
and notification to that effect is earnestly solicited.


## Dekalb Purchase of Certain Biotechnica Assets

Dekalb Plant Genetics has recently purchased certain
assets of Biotechnica International, Inc., the assignee of the
present application as filed.  An assignment of Biotechnica's
rights to certain pending Biotechnica patent applications
directed to corn transformation was included in this purchase.
The assigned applications include the present application, as

11

SM 0000721

well as Serial No. 07/508,045, filed April 11, 1990; and 07/636,089, filed December 28, 1990, each entitled "Fertile Transgenic Corn Plants" and listing Lundquist et al. as inventors. Therefore, ownership of the present application is now the same as that of Adams et al., U.S. Patent No. 513,298, filed April 17, 1990. Dekalb Plant Genetics intends to now initiate an investigation to satisfy any obligation under 37 C.F.R. §1.78(c). The results of this investigation will be reported to the PTO Examiner as soon as it is completed.

PTO Form 1449 is enclosed, listing the newly discussed papers. However, it is not conceded that any of the newly cited art is prior art to the present application. Copies of all of the cited cases are also enclosed.

A request for a three-month extension of time to respond to the Office Action is also enclosed.

Respectfully submitted,

RONALD C. LUNDQUIST et al.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
  WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN   55402
(612) 332-5300 or 336-4622 (direct)

Date  *Feb 20 1992*

By *Warren D Woessner*
   Warren D. Woessner
   Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D C 20231 on _February 20, 1992_
(Date of Deposit)

SANDRA K. Amberson
*Sandra K. Amberson*

12

SM 0000722



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/467,983 | 01/22/90 | LUNDQUIST | P | BIOT104 |

| EXAMINER |
|---|
| BENZION,G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1804 | 17 |

WARREN D. WOESSNER ESQ.
MERCHANT GOULD SMITH EDELL WELTER
& SCHMIDT, P.A. 3100 NORWEST CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS, MN 55402

DATE MAILED: 05/13/92

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☑ Responsive to communication filed on _Feb 24, 1992_    ☑ This action is made final.

A shortened statutory period for response to this action is set to expire _Three (3)_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _39, 41-43 d 47-48_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _39, 41-43 + 47-48_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ ; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

SM 0000723

EXAMINER'S ACTION

PTOL-326 (Rev. 9-89)

# 11

The text of those sections of Title 35, U. S. Code not included in this action can be found in a prior Office action.

Claims 39, 41-42 and 47-48 are currently pending.

At page 12 of the instant remarks Applicants note their submission of a PTO Form 1449, however, the same is absent from the instant application.

Claims 48 remains rejected under 35 U.S.C. 112, first paragraph, for the reasons of record as set forth at pages 2-3 of the previous Office Action.

Applicants' urge that in view of prior examination in Applicant's corresponding PCT application and the evidence of herbicidal resistance in commonly assigned PCT WO 91/0271, the limitation in claim 48, re the expression of herbicide resistance genes is warranted. First, each and every application for a patent under 35 U.S.C. 101 is entitled to and requires examination on the merits of what is presented in that application. While it may be nothing more than a matter of semantics as to whether hygromycin can be considered a herbicide, it remains a fact that the only compound that may have such properties exemplified in the instant specification was hygromycin. However, there is no evidence that the expression of hygromycin, as taught in the specification, imparts properties that satisfy the claim limitation to:

> ... imparts herbicide resistance to said fertile transgenic <u>Zea</u> <u>mays</u>
> plant.

Clearly Applicants have not demonstrated the above limitation.

Finally, while the expression of a single herbicide resistance gene may support a claim to the a transgenic plant that expresses that gene at herbicidal levels, it does not support a claim to any and all other plants that express other herbicidal genes. In this regard Applicants' attention is

SM 0000724

Serial No.  07/467983
Art Unit   1804                                      3 of 6

directed to DeGreve et al. cited by the Examiner at page 3 of the previous
Office Action.

Claims 39, 41-42 and 47-48 remain rejected under 35 U.S.C. 103 for the
reasons of record as set forth at pages 4-10 of the previous Office Action.

Applicants' assert that Klein et al. do not disclose stably transformed
callus. Again the Examiner directs Applicants' to the previously cited
recitation in the reference. Furthermore, as McCabe et al. evidence that
biolistics can be employed to stably transform soybeans there would appear to
be little reason to doubt that other cells could not be similarly transformed.
In addition the Examiner never stated or asserted that Klein et al. taught the
stable integration and expression in callus. It is believed, however, that
when all the references are considered in concert, each will clearly support a
finding of prima facie obviousness and thus satisfy the findings in In re
O'Farrell. Furthermore, O'Farrell also addressed that obviousness under 35 USC
103 does not require absolute predictability of success-- all that is required
is a reasonable expectation of success. See In re O'Farrell, 7USPQ2d 1673, at
1681 (Fed. Cir. 1988). It remains the Examiner's position that the
combination of references present such a reasonable expectation of success.

Re comments directed to the improper use of Klein et al. (Plant
Physiology 91 440, 1989), the Examiner did not rely on this publication in the
rejection. Applicants' attention is directed to the fact that the rejection
ends at page 6, first paragraph. The remaining pages comprise comments that
were directed to rebuttal.

Re McCabe et al., contrary to Applicants' statement, attention is
directed to page 923, bottom right column, in which excised meristems and axes
were plated on MS medium for regenerating embryos. Again McCabe et al. was not
cited to teach callus transformation but transformation of meristematic
regions. This observation, when considered in view of Phillips et al. and the

SM 0000725

statement in Klein et al. regarding the fact that embryos and embryogenic callus can be generated from scutellum, certainly form a nexus of observations and do not constitute hindsight.

Re the holding in In re Vaeck, the Examiner cannot see how the fact situation of Vaeck, drawn to molecular biology, can in any way be considered similar to tissue culture in which those in the art constantly borrow what had worked in one arena to that of current interest.

Re Applicants' comments drawn to Sprague et al., at page 6, final paragraph, are not comprehended as the same was not cited in the rejection under consideration.

Re Applicants' comments to Potrykus (1990 Physiologia Plantarum), note that the author at page 126 states that these comments represent:

... my personal interpretation of the present situation. ... As so many of the arguments which I use to explain the failure of so many experiments, have not been substantiated experimentally, this assessment is also rather subjective.

And, at page 132, Potrykus notes that he relies on data:

... which have not been published and are visible only indirectly in conference discussions ...

Clearly, and in view of Applicants' agreement that Potrykus is rather negative towards methods other than the direct protoplast route, it is hard to view the arguments presented by Potrykus and supported by Applicants as more than unsubstantiated assertions not well anchored in fact in the public purview.

Finally, Applicants' cite publications in Science, August 1990; Genetic Engineering News; March 1990; and The Plant Cell, July 1990; to evidence the long felt need for transformed maize.  These articles evidence that the method

SM 0000726

Serial No.  07/467983
Art Unit    1804                                               5 of 6

of Rhodes and others in using protoplast transformation and regeneration had
not been successful while the method of biolistics had.  It would seem,
however, that as workers in the art were aware of the problems of regenerating
fertile transformed maize and the success of producing transformed soybeans
these publication merely give support to the clear prima facie case of
obviousness established by the art of record.

        No claim is allowed.

        THIS ACTION IS MADE FINAL.  Applicant is reminded of the extension of
time policy as set forth in 37 CFR 1.136(a).

        A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL ACTION IS SET TO
EXPIRE THREE MONTHS FROM THE DATE OF THIS ACTION.  IN THE EVENT A FIRST
RESPONSE IS FILED WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL ACTION
AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH
SHORTENED STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON
THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE PURSUANT TO 37
CFR 1.136(a) WILL BE CALCULATED FROM THE MAILING DATE OF THE ADVISORY ACTION.
IN NO EVENT WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX
MONTHS FROM THE DATE OF THIS FINAL ACTION.

        Any inquiry concerning this communication or earlier communication from
the examiner should be directed to Gary Benzion, Ph.D whose telephone number
is (703) 308-1119.  Any inquiry of a general nature or relating to the status
of this application should be directed to the Group receptionist whose
telephone number is (703) 308-1119.

        Papers related to this application may be submitted to Group 180 by
facsimile transmission.  Papers should be faxed to Group 180 via the PTO Fax
Center located in Crystal Mall 1.  The faxing of such papers must conform with
the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).

                                        SM 0000727

Serial No.  07/467983
Art Unit    1804

6 of 6

The CM1 Fax Center number is (703)-308-4227.

Benzion
05/08/92

*Elizabeth C. Weimar*

ELIZABETH C. WEIMAR
SUPERVISORY PATENT EXAMINER
ART UNIT 184

SM 0000728



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

X In re Application of: Ronald Lundquist et al.

Docket No.:    9696.1-US-01                          Serial No.: 07/467,983
Filed:         January 22, 1990                      Group Art Unit:  184
Examiner:      G. Benzion

For:    FERTILE TRANSGENIC CORN PLANTS

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:
_ An assignment of the invention to _.
_ A certified copy of a _ application, Serial No. _, filed _, 1991, the right of priority of
which is claimed under 35 U.S.C. 119.
_ Small entity status of this application under 37 C.F.R. 1.9 and 1.27 has been established by
verified statement previously submitted.
_ A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27 is
enclosed.
X Other: Letter Re: Supplemental Information Disclosure Statement (13 pages) with PTO Form 1449
      (8 pages) and copies of the 9] references.

__Amendment    X No Additional fee is required    __The fee has been calculated as shown:

CLAIMS AS AMENDED

|  | (1) CLAIMS REMAINING AFTER AMENDMENT |  | (2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY |  | or | OTHER |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | RATE | ADD'L FEE |  | RATE | ADD'L FEE |
| TOTAL CLAIMS |  | - | 20 | = | x 10 = | $ | or | x 20 = | $ |
| INDEPENDENT CLAIMS |  | - | 3 | = | x 36 = | $ | or | x 72 = | $ |
| ( ) FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM |  |  |  |  | +110 = | $ | or | + 220 = | $ |
|  |  |  |  | TOTAL |  | $ |  |  | $ |

_ Attached is a Request for Extension of Time for _ months and fee of $_____.
_ Attached is a check in the amount of $_____, for _____.
X Attached is a return postcard.

Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.  A
duplicate copy of this sheet is enclosed.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
the paper, as described hereinabove, are being deposited in the United States Postal Service, as
first class mail, in an envelope addressed to:  Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on this _30th_ day of __April_, 1992.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT        By: _Warren D. Waes_____
3100 Norwest Center, Mpls, MN 55402 (612)332-5300      Name: __Warren D. Woessner____
                                                       Reg. No.: _30,440_____
                                                       WDW/KMK/sjo

890410                          (GENERAL)

SM 0000729

#18

MAIL ROOM
52  MAY
4
1992
PAT. & TRADEMARK OF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE          PATENT

Applicant: Ronald Lundquist et al.          Examiner: G. Benzion

Serial No: 07/467,983          Group Art Unit: 184

Filed    : January 22, 1990          Docket:  9696.1-US-01

Title    : FERTILE TRANSGENIC CORN PLANTS

---

LETTER RE: SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

RECEIVED
MAY 1 1 1992
GROUP 180

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C.  20231

Dear Sir:

        Enclosed is Patent and Trademark Office Form 1449
listing documents that were reviewed with respect to the above-
captioned patent application.  Copies are enclosed.

### U.S. PATENTS

        U.S. Patent No. 4,370,160, to M. Ziemelis issued
January 25, 1983, entitled "Process for Preparing Silicone
Microparticles".

        U.S. Patent No. 4,655,030, to K. Close issued May 12,
1987, entitled "Process for Regenerating Corn".

        U.S. Patent No. 4,666,844, to D. Cheng issued May 19,
1987, entitled "Process for Regenerating Cereals".

        U.S. Patent No. 4,940,835, to D. Shah et al. issued
July 20, 1990, entitled "Glyphosate-Resistant Plants".

        U.S. Patent No. 5,049,500, to C. Arnizen et al. issued
September 17, 1991, entitled  "Pollen-Mediated Gene
Transformation in Plants".

                              SM 0000730

*Serial No. 07/467,983*                    *Letter Re: Supplemental IDS*

## FOREIGN PATENT DOCUMENTS

European Patent No. 126,537, to Damon Biotech, Inc., published April 15, 1983, entitled "Dispensing System for Constant Release of Therapeutic Agent" (Abstract only).

PCT Patent Application No. WO 85/01856, to DeWet, published May 9, 1985, entitled "Method for the Transfer of Exogenous Genes in Plants Using Pollen as a Vector".

European Patent No. 141,373, to Plant Genetics, Inc., published May 15, 1985, entitled "Delivery System for Meristematic Tissue".

PCT Patent No. WO 85/02972, to Plant Genetics, Inc., published July 18, 1985, entitled "Coating Hydrogel Capsules".

European Patent No. 154,204, to Molecular Genetics, Inc., published September 11, 1985, entitled "Herbicide Resistance in Plants".

European Patent No. 160,390, to Stauffer Chemical Company, published November 6, 1985, entitled "Embryogenic Callus and Cell Suspension of Inbred Corn".

British Patent No. GB 2,159,173, to Ciba-Geigy AG, published November 27, 1985, entitled "Transformation of Hereditary Material of Plants".

European Patent No. 202,668, to Mitsui Toatsu Chemicals Inc., published November 16, 1986, entitled "Method of Culturing Protoplasts".

SM 0000731

*Serial No. 07/467,983*                    *Letter Re: Supplemental IDS*

PCT Patent No. WO 87/05629, to Plant Genetic Systems N.V. et al., published September 24, 1987, entitled "Plant Cells Resistant To Glutamine-Synthetase Inhibitors, Made by Genetic Engineering".

European Patent No. 242,236, to Plant Genetic Systems N.V. et al., published October 21, 1987, entitled "Plant Cells Resistant to Glutamine Synthetase Inhibitors, Made by Genetic Engineering".

European Patent No. 242,246, to Plant Genetic Systems N.V. et al., published October 21, 1987, entitled "Plant Cells Resistant to Glutamine Synthetase Inhibitors, Made by Genetic Engineering".

European Patent No. 299,552, to Solvay & Cie, published January 18, 1988, entitled "A Process for Transforming Cells".

European Patent No. 262,971, to The Plant Cell Research Institute Inc., published April 6, 1988, entitled "Methods for Controlled Regeneration of Cucumis sp. Plants in vitro From Explant Tissue".

PCT Patent No. WP 89/04371, to Louisiana State University Agricultural and Mechanical College, published May 18, 1988, entitled "Plants Genetically Enhanced for Disease Resistance".

SM 0000732

3

*Serial No. 07/467,983*          *Letter Re: Supplemental IDS*

European Patent No. 280,400, to Dow Corning Corporation, published August 31, 1988, entitled "Crosslinked Silicone Coatings for Botanical Seeds".

European Patent No. 282,164, to Mitsui Petrochemical Industries, Ltd., published September 14, 1988, entitled "Method for Plant Tissue Culture".

European Patent No. 290,395, to Sandoz-Erfindungen, published November 9, 1988, entitled "Plant Tissue Transformation".

West German Patent No. DE 3,738,874, to Institut Botaniki Imeni N.G. et al., published November 17, 1988 (German). English language Abstract obtained from the World Patent Index is enclosed.

European Patent No. 301,749, to Agracetus, published February 1, 1989, entitled "Particle-Mediated Transformation of Soybean Plants and Lines".

European Patent No. 334,539, to Imperial Chemical Industries PLC, published September 27, 1989, entitled "Genetic Manipulation".

PCT Application No. WO 89/12102, to The Texas A&M University System, published December 14, 1989, entitled "Method for Transforming Plants via the Shoot Apex".

European Patent No. 348,348, to Ciba-Geigy AG, published December 27, 1989 (German). English language Abstract obtained from the World Patent Index is enclosed.

4                                    SM 0000733

*Serial No. 07/467,983*                    *Letter Re: Supplemental IDS*

Netherlands Patent No. 8,801,444, to Solvay & Cie et al., published January 2, 1990 (in Dutch).  English language Abstract obtained from the World Patent Index is enclosed.

PCT Patent No. WO 90/10691, to Grace-Sierra Horticultural Products Company, published September 20, 1990, entitled "Tissue Culturing".

European Patent No. 442,174, to Pioneer Hi-Bred International, Inc., published August 21, 1991, entitled "Stable Transformation of Plant Cells".

## NONPATENT REFERENCES

<u>Agricell Report</u>, news article entitled "'Bullets' Transform Plant Cells", page 5 (July 1987)

H. Ahokes, "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", <u>Soc. Biochem. Biophys., Microbio, Fen., Biotieteen Paivat (Bioscience Days)</u>, Abstracts, Technical University of Helsinki, Espoo, page 2  (1989).

C. Armstrong et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures of Maize", <u>Biol. Abstracts</u>, Vol. 85, Abstract 117662  (1988).

R. Barker et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* octopine Ti plasmid pTi15955", <u>Plant Mol. Biol.</u>, <u>2</u>:335-350  (1983).

**SM 0000734**

5

*Serial No. 07/467,983*          *Letter Re: Supplemental IDS*

M. Bevan et al., "A Chimeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", <u>Nature</u>, <u>304</u>:184-187 (1983).

J. Cao et al., "Transformation of Rice and Maize Using the Biolistic Process", <u>Plant Gene Transfer</u>, <u>129</u>:21-33 (1990).

V. Chandler et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of *B* Utilizing *R* Genomic Sequences", <u>The Plant Cell</u>, <u>1</u>:1175-1183 (1989).

G. Creissen et al., "*Agrobacterium* - and microprojectile -Mediated Viral DNA Delivery into Barley Microspore-Derived Cultures", <u>Plant Cell Reports</u>, <u>8</u>:680-683 (April 1990).

P. Christou et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", <u>Theor. Appl. Genet.</u>, <u>79</u>:337-341 (1990).

A. Crossway et al., "Integration of Foreign DNA following Microinjection of Tobacco Mesophyll Protoplasts", <u>Mol. Gen. Genet.</u>, <u>202</u>:179-185 (1986).

M. De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme", <u>EMBO J.</u>, <u>6</u>:2513-2518 (1987).

W. De Greef et al.,"Evaluation of Herbicide Resistance in Transgenic Crops Under Field Conditions", <u>Bio/Technology</u>, <u>7</u>:61-64 (1989).

SM 0000735

6

Serial No. 07/467,983                    Letter Re: Supplemental IDS

R. Dekeyser et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol., 90:217-223 (1989).

S. DeWald et al. "Plant Regeneration from Inbred Maize Suspensions", Abstract A1-36, 7th International Congress on Plant Tissue and Cell Culture, Amsterdam, June 24-29 (1990).

P. Evans, "Somaclonal Variation - Genetic Basis and Breeding Applications", Trends Genet., 5:46-50 (1989).

P. Fransz, Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in Zea Mays L., Ph.D. Thesis, U. of Wageningen Press, The Netherlands (1988).

M. Fromm et al., "Expression of Genes Transferred into Monocot and Dicot Plant Cells by Electroporation", PNAS, 82:5824-5828 (1985).

Gen. Eng. News, news article entitled "Shotgunning DNA into Cells" (July/Aug 1987)

O. Gould et al., "Shoot Tip Culture as a Potential Transformation System", Beltwide Cotton Production Research Conferences, New Orleans, LA, Abstract page 91 (Jan 3-8, 1988).

A. Graves et al., "The Transformation of Zea mays Seedlings with Agrobacterium tumefaciens", Plant Mol. Biol., 7:43-50 (1986).

C. Green et al., "Plant Regeneration from Tissue Cultures of Maize", Crop Science, 15:417-421 (1975).

SM 0000736

7

*Serial No. 07/467,983*                    *Letter Re: Supplemental IDS*

C. Green et al., "Somatic Cell Genetic Systems in Corn", <u>Advances in Gene Technology: Molecular Genetics of Plants and Animals</u>, Academic Press, Inc., 147-157 (1983).

P. Hooykaas, "Transformation of plant cells via *Agrobacterium*", <u>Plant Mol. Biol.</u>, <u>13</u>:327-336 (1989).

M. Horn et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts", <u>Chem Abstracts</u>, 110:208, Abstract 89869A (1989).

R. Jefferson et al., "β-Glucuronidase from *Escherichia coli* as a Gene-Fusion Marker", <u>PNAS</u>, <u>83</u>:8447-8451 (1986).

R. Jefferson, "Assaying Chimeric Genes in Plants: The GUS Gene Fusion System", <u>Plant Mol. Biol. Reporter</u>, <u>5</u>:387-405 (1987).

K. Kamo et al., "Establishment and Characterization of Long-Term Embryogenic Maize Callus and Cell Suspension Cultures", <u>Plant Science</u>, <u>45</u>:111-117 (1986).

K. Kartha et al., "Transient Expression of Chloramphenicol Acetyltransferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", <u>Plant Cell Reports</u>, <u>8</u>:429-432 (1989).

T. Klein et al., "Regulation of anthocyanin biosynthetic genes introduced into intact maize tissues by microprojectiles", <u>PNAS</u>, <u>86</u>:6682-6685 (1989).

SM 0000737

*Serial No. 07/467,983*              *Letter Re: Supplemental IDS*

T. Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign-Gene Expression", <u>Gene Manipulation in Plant Improvement II</u>, Plenum Press, NY, pp. 265-266 (1990).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", <u>Cell</u>, <u>44</u>:283-292 (1986).

P. Lazzeri et al., "*In Vitro* Genetic Manipulation of Cereals and Grasses", <u>Ad. Cell Culture</u>, <u>6</u>:291-293 (1988).

H. Lorz et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals", <u>Plant Breeding</u>, <u>100</u>:1-25 (1988).

S. Ludwig et al., "High Frequency Callus Formation from Maize Protoplasts", <u>Theor. Appl. Genet.</u>, <u>71</u>:344-350 (1985).

S. Ludwig et al., "*Lc,* A Member of the Maize *R* Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the *myc*-Homology Region", <u>PNAS</u>, <u>86</u>:7092-7096 (1989).

S. Ludwig et al.,"A Regulatory Gene as a Novel Visible Marker for Maize Transformation", <u>Science</u>, <u>247</u>:449-450 (January 26, 1990).

S. Ludwig et al., "Maize *R* Gene Family: Tissue-Specific Helix-Loop-Helix Proteins", <u>Cell</u>, <u>62</u>:849-851 (September 7, 1990).

H. Lütcke et al., "Selection of AUG Initiation Condons Differs in Plants and Animals", <u>EMBO J.</u>, <u>6</u>:43-48 (1987).

9

SM 0000738

C. McDaniel et al., "Cell-Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", <u>Planta</u>, <u>175</u>:13-22 (1988).

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", <u>Plant Sci. Letters</u>, <u>28</u>:337-348 (1982/83).

R. Mendel et al., "Delivery of Foreign Genes to Intact Barley Cells by High-Velocity Microprojectiles", <u>Theor. Appl. Genet.</u>, <u>78</u>:31-34 (1989).

T. Murakami et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster", <u>Mol. Gen. Genet.</u>, <u>205</u>:42-50 (1986).

J. Odell et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", <u>Nature</u>, <u>313</u>:810-811 (1985).

P. Ozias-Akins et al., "Progress and Limitations in the Culture of Cereal Protoplasts", <u>Trends in Biotechnology</u>, <u>2</u>:119-123 (1984).

P. Ozias-Akins et al., "*In Vitro* Regeneration and Genetic Manipulation of Grasses", <u>Physiologia Plantarum</u>, <u>73</u>:565-569 (1988).

J. Poehlman, <u>Breeding Field Crops</u>, 3rd Ed., AVI Publishing Co., pp.469-481 (1986).

SM 0000739

10

*Serial No. 07/467,983*          *Letter Re: Supplemental IDS*

I. Potrykus et al., "Callus Formation from Stem Protoplasts of Corn (*Zea mays* L.)", <u>Molec. gen. Genet.</u>, <u>156</u>:347-350 (1977).

J. Sanford, "Biolistic Plant Transformation", <u>Physiol. Plantarum</u>, <u>79</u>:206-209 (1990).

A. Schmidt et al., "Media and Environmental Effects on Phenolics Production from Tobacco Cell Cultures", <u>Chem Abstracts</u>, 110:514-515, Abstract 230156 (1989).

R. Smith et al., "Shoot Apex Explant for Transformation", <u>Plant Physiology (Suppl.)</u>, <u>86</u>:108, Abstract 646 (1988).

T. Spencer et al. <u>Poster Presentation, Faseb Plant Gene Expression Conference</u>, Copper Mountain, Colorado, (August 6-11 1989).

T. Spencer et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", <u>Theor. Appl. Genet.</u>, <u>79</u>:625-631 (May 1990).

C. Thompson et al., "Characterization of the Herbicide-Resistance Gene *bar* from *Streptomyces hygroscopicus*", <u>EMBO J.</u>, <u>6</u>:2519-2523 (1987).

D. Tomes et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", <u>Plant Mol. Biol.</u>, <u>14</u>:261-268 (Feb 1990).

SM 0000740

11

Serial No. 07/467,983                    Letter Re: Supplemental IDS

D. Twell et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment", Plant Physiol., 91:1271-1274 (1989).

E. Ulian et al., "Transformation of Plants via the Shoot Apex", In Vitro Cellul & Dev. Biol., 9:951-954 (1988).

V. Vasil et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration in Tissue Cultures of Maize (Zea mays L.)", Theor. Appl. Genet., 66:285-289 (1983).

V. Vasil et al., "Plant Regeneration from Friable Embryogenic Callus and Cell Suspension Cultures of Zea mays L.", J. Plant Physiol., 124:399-408 (1986).

V. Walbot et al., "Molecular Genetics of Corn", Ag. Mono., 18:389-430 (1988).

Y. Wang et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment", Plant Mol. Biol., 11:433-439 (1988).

J. White et al., "A Cassette Containing the Bar Gene of Streptomyces hygroscopicus: A Selectable Marker for Plant Transformation", Nucleic Acids Res., 18:1062 (1989).

SM 0000741

12

*Serial No. 07/467,983*                    *Letter Re: Supplemental IDS*

When the Examiner takes the above-identified application up for the next office action, consideration of the listed documents presented herein is respectfully requested.

Respectfully submitted,

RONALD LUNDQUIST ET AL.

By their attorneys,

MERCHANT, GOULD, SMITH, EDELL,
  WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Date: *April 30 1992*          By *[signature]*
                              Warren D. Woessner
                              Reg. No. 30,440
                              WDW/KMK/sjo

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to: Commissioner of
Patents and Trademarks, Washington, DC 20231 on April 30,
1992.
*[signature]*

SM 0000742

13

Sheet __1__ of __8__

Form 1449

**MAIL ROOM MAY 4 1992**

INFORMATION DISCLOSURE STATEMENT BY APPLICANT
(Use several sheets if necessary)

| Atty. Docket No. 9696.1-US-01 | Serial No. 07/467,983 ~~504309~~ |
|---|---|
| Applicant Ronald Lundquist et al. | |
| Filing Date Jan 22, 1990 | Group 184 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 4,370,160 | 1/25/83 | M. Ziemelis | 504 | 323 | |
| | 4,830,966 4,655,030 | 5/12/87 | K. Close | 435 | 240.49 | |
| | 4,666,844 | 5/19/87 | D. Cheng | 435 | 240.5 | |
| | 4,940,835 | 7/20/90 | D. Shah et al. | 800 | 205 | |
| | 5,049,500 | 9/17/91 | C. Arnizen et al. | 435 | 172.3 | |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | EP 126,537 | Apr 15, 1983 | European | | | | |
| | WO 85/01856 | May 9, 1985 | PCT | | | | |
| | EP 141,373 | May 15, 1985 | European | | | | |
| | WO 85/02972 | July 18, 1985 | PCT | | | | |
| | EP 154,204 | Sept 11, 1985 | European | | | | |
| | EP 160,390 | Nov 6, 1985 | European | | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

SM 0000743

| **Examiner Initial | |
|---|---|
| | Agricell Report, news article entitled "'Bullets' Transform Plant Cells", page 5 (July 1987) |
| | H. Ahokes, "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", Soc. Biochem. Biophys., Microbio, Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, page 2 (1989) |
| | C. Armstrong et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures of Maize", Biol. Abstracts, Vol. 85, Abstract 117662 (1988) |
| | R. Barker et al., "Nucleotide Sequence of the T-DNA Region from the Agrobacterium tumefaciens octopine Ti plasmid pTi15955", Plant Mol. Biol., 2:335-350 (1983) |
| | M. Bevan et al., "A Chimearic Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature, 304:184-187 (1983) |

| Examiner   GARY BENZION | Date Considered  3/4/93 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form 1449*

Sheet _2_ of _8_

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| Atty. Docket No. 9696.1-US-01 | Serial No. 07/467,983 974324 |
|---|---|
| Applicant Ronald Lundquist et al. | |
| Filing Date Jan 22, 1990 | Group 184 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | GB 2,159,173 | Nov 27, 1985 | Great Britain | | | |
| | EP 202,668 | Nov 16, 1986 | European | | | |
| | WO 87/05629 | Sept 24, 1987 | PCT | | | SM 0000744 |
| | EP 242,236 | Oct 21, 1987 | European | | | |
| | EP 242,246 | Oct 21, 1987 | European | | | |
| | EP 299,552 | Jan 18, 1988 | European | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Cao et al., "Transformation of Rice and Maize Using the Biolistic Process", Plant Gene Transfer, 129:21-33 (1990)

V. Chandler et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", The Plant Cell, 1:1175-1183 (1989)

Creissen et al., "Agrobacterium - and microprojectile -Mediated Viral DNA Delivery into Barley Microspore-Derived Cultures", Plant Cell Reports, 8:680-683 (April 1990)

Christou et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", Theor. Appl. Genet., 79:337-341 (1990)

A. Crossway et al., "Integration of Foreign DNA following Microinjection of Tobacco Mesophyll Protoplasts", Mol. Gen. Genet., 202:179-185 (1986)

M. De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme", EMBO J., 6:2513-2518 (1987)

W. De Greef et al., "Evaluation of Herbicide Resistance in Transgenic Crops Under Field Conditions", Bio/Technology, 7:61-64 (1989)

| Examiner GARY BENZION | Date Considered 3/4/93 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet __3__ of __8__

| Form 1449* | | Atty. Docket No. | Serial No. |
|---|---|---|---|
| | | 3696.1-US-01 | 07/~~467,983~~ 974379 |
| INFORMATION DISCLOSURE STATEMENT | | Applicant | |
| BY APPLICANT | | Ronald Lundquist et al. | |
| (Use several sheets if necessary) | | Filing Date | Group |
| | | Jan 22, 1990 | 184 |

U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| _____ | | | | | | |
| _____ | | | | | | |
| _____ | | | | | | |

FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | EP 262,971 | Apr 06, 1988 | European | | | |
| | WP 89/04371 | May 18, 1988 | PCT | | | |
| | EP 280,400 | Aug 31, 1988 | European | | | SM 0000745 |
| | EP 282,164 | Sept 14, 1988 | European | | | |
| | EP 290,395 | Nov 09, 1988 | European | | | |
| | DE 3,738,874 | Nov 17, 1988 | West German | | | Abstract |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | R. Dekeyser et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol., 90:217-223 (1989) |
| | DeWald et al. "Plant Regeneration from Inbred Maize Suspensions", Abstract A1-36, 7th International Congress on Plant Tissue and Cell Culture, Amsterdam, June 24-29 (1990) |
| | P. Evans, "Somaclonal Variation - Genetic Basis and Breeding Applications", Trends Genet., 5:46-50 (1989) |
| | P. Fransz, Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in Zea Mays L., Ph.D. Thesis, U. of Wageningen Press, The Netherlands (1988) |
| | M. Fromm et al., "Expression of Genes Transferred into Monocot and Dicot Plant Cells by Electroporation", PNAS, 82:5824-5828 (1985) |
| | Gen. Eng. News, news article entitled "Shotgunning DNA into Cells" (July/Aug 1987) |
| | O. Gould et al., "Shoot Tip Culture as a Potential Transformation System", Beltwide Cotton Production Research Conferences, New Orleans, LA, Abstract page 91 (Jan 3-8, 1988) |

| Examiner | GARY BENZION | Date Considered |
|---|---|---|
| | | 7/9/93 |

(*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet __4__ of __8__

| Form 1449* | Atty. Docket No. 9696.1-US-01 | Serial No. 07/~~467,983~~ 974379 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant Ronald Lundquist et al. | |
| | Filing Date Jan 22, 1990 | Group 184 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| _____ | | | | | | |
| _____ | | | | | | SM 0000746 |
| _____ | | | | | | |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|
| | EP 301,749 | Feb 01, 1989 | European | | | |
| | EP 334,539 | Sept 27, 1989 | European | | | |
| | WO 89/12102 | Dec 14, 1989 | PCT | | | |
| | EP 348,348 | Dec 27, 1989 | European | | | Abstract |
| | 8,801,444 | Jan 02, 1990 | Netherlands | | | Abstract |
| | WO 90/10691 | Sept 20, 1990 | PCT | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

A. Graves et al., "The Transformation of _Zea mays_ Seedlings with _Agrobacterium tumefaciens_", _Plant Mol. Biol._, 7:43-50 (1986)

C. Green et al., "Plant Regeneration from Tissue Cultures of Maize", _Crop Science_, 15:417-421 (1975)

C. Green et al., "Somatic Cell Genetic Systems in Corn", _Advances in Gene Technology: Molecular Genetics of Plants and Animals_, Academic Press, Inc., 147-157 (1983)

P. Hooykaas, "Transformation of plant cells via _Agrobacterium_", _Plant Mol. Biol._, 13:327-336 (1989)

M. Horn et al., "Transgenic Plants of Orchard Grass (_Dactylis glomerata_ L.) from Protoplasts", _Chem Abstracts_, 110:208, Abstract 89869A (1989)

R. Jefferson et al., " -Glucuronidase from _Escherichia coli_ as a Gene-Fusion Marker", _PNAS_, 83:8447-8451 (1986)

R. Jefferson, "Assaying Chimeric Genes in Plants: The GUS Gene Fusion System", _Plant Mol. Biol. Reporter_, 5:387-405 (1987)

| Examiner | GARY BENZION | Date Considered 5/6/93 |
|---|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet  5   of  8

| Form 1449* | | Atty. Docket No.<br>9696.1-US-01 | Serial No.<br>07/467,983 ~~474379~~ |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT<br>BY APPLICANT<br>(Use several sheets if necessary) | | Applicant<br>Ronald Lundquist et al. | |
| | | Filing Date<br>Jan 22, 1990 | Group<br>184 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | EP 442,174 | Aug 21, 1991 | European | | | | |
| | | | | | | | |
| | | | | | | | |

SM 0000747

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | K. Kamo et al., "Establishment and Characterization of Long-Term Embryogenic Maize Callus and Cell Suspension Cultures", Plant Science, 45:111-117 (1986) |
| | K. Kartha et al., "Transient Expression of Chloramphenicol Acetyltransferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", Plant Cell Reports, 8:429-432 (1989) |
| | T. Klein et al., "Regulation of anthocyanin biosynthetic genes introduced into intact maize tissues by microprojectiles", PNAS, 86:6682-6685 (1989) |
| | T. Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign-Gene Expression", Gene Manipulation in Plant Improvement II, Plenum Press, NY, pp. 265-266 (1990) |
| | M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44:283-292 (1986) |
| | P. Lazzeri et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6:291-293 (1988) |
| | H. Lorz et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100:1-25 (1988) |
| | S. Ludwig et al., "High Frequency Callus Formation from Maize Protoplasts", Theor. Appl. Genet., 71:344-350 (1985) |

| Examiner  GARY BENZION | Date Considered  2/4/93 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | | |
|---|---|---|

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| Atty. Docket No. 9696.1-US-01 | Serial No. 07/467,983 974379 |
|---|---|
| Applicant Ronald Lundquist et al. | |
| Filing Date Jan 22, 1990 | Group 184 |

MAIL ROOM 52 MAY 4 1992

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

SM 0000748

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | S. Ludwig et al., "Lc, A Member of the Maize R Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc-Homology Region", PNAS, 86:7092-7096 (1989) |
| | S. Ludwig et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", Science, 247:449-450 (January 26, 1990) |
| | S. Ludwig et al., "Maize R Gene Family: Tissue-Specific Helix-Loop-Helix Proteins", Cell, 62:849-851 (September 7, 1990) |
| | H. Lutcke et al., "Selection of AUG Initiation Condons Differs in Plants and Animals", EMBO J., 6:43-48 (1987) |
| | C. McDaniel et al., "Cell-Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", Planta, 175:13-22 (1988) |
| | M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", Plant Sci. Letters, 28:337-348 (1982/83) |
| | R. Mendel et al., "Delivery of Foreign Genes to Intact Barley Cells by High-Velocity Microprojectiles", Theor. Appl. Genet., 78:31-34 (1989). |
| | T. Murakami et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster", Mol. Gen. Genet., 205:42-50 (1986) |

| Examiner    GARY BENZION | Date Considered   3/4/93 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.