IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants.<br><br>DEKALB GENETIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | C.A. No. 04-305 SLR<br>(Lead Case) |

## JOINT SUBMISSION OF FILE HISTORY U.S. PATENT 4,538,880

(Lundquist & Walters)

### VOLUME 2 OF 2

| | |
|---|---|
| John W. Shaw<br>YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>Attorneys for Defendants<br><br>OF COUNSEL:<br>Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Ave., NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: January 11, 2006 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>Attorneys Plaintiffs<br><br>OF COUNSEL:<br>Susan K. Knoll<br>Thomas A. Miller<br>Melinda Patterson<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br>(713) 787-1400 |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 11, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 11, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY 10022-6069 | Garrett & Dunner, L.L.P. |
| | 901 New York Ave., NW |
| | Washington, DC 20001-4413 |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765