

#38

S/N 07/974,379                                                PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Ronald C. Lundquist et al.    Examiner:    G. Benzion

Serial No.:    07/974,379            Art Unit:    1803

**BATCH NO.:R34**                **ALLOWED: 11/27/95**

Filed:        November 10, 1992        Docket:    950.001US1

Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

---

## LETTER RE: SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT AND PETITION UNDER 37 CFR § 1.97

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Enclosed is a Form 1449 listing documents which we reviewed with respect to the above-identified application. Copies are enclosed. The listed documents were cited in commonly-assigned patent applications. However, after the mailing date of the Notice of Allowance, the undersigned attorney for Applicants learned that the documents had inadvertently not been cited in the above-identified application. In view of the suspension of prosecution of the application from January 24, 1995 until November 27, 1995, consideration of the listed documents is respectfully requested.

**SM 0000881**

LETTER RE:  SUPPLEMENTALINFORMATION
DISCLOSURE STATEMENT PETITION UNDER 37 CFR § 1.97                                    Page 2
Applicant:  Ronald C  Lundquist et al.                                               Docket: 00950.001US1
Serial No:  07/974,379
Filing Date:  November 10, 1992
METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

The petition fee under § 1.17(i)(1) is enclosed herewith.  However, please charge any

additional fees due to PTO Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  _18 Dec 1995_        By _Warn D Woess_

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to Assistant
Commissioner for Patents, Washington, D.C. 20231,
on  _December  18, 1995_

Date of Deposit

_Lisa D. LaBreche_

Lisa D. LaBreche

SM 0000882



Sheet 1 of

| Form 1449 | Atty. Docket No.: 950.001US1 | Serial No: 07/974,379 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: 11/10/92 | Group: 1803 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|
| | 4,399,216 | 8/16/83 | R. Axel et al. | 435 | 6 | 2/25/83 |
| | 4,634,665 | 1/6/87 | R. Axel et al. | 435 | 68 | 8/1/68 |
| | 4,683,202 | 7/28/87 | K. B. Mullis | 435 | 91 | 11/25/85 |
| | 5,015,580 | 05/14/91 | Christou et al. | 435 | 172.3 | 05/12/88 |
| | 5,177,010 | 1/05/93 | Goldman et al. | 435 | 172.3 | 09/05/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | 0 257 472 A2 | 3/2/88 | EPO | C12N | 15/00 | X | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Ahokas, H. "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA," Theor. Appl. Genet., 77, 469-472 (1989). |
| | Altenbach, S. B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine," Plant Mol. Biol., 8, 239-250 (1987). |
| | Ampe, C., et al., "The Amino-Acid Sequence of the 2S Sulphur-Rich from-Seed of Brazil Nut (Bertholletia excelsa H.B.K.)," Eur. J. Biochem., 159, 597-604 (1986). |
| | Benner, M. S., et al., "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize," Theor. Appl. Genet., 78, 761-767 (1989). |
| | Freeling, J.C., et al., "Developmental Potentials of Maize Tissue Cultures," Maydica, XXI, 97-112 (July 1977). |
| | Gordon-Kamm, W. J., et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment," J. Cellular Biochem., 13D, p. 259, Abstract No. M122 (1989). |
| | Hauptman, R. M., et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants on the Gramineae," Plant Physiol., 86, 602-606 (1988). |
| | Hoffman, L. M., et al., " A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants," Plant Mol. Biol., 11, 717-729 (1988). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant.

note not considered 2/9/96

SM 0000883

Sheet _2_ of _3_

| Form 1449* | Atty. Docket No.: 950 001US1 | Serial No: 07/974,379 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist at al. | |
| | Filing Date: 11/10/92 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|
| | ~~5,004,863~~ | ~~4/2/91~~ | ~~P. F. Umbeck~~ | ~~800~~ | ~~205~~ | ~~12/3/86~~ |
| | ~~5,350,689~~ | ~~9/27/94~~ | ~~R. Shillito et al.~~ | 435 | 240.47 | 3/1/93 |
| | ~~5,352,605~~ | ~~11/4/94~~ | ~~R. T. Fraley et al.~~ | 435 | 240.4 | 11/28/93 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | ~~Hoffman, L. M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds," EMBO J., 6, 3213-3221 (1987).~~ |
| | ~~Kamo, K., et al., "Regeneration of Zea mays L. from Embryogenic Callus," Bot. Gaz., 146, 327-334 (1985).~~ |
| | ~~Kirihara, J., et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize," Mol. Gen. Genet., 211, 477-484 (1988).~~ |
| | ~~Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize," Gene, 71, 359-370 (1988).~~ |
| | ~~Lindsey, K., et al., "Electroporation of Cells," Physiologia Plantarum, 79, 168-172 (1990).~~ |
| | ~~Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds," Plant Mol. Biol., 12, 123-130 (1989).~~ |
| | ~~Okta, Y., et al., "Gene Manifestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the $M_1$ and $M_2$ Generations from Self-Pollination Applying Exogenous DNA)," Jap. J. Breed., 30, 184-185 (1980).~~ |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Noted not considered 2/9/96 [initials]

SM 0000884

Sheet _3_ of _3_

| Form 1449* | Atty. Docket No.: 950.001US1 | Serial No: 07/974,379 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: 11/10/92 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | AU-B-80893/87 | 12/5/88 | AU | C12N | 015/00 | X | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High-Sulfur Zein Protein of M, 15,000," J. Biol. Chem., 261, 6279-6284 (1986). |
| | Phillips, R. L., et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine," Cereal Chem., 62, 213-218 (1985). |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli dapA* Gene," Biol. Abstracts, 82, p. AB-391, Abstract No. 3396 (1986). |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli dapA* Gene," J. Bacteriol., 166, 297-300 (1986). |
| | Ross, M.C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," J. Cell. Biochem., 13D, p.268, Abstract No. M149 (1989). |
| | Sanford, J. C., "The Biolistic Process," Trends-Biotechnol., 6, 299-302 (1988). |
| | Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts," Nature, 338, 274-278 (1989). |
| | Sprague et al., "Corn-Breeding," In: Corn and Corn Improvement, Sprauge, G. F., (ed), American Society of Agronomy, Inc, Madison, Wi, pp. 305, 320-323 (1977). |
| | Waldron, C., et al., "Resistance to Hygromycin B," Plant Mol. Biol., 5, 103-108 (1985) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant.

Noted not considered 2/9/96

SM 0000885

S/N 07/974,379

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Ronald C. Lundquist et al.    Examiner:    G. Benzion

Serial No.:  07/974,379    Art Unit:    1803

BATCH NO.: R34    ALLOWED: 11/27/95

Filed:    November 10, 1992    Docket:    950.001US1

Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

AMENDMENT UNDER 37 CFR § 1.312

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Notice of Allowance mailed November 27, 1995, including an

Examiner's amendment to claim 39, please amend as follows:

IN THE CLAIMS

In claim 39, last line, delete "or insect."

Please add the following claims:

49.    A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i)

establishing a regenerable embryonic callus culture from a *Zea mays* plant to be transformed,

(ii) transforming said culture by bombarding it with DNA-coated microprojectiles, (iii)

identifying or selecting a transformed cell line, and (iv) regenerating a fertile transgenic *Zea*

*mays* plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of

said transgenic plant to its progeny, and imparts insect resistance thereto:

330 VB 01/05/96 07974379
220.00 CK

SM 0000886

Amendment Under 37 CFR §1.312
Applicant: Ronald C. Lundquist et al.
Serial No: 07/974,379
Filing Date: November 10, 1992
METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Docket: 00950.001US1

50. The process of claim 49 wherein the callus culture subjected to bombardment is in clumps of about 30 to 80 mg per clump.

51. The process of claim 50 wherein said callus is initiated on solid media.

52. The process of claim 49 wherein the DNA comprises a selectable marker gene or a reporter gene.

53. The process of claim 52 wherein said selectable marker gene imparts herbicide resistance to said fertile transgenic *Zea mays* plant.

## REMARKS

Claim 39 having been amended, and claims 49-53 having been added, the pending claims are 39, 41-42 and 47-53.

Claim 39 is amended and claim 49 added to present independent claims to herbicide and insect resistance. Claims 50-53 are supported by claims 41-42 and 47-48, respectfully.

Since this amendment is formal in nature and does not require further search or consideration, entry is appropriate and is respectfully requested.

SM 0000887

49

Amendment Under 37 CFR §1.312
Applicant: Ronald C. Lundquist et al.
Serial No: 07/974,379
Filing Date: November 10, 1992
METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 3
Docket: 00950 001US1

Please charge any additional fees deemed due to PTO Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date   18 Dec 1995          By   Warren D Woessner

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to Assistant
Commissioner for Patents, Washington, D.C. 20231,
on   December 18, 1995

Date of Deposit

Lisa D. LaBreche

SM 0000888

H



**UNITED STATES** **:PARTMENT OF COMMERCE**
**Patent and Tradem..... Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

≠40

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/974,379 | 11/10/92 | LUNDQUIST | R    9696.1US01 |

18M2/0325

BEN  EXAMINER G

MERCHANT, GOULD, SMITH, EDELL, WELTER &
SCHMIDT, P.A., ATTN: WARREN D. WOESSNER
3100 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

| ART UNIT | PAPER NUMBER |
|---|---|
| 1803 | |

DATE MAILED:

03/25/96

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

.

SM 0000889

.

.

| **Response to Rule 312 Communication** | Application No. 07/974,379 | Applicant(s) Lundquist et al. |
|---|---|---|
| | Examiner Gary Benzion, Ph.D | Group Art Unit 1803 |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ___28 Dec 1995___ under 37 CFR 1.312 has been considered, and has been:

☐ entered.

☒ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved.  See explanation below.

☐ entered in part.  See explanation below.

Note: See petition decesion, attached

*[signature: Gary Benzion]*

SM 0000890

GARY BENZION, PH.D
PRIMARY EXAMINER
ART UNIT 1803

U. S. Patent and Trademark Office
PTO-271 (Rev. 5-95)

Response to Rule 312 Communication

Part of Paper No. 39

In re Application of:                :       DECISION ON PETITION UNDER
Ronald C. Lundquist et al           :       37 CFR §1.97 FOR CONSIDERATION
Serial No. 07/974,379               :       OF INFORMATION DISCLOSURE
Filed: November 10, 1992            :       STATEMENT AFTER ALLOWANCE
For: METHOD FOR PREPARING          :
   FERTILE TRANSGENIC CORN PLANTS

The petition under 37 CFR §1.97(d), filed December 28, 1995, for consideration of an information disclosure statement filed after allowance but before payment of the issue fee has been:

      DENIED.

While the information disclosure statement included the petition and fee, it did not include the required certification required by 37 CFR §1.97(d)(i). Therefore, it would not be appropriate to grant such a petition. The IDS has been placed in the file, but the information referred to therein has not been considered as to the merits. Note also that a fee of $220.00 was filed with the petition whereas a fee of only $130.00 was required. Consequently, a refund of $90.00 is in order and may be obtained by writing to Finance Branch and requesting such a refund. A copy of this decision must accompany any such request for a refund.

Robert J. Hill, Jr.
Quality Assurance Specialist
Group 1800

**SM 0000891**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Ronald C. Lundquist et al.

Title:         METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS
Docket No.:    950 001US1                  Serial No.:    07/974,379
Filed:         November 10, 1992           Due Date:      January 27, 1996
Examiner:      G. Benzion                   Group Art Unit: 1803

Attn: Official Draftsman                    Notice of Allowance Date: November 27, 1995
Assistant Commissioner for Patents          Batch No.:     R34
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:
X     Transmittal sheet containing Certificate under 37 CFR 1.8 (1 pg.)
X     10 Sheet(s) of X formal _ informal drawing(s).
_     An Assignment of the invention to _____ and Recordation Form Cover Sheet.
_     A certified copy of a _ application, Serial No. _, filed _, 19__, the right of priority of which is claimed under 35 U.S.C.
      Section 119.
_     Small entity status of this application will be established at a later date.
_     A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_     A signed Combined Declaration and Power of Attorney.
_     A check in the amount of $_____ to cover the Large Entity Issue Fee Payment.
_     A check in the amount of $_____ to cover the Extra Patent Copies Fee (10 copies).
X     A return postcard.
XX    Other: Letter to the Official Draftsman (1 pg.) and Supplemental Amendment under 37 C.F.R. 1.312(a) (3 pgs.).

_ Amendment        _ No Additional fee is required        _ The fee has been calculated as shown:

| | (1) Claims Remaining After Amendment | | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | | x 11 = | $   00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | | x 39 = | $   .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | | | + 125 = | | or | + 250 = | |
| | | | | | | | | TOTAL | |

Please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Attn: Official Draftsman, Assistant Commissioner for Patents, Washington, D.C. 20231, on this 16 day of January , 1996.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.          By: _____
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)  Name:  Warren D. Woessner
                                                      Reg. No. 30,440
                                                      WDW:CMG:lmc

(GENERAL)

SM 0000892

 

S/N 07/974,379                                                                                    <u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Ronald C. Lundquist et al.    Examiner:     G. Benzion

Serial No.:    07/974,379                     Art Unit:     1803

**BATCH NO.: R34**                            **ALLOWED: 11/27/95**

Filed:         November 10, 1992             Docket:       950.001US1

Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

---

### SUPPLEMENTAL AMENDMENT UNDER 37 C.F.R § 1.312(a)

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

    In response to the Examiner's request in the Notice of Allowability to make the drawing changes set forth in the Notice of Patent Drawings Objection, which accompanied the Office Action mailed December 7, 1990, please amend the specification as follows:

### IN THE SPECIFICATION

    At page 6, line 28, please delete "2" and insert --2A--.

    At page 6, line 29, after "I." please insert "Figure 2B shows the relevant part of pBII221 encompassing the GUS coding sequence and associated regulatory elements.--.

    At page 7, before line 1, please insert -- Figure 3A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 callus.--.

    At page 7, line 1, please delete "3" and insert --3B--.

    At page 7, before line 3, please insert -- Figure 4A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 RO plants.--

    At page 7, line 3, please delete "4" and insert --4B--.

SM 0000893

At page 7, before line 5, please insert -- Figure 5A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 R1 plants.--.

At page 7, line 5, please delete "5" and insert --5B--.

At page 7, before line 7, please insert -- Figure 6A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH2 callus.--.

At page 7, line 7, please delete "6" and insert --6B--.

At page 23, line 30, please delete "1" and insert --1A--.

At page 24, line 2, please delete "2" and insert --2A--.

At page 30, line 23, please delete "3" and insert --3B--.

At page 31, line 16, please delete "4" and insert --4B--.

At page 33, line 10, please delete "5" and insert --5B--.

At page 36, line 31, please delete "6" and insert --6B--.

## REMARKS

These amendments are made to renumber the figures so that each figure has a separate designation. Since these amendments are formal in nature and do not require further search or consideration, entry is appropriate and is respectfully requested.

SM 0000894

2

Please charge any fees deemed to be due for consideration and entry of these amendments to PTO Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Dated: _16 Jan 1996_          By: _____

WDW:jee                       Warren D. Woessner
                              Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231,
on _January 16, 1996_
        Date of Deposit

_Lisa M. Cernohous_
Lisa M. Cernohous

SM 0000895

3

S/N 07/974,379

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 07/974,379 | Batch No.: | R34 |
| Filing Date: | November 10, 1992 | Docket No.: | 950.001US1 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

## COMMUNICATION RE: SUBMISSION OF FORMAL DRAWINGS

Attn: OFFICIAL DRAFTSMAN
Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the requirement for formal drawings made in the Notice of Allowance mailed November 27, 1995 enclosed are 10 sheets of formal drawings for the above-identified application.

The Examiner is invited to contact Applicants' Representatives, at the below-listed telephone number, if any further changes need to be made to the enclosed drawings.

Respectfully submitted,

Ronald C. Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
        WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN   55402
(612) 339-0331

Date: _16 Jan 1996_

Warren D. Woessner
Reg. No. 30,440
WDW:CMG:lmc

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231, on _____.

Date of Deposit

Lisa M. Cernohous

SM 0000896

5538877



FIG. 1A

FIG. 1B

SM 0000897



FIG. 2A

FIG. 2B

PH1  CALLUS

PROBES:

PHYGI1:  --------------  35S  Pm   Adh  INT        HYG        NOS  --------------

Bam  HI   Pst  I   Bam  HI

FIG.  3A

SM 0000899

3



FIG. 3B

SM 0000900

PH1 Ro PLANTS

PROBES: _____ _____

PHYGI1: ---------------- 35S Pm  Adh  INT        HYG         NOS
        ═══════I═══════I═══════════I═══---------------
                          Bam HI  Pst I  Bam HI

FIG. 4A

SM 0000901



FIG.  4B

SM 0000902

PH1  R1  GENERATION

PROBES:

PHYGI1: ---------------- $\underline{35S\ Pm}$ —I—$\underline{Adh\ INT}$—I—$\underline{HYG}$—I—$\underline{NOS}$----------------

Bam HI  Pst I  Bam HI

FIG.  5A

SM 0000903



FIG. 5B



FIG. 5C

SM 0000904

PH2 CALLUS

PROBES:

PHYGI1: 35S Pm  Adh INT  HYG  NOS

Bam HI Pst I  Bam HI

FIG. 6A

SM 0000905



FIG. 6B

SM 0000906

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Lundquist et al.

Title: METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Docket No.: 950.001US1

Filed: November 10, 1992

Examiner: Benzion

Attn: ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

Serial No.: 07/974,379

Due Date: February 27, 1996

Group Art Unit: 1803

Notice of Allowance Date: November 27, 1995

Batch No.: R34

Sir:

We are transmitting herewith the attached:

X    Transmittal sheet containing Certificate under 37 CFR 1.8 (1 pg.)
_    _ Sheet(s) of _ formal _ informal drawing(s)
_    An Assignment of the invention to _____ and Recordation Form Cover Sheet.
_    A certified copy of a _ application, Serial No. _, filed _, 19_, the right of priority of which is claimed under 35 U.S.C. Section 119
_    Small entity status of this application will be established at a later date.
_    A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_    A signed Combined Declaration and Power of Attorney.
X    A check in the amount of $ 1,250.00 to cover the Large Entity Issue Fee Payment
X    A check in the amount of $ 33.00 to cover the Extra Patent Copies Fee (11 copies).
X    A return postcard.
XX   Other: Issue Fee Transmittal (Form PTOL-85B)

_ Amendment     _ No Additional fee is required     _ The fee has been calculated as shown:

| CLAIMS AS AMENDED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | x 11 = | $ 00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | x 39 = | $ .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | | + 125 = | | or | + 250 = | |
| | | | | | | | TOTAL | |

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Attn: BOX ISSUE FEE, Assistant Commissioner for Patents, Washington, D.C. 20231, on this __13th__ day of __February__, 1996.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)

By: _____
Name: Steven W. Lundberg
Reg. No. 30,968
SWL:CMG:lmc

(GENERAL)

SM 0000907

**PART B—ISSUE FEE TRANSMITTAL**

*1250-142*
*33-501*

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate FEE ADDRESS* for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| FEB 16 1996 | INVENTOR'S NAME |
| 18M2/1127 | Street Address |
| CHANT GOULD, SMITH, EDELL, WELTER & | City, State and ZIP Code |
| SCHMIDT, P.A., ATTN: WARREN D. WOESSNER | CO-INVENTOR'S NAME |
| 3100 NORWEST CENTER | Street Address |
| 90 SOUTH SEVENTH STREET | City, State and ZIP Code |
| MINNEAPOLIS, MN 55402 | ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| First Named Applicant | 07/971,379 | 11/10/92 | 005 | BENZION, G | 1803 | 11/27/9 |
| TITLE OF INVENTION | LUNDQUIST, RONALD C. | | | |

TITLE OF INVENTION: METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 9636.1US01 | 435-172.300 | B34 | UTILITY | NO | $1250.00 | 02/27/9 |

3. Correspondence address change (Complete only if there is a change)
Schwegman, Lundberg, Woessner & Kluth, P.A.
P.O. Box 2938
Minneapolis, MN 55402

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 Schwegman, Lundberg,
2 Woessner & Kluth,
3 P.A.

**DO NOT USE THIS SPACE**

| 040 WT 02/23/96 07974379 | 1 142 | 1,250.00 CK | SM 0000908 |
|---|---|---|---|
| 040 WT 02/23/96 07974379 | 1 561 | 33.00 CK | |

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
DeKalb Genetics Corporation

(2) ADDRESS: (CITY & STATE OR COUNTRY)
St. Paul, Minnesota

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee   ☒ Advance Order - # of Copies ___11___

6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___19-0743___
(ENCLOSE PART C)
☐ Issue Fee   ☐ Advance Order - # of Copies ___
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)                              (Date) 2/13/96

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH THE CERTIFICATE OF MAILING OR REVERSE

PTOL-85B (REV. 4-94) (0651-0033)

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on  _Feb. 13, 1994_
(Date)

_Lisa M. Cemphaus_
(Name of person making deposit)

_Lisa M. Cernohous_
(Signature)

_Feb. 13 1996_
(Date)

Note:  If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Burden Hour Statement: This form is estimated to take .2 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Office of Information Systems, Patent and Trademark Office, Washington, D.C. 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, (Project 0651-0033), Washington, D.C. 20503.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner of Patents and Trademarks, Box Issue Fee, Washington, DC 20231.

SM 0000909

REVERSE PTOL 86B  (REV. 4-94) (0651-0033)

*#47*

_paper number_

## REQUEST FOR ACCESS

Date: _4-5-96_

Serial Number: _07/467,983_

Filing Date: _1-22-90_

Applicants: _Bonald C. Lundquist_

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _5,484,956_ or printed application number _____.

Respectfully submitted.

_Mike Surp_

------------------------------------------------
OFFICIAL USE ONLY
------------------------------------------------

RECEIVED  _4-15-96_

'96 APR -5 P3 :06

------
initials

FILE INFORMATION UNIT

------------------------------------------------

CUSTOMER SERVICE CENTER
PATENT PUBLICATION

SM 0000910

*"43*

_____
Paper Number

## REQUEST FOR ACCESS

DATE: *Feb 8, 1996*

SERIAL NUMBER: *07/974379*

FILING DATE: _____

APPLICANTS: *Lundquist et al*

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED TO IN U.S. PATENT NUMBER *5484956* OR PRINTED APPLICATION _____

RESPECTFULLY SUBMITTED,

*Paula Card*

OFFICIAL USE ONLY

_____
Initials
File Information Unit

*4-7-96*

RECEIVED

'96 APR -8 P12:39

CUSTOMER SERVICE CENTER
PATENT PUBLICATION

SM 0000911

#44

—————————
paper number

## REQUEST FOR ACCESS

Date: _5-16-96_

Serial Number: _07/974,379_

Filing Date: _____

Applicants: _Lundquist et al_

RECEIVED

'96 MAY 16 A6:43

CUSTOMER SERVICE CENTER
PATENT PUBLICATION

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _5484951_ or printed application number _____

Respectfully submitted.

_Betty Byrd, Inc_

-------------------------------------------
OFFICIAL USE ONLY
-------------------------------------------

_Approved 5/16/96_
_Daniel Lewis_

—————————
initials

FILE INFORMATION UNIT

-------------------------------------------

SM 0000912

Serial No. 07/974,379

PUBLISHING PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 07/974,379 | Art Unit: | 1803 |
| **Allowed:** | **November 27, 1995** | **Batch No.:** | **R34** |
| Filed: | November 10, 1992 | Docket: | 950.001US1 |
| For: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Comm. for Patents
Washington, DC 20231

### POWER TO INSPECT AND MAKE COPIES

Sir:

I hereby authorize Paul del Guidice (Reg. No. 28,788), Noreen Fabean, and/or
Michael Libby to inspect and make copies of the application file of record and any assignment
recordations in the above-identified matter.

Respectfully submitted,

Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
3500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-0331

Date: 7 - 2 1 - 76        By: _____
                             Warren D. Woessner
                             Reg. No. 30,440

WDW:ska

SM 0000913

*chem*

Serial No. 07/974,379

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 07/974,379 | Art Unit: | 1803 |
| **Allowed:** | **November 27, 1995** | **Batch No.:** | **R34** |
| Filed: | November 10, 1992 | Docket: | 950.001US1 |
| For: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Commissioner for Patents
Washington, DC 20231

## REQUEST TO EXPEDITE THE ISSUANCE OF A PATENT

Sir:

Counsel for Applicants respectfully request that the above-identified application be scheduled to issue on the earliest possible issue date due to an actual infringement consideration.

Submitted on February 13, 1996 was the Issue Fee Transmittal (PTOL-85B), a check in the amount of $1,250.00 for payment of the issue fee, and a check in the amount of $33.00 for extra copies of the Letters Patent.

Respectfully submitted,

Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
3500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-0331

Date: 29 April 1996    By: *Warren O Woessner*
Warren D. Woessner
Reg. No. 30,440

WDW:ska

SM 0000914



PTO UTILITY GRANT
Paper Number 47

The Commissioner of Patents
and Trademarks

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

*The United States of America*

Bruce Lehman
Commissioner of Patents and Trademarks

Marjorie V. Tarner
Attest

PTO-1584

SM 0000915

#-48

Serial No. 07/974,379                                                        PATENT
## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 07/974,379 | Art Unit: | 1803 |
| Filed: | November 10, 1992 | Docket: | 950.001US1 |
| For: | FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Commissioner for Patents                    **RECEIVED**
Washington, DC 20231
                                                       MAY 3 0 1996

## EMERGENCY PETITION TO THE COMMISSIONER TO    OFFICE OF PETITIONS
## INVOKE SUPERVISORY AUTHORITY UNDER              AND PATENTS
## 37 C.F.R. §1.181(a)(3) OR, ALTERNATIVELY, UNDER §1.182

Sir:

      Applicants hereby petition the Commissioner to invoke Supervisory Authority over the Publications Division to prevent access to, and copying by, third parties of the file wrapper of the above-referenced pending patent application, under 37 C.F.R. §1.14(a), in the absence of written authorization or a petition under §1.14(e).

1.   Statement of Facts

      The above-referenced application is a file wrapper continuation of Serial No. 07/467,983 filed January 22, 1990, abandoned. On January 16, 1996, U.S. Patent No. 5,484,956 issued (copy of page 1 enclosed) out of a continuation-in-part of the '045 application, and cross-referenced the '983 application, but did not cross-reference Serial No. 07/974,379.

      The '379 application was allowed on November 27, 1995, and is now scheduled to issue on July 23, 1996.

      On May 16, 1996, an associate of the undersigned attorney, Paul del Juidice, under authority of a Power to Inspect and Make Copies, dated April 24, 1996, inquired as to the status of the '379 application at the Service Center of the Publications Division. He was told that the application was being copied, and later learned from the person who copied the file that (a)

SM 0000916

she did not have a Power to Inspect and Make Copies, and (b) she had been informed that no Power to Inspect or Petition under §1.14(e) was necessary because of the waiver of secrecy with respect to file wrapper continuations under §1.62(f). Applicants have not received any petitions for access to this application.

2.    Points for Review

37C.F.R. §1.14(a) requires that, except as provided in §1.11(b) (relating to abandoned applications), pending patent applications are preserved in secrecy, with certain exceptions that are not applicable here. 37 C.F.R. §1.14(e) requires that a request by any member of the public·seeking access to, or copies of, any pending application preserved in secrecy pursuant to §1.14(a) and (b) must be in the form of a petition. The petition is subject to review in accord with MPEP §103.

37 C.F.R. §1.62(f) states that filing a Rule 62 continuation application "will be construed to include a waiver of secrecy by the Applicant . . . to the extent that any member of the public who is entitled under the provisions of 37 C.F.R. §1.14 to access to, or information concerning, either the prior application or [the Rule 62 continuation] may be given similar access to, or similar information concerning the other application in the file wrapper" [emphasis added].

Therefore, the Commissioner is respectfully requested to review and confirm that 37 C.F.R. §1.62(f) makes it clear that secrecy is waived with respect to a pending Rule 62 continuation application only insofar as §1.14 applies to pending applications, and that §1.14(e) requires filing a petition to obtain access to such applications, in the absence of written authorization.

3.  .  Action Requested

It is requested:

(a)    that Serial No. 07/974,379 not be released for copying to the public in the absence of written authority or a granted petition under §1.14(e);

(b)    that the issue date assigned to Serial No. 07/974,379 be moved forward to counteract prejudice to Applicants due to past copying; and

2

SM 0000917

     (c)    that this petition be decided on an expedited basis, due to the continuing availability to the public of the application.

     The Commissioner is authorized to charge the fee due under 37 C.F.R. §1.17(h) to PTO Deposit Account No. 19-0743.

     Respectfully submitted,

     Lundquist et al.

     By their attorneys,

     SCHWEGMAN, LUNDBERG,
     WOESSNER & KLUTH, P.A.
     P.O. Box 2938
     Minneapolis, MN 55402
     (612) 339-0331

Date: _29 May 1996_     By: _____
          Warren D. Woessner
          Reg. No. 30,440

WDW:ska

SM 0000918

3



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D C  20231

#49

COPY MAILED

JUN 25 1996

OFFICE OF PETITIONS
AND PATENTS

Schwegman, Lundberg, Woessner
 & Kluth, P.A.
P.O. Box 2938
Minneapolis, MN 55402

In re Application of                :
Ronald C. Lundquist             :
Application No. 07/974,379      : DECISION ON PETITION
Filed: November 10, 1992        :
For: FERTILE TRANSGENIC CORN PLANTS  :


This is in response to the "Emergency Petition to the Commissioner
to Invoke Supervisory Authority Under 37 CFR § 1.181(a)(3) OR,
ALTERNATIVELY, UNDER §1.182" which was filed on May 30, 1995.
Petitioner requests that the Patent and Trademark Office prevent
access to or copying of Application No. 07/974,379 by third parties
in the absence of written authorization under §1.14(e), that the
issue date be moved forward, and that the petition be decided on an
expedited basis.

The petition is dismissed-in-part and granted-in-part.

A review of the record shows that U.S. Patent No. 5,484,956 is a
continuation-in-part of Serial No. 467,983, filed January 22,
1990, which is now abandoned. Accordingly, the '956 patent
relies, under 35 U.S.C. § 120, upon the filing date of the '983
application with regard to common subject matter. Application
No. 07/974,379 is a file wrapper continuation of the '983
application.

Whenever a patent relies upon the filing date of an earlier but
still pending application, the public is entitled to see the
portion of the earlier application that relates to the common
subject matter, and also what prosecution, if any, was had in the
earlier application of the subject matter claimed in the patent.
See Manual of Patent Examining Procedure (MPEP), Section 103.
Furthermore, 37 CFR 1.14(b) states: "abandoned applications are
likewise not open to public inspection, except that if an
application referred to in a U.S. Patent . . . is abandoned and
is available, it may be inspected or copies obtained by any
person on written request, without notice to the applicant."

SM 0000919

Serial No. 07/974,379                                    Page 2

37 CFR 1.62(f) states:

> The filing of an application under this section will be
> construed as a waiver of secrecy by the applicant under 35
> U.S.C. 122 to the extent that any member of the public who
> is entitled under the provisions of 37 CFR 1.14 to access
> to, or information concerning the prior application or any
> continuing application filed under the provisions of this
> section may be given similar access to, or similar
> information concerning, the other application(s) in the file
> wrapper.

Accordingly, since Application No. 07/467,983 is referred to in a
U.S. Patent and an abandoned application, it may be inspected and
copies made by any person on written request, so long as the
application is available.  Furthermore, if Application No.
07/467,983 is available, any member of the public filing a
written request for Application No. 07/467,983 will also be given
Application No. 07/974,379 since Application No. 07/974,379 is a
file wrapper continuation of Application No. 07/467,983.  See
also MPEP Section 103, page 100-7, third paragraph.

During the issue process, an application is normally not
available until the printer has finished working on the
application.  Since the printing process for the above-identified
application has begun, the application will not be available for
copying until after the printer has finished working on the
application.  Accordingly, further requests for access can not
slow down the printing process because they will not be granted
until the printer is done and, once the printer is done, copying
of the application file will not delay issuance of the patent.
Since the public is entitled to access to the file so long as it
is available and since any requests for access will not disrupt
the printing process, the request that the application not be
released is dismissed.

As to the request to move up the issue date, a review of the
record reveals that the application has been assigned a patent
number, Patent No. 5,538,877, and an issue date, July 23, 1996.
The patent issue date of a patent can only be moved up if it is
more than eight weeks away.  Since the issue date is about four
weeks away, it is not possible to move up the issue date.
Moreover, there is no evidence that the requests for access have
delayed the printing process.  Accordingly, the request to move
up the issue date is dismissed.

SM 0000920

Serial No. 07/974,379                                    Page 3

The request to decide the petition on an expedited basis is granted. Further, in order to keep the application in the printing queue, the petition has been decided apart from the application. The petition and this decision will be placed into the application file once the printer has completed processing of the application.

No fee has been charged for the petition.

All questions regarding this matter should be directed to Karin Tyson at (703) 305-9285.


Lawrence E. Anderson
Senior Legal Advisor
Special Program Law Office
Office of the Deputy Assistant Commissioner
 for Patent Policy and Projects


kt

SM 0000921

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Ronald C. Lundquist et al.

Title: METHODS FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Docket No.: 950.001US1                    Serial No.: 07/974,379
Filed:       November 10, 1992             Due Date: N/A
Examiner:    G. Benzion                    Group Art Unit: 1803

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the following attached items (as indicated with an "X"):

X     A return postcard

X     Revocation and Power of Attorney (2 pages) with attachments

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described above, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this ___19___ day of _July_, 1996.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.          By: _____
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)          Atty: Warren D. Woessner, Ph.D.
                                                              Reg. No. 30,440

(GENERAL)

SM 0000922

SER. NO. 07/974,379                                        **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 07/974,379 | Group Art Unit: 1803 |
| Filed: | November 10, 1992 | Docket: 950.001US1 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## REVOCATION AND POWER OF ATTORNEY

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

      DEKALB Genetics Corporation is the owner of the undivided right, title, and interest in the above-identified application by virtue of assignment of parent application Serial No. 07/467,983 filed January 22, 1990, by the inventors to BioTechnica International, Inc., said Assignment recorded in the Patent Office on March 26, 1990, Reel 5265, Frame 274-275, a copy of which is attached hereto; by Assignment of the '983 application from BioTechnica International, Inc. to DeKalb Plant Genetics, a copy of which is attached thereto; and by Certificate of Merger of DeKalb Plant Genetics into DeKalb Genetics Corporation, a copy of which is attached hereto.

      In accordance with 37 C.F.R. Section 1.32, M.P.E.P. Section 402.05, 402.07, please revoke any existing Powers of Attorney, if any, and appoint the following attorneys and/or patent agents to prosecute this application and to transact all business in the Patent and Trademark Office in connection therewith:

SM 0000923

| | | | |
|---|---|---|---|
| Anglin, J. Michael | Reg. No. 24,916 | Billig, Patrick G. | Reg. No. 38,080 |
| Bianchi, Timothy E. | Reg. No. 39,610 | Billion, Richard E. | Reg. No. 32,836 |
| Brennan, Thomas F. | Reg. No. 35,075 | Burke, John E. | Reg. No. 35,836 |
| Clark, Barbara J. | Reg. No. 38,107 | Dryja, Michael A. | Reg. No. 39,662 |
| Embretson, Janet E. | Reg. No. 39,665 | David N. Fogg | Reg. No. 35,138 |
| Forrest, Bradley A. | Reg. No. 30,837 | Forrest, Peter | Reg. No. 33,235 |
| Holloway, Sheryl S. | Reg. No. 37,850 | Kluth, Daniel J. | Reg. No. 32,146 |
| Lemaire, Charles A. | Reg. No. 36,198 | Lempia, Bryan J. | Reg. No. 39,746 |
| Lundberg, Steven W. | Reg. No. 30,568 | Schwegman, Micheal L. | Reg. No. 25,816 |
| Slifer, Russell D. | Reg. No. 39,838 | Viksnins, Ann S. | Reg. No. 37,748 |
| Woessner, Warren D. | Reg. No. 30,440 | | |

Please direct all correspondence in this case to:

Warren D. Woessner, Esq.
SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, Minnesota 55402
Telephone 612/339-0331

Date: _July 13, 1996_          By: _Catherine Mackey_

Title: _VP Research_

SM 0000924

## ASSIGNMENT

WHEREAS, X/WE, __Ronald C. Lundquist and David A. Walters__

residing at __4901 Clear Spring Road, Minnetonka, Minnesota 55345 and 11424 Kell__

__Road, Bloomington, Minnesota 55437, respectively,__

made certain new and useful inventions and improvements for which X/ We executed an application for Letters

Patent of the United States on __January 22, 1990 under Serial No. 07/467,983__

which is entitled __FERTILE TRANSGENIC CORN PLANTS__

AND WHEREAS, __BioTechnica International, Inc.__, a corporation organized and existing under

and by virtue of the laws of the State of __Delaware__, and having an office and place of business at

__85 Bolton Street, Cambridge, Massachusetts 02140__ (hereinafter "Assignee")
is desirous of acquiring the entire right, title and interest in and to said inventions, improvements and application
and in and to the Letters Patent to be obtained therefor;

NOW THEREFORE, to all whom it may concern, be it known that for and in consideration of the sum of
One Dollar and other good and valuable considerations, the receipt and sufficiency whereof is hereby acknowl-
edged, I/we have sold, assigned, and transferred, and by these presents do sell, assign and transfer unto said
Assignee, its successors or assigns, the entire right, title and interest for all countries in and to all inventions and
improvements disclosed in the aforesaid application, and in and to the said application, all divisions, continua-
tions, or renewals thereof, all Letters Patent which may be granted therefrom, and all reissues or extensions of
such patents, and in and to any and all applications which have been or shall be filed in any foreign countries for
Letters Patent on the said inventions and improvements, including an assignment of all rights under the provisions
of the International Convention, and all Letters Patent of foreign countries which may be granted therefrom; and
I/we do hereby authorize and request the Commissioner of Patents and Trademarks to issue any and all United
States Letters Patent for the aforesaid inventions and improvements to the said Assignee as the assignee of the
entire right, title and interest in and to the same, for the use of the said Assignee, its successors and assigns.

AND, for the consideration aforesaid, XI/we do hereby agree that XXXXXXX/we and our executors and legal
representatives will make, execute and deliver any and all other instruments in writing including any and all fur-
ther application papers, affidavits, assignments and other documents, and will communicate to said Assignee, its
successors and representatives all facts known to xx/us relating to said improvements and the history thereof
and will testify in all legal proceedings and generally do all things which may be necessary or desirable more
effectually to secure to and vest in said Assignee, its successors or assigns the entire right, title and interest in and
to the said improvements, inventions, applications, Letters Patent, rights, titles, benefits, privileges and advantages
hereby sold, assigned and conveyed, or intended so to be

AND, furthermore X/we covenant and agree with said Assignee, its successors and assigns, that no assignment,
grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been made to
others by XX/us and that full right to convey the same as herein expressed is possessed by XXX/us.

SM 0000925

IN TESTIMONY WHEREOF, I/We have hereunto set my/our hand this _19th_ day of _____ _March_ , 19 90

_Ronald C. Lindquist_
Ronald C. Lundquist

STATE OF _Minnesota_ }
COUNTY OF _Hennepin_ } SS.

On this _19th_ day of _March_ , 19 90 before me personally appeared _____ _____Ronald C. Lundquist_____ to me known and known to me to be the person(s) described in and who executed the foregoing instrument, and ___he___ duly acknowledged to me that ___he___ executed the same for the uses and purposes therein set forth.

SEAL

KIT L WOJCIK
NOTARY PUBLIC — MINNESOTA
HENNEPIN COUNTY
My commission expires 11-30-95

_Kit L. Wojcik_
Notary Public

STATE OF _Minnesota_ }
COUNTY OF _Hennepin_ } SS.

_David A. Walters_
David A. Walters

On this _19th_ day of _March_ , 19 90 before me personally appeared _____ _____David A. Walters_____ to me known and known to me to be the person(s) described in and who executed the foregoing instrument, and ___he___ duly acknowledged to me that ___he___ executed the same for the uses and purposes therein set forth.

SEAL

KIT L WOJCIK
NOTARY PUBLIC — MINNESOTA
HENNEPIN COUNTY
My commission expires 11-30-95

_Kit L. Wojcik_
Notary Public

RECORDED
PATENT AND TRADEMARK
OFFICE
MAR 26 1990

SM 0000926

REEL 5265 FRAME 275

MAG 81231



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

TO: MERCHANT, GOULD, ET AL
    3100 NORWEST CENTER
    90 SOUTH SEVENTH STREET
    MINNEAPOLIS, MN 55402

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE U.S. PATENT AND TRADEMARK OFFICE ON THE REEL AND FRAME
NUMBER REFERENCED BELOW. A DIGEST OF THE DOCUMENT HAS ALSO BEEN MADE
AND APPEARS IN THE OFFICE'S RECORDS AS SHOWN:

ASSIGNOR: 001 LUNDQUIST, RONALD C.          DOC DATE: 03/19/90
ASSIGNOR: 002 WALTERS, DAVID A.             DOC DATE: 03/19/90

RECORDATION DATE: 03/26/90    NUMBER OF PAGES 002    REEL/FRAME 5265/0274

DIGEST: ASSIGNMENT OF ASSIGNORS INTEREST

ASSIGNEE: 501 BIOTECHNICA INTERNATIONAL, INC., 85 BOLTON STREET, CAMBRI
DGE, MA 02140 A CORP. OF DE

SERIAL NUMBER    7-467983    FILING DATE  01/22/90
PATENT NUMBER                ISSUE DATE   00/00/00

SM 0000927

03/4   2215-90    8.00 ——— 518

A/D



**MERCHANT & GOULD**

Merchant, Gould, Smith,
Edell, Welter & Schmidt
Professional Association
Patent, Trademark &
Copyright Lawyers

3100 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota
U.S.A. 55402

FAX 612/332 9081
Telex 290593 M&G Mps
612/332 5300

John D Gould
Phillip H Smith
Robert T. Edell
Paul A. Welter
Cecil C. Schmidt
John S Sumners
Alan G Carlson
Michael L. Schwegman
Earl D. Reiland
Charles E Golla
Douglas J Williams
Douglas A. Strawbridge
Albert L. Underhill
D Randall King
Norman P. Friederichs
Michael B. Lasky
Curtis B. Hamre
Michael D Schumann
Michael L. Mau
John A. Clifford
Mark J DiPietro
Steven W Lundberg
Warren D. Woessner

Janet R Westrom
David G Johnson
Alan W Kowalchyk
Michael S. Sherrill
Timothy R. Conrad
Daniel W. McDonald
R. Carl Moy
Robert C Freed
Daniel J. Kluth
Wendy M McDonald
Linda M Byrne
Mark D Schuman
Randall A. Hillson
John P. Sumner
Brian H Batzli
David K Tellekson
Hallie A. Finucane
John J Gresens
Steven J Keough
Paul E Lacy
John L. Knoble
Michelle M Michel
Philip P. Caspers

Gregory A. Sebald
Jane H. Arrett
A. James Nelson
Robert C Beck
George H Gates
John M Kelly
Gregory M Taylor
Kristine M Strodthoff
Thomas E. Jurgensen
Steven C Bruess
Joel A. Rothfus
Mark A Krull

March 21, 1990

Direct dial:
336-4622
***

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

RE: M&G 8955.1-US-01

Dear Sir or Madam:

Enclosed for recording is the Assignment of Ronald C. Lundquist
and David A. Walters for BIOTECHNICA INTERNATIONAL, INC.,
executed on March 19, 1990, in the matter of application for
FERTILE TRANSGENIC CORN PLANTS.  Also enclosed is our check for
$8.00 to cover the recording fee.

                    Very truly yours,

                    Warren D. Woessner

                    Warren D. Woessner
                    Reg. No. 30,440

WDW:ska

Enclosures:  Original Assignment
             $8.00 check
    130  03/29/90  LUNDQUIST R           3 518      8.00 CK

                    RECEIVED

                    APR 0 4 1990

93106153            APPLICATION DIVISION-412           914587

SM 0000928

Minneapolis   Saint Paul   Los Angeles

## ASSIGNMENT

WHEREAS, BioTechnica International, Inc., a corporation organized and existing under and by virtue of the laws of the State of Delaware, and having a place of business at 85 Bolton Street, Cambridge, MA 02140 (hereinafter "Assignor") owns the entire right, title and interest in and to the patent applications listed in Schedule A, below, and the inventions and improvements described therein;

AND WHEREAS, DeKalb Plant Genetics, an Illinois general partnership, having a place of business at 3100 Sycamore Road, DeKalb, Illinois (hereinafter "Assignee") is desirous of acquiring the entire right, title and interest in and to the patent applications listed in Schedule A, and the inventions and improvements described therein;

NOW THEREFORE, to all whom it may concern, be it known that for and in consideration of the sum of One Dollar and other good and valuable considerations, the receipt and sufficiency whereof is hereby acknowledged, Assignor has sold, assigned, and transferred, and by these presents does sell, assign and transfer unto said Assignee, its successors or assigns, the entire right, title and interest for all countries in and to all inventions and improvements disclosed in the patent applications listed in Schedule A, and in and to the said applications, all divisions, continuations, or renewals thereof, all Letters Patent which may be granted therefrom, and all reissues or extensions of such patents, and in and to any and all applications which have been or shall be filed in any foreign countries for Letters Patent on the said inventions and improvements, including an assignment of all rights under the provisions of the International Convention, and all Letters Patent of foreign countries which may be granted therefrom; and Assignor does hereby authorize and request the Commissioner of Patents and Trademarks to issue any and all United States Letters Patent for the aforesaid inventions and improvements to the said Assignee as the assignee of the entire right, title and interest in and to the same, for the use of the said Assignee, its successors and assigns.

AND, for the consideration aforesaid, Assignor does hereby agree that Assignor and its executors and legal representatives will make, execute and deliver any and all other instruments in writing including any and all further application papers, affidavits, assignments and other documents, and will communicate to said Assignee, its successors and representatives all facts known to Assignor relating to said improvements and the history thereof and will cause the inventors named on said patent applications to testify in all legal proceedings and generally do all things which may be necessary or desirable more effectually to secure to and vest in said Assignee, its successors or assigns the entire right, title and interest in and to the said improvements, inventions, applications, Letters Patent, rights, titles, benefits, privileges and advantages hereby sold, assigned and conveyed, or intended so to be.

AND, furthermore Assignor covenants and agrees with said Assignee, its successors and assigns, that no assignment, grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been made to others by Assignor and that full right to convey the same as herein expressed is possessed by Assignor.

SM 0000929

IN TESTIMONY WHEREOF on behalf of BioTechnica International, Inc., the below named duly authorized officer of BioTechnica International, Inc., has hereunto set his/her hand this 4th day of _December_____, 19 91 .

BioTechnica International, Inc.

By: _____

Name: __Charles H. Baker_____

Officer of BioTechnica International, Inc.

STATE OF _Minnesota_ )

COUNTY OF _Hennepin_ )ss.
  )

On this _4th_ day of _December_, 19 91 before me personally appeared _Charles H. Baker_ to be known and known to me to be the person described in and who executed the foregoing instrument, and he/she duly acknowledged to me that he/she executed the same for the uses and purposes therein set forth.

[SEAL]

_____
Notary Public

SANDRA K. AMBERSON
NOTARY PUBLIC—MINNESOTA
HENNEPIN COUNTY
My Commission Expires Mar. 20, 1996

SM 0000930