12/08/95   13:16   ☎612 339 3061    SCHWEGMAN, LUNDB _____    _____   ☒001

# OFFICIAL

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
PATENT ∙ TRADEMARK ∙ COPYRIGHT ∙ ATTORNEYS

3500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Telephone 612∙339∙0331          Facsimile 612∙339∙3061



December 8, 1995                    (612) 339-0331

Time: _____
      (Minneapolis, Minn.)

TO: Assistant Commissioner for        FROM: _Warren D. Woessner_____
    Patents
    Attn: _G. Benzion__               OUR REF: _950.001US2__
    Patent Examining Corps
    Facsimile Center                  TELEPHONE: _(612) 373-6903___
    Washington, D.C.   20231

Total pages, including cover letter: _6_

FAX NUMBER /_1-703-308-7362_ 4227

If you do NOT receive all of the pages, please telephone us at 612-339-0331, or fax us at 612-339-3061.

Document Transmitted: _AMENDMENT UNDER 37 CFR 1.312 (4 pp.)_

Applicant: _Ronald C. Lundquist et al._   Examiner: _G. Benzion_____

Serial No.: _08/249,458__                  Group Art Unit: _1804____

Filed: _May 26, 1994___                    Docket No.: _950.001US2___

Title: _FERTILE TRANSGENIC CORN PLANTS_

Please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

By: _____
Name: _Warren D. Woessner_
Reg. No.: _30,440_

I hereby certify that this paper is being transmitted by facsimile to the U.S. Patent and Trademark Office on the date shown below.

_Lisa D. LaBreche_
Printed Name

_____
Signature

_December 8, 1995_____
Date

Patent Prosecution
for High Technology

SM 0001081

<div align="right"><u>PATENT</u></div>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | R. C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No.: | 08/249,458 | Art Unit: | 1804 |
| Filed: | May 26, 1994 | Docket: | 950.001US2 |
| For: | **FERTILE TRANSGENIC CORN PLANTS** | | |

Box AF
Assistant Commissioner for Patents
Washington, D. C. 20231

### AMENDMENT UNDER 37 C.F.R. §1.312

Sir:

In response to the Notice of Allowance, Notice of Allowability, and Examiner's Amendment to claim 23, mailed November 27, 1995, please amend as follows:

### In the Claims

Claim 23 (amended). A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide [or insect] resistance thereto.

SM 0001082

12/08/95    13:16    ☎812 339 3061          SCHWEGMAN, LUNDB ___ _____ ___ ___    ☒003

Claim 30 (amended). [The] A process [of claim 23 further] comprising [(iv)] obtaining

progeny from [said] a fertile transgenic plant [of step (iii)] obtained by

the process of claim 23, which comprise said DNA.

Claim 31 (amended). The process of claim 30 wherein said progeny are obtained by crossing

said fertile transgenic plant [of step (iii)] with an inbred line.

Claim 32 (amended). The process of claim 30 [or 31] comprising obtaining seed from said

progeny and obtaining further progeny plants comprising said DNA

from said seed.

Claim 33 (amended). The process of claim 31 wherein the progeny obtained [in step (iv)] are

crossed back to the inbred line, to obtain further progeny which

comprise said DNA.

Claim 36. A process for producing a fertile transgenic *Zea mays* plant comprising the

steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated

microprojectiles, (ii) identifying or selecting a population of transformed cells,

and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is

transmitted through a complete sexual cycle of said transgenic plant to its

progeny, wherein the DNA imparts insect resistance thereto.

SM 0001083

12/08/95   13:17   ☎812 339 3081        SCHWEGMAN, LUNDB ___  ___ ___ ___      ☑004 __

Claim 11. (17.)   The process of claim 10 (16) wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

Claim 12. (18.)   The process of claim 10 (16) wherein the cells are derived from immature embryos.

Claim 13. (19.)   A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 10 (16), which comprise said DNA.

Claim 14. (40.)   The process of claim 13 (39) wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

Claim 15. (41.)   The process of claim 13 (39) comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed.

Claim 16. (42.)   The process of claim 14 (40) wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

Claim 17. (45.)   The process of claim 15 (41) wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

Claim 18. (44.)   The process of claim 16 (42) wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

SM 0001084

12/08/95   13:17   ☎612 339 3061      SCHWEGMAN, LUNDB                    ☑005

## Remarks

Claims 23 and 30-33 having been amended, and claims 36-44 having been added, the claims pending in the above-identified application are claims 23-24 and 29-44.

Claim 23 has been amended to delete reference to imparting insect resistance. This aspect of the invention is introduced as independent claim 36, and dependent claims 37-44 correspond to allowed claims 24 and 29-33, respectively.

It is respectfully submitted that these claims do not introduce new matter, and are allowable without further search or consideration. Therefore, entry is appropriate under Rule 312, and is respectfully requested.

Respectfully submitted,

R. C. Lundquist et al.,

By their attorneys,

SCHWEGMAN, LUNDBERG
   & WOESSNER, P.A.
3500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 339-0331

Dated: 8 Dec 1995

By: _Warren D. Woessner_
   Warren D. Woessner
   Reg. No. 30,440

4

SM 0001085

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Ronald C. Lundquist et al. |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS |
| Docket No.: | 950.002US2 |
| Filed: | May 5, 1994 |
| Examiner: | G. Benzion |

Serial No.: 08/249,458
Due Date: N/A
Group Art Unit: 1803

Assistant Commissioner for Patents
Washington, D.C. 20231

BATCH NO.: R34
ALLOWED: 11/27/95

Sir:

We are transmitting herewith the attached:

X   Transmittal sheet containing Certificate under 37 CFR 1.8.
_   _ Sheet(s) of _ formal _ informal drawing(s).
_   An Assignment of the invention to _____ and Recordation Form Cover Sheet
_   A certified copy of a _ application, Serial No. _, filed _, 19_, the right of priority of which is claimed under 35 U.S.C. Section 119.
_   Small entity status of this application will be established at a later date.
_   A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_   A signed Combined Declaration and Power of Attorney.
_   An unsigned Combined Declaration and Power of Attorney.
_   A check in the amount of $_____ to cover the Missing Parts Fee.
_   A check in the amount of $_____ to cover the Assignment Recording Fee
X   A return postcard.
X   Other:   Letter Re:  Information Disclosure Statement and Petition Under 37 CFR 1.97 (2 pp.); Form 1449 listing cited documents (3 pp.); copies of the listed documents attached thereto (8 U.S. Patents; 2 Foreign Patent Documents; and 24 Other Documents); and a check in the amount of $220.00 .

_ Amendment          _ No Additional fee is required          _ The fee has been calculated as shown:

| CLAIMS AS AMENDED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | x 11 = | $    .00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | x 39 = | $    .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | | + 125 = | | or | + 250 = | |
| | | | | | | | TOTAL | |

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this _15_ day of _December_, 1995.

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-339-...

By: _____
Name:  Warren D. Woessner
Reg. No. 30,440

(GENERAL)

SM 0001086

RECEIVED
ALLOWED FILES/CORRES
PUBLISHING DIVISION
9? FEB 29 PH 10: 19

**PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicants: R. C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No.: 08/249,458 | Art Unit: | 1803 |
| **BATCH NO.: R34** | **ALLOWED:** | **11/27/95** |
| Filed: May 26, 1994 | Docket: | 950.001US2 |

For:    **METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS**

Assistant Commissioner for Patents
Washington, D. C. 20231

<u>LETTER RE: INFORMATION DISCLOSURE STATEMENT
AND PETITION UNDER 37 C.F.R. §1.97</u>

Sir:

Enclosed is PTO 1449 listing documents which were reviewed with respect to the above-identified application. Copies are enclosed. The listed documents were cited in commonly-assigned patent applications. However, after the mailing date of the Notice of Allowance the undersigned attorney for Applicants learned that the documents had inadvertently not been listed in the above-identified application. In view of the suspension of the prosecution of the parent application from January 24, 1995, until November 27, 1995, and the suspension of prosecution of the present application from September 6, 1995, until November 27, 1995, consideration of the references is respectfully requested.

The Examiner is also requested to confirm that the prior art of record in parent application 07/974,379 has been considered in accord with MPEP 2001.06(b).

070 DF 01/05/96 08249458

**SM 0001087**

1 126    220.00 CK

Information Disclosure Statement and Petition Under 37 CFR §1.97
In Re Application of: R. C. Lundquist et al                                    Page 2
Serial No.: 08/249,458
Filing Date: May 26, 1994
METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

The petition fee under §1.17 (i)(1) is enclosed herewith. Please charge any additional

fee due to PTO Deposit Account No. 19-0743.

Respectfully submitted,

R.C. LUNDQUIST ET AL.

By their attorneys,

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis  MN  55402
(612) 339-0331

Dated: *18 Dec 1995*    By: _____
                              Warren D. Woessner
                              Reg. ID 30,440
                              WDW/ldl:skh

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to Assistant
Commissioner of Patents, Washington, D.C. 20231,
on _December 18 1995_
                Date of Deposit
_Lisa LaBreche_

SM 0001088

Sheet 1 of 3

| Form 1449* | | Atty. Docket No.: 950.001US2 | Serial No: 08/249,458 |
| --- | --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | Applicant: R. C. Lundquist et al. | |
| | | Filing Date: 5/26/94 | Group: 1803 |

*(Stamp: MAIL ROOM BY APPLICANT / TRADEMARK)*

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 4,399,216 | 8/16/83 | R. Axel et al. | 435 | 6 | 2/25/83 |
| | 4,634,665 | 1/6/87 | R. Axel et al. | 435 | 68 | 8/11/68 |
| | 4,683,202 | 7/28/87 | K. B. Mullis | 435 | 91 | 11/25/85 |
| | 5,015,580 | 05/14/91 | Christou et al. | 435 | 172.3 | 05/12/88 |
| | 5,177,010 | 1/05/93 | Goldman et al. | 435 | 172.3 | 09/05/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | Translation No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 257 472 A2 | 3/2/88 | EPO | C12N | 15/00 | X | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
| --- | --- |
| | Ahokas, H. "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA," Theor. Appl. Genet., 77, 469-472 (1989). |
| | Altenbach, S. B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine," Plant Mol. Biol., 8, 239-250 (1987). |
| | Ampe, C., et al., "The Amino-Acid Sequence of the 2S Sulphur-Rich from Seed of Brazil Nut (Bertholletia excelsa H.B.K.)," Eur. J. Biochem., 159, 597-604 (1986). |
| | Benner, M. S., et al., "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize," Theor. Appl. Genet., 78, 761-767 (1989). |
| | Freeling, J.C., et al., "Developmental Potentials of Maize Tissue Cultures," Maydica, XXI, 97-112 (July 1977). |
| | Gordon-Kamm, W. J, et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment," J. Cellular Biochem., 13D, p. 259, Abstract No. M122 (1989). |
| | Hauptman, R. M., et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants on the Gramineae," Plant Physiol., 86, 602-606 (1988). |
| | Hoffman, L. M., et al., " A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants," Plant Mol. Biol., 11, 717-729 (1988). |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001089

Sheet 2 of 3

| Form 1449* | | | Atty. Docket No.: 950.001US2 | | Serial No: 08/249,458 | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | | | Applicant: R. C. Lundquist at al. | | | |
| | | | Filing Date: 5/26/94 | | Group: 1803 | |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|
| | 5,004,863 | 4/2/91 | P. F. Umbeck | 800 | 205 | 12/3/86 |
| | 5,350,689 | 9/27/94 | R. Shillito et al. | 435 | 240.47 | 3/1/93 |
| | 5,352,605 | 11/4/94 | R. T. Fraley et al. | 435 | 240.4 | 11/28/93 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Hoffman, L. M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds," EMBO J., 6, 3213-3221 (1987). |
| | Kamo, K., et al., "Regeneration of Zea mays L. from Embryogenic Callus," Bot. Gaz., 146, 327-334 (1985). |
| | Kirihara, J., et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize," Mol. Gen. Genet., 211, 477-484 (1988). |
| | Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize," Gene, 71, 359-370 (1988). |
| | Lindsey, K., et al., "Electroporation of Cells," Physiologia Plantarum, 79, 168-172 (1990). |
| | Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds," Plant Mol. Biol., 12, 123-130 (1989). |
| | Okta, Y., et al., "Gene Manifestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the $M_1$ and $M_2$ Generations from Self-Pollination Applying Exogenous DNA)," Jap. J. Breed., 30, 184-185 (1980). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001090

Sheet _3_ of _3_

| Form 1449* | | Atty. Docket No : 950.001US2 | Serial No: 08/249,458 |
| --- | --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | Applicant: R. C. Lundquist et al. | |
| | | Filing Date: 5/26/94 | Group: 1803 |

**U.S. PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Yes | No |
| | AU-B-80893/87 | 12/5/88 | AU | C12N | 015/00 | X | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
| --- | --- |
| | Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High-Sulfur Zein Protein of M, 15,000," J. Biol. Chem., 261, 6279-6284 (1986). |
| | Phillips, R. L., et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine," Cereal Chem., 62, 213-218 (1985). |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene," Biol. Abstracts, 82, p. AB-391, Abstract No. 3396 (1986). |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene," J. Bacteriol., 166, 297-300 (1986). |
| | Ross, M.C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," J. Cell. Biochem., 13D, p.268, Abstract No. M149 (1989). |
| | Sanford, J. C., "The Biolistic Process," Trends Biotechnol., 6, 299-302 (1988). |
| | Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts," Nature, 338, 274-278 (1989). |
| | Sprague et al., "Corn Breeding," In: Corn and Corn Improvement, Sprauge, G. F., (ed.), American Society of Agronomy, Inc, Madison, Wi, pp. 305, 320-323 (1977) |
| | Waldron, C., et al., "Resistance to Hygromycin B," Plant Mol. Biol., 5, 103-108 (1985). |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001091

#17

| *Response to Rule 312* *Communication* | Application No 08/249,458 | Applicant(s) Lundquist et al. | |
|---|---|---|---|
| | Examiner Gary Benzion, Ph.D | Group Art Unit 1803 | |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ____*11 Dec 1995*____ under 37 CFR 1.312 has been considered, and has been:

☐ entered.

☒ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved.  See explanation below.

☐ entered in part.  See explanation below.

DOUGLAS W. ROBINSON
SUPERVISORY PATENT EXAMINER
GROUP 1800

SM 0001092

GARY BENZION, PH.D
PRIMARY EXAMINER
ART UNIT 1803

*B*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Ronald C. Lundquist et al.
Title:  METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS
Docket:  958.001US2
Filed:  May 26, 1994
Examiner:  G. Benzion

Serial No.:  08/249,458
Due Date:  N/A
Group Art Unit:  1803

Notice of Allowance Date:  November 27, 1995
Batch No:  R34

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:
X   Transmittal sheet containing Certificate under 37 CFR 1.8 (1 pg.).
_   __ Sheet(s) of _ formal _ informal drawing(s).
_   An Assignment of the invention to _____ and Recordation Form Cover Sheet.
_   A certified copy of a _ application, Serial No. _, filed _, 19_, the right of priority of which is claimed under 35 U.S.C. Section 119.
_   Small entity status of this application will be established at a later date.
_   A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_   A signed Combined Declaration and Power of Attorney.
_   A check in the amount of $_____ to cover the Large Entity Issue Fee Payment.
_   A check in the amount of $_____ to cover the Extra Patent Copies Fee (10 copies).
X   A return postcard.
XX  Other:  Communication re: Request for Information (2 pages); and PTO Form 1449 (9 pages).

_ Amendment        _ No Additional fee is required        _ The fee has been calculated as shown:

| CLAIMS AS AMENDED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | x 11 = | $ .00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | x 39 = | $ .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | + 125 = | | | or | + 250 = | |
| | | | | | | | TOTAL | |

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Attn: Official Draftsman, Assistant Commissioner for Patents, Washington, D.C. 20231, on this _14_ day of _February_ 1996.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)

By: _____
Name:  Warren D. Woessner
Reg. No. 30,440
WDW:DLP:ska

(GENERAL)

SM 0001093



S/N 08/249,458

4180
2/20/94

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | R. C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No.: | 08/249,458 | Art Unit: | 1803 |
| **BATCH NO.:** | **R34** | **ALLOWED:** | **11/27/95** |
| Filed: | May 26, 1994 | Docket: | 950.001US2 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Commissioner for Patents
Washington, DC 20231

## COMMUNICATION RE: REQUEST FOR INFORMATION

Sir:

It is respectfully requested that the enclosed information, submitted in compliance with 37 C.F.R. § 1.98 and at the request of the Examiner, be considered. The Examiner is respectfully requested to note that all of the documents listed on the enclosed Forms 1449 were previously submitted to the U.S. Patent Office in connection with Applicants' parent U.S. application, Serial No. 07/974,379, filed November 10, 1992, allowed. In addition, the Examiner is respectfully requested to note that a copy of the listed references is not included herewith as a copy was previously submitted in Applicants' parent application.

Although this information is being submitted after Notice of Allowance but before payment of Issue Fee, it is believed that no fee or certification is necessary under 37 C.F.R. § 1.97, as this information is being submitted at the request of the Examiner.

Pursuant to MPEP 609.C(2) and 609.D, Applicant respectfully requests the documents listed on the enclosed Forms 1449 be printed on the face of patent.

1

**SM 0001094**

The Examiner is invited to contact the Applicants' attorney at the below-listed telephone number if there are any questions concerning this communication.

Respectfully submitted,

R. C. Lundquist et al.,

By their attorneys,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.

P.O. Box 2938
Minneapolis, MN 55402
(612) 339-0331

Dated: _14 Feb 1996_    By: _____
WDW/dlp                      Warren D. Woessner
                             Reg. No. 30,440

2

SM 0001095

Sheet 1 of 9

| Form 1449* | | | Atty. Docket No.: 295.001US2 | | Serial No: 08/249,458 |
| --- | --- | --- | --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | | Applicant: R. C. Lundquist et al. | | |
| | | | Filing Date: May 26, 1994 | | Group: 1803 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | SubClass | Filing Date if Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 4,370,160 | 1/25/83 | M. J. Ziemelis | 71 | 117 | 6/27/78 |
| | 4,559,302 | 12/17/85 | T. D. Ingolia | 435 | 172.3 | 12/17/85 |
| | 4,581,847 | 4/15/86 | K. A. Hibberd et al. | 47 | 58 | 9/4/84 |
| | 4,665,030 | 5/12/87 | K. R. Close | 435 | 240 | 9/7/84 |
| | 4,666,844 | 5/19/87 | D. S. K. Cheng | 435 | 240 | 9/7/84 |
| | 4,727,028 | 2/23/88 | R. F. Santerre et al. | 435 | 240.2 | 6/22/81 |
| | 4,806,483 | 2/21/89 | A. S. Wang | 435 | 240.49 | 8/18/86 |
| | 4,940,835 | 7/20/90 | D. M. Shah et al. | 800 | 205 | 8/7/85 |
| | 5,049,500 | 9/17/91 | C. J. Arntzen et al. | 435 | 172.3 | 1/13/87 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 126 537 A2 | 4/5/83 | EPO | A61K | 9/52 | X | |
| | WO 85/01856 | 5/9/85 | PCT | A01B | 76/00 | X | |
| | 0 141 373 A3 | 5/15/85 | EPO | A01G | 7/00 | X | |
| | WO 85/02972 | 7/18/85 | PCT | A01C | 1/06 | X | |
| | 2 159 173 A | 11/27/85 | GB | C12N | 15/00 | X | |
| | 0 154 204 A2 | 9/11/85 | EPO | C12N | 15/00 | X | |
| | 0 160 390 A2 | 11/6/85 | EPO | A01H | 15/10 | X | |
| | 0 202 668 A2 | 11/16/86 | EPO | C12N | 5/02 | X | |
| | 0 204 549 A2 | 10/12/86 | EPO | C12N | 15/00 | X | |
| | WO 87/05629 | 9/24/87 | PCT | C12N | 15/00 | X | |
| | 0 242 236 A1 | 10/21/87 | EPO | C12N | 15/00 | X | |
| | 0 242 246 A1 | 11/21/87 | EPO | C12N | 15/00 | X | |

| Examiner | Date Considered  3/13/9 |
| --- | --- |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001096

Sheet 2 of 9

| Form 1449* | Atty. Docket No : 295.001US2 | Serial No: 08/249,458 |
| --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | SubClass | Translation Yes | No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 262 971 A2 | 5/6/88 | EPO | A01H | 1/02 | X | |
| | 0 270 356 A2 | 6/8/88 | EPO | C12N | 15/00 | X | |
| | 0 275 069 A2 | 7/20/88 | EPO | C12N | 15/00 | X | |
| | 0 280 400 A2 | 8/31/88 | EPO | A01C | 1/06 | X | |
| | 0 282 164 A2 | 9/14/88 | EPO | C12N | 5/00 | X | |
| | 37 38 874 A1 | 11/17/88 | DE | A01H | 1/06 | | X |
| | 0 289 479 A2 | 11/23/88 | EPO | C12N | 15/00 | X | |
| | 0 290 395 A2 | 11/9/88 | EPO | C12N | 15/00 | X | |
| | 0 292 435 A1 | 11/23/88 | EPO | C12N | 15/00 | X | |
| | 0 299 552 A1 | 1/18/88 | EPO | C12N | 15/00 | X | |
| | 0 301 749 A2 | 2/1/89 | EPO | C12N | 15/00 | X | |
| | WO 89/04371 | 5/18/89 | PCT | C12N | 21/00 | X | |
| | 0 331 855 A2 | 9/13/89 | EPO | C12M | 3/00 | X | |
| | 0 334 539 A2 | 9/27/89 | EPO | C12N | 15/00 | X | |
| | WO 89/12102 | 12/14/89 | PCT | C12N | 15/00 | X | |
| | 0 348 348 A2 | 12/27/89 | EPO | A01N | 65/00 | X | |
| | 8801444 | 1/2/90 | NL | C12N | 15/87 | | X |
| | WO 90/10691 | 8/20/90 | PCT | C12N | 5/00 | X | |
| | 0 442 174 A1 | 4/21/91 | EPO | C12N | 15/82 | X | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

""Bullets" Transform Plant Cells," Agricell Report, 9, 5, (July 1987).

"Shotgunning DNA into Cells," Genetic Engineering News, (July/August 1987).

Ahokes, H. "Electrophoretic transfection of cereal grains with exogenous nucleic acid," Soc Biochem Biophys Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).

| Examiner | Date Considered 3/13/96 |
| --- | --- |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001097

Sheet 3 of 9

| Form 1449* | Atty. Docket No.: 295.001US2 | Serial No: 08/249,458 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Armstrong, C. L., et al., "Genetic and cytogenetic variation in plants regenerated from organogenic and friable, embryonic tissue cultures of maize," Biological Abstracts, Vol. 85, Abstract No. 117662 (1988). |
| | Barker, R. F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTil5955," Plant Mol. Biol., 2, 335-350 (1983) |
| | Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," Nature, 304, 184-187 (1983). |
| | Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA," Nuc. Acids Res., 11, 369-385 (1983). |
| | Booy, G., et al., "Attempted Pollen-Mediated Transformation of Maize," J. Plant Physiol., 135, 319-324 (1989) |
| | Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," Genes and Development, 1, 1183-1200 (1987). |
| | Cao, J., et al., "Transformation of Rice and Maize Using the Biolistic Process," In:Plant Gene Transfer, Alan R. Liss, Inc., pp 21-33 (1990). |
| | Chandler, V. L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous: Isolation of *B* Utilizing *R* Genomic Sequences," The Plant Cell, 1, 1175-1183 (1989). |
| | Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," Theor. Appl. Genet., 79, 337-341 (1990). |
| | Christou, P., et al., "Stable Transformation of Soybean Callus by DNA-Coated Gold Particles," Plant Physiol., 87, 671-674 (1988) |
| | Cocking, F., et al., "Gene Transfer in Cereals," Science, 236, 1259-1262 (1987). |
| | Creissen, G., et al., "*Agrobacterium*- and Microprojectile-Mediated Viral DNA Delivery into Barley Microspore Derived-Cultures," Plant Cell Rep., 8, 680-683 (April 1990). |
| | Crossway, A., et al., "Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts," Mol. Gen. Genet., 202, 179-185 (1986). |
| | De Block, M., et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme," EMBO J., 6, 2513-2518 (1987). |

| Examiner | Date Considered |
|---|---|
| | 2/10/96 |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to applicant

SM 0001098

Sheet _4_ of _9_

| Form 1449* | Atty. Docket No : 295.001US2 | Serial No: 08/249,458 |
| --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
| --- | --- |
| | De Greef, W., et al., "Evaluation of herbicide resistance in transgenic crops under field conditions," Bio/Technol., 7, ~!-64 (1989). |
| | Dekeyser, R. A., et al., "Evaluation of Selectable Markers for Rice Transformation," Plant Physiol., 90, 217-223 (1989). |
| | DeWald et al., "Plant regeneration from inbred maize suspensions," VIIth International Congress on Plant Tissue and Cell Culture, p. 12, Abstract No. A1-36 (June 24-29, 1990). |
| | DeWet, J. R. et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in Escherichia coli," Proc. Nat. Acad. Sci. USA, 82, 7870-7873 (1985) |
| | Evans, D. A., et al., "Somaclonal Variation - Genetic Basis and Breeding Applications," Trends Genet., 5, 46-50 (1989). |
| | Fransz, P., et al., "Cytodifferentiation during callus initiation and somatic embryogenesis in Zea mays L.," Ph.D. thesis, U. of Wageningen Press, The Netherlands (1988). |
| | Fromm, M. E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," Nature, 319, 791-793 (1986). |
| | Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation," Proc. Nat. Acad. Sci. USA, 82, 5824-5828 (1985). |
| | Gould, O., et al., "Shoot Tip Culture as a Potential Transformation System," Abstracts, Beltwide cotton production research conferences, New Orleans, LA, p. 91 ( 1988). |
| | Graves, A., et al., "The transformation of Zea mays seedlings with Agrobacterium tumefacians," Plant Mol. Biol., 7, 43-50 (1986). |
| | Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," Crop. Sci., 15, 417-421 (1975). |
| | Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: Maize for Biological Research, Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367-372 (1982). |
| | Green, C., et al., "Somatic Cell Genetic Systems in Corn," In: Advances in Gene Technology: Molecular Genetics of Plant and Animals, Academic Press, Inc., pp. 147-157 (1983). |
| | Grimsley, N., et al., "DNA Transfer from Agrobacterium to Zea mays or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions," Mol. Gen. Genet., 217, 309-316 (1989). |

| Examiner | Date Considered |
| --- | --- |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001099

Sheet 5 of 9

| Form 1449* | Atty. Docket No.: 295.001US2 | Serial No: 08/249,458 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

Gritz, L., et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*," Gene, 25, 179-188 (1983).

Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," Cell, 30, 763-773 (October 1982).

Hooykaas, P. J. J., "Transformation of plant cell via *Agrobacterium*," Plant Mol. Biol., 13, 327-336 (1989).

Horn, M., et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts," Chem. Abstracts, 110, p. 208, Abstract No. 89869a (1989).

Jefferson, R., et al., "β-Glucuronidase from *Escherichia coli* as a Gene-Fusion Marker," Proc. Nat. Acad. Sci. USA, 83, 8447-8451 (1986).

Jefferson, R., et al., "GUS Fusions: β-Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants," EMBO J., 6, 3901-3907 (1987).

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," Plant Mol. Biol. Rep., 5, 387-405 (1987).

Kamo, K., et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures," Plant Sci., 45, 111-117 (1986).

Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment," Plant Cell Rep., 8, 429-432 (1989).

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles," Proc. Nat. Acad. Sci. USA, 85, 4305-4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles," Bio/Technol., 6, 559-563 (1988).

Klein, T. M., et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells," Nature, 327, 70-73 (1987).

Klein, T., et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression," In: Gene Manipulation in Plant Improvement II, Gustafson, J. P., (ed.), Plenum Press, NY, pp. 265-266 (1990).

| Examiner | Date Considered 2/13/9? |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001100

Sheet 6 of 9

| Form 1449* | Atty. Docket No.: 295.001US2 | Serial No: 08/249,458 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Klein, T., et al., "Genetic transformation of Maize Cells by Particle Bombardment," Plant Physiol., 91, 440-444 (1989). |
| | Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles," Proc. Nat. Acad. Sci. USA, 86, 6682-6685 (1989). |
| | Kozak, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes," Cell, 44, 283-292 (1986). |
| | Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and Grasses," Ad. Cell Culture, 6, 291-293 (1988). |
| | Lorz, H., et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals,".Plant Breeding, 100, 1-25 (1988). |
| | Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize (Zea mays L.)," Theor. Appl. Genet., 66, 285-289 (1983). |
| | Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation," Science, 247, 449-450 (1990). |
| | Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts," Theor. Appl. Genet., 71, 344-350 (1985). |
| | Ludwig, S., et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc-Homology Region," Proc. Nat. Acad. Sci. USA, 86, 7092-7096 (1989). |
| | Ludwig, S., et al., "Maize R Gene Family: Tissue-Specific Helix-Loop-Helix Proteins," Cell, 62, 849-851 (1990). |
| | Lutcke, H., et al., "Selection of AUG Initiation Codons Differs in Plants and Animals," EMBO J., 6, 43-48 (1987). |
| | McDaniel, C., et al., "Cell-Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo," Planta, 175, 13-22 (1988). |
| | Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cell Line," Plant Sci. Lett., 28, 337-348 (1982/83). |
| | Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles," Theor. Appl. Genet., 78, 31-34 (1989). |
| | Murakami, T., et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster," Mol. Gen. Genet., 205, 42-50 (1986). |
| | Nelson, T., "New Horses for Monocot Gene Jockeys," The Plant Cell, 2, 589 (1990). |

| Examiner | Date Considered 3/1/96 |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered Include copy of this form with next communication to applicant.

SM 0001101

Sheet 7 of 9

| Form 1449* | Atty. Docket No.: 295.001US2 | Serial No: 08/249,458 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT**<br>**BY APPLICANT**<br>(Use several sheets if necessary) | Applicant: R. C. Lundquist et al | |
| | Filing Date: May 26, 1994 | Group: 1803 |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | Neuffer, "Growing Maize for Genetic Purposes," Maize for Biological Research, Plant Mol. Biol. Assoc., pp. 19-30 (1988). |
| | Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter," Nature, 313, 810-811 (1985). |
| | Ohta, Y., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA," Proc. Nat. Acad. Sci. USA, 83, 715-719 (1986). |
| | Ozias-Akins, P., et al., "In vitro regeneration and genetic manipulation of grasses," Physiol. Plant., 73, 565-569 (1988). |
| | Ozias-Akins, P., et al., "Progress and Limitations in the Culture of Cereal Protoplasts," Trends in Biotechnol., 2, 119-123 (1984). |
| | Phillips, R. L., et al., "Cell/Tissue Culture and In Vitro Manipulation," In: Corn and Corn Improvement, 3rd edition, Sprague, G. F., et al., (eds.), Agronomy Soc. Amer., pp. 345-387 (1988). |
| | Poehlman, J. "Breeding Corn (Maize)," In: Breeding Field Crops, 3rd edition, AVI Publishing Co., Westport CN, pp. 469-471, 477-481 (1986). |
| | Potrykus, I., "Gene Transfer to Cereals: An Assessment," Bio/Technol., 8, 535-542 (June 1990). |
| | Potrykus, I., "Gene Transfer to Cereals: An Assessment," Trends Biotechnol., 7, 269-273 (October 1989). |
| | Potrykus, I., et al., "Callus formation from stem protoplasts of corn (Zea mays L.)" Mol. Gen. Genet., 156, 347-350 (1977). |
| | Prioli, L. M., et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (Zea mays L.)," Bio/Technol. 7, 589-594 (June 1989). |
| | Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts," Science, 240, 204-207 (April 8, 1988). |
| | Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," Bio/Technol., 6, 56-60 (January 1988). |
| | Rhodes, C. A., "Corn: From Protoplasts to Fertile Plants," Bio/Technol., 7, 548 (June 1989). |
| | Sanford, J. C., et al., "Biolistic Plant Transformation," Physiol. Plant., 79, 206-209 (1990). |

| Examiner | Date Considered |
|---|---|
| | 9/13/96 |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SM 0001102

Sheet _8_ of _9_

| Form 1449* | Atty. Docket No : 295.001US2 | Serial No: 08/249,458 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| | Sanford, J. C., et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA," _Theor. Appl. Genet._, _69_, 571-574 (1985). |
| | Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process," _Particulate Sci. Technol._, _5_, 27-37 (1987). |
| | Schmidt, A., et al., "Media and environmental effects of phenolics production from tobacco cell cultures," _Chem. Abstracts_, _110_, p. 514, Abstract No. 230156z (1989). |
| | Shillito, R. D., et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize," _Bio/Technol._, _7_, 581-587 (June 1989). |
| | Smith, R., et al., "Shoot apex explant for transformation," _Plant Physiol._, _86_, p. 108, Abstract No. 646 (1988). |
| | Spencer et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture," _Theor. Appl. Genet._, _79_, 625-631 (May 1990). |
| | Spencer, T.M., et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos," Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8 1989). |
| | Thompson, C., et al., "Characterization of the Herbicide-Resistance Gene _bar_ from _Streptomyces hygroscopicus_," _EMBO J._, _6_, 2519-2523 (1987). |
| | Tomes, D. T., et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves," _Plant Mol. Biol._, _14_, 261-268 (February 1990). |
| | Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment," _Plant Physiol._, _91_, 1271-1274 (1989). |
| | Ulian, E., et al., "Transformation of Plants via the Shoot Apex, " _In Vitro Cell. Dev. Biol._, _9_, 951-954 (1988). |
| | Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of _Zea mays_ L.," _J. Plant Physiol._, _124_, 399-408 (1986). |
| | Walbot, V , et al., "Molecular genetics of corn," In: _Corn and Corn Improvement_, 3rd edition, Sprauge, G. F , et al., (eds.), American Soc. Agronomy, Madison, WI, pp. 389-430 (1988). |
| | Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment," _Plant Mol. Biol._, _11_, 433-439 (1988). |
| | Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," _Ann. Rev. Genet._, _22_ (42) -478 (1988). |

| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 9 of 9

| Form 1449* | Atty. Docket No.: 295.001US2 | Serial No: 08/249,458 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: R. C. Lundquist et al. | |
| | Filing Date: May 26, 1994 | Group: 1803 |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | White, J., et al., "A Cassette Containing the *bar* Gene of *Streptomyces hygroscopicus*: a Selectable Marker for Plant Transformation," Nuc. Acid. Res., 18, 1062 (1989). | |
|---|---|---|
| Examiner | | Date Considered 3/13/96 |

*Substitute Disclosure Statement Form (PTO-1449)
**EXAMINER: Initial if citation considered whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to applicant.

SM 0001104

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Lundquist et al.

Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Docket No.:    950.001US2
Filed:    May 26, 1994
Examiner:    G. Benzion

Serial No.:    08/249,458
Due Date:    February 27, 1996
Group Art Unit:    1803

Attn: BOX ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

Notice of Allowance Date:  November 27, 1995
Batch No:    R34

Sir:

We are transmitting herewith the attached:

X    Transmittal sheet containing Certificate under 37 CFR 1.8 (1 pg.).
_    _ Sheet(s) of _ formal _ informal drawing(s).
_    An Assignment of the invention to _____ and Recordation Form Cover Sheet.
_    A certified copy of a _ application, Serial No _, filed _, 19_, the right of priority of which is claimed under 35 U.S.C. Section 119.
_    Small entity status of this application will be established at a later date
_    A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_    A signed Combined Declaration and Power of Attorney.
X    A check in the amount of $ 1,250.00 to cover the Large Entity Issue Fee Payment.
X    A check in the amount of $ 33.00 to cover the Extra Patent Copies Fee (11 copies).
X    A return postcard.
XX    Other: Issue Fee Transmittal (Form PTOL-85B)

_ Amendment          _ No Additional fee is required          _ The fee has been calculated as shown:

| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | x 11 = | $ .00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | x 39 = | $ .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | + 125 = | | | or | + 250 = | |
| | | | | | | TOTAL | | |

Please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Attn: BOX ISSUE FEE, Assistant Commissioner for Patents, Washington, D.C. 20231, on this 27 day of February, 1996

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)

By: _____
Name:  Warren D. Woessner
Reg. No. 30,440
WDW:CMG:lmc

(GENERAL)

SM 0001105

PART B—ISSUE FEE TRANSMITTAL

35
1350-566 8

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) CHANGE (Complete only if there is a change) |
|---|---|
| *(MAR 1 30 1996 stamp — U.S. PATENT & TRADEMARK)*<br><br>18M2/1127<br>SCHWEGMAN, LUNDBERG & WOESSNER<br>ATTN: WARREN D. WOESSNER<br>3500 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | INVENTOR'S NAME<br><br>Street Address<br><br>City, State and ZIP Code<br><br>CO-INVENTOR'S NAME<br><br>Street Address<br><br>City, State and ZIP Code<br><br>☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/249,458 | 05/26/94 | 009 | BENZION, G | 1803 | 11/27/95 |

First Named Applicant: LUNDQUIST,     RONALD C.

TITLE OF INVENTION: METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 950.1US02 | 435-172.300 | R34 | UTILITY | NO | $1250.00 | 02/27/96 |

| 3. Correspondence address change (Complete only if there is a change) | 4. For printing on the patent front page, list the name of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. | 1 Schwegman, Lundberg,<br><br>2 Woessner & Kluth,<br><br>3 P.A. |
|---|---|---|

DO NOT USE THIS SPACE

120 GH 03/12/96 08249458    1 142   1,250.00 CK

08249458

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
DeKalb Genetics Corporation

(2) ADDRESS: (CITY & STATE OR COUNTRY)
St. Paul, Minnesota

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee   ☐ Advance Order - # of Copies   11

6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER   19-0743
(ENCLOSE PART C)
☐ Issue Fee   ☐ Advance Order - # of Copies
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) *(signature)*    (Date) 27 Feb 1996

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV. 4-94) (0651-0033)

SM 0001106

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _February 27, 1996_
                                    (Date)

_Lisa M. Cernohous_
(Name of person making deposit)

_Lisa M. Cernohous_
(Signature)

_February 27, 1996_
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Burden Hour Statement: This form is estimated to take .2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Office of Information Systems, Patent and Trademark Office, Washington, D.C. 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, (Project 0651-0033), Washington, D.C. 20503. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner of Patents and Trademarks, Box Issue Fee, Washington, DC 20231.

SM 0001107

VERSE PTOL 85B (REV. 4-94) (0651-0033)

#19

| **Response to Rule 312 Communication** | Application No. 08/249,458 | Applicant(s) Lundquist et al. |
|---|---|---|
| | Examiner Gary Benzion, Ph.D | Group Art Unit 1803 |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ___20 Feb 1996___ under 37 CFR 1.312 has been considered, and has been:

☐ entered.

☒ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved.  See explanation below.

☐ entered in part.  See explanation below.

SM 0001108

GARY BENZION, PH.D
PRIMARY EXAMINER
ART UNIT 1803

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Ronald C. Lundquist et al.

Title:  METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS
Docket No.:  950.001US2
Filed:  May 26, 1994
Examiner:  G. Benzion

Serial No.:  08/249,458
Due Date:  January 27, 1996
Group Art Unit: 1803

Attn: Official Draftsman
Assistant Commissioner for Patents
Washington, D.C. 20231

Notice of Allowance Date: November 27, 1995
Batch No:  R34

Sir:

We are transmitting herewith the attached:

X   Transmittal sheet containing Certificate under 37 CFR 1.8 (1 pg.)
X   10 Sheet(s) of X formal _ informal drawing(s).
_   An Assignment of the invention to _____ and Recordation Form Cover Sheet.
_   A certified copy of a _ application, Serial No. _, filed _, 19_, the right of priority of which is claimed under 35 U.S.C.
    Section 119.
_   Small entity status of this application will be established at a later date.
_   A verified statement to establish small entity status under 37 C.F.R. 1.9 and 1.27.
_   A signed Combined Declaration and Power of Attorney.
_   A check in the amount of $____ to cover the Large Entity Issue Fee Payment.
_   A check in the amount of $____ to cover the Extra Patent Copies Fee (10 copies).
X   A return postcard.
XX  Other: Letter to the Official Draftsman (1 pg.) and Supplemental Amendment under 37 C.F.R. 1.312(a) (3 pgs.)

_ Amendment        _ No Additional fee is required        _ The fee has been calculated as shown:

| CLAIMS AS AMENDED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Claims Remaining After Amendment | (2) Highest Number Previously Paid For | (3) Present Extra | Small Entity | | or | OTHER | |
| | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| TOTAL CLAIMS | - | - | | x 11 = | $    .00 | or | x 22 = | |
| INDEPENDENT CLAIMS | - | - | | x 39 = | $    .00 | or | x 78 = | |
| [ ] MULTIPLE DEPENDENT CLAIM PRESENTED | | | | + 125 = | | or | + 250 = | |
| | | | | | | TOTAL | | |

Please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Attn: Official Draftsman, Assistant Commissioner for Patents, Washington, D.C. 20231, on this __16__ day of _January_, 1996.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)

By: _____
Name:  Warren D. Woessner
Reg. No. 30,440
WDW:CMG:lmc

(GENERAL)

SM 0001109



*D. C.*
*5-15-96*
*20/6 (c. 312)*
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   R. C. Lundquist et al.                    Examiner:    G. Benzion

Serial No.:   08/249,458                                Art Unit:    1803

BATCH NO.: R34                                          ALLOWED: 11/27/95

Filed:        May 26, 1994                              Docket:      950.001US2

For:          METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

## SUPPLEMENTAL AMENDMENT UNDER 37 C.F.R § 1.312(a)

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

    In response to the Examiner's request in the Notice of Allowability to submit formal drawings, please amend the specification as follows:

## IN THE SPECIFICATION

    At page 6, line 28, please delete "2" and insert --2A--.

    At page 6, line 29, after "I." please insert --Figure 2B shows the relevant part of pBII221 encompassing the GUS coding sequence and associated regulatory elements.--.

    At page 7, before line 1, please insert --Figure 3A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 callus.--.

    At page 7, line I, please delete "3" and insert --3B--.

    At page 7, before line 3, please insert --Figure 4A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 RO plants.--.

    At page 7, line 3, please delete "4" and insert --4B--.

SM 0001110

At page 7, before line 5, please insert -- Figure 5A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH1 R1 plants.--.

At page 7, line 5, please delete "5" and insert --5B--.

At page 7, before line 7, please insert -- Figure 6A depicts the pHYG1-containing fragments employed as probes in a Southern blot analysis of PH2 callus.--.

At page 7, line 7, please delete "6" and insert --6B--.

At page 23, line 30, please delete "1" and insert --1A--.

At page 24, line 2, please delete "2" and insert --2A--.

At page 30, line 23, please delete "3" and insert --3B--.

At page 31, line 16, please delete "4" and insert —4B--.

At page 33, line 10, please delete "5" and insert --5B--.

At page 36, line 31, please delete "6" and insert --6B--.

## REMARKS

These amendments are to comply with the Notice of Patent Drawings Objections in the parent application to the above-identified divisional application. The Notice required that the figures be renumbered so that each figure had a separate designation. Since these amendments are formal in nature and do not require further search or consideration, entry is appropriate and is respectfully requested.

SM 0001111

Please charge any fees deemed to be due for consideration and entry of these amendments to PTO Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG & WOESSNER, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Dated: _16 Sept 1996_          By: _Wm. D. Woes_

WDW:jee

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231, on _____ 1996.
                Date of Deposit

_Lisa M. Cornohous_

Lisa M. Cornohous

SM 0001112

S/N 08/249,458

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 08/249,458 | Batch No.: | R34 |
| Filing Date: | May 26, 1994 | Docket No.: | 950.001US2 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

## COMMUNICATION RE: SUBMISSION OF FORMAL DRAWINGS

Attn: OFFICIAL DRAFTSMAN
Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the requirement for formal drawings made in the Notice of Allowance mailed November 27, 1995 enclosed are 10 sheets of formal drawings for the above-identified application.

The Examiner is invited to contact Applicants' Representatives, at the below-listed telephone number, if any further changes need to be made to the enclosed drawings.

Respectfully submitted,

Ronald C. Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
    WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 339-0331

Date: 16 Jan 1996

Warren D. Woessner
Reg. No. 30,440
WDW:CMG:lmc

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231, on January 16, 1996 .

Date of Deposit

Lisa M. Cernohous
Lisa M. Cernohous

SM 0001113

5538880



FIG. 1A

FIG. 1B

SM 0001114



FIG. 2A

FIG. 2B



SM 0001115



FIG. 3B

SM 0001116

PH1  CALLUS

PROBES:

PHYGI1: 

FIG. 3A

SM 0001117

PH1 Ro PLANTS

PROBES: _____  _____

PHYGI1: ·········  35S Pm   Adh INT      HYG        NOS
                  I_____I_____I_____·········
                        Bam HI  Pst I  Bam HI

# FIG. 4A

SM 0001118



FIG. 4B

SM 0001119

PH1 R1 GENERATION

PROBES: _____  _____

PHYGI1: ········ 35S Pm ···· Adh INT ···· HYG ···· NOS ········
                    Bam HI  Pst I  Bam HI

## FIG. 5A

SM 0001120

7



**FIG. 5B**



**FIG. 5C**

SM 0001121



PH2  CALLUS

PROBES:                            _____  _____

PHYGI1: ---------  35S  Pm   Adh  INT      HYG        NOS
                  I‾‾‾‾‾‾‾‾I‾‾‾‾‾I‾‾‾‾‾‾‾‾‾‾‾I‾‾‾---------
                                  Bam  HI  Pst  I  Bam  HI

## FIG.  6A

SM 0001122

9



FIG. 6B

SM 0001123



*Chew*

Serial No. 08/249,458

RECEIVED
PUBLISHING DIVISION 1
PATENT
AM 7: 30

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 08/249,458 | Art Unit: | 1803 |
| **Allowed:** | **November 27, 1995** | **Batch No.:** | **R34** |
| Filed: | May 26, 1994 | Docket: | 950.001US2 |
| For: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Commissioner for Patents
Washington, DC 20231

### REQUEST TO EXPEDITE THE ISSUANCE OF A PATENT

Sir:

Counsel for Applicants respectfully request that the above-identified application be scheduled to issue on the earliest possible issue date due to an actual infringement consideration.

Submitted on February 27, 1996 was the Issue Fee Transmittal (PTOL-85B), a check in the amount of $1,250.00 for payment of the issue fee, and a check in the amount of $33.00 for extra copies of the Letters Patent.

Respectfully submitted,

Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
3500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-0331

Date: _29 April 1956_    By: _Warren D. Woessner_

Warren D. Woessner
Reg. No. 30,440

WDW:ska

SM 0001124

Serial No. 08/249,458

RECEIVED PATENT 1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

96 MAY -1  AM 7: 31

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No. | 08/249,458 | Art Unit: | 1803 |
| Allowed: | **November 27, 1995** | Batch No.: | R34 |
| Filed: | May 26, 1994 | Docket: | 950.001US2 |
| For: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

Assistant Comm. for Patents
Washington, DC 20231

### POWER TO INSPECT AND MAKE COPIES

Sir:

I hereby authorize Paul del Guidice (Reg. No. 28,788), Noreen Fabean, and/or Michael Libby to inspect and make copies of the application file of record and any assignment recordations in the above-identified matter.

Respectfully submitted,

Lundquist et al.

By their attorneys,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
3500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-0331

Date:   4 26 96

By: _Warren D. Woessner_
Warren D. Woessner
Reg. No. 30,440

WDW:ska

SM 0001125



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/249,458 | 05/26/94 | LUNDQUIST | R  950.1US02 |

SCHWEGMAN, LUNDBERG & WOESSNER
ATTN:  WARREN D. WOESSNER
3500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402

18M2/0516

RENEXAMINERG

| ART UNIT | PAPER NUMBER |
|---|---|
| 1803 | |

DATE MAILED:

05/16/96

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

SM 0001126

I-90C (REV. 2/95)

1 - File Copy

# 21

| **Response to Rule 312 Communication** | Application No. 08/249,458 | Applicant(s) |
|---|---|---|
| | | Lundquist et al. |
| | Examiner Gary Benzion, Ph.D | Group Art Unit 1803 |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ___19 Mar 1996___ under 37 CFR 1.312 has been considered, and has been:

☐ entered.

☒ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved.  See explanation below.

☐ entered in part.  See explanation below.

SM 0001127

GARY BENZION, PH.D
PRIMARY EXAMINER
ART UNIT 1803


PTO UTILITY GRANT

Paper Number 22

# The United States of America

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*



*Bruce Lehman*

Commissioner of Patents and Trademarks

*Marjorie V. Turner*

Attest

PTO-1584

SM 0001128

FPI-LOM

(RIGHT INSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 | 172.3 172.1 240.4 .45.89 .280 | 9/27/94 | 𝒫𝒷 |
| 800 | 205,285 | | |
| 935 | 52,53,55 67 + 85 | | |
| Update ecl | | 3/28/95 | 𝒫𝒷 |
| Update dneo | | 4/15/95 | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| Review patent 07/974 379 APS Search tim Particle acceleration, ballistics, corn, 3-a mays of image transfunction, regundos and fertility Dialog same online | 9/27/94 | 𝒫𝒷 |
| Update Aps | 3/28/95 | 𝒫𝒷 |
| Aps update | 11/15/95 | 𝒫𝒷 |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 435 | 172.1 172.3 Q87 - 240.4, .45 | 11/15/95 | 𝒫𝒷 |
| 935 | 52,53,55 67 + 85 | | |
| 800 | 202,205 235 | | |

SM 0001129

(RIGHT OUTSIDE)

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 19 | |
| EXAMINER | 353 | 6-20 |
| TYPIST | 18 | 6-20 |
| VERIFIER | 304 | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS



SM 0001130

(LEFT INSIDE)

08/ 9458

APPROVED FOR LICENSE

JUN 1 7 9447

INITIALS _____

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|

1. *Application* _____ papers.
2. Prel amat. a — 5/26/94
3. Prel amd + B — 5/26/94
4. Rej 3 months — 8/28/86
5. Amdt C — 01-03-95
6. Rej 3mos. — 4/3/95
7. Amdt D — 3-28-95
8. Interview Summary — 4/25/95
9. F-REJ 3mos — 4-26-95
10. Response — 6-5-95
11. Interview Summary — 7/3/95
12. Terminal Disclaimer — 6/5/95
13. Letter of suspension — 9-6-95
14. Interview Summary — 11/15/95
15. Notice of allowability / E — 11/22/95
16. Amdt F R-312 — 12-11-95
17. Rule 312 (Amd3311) — 02-15-96
18. IDS — 2-20-96
19. Rule 312 (Response) — 3-19-96
20. Amdt G (R.312) + dugs. — 1-18-96
21. Entry under 3311 — 5-18-96
22. PTO Grant JUL 2 3 1996
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

SM 0001131

(FRONT)