## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

        Plaintiffs,

    v.

SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC.,

        Defendants.

_____

DEKALB GENETIC CORPORATION,

        Plaintiff,

    v.

SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC., et al.,

        Defendants.

C.A. No. 04-305 SLR
(Lead Case)

## JOINT SUBMISSION OF FILE HISTORY U.S. PATENT 4,940,835
### (Shah, Rogers, Horsch & Fraley)

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Attorneys for Defendants

OF COUNSEL:
Michael J. Flibbert
Don O. Burley
Howard W. Levine
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
(202) 408-4000

Dated: January 11, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000

Attorneys Plaintiffs

OF COUNSEL:
Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 787-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

           Plaintiffs,

     v.

SYNGENTA SEEDS, INC.
SYNGENTA BIOTECHNOLOGY, INC., et al.,
        Defendants.

C.A. NO. 04-305 SLR

DEKALB GENETICS CORPORATION,
        Plaintiff,

     v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., et al.
        Defendants.

C.A. NO. 05-355 SLR

# JOINT SUBMISSION OF
# FILE HISTORY FOR U.S. PATENT 4,940,835
## (Shah, Rogers, Horsch & Fraley)

| Application serial number | Sequential numbers |
|---|---|
| S/N 763,482 | 5000-5092 |
| S/N 792,390 | 5093-5199 |
| S/N 879,814 | 5200-5429 |

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 11, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 11, 2006, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

_/s/ David E. Moore_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765