R..LAR UTILITY
For...
(Rev...

| SERIAL NUMBER series of 1979 | 63482 | PATENT DATE | | PATENT NUMBER | |

| SERIAL NUMBER 0... | ...,482 | FILING DATE 08/07/85 | CLASS 435 | SUBCLASS 172.3 | GROUP ART UNIT 121 124 | EXAMINER |

**APPLICANTS**

...M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO;
...B. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

...INUING DATA*********************
...IED
...-mS

...IGN/PCT APPLICATIONS************
...ED
...e-mS

.... FILING LICENSE GRANTED 08/22/85

| | claimed ☐yes ☒no conditions met ☐yes ☐no acknowledged Examiner's Initials mS | AS FILED → | STATE OR COUNTRY MO | SHEETS DRWGS 3 | TOTAL CLAIMS 25 | INDEP CLAIMS 5 | FILING FEE RECEIVED 410.00 | ATTORNEY'S DOCKET NO C-07-21-(256 |

**ADDRESS**

...K D. KELLY
...TO CO.
...LINDBERGH BLVD
...UIS, MO-63167

Dennis R. Hoerner, Jr.
Monsanto Co. - BB4F
700 Chesterfield Village Parkway

**TITLE**

...SATE-RESISTANT PLANT CELLS

This is to certify that annexed hereto
is a true copy from the records of the
United States Patent and Trademark Office
of the File Wrapper and Contents of the
file identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Certifying Officer

Date    SEP 15 1994

0005000

# REGULAR UTILITY

Form F   436
(Rev 8/rd)

| SERIAL NUMBER (series 1979) | 763482 | PATENT DATE | PATENT NUMBER |
|---|---|---|---|

| SERIAL NUMBER 06/763,482 | FILING DATE 08/27/85 | CLASS 435 | SUBCLASS 172.3 | GROUP ART UNIT 127 124 | EXAMINER |

**APPLICANTS**
DILIP M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO;
ROBERT B. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

**CONTINUING DATA********************
VERIFIED
none MS

**FOREIGN/PCT APPLICATIONS************
VERIFIED
none MS

FOREIGN FILING LICENSE GRANTED 08/22/85

| Foreign priority claimed ☐yes ☒no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐yes ☐no | → | MO | 3 | 25 | 5 | 410.00 | C-07-21-(256 |
| Verified and Acknowledged   Examiner's initials | | | | | | | |

**ADDRESS**
~~PATRICK D. KELLY~~
~~MONSANTO CO.~~
~~800 N. LINDBERGH BLVD.~~
~~ST. LOUIS, MO 63167~~

Dennis R. Hoerner, Jr.
Monsanto Co. - BB4F
700 Chesterfield Village Parkway

**TITLE**  GLYPHOSATE-RESISTANT PLANT CELLS

U S DEPT of COMM -Pat & TM Office — PTO-436L (rev 1)

| PARTS OF APPLICATION FILED SEPARATELY | PREPARED FOR ISSUE |
|---|---|
| | |
| | (Assistant Examiner)   (Docket Clerk) |

| | | AT ALLOWANCE | | | EXAMINED AND PASSED FOR ISSUE |
|---|---|---|---|---|---|

| SHEETS DRGS | FIGURES DRWGS. | CLAIMS | CLASS | SUBCLASS | |
|---|---|---|---|---|---|
| | | | | | (Primary Examiner)   (Art Unit) |

| Estimate of printed pages | Issue fee due (est.) |
|---|---|
| Drawing(s) | Spec(s) |

| Notice of allowance and issue fee due (est.) | |
|---|---|
| Date mailed | Date paid |

RETENTION LABEL

0005001

763482

NEW APPLICATION                    CASE NO. __C-07-21-(256)A__

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C.  20231

Sir:

    Transmitted herewith for filing is the patent application of:

INVENTOR(S):   DILIP M. SHAH, STEPHEN G. ROGERS, ROBERT B. HORSCH
             and ROBERT T. FRALEY
TITLE:        GLYPHOSATE-RESISTANT PLANT CELLS

Enclosed are:

[X] Abstract, Specification, Claim(s), and attached Declaration.

[X] An Assignment of the invention to Monsanto Company, 800 North Lindbergh
    Boulevard, St. Louis, Missouri  63167 for recordation.

Also enclosed are:

[X] 3 ____ sheet(s) of ~~formal~~/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | $300.00 |
|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | |
| Claims | No. Filed | No. Extra | Rate | |
| Independent | 5  -  3 = | 2 | X $30.00 = | 60.00 |
| TOTAL | 25.  - 20 = | 5 | X $10.00 = | 50.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | $ 20.00 |

                        TOTAL FEE → $430.00

[X] A triplicate copy of this transmittal paper is enclosed.

[X] Please charge the above calculated total fee to my Deposit Account
    No. __13-4125__ .  Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in
    addition to the above as well as all future fees set forth in 37 CFR 1.16 and
    1.17 which may be required during the entire pendency of this Application, and
    credit any overcharges to Deposit Account No. __13-4125__  [37 CFR 1.25(b)].

NOTE:  THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE: __August 7, 1985__

                    Attorney of Record  James W. Williams, Jr.

                    Registration No. __21,161__

                    Telephone: __(314) 694-5402__

P02/L27/P83

0005002



-1-                07-21(256)A

B "243216

763482

## GLYPHOSATE-RESISTANT PLANT CELLS

### BACKGROUND OF THE INVENTION

This invention is in the fields of genetic engineering, biochemistry, and plant biology.

5          N-phosphonomethylglycine has the following structure:

$$HO - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - \overset{\overset{\displaystyle H}{|}}{N} - CH_2 - \overset{\overset{\displaystyle O}{\|}}{P} \overset{\nearrow OH}{\underset{\searrow OH}{}}$$

10   This molecule is an acid, which can dissociate in aqueous solution to form phytotoxicant anions. Several anionic forms are known. As used herein, the name "glyphosate" refers to the acid and its anions. A mixture containing glyphosate as the active ingred-
15   ient, formulated as its isopropylamine salt, is sold as a herbicide by Monsanto Company under the trademark ROUNDUP®. Numerous other salts also have herbicidal properties, as exemplified by U.S. Patent No. 3,799,758 (Franz 1974) and various other patents.
20   Compositions comprising n-phosphonomethylglycine and salt-forming cations which increase the solubility of the n-phosphonomethylglycine in water are preferred.

Glyphosate reportedly inhibits an enzyme called enolpyruvyl-shikimate-3-phosphate synthase
25   (EPSPS); see, e.g., Amrhein 1980, Steinrucken 1980, Mousdale 1984, and Rubin 1982 (note: a complete list of references is contained below, after the Examples). The EPSPS enzyme reportedly catalyzes the conversion of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-
30   3-phosphate, an intermediate in the biochemical pathway for creating three essential aromatic amino acids (tyrosine, phenylalanine, and tryptophan); see, e.g., Mousdale 1984. Rogers 1983 reports that overproduction of EPSPS in E. coli contributes to
35   glyphosate resistance in those cells.

S1365 08/09/85 763482        13-4125 1 101      300.00CH
S1366 08/09/85 763482        13-4125 1 102       60.00CH
S1367 08/09/85 763482        13-4125 1 103       50.00CH

In plant cells, the EPSPS enzyme reportedly functions in chloroplasts; see Mousdale 1985. In general, chloroplasts are organelles that are dispersed throughout the cytoplasm of a plant cell. Chloroplasts contain DNA which is believed to be expressed into polypeptides inside the chloroplast. However, the EPSPS polypeptide is encoded by chromosomal DNA rather than chloroplast DNA. The EPSPS gene is transcribed into mRNA in the nucleus. The mRNA leaves the nucleus, and is translated into a polypeptide in the cytoplasm. The polypeptide (or a portion thereof) is transported into the chloroplast.

At least one researcher has attempted to create glyphosate-resistant cells by manipulating a bacterial gene which encodes an EPSPS enzyme. As described in EPO 115,673 (Comai; assigned to Calgene, Inc.; priority date January 5, 1983) and in Comai 1983, a culture of _Salmonella_ bacteria was contacted with a mutagen (ethyl methanesulfonate). The bacteria were screened for glyphosate resistance, and a relatively resistant culture was selected. This culture was analyzed, and determined to have a mutant form of EPSPS with a substituted amino acid, as reported in Stalker 1985. EPO 115,673 suggested that the mutant EPSPS gene could be inserted into plant cells to create glyphosate-resistant (Gly$^R$) plant cells.

After the priority date of EPO 115,673, methods and vectors were described which could be used to insert foreign genes into plant cells (see, e.g., Fraley 1984, Herrera-Estrella 1984, Bevan 1984, and PCT applications WO 84/02919 and 02920). In PCT application WO 84/02913, methods were also described for creating chimeric genes having bacterial EPSPS coding sequences controlled by regulatory sequences derived from genes which are active in plant cells. Using these vectors and methodology, bacterial genes such as the mutant _Salmonella_ EPSPS gene mentioned

-3-              07-21(256)A

above can be manipulated and expressed in plant cells.
However, despite the availability of vectors and
methods to insert the <u>Salmonella</u> EPSPS gene into plant
cells, there have been no published reports that
5    mutant bacterial EPSPS genes as described in EPO.
115,673 have been used effectively to create Gly$^R$
plant cells or plants.

        The object of this invention is to provide
a method of genetically transforming plant cells
10   which causes the cells to become resistant to
glyphosate and the herbicidal salts thereof.

SUMMARY OF THE INVENTION
        This invention involves a cloning or
expression vector comprising a gene which encodes an
15   enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:
        (a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
20   cytoplasm of the plant cell into a chloroplast in the
plant cell, and
        (b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
25   which naturally occurs in plant cells.
        The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation

0005005

-4-          07-21(256)A

vectors, and subsequently into plant cells. Plant cells transformed by such genes have been shown to confer a substantial degree of glyphosate resistance upon transformed plant cells.

5   BRIEF DESCRIPTION OF THE DRAWINGS

FIGURE 1 depicts the major steps used in one preferred embodiment of this invention.

FIGURE 2 depicts the creation of plasmid pMON546, a plant transformation vector which contains
10  a chimeric CaMV/EPSPS gene. It also depicts the structure of pGV3111SE, a disarmed Ti plasmid with vir genes which help insert the CaMV/EPSPS gene from pMON546 into plant chromosomes.

FIGURE 3 indicates the DNA sequence and the
15  amino acid sequence of the chloroplast transit peptide from the petunia EPSPS gene and enzyme.


DETAILED DESCRIPTION OF THE INVENTION

This invention involves a cloning or expression vector which contains a gene which encodes
20  a form of EPSPS which can effectively confer glypho- sate resistance (Gly$^R$) on plant cells. The EPSPS gene encodes a polypeptide which contains a chloroplast transit peptide (CTP), which enables the EPSPS poly- peptide (or an active portion thereof) to be trans-
25  ported into a chloroplast inside the plant cell.

In one preferred embodiment, a gene which encodes an EPSPS polypeptide containing a CTP was obtained from petunia cells, using the steps indicated in Figure 1. Petunia cells were used because (1) they
30  grow quickly in relatively inexpensive media; (2) most petunia cell lines can be easily regenerated into differentiated plants; and (3) extensive genetic mapping of petunia has already been done, which will

-5-          07-21(256)A

facilitate genetic analysis of petunias transformed by
this method.  However, this invention is not limited
to petunia cells; any type of plant cell which can be
cultivated in tissue culture can be treated as
5    described below to amplify and isolate its EPSPS
enzyme and gene, using nutrient media and glyphosate
concentrations selected for that particular type of
plant cell.

        As described in Example 1.A, petunia cells
10   in a suspension culture were transferred into culture
medium containing 0.5 mM glyphosate. The large majo-
rity (estimated greater than 99%) of the cells were
killed, and the surviving cells were reproduced until
they formed a saturated suspension culture of cells.
15       Because plants vary in their sensitivity to
glyphosate, the concentrations of glyphosate used to
create a resistant cell line from a different type of
plant may vary. Suitable concentrations for use with
any particular cell type may be determined by routine
20   experimentation.

        The concentration of glyphosate was in-
creased 5 more times over a four month period, until
cells were obtained which could survive and reproduce
in 10 mM glyphosate.  The surviving cells were desig-
25   nated as the MP4-G cell line. These cells contained
about 15-20 copies of the EPSPS gene.

        As described in Example 1.B, the EPSPS
polypeptide was obtained and purified from the MP4-G
cell line; and its amino acid sequence was determined.
30   A portion of that sequence was selected because it had
a low degree of degeneracy, i.e., only a relatively
small number of codons could encode it.  The selected
partial amino acid sequence is shown in Table 1.
The possible DNA and mRNA codons which could encode

0005007

-6-            07-21(256)A

those amino acids were determined, as shown in Table
1. Based upon the partial EPSPS amino acid sequence,
a degenerate mixture of radioactive probes was
constructed and tested as described in Examples 1.C
5    and 1.D.
          A library of bacteriophage clones having
DNA inserts derived from polyadenylated petunia mRNA
was created, as described in Example 1.E.  This
required extensive processing of the mRNA to create
10   double-stranded complementary DNA (ds cDNA), and
insertion of the ds cDNA fragments into suitable
vectors (such as lambda phages) for cloning.
          The cDNA library was screened with the
probe mixture, using the method described in Example
15   1.F. The clone that was selected for further analysis
was designated as pMON9531.  The DNA in this clone was
sequenced, and the results indicated that it contained
only part of the EPSPS coding sequence. To obtain the
complete EPSPS coding sequence, the pMON9531 clone was
20   used as a probe on a genomic DNA library, as described
in Example 1.G. A genomic clone with an EPSPS sequence
was identified and designated as λF7. That EPSPS
sequence was then used as a probe to screen the
petunia cDNA library again, and a clone was identified
25   and designated as pMON9556.  The EPSPS insert in the
pMON9556 clone contained the entire 3' end (including
a poly-adenylated tail) of the EPSPS sequence. It also
contained, at its 5' end, an EcoRI site which matched
the EcoRI 3' end of the pMON9531 clone.
30        The EPSPS insert in pMON9531 was isolated
and inserted into a plant transformation vector
(pMON530, which contained a 35S promoter from a cauli-
flower mosaic virus) to obtain pMON536, as shown in
Figure 2.  The EPSPS fragment from pMON9556 was then
35   inserted into pMON536 to create a chimeric CaMV/
EPSPS gene.  The plasmid which contains the chimeric

gene was designated as pMON546.  It has been deposited
with the American Type Culture Collection (ATCC),
accession number 53213.

5      The CaMV promoter is stronger than the
natural EPSPS promoter in at least some types of
plants, i.e. it increases the transcription of higher
quantities of mRNA from chimeric genes compared to
the natural EPSPS promoter.  The high strength of the
chimeric CaMV/EPSPS gene is of great value in using
10     the EPSPS gene as a selectable marker in the labor-
atory.  However, when a chimeric gene is used to
transform regenerated plants for food production, the
level of production of EPSPS enzyme may be undesirably
high, since it diverts nucleotides, amino acids, and
15     substrates away from other desired biochemical path-
ways in the cells.  Therefore, to create a chimeric
gene with the optimal level of expression of EPSPS
synthase, it may be desirable to diminish the strength
of the chimeric CaMV/EPSPS gene.  This can be done by
20     various methods such as (1) random or site-specific
mutagenesis of the region prior to the transcription
start site; (2) insertion of a transcription termin-
ator in the 5' non-translated region of the gene; (3)
insertion of a spurious start codon in front of the
25     EPSPS start codon; or (4) insertion of a coding
sequence with a start codon and a stop codon in front
of the EPSPS start codon, to create a dicistronic
coding sequence.  Alternately, a different promoter
(such as an opine synthase promoter, a RUBISCO small
30     subunit promoter, or a promoter from a different type
of plant virus) may be ligated to the EPSPS coding
sequence to create a chimeric gene which has a desired
strength in any particular type of plant.  If
desired, more than one foreign EPSPS gene may be
35     inserted in to the chromosomes of a plant, by methods
such as repeating the transformation and selection
cycle more than once.

Plasmid pMON546 was inserted into
Agrobacterium tumefaciens cells which contained a
helper plasmid, pGV3111SE.  The helper plasmid encodes
certain gene products which are necessary to transfer
5   the CaMV/EPSPS gene from pMON546 into plant cell
chromosomes.  It also contains a kanamycin resistance
gene which functions in bacteria. A culture of A.
tumefaciens C58C1 cells containing pMON546 and
pGV3111SE was deposited with the American Type Culture
10  Collection (ATCC) and was assigned ATCC accession
number 53213.  If desired, either one of these plasmids
may be isolated from this culture of cells using
standard methodology (see, e.g., Maniatis 1982), and
the EPSPS sequence may be removed from pMON546 and
15  ligated to other promoters or inserted into other
vectors if desired.

Other types of carrier plasmids, helper
plasmids, or transforming cells can also be used.
Certain types of plants (such as soybean) are not
20  highly susceptible to infection and transformation by
A. tumefaciens cells; nevertheless, they can be
infected and transformed by some strains which are
naturally adapted to those host plants.  If desired,
a strain of A. tumefaciens cells which is adapted to
25  any particular type of plant may be selected from
crown gall tumors on that type of plant, and
manipulated and used as described herein to insert
EPSPS genes into that particular type of plant.

For example, a strain of A. tumefaciens
30  cells designated as the A208 strain is capable of
transforming a number of soybean cultivars tested to
date.  That strain carries a Ti plasmid designated as
the pTiT37 plasmid.  The pTiT37 plasmid is a
nopaline-type plasmid, rather than an octopine-type
35  plasmid such as pGV3111SE.  The pTiT37 plasmid was
disarmed, and the resulting plasmid was designated as
pASE.  It can be used as either a helper plasmid or a

crossover plasmid with plasmid pMON546.  A culture
of A. tumefaciens A208 cells containing the pASE
plasmid was deposited with the ATCC, and was assigned
accession number 53214.  This helper plasmid and
5    host cell is preferred for transforming cells from
soybean, alfalfa, and other legumes.

The A. tumefaciens cells containing both
pMON546 and pGV3111SE were co-cultivated with leaf
disks taken from petunia leaves, under conditions
10    which allowed the T-DNA region from pMON546 to be
inserted into the chromosomes of the plant cells (see
Fraley 1983 and Horsch 1985).  The cells were culti-
vated on nutrient agar containing 0, 0.1, 0.25, or 0.5
mM glyphosate.  Control cells, which were treated
15    identically using plant transformation vectors which
did not contain the EPSPS gene, were also cultivated
on the same media.  All leaf disks generated callus
tissue on the plates containing no glyphosate.  At 0.1
mM glyphosate, ther was little detectable difference
20    between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth of
callus from control disks, while substantial growth of
transformed tissue occurred. At 0.5 mM glyphosate,
there was no callus growth from the control disks,
25    while a substantial number of calli grew from the
transformed disks.  This confirms that the CaMV/EPSPS
gene conferred substantial glyphosate resistance upon
the transformed cells.

As used in the claims, a foreign gene
30    "confers a substantial degree of glyphosate resistance
upon a plant cell" if it allows a selectable fraction
of a culture of transformed plant cells to survive a
concentration of glyphosate which kills essentially
all untransformed cells from the same type of plant
35    under the same conditions.

0005011

After the EPSPS polypeptide from a gene of
this invention is translated from messenger RNA in the
cytoplasm of the transformed plant cell, it is
believed to be processed in the same manner as the
5    natural EPSPS polypeptide.  The CTP leader sequence is
believed to cause the polypeptide to be transported to
a chloroplast, and the CTP leader sequence encoded by
the plant-derived EPSPS gene is believed to be removed
from the remainer of the polypeptide so that an active
10    portion of the foreign EPSPS polypeptide exists and
functions inside the chloroplast.

There is no apparent significant homology
between the CTP sequence of the EPSPS polypeptide and
the published CTP sequence of another polypeptide, the
15    small subunit of ribulose bisphosphate carboxylase
(ssRUBISCO); see, e.g., Broglie (1983).  Although it
is not known whether a fusion peptide comprising (1) a
CTP sequence derived from a heterologous protein such
as ssRUBISCO, coupled to (2) a mature EPSPS sequence
20    derived from a bacterial or plant cell, might confer
some degree of glyphosate resistance upon a trans-
formed cell, removal of the CTP leader sequence from
the mature EPSPS sequence is preferred.

EPSPS genes which encode an enzyme with a
25    functional chloroplast transit peptide (which is
preferably removed from the mature EPSPS polypep-
tide) provide  useful selectable marker genes for
plant cell transformation, when transformed and
untransformed cells are contacted with appropriate
30    concentrations of glyphosate (which can be routinely

determined for any type of plant). The conferrable
trait of glyphosate resistance may be particularly
useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
5   selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

        In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
10  be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
methods described in PCT WO84/02920 or otherwise known
to those skilled in the art.

15      The chimeric CaMV/EPSPS gene and the EPSPS
polypeptide with its CTP are likely to function
properly in a variety of different types of plant
cells. For example, A. tumefaciens cells containing
pMON546 and pGV3111SE were used to transform tobacco
20  cells, which are in an entirely different genus than
petunia cells. The transformed tobacco cells grew in
the presence of 0.5 mM glyphosate, whereas
untransformed tobacco cells grew only sparsely and
abnormally in the presence of 0.25 mM glyphosate, and
25  not at all in the presence of 0.5 mM.

        The vectors of this invention can be used
to insert EPSPS genes with CTP sequences into any
type of plant which can be genetically transformed by
A. tumefaciens or A. rhiozogenes cells. This
30  includes virtually all dicots (see, e. g., DeCleene
1976) and some monocots (see Hooykaas-Van Slogteren
1984 and Hernalsteens 1985).

        As known to those skilled in the art,
mutant and variant forms of EPSPS may be created by a
35  variety of processes. For example, cloning or
expression vectors may be mutagenized to alter one or

more amino acid residues in a EPSPS protein. This
may be done on a random basis (e. g., by subjecting
the host cells to mutagenic agents such as X-rays,
ultraviolet light, or various chemicals), or by means
5   involving an exact predicted substitution of bases in
a DNA sequence. Such mutant or variant EPSPS's can
be tested for any desired _in vivo_ or _in vitro_
activity by methods known to those skilled in the art.

         As used herein, a "cloning or expression
10  vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells. Vectors include plasmids, cosmids,
viral DNA or RNA, "minichromosomes," etc.

         As used herein, "replicated from" includes
15  indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA. It also includes DNA that is
synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
20  experimentally.

         The following examples further demonstrate
several preferred embodiments of this invention.
Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
25  herein. Such equivalents are intended to be within
the scope of the claims.


                         EXAMPLES


EXAMPLE 1: CREATION OF EPSPS VECTORS


A. Creation of MP4-G Cell Line
30       The starting cell line, designated as the
MP4 line, was derived from a Mitchell diploid petunia
(see, e.g., Ausubel 1980). The MP4 cells were sus-
pended in Murashige and Skoog (MS) culture media,

(GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5 \times 10^6$ cells were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

The MP4-G cells were subsequently shown (by a Southern blot) to have about 15-20 copies of the EPSPS gene, due to a genetic process called "gene amplification" (see, e.g., Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSPS gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSPS gene and possibly other genes located near it on the chromosomes of the cells.

-14-        07-21(256)A

## B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line were harvested by vacuum filtration, frozen under liquid $N_2$, and ground to a powder in a Waring blender.

5    The powder was suspended into 0.2 M tris-HCl, pH 7.8, containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-pyrrolidone. The suspension was centrifuged at about 20,000 G for 10 min to remove cell debris. Nucleic acids were precipitated from the supernatant by addition

10    of 0.1 volume of 1.4% protamine sulfate and discarded.

The crude protein suspension was purified by five sequential steps (see Mousdale 1984 and Steinrucken 1985) which involved: (1) ammonium sulfate precipitation; (2) diethylaminoethyl cellulose

15    ion exchange chromatography; (3) hydroxyapatite chromatography; (4) sizing on a phenylagarose gel; and (5) sizing on a Sephacryl S-200 gel.

The purified EPSPS polypeptide was degraded into a series of individual amino acids by Edman

20    degradation by a Model 470A Protein Sequencer (Applied Biosystems Inc., Foster City, CA), using the methods described in Hunkapiller 1983a. Each amino acid derivative was analyzed by reverse phase high performance liquid chromatography, as described by Hunka-

25    piller 1983b, using a cyanopropyl column with over 22,000 theoretical plates (IBM Instruments, Wallingford CT). A partial amino acid sequence for petunia EPSPS is indicated in Table 1.

TABLE 1

PETUNIA EPSPS SEQUENCES

|  |  | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
|  | Amino acid: | Gln | Pro | Ile | Lys | Glu | Ile |
| 5 | mRNA strand: | 5'-CAP | CCN | AUU | GAP | CAP | AUU |
|  |  |  |  | C |  |  | C |
|  |  |  |  | A |  |  | A |
|  | Complementary |  |  |  |  |  |  |
|  | DNA strand: | 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
| 10 |  |  |  | G |  |  | G |
|  |  |  |  | U |  |  | U |
|  | Synthetic DNA Probes: |  |  |  |  |  |  |
|  | EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
|  | EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| 15 | EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
|  | Exact mRNA Sequence: |  |  |  |  |  |  |
|  |  | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

## C. Synthesis of Probes

Using the genetic code, the amino acid
20    sequence indicated in Table 1 was used to determine
the possible DNA codons which are capable of coding
for each indicated amino acid.  Using this informa-
tion, three different probe mixtures were created and
designated as EPSP-1, EPSP-2, and EPSP-3, as shown in
25    Table 1. In this table, A, T, U, C, and G represent
the nucleotide bases: adenine, thymine, uracil,
cytosine and guanine.  The letters P, Q, and N are
variables; N represents any of the bases; P represents
purines (A or G); Q represents pyrimidines (U, T, or
30    C).

-16-          07-21(256)A

        All oligonucleotides were synthesized by
the method of Adams 1983. Whenever an indeterminate
nucleotide position (P, Q, or N) was reached, a
mixture of appropriate nucleotides was added to the
5    reaction mixture. Probes were labeled 20 pmol at a
time shortly before use with 100 uCi $\gamma$-[$^{32}$P]-ATP
(Amersham) and 10 units of polynucleotide kinase in 50
mM Tris-HCl, pH 7.5, 10 mM MgCl$_2$, 5 mM DTT, 0.1 mM
EDTA, and 0.1 mM spermidine. After incubation for 1
10   hr at 37°C, the probes were repurified on either a
20% acrylamide, 8 M urea gel or by passage over a 5
ml column of Sephadex G25 in 0.1 M NaCl, 10 mM
Tris-HCl, pH 7.5, 1 mM EDTA.


     D. Preparation of mRNA and Preliminary
15       Testing of Probes
     (a) Poly-A mRNA
           Total RNA was isolated from the MP4
     (glyphosate sensitive) and MP4-G (glyphosate
     resistant) cell lines as described by Goldberg 1981.
20   Total RNA was further sedimented through a CsCl
     cushion as described by Depicker 1982. Poly-A mRNA
     was selected by oligo-dT cellulose chromatography.
     The yield of poly-A RNA was 1.1 micrograms (ug) per
     gram of MP4 cells and 2.5 ug/gm of MP4-G cells.


25   (b) Gel Processing of RNA
           Ten ug of poly-A RNA from the MP4 or MP4-G
     cell lines was precipitated with ethanol and re-
     suspended in 1 x MOPS buffer (20 mM morpholino propane
     sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM
30   EDTA, pH 8.0) containing 50% formamide and 2.2 M
     formaldehyde. RNA was denatured by heating at 65°C
     for 10 min. One-fifth volume of a loading buffer
     containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol
     blue and 0.4% xylene cyanol was then added. RNA was

0005018

fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
bottom. HaeIII-digested φX174 DNA, labelled with
$^{32}$P, was run as a size standard. The DNA markers

5    indicated approximate sizes for the RNA bands.


(c) Transfer of RNA to Nitrocellulose
         RNA was transferred to nitrocellulose
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
the gels overnight using 20X SSC (1X SSC is 0.15 M

10   NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer. After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs at 80°C.


(d) Preliminary Hybridization with Radioactive Probes
         Filters were prehybridized in 6 x SSC, 10 x

15   Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 ug/ml E. coli
transfer RNA at 50°C for 4 hrs. Hybridization was
carried out in the fresh solution containing 2 x 10$^6$

20   cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C. The EPSP-3 probe was not tested since in
contained a codon (ATA) that is rarely used in the
petunia genome. Hybridization temperature (32°C)
used in each case was 10°C below the dissociation

25   temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture. The Td of
the probe was approximated by the formula 2°C x (A +
T) + 4°C x (G + C).


(e) Filter Washing

30        The filters were washed twice for 15-20 min at
room temperature in 6 x SSC and then for 5 min at
37°C with gentle shaking. Filters were then wrapped
in plastic film and autoradiographed for 12-14 hrs at

-70°C with two intensifying screens. The filters
were then washed again for 5 min with gentle shaking
at a temperature 5°C higher than previously used.
The filters were autoradiographed again for 12-14 hrs.

5    The autoradiographs indicated that the probe EPSP-1
hybridized to an RNA of approximately 1.9 kb in the
lane containing the poly-A RNA from the MP4-G cell
line. No hybridization to this RNA was detected in
the lane containing the poly-A RNA from the MP4 cell

10   line. This result was attributed to overproduction
of EPSP synthase mRNA by the MP4-G cell line. The
probe EPSP-2, which differs from EPSP-1 by a single
nucleotide, showed barely detectable hybridization to
the 1.9 kb mRNA of the MP4-G cell line but hybridized

15   strongly to a 1.0 kb mRNA from both cell lines.
However, the 1.0 kb DNA was not sufficient to encode
a polypeptide of 50,000 daltons, and it is believed
that one of the sequences in the EPSP-2 probe hybrid-
ized to an entirely different sequence in the library.

20   These results suggested that degenerate probe mixture
EPSP-1 contained the correct sequence for EPSPS. This
mixture was used in all subsequent degenerate probe
hybridization experiments.

E. Preparation of λgt 10 cDNA library

25   (a) Materials Used
         AMV reverse transcriptase was purchased from
Seikagaku America, Inc., St. Petersburg, Florida;
the large fragment of DNA polymerase I (Klenow poly-
merase) was from New England Nuclear, Boston, MA; S1

30   nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England
Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Bethesda Research Labs, Gaithersburg, MD; and

35   all radioactive compounds were from Amersham,
Arlington Hts., IL.

0005020

        The λgt10 vector (ATCC No. 40179) and
associated E. coli cell lines were supplied by Thanh
Huynh and Ronald Davis at Stanford University Medical
School (see Huynh 1985).  This vector has three
important characteristics: (1) it has a unique EcoRI
insertion site, which avoids the need to remove a
center portion of DNA from the phage DNA before
inserting new DNA; (2) DNA ranging in size from zero
to about 8,000 bases can be cloned using this vector;
and, (3) a library can be processed using E. coli
MA150 cells (ATCC No. 53104) to remove clones which do
not have DNA inserts.

    (b) cDNA First Strand Synthesis

        Poly-A mRNA was prepared as described in
Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5),
10 mM $MgCl_2$, 4 mM DTT, 40 mM KCl, 500 uM of d(AGCT)TP,
10 ug/ml $dT_{12\ 18}$ primer, and 27.5 units/ml RNasin.
In a 120 ul reaction volume, 70 units reverse
transcriptase were added per 5 ug of poly-A RNA.  One
reaction tube contained $\alpha$-$^{32}$P-dCTP (5 uCi/120 ul
reaction) to allow monitoring of cDNA size and yield
and to provide a first strand label to monitor later
reactions.  In order to disrupt mRNA secondary
structure, mRNA in $H_2O$ was incubated at 70°C for 3
min and the tube was chilled on ice.  Reverse
transcriptase was added and the cDNA synthesis was
carried out at 42°C for 60 min.  The reaction was
terminated by the addition of EDTA to 50 mM.  cDNA
yield was monitored by TCA precipitations of samples
removed at the start of the reaction and after 60
min.  Following cDNA synthesis, the cDNA existed as a
cDNA-RNA hybrid.  The cDNA-RNA hybrid was denatured
by heating the mixture in a boiling water bath for
1.5 min, and cooled on ice.

(c) Second Strand DNA Synthesis

Single-stranded cDNA was allowed to self-prime for second strand synthesis. Both Klenow polymerase and reverse transcriptase were used to
5   convert ss cDNA to ds cDNA. Klenow polymerase is employed first since its 3'--5' exonuclease repair function is believed to be able to digest non-flush DNA ends generated by self-priming and can then extend these flush ends with its polymerase
10   activity. Reverse transcriptase is used in addition to Klenow polymerase, because reverse transcriptase is believed to be less likely to stop prematurely once it has bound to a template strand. The Klenow polymerase reaction was in a final 100 ul volume
15   excluding enzyme. The reaction mix included 50 mM HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 uM of each dNTP and cDNA. To begin the reaction, 20 to 40 units of Klenow polymerase (usually less than 5 ul) were added and the tubes incubated at 15°C for 5 hrs. The
20   reaction was terminated by the addition of EDTA to 50 mM. The mix was extracted with phenol and the nucleic acids were precipitated, centrifuged and dried.

The reverse transcriptase reaction to
25   further extend the anti-complementary DNA strand was performed as described for the reaction to originally synthesize cDNA, except $dT_{10-18}$ primer and RNasin were absent, and 32 units of reverse transcriptase were used in a 120 ul reaction. The reaction was termin-
30   ated by the addition of EDTA to 50 mM. The mixture was extracted with an equal volume of phenol and the nucleic acid was precipitated, centrifuged and dried.

(d) S1 Nuclease Treatment

200 ul of 2 x S1 buffer (1 x S1 buffer is
35   30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM $ZnCl_2$), 175 ul of $H_2O$ and 525 units of S1 nuclease

were added to the tubes containing 125 ul of the
second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
5    mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) Eco R1 Methylation Reaction
10          Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
15   linkers which were subsequently cleaved with EcoRI to
create cohesive overhangs at the termini.
            In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were
20   dissolved in 40 ul of 50 mM Tris pH 7.5, 1 mM EDTA, 5
mM DTT.  Four ul of 100 uM S-adenosyl-L-methionine
and 2 ul (80 units) of EcoRI methylase were added.
Tubes were incubated at 37°C for 15 min and then at
70°C for 10 minutes to kill the methylase.
25          It was subsequently discovered that the
methylation reaction described below was unsuccessful
in preventing EcoRI cleavage at an internal site
within the EPSPS coding region, apparently because of
inactive methylase reagent.  The cleavage of the
30   internal EcoRI site required additional steps to
isolate a full-length cDNA, as described below.  To
avoid those additional steps if another library is
created, the methylation reagents and reaction con-
ditions should be used simultaneously on the cDNA and
35   on control fragments of DNA, and protection of the
control fragments should be confirmed by EcoRI diges-
tion before digestion is performed on the cDNA.

                          -22-              07-21(256)A

        (f) DNA Polymerase 1 Fill-In Reaction

              To the tube containing 45 ul of cDNA (pre-
        pared as described above) were added 5 ul of 0.1 M
        MgCl$_2$, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA
5       polymerase I.  The tube was incubated at room tempera-
        ture for 10 min.  The reaction was terminated by the
        addition of EDTA to 25 mM.  One microgram of uncut
        λgt10 DNA was added as carrier and the mix was extrac-
        ted with phenol/chloroform (1:1).  The nucleic acid in
10      the mix was precipitated with phenol/chloroform (1:1).
        The nucleic acid in the mix was precipitated with
        ethanol, centrifuged and dried.

        (g) Ligation of EcoRI Linkers to Methylated ds cDNA

              Approximately 400 pmoles of EcoRI linkers
15      (5'CGGAATTCCG3') were dissolved in 9 ul of 20 mM
        Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi
        of α-$^{32}$P-ATP (5000 Ci/mmole) and 2 units of T4
        polynucleotide kinase.  The oligonucleotides were
        incubated at 37°C for 30 minutes to allow them to
20      anneal to each other, creating double-stranded,
        blunt-ended linkers.  2 units of T4 polynucleotide
        kinase and 1 ul of 10 mM ATP were added and incubated
        at 37°C for an additional 30 min.  The linkers were
        stored at -20°C.  The methylated DNA pellet was
25      resuspended in tubes containing 400 pmoles of the
        kinased linkers.  Ligation of the EcoRI linkers to the
        methylated DNA was carried out by adding 1 ul of T4
        ligase and incubating the reaction mixture at 12-14°C
        for 2 days.

30      (h) Digestion with EcoRI to Create Cohesive Termini

              To 11 ul of the reaction product from
        Example 1.E.(g), 10 ul of a solution containing 50 mM
        Tris, pH 7.5, 10 mM MgSO$_4$, 200 mM NaCl were added.
        T4 DNA ligase was heat inactivated by incubation at
35      70°C for 10 min.  Forty units of EcoRI were added and
        the incubation was carried out at 37°C for 3 hr.  The

-23-                07-21(256)A

reaction was terminated by addition of EDTA to 50
mM.  The sample was clarified by centrifugation and
applied to an AcA 34 column.

(i) AcA 34 Column Chromatography
5              Free linkers (those not ligated to ds cDNA)
were removed from ds cDNA with attached linkers, to
prevent them from interfering with the insertion of
the desired ds cDNAs into the cloning vectors. AcA 34
resin (a mixture of acrylamide and agarose beads,
10    normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
glass wool.  The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl.  The ds cDNA
15    mixtures with ligated linkers and free linkers (~45
ul) was brought to 400 mM NaCl.  1 ul of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
applied to the column which was run in equilibration
buffer at room temperature.  Ten 200 ul fractions were
20    collected.  The BPB dye normally eluted from the
column in the sixth tube or later.  Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

(j) Assembly of λgt10 clones
              The ds cDNA was mixed with 1 ug of EcoRI-cut
25    λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 ul of
10 mM Tris-HCl pH 7.5, 10 mM $MgCl_2$, 50 mM NaCl.  To

anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min.  The mixture
was chilled on ice, and 0.5 ul each of 10 mM ATP, 0.1
5    M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added.  The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA.  The
resulting DNA was packaged into phage particles
10   in vitro using the method described by Scherer 1981.

    (k) Removal of Phages Without Inserts
            Insertion of a cDNA into the EcoRI site of
λgt10 results in inactivation of the C1 gene.  λgt10
phages with inactivated C1 genes (i.e., with inserts)
15   replicate normally in E. coli MA150 cells.  By contrast,
λgt10 phages without inserts are unable to replicate
in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.
            The phages in the library were first repli-
20   cated in E. coli C600 (M⁺R⁻) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
tion system.  A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M⁺R⁺) cells.  The primary infec-
25   tion thus occurred in the M⁺R⁻ cells where all the
phages will grow, but successive rounds of replication
occurred in the MA150 cells which prevented the
replication of phages without inserts.  The amplified
phage library was collected from the plates, and after
30   removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
screening experiments.

0005026

### F. Screening of cDNA Library; Selection of pMON9531

Approximately 6000 phages (each plate) were
spread on 10 cm x 10 cm square plates of solid NZY
agar (Maniatis 1982) with 0.7% agarose.  A translucent
5     lawn of E. coli MA150 cells was growing on the plates.
Areas where the phages infected and killed the
E. coli cells were indicated by clear areas called
"plaques", which were visible against the lawn of
bacteria after an overnight incubation of the
10     plates at 37°C.  Six plates were prepared in this
manner.  The plaques were pressed against pre-cut
nitrocellulose filters for about 30 min.  This formed
a symmetrical replica of the plaques.  To affix the
phage DNA, the filters were treated with 0.5 M NaOH
15     and 2.5 M NaCl for 5 min.  The filters were then
treated sequentially with 1.0 M Tris-HCl, pH 7.5 and
0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to
neutralize the NaOH.  They were then soaked in
chloroform to remove bacterial debris.  They were
20     then air-dried and baked under a vacuum at 80°C for 2
hr, and allowed to cool to room temperature.  The
filters were then hybridized with $^{32}$P-labelled EPSP-1
probe (2 x $10^6$ cpm/filter) as described in Example
1.D(e).  After 48 hr of hybridization, the filters were
25     washed in 6 x SSC at room temperature twice for 20
min and then at 37°C for 5 min.  These washes removed
non-specifically bound probe molecules, while probe
molecules with the exact corresponding sequence (which
was unknown at the time) remained bound to the phage
30     DNA on the filter.  The filters were analyzed by
autoradiography after the final wash.  After the
first screening step, seven positively hybridizing
signals appeared as black spots on the autoradiograms.

These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
5   izing phages were selected.  DNA·was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
10  from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.
      To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by
15  digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
1977.  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
amino acid sequence shown in Table 1.

20  G. Creation of λF7 Genomic DNA Clone
      In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHl and cloned into a phage vector
to create a library, which was screened using the
25  partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments
      MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
nitrogen.  The powdered cells were mixed with 8 ml/g
30  of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal

volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added. Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%. The mixture was swirled on a
5   rotating platform for 10-15 minutes at room tempera-
rature. The phases were separated by centrifugation
at 6,000 x g for 15 minutes. The phenol/chloroform
extraction was repeated. Sodium acetate was added to
the aqueous phase to a final concentration of 0.15M
10  and the DNA was precipitated with ethanol. The DNA
was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient. The DNA was
collected by puncturing the side of the tube with a
15  16 gauge needle. The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE. Approximately
400 ug of DNA was isolated from 12 g of cells.
        MP4-G chromosomal DNA (10 ug) was digested
20  to completion with 30 units of BamHl in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$,
50 mM NaCl for 2 hours at 37°C. The DNA was
extracted with phenol followed by extraction with
chloroform and precipitated with ethanol. The DNA
25  fragments were suspended in 1 x TE at a concentration
of 0.5 ug/ul.

(b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
        DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
30  Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982. 150 ug of DNA was
digested to completion with BamHl in a buffer
containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
$MgCl_2$, 50 mM NaCl. The completion of the digest was

-28-                07-21(256)A

checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
precipiated with ethanol.  The DNA was resuspended in
5   1 x TE at a concentration of 150 ug/ml.  $MgCl_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.
        After annealing, DNA was layered over a 38
10  ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM
Tris-HCl (pH 8.0), 5 mM EDTA.  75 ug of DNA was loaded
onto each gradient.  The samples were centrifuged at
15  26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor.  Fractions (0.5ml) were collected from the top
of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis.  The fractions contain-
ing the annealed left and right arms of λDNA were
20  pooled together, dialyzed against TE and ethanol-
precipitated.  The precipitate was washed with 70%
ethanol and dried.  The DNA was dissolved in TE at a
concentration of 500 ug/ml.
        The purified arms of the vector DNA and the
25  BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using TfDNA ligase in
a ligase buffer containing 66 mM Tris-HCl, pH 7.5,5 mM
MgCl, 5 mM DTT and 1 mM ATP.  Ligations was carried
out overnight at 15°C.  Ligation was checked by
30  agarose gel eletrophoresis.  Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
capsids in vitro using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).

0005030

-29-          07-21(256)A

The packaged phage were plated on 10 cm x 10 cm square
plates of NZY agar in 0.7% agarose at a density of
approximately 6000 plaques per plate using E. coli
C600 cells.  After overnight incubation at 37°C, the
5    plaques had formed, and the plates were removed from
the incubator and chilled at 4°C for at least an
hour.  The agar plates were pressed against
nitrocellulose filters for 30 minutes to transfer
phages to the filters, and the phage DNA was affixed
10   to the filters as described previously.  Each filter
was hybridized for 40 hours at 42°C with
approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA
insert isolated from the pMON9531 clone, which had
been nick-translated, using the procedure described
15   in Maniatis 1982.  The specific activity of the probe
was $2-3 \times 10^8$ cpm/ug of DNA.  Hybridization was
carried out in a solution containing 50% formamide,
5x SSC, 5x Denhardt's solution, 200 ug/ml tRNA and
0.1% SDS.  Filters were washed in 1 x SSC, 0.2% SDS
20   at 50°C and autoradiographed.  Several positive
signals were observed, and matched with plaques on
the corresponding plate.  The selected plaques were
lifted, suspended in SM buffer, and plated on NYZ
agar.  The replica plate screening process was
25   repeated at lower densities until all the plaques on
the plates showed positive signals.  One isolate was
selected for further analysis and was designated as
the λF7 phage clone.

### H. Creation of pMON9543 and pMON9556

      The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from
5    pMON9531 in a Southern blot procedure.  This
indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA
10   library, using hybridization conditions as described
in Example 1.G, using $10^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.

      DNA sequence analysis (Maxam 1977) indicated
15   that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick
translated, and used as a probe to screen the cDNA
library again.  A clone which hybridized with the
20   EPSPS sequence was identified and designated as
pMON9556.  DNA sequence analysis indicated that the
insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail.  The
5' EcoRI end of this insert matched the 3' EcoRI end
25   of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
inserts from pMON9531 and pMON9556.

I. Creation of pMON546 Vector with CaMV/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis using an M13 vector
(Messing 1981 and 1982) to create a BglII site in the
5   5' non-translated region of the EPSPS gene. The
modified EPSPS sequence was isolated by EcoRI and
BglII digestion, and inserted into a plant transfor-
mation vector, pMON530, to obtain pMON536, as shown in
Figure 2. The 1.62 kb EcoRI-EcoRI fragment from
10  pMON9556 was then inserted into pMON536 to obtain
pMON546. Since pMON530 already contained a 35S
promoter from a cauliflower mosaic virus (CaMV) next
to the BglII site, this created a chimeric CaMV/EPSPS
gene in pMON546.

15  As shown in Figure 2, plasmid pMON546
contained (1) the CaMV/EPSPS gene; (2) a selectable
marker gene for kanamycin resistance ($Kan^R$); (3) a
nopaline synthase (NOS) gene as a scorable marker; and
(4) a right T-DNA border, which effectively caused the
20  entire plasmid to be treated as a "transfer DNA"
(T-DNA) region by A. tumefaciens cells. This plasmid
was inserted into A. tumefaciens cells which con-
tained a helper plasmid, pGV3111SE. The helper plasmid
encodes certain enzymes which are necessary to cause
25  DNA from pMON546 to be inserted into plant cell
chromosomes. It also contains a kanamycin resistance
gene which functions in bacteria.

A culture of A. tumefaciens containing
pMON546 and pGV3111SE was deposited with the American
30  Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213. If desired, either one of these
plasmids may be isolated from this culture of cells

using standard methodology.  For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
Cells which become Spc/str$^R$, kan$^S$ will contain

5      pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111SE.

EXAMPLE 2: CREATION OF GLY$^R$ PLANT CELLS
A. Petunia Cells
        Leaf disks with diameters of 6 mm (1/4

10     inch) were taken from surface-sterilized petunia
leaves.  They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces.  They were then submerged in a
culture of A. tumefaciens cells containing both

15     pMON546 and GV3111SE which had been grown overnight
in Luria broth at 28°C, and shaken gently.  The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described

20     in Horsch 1981.  After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 ug/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.
        Control tissue was created using A. tumefa-

25     ciens cells containing the helper plasmid (pGV3111SE)
and  a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPT2/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS

30     gene.
        Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control
plate containing no glyphosate.  On media containing

35     0.1 M glyphosate, there was little detectable
difference between the control disks and the

-33-          07-21(256)A

transformed tissue.  At 0.25 mM glyphosate, there was
very little growth of callus from control disks, while
substantial growth of transformed tissue occurred.  At
0.5 mM glyphosate, there was no callus growth from the
5    control disks, while a significant number of calli
grew from the transformed disks.  This confirms that
the CaMV/EPSPS gene conferred glyphosate resistance
upon the transformed cells.

B. Tobacco Cells

10        Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above
with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111SE.  The cells transformed with the CaMV/EPSPS
15   gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not
contain that gene did not create any detectable callus
tissue.

REFERENCES

20   Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661
     Amrhein, N. et al. (1980) Naturwissenschafter 67:
          356-357.
     Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1:
          26-32.
25   Barinaga, M. R. et al. (1981) "Methods for the Transfer
          of DNA, RNA and Protein to Nitrocellulose and Diazo-
          tized Paper Solid Supports", pub. by Schleicher and
          Schuell Inc., Keene NH.
     Bevan, M. et al. (1983) Nature 304: 184.
30   Broglie, R. et al. (1983) Bio/Technology 1: 55-61.
     Comai, L. et al. (1983) Science 221: 370-371.

-34-                07-21(256)A

Davis, R.W. et al. (1980) <u>Advanced Bacterial Genetics</u>,
        Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) <u>Bot. Review 42</u>:
        389-466.

5   DePicker, A. et al. (1982) <u>J. Mol. Appl. Gen. 1</u>: 561.

Ditta, G. et al (1980) <u>Pro. Natl. Acad. Sci. Usa</u>
        <u>77</u>:7347

Fraley, R. T. et al. (1983) <u>Proc. Natl. Acad. Sci. USA</u>
        <u>80</u>: 4803.

10  Goldberg, R. B. et al., (1981) <u>Devel. Bio. 83</u>:
        201-217.

Hernalsteens, J. P. et al. (1985), <u>EMBO Journal 3</u>:
        3039-3041.

Herrera-Estrella, L. et al. (1983) <u>Nature 303</u>: 209

15  Hooykaas-Van Slogteren, G.M.S. et al. (1984)
        <u>Nature 311</u>: 763-764.

Horsch, R. B. and Jones, G.E. (1980) <u>In Vitro 16</u>:
        103-108.

Horsch, R. B. et al. (1985) <u>Science 227</u>: 1229-1231.

20  Hunkapiller, M.W. et al. (1983a) <u>Methods Enzymol. 91</u>:
        399-413.

Hunkapiller, M.W. et al. (1983b) <u>Methods Enzymol. 91</u>:
        486-493.

Huynh, T.V. et al, (1985) in <u>DNA Cloning Techniques:</u>
25      <u>A Practical Approach</u>, D. Glover
        (ed.), IRL Press, Oxford, England

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
        RNA using NA-45 DEAE Membrane." Schleicher and
        Schuell, Inc., Keene, NH.

30  Maniatis, T. et al. (1982) <u>Molecular Cloning: A</u>
        <u>Laboratory Manual</u>, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) <u>P.N.A.S. U.S.A.</u>
        <u>74</u>: 560-564.

Meagher, R. B. et al. (1977) <u>Virology 80</u>: 362-375.

35  Messing, J. et al. (1981). <u>Nucleic Res. 9</u>: 309-321.

Messing, J. and J. Vieira (1982), <u>Gene 19</u>: 69-276.

Mousdale, D. M. and Coggins, J. R. (1984) <u>Planta 160</u>:
    78-83.

Mousdale, D. M. and Coggins, J. R. (1985) <u>Planta 163</u>:
    241-294.

5   Rogers, S. G. et al. (1983) <u>Appl. Envir. Microbio. 46</u>:
    37-43.

Rubin, J. et al. (1982) <u>Plant Phys. 70</u>: 833-839.

Scherer, et al. (1981) <u>Developmental Bio. 86</u>: 438-447.

Schimke, R. T., ed. (1982) <u>Gene Amplification,</u> Cold
10          Spring Harbor Labs.

Southern, E.M. (1975) <u>J. Mol. Biol. 98</u>: 503-517.

Stalker, D. M. et al. (1985) <u>J. Biol. Chem. 260</u>:
    4724-4728.

Steinrucken, H. and Amrhein, N. (1980)
15      <u>Biochem. & Biophys. Res. Comm. 94</u>: 1207-1212.

Vieira, J. et al. (1982), <u>Gene 19</u>: 259-268.

Steinrucken, H. et al. (1985) <u>Arch. Biochem. Biophys.</u>
    (in press).

Young, R. A. and R. W. Davis. (1983), <u>Proc. Natl.</u>
20          <u>Acad. Sci., USA 80</u>: 1194-1198.

-36-          07-21(256)A

WHAT IS CLAIMED:

1. A cloning or expression vector comprising a gene which encodes a polypeptide which, when expressed in a plant cell:

(a) contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell; and,

(b) confers a substantial degree of glyphosate resistance upon the plant cell.

2. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide is derived from an EPSPS gene contained in a plant chromosome.

3. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide or a portion thereof is removed from the polypeptide inside the plant cell.

4. A cloning or expression vector of Claim 1 which encodes an EPSPS polypeptide which naturally exists in plant cells.

5. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

6. A cloning or expression vector of Claim 1 wherein the coding sequence is coupled to a heterologous promoter which is stronger in plant cells than a natural EPSPS promoter.

7. A cloning or expression vector of Claim 6 wherein the gene comprises a heterologous promoter derived from the genome of a virus.

8. A cloning or expression vector of Claim 7 wherein the heterologous promoter is derived from a cauliflower mosaic virus.

9. A cloning or expression vector of Claim 8 wherein the heterologous promoter comprises the CaMV 35S promoter.

0005038

-37-                07-21(256)A

10. A cloning or expression vector comprising a gene with the following components:

a. a promoter sequence derived from a CaMV35S promoter; and

5          b. a coding sequence derived from a plant chromosome which encodes an EPSPS polypeptide comprising a chloroplast transit polypeptide.

11. A plant transformation vector comprising:

a. a gene which encodes a polypeptide

10     which, when expressed in a plant cell contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the

15     plant cell; and,

b. at least one T-DNA border; and,

c. at least one selectable marker gene which functions in Agrobacterium tumefaciens cells.

12. A plant transformation vector of Claim

20     11 comprising a chimeric gene comprising a CaMV35S promoter coupled to a coding sequence replicated from an EPSPS gene contained in a naturally occurring plant chromosome.

13. A plant transformation vector of Claim

25     12 contained in a culture of cells having ATCC number 53213.

14. A chimeric gene comprising:

a. a coding sequence which encodes a polypeptide which contains a chloroplast transit

30     peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of a plant cell into a chloroplast in the plant cell; and,

0005039

b. a promoter sequence which is heterologous with respect to the coding sequence, and which is stronger than the promoter of an EPSPS gene that naturally exists in one or more types of plant cells.

15. A chimeric gene of Claim 14 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

16. A chimeric gene of Claim 14 wherein the promoter sequence is derived from the genome of a virus.

17. A chimeric gene of Claim 14 wherein the promoter sequence comprises the CaMV 35S promoter.

18. A chimeric gene of Claim 14 wherein the coding sequence is obtained from an EPSP synthase gene which naturally exists in plant cells.

19. A plant cell which has been transformed by a plant transformation vector of Claim 11.

20. A plant cell which has been transformed by a plant transformation vector of Claim 12.

21. A plant cell which contains and expresses a chimeric gene of Claim 12.

22. A plant cell of Claim 21 which is resistant to about 0.5 mM of a salt of glyphosate.

23. A plant cell which contains and expresses a chimeric gene of Claim 17.

24. A plant cell of Claim 23 which is resistant to about 0.5 mM of a salt of glyphosate.

25. A method of selecting genetically transformed plant cells, comprising:

a. inserting into the plant cells a gene which encodes an EPSPS polypeptide comprising a chloroplast transit peptide and which confers a substantial degree of glyphosate resistance upon the plant cells;

0005040

-39-                07-21(256)A

b. culturing the plant cells in the
presence of a selected concentration of glyphosate
which kills essentially all untransformed cells while
allowing growth of a substantial fraction of the
5    transformed cells; and

c. selecting therefrom said genetically
transformed plant cells.



07-21(256)A

GLYPHOSATE-RESISTANT PLANT CELLS
Abstract of the Disclosure

This invention involves a cloning or expression vector comprising a gene which encodes an

5    enolpyruvyl shikimate phosphate synthase (EPSPS) polypeptide which, when expressed in a plant cell:

(a) contains a chloroplast transit peptide which causes the polypeptide, or an enzymatically active portion thereof, to be transported from the

10   cytoplasm of the plant cell into a chloroplast in the plant cell, and

(b) confers a substantial degree of glyphosate resistance upon the plant cell. One such gene has been derived from an EPSPS gene

15   which naturally occurs in plant cells.

The EPSPS coding sequence may be ligated to a strong promoter, such as the 35S promoter from cauliflower mosaic virus, to create a chimeric gene. Such genes can be inserted into plant transformation

20   vectors, and subsequently into plant cells.  Plant cells transformed by such genes have been proven to confer a substantial degree of glyphosate resistance upon transformed plant cells.



763482

Figure 1

2. Contact with low level of glyphosate
and culture surviving cells

3. Slowly increase level of glyphosate, isolate
highly resistant (G^r) cells, MP4-G

4. Purify EPSPS
protein; determine amino
acid sequence

6. Creation of cDNA
from petunia mRNA

5. Create radioactive DNA
probes which could encode
the amino acid sequence

7. Insert cDNA into
cloning vectors

8. Use probes to isolate a cloning vector having
an EPSPS gene in inserted fragment

9. Determine sequence of EPSPS gene, identify
cleavage sites that allow promoter to be
removed from coding sequence

10. Replace EPSPS promoter with stronger CaMV 35S
promoter, to create chimeric gene

11. Insert chimeric gene into disarmed Ti vector,
use vector to insert the gene into plant cells

12. Grow transformed plant cells on glyphosate

13. Regenerate and test differentiated plants

0005043



763482
Figure
1

2. Contact with low level of glyphosate and culture surviving cells

3. Slowly increase level of glyphosate, isolate highly resistant (G^r) cells, MP4-G

4. Purify EPSPS protein; determine amino acid sequence

5. Create radioactive DNA probes which could encode the amino acid sequence

6. Creation of cDNA from petunia mRNA

7. Insert cDNA into cloning vectors

8. Use probes to isolate a cloning vector having an EPSPS gene in inserted fragment

9. Determine sequence of EPSPS gene, identify cleavage sites that allow promoter to be removed from coding sequence

10. Replace EPSPS promoter with stronger CaMV 35S promoter, to create chimeric gene

11. Insert chimeric gene into disarmed Ti vector, use vector to insert the gene into plant cells

12. Grow transformed plant cells on glyphosate

13. Regenerate and test differentiated plants

0005044



Figure 2

763482

PHOTOPRINTS AS DRAWINGS FOR FILING DATE ONLY ORIGINALLY FILED AS     C-07-2



763482

```
5' GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCTCAAGGGATA
1  ---------+---------+---------+---------+---------+---------+
3' CTTAAGGGAGTTAGAAATGAAAGTTCTTACCGTGTTTAATTGTTGTACCGAGTTCCCTAT  60

          MetAlaGlnIleAsnAsnMetAlaGlnGlyIle

   CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT
61 ---------+---------+---------+---------+---------+---------+
   GTTTGGGAATTAGGGTTAAGGTTAAAGGTATTTGGGGTTCAAGGATTTAGAAGTTCAAAA  120

   GlnThrLeuAsnProAsnSerAsnPheHisLysProGlnValProLysSerSerPhe

    CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA
121 ---------+---------+---------+---------+---------+---------+
    GAACAAAAACCTAGATTTTTTGACTTTTTAAGTCGTTTAAGATACAACCAAAACTTTTTT  180

    LeuValPheGlySerLysLysLeuLysAsnSerAlaAsnSerMetLeuValLeuLysLys

    GATTCAATTTTTATGCAA
181 ---------+--------
    CTAAGTTAAAAATACGTT

    AspSerIlePheMetGln
```

DNA and Amino Acid Sequence of the Chloroplast Transit Peptide (CTP) of the Petunia EPSPS Gene and Polypeptide

Figure 3

Page 1 of 4

Attorney Docket No.  C-07-21-(256) A

## APPLICATION FOR UNITED STATES PATENT
### DECLARATION * POWER OF ATTORNEY * PETITION

AS A BELOW-NAMED INVENTOR, I hereby declare that:

MY RESIDENCE, citizenship, and post office address are as stated below, next to my name.

I BELIEVE I am:

1.          [ ] the original, first and sole inventor,

2.          [X] an original, first and joint inventor,

of the subject matter which is claimed and for which a patent is sought on the invention entitled

3.          _____GLYPHOSATE-RESISTANT PLANT CELLS_____

           _____

the specification of which, with any Preliminary Amendment,

4.          [X] is attached hereto

5.          [ ] was filed on _____(date)

5(a).          as Application Serial No. _____

6.          [ ] including Amendment(s) filed on _____(date)
              and _____(date)

7.          [ ] together with any Amendment(s) filed herewith.

I HEREBY STATE that I have reviewed and understand the contents of the above-identified Specification, including the Claims, as amended by any Amendment(s) referred to above.

I ACKNOWLEDGE my Duty to Disclose information of which I am aware which is material to the Examination of this Application in accordance with Title 37, Code of Federal Regulations, §1.56(a) including any such information which occurred between the filing date of any prior application listed below for which the benefit of Title 35, United States Code §120 is claimed and the filing date of this Application.

I HEREBY STATE that the subject matter which is claimed in any Amendment(s) referred to above was part of my or our invention and was invented before the filing of this Application.

P6L8P83                          0005047

## BENEFIT OF EARLIER FILING DATE

THIS APPLICATION in whole or in part discloses and claims subject matter disclosed in and I hereby claim the benefit under Title 35, United States Code, §120 of any of my or our prior United States application(s) listed below:

| SERIAL NO. | FILING DATE | STATUS |
|---|---|---|
| 8. | | |
| | | |
| | | |
| | | |

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or Inventor's Certificate(s) listed below:

| NUMBER | COUNTRY | FILING DATE |
|---|---|---|
| 9. | | |

Any foreign application(s) for patent or Inventor's Certificate(s) filed by me or us which claims or discloses all or any part of the subject matter claimed in this Application and which has a filing date before that of the above-listed application(s) on which foreign priority is claimed is identified below:

| NUMBER | COUNTRY | FILING DATE |
|---|---|---|
| 10. | | |

AS TO ANY subject matter which is claimed in this Application which is not common to any above-identified prior application(s) for which the benefit of 35 USC §119 or §120 is claimed, I do not know and do not believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or described in any printed publication in any country before my or our invention thereof or more than one year prior to the date of this Application, or in public use or on sale in the United States more than one year prior to the date of this Applica-tion, that said subject matter has not been patented or made the subject of an Inventor's Certificate issued before the date of this Application in any country foreign to the United States on an application filed by me or my legal representatives or assigns more than twelve months prior to this Application.

AS TO ANY subject matter which is claimed in this Application which is common to any above-identified prior application(s) for which the benefit of 35 USC §120 is claimed, I do not know and believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or

P6L8P83

Page 3 of 4

described in any printed publication in any country before my or
our invention thereof or more than one year prior to the earliest
of said prior application(s) to which said subject matter is common,
or in public use or on sale in the United States more than one year
prior to the earliest of said prior application(s) to which said
subject matter is common, that said subject matter has not been
patented or made the subject of an Inventor's Certificate issued
before the date of the earliest of said prior application(s) to
which said subject matter is common in any country foreign to the
United States on an application filed by me or my legal representa-
tives or assigns more than twelve months prior to the earliest of
said prior application(s) to which said subject matter is common.

11.    [ ] ALL APPLICATION(S), if any, for patent or Inventor's
Certificate on any part of said subject claimed in this Applica-
tion filed by me or my representatives or assigns in any country
foreign to the United States of America in addition to any listed
above on which priority is claimed are listed in Annex A, attached
hereto.

    I HEREBY appoint the following as my attorney(s) and/or
agent(s) of record with full power of substitution and revocation
to prosecute this Application and to transact all business in the
Patent and Trademark Office connected therewith.

12.    Patrick D. Kelly                        Reg. No. 30,650

       James W. Williams, Jr.                  Reg. No. 21,161

       Arnold H. Cole                          Reg. No. 18,128

       _____                 Reg. No. _____

    ALL correspondence/telephone calls in connection with this
Application should be directed to:

13.    Patrick D. Kelly, Monsanto Company, 800 N. Lindbergh Blvd.,

       St. Louis, Missouri 63167

13(a). Telephone Number: (314) 694-2239

    I FURTHER declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these state-
ments were made with the knowledge that willful false statements
and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code,
and that such willful false statements may jeopardize the validity
of the Application or any patent issuing thereon.

P6L8P83                        **0005049**