WHEREFORE, I PRAY that Letters Patent be granted to me solely or jointly with the additional inventor(s) (if any) named below for the invention described and claimed in the above-identified specification and claims, and I hereby subscribe my name to the above-identified specification and claims, Declaration, Power of Attorney and this Petition.

14(a). SOLE or FIRST JOINT INVENTOR, full name:     Dilip M. Shah

     RESIDENCE (State/Country):     Missouri/USA

     CITIZENSHIP:     U.S.A.

     POST OFFICE ADDRESS:     6 Nassau Circle

                            Creve Coeur, MO 63145

     INVENTOR'S SIGNATURE: → *Dilip M. Shah*

     DATE:     8-6-85

14(b). SECOND JOINT INVENTOR (if any), full name:     Stephen G. Rogers

     RESIDENCE (State/Country):     Missouri/USA

     CITIZENSHIP:     U.S.A.

     POST OFFICE ADDRESS:     14788 Timberbluff Drive

                            Chesterfield, MO 63017

     INVENTOR'S SIGNATURE: → *Stephen G. Rogers*

     DATE:     8/6/85

14(c). THIRD JOINT INVENTOR (if any), full name:     Robert B. Horsch

     RESIDENCE (State/Country)     Missouri/USA

     CITIZENSHIP:     U.S.A.

     POST OFFICE ADDRESS:     12316 Tempo Drive

                            St. Louis, MO 63141

     INVENTOR'S SIGNATURE: → *Robert B Horsch*

     DATE:     8/6/85

14(d). FOURTH JOINT INVENTOR (if any), full name:     Robert T. Fraley

     RESIDENCE (State/Country)     Missouri/USA

     CITIZENSHIP:     U.S.A.

     POST OFFICE ADDRESS:     12917 Topping Estates

                            St. Louis, MO 63131

     INVENTOR'S SIGNATURE: → *Robert T Fraley*

     DATE:     August 6, 1985

**0005050**



GP 127
#2
07-21(256)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
                              )
DILIP M. SHAH, ET AL.         )   GROUP ART UNIT:  127
                              )
SERIAL NO.:  763,482          )   EXAMINER:  Spruill
                              )
FILED:  August 7, 1985        )   June 24, 1987
                              )
TITLE:   GLYPHOSATE-RESISTANT )
         PLANT CELLS          )
                                        RECEIVED

              ASSOCIATE POWER OF ATTORNEY        JUL 16 1987

Commissioner of Patents and Trademarks           GROUP 120

Washington, D. C. 20231


        Sir:

              Please recognize Dennis R. Hoerner, Jr., Registration

        No. 30,914, and Larry R. Swaney, Registration No. 25,708, as

        associate attorneys for me in the above-entitled application.

        Please direct all future communications to Dennis R. Hoerner,

        Jr., whose post office address is: ·


                        Dennis R. Hoerner, Jr.
                        Monsanto Company - BB4F
                        700 Chesterfield Village Parkway
                        St. Louis, MO 63198


                        Respectfully submitted,


                        James W. Williams, Jr.
                        Attorney for Applicants
                        Registration No. 21,161

Monsanto Company
700 N. Lindbergh Blvd.
St. Louis, Missouri 63167
(314) 694-5402


                        0005051



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address    COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 2 |

DATE MAILED:

This is a communication from the examiner in charge of your application

**COMMISSIONER OF PATENTS AND TRADEMARKS**

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.    35 U.S.C. 133

**Part I**    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☒ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II**    SUMMARY OF ACTION

1. ☒ Claims ___1 - 25___ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims ___1 - 25___ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However,
    the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are
    corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO
    EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**0005052**

Serial No. 763482                        - 2-

Art Unit    127


    Claims 1-25 are provisionally rejected under 35
U.S.C. 101 as claiming the same invention as that of
claims 1-25 of copending application Serial No.
792,390.

    This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

    Claims 1-24 are provisionally rejected under 35
U.S.C. 101 as claiming the same invention as that of
claims 1-21 of copending application Serial No. 879814.

    This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

    Merely listing cited references does not fulfill
the duty of disclosure under 37 CFR 1.56. Applicant
should submit a completed form PTO-1449, "List of Prior
Art Cited by Applicant", along with copies of all per-
tinent references, including a statement of relevance of
the prior art to applicant's alledged invention.

    The following is a quotation of the first paragraph
of 35 U.S.C. 112:

> The specification shall contain a
> written description of the inven-
> tion, and of the manner and process
> of making and using it, in such
> full, clear, concise, and exact
> terms as to enable any person
> skilled in the art to which it per-
> tains, or with which it is most
> nearly connected, to make and use
> the same and shall set forth the
> best mode contemplated by the inven-
> tor of carrying out his invention.

    The specification is objected to under 35 U.S.C.
112, first paragraph, as failing to provide an enabling
disclosure .


0005053

Serial No. 763482                    - 3 -

Art Unit   127


A deposit was made in this application as filed.

However, it is not clear if the deposit meets all of the criteria set forth in MPEP 608.01(p) C. Applicants may provide assurance of compliance with the requirements of §112 in the form of a declaration averring that: (a) during the pendency of this application, access to the invention will be afforded to the Commissioner upon request;

(b) that all restrictions upon availability to the public will be irrevocably removed upon granting of the patent; and,

(c) that the deposit will be maintained in a public depository for a period of 30 years or 5 years after the last request or for the effective life of that patent, whichever is longer.

Claims 1-25 are rejected under 35 U.S.C. 112, first paragraph, for the reasons set forth in the above objection to the specification.

Claims 1-3, 6-9, 11 and 14-17 are rejected under 35 U.S.C. 112, first paragraph, as the disclosure is enabling only for claims limited a plant EPSPS gene. See MPEP 706.03(n) and 706.03(z).

The specification provides support only for the isolation and expression of a plant EPSPS gene (see examples).  It would require an undue amount of experimentation to isolate other EPSPS genes and obtain their expression in plant cells.

Serial No. 763482                    - 4-

Art Unit    127


    Claim 7 is rejected under 35 U.S.C. 112, first
paragraph, as the disclosure is enabling only for claims
limited to CaMV promoters.  See MPEP 706.03(n) and
706.03(z).

    Applicant has only shown expression of the EPSPS
gene under the control of the 35S CaMV promoter.  As
other CaMV promoters are known the claims are not
strictly limited to the 35S promoter, however it would
involve an undue amount of experimentation to isolate
other virus promoters and show them to express the gene
in a plant cell.

    Claims 19-24 are rejected under 35 U.S.C. 112,
first paragraph, as the disclosure is enabling only for
claims limited to petunia and tobacco cells in accor-
dance with pages 32 and 33 of the specification.  See
MPEP 706.03(n) and 706.03(z).

    In view of the delicate and unpredictable nature of
the biochemical mechanisms involved, it cannot be
assumed that applicants' gene construction would be
operative in other plant systems.

    Claims 2,4,10,12-18 and 20-24 are rejected under 35
U.S.C. 112, second paragraph, as being indefinite for
failing to particularly point out and distinctly claim
the subject matter which applicant regards as the inven-
tion.

0005055

Serial No. 763482                    — 5—

Art Unit   127

    Claims 2 and 10 are vague and indefinite in the recitation of "derived from". It is not clear if applicants intend chemical modification or source. To clarify claim 14, "a coding sequence" should read ——a DNA sequence——. The use of naturally in claims 4, 12, 14 and 18 is an awkward attempt to designate that the EPSPS gene is of plant origin. Stating this in another manner such as a plant EPSPS polypeptide or a plant EPSPS gene would obviate the rejection.

    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless—

> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

    The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Serial No. 765482                    – 6–

Art Unit   127

> Subject matter developed by another
> person, which qualifies as prior art
> only under subsection (f) and (g) of
> section 102 of this title, shall not
> preclude patentability under this
> section where the subject matter and
> the claimed invention were, at the
> time the invention was made, owned
> by the same person or subject to an
> obligation of assignment to the same
> person.

Claims 19–24 are rejected under 35 U.S.C. 102 (b)

as anticipated by or, in the alternative, under 35

U.S.C. 103 as obvious over Amrhein et al. or Nafziger et

al.

Both Amrhein et al. and Nafziger et al. disclose

plant cells resistant to glyphosate which are not pheno-

typically distinct from the glyphosate resistant plant

cells in the instant application. Note MPEP 706.03(e).

Claims 1–3, 11 and 19 are rejected under 35 U.S.C.

103 as being unpatentable over Comai in view of Van den

Broeck.

Comai teaches a DNA sequence coding for glyphosate

resistant 5– enolpyruvyl-3-phospho-shikimate synthetase

(EPSPS). On page 8 of the specification, it is stated

that the DNA sequence may be introduced into plant cells

to confer glyphosate resistance. Additionally, Comai

states that it may be necessary to introduce appropriate

regulatory signals for expression where the structural

gene has been obtained from a source having regulatory

0005057

Serial No. 763482                    – 7–

Art Unit    127


signals which are not recognized by the plant host.

Van den Broeck teaches the construction of a chi-
maeric gene which encodes a fusion protein consisting of
the transit peptide of the precursor to the small sub-
unit of ribulose 1,5-bisphosphate carboxylase from pea,
linked to the amino terminus of bacterial neomycin
phosphotransferase II (see pages 359–360).  After intro-
duction into tobacco cells by Agrobacterium mediated
cell transformation, the fusion protein was translocated
into chloroplasts and subsequently cleaved removing the
transit peptide from the neomycin phosphotransferase II
peptide.

As applicant discloses in the Background of the
Invention, page 2 lines 1–12, the EPSPS enzyme functions
in chloroplasts.

Therefore, as the DNA sequence for glyphosate
resistant EPSPS was known, and had been specified for
use in plants, and a method, via TDNA, for transfor-
mation of a plant cell with a chimaeric gene and
transport of the fusion peptide into chloroplasts had
been demonstrated, it would have been obvious to the
ordinary artisan to form a fusion protein with a transit
peptide and the EPSPS gene to confer glyphosate
resistance on plant cells.

Serial No. 763482                  - 8-

Art Unit   127


Claims 6-8, 14 and 16 are rejected under 35 U.S.C.
103 as being unpatentable over Comai and Van den Broeck
as applied to claims 1-3, 11 and 19 above, and further
in view of Koziel et al.

Koziel et al teach the use of a cauliflower mosaic
virus promoter to direct the expression of a foreign
heterologous gene in transformed plant cells.  As stated
on page 560, the CaMV gene promoter has been modified to
provide  a promoter able to express foreign DNA in
plants.  Therefore, it would be obvious to the ordinary
artisan to place a known gene under control of a CaMV
promoter and obtain expression in a transformed plant
cell.

Claims 9, 17 and 23-24 are rejected under 35 U.S.C.
103 as being unpatentable over Comai and Van den Broeck
in view of Koziel et al as applied to claims 1-3, 6-8,
11, 14, 16 and 19 above, and further in view of Guilley
et al.

Guilley et al. teach the mapping of 35S, 8S and 19S
transcripts of cauliflower mosaic virus RNAs including
their promoter regions (see pages 769-770 including
Figures 7 and 8).  Therefore as Koziel et al. had shown
CaMV promoters capable of expressing foreign genes in
plants, it would have been obvious to use other known
CaMV promoters in a similar manner.  The 35S promoter

Serial No. 763482                    - 9-

Art Unit    127

would have been an obvious choice since, as Guilley sta-
tes, page 769, the 35S viral RNAs are present in relati-
vely high amounts, indicating a strong promoter.

Claim 25 is rejected under 35 U.S.C. 103 as being
unpatentable over Comai and Van den Broeck as applied to
claims 1-3, 11 and 19 above, and further in view of
Amrhein et al. or Nafziger et al.

Amrhein et al. (page 194) or Nafziger et al. teach
selection of glyphosate tolerant plant cells by trans-
ferring cells into media containing increasing con-
centrations of glyphosate. Therefore, it would be
obvious to one of ordinary skill in the art to culture
plant cells in the presence of glyphosate to select for
transformed plant cells containing a gene which confers
glyphosate resistance. A similar method was used by
Comai, page 10, to select for transformed bacteria.

Claims 4, 5 and 10 are rejected under 35 U.S.C. 103
as being unpatentable over Comai and Van den Broeck as
applied to claims 1-3, 11 and 19 above, and further in
view of Amrhein et al and Mazur et al.

Amrhein et al disclose the site for glyphosate
tolerance in bacteria and plants to be the enzyme
5-enolpyruvylshikimic acid -3- phosphate (EPSP)
synthase. Additionally it was shown that tolerance to
glyphosate was attributable to an increase in
EPSP-synthase activity.

0005060

Serial No. 763482                    – 10–
Art Unit   127

Mazur et al teach the cloning of acetolactate synthase genes from plants using a yeast ALS gene probe.

Comai, page 8, suggests that the DNA sequence encoding the glyphosate resistant EPSP synthetase could be used as a probe for the isolation of the wild type EPSP synthetase gene.

Therefore as the site for glyphosate tolerance was known to be the same in plants and bacteria, a mutant bacterial gene was known, and it had been demonstrated that yeast genes could be used to probe for the corresponding genes in plants, it would have been obvious to the ordinary artisan to use the bacterial EPSPS gene to isolate the gene from plants and to use this gene in a cloning or expression vector to render plant cells resistant to glyphosate.

Claims 12, 13 and 20-22 are rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck in view of Amrhein et al and Mazur et al as applied to claims 1-5, 10, 11 and 19 above, and further in view of Koziel et al. and Guilley et al.

Koziel et al. and Guilley et al. are applied as discussed previously for claims 9, 17, 23 and 24.

The following references are cited of interest:

1)   Rogers et al. (1983) Appl. Environ. Microbiol
     46: 47–43, as they teach that amplification of EPSP
     synthase in E.coli confers tolerance to the her-
     bicide glyphosate.

0005061

Serial No. 763482                        - 11-

Art Unit   127


2)   Comai et al (1983) Science 221: 370-1, as they

teach the cloning of the mutant and wild-type

EPSPS gene.

3)   Comai US Patent 4535060.  This reference

discloses a mutant aro A gene for resistance

to glyphosate and means for introducing the

gene into a sensitive host.

     Any inquiry concerning this communication should be
directed to Murray Spruill at telephone number
703-557-6940.


Spruill:bjk

8/10/87

Retyped: 8/18/87

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 127

0005062

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 763482 | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER | 3 |
|---|---|---|---|---|---|

NOTICE OF REFERENCES CITED

Pg 1 of 2

APPLICANT(S) Shah et al

### U.S. PATENT DOCUMENTS

| • | | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 5 3 5 0 6 0 | 8/13/85 | Comai | 435 | 317 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| • | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | 0 1 1 5 6 7 3 | 8/1984 | EPA | Comai | 935 | 14 | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | R | Amrhein et al. (1983) "Biochemical basis for . . ." FEBS Letters 157 : 191 — 196. |
|---|---|---|
| | S | Nafziger et al. (1984) "Selection + characterization . ." Plant Physiol 76: 571-4. (abstract) |
| | T | Van den Broeck et al (1985) "Targeting of a foreign . . ." Nature. 313: 358 — 363. |
| | U | Kozuel et al. (1984) "A Cauliflower mosaic virus . . ." J Mol Appl Genet: 2 : 549 — 62. |

| EXAMINER | DATE 7/30/87 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

0005063

TO SEPARATE HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 763482 | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER 3 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED Pg. 2 | | APPLICANT(S) Shah et al | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Guilley et al. (1982) "Transcription of CaMV DNA... Cell 30: 763 – 73. |
| S | Mayer et al (1985) "Cloning herbicide resistance... World Biotech Rep 2 97 –108. |
| T | Rogers et al (1983) Appl Environ Microbiol 46 (37 – 43). |
| U | Comai et al (1983) Science 221 : 370 – 1. |

| EXAMINER | DATE 7 30 87 |
|---|---|

* A copy of this reference is not being furnished with this office action
(See Manual of Patent Examining Procedure, section 707.05 (a).)

0005064

TO SEPARATE, HO' D TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 763482 | GROUP ART UNIT 127 | ATTACHMENT TO PAPER NUMBER 3 |
|---|---|---|---|---|

NOTICE OF REFERENCES CITED

APPLICANT(S) Shah et al

m 3

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Goodman et al (1987) "Gene Transf in crop... Science 236: 48-54. |
| S | |
| T | |
| U | |

| EXAMINER | DATE 7/30/87 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a) )

0005065

PTO - 948
(Rev. 8 -82)

GROUP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N. *763482*

## NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be
submitted in the manner set forth in the attached letter,
"Information on How to Effect Drawing Changes" PTO-1474.

A. ☑ The drawings, filed on *8-7-85* , are objected to as informal for reason(s)
checked below:

1.  ☐ Lines Pale.

2.  ☑ Paper Poor.

3.  ☑ Numerals Poor.

4.  ☐ Lines Rough and Blurred.

5.  ☐ Shade Lines Required.

6.  ☐ Figures Must be Numbered.

7.  ☐ Heading Space Required.

8.  ☐ Figures Must Not be Connected.

9.  ☐ Criss-Cross Hatching Objectionable.

10. ☐ Double-Line Hatching Objectionable.

11. ☐ Parts in Section Must Be Hatched.

12. ☐ Solid Black Objectionable.

13. ☐ Figure Legends Placed Incorrectly.

14. ☐ Mounted Photographs.

15. ☐ Extraneous Matter Objectionable.
    [37 CFR 1.84 (1)]

16. ☑ Paper Undersized; either 8½'' x 14'',
    or 21.0 cm. x 29.7 cm. required

17. ☐ Proper A4 Margins Required:
    ☐ TOP 2.5 cm.      ☐ RIGHT 1.5 cm.
    ☐ LEFT 2.5 cm.    ☐ BOTTOM 1.0 cm.

18. ☐ Other:

B. ☑ The drawings, submitted on *8-7-85* , are so informal they cannot be
corrected. New drawings are required. Submission of the new drawings MUST be
made in accordance with the attached letter.



07-21(256)A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF       )

DILIP M. SHAH, ET AL.      )  GROUP ART UNIT: ~~127~~ 120

SERIAL NO.: 763,482      )  EXAMINER: Murray Spruill

FILED: August 7, 1985      )  December 16, 1987

TITLE: GLYPHOSATE-RESISTANT  )
      PLANT CELLS         )

### DECLARATION OF EXPRESS ABANDONMENT

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

    This Declaration of Express Abandonment is submitted under 37 C.F.R. 1.138. Applicants, through their attorney, hereby expressly abandon the above-identified application in favor of Applicants' copending continuation-in-part application Serial No. 879,814, filed July 7, 1986. By abandoning the above-identified application, Applicants do not intend to abandon any invention described and/or claimed therein.

                    Respectfully submitted,

                    James W. Williams, Jr.
                    Attorney for Applicants
                    Registration No. 21,161

Monsanto Company
800 N. Lindbergh Blvd.
St. Louis, Missouri 63167
(314) 694-5402

0005067

 **UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/763,482 | 08/07/85 | SHAH | D | C-07-31-028 |

DENNIS R. HOERNER, JR.
MONSANTO CO. BE4F
700 CHESTFIELD VILLAGE PARKWAY
ST. LOUIS, MO 63198

| EXAMINER |
|---|
| WARREN, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 124 | 5 |

DATE MAILED: 02/27/88

### NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

CHARLES F. WARREN
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 124

0005068

#6

Paper Number

REQUEST FOR ACCESS

DATE: _May 24, 1991_

SERIAL NUMBER: _763482_

FILING DATE: _Aug 7, 1985,_

APPLICANTS: _Dilip M. Shah_

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _4940835_ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED.

_Anita Dyes_

OFFICIAL USE ONLY

**PROCESSED BY**

MAY 28 1991

**F.I.U.**

Initials
File Information Unit

0005069

#7

Paper Number

REQUEST FOR ACCESS

DATE: _10-15-92_

SERIAL NUMBER: _763484_

FILING DATE: _Aug. 7, 1985_

APPLICANTS: _Dilip M. Shah_

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _4,940,835_____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_Tara T. Franklin_

OFFICIAL USE ONLY

PROCESSED BY

OCT 15 1992

F.I.U.

Initials
File Information Unit

0005070

Paper Number

REQUEST FOR ACCESS

DATE: _____ 3/31/93 _____
SERIAL NUMBER: _____ 763482 _____
FILING DATE: _____ 8/7/85 _____
APPLICANTS: _____ Shah _____

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _____ 4940835 _____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_Betty Byrd_

OFFICIAL USE ONLY

PROCESSED bY

APR - 2 1993

T3                     F.I.U.

Initials
File Information Unit

0005071

*# 9*

Paper Number

REQUEST FOR ACCESS

DATE: *4/22/94*
SERIAL NUMBER: *763 482*
FILING DATE: *6/11.85*
APPLICANTS: *Dilip M. Shah*

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER *4,940,835* OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

*F. W. Langford*

┌─────────────────────────────────────┐
│          OFFICIAL USE ONLY           │
│                                      │
│                                      │
│                                      │
│            Initials                  │
│     File Information Unit            │
└─────────────────────────────────────┘

0005072

_____ /0 _____
Paper Number

REQUEST FOR ACCESS

DATE: _____ 9/2/94 _____
SERIAL NUMBER: _763,482_
FILING DATE: ___ 8/7/85 ___
APPLICANTS: ___ Shah et al ___

RECEIVED

SEP 7  1994

GROUP 180

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _4,940,835_____ OR PRINTED
APPLICATION _____

RESPECTFULLY SUBMITTED,

_Nicholas A. Pidgeon_

```
┌─────────────────────────────────────┐
│           OFFICIAL USE ONLY          │
│                                      │
│                                      │
│                                      │
│         _____                  │
│           Initials                   │
│    File Information Unit             │
│                                      │
```

0005073

Paper No. _11_

## REQUEST FOR ACCESS

DATE: _9/2/94_

SER. NO.: _763,482_

FILING DATE: _8/7/85_

APPLICANT: _Shah, etal._

Sir:

The undersigned hereby respectfully requests access to the file history of the following application which was referred to in U. S. Patent number _4,940,835_, or printed application _____.

Respectfully Submitted,

_Jacque Deitrichson_

| OFFICIAL USE ONLY |
| --- |
| |
| |
| INITIALS<br>FILE INFORMATION UNIT |

_R. Smith_
APPROVED
9 - 8 - 94

0005074

_12_
Paper Number

REQUEST FOR ACCESS

DATE: _1/28/95_
SERIAL NUMBER: _763482_
FILING DATE: _Aug 7 85_
APPLICANTS: _Pilip M Shah_

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED TO IN U.S. PATENT NUMBER _4940835_ OR PRINTED APPLICATION _____

RESPECTFULLY SUBMITTED,

_Billy Mullenax_

---

OFFICIAL USE ONLY

Initials
File Information Unit

0005075

_13_
paper number

## REQUEST FOR ACCESS

Date:                    _10/18/95_

Serial Number:           _763 482_

Filing Date:             _8/7/95_

Applicants:              _Shah et al_

Sir.

    Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S patent number _5188642_ or printed application number _____.

                                    Respectfully submitted.

                                    _Yacob Arghedom_

------------------------------------------------
                    OFFICIAL USE ONLY
------------------------------------------------

                    PHOTOCOPY
                    OCT 16 1995
                    _FIU_
                    initials

                FILE INFORMATION UNIT

------------------------------------------------

**0005076**

#  14
_____
paper number

### REQUEST FOR ACCESS

Date: _____4/29/96_____

Serial Number: ___06/763,482____

Filing Date: ____8/7/85_____

Applicants: ____D. Shah et al____

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number ___4,940,835___ or printed application number _____.

Respectfully submitted.

___BEXLER & BEXTTON___

---------------------------------------
OFFICIAL USE ONLY
---------------------------------------
PROCESSED BY
APR 2 4 1996
FIU
___3/5___
initials

FILE INFORMATION UNIT

---------------------------------------

0005077

\# 15

paper number

## REQUEST FOR ACCESS

Date: 11·27·96

Serial Number: 763,482

Filing Date: Feb 12, 1990

Applicants: Shah, Rogers

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number 5188642 or printed application number 478794

Respectfully submitted.

K. Spadaro

OFFICIAL USE ONLY

PROCESSED BY

DEC 10 1996

FIU

initials

FILE INFORMATION UNIT

0005078

REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of | |
| --- | --- |
| **Application Number** 06-763482 | **Filed** 8-7-85 |
| **Group Art Unit** | **Examiner** |

Assistant Commissioner for Patents
Washington, DC 20231

Paper No. ____

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number __4,940,835__ , column _____ .

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ , on page _____ of
paper number _____ .

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| | |
| --- | --- |
| Signature | Date 7-18-97 |
| ADRIAN Typed or printed name | FOR PTO USE ONLY<br>Approved by: F III (initials)<br>Unit: |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1    al persons are required to respond to a collection of int...    Patent and Trade    ed for use through 10/31/99. OMB 0651-0031    Office: U.S. DEPARTMENT OF COMMERCE    don unless it discloys a valid OMB control number.    17

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

PROC ...

511

| In re Application of | |
|---|---|
| Application Number | Filed |
| 763,483 | 8/7/85 |
| Group Art Unit | Examiner |

Assistant Commissioner for Patents
Washington, DC 20231

Paper No. # 17

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 4/940,935 , column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11. i.e., Application No. 763,482 , filed 8/7/85 , on page _____ of paper number _____ , DIIP

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_____ Signature    8/33/97 Date

Floyd Langford
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

000508

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington...

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

In re Application of :

| Application Number | Filed |
|---|---|
| 06/763 442 | 9-7-85 |

| Group Art Unit | Examiner |
|---|---|
| | |

Paper No. ___18___

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

✓ (A) referred to in United States Patent Number ___5148 642___, column _____,

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_____

| | |
|---|---|
| _Henry Duong_ | _10-28-97_ |
| Signature | Date |
| HENRY DUONG | |
| Typed or printed name | |

PHILCOFELRY

FOR PTO USE ONLY 1997

Approved by: ___ (initials) ___

Unit: _____

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

000508

PTO/SB/68
Approved for use through 10/31/98. OMB 0651
Patent and Trademark Office; U.S. DEPARTMENT OF COMM

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control n

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(

| In re Application of | |
|---|---|
| **Application Number** | **Filed** |
| 763,482 | 8-7-85 |
| **Group Art Unit** | **Examiner** |

Paper No. #19

PROCESSED BY
JUL 1, 1998
FJH

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 4940835 , column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Cantwell & Paxton
Signature

7-1-98
Date

O'Tillur
Typed or printed name

| FOR PTO USE ONLY | |
|---|---|
| Approved by: | (initials) |
| Unit: | |

000508

Burden Hour Statement: This form is

PTO/SB/68 (1
Approved for use through 10/31/98. OMB 0651-
tent and Trademark Office; U.S. DEPARTMENT OF COMMI
a collection of information unless it displays a valid OMB control nu

Under the Paper.ork Reduction Act of 1995, no persons are required to resp

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(

| In re Application of |
| --- |

| Application Number | Filed |
| --- | --- |
| 06/763,482 | 8 7/85 |

| Group Art Unit | Examiner |
| --- | --- |
| | |

Paper No. #620

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 4940835 __ column _____ .

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ , on page _____ of
paper number _____ .

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Cantwell & Paxton
Signature

9/29/98
Date

_____
Typed or printed name

| FOR PTO USE ONLY |
| --- |
| Approved by: PGN (initials) |
| Unit: |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the indiv-
case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, P
and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:
Assistant Commissioner for Patents, Washington, DC 20231

0005083

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a) |
|---|

In re Application of

_Shah et al_

| Application Number | Filed |
|---|---|
| 06/763489 | 8-7-85 |

| Group Art Unit | Examiner |
|---|---|
| | |

Assistant Commissioner for Patents
Washington, DC 20231

Paper No. _21_

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number _4940836_ , column _____ .

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____ , filed _____ , on page _____ of paper number _____

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_Cindy Hilliard_
Signature

_Cindy Hilliard_
Typed or printed name

_10-13-98_
Date

| FOR PTO USE ONLY |
|---|
| Approved by: _C ECU_ |
| (initials) |
| Unit: _FZU_ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington, DC 20231.

0005084

PTO/SB/68 (11-95)
Approved for use through 10/31/98. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| | In re Application of |
| --- | --- |
| *7.15,1999* | *Shah et al.* |
| | **Application Number** | **Filed** |
| | 06/763,482 | 8-7-85 |
| | **Group Art Unit** | **Examiner** |
| | | Paper No. *7-15* |

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number *5188642* _____ column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No _____, filed _____; or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| | |
| --- | --- |
| *Denise English* | *1-15-99* |
| Signature | Date |
| *Denise English* | |
| Typed or printed name | |

| FOR PTO USE ONLY |
| --- |
| Approved by: *[initials]* (initials) |
| Unit: *[handwritten]* |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005085

PETITION S OFFIC

PTO/SB/68 (11-95)
Approved for use through 10/31/99.  OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| | |
|---|---|
| | In re Application of _Shah_ |
| RECEIVED<br>JAN 1 9 2000<br>File Information Unit | Application Number _06-763482_  Filed _8-7-85_ |
| | Group Art Unit   Examiner |
| | Paper No. _23_ |

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

✗ (A) referred to in United States Patent Number _4940835_, column ___, _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| | |
|---|---|
| _Betty Byrd_<br>Signature | _1-18-00_<br>Date |
| _Betty Byrd_<br>Typed or printed name | FOR PTO USE ONLY.<br>Approved by: _____<br>(Initials)<br>Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005086

☎ 703 308 6916          PETITION'S OFFIC

PTO/SB/68 (11-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of | |
|---|---|
| *Utah* | |
| Application Number | Filed |
| 06-763482 | 8-7-85 |
| Group Art Unit | Examiner |

RECEIVED
MAR 14 2000
File Information Unit

Paper No. #24

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

 X (A) referred to in United States Patent Number  4,840,835 , column _____.

 ___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

 ___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

 ___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_Betty Boyd_
Signature

3/14/00
Date

_____
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005087

PTO/SB/68 (11-99)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| | In re Application of |
|---|---|
| RECEIVED<br>JUL 26 2000<br>File Information Unit | *Shah* |

| Application Number | Filed |
|---|---|
| 06/763482 | Aug. 7 1985 |

| Group Art Unit | Examiner |
|---|---|

Paper No.

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number *4940835* , column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ , on page _____ of
paper number _____

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____
_____
_____

| Signature | 7/26/00 |
|---|---|
| | Date |

| Typed or printed name | |

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005088

PTO/SB/68 (11-05)
Approved for use through 10/31/02. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 159..., no persons are required to record in a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

In re Application of

/ 7,63, 482

| Application Number | Filed |
|---|---|
| | |

| Group Art Unit | Examiner |
|---|---|
| | |

Paper No. 24

RECEIVED

File information Unit

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

✓ (A) referred to in United States Patent Number  5,188,642 ,  column _____

____ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____  filed _____  on page _____  of
paper number _____

____ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____  filed _____  or

____ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Kevin Mx
Signature

5/22/00
Date

KEVIN MOSMAN
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| _____ (Initials) |
| Unit _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005089

PTO/SB/68 (11-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of | | |
|---|---|---|
| *Shah et al* | | |
| Application Number | | Filed |
| 06/763,482 | | 8/7/85 |
| Group Art Unit | Examiner | |
| | | Paper No. *#27* |

RECEIVED

JAN 2 9 2002

File Information Unit

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

____ (A) referred to in United States Patent Number *4,940,835* , column _____,

____ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

____ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

____ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____
_____
_____
_____

_____      *1/29/02*
Signature                                          Date

*David Avila*
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005090



## SEARCH NOTES

Computer Search
attached

APS searched

| | Date | Ex'r |
|---|---|---|
| | 7/27/87 | mg |

## SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| 435 | 172 3 68, 317 ,240 | 7/27/87 | mg |
| 536 | 27 | | |
| 47 | 58 | | |



### PRINT CLAIM(S):

### INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | | | | Claim Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | | | | 26 | | | | | | | |
| | 2 | ✓ | | | | | | | | | 27 | | | | | | | |
| | 3 | | | | | | | | | | 28 | | | | | | | |
| | 4 | | | | | | | | | | 29 | | | | | | | |
| | 5 | | | | | | | | | | 30 | | | | | | | |
| | 6 | | | | | | | | | | 31 | | | | | | | |
| | 7 | | | | | | | | | | 32 | | | | | | | |
| | 8 | | | | | | | | | | 33 | | | | | | | |
| | 9 | | | | | | | | | | 34 | | | | | | | |
| | 10 | | | | | | | | | | 35 | | | | | | | |
| | 11 | | | | | | | | | | 36 | | | | | | | |
| | 12 | | | | | | | | | | 37 | | | | | | | |
| | 13 | | | | | | | | | | 38 | | | | | | | |
| | 14 | | | | | | | | | | 39 | | | | | | | |
| | 15 | | | | | | | | | | 40 | | | | | | | |
| | 16 | | | | | | | | | | 41 | | | | | | | |
| | 17 | | | | | | | | | | 42 | | | | | | | |
| | 18 | | | | | | | | | | 43 | | | | | | | |
| | 19 | | | | | | | | | | 44 | | | | | | | |
| | 20 | | | | | | | | | | 45 | | | | | | | |
| | 21 | | | | | | | | | | 46 | | | | | | | |
| | 22 | | | | | | | | | | 47 | | | | | | | |
| | 23 | | | | | | | | | | 48 | | | | | | | |
| | 24 | | | | | | | | | | 49 | | | | | | | |
| | 25 | | | | | | | | | | 50 | | | | | | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| | | | |

| SYMBOLS | STATUS |
|---|---|
| ✓ .................Rejected | |
| = .................Allowed | |
| –(Through numeral)Canceled | |
| + .................Restriction requirement | |
| N .................Nonelected invention or species | |
| I .................Interference | |
| A .................Appeal | |
| O .................Objected | |

763482

Entered

## CONTENTS

| | | |
|---|---|---|
| 1. | *Applications* | *papers.* |
| 2. | Ass. Power of Atty | July 6 1887 |
| 3. | Rej (3) | Aug 2, 1887    8/3 N.J |
| 4. | Petition Aband | Jan 26, 1588 |
| 5. | Aband. Ltr | 2-22-88  1/26 |
| 6. | Request for Access | 5-28-91 |
| 7. | Request for Access | 10-15-92 |
| 8. | Request for Access | 4-2-93 |
| 9. | Request for Access | 4-3-34 |
| 10. | Request for Access | 9-7-94 |
| 11. | Request for Access | 9-8-94 |
| 12. | Request for Access | 1-30-44 |
| 13. | Request for Access | 10-18-95 |
| 14. | Request for Access | 4-29-96 |
| 15. | Request for Access | 10-10-96 |
| 16. | Request for Access | 4-17-97 |
| 17. | Request for Access | 8-22-97 |
| 18. | Request for Access | 12-28-97 |
| 19. | Request for Access | 7-1-98 |
| 20. | Request for Access | 9-29-98 |
| 21. | Request for Access | 10/13/98 |
| 22. | Request for Access | 1-15-99 |
| 23. | Request for Access | 1-19-00 |
| 24. | Request for Access | 3-14-00 |
| 25. | Request for Access | 7/26/00 |
| 26. | Request for Access | 8/20/a |
| 27. | Request for Access | 1/29/02 |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |

RECEIVED

SEP 05 1995

GROUP 120.

✩ U.S. GOVERNMENT PRINTING OFFICE: 1981-349-868

0005092

| SERIAL NUMBER (series of 197) | | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|---|
| 2390 | | | | | |

| SERIAL NUMBER | FILING DATE 10/29/85 | CLASS 435 | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 0   2,390 | | | 1 7 9 | 127 4 | |

**APPLICANTS**

M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO; R    T B. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

**CONTINUING DATA***********************
FILED    THIS APPLN IS A CIP OF    06/763,482 08/07/85

***FOREIGN/PCT APPLICATIONS************
UTILIZED

FOREIGN FILING LICENSE GRANTED 02/11/86

| Foreign USC | Claimed | | State or Country | Sheets Drwgs | Total Claims | Indep Claims | Filing Fee Received | Attorney's Docket No |
|---|---|---|---|---|---|---|---|---|
| | ☐yes ☐no | | | | | | | |
| | ☐yes ☐no | AS FILED → | MO | 3 | 25 | 5 | $ 578.00 | 07-21-(323)A |

D. MC NEIL
MONSANTO COMPANY
800    TH LINDBERGH BLVD.
  IS, MO 63167

*Dennis R. Hoerner, Jr.
Monsanto Co. — BBYF
700 Chesterfield Village Parkway
St Louis, mo 63198*

GLY   ATE-RESISTANT PLANT CELLS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the File Wrapper and Contents of the file identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Certifying Officer

Date    SEP 22 1994

0005093

# REGULAR UTILITY

Form PTO 436
(Rev B/78)

| SERIAL NUMBER (series of 1979) | PATENT DATE | | PATENT NUMBER |
|---|---|---|---|
| 7. 2390 | | | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 06/792,390 | 10/29/85 | 435 | | 127 674 | |

**APPLICANTS:** DILIP M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO; ROBERT B. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

**\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED      THIS APPLN IS A CIP OF    06/763,482 08/07/85

**\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED

FOREIGN FILING LICENSE GRANTED 02/11/86

| Foreign priority claimed 35 USC 119 conditions met | ☐yes ☒no ☐yes ☐no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials | | MO | 3 | 25 | 5 | $ 578.00 | 07-21-(323) |

**ADDRESS:** JAMES D. MC NEIL MONSANTO COMPANY 800 NORTH LINDBERGH BLVD. ST. LOUIS, MO 63167

*Dennis R. Hoerner, Jr*
*Monsanto Co. — BB4F*
*700 Chesterfield Village Parkway*
*St Louis, MO 63198*

**TITLE:** GLYPHOSATE-RESISTANT PLANT CELLS

U.S DEPT of COMM - Pat & TM Office — PTO-436L (rev 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | PREPARED FOR ISSUE |
|---|---|
| | (Assistant Examiner)     (Docket Clerk) |
| **AT ALLOWANCE** | EXAMINED AND PASSED FOR ISSUE |

| SHEETS DRWGS | FIGURES DRWGS | CLAIMS | CLASS | SUBCLASS |
|---|---|---|---|---|
| | | | | |

| (Primary Examiner) | (Art Unit) |
|---|---|
| Estimate of printed pages | Issue fee due (est) |
| Drawing(s)     Spec(s) | |
| Notice of allowance and issue fee due (est.) | |
| Date mailed | Date paid |

RETENTION LABEL

0005094

PATENT APPLICATION SERIAL NO. _____ 590

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
80234 11/08/85 792390        13-4125 1 101     340.00CH
80235 11/08/85 792390        13-4125 1 102      68.00CH
80236 11/08/85 792390        13-4125 1 103      60.00CH
```

0005095



NEW APPLICATIONS                                    CASE NO. 07-21-(323)A

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C. 20231

Sir:

    Transmitted herewith for filing is the patent application of:

INVENTOR(S): DILIP M. SHAH, STEPHEN G. ROGERS, ROBERT B. HORSCH
and ROBERT T. FRALEY
TITLE:      GLYPHOSATE-RESISTANT PLANT CELLS

Enclosed are:

[X] Abstract, Specification, Claim(s), ~~and Declaration~~

[ ] An Assignment of the invention to Monsanto Company, 800 North Lindbergh
Boulevard, St. Louis, Missouri 63167 for recordation.

Also enclosed are:

[X] __3__ sheet(s) of ~~formal~~/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | $340.00 |
|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | |
| Claims | No. Filed | No. Extra | Rate | |
| Independent | 5 - 3 = | 2 | 'X $34.00 = | 68.00 |
| TOTAL | 25 - 20 = | 5 | X $12.00 = | 60.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | |
| | | | TOTAL FEE → | $468.00 |

[X] A triplicate copy of this transmittal paper is enclosed.

[X] Please charge the above calculated total fee to my Deposit Account
No. __13-4125__. Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in
addition to the above as well as all future fees set forth in 37 CFR 1.16 and
1.17 which may be required during the entire pendency of this Application, and
credit any overcharges to Deposit Account No. __13-4125__ [37 CFR 1.25(b)].

NOTE:  THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE: October 26, 1985

                     _James P. Mc Neil_
                     Attorney of Record James D. McNeil

                     Registration No. 26,204

                     Telephone: (314) 694-2832

P02/L27/P83
R09/11/85

-1-          07-21-(323)A

## GLYPHOSATE-RESISTANT PLANT CELLS

This application is a Continuation-in-Part of
application S. N. 763,482, filed August 7, 1985.

### BACKGROUND OF THE INVENTION

This invention is in the fields of genetic
engineering, biochemistry, and plant biology.

N-phosphonomethylglycine has the following
structure:

$$HO - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - \overset{\overset{\displaystyle H}{|}}{N} - CH_2 - \overset{\overset{\displaystyle O}{\|}}{P} \overset{\nearrow OH}{\searrow_{OH}}$$

This molecule is an acid, which can dissociate in
aqueous solution to form phytotoxicant anions.
Several anionic forms are known.  As used herein, the
name "glyphosate" refers to the acid and its anions. A
mixture containing glyphosate as the active ingred-
ient, formulated as its isopropylamine salt, is sold
as a herbicide by Monsanto Company under the trademark
ROUNDUP®.  Numerous other salts also have herbicidal
properties, as exemplified by U.S. Patent No.
3,799,758 (Franz 1974) and various other patents.
Compositions comprising n-phosphonomethylglycine and
salt-forming cations which increase the solubility of
the n-phosphonomethylglycine in water are preferred.

Glyphosate reportedly inhibits an enzyme
called enolpyruvyl-shikimate-3-phosphate synthase
(EPSPS); see, e.g., Amrhein 1980, Steinrucken 1980,
Mousdale 1984, and Rubin 1982 (note: a complete list
of references is contained below, after the Examples).
The EPSPS enzyme reportedly catalyzes the conversion
of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-
3-phosphate, an intermediate in the biochemical

0005097

-1a-          07-21-(323)A

pathway for creating three essential aromatic amino
acids (tyrosine, phenylalanine, and tryptophan); see,
e.g., Mousdale 1984.  Rogers 1983 reports that
overproduction of EPSPS in E. coli contributes to
5    glyphosate resistance in those cells.

0005098

In plant cells, the EPSPS enzyme reportedly
functions in chloroplasts; see Mousdale 1985.  In
general, chloroplasts are organelles that are dis-
persed throughout the cytoplasm of a plant cell.
5   Chloroplasts contain DNA which is believed to be
expressed into polypeptides inside the chloroplast.
However, the EPSPS polypeptide is encoded by chromo-
somal DNA rather than chloroplast DNA.  The EPSPS gene
is transcribed into mRNA in the nucleus.  The mRNA
10  leaves the nucleus, and  is translated into a poly-
peptide in the cytoplasm.  The polypeptide (or a
portion thereof) is transported into the chloroplast.

        At least one researcher has attempted to
create glyphosate-resistant cells by manipulating a
15  bacterial gene which encodes an EPSPS enzyme.  As
described in EPO 115,673 (Comai; assigned to Calgene,
Inc.; priority date January 5, 1983) and in Comai
1983, a culture of Salmonella bacteria was contacted
with a mutagen (ethyl methanesulfonate).  The bacteria
20  were screened for glyphosate resistance, and a rela-
tively resistant culture was selected.  This culture
was analyzed, and determined to have a mutant form of
EPSPS with a substituted amino acid, as reported
in Stalker 1985.  EPO 115,673 suggested that the
25  mutant EPSPS gene could be inserted into plant cells
to create glyphosate-resistant (Gly$^R$) plant cells.

        After the priority date of EPO 115,673,
methods and vectors were described which could be used
to insert foreign genes into plant cells (see, e.g.,
30  Fraley 1984, Herrera-Estrella 1984, Bevan 1984, and
PCT applications WO 84/02919 and 02920).  In PCT
application WO 84/02913, methods were also described
for creating chimeric genes having bacterial EPSPS
coding sequences controlled by regulatory sequences
35  derived from genes which are active in plant cells.
Using these vectors and methodology, bacterial genes
such as the mutant Salmonella EPSPS gene mentioned