above can be manipulated and expressed in plant cells.
However, despite the availability of vectors and
methods to insert the Salmonella EPSPS gene into plant
cells, there have been no published reports that
5   mutant bacterial EPSPS genes as described in EPO
115,673 have been used effectively to create Gly$^R$
plant cells or plants.

            The object of this invention is to provide
a method of genetically transforming plant cells
10  which causes the cells to become resistant to
glyphosate and the herbicidal salts thereof.

SUMMARY OF THE INVENTION
            This invention involves a cloning or
expression vector comprising a gene which encodes an
15  enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:
            (a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
20  cytoplasm of the plant cell into a chloroplast in the
plant cell, and
            (b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
25  which naturally occurs in plant cells.
            The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation

-4-                07-21(323)A

vectors, and subsequently into plant cells. Plant
cells transformed by such genes have been shown to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

5    BRIEF DESCRIPTION OF THE DRAWINGS
              FIGURE 1 depicts the major steps used in
one preferred embodiment of this invention.
              FIGURE 2 depicts the creation of plasmid
pMON546, a plant transformation vector which contains
10   a chimeric CaMV/EPSPS gene. It also depicts the
structure of pGV3111SE, a disarmed Ti plasmid with
vir genes which help insert the CaMV/EPSPS gene from
pMON546 into plant chromosomes.
              FIGURE 3 indicates the DNA sequence and the
15   amino acid sequence of the chloroplast transit peptide
from the petunia EPSPS gene and enzyme.

DETAILED DESCRIPTION OF THE INVENTION
              This invention involves a cloning or expres-
sion vector which contains a gene which encodes
20   a form of EPSPS which can effectively confer glypho-
sate resistance (Gly$^R$) on plant cells. The EPSPS gene
encodes a polypeptide which contains a chloroplast
transit peptide (CTP), which enables the EPSPS poly-
peptide (or an active portion thereof) to be trans-
25   ported into a chloroplast inside the plant cell.
              In one preferred embodiment, a gene which
encodes an EPSPS polypeptide containing a CTP was
obtained from petunia cells, using the steps indicated
in Figure 1. Petunia cells were used because (1) they
30   grow quickly in relatively inexpensive media; (2) most
petunia cell lines can be easily regenerated into
differentiated plants; and (3) extensive genetic
mapping of petunia has already been done, which will

0005101

facilitate genetic analysis of petunias transformed by
this method. However, this invention is not limited
to petunia cells; any type of plant cell which can be
cultivated in tissue culture can be treated as
5    described below to amplify and isolate its EPSPS
enzyme and gene, using nutrient media and glyphosate
concentrations selected for that particular type of
plant cell.

10    As described in Example 1.A, petunia cells
in a suspension culture were transferred into culture
medium containing 0.5 mM glyphosate. The large majo-
rity (estimated greater than 99%) of the cells were
killed, and the surviving cells were reproduced until
they formed a saturated suspension culture of cells.

15    Because plants vary in their sensitivity to
glyphosate, the concentrations of glyphosate used to
create a resistant cell line from a different type of
plant may vary. Suitable concentrations for use with
any particular cell type may be determined by routine
20    experimentation.

The concentration of glyphosate was in-
creased 5 more times over a four month period, until
cells were obtained which could survive and reproduce
in 10 mM glyphosate. The surviving cells were desig-
25    nated as the MP4-G cell line. These cells contained
about 15-20 copies of the EPSPS gene.

As described in Example 1.B, the EPSPS
polypeptide was obtained and purified from the MP4-G
cell line, and its amino acid sequence was determined.
30    A portion of that sequence was selected because it had
a low degree of degeneracy, i.e., only a relatively
small number of codons could encode it. The selected
partial amino acid sequence is shown in Table 1.
The possible DNA and mRNA codons which could encode

-6-            ' 07-21(323)A

those amino acids were determined, as shown in Table 1. Based upon the partial EPSPS amino acid sequence, a degenerate mixture of radioactive probes was constructed and tested as described in Examples 1.C

5    and 1.D.

A library of bacteriophage clones having DNA inserts derived from polyadenylated petunia mRNA was created, as described in Example 1.E. This required extensive processing of the mRNA to create

10   double-stranded complementary DNA (ds cDNA), and insertion of the ds cDNA fragments into suitable vectors (such as lambda phages) for cloning.

The cDNA library was screened with the probe mixture, using the method described in Example

15   1.F. The clone that was selected for further analysis was designated as pMON9531. The DNA in this clone was sequenced, and the results indicated that it contained only part of the EPSPS coding sequence. To obtain the complete EPSPS coding sequence, the pMON9531 clone was

20   used as a probe on a genomic DNA library, as described in Example 1.G. A genomic clone with an EPSPS sequence was identified and designated as λF7. That EPSPS sequence was then used as a probe to screen the petunia cDNA library again, and a clone was identified

25   and designated as pMON9556. The EPSPS insert in the pMON9556 clone contained the entire 3' end (including a poly-adenylated tail) of the EPSPS sequence. It also contained, at its 5' end, an EcoRI site which matched the EcoRI 3' end of the pMON9531 clone.

30   The EPSPS insert in pMON9531 was isolated and inserted into a plant transformation vector (pMON530, which contained a 35S promoter from a cauli-flower mosaic virus) to obtain pMON536, as shown in Figure 2. The EPSPS fragment from pMON9556 was then

35   inserted into pMON536 to create a chimeric CaMV/ EPSPS gene. The plasmid which contains the chimeric

0005103

-7-                07-21(323)A

gene was designated as pMON546. It has been deposited with the American Type Culture Collection (ATCC), accession number 53213.

5      The CaMV promoter is stronger than the natural EPSPS promoter in at least some types of plants, i.e. it increases the transcription of higher quantities of mRNA from chimeric genes compared to the natural EPSPS promoter. The high strength of the chimeric CaMV/EPSPS gene is of great value in using

10    the EPSPS gene as a selectable marker in the laboratory. However, when a chimeric gene is used to transform regenerated plants for food production, the level of production of EPSPS enzyme may be undesirably high, since it diverts nucleotides, amino acids, and

15    substrates away from other desired biochemical pathways in the cells. Therefore, to create a chimeric gene with the optimal level of expression of EPSPS synthase, it may be desirable to diminish the strength of the chimeric CaMV/EPSPS gene. This can be done by

20    various methods such as (1) random or site-specific mutagenesis of the region prior to the transcription start site; (2) insertion of a transcription terminator in the 5' non-translated region of the gene; (3) insertion of a spurious start codon in front of the

25    EPSPS start codon; or (4) insertion of a coding sequence with a start codon and a stop codon in front of the EPSPS start codon, to create a dicistronic coding sequence. Alternately, a different promoter (such as an opine synthase promoter, a RUBISCO small

30    subunit promoter, or a promoter from a different type of plant virus) may be ligated to the EPSPS coding sequence to create a chimeric gene which has a desired strength in any particular type of plant. If desired, more than one foreign EPSPS gene may be

35    inserted in to the chromosomes of a plant, by methods such as repeating the transformation and selection cycle more than once.

Plasmid pMON546 was inserted into
<u>Agrobacterium tumefaciens</u> cells which contained a
helper plasmid, pGV3111SE. The helper plasmid encodes
certain gene products which are necessary to transfer
5    the CaMV/EPSPS gene from pMON546 into plant cell
chromosomes. It also contains a kanamycin resistance
gene which functions in bacteria. A culture of <u>A.
tumefaciens</u> C58C1 cells containing pMON546 and
pGV3111SE was deposited with the American Type Culture
10   Collection (ATCC) and was assigned ATCC accession
number 53213. If desired, either one of these plasmids
may be isolated from this culture of cells using
standard methodology (see, e.g., Maniatis 1982), and
the EPSPS sequence may be removed from pMON546 and
15   ligated to other promoters or inserted into other
vectors if desired.

Other types of carrier plasmids, helper
plasmids, or transforming cells can also be used.
Certain types of plants (such as soybean) are not
20   highly susceptible to infection and transformation by
<u>A. tumefaciens</u> cells; nevertheless, they can be
infected and transformed by some strains which are
naturally adapted to those host plants. If desired,
a strain of <u>A. tumefaciens</u> cells which is adapted to
25   any particular type of plant may be selected from
crown gall tumors on that type of plant, and
manipulated and used as described herein to insert
EPSPS genes into that particular type of plant.

For example, a strain of <u>A. tumefaciens</u>
30   cells designated as the A208 strain is capable of
transforming a number of soybean cultivars tested to
date. That strain carries a Ti plasmid designated as
the pTiT37 plasmid. The pTiT37 plasmid is a
nopaline-type plasmid, rather than an octopine-type
35   plasmid such as pGV3111SE. The pTiT37 plasmid was
disarmed, and the resulting plasmid was designated as
pASE. It can be used as either a helper plasmid or a

crossover plasmid with plasmid pMON546. A culture
of A. tumefaciens A208 cells containing the pASE
plasmid was deposited with the ATCC, and was assigned
accession number 53214. This helper plasmid and

5   host cell is preferred for transforming cells from
soybean, alfalfa, and other legumes.

The A. tumefaciens cells containing both
pMON546 and pGV3111SE were co-cultivated with leaf
disks taken from petunia leaves, under conditions

10  which allowed the T-DNA region from pMON546 to be
inserted into the chromosomes of the plant cells (see
Fraley 1983 and Horsch 1985). The cells were culti-
vated on nutrient agar containing 0, 0.1, 0.25, or 0.5
mM glyphosate. Control cells, which were treated

15  identically using plant transformation vectors which
did not contain the EPSPS gene, were also cultivated
on the same media. All leaf disks generated callus
tissue on the plates containing no glyphosate. At 0.1
mM glyphosate, ther was little detectable difference

20  between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth of
callus from control disks, while substantial growth of
transformed tissue occurred. At 0.5 mM glyphosate,
there was no callus growth from the control disks,

25  while a substantial number of calli grew from the
transformed disks. This confirms that the CaMV/EPSPS
gene conferred substantial glyphosate resistance upon
the transformed cells.

As used in the claims, a foreign gene
30  "confers a substantial degree of glyphosate resistance
upon a plant cell" if it allows a selectable fraction
of a culture of transformed plant cells to survive a
concentration of glyphosate which kills essentially
all untransformed cells from the same type of plant
35  under the same conditions.

-10-    07-21(323)A

After the EPSPS polypeptide from a gene of this invention is translated from messenger RNA in the cytoplasm of the transformed plant cell, it is believed to be processed in the same manner as the natural EPSPS polypeptide. The CTP leader sequence is believed to cause the polypeptide to be transported to a chloroplast, and the CTP leader sequence encoded by the plant-derived EPSPS gene is believed to be removed from the remainer of the polypeptide so that an active portion of the foreign EPSPS polypeptide exists and functions inside the chloroplast.

There is no apparent significant homology between the CTP sequence of the EPSPS polypeptide and the published CTP sequence of another polypeptide, the small subunit of ribulose bisphosphate carboxylase (ssRUBISCO); see, e.g., Broglie (1983). Although it is not known whether a fusion peptide comprising (1) a CTP sequence derived from a heterologous protein such as ssRUBISCO, coupled to (2) a mature EPSPS sequence derived from a bacterial or plant cell, might confer some degree of glyphosate resistance upon a transformed cell, removal of the CTP leader sequence from the mature EPSPS sequence is preferred.

EPSPS genes which encode an enzyme with a functional chloroplast transit peptide (which is preferably removed from the mature EPSPS polypeptide) provide useful selectable marker genes for plant cell transformation, when transformed and untransformed cells are contacted with appropriate concentrations of glyphosate (which can be routinely

0005107

-11-                07-21(323)A

determined for any type of plant). The conferrable
trait of glyphosate resistance may be particularly
useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
5    selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

     In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
10   be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
methods described in PCT WO84/02920 or otherwise known
to those skilled in the art.

15        The chimeric CaMV/EPSPS gene and the EPSPS
polypeptide with its CTP are likely to function
properly in a variety of different types of plant
cells. For example, A. tumefaciens cells containing
pMON546 and pGV3111SE were used to transform tobacco
20   cells, which are in an entirely different genus than
petunia cells. The transformed tobacco cells grew in
the presence of 0.5 mM glyphosate, whereas
untransformed tobacco cells grew only sparsely and
abnormally in the presence of 0.25 mM glyphosate, and
25   not at all in the presence of 0.5 mM.

     The vectors of this invention can be used
to insert EPSPS genes with CTP sequences into any
type of plant which can be genetically transformed by
A. tumefaciens or A. rhiozogenes cells. This
30   includes virtually all dicots (see, e. g., DeCleene
1976) and some monocots (see Hooykaas-Van Slogteren
1984 and Hernalsteens 1985).

     As known to those skilled in the art,
mutant and variant forms of EPSPS may be created by a
35   variety of processes. For example, cloning or
expression vectors may be mutagenized to alter one or

0005108

-12-        ' 07-21(323)A

more amino acid residues in a EPSPS protein. This
may be done on a random basis (e. g., by subjecting
the host cells to mutagenic agents such as X-rays,
ultraviolet light, or various chemicals), or by means
5   involving an exact predicted substitution of bases in
a DNA sequence. Such mutant or variant EPSPS's can
be tested for any desired _in vivo_ or _in vitro_
activity by methods known to those skilled in the art.

As used herein, a "cloning or expression
10  vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells. Vectors include plasmids, cosmids,
viral DNA or RNA, "minichromosomes," etc.

As used herein, "replicated from" includes
15  indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA. It also includes DNA that is
synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
20  experimentally.

The following examples further demonstrate
several preferred embodiments of this invention.
Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
25  herein. Such equivalents are intended to be within
the scope of the claims.

<u>EXAMPLES</u>

EXAMPLE 1: CREATION OF EPSPS VECTORS

A. Creation of MP4-G Cell Line

30      The starting cell line, designated as the
MP4 line, was derived from a Mitchell diploid petunia
(see, e.g., Ausubel 1980). The MP4 cells were sus-
pended in Murashige and Skoog (MS) culture media,

(GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5x10^6$ cells) were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

The MP4-G cells were subsequently shown (by a Southern blot) to have about 15-20 copies of the EPSPS gene, due to a genetic process called "gene amplification" (see, e.g., Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSPS gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSPS gene and possibly other genes located near it on the chromosomes of the cells.

-14-            07-21(323)A

## B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line
were harvested by vacuum filtration, frozen under
liquid $N_2$, and ground to a powder in a Waring blender.
5    The powder was suspended into 0.2 M tris-HCl, pH 7.8,
containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-
pyrrolidone. The suspension was centrifuged at about
20,000 G for 10 min to remove cell debris. Nucleic
.acids were precipitated from the supernatant by addition
10   of 0.1 volume of 1.4% protamine sulfate and discarded.
The crude protein suspension was purified
by five sequential steps (see Mousdale 1984 and
Steinrucken 1985) which involved:  (1)  ammonium
sulfate precipitation; (2) diethylaminoethyl cellulose
15   ion exchange chromatography; (3) hydroxyapatite
chromatography; (4) sizing on a phenylagarose gel; and
(5) sizing on a Sephacryl S-200 gel.
The purified EPSPS polypeptide was degraded
into a series of individual amino acids by Edman
20   degradation by a Model 470A Protein Sequencer (Applied
Biosystems Inc., Foster City, CA), using the methods
described in Hunkapiller 1983a. Each amino acid
derivative was analyzed by reverse phase high perfor-
mance liquid chromatography, as described by Hunka-
25   piller 1983b, using a cyanopropyl column with over
22,000 theoretical plates (IBM Instruments, Walling-
ford CT). A partial amino acid sequence for petunia
EPSPS is indicated in Table 1.

-15-                    07-21(323)A

## TABLE 1
### PETUNIA EPSPS SEQUENCES

|  |  | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
| 5 | Amino acid: | Gln | Pro | Ile | Lys | Glu | Ile |
|  | mRNA strand: 5'-CAP | CCN | AUU | GAP | CAP | AUU |
|  |  |  |  | C |  |  | C |
|  |  |  |  | A |  |  | A |
|  | Complementary |  |  |  |  |  |  |
| 10 | DNA strand: 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
|  |  |  |  | G |  |  | G |
|  |  |  |  | U |  |  | U |
|  | Synthetic DNA Probes: |  |  |  |  |  |  |
|  | EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
|  | EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| 15 | EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
|  | Exact mRNA Sequence: |  |  |  |  |  |  |
|  | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

## C. Synthesis of Probes

20     Using the genetic code, the amino acid
sequence indicated in Table 1 was used to determine
the possible DNA codons which are capable of coding
for each indicated amino acid. Using this informa-
tion, three different probe mixtures were created and
designated as EPSP-1, EPSP-2, and EPSP-3, as shown in
25  Table 1. In this table, A, T, U, C, and G represent
the nucleotide bases: adenine, thymine, uracil,
cytosine and guanine. The letters P, Q, and N are
variables; N represents any of the bases; P represents
purines (A or G); Q represents pyrimidines (U, T, or
30  C).

-16-          07-21(323)A

All oligonucleotides were synthesized by
the method of Adams 1983. Whenever an indeterminate
nucleotide position (P, Q, or N) was reached, a
mixture of appropriate nucleotides was added to the
5    reaction mixture. Probes were labeled 20 pmol at a
time shortly before use with 100 uCi γ-[$^{32}$P]-ATP
(Amersham) and 10 units of polynucleotide kinase in 50
mM Tris-HCl, pH 7.5, 10 mM MgCl$_2$, 5 mM DTT, 0.1 mM
EDTA, and 0.1 mM spermidine. After incubation for 1
10   hr at 37°C, the probes were repurified on either a
20% acrylamide, 8 M urea gel or by passage over a 5
ml column of Sephadex G25 in 0.1 M NaCl, 10 mM
Tris-HCl, pH 7.5, 1 mM EDTA.


     D. Preparation of mRNA and Preliminary
15       Testing of Probes
     (a) Poly-A mRNA
          Total RNA was isolated from the MP4
     (glyphosate sensitive) and MP4-G (glyphosate
     resistant) cell lines as described by Goldberg 1981.
20   Total RNA was further sedimented through a CsCl
     cushion as described by Depicker 1982. Poly-A mRNA
     was selected by oligo-dT cellulose chromatography.
     The yield of poly-A RNA was 1.1 micrograms (ug) per
     gram of MP4 cells and 2.5 ug/gm of MP4-G cells.


25   (b) Gel Processing of RNA
          Ten ug of poly-A RNA from the MP4 or MP4-G
     cell lines was precipitated with ethanol and re-
     suspended in 1 x MOPS buffer (20 mM morpholino propane
     sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM
30   EDTA, pH 8.0) containing 50% formamide and 2.2 M
     formaldehyde. RNA was denatured by heating at 65°C
     for 10 min. One-fifth volume of a loading buffer
     containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol
     blue and 0.4% xylene cyanol was then added. RNA was

-17-          07-21(323)A

fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
bottom.  HaeIII-digested ΦX174 DNA, labelled with
$^{32}$P, was run as a size standard.  The DNA markers
5    indicated approximate sizes for the RNA bands.

(c) Transfer of RNA to Nitrocellulose
          RNA was transferred to nitrocellulose
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
the gels overnight using 20X SSC (1X SSC is 0.15 M
10   NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer.  After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs at 80°C.

(d) Preliminary Hybridization with Radioactive Probes
          Filters were prehybridized in 6 x SSC, 10 x
15   Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 ug/ml E. coli
transfer RNA at 50°C for 4 hrs.  Hybridization was
carried out in the fresh solution containing 2 x 10$^6$
20   cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C.  The EPSP-3 probe was not tested since in
contained a codon (ATA) that is rarely used in the
petunia genome.  Hybridization temperature (32°C)
used in each case was 10°C below the dissociation
25   temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture.  The Td of
the probe was approximated by the formula 2°C x (A +
T) + 4°C x (G + C).

(e) Filter Washing
30            The filters were washed twice for 15-20 min at
room temperature in 6 x SSC and then for 5 min at
37°C with gentle shaking.  Filters were then wrapped
in plastic film and autoradiographed for 12-14 hrs at

0005114

-18-              07-21(323)A

-70°C with two intensifying screens. The filters
were then washed again for 5 min with gentle shaking
at a temperature 5°C higher than previously used.
The filters were autoradiographed again for 12-14 hrs.

5    The autoradiographs indicated that the probe EPSP-1
hybridized to an RNA of approximately 1.9 kb in the
lane containing the poly-A RNA from the MP4-G cell
line. No hybridization to this RNA was detected in
the lane containing the poly-A RNA from the MP4 cell

10   line. This result was attributed to overproduction
of EPSP synthase mRNA by the MP4-G cell line. The
probe EPSP-2, which differs from EPSP-1 by a single
nucleotide, showed barely detectable hybridization to
the 1.9 kb mRNA of the MP4-G cell line but hybridized

15   strongly to a 1.0 kb mRNA from both cell lines.
However, the 1.0 kb DNA was not sufficient to encode
a polypeptide of 50,000 daltons, and it is believed
that one of the sequences in the EPSP-2 probe hybrid-
ized to an entirely different sequence in the library.

20   These results suggested that degenerate probe mixture
EPSP-1 contained the correct sequence for EPSPS. This
mixture was used in all subsequent degenerate probe
hybridization experiments.


E. Preparation of λgt 10 cDNA library

25   (a) Materials Used
            AMV reverse transcriptase was purchased from
Seikagaku America, Inc., St. Petersburg, Florida;
the large fragment of DNA polymerase I (Klenow poly-
merase) was from New England Nuclear, Boston, MA; S1

30   nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England
Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Bethesda Research Labs, Gaithersburg, MD; and

35   all radioactive compounds were from Amersham,
Arlington Hts., IL.

0005115

-19-        07-21(323)A

The λgt10 vector (ATCC No. 40179) and associated _E. coli_ cell lines were supplied by Thanh Huynh and Ronald Davis at Stanford University Medical School (see Huynh 1985). This vector has three
5  important characteristics: (1) it has a unique EcoRI insertion site, which avoids the need to remove a center portion of DNA from the phage DNA before inserting new DNA; (2) DNA ranging in size from zero to about 8,000 bases can be cloned using this vector;
10 and, (3) a library can be processed using _E. coli_ MA150 cells (ATCC No. 53104) to remove clones which do not have DNA inserts.

(b) cDNA First Strand Synthesis

Poly-A mRNA was prepared as described in
15 Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5), 10 mM $MgCl_2$, 4 mM DTT, 40 mM KCl, 500 uM of d(AGCT)TP, 10 ug/ml $dT_{12-18}$ primer, and 27.5 units/ml RNasin. In a 120 ul reaction volume, 70 units reverse transcriptase were added per 5 ug of poly-A RNA. One
20 reaction tube contained $\alpha$-$^{32}$P-dCTP (5 uCi/120 ul reaction) to allow monitoring of cDNA size and yield and to provide a first strand label to monitor later reactions. In order to disrupt mRNA secondary structure, mRNA in $H_2O$ was incubated at 70°C for 3
25 min and the tube was chilled on ice. Reverse transcriptase was added and the cDNA synthesis was carried out at 42°C for 60 min. The reaction was terminated by the addition of EDTA to 50 mM. cDNA yield was monitored by TCA precipitations of samples
30 removed at the start of the reaction and after 60 min. Following cDNA synthesis, the cDNA existed as a cDNA-RNA hybrid. The cDNA-RNA hybrid was denatured by heating the mixture in a boiling water bath for 1.5 min, and cooled on ice.

-20-                     07-21(323)A

(c) Second Strand DNA Synthesis

         Single-stranded cDNA was allowed to self-
prime for second strand synthesis.  Both Klenow
polymerase and reverse transcriptase were used to
5   convert ss cDNA to ds cDNA.  Klenow polymerase is
employed first since its 3'--5' exonuclease repair
function is believed to be able to digest non-flush
DNA ends generated by self-priming and can then
extend these flush ends with its polymerase
10  activity.  Reverse transcriptase is used in addition
to Klenow polymerase, because reverse transcriptase
is believed to be less likely to stop prematurely
once it has bound to a template strand.  The Klenow
polymerase reaction was in a final 100 ul volume
15  excluding enzyme.  The reaction mix included 50 mM
HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 uM of each
dNTP and cDNA.  To begin the reaction, 20 to 40 units
of Klenow polymerase (usually less than 5 ul) were
added and the tubes incubated at 15°C for 5 hrs.  The
20  reaction was terminated by the addition of EDTA to 50
mM.  The mix was extracted with phenol and the
nucleic acids were precipitated, centrifuged and
dried.

         The reverse transcriptase reaction to
25  further extend the anti-complementary DNA strand was
performed as described for the reaction to originally
synthesize cDNA, except $dT_{10-18}$ primer and RNasin were
absent, and 32 units of reverse transcriptase were
used in a 120 ul reaction.  The reaction was termin-
30  ated by the addition of EDTA to 50 mM.  The mixture
was extracted with an equal volume of phenol and the
nucleic acid was precipitated, centrifuged and dried.

(d) S1 Nuclease Treatment

         200 ul of 2 x S1 buffer (1 x S1 buffer is
35  30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM
$ZnCl_2$), 175 ul of $H_2O$ and 525 units of S1 nuclease

**0005117**

-21-              ´07-21(323 )A

were added to the tubes containing 125 ul of the
second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
5    mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) Eco Rl Methylation Reaction
10          Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
15    linkers which were subsequently cleaved with EcoRI to
create cohesive overhangs at the termini.
            In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were
20    dissolved in 40 ul of 50 mM Tris pH 7.5, 1 mM EDTA, 5
mM DTT.  Four ul of 100 uM S-adenosyl-L-methionine
and 2 ul (80 units) of EcoRI methylase were added.
Tubes were incubated at 37°C for 15 min and then at
70°C for 10 minutes to kill the methylase.
25          It was subsequently discovered that the
methylation reaction described below was unsuccessful
in preventing EcoRI cleavage at an internal site
within the EPSPS coding region,apparently because of
inactive methylase reagent.  The cleavage of the
30    internal EcoRI site required additional steps to
isolate a full-length cDNA, as described below.  To
avoid those additional steps if another library is
created, the methylation reagents and reaction con-
ditions should be used simultaneously on the cDNA and
35    on control fragments of DNA, and protection of the
control fragments should be confirmed by EcoRI diges-
tion before digestion is performed on the cDNA.

0005118

-22-              07-21(323)A

(f) DNA Polymerase 1 Fill-In Reaction

        To the tube containing 45 ul of cDNA (pre-
pared as described above) were added 5 ul of 0.1 M
MgCl$_2$, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA
polymerase I.  The tube was incubated at room tempera-
ture for 10 min.  The reaction was terminated by the
addition of EDTA to 25 mM.  One microgram of uncut
λgt10 DNA was added as carrier and the mix was extrac-
ted with phenol/chloroform (1:1).  The nucleic acid in
the mix was precipitated with phenol/chloroform (1:1).
The nucleic acid in the mix was precipitated with
ethanol, centrifuged and dried.

(g) Ligation of EcoRI Linkers to Methylated ds cDNA

        Approximately 400 pmoles of EcoRI linkers
(5'CGGAATTCCG3') were dissolved in 9 ul of 20 mM
Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi
of α-$^{32}$P-ATP (5000 Ci/mmole) and 2 units of T4
polynucleotide kinase.  The oligonucleotides were
incubated at 37°C for 30 minutes to allow them to
anneal to each other, creating double-stranded,
blunt-ended linkers.  2 units of T4 polynucleotide
kinase and 1 ul of 10 mM ATP were added and incubated
at 37°C for an additional 30 min.  The linkers were
stored at -20°C.  The methylated DNA pellet was
resuspended in tubes containing 400 pmoles of the
kinased linkers.  Ligation of the EcoRI linkers to the
methylated DNA was carried out by adding 1 ul of T4
ligase and incubating the reaction mixture at 12-14°C
for 2 days.

(h) Digestion with EcoRI to Create Cohesive Termini

        To 11 ul of the reaction product from
Example 1.E.(g), 10 ul of a solution containing 50 mM
Tris, pH 7.5, 10 mM MgSO$_4$, 200 mM NaCl were added.
T4 DNA ligase was heat inactivated by incubation at
70°C for 10 min.  Forty units of EcoRI were added and
the incubation was carried out at 37°C for 3 hr.  The

0005119

reaction was terminated by addition of EDTA to 50
mM.  The sample was clarified by centrifugation and
applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

5              Free linkers (those not ligated to ds cDNA)
were removed from ds cDNA with attached linkers, to
prevent them from interfering with the insertion of
the desired ds cDNAs into the cloning vectors. AcA 34
resin (a mixture of acrylamide and agarose beads,
10   normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
glass wool.  The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl.  The ds cDNA
15   mixtures with ligated linkers and free linkers (~45
ul) was brought to 400 mM NaCl.  1 ul of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
applied to the column which was run in equilibration
buffer at room temperature.  Ten 200 ul fractions were
20   collected.  The BPB dye normally eluted from the
column in the sixth tube or later.  Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

(j) Assembly of λgt10 clones

             The ds cDNA was mixed with 1 ug of EcoRI-cut
25   λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 ul of
10 mM Tris-HCl pH 7.5, 10 mM MgCl$_2$, 50 mM NaCl.  To

-24-        07-21(323)A

anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min.  The mixture
was chilled on ice, and 0.5 ul each of 10 mM ATP, 0.1
5    M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added.  The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA.  The
resulting DNA was packaged into phage particles
10   in vitro using the method described by Scherer 1981.

     (k) Removal of Phages Without Inserts
          Insertion of a cDNA into the EcoRI site of
λgt10 results in inactivation of the Cl gene.  λgt10
phages with inactivated Cl genes (i.e., with inserts)
15   replicate normally in E. coli MA150 cells.  By contrast,
λgt10 phages without inserts are unable to replicate
in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.
          The phages in the library were first repli-
20   cated in E. coli C600 (M⁺R⁻) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
tion system.  A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M⁺R⁺) cells.  The primary infec-
25   tion thus occurred in the M⁺R⁻ cells where all the
phages will grow, but successive rounds of replication
occurred in the MA150 cells which prevented the
replication of phages without inserts.  The amplified
phage library was collected from the plates, and after
30   removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
screening experiments.

0005121

-25-            07-21(323)A

F. Screening of cDNA Library; Selection of pMON9531

Approximately 6000 phages (each plate) were spread on 10 cm x 10 cm square plates of solid NZY agar (Maniatis 1982) with 0.7% agarose. A translucent lawn of E. coli MA150 cells was growing on the plates. Areas where the phages infected and killed the E. coli cells were indicated by clear areas called "plaques", which were visible against the lawn of bacteria after an overnight incubation of the plates at 37°C. Six plates were prepared in this manner. The plaques were pressed against pre-cut nitrocellulose filters for about 30 min. This formed a symmetrical replica of the plaques. To affix the phage DNA, the filters were treated with 0.5 M NaOH and 2.5 M NaCl for 5 min. The filters were then treated sequentially with 1.0 M Tris-HCl, pH 7.5 and 0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to neutralize the NaOH. They were then soaked in chloroform to remove bacterial debris. They were then air-dried and baked under a vacuum at 80°C for 2 hr, and allowed to cool to room temperature. The filters were then hybridized with $^{32}$P-labelled EPSP-1 probe (2 x 10$^6$ cpm/filter) as described in Example 1.D(e). After 48 hr of hybridization, the filters were washed in 6 x SSC at room temperature twice for 20 min and then at 37°C for 5 min. These washes removed non-specifically bound probe molecules, while probe molecules with the exact corresponding sequence (which was unknown at the time) remained bound to the phage DNA on the filter. The filters were analyzed by autoradiography after the final wash. After the first screening step, seven positively hybridizing signals appeared as black spots on the autoradiograms.

-26-          07-21(323)A

These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
5      izing phages were selected.  DNA was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
10     from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.
        To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by
15     digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
(1977).  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
amino acid sequence shown in Table 1.

20     G. Creation of λF7 Genomic DNA Clone
        In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHl and cloned into a phage vector
to create a library, which was screened using the
25     partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments
        MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
nitrogen.  The powdered cells were mixed with 8 ml/g
30     of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal

0005123

volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added. Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%. The mixture was swirled on a
5    rotating platform for 10-15 minutes at room tempe-
rature. The phases were separated by centrifugation
at 6,000 x g for 15 minutes. The phenol/chloroform
extraction was repeated. Sodium acetate was added to
the aqueous phase to a final concentration of 0.15M
10   and the DNA was precipitated with ethanol. The DNA
was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient. The DNA was
collected by puncturing the side of the tube with a
15   16 gauge needle. The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE. Approximately
400 ug of DNA was isolated from 12 g of cells.
     MP4-G chromosomal DNA (10 ug) was digested
20   to completion with 30 units of BamHl in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$,
50 mM NaCl for 2 hours at 37°C. The DNA was
extracted with phenol followed by extraction with
chloroform and precipitated with ethanol. The DNA
25   fragments were suspended in 1 x TE at a concentration
of 0.5 ug/ul.

     (b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
          DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
30   Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982. 150 ug of DNA was
digested to completion with BamHl in a buffer
containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
$MgCl_2$, 50 mM NaCl. The completion of the digest was

0005124

-28-                07-21(323)A

checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
precipitated with ethanol.  The DNA was resuspended in
5   1 x TE at a concentration of 150 ug/ml.  $MgCl_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.
        After annealing, DNA was layered over a 38
10  ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM
Tris-HCl (pH 8.0), 5 mM EDTA.  75 ug of DNA was loaded
onto each gradient.  The samples were centrifuged at
15  26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor.  Fractions (0.5ml) were collected from the top
of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis.  The fractions contain-
ing the annealed left and right arms of λDNA were
20  pooled together, dialyzed against TE and ethanol-
precipitated.  The precipitate was washed with 70%
ethanol and dried.  The DNA was dissolved in TE at a
concentration of 500 ug/ml.
        The purified arms of the vector DNA and the
25  BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using T4DNA ligase in
a ligase buffer containing 66 mM Tris-HCl, pH 7.5, 5 mM
MgCl, 5 mM DTT and 1 mM ATP.  Ligations was carried
out overnight at 15°C.  Ligation was checked by
30  agarose gel eletrophoresis.  Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
capsids in vitro using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).

-29-                07-21(323)A

The packaged phage were plated on 10 cm x 10 cm square
plates of NZY agar in 0.7% agarose at a density of
approximately 6000 plaques per plate using E. coli
C600 cells. After overnight incubation at 37°C, the
5   plaques had formed, and the plates were removed from
the incubator and chilled at 4°C for at least an
hour. The agar plates were pressed against
nitrocellulose filters for 30 minutes to transfer
phages to the filters, and the phage DNA was affixed
10  to the filters as described previously. Each filter
was hybridized for 40 hours at 42°C with
approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA
insert isolated from the pMON9531 clone, which had
been nick-translated, using the procedure described
15  in Maniatis 1982. The specific activity of the probe
was $2-3 \times 10^8$ cpm/ug of DNA. Hybridization was
carried out in a solution containing 50% formamide,
5x SSC, 5x Denhardt's solution, 200 ug/ml tRNA and
0.1% SDS. Filters were washed in 1 x SSC, 0.2% SDS
20  at 50°C and autoradiographed. Several positive
signals were observed, and matched with plaques on
the corresponding plate. The selected plaques were
lifted, suspended in SM buffer, and plated on NYZ
agar. The replica plate screening process was
25  repeated at lower densities until all the plaques on
the plates showed positive signals. One isolate was
selected for further analysis and was designated as
the λF7 phage clone.

0005126

## H. Creation of pMON9543 and pMON9556

The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from
5   pMON9531 in a Southern blot procedure.  This
indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA
10   library, using hybridization conditions as described
in Example 1.G, using $10^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.

DNA sequence analysis (Maxam 1977) indicated
15   that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick
translated, and used as a probe to screen the cDNA
library again.  A clone which hybridized with the
20   EPSPS sequence was identified and designated as
pMON9556.  DNA sequence analysis indicated that the
insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail.  The
5' EcoRI end of this insert matched the 3' EcoRI end
25   of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
inserts from pMON9531 and pMON9556.

## 1. Creation of pMON546 Vector with CaMV/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis using an M13 vector
(Messing 1981 and 1982) to create a BglII site in the
5' non-translated region of the EPSPS gene.  The
5    modified EPSPS sequence was isolated by EcoRI and
BglII digestion, and inserted into a plant transfor-
mation vector, pMON530, to obtain pMON536, as shown in
Figure 2.  The 1.62 kb EcoRI-EcoRI fragment from
pMON9556 was then inserted into pMON536 to obtain
10   pMON546.  Since pMON530 already contained a 35S
promoter from a cauliflower mosaic virus (CaMV) next
to the BglII site, this created a chimeric CaMV/EPSPS
gene in pMON546.

15          As shown in Figure 2, plasmid pMON546
contained (1) the CaMV/EPSPS gene; (2) a selectable
marker gene for kanamycin resistance (Kan$^R$); (3) a
nopaline synthase (NOS) gene as a scorable marker; and
(4) a right T-DNA border, which effectively caused the
20   entire plasmid to be treated as a "transfer DNA"
(T-DNA) region by A. tumefaciens cells. This plasmid
was inserted into A. tumefaciens cells which con-
tained a helper plasmid, pGV3111SE.  The helper plasmid
encodes certain enzymes which are necessary to cause
25   DNA from pMON546 to be inserted into plant cell
chromosomes.  It also contains a kanamycin resistance
gene which functions in bacteria.

A culture of A. tumefaciens containing
pMON546 and pGV3111SE was deposited with the American
30   Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213.  If desired, either one of these
plasmids may be isolated from this culture of cells

-32-            07-21(323)A

using standard methodology. For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
Cells which become Spc/str$^R$, kan$^S$ will contain
5    pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111SE.

EXAMPLE 2: CREATION OF GLY$^R$ PLANT CELLS
A. Petunia Cells

        Leaf disks with diameters of 6 mm (1/4
10   inch) were taken from surface-sterilized petunia
leaves. They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces. They were then submerged in a
culture of A. tumefaciens cells containing both
15   pMON546 and GV3111SE which had been grown overnight
in Luria broth at 28°C, and shaken gently. The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described
20   in Horsch 1981. After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 ug/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.
        Control tissue was created using A. tumefa-
25   ciens cells containing the helper plasmid (pGV3111SE)
and a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPT2/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS
30   gene.

        Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control
plate containing no glyphosate. On media containing
35   0.1 M glyphosate, there was little detectable
difference between the control disks and the

0005129

-33-                07-21(323)A

transformed tissue. At 0.25 mM glyphosate, there was
very little growth of callus from control disks, while
substantial growth of transformed tissue occurred. At
0.5 mM glyphosate, there was no callus growth from the
5    control disks, while a significant number of calli
grew from the transformed disks. This confirms that
the CaMV/EPSPS gene conferred glyphosate resistance
upon the transformed cells.

B. Tobacco Cells

10        Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above
with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111SE. The cells transformed with the CaMV/EPSPS
15   gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not
contain that gene did not create any detectable callus
tissue.

REFERENCES

20   Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661
     Amrhein, N. et al. (1980) Naturwissenschafter 67:
          356-357.
     Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1:
          26-32.
25   Barinaga, M. R. et al. (1981) "Methods for the Transfer
          of DNA, RNA and Protein to Nitrocellulose and Diazo-
          tized Paper Solid Supports", pub. by Schleicher and
          Schuell Inc., Keene NH.
     Bevan, M. et al. (1983) Nature 304: 184.
30   Broglie, R. et al. (1983) Bio/Technology 1: 55-61.
     Comai, L. et al. (1983) Science 221: 370-371.

0005130

-34-        07-21(323)A

Davis, R.W. et al. (1980) Advanced Bacterial Genetics,
        Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) Bot. Review 42:
        389-466.

5   DePicker, A. et al. (1982) J. Mol. Appl. Gen. 1: 561.

Ditta, G. et al (1980) Pro. Natl. Acad. Sci. Usa
        77:7347

Fraley, R. T. et al. (1983) Proc. Natl. Acad. Sci. USA
        80: 4803.

10  Goldberg, R. B. et al., (1981) Devel. Bio. 83:
        201-217.

Hernalsteens, J. P. et al. (1985), EMBO Journal 3:
        3039-3041.

Herrera-Estrella, L. et al. (1983) Nature 303: 209

15  Hooykaas-Van Slogteren, G.M.S. et al. (1984)
        Nature 311: 763-764.

Horsch, R. B. and Jones, G.E. (1980) In Vitro 16:
        103-108.

Horsch, R. B. et al. (1985) Science 227: 1229-1231.

20  Hunkapiller, M.W. et al. (1983a) Methods Enzymol. 91:
        399-413.

Hunkapiller, M.W. et al. (1983b) Methods Enzymol. 91:
        486-493.

Huynh, T.V. et al, (1985) in DNA Cloning Techniques:
25      A Practical Approach, D. Glover
        (ed.), IRL Press, Oxford, England

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
        RNA using NA-45 DEAE Membrane." Schleicher and
        Schuell, Inc., Keene, NH.

30  Maniatis, T. et al. (1982) Molecular Cloning: A
        Laboratory Manual, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) P.N.A.S. U.S.A.
        74: 560-564.

Meagher, R. B. et al. (1977) Virology 80: 362-375.

35  Messing, J. et al. (1981). Nucleic Res. 9: 309-321.

Messing, J. and J. Vieira (1982), Gene 19: 69-276.

0005131

-35-          07-21(323)A

Mousdale, D. M. and Coggins, J. R. (1984) _Planta 160_:
    78-83.

Mousdale, D. M. and Coggins, J. R. (1985) _Planta 163_:
    241-294.

5   Rogers, S. G. et al. (1983) _Appl. Envir. Microbio. 46_:
    37-43.

Rubin, J. et al. (1982) _Plant Phys. 70_: 833-839.

Scherer, et al. (1981) _Developmental Bio.86_: 438-447.

Schimke, R. T., ed. (1982) _Gene Amplification,_ Cold
10          Spring Harbor Labs.

Southern, E.M. (1975) _J. Mol. Biol. 98_: 503-517.

Stalker, D. M. et al. (1985) _J. Biol. Chem. 260_:
    4724-4728.

Steinrucken, H. and Amrhein, N. (1980)
15      _Biochem. & Biophys. Res. Comm. 94_: 1207-1212.

Vieira, J. et al. (1982), _Gene 19_: 259-268.

Steinrucken, H. et al. (1985) _Arch. Biochem. Biophys._
    (in press).

Young, R. A. and R. W. Davis. (1983), _Proc. Natl._
20      _Acad. Sci., USA 80_: 1194-1198.

0005132

-36-                07-21(323)A

WHAT IS CLAIMED:

1. A cloning or expression vector comprising a gene which encodes a polypeptide which, when expressed in a plant cell:

5          (a) contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell; and,

10          (b) confers a substantial degree of glyphosate resistance upon the plant cell.

2. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide is derived from an EPSPS gene contained in a plant chromosome.

15          3. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide or a portion thereof is removed from the polypeptide inside the plant cell.

20          4. A cloning or expression vector of Claim 1 which encodes an EPSPS polypeptide which naturally exists in plant cells.

5. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

25          6. A cloning or expression vector of Claim 1 wherein the coding sequence is coupled to a heterologous promoter which is stronger in plant cells than a natural EPSPS promoter.

7. A cloning or expression vector of Claim 6
30   wherein the gene comprises a heterologous promoter derived from the genome of a virus.

8. A cloning or expression vector of Claim 7 wherein the heterologous promoter is derived from a cauliflower mosaic virus.

35          9. A cloning or expression vector of Claim 8 wherein the heterologous promoter comprises the CaMV 35S promoter.

-37-                07-21(323)A

10. A cloning or expression vector comprising a gene with the following components:

a. a promoter sequence derived from a CaMV35S promoter; and

5    b. a coding sequence derived from a plant chromosome which encodes an EPSPS polypeptide comprising a chloroplast transit polypeptide.

11. A plant transformation vector comprising:

a. a gene which encodes a polypeptide
10  which, when expressed in a plant cell contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the
15  plant cell; and,

b. at least one T-DNA border; and,

c. at least one selectable marker gene which functions in _Agrobacterium tumefaciens_ cells.

12. A plant transformation vector of Claim
20  11 comprising a chimeric gene comprising a CaMV35S promoter coupled to a coding sequence replicated from an EPSPS gene contained in a naturally occurring plant chromosome.

13. A plant transformation vector of Claim
25  12 contained in a culture of cells having ATCC number 53213.

14. A chimeric gene comprising:

a. a coding sequence which encodes a polypeptide which contains a chloroplast transit
30  peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of a plant cell into a chloroplast in the plant cell; and,

-38-                07-21(323)A

        b. a promoter sequence which is heterologous with respect to the coding sequence, and which is stronger than the promoter of an EPSPS gene that naturally exists in one or more types of plant cells.

5

        15. A chimeric gene of Claim 14 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

        16. A chimeric gene of Claim 14 wherein the promoter sequence is derived from the genome of a virus.

10

        17. A chimeric gene of Claim 14 wherein the promoter sequence comprises the CaMV 35S promoter.

        18. A chimeric gene of Claim 14 wherein the coding sequence is obtained from an EPSP synthase gene which naturally exists in plant cells.

15

435/240

        19. A plant cell which has been transformed by a plant transformation vector of Claim 11.

        20. A plant cell which has been transformed by a plant transformation vector of Claim 12.

20

        21. A plant cell which contains and expresses a chimeric gene of Claim 12.

        22. A plant cell of Claim 21 which is resistant to about 0.5 mM of a salt of glyphosate.

25

        23. A plant cell which contains and expresses a chimeric gene of Claim 17.

        24. A plant cell of Claim 23 which is resistant to about 0.5 mM of a salt of glyphosate.

30

        25. A method of selecting genetically transformed plant cells, comprising:

        a. inserting into the plant cells a gene which encodes an EPSPS polypeptide comprising a chloroplast transit peptide and which confers a substantial degree of glyphosate resistance upon the plant cells;

35

-39-                07-21(323)A

b. culturing the plant cells in the
presence of a selected concentration of glyphosate
which kills essentially all untransformed cells while
allowing growth of a substantial fraction of the
5  transformed cells; and

c. selecting therefrom said genetically
transformed plant cells.

0005136

-40-        07-21-(323)A

## EXAMPLE 3

### Production of Gly$^R$ Soybean Plant Cells

Sterile hypocotyl pieces of <u>Glycine</u>
<u>canescens</u>, a type of soybean, were infected with the
5    <u>A. tumefaciens</u> strain containing the chimeric EPSPS
gene as described in Example 2. Nurse culture plates
were made which contained a medium of 10% of the
normal level of MS salts (GIBCO), B5 vitamins,
3 g/l sucrose, 2 mg/l nahpthalene acetic acid, 1 mg/l
10   benzyladenine, and 0.5 mM arginine. The pH was
adjusted to 5.7 and the nurse plates autoclaved.
The infected soybean hypocotyls were
incubated at 26°C for two days and transferred to a
similar medium (except that the MS salts were not
15   diluted) and additionally containing 50 mg/l
carbenicillin, 100 mg/l cefotaxime and 100 mg/l
kanamycin. Under these conditions, only transformed
soybean callus was able to grow.
Control tissue was produced using
20   <u>A. tumefaciens</u> cells containing the helper Ti plasmid
pTiByS3-SE and a plant transformation vector
pMON200. See Fraley et al, Biotechnology Vol. 3,
1985, described herein. The co-integrate pTiB6S3-SE
contained a T-DNA region with a NOS/NPTII NOS
25   kanamycin resistance gene and a NOS scorable marker
gene identical to pMON200, but without the
CaMV/EPSPS/NOS gene.
After 14-17 days, soybean callus transformed
with either the vector alone (pMON200 plasmid)
30   or with the vector containing a chimeric EPSP
synthase gene was transferred to petri dishes
containing MS medium and 0, 0.5 mM or 1.0 mM
glyphosate.

0005137

-41-        07-21-(323)A

Within 7-10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appaeared in all dishes containing no glyphosate.
On medium containing 0.5 mM glyphosate there was
5    little growth in the dishes containing control callus,
i.e., the callus contain the pMON200 vector alone, and
extensive growth in the dishes of the transformed
callus containing chimeric EPSPS gene described
hereinbefore in Figure 2. At 1.0 mM glyphosate, there
10   was no callus growth from the control tissueishes, and
significant growth of the transformed callus. This
confirms that the CaMV/EPSPS/NOS gene conferred
glyphosate resistance on the soybean cells.

EXAMPLE 4

15         Production of Gly$^R$ Petunia Plants

Transformed petunia plants were produced by
regeneration from the transformed leaf disks of
Example 2, by the procedure described in Horsch et al
1985. The transformed plants obtained contained the
20   pMON546 vector, described hereinbefore, which
contains the CaMV 35S promoter fused to the wild-type
petunia EPSP synthase gene.
Four individual representative transgenic
seedlings were selected, grown and tested in the
25   testing procedure described below, along with four
individual non-transformed (wild-type) petunia
seedlings.
The plants were grown in a growth medium
in a growth chamber at 26°C with 12 hours of light per
30   day. The plants were fertilized weekly with a soluble
fertilizer and watered as needed. The plants were
sprayed at a uniform and reproducible delivery rate
herbicide by use of an automated track sprayer.

0005138

-42-        07-21-(323)A

The glyphosate solution used was measured as
pounds of glyphosate acid equivalents per acre, mixed
as the glyphosate isopropylamine salt, with an ionic
surfactant.

5              Four individual wild-type (non-transformed)
petunia plants were selected for use as control
plants. Four individual transformed plants
containing the pMON546 vector were selected by
kanamycin resistance as described in Horsch et al
10     1985.

The control plants and the transformed
plants were sprayed with the isopropylamine salt of
glyphosate at the application level listed in Table 1
below; the experimental results obtained are
15     summarized in Table 1.

-43-          07-21-(323)A

Table 1

Plant Response to Glyphosate Spraying

| | Plant Type | Glyphosate Dose | Visual Appearance |
|---|---|---|---|
| 5 | Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| 10 | Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| 15<br>20 | Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and started to flower |

0005140

-44-        07-21-(323)A

As indicated in Table 1, the control plants
were killed when sprayed with 0.4 pounds/acre of
glyphosate.  In contrast, the petunia plants which
were transformed were healthy and viable after
5    spraying with 0.8 poungs/acre.  The transformed
plants are more resistant to glyphosate exposure than
the non-transformed control plants.

<u>EXAMPLE 5</u>

<u>Production of Gly$^R$ Tomato Plants</u>

10    Transformed tomato plants, VF36 variety
were produced from sterile seedlings as described
below.

Sterile seedlings of VF36 tomato were grown
on water agar.  Hypocotyls and cotyledons were
15    excised and cultured for 2 days on MS medium
containing B5 vitamins, 30 g/l sucrose and 1 mg/l
benzyladenine and 0.1 mg/l indole acetic acid.  The
seedlings were then infected with the <u>A. tumefaciens</u>
vector containing the chimeric EPSPS gene described
20    in Example 2, by immersing for about 30 seconds in a
culture of <u>A. tumefaciens</u> containing the chimeric
EPSP synthase gene that had been diluted to $10^7$
bacteria/ml. Explants were obtained by cutting
sections from the seedlings. The explants were blotted
25    dry and incubated as described previously in Example 2
except that the medium contained only 10% of standard
concentration of MS salts.  After 2 days of
coculture, the explants were transferred to selective
medium containing 100 ug/ml kanamycin.  Transformed
30    tomato plants grew from the explants. Leaves
from these plants were tested for glyphosate
resistance using a leaf callus assay described below.

0005141

        Tomato leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSP synthase gene were incubated on callus medium described above containing 0.5 mM glyphosate.

5   After 10 days the control leaves were completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSP synthase gene vector produced callus.  This demonstrates that the chimeric petunia EPSP synthase

10  gene confers glyphosate resistance to tomato plants.

### EXAMPLE 6

### Production of Gly$^R$ Tobacco Plants

        Transformed tobacco plants (Samsuon variety) were produced and grown by the method described in

15  Example 4, substituting transformed tobacco leaf disks for transformed petunia leaf disks.

        Tobacco plants were tested for glyphosate resistance using the method described for tomato plants in Example 5.  Tobacco leaf fragments from

20  plants containing vector alone (pMON200) or the pMON546 chimeric E-PSP synthase gene were incubated on callus medium containing 0.5 mM glyphosate.

        After 10 days the control tobacco leaves were completely inhibited and showed no signs of

25  callus gorwth; the leaves from plants transformed with the chimeric EPSP synthase that the chimeric petunia EPSPS synthase gene confers glyphosate resistance to tobacco plants.

0005142

-46-                    07-21(323)A

# GLYPHOSATE-RESISTANT PLANT CELLS
## Abstract of the Disclosure

This invention involves a cloning or
expression vector comprising a gene which encodes an
5    enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:

(a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
10   cytoplasm of the plant cell into a chloroplast in the
plant cell, and

(b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
15   which naturally occurs in plant cells.

The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation
20   vectors, and subsequently into plant cells.  Plant
cells transformed by such genes have been proven to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to:
Commissioner of Patents and Trademarks, Washington, D.C.
20231, on _Oct 26, 1985_

_James P. Mc Neil_         _Oct 26, 1985_
Attorney for Applicants              Date
Registration No. _26,204_

0005143

Suspension culture of MP4 petunia cells\

07-21-(323)A

Figure 1

2. Contact with low level of glyphosate, and culture surviving cells

3. Slowly increase level of glyphosate, isolate highly resistant (G$^r$) cells, MP4-G

4. Purify EPSPS protein; determine amino acid sequence

6. Creation of cDNA from petunia mRNA

5. Create radioactive DNA probes which could encode the amino acid sequence

7. Insert cDNA into cloning vectors

8. Use probes to isolate a cloning vector having an EPSPS gene in inserted fragment

9. Determine sequence of EPSPS gene, identify cleavage sites that allow promoter to be removed from coding sequence

10. Replace EPSPS promoter with stronger CaMV 35S promoter, to create chimeric gene

11. Insert chimeric gene into disarmed Ti vector, use vector to insert the gene into plant cells

12. Grow transformed plant cells on glyphosate

13. Regenerate and test differentiated plants

PHOTOPRINTS AS DRAWINGS AS FILING DATE ONLY



07-21-(323)A

```
5' GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCTCAAGGGATA
1  ---------+---------+---------+---------+---------+---------+ 80
3' CTTAAGGGAGTTAGAAATGAAAGTTCTTACCGTGTTTAATTGTTGTACCGAGTTCCCTAT

                        MetAlaGlnIleAsnAsnMetAlaGlnGlyIle

   CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT
61 ---------+---------+---------+---------+---------+---------+ 120
   GTTTGGGAATTAGGGTTAAGGTTAAAGGTATTTGGGGTTCAAGGATTTAGAAGTTCAAAA

   GlnThrLeuAsnProAsnSerAsnPheHisLysProGlnValProLysSerSerSerPhe

    CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA
121 ---------+---------+---------+---------+---------+---------+ 180
    GAACAAAAACCTAGATTTTTTGACTTTTTAAGTCGTTTAAGATACAACCAAAACTTTTTT

    LeuValPheGlySerLysLysLeuLysAsnSerAlaAsnSerMetLeuValLeuLysLys

    GATTCAATTTTTATGCAA
181 ---------+--------
    CTAAGTTAAAAATACGTT

    AspSerIlePheMetGln
```

DNA and Amino Acid Sequence
of the Chloroplast Transit
Peptide (CTP) of the
Petunia EPSPS Gene and Polypeptide

# Figure 3

0005146

4
JAME D. McNEIL
MONSANTO COMPANY
800 NORTH LINDBERGH BLVD.
ST. LOUIS, MISSOURI 63167



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D.C. 20231

NOV 26 1985

U. PATENT & TRADEMARK OFFICE

Applicant(s): SHAH, DILIP M., ET AL
Serial Number: 792,390
Filing Date: 10/29/85
Title: GLYPHOSATE-RESISTANT PLANT
CELLS

## Notice to File Missing Parts of Application-
## Filing Date Granted

If all missing parts are filed within the period set below, the total amount owed by
applicant as a ☐ large entity, ☐ small entity (verified statement filed), is $ _110_ .

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large
   entity, ☐ small entity, must submit $ _____ to complete the basic filing fee and
   MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity, ☐ small entity, including any
   required multiple dependent claim fee, are required. Applicant must submit the
   additional claim fees or cancel the additional claims for which fees are due. NO
   SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration is:
   ☑ missing.
   ☐ does not cover items omitted at the time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by
   the above Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE
   SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath
   or declaration in compliance with 37 CFR 1.63 identifying the application by the above
   Serial Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS
   INDICATED BELOW.

5. ☐ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a
   person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the
   application by the above Serial Number and Filing Date is required. A SURCHARGE MUST
   ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or
   declaration: _____. Applicant(s) should provide, if possible,
   an oath or declaration signed by the omitted inventor(s), identifying this application
   by the above Serial Number and Filing Date. A SURCHARGE MUST ALSO BE SUBMITTED AS
   INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a
   verified English translation of the application and a fee of $26.00 under 37 CFR
   1.17(k), unless this fee has already been paid. NO SURCHARGE IS REQUIRED FOR THIS
   ITEM.

8. ☑ Other: _110 Sur Charge Required_

A Serial Number and Filing Date have been assigned to this application. However, to avoid
abandonment under 37 CFR 1.53(d), the missing parts and fees identified above in Items 1 and 3-6
must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE OF $110.00 for large
entities or $55.00 for small entities who have filed a verified statement claiming such status. The
surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS
LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER,
within which to file all missing parts and pay any fees. Extensions of time may be obtained by filing
a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to the undersigned, Attention, Application
Branch, and include the above Serial Number and Filing Date.

For. Manager, Application Branch
(703) 557- _3374_

0005147

FORM PTO-1533 (6-84)



paper 3

07-21-(323)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF ) | ATTENTION: APPLICATION DIV. |
| DILIP M. SHAH ET AL ) | GROUP ART UNIT: NOT YET KNOWN |
| SERIAL NO.: 792,390 ) | EXAMINER: NOT YET KNOWN |
| FILED: OCTOBER 29, 1985 ) | DECEMBER 23, 1985 |
| TITLE: GLYPHOSATE-RESISTANT )<br>PLANT CELLS ) | |

SUBMISSION UNDER 37 CFR 1.53(d)


Commissioner of Patents and Trademarks

Washington, D.C. 20231

Sir:

      Attached hereto is a fully executed Declaration
and Power of Attorney for the above-identified patent
application pursuant to the provisions of 37 CFR 1.53(d).

      The Commissioner is hereby authorized to debit
Deposit Account 13-4125 with the requisite One Hundred Ten
Dollar ($110.00) surcharge pursuant to 37 CFR 1.16(e).


      Respectfully submitted,

      *James D. McNeil*

      James D. McNeil

      Attorney for Applicants

      Registration No. 26,204


JDM/mz

800 N. Lindbergh Blvd.

St. Louis, Mo. 63167

(314) 694-2832

**0005148**

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to:
Commissioner of Patents and Trademarks, Washington, D.C.

20231, on  December 23, 1985

*James D. McNeil*    12/23/85
     Attorney for Applicants    Date
    James D. McNeil

Registration No.  26,204



Page 1 of 4

Attorney Docket No. 07-21-(323)A

### APPLICATION FOR UNITED STATES PATENT
### DECLARATION * POWER OF ATTORNEY * PETITION

AS A BELOW-NAMED INVENTOR, I hereby declare that:

MY RESIDENCE, citizenship, and post office address are as stated below, next to my name.

I BELIEVE I am:

1.                 [ ] the original, first and sole inventor,

2.                 [X] an original, first and joint inventor,

of the subject matter which is claimed and for which a patent is sought on the invention entitled

3.         GLYPHOSATE-RESISTANT PLANT CELLS

the specification of which, with any Preliminary Amendment,

4.                 [ ] is attached hereto

5.                 [X] was filed on 10/29/85     (date)

5(a).            as Application Serial No. 792,390

6.         [ ] including Amendment(s) filed on     (date)
                 and     (date)

7.         [ ] together with any Amendment(s) filed herewith.

I HEREBY STATE that I have reviewed and understand the contents of the above-identified Specification, including the Claims, as amended by any Amendment(s) referred to above.

I ACKNOWLEDGE my Duty to Disclose information of which I am aware which is material to the Examination of this Application in accordance with Title 37, Code of Federal Regulations, §1.56(a) including any such information which occurred between the filing date of any prior application listed below for which the benefit of Title 35, United States Code §120 is claimed and the filing date of this Application.

I HEREBY STATE that the subject matter which is claimed in any Amendment(s) referred to above was part of my or our invention and was invented before the filing of this Application.

P6L8P83

0005149