### BENEFIT OF EARLIER FILING DATE

THIS APPLICATION in whole or in part discloses and claims subject matter disclosed in and I hereby claim the benefit under Title 35, United States Code, §120 of any of my or our prior United States application(s) listed below:

| SERIAL NO. | FILING DATE | STATUS |
|------------|-------------|--------|
| 763,482 | 8/7/85 | Pending |
| | | |
| | | |
| | | |

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or Inventor's Certificate(s) listed below:

| NUMBER | COUNTRY | FILING DATE |
|--------|---------|-------------|
| | | |

Any foreign application(s) for patent or Inventor's Certificate(s) filed by me or us which claims or discloses all or any part of the subject matter claimed in this Application and which has a filing date before that of the above-listed application(s) on which foreign priority is claimed is identified below:

| NUMBER | COUNTRY | FILING DATE |
|--------|---------|-------------|
| | | |

AS TO ANY subject matter which is claimed in this Application which is not common to any above-identified prior application(s) for which the benefit of 35 USC §119 or §120 is claimed, I do not know and do not believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or described in any printed publication in any country before my or our invention thereof or more than one year prior to the date of this Application, or in public use or on sale in the United States more than one year prior to the date of this Application, that said subject matter has not been patented or made the subject of an Inventor's Certificate issued before the date of this Application in any country foreign to the United States on an application filed by me or my legal representatives or assigns more than twelve months prior to this Application.

AS TO ANY subject matter which is claimed in this Application which is common to any above-identified prior application(s) for which the benefit of 35 USC §120 is claimed, I do not know and believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or

3.

3.

10.

**0005150**

P6L8P83

Page 3 of 4

described in any printed publication in any country before my or
our invention thereof or more than one year prior to the earliest
of said prior application(s) to which said subject matter is common,
or in public use or on sale in the United States more than one year
prior to the earliest of said prior application(s) to which said
subject matter is common, that said subject matter has not been
patented or made the subject of an Inventor's Certificate issued
before the date of the earliest of said prior application(s) to
which said subject matter is common in any country foreign to the
United States on an application filed by me or my legal representa-
tives or assigns more than twelve months prior to the earliest of
said prior application(s) to which said subject matter is common.

11.    [ ]  ALL APPLICATION(S), if any, for patent or Inventor's
Certificate on any part of said subject claimed in this Applica-
tion filed by me or my representatives or assigns in any country
foreign to the United States of America in addition to any listed
above on which priority is claimed are listed in Annex A, attached
hereto.

       I HEREBY appoint the following as my attorney(s) and/or
agent(s) of record with full power of substitution and revocation
to prosecute this Application and to transact all business in the
Patent and Trademark Office connected therewith.

12.  James D. McNeil                    Reg. No.26,204

     James W. Williams, Jr.             Reg. No.21,161

     Arnold H. Cole                     Reg. No.18,128

                                        Reg. No.

       ALL correspondence/telephone calls in connection with this
Application should be directed to:

       James D. McNeil
       MONSANTO COMPANY
13.    _____

       /   800 North Lindbergh Blvd.
       /   St. Louis, Missouri 63167
       /  /  _____

13(a).  Telephone Number: (314) 694-2832   _____

       I FURTHER declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these state-
ments were made with the knowledge that willful false statements
and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code,
and that such willful false statements may jeopardize the validity
of the Application or any patent issuing thereon.

       P6L8P83

                              0005151

WHEREFORE, I PRAY that Letters Patent be granted to me solely or jointly with the additional inventor(s) (if any) named below for the invention described and claimed in the above-identified specification and claims, and I hereby subscribe my name to the above-identified specification and claims, Declaration, Power of Attorney and this Petition.

14(a). SOLE or FIRST JOINT INVENTOR,
full name:          Dilip M. Shah

RESIDENCE (State/Country):    Missouri, U.S.A.

CITIZENSHIP:                  U.S.

POST OFFICE ADDRESS:          6 Nassau Circle

                              Creve Coeur, Missouri 63145

INVENTOR'S SIGNATURE:+   *Dilip M. Shah*

DATE:                    *Dec. 20, 85*

14(b). SECOND JOINT INVENTOR (if
any), full name:    Stephen G. Rogers

RESIDENCE (State/Country):    Missouri, U.S.A.

CITIZENSHIP:                  U.S.

POST OFFICE ADDRESS:          14788 Timberbluff Drive

                              Chesterfield, Missouri 63017

INVENTOR'S SIGNATURE:+   *Stephen G. Rogers*

DATE:                    *Dec. 20, 85*

14(c). THIRD JOINT INVENTOR (if
any), full name:    Robert B. Horsch

RESIDENCE (State/Country)     Missouri, U.S.A.

CITIZENSHIP:                  U.S.

POST OFFICE ADDRESS:          12316 Tempo

                              St. Louis, Missouri 63141

INVENTOR'S SIGNATURE: +  *Robert B Horsch*

DATE:                    *20 Dec 85*

14(d). FOURTH JOINT INVENTOR (if
any), full name:    Robert T. Fraley

RESIDENCE (State/Country)     Missouri, U.S.A.

CITIZENSHIP:                  U.S.

POST OFFICE ADDRESS:          12917 Topping Estates

                              St. Louis, Missouri 63131

INVENTOR'S SIGNATURE:  +  *Robert T. Fraley*

DATE:                    *Dec 20, 1985*

P6L8P83

0005152



07-21(323)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF | ) |
| | ) |
| R. T. FRALEY, ET AL. | ) GROUP ART UNIT: 127 |
| | ) |
| SERIAL NO.: 792,390 | ) EXAMINER: Spruill |
| | ) |
| FILED: October 29, 1985 | ) June 24, 1987 |
| | ) |
| TITLE: GLYPHOSATE-RESISTANT | ) |
| PLANT CELLS | ) |

ASSOCIATE POWER OF ATTORNEY

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

Please recognize Dennis R. Hoerner, Jr, Registration No. 30,914, and Larry R. Swaney, Registration No. 25,708, as associate attorneys for me in the above-entitled application. Please direct all future communications to Dennis R. Hoerner, Jr., whose post office address is:

Dennis R. Hoerner, Jr.
Monsanto Company - BB4F
700 Chesterfield Village Parkway
St. Louis, Missouri 63198

Respectfully submitted,

James W. Williams, Jr.
Attorney for Applicants
Registration No. 21,161

Monsanto Company
700 N. Lindbergh Blvd.
St. Louis, Missouri 63167
(314) 694-5402

0005153



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D C 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | |
|---|---|
| | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 5 |

DATE MAILED:

This is a communication from the examiner in charge of your application

COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.    35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☒ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims __1 - 25__ _____ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims __1 - 25__ _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable;
    ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However,
    the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are
    corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO
    EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**0005154**

PTOL-326 (Rev. 7 - 82)                                    EXAMINER'S ACTION

Serial No.    792390                          -2-

Art Unit     127


    Claims 1-25 are provisionally rejected under 35

U.S.C. 101 as claiming the same invention as that of

claims 1-25 of copending application Serial No. 763482.

    This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

    Claims 1-24 are provisionally rejected under 35

U.S.C. 101 as claiming the same invention as that of

claims 1-21 of copending application Serial No. 879814.

    This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

    Claims 1-25 are provisionally rejected under 35

U.S.C. 102(e) as being anticipated by copending appli-

cation serial number 763482.

    Copending application serial number 763482 has

common inventors with the instant application. Based

upon the earlier effective U.S. filing date of the

copending application, it would constitute prior art

under 35 U.S.C. 102(e) if patented. This provisional

rejection under 35 U.S.C. 102(e) is based upon a pre-

sumption of future patenting of the conflicting

copending application.

    This provisional rejection under section 102(e)
might be overcome either by a showing under 37 CFR 1.132
that any unclaimed invention disclosed in the copending
application was derived from the inventor of this appli-
cation and is thus not the invention "by another", or by
a showing of a date of invention of any unclaimed sub-
ject matter prior to the effective U.S. filing date of
the copending application under 37 CFR 1.131.

Serial No.    792390                    -    -3-

Art Unit      127

 

 

Merely listing cited references does not fulfill

the duty of disclosure under 37 CFR 1.56. Applicant

should submit a completed form PTO-1449, "List of Prior

Art Cited by Applicant", along with copies of all per-

tinent references, including a statement of relevance of

the prior art to applicant's alledged invention.

The following is a quotation of the first paragraph
of 35 U.S.C. 112:
The specification shall contain a written descrip-
tion of the invention, and of the manner and pro-
cess of making and using it, in such full, clear,
concise, and exact terms as to enable any person
skilled in the art to which it pertains, or with
which it is most nearly connected, to make and use
the same and shall set forth the best mode con-
templated by the inventor of carrying out his
invention.

The specification is objected to under 35 U.S.C.

112, first paragraph, as failing to provide an enabling

disclosure. A deposit was made in this application as

filed. However, it is not clear if the deposit meets

all of the criteria set forth in MEEP 608.01(p)C.

Applicants may provide assurance of compliance with the

requirements of §112 in the form of a declaration

avering that: (a) during the pendency of this applica-

tion, access to the invention will be afforded to the

Commissioner upon request;

(b) that all restrictions upon availability to the

public will be irrevocably removed upon granting of the

patent; and,

(c) that the deposit will be maintained is a public

depository for a period of 30 years or 5 years the last

request or for the effective life of that patent,

whichever is longer.

Serial No.    792390                        -4-
Art Unit      127

Claims 1-25 are rejected under 35 U.S.C. 112, first
paragraph, for the reasons set forth in the above objec-
tion to the specification.

Claims 1-3, 6-9, 11 and 14-17 are rejected under 35
U.S.C. 112, first paragraph, as the disclosure is
enabling only for claims limited a plant EPSPS gene.
See MPEP 706.03(n) and 706.03(z).

The specification provides support only for the
isolation and expression of a plant EPSPS gene (See
examples). It would require an undue amount of experi-
mentation to isolate other EPSPS genes and obtain their
expression in plant cells.

Claim 7 is rejected under 35 U.S.C. 112, first
paragraph, as the disclosure is enabling only for claims
limited to CaMV promoters. See MPEP 706.03(n) and
706.03(z).

Applicant has only shown expression of the EPSPS
gene under the control of the 35S CaMV promoter. As
other CaMV promoters are known the claims are not
strictly limited to the 35S promoter, however it would
involve an undue amount of experimentation to isolate
other virus promoters and show them to express the gene
in a plant cell.

Claims 19-24 are rejected under 35 U.S.C. 112,
first paragraph, as the disclosure is enabling only for
claims limited to tobacco, tomato, petumia, and soybean
plant cells. See MPEP 706.03(n) and 706.03(z).

Serial No.    792390                    -5-

Art Unit      127

 

Examples 2, 3 and 5 of the specification suggest

transformation of tobacco, tomato, petunia and soybean

cells.  However, because gene transfer via <u>Agrobacterium</u>

has not been demonstrated to be reliable in other spe-

cies (See Goodman et al., page 236 left column), it can-

not be assumed that the claimed gene construction would

be transferred and expressed in other plant cells.

Claims 2 and 10 are  rejected under 35 U.S.C. 112,

second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject

matter which applicant regards as the invention.

Claims 2 and 10 are vague and indefinite in the recita-

tion of "derived from".  It is not clear if applicants

intend chemical modification or source.

The following is a quotation of the appropriate
paragraphs of 35 U.S.C. 102 that form the basis for the
rejections under this section made in this Office
action:

A person shall be entitled to a patent unless-

(b) the invention was patented or described in a
printed publication in this or a foreign country or
in public use or on sale in this country, more than
one year prior to the date of application for
patent in the United States.

The following is a quotation of 35 U.S.C. 103 which
forms the basis for all obviousness rejections set forth
in this Office action:

A patent may not be obtained though the inven-
tion is not identically disclosed or described as
set  forth in section 102 of this title, if the
differences between the subject matter sought to be
patented and the prior art are such that the sub-
ject matter as a whole would have been obvious at

0005158

Serial No.    792390                    -6-

Art Unit    127

the time the invention was made to a person having
ordinary skill in the art to which said subject
matter pertains.  Patentability shall not be nega-
tived by the manner in which the invention was
made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not
preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

Claims 19-24 are rejected under 35 U.S.C. 102 (b)
as anticipated by or, in the alternative, under 35
U.S.C. 103 as obvious over Amrhein et al. or Nafziger et
al.

Both Amrhein et al. and Nafziger et al. disclosed
plant cells resistant to glyphosate which are not pheno-
typically distinct to the glyphosate resistant plant
cells in the instant application.  Note MPEP 706.03(e).

Claims 1-3, 11 and 19 are rejected under 35 U.S.C.
103 as being unpatentable over Comai in view of Van den
Broeck.

Comai teaches a DNA sequence coding for glyphosate
resistant 5-enolpyruvyl-3-phospho-shikimate synthetase
(EPSPS). On page 8 of the Specification, it is stated
that the DNA sequence may be introduced into plant cells
to confer glyphosate resistance.  Additionally, Comai
states that it may be necessary to introduce
appropriate regulatory signals for expression where the
structural gene has been obtained from a source having
regulatory signals which are not recognized by the plant
host.

Serial No.    792390                    -7-
Art Unit      127

Van den Broeck teaches the construction of a chi-
maeric gene which encodes a fusion protein consisting of
the transit peptide of the precursor to the small subu-
nit of ribulose 1,5-bisphosphate carboxylase from pea
linked to the amino terminus of bacterial neomycin
phosphotransferase II. (See page 359-360). After
introduction into tobacco cells by Agrobacterium
mediated cell transformation, the fusion protein was
translocated into chloroplasts and subsequently cleaved
removing the transit peptide from the neomycin
phosphotransferase II peptide.

As applicant discloses in the Background of the
Invention, page 2 lines 1-12, the EPSPS enzyme functions
in chloroplasts.

Therefore, as the DNA sequence for glyphosate
resistant EPSPS was known, and had been specified for
use in plants, and a method, via TDNA, for transfor-
mation of a plant cell with a chimaeric gene and
transport of the fusion peptide into chloroplasts had
been demonstrated,                              it
would have been obvious to the ordinary artisan to form
a fusion protein with a transit peptide and the EPSPS
gene to confer glyphosate resistance on plant cells.

Claims 6-8, 14 and 16 are rejected under 35 U.S.C.
103 as being unpatentable over Comai and Van den Broeck
as applied to claims 1-3, 11 and 19 above, and further
in view of Koziel et al.

Serial No.    792390                    -8-
Art Unit      127


Koziel et al. teach the use of a cauliflower mosiac
virus promoter to direct the expression of a foreign
heterologous gene in transformed plant cells.  As stated
on page 560, the CaMV gene promoter has been modified to
provide a promoter able to express foreign DNA in
plants.  Therefore, it would be obvious to the ordinary
artisan to place a known gene under control of a CaMV
promoter and obtain expression in a transformed plant
cell.

Claims 9, 17 and 23-24 are rejected under 35 U.S.C.
103 as being unpatentable over Comai and Van den Broeck
in view of Koziel et al as applied to claims 1-3, 6-8,
11, 14, 16 and 19 above, and further in view of Guilley
et al.

Guilley et al. teach the mapping of the 35S, 8S and
19S transcripts of cauliflower mosiac virus RNAs
including their promoter regions (See pages 769-770
including Figures 7 and 8).  Therefore as Koziel et al.
had shown CaMV promoters capable of expressing foreign
genes in plants, it would have been obvious to use other
known CaMV promoters in a similar manner.  The 35S pro-
moter would have been an obvious choice since, as
Guilley states, page 769, the 35S viral RNAs are present
in relatively high amounts, indicating a strong pro-
moter.

Serial No.    792390                    -9-
Art Unit      127

    Claim 25 is rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck as applied to claims 1-3, 11 and 19 above, and further in view of Amrhein et al or Nafziger et al.

    Amrhein et al. (page 194) and Nafziger et al. teach selection of glyphosate tolerant plant cells by transferring cells into media containing increasing concentrations of glyphosate. Therefore, it would be obvious to one of ordinary skill in the art to culture plant cells in the presence of glyphosate to select for transformed plant cells containing a gene which confers glyphosate resistance. A similar method was used by Comai, page 10, to select for transformed bacteria.

    Claims 4, 5, and 10 are rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck as applied to claims 1-3, 11 and 19 above, and further in view of Amrhein et al and Mazur et al.

    Amrhein et al. disclose the site for glyphosate tolerance in bacteria and plants to be the enzyme 5-enolpyruvylshikimic acid-3-phosphate (EPSP) synthase. Additionally it was shown that tolerance to glyphosate was attributable to an increase in EPSP-synthase activity.

    Mazur et al. teach the cloning of acetolactate synthase genes from plants using a yeast ALS gene probe.

0005162

Serial No.    792390                          -10-

Art Unit    127

Comai, page 8, suggests that the DNA sequence
encoding the glyphosate resistant EPSP synthetase could
be used as a probe for the isolation of the wild type
EPSP  synthetase gene.

Therefore as the site for glyphosate tolerance was
known to be the same in plants and bacteria, a mutant
bacterial gene was known, and it had been demonstrated
that yeast genes could be used to probe for the
corresponding genes in plants, it would have been
obvious to the ordinary artisan to use the bacterial
EFSPS gene to isolate the gene from plants and to use
this gene in a cloning or expression vector to render
plant cells resistant to glyphosate.

Claims 12, 13 and 20-22 are rejected under 35
U.S.C. 103 as being unpatentable over Comai and Van den
Broeck in view of Amrheim et al and Mazur et al as
applied to claims 1-5, 10, 11 and 19 above, and further
in view of Koziel et al. and Guilley et al.

Koziel et al. and Guilley et al. are applied as
discussed previously for claims 9, 17, 23 and 24.

The following references are cited of interest:
1)  Rogers et al (1983) Appl. Environ. Microbial 46:
37-43, as they teach that amplification of EPSP synthase
in E. coli confers tolerance to the herbicide glypho-
sate.

0005163

Serial No.     792390                    -11-

Art Unit     127

2)  Comai et al (1983) Science 221:  370-1, as they

teach the cloning of the mutant and wild-type EPSPs

gene.

3)  Comai US Patent 4535060.  This reference discloses a

mutant aro A gene for resistance to glyphosate and means

for introducing the gene into a sensitive host.

     Any inquiry concerning this communication should be
directed to Murray Spruill at telephone number
703-557-6940.

Spruill:st

8/14/87

THOMAS G WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 127

0005164

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO 792 390 | GROUP ART UNIT 127 | ATTACHMENT TO PAPER NUMBER 15 |
|---|---|---|---|---|

NOTICE OF REFERENCES CITED

Pg 3

APPLICANT(S)  Shah et al

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | Goodman et al (1987) : Gene transf in crop Science 236 : 48 - 54. |
| S | |
| T | |
| U | |

| EXAMINER | DATE 7/30/87 | |
|---|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a) )

0005165

TO SEPARATE HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | SERIAL NO. 792390 | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER | 5 |
| --- | --- | --- | --- | --- | --- | --- |
| | NOTICE OF REFERENCES CITED | | APPLICANT(S) Shah et al | | | |
| | pg. 2 | | | | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| * | | |
| --- | --- | --- |
| * | R | Guilley et al (1982) Transcription of CAMV DNA... Cell 30: 763 – 73. |
| * | S | Mayer et al (1985) Cloning herbicidal ... World Biotech Rep 2 97 – 108 (Abstract) |
| * | T | Rogers et al (1983) Appl Environ Microbiol 46: 37 – 43. |
| * | U | Comai et al (1983) Science. 221: 370 – 1. |

| EXAMINER | DATE 7/30/87 |
| --- | --- |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707 05 (a).)

0005166

TO SEPARATE HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 792 390 | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER 5 |
|---|---|---|---|---|

NOTICE OF REFERENCES CITED      APPLICANT(S)

pg. 1073      Shah et al

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 5 3 5 0 6 0 | 8/13/85 | Comai | 435 | 317 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| * | L | 0 1 1 5 6 7 3 | 8/1984 | EPA | Comai | 935 | 14 | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

* R   Amrhein et al. (1983) "Biochemical basis for ..."
      FEBS Letters 157 : 191-6.

* S   Nafziger et al. (1984) "Selection + characterization..."
      Plant Physiol 76: 571-4 (abstract)

* T   Van den Broeck et al (1985) "Targeting of a ...
      Nature. 313. 358-63.

* U   Kozuk et al. (1984) "A cauliflower mosaic virus..."
      J Mol Appl Genet 2  549-62.

| EXAMINER | DATE |
|---|---|
| MSpr | 7/30/87 |

0005167

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

PTO - 948
(Rev. 8.–82)

U.S DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N.
*PC-390*

GROUP

### NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only  be
submitted in the manner set forth in the attached letter,
"Information on How to Effect Drawing Changes" PTO-1474.

A. ☒ The drawings, filed on __10/29/85__ , are objected to as informal for reason(s)
checked below:

1. ☐ Lines Pale.

2. ☐ Paper Poor.

3. ☒ Numerals Poor. *— LETTERING ALSO POOR*

4. ☐ Lines Rough and Blurred.

5. ☐ Shade Lines Required.

6. ☐ Figures Must be Numbered.

7. ☐ Heading Space Required.

8. ☐ Figures Must Not be Connected.

9. ☐ Criss-Cross Hatching Objectionable.

10. ☐ Double-Line Hatching Objectionable.

11. ☐ Parts in Section Must Be Hatched.

12. ☐ Solid Black Objectionable.

13. ☐ Figure Legends Placed Incorrectly.

14. ☐ Mounted Photographs.

15. ☒ Extraneous Matter Objectionable.
[37 CFR 1.84 (1)]

16. ☐ Paper Undersized; either 8½" x 14",
or 21 0 cm. x 29 7 cm. required.

17. ☐ Proper A4 Margins Required:
☐ TOP 2.5 cm.     ☐ RIGHT 1.5 cm.
☐ LEFT 2.5 cm.     ☐ BOTTOM 1 0 cm.

18. ☒ Other:

*FIG. LEGENDS POOR*

B. ☒ The drawings, submitted on __10/29/85__ , are so informal they cannot be
corrected. New drawings are required. Submission of the new drawings MUST be
made in accordance with the attached letter.

0005168



07-21(323)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
                              )
DILIP M. SHAH, ET AL.         )    GROUP ART UNIT: 124
                              )
SERIAL NO.: 792,390           )    EXAMINER: Murray Spruill
                              )
FILED: October 29, 1985       )    December 16, 1987
                              )
TITLE: GLYPHOSATE-RESISTANT   )
       PLANT CELLS            )

RECEIVED

DECLARATION OF EXPRESS ABANDONMENT          FEB 1 1 1988

Commissioner of Patents and Trademarks          GROUP 120

Washington, D. C. 20231

Sir:

      This Declaration of Express Abandonment is submitted
under 37 C.F.R. 1.138.  Applicants, through their attorney,
hereby expressly abandon the above-identified application in
favor of Applicants' copending continuation-in-part applica-
tion Serial No. 879,814, filed July 7, 1986.  By abandoning
the above-identified application, Applicants do not intend to
abandon any invention described and/or claimed therein.

                              Respectfully submitted,

                              James W. Williams, Jr.
                              Attorney for Applicants
                              Registration No. 21,161

Monsanto Company
800 N. Lindbergh Blvd.
St. Louis, Missouri 63167
(314) 694-5402

0005169



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/792,390 | 10/29/85 | SHAH | D | 07-21-0323 |

DENNIS R. HOERNER, JR.
MONSANTO COMPANY BB4F
700 CHESTERFIELD VILLAGE PARKWAY
ST. LOUIS, MO 63198

| EXAMINER | |
|---|---|
| WARREN, C | |
| ART UNIT | PAPER NUMBER |
| 124 | 7 |

DATE MAILED: 01/27/88

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

    ☐ The issue fee was received on _____ .

    ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

    In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b). applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

    If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
    ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

CHARLES F. WARREN
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 124

**0005170**

PTO-1432 (REV 5-80)

_718_

Paper Number

REQUEST FOR ACCESS

DATE: _May 24, 1991_

SERIAL NUMBER: _792,390_

FILING DATE: _10-29-85_

APPLICANTS: _Dilip M. Shah_

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED TO IN U.S. PATENT NUMBER _4940835_ OR PRINTED APPLICATION _____.

RESPECTFULLY SUBMITTED,

_Anita Dyles_

OFFICIAL USE ONLY

## PROCESSED BY

MAY 28 1991

F.I.U.

Initials

File Information Unit

0005171

#9

Paper Number

REQUEST FOR ACCESS

DATE: _____10 - 15 - 92_____
SERIAL NUMBER: _____792,390_____
FILING DATE: _____Aug. 7, 1985_____
APPLICANTS: _____Dilip M. Shah_____

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _____4,940,835_____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

Tara T. Franklin

OFFICIAL USE ONLY
PROGRESS

OCT 15 1992

F.I.U.

_____
Initials
File Information Unit

0005172

Paper Number

REQUEST FOR ACCESS

DATE: _____ 3 | 31 | 93 _____

SERIAL NUMBER: _____ 792390 _____

FILING DATE: _____ 10 | 29 | 85 _____

APPLICANTS: _____ Shah _____

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _____ 4940835 _____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_Betty Byrd_

OFFICIAL USE ONLY

PROCESSED BY

APR - 2 1993

Initials          F.I.U.
File Information Unit

0005173

_11_
Paper Number

REQUEST FOR ACCESS

DATE: _4/22/94_
SERIAL NUMBER: _792,390_
FILING DATE: _10/29/85_
APPLICANTS: _Dillip M. Shah_

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _4,940,835_    OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_F. W. Langford_

┌─────────────────────────────────────┐
│          OFFICIAL USE ONLY           │
│                                      │
│                                      │
│                                      │
│                                      │
│          _____                 │
│             Initials                 │
│      File Information Unit           │
│                                      │
└─────────────────────────────────────┘

0005174

Paper Number _____

REQUEST FOR ACCESS

DATE: _____ 9/2/94 _____
SERIAL NUMBER: _792,390_____
FILING DATE: _10/29/85_____          RECEIVED
APPLICANTS: _Shah et al_____          SEP 7  1994

SIR:                                     GROUP 180

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER _4,940,835_____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_Nichola A. Pitz_____

┌─────────────────────────────────┐
│        OFFICIAL USE ONLY         │
│                                  │
│                                  │
│           _____           │
│           Initials               │
│      File Information Unit       │
└─────────────────────────────────┘

0005175

#13
Paper No.

REQUEST FOR ACCESS

DATE: _____9/2/94_____

SER. NO.: _____792,390_____

FILING DATE: _____10/29/85_____

APPLICANT: _____Shah, et al._____

Sir:

The undersigned hereby respectfully requests access to the file history of the following application which was referred to in U. S. Patent number _____4940,835_____, or printed application _____.

Respectfully Submitted,

*Jacqueline Dietrichson*

| OFFICIAL USE ONLY |
|:---:|
|  |
| INITIALS<br>FILE INFORMATION UNIT |

*R. Smith*
APPROVED
9-8-94

0005176

_14_

Paper Number

REQUEST FOR ACCESS

DATE: _____1/26/55_____
SERIAL NUMBER: ___792390___
FILING DATE: ___10/29 85___
APPLICANTS: ___Dilip Shah___

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER ___4940835___ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED.

_____Billy Mullens_____

OFFICIAL USE ONLY

PROCESSED BY
JAN 27 1995
FIU

_____Initials_____
File Information Unit

0005177

#15

Paper Number

REQUEST FOR ACCESS

DATE: 1/27/95

SERIAL NUMBER: 792,390

FILING DATE: 10/29/85

APPLICANTS: Shah et al

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER 4940835 OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED.

OFFICIAL USE ONLY
PROCESSED BY

JAN 3 1 1995

FIU

Initials
File Information Unit

0005178

*#16*

Paper Number

REQUEST FOR ACCESS

DATE: _____ 3/28/95 _____

SERIAL NUMBER: ___ 792,390 _____

FILING DATE: ___ 10/29/85 _____

APPLICANTS: _____ D. Shah _____

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER ___ 5788642 _____ OR PRINTED
APPLICATION _____.

RESPECTFULLY SUBMITTED,

_____ BERGER PACKMAN _____

OFFICIAL USE ONLY

PROCESSED BY

MAR 2 8 1995

FIII

Initials
File Information Unit

0005179

17

Paper Number

REQUEST FOR ACCESS

DATE:  4 18 95

SERIAL NUMBER:  792 390

FILING DATE:  OCT 29 1995

APPLICANTS:  SHAH ET AL

RECEPTIONIST
RECEIVED

APR 18 1995

GROUP 1800

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER 5 188 642                    OR PRINTED
APPLICATION

RESPECTFULLY SUBMITTED,

OFFICIAL USE ONLY

Initials
File Information Unit

APPROVED

0005180

$\frac{18}{}$ #

paper number

## REQUEST FOR ACCESS

Date:    _10 - 19 - 95_

Serial Number:    _792 380_

Filing Date:    _oct. 29, 1988_

Applicants:    _Shah et al._

Sir:

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _5 128642_ or printed application number _____.

Respectfully submitted.

_[signature]_

--------------------------------------------------

OFFICIAL USE ONLY

--------------------------------------------------

PROCESSED BY

_[initials]_        OCT 1 9 1995

initials           FIU

FILE INFORMATION UNIT

--------------------------------------------------

APPROVED

_____ *19* _____
Paper Number

REQUEST FOR ACCESS

DATE: _____ *12-27-95* _____
SERIAL NUMBER: *06-792390* _____
FILING DATE: _____ *10-29-85* _____
APPLICANTS: _____ *Shah* _____

SIR:

THE UNDERSIGNED HEREBY RESPECTFULLY REQUESTS ACCESS TO THE FILE
HISTORY OF THE FOLLOWING ABANDONED APPLICATION WHICH WAS REFERRED
TO IN U.S. PATENT NUMBER *5188642* _____ OR PRINTED
APPLICATION _____

RESPECTFULLY SUBMITTED,

*A. Nylas*

┌─────────────────────────────────────┐
│         OFFICIAL USE ONLY            │
│                                      │
│                                      │
│          _____              │
│            Initials                 │
│      File Information Unit           │
└─────────────────────────────────────┘

0005182

#20

paper number

## REQUEST FOR ACCESS

Date: _5/20/96_

Serial Number: _06/792, 390_

Filing Date: _10/29/85_

Applicants: _D. Shah et al_

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _4,940,835_ or printed application number _____.

Respectfully submitted.

_BEEBE & BRITTAN_

--------------------------------------------------
OFFICIAL USE ONLY
--------------------------------------------------

PROCESSED BY

MAY 2 0 1996

FIU

initials

FILE INFORMATION UNIT

--------------------------------------------------

0005183

$\mathcal{U}$

_____
paper number

## REQUEST FOR ACCESS

Date:  _12.6.96._

Serial Number:  _792 396._

Filing Date:  _Oct 29 1985._

Applicants:  _Shah at al._

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _51.88642_ or printed application number _____

Respectfully submitted.

_Atlui Menauls_

------------------------------------------------

OFFICIAL USE ONLY

------------------------------------------------

PROCESSED BY

DEC  6 1996

FHL
initials

FILE INFORMATION UNIT

------------------------------------------------

0005184

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

In re Application of

| Application Number | Filed |
|---|---|
| 06 - 792390 | 10-29-85 |

| Group Art Unit | Examiner |
|---|---|
| | |

Paper No. _27_

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number _4,940,535_ , column _____ .

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ , on page _____ of
paper number _____ .

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_____          _7-18-97_
Signature                                Date

_H DRIAN_
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _E111_ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995 ... al persons are required to respond to a collection of info... Approved for use through 10/31/99. OMB 0651-0031 Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE ...tion unless it displays a valid OMB control number. 23

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of | |
|---|---|
| **Application Number** | **Filed** |
| 792,390 | 10/29/85 |
| **Group Art Unit** | **Examiner** |

PROCESSED BY
AUG 2 2 1997
FIII

Assistant Commissioner for Patents
Washington, DC 20231

Paper No. # 23

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 5,940,855 , column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. 792,390 , filed 10/29/85 , on page _____ of paper number _____.

D.llP

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| | |
|---|---|
| *F. W. Langford* | 8/22/97 |
| Signature | Date |
| LANGFORD | |
| Typed or printed name | |

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| (initials) |
| Unit: _____ |

0005180

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Washington ...

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of |  |
|---|---|
| Application Number<br><br>06/792390 | Filed<br><br>10-29-85 |
| Group Art Unit | Examiner |

Paper No. _24_

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

☑ (A) referred to in United States Patent Number ___5188642___ , column _____ .

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ on page _____ of
paper number _____ .

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____
_____
_____
_____

_Henry Duong_                          10-24-97
Signature                                Date

HENRY DUONG
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: ____ |

PROCESSED BY

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231

0005187

PTO/SB/68 (11-96)
Approved for use through 10/31/98. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

**PROCESSED BY**

JUL 1, 1998

EJH

| In re Application of | |
|---|---|
| **Application Number** 792,390 | **Filed** 10-29-85 |
| **Group Art Unit** | **Examiner** 4940 |

Paper No. #25

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number  4940 835 , column ___,

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____,

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Cantwell & Paxton
**Signature**

Viellun
**Typed or printed name**

7-1-98
**Date**

| FOR PTO USE ONLY | |
|---|---|
| Approved by: | (Initials) |
| Unit: | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual

0005188

Approved for use through 10/31/98. OM...
...t Trademark Office; U.S. DEPARTMENT OF CO...
...tion of information unless it displays a valid OMB control

Under the Paperwork I    ...tion Act of 1995, no persons are required to respond to a

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14

| In re Application of | |
|---|---|
| Application Number | Filed |
| 06/792390 | 10-29-85 |
| Group Art Unit | Examiner |

Paper No. __26__

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number __4,940,835__, column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.:
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

__Cantwell Paxton__          __OCT - 2 98__
Signature                          Date

__CANTWELL PAXTON__
Typed or printed name

| FOR PTO USE ONLY: |
|---|
| Approved by _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the indiv... case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, F... and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to record to a collection of information unless it displays a valid OMB control number

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a

| In re Application of | |
|---|---|
| Shah et al | |
| Application Number | Filed |
| 061 792390 | 10-29-85 |
| Group Art Unit | Examiner |

Paper No. 24

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number __4940835__, column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Cindy Hilliard
Signature

Cindy Hilliard
Typed or printed name

10-9-98
Date

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (Initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005190

PTO/SB/68 (11-98)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
on or information unless it displays a valid OMB control number.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

**PROCESSED BY**

FEB 0 1 1999

FW

| In re Application of | |
|---|---|
| *Shah et al* | |
| Application Number | Filed |
| 06/792,390 | 10-29-85 |
| Group Art Unit | Examiner |
| | *David T. Fox* |
| | Paper No. |

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number ___*5188642*___ column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ filed _____ on page _____ of
paper number _____,

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____ or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| *Denise English* | Date *2/1/99* |
|---|---|
| Signature | |
| *Denise English* | |
| Typed or printed name | |

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (Initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 2.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.

PETITION S OFFIC

PTO/SB/68 (11-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1:14(a)

| | In re Application of |
|---|---|
| | *Shah* |

**RECEIVED**
JAN 1 9 2000
File Information Unit

| Application Number | Filed |
|---|---|
| 06-792390 | 10-29-85 |
| Group Art Unit | Examiner |

Paper No. 2 5

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

X (A) referred to in United States Patent Number 4940835 , column ___

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11; i.e.,
Application No. ___, filed ___, on page ___ of
paper number ___

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. ___, filed ___, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

*Betty Byrd*                                        1-19-00
**Signature**                                        **Date**

*Betty Byrd*
**Typed or printed name**

| FOR PTO USE ONLY |
|---|
| Approved by: ___ |
| (Initials) |
| Unit: ___ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual
case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent
and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:
Assistant Commissioner for Patents, Washington, DC 20231.

0005192


☎ 703  308  6916          PETITION'S OFFIC

PTO/SB/68 (11-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

RECEIVED

MAR 1 4 2000

File Information Unit

In re Application of

*Shah*

| Application Number | Filed |
|---|---|
| 06 - 792 390 | 10-29-85 |

| Group Art Unit | Examiner |
|---|---|
| | |

Paper No. 𝐻 30

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

X (A) referred to in United States Patent Number _4940835_ , column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____, filed _____, on page _____ of paper number _____ .

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

3/14/00

| Signature | Date |
|---|---|

| Typed or printed name | |
|---|---|

FOR PTO USE ONLY

Approved by: _____ (Initials)

Unit: _____

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005193

PTO/SB/68 (11-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to record to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of |
|---|
| Shah |

| Application Number | Filed |
|---|---|
| 06/792390 | Oct. 29. 1985 |

| Group Art Unit | Examiner |
|---|---|

Paper No. #31

RECEIVED

JUN 2 6 2000

File Information Unit

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 4940835 , column ____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____, filed _____, on page _____ of paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____


| Signature | 7/26/00 Date |
|---|---|
| Typed or printed name | FOR PTO USE ONLY<br>Approved by _____ (Initials)<br>Unit |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005194

PTO/SB/68 (11-98)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 199... no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

In re Application of

/792,390

| Application Number | Filed |
|---|---|

RECEIVED

Aug 2 3 2001

File Information Unit

| Group Art Unit | Examiner |
|---|---|

Paper No. 32

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

✓ (A) referred to in United States Patent Number  5,188,642  column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____  filed _____  on page _____  of
paper number _____

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____  filed _____  or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_ _ _ _ _ _ _ _

| | |
|---|---|
| Kevin Mosman (Signature) | 8/22/04 (Date) |
| KEVIN MOSMAN (Typed or printed name) | FOR PTO USE ONLY<br>Approved by: _____ (Initials)<br>Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

0005195

PTO/SB/68 (11-00)
Appr ~d for use through 10/31/02. OMB 0651-0031
Patent and Tradem   ffice U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of info...... on unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| | |
|---|---|
| In re Application of | |
| Shah et al | |

| Application Number | Filed |
|---|---|
| 06/792,390 | 10/29/85 |

| Group Art Unit | Examiner |
|---|---|
| | |

**RECEIVED**

JAN 2 9 2002

File Information Unit

Paper No. #33

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 4,940,835, column _____.

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____, on page _____ of
paper number _____.

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

| | |
|---|---|
| Signature | 7/29/02 Date |
| David Avila | |
| Typed or printed name | |

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# SEARCH NOTES



CAC / BIOSIS / IMS
EPSPS gene / enzyme
Chloroplast transit peptide
glyphosate resistance

D Shah , S Rogers

Parent case 763482
renewed

Refer parent case

| | Date | Ex'r |
|---|---|---|
| | 7/27/87 | ins |

## SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| 435 | 172 3 68,317 240 | 7/27/87 | ins |
| 536 | 27 | | |
| 47 | 58 | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| | | | |

## PRINT CLAIM(S):

## INDEX OF CLAIMS

| Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|
| Final | Original | 7/4/87 | Final | Original | |
| | 1 | ✓ | | 26 | |
| | 2 | | | 27 | |
| | 3 | | | 28 | |
| | 4 | | | 29 | |
| | 5 | | | 30 | |
| | 6 | | | 31 | |
| | 7 | | | 32 | |
| | 8 | | | 33 | |
| | 9 | | | 34 | |
| | 10 | | | 35 | |
| | 11 | | | 36 | |
| | 12 | | | 37 | |
| | 13 | | | 38 | |
| | 14 | | | 39 | |
| | 15 | | | 40 | |
| | 16 | | | 41 | |
| | 17 | | | 42 | |
| | 18 | | | 43 | |
| | 19 | | | 44 | |
| | 20 | | | 45 | |
| | 21 | | | 46 | |
| | 22 | | | 47 | |
| | 23 | | | 48 | |
| | 24 | | | 49 | |
| | 25 | | | 50 | |

SYMBOLS                STATUS
✓ . . . . . . . . . Rejected
= . . . . . . . . . Allowed
−(Through numeral)Canceled
+ . . . . . . . . . Restriction requirement
N . . . . . . . . . Nonelected invention or species
I . . . . . . . . . Interference
A . . . . . . . . . Appeal
O . . . . . . . . . Objected

0005197

MAR 4 1986
GROUP 120

██████████████

## CONTENTS

Entered

| | 1 | Applications ............ papers |
| --- | --- | --- |
| | 2 | T.4. Re Access 11-26-85 |
| | 3 | Pet. + Surcharge 12-26-85 |
| | 4 | Ass. Power Atty July 6, 1987 |
| | 5 | Rej 3 mons Aug 24, 87 78/3 |
| | 6 | Ext. miss abond. Jan 26 1988 |
| | 7 | Aband ltr 2-27-88 |
| | 8 | Request for Access 5-28-91 |
| | 9 | Request for Rules 10/15/92 |
| | 10 | Request for Access 4-2-93 |
| | 11 | for Access 5-3-94 |
| TB | 12 | Request for Access 9-4-94 |
| | 13 | Request for Access 9-8-94 |
| | 14 | Request for Access 1-27-95 |
| | 15 | Request Laymen |
| 3-28-95 | 16 | Request for Access |
| | 17 | Request for Access 6-18-95 |
| | 18 | Request for Access 10-19-95 |
| | 19 | Request for Access 1-3-95 |
| 5-26-96 | 20 | Request for Access |
| | 21 | Request for Rules 12-6-96 |
| | 22 | Request for Rules 5-7-97 |
| | 23 | Request for Access 8-22-97 |
| | 24 | Request for Access 12-28-97 |
| | 25 | Request for Rules 7-1-98 |
| | 26 | Request for Access 10-2-98 |
| | 27 | Request for Access 10-9-98 |
| | 28 | Request for Rules 2-1-99 |
| | 29 | Request for Access 1-19-00 |
| | 30 | Request for Rules 3-14-01 |
| | 31 | Request for Access 7/20/0 |
| | 32 | Request for Access 8/21/0 |

0005198

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982-389-562

APPROVED FOR LICENSE ☐

INITIALS _____

33). Request for access 1/29/02

0005199