

REGULAR UTILITY

4940835

PATENT
NUMBER

879,814    07/07/86    435

P M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO;
R HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

CONTINUING DATA********************
THIS APPLN IS A CIP OF    06/792,390 10/29/85  ABN
WHICH IS A CIP OF    06/763,482 08/07/85  ABN

N/PCT APPLICATIONS************

FOR FILING LICENSE GRANTED 08/08/86

| | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEYS DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | MO | 7 | 32 | 13 | $ 790.00 | 07-21(381)A |

Thomas P. McBride Dennis R. Hoerner
Monsanto Company - BB4F
800 Chesterfield Village Parkway
St. Louis, Missouri 63198

GLYPHOSATE RESISTANT PLANTS

This is to certify that annexed hereto
is a true copy from the records of the
United States Patent and Trademark Office
of the File Wrapper and Contents of the
file identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

A. L. Jackson

Certifying Officer

Date SEP -7 1994

0005200

# REGULAR UTILITY

Form PTO-436,
(Rev 8/71)

4940835

| SERIAL NUMBER (series of 1979) | 879814 | PATENT | | PATENT NUMBER |
|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | Examiner |
|---|---|---|---|---|---|
| 6/879,814 | 07/07/86 | 435 | | 184 | |

DILIP M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO;
ROBERT B. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

**CONTINUING DATA*********************
VERIFIED      THIS APPLN IS A CIP OF    06/792,390 10/29/85 APN
              WHICH IS A CIP OF    06/763,482 08/07/85 ABN

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 08/08/86

| eign priority claimed ☐ yes ☒ no | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|
| JSC 119 conditions met ☐ yes ☐ no | AS FILED | MO | 7 | 32 | 13 | $ 790.00 | 07-21(381)A |

Verified and Acknowledged  Examiner's initials

DENNIS R. HOERNER JR.
MONSANTO CO.
800 N. LINDBERGH BLVD.
ST. LOUIS, MO 63167

Thomas P. McBride Dennis R. Hoerner
Monsanto Company - BBYF
800 Chesterfield Village Parkway
St. Louis, Missouri 63198

GLYPHOSATE-RESISTANT PLANTS

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | PREPARED FOR ISSUE |
|---|---|---|

David T. Fox
(Assistant Examiner)          (Docket Clerk)

EXAMINED AND PASSED FOR ISSUE
CHARLES F. WARREN
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 184
(Primary Examiner)          (Art Unit)

| | AT ALLOWANCE | | |
|---|---|---|---|
| FIGURES DRA. | CLAIMS | CLASS | SUBCLASS |
| 7 | 59 | 800 | |

U72

| Estimate of printed pages | | Issue fee due (est) |
|---|---|---|
| Drawing(s) | Spec(s) | |
| | | $ 620.00 |

| Notice of allowance and issue fee due (est.) | |
|---|---|
| Date mailed | Date paid |
| 7-27-88 | 10-30-88 |

RETENTION LABEL

000520

PATENT APPLICATION SERIAL NO. 879814

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

P 30050  07/07/86  879814          13-4125  030  101     340.00CH
P 30051  07/07/86  879814          13-4125  030  102     408.00CH
P 30052  07/07/86  879814          13-4125  030  103     144.00CH

S 20205  07/28/86  879814          13-4125  020  102      68.00CR

RW10146  09/10/86  879814          13-4125  010  102      34.00CR

0005202

'79814

<u>NEW APPLICATIONS</u>                                    CASE NO. __07-21(381)A__

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C.  20231

Sir:

    Transmitted herewith for filing is the patent application of:

INVENTOR(S): R. T. Fraley, R. B. Horsch, S. G. Rogers and D. M. Shah

TITLE: Glyphosate-Resistant Plants

Enclosed are:

[X] Abstract, Specification, Claim(s), and attached Declaration. (Incomplete)

[ ] An Assignment of the invention to Monsanto Company, 800 North Lindbergh
Boulevard, St. Louis, Missouri  63167 for recordation.

Also enclosed are:

[X] __7__ sheet(s) of formal/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | $340.00 |
|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | |
| Claims | No. Filed | No. Extra | Rate | |
| Independent | _15_ - 3 = | 12 | X $34.00 = | 408.00 |
| TOTAL | _32_ - 20 = | 12 | X $12.00 = | 144.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | |
| | | | TOTAL FEE → | 892.00 |

[X] A triplicate copy of this transmittal paper is enclosed.

[X] Please charge the above calculated total fee to my Deposit Account
No. __13-4125__. Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in
addition to the above as well as all future fees set forth in 37 CFR 1.16 and
1.17 which may be required during the entire pendency of this Application, and
credit any overcharges to Deposit Account No. __13-4125__ [37 CFR 1.25(b)].

NOTE: THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE: __July 2, 1986__                    Attorney of Record Dennis R. Hoerner, Jr.

Registration No. __90,314__

Telephone: (314) 694-2286

P02/L27/P83
R09/11/85

0005203

9814

07-21(381)A

-1-

# GLYPHOSATE-RESISTANT PLANTS

This application is a Continuation-in-Part
of application, serial number 792,390 filed October 29,
1985, *now Abandoned,* which, in turn, is a Continuation-in-Part of
application, serial number 763,482, filed August 7, 1985. *now Abandoned*

## BACKGROUND OF THE INVENTION

The present invention relates to the fields
of genetic engineering, biochemistry, and plant biology.
N-phosphonomethylglycine has the following
10    structure:

$$HO - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - \overset{\overset{\displaystyle H}{|}}{N} - CH_2 - \overset{\overset{\displaystyle O}{\|}}{P}\overset{\displaystyle OH}{\underset{\displaystyle OH}{\diagup}}$$

15    This molecule is an acid, which can dissociate in
aqueous solution to form phytotoxicant anions.
Several anionic forms are known. As used herein, the
name "glyphosate" refers to the acid and its anions. A
mixture containing glyphosate as the active ingred-
20    ient, formulated as its isopropylamine salt, is sold
as a herbicide by Monsanto Company under the trademark
ROUNDUP®. Numerous other salts also have herbicidal
properties, as exemplified by U.S. Patent No.
3,799,758 (Franz 1974) and various other patents.
25    Compositions comprising N-phosphonomethylglycine and
salt-forming cations which increase the solubility of
the N-phosphonomethylglycine in water are preferred.
Those skilled in the art recognize that the
scientific literature contains numerous papers
30    suggesting several modes of action for inhibition of
plant growth by glyphosate. One proposed mode
suggests that glyphosate inhibits an enzyme called
5-enolpyruvylshikimate-3-phosphate synthase (EPSPS);

-2-                07-21(381)A

see, e.g., Amrhein 1980, Steinrucken 1980, Mousdale
1984, and Rubin 1982 (note: a complete list of
references is contained below, after the Examples).
The EPSPS enzyme reportedly catalyzes the conversion
of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-
3-phosphate, an intermediate in the biochemical
pathway for creating three essential aromatic amino
acids (tyrosine, phenylalanine, and tryptophan); see,
e.g., Mousdale 1984.  Rogers 1983 reports that
overproduction of EPSPS in E. coli contributes to
glyphosate resistance in those cells.

          At least one researcher has attempted to
create glyphosate-resistant bacterial cells by
manipulating a bacterial gene which encodes an EPSPS
enzyme.  As described in U.S. Patent 4,535,060
(Comai; assigned to Calgene, Inc.; filing date January
5, 1983) and in Comai 1983, a culture of Salmonella
bacteria was contacted with a mutagen (ethyl
methanesulfonate).  The bacteria were screened for
glyphosate resistance, and a relatively resistant
culture was selected.  This culture was analyzed,
and determined to have a mutant form of EPSPS with
a substituted amino acid, as reported in Stalker
1985.  U. S. Patent 4,535,060 suggested that the
mutant EPSPS gene could be inserted into plant cells
to create glyphosate-resistant (Gly$^R$) plant cells.
In addition, it has been reported that glyphosate
tolerant plant cells can be selected which overproduce
EPSPS in the presence of low levels of glyphosate
(Nafziger et al, 1984 and Smart et al, 1985).  How-
ever, none of the experiments have demonstrated that
such a method would be efficacious in differentiated
plants.

0005205

-3-            07-21(381)A

After the filing date of U. S. Patent 4,535,060,
methods and vectors were described which could be used
to insert foreign genes into plant cells (see, e.g.,
Fraley 1983, Herrera-Estrella 1983, Bevan 1983, and
5    PCT applications WO 84/02919 and 02920). In PCT
application WO 84/02913, methods were also described
for creating chimeric genes having bacterial EPSPS
coding sequences controlled by regulatory sequences
derived from genes which are active in plant cells.
10   Using these vectors and methodology, bacterial genes
such as the mutant <u>Salmonelia</u> EPSPS gene mentioned
above can be manipulated and expressed in plant cells.
        The object of this invention is to provide
a method of genetically transforming plant cells
15   which causes the cells and plants regenerated
therefrom to become resistant to glyphosate and the
herbicidal salts thereof.

<u>SUMMARY OF THE INVENTION</u>
        This invention involves a cloning or
20   expression vector comprising a gene which encodes
5-enolpyruvylshikimate-3-phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell
contains a chloroplast transit peptide which allows
the polypeptide, or an enzymatically active portion
25   thereof, to be transported from the cytoplasm of the
plant cell into a chloroplast in the plant cell, and
confers a substantial degree of glyphosate resistance
upon the plant cell and plants regenerated therefrom.
        The EPSPS coding sequence may be ligated to
30   a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation

-4-        07-21(381)A

vectors, and subsequently introduced into plant cells.
Plant cells transformed using such genes and plants
regenerated therefrom have been shown to exhibit a
substantial degree of glyphosate resistance.

BRIEF DESCRIPTION OF THE DRAWINGS

    FIGURE 1 depicts the major steps used in
one preferred embodiment of this invention.

    FIGURE 2 depicts the creation of plasmid
pMON546, a plant transformation vector which contains
a chimeric CaMV/EPSPS gene. It also depicts the
structure of pGV3111-SE, a disarmed Ti plasmid with
vir genes which help insert the CaMV/EPSPS gene from
pMON546 into plant chromosomes.

    FIGURE 3 indicates the DNA sequence and the
amino acid sequence of the chloroplast transit peptide
from the petunia EPSPS gene and enzyme.

    FIGURE 4 shows the nucleotide, amino acid
sequence and restriction map for the full-length cDNA
of petunia EPSPS.

    FIGURE 5 shows the plasmid map for pMON316.

    FIGURE 6 shows the restriction maps for the
EPSPS gene of Petunia and Arabidopsis.

    FIGURE 7 shows the plasmid map for pMON9721.

DETAILED DESCRIPTION OF THE INVENTION

    The present invention embraces a cloning or
expression vector which contains a gene which encodes
a form of EPSPS which can effectively confer glypho-
sate resistance (Gly$^R$) on plant cells and plants re-
generated therefrom. The EPSPS gene encodes a poly-
peptide which contains a chloroplast transit peptide
(CTP), which enables the EPSPS polypeptide (or an
active portion thereof) to be transported into a chloro-
plast inside the plant cell. Suitable plants for the
practice of the present invention include, but are

-5-                    07-21(381)A

not limited to, soybean, cotton, alfalfa, canola,
flax, tomato, sugar beet, sunflower, potato,
tobacco, corn, wheat, rice and lettuce.

Those skilled in the art recognize that the
scientific literature contains numerous papers stating
that EPSPS activity (shikimic acid pathway) is present
both in the chloroplast and in the cytoplasm.  Indeed,
prior to the present invention it was unknown whether
the cloned EPSPS would be needed in the cytoplasm or
chloroplasts in order to confer glyphosate resistance.
Contrary to the teaching of U.S. Patent 4,535,060 it
has now been found that the EPSPS gene should contain a
chloroplast transit peptide.  While chloroplasts contain
DNA which is believed to be expressed in polypeptides
within the chloroplasts, the EPSPS polypeptide is en-
coded by chromosomal DNA rather than chloroplast DNA.
The EPSPS gene is transcribed into mRNA in the nucleus
and the mRNA is translated into a precusor polypeptide
(CTP/mature EPSPS) in the cytoplasm.  The precusor
polypeptide (or a portion thereof) is transported into
the chloroplast.

Promoters which are known or found to cause
transcription of the EPSPS gene in plant cells can be
used in the present invention.  Such promoters may be
obtained from plants or viruses and include, but are
not necessarily limited to, the 35S and 19S promoters
of cauliflower mosaic virus and promoters isolated
from plant genes such as EPSPS, ssRUBISCO genes and
promoters obtained from T-DNA genes of Agrobacterium
tumefaciens such as nopaline and mannopine synthases.
The particular promoter selected should be capable of
causing sufficient expression to result in the

0005208

-6-                07-21(381)A

production of an effective amount of EPSPS polypeptide
to render the plant cells and plants regenerated
therefrom substantially resistant to glyphosate.
Those skilled in the art will recognize that the
amount of EPSPS polypeptide needed to induce
resistance may vary with the type of plant.  The
degree of expression needed may vary with the
EPSPS coding sequence used.  A mutant EPSPS may
require lower expression than a less-tolerant
wild-type EPSPS sequence.

     The CaMV 35S promoter is stronger than the
natural EPSPS promoter in at least some types of
plants, i.e. it causes the formation of larger
quantities of mRNA from chimeric genes compared to
the natural EPSPS promoter.  The high strength of the
chimeric CaMV 35S/EPSPS gene is of great value in using
the EPSPS gene as a selectable marker in the labor-
atory.  However, when a chimeric gene is used to
transform regenerated plants for food production, the
level of production of EPSPS enzyme may be undesirably
high, since it diverts nucleotides, amino acids, and
substrates away from other desired biochemical path-
ways in the cells.  Therefore, to create a chimeric
gene with the optimal level of expression of EPSPS
it may be desirable to diminish the strength of the
chimeric CaMV 35S/EPSPS gene.  This can be done by
various methods such as (1) random or site-specific
mutagenesis of the region prior to the transcription
start site; (2) insertion of a transcription termin-
ator in the 5' non-translated region of the gene; (3)
insertion of a spurious start codon in front of the
EPSPS start codon; or (4) insertion of a coding
sequence with a start codon and a stop codon in front
of the EPSPS start codon, to create a dicistronic
coding sequence.

0005209

-7-            07-21(381)A

The promoters used in the EPSPS genes of this
invention may be further modified if desired to alter
their expression characteristics. For example, the
CaMV 35S promoter may be ligated to the portion of
5    the ssRUBISCO gene which represses the expression of
ssRUBISCO in the absence of light, to create a promoter
which is active in leaves but not in roots. The re-
sulting chimeric promoter may be used as described
herein. As used herein, the phrase "CaMV 35S" promoter
10   includes variations of CaMV 35S promoter, e.g., promoters
derived by means of ligation with operator regions,
random or controlled mutagenesis, etc.

The RNA produced by the EPSPS gene also
contains a 5' non-translated leader sequence. This
15   sequence may be derived from any gene and may be
specifically modified so as to increase translation
of the mRNA. The 5' non-translated regions may be
derived from viral RNAs, other suitable eukaryotic
genes or a synthetic gene sequence. It may be part
20   of the 5' end of the non-translated region of the
coding sequence for the EPSPS polypeptide or de-
rived from an unrelated promoter or coding sequence
as discussed above.

The EPSPS gene of the present invention
25   encodes an CTP/EPSPS fusion polypeptide. After the
CTP/EPSPS polypeptide from a gene of this invention
is translated from mRNA in the cytoplasm of the
transformed plant cell, it is believed to be processed
in the same manner as the natural EPSPS polypeptide.
30   The CTP leader sequence causes the polypeptide to be
imported into chloroplasts, and the CTP leader sequence
encoded by the plant-derived EPSPS gene is believed to
be removed from the remainder of the polypeptide so that

0005210

-8-                    07-21(381)A

an active portion of the EPSPS polypeptide exists and
functions inside the chloroplast.

Suitable CTP's for use in the present inven-
tion may be obtained from various sources. Most

5    preferably, the CTP is obtained from the endogenous
EPSPS gene of the subject plant to the transformed.
Alternately, one may often use a CTP from an EPSPS
gene of another plant. Although there is little
homology between the CTP sequences of the EPSPS

10   gene and the ssRUBISCO gene (see, e.g., Broglie
(1983), one may find that non-homologous CTPs may
function in particular embodiments. Suitable
CTP sequences for use in the present invention
can be easily determined by assaying the

15   chloroplast uptake of an EPSPS polypeptide
comprising the CTP of interest as described in
Example 18 hereinafter.

The sequence encoding a EPSPS polypeptide can
be obtained from numerous sources. Suitable sources

20   include bacteria, fungi and plants. EPSPS coding
sequences from other sources can be obtained using
the full-length petunia cDNA (see Figure 4) or a
suitable fragment thereof as a hybridization probe
as described in Examples 1 and 14-17.

25   All peptide structures represented in the
following description are shown in conventional format
wherein the amino group at the N-terminus appears to
the left and the carboxyl group at the C-terminus at
the right. Likewise, amino acid nomenclature for the

30   naturally occurring amino acids found in protein is
as follows: alanine (Ala;A), asparagine (Asn;N),
aspartic acid (Asp;D), arginine (Arg;R), cysteine
(Cys;C), glutamic acid (Glu;E), glutamine (Gln;Q),
glycine (Gly;G), histidine (His;H), isoleucine

35   (Ile;I), leucine (Leu;L), lysine (Lys;K),

0005211

-9-            07-21(381)A

methionine (Met;M), phenylalanine (Phe;F), proline
(Pro;P), serine (Ser;S), threonine (Thr;T),
tryptophan (Trp;W), tyrosine (Tyr;Y), and valine
(Val;V).

5          Those skilled in the art will recognize
that mutant and variant forms of EPSPS may be made by
a variety of processes.  For example, cloning or
expression vectors may be mutagenized to alter one or
more amino acid residues in a EPSPS protein.  This may
10    be done on a random basis (e.g., by subjecting the host
cells to mutagenic agents such as X-rays, ultra-violet
light, or various chemicals), or by means involving an
exact predicted substitution of bases in a DNA sequence.
Alternately, one may select for a microbial source such
15    as bacteria and fungi or a plant source having a mutant
EPSPS exhibiting increased resistance to glyphosate.
          The 3' non-translated region contains a poly-
adenylation signal which functions in plants to cause
the addition of polyadenylate nucleotides to the 3' end
20    of the EPSPS mRNA. In cases where the EPSPS sequence is
derived from a plant source one can use the 3' non-
translated region naturally associated with the
particular EPSPS gene.  Examples of other suitable 3'
regions are the 3' transcribed, non-translated regions
25    containing the polyadenylation signal of the nopaline
synthase (NOS) gene of the <u>Agrobacterium</u> tumor-inducing
(Ti) plasmid or the conglycinin (7S) storage protein
gene.
          The EPSPS gene of the present invention is
30    inserted into the genome of a plant by any suitable
method.  Suitable plant transformation vectors include
those derived from a Ti plasmid of <u>Agrobacterium</u>
<u>tumefaciens</u> as well as those described in, e.g. Herrera-
Estrella 1983, Bevan 1983, Klee 1985 and EPO publication
35    120,516 (Schilperoort et al.).  In addition to plant

0005212

-10-          07-21(381)A

transformation vectors derived from the Ti or root-
inducing (Ri) plasmids of <u>Agrobacterium</u>, alternative
methods can be used to insert the EPSPS genes of
this invention into plant cells.  Such methods may
5   involve, for example, liposomes, electroporation,
chemicals which increase free DNA uptake, and the use
of viruses or pollen as vectors.  If desired, more
than one EPSPS gene may be inserted into the chromosomes
of a plant, by methods such as repeating the trans-
10  formation and selection cycle more than once.

EPSPS genes which encode an enzyme with a
functional chloroplast transit peptide (which is
preferably removed from the mature EPSPS polypep-
tide) also provide useful selectable marker genes for
15  plant cell transformation, when transformed and
untransformed cells are contacted with appropriate
concentrations of glyphosate (which can be routinely
determined for any type of plant).  The conferrable
trait of glyphosate resistance may be particularly
20  useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

25  In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
30  methods described in PCT WO84/02920 or other methods
known to those skilled in the art.

As used herein, a EPSPS gene "confers a sub-
stantial degree of glyphosate resistance upon a plant

0005213

-11-        07-21(381)A

cell" if it allows a selectable fraction of a culture
of transformed plant cells to survive a concentration
of glyphosate which kills essentially all untransformed
cells from the same type of plant under the same
5    conditions.

As used herein, a "cloning or expression
vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells.  Vectors include plasmids, cosmids,
10    viral DNA or RNA, minichromosomes, etc.

As used herein, "replicated from" includes
indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA.  It also includes DNA that is
15    synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
experimentally.

The following examples further demonstrate
several preferred embodiments of this invention.
20    Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
herein.  Such equivalents are intended to be within
the scope of the claims.

0005214

## EXAMPLES

### EXAMPLE 1: CREATION OF EPSPS VECTORS

#### A. Creation of MP4-G Cell Line

The starting cell line, designated as the MP4 line, was derived from a Mitchell diploid petunia (see, e.g., Ausubel 1980). The MP4 cells were suspended in Murashige and Skoog (MS) culture media, (GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5x10^6$ cells were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

-13-          07-21(381)A

The MP4-G cells were subsequently shown (by a Southern blot) to have about 15-20 copies of the EPSPS gene, due to a genetic process called "gene amplification" (see, e.g., Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSPS gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSPS gene and possibly other genes located near it on the chromosomes of the cells.

B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line were harvested by vacuum filtration, frozen under liquid N$_2$, and ground to a powder in a Waring blender. The powder was suspended into 0.2 M tris-HCl, pH 7.8, containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-pyrrolidone. The suspension was centrifuged at about 20,000 G for 10 min to remove cell debris. Nucleic acids were precipitated from the supernatant by addition of 0.1 volume of 1.4% protamine sulfate and discarded.

The crude protein suspension was purified by five sequential steps (see Mousdale 1984 and Steinrucken 1985) which involved:  (1)  ammonium sulfate precipitation; (2) diethylaminoethyl cellulose ion exchange chromatography; (3) hydroxyapatite chromatography; (4) sizing on a phenylagarose gel; and (5) sizing on a Sephacryl S-200 gel.

The purified EPSPS polypeptide was degraded into a series of individual amino acids by Edman degradation by a Model 470A Protein Sequencer (Applied Biosystems Inc., Foster City, CA), using the methods described in Hunkapiller 1983a. Each amino acid

-14-            07-21(381)A

derivative was analyzed by reverse phase high perfor-
mance liquid chromatography, as described by Hunka-
piller 1983b, using a cyanopropyl column with over
22,000 theoretical plates (IBM Instruments, Walling-
5   ford CT). A partial amino acid sequence for petunia
EPSPS is shown in Table 1.

0005217

-15-                    07-21(381)A

TABLE 1

PETUNIA EPSPS SEQUENCES

| | | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
| 5 | Amino acid: | Gln | Pro | Ile | Lys | Glu | Ile |
| | mRNA strand: | 5'-CAP | CCN | AUU | GAP | CAP | AUU |
| | | | | C | | | C |
| | | | | A | | | A |
| | Complementary | | | | | | |
| 10 | DNA strand: | 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
| | | | | G | | | G |
| | | | | U | | | U |
| | Synthetic DNA Probes: | | | | | | |
| | EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
| | EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| 15 | EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
| | Exact mRNA Sequence: | | | | | | |
| | | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

C. Synthesis of Probes

20    Using the genetic code, the amino acid sequence indicated in Table 1 was used to determine the possible DNA codons which are capable of coding for each indicated amino acid. Using this information, three different probe mixtures were created and designated as EPSP-1, EPSP-2, and EPSP-3, as shown in 25 Table 1. In this table, A, T, U, C, and G represent the nucleotide bases: adenine, thymine, uracil, cytosine and guanine. The letters P, Q, and N are variables; N represents any of the bases; P represents purines (A or G); Q represents pyrimidines (U, T, or 30 C).

0005218

-16-                    07-21(381)A

All oligonucleotides were synthesized by
the method of Adams 1983.  Whenever an indeterminate
nucleotide position (P, Q, or N) was reached, a
mixture of appropriate nucleotides was added to the

5    reaction mixture.  Probes were labeled 20 pmol at a
time shortly before use with 100 uCi γ-[$^{32}$P]-ATP
(Amersham) and 10 units of polynucleotide kinase in 50
mM Tris-HCl, pH 7.5, 10 mM MgCl$_2$, 5 mM DTT, 0.1 mM
EDTA, and 0.1 mM spermidine.  After incubation for 1

10   hr at 37°C, the probes were repurified on either a
20% acrylamide, 8 M urea gel or by passage over a 5
ml column of Sephadex G25 in 0.1 M NaCl, 10 mM
Tris-HCl, pH 7.5, 1 mM EDTA.

D. Preparation of mRNA and Preliminary

15       Testing of Probes
(a) Poly-A mRNA
Total RNA was isolated from the MP4
(glyphosate sensitive) and MP4-G (glyphosate
resistant) cell lines as described by Goldberg 1981.

20   Total RNA was further sedimented through a CsCl
cushion as described by Depicker 1982.  Poly-A mRNA
was selected by oligo-dT cellulose chromatography.
The yield of poly-A RNA was 1.1 micrograms (μg) per
gram of MP4 cells and 2.5 μg/gm of MP4-G cells.

25   (b) Gel Processing of RNA
Ten μg of poly-A RNA from the MP4 or MP4-G
cell lines was precipitated with ethanol and re-
suspended in 1 x MOPS buffer (20 mM morpholino propane
sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM

30   EDTA, pH 8.0) containing 50% formamide and 2.2 M
formaldehyde.  RNA was denatured by heating at 65°C
for 10 min.  One-fifth volume of a loading buffer

-17-          07-21(381)A

containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol
blue and 0.4% xylene cyanol was then added.  RNA was
fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
bottom.  HaeIII-digested φX174 DNA, labelled with
$^{32}P$, was run as a size standard.  The DNA markers
indicated approximate sizes for the RNA bands.

(c) Transfer of RNA to Nitrocellulose
        RNA was transferred to nitrocellulose
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
the gels overnight using 20X SSC (1X SSC is 0.15 M
NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer.  After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs at 80°C.

(d) Preliminary Hybridization with Radioactive Probes
        Filters were prehybridized in 6 x SSC, 10 x
Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 µg/ml E. coli
transfer RNA at 50°C for 4 hrs.  Hybridization was
carried out in the fresh solution containing 2 x 10⁶
cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C.  The EPSP-3 probe was not tested since it
contained a codon (ATA) that is rarely used in the
petunia genome.  Hybridization temperature (32°C)
used in each case was 10°C below the dissociation
temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture.  The Td of
the probe was approximated by the formula 2°C x (A +
T) + 4°C x (G + C).

0005220

-18-          07-21(381)A

(e) Filter Washing

     The filters were washed twice for 15-20 min at room temperature in 6 x SSC and then for 5 min at 37°C with gentle shaking.  Filters were then wrapped
5   in plastic film and autoradiographed for 12-14 hrs at -70°C with two intensifying screens.  The filters were then washed again for 5 min with gentle shaking at a temperature 5°C higher than previously used. The filters were autoradiographed again for 12-14 hrs.
10  The autoradiographs indicated that the probe EPSP-1 hybridized to an RNA of approximately 1.9 kb in the lane containing the poly-A RNA from the MP4-G cell line.  No hybridization to this RNA was detected in the lane containing the poly-A RNA from the MP4 cell
15  line.  This result was attributed to overproduction of EPSPS mRNA by the MP4-G cell line.  The probe EPSP-2, which differs from EPSP-1 by a single nucleotide, showed barely detectable hybridization to the 1.9 kb mRNA of the MP4-G cell line but hybridized
20  strongly to a 1.0 kb mRNA from both cell lines. However, the 1.0 kb DNA was not sufficient to encode a polypeptide of 50,000 daltons, and it is believed that one of the sequences in the EPSP-2 probe hybridized to an entirely different sequence in the library.
25  These results suggested that degenerate probe mixture EPSP-1 contained the correct sequence for EPSPS.  This mixture was used in all subsequent degenerate probe hybridization experiments.

E. Preparation of λgt 10 cDNA library

30  (a) Materials Used

     AMV reverse transcriptase was purchased from Seikagaku America, Inc., St. Petersburg, Florida; the large fragment of DNA polymerase I (Klenow poly-

-19-        07-21(381)A

merase) was from New England Nuclear, Boston, MA; S1
nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England
5   Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Promega Biotech, Madison, Wisc. and all
radioactive compounds were from Amersham,
Arlington Hts., IL.

10      The λgt10 vector (ATCC No. 40179) and
associated *E. coli* cell lines were supplied by Thanh
Huynh and Ronald Davis at Stanford University Medical
School (see Huynh 1985).  This vector has three
important characteristics: (1) it has a unique EcoRI
insertion site, which avoids the need to remove a
15  center portion of DNA from the phage DNA before
inserting new DNA; (2) DNA ranging in size from zero
to about 8,000 bases can be cloned using this vector;
and, (3) a library can be processed using *E. coli*
MA150 cells (ATCC No. 53104) to remove clones which do
20  not have DNA inserts.


(b) cDNA First Strand Synthesis
        Poly-A mRNA was prepared as described in
Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5),
10 mM MgCl$_2$, 4 mM DTT, 40 mM KCl, 500 μM of d(AGCT)TP,
25  10 μg/ml dT$_{12}$ is primer, and 27.5 units/ml RNasin.
In a 120 μl reaction volume, 70 units reverse
transcriptase were added per 5 μg of poly-A RNA.  One
reaction tube contained α-$^{32}$P-dCTP (5 uCi/120 μl
reaction) to allow monitoring of cDNA size and yield
30  and to provide a first strand label to monitor later
reactions.  In order to disrupt mRNA secondary
structure, mRNA in H$_2$O was incubated at 70°C for 3
min and the tube was chilled on ice.  Reverse

0005222

-20-          07-21(381)A

transcriptase was added and the cDNA synthesis was
carried out at 42°C for 60 min.  The reaction was
terminated by the addition of EDTA to 50 mM.  cDNA
yield was monitored by TCA precipitations of samples
removed at the start of the reaction and after 60
min.  Following cDNA synthesis, the cDNA existed as a
cDNA-RNA hybrid.  The cDNA-RNA hybrid was denatured
by heating the mixture in a boiling water bath for
1.5 min, and cooled on ice.

10   (c) Second Strand DNA Synthesis

Single-stranded cDNA was allowed to self-
prime for second strand synthesis.  Both Klenow
polymerase and reverse transcriptase were used to
convert ss cDNA to ds cDNA.  Klenow polymerase is
15   employed first since its 3'-5' exonuclease repair
function is believed to be able to digest non-flush
DNA ends generated by self-priming and can then
extend these flush ends with its polymerase
activity.  Reverse transcriptase is used in addition
20   to Klenow polymerase, because reverse transcriptase
is believed to be less likely to stop prematurely
once it has bound to a template strand.  The Klenow
polymerase reaction was in a final 100 µl volume
excluding enzyme.  The reaction mix included 50 mM
25   HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 µM of each
dNTP and cDNA.  To begin the reaction, 20 to 40 units
of Klenow polymerase (usually less than 5 µl) were
added and the tubes incubated at 15°C for 5 hrs.  The
reaction was terminated by the addition of EDTA to 50
30   mM.  The mix was extracted with phenol and the
nucleic acids were precipitated, centrifuged and
dried.

0005223

-21-                    07-21(381)A

The reverse transcriptase reaction to
further extend the anti-complementary DNA strand was
performed as described for the reaction to originally
synthesize cDNA, except $dT_{10-18}$ primer and RNasin were
5    absent, and 32 units of reverse transcriptase were
used in a 120 µl reaction.  The reaction was termin-
ated by the addition of EDTA to 50 mM.  The mixture
was extracted with an equal volume of phenol and the
nucleic acid was precipitated, centrifuged and dried.

10    (d) S1 Nuclease Treatment
200 µl of 2 x S1 buffer (1 x S1 buffer is
30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM
$ZnCl_2$), 175 µl of $H_2O$ and 525 units of S1 nuclease
were added to the tubes containing 125 µl of the
15    second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
20    extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) EcoRI Methylation Reaction
Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
25    contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
linkers which were subsequently cleaved with EcoRI
to create cohesive overhangs at the termini.
30    In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were

0005224

-22-                07-21(381)A

dissolved in 40 µl of 50 mM Tris pH 7.5, 1 mM EDTA, 5 mM DTT.  Four µl of 100 uM S-adenosyl-L-methionine and 2 µl (80 units) of EcoRI methylase were added. Tubes were incubated at 37°C for 15 min and then at 70°C for 10 minutes to kill the methylase.

5          It was subsequently discovered that the methylation reaction described below was unsuccessful in preventing EcoRI cleavage at an internal site within the EPSPS coding region, apparently because of inactive methylase reagent.  The cleavage of the

10   internal EcoRI site required additional steps to isolate a full-length cDNA, as described below.  To avoid those additional steps if another library is created, the methylation reagents and reaction conditions should be used simultaneously on the cDNA and

15   on control fragments of DNA, and protection of the control fragments should be confirmed by EcoRI digestion before digestion is performed on the cDNA.

(f) DNA Polymerase I Fill-In Reaction

20          To the tube containing 45 µl of cDNA (prepared as described above) were added 5 µl of 0.1 M MgCl₂, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA polymerase I.  The tube was incubated at room temperature for 10 min.  The reaction was terminated by the

25   addition of EDTA to 25 mM.  One microgram of uncut λgt10 DNA was added as carrier and the mix was extracted with phenol/chloroform (1:1).  The nucleic acid in the mix was precipitated with phenol/chloroform (1:1). The nucleic acid in the mix was precipitated with

30   ethanol, centrifuged and dried.

-23-                07-21(381)A

(g) Ligation of EcoRI Linkers to Methylated ds cDNA

Approximately 400 pmoles of EcoRI linkers (5'CGGAATTCCG3') were dissolved in 9 µl of 20 mM Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi of $\alpha$-$^{32}$P-ATP (5000 Ci/mmole) and 2 units of T4 polynucleotide kinase.  The oligonucleotides were incubated at 37°C for 30 minutes to allow them to anneal to each other, creating double-stranded, blunt-ended linkers.  2 units of T4 polynucleotide
10      kinase and 1 µl of 10 mM ATP were added and incubated at 37°C for an additional 30 min.  The linkers were stored at -20°C.  The methylated DNA pellet was resuspended in tubes containing 400 pmoles of the kinased linkers.  Ligation of the EcoRI linkers to the
15      methylated DNA was carried out by adding 1 µl of T4 ligase and incubating the reaction mixture at 12-14°C for 2 days.

(h) Digestion with EcoRI to Create Cohesive Termini

To 11 µl of the reaction product from
20      Example 1.E.(g), 10 µl of a solution containing 50 mM Tris, pH 7.5, 10 mM MgSO$_4$, 200 mM NaCl were added. T4 DNA ligase was heat inactivated by incubation at 70°C for 10 min.  Forty units of EcoRI were added and the incubation was carried out at 37°C for 3 hr.  The
25      reaction was terminated by addition of EDTA to 50 mM.  The sample was clarified by centrifugation and applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

Free linkers (those not ligated to ds cDNA)
30      were removed from ds cDNA with attached linkers, to prevent them from interfering with the insertion of the desired ds cDNAs into the cloning vectors. AcA 34

0005226

-24-          07-21(381)A

resin (a mixture of acrylamide and agarose beads,
normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
5    glass wool.  The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl.  The ds cDNA
mixtures with ligated linkers and free linkers (~45
µl) was brought to 400 mM NaCl.  1 µl of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
10   applied to the column which was run in equilibration
buffer at room temperature.  Ten 200 µl fractions were
collected.  The BPB dye normally eluted from the
column in the sixth tube or later.  Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

15   (j) Assembly of λgt10 clones
        The ds cDNA was mixed with 1 µg of EcoRI-cut
λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 µl of
20   10 mM Tris-HCl pH 7.5, 10 mM MgCl$_2$, 50 mM NaCl.  To
anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min.  The mixture
was chilled on ice, and 0.5 µl each of 10 mM ATP, 0.1
25   M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added.  The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA.  The
resulting DNA was packaged into phage particles
30   _in vitro_ using the method described by Scherer 1981.

(k) Removal of Phages Without Inserts
        Insertion of a cDNA into the EcoRI site of

**0005227**

-25-              07-21(381)A

λgt10 results in inactivation of the Cl gene. λgt10
phages with inactivated Cl genes (i.e., with inserts)
replicate normally in E. coli MA150 cells. By contrast,
λgt10 phages without inserts are unable to replicate
5   in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.

The phages in the library were first repli-
cated in E. coli C600 (M$^+$R$^-$) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
10   tion system. A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M$^+$R$^+$) cells. The primary infec-
tion thus occurred in the M$^+$R$^-$ cells where all the
phages will grow, but successive rounds of replication
15   occurred in the MA150 cells which prevented the
replication of phages without inserts. The amplified
phage library was collected from the plates, and after
removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
20   screening experiments.

F. Screening of cDNA Library; Selection of pMON9531

Approximately 6000 phages (each plate) were
spread on 10 cm x 10 cm square plates of solid NZY
agar (Maniatis 1982) with 0.7% agarose. A translucent
25   lawn of E. coli MA150 cells was growing on the plates.
Areas where the phages infected and killed the
E. coli cells were indicated by clear areas called
"plaques", which were visible against the lawn of
bacteria after an overnight incubation of the
30   plates at 37°C. Six plates were prepared in this
manner. The plaques were pressed against pre-cut
nitrocellulose filters for about 30 min. This formed
a symmetrical replica of the plaques. To affix the

0005228

-26-          07-21(381)A

phage DNA, the filters were treated with 0.5 M NaOH
and 2.5 M NaCl for 5 min.  The filters were then
treated sequentially with 1.0 M Tris-HCl, pH 7.5 and
0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to
5     neutralize the NaOH.  They were then soaked in
chloroform to remove bacterial debris.  They were
then air-dried and baked under a vacuum at 80°C for 2
hr, and allowed to cool to room temperature.  The
filters were then hybridized with $^{32}$P-labelled EPSP-1
10    probe (2 x $10^6$ cpm/filter) as described in Example
1.D(e).  After 48 hr of hybridization, the filters were
washed in 6 x SSC at room temperature twice for 20
min and then at 37°C for 5 min.  These washes removed
non-specifically bound probe molecules, while probe
15    molecules with the exact corresponding sequence (which
was unknown at the time) remained bound to the phage
DNA on the filter.  The filters were analyzed by
autoradiography after the final wash.  After the
first screening step, seven positively hybridizing
20    signals appeared as black spots on the autoradiograms.
These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
25    izing phages were selected.  DNA was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
30    from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.
To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by

0005229

digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
1977.  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
amino acid sequence shown in Table 1.

### G. Creation of λF7 Genomic DNA Clone

In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHI and cloned into a phage vector
to create a library, which was screened using the
partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments

MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
nitrogen.  The powdered cells were mixed with 8 ml/g
of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal
volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added.  Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%.  The mixture was swirled on a
rotating platform for 10-15 minutes at room tempe-
rature.  The phases were separated by centrifugation
at 6,000 x g for 15 minutes.  The phenol/chloroform
extraction was repeated.  Sodium acetate was added to
the aqueous phase to a final concentration of 0.15 M
and the DNA was precipitated with ethanol.  The DNA
was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient.  The DNA was

-28-         07-21(381)A

collected by puncturing the side of the tube with a
16 gauge needle.  The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE.  Approximately
5   400 μg of DNA was isolated from 12 g of cells.
MP4-G chromosomal DNA (10 μg) was digested
to completion with 30 units of BamHI in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM MgCl$_2$,
50 mM NaCl for 2 hours at 37°C.  The DNA was
10   extracted with phenol followed by extraction with
chloroform and precipitated with ethanol.  The DNA
fragments were suspended in 1 x TE at a concentration
of 0.5 μg/μl.

(b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
15       DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982.  150 μg of DNA was
digested to completion with BamHI in a buffer
20   containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
MgCl$_2$, 50 mM NaCl.  The completion of the digest was
checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
25   precipitated with ethanol.  The DNA was resuspended in
1 x TE at a concentration of 150 μg/ml.  MgCl$_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.
30       After annealing, DNA was layered over a 38
ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM

0005231

-29-                07-21(381)A

Tris-HCl (pH 8.0), 5 mM EDTA. 75 µg of DNA was loaded
onto each gradient. The samples were centrifuged at
26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor. Fractions (0.5 ml) were collected from the top
5    of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis. The fractions contain-
ing the annealed left and right arms of λDNA were
pooled together, dialyzed against TE and ethanol-
precipitated. The precipitate was washed with 70%
10   ethanol and dried. The DNA was dissolved in TE at a
concentration of 500 µg/ml.

        The purified arms of the vector DNA and the
BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using T4DNA ligase in
15   a ligase buffer containing 66 mM Tris-HCl, pH 7.5, 5 mM
MgCl, 5 mM DTT and 1 mM ATP. Ligations was carried
out overnight at 15°C. Ligation was checked by
agarose gel eletrophoresis. Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
20   capsids _in vitro_ using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).
The packaged phage were plated on 10 cm x 10 cm square
plates of NZY agar in 0.7% agarose at a density of
approximately 6000 plaques per plate using _E. coli_
25   C600 cells. After overnight incubation at 37°C, the
plaques had formed, and the plates were removed from
the incubator and chilled at 4°C for at least an
hour. The agar plates were pressed against
nitrocellulose filters for 30 minutes to transfer
30   phages to the filters, and the phage DNA was affixed
to the filters as described previously. Each filter
was hybridized for 40 hours at 42°C with
approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA
insert isolated from the pMON9531 clone, which had

0005232

-30-                07-21(381)A

been nick-translated, using the procedure described
in Maniatis 1982.  The specific activity of the probe
was 2-3 x 10$^8$ cpm/µg of DNA.  Hybridization was
carried out in a solution containing 50% formamide,

5    5x SSC, 5x Denhardt's solution, 200 µg/ml tRNA and
0.1% SDS.  Filters were washed in 1 x SSC, 0.2% SDS
at 50°C and autoradiographed.  Several positive
signals were observed, and matched with plaques on
the corresponding plate.  The selected plaques were

10    lifted, suspended in SM buffer, and plated on NYZ
agar.  The replica plate screening process was
repeated at lower densities until all the plaques on
the plates showed positive signals.  One isolate was
selected for further analysis and was designated as

15    the λF7 phage clone.


H. Creation of pMON9543 and pMON9556

The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from

20    pMON9531 in a Southern blot procedure.  This
indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA

25    library, using hybridization conditions as described
in Example 1.G, using 10$^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.

DNA sequence analysis (Maxam 1977) indicated

30    that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick

translated, and used as a probe to screen the cDNA
library again.  A clone which hybridized with the
EPSPS sequence was identified and designated as
pMON9556.  DNA sequence analysis indicated that the
5   insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail.  The
5' EcoRI end of this insert matched the 3' EcoRI end
of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
10   inserts from pMON9531 and pMON9556.

## I. Creation of pMON546 Vector with CaMV 35S/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis (Zoller et al, 1983)
using an M13 vector (Messing 1981 and 1982) to create
15   a BglII site in the 5' non-translated region of the
EPSPS gene.  The modified EPSPS sequence was isolated
by EcoRI and BglII digestion, and inserted into a
plant transformation vector, pMON530, to obtain
pMON536, as shown in Figure 2.  pMON530, a derivative
20   of pMON505 carrying the 35S-NOS cassette, was created
by transferring the 2.3 kb StuI-HindIII fragment of
pMON316 into pMON526.  Plasmid pMON316 (see Figure 5)
is a co-integrating type intermediate vector with
unique cleavage sites for the restriction
25   endonucleases BglII, ClaI, KpnI, XhoI and EcoRI
located between the 5' leader and the NOS
polyadenylation signals.  The cleavage sites provide
for the insertion of coding sequences carrying their
own translational initiation signals immediately
30   adjacent to the CaMV 35S transcript leader sequence.
The 316 plasmid retains all of the properties of
pMON200 including spectinomycin resistance for
selection in E. coli and A. tumefaciens as well

as a chimeric kanamycin gene (NOS/NPTII/NOS)
for selection of transformed plant tissue and the
nopaline synthase gene for ready scoring of
transformants and inheritance in progeny.  Plasmid
5   pMON526 is a simple derivative of pMON505 in which
the SmaI site was removed by digestion with XmaI,
treatment with Klenow polymerase and ligation.  The
resultant plasmid, pMON530 (Figure 2) retains the
properties of pMON505 and the 35S-NOS expression
10  cassette now contains a unique cleavage site for
SmaI between the promoter and poly-adenylation
signals.  The 1.62 kb EcoRI-EcoRI fragment from
pMON9556 was then inserted into pMON536 to obtain
pMON546.  Since pMON530 already contained a 35S
15  promoter from a cauliflower mosaic virus (CaMV)
next to the BglII site, this created a chimeric
CaMV/EPSPS gene in pMON546.

            As shown in Figure 2, plasmid pMON546
contained (1) the CaMV 35S/EPSPS gene; (2) a select-
20  able marker gene for kanamycin resistance (Kan$^R$);
(3) a nopaline synthase (NOS) gene as a scorable
marker; and (4) a right T-DNA border, which
effectively caused the entire plasmid to be treated
as a "transfer DNA" (T-DNA) region by A. tumefaciens
25  cells.     This plasmid was inserted into
A. tumefaciens cells which contained a helper plasmid,
pGV3111SE.  The helper plasmid encodes certain enzymes
which are necessary to cause DNA from pMON546 to be
inserted into plant cell chromosomes.  It also contains
30  a kanamycin resistance gene which functions in bacteria.

            A culture of A. tumefaciens containing
pMON546 and pGV3111-SE was deposited with the American
Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213.  If desired, either one of these

-33-                07-21(381)A

plasmids may be isolated from this culture of cells
using standard methodology. For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
5   Cells which become Spc/str$^R$, kan$^S$ will contain
pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111-SE.

EXAMPLE 2: GLY$^R$ PETUNIA CELLS

        Leaf disks with diameters of 6 mm (1/4
10  inch) were taken from surface-sterilized petunia
leaves. They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces. They were then submerged in a
culture of A. tumefaciens cells containing both
15  pMON546 and GV3111-SE which had been grown overnight
in Luria broth at 28°C, and shaken gently. The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described
20  in Horsch 1981. After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 μg/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.
        Control tissue was created using A. tumefa-
25  ciens cells containing the helper plasmid pGV3111-SE
and a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPTII/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS
30  gene.
        Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control

0005236

plate containing no glyphosate.  On media containing
0.1 mM glyphosate, there was little detectable difference
between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth

5   of callus from control disks, while substantial growth
of transformed tissue occurred.  At 0.5 mM glyphosate,
there was no callus growth from the control disks,
while a significant number of calli grew from the
transformed disks.  This confirms that the CaMV/EPSPS

10   gene conferred glyphosate resistance upon the
transformed cells.

### EXAMPLE 3:  Gly$^R$  Tobacco Cells

Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above

15   with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111-SE.  The cells transformed with the CaMV/EPSPS
gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not

20   contain that gene did not create any detectable callus
tissue.

### EXAMPLE 4: Gly$^R$ Soybean Cells

Sterile hypocotyl pieces of Glycine
canescens, a type of soybean, were infected with the

25   A. tumefaciens strain containing the chimeric EPSPS
gene as described in Example 2.  Nurse culture plates
were made which contained a medium of 10% of the
normal level of MS salts (GIBCO), B5 vitamins,
3 g/l sucrose, 2 mg/l napthalene acetic acid, 1 mg/l

30   benzyladenine, and 0.5 mM arginine.  The pH was
adjusted to 5.7 before autoclaving.

0005237

-35-            07-21(381)A

The infected soybean hypocotyls were
incubated at 26°C for two days and transferred to a
similar medium (except that the MS salts were not
diluted) and additionally containing 500 mg/l
5   carbenicillin, 100 mg/l cefotaxime and 100 mg/l
kanamycin.  Under these conditions, only transformed
soybean callus was able to grow.

Control tissue was produced using
A. tumefaciens cells containing the helper Ti plasmid
10   pTiT37-SE and a plant transformation vector
pMON200.  See Fraley et al, Biotechnology Vol. 3,
1985, described herein.  The co-integrate pTiT37-SE
contained a T-DNA region with a NOS/NPTII/NOS
kanamycin resistance gene and a NOS scorable marker
15   gene identical to pMON200, but without the
CaMV 35S/EPSPS/NOS gene.

This disarmed nopaline-type Ti plasmid was
created from pTiT37 in a manner analogous to that
described by Fraley et al. (1985) for creating the
20   pTiB6S3-SE disarmed octopine-type Ti plasmid.  The
general procedure is to replace most of the pTiT37
T-DNA with a selectable marker and pBR322 and LIH
segments from pMON200 to provide a region of homology
for recombination with pMON200 and derivatives.  This
25   replacement results in the deletion of the rightmost
approximately 80 percent of the T-DNA including the
phytohormone biosynthetic genes, nopaline synthase
gene and the right border of the T-DNA.

The source of the pTiT37 sequences was the
30   plasmid MINI-Ti described by deFramond et al.
(Bio/Technology 1: 262, 1983).  This plasmid is a
convenient source; however, these same Ti plasmid
segments could be obtained directly from the pTiT37 or

0005238

related pTiC58 plasmid or from subclones of these
plasmids isolated by others such as those described by
Hepburn et al. (J. Mol. Appl. Genetics 2: 211-224,
1983) or Zahm et al. (Mol Gen Genet 194: 188-194,
5      1984).

Plasmid MINI-Ti is a derivative of pBR325 carrying the
pTiT37 KpnI fragments 13b, 4 and 11 (deFramond et al.,
1983) which are analogous to the pTiC58 KpnI fragments
13, 3 and 12 (Depicker et al., Plasmid 3: 193-211,
10     1980).  The internal T-DNA sequences including the
phytohormone biosynthetic genes and right border were
removed from mini-Ti by digestion with HindIII and
religation to produce pMON284.  The pMON284 plasmid
contains a unique KpnI site which was converted to a
15     BamHI site by cleavage with KpnI and insertion of the
following synthetic linker:

                   5'-    CGGATCCGGTAC
                          CATGGCCTAGGC

          which contains a BamHI site (5'-GGATCC) in the the
20     center of the linker.  A plasmid that contains this
linker was isolated and called pMON293.

               The pMON293 plasmid carries the following
pTiT37 fragments adjacent to each other in inverted
orientation with respect to their orientation in the
25     Ti plasmid and joined through a BamHI linker.  First
is the KpnI site at the right end of the 13b fragment.
This fragment contains the left border of the pTiT37
T-DNA.  Then comes the left end of the 13b fragment
joined to the BamHI linker.  Joined to this is the
30     right end of the KpnI 11 fragment.  This fragment

contains Ti plasmid located to the right of the T-DNA
and ends with a HindIII site that is the right end
of the pTiC58 HindIII 2 fragment (Depicker et al.,
1980). This is joined to the pBR325 derivative

5   plasmid which also is fused to the KpnI site at the
right end of the KpnI 13b fragment.

To introduce homology to pMON200 and a
kanamycin resistance selectable marker for
A. tumefaciens between the pTiT37 segments, we

10  constructed plasmid pMON292. Plasmid pMON292 is a
derivative of pMON113 which consists of the 2.6 kb
pBR322 PvuII to HindIII fragment joined to the 1.7 kb
BglII (nucleotide 1617) to HindIII (nucleotide 3390,
Barker et al., Plant Mol. Biology 2: 335, 1983)

15  fragment of octopine type T-DNA of pTiA6. This
segment, called the LIH, has been previously described
by Fraley et al. (1985). The BglII site was made
flush ended by treatment with Klenow polymerase before
ligation with the pBR322 segment.


20  Plasmid pMON113 was cleaved with HindIII,
treated with Klenow polymerase and joined to the 1.2
kb AvaII fragment of Tn903 Oka et al J. Mol. Biol.
147:217 (1981) (601) that had been treated
with Klenow polymerase, ligated to synthetic BamHI

25  linkers, digested with BamHI and treated again with
Klenow polymerase. The resulting plasmid carrying the
Tn903 kanamycin resistance determinant adjacent to the
LIH segment was called pMON292.


The pMON200 homology region and bacterial

30  kanamycin resistance marker were inserted between the
pTiT37 segments by mixing pMON292 linearized by
cleavage with HincII with two fragments derived from

pMON293: a 2.5 kb PvuII-BamHI fragment and a 4.5 kb
fragment isolated after cleavage with HindIII, Klenow
polymerase treatment, and cleavage with BamHI.  The
resulting plasmid, pMON313, carries the following
5    fragments in this order.  First, is the BamHI linker
followed by a 4.5 kb KpnI-HindIII fragment derived
from the right side of pTiT37 KpnI fragment 11.  This
is joined to the 750 bp HincII-HindIII segment of
pBR322 followed by the 1.2 kb Tn903 segment encoding
10    kanamycin resistance.  This is followed by the LIH
(HindIII-BglII segment and the PvuII-HincII segment
of pBR322 that carries the origin of replication.
Next, there is a 2.5 kb PvuII to KpnI fragment
from the left end of the pTiT37 KpnI 13b fragment
15    which contains the left border of the T-DNA.
Finally, this is joined to the starting BamHI linker.

        To introduce this DNA into Agrobacterium,
pMON313 was cleaved with BamHI and mixed with pRK290
DNA that had been cleaved with BglII and treated with
20    DNA ligase.  A derivative of pRK290 carrying the
pMON313 plasmid was isolated and called pMON318.

        Plasmid pMON318 was introduced into
Agrobacterium tumefaciens strain A208 which carries
pTiT37 and a chromosomal chloramphenicol resistance by
25    standard bacterial mating methods using pRK2013 as a
helper.  This method and subsequent selection for the
replacement of the T-DNA with the engineered T-DNA
segment carried in pMON318 was exactly as described by
Fraley et al. (1985) for the selection of the disarmed
30    octopine-type pTiB6S3-SE plasmid.
        The resultant disarmed pTiT37-SE plasmid
contains the vir region intact and retains the left

0005241

39

T-DNA border and approximately 1 kb of the T-DNA.
This region of the T-DNA has not been reported to
encode a transcript (Joos et al., Cell 32: 1057-1067,
1983. This is followed by the pBR322 segment and LIH
5    and then the Tn903 kanamycin resistance. The Tn903
segment is joined to a 750 bp segment of pBR322 that
is joined to the left end of the pTiT37 analogue of
the pTiC58 HindIII 2 fragment (Depicker et al., 1980).
This fragment is located outside the right end of the
10   pTiT37 T-DNA. The result is that over 90% of the
T-DNA including the phytohormone biosynthetic genes
responsible for crown gall disease production and
right border are absent from the pTiT37-SE plasmid.

The pTiT37-SE plasmid is carried in a
15   derivative of strain A208 that was selected for growth
in 25 µg/ml chloramphenicol and this strain with the
disarmed plasmid is called A208-SE or ASE. The
A208-SE strain is used as a recipient for the pMON200
intermediate vector in the triple mating procedure
20   in exactly the same manner as the 3111-SE strain
(Fraley et al., 1985). This results in a co-integrate
hybrid T-DNA consisting of the following from left
to right: the pTiT37 left border and approximately 1
kb of sequence just inside the border, the pBR322
25   HincII to PvuII segment, the pTiA6 BglII to HindIII
LIH region, the pMON200 synthetic multi-linker, the
NOS/NPTII/NOS kanamycin resistance gene for selection
in plants, the Tn7 spectinomycin/streptomycin
resistance determinant, the nopaline synthase gene as
30   a scorable marker for plant cells, the right border of
the pTiT37 T-DNA. The DNA between the two border
sequences just described and any other DNA inserted
into the analogous region of pMON200 and derivatives

40

-40-          07-21(381)A

are transferred to plant cells during the trans-
formation procedure.

        After 14-17 days, soybean callus transformed
with either the vector alone (pMON200 plasmid) or
with the vector containing a chimeric EPSPS gene was
transferred to petri dishes containing MS medium
and 0, 0.5 mM or 1.0 mM glyphosate.

        Within 18-20 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared in all dishes containing no glyphosate.
On medium containing 0.5 mM glyphosate there was
little growth in the dishes containing control callus,
i.e., the callus contain the pMON200 vector alone,
while some callus colonies containing the chimeric EPSPS
gene described hereinbefore in Figure 2 showed
definite growth.  At 1.0 mM glyphosate, there was no
callus growth from the control tissues and again,
some growth of the transformed callus containing the
chimeric EPSPS gene.  This confirms that the
CaMV 35S/EPSPS/NOS gene conferred glyphosate resistance
on the soybean cells.

EXAMPLE 5: Gly$^R$ Cotton Cells

        A plant transformation vector similar to
pMON546 is prepared following the general procedure
outlined in Example 1 except that the CTP/EPSPS coding
sequence is obtained from cotton.  Seeds of cotton
(cultivator Delta Pine 50) are surface sterilized
using sodium hypochlorite and germinated in vitro
on a basal medium in the dark.  After 2 weeks
hypocotyls and cotyledons are cut into pieces and
innoculated with a tumorous strain of A. tumefaciens
containing the above described transformation vector
and helper plasmid pGV3111.  After 3 days coculture

0005243

on MS basal medium, the explants are transferred to
the same medium with 500 mg/l carbenicillin to kill
the bacteria. After 2 to 4 weeks, tumor tissue is
transferred to the same medium containing 0.5 mM
5  glyphosate.

Control tissue was produced using tumorous
A. tumefaciens cells containing the helper plasmid
pGV3111 and pMON200. Tissue transformed with the
above-described transformation vector demonstrates
10  glyphosate resistance by continuing growth while growth
of pMON200 transformed tissue (control) and non-
transformed tissue is inhibited.

EXAMPLE 6: Gly$^R$ Oil Seed Rape cells

A plant transformation vector similar to
15  pMON546 is prepared following the procedure outlined in
Example 1 except that the CTP/EPSPS coding sequence is
obtained from rape plant such as Brassica napus (see
Example 17).

The four terminal intervals from B. napus
20  plants (growth chamber grown in soil) are surface
sterilized in sodium hypochlorite and cut into 5 mm
sections. The upper surface of each piece is inoculated
with an overnight liquid culture of A. tumefaciens
containing the above described transformation vector and
25  helper plasmid pTiT37-SE and incubated for 2 to 3 days on
nurse culture plates containing 1/10 MS medium with
1 mg/l BA. The explants are then transferred to MS
medium containing 1 mg/l BA, 500 mg/l carbenicillin
and 100 mg/l kanamycin. After 3 to 6 weeks, leaf tissue
30  from transgenic shoots that have developed is transferred
to the same medium but with 0.5 mM glyphosate instead
of the kanamycin to test for tolerance.

Control tissue is prepared using A. tumefaciens

-42-          07-21(381)A

cells containing helper plasmid pTiT37-SE and vector
pMON200. Transgenic tissue that expresses EPSPS are
able to grow in the presence of glyphosate while
transformed and non-transformed controls are inhibited.

5    EXAMPLE 7: Gly$^R$ Flax Cells

        A plant transformation vector similar to
pMON546 is prepared following the procedure outlined
in Examples 1, and 14-17 except that the CTP/EPSPS
coding sequence is obtained from flax.

10        Flax seeds are surface-sterilized with 70%
ethanol, 25% Chlorox and rinsed with sterile distilled
water. The seeds are placed on solid MS medium and
allowed to germinate in the light for 5-7 days. The
hypocotyls are removed aseptically and inoculated with

15   A. tumefaciens cells containing the above-described
transformation vector and helper plasmid pTiB6S3-SE or
pTiT37-SE and permitted to co-culture for 2 days on
MS medium containing 1 mg/l benzylaminopurine,
0.02 mg/l naphthalene acetic acid and 4% sucrose.

20   The hypocotyls are then placed on MS medium
supplemented with 400 mg/l kanamycin and 500 mg/l
carbenicillin. After 2 weeks, selection for
transformed callus and shoots are evident. The
original explant begins to turn brown and the non-

25   transformed initially formed shoots bleach white. The
selected callus and shoots are green and opine positive.
        Control tissue is prepared using A. tumefaciens
cells containing helper plasmid pTiB6S3-SE or pTiT37-SE
and vector pMON200. Selected callus transformed with the

30   above-described EPSPS vector demonstrates resistance
to glyphosate at concentrations between 5.0 and 20.0 mM.
Control tissue bleaches and dies at these glyphosate
levels.

0005245

-43-                07-21(381)A

### EXAMPLE 8: Isolation of Mutant EPSPS gene from E. coli

Cells of E. coli ATCC 11303 were transferred to medium A and incubated at 37°C.

### MEDIUM A

| | |
|---|---|
| 10 X MOPS medium | 50 ml |
| 50% glucose solution | 2 ml |
| 100 mM aminomethyl phosphonate | 2 ml |
| Thiamine (5mg/ml), pH 7.4 | 1 ml |
| 100 mM Glyphosate (sodium salt) | 2 ml |
| Deionized water to | 500 ml |

10 X MOPS medium:

Per 500 ml

| | |
|---|---|
| 1 M MOPS (209.3g/l, pH 7.4 | 200 ml |
| 1 M Tricine/89.6g/l, pH 7.4) | 20 ml |
| 0.01 M $FeSO_4,7H_2O$ (278.01 mg/100ml) | 5 ml |
| 1.9 M $NH_4Cl$ (50.18g/500ml) | 25 ml |
| .276 M $K_2SO_4$ (4.81g/100ml) | 5 ml |
| 0.5 mM $CaCl_2$, $2H_2O$ (7.35mg/100ml) | 5 ml |
| 0.528 M $MgCl_2$ (10.73g/100ml) | 5 ml |
| 5 M NaCl (292.2g/l) | 50 ml |
| 0.5% L-Methionine (500mg/100ml) | 5 ml |
| micronutrients* | 5 µl |

| * Micronutrients | in 25 ml $H_2O$ |
|---|---|
| $ZnSO_4$ (2.88mg/ml) | 25 µl |
| $MnCl_2$ (1.58mg/ml) | 250 µl |
| $CuSO_4$ (1.6 mg/ml) | 25 µl |
| $CoCl_2$ (7.14mg/ml) | 25 µl |
| $H_3BO_3$ (2.47mg/ml) | 250 µl |
| $NH_4MO_7O_{24}$ (3.71mg/ml) | 25 µl |



-44-        07-21(381)A

After a week, a culture was obtained which could grow
rapidly in the presence of high concentrations of
glyphosate in the growth medium (10 mM or higher).
Analysis of the EPSPS activity in the extracts of
5    this culture and comparison of its glyphosate
sensitivity with that of wild type E. coli revealed
that the mutant organism had an altered EPSPS.  The
glyphosate sensitivity of EPSPS of mutant cells was
significantly different from that of wild type.
10   This mutant bacterium was designated E. coli 11303 SM-1.
The aroA gene encoding EPSPS from this mutant bacterium
was isolated as follows.

        Isolation of aroA gene encoding EPSPS from
E. coli 11303 SM-1:  The DNA from this bacterium was
15   isolated (Marmur, J. (1961) J. Mol. Biol. 3:208-218).
Southern hybridization using E. coli K-12 aroA gene
(Rogers et al., 1983) as the probe established that the
aroA gene in the mutant bacterium was on a 3.5 Kb
BglII-HindIII fragment.  This fragment was cloned into
20   the vector pKC7 (Rao, R.N. & Rogers, S. G. (1979), Gene,
F. 7-9-82) and the resulting plasmid was used for trans-
formation of E. coli.  Transformed colonies were screened
for their ability to grow in these conditions and
were shown to contain the 3.5Kb BglII-HindIII insert
25   by hybridization with the E. coli K-12 aroA gene.  This
clone was designated pMON9538.  An NdeI-EcoRI fragment
of this insert which contains greater than 86% of the
aroA gene from the mutant bacterium was cloned into an
expression vector (pMON6012, a derivative of pMON6001
30   described below) generating a hybrid EPSPS coding
sequence carrying the E. coli K-12 aroA coding sequence
of E. coli K-12 and 11303 SM-1.  This clone was
designated pMON9540.  The EPSPS produced by this
hybrid aroA gene retained its glyphosate tolerance,

0005247

-45-                    07-21(381)A

suggesting that the mutation conferring glyphosate
tolerance to EPSPS in 11303 SM-1 was localized within
amino acids 53-427. The E. coli mutant EPSPS gene was
incorporated into plant transformation vector with
5    and without a chloroplast transit peptide in the
following manner.

Plasmid pMON6001 is a derivative of pBR327
(Soberon et al., 1980) carrying the E. coli K12 EPSPS
coding sequence expressed from two tandem copies of
10   a synthetic phage lambda pL promoter. Plasmid
pMON6001 was constructed in the following manner. First,
pMON4 (Rogers et al., 1983) was digested with ClaI and
the 2.5 kb fragment was inserted into a pBR327 that has
also been cleaved with ClaI. The resulting plasmid,
15   pMON8, contains the EPSPS coding sequence reading
in the same direction as the beta-lactamase gene of
pBR327.

To construct pMON25, a derivative of pMON8 with
unique restriction endonuclease sites located adjacent to
20   the E. coli EPSPS coding sequence, the following steps
were taken. A deletion derivative of pMON4 was made by
cleavage with BstEII and religation. The resultant
plasmid, pMON7 lacks the 2 kb BstEII fragment of pMON4.
Next, a 150 bp HinfI to NdeI fragment which encodes the
25   5' end of the EPSPS open reading was isolated after
digestion of pMON7 with NdeI and HinfI and electroel-
tution following electrophoretic separation on an
acrylamide gel. This piece was added to the purified
4.5 kb BamHI-NdeI fragment of pMON8 which contains
30   the 3' portion of the EPSPS coding sequence and a
synthetic linker with the sequence:

5'-GATCCAGATCTGTTGTAAGGAGTCTAGACCATGG
GTCTAGACAACATTCCTCAGATCTGGTACCTTA

I-

I-

I-

T 0460X

46

The resulting plasmid pMON25 contains the EPSPS coding
sequence preceded by unique BamHI and BglII sites, a
synthetic ribosome binding site, and unique XbaI and
NcoI sites the latter of which contains the ATG trans-
lational initiator signal of the coding sequence.

To construct pMON6001, pMON25 was digested
with BamHI and mixed with a synthetic DNA fragment
containing a partial phage lambda pL sequence (Adams
and Galluppi, 1986) containing BamHI sticky ends:

5'-GATCCTATCTCTGGCGGTGTTGACATAAATACCACTGGCGGTGATACTGAGCACATCG
   GATAGAGACCGCCACAACTGTATTTATGGTGACCGCCACTATGACTCGTGTAGCCTAG

The resulting plasmid pMON6001 carries two copies of the
synthetic phage lambda pL promoter fragments as direct
repeats in the BamHI site of pMON25 in the correct
orientation to promote transcription of the EPSPS coding
sequence. The BglII-HindIII fragment from pMON6001
which contains the E. coli K-12 aroA gene was inserted
into a pEMBL18+ vector and a EcoRI site was inserted
at aa27 by site directed mutagenesis. This clone
with the new EcoRI site was called pMON6530. The
NdeI-BglII fragment (which includes the new EcoRI site)
from pMON6530 was cloned into the NdeI-BglII digested
pMON9540 to give pMON6531.

Plasmid pMON6012 is a simple derivative of
pMON6001 created by cleavage of pMON6001 and EcoRI,
treatment with large Klenow fragment of E. coli
DNA polymerase and ligation. This gave rise to
pMON6010 which contains no EcoRI cleavage site.
Plamid pMON6012 was then created by digestion of
pMON6010 with PvuII and insertion of a synthetic
EcoRI linker:

5'-CCGGAATTCCGG
   GGCCTTAAGGCC

0005249