into the unique PvuII site near the end of the EPSPS coding sequence.

The 330bp EcoRI fragment of pMON9531 (was cloned into M13 mp9 creating a new plasmid M8017.
5      Site directed mutagenesis was performed to introduce a BglII site in the leader sequence just 5' of the chloroplast transit peptide using the mutagenesis primer

5'-CCATTCTTGAAAGATCTAAAGATTGAGGA

10     The mutagenized clone obtained is designated M13 M8020. The BglII-EcoRI fragment was cloned into BglII-EcoRI digested pMON530 creating pMON536. pMON530 is a pMON505 derivative (Horsch & Klee, 1985) carrying the 35S-NOS cassette created by transferring the 2.3 kb
15     StuI-HindIII fragment of pMON316 into pMON526. Plasmid pMON526 is a simple derivative of pMON505 in which the SmaI site was removed by digestion with XmaI, treatment with Klenow polymerase and ligation. The resultant plasmid, pMON530 (Fig. 2) retains the properties of
20     pMON505 and the 35S-NOS expression cassette now contains a unique cleavage site for SmaI between the promoter and polyadenylation signals. The EcoRI fragment containing the aroA gene from pMON6031 was cloned into the EcoRI site of pMON536 creating
25     pMON542.

The BglII-EcoRI fragment of pMON9540 which encodes the hybrid K12-SM1 EPSPS without the CTP was cloned into the BglII and EcoRI sites of pMON530 to create pMON8078.
30     Transformation of tobacco cells using pMON542 (construct with CTP) as previously described in Example 3 resulted in glyphosate resistance. Conversely, transformation of tobacco with pMON8078 (construct without CTP) failed to confer glyphosate resistance.

-48-                07-21(381)A

EXAMPLE 9: Gly$^R$ Potato Cells

Potato - Shoot tips of virus-free Russet
Burbank are subcultured on media containing MS major
and minor salts, 0.17 g/l sodium dihygrogen phosphate,
5    0.4 mg/l thiamine hydrochloride, 0.1 g/l inositol,
3% sucrose, 1.5 g/l Gelrite™ (Kelco, Co.) at pH 5.6.
Cultures are grown at 24C in a 16 hour photoperiod.
Shoots are used approximately 3-4 weeks after subcul-
turing. Stem internodes are cut into approximately
10    8 mm lengths and split lengthwise, then the cut surface
is smeared with Agrobacterium carrying binary vector
pMON542 and helper plasmid pTiT37-SE which had been
streaked on an LB agar plate and grown for a few days.
Stem sections are placed cut side down on the surface
15    of the medium containing MS salts, MS organics, 3%
sucrose, 2.25 mg/l BA, 01186 mg/l NAA, 10 mg/l GA,
1.5 g/l Gelrite at pH 5.6. After 4 days, the stem
explants are transferred to the same medium but with
carbenicillin at 500 mg/l and kanamycin as the selective
20    agent at 0 or 300 mg/l. Two weeks after inoculation,
the explants are moved onto medium of the same
composition but without NAA. Kanamycin at 300 mg/l
was sufficient to prevent swelling and callusing of
the infected explants without killing the tissue.
25    The transformed tissue appears as small outgrowths
usually on the end of the explant. Transformed tissue
exhibits substantial resistance to glyphosate.

EXAMPLE 10: Gly$^R$ Sunflower Cells

The following procedures are utilized to obtain
30    transformed sunflower tissue and shoots. Tumors are
incited on sterile sunflower seedlings. Sunflower
seeds are surface sterilized with 40% Chlorox and sterile
distilled water rinses. The seeds are germinated on an

0005251

-49-          07-21(381)A

agar medium containing B5 salts, 0.5% sucrose and 0.8%
agar.  Seven-day old seedlings are inoculated with
overnight cultures of <u>Agrobacterium</u> strains carrying
pTiB6S3-SE by scoring the internode or stabbing the
5    internode with a syringe and using another syringe to
introduce the bacteria into the wound.  Tumors form in
2-3 weeks.  The tumors are removed from the seedlings
and grown independently on MS medium without hormones.
Transformed callus and shoots are also obtained
10   following a different procedure.  Seeds are surface
sterilized and placed on the germination medium above.
Germination is carried out in the light for 10 days.
Hypocotyl segments, 2-3 mm are, excised and inoculated
with <u>Agrobacterium</u> strains containing engineered
15   constructs.  The hypocotyls are co-cultured for 2 days
on a medium containing MS salts and vitamins, 5 g/l
$KNO_3$, 100 mg/l inositol, 40 mg/l adenine sulfate, 500
mg/l casamino acids, 1 mg/l NAA, 1 mg/l BA, 0.1 mg/l
GA3, 30 mg/l sucrose and 8 gm/l agar. After co-culture,
20   the hypocotyls are placed on the same medium but
containing 300 mg/l kanamycin and 500 mg/l carbeni-
cillin.  After 2 weeks, the hypocotyls inoculated
with strains containing the kanamycin resistance gene
produce callus and regenerates on medium containing
25   kanamycin while other hypocotyls do not.

          A. <u>tumefaciens</u> containing binary vectors
pMON546 and helper plasmid pTiB6S3-SE are used to
produce tumors and callus and regenerated plants.  The
tumors exhibit tolerance to glyphosate at concentra-
30   tions which bleach and kill control tumors which do
not contain the glyphosate resistance gene.  Non-
tumorous callus likewise show tolerance to levels of
glyphosate which kill callus without the glyphosate
resistance gene.  Transformed sunflower plants

0005252

demonstrate tolerance to glyphosate sprayed at
concentrations which kill wild type plants.

### EXAMPLE 11: Gly[R] Petunia Plants

Transformed petunia plants were produced by
5   regeneration from the transformed leaf disks of
Example 2, by the procedure described in Horsch et al
1985.  The transformed plants obtained contained the
pMON546 vector, described hereinbefore, which contains
the CaMV 35S promoter fused to the wild-type petunia
10  EPSPS gene.

Four individual representative transgenic
seedlings were selected, grown and tested in the
testing procedure described below, along with four
individual non-transformed (wild-type) petunia
15  seedlings.

The plants were grown in a growth medium
in a growth chamber at 26°C with 12 hours of light per
day.  The plants were fertilized weekly with a soluble
fertilizer and watered as needed.  The plants were
20  sprayed at a uniform and reproducible delivery rate
herbicide by use of an automated track sprayer.

The glyphosate solution used was measured as
pounds of glyphosate acid equivalents per acre, mixed
as the glyphosate isopropylamine salt, with an ionic
25  surfactant.

Four individual wild-type (non-transformed)
petunia plants were selected for use as control
plants.  Four individual transformed plants
containing the pMON546 vector were selected by
30  kanamycin resistance as described in Horsch et al
1985.

The control plants and the transformed

-51-          07-21(381)A

plants were sprayed with the isopropylamine salt of
glyphosate at the application level listed in Table 2
below; the experimental results obtained are also
summarized in Table 2.

0005254

-52-                07-21(381)A

## Table 2

### Plant Response to Glyphosate Spraying

| Plant Type | Glyphosate Dose* | Visual Appearance |
|---|---|---|
| Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and started to flower |

\*  Acid Equivalent

0005255

-53-                07-21(381)A

As indicated in Table 2, the control plants were killed when sprayed with 0.4 pounds/acre of glyphosate. In contrast, the petunia plants which were transformed were healthy and viable after
5   spraying with 0.8 pounds/acre. The transformed plants are more resistant to glyphosate exposure than the non-transformed control plants.

### EXAMPLE 12: Gly$^R$ Tomato Plants

Transformed tomato plants, VF36 variety
10  are produced from sterile seedlings as described below.

Sterile seedlings of VF36 tomato are grown on water agar. Hypocotyls and cotyledons are excised and cultured for 2 days on MS medium
15  containing B5 vitamins, 30 g/l sucrose and 1 mg/l benzyladenine and 0.1 mg/l indole acetic acid. The seedlings are then infected with the A. tumefaciens vector containing the chimeric EPSPS gene described in Example 2, by immersing for about 30 seconds in a
20  culture of A. tumefaciens containing the chimeric EPSP synthase gene that had been diluted to 10$^7$ bacteria/ml. Explants are obtained by cutting sections from the seedlings. The explants are blotted dry and incubated as described previously in Example 2
25  except that the medium contains only 10% of standard concentration of MS salts. After 2 days of coculture, the explants are transferred to selective medium containing 100 ug/ml kanamycin. Transformed tomato plants grow from the explants. Leaves
30  from these plants are tested for glyphosate resistance using a leaf callus assay described below.

0005256

-54-            07-21(381)A

Tomato leaf fragments from plants
containing vector alone (pMON200) or the pMON546
chimeric EPSPS gene are incubated on callus medium
described above containing 0.5 mM glyphosate.  After
5      10 days the control leaves are completely inhibited
and showed no signs of callus growth; the leaves from
plants transformed with the chimeric EPSPS gene vector
produced callus.

EXAMPLE 13: Gly$^R$ Tobacco Plants

10          Transformed tobacco plants (Samsun variety)
were produced and grown by the method described in
Example 4, substituting transformed tobacco leaf
disks for transformed petunia leaf disks.
          Tobacco plants were tested for glyphosate
15     resistance using the method described for tomato
plants in Example 5.  Tobacco leaf fragments from
plants containing vector alone (pMON200) or the
pMON546 chimeric EPSPS gene were incubated on callus
medium containing 0.5 mM glyphosate.
20          After 10 days the control tobacco leaves
were completely inhibited and showed no signs of
callus growth; the leaves from plants transformed
with the chimeric EPSPS that the chimeric petunia
EPSPS gene confers glyphosate resistance to tobacco
25     plants.

EXAMPLE 14: Isolation of Petunia EPSPS Genomic Clone

          In order to isolate the entire petunia
EPSPS gene, the library of petunia genomic DNA was
constructed as described in Example 1-G.  Briefly,
30     the chromosomal DNA from the MP4-G cell line was

0005257

-55-          07-21(381)A

digested with BamHI and cloned into a phage vector,
λMG14, to create a library.  As described in
Example 1-G, one phage clone λF7 was isolated which
contains a 4.8 kb BglII fragment that was
5    complementary to pMON9531 cDNA clone.  To isolate the
remainder of the gene, the genomic library was
screened again using as probe the 1.6 kb cDNA insert
from pMON9556.  The plating of the library and the
hybridization procedures were done as described in
10   Example 1-G.  Several positive signals were
obtained.  One isolate was selected for further
analysis and was designated as the λF10 phage clone.
The DNA from λF10 was digested separately
with BamHI, BglII, EcoRI and HindIII.  The DNA was
15   hybridized with nick-translated EPSPS sequences from
pMON9531 and pMON9556 in a Southern blot procedure.
This indicated that the complementary sequences from
λF10 were on 4.8 kb, 2.0 kb and 3.8 kb BglII
fragments.  DNA sequence analysis of these fragments
20   indicates that these three fragments together contain
the entire gene which spans approximately 9 kb
of petunia DNA and is interrupted by seven introns
(Figure 6).  The promotor fragment of the EPSPS gene
contained in the genomic clone, λF10, can be used to
25   express the chimeric EPSPS cDNA or genomic
sequences.  The fragments containing the introns may
also be used to construct additional chimeric EPSPS
genes to obtain enhanced levels of the mRNA.

EXAMPLE 15: Isolation of Arabidopsis thaliana Genomic
30   Clone

An Arabidopsis thaliana genomic bank was
constructed by cloning size fractionated (15-20 kb),
MboI partially digested DNA into BamHI cut lambda

0005258

-56-                07-21(381)A

EMBL3.  Approximately 10,000 plaques of phage from
this library were screened with a nick-translated
petunia EPSPS probe (pMON9566).  A strongly
hybridizing plaque, E1, was purified.  Southern blots
of the EPSPS probe to phage DNA digests identified two
fragments which hybridized very strongly.  The first
of these was a 1.0 kb HindIII fragment and the other
was a 700 bp BamHI fragment.  Both of these fragments
were subcloned into pUC119 and the DNA sequences of
the inserts determined.

The sequence data indicated that the phage
did contain the Arabidopsis EPSPS gene.  The enzyme
is highly homologous to the petunia enzyme over
the area for which sequence was available.  The BamHI
fragment was used as a hybridization probe against the
phage and Arabidopsis genomic DNA to identify
restriction endonuclease fragments suitable for
cloning the entire gene.  Two BglII fragments of 6.0
and 3.2 kb were identified from the E1 phage clone
which, together, contain the entire EPSPS gene.
Figure 6 summarizes the organization of the
Arabidopsis clone and compares it to the organization
of the Petunia EPSPS gene.

The DNA encoding the amino terminus of the
protein is within the 6.0 kb BglII fragment.  The
exact translational start site can be determined by
comparison of the amino acid sequence deduced from
the nucleotide sequence to that of the petunia
enzyme.  Site directed mutagenesis can then be used
to introduce a unique EcoRI site immediately upstream
of the translational start codon.  The entire gene
can then be isolated as an EcoRI fragment.  This
EcoRI fragment can be inserted into the expression

0005259

-57-                    07-21(381)A

vector, pMON530, and the resulting vector used to
overexpress the Arabidopsis EPSPS enzyme in plants.

## EXAMPLE 16: Isolation of Tomato EPSP cDNA Clone

5    A cDNA library was constructed from RNA
isolated from mature pistils of tomato (Lycopersicum
esculentum variety VF36) by the methods of Huynh et.
al (in: DNA Cloning Techniques: A Practical Approach,
IRL Press, D. Glover ed., 1985) and Gubler and
Hoffman (Gene 25:263-269, 1985). The library was
10   plated on E. coli strain BNN102 and filter replicas
were made. The filters were hybridized with the 1.9
kb BglII/ClaI fragment of pMON9563 that had been
labeled with $^{32}$P (Feinberg and Vogelstein (Anal.
Biochem. 132:6-13, 1983). Hybridizing plaques were
15   isolated and rescreened by the same method to verify
the presence of EPSPS cDNA. The full length tomato
EPSPS cDNA was present on two EcoRI fragments of 250
and 1700 bp in one of the cDNA clones (P1). The 250
bp fragment was cloned into the EcoRI site of pUC19
20   forming pMON9596. The 1700 bp fragment was cloned
into pUC19 forming pMON9589. The insert of pMON9596
was sequenced using a dideoxy sequencing kit purchased
from Amersham to determine the sequence surrounding
the start codon to facilitate mutagenesis. A BglII
25   site was engineered 13 bases upstream of the
translation start codon of pMON9596 by the method
of Kunkel (Proc. Natl. Acad. Sci. USA 82:488-492,
1985) using the chemically synthesized oligonucleotide:
      GCCATTTCTTGTGAAAAAGATCTTCAGTTTTTC
30   The insert of the resulting plasmid, pMON9710, was
sequenced to verify the correct mutation. The 70 bp
BglII/EcoRI fragment of pMON9710 was inserted into
pMON316 which had been digested with BglII and EcoRI

0005260

pMON316 which had been digested with BglII and EcoRI
creating pMON9720.  The 1700 bp EcoRI fragment of
pMON9589 was inserted into the EcoRI site of pMON9720
in the correct orientation to reconstitute the EPSPS
5     coding region resulting in pMON9721 (see Figure 7).
This plasmid was inserted into
A. tumefaciens cells which contained a helper
plasmid, pGV3111-SE.  The helper plasmid encodes
certain enzymes which are necessary to cause DNA from
10    pMON9721 to be inserted into plant cell chromosomes.
It also contains a kanamycin resistance gene which
functions in bacteria.  A. tumefaciens cells
containing pMON9721 are used in plant transformation
experiments to produce glyphosate resistant cells
15    and plants as previously described in Example 12.

EXAMPLE 17: Isolation of Brasicca napus cDNA Clone

Total RNA was isolated from Brassica napus
(cultivar Westar) flowers as follows.  Flowers were
frozen in liquid nitrogen.  After liquid nitrogen had
20    evaporated, flowers were homogenized in extraction
buffer (1% tris-isopropylnapthalene sulfonic acid, 6%
p-aminosalicylic acid, 100 mM Tris-HCl, pH 7.6, 50 mM
EGTA, pH 7.5, 100 mM NaCl, 1% SDS and 50 mM
2-mercaptoethanol) and then extracted with equal
25    volume of a 1:1 mixture of phenol/chloroform.  The
nucleic acids in the aqueous phase were precipitated
with ethanol.  The precipitate was dissolved in water
and the RNA was precipitated twice with LiCl to a
final concentration of 2M.  The final RNA pellet was
30    dissolved in water and the RNA was precipitated with
ethanol.  PolyA RNA was selected by olig-dT cellulose
chromatography.  The yield of polyA RNA was 1.0

0005261

μg/gram of flowers.

The library was constructed using polyA
RNA from Brassica napus flowers and the method used
is described in Example 16.  The yield in the library

5   was 90,000 plaques/3 μg polyA RNA.  The library was
plated at a density of 5000 plaques/plate.  The phage
DNA was transferred to nitrocellulose filters.  The
filters were hybridized under low stringency in 35%
formamide, 5 X SSC, 300 μg/ml tRNA, 0.1% SDS at 37°C.

10  The insert from pMON9556 was labeled with $^{32}$P by
nick-translation and added to the hybridization
solution at 2 x 10$^6$ cpm/ml.  The filters were washed
in 2 x SSC at room temperature twice for 15 min each
and once at 37°C for 30 min.  A number of positively

15  hybridizing phage were obtained.  These phage were
picked and rescreened twice at lower plaque densities.
The positively hybridizing phage were selected and those
containing a full length B. napus EPSPS cDNA clone
were chosen for further analysis.  The full length

20  B. napus EPSPS cDNA clone will be modified and
inserted into a plant expression vector, pMON530, to
create a chimeric CaMV 35S/B. napus EPSPS gene.

EXAMPLE 18: Petunia EPSPS Chloroplast Uptake Requires
CTP Sequence

25  A full-length cDNA clone of EPSPS from
P. hybrida was obtained as described in Example 1.
This cDNA clone contains 27 nucleotides of the 5'
untranslated leader, 1.5 kb which codes for the 72
amino acid transit peptide plus 444 amino acids of

30  the mature enzyme, and 0.4 kb of the entire 3'
flanking sequence.  The full-length EPSPS

0005262

-60-          07-21(381)A

cDNA was cloned as a 2.1 kb BglII-SalI fragment
into the BamHI/SalI sites of the plasmid pGEM1 to
give plasmid pMON6140 and into PGEM2 to give
pMON6145.  The EPSPS coding region is transcribed
5' to 3' from the T7 and SP6 promoters, respectively.
    Plasmid DNA (pMON6140 and pMON6145)
containing the full-length EPSPS cDNA was
linearized at a unique Pvu I site located in the 3'
untranslated region.  The linearized plasmid DNA was
transcribed _in vitro_ (uncapped) with SP6 and T7
polymerase essentially as described in Krieg et al,
1984.  The standard reaction buffer contained
40 mM Tris-HCl (pH 7.9), 6 mM $MgCl_2$, 10 mM
dithiothreitol, 2 mM spermidine, 80U RNasin
ribonuclease inhibitor, 0.5 mM each of ATP, GTP,
CTP and UTP, in a final reaction volume of 100 µl.
The final RNA pellet was resuspended in 20 µl of
sterile water and stored at -80°C.  A standard
translation reaction contained 100 µl of
nuclease-treated rabbit reticulocyte lysate,
5.7 µl of a 19-amino acid mixture (minus methionine)
at 1 mM each, 5.7 µl of RNA (total RNA transcripts
derived from 0.63 µg of plasmid DNA),  16 µl RNasin
(20U/µl) ribonuclease inhibitor, and 58.3 µl of
[$^{35}$S]methionine (14-15mCi/ml).  The _in vitro_
translation reaction was run at 30°C for 90 min.
The translation products were stored frozen at
-80°C.
    Intact chloroplasts were isolated from
lettuce (_Latuca_ _sativa_, var. longifolia) by
centrifugation in Percoll/ficoll gradients as modified
from Bartlett et al (1982).  The final pellet of
intact chloroplasts was suspended in 0.5 ml of

-61-            07-21(381)A

sterile 330 mM sorbitol in 50 mM Hepes-KOH,
pH 7.7, assayed for chlorophyll (Arnon, 1949),
and adjusted to the final chlorophyll concentration
of 4 mg/ml (using sorbitol/Hepes). The yield of intact
5    chloroplasts from a single head of lettuce was 3-6mg
chlorophyll.  These chloroplasts were deemed
homogeneous based on phase contrast and transmission
electron-microscopy.

A typical 300 µl uptake experiment
10   contained 5 mM ATP, 8.3 mM unlabeled methionine,
322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0),
50 µl reticulocyte lysate translation products, and
intact chloroplasts from L. sativa (200 µg chlorophyll).
The uptake mixture was gently rocked at room
15   temperature (in 10 x 75 mm glass tubes) directly
in front of a fiber optic illuminator set at maximum
light intensity (150 Watt bulb).  Aliquots of the
uptake mix (50-125 µl) were removed at various times
and fractionated over 100 µl silicone-oil gradients
20   (in 150 µl polyethylene tubes) by centrifugation
at 11,000 X g for 30 sec.  Under these conditions,
the intact chloroplasts form a pellet under the
silicone-oil layer and the incubation medium
(containing the reticulocyte lysate) floats on
25   the surface.  After centrifugation, the
silicone-oil gradients were immediately frozen in
dry ice.  The chloroplast pellet was then resuspended
in 50-100 µl of lysis buffer (10 mM Hepes-KOH pH 7.5,
1 mM PMSF, 1 mM benzamidine, 5 mM ε-amino-n-caproic
30   acid, and 30 µg/ml aprotinin) and centrifuged at
15,000 X g for 20 min to pellet the thylakoid
membranes.  The clear supernatant (stromal proteins)
from this spin, and an aliquot of the reticulocyte
lysate incubation medium from each uptake experiment,

0005264

were mixed with an equal volume of 2X NaDodSO$_4$-PAGE
sample buffer for electrphoresis (see below).

NaDodSO$_4$-PAGE was carried out according to
Laemmli (1970) in 12% (w/v) acrylamide slab gels (60 mm X
5   1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm X
1.5 mm).  The gels were fixed in 30% methanol and 10%
acetic acid, dried under vacuum, and taken for direct
autoradiography with Kodak XAR-5 X-ray film.
Quantitation of bands on the X-ray film was performed
10   using a Hoefer GS-300 scanning densitometer
interfaced with a Spectra-Physics SP4100
recording/computer integrator.

To verify that precursor EPSPS (+CTP) is
taken up and processed by chloroplasts, the total
15   translation products containing [$^{35}$S]methionine-labeled
pre-EPSPS were incubated with freshly isolated, intact
chloroplasts from L. sativa.  The pre-EPSPS (+CTP)
was rapidly translocated into chloroplasts and
cleaved to the mature EPSPS of M$_r$≈48 kDa.  The
20   NaDodSO$_4$-PAGE autoradiograph revealed the
disappearance of the precursor EPSPS from the
incubation medium, and the subsequent appearance of a
lower molecular weight, mature form in the
chloroplast fraction.  Some of the mature EPSPS
25   was also present in the incubation medium at 15
minutes due to chloroplast lysis.  Post-uptake
treatment of the incubation mixture with trypsin and
chymotrypsin showed that the pre-EPSPS in the
incubation medium was completely degraded, whereas
30   the mature EPSPS in the chloroplast fraction was
fully protected.  These results indicate that EPSPS
was translocated across the chloroplast envelope
into a protease inaccessible space.
Furthermore, subfractionation of the reisolated

0005265

chloroplasts indicated that the mature EPSPS was
localized in the stromal, as opposed to
thylakoid, fraction. Based on nucleotide sequence,
the predicted molecular weight for the mature P.
hybrida EPSPS is 47,790 daltons. The $M_r$ 48 kDa
polypeptide localized in the reisolated chloroplast
fraction co-migrated during $NaDodSO_4$-PAGE with the
purified mature EPSPS of P. hybrida.

In order to show that the CTP is required
for uptake, the mature enzyme (lacking the CTP) is
isolated from the chloroplast stroma after an initial
15 minute uptake experiment. A mixture of stromal
proteins (containing the labeled mature enzyme) was
diluted with unlabeled reticulocyte lysate and used
in a second uptake experiment with intact
chloroplasts. The mature EPSPS (lacking the CTP)
was not translocated into chloroplasts, or bound
to the outer-envelope membrane, during a 15 minute
incubation. As a control experiment, we found that
the rate of uptake of pre-EPSPS into chloroplasts
was unaffected by the addition of stromal proteins
to the incubation mixture. From these data it
is concluded that the CTP of EPSPS is required
for uptake of the enzyme into chloroplasts.

EXAMPLE 19: CTP of Petunia EPSPS Facilitates Chloroplast
Uptake of Heterologous Protein

The following EPSPS experiments show that
the CTP can target a heterologous protein to the
stroma compartment. The 72-amino-acid transit
peptide of EPSPS was fused to the mature ssRUBISCO
from wheat. The mature wheat ssRUBISCO cDNA

(Broglie et al 1983) was obtained as an SphI/PstI
fragment of ~0.6 kb.  This SphI/PstI fragment
contains the entire mature wheat ssRUBISCO coding
region of 128 amino acids (beginning at the N-Terminal
5   methionine) and 200 bp of the 3' untranslated
region.  The mature ssRUBISCO cDNA fragment was
fused behind the P. hybrida EPSPS CTP cDNA fragment.
This fusion was done by joining an EcoRI/SphI
fragment of pMON6242 with the wheat ssRUBISCO cDNA.
10   The construct pMON6242 is a derivative of pMON6140
and contains P. hybrida EPSPS with an engineered
consensus cleavage site for ssRUBISCO.  The cleavage
site of pMON6140 EPSPS (ser-val-ala-thr-ala-gln/lys)
was changed to gly-gly-arg-val-ser-cys/met in
15   pMON6242.  This change introduces an in-frame SphI
site which allows CTP switching between ssRUBISCO
and EPSPS.  The construct pMON6242 has previously
been cloned into pGEM-2 and shown to give a chimeric
precursor enzyme which is transported into
20   chloroplasts in vitro and proteolytically processed
in the correct fashion.

    The EcoRI/SphI fragment from pMON6242 was
fused to the SphI site from wheat ssRUBISCO and
cloned into plasmid pIBI to give pMON6149.  In vitro
25   transcription/translation of pMON6149 gave a single
polypeptide of the predicted molecular weight for the
fusion protein (~23 kD).  Chloroplast import assays
in vitro showed that the chimeric protein was
transported into the stroma and proteolytically
30   cleaved to a final product of ~15 kD (the ssRUBISCO
has a molecular weight of 15 kD).

    These results show that the EPSPS CTP alone
confers sufficient information to target
a heterologous protein to the chloroplast stroma.

-65-                07-21(381)A

REFERENCES

Adams, S. P. et al. (1983) <u>J. Amer. Chem. Soc. 105</u>: 661

Amrhein, N. et al. (1980) <u>Naturwissenschafter 67</u>:
356-357.

5    Arnon, D.I. (1949) Plant Physiol. 24,1-15

Ausubel, F. et al (1980) <u>Plant Mol. Bio. Newsletter 1</u>:
26-32.

Barinaga, M. R. et al. (1981) "Methods for the Transfer
of DNA, RNA and Protein to Nitrocellulose and

10    Diazotized Paper Solid Supports", pub. by
Schleicher and Schuell Inc., Keene NH.

Bartlett, S. G., Grossman, A.R. & Chua N.H. (1982) in
<u>Methods in Chloroplast Molecular Biology</u>,
Elsevier Biomedical Press, New York,

15    pp 1081-1091.

Bevan, M. et al. (1983) <u>Nature 304</u>: 184.

Broglie, R. et al. (1983) <u>Bio/Technology 1</u>: 55-61.

Comai, L. et al. (1983) <u>Science 221</u>: 370-371.

Davis, R.W. et al. (1980) <u>Advanced Bacterial Genetics</u>,

20    Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) <u>Bot. Review 42</u>:
389-466.

DePicker, A. et al. (1982) <u>J. Mol. Appl. Gen. 1</u>: 561.

Ditta, G. et al (1980) <u>Pro. Natl. Acad. Sci. Usa</u>

25    <u>77</u>:7347

Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier
Biomedical Press, New York), pp. 1081-1091.

Fraley, R. T. et al. (1983) <u>Proc. Natl. Acad. Sci. USA</u>
<u>80</u>: 4803.

30    Goldberg, R. B. et al., (1981) <u>Devel. Bio. 83</u>:
201-217.

Hernalsteens, J. P. et al. (1985), <u>EMBO Journal 3</u>:
3039-3041.

0005268

-66-                07-21(381)A

Herrera-Estrella, L. et al. (1983) <u>Nature 303</u>: 209

Hooykaas-Van Slogteren, G.M.S. et al. (1984)
    <u>Nature 311</u>: 763-764.

Horsch, R. B. and Jones, G.E. (1980) <u>In Vitro 16</u>:
5    103-108.

Horsch, R. B. et al. (1985) <u>Science 227</u>: 1229-1231.

Horsch, R. B. and Klee, H. J. (1986) <u>Proc. Natl. Acad.
    Sci. USA 83</u>, 4428-4432.

Hunkapiller, M.W. et al. (1983a) <u>Methods Enzymol. 91</u>:
10    399-413.

Hunkapiller, M.W. et al. (1983b) <u>Methods Enzymol. 91</u>:
    486-493.

Huynh, T.V. et al, (1985) in <u>DNA Cloning Techniques:
    A Practical Approach</u>, D. Glover
15    (ed.), IRL Press, Oxford, England

Krieg, P.A. & Melton, D. A. (1984) Nucleic Acids Res.
    12; 7057-7070.

Laemmli, U. K. (1970) Nature 227, 680-685.

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
20    RNA using NA-45 DEAE Membrane." Schleicher and
    Schuell, Inc., Keene, NH.

Maniatis, T. et al. (1982) <u>Molecular Cloning: A
    Laboratory Manual</u>, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) <u>P.N.A.S. U.S.A.</u>
25    <u>74</u>: 560-564.

Meagher, R. B. et al. (1977) <u>Virology 80</u>: 362-375.

Messing, J. et al. (1981). <u>Nucleic Res. 9</u>: 309-321.

Messing, J. and J. Vieira (1982), <u>Gene 19</u>: 69-276.

Mousdale, D. M. and Coggins, J. R. (1984) <u>Planta 160</u>:
30    78-83.

Nafziger, E. D., et al (1984), <u>Plant Physiol</u>, 76, 571.

Mousdale, D. M. and Coggins, J. R. (1985) <u>Planta 163</u>:
    241-294.

0005269

67

-67-          07-21(381)A

Rogers, S. G. et al. (1983) <u>Appl. Envir. Microbio. 46</u>: 37-43.

Rubin, J. et al. (1982) <u>Plant Phys. 70</u>: 833-839.

Scherer, et al. (1981) <u>Developmental Bio.86</u>: 438-447.

Schimke, R. T., ed. (1982) <u>Gene Amplification</u>, Cold Spring Harbor Labs.

Smart, C. C., et al (1985), <u>J. Biol. Chem</u>, 30, 16338.

Southern, E.M. (1975) <u>J. Mol. Biol. 98</u>: 503-517.

Stalker, D. M. et al. (1985) <u>J. Biol. Chem. 260</u>: 4724-4728.

Steinrucken, H. and Amrhein, N. (1980) <u>Biochem. & Biophys. Res. Comm. 94</u>: 1207-1212.

Vieira, J. et al. (1982), <u>Gene 19</u>: 259-268.

Steinrucken, H. et al. (1985) <u>Arch. Biochem. Biophys.</u> (in press).

Young, R. A. and R. W. Davis. (1983), <u>Proc. Natl. Acad. Sci., USA 80</u>: 1194-1198.

Zoller, M. M. et al, (1983), <u>Methods Enzymol.</u>, 100, 468.

-68-                07-21(381)A

CLAIMS:

1. A cloning or expression vector comprising a gene which encodes a 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) polypeptide under the control of a suitable promoter, said polypeptide comprising a chloroplast transit peptide which permits the polypeptide, upon expression in a plant cell, to be imported into a chloroplast of the cell, said polypeptide rendering the plant cell resistant to glyphosate.

2. A cloning or expression vector of Claim 1 in which the chloroplast transit peptide is derived from an EPSPS gene contained in a plant chromosome.

3. A cloning or expression vector of Claim 1 which encodes a plant EPSPS polypeptide.

4. A cloning or expression vector of Claim 1 in which the chloroplast transit peptide has substantially the sequence shown in Figure 3.

5. A cloning or expression vector of Claim 1 in which the promoter is heterologous with respect to the EPSPS polypeptide, said promoter causing greater expression in plant cells than the endogenous EPSPS promoter.

6. A cloning or expression vector of Claim 5 in which the heterologous promoter is derived from the genome of a virus.

7. A cloning or expression vector of Claim 6 in which the heterologous promoter is derived from a cauliflower mosaic virus (CaMV).

8. A cloning or expression vector of Claim 7 in which the heterologous promoter is the CAMV 35S promoter.

0005271

-69-                    07-21(381)A

9. A plant transformation vector which
comprises

a) an EPSPS gene which encodes an EPSPS
polypeptide under the control of a suitable promoter,
5    said polypeptide comprising a chloroplast transit
peptide which permits the polypeptide, upon
expression in a plant cell, to be imported into a
chloroplast of the cell, said polypeptide rendering
the plant cell resistant to glyphosate; and
10        b) at least one T-DNA border.

10. A plant transformation vector of Claim 9
in which the EPSPS gene comprises a CaMV 35S promotor
and an EPSPS polypeptide coding sequence derived from
a plant EPSPS gene.
15        11. A plant transformation vector of Claim
10 contained in a culture of cells having ATCC number
53213.

12. A chimeric gene which comprises:

a) a coding sequence which encodes an EPSPS
20   polypeptide, said polypeptide comprising a
chloroplast transit peptide which permits the
polypeptide, upon expression in a plant cell, to be
imported into a chloroplast of the cell, said
polypeptide rendering the plant cell resistant to
25   glyphosate; and

b) a promotor sequence which is
heterologous with respect to the coding sequence.

13. A chimeric gene of Claim 12 in which the
chloroplast transit peptide has substantially the
30   sequence shown in Figure 3.

0005272

-70-                07-21(381)A

14. A chimeric gene of Claim 13 in which the promotor sequence is derived from the genome of a virus.

5      15. A chimeric gene of Claim 14 in which the promotor sequence is derived from cauliflower mosaic virus (CaMV).

16. A chimeric gene of Claim 15 in which the promotor is the CaMV 35S promotor.

17. A plant cell which has been transformed
10   by a plant transformation vector of Claim 9.

18. A plant cell of Claim 17 in which the plant transformation vector contains an EPSPS gene comprising a CaMV 35S promotor and an EPSPS polypeptide coding sequence from a plant EPSPS gene.

15     19. A plant cell of Claim 18 which is resistant to about 0.5mM glyphosate and herbicidal salts thereof.

20. A plant cell which expresses a chimeric gene of Claim 12.

20     21. A plant cell of Claim 20 which is resistant to about 0.5mM glyphosate and herbicidal salts thereof.

22. A method of producing glyphosate resistant plants which comprises:

25          a) transforming plant cells by inserting into the genome of a plant cell a chimeric gene of Claim 12; and

b) Regenerating glyphosate resistant plants from said transformed plant cells.

30     23. A glyphosate-resistant tomato plant.

24. A glyphosate-resistant tobacco plant.

25. A glyphosate-resistant oil seed rape.

26. A glyphosate-resistant flax plant.

27. A glyphosate-resistant soybean plant.

0005273

-71-            07-21(381)A

28. A glyphosate-resistant sunflower plant.

29. A glyphosate-resistant sugar beet plant.

30. A glyphosate-resistant alfalfa plant.

31. A method for isolating EPSPS genes which
5  comprises hybridizing the EPSPS gene from a first
plant species with DNA containing the EPSPS coding
sequence of a second plant species or a fragment
thereof.

32. A method of Claim 31 in which the second
10 plant species is petunia.

-72-           07-21(381)A

## GLYPHOSATE-RESISTANT PLANT CELLS

### Abstract of the Disclosure

This invention involves a cloning or
expression vector comprising a gene which encodes
5   5-enolpyruvylshikimate-3-phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell
contains a chloroplast transit peptide which allows
the polypeptide, or an enzymatically active portion
thereof, to be transported from the cytoplasm of the
10  plant cell into a chloroplast in the plant cell, and
confers a substantial degree of glyphosate resistance
upon the plant cell and plants regenerated therefrom.
     The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
15  cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation
vectors, and subsequently introduced into plant cells.
Plant cells transformed using such genes and plants
regenerated therefrom have been shown to exhibit a
20  substantial degree of glyphosate resistance.

0005275



As Original Filed

879814

1. SUSPENSION CULTURE OF MP4 PETUNIA CELLS

2. CONTACT WITH LOW LEVEL OF GLYPHOSATE AND CULTURE SURVIVING CELLS

3. SLOWLY INCREASE LEVEL OF CLYPHOSATE, ISOLATE HIGHLY RESISTANT ($G^r$) CELLS, MP4-G

4. PURIFY EPSPS PROTEIN; DETERMINE AMINO ACID SEQUENCE

5. CREATE RADIOACTIVE DNA PROBES WHICH COULD ENCODE THE AMINO ACID SEQUENCE

6. CREATION OF cDNA FROM PETUNIA mRNA

7. INSERT cDNA INTO CLONING VECTORS

8. USE PROBES TO ISOLATE A CLONING VECTOR HAVING AN EPSPS GENE IN INSERTED FRAGMENT

9. DETERMINE SEQUENCE OF EPSPS GENE, IDENTIFY CLEAVAGE SITES THAT ALLOW PROMOTER TO BE REMOVED FROM CODING SEQUENCE

10. REPLACE EPSPS PROMOTER WITH STRONGER CaMV 35S PROMOTER, TO CREATE CHIMERIC GENE

11. INSERT CHIMERIC GENE INTO DISARMED Ti VECTOR, USE VECTOR TO INSERT THE GENE INTO PLANT CELLS

12. GROW TRANSFORMED PLANT CELLS ON GLYPHOSATE

13. REGENERATE AND TEST DIFFERENTIATED PLANTS

*FIG. 1.*

0005276



FIG. 2.



879814

DNA AND AMINO ACID SEQUENCE
OF THE CHLOROPLAST TRANSIT
PEPTIDE (CTP) OF THE
PETUNIA EPSPS GENE

```
  1  GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCTCAAGGGATA   60
                       MetAlaGlnIleAsnAsnMetAlaGlnGlyIle

 61  CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTGCTAAATCTTCAAGTTTT  120
     GlnThrLeuAsnProAsnSerAsnPheHisLysProGlnValProLysSerSerPhe

121  CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA  180
     LeuValPheGlySerLysLysLeuLysAsnSerAlaAsnSerMetLeuValLeuLysLys

181  GATTCAATTTTTATGCAAAAGTTTTGTTCCTTTAGGATTTCAGCATCAGTGGCTACAGCA  240
     AspSerIlePheMetGlnLysPheCysSerPheArgIleSerAlaSerValAlaThrAla

241  CAG
     Gln
```

FIG. 3

0005278



Petunia EPSP Synthase cDNA



Fig. 4



*Fig. 5*

As Original Filed

879814



Comparison of Petunia and Arabidopsis EPSP Synthase Genes

Fig. 6



879814



Page 1 of 4

Attorney Docket No. C-07-21-(381)A

APPLICATION FOR UNITED STATES PATENT
DECLARATION  *  POWER OF ATTORNEY  *  PETITION

AS A BELOW-NAMED INVENTOR, I hereby declare that:

MY RESIDENCE, citizenship, and post office address are as stated below, next to my name.

I BELIEVE I am:

1.    [ ] the original, first and sole inventor,

2.    [X] an original, first and joint inventor,

of the subject matter which is claimed and for which a patent is sought on the invention entitled

3.    _____GLYPHOSATE-RESISTANT PLANTS_____

_____

the specification of which, with any Preliminary Amendment,

4.    [ ] is attached hereto

5.    [ ] was filed on _____(date)

5(a).    as Application Serial No. _____

6.    [ ] including Amendment(s) filed on _____(date)
            and _____(date)

7.    [ ] together with any Amendment(s) filed herewith.

I HEREBY STATE that I have reviewed and understand the contents of the above-identified Specification, including the Claims, as amended by any Amendment(s) referred to above.

I ACKNOWLEDGE my Duty to Disclose information of which I am aware which is material to the Examination of this Application in accordance with Title 37, Code of Federal Regulations, §1.56(a) including any such information which occurred between the filing date of any prior application listed below for which the benefit of Title 35, United States Code §120 is claimed and the filing date of this Application.

I HEREBY STATE that the subject matter which is claimed in any Amendment(s) referred to above was part of my or our invention and was invented before the filing of this Application.

P6L8P83                          η⅗              0005283

<u>Page 2 of 4</u>

## <u>BENEFIT OF EARLIER FILING DATE</u>

THIS APPLICATION in whole or in part discloses and claims subject matter disclosed in and I hereby claim the benefit under Title 35, United States Code, §120 of any of my or our prior United States application(s) listed below:

| | SERIAL NO. | FILING DATE | STATUS |
|---|---|---|---|
| 8. | 763,482 | August 7, 1985 | Pending |
| | 792,390 | October 29, 1985 | Pending |
| | | | |
| | | | |

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or Inventor's Certificate(s) listed below:

| | NUMBER | COUNTRY | FILING DATE |
|---|---|---|---|
| 9. | | | |

Any foreign application(s) for patent or Inventor's Certificate(s) filed by me or us which claims or discloses all or any part of the subject matter claimed in this Application and which has a filing date before that of the above-listed application(s) on which foreign priority is claimed is identified below:

| | NUMBER | COUNTRY | FILING DATE |
|---|---|---|---|
| 10. | | | |

AS TO ANY subject matter which is claimed in this Application which is not common to any above-identified prior application(s) for which the benefit of 35 USC §119 or §120 is claimed, I do not know and do not believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or described in any printed publication in any country before my or our invention thereof or more than one year prior to the date of this Application, or in public use or on sale in the United States more than one year prior to the date of this Application, that said subject matter has not been patented or made the subject of an Inventor's Certificate issued before the date of this Application in any country foreign to the United States on an application filed by me or my legal representatives or assigns more than twelve months prior to this Application.

AS TO ANY subject matter which is claimed in this Application which is common to any above-identified prior application(s) for which the benefit of 35 USC §120 is claimed, I do not know and believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or

Page 3 of 4

described in any printed publication in any country before my or
our invention thereof or more than one year prior to the earliest
of said prior application(s) to which said subject matter is common,
or in public use or on sale in the United States more than one year
prior to the earliest of said prior application(s) to which said
subject matter is common, that said subject matter has not been
patented or made the subject of an Inventor's Certificate issued
before the date of the earliest of said prior application(s) to
which said subject matter is common in any country foreign to the
United States on an application filed by me or my legal representa-
tives or assigns more than twelve months prior to the earliest of
said prior application(s) to which said subject matter is common.

11.    [ ]  ALL APPLICATION(S), if any, for patent or Inventor's
       Certificate on any part of said subject claimed in this Applica-
       tion filed by me or my representatives or assigns in any country
       foreign to the United States of America in addition to any listed
       above on which priority is claimed are listed in Annex A, attached
       hereto.


           I HEREBY appoint the following as my attorney(s) and/or
       agent(s) of record with full power of substitution and revocation
       to prosecute this Application and to transact all business in the
       Patent and Trademark Office connected therewith.

12.    Dennis R. Hoerner, Jr.              Reg. No. 30,914

       James W. Williams, Jr.             Reg. No. 21,161

       Arnold H. Cole                     Reg. No. 18,128

       Larry R. Swaney                    Reg. No. 25,708


           ALL correspondence/telephone calls in connection with this
       Application should be directed to:

13.    Dennis R. Hoerner, Jr., Monsanto Company, 800 N. Lindbergh

       Blvd., St. Louis, Missouri 63167

13(a). Telephone Number:  (314) 694-2286    .


           I FURTHER declare that all statements made herein of my own
       knowledge are true and that all statements made on information
       and belief are believed to be true; and further that these state-
       ments were made with the knowledge that willful false statements
       and the like so made are punishable by fine or imprisonment, or
       both, under Section 1001 of Title 18 of the United States Code,
       and that such willful false statements may jeopardize the validity
       of the Application or any patent issuing thereon.


       P6L8P83                          15

Page 4 of 4

WHEREFORE, I PRAY that Letters Patent be granted to me solely or jointly with the additional inventor(s) (if any) named below for the invention described and claimed in the above-identified specification and claims, and I hereby subscribe my name to the above-identified specification and claims, Declaration, Power of Attorney and this Petition.

14(a). SOLE or FIRST JOINT INVENTOR,
full name: Dilip M. Shah

RESIDENCE (State/Country): Missouri/USA

CITIZENSHIP: U.S.A.

POST OFFICE ADDRESS: 6 Nassau Circle

Creve Coeur, MO 63145

INVENTOR'S SIGNATURE: →

DATE: July 2, 1986

14(b). SECOND JOINT INVENTOR (if
any), full name: Stephen G. Rogers

RESIDENCE (State/Country): Missouri/USA

CITIZENSHIP: U.S.A.

POST OFFICE ADDRESS: 14788 Timberbluff Drive

Chesterfield, MO 63017

INVENTOR'S SIGNATURE: →

DATE: July 2 1986

14(c). THIRD JOINT INVENTOR (if
any), full name: Robert B. Horsch

RESIDENCE (State/Country) Missouri/USA

CITIZENSHIP: U.S.A.

POST OFFICE ADDRESS: 12316 Tempo Drive

St. Louis MO 63141

INVENTOR'S SIGNATURE: →

DATE:

14(d). FOURTH JOINT INVENTOR (if
any), full name: Robert T. Fraley

RESIDENCE (State/Country) Missouri/USA

CITIZENSHIP: U.S.A.

POST OFFICE ADDRESS: 12917 Topping Drive

St. Louis, MO 63131

INVENTOR'S SIGNATURE: →

DATE: 7/2/86

0005286

P6L8P83

'79814

<u>NEW APPLICATIONS</u>                                CASE NO.   07-21(381)A

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C.  20231

Sir:

    Transmitted herewith for filing is the patent application of:

INVENTOR(S): R. T. Fraley, R. B. Horsch, S. G. Rogers and D. M. Shah

TITLE: Glyphosate-Resistant Plants

Enclosed are:

[X] Abstract, Specification, Claim(s), and attached Declaration. (Incomplete)

[ ] An Assignment of the invention to Monsanto Company, 800 North Lindbergh Boulevard, St. Louis, Missouri · 63167 for recordation.

Also enclosed are:

[X]   7  sheet(s) of formal/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | $340.00 |
|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | |
| Claims | No. Filed | No. Extra | Rate | |
| Independent | 15 - 3 = | 12 | X $34.00 = | 408.00 |
| TOTAL | 32 - 20 = | 12 | X $12.00 = | 144.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | |
| | | | TOTAL FEE → | 892.00 |

[X] A triplicate copy of this transmittal paper is enclosed

[X] Please charge the above calculated total fee to my Deposit Account No.   13-4125  . Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in addition to the above as well as all future fees set forth in 37 CFR 1.16 and 1.17 which may be required during the entire pendency of this Application, and credit any overcharges to Deposit Account No.   13-4125    [37 CFR 1.25(b)].

NOTE: THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE:   July 2, 1986               _Dennis R. Hoerner Jr._
                                   Attorney of Record Dennis R. Hoerner, Jr.

                                   Registration No.   90,314

                                   Telephone: (314) 694-2286

P02/L27/P83
R09/11/85                                                    0005287

*A/H*

*#3*
*UM.*
*P/22/86*

07-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF  )

R. T. FRALEY, ET AL.   )  GROUP ART UNIT:
            )   Not Yet Known
SERIAL NO.: 879,814  )
            )  EXAMINER: Not Yet Known
FILED: July 7, 1986   )
            )  Date: September 18, 1986
TITLE: GLYPHOSATE-RESISTANT )
   PLANTS        )

OATH OR DECLARATION OF R. B. HORSCH

Commissioner of Patents and Trademarks

Washington, D. C. 20231

   The above-identified application was filed on

July 7, 1986 and afforded serial number 879,814 pursuant

to 37 CFR 1.53(c).

   Pursuant to 1.53(d), included herewith is a

signed declaration of Robert B. Horsch, a named co-inventor

in the above-identified application. The Commissioner

is hereby requested and authorized to debit Account No.

13-4125 the requisite $100.00 fee under 37 CFR 1.16(e).

   Although the originally filed declaration

included a correspondence address, the office has not yet

notified the undersigned attorney of the deficiency.

Since the Horsch declaration is being submitted over two

months subsequent to the filing date, the Commissioner is

authorized to debit Account No. 13-4125 the requisite

$100.00 fee under 37 CFR 1.21(l) should such be warranted

in this situation.

T 11036  09/25/86  879814   13-4125  110  105  110.00CH
                 Respectfully submitted,

                 Dennis R. Hoerner, Jr.
                 Attorney for Applicant
                 Registration No. 30,914

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-6099

0005288

Page 1 of 4

Attorney Docket No. C-07-21-(381)A

APPLICATION FOR UNITED STATES PATENT
DECLARATION   *   POWER OF ATTORNEY   *   PETITION

AS A BELOW-NAMED INVENTOR, I hereby declare that:

MY RESIDENCE, citizenship, and post office address are as stated below, next to my name.

I BELIEVE I am:

1.         [ ] the original, first and sole inventor,

2.         [X] an original, first and joint inventor,

of the subject matter which is claimed and for which a patent is sought on the invention entitled

3.         _____GLYPHOSATE-RESISTANT PLANTS_____

_____

the specification of which, with any Preliminary Amendment,

4.         [ ] is attached hereto

5.         [X] was filed on ___July 7, 1986_____(date)

5(a).        as Application Serial No. ___879,814_____

6.         [ ] including Amendment(s) filed on _____(date)
             and _____(date)

7.         [ ] together with any Amendment(s) filed herewith.


    I HEREBY STATE that I have reviewed and understand the contents of the above-identified Specification, including the Claims, as amended by any Amendment(s) referred to above.


    I ACKNOWLEDGE my Duty to Disclose information of which I am aware which is material to the Examination of this Application in accordance with Title 37, Code of Federal Regulations, §1.56(a) including any such information which occurred between the filing date of any prior application listed below for which the benefit of Title 35, United States Code §120 is claimed and the filing date of this Application.


    I HEREBY STATE that the subject matter which is claimed in any Amendment(s) referred to above was part of my or our invention and was invented before the filing of this Application.


P6L8P83

0005289

Page 2 of 4

## BENEFIT OF EARLIER FILING DATE

THIS APPLICATION in whole or in part discloses and claims subject matter disclosed in and I hereby claim the benefit under Title 35, United States Code, §120 of any of my or our prior United States application(s) listed below:

| | SERIAL NO. | FILING DATE | STATUS |
|---|---|---|---|
| 8. | 763,482 | August 7, 1985 | Pending |
| | 792,390 | October 29, 1985 | Pending |
| | | | |
| | | | |
| | | | |

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or Inventor's Certificate(s) listed below:

| | NUMBER | COUNTRY | FILING DATE |
|---|---|---|---|
| 9. | | | |

Any foreign application(s) for patent or Inventor's Certificate(s) filed by me or us which claims or discloses all or any part of the subject matter claimed in this Application and which has a filing date before that of the above-listed application(s) on which foreign priority is claimed is identified below:

| | NUMBER | COUNTRY | FILING DATE |
|---|---|---|---|
| 10. | | | |

AS TO ANY subject matter which is claimed in this Application which is not common to any above-identified prior application(s) for which the benefit of 35 USC §119 or §120 is claimed, I do not know and do not believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or described in any printed publication in any country before my or our invention thereof or more than one year prior to the date of this Application, or in public use or on sale in the United States more than one year prior to the date of this Applica-tion, that said subject matter has not been patented or made the subject of an Inventor's Certificate issued before the date of this Application in any country foreign to the United States on an application filed by me or my legal representatives or assigns more than twelve months prior to this Application.

AS TO ANY subject matter which is claimed in this Application which is common to any above-identified prior application(s) for which the benefit of 35 USC §120 is claimed, I do not know and believe that the same was ever known or used in the United States before my or our invention or discovery thereof, or patented or

P6L8P83

Page 3 of 4

described in any printed publication in any country before my or
our invention thereof or more than one year prior to the earliest
of said prior application(s) to which said subject matter is common,
or in public use or on sale in the United States more than one year
prior to the earliest of said prior application(s) to which said
subject matter is common, that said subject matter has not been
patented or made the subject of an Inventor's Certificate issued
before the date of the earliest of said prior application(s) to
which said subject matter is common in any country foreign to the
United States on an application filed by me or my legal representa-
tives or assigns more than twelve months prior to the earliest of
said prior application(s) to which said subject matter is common.

11.    [ ] ALL APPLICATION(S), if any, for patent or Inventor's
Certificate on any part of said subject claimed in this Applica-
tion filed by me or my representatives or assigns in any country
foreign to the United States of America in addition to any listed
above on which priority is claimed are listed in Annex A, attached
hereto.

    I HEREBY appoint the following as my attorney(s) and/or
agent(s) of record with full power of substitution and revocation
to prosecute this Application and to transact all business in the
Patent and Trademark Office connected therewith.

12.    Dennis R. Hoerner, Jr.            Reg. No. 30,914

       James W. Williams, Jr.           Reg. No. 21,161

       Arnold H. Cole                   Reg. No. 18,128

       Larry R. Swaney                  Reg. No. 25,708

    ALL correspondence/telephone calls in connection with this
Application should be directed to:

13.    Dennis R. Hoerner, Jr., Monsanto Company, 800 N. Lindbergh

       Blvd., St. Louis, Missouri 63167

13(a). Telephone Number: (314) 694-2286 .

    I FURTHER declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these state-
ments were made with the knowledge that willful false statements
and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code,
and that such willful false statements may jeopardize the validity
of the Application or any patent issuing thereon.

P6L8P83                              **0005291**

<u>Page 4 of 4</u>

    WHEREFORE, I PRAY that Letters Patent be granted to me solely or jointly with the additional inventor(s) (if any) named below for the invention described and claimed in the above-identified specification and claims, and I hereby subscribe my name to the above-identified specification and claims, Declaration, Power of Attorney and this Petition.

14(a).  SOLE or FIRST JOINT INVENTOR,
        full name: _____ Dilip M. Shah _____

        RESIDENCE (State/Country): _____ Missouri/USA _____

        CITIZENSHIP: _____ U.S.A. _____

        POST OFFICE ADDRESS: _____ 6 Nassau Circle _____

                                    Creve Coeur, MO 63145

        INVENTOR'S SIGNATURE:→ _____

        DATE: _____

14(b). SECOND JOINT INVENTOR (if
        any), full name: _____ Stephen G. Rogers _____

        RESIDENCE (State/Country): _____ Missouri/USA _____

        CITIZENSHIP: _____ U.S.A. _____

        POST OFFICE ADDRESS: _____ 14788 Timberbluff Drive _____

                                      Chesterfield, MO 63017

        INVENTOR'S SIGNATURE:→ _____

        DATE: _____

14(c). THIRD JOINT INVENTOR (if
        any), full name: _____ Robert B. Horsch _____

        RESIDENCE (State/Country) _____ Missouri/USA _____

        CITIZENSHIP: _____ U.S.A. _____

        POST OFFICE ADDRESS: _____ 12316 Tempo Drive _____

                                      St. Louis, MO 63141

        INVENTOR'S SIGNATURE: → *Robert B. Horsch*

        DATE: *12 July 86*

14(d). FOURTH JOINT INVENTOR (if
        any), full name: _____ Robert T. Fraley _____

        RESIDENCE (State/Country) _____ Missouri/USA _____

        CITIZENSHIP: _____ U.S.A. _____

        POST OFFICE ADDRESS: _____ 12917 Topping Drive _____

                                      St. Louis, MO 63131

        INVENTOR'S SIGNATURE: → _____

        DATE: _____

**0005292**

P6L8P83

| FORM PTO-1/ )<br>(REV. 1-76) | U. S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | |
|---|---|---|
| | TITLE REPORT | Paper No. 4 |

| A. APPLICATION FILE DATA | |
|---|---|
| (1.) SERIAL NO.<br>879814 | (2.) FILED<br>7-7-86 |

| (3.) INVENTOR(S) – FULL NAME(S) |
|---|
| DiLip M. SHAH et AL |

| (4.) DIVISION OF |
|---|

| (5.) CONTINUATION OF |
|---|

| (6.) REISSUE OF |
|---|

| (7.) SUBSTITUTE OF |
|---|

| B. ASSIGNMENT RECORD DATA |
|---|

The assignment records reveal that the Title appears to be vested in:

(1.) ☐ INVENTOR(S)   RC: 9-22-86
(2.) ☐ AS ENDORSED      (DEED)
(3.) ☐ AS THE RECORD NOW STANDS, THE PATENT, WHEN GRANTED, WILL
         ISSUE IN THE NAME OF THE INVENTOR(S).
(4.) ☒ OTHER   Monsanto Company, St.
Louis, Mo., a corp. of Delaware.

| EXAMINED<br>UP TO AND INCLUDING<br>9-29-86 | THIS CERTIFICATE<br>DATED | 10-23-86 |
|---|---|---|

| HEAD OF ASSIGNMENT DIVISION |
|---|
| A. M. Harrell |

W                    0005293

Honorable Commissioner of Patents
Washington, D.C. 20231

### Petition For Expedited License For Foreign Filing

In re the following application of D. M. Shah, S. G. Rogers,
R. B. Horsch, and R. T. Fraley

Serial Number:                          120     Identification: 07-21(381)A

Filed:                                          Group:

For:  GLYPHOSATE-RESISTANT PLANT PLANTS

Continuation-In-Part of Application of  D. M. Shah, S. G. Rogers,
R. B. Horsch, and R. T. Fraley

Serial Number:  792,390                 Identification: 07-21(323)A

Filed:  October 29, 1985                 Group:  127

For:  Glyphosate-Resistant Plant Cells

Continuation-In-Part of Application of  D. M. Shah, S. G. Rogers,
R. B. Horsch, and R. T. Fraley

Serial Number: 763,482                  Identification: 07-21(256)A

Filed:  August 7, 1985                   Group:  127

For:  Glyphosate-Resistant Plant Cells

Sir:

        The Commissioner is hereby petitioned to grant a
license under Section 184 of the United States Code - Title 35 -
Patents, authorizing the application of United States Application
Serial Number      filed          , 1986, Continuation-In-
Part Application of Serial Number 792,390 filed October 29, 1985,
Continuation-In-Part of Serial Number 763,482 filed August 7, 1985,
to file in foreign countries applications corresponding to said
Serial Number.

        A deposit account authorization, in duplicate, in the
amount of the required fee of $140.00 for expedited handling, is
attached.
P 30049  07/07/86  879814          13-4125  030  160      140.00CH
        Please contact Sue Hoscheit at telephone number
296-5500 when the license is available.

                                 Respectfully submitted,

472668

09 JUL 1986                      Registration No. 18,128
                                 Agent for Assignee            0005294

#6
1/6/6



## UNITED STATES DEPARTMENT OF COMMERCE
### Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 879,814 | | D. M. SHAH, ET AL | |

☐ Plus the subject matter described in the material accompanying the petition. *(Applies only if box is marked )*

GLYPHOSATE-RESISTANT PLANTS

| ART UNIT | PAPER NUMBER |
|---|---|

ARNOLD H. COLE                    "

PAT. & T.M. OFFICE
DATE MAILED  MAILED

JUL  9 1986

### LICENSING & REVIEW

License under 35 U.S.C. 184 is hereby granted to file in any foreign country a patent application and any amendments thereto corresponding to the subject matter of the U.S. application identified above and/or any material accompanying the petition. This license is conditioned upon modification of any applicable secrecy order and is subject to revocation without notice.

LICENSE NO.    472668

DATE    09 JUL 1986

*[signature]*

Commissioner of Patents and Trademarks

This license empowers the filing, the causation and the authorization of the filing of a foreign application or applications on the subject matter identified above, subsequent forwarding of all duplicate and formal papers and the prosecution of such application or applications.

This license is granted under 37 CFR 5.15(a).

This license is to be retained by the licensee and may be used at anytime on or after the date thereof.
This license is not retroactive unless specifically indicated.

The grant of this license does not in any way lessen the responsibility of the licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations, especially with respect to certain countries, of other agencies, particularly the Office of Munitions Control, Department of State (with respect to Arms, Munitions and Implements of War); the Bureau of Trade Regulation, Office of Export Administration, Department of Commerce; and the Department of Energy.

### 0005295

**LICENSE FOR FOREIGN FILING**
**[Title 35, United States Code (1952) Sections 184, 185, 186]**

PTO-260a (REV. 10-84)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D C 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06,787,617 | 07/07/86 | SHAH | |

┌ DENNIS R. HOERNER, JR.
  MONSANTO CO.,
  800 N. LINDBERGH BLVD.
  ST. LOUIS, MO   63167                              ┐

| EXAMINER |  |
|---|---|
| CIRIGLIA |  |
| ART UNIT | PAPER NUMBER |
|  | 7 |

DATE MAILED:        06/21/87

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.    35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☒ Notice of References Cited by Examiner, PTO-892.       2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449            4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☒ Information on How to Effect Drawing Changes, PTO-1474    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1 - 32_ _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1 - 32_ _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**0005296**

Serial No. 879,814                                    -2-

Art Unit 127


1.      Claims 1-21 are provisionally rejected under 35

U.S.C. 101 as claiming the same invention as that of

claims 1-24 of copending application Serial No.

763,482.

        This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

2.      Claims 1-21 are provisionally rejected under 35

U.S.C. 101 as claiming the same invention as that of

claims 1-24 of copending application Serial No.

792,390.

        This is a provisional double patenting rejection
since the conflicting claims have not in fact been
patented.

3.      Claims 1-21 are provisionally rejected under 35

U.S.C.  102(e) as being anticipated by copending

application serial number 763,482.

        Copending application serial number 763,482 has a

common inventor with the instant application.  Based

upon the earlier effective U.S. filing date of the

copending application, it would constitute prior art

under 35 U.S.C. 102(e) if patented.  This provisional

rejection under 35 U.S.C.  102(e) is based upon a

presumption of future patenting of the conflicting

copending application.

        This provisional rejection under section 102(e)
might be overcome either by a showing under 37 CFR 1.132
that any unclaimed invention disclosed in the copending
application was derived from the inventor of this
application and is thus not the invention "by another",
or by a showing of a date of invention of any unclaimed
subject matter prior to the effective U.S.  filing date
of the copending application under 37 CFR 1.131.


0005297

Serial No. 879,814                          -3-

Art Unit 127


4.      Claims 1-21 are provisionally rejected under 35

U.S.C. 102(e) as being anticipated by copending

application serial number 792,390.

Copending application serial number 792,390 has a

common inventor with the instant application.  Based

upon the earlier effective U.S. filing date of the

copending application, it would constitute prior art

under 35 U.S.C. 102(e) if patented.  This provisional

rejection under 35 U.S.C. 102(e) is based upon a

presumption of future patenting of the conflicting

copending application.

        This provisional rejection under section 102(e)
might be overcome either by a showing under 37 CFR 1.132
that any unclaimed invention disclosed in the copending
application was derived from the inventor of this
application and is thus not the invention "by another",
or by a showing of a date of invention of any unclaimed
subject matter prior to the effective U.S. filing date
of the copending application under 37 CFR 1.131.

5.      Merely listing cited references does not fulfill

the duty of disclosure under 37 CFR 1.56. Applicant

should submit a completed form PTO-1449, "List of Prior

Art cited by Applicant", along with copies of all

pertinent references, including a statement of relevance

of the prior art to applicant's alleged invention.

6.      The following is a quotation of the first
paragraph of 35 U.S.C. 112:
        The specification shall contain a written
        description of the invention, and of the manner and
        process of making and using it, in such full,
        clear, concise, and exact terms as to enable any
        person skilled in the art to which it pertains, or
        with which it is most nearly connected, to make and
        use the same and shall set forth the best mode
        contemplated by the inventor of carrying out his
        invention.


0005298

Serial No. 879,814                                    -4-

Art Unit 127

The specification is objected to under 35 U.S.C.
112, first paragraph, as failing to provide an enabling
disclosure.

A deposit was made in this application as filed.
However, it is not clear if the deposit meets all of the
criteria set forth in MPEP 608.01(p)C. Applicants may
provide assurance of compliance with the requirements of
§112 in the form of a declaration avering that: (a)
during the pendency of this application, access to the
invention will be afforded to the Commissioner upon
request; (b) that all restrictions upon availability to
the public will be irrevocably removed upon granting of
the patent; and (c) that the deposit will be maintained
in a public depository for a period of 30 years or 5
years after the last request or for the effective life
of that patent, whichever is longer.

7.      Claims 1-32 are rejected under 35 U.S.C. 112,
first paragraph, for the reasons set forth in the above
objection to the specification.

8.      Claim 6 is rejected under 35 U.S.C. 112, first
paragraph, as the disclosure is enabling only for claims
limited to CaMV promoters. See MPEP 706.03(n) and
706.03(z).

Applicant has only shown expression of the EPSPS
gene under the control of the 35S CaMV promoter. As
other CaMV promoters are known the claims are not
strictly limited to the 35S promoter, however it would

0005299