07-21(381)A

have elected Claims 1-7 in application serial number 054,337
in response to a restriction requirement by the Examiner.
Hence, inasmuch as Claims 8-39 and 44-49 are no longer being
considered by the Examiner, withdrawal of the above rejection
is proper and earnestly solicited.

Rejection under 35 U.S.C. 112

Claim 67 stands rejected under 35 U.S.C. 112, second
paragraph, as being indefinite for failing to particularly
point out and distinctly claim the subject matter which
Applicants regard as the invention. Claim 67 as now amended
deletes the word "cell". Withdrawal of the above rejection
is requested.

The specification is objected to and Claim 33-91
rejected under 35 U.S.C. 112, first paragraph, as the speci-
fication is objected to as failing to provide an enabling
disclosure inasmuch as the continued viability of the deposit
has not been ensured as set forth in M.P.E.P. 608.01(p)C.

Although Applicants maintain that the instant speci-
fication is enabling even in the absence of the instant
deposit, Applicants also recognize that the deposited
material, pMON546SE (ATCC #53213), contains the petunia
EPSPS gene which may be used to isolate other EPSPS genes in
the manner taught and demonstrated in the specification
thereby reducing the amount of work necessary to make and
use the claimed invention. Hence, the undersigned attorney
represents that the deposit will be replaced if it should
become inviable during the deposit period. Withdrawal of
this rejection under 35 U.S.C. 112, first paragraph is
requested.

**0005350**

-3-

07-21(381)A

Claims 34, 42, 49, 55, 62, 69 and 76 are rejected under 35 U.S.C. 112, first paragraph. The rejection states that claims drawn to plant virus promoters should be limited to the exemplified CaMV promoters, since undue experimentation would be required to isolate, sequence and determine the functionality of promoters from other plant sources.

As discussed and agreed at the interview, the methodology of promoter isolation is well known in the art. Plant virus promoters are known to function in plants. It is, therefore, within the skill of the art to isolate such plant virus promoters using known technique and only routine experimentation. The above claims are therefore proper and withdrawal of the rejection is requested.

Claims 61-81 are rejected under 35 U.S.C. 112, first paragraph as the disclosure is enabling only for dicot plants. Claims 61, 68 and Claims depending therefrom have been limited to dicots. Withdrawal of the rejection is earnestly requested.

Rejections under 35 U.S.C. 103

Claims 33-35, 37, 38, 40, 42, 43, 45-47, 49, 50, 52-56, 58, 59, 61-63, 65, 66, 68-70, 72, 73, 75-77, 79, 80 and 82-90 are rejected under 35 U.S.C. 103 as being unpatentable over Comai taken with Van den Broeck et al., Mousdale et al. and Netzer.

07-21(381)A

Attached is a declaration (under 37 C.F.R. 1.131) of
Dr. Shah which shows that prior to November, 1984 the present
inventors had discovered that the plant EPSP synthase gene
was a nuclear gene which encoded a precursor form of EPSP
synthase which contained a chloroplast transit peptide
sequence at its N-terminus. This finding which antedates the
Netzer, Mousdale et al. and Van den Broeck et al. references
demonstrates that the primary site of EPSP synthase activity
is the chloroplast.

This lead Applicants to construct chimeric plant
genes which direct the cloned EPSP synthase to the chloro-
plast of the transformed plants thereby obtaining superior
glyphosate resistance. In view of the Shah declaration the
only remaining references are the Koziel and Comai references
(see also U.S.P. 4,769,061 listed on enclosed form PTO 1449
and provided for review by the Examiner). The Examiner has
acknowledged that the Comai reference does not teach the use
of a chloroplast transit peptide construct. The teaching of
Koziel does not relate to the chloroplast transit peptide.
It is respectfully submitted that the claimed invention is
not obvious in view of Comai and/or Koziel.

Furthermore, the present inventors found that
cytoplasmic expression of the EPSPS gene was not necessary.
Example 8 of the application (pp. 43-47) details the compari-
son between cytoplasmic expression and chloroplastic targeted
expression of EPSPS and supports the superior results
obtained using the chimeric gene of the present invention.
Visual representation (photographs) of this comparison were
shown to the Examiner during the interview of August 16,
1988.

**0005352**

07-21(381)A

Withdrawal of the above rejection is proper and earnestly solicited.

## Rejections under 35 U.S.C. 103 - Secondary References

As discussed during the interview of August 16, 1988, the secondary references do not render any of the pending claims obvious, alone or in combination with the remaining primary references. Indeed, it is clear that these references do not provide the inadequacies of the primary references. Specifically, the secondary references fail to provide the requisite linkage between the primary references since they do not teach the observed outcome (superior tolerance) as the concatenate result of chloroplast targeted EPSPS expression.

Claims 36, 44, 51, 57, 64, 71 and 78 are rejected under 35 U.S.C. 103 as being unpatentable over Comai taken with Van den Broeck et al., Koziel et al., Mousdale et al. and Netzer as applied to Claims 33-35, 37, 38, 40, 42, 43, 45-47, 49, 50, 52-56, 58, 59, 61-63, 65, 66, 68-70, 72, 73, 75-77, 79, 80 and 82-90 as above, and further in view of Guilley et al. Applicants respectfully traverse the above rejection in view of the remarks below. The Van den Broeck et al., Mousdale et al. and Netzer references have been antedated by the Shah declaration. The Guilley et al. reference relates to the promoter regions of the CaMV. It is respectfully submitted that the teachings of Guilley et al. do not make up the deficiencies of Comai and Koziel. Withdrawal of the above reference is proper and is requested.

0005353

-6-

07-21(381)A

Claims 39, 41, 48, 60, 67, 74, 81 and 91 are rejected under 35 U.S.C. 103 as being unpatentable over Comai taken with Van den Broeck et al., Koziel et al., Mousdale et al., Netzer and Guilley et al. as applied to Claims 33-38, 40, 42-47, 49-59, 61-66, 68-73, 75-80 and 82-90 above, and further in view of Amrhein et al. taken with Mazur et al. The inadequacies of the remaining (unantedated) primary references are discussed above. All that can be concluded from the Amrhein reference in light of Natzinger (previously cited) is that in both cases glyphosate resistance of the adapted cells was accompanied by increased EPSPS activity. The Shah declaration effectively removes the relied upon teaching of Mazur in that the present inventors had demon-strated isolation of the plant gene and the discovery of the chloroplast transit peptide leader prior to the Mazur publication. In any event, the use of one eucaryotic gene as a probe for another does not teach, with the reasonable degree of certainty of success required by law, that a procaryotic gene can be used as a probe for a eucaryotic gene. The basis of the rejection can only be made with the benefit of the instant application. Withdrawal of the above reference is proper and requested.

In summary, it is submitted that glyphosate resis-tance in plant cells and plants via expression of a chimeric gene which expresses a CTP/EPSPS polypeptide is clearly patentable over the art of record. Claims 33-91 as now submitted are believed to meet the requirements of Title 35 U.S.C. and allowance of these claims is respectfully solicited. Applicants acknowledge the need to submit formal drawings and will do so upon allowance of pending claims.

0005354

-7-

07-21(381)A

If the Examiner believes a telephonic interview would facilitate prompt allowance of the pending claims, he is encouraged to call the undersigned attorney at (314) 537-6099.

Respectfully submitted,

Dennis R. Hoerner, Jr.
  Registration No. 30,914, by
Larry R. Swaney,
  Registration No. 25,708
  Attorneys for Applicants

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-6099

0005355

--8--

| TO-1449 | | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO.<br>07-21(381)A | | Sheet 1 of 1 |
|---|---|---|---|---|---|---|
| | | | | | SERIAL NO.<br>06/879,814 | |
| LIST OF PRIOR ART CITED BY APPLICANT<br>(Use several sheets if necessary) | | | | APPLICANT<br>Dilip M. Shah et al. | | |
| | | | | FILING DATE<br>July 7, 1986 | GROUP<br>184 | |

## U.S. PATENT DOCUMENTS

| *EXAMINER<br>INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| DTF | AA | 4 7 6 9 0 6 1 | 9/6/88 | Comai | 71 | 86 | 12/4/85 |
| DTF | AB | 4 5 3 5 0 6 0 | 8/13/85 | Comai | 435 | 172.3 | 1/5/83 |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

| EXAMINER David 7. X | DATE CONSIDERED<br>1/9/88 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

USCOMM-DC 80-3886



07-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
                              )
DILIP M. SHAH ET AL.          )      GROUP ART UNIT:  184
                              )
SERIAL NO.:  06/879,814       )      EXAMINER:  D. A. Fox
                              )
FILED: July 7, 1986           )      October 24, 1988
                              )
TITLE: GLYPHOSATE-RESISTANT   )
       PLANTS                 )

DECLARATION UNDER 37 C.F.R. 1.131

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

    I, Dr. Dilip M. Shah, declare that I am a citizen of
the United States and a resident of St. Louis County,
Missouri.  I further declare that I am a joint inventor of
the invention claimed in the above identified patent
application and a research biologist by profession having
graduated with a Doctor of Philosophy degree from North
Carolina State University, Raleigh, North Carolina 27650.
I have been employed by Monsanto Company since 1982 primarily
involved in plant science research.

    I further declare that prior to November, 1984 I
isolated a cDNA clone of the EPSP synthase gene of petunia.
I further declare that the clone was sequenced and the infor-
mation obtained demonstrated that the plant EPSP synthase
gene was a nuclear gene encoding a precursor form of EPSP

0005357

07-21(381)A

synthase containing a chloroplast transit peptide at its amino terminus. This early discovery demonstrated that the chloroplast was the primary target of EPSP synthase in plants.  This lead Applicants to construct chimeric plant genes which direct the cloned EPSP synthase to the chloroplast of the transformed plants thereby obtaining superior glyphosate resistance.

Attached are true and accurate photocopies (with signature dates blanked out) of four pages from my notebook describing the sequence of clones pMON9532 and pMON9531. Clone pMON9532 is a slightly shorter version of clone pMON9531.  These clones were resequenced and the errors found corrected.  The sequence reported in Figure 3 of the specifications is, to the best of my knowledge, correct.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the above-identified application or any patent issuing thereon.

Dilip M. Shah, Ph.D.

Date 10-24-88

0005358

-2-



FIGURE

Complete nucleotide sequence of pMON9531

+1

```
            Pro Gln Ser Leu Leu Ser Arg MET Ala Gln Ile Asn Asn MET
5' GAATTC CCT CAA TCT TTA CTT TCA AGA ATG GCT CAA ATT AAC AAC ATG
     '        10                    20
Ala Leu Gly Ile Gln Arg Val Asn Gly Asn Ser Asn Phe His Lys Pro
GCA CTT GGG ATA CAA AGG GTT AAT GGG AAT TCC AAT TTC CAT AAA CCC
                          30
Glu Val Pro Lys Ser Ser Ser Phe Leu Val Phe Gly Ser Lys Lys Leu
GAA GTT CCT AAA TCT TCA AGT TTT CTT GTT TTT GGA TCT AAA AAA CTG
   '  40        ┌─→pMON 9532        50
Lys Asn Ser Ala Asn Ser MET Leu Val Leu Lys Lys Asp Ser Ile Phe
AAA AAT TCA GCA AAT TCT ATG TTG GTT TTG AAA AAA GAT TCA ATT TTT
                         60                         70
MET Gln Lys Phe Cys Ser Phe Arg Ile Ser Ala Ser Val Ala Thr Ala
ATG CAA AAG TTT TGT TCC TTT AGG ATT TCA GCA TCA GTG GCT ACA GCA

        ┌─→mature polypeptide
Gln Lys Pro Ser Glu Ile Val Leu Gln Pro Ile Lys Glu Ile Ser Gly
CAG AAG CCT TCT GAG ATA GTG TTG CAA CCC ATT AAA GAG ATT TCA GGC

Thr Val Lys Leu His Gly Ser Lys Ser Leu Ser Asn Arg Ile
ACT GTT AAA TTG CTT GGC TCT AAA TCA TTA TCT AAT AGA ATT C 3'        72
```

0005359

**M NSANTO COMPANY**

Nº 2794826

Complete sequence of pMON9532 insert

| NO. | PREPARED BY (SIGNATURE) |
|---|---|
| 07 - 810 - 760.03 - 2000 | D. Shah |

Complete sequence ——— Asn ——— Ser — Met — Leu — Val — Leu

5' G A A T C C C   A A T   T C T   A T G   T T G   G T T   T T G

—— EcoRI

— Lys — Lys — Asp — Ser — Ile — Phe — Met — Gln — Lys — Phe

A A A   A A A   G A T   T C A   A T T   T T T   A T G   C A A   A A G   T T T

Cys — Ser — Phe — Arg — Ile — Ser — Ala — Ser — Val — Ala

T G T   T C C   T T T   A G G   A T T   T C A   G C A   T C A   G T G   G C T

Thr — Ala — Gln — Glu — Pro — Ser — Glu — Ile — Val
                              Lys
A C A   G C A   C A G   A A G   C C T   T C T   G A G   A T A   G T G

——— 8 ——— 9 ——— 10 —— 11 —— 12 —— 13

— Leu — Gln — Pro — Ile — Lys — Glu — Ile — Ser — Gly

T T G   C A A   C C C   A T T   A A A   G A G   A T T   T C A   G G C
                        Probe

Thr — Val — Lys — Leu — His — Gly — Ser — Lys — Ser

A C T   G T T   A A A   T T G   C A T   G G C   T C T   A A A   T C A

Leu — Ser — Asn — Arg — Ile

T T A   T C T   A A T   A G A   A T T C

—— EcoRI

000536

| READ AND UNDERSTOOD BY | DATE |
|---|---|
| Gregg Clark | |

M̲ ISANTO COMPANY          N⁰ 2794837

ucleotide  sequence of  pMON 9531 insert

. 816- 760.03 - 2000 | PREPARED BY (SIGNATURE) D. Shah

periment :  .ʼ end -label  the  ʼI  ends  of  purified  pMON9531 insert,
cleave  the  insert  with  internal  Dde I  site,  isolate  the
fragments  and  do  Maxam  Gilbert  sequencing  reactions.

ligest  pMON 9531  with  HinfI and  Dde I  to find out if  there
sites  exist  in  the  insert

1 λ pMON 9531  insert
2 λ  10x  TD MN
17 λ  H₂0
0.5 λ  Hinf I

1 λ pMON 9531  insert
2 λ  10x  TDMN
17 λ  H₂0
0.5 λ  Dde I

..is a single  Hinf I
Dde  site  within  the
ON 9531 insert



nd  labeling  of  pMON 9531  insert

7 λ  pMON 9531  insert
[illegible]
5 λ  10 x  TD MN
0.5 λ  dCTP
0.5 λ  dGTP
0.5 λ  TTP
31.0 λ  H₂0
5.6 λ  α ³²P - dATP
1.0 λ  Klenow

Incubate at  15°C/ 20 min
Add  0.5 λ  cold  dATP (5 mM)
15°C/ 10 mM.     Head kill the re.

READ AND UNDERSTOOD BY | DATE
Greg Clark

0005361

MONSANTO COMPANY

№ 2794838

Nucleotide sequence of pMON 9531 insert

| NO. | PREPARED BY (SIGNATURE) | DATE |
|---|---|---|
| - 510 - 760.03 - 7000 | ℗ Shah | |

Digest the labelled insert with Dde I as follows

45 λ labelled insert in H₂O
10 λ 10X TDMP
1 λ BSA (10 mg/ml)
42.5 λ H₂O
1.5 λ Dde I

Incubate at 37°C / 3 hrs
Add 1λ tRNA (10 μg), ethanol precipitate and dissolve in H₂O
Size fractionate the fragments on 3% polyacrylamide gel

Fragments A (270 bp)
and B (70 bp) were excised from the gel and
electro eluted.
Dissolve the dried pellets in 35 λ of H₂O

Maxam - Gilbert reactions:

|        | G       | G+A   | C+T    | T      |
|--------|---------|-------|--------|--------|
| Frag. A | 1.5 min | 5 min | 8 min | 8 min |
| Frag. B | 6.0 min | 12 "  | 20 "   | 20 "   |

Ran the fragments on 20% and 8% sequencing gels

Nucleotide sequence of pMON 9531 insert is shown on the opposite page
and conclusions: ① sequence identical to pMON 9572
                 ② Two more in-frame ATG codons are present
                     Each ATG is followed by Ala.

0005362

| READ AND UNDERSTOOD BY | DATE |
|---|---|
| Ds can Clark | |

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | |
|---|---|
| | |
| ART UNIT | PAPER NUMBER |
| | 17 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Dennis Hoerner, Jr.      (3) _____

(2) David Fox                (4) _____

Date of interview  1/9/89

Type: ☑ Telephonic  ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☑ No.  If yes, brief description: _____

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☑ was not reached.

Claims discussed:  33-91

Identification of prior art discussed: Mousdale et al. Netzer et al., Vandon Broeck et al. Comai et al.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Appl. indicated that declaration by Applicant obviated the 103 rejections by demonstrating earlier date of reduction to practice and use cited beneficial results of chloroplast transit peptide. Appl. urged that amendment to claim obviated rejection under 35 U.S.C. 112. Appl. urged that choice of promoter would be obvious design choice. No commitment to patentability was made.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL-413 (REV 1-84)                    0005363



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,814 | 07/07/86 | SHAH | D | 07-21(381)A |

┌DENNIS R. HOERNER, JR.                ┐
MONSANTO CO.,
800 N. LINDBERGH BLVD.
ST. LOUIS, MO  63167

| | EXAMINER |
|---|---|
| | FOX,D |
| ART UNIT | PAPER NUMBER |
| 184 | 19 |

DATE MAILED:
01/26/89

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents.

**A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS ACTION IS SET**

**TO EXPIRE———MONTHS, DAYS FROM THE DATE OF THIS LETTER.**

All claims are allowable. However, due to a poten-

tial interference, ex parte prosecution is SUSPENDED FOR

A PERIOD OF six (6) MONTHS FROM THE DATE OF THIS

LETTER.

Upon expiration of the period of
suspension, applicant should make an
inquiry as to the status of the
application.

Any inquiry concerning this communication should be
directed to David Fox at telephone number 703-557-0664.

DJF
Fox/pg

1-23-89

CHARLES F. WARREN
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 124

0005364



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | | |
|---|---|---|
| ART UNIT | PAPER NUMBER | |
| | *18* | |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _Larry Swaney_         (3) _____

(2) _David Fox_            (4) _____

Date of Interview  _1/17/89_

Type: ☑ Telephonic   ☐ Personal (copy is given to ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☑ No.  If yes, brief description: _____

Agreement ☑ was reached with respect to some or all of the claims in question.   ☐ was not reached.

Claims discussed: _All_

Identification of prior art discussed: _None_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Emv indicated that all of the remaining claims were allowable, but that prosecution would be suspended in view of a possible interference_

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

0005365

_David T. ____

Examiner's Signature

PTOL-413 (REV  1-84)



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
|  |  |  |  |

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
|  | 19 |
| DATE MAILED: | |

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Dennis R. Hoerner, Jr.        (3) _____

(2) David Fox                      (4) _____

Date of interview  7/21/89

Type:  ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No   If yes, brief description: _____

Agreement  ☒ was reached with respect to some or all of the claims in question.   ☐ was not reached.

Claims discussed:  All

Identification of prior art discussed:  None

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Exmr indicated
that the case would not go into interference, and that
all the remaining claims in the case would be
allowed.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable is
attached  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached )

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS
NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the
last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and
requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the
response requirements of the last Office action.

PTOL-413 (REV 1-84)                    0005366                    _____
                                                                 Examiner's Signature



UNITED STATE   EPARTMENT OF COMMERCE
Patent and Trad    ark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | 20 |

DATE MAILED:

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *Amendment + Declaration filed 10/26/88, telephonic interviews of 1/17/89, 7/21/89*

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *33-91*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☑ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____7_____ CORRECTION IS REQUIRED.

   b ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

_ Examiner's Amendment
_ Examiner Interview Summary Record  PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation  PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

CHARLES F. WARREN
SUPERVISORY PATENT EXAMINER
GROUP ART UNIT 124
                    18

0005367



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

DENNIS R. HOERNER, JR.
MONSANTO CO.,
800 N. LINDBERGH BLVD.
ST. LOUIS, MO  63167

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☑ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 06/879,814 | 07/07/86 | 059 | FOX, D | 184 | 07/27/89 |

First Named
Applicant    SHAH,                              DILIP M.

Title of
Invention    GLYPHOSATE-RESISTANT PLANTS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1  07-21(381)A | 800-001.000 | U72 | UTILITY | NO | $620.00 | 10/27/89 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
*PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above.

| | |
|---|---|
| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: <br> A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or <br> B. If the Status is the same, pay the FEE DUE shown above. | If the SMALL ENTITY is shown as NO: <br> A. Pay FEE DUE shown above, or <br> B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above. |

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.

0005368

PATENT AND TRADEMARK OFFICE COPY

FORM PTO-85 (REV 12-82)(OMB Clearance is pending)

PATENT
38-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF | ) |
| | ) |
| DILIP M. SHAH ET AL. | ) GROUP ART UNIT:  184 |
| | ) |
| SERIAL NUMBER:  06/879,816 | ) EXAMINER:  David T. Fox |
| | ) |
| FILED: JULY 7, 1986 | ) SEPTEMBER 19, 1989 |
| | ) |
| TITLE: GLYPHOSATE-RESISTANT | ) |
| PLANTS | ) |

### ASSOCIATE POWER OF ATTORNEY

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

        Please recognize Thomas P. McBride, Registration No. 32,706, whose post office address is:

>        Thomas P. McBride
>        Monsanto Company - BB4F
>        700 Chesterfield Village Parkway
>        St. Louis, Missouri 63198
>        (314) 537-7357

as associate agent for me in the above-entitled application and address all future communications to him.

                                Respectfully submitted,

                                Dennis R. Hoerner, Jr.
                                Attorney for Applicants
                                Registration No. 30,914

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-6099

0005369

PATENT
38-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF                    )
                                        )
DILIP M. SHAH ET AL.                    )    GROUP ART UNIT:  184
                                        )
SERIAL NUMBER:  06/879,814              )    EXAMINER:  David T. Fox
                                        )
FILED: July 7, 1986                     )    SEPTEMBER 19, 1989
                                        )
TITLE: GLYPHOSATE-RESISTANT             )
       PLANTS                           )
                                        )
DATE OF                                 )
ALLOWANCE:  JULY 27, 1989               )
                                        )
BATCH NO.:  U72                         )

AMENDMENT UNDER 37 C.F.R.§1.312

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

        Please amend the above-identified application as

follows:


In the Drawings


        Please allow the amendment as shown in red ink in the

attached Figure 1 to be made in the formal drawings.


        Please permit Figure 4 to be placed on the two

drawing sheets labeled Figure 4a and Figure 4b as shown in

the attached drawings.


0005370

Please allow the amendment as shown in red ink in the attached Figure 5 to be made in the formal drawings.

## In the Specification

On page 4, line 17, please delete the phrase "Figure 4" and in its place insert the phrase --Figures 4a and 4b--.

## REMARKS

This amendment under 37 C.F.R. §1.312 is being made to correct certain errors noticed in the drawing figures as filed and also to call the Examiner's attention to a change in Figure 4 necessitated by the objections to the Patent Drawings in Paper No. 7. It is respectfully requested that these changes be allowed.

It was noticed in the preparation of the formal drawings that a typographical error existed in Figure 1. Figure 1 is a flow chart and in the box numbered 3, the word "Clyphosate" appears where the word --Glyphosate-- should be. This is merely a typographical error. It is apparent from the specification, particularly page 12, that the correct word is --Glyphosate--. Applicants request that such an amendment, as shown in the attached Figure 1 in red ink, be allowed.

In Paper No. 7, Applicants were required to change the numerals and letters in Figure 4 to at least 1/8" in height. In order to comply with this requirement, Applicants were forced to divide Figure 4 into two sheets. Applicants

-2-        0005371

have labeled these sheets Figures 4a and 4b. Applicants have also amended the specification in the Brief Description of the Drawings so that it now properly refers to Figures 4a and 4b instead of just Figure 4. It is respectfully requested that this amendment be approved.

In Figure 5, it was noted that one of the restriction endonuclease sites was misspelled. At the top of pMON316 in Figure 5, the restriction site identified as "KdnI" should be --KpnI--. Proper antecedent basis for this is found in the specification on page 31. It is clear that this was just a typographical error. Applicants respectfully request that this amendment also be approved.

It is believed that these amendments merely correct typographical errors or comply with Patent Office directives. As such, these amendments should be allowed and approved so that formal drawings may be filed. Copies of the amended formal Figures 1, 4a, 4b and 5 are also enclosed herewith for your review. Applicants request that the Examiner call Applicants' attorney upon allowance of these amendments so that the formal drawings can be submitted as soon as possible to the Official Draftsman. If the Examiner has any questions, whatsoever, he is requested to call Applicants' attorney at the number listed below.

Respectfully submitted,

Thomas P. McBride
Attorney for Applicants
Registration No. 32,706

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-7357

-3-

0005372



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/879,814 | 07/07/86 | SHAH          D | 07-21(3817)A |

```
THOMAS P. MCBRIDE
MONSANTO CO.-BB4F                    FOX,D
700 CHESTERFIELD VILLAGE PARKWAY
ST. LOUIS, MO  63198
```

| EXAMINER |
|---|
| FOX,D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 184 | 23 |

DATE MAILED:  10/19/89

The amendment filed _____ 9/19/89 _____ under Rule 312 has been considered, and has been:

1. ☐ entered.

2. ☑ entered as directed to matters of form not affecting the scope of the invention (0.3311).

3. ☐ disapproved. A report appears below.

4. ☐ entered in part. A report appears below.

By Direction of the Commissioner

Report:

DTF

*JAMES R. FEYRER*
**PRIMARY EXAMINER**
**ART UNIT 184**

0005373

PLEASE FURNISH YOUR ZIP CODE IN ALL CORRESPONDENCE

FORM PTOL-271 (REV. 4/81)



B #24
DUE
11-14-89

PATENT

38-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF            )
                                )
DILIP M. SHAH, STEPHEN G.       )    GROUP ART UNIT:  184
ROGERS, ROBERT B. HORSCH and    )
ROBERT T. FRALEY                )
                                )
SERIAL NUMBER:  06/879,814      )    EXAMINER:  David T. Fox
                                )
FILED: JULY 7, 1986             )    SEPTEMBER 26, 1989
                                )
TITLE: GLYPHOSATE RESISTANT     )
          PLANTS                )
                                )
DATE OF                         )
ALLOWANCE:  JULY 27, 1989       )
                                )
BATCH NUMBER:  U72              )

        I hereby certify that this correspondence is being
    deposited with the United States Postal Service as
        first class mail in an envelope addressed to:
          Commissioner of Patents and Trademarks
          Washington, D. C., 20231 on September 26 1989
                    Thomas P. McBride
                  Registration No. 32,706
    _____ Date 9/26/89

                LETTER TO OFFICIAL DRAFTSMAN

Commissioner of Patents and Trademarks

Official Draftsman

Washington, D. C. 20231

Sir:

        The above-identified application was allowed by the

Examiner in the Notice of Allowability (Paper No. 20) dated

July 21, 1989 subject to the submission of formal drawings

complying with the information noted by the Chief Draftsman

in Paper No. 7.  Applicants have subsequently received a

formal notice of Allowance, dated July 27, 1989.

                        0005374

38-21(381)A

In order to comply with the requirements in Paper No. 7 regarding Fig. 4, applicants needed to put Fig. 4 on two sheets. These are labeled as Fig. 4a and Fig. 4b. Applicants do wish to note that Fig. 4 is not referred to in any claims. Furthermore, Applicants corrected typographical errors in Fig. 1 and Fig. 5. In Fig. 1, box 3 of the flow chart, Applicants changed the word "Clyphosate" to ---Glyphosate--. As is apparent from reading the specification, particularly page 12, this was just a typographical error in the drawing and proper antecedent basis exists in the specification. Similarly, Applicants have corrected an erroneous restriction endonuclease site in Fig. 5. This too was a typographical error. The original Fig. 5 showed a "KdnI" at the top of the drawing that should have been --KpnI--. Antecedent basis for correcting this typographical error is found on page 31. These changes were discussed over the phone with Examiner Fox on Thursday, September 14, 1989. Examiner Fox gave his preliminary approval of these minor changes.

Applicants followed this unofficial approval by Examiner Fox with an amendment pursuant to 37 C.F.R. §1.312 which is now before Examiner Fox. In order to expedite issuance of this application and to avoid abandonment, Applicants hereby submit for review and approval of the Chief Draftsman the amended formal drawings in this case.

Respectfully submitted,

Thomas P. McBride
Attorney for Applicants
Registration No. 32,706

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-7357

0005375

-2-



1. SUSPENSION CULTURE OF MP4 PETUNIA CELLS

2. CONTACT WITH LOW LEVEL OF GLYPHOSATE AND CULTURE SURVIVING CELLS

3. SLOWLY INCREASE LEVEL OF GLYPHOSATE, ISOLATE HIGHLY RESISTANT (G$^r$) CELLS, MP4 - G

4. PURIFY EPSPS PROTEIN; DETERMINE AMINO ACID SEQUENCE

6. CREATION OF cDNA FROM PETUNIA mRNA

5. CREATE RADIOACTIVE DNA PROBES WHICH COULD ENCODE THE AMINO ACID SEQUENCE

7. INSERT cDNA INTO CLONING VECTORS

8. USE PROBES TO ISOLATE A CLONING VECTOR HAVING AN EPSPS GENE IN INSERTED FRAGMENT

9. DETERMINE SEQUENCE OF EPSPS GENE, IDENTIFY CLEAVAGE SITES THAT ALLOW PROMOTER TO BE REMOVED FROM CODING SEQUENCE

10. REPLACE EPSPS PROMOTER WITH STRONGER CaMV 35S PROMOTER, TO CREATE CHIMERIC GENE

11. INSERT CHIMERIC GENE INTO DISARMED Ti VECTOR, USE VECTOR TO INSERT THE GENE INTO PLANT CELLS

12. GROW TRANSFORMED PLANT CELLS ON GLYPHOSATE

13. REGENERATE AND TEST DIFFERENTIATED PLANTS

0005376

FIGURE 1



0005377

FIGURE 2

877 8/4

**U.S. Patent**     Jul. 10, 1990     Sheet 3 of 8     **4,940,835**

```
  1 GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCACAAGGGATA   60
                            Met Al aGl nI l eAsn AsnMetA l aGl nGl yI l e

 61 CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT  120
    Gl nThr LeuAs nPr oAsnSer AsnPheHi sL ysPr oGl nVal ProLysSerSerSerPhe

121 CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA  180
    LeuVal PheGl ySer LysLys LeuLysAsnSer Al aAsnSer Met LeuVal LeuLysLys

181 GATTCAATTTTTATGCAAAAGTTTTGTTCCTTTAGGATTTCAGCATCAGTGGCTACAGCA  240
    AspSer I l ePheMet Gl nLys PheCysSer PheAr gI l eSer Al aSer Val Al aThr Al a

241 CAG
    Gl n
```

0005378

FIGURE 3

```
1   GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCTCAAGGGATA    60
                              Met Al a Gl n I l e Asn Asn Met Al a Gl n Gl y I l e

61  CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT    120
    Gl n Thr Leu Asn Pro Asn Ser Asn Phe Hi s Lys Pro Gl n Val Pro Lys Ser Ser Ser Phe

121 CTTGTTTTTGGATCTAAAAAATCTGAAAAATTCAGCAAATTTCTATGTTGGTTTTGAAAAAA    180
    Leu Val Phe Gl y Ser Lys Lys Leu Lys Asn Ser Al a Asn Ser  Met Leu Val Leu Lys Lys

181 GATTCAATTTTTATGCAAAAGTTTTGTTCCTTTAGGATTTCAGCATCAGTGGCTACAGCA    240
    Asp Ser I l e Phe Met Gl n Lys Phe Cys Ser Phe Arg I l e Ser Al a Ser Val Al a Thr Al a
    |--->mature  EPSPS

241 CAGAAGCCTTCTGAGATAGTGTTGCAACCCATTAAAGAGATTCAGGCACTGTTAAATTG    300
    Gl n Lys Pro Ser Gl u I l e Val Leu Gl n Pro I l e Lys Gl u I l e Ser Gl y Thr Val Lys Leu

301 CCTGGCTCTAAATCATTATCTAATAGAATTCTCCTTCTTGCTGCCTTATCTGAAGGAACA    360
    Pro Gl y Ser Lys Ser Leu Ser Asn Arg I l e Leu Leu Leu Al a Al a Al a Leu Ser Gl u Gl y Thr

351 ACTGTGGTTGACAATTTACTAAGTAGTGATGATATTCATTACATGCTTGGTGCCTTGAAA    420
    Thr Val Val Asp Asn Leu Leu Ser Ser Asp Asp I l e Hi s Tyr  Met Leu Gl y Al a Leu Lys

421 ACACTTGGACTGCATGTAGAAGAAGATAGTGCAAACCAACGAGCTGTTGTTGAAGGTTGT    480
    Thr Leu Gl y Leu Hi s Val Gl u Gl u Asp Ser Al a Asn Gl n Arg Al a Val Val Gl u Gl y Cys

481 GGTGGGCTTTCCCTGTTGGTAAAGAGTCCAAGGAAGAAATTCAACTGTTCCTTGGAAAT    540
    Gl y Gl y Leu Phe Pro Val Gl y Lys Ser Lys Gl u Gl u I l e Gl n Leu Phe Leu Gl y Asn

541 GCAGGAACAGCAATGCGGCCACTAACAGCAGCAGTTACTGTAGCTGGTGGAAATTCAAGG    600
    Al a Gl y Thr Al a Met Arg Pro Leu Thr Al a Al a Val Thr Val Al a Gl y Gl y Asn Ser Arg

601 TATGTACTTGATGGAGTTCCTCGAATGAGAGAGAGACCAATTAGTGATTTGGTTGATGGT    660
    Tyr Val Leu Asp Gl y Val Pro Arg Met Arg Gl u Arg Pro I l e Ser Asp Leu Val Asp Gl y

661 CTTAAACAGCTTGGTGCAGAGGTTGATTGTTTCCTTGGTACGAAATGTCCTCCTGTTCGA    720
    Leu Lys Gl n Leu Gl y Al a Gl u Val Asp Cys Phe Leu Gl y Thr  Lys Cys Pro Pro Val Arg

721 ATTGTCAGCAAGGGAGGTCTTCCTGGAGGGAAGGTCAAGCTCTCTGGATCCATTAGCAGC    780
    I l e Val Ser Lys Gl y Gl y Leu Pro Gl y Gl y Lys Val Lys Leu Ser Gl y Ser I l e Ser Ser

781 CAATACTTGACTGCTCTGCTTATGGCTGCTCCACTGGCTTTAGGAGATGTGGAGATTGAA    840
    Gl n Tyr Leu Thr Al a Leu Leu Met Al a Al a Pro Leu Al a Leu Gl y Asp Val Gl u I l e Gl u

841 ATCATTGACAAACTAATTAGTGTACCTTATGTCGAGATGACATTGAAGTTGATGGAGCGA    900
    I l e I l e Asp Lys Leu I l e Ser Val Pro Tyr Val Gl u Met Thr Leu Lys Leu Met Gl u Arg

901 TTTGGTATTTCTGTGGAGCACAGTAGTAGCTGGGACAGGTTCTTTGTCCGAGGAGGTCAG    960
    Phe Gl y I l e Ser Val Gl u Hi s Ser Ser Ser Trp Asp Arg Phe Phe Val Arg Gl y Gl y Gl n

961 AAATACAAGTCTCCTGGAAAAGCTTTTGTCGAAGGTGATGCTTCAAGTGCTAGCTACTTC    1020
    Lys Tyr Lys Ser Pro Gl y Lys Al a Phe Val Gl u Gl y Asp Al a Ser Ser Al a Ser Tyr Phe

1021 TTGGCTGGTGCAGCAGTCACAGGTGGAACTATCACTGTTGAAGGTTGTGGGACAAACAGT    1080
     Leu Al a Gl y Al a Al a Val Thr Gl y Gl y Thr I l e Thr Val Gl u Gl y Cys Gl y Thr Asn Ser

1081 TTACAGGGGGATGTGCAAATTTGCTGAGGTACTTGAAAAAATGGGAGCTGAAGTTACGTGG    1140
     Leu Gl n Gl y Asp Val Gl n I l e Cys  Leu Gl u Val Leu Gl u Lys Met Gl y Al a Gl u Val Thr Trp
```

0005379

FIGURE 4a

*879814*

```
1141 ACAGAGAACAGTGTCACAGTCAAAGGACCTCCAAGGAGTTCTTCTGGGAGGAAGCATTTG  1200
     Thr Gl uAsn Ser Val Thr Val Lys Gl y Pro Pro Arg Ser Ser Ser Gl y Arg Lys Hi s Leu

1201 CGTGCCATTGATGTGAACATGAATAAAATGCCTGATGTTGCCATGACACTTGCTGTTGTT  1250
     -Arg Al a Il e Asp Val Asn Met Asn Lys Met Pro Asp Val Al a Met Thr Leu Al a Val Val

1261 GCACTTTATGCTGATGGTCCCACAGCTATAAGAGATGTTGCTAGCTGGAGAGTCAAGGAA  1320
     Al a Leu Tyr Al a Asp Gl y Pro Thr Al a Il e Arg Asp Val Al a Ser Trp Arg Val Lys Gl u

1321 ACTGAGCGCATGATCGCCATATGCACAGAACTTAGGAAGTTA GGAGCAACCGTTGAAGAA  1380
     Thr Gl u Arg Met Il e Al a Il e Cys Thr Gl u Leu Arg Lys Leu Gl y Al a Thr Val Gl u Gl u

1381 GGACCAGACTACTGCATAATCACCCCACCGGAGAAACTAAATGTGACCGATATTGATACA  1440
     Gl y Pro Asp Tyr Cys Il e Il e Thr Pro Pro Gl u Lys Leu Asn Val Thr Asp Il e Asp Thr

1441 TACGATGATCACAGGAATGCCATGGCTTTTTCTCTTGCTGCTTGTGCAGATGTTCCCGTC  1500
     Tyr Asp Asp Hi s Arg Asn Al a Met Al a Phe Ser Leu Al a Al a Cys Al a Asp Val Pro Val

1501 ACCATCAATGACCCTGGCTGCACGCGGAAAACCTTCCCTAACTACTTTGATGTACTTCAG  1560
     Thr Il e Asn Asp Pro Gl y Cys Thr Arg Lys Thr Phe Pro Asn Tyr Phe Asp Val Leu Gl n

1561 CAGTACTCCAAGCATTGAACCGCTTCCCTATATTGCAGAATGTAAGTAAGAATATGTGAA  1620
     Gl n Tyr Ser Lys Hi s End

1621 GAGTTTAGTTCTTGTACAAGACAGGCTACGACTGCCTGGTATCAGAACCACAATGGGTTC  1680

1681 CATTTCAGTTCAGAAGGGCATTCCAAGGCTTCGAACTCTTTACTTATTTGCGAGTGATGA  1740

1741 AATGTATTTGTTAGAGTTGAGCTTCTTTTTGTCTTTAAGGAATGTACACTAATAGAGTTA  1800

1801 AGAATTACTAGTATGGGCCAGTGTAAGGAGTACTATTACTCTTTGCTTATTTTATTGATT  1860

1861 GAGTTTTGTCAAGGATCTGGCTTTGTCAAGAATTACTGGTTAATTTTATTGACAATCTCA  1920

1921 TGTGTGTCTAAATGAAATTGTTTGATAAAAAAAAAAAAAAAAAAAAAAAAAAAAGGAATTC  1978
```



0005380

FIGURE 4b

879 914



0005381

FIGURE 5



FIGURE 6

*879 814*

**U.S. Patent**    Jul. 10, 1990    Sheet 8 of 8    **4,940,835**



0005383

FIGURE 7



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF   |

DILIP M. SHAH ET AL.   |    GROUP ART UNIT:  184

SERIAL NUMBER: 06/879,814 |    EXAMINER:  D. Fox

FILED:  July 7, 1986   |

TITLE:  GLYPHOSATE   |
       RESISTANT PLANTS |


## CERTIFICATE OF MAILING

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

    I hereby certify that this correspondence is being

deposited with United States Postal Service as first class

mail in an envelope addressed to:

        Commissioner of Patents and Trademarks,
     Washington, D.C., 20231 on <u>October 26, 1989</u>
          Thomas P. McBride
         Registration No. 32,706
_____ Date 10|26|89


Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-6099

0005384

PART B - ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate FEE ADDRESS for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| OCT 30 1989 TRADEMARK OFFICE <br> DENNIS R. HOERNER, JR. <br> MONSANTO CO., <br> 800 N. LINDBERGH BLVD, <br> ST. LOUIS, MO  63167 | INVENTOR'S NAME <br> Stephen G. Rogers <br> Street Address <br> 1736 Westmeade <br> City, State and ZIP Code <br> Chesterfield, Missouri 63017 <br> CO-INVENTOR'S NAME <br> Street Address <br> City, State and ZIP Code <br> ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 06/879,814 | 07/02/86 | 037 | FOX, D | 184 | 07/27/89 |

First Named Applicant: SHAH, DILIP M.

TITLE OF INVENTION: GLYPHOSATE-RESISTANT PLANTS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPL'N TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 07-21(381)A | 800-001.000 | 022 | UTILITY | NO | $620.00 | 10/27/89 |

| For correspondence to be mailed to the following: | 4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. |
|---|---|
| Dennis R. Hoerner, Jr. <br> Monsanto Company – BB4F <br> 800 Chesterfield Village Parkway <br> St. Louis, Missouri 63198 | 1  Dennis R. Hoerner, Jr. <br> 2  James W. Williams, Jr. <br> 3  Larry R. Swaney |

DO NOT USE THIS SPACE

S 20345  11/02/89  06879814  13-4125  020  142  620.00CR
S 20746  11/02/89  06879814  13-4125  020

| 5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type) | 6. |
|---|---|
| (1) NAME OF ASSIGNEE <br> Monsanto Company <br> (2) ADDRESS: (City & State or Country) <br> St. Louis, Missouri <br> (3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION <br> Delaware | 6a. The following fees are enclosed: <br> ☐ Issue Fee  ☐ Advanced Order - # of Copies _____ (Minimum of 10) <br> 6b. The following fees should be charged to: 13-4125 <br> DEPOSIT ACCOUNT NUMBER _13-4125_ <br> (Enclose Part C) <br> ☒ Issue Fee  ☐ Advanced Order - # of Copies _15_ (Minimum of 10) <br> ☐ Any Deficiencies in Enclosed Fees |

☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party to interest of record)
_____  (Date) 10/26/89

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

000538



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/879,814 | 07/07/86 | SHAH | D | 07-21(3817A |

THOMAS P. MCBRIDE
MONSANTO CO. - 884F
700 CHESTERFIELD VILLAGE PARKWAY
ST. LOUIS, MO  63198

| EXAMINER |
|---|
| FOX, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 184 | 25 |

DATE MAILED:  11/20/97

## NOTICE OF DRAWING REQUIREMENTS

☐ The PTO delayed in providing a commercial bonded draftsman with drawings from the above-identified application. The delay prevented the draftsman from filing corrected drawings within the response period set in the Notice of Allowability mailed _____. Hence, said response period is hereby vacated. THE SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirement for drawing corrections is set to EXPIRE ONE MONTH FROM THE DATE OF THIS LETTER. Failure to comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ Corrected/substituted drawings for the above-identified application, received in the PTO on _9/29/89_, are still considered informal for the reason(s) identified on the attached Form PTO-948.

☐ Applicant has the time remaining in the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed _____ to overcome the objections raised in the attached Form PTO-948. This response period may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ The PTO delayed in reviewing the corrected drawings. Applicant is given ONE month time limit from the date of this letter to provide corrected drawings. NO EXTENSION OF THIS TIME LIMIT MAY BE GRANTED UNDER EITHER 37 CFR 1.136(a) or (b). See MPEP 714.03. However, the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed _7/27/89_ may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☐ Corrected/substituted drawings for the above-identified application received in the PTO on _____ were submitted outside of the period for response set in the Notice of Allowability or Notice of Drawing Requirements mailed _____. This application will become abandoned unless applicant obtains an extension of time under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ ATTACHMENT: PTO-948

PATENT AND TRADEMARK OFFICE     11/20/89
                                    DATE

0005386

FORM PTOL-465 (5-86)

PTO - 948
(Rev. 6-82)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N.  *879  814*

GROUP

## NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only  be
submitted in the manner set forth in the attached letter,
"Information on How to Effect Drawing Changes" PTO-1474.

A. ☐  The drawings, filed on *9-29-89*    , are objected to as informal for reason(s)
checked below:

1. ☐  Lines Pale.

2. ☐  Paper Poor.

3. ☐  Numerals Poor.

4. ☐  Lines Rough and Blurred.

5. ☐  Shade Lines Required.

6. ☐  Figures Must be Numbered.

7. ☐  Heading Space Required.

8. ☐  Figures Must Not be Connected.

9. ☐  Criss-Cross Hatching Objectionable.

10. ☐  Double-Line Hatching Objectionable.

11. ☐  Parts in Section Must be Hatched.

12. ☐  Solid Black Objectionable.

13. ☐  Figure Legends Placed Incorrectly.

14. ☐  Mounted Photographs.

15. ☐  Extraneous Matter Objectionable.
[37 CFR 1.84 (1)]

16. ☐  Paper Undersized; either 8½" x 14",
or 21.0 cm. x 29.7 cm required.

17. ☑  Proper A4 Margins Required:
☐ TOP 2.5 cm.   ☐ RIGHT 1.5 cm
☐ LEFT 2.5 cm.  ☑ BOTTOM 1.0 cm.
*FIG 2, 4A*

18. ☑  Other: *REMOVE FIGURE*
*TITLES FROM FIG 3, 4A,*
*FIG 6*

*(FIG 2, 3, 4A, 6 ONLY)*

B. ☑  The drawings, submitted on   *9-29-89*    , are so informal they cannot be
corrected.  New drawings are required.  Submission of the new drawings MUST be
made in accordance with the attached letter.

0005387



0005388

FIGURE 2

## DNA AND AMINO ACID SEQUENCE OF THE CHLOROPLAST TRANSIT PEPTIDE (CTP) OF THE PETUNIA EPSPS GENE

```
  1 GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCACAAGGGATA  60
                      Met Al aGl nI I e Asn AsnMetA l aGl nGl yI l e

 61 CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT 120
    Gl nThr LeuAsnProAsnSer AsnPheHi sLysProGl nVal ProLysSerSerPhe

121 CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA 180
    LeuVal PheGl ySerLysLys LeuLysAsnSer Al aAsnSer Met LeuVal LeuLysLys

181 GATTCAATTTTTATGCAAAAGTTTTGTTCCTTTAGGATTTCAGCATCAGTGGCTACAGCA 240
    AspSer I l ePheMet Gl nLys PheCysSer PheArgI l eSer Al aSerVal Al aThr Al a

241 CAG
    Gl n
```

0005389

FIGURE 3

## Petunia EPSP Synthase cDNA

```
1    GAATTCCCTCAATCTTTACTTTCAAGAATGGCACAAATTAACAACATGGCTCAAGGGATA    60
                        Met Al aGl nI l e Asn Asn Met Al aGl nGl yI l e

61   CAAACCCTTAATCCCAATTCCAATTTCCATAAACCCCAAGTTCCTAAATCTTCAAGTTTT   120
     Gl nThr Leu Asn Pr o Asn Ser Asn Phe Hi s Lys Pr o Val Pr o Lys Ser Ser Ser Phe

121  CTTGTTTTTGGATCTAAAAAACTGAAAAATTCAGCAAATTCTATGTTGGTTTTGAAAAAA   180
     Leu Val Phe Gl y Ser Lys Lys Leu Lys Asn Ser Al a Asn Ser Met Leu Val Leu Lys Lys

181  GATTCAATTTTTATGCAAAAGTTTTGTTCCTTTAGGATTTCAGCATCAGTGGCTACAGCA   240
     Asp Ser I l e Phe Met Gl nLys Phe Cys Ser Phe Ar gI l e Ser Al a Ser Val Al aThr Al a
                        I - - - > mat ur e  EPSPS

241  CAGAAGCCTTCTGAGATAGTGTTGCAACCCATTAAAGAGATTTCAGGCACTGTTAAATTG   300
     Gl nLys Pr o Ser Gl uI l e Val Leu Gl nPr oI l e Lys Gl uI l e Ser Gl yThr Val Lys Leu

301  CCTGGCTCTAAATCATTATCTAATAGAATTCTCCTTCTTGCTGCCTTATCTGAAGGAACA   360
     Pr oGl y Ser Lys Ser Leu Ser Asn Ar gI l e Leu Leu Leu Al a Al a Leu Ser Gl uGl yThr

361  ACTGTGGTTGACAATTTACTAAGTAGTGATGATATTCATTACATGCTTGGTGCCTTGAAA   420
     Thr Val Val Asp Asn Leu Leu Ser Ser Asp Asp I l e Hi s Tyr Met Leu Gl yAl a Leu Lys

421  ACACTTGGACTGCATGTAGAAGAAGATAGTGCAAACCAACGAGCTGTTGTTGAAGGTTGT   480
     Thr Leu Gl y Leu Hi s Val Gl u Gl u Asp Ser Al a Asn Gl n Ar g Al a Val Val Gl uGl yCys

481  GGTGGGCTTTTCCCTGTTGGTAAAGAGTCCAAGGAAGAAATTCAACTGTTCCTTGGAAAT   540
     Gl yGl y Leu Phe Pr o Val Gl y Lys Gl uSer Lys Gl uGl uI l e Gl nLeu Phe Leu Gl yAsn

541  GCAGGAACAGCAATGCGGCCACTAACAGCAGCAGTTACTGTAGCTGGTGGAAATTCAAGG   600
     Al aGl yThr Al a Met Ar g Pr o Leu Thr Al a Al a Val Thr Val Al aGl yGl yAsn Ser Ar g

601  TATGTACTTGATGGAGTTCCTCGAATGAGAGAGAGACCAATTAGTGATTTGGTTGATGGT   660
     Tyr Val Leu Asp Gl yVal Pr o Ar g Met Ar g Gl uAr g Pr oI l e Ser Asp Leu Val Asp Gl y

651  CTTAAACAGCTTGGTGCAGAGGTTGATTGTTTCCTTGGTACGAAATGTCCTCCTGTTCGA   720
     Leu Lys Gl nLeu Gl y Al a Gl u Val Asp Cys Phe Leu Gl y Thr Lys Cys Pr o Pr o Val Ar g

721  ATTGTCAGCAAGGGAGGTCTTCCTGGAGGGAAGGTCAAGCTCTCTGGATCCATTAGCAGC   780
     I l e Val Ser Lys Gl y Gl y Leu Pr o Gl y Gl y Lys Val Lys Leu Ser Gl y Ser I l e Ser Ser

781  CAATACTTGACTGCTCTGCTTATGGCTGCTCCACTGGCTTTAGGAGATGTGGAGATTGAA   840
     Gl n Tyr Leu Thr Al a Leu Leu Met Al a Al a Pr o Leu Al a Leu Gl y Asp Val Gl u I l e Gl u

841  ATCATTGACAAACTAATTAGTGTACCTTATGTCGAGATGACATTGAAGTTGATGGAGCGA   900
     I l e I l e Asp Lys Leu I l e Ser Val Pr o Tyr Val Gl uMet Thr Leu Lys Leu Met Gl uAr g

901  TTTGGTATTTCTGTGGAGCACAGTAGTAGCTGGGACAGGTTCTTTGTCCGAGGAGGTCAG   960
     Phe Gl y I l e Ser Val Gl uHi s Ser Ser Ser Tr p Asp Ar g Phe Phe Val Ar gGl yGl yGl n

961  AAATACAAGTCTCCTGGAAAAGCTTTTGTCGAAGGTGATGCTTCAAGTGCTAGCTACTTC   1020
     Lys Tyr Lys Ser Pr o Gl y Lys Al a Phe Val Gl u Gl y Asp Al a Ser Ser Al a Ser Tyr Phe

1021 TTGGCTGGTGCAGCAGTCACAGGTGGAACTATCACTGTTGAAGGTTGTGGGACAAACAGT   1080
     Leu Al a Gl y Al a Al a Val Thr Gl y Gl yThr I l e Thr Val Gl u Gl y Cys Gl y Thr Asn Ser

1081 TTACAGGGGGATGTGCAAATTGCTGAGGTACTTGAAAAAATGGGAGCTGAAGTTACGTGG   1140
     Leu Gl n Gl y Asp Val Lys Phe Al a Gl u Val Leu Gl uLys Met Gl y Al a Gl uVal Thr Tr p
```

0005390

**FIGURE 4a**



Comparison of Petunia and Arabidopsis EPSP Synthase Genes

FIGURE 6







*1-11-90* ☉♯♯

*DRAFting DIV*

**PATENT**
38-21(381)A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF | ) | |
| | ) | |
| DILIP M. SHAH, STEPHEN G. ROGERS, | ) | GROUP ART UNIT:  184 |
| ROBERT B. HORSCH, and ROBERT T. | ) | |
| FRALEY | ) | |
| | ) | |
| SERIAL NUMBER: 06/879,814 | ) | EXAMINER:  DAVID T. FOX |
| | ) | |
| FILED:  JULY 7, 1986 | ) | DECEMBER 4, 1989 |
| | ) | |
| TITLE:  GLYPHOSATE RESISTANT | ) | |
| PLANTS | ) | |

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington D.C., 20231 on December 4, 1989
Thomas P. McBride
Registration No.  32,706
_____ Date: December 4, 1989

## LETTER TO OFFICIAL DRAFTSMAN

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

The above-identified application was allowed by the Examiner in the Notice
of Allowability (Paper No. 20) dated July 21, 1989 subject to the submission of
formal drawings complying with the information noted by the Chief Draftsman in
Paper No. 7.  Applicants have subsequently received a formal Notice of Allowance
dated July 27, 1989.

On September 26, 1989, amended formal drawings were sent to the Official
Draftsman.  A further Notice of Drawing Requirements was received by
applicants having a mailing date of 11/20/89 requesting further changes to the
submitted drawings.  In particular, Figure 2 and Figure 6 were noted as having
improper top and/or bottom margins.  Additionally, titles on Figure 3, Figure 4a
and Figure 6 were requested removed.

38-21(381)A

Enclosed please find newly amended formal drawings for Figure 3, Figure 4a, Figure 2 and Figure 6. It is believed that each of these drawings are correct and acceptable. Therefore, applicants request that these drawings be accepted and the case passed to allowance in the ordinary course of business.

Respectfully submitted,

Thomas P. McBride
Attorney for Applicants
Registration No. 32,706

Monsanto Company - BB4F
700 Chesterfield Village Parkway
St. Louis, Missouri  63198
(314) 537-7357

**0005394**





PTO UTILITY GRANT
Paper Number

The Commissioner of Patents
and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks

*Melvinia Gary*

Attest





PTO UTILITY GRANT
Paper Number 32

The Commissioner of Patents
and Trademarks

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks

*Melvenia Gary*

Attest

The
United
States
of
America

# United States Patent [19]

## Shah et al.

[11] Patent Number: 4,940,835

[45] Date of Patent: Jul. 10, 1990

[54] GLYPHOSATE-RESISTANT PLANTS

[75] Inventors: Dilip M. Shah, Creve Coeur; Stephen G. Rogers, Chesterfield; Robert B. Horsch; Robert T. Fraley, both St. Louis, all of Mo.

[73] Assignee: Monsanto Company, St. Louis, Mo.

[21] Appl. No.: 879,814

[22] Filed: Jul. 7, 1986

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 792,390, Oct. 29, 1985, abandoned, which is a continuation-in-part of Ser. No. 763,482, Aug. 7, 1985, abandoned.

[51] Int. Cl.$^5$ .................... A01H 1/04; C12N 15/00; C12N 5/00; C07H 15/12

[52] U.S. Cl. ......................... 800/205; 435/172.3; 435/240.4; 435/320; 536/27; 935/35; 935/47; 935/48; 935/64; 935/67; 800/DIG. 44; 800/DIG. 43; 800/DIG. 26; 800/DIG. 14; 800/DIG. 17; 800/DIG. 63; 800/DIG. 27; 800/DIG. 24; 800/230; 800/DIG. 67

[58] Field of Search ................. 435/172.3, 68, 317, 435/240, 240.4, 320; 536/27; 47/58; 800/1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/317 |
| 4,769,061 | 9/1988 | Comai | 71/86 |

### FOREIGN PATENT DOCUMENTS

0115673  8/1984  European Pat. Off. ............. 935/14

### OTHER PUBLICATIONS

Smart et al., *J. of Biol. Chem* (1985) 260, 30, pp. 16338–16346.
Lee, T. T., *J. Plant Growth Regul* (1982) 1:37–48.
Jensen, R. A., *Physiol. Plant* (1985) 66:164–168.
Rubin et al., *Plant Physiol* (1982) 70, 833–839.
Mousdale et al., *Planta* (1985) 163:241–249.
'dAmato, T. A., et al., *Planta* (1984) 162:104–108.
Rothe, G. M., et al. *Planta* (1983) 157:358–366.
Singh et al., *Arch. of Biochem & Bioph.* (1985) 243:2 pp. 374–384.
Saijo et al., *Agric. Biol. Chem* (1979) 43 (7) pp. 1427–1432.
Schmidt et al., *P.N.A.S.* (1983) 80, 2632–2636.

Stalker et al., *J. Biol. Chem* (1985) 260:8 pp. 4724–4728.
Science (1986) 231: 1360–1361.
Biotechnology (1984) Nov., pp. 944.
Cole et al., *Weed Research* (1983) 23, 173–183.
Rubin et al. *Plant Physiol.* (1984)75, pp. 839–945.
Guilley et al. (1982) "Transcription of CAMV DNA. . ." Cell 30: 763–73.
Mazur et al. (1985) "Cloning Herbicide. . . " World Biotech Rep 2: 97–108.
Goodman et al. (1987) "Gene Transfer in Crop. . ." Science 236: 48–54.
Amrhein et al. (1983) "Biochemical Basis For. . ." FEBS Letters 157: 191–6.
Najziger et al. (1984) "Selection & Characterization. . ." Plant Physiol 76: 571–4.
Vanden Broeck et al. (1985) "Targeting of. . ." Nature 313: 358–63.
Koziel et al. (1984) "A Cauliflower Mosaic Virus. . ." J. Mol. Appl. Genet 2: 549–62.
Rogers et al (1983) Appl. Environ Microbiol 46 : 37–43.
Comai et al. (1983) Science 221: 370–1.

*Primary Examiner*—Charles F. Warren
*Assistant Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Dennis R. Hoerner, Jr.; James W. Williams, Jr.; Larry R. Swaney

[57] **ABSTRACT**

This invention involves a cloning or expression vector comprising a gene which encodes 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) polypeptide which, when expressed in a plant cell contains a chloroplast transit peptide which allows the polypeptide, or an enzymatically active portion thereof, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell, and confers a substantial degree of glyphosate resistance upon the plant cell and plants regenerated therefrom.

The EPSPS coding sequence may be ligated to a strong promoter, such as the 35S promoter from cauliflower mosaic virus, to create a chimeric gene. Such genes can be inserted into plant transformation vectors, and subsequently introduced into plant cells. Plant cells transformed using such genes and plants regenerated therefrom have been shown to exhibit a substantial degree of glyphosate resistance.

**59 Claims, 8 Drawing Sheets**



1. SUSPENSION CULTURE OF MP4 PETUNIA CELLS

2. CONTACT WITH LOW LEVEL OF GLYPHOSATE AND CULTURE SURVIVING CELLS

3. SLOWLY INCREASE LEVEL OF GLYPHOSATE, ISOLATE HIGHLY RESISTANT (G$^r$) CELLS, MP4 - G

4. PURIFY EPSPS PROTEIN; DETERMINE AMINO ACID SEQUENCE

6. CREATION OF cDNA FROM PETUNIA mRNA

5. CREATE RADIOACTIVE DNA PROBES WHICH COULD ENCODE THE AMINO ACID SEQUENCE

7. INSERT cDNA INTO CLONING VECTORS

8. USE PROBES TO ISOLATE A CLONING VECTOR HAVING AN EPSPS GENE IN INSERTED FRAGMENT

9. DETERMINE SEQUENCE OF EPSPS GENE, IDENTIFY CLEAVAGE SITES THAT ALLOW PROMOTER TO BE REMOVED FROM CODING SEQUENCE

10. REPLACE EPSPS PROMOTER WITH STRONGER CaMV 35S PROMOTER, TO CREATE CHIMERIC GENE

11. INSERT CHIMERIC GENE INTO DISARMED Ti VECTOR, USE VECTOR TO INSERT THE GENE INTO PLANT CELLS

12. GROW TRANSFORMED PLANT CELLS ON GLYPHOSATE

13. REGENERATE AND TEST DIFFERENTIATED PLANTS

FIGURE 1

0005398



FIGURE 2