IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>　　　　　Defendants. | Civil Action No. 05-355-SLR |

**SYNGENTA'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY**

Pursuant to *Daubert v. Merrel Dow Pharm., Inc.,* 509 U.S. 579 (1993), Rules 702, 703, and 403 of the Federal Rules of Evidence, and Rules 26(a)(2)(B) and 37(c)(1) of the Federal Rules of Civil Procedure, Defendants Syngenta Seeds, Inc., Syngenta Biotechnology Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") hereby move the Court for an order excluding Monsanto's proposed expert testimony set forth in the following expert reports: Keegstra initial expert report sections X(C) and XII; Keegstra rebuttal report section II (subparts G, H, and I); the entire Keegstra surrebuttal report; Cahoon rebuttal

report sections 7.0 and 7.2; the entire Fromm initial expert report; and Gasser rebuttal report paragraphs 43 and the third sentence of paragraph 65. The parties conferred on this motion but were unable to resolve the issues raised herein.

Pursuant to Local Rules 7.1.2 and 7.1.3, Syngenta is filing concurrently an opening brief in support of this motion. For ease of reference, Syngenta's evidentiary materials cited in support of this motion are included in an appendix to the opening brief.

For the reasons set forth in the accompanying opening brief, this Court should grant Syngenta's motion. A proposed Order is attached.

                                            Respectfully submitted,

                                            /s/ John W. Shaw

                                            John W. Shaw (No. 3362)
                                            Karen E. Keller (No. 4489)
                                            YOUNG CONAWAY STARGATT &
                                              TAYLOR, LLP
                                            The Brandywine Building, 17th Floor
                                            1000 West Street
                                            Wilmington, Delaware 19899-0391
                                            (302) 571-6600
                                            jshaw@ycst.com

Of counsel:

Michael J. Flibbert
Howard W. Levine
Scott J. Popma
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000                        Attorneys for Defendants

Dated: January 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-305-SLR<br>(lead case) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-355-SLR |

**ORDER**

At Wilmington this ___ day of _____, 2006,

WHEREAS, defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") have moved pursuant to *Daubert v. Merrel Dow Pharm., Inc.*, 509 U.S. 579 (1993), Rules 702, 703, and 403 of the Federal Rules of Evidence, and Rules 26(a)(2)(B) and 37(c)(1) of the Federal Rules of Civil Procedure for an Order excluding Monsanto's proposed expert testimony set forth in the following expert reports: Keegstra initial expert report sections X(C) and XII; Keegstra rebuttal

report section II (subparts G, H, and I); the entire Keegstra surrebuttal report; Cahoon rebuttal report sections 7.0 and 7.2; the entire Fromm initial expert report; and Gasser rebuttal report paragraphs 43 and the third sentence of paragraph 65;

WHEREAS, all parties were given notice and an opportunity to be heard; and

WHEREAS, after considering all papers and arguments in support of and in opposition to Syngenta's motion, and the Court being of the opinion that good grounds exist for the requested relief; now therefore,

**IT IS HEREBY ORDERED** that Syngenta's *Daubert* Motion to Exclude Expert Testimony is GRANTED. The Court excludes Monsanto's proposed expert testimony set forth in the following expert reports: Keegstra initial expert report sections X(C) and XII; Keegstra rebuttal report section II (subparts G, H, and I); the entire Keegstra surrebuttal report; Cahoon rebuttal report sections 7.0 and 7.2; the entire Fromm initial expert report; and Gasser rebuttal report paragraphs 43 and the third sentence of paragraph 65 pursuant to *Daubert v. Merrel Dow Pharm., Inc.,* 509 U.S. 579 (1993), Rules 702, 703, and 403 of the Federal Rules of Evidence, and Rules 26(a)(2)(B) and 37(c)(1) of the Federal Rules of Civil Procedure.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on January 11, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1