IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>   Defendants. | C.A. No. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETIC CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>   Defendants. | |

### JOINT SUBMISSION OF FILE HISTORY U.S. PATENT 6,013,863

(Lundquist & Walters)

### VOLUME 1 OF 2

| | |
|---|---|
| John W. Shaw<br>YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>Attorneys for Defendants<br><br>OF COUNSEL:<br>Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, L.L.P.<br>901 New York Ave., NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: January 11, 2006 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>Attorneys Plaintiffs<br><br>OF COUNSEL:<br>Susan K. Knoll<br>Thomas A. Miller<br>Melinda Patterson<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br>(713) 787-1400 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br>   Defendants. | C.A. NO. 04-305 SLR |
| DEKALB GENETICS CORPORATION,<br>   Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br>   Defendants. | C.A. NO. 05-355 SLR |

# JOINT SUBMISSION OF
# FILE HISTORY U.S. PATENT 6,013,863
(Lundquist & Walters)

| Application serial number | Sequential numbers |
|---|---|
| S/N 677,695 | 2400-2786 |
| S/N 844,555 | 2787-3065 |

(see submission for '880 patent for applications S/N 974,379 & 467,983 (SM 0550-0960) and S/N 249,458 (SM 0961-1131) which are also parent files to the '863 patent)

DM_US\8297445 v1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 11, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 11, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765