IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| ATTY DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION: | | PRIOR APPLICATION | |
|---|---|---|---|---|
| | CLASS | SUBCLASS | EXAMINER | ART UNIT |
| SLWK 950.001US4 | | | G. Benzion | 1803 |

CONTINUATION APPLICATION UNDER RULE 37 C.F.R. 1.60

Assistant Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C.  20231

Sir:

This is a request for filing a continuation application under 37 CFR § 1.60 of Serial No. 07/974,379 filed on November 10, 1992 entitled METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS by the following inventor(s) (name, address, and citizenship):

1.    Ronald C. Lundquist
      4901 Clear Spring Road
      Minnetonka, Minnesota 55345
      Citizenship: USA

2.    David A. Walters
      11424 Kell Road
      Bloomington, Minnesota 55437
      Citizenship: USA

1. XXX     Enclosed is a true and correct copy of the prior application;  including the specification, claims, drawings, oath or declaration showing the applicant's signature, and any amendments referred to in the oath or declaration filed to complete the prior application.  (It is noted that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein.)

2. XXX     Cancel in this application original claims  1-18   of the prior application before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

3. XXX    The filing fee is calculated below:

| CLAIMS AS FILED | | | |
|---|---|---|---|
| NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE   $750.00 |
| Total Claims - 20 = | 0 | $ 22.00 | $       000.00 |
| Independent Claims - 3 = | 0 | $ 78.00 | $       000.00 |
| | | FILING FEE | $       750.00 |

___    A Verified Statement that this filing is by a small entity (37 CFR 1.9, 1.27, 1.28) is:

       ___ already filed in the parent application.

       ___ attached.

4. ___    A check in the amount of $____ is attached to cover the filing fee.

5. XXX    The Commissioner is hereby authorized to charge any additional fees as set forth in 37 CFR 1.16 to 1.18 which may be required by this paper or credit any overpayment to Account No. 19-0743.

6. XXX    Amend the specification by inserting before the first line the sentence: "This is a continuation of application Serial No. 07/974,379 filed November 10, 1992 entitled METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS.

7.___    Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in the prior application file. (May only be used if signed by person authorized by Rule 138 and before payment of case issue fee.)

8. ___    Letter to Official Draftsman and Formal drawings are enclosed. (__ Sheets)

9. ___    Priority of application Serial No. _____, filed on _____ in _____, is claimed under 35 U.S.C. 119.

10. __    The certified copy has been filed in prior application Serial No. _____, filed ____

11. XXX    The prior application is assigned of record to

    DEKALB Genetics Corporation

12. __XXX__    The Power of Attorney in the prior application is to:

> Merchant, Gould, Smith, Edell, Welter & Schmidt, P.A.
> Warren D. Woessner et al.
> 90 South 7th Street
> Minneapolis, MN 55402

13. _____    A Preliminary Amendment is enclosed.  It is believed that no fees are due as a result of this Amendment; however, the Examiner is authorized to charge any additional fees due to Deposit Account 17-0943.

Address all future communications to:  (may only be completed by attorney or agent of record)

> SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
> P.O. Box 2938
> Minneapolis, Minnesota 55402
> Attn:  _Warren D. Woessner_
> (Telephone:  612-373-6903)

Date:  _7- 10 - 96_ 　　　　　 _Wan Oliben_

　　　　　　　　　　　　 Warren D. Woessner
　　　　　　　　　　　　 Reg. No. 30,440

---

"Express Mail" mailing label number EM556634334US

Date of Deposit ____ July 10, 1996
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to BOX PATENT APPLICATION, Assistant Commissioner for Patents, Washington, D.C. 20231

　　　　　JONATHAN FERGUSON
　　　　　　　printed name
　　　_Jonathan Ferguson_
　　　　　　　signature

---

EM556634333US

0002402

## ABSTRACT OF THE DISCLOSURE

Fertile transgenic <u>Zea mays</u> (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants. The process comprises the microjectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

BIOT-104 - 1/22/90          — 43 —

Docket: BIOT-104

United States Patent Application

of

Ronald C. Lundquist
4901 Clear Spring Road
Minnetonka, MN 55345

and

David A. Walters
9348 Colorado Road
Bloomington, MN 55438

for

FERTILE TRANSGENIC CORN PLANTS

Docket: BIOT-104

## FERTILE TRANSGENIC CORN PLANTS

### BACKGROUND OF THE INVENTION

This invention relates to fertile transgenic plants of the species Zea mays (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed Zea mays plants in which the transforming DNA is heritable thereof. This failure in the

BIOT-104 - 1/22/90          - 1 -

art is well documented in the literature and has been discussed
in a number of recent reviews (Potrykus, 1989; Weising et al.,
1988; Cocking et al., 1987).

European Patent Publns. 270,356 (McCabe et al.) and
275,069 (Arntzen et al.) describe the introduction of DNA into
maize pollen followed by pollination of maize ears and forma-
tion of seeds. The plants germinated from these seeds are al-
leged to contain the introduced DNA, but there is no suggestion
that the introduced DNA was heritable, as has been accomplished
in the present invention. Only if the DNA introduced into the
corn is heritable can the corn be used in breeding programs as
required for successful commercialization of transgenic corn.

Graves et al. (1986) claims <u>Agrobacterium</u>-mediated trans-
formation of <u>Zea mays</u> seedlings. The alleged evidence was bas-
ed upon assays known to produce incorrect results.

Despite extensive efforts to produce fertile transformed
corn plants which transmit the transforming DNA to progeny,
there have been no reported successes. Many previous failures
have been based upon gene transfer to maize protoplasts, often-
times derived from callus, liquid suspension culture cells, or
other maize cells using a variety of transformation techniques.
Although several of the techniques have resulted in successful
transformation of corn cells, the resulting cells either could
not be regenerated into corn plants or the corn plants produced
were sterile (Rhodes et al. 1988) or, in some cases, it even
turned out that the plants were in fact not transformed. Thus,
while maize protoplasts and some other cells have previously
been transformed, the resulting transformants could not be re-
generated into fertile transgenic plants.

On the other hand, it has been known that at least cer-
tain corn callus can be regenerated to form mature plants in a
rather straightforward fashion and that the resulting plants

BIOT-104 - 1/22/90            - 2 -

were often fertile.   However, no stable transformation of maize callus was ever achieved, i.e. there were no techniques developed which would permit a successful stable transformation of a regenerable callus.   An example of a maize callus transformation technique which has been tried is the use of <u>Agrobacterium</u> mediated transfer.

The art was thus faced with a dilemma.   While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant.   While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles.   The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J.C. Sanford et al. based upon U.S.S.N. 161,807, filed February 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans.   In fact, stable expression has been obtained by bombardment of suspension cultures of <u>Zea mays</u> Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type.   No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile

BIOT-104 - 1/22/90          - 3 -

corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g. herbicide or antibiotic, which can effect either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, Zea mays plants and seeds which transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and selection process which results in a high level of viability for a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

REFERENCES CITED

Armstrong, CL, et al. (1985) J Planta 164:207-214

Callis, J, et al. (1987) Genes & Develop 1:1183-1200

Chilton & Barnes (1983) Nuc Acids Res 11:364-385

Chu, CC, et al. (1975) Sci Sin (Peking) 18:659-668

Cocking, F, et al. (1987) Science 236:1259-1262

DeWet et al. (1985) Proc Natl Sci USA 82:7870-7873

Freeling, JC, et al. (1976) Maydica XXI:97-112

Graves, A, et al. (1986) Plant Mol Biol 7:43-50

Green, C, et al. (1975) Crop Sci 15:417-421

Green, CE, (1982) Plant Tissue Culture, A Fujiwara ed. Maruzen, Tokyo, Japan pp 107-8

BIOT-104 - 1/22/90                    - 4 -

Green, C, et al. (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 367-372

Gritz, L, et al. (1983) Gene 25:179-188

Guilley, H, et al. (1982) Cell 30:763-773

Jefferson, R, et al. (1987) EMBO J 6:3901-3907)

Kamo, K, et al. (1985) Bot Gaz 146:327-334

Klein, T, et al. (1989) Plant Physiol 91:440-444

Klein, T, et al. (1988a) Proc Natl Acad Sci USA 85:4305-9

Klein, T, et al. (1988b) Bio/Technology 6:559-563

Lu, C, et al. (1982) Theor Appl Genet 62:109-112

McCabe, D, et al. (1988) Bio/Technology 6:923-926

Murashige, T, et al. (1962) Physiol Plant 15:473-497

Neuffer, M, (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 19-30

Phillips, R, et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Soc Amer, pp 345-387

Potrykus, I (1989) Trends in Biotechnology 7:269-273

Rhodes, CA, et al. (1988) Science 240:204-7

Sambrook, J, et al (1989) Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory Press

Sanford, J, et al. (1987) J Part Sci & Techn 5:27-37

Weising, K, et al., (1988) Ann Rev of Genetics 22:421-478

Yanisch-Perron, L, et al. (1985) Gene 33:109-119

## SUMMARY OF THE INVENTION

The present invention relates to fertile transgenic _Zea mays_ plants containing heterologous DNA, preferably chromosomally integrated heterologous DNA, which is heritable by progeny thereof.

The invention further relates to all products derived from transgenic _Zea mays_ plants, plant cells, plant parts, and seeds.

The invention further relates to transgenic _Zea mays_

BIOT-104 - 1/22/90          - 5 -

0002409

seeds stably containing heterologous DNA and progeny which in-
herit the heterologous DNA.

The invention further relates to a process for producing
fertile transgenic Zea mays plants containing heterologous DNA.
The process is based upon microprojectile bombardment, selec-
tion, and plant regeneration techniques.

The invention further relates to a process for producing
fertile transformed plants of graminaceous plants other than
Zea mays which have not been reliably transformed by tradition-
al methods such as electroporation, Agrobacterium, injection,
and previous ballistic techniques.

The invention further relates to regenerated fertile ma-
ture maize plants from transformed embryogenic tissue, transgen-
ic seeds produced therefrom, and R1 and subsequent generations.

In preferred embodiments, this invention produces the fer-
tile transgenic plants by means of a DNA-coated microprojectile
bombardment of clumps of friable embryogenic callus, followed
by a controlled regimen for selection of the transformed callus
lines.

BRIEF DESCRIPTION OF THE DRAWINGS
     Figure 1A shows a map of plasmid vector pHYGI1 utilized
in Example I.  Figure 1B shows the relevant part of pHYGI1 en-
compassing the HPT coding sequence and associated regulatory
elements.  The base pair numbers start from the 5' nucleotide
in the recognition sequence for the indicated restriction en-
zymes, beginning with the EcoRI site at the 5' end of the CaMV
35S promoter.

     Figure 2 shows a map of plasmid vector pBII221 utilized
in Example I.

BIOT-104 - 1/22/90              - 6 -

Figure 3 is a Southern blot of DNA isolated from the PH1 callus line and an untransformed control callus line.

Figure 4 is a Southern blot of leaf DNA isolated from Ro plants regenerated from PH1 and untransformed callus.

Figure 5 is a Southern blot of leaf DNA isolated from R1 progeny of PH1 Ro plants and untransformed Ro plants.

Figure 6 is a Southern blot of DNA isolated from the PH2 callus line and an untransformed control callus line.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to the production of fertile transgenic plants and seeds of the species Zea mays and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom.  The transgenic plants produced herein include all plants of this species, including field corn, popcorn, sweet corn, flint corn and dent corn.

"Transgenic" is used herein to include any cell, cell line, callus, tissue, plant part or plant which contains heterologous DNA that was introduced into plant material by a process of genetic engineering, or which was initially introduced into a plant species by such a process and was subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions.

By "heritable" is meant that the DNA is capable of transmission through a complete sexual cycle of a plant, i.e. passed from one plant through its gametes to its progeny plants in the same manner as occurs in normal corn.

The transgenic plants of this invention may be produced by (i) establishing friable embryogenic callus from the plant

BIOT-104 - 1/22/90                        - 7 -

to be transformed, (ii) transforming said cell line by a micro-
projectile bombardment technique, (iii) controllably identify-
ing or selecting transformed cells, and (iv) regenerating fer-
tile transgenic plants from the transformed cells.  Some of the
plants of this invention may be produced from the transgenic
seed produced from the fertile transgenic plants using conven-
tional crossbreeding techniques to develop commercial hybrid
seed containing heterologous DNA.

I. Plant lines and tissue cultures

     The cells which have been found useful to produce the fer-
tile transgenic maize plants herein are those callus cells
which are regenerable, both before and after undergoing a selec-
tion regimen as detailed further below.  Generally, these cells
will be derived from meristematic tissue which contain cells
which have not yet terminally differentiated.  Such tissue in
graminaceous cereals in general and in maize, in particular,
comprise tissues found in juvenile leaf basal regions, immature
tassels, immature embryos, and coleoptilar nodes.  Preferably,
immature embryos are used.  Methods of preparing and maintain-
ing callus from such tissue and plant types are well known in
the art and details on so doing are available in the litera-
ture, c.f. Phillips et al. (1988), the disclosure of which is
hereby incorporated by reference.

     The specific callus used must be able to regenerate into
a fertile plant.  The specific regeneration capacity of particu-
lar callus is important to the success of the bombardment/selec-
tion process used herein because during and following selec-
tion, regeneration capacity may decrease significantly.  It is
therefore important to start with cultures that have as high a
degree of regeneration capacity as possible.  Callus which is
more than about 3 months and up to about 36 months of age has
been found to have a sufficiently high level of regenerability
and thus is currently preferred.  The regenerative capacity of
a particular culture may be readily determined by transferring

BIOT-104 - 1/22/90              - 8 -

samples thereof to regeneration medium and monitoring the forma-
tion of shoots, roots, and plantlets.  The relative number of
plantlets arising per Petri dish or per gram fresh weight of
tissue may be used as a rough quantitative estimate of regener-
ation capacity.  Generally, a culture which will produce at
least one plant per gram of callus tissue will be preferred.

While maize callus cultures can be initiated from a num-
ber of different plant tissues, the cultures useful herein are
preferably derived from immature maize embryos which are remov-
ed from the kernels of an ear when the embryos are about 1-3 mm
in length.  This length generally occurs about 9-14 days after
pollination. Under aseptic conditions, the embryos are placed
on conventional solid media with the embryo axis down (scutel-
lum up).  Callus tissue appears from the scutellum after sever-
al days to a few weeks.  After the callus has grown sufficient-
ly, the cell proliferations from the scutellum may be evaluated
for friable consistency and the presence of well-defined embry-
os.  By "friable consistency" is meant that the tissue is easi-
ly dispersed without causing injury to the cells.  Tissue with
this morphology is then transferred to fresh media and subcul-
tured on a routine basis about every two weeks.

The callus initiation media is solid because callus can-
not be readily initiated in liquid medium.  The initiation/main-
tainence media is typically based on the N6 salts of Chu et al.
(1975) as described in Armstrong et al. (1985) or the MS salts
of Murashige et al. (1962).  The basal medium is supplemented
with sucrose and 2,4-dichlorophenoxyacetic acid (2,4-D).  Sup-
plements such as L-proline and casein hydrolysate have been
found to improve the frequency of initiation of callus cul-
tures, morphology, and growth.  The cultures are generally main-
tained in the dark, though low light levels may also be used.
The level of synthetic hormone 2,4-D, necessary for maintain-
ence and propagation, should be generally about 0.3 to 3.0
mg/l.

BIOT-104 - 1/22/90          - 9 -

Although successful transformation and regeneration has been accomplished herein with friable embryogenic callus, this is not meant to imply that other transformable regenerable cells, tissue, or organs cannot be employed to produce the fertile transgenic plants of this invention. The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used.

II. <u>DNA Used for Transformation</u>

The heterologous DNA used for transformation herein may be circular or linear, double-stranded or single-stranded. Generally, the DNA is in the form of a plasmid and contains coding regions of beneficial heterologous DNA with flanking regulatory sequences which serve to promote the expression of the heterologous DNA present in the resultant corn plant. "Heterologous DNA" is used herein to include all synthetically engineered or biologically derived DNA which is introduced into a plant by man by genetic engineering, including but not limited to, non-plant genes, modified genes, synthetic genes, portions of genes, as well as DNA and genes from maize and other plant species.

The compositions of and methods for constructing heterologous DNA for successful transformations of plants is well known to those skilled in the art, and the same compositions and methods of construction may be utilized to produce the heterologous DNA useful herein. The specific composition of the DNA is not central to the present invention and the invention is not dependent upon the composition of the specific transforming DNA used. Weising et al. (1988), the subject matter of which is incorporated herein by reference, describes suitable DNA components thereof which include promoters, polyadenylation sequences, selectable marker genes, reporter genes, enhancers, introns, and the like, as well as provides suitable references

BIOT-104 - 1/22/90          - 10 -

for compositions thereof.  Sambrook et al. (1989) provides suit-
able methods of construction.

Generally the heterologous DNA will be relatively small,
i.e. less than about 30 kb to minimize any susceptibility to
physical, chemical, or enzymatic degradation which is known to
increase as the size of the DNA increases.

Suitable heterologous DNA for use herein includes all DNA
which will provide for, or enhance, a beneficial feature of the
resultant transgenic corn plant.  For example, the DNA may en-
code proteins or antisense RNA transcripts in order to promote
increased food values, higher yields, pest resistance, disease
resistance, and the like.  For example, a bacterial <u>dap</u> A gene
for increased lysine; Bt-endotoxin gene or protease inhibitor
for insect resistance; bacterial ESPS synthase for resistance
to glyphosate herbicide; chitinase or glucan endo-1,3-B-glucosi-
dase for fungicidal properties.  Also, the DNA may be introduc-
ed to act as a genetic tool to generate mutants and/or assist
in the identification, genetic tagging, or isolation of seg-
ments of corn DNA.  Additional examples may be found in Weis-
ing, <u>supra</u>.

The heterologous DNA to be introduced into the plant fur-
ther will generally contain either a selectable marker or a re-
porter gene or both to facilitate identification and selection
of transformed cells.  Alternatively, the selectable marker may
be carried on a separate piece of DNA and used in a cotransfor-
mation procedure.  Both selectable markers and reporter genes
may be flanked with appropriate regulatory sequnces to enable
expression in plants.  Useful selectable markers are well known
in the art and include, for example, antibiotic and herbicide
resistance genes.  Specific examples of such genes are disclos-
ed in Weising et al, <u>supra</u>.  A preferred selectable marker gene
is the hygromycin B phosphotransferase (HPT) coding sequence,
which may be derived from <u>E. coli</u>.  Other selectable markers

BIOT-104 - 1/22/90              - 11 -

known in the art include aminoglycoside phosphotransferase gene
of transposon Tn5 (AphII) which encodes resistance to the anti-
biotics kanamycin, neomycin, and G418, as well as those genes
which code for resistance or tolerance to glyphosate, methotrex-
ate, imidazolinones, sulfonylureas, bromoxynil, dalapon, and
the like.  Those selectable marker genes which confer herbicide
resistance or tolerance are also of commercial utility in the
resulting transformed plants.

    Reporter genes which encode for easily assayable marker
proteins are well known in the art.  In general, a reporter
gene is a gene which is not present or expressed by the recip-
ient organism or tissue and which encodes a protein whose ex-
pression is manifested by some easily detectable property, e.g.
phenotypic change or enzymatic activity.  Examples of such
genes are provided in Weising et al, supra.  Preferred genes
include the chloramphenicol acetyl transferase gene from Tn9 of
E. coli, the beta-glucuronidase gene of the uidA locus of E.
coli, and the luciferase genes from firefly Photinus pyralis.

    The regulatory sequences useful herein include any con-
stitutive, inducible, tissue or organ specific, or development-
al stage specific promoter which can be expressed in the partic-
ular plant cell.  Suitable such promoters are disclosed in Weis-
ing et al, supra.  The following is a partial representative
list of promoters suitable for use herein: regulatory sequences
from the T-DNA of Agrobacterium tumefaciens, including manno-
pine synthase, nopaline synthase, and octopine synthase; alco-
hol dehydrogenase promoter from corn; light inducible promoters
such as, ribulose-biphosphate-carboxylase small subunit gene
from a variety of species; and the major chlorophyll a/b bind-
ing protein gene promoter; 35S and 19S promoters of cauliflower
mosaic virus; developmentally regulated promoters such as the
waxy, zein, or bronze promoters from maize; as well as synthet-
ic or other natural promoters which are either inducible or con-
stitutive, including those promoters exhibiting organ specific

BIOT-104 - 1/22/90            - 12 -

expression or expression at specific development stage(s) of the plant.

Other elements such as introns, enhancers, polyadenylation sequences and the like, may also be present on the DNA. Such elements may or may not be necessary for the function of the DNA, although they can provide a better expression or functioning of the DNA by affecting transcription, stability of the mRNA, or the like. Such elements may be included in the DNA as desired to obtain the optimal performance of the transforming DNA in the plant. For example, the maize Adh1S first intron may be placed between the promoter and the coding sequence of a particular heterologous DNA. This intron, when included in a DNA construction, is known to generally increase expression in maize cells of a protein. (Callis et al. 1987) However, sufficient expression for a selectable marker to perform satisfactorily can often be obtained without an intron. (Klein et al. 1989) An example of an alternative suitable intron is the shrunken-1 first intron of Zea mays. These other elements must be compatible with the remainder of the DNA constructions.

To determine whether a particular combination of DNA and recipient plant cells are suitable for use herein, the DNA may include a reporter gene. An assay for expression of the reporter gene may then be performed at a suitable time after the DNA has been introduced into the recipient cells. A preferred such assay entails the use of the E. coli beta-glucuronidase (GUS) gene (Jefferson et al. 1987). In the case of the microprojectile bombardment transformation process of the present invention, a suitable time for conducting the assay is about 2-3 days after bombardment. The use of transient assays is particularly important when using DNA components which have not previously been demonstrated or confirmed as compatible with the desired recipient cells.

BIOT-104 - 1/22/90            - 13 -

III. <u>DNA delivery process</u>

The DNA can be introduced into the regenerable maize cal-
lus cultures via a particle bombardment process. A general de-
scription of a suitable particle bombardment instrument is pro-
vided in Sanford et al. (1987), the disclosure of which is in-
corporated herein by reference. While protocols for the use of
the instrument in the bombardment of maize non-regenerable sus-
pension culture cells are described in Klein et al. (1988a,
1988b, and 1989), no protocols have been published for the bom-
bardment of callus cultures or regenerable maize cells.

In a microprojectile bombardment process, also referred
to as a biolistic process, the transport of the DNA into the
callus is mediated by very small particles of a biologically
inert material. When the inert particles are coated with DNA
and accelerated to a suitable velocity, one or more of the
particles is able to enter into one or more of the cells where
the DNA is released from the particle and expressed within the
cell. While some of the cells are fatally damaged by the bom-
bardment process, some of the recipient cells do survive, stab-
ly retain the introduced DNA, and express it.

The particles, called microprojectiles, are generally of
a high density material such as tungsten or gold. They are
coated with the DNA of interest. The microprojectiles are then
placed onto the surface of a macroprojectile which serves to
transfer the motive force from a suitable energy source to the
microprojectiles. After the macroprojectile and the micropro-
jectiles are accelerated to the proper velocity, they contact a
blocking device which prevents the macroprojectile from contin-
uing its forward path but allows the DNA-coated microprojec-
tiles to continue on and impact the recipient callus cells.
Suitable such instruments may use a variety of motive forces
such as gunpowder or shock waves from an electric arc discharge
(Swain et al. 1988). An instrument in which gunpowder is the
motive force is currently preferred and such is described and

BIOT-104 - 1/22/90          -- 14 -

further explained in Sanford et al. (1987), the disclosure of which is incorporated herein by reference.

A protocol for the use of the gunpowder instrument is provided in Klein et al. (1988a, b) and involves two major steps. First, tungsten microprojectiles are mixed with the DNA, calcium chloride, and spermidine free base in a specified order in an aqueous solution. The concentrations of the various componenets may be varied as taught. The currently preferred procedure entails exactly the procedure of Klein et al. (1988b) except for doubling the stated optimum DNA concentration. Secondly, in the actual bombardment, the distance of the recipient cells from the end of the barrel as well as the vacuum in the sample chamber. The currently preferred procedure for bombarding the callus entails exactly the procedure of Klein et al. (1988b) with the recipient tissue positioned 5 cm below the stopping plate tray.

The callus cultures useful herein for generation of transgenic plants should generally be about 3 months to 3 years old, preferably about 3 to 18 months old. Callus used for bombardment should generally be about midway between transfer periods and thus past any "lag" phase that might be associated with a transfer to a new media, but also before reaching any "stationary" phase associated with a long time on the same plate.

The specific tissue subjected to the bombardment process is preferably taken about 7-10 days after subculture, though this is not believed critical. The tissue should generally be used in the form of pieces of about 30 to 80, preferably about 40 to 60, mg. The clumps are placed on a petri dish or other surface and arranged in essentially any manner, recognizing that (i) the space in the center of the dish will receive the heaviest concentration of metal-DNA particles and the tissue located there is likely to suffer damage during bombardment and (ii) the number of particles reaching a cell will decrease

BIOT-104 - 1/22/90        - 15 -

(probably exponentially) with increasing distance of the cell from the center of the blast so that cells far from the center of the dish are not likely to be bombarded and transformed. A mesh screen, preferably of metal, may be laid on the dish to prevent splashing or ejection of the tissue. The tissue may be bombarded one or more times with the DNA-coated metal particles.

IV. Selection process

Once the calli have been bombarded with the DNA and the DNA has penetrated some of the cells, it is necessary to identify and select those cells which both contain the heterologous DNA and still retain sufficient regenerative capacity. There are two general approaches which have been found useful for accomplishing this. First, the transformed calli or plants regenerated therefrom can be screened for the presence of the heterologous DNA by various standard methods which could include assays for the expression of reporter genes or assessment of phenotypic effects of the heterologous DNA, if any. Alternatively and preferably, when a selectable marker gene has been transmitted along with or as part of the heterologous DNA, those cells of the callus which have been transformed can be identified by the use of a selective agent to detect expression of the selectable marker gene.

Selection of the putative transformants is a critical part of the successful transformation process since selection conditions must be chosen so as to allow growth and accumulation of the transformed cells while simultaneously inhibiting the growth of the non-transformed cells. The situation is complicated by the fact that the vitality of individual cells in a population is often highly dependent on the vitality of neighboring cells. Also, the selection conditions must not be so severe that the plant regeneration capacity of the callus cells and the fertility of the resulting plant are precluded. Thus the effects of the selection agent on cell viability and

BIOT-104 - 1/22/90          - 16 -

morphology should be evaluated.  This may be accomplished by experimentally producing a growth inhibition curve for the given selective agent and tissue being transformed beforehand. This will establish the concentration range which will inhibit growth.

When a selectable marker gene has been used, the callus clumps may be either allowed to recover from the bombardment on non-selective media or, preferably, directly transferred to media containing that agent.

Selection procedures involve exposure to a toxic agent and may employ sequential changes in the concentration of the agent and multiple rounds of selection.  The particular concentrations and cycle lengths are likely to need to be varied for each particular agent.  A currently preferred selection procedure entails using an initial selection round at a relatively low toxic agent concentration and then later round(s) at higher concentration(s).  This allows the selective agent to exert its toxic effect slowly over a longer period of time.  Preferably the concentration of the agent is initially such that about a 5-40% level of growth inhibition will occur, as determined from a growth inhibition curve.  The effect may be to allow the transformed cells to preferentially grow and divide while inhibiting untransformed cells, but not to the extent that growth of the transformed cells is prevented.  Once the few individual transformed cells have grown sufficiently the tissue may be shifted to media containing a higher concentration of the toxic agent to kill essentially all untransformed cells. The shift to the higher concentration also reduces the possibility of non-transformed cells habituating to the agent.  The higher level is preferably in the range of about 30 to 100% growth inhibition.  The length of the first selection cycle may be from about 1 to 4 weeks, preferably about 2 weeks.  Later selection cycles may be from about 1 to about 12 weeks, preferably about 2 to about 10 weeks.  Putative maize transformants can general-

BIOT-104 - 1/22/90                - 17 -

ly be identified as proliferating sectors of tissue among a background of non-proliferating cells. The callus may also be cultured on non-selective media at various times during the overall selection procedure.

Once a callus sector is identified as a putative trans-formant, transformation can be confirmed by phenotypic and/or genotypic analysis. If a selection agent is used, an example of phenotypic analysis is to measure the increase in fresh weight of the putative transformant as compared to a control on various levels of the selective agent. Other analyses that may be employed will depend on the function of the heterologous DNA. For example, if an enzyme or protein is encoded by the DNA, enzymatic or immunological assays specific for the particular enzyme or protein may be used. Other gene products may be assayed by using a suitable bioassay or chemical assay. Other such techniques are well known in the art and are not repeated here. The presence of the gene can also be confirmed by conventional procedures, i.e. Southern blot or polymerase chain reaction (PCR) or the like.

## V. Regeneration of Plants and Production of Seed

Cell lines which have been shown to be transformed must then be regenerated into plants and the fertility of the resultant plants determined. Transformed lines which test positive by genotypic and/or phenotypic analysis are then placed on a media which promotes tissue differentiation and plant regeneration. Regeneration may be carried out in accordance with standard procedures well known in the art. The procedures commonly entail reducing the level of auxin which discontinues proliferation of a callus and promotes somatic embryo development or other tissue differentiation. One example of such a regeneration procedure is described in Green et al. (1981). The plants are grown to maturity in a growth room or greenhouse and appropriate sexual crosses and selfs are made as described by Neuffer (1981).

BIOT-104 - 1/22/90                    - 18 -

0002422

Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

VI. Analysis of R1 progeny

The plants regenerated from the transformed callus are referred to as the R0 generation or R0 plants. The seeds produced by various sexual crosses of the R0 generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus.

VII. Breeding of Genetically Engineered Commercial Hybrid Seed

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As

BIOT-104 - 1/22/90          - 19 -

such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA. This may conveniently be done by breeding programs in which a conversion process (backcrossing) is performed by crossing the initial transgenic fertile plant to normal elite inbred lines and then crossing the progeny back to the normal parent. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This crossing is repeated until the original normal parent has been converted to a genetically engineered line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. A separate backcrossing program will be used for every elite line that is to be converted to a genetically engineered elite line. It may be necessary for both parents of a hybrid seed corn to be homozygous for the heterologous DNA. Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well-known to those skilled in the art. Thus introducing heterologous DNA into lines or varieties which do not generate the appropriate calli can be readily accomplished by these breeding procedures.

VIII. Uses of Transgenic Plants

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g. agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g. improved nutritive content in human food or animal feed), or beneficial to the food processor (e.g. improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods. however, other parts of

BIOT-104 - 1/22/90          - 20 -

the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g. Indian corn). Often chemical constituents (e.g. oils or starches) of corn and other crops are extracted for food or industrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or other molecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g. for research).

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g. from corn cells to cells of other species e.g. by protoplast fusion.

The transgenic plants may have many uses in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by traditional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile Zea mays plants of this invention which stably express the

BIOT-104 - 1/22/90                  - 21 -

heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected to the transformation procedure. Thus when individual situations arise in which the procedures described herein do not produce a transformed product, repetition of the procedures will be required.


## EXAMPLE I

Fertile transgenic *Zea* *mays* plants which contain heterologous DNA which is heritable were prepared as follows:

## I. Initiation and maintenance of maize cell cultures which retain plant regeneration capacity

Friable, embryogenic maize callus cultures were initiated from hybrid immature embryos produced by pollination of inbred line A188 plants (University of Minnesota, Crop Improvement Association) with pollen of inbred line B73 plants (Iowa State University). Ears were harvested when the embryos had reached a length of 1.5 to 2.0 mm. The whole ear was surface sterilized in 50% v/v commercial bleach (2.63% w/v sodium hypochlorite) for 20 min. at room temperature. The ears were then washed with sterile distilled, deionized water. Immature embryos were aseptically isolated and placed on nutrient agar initiation/maintenance media with the root/shoot axis exposed to the medium. Initiation/maintenance media (hereinafter refered to as F medium) consisted of N6 basal media (Chu 1975) with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophenoxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite (Kelco, Inc. San Diego). The pH was adjusted to 5.8 prior to autoclaving. Unless otherwise stated, all tissue culture manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26°C. in the dark.

BIOT-104 - 1/22/90          - 22 -

Cell proliferations from the scutellum of the immature embryos
were evaluated for friable consistency and the presence of well
defined somatic embryos.  Tissue with this morphology was trans-
ferred to fresh media 10 to 14 days after the initial plating
of the immature embryos.  The tissue was then subcultured on a
routine basis every 14 to 21 days.  Sixty to eighty milligram
quantities of tissue were removed from pieces of tissue that
had reached a size of approximately one gram and transferred to
fresh media.  Subculturing always involved careful visual moni-
toring to be sure that only tissue of the correct morphology
was maintained.  The presence of somatic embryos ensured that
the cultures would give rise to plants under the proper condi-
tions.  The cell culture named AB12 used in this example was
such a culture and had been initiated about 1 year before bom-
bardment.

II.  Plasmids – pCHN1-1, pHYGI1, pBII221, and pLUC-1

     The plasmids pCHN1-1, pHYGI1, and pLUC-1 were constructed
in the vector pBS+ (Stratagene, Inc., San Diego, CA), a 3.2 Kb
circular plasmid, using standard recombinant DNA techniques.
pCHN1-1 contains the hygromycin B phosphotransferase (HPT)
coding sequence from E. coli (Gritz et al. 1983) flanked at
the 3' end by the nopaline synthase (nos) polyadenylation
sequence of Agrobacterium tumefaciens (Chilton and Barnes
1983).  Expression is driven by the cauliflower mosaic virus
(CaMV) 35S promoter (Guilley et al. 1982), located upstream
from the hygromycin coding sequence.  The plasmid pHYGI1 was
constructed by inserting the 553 bp Bcl-BamHI fragment contain-
ing the maize Adh1S first intron (Callis et al. 1987) between
the CaMV 35S promoter and the hygromycin coding sequence of
pCHN1-1.  A map of pHYGI1 is provided as Figure 1.

     pBII221 contains the E. Coli B-glucuronidase coding se-
quence flanked at the 5' end by the CaMV 35S promoter and at
the 3' end by the nos polyadenylation sequence.  The plasmid
was constructed by inserting the maize AdhIS first intron

BIOT-104 – 1/22/90          – 23 –

between the 35S promoter and the coding sequence of pBI221 (Jefferson et al. 1987). A map of pBII221 is provided as Figure 2.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as a negative control.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

III. <u>DNA delivery process</u>

The embryogenic maize callus line AB12 was subcultured 7 to 12 d prior to microprojectile bombardment. AB12 was prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60 x 15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels throughout the bombardment process. Twenty six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein, et al (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0°C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice throughout the bombardment process.

All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M $CaCl_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 ul. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGI1 and pBII221; two tubes contained both plasmids pCHN1-1 and pBII221; and one tube contained only plasmid pLUC-1.

BIOT-104 - 1/22/90          - 24 -

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 ul of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process. Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, NY). They were sterilized as described by the supplier. The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the microprojectile instrument, with the stopping plate in the slot below the barrel. Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed. A 7 x 7 cm square rigid wire mesh with 3 x 3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment. Tungsten/-DNA preparations were sonicated as described by Biolistics, Inc. and 2.5 ul was pipetted onto the top of the macroprojectiles. The instrument was operated as described by the manufacturer. The following bombardments were performed:

| | |
|---|---|
| 2 x pBII221 prep | To determine transient expression frequency |
| 10 x pHYGI1/pBII221 | As a potential positive treatment for transformation |
| 10 x pCHN1-1/pBII221 | As a potential positive treatment for transformation |
| 4 x pLUC-1 | Negative control treatment |

BIOT-104 - 1/22/90            - 25 -

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no hygromycin) and the callus cultured at 26°C. in the dark.   After 2 d this callus was then transferred plate for plate into 35 x 10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glu-curonide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100.   These were incubated at 37°C. for 3 d after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occur-red with the other bombarded plates.   These plates were discard-ed after counting since the GUS assay is destructive.

IV. Selection Process

Hygromycin B (Calbiochem) was incorporated into the medi-um by addition of the appropriate volume of filter sterilized 100 mg/ml Hygromycin B in water when the media had cooled to 45°C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/-pBII221 and three of the plates treated with pLUC-1 were trans-ferred plate for plate onto F medium containing 15 mg/l hygro-mycin B, (five pieces of callus per plate).   These are referred to as round 1 selection plates.   Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromy-cin.   This tissue was subcultured every 2-3 weeks onto nonselec-tive medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media.   All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/-pBII221 treatments and two plates of the control callus on se-lective media were transferred from round 1 selection plates to

BIOT-104 - 1/22/90          - 26 -

round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one of control callus, were placed in GUS assay buffer at 37°C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 d in assay buffer this tissue was scored for GUS expression.

| TREATMENT | REPLICATE | OBSERVATIONS |
|-----------|-----------|--------------|
| pLUC-1 | | no blue cells |
| pHYGI1/pBII221 | plate 1 | 11 single cells |
| | | 1 four cell cluster |
| | plate 2 | 5 single cells |
| pCHN1-1/pBII221 | plate 1 | 1 single cell |
| | | 2 two cell clusters |
| | plate 2 | 5 single cells |
| | | 1 two cell cluster |
| | | 2 clusters of 8-10 cells |

After 21 d on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 d on round 3 selection plates both the round 2 and round 3 sets of selection plates were checked for viable

BIOT-104 - 1/22/90          - 27 -

0002431

sectors of callus.   Two such sectors were observed proliferat-
ing from a background of dead tissue on plates treated with
pHYGI1/pBII221.   The first sector named 3AA was from the round
3 group of plates and the second sector named 6L was from the
round 2 group of plates.   Both lines were then transferred to F
medium without hygromycin.

        After 19 d on F medium without hygromycin the line 3AA
grew very little whereas the line 6L grew rapidly.   Both were
transferred again to F medium for 9 d.   The lines 3AA and 6L
were then transfered to F medium containing 15 mg/l hygromycin
for 14 d.   At this point, line 3AA was observed to be of very
poor quality and slow growing.   The line 6L however grew rapid-
ly on F medium with 15 mg.l hygromycin.   In preparation for an
inhibition study of the line 6L on hygromycin, the line was
then subcultured to F medium without hygromycin.

        After 10 d on F medium an inhibition study of the line 6L
was initiated.   Callus of 6L was transfered onto F medium con-
taining 0, 10, 30, 100, and 250 mg/l hygromycin B.   Five plates
of callus were prepared for each concentration and each plate
contained ten approximately 50 mg pieces of callus.   One plate
of    unselected    control    tissue    was    prepared    for    each
concentration of hygromycin.

        It was found that the line 6L was capable of sustained
growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygro-
mycin.   The name of the line 6L was changed at this time from
6L to PH1 (Positive Hygromycin transformant 1).

        Additional sectors were recovered at various time points
from the round 2 and 3 selection plates.   None of these were
able to grow in the presence of hygromycin for multiple rounds,
i.e. two or three subcultures.

BIOT-104 - 1/22/90              - 28 -

## V. Confirmation of transformed callus

To show that the PH1 callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37°C. 15 min. Samples were centrifuged at 8K for 10 min. at 4°C. The supernatant was pipetted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4 M ammonium acetate, pH 5.2. Isopropanol, 6 ml, was added, the tubes shaken, and the samples incubated at −20°C. for 15 min. The DNA was pelleted in a Beckman TJ-6 centrifuge at the maximum speed for 5 min. at 4°C. The supernatant was discarded and the pellet was dissolved in 500 ul TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 ul 4.4 M ammonium acetate, pH 5.2 and 700 ul isopropanol were added. This was incubated at −20°C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA).

The isolated DNA (10 ug) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated by soaking the gel twice in 0.25 M HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5 M NaOH/1.0 M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6X SSC (20X SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80°C. for 2 hrs

BIOT-104 - 1/22/90          - 29 -

under vacuum.    Prehybridization treatment of the membrane was
done in 6X SSC, 10X Denhardt's solution, 1% SDS, 50 ug/ml dena-
tured salmon sperm DNA using 0.25 ml prehybridization solution
per cm$^2$ of membrane.    Prehybridization was carried out at 42°
C. overnight.

A 32P labelled probe was prepared by random primer label-
ling with an Oligo Labelling Kit (Pharmacia) as per the suppli-
ers instructions with 32P-dCTP (ICN Radiochemicals).    The tem-
plate DNA used was the 1055 bp BamHI fragment of pHYGI1, which
is the HPT coding sequence.    The fragment was gel purified and
cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6X SSC,
1% SDS, 50 ug/ml denatured salmon sperm DNA (Sigma), 0.05% sodi-
um pyrophosphate and all of the isopropanol precipitated heat
denatured probe (10$^7$ CPM/50ug template).    The hybridization
was carried out at 42°C. overnight.

The membrane was washed twice in 50 ml 6X SSC, 0.1% SDS 5
min. at room temperature with shaking, then twice in 500 ml 6X
SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml
1X SSC, 1% SDS 30 min. at 42°C., and finally in 500 ml 0.1X SSC
1% SDS 60 min. at 65°C.    Membranes were exposed to Kodak X-OMAT
AR film in an X-OMATIC cassette with intensifying screens.    As
shown in Figure 3, a band was observed for PH1 callus at the ex-
pected position of 1.05 Kb, indicating that the HPT coding se-
quence was present.    No band was observed for control callus.

VI. <u>Plant regeneration and production of seed</u>

PH1 callus was transferred directly from all of the con-
centrations of hygromycin used in the inhibition study to RM5
medium which consists of MS basal salts (Murashige et al. 1962)
supplemented with thiamine HCl 0.5 mg/l, 2,4-D 0.75 mg/l, su-
crose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco
Inc. San Diego).

BIOT-104 - 1/22/90                - 30 -

After 14 d on RM5 medium the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RM5 medium, except that 2,4-D is omitted.  These were cultured in the dark for 7 d at 26°C. and transferred to a light regime of 14 hours light and 10 hours dark for 14 d at 26°C.  At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite after 14 and 21 d.  Plants were grown in vermiculite for 7 or 8 d before transplanting into soil and grown to maturity.  A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on leaf DNA from three randomly chosen Ro plants of PH1.  As shown in Figure 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present.  No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred lines A188, B73 and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1-2 weeks.  Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and from 0 to 32 seeds per ear when PH1 was the male parent.

VII. Analysis of the R1 progeny
    The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting.  Two ears each from regenerated PH1 and control plants were selected for analysis.  The pollen donor was inbred line A188 for all ears.

    (A) Root Elongation Bioassay
    Seed was sterilized in a 1:1 dilution of commercial

BIOT-104 - 1/22/90          - 31 -

bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlen-
meyer flasks and rinsed 3 times in sterile water and imbibed
overnight in sterile water containing 50 mg/ml captan by shak-
ing at 150 rpm.

After imbibition, the solution was decanted from the
flasks and the seed transferred to flow boxes (Flow Laborator-
ies) containing 3 sheets of $H_2O$ saturated germination paper.
A fourth sheet of water saturated germination paper was placed
on top of the seed. Seed was allowed to germinate 4 d.

After the seed had germinated, approximately 1 cm of the
primary root tip was excised from each seedling and plated on
MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite,
and incubated in the dark at 26°C. for 4 d.

Roots were evaluated for the presence or absence of
abundant root hairs and root branches. Roots were classified
as transgenic (hygromycin resistant) if they had root hairs and
root branches, and untransformed (hygromycin sensitive) if they
had limited numbers of branches. The results are shown in
Table 1.

        (B) Etiolated leaf bioassay
        After the root tips were excised as described above, the
seedlings of one PH1 ear and one control ear were transferred
to moist vermiculite and grown in the dark for 5 d. At this
point 1 mm sections were cut from the tip of the coleoptile,
surface sterilized 10 seconds, and plated on MS basal salts, 20
g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100
mg/l hygromycin and incubated in the dark at 26° C. for 18 hr.
Each plate contained duplicate sections of each shoot. They
were then incubated in a light regimen of 14 hours light 10
hours dark at 26°C. for 48 hr, and rated on a scale of from 0
(all brown) to 6 (all green) for the percent of green color in
the leaf tissue. Shoots were classified as untransformed (hy-
BIOT-104 - 1/22/90          - 32 -

gromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 1.

### (C) Southern Blots

Seedling form the bioassays were transplanted to soil and are growing to sexual maturity. DNA was isolated from 0.8 g of leaf tissue after about 3 weeks and probed with the HPT coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in Figure 5, two out of seven progeny of PH1 plant 3 were transgenic as were three out of eight progeny of PH1 plant 10. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 1.

TABLE 1

ANALYSIS OF PH1 R1 PLANTS

| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
|---|---|---|---|---|---|---|---|
| 3.1 | + | ND | + | 4.1 | − | ND | ND |
| 3.2 | − | ND | − | 4.2 | − | ND | ND |
| 3.3 | − | ND | − | 4.3 | − | ND | ND |
| 3.4 | − | ND | − | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
| | | | | 2.1 | − | ND | − |
| | | | | | | | |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | ND |
| 10.3 | − | − | ND | 1.3 | − | − | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |

BIOT-104 - 1/22/90

| 10.5 | - | - | - | 1.5 | - | - | ND |
| 10.6 | - | - | - | 1.6 | - | - | ND |
| 10.7 | - | - | - | 1.7 | - | - | ND |
| 10.8 | ND | + | + | 1.8 | - | - | ND |

KEY:+ = transgenic; - = nontransgenic; ND = not done

## EXAMPLE II

The procedure of Example I was repeated with minor modifications.

## I. Plant lines and tissue cultures

The embryogenic maize callus line, AB12, was used as in Example I.  The line had been initiated about 18 months before the actual bombardment occurred.

## II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

## III. DNA delivery process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed.  All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M CaCl$_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content.  One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

    2 x pBII221 prep    For transient expression
    7 x pHYGI1 prep     Potential positive treatment
    3 x TE prep         Negative control treatment

BIOT-104 - 1/22/90          - 34 -

After all the bombardments were performed, the callus from the pBII221 treatments was transferred plate for plate to F medium as five 50 mg pieces. After 2 d the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

IV. Selection of transformed callus

After bombardment the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 13 d the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 d, but at this time appeared close to dead. All of the callus was transfered from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example I in which only viable sectors were transferred and the round 2 plates reserved.

At 58 d post-bombardment three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A,

BIOT-104 - 1/22/90            - 35 -

and 55A.

After 15 d on maintainance medium, growth of the lines
was observed.  The line 24C grew well whereas lines 55A and 56A
grew more slowly.  All three lines were transferred to F medium
containing 60 mg/l hygromycin.  Unselected control callus from
maintenance was plated to F medium having 60 mg/l hygromycin.

After 19 d on 60 mg/l hygromycin the growth of line 24C
appeared to be entirely uninhibited, with the control showing
approximately 80% of the weight gain of 24C.  The line 56A was
completely dead, and the line 55A was very close.  The lines
24C and 55A were transferred again to F 60 mg/l hygromycin as
was the control tissue.

After 23 d on 60 mg/l hygromycin the line 24C again ap-
peared entirely uninhibited.  The line 55A was completely dead,
as was the negative control callus on its second exposure to to
F 60 mg/l hygromycin.

At 88 d post-bombardment, a sector was observed prolifer-
ating among the surrounding dead tissue on the round 3 selec-
tion plates.  The callus was from a plate bombarded with pHYGI1
and was designated 13E.  The callus was transferred to F medium
and cultured for 19 d.  Portions of the callus were then trans-
ferred to (i) F media containing 15 mg/1 hygromycin and (ii) F
media containing 60 mg/l hygromycin.  Control callus was plated
on F media with 15 mg/l hygromycin.  After 14 d of culture, the
callus line 13E appeared uninhibited on both levels of hygromy-
cin.  The control callus appeared to have about 80% of the
weight gain of 13E.  The callus lines were transferred to fresh
media at the same respective levels of hygromycin.

V. Confirmation of transformed callus

A Southern blot was prepared from DNA from the line 24C.
As shown in Figure 6, a band was observed for the line 24C at
BIOT-104 - 1/22/90          - 36 -

the expected size of 1.05 Kb showing that the line 24C contain-
ed the HPT coding sequence.  No band was observed for DNA from
control tissue.  The name of the callus line 24C was changed to
PH2.

VI.  Plant regeneration and production of seed
      The line 24C along with unselected control callus were
placed onto RM5 medium to regenerate plants as in Example I.
After 16 d the callus was transferred to R5 medium as in Exam-
ple I.


                          EXAMPLE III
      The procedure of Example II was repeated exactly except
that different plasmids were used.


      The plasmids pBII221 and pHYGI1 described in Example I
were used as well as pMS533 which is a plasmid that contains
the insecticidal Bacillus thuringiensis endotoxin (BT) gene fus-
ed in frame with the neomycin phosphotransferase (NPTII) gene.
5' of the fusion gene are located segments of DNA from the CaMV
35S and nopaline synthase promoters.  3' from the fusion gene
are segments of DNA derived from the tomato protease inhibitor
I gene and the poly A region of the nopaline synthase gene.


      Callus was bombarded exactly as in Example I except that
the DNA used in the tungsten/DNA preparations differed.  Two
tubes contained plasmids pHYGI1 and pMS533 and one tube contain-
ed no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH
8.0).


      The following bombardments were done:


      9 x pHYGI1/pMS533    Potential positive treatment
      2 x TE prep          Control treatment


      After bombardment the callus from the pHYGI1/pMS533 treat-
BIOT-104 - 1/22/90            - 37 -

0002441

ments was placed onto round 1 selection plates, F medium con-
taining 15 mg/l hygromycin, as ten 25 mg pieces per plate.  The
same was done for one of the plates bombarded with the TE prepa-
ration (selected control callus).  One plate of callus bombard-
ed with the TE preparation was placed onto F medium with no hy-
gromycin; this callus was maintained throughout the ongoing ex-
periment as a source of control tissue and was referred to as
unselected control callus.

After 12 d the callus on round 1 selection plates appear-
ed to show about 90% of the weight gain of the unselected con-
trol callus.  All of the callus was transferred from round 1
selection plates to round 2 selection plates containing 60 mg/l
hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the
callus appeared completely uninhibited.  All of the callus was
transferred from round 2 selection plates to round 3 selection
plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was ob-
served proliferating from the surrounding necrotic tissue.  The
callus line was from pHYGI1/pMS533 treated material and was des-
ignated 86R.  The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially.
Portions of the callus were then transferred to (i) F media
containing 15 mg/l hygromycin and (ii) F media containing 60
mg/l hygromycin.  Control callus was plated on F media with 15
mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to
grow rapidly and was uninhibited on both levels of hygromycin.
The control callus appeared to have only about 50% of the
weight gain of 86R.  The callus lines were transferred to fresh
media at the same respective levels of hygromycin to further

BIOT-104 - 1/22/90            - 38 -

test the resistance of the callus line 86R to hygromycin.

## COMPARATIVE EXAMPLE A

The basic procedures of Examples I-III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 2 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

### TABLE 2
#### Summary of Comparative Example A

| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
|---|---|---|---|---|---|---|
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | - | - |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | - | - |
| Sieved | pCHN1-1 pBII221 | 13 | - | - | - | - |

BIOT-104 - 1/22/90                    - 39 -

0002443

WHAT IS CLAIMED IS

1. A fertile transgenic <u>Zea</u> <u>mays</u> plant containing heterologous DNA which is heritable.

2. The plant of Claim 1 wherein the heterologous DNA encodes a protein.

3. The plant of Claim 2 wherein the heterologous DNA is expressed.

4. The plant of Claim 1 wherein the heterologous DNA encodes an antisense RNA.

5. The plant of Claim 1 wherein the <u>Zea</u> <u>mays</u> plant is selected from the group consisting essentially of field corn, popcorn, sweet corn, flint corn, and dent corn.

6. The plant of Claim 1 wherein the heterologous DNA comprises a gene selected from the group consisting of non-plant genes, modified genes, synthetic genes, and genes from other plant strains or species.

7. The plant of Claim 1 wherein said heterologous DNA encodes a beneficial trait to the plant.

8. The plant of Claim 7 wherein said beneficial trait is selected from the group consisting essentially of promoting increased crop food value, higher yield, reduced production cost, pest resistance, stress tolerance, drought resistance, disease resistance, and the ability to produce a chemical.

9. The plant of Claim 1 which expresses a selectable marker gene.

10. The plant of Claim 9 wherein the selectable marker

BIOT-104 - 1/22/90          - 40 -

gene confers resistance or tolerance to a compound selected from the group consisting of hygromycin, kanamycin, G418, neomycin, glyphosate, methotrexate, imidazolinone, chlorsulfuron, and bromoxynil.

11. The plant of Claim 9 wherein the selectable marker gene confers resistance or tolerance to hygromycin.

12. The plant of Claim 1 which expresses a reporter gene.

13. The seed produced by the plant of Claim 1 which inherit the heterologous DNA..

14. The grain produced from the plant of Claim 1 when the heterologous DNA increases the crop food value or feed value of said grain.

15. The food produced from the grain of Claim 14.

16. The R2 and higher generations of the plant of Claim 1.

17. The products derived from the Zea mays plant of Claim 1 or any part thereof.

18. The plant of Claim 1 which is produced from transgenic seed produced from a fertile transgenic plant using cross-breeding techniques.

19. A process for producing a fertile transgenic Zea mays plant which stably expresses heterologous DNA which is heritable, wherein the process comprises the steps of (i) establishing a friable embryogenic callus of a plant to be transformed, (ii) transforming said callus by bombarding it with DNA-coated microprojectiles in a microprojectile bombardment procedure, (iii) identifying or selecting a transformed callus cell, and

BIOT-104 - 1/22/90          - 41 -

(iv) regenerating a fertile transgenic plant therefrom.

20. The process of Claim 19 wherein the callus subjected to bombardment is in clumps of about 30 to 80 mg per clump.

21. The process of Claim 19 wherein the callus had been initiated about 3 to 36 months before the bombardment.

22. The process of Claim 19 wherein the callus is maintained on solid induction media.

FIGURE 1

A

B



FIGURE 2

A



B





## PHI CALLUS

