

*FIGURE 4*

## PHI R₀ PLANTS



PROBES:

35S Prn    Adh INT    HYG    NOS

PHYGI1:

Bam HI    Pst I    Bam HI

PHI.1    PHI.7    PHI.24    CONTROL

1.6 Kb →



1 Kb →

FIGURE 5

PHI R₁ GENERATION





## PH2 CALLUS

PROBES:





35S Pm     Adh INT     HYG     NOS

PHYGI1:

Bam HI     Pst I     Bam HI



1.6 Kb →

1 Kb →

For Use in
PCT, and
Design Applications

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT

# United States Patent Application

**▼ INSTRUCTIONS**

## COMBINED DECLARATION AND POWER OF ATTORNEY

As a below named inventor I hereby declare that: my residence, post office address and citizenship are as stated below next to my name; that

I verily believe I am the original, first and sole inventor (if only one name is listed below) or a joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Insert TITLE of Invention    FERTILE TRANSGENIC CORN PLANTS

_____

Check a or b    The specification of which

a ☐ is attached hereto

b ☒ was filed on _____ January 22, 1990 _____

If 'a' checked complete    as application serial no _____ 07/467,983 _____

and was amended on_____ (if applicable)

If PCT Application    (in the case of a PCT-filed application)

Insert Int. application    described and claimed in international no _____ filed_____
number & filing date

and as amended on_____ (if any), which I have reviewed and for which I solicit
a United States patent.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a) (Reprinted on back side).

I hereby claim foreign priority benefits under Title 35, United States Code, § 119/365 of any foreign application(s) for patent of inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on the basis of which priority is claimed:

Prior applications    a ☒ no such applications have been filed
Check a or b

b ☐ such applications have been filed as follows:

| FOREIGN APPLICATION(S), IF ANY, CLAIMING PRIORITY UNDER 35 USC 119 | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day,month,year) | DATE OF ISSUE (day,month,year) |
| | | | |
| | | | |
| ALL FOREIGN APPLICATIONS, IF ANY, FILED BEFORE THE PRIORITY APPLICATION(S) | | | |
| | | | |
| | | | |

If 'b' checked complete

I hereby claim the benefit under Title 35, United States Code, § 120/365 of any United States and PCT international application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 156(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

0002453

| | U.S. APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|---|
| For Continuation-in-Part (CIP) applications, complete | | | |
| | | | |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No. 20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg. No. 20,890; Cecil C. Schmidt, Reg. No. 20,566; John S. Sumners, Reg. No. 24,216; Alan G. Carlson, Reg. No. 25,559; Michael L. Schwegman, Reg. No. 25,816; Earl D. Reiland, Reg. No. 25,767; Charles E. Golla, Reg. No. 26,896; Douglas J. Williams, Reg. No. 27,054; Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill, Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg. No. 29,165; Michael D. Schumann, Reg. No. 30,422; Michael L. Mau, Reg. No. 30,087; Mark J. DiPietro, Reg. No. 28,707; John A. Clifford, Reg. No. 30,247; Janet R. Westrom, Reg. No. 30,703; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner, Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S. Sherrill, Reg. No. 32,302; Daniel W. McDonald, Reg. No. 32,044; Timothy R. Conrad, Reg. No. 30,164; Janice L. Umbel, Reg. No. 31,201; R. Carl Moy, Reg. No. 30,725; Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No. 32,146; Wendy M. McDonald, Reg. No. 32,427; Linda M. Byrne, Reg. No. 32,404; Mark D. Schuman, Reg. No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner, Reg. No. 29,114; Brian H. Batzli, Reg. No. 32,960; David K. Tellekson, Reg. No. 32,314; John J. Greene, Reg. No. 33,112; John L. Knoble, Reg. No. 32,387; Albin J. Nelson, Reg. No. 28,650; and Robert C. Beck, Reg. No. 28,124 and Janice M. Mueller, R. 33,976.

I hereby authorize them to act and rely on instructions from and communicate directly with the person/assignee/attorney/firm/organization/who/which first sends/sent this case to them and by whom/which I hereby declare that I have consented after full disclosure to be represented unless/until I instruct Merchant, Gould to the contrary

Please direct all correspondence in this case to Merchant, Gould. Smith. Edell. Welter & Schmidt at the address indicated below (or if no address is specified, the first address):

XX  3100 Norwest Center, Minneapolis. MN 55402          ☐  1000 Norwest Center, St. Paul, MN 55101
      Telephone No. (612) 332-5300                                    Telephone No (612) 298-1055

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon

| | | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
|---|---|---|---|---|
| **201** | FULL NAME OF INVENTOR | Lundquist | Ronald | C. |
| | RESIDENCE & CITIZENSHIP | CITY: Minnetonka | STATE OR FOREIGN COUNTRY: Minnesota | COUNTRY OF CITIZENSHIP: U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS: 4901 Clear Spring Road | CITY: Minnetonka | STATE & ZIP CODE/COUNTRY: MN 55345 U.S.A. |
| **202** | FULL NAME OF INVENTOR | Walters | FIRST GIVEN NAME: David | SECOND GIVEN NAME: A. |
| | RESIDENCE & CITIZENSHIP | CITY: Bloomington | STATE OR FOREIGN COUNTRY: Minnesota | COUNTRY OF CITIZENSHIP: U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS: 11424 Kell Road | CITY: Bloomington | STATE & ZIP CODE/COUNTRY: MN 55437 U.S.A. |
| **203** | FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/COUNTRY |

Insert FULL name(s) AND address(es) of actual inventor(s)

Each inventor must sign & date

Note: No legalization or other witness required

| SIGNATURE OF INVENTOR 201 | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| /Ronald C. Lundquist/ | /David Walters/ | |
| DATE: Mar. 19, 1990 | DATE: MARCH 19, 1990 | DATE: |

For Additional Inventors:
☐  Check box and attach sheet with same information. including date and signature

Revised 7/13/89



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FILING RECEIPT

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/511,795 | 07/10/95 | 1803 | $750.00 | SLWK-950.0010 | 6 | 4 | 1 |

SCHWEGMAN LUNDBERG WOESSNER & KLUTH
P.O. BOX 2938
MINNEAPOLIS MN 55402

Receipt is acknowledged of this Nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s): RONALD C. LUNDQUIST, MINNETONKA, MN; DAVID A. WALTERS, BLOOMINGTON, MN

CONTINUING DATA AS CLAIMED BY APPLICANT
THIS APPLN IS A CON OF 07/974,379 11/10/92 PAT 5,538,877

FOREIGN FILING LICENSE GRANTED 07/25/95

TITLE
FERTILE TRANSGENIC CORN PLANTS

PRELIMINARY CLASS: 435

Schwegman, Lundberg
Woessner & Kluth, P.A.
SEP 09 1996
RECEIVED

0002455

S/N 08/677,695                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Prior to the first Office Action, please amend the above-identified application as follows:

### In the Claims

Cancel claims 19-22 and add the following claims:

23.    A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

24.    The process of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25.    The process of claim 23 wherein the cells are derived from immature embryos.

26.    The process of claim 23 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plants.

27.    The process of claim 23 wherein said DNA is expressed so as to impart insect resistance to said progeny plants.

28.    The process of claim 27 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

29.    The process of claims 27 or 28 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

30.    A seed produced by said progeny plant of claim 23.

31.    A progeny *Zea mays* plant derived from the seed of claim 30, wherein said plant expresses said DNA.

32.    A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; (iii) regenerating a fertile transgenic plant therefrom; and (iv) obtaining a progeny plant from the fertile transgenic plant of step (iii), wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to said progeny plant.

33.    The process of claim 32 wherein said fertile transgenic plant of step (iii) is regenerated from transformed embryogenic tissue.

34.    The process of claim 32 wherein said regenerable *Zea mays* cells are derived from immature embryos.

35.    The process of claim 32 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plant.

2

36.    The process of claim 32 wherein said DNA is expressed so as to impart insect resistance to said progeny plant.

37.    The process of claim 36 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

38.    The process of claims 36 or 37 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

39.    A seed produced by said progeny plant of claim 32.

40.    A progeny *Zea mays* plant derived from the seed of claim 39, wherein said plant expresses said DNA.

41.    A method of producing a fertile transgenic *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to yield a transgenic progeny plant;

    (b)    obtaining said transgenic progeny *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic progeny *Zea mays* plant to progeny plants.

42.    The method of claim 41 wherein said phenotypic characteristic is herbicide resistance.

3

0002458

43.    The method of claim 41 wherein said phenotypic characteristic is insect resistance.

44.    The method of claim 43 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

45.    The method of claims 43 or 44 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

46.    A seed produced by said transgenic progeny plant of claim 41.

47.    A progeny *Zea mays* plant derived from the seed of claim 46, wherein said plant expresses said DNA construct so that the progeny plant exhibits said phenotypic characteristics.

48.    A method of producing a fertile transgenic inbred *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to the transgenic progeny plants;

    (b)    crossing a member of a nontransgenic inbred *Zea mays* line to said transgenic progeny plant;

    (c)    recovering a fertile transgenic progeny plant that comprises said DNA construct; and

    (d)    repeating steps (b) and (c) to yield said fertile transgenic inbred *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic inbred plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed

4

*Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

49.   The method of claim 48 wherein said phenotypic characteristic is herbicide resistance.

50.   The method of claim 48 wherein said phenotypic characteristic is insect resistance.

51.   The method of claim 50 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

52.   The method of claims 50 or 51 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

53.   A seed produced by said transgenic inbred *Zea mays* plant of claim 48.

54.   A progeny *Zea mays* plant derived from the seed of claim 53, wherein said plant expresses said DNA construct so that the progeny plant exhibits said one or more phenotypic characteristics.

55.   A method of producing a fertile transgenic hybrid *Zea mays* plant, comprising:
   (a)   cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to the progeny plants;
   (b)   crossing a non-transgenic inbred *Zea mays* line with said transgenic *Zea Mays* plant, and

5

(c)    recovering said fertile transgenic hybrid *Zea mays* plant, the genome of which has been altered by the introduction of said DNA, wherein said DNA is expressed so that the transgenic hybrid plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

56.    The method of claim 55 wherein said phenotypic characteristic is herbicide resistance.

57.    The method of claim 55 wherein said phenotypic characteristic is insect resistance.

58.    The method of claim 57 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

59.    The method of claims 57 or 58 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

60.    A seed produced by said fertile transgenic hybrid *Zea mays* plant of claim 55.

61.    A progeny *Zea mays* plant derived from the seed of claim 60, wherein said plant expresses said DNA construct so that the progeny plant exhibits said one or more phenotypic characteristics.

62.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to glyphosate.

63.    The process of claim 62 wherein the DNA encodes ESPS synthase.

64.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to

6

0002461

dalapon.

65.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to an imidazolinone herbicide.

66.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to a sulfonylurea herbicide.

67.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to bromoxynil.

68.    The process of claim 29, 38, 45, 52 or 59 wherein the selectable marker gene encodes antibiotic resistance.

69.    The process of claim 68 wherein the gene encodes resistance to bleomycin.

70.    The process of claim 68 wherein the gene encodes resistance to hygromycin.

71.    The process of claim 68 wherein the gene is the *hpt* gene.

72.    The process of claim 68 wherein the gene encodes resistance to neomycin, kanamycin or G418.

73.    The process of claim 72 wherein the gene is the *nptII* gene.

74.    The process of claim 72 wherein the gene is the *nptI* gene.

75.    The process of claim 29, 38, 45, 52 or 59 wherein the selectable marker gene encodes methotrexate resistance.

7

76.    The process of claim 75 wherein the gene is a dihydrofolate reductase gene.

77.    The process of claim 76 wherein the gene is a bacterial dihydrofolate reductase gene.

78.    The process of claim 76 wherein the gene is a eukaryotic dihydrofolate reductase gene.

79.    The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

80.    The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the beta-glucuronidase gene.

81.    The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the luciferase gene.

82.    The process of claim 81 wherein the reporter gene is a bacterial luciferase gene.

83.    The process of claim 81 wherein the reporter gene is a firefly luciferase gene.

84.    The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the beta-galactosidase gene.

85.    The process of claim 27, 36, 43, 50 or 57 wherein the DNA encodes a protease inhibitor.

86.    The process of claim 85 wherein the DNA is the cowpea trypsin inhibitor gene.

87.    The process of claim 85 wherein the DNA is the potato proteinase inhibitor II gene.

## In the Specification

At page 11, line 20, after "in" please delete "Weising, supra." and insert -- Table 1

8

-- and insert the following Table 1:

9

Table 1: Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| **Animals** | | | | | |
| Drosophila heat shock gene hsp 70 | 5' *hsp70/nptII/3' ocs* | tobacco (plants, tumors) | + | temperature-dependent and organ-specific | 308, 309 |
| Drosophila copia element LTR | 5' *copia/cat* | rice, wheat and sorghum (protoplasts) | (−) | transient, but strong | 245 |
| firefly luciferase gene | 5' CaMV 35S/luciferase cDNA/3' *nos* | tobacco (plants) | − | | 246, 247 |
| | 5' CaMV 19S/luciferase cDNA/3' *nos* | carrot (protoplasts) | (+) | transient | |
| | 5' deletion series | | | | |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (−) | not expressed | 293 |
| Human α-globin gene | 5' *nos/α-globin* | tobacco (plants) | (+) | incorrect transcript processing | 355 |
| Chicken α-actin gene | genomic | tobacco (tumors) | (−) | not expressed | 189 |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (+) | incorrect transcript processing | 189 |
| Mouse metallothionein gene (*mmt*) | 5' *mmt/cat* | tobacco (tumors) | (−) | not expressed | 9 |
| Mouse dihydrofolate reductase gene (*DHFR*) | 5' CaMV 35S/DHFR-cDNA/ 3' *nos* | Petunia (plants) | + | expression confers methotrexate resistance | 96 |
| Human growth hormone gene (*hgh*) | 5' CaMV 35S/*hgh* | tobacco (plants, tumors) | (+) | incorrect transcript processing | 239 |

10

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| | 5' nos/hgh/3' nos | tobacco and sunflower (tumors) | (+) | transcription, but neither processing nor translation | 20 |
| | 5' CaMV 35S/hgh/hgh 3' | tobacco (plants) | (+) | incorrect transcript polyadenylation | 167 |
| SV40 early genes | 5' SV40/cat | tobacco (tumors) | (−) | not expressed | 9 |
| | 5' CaMV 35S/cat/3' SV40 | tobacco (plants) | (+) | incorrect transcript polyadenylation | 167 |
| HSV thymidine kinase gene (tk) | 5' HSV/tk/cat | tobacco (tumors) | (−) | not expressed | 9 |
| Adenovirus type 5 E1A gene | 5' CaMV 35S/E1A/ 3' E1A/3' rbcS | tobacco (plants) | (+) | termination within rbcS, E1A polyadenylation site not used | 167 |
| **Yeast** | | | | | |
| Yeast ADH | genomic | tobacco (plants) | (−) | not expressed | 21 |
| **Plant virus** | | | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/TMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to TMV infection | 31, 236, 263 |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/AMVcDNA 5' CaMV 35S/AMVcDNA/ 3' nos | tobacco and tomato (plants) | + | expression confers enhanced resistance to AMV infection | 211, 342 |

11

0002466

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + | only A-components in tandem are able to replicate | 274, 326 |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/ CMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to CMV infection | 23 |
| **Plants** | | | | | |
| Bean phaseolin gene | 5' ocs/phaseolin genomic | sunflower (tumors) | + | expressed and processed correctly | 230 |
| | genomic | tobacco (plants) | + | development-specific expression in seeds; targeting to protein bodies in endosperm and embryos | 131, 289 |
| | 5' phaseolin/phaseolin-cDNA/3' phaseolin | tobacco (tumors) | + | higher expression than using a genomic clone | 49 |
| | 5' phaseolin/maize zein/ 3' phaseolin | tobacco (plants) | + | development-specific zein gene expression in tobacco seeds. Zein accumulation | 158 |
| Bean phytohemagglutinin-L gene (PHA-L) | genomic | tobacco (plants) | + | development-specific expression in tobacco seeds | 362 |

12

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression | References |
|---|---|---|---|---|---|
| Soybean β-conglycinin gene (α subunit) | genomic 5' deletion series | Petunia (plants) | + | development-specific expression in Petunia seeds depending on 5' sequences | 25, 51 |
| | 5' CaMV 35S or 19S/ conglycinin/3' nos | Petunia (plants) | + | constitutive expression: 35S > 19S; 20 fold clonal variation | 204 |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | + | development-specific expression in seeds | 35 |
| Potato patatin gene | 5' patatin/cat/3' nos | potato (plants) | + | organ-specific expression in tubers | 343 |
| | 5' ST-LS.1/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. | 275 |

13

0002468

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Maize zein gene | genomic | sunflower (tumors) | (+) | transcription, but no detectable protein | 126, 217 |
| | 5' phaseolin/zein/3' phaseolin | tobacco (plants) | + | development-specific expression in tobacco seeds | 158 |
| Wheat glutenin genes | 5' glutenin/cat/3' nos | tobacco (plants) | + | development-specific expression in tobacco seeds | 60 |
| Wheat chlorophyll a/b-binding protein (cab) gene | genomic | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression in leaves | 201 |
| | genomic 5' cab/cat 5' cab/5' CaMV 35S/cat/ 3' rbcS 5' deletion series | tobacco (plants) | + | phytochrome-regulated expression in leaves depending on 5' sequences | 233, 234 |

14

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression | References |
|---|---|---|---|---|---|
| Pea *cab* gene | 5′ *cab/nptII* <br> 5′ *cab/*5′ *nos/nptII* | tobacco (plants) | + | light-regulated, organ-and cell-specific expression; depending on enhancer/silencer-like 5′ sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. | 303, 304, 305 |
| Petunia *cab* gene | 5′ *cab/ocs* <br> 5′ *cab/nos* | Petunia and tobacco (plants) | + | clonal variation of expression (200 fold) independent of copy number and homo-/heterologous host genome | 171, 172 |
| Arabidopsis *cab* gene | 5′ *cab/cat* | tobacco (plants) | + | light-regulated and organ-specific expression | 10 |
| Pea ribulose 1,5-Bisphosphate carboxylase small subunit gene (*rbcS*) E9 | genomic <br> 5′ *rbcS/cat* <br> 5′ deletion series | Petunia (tumors) | + | light-regulated expression dependent on 5′ sequences | 38, 225 |

15

0002470

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| | genomic<br>5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression dependent on 5' sequences: 25-fold clonal variation | 232 |
| Pea rbcS 3.6 | 5' rbcS/cat/3' nos<br>5' deletion series | tobacco (tumors) | + | light-regulated expression dependent on enhancer-like 5' sequences | 152, 338 |
| | 5' rbcS/rbcS transit sequence/ nptII | tobacco (tumors and plants) | + | light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences | 200, 285, 349, 370 |
| | 5' rbcS/nptII | tobacco (plants) | + | light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor | 304 |

16

0002471

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Pea *rbcS* 3A, 3C | genomic | Petunia (plants) | + | regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state | 105 |
| Pea *rbcS* 3A, E9 | 5' *rbcS*/5' CaMV 35S/*cat* 5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression depending on enhancer- and silencer-like 5' sequences | 106, 198 |
| Soybean *rbcS* | 5' *rbcS*/*nptII*/3' *ocs* | soybean (tumors) | + | light-regulated expression | 100 |
| | 5' *rbcS*/*nos* | Kalanchoe (tumors) | + | light-regulated expression | 295 |
| | 5' *rbcS*/*nptII*/3' *nos* | Petunia (plants) | + | light-regulated expression mediated by phytochrome | 300 |
| Soybean, pea and Petunia *rbcS* | 5' *rbcS*/*nptII*/3' *nos* | tomato (plants) | + | expression stronger than directed by nos-promoter | 218 |

17

0002472

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Nicotiana plumbaginifolia rbcS 8B | 5' rbcS/cat | tobacco and Petunia (plants) | + | light-regulated and organ-specific expression; 3-fold clonal variation independent of homo- / heterologous host genome | 262, 341 |
| Wheat rbcS | genomic 5' CaMV 35S/rbcS/3' rbcS | tobacco (plants) | (+) | no expression under the control of wheat promoter; CaMV 35S promoter is necessary | 182 |
| Potato ST-LS.1 gene | genomic; modified by exon tagging | potato and tobacco (plants) | + | light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo- / heterologous host. | 95, 322 |

18

0002473

| Origin of gene | Transferred constructs | Transformed species | + | Mode of foreign gene expression | References |
|---|---|---|---|---|---|
|  | 5′ ST-LS.1/patatin/3′ patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.1 promoter sequences | 275 |
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5′ chs(A)/nptII/3′ chs(P) 5′ deletion series | tobacco (plants) | + | UV-B-light-regulated expression dependent on enhancer-like 5′ sequences | 180 |
| potato proteinase inhibitor II gene (PI II) | genomic 5′ PI II/cat/3′ T-DNA gene 6b 5′ PI II/cat/3′ PI II | tobacco (plants) | + | wound-inducible expression depending on 5′ and 3′ sequences; systemic spreading by transacting factors | 276, 337 |
| Soybean heat shock gene hs 6871 | genomic 5′ deletion series | sunflower (tumors) and tobacco (plants) | + | temperature-regulated expression depending on 5′ sequences | 24, 284 |
| Soybean heat shock gene Gmhsp 17.5E | genomic 5′ deletion series | sunflower (tumors) | + | expression regulated by temperature and presence of cadmium and arsenite depending on 5′ sequences | 139 |

19

0002474

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Maize heat shock gene *hsp70* | genomic | Petunia (plants) | + | temperature-regulated expression | 272 |
| Maize alcohol dehydrogenase I gene (*AdhI*) | 5' CaMV 35S/*cat*/*AdhI* intron/ 3' *rbcS* | tobacco (plants) | (+) | maize AdhI intron is not removed from the transcript | 182 |
| | 5' *AdhI*/*cat* | tobacco (plants) and maize (protoplasts) | (+) | anaerobically inducible cat-expression dependent on 5' AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. | 97, 98, 164, 366 |
| | 5' *ocs*/5' *AdhI*/*cat* | | | | |
| | 5' CaMV 35S/5' *AdhI*/*cat* | | | | |
| | 5' *AdhI* deletion series | | | | |
| Maize sucrose synthase gene (*ss*) | 5' *ss*/*nptII*/3' *ocs* | wheat (protoplasts) | (+) | transient expression | 373 |
| | 5' *ss*/*nptII* | maize (protoplasts) | (+) | transient expression suspension-culture derived but not in leaf-derived protoplasts | 177 |
| Soybean β-tubulin gene | genomic | tobacco (plants) | + | | 138 |
| cowpea trypsin inhibitor gene (*CpTI*) | 5' CaMV 35S/*CpTI*/3' *nos* | tobacco (plants) | + | expression enhances resistance to insect pests | 153 |

20

0002475

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression | References |
|---|---|---|---|---|---|
| Petunia EPSP synthase gene | 5' CaMV 35S/EPSP/3' nos | Petunia (plants) | + | 35S-directed EPSP overproduction confers glyphosate tolerance | 291 |
| | 5' T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (aroA) coding region | tobacco (plants) | + | expression of bacterial EPSP: targeting into chloroplasts; glyphosate tolerance | 84 |
| Soybean leghemoglobin gene lbc3 | genomic | tobacco (plants) | | n.d. | 310 |
| lbc3 | 5' lbc3/cat/3' lbc3 | Lotus corniculatus (plants) | + | development-specific and inducible expression only in nodules and only after infection by Rhizobium; dependence on 5' regulatory sequences | 170, 323, 324 |
| Nicotiana plumbaginifolia "insert 7" enhancer-like sequence | 5' insert 7/5' nos/nptII | tobacco (plants) | + | transient protoplast-specific overexpression of nptII | 163 |
| Nicotiana plumbaginifolia ATP synthase gene (atp2-1); β subunit | 5' CaMV 35S/atp2-1 signal sequence/cat | tobacco (plants) | + | cat enzyme is targeted into mitochondria | 34 |

21

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Maize transposable elements | Ac or Ds within borders of | tobacco (tumors and shoots) | + | 15, 16 |
| Ac and Ds | waxy locus | | Ac is capable of self-catalyzed transposition | |

Abbreviations:

| | | |
|---|---|---|
| copia LTR | – | long terminal repeat of copia transposable element |
| HSV | – | Herpes simplex virus |
| Adh | – | alcohol dehydrogenase gene |
| ST-LS 1 | – | Solanum ruberosum leaf/stem-specific gene |
| EPSP | – | 5-enolpyruvylshikimate-3-phosphate (gene) |
| lbc3 | – | member of the leghemoglobin gene family |
| Ac, Ds | – | maize transposable elements (activator, dissociation) |
| rbcS | – | ribulose-1,5-bisphosphate carboxylase small subunit gene |
| cab | – | chlorophyl a/b binding protein gene |
| nptII | – | neomycin phosphotransferase II gene |
| ocs | – | octopine synthase gene |
| nos | – | nopaline synthase gene |
| cat | – | chloramphenicol acetyltransferase gene |
| CaMV 35S, 19S | – | cauliflower mosaic virus genes encoding 35S and 19S-transcript, respectively |
| genomic | – | transferred construct contains the entire gene including 5' and 3' regions |

Mode of expression:

| | | |
|---|---|---|
| + | – | correct expression of stably integrated gene |

22

(+) — transient expression, or transcription followed by incorrect processing and/or translation

(−) — gene is not transcribed

23

At page 11, line 31, after "in" please delete "Weising et al., supra" and insert -- Table 2- -- and insert the following Table 2:

24

- Selectable marker and reporter genes in plant genetic transformation

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against |
|------|--------|----------------|-----------|--|--------------------|
| | | | Selectable marker | Scorable reporter | |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (nptI) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[2] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[1] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcysteine[6] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | - | ++ | [7] |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | - | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | + | - | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) | streptomycin[10] control plants are not killed by streptomycin |
| aroA gene | Salmonella typhimurium | EPSP synthase | ++ | - | glyphosate[11] |
| bar gene | Streptomices hygroscopicus | phosphinothricin acetyltransferase | ++ | - | phosphinothricin, bialaphos[12] |

| β-galactosidase gene | E. coli | β-galactosidase | - | + | [13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | - | ++ | [14] |
| Bacterial luciferase gene | Vibrio harvesi | luciferase | - | ++ | [15] |
| Firefly luciferase gene | Photinus peralis | luciferase | - | ++ | [14] |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes.

Abbreviations
Tn       - transposon
DHFR     - dihydrofolate reductase
EPSP synthase  - 5-enolpyruvylshikimate-3-phosphate synthase

[1] M. Bevran et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBO J., 8, 1681 (1984); I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[2] R.T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Preizrak et al., Nucl. Acids Res., 14, 5857 (1986).

[3] M. DeBlock et al., EMBO J., 2, 1681 (1984); I. Herrera-Estrella et al., Nature, 303, 209 (1983).

[4] N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid, I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[5] D.A. Eichholtz et al., Somat. Cell. Mol. Genet., 13, 67 (1987).

[6] G.A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Geve et al., Nature, 300, 752 (1982); A. Hockema et al., Plant Mol. Biol., 5, 85 (1985); M.G. Koziel et al., J. Mol. Appl. Genet., 2, 549 (1981).

[7] J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).

[8] A.M. Lloyd et al., Science, 284, 464 (1986); P.I.M. Van den Hazen et al., Plant MOL. Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).

[9] J. Hille et al., Plant Mol. Biol., 7, 171 (1986).

[10] J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).

[11] L. Comai et al., Nature, 317, 741 (1985); J.J. Inllatti et al., Biotechnology, 5, 726 (1987).

[12] M. DeBlock et al., _EMBO J._, 6, 2513 (1987); C.I. Thompson et al., _EMBO J._, 6, 2519 (1987).

[13] G. Heimer et al., _Biotechnology_, 2, 520 (1984).

[14] D.R. Gallic et al., _Nuc. Acids Res._, 15, 8693 (1987); R.A. Jefferson et al., _EMBO J._, 6, 1901 (1987).

[15] C. Koncz et al., _Mol. Gen. Genet._, 204, 383 (1986).

[16] D.W. Ow et al., _Science_, 234, 856 (1986); D.W. Ow et al., _PNAS USA_, 84, 4870 (1987); C.D. Riggs et al., _Nucl. Acids Res._, 15, 8115 (1987).

At page 12, line 15, delete "Weising et al, supra" and insert -- Table 2 -- therefor.

At page 33, line 3, delete "Table 1" and insert --Table 3--.

At page 33, line 15, delete "Table 1" and insert --Table 3--.

At page 33, line 16, delete "TABLE 1" and insert --TABLE 3--.

At page 39, line 5, delete "Table 2" and insert --Table 4--.

At page 39, line 13, delete "TABLE 2" and insert -- TABLE 4 -- therefor.

## REMARKS

Claims 19-22 having been canceled and claims 23-87 having been added, the claims now pending in the application are claims 23-87.

The amendments to the specification at page 11, to add Table 1 and Table 2, are supported by the incorporated by reference into the application of K. Weising et al., Annu. Rev. Gent., 22, 421 (1988), at page 10, lines 30-31 of the specification. Table 1 appears in Weising as "Table 3" while Table 2 appears in Weising as "Table 1." The undersigned attorney for Applicants certifies that Table 1 and Table 2 are identical to Table 3 and Table 1 of the Weising et al. reference, respectively, with the exception that the citations to the literature given in the reference have been reproduced in full in Table 1.

New claims 23 and 32 are supported in the specification at page 6, lines 4-7 and lines 19-23; page 8, lines 1-2; page 14, lines 1-36 and at page 15, lines 1-17. New claims 24 and 33 are supported in the specification at page 7, lines 35-36. New claims 25 and 34 are supported in the specification at page 9, lines 7-11.

New claims 26, 35, 42, 49, and 56 are supported in the specification at page 11, lines 9-14 and at page 12, lines 6-8. New claims 27, 36, 43, 50 and 57 are supported in the specification at page 11, lines 11-14 and by original claim 8. New claims 28, 37, 44, 51 and 58 are supported in the specification at page 11, lines 15-16.

New claims 29, 38, 45, 52 and 59 are supported in the specification at page 10, lines 32-36; page 11, lines 24-27 and by originally filed claim 9. New claims 30, 39, 46, 53 and 60 are supported in the specification at page 5, lines 32-34; page 6, lines 15-17; page 7, lines 14-18 and by originally filed claim 13. New claims 31, 40, 47, 54 and 61 are supported in the specification

25

at page 5, lines 32-34; page 6, lines 15-17; page 7, lines 14-18 and by originally filed claim 16.

New claim 41 is supported in the specification at page 5, lines 32-34; page 6, lines 15-17 and at page 7, lines 14-18. New claim 48 is supported in the specification at page 20, paragraph 1. New claim 55 is supported in the specification at page 19, lines 28-36 and at page 20, lines 1-17.

New claims 62, 64-67 and 75 are supported by the specification at page 12, lines 4-5.

New claim 63 is supported at page 11, lines 14-15 of the specification.

New claim 68 is supported by the specification at page 11, lines 29-30.

New claims 69, 74, 76-78, 81-82 and 84 are supported by Table 2.

New claim 70-71 are supported at page 6, lines 21-24 of the specification.

New claims 72-73 are supported at page 12, lines 1-3 of the specification.

New claim 79 is supported at page 12, line 16 of the specification.

New claim 80 is supported by the specification at page 23, lines 31-33.

New claim 83 is supported by the specification at page 24, lines 3-5.

New claim 85 is supported at page 11, line 13 of the specification.

New claims 86-87 are supported by Table 1.

0002484

When the Examiner takes the application up for the first Office Action, consideration of these Amendments and Remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _____12 Nov 1996_____   By _____

Warren D. Woessner, Ph.D.
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on Nov. 12, 1996.

_____SANDRA K. Amberson_____          _____

Name                                  Signature

27

0002485

S/N 08/677,695                                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: | G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 | |
| Filed: | July 10, 1996 | Docket: | 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | | |

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the Forms 1449, marked as being considered and initialed by the Examiner, be returned with the next official communication.

Applicants respectfully request consideration of these references during prosecution of the above-identified application. Examiner is respectfully requested to consider for this application all documents submitted to the U.S. Patent Office in connection with Applicants' prior U.S. application. The above-identified application is a continuation of U.S. application, Serial No. 07/974,379, filed November 10, 1992, now U.S. patent 5,538,877, which is a continuation of U.S. application, Serial No. 07/467,983, filed January 22, 1990, abandoned. In addition, the Examiner is respectfully requested to note that a copy of of every listed reference is not included herewith as a copy was previously submitted in Applicants' prior application.

However, the following documents have not been cited during prosecution of the prior application; therefore, a copy of each of these documents is submitted herewith for the Examiner's consideration.

## OTHER DOCUMENTS

J. S. Boyer, et al., "Water Deficits and Photosynthesis," In: Water Deficits and Plant Growth, Vol. IV, T. T. Kozlowski, (ed.), Academic Press, New York, pp. 153-190 (1976).

0002486

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950 001US4

B. V. Milborrow, "Abscisic Acid and Other Hormones," In: The Physiology and Biochemistry of Drought Resistance in Plants, L. G. Paleg, et al., (eds.), Academic Press, New York, pp 347-388 (1981).

It is believed that no fee is necessary under 37 C.F.R. § 1.97 (b), as this Information Disclosure Statement is being submitted before the mailing date of a first Office Action on the merits, in accordance with 37 C.F.R. § 1.97(b)(3). Please charge any additional fees deemed necessary for consideration of these documents to Deposit Account No. 19-0743.

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.,

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  _13 Nov 1996_   By _Warren D Woessner_
WDW/dlp                      Warren D. Woessner
                             Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on November _13_, 1996.

_Sandra B. Amberson_                    _Sandra K. Amberson_
Name                                    Signature

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| _____ | 4,370,160 | 01/25/1983 | M. J. Ziemelis | 71 | 117 | 06/27/78 |
| _____ | 4,399,216 | 08/16/1983 | R. Axel et al., | 435 | 6 | 02/25/83 |
| _____ | 4,559,302 | 12/17/1985 | J. R. Turner | 435 | 76 | 03/03/83 |
| _____ | 4,581,847 | 04/15/1986 | K. A. Hibberd, et al. | 47 | 58 | 09/04/84 |
| _____ | 4,634,665 | 01/06/1987 | R. Axel, et al. | 435 | 68 | 08/11/68 |
| _____ | 4,665,030 | 05/12/1987 | K. R. Close | 435 | 240 | 09/07/84 |
| _____ | 4,666,844 | 05/19/1987 | D. S. Cheng | 435 | 240 | 09/07/84 |
| _____ | 4,683,202 | 07/28/1987 | K. B. Mullis | 435 | 91 | 11/25/85 |
| _____ | 4,727,028 | 02/23/1988 | R. F. Santerre, et al. | 435 | 240 | 06/22/81 |
| _____ | 4,806,483 | 02/21/1989 | A. S. Wang | 435 | 240 | 08/18/86 |
| _____ | 4,940,835 | 07/20/1990 | D. M. Shah, et al. | 800 | 205 | 08/07/85 |
| _____ | 5,004,863 | 04/02/1991 | P. F. Umbeck | 800 | 205 | 12/03/86 |
| _____ | 5,015,580 | 05/14/1991 | P. Christou, et al. | 435 | 172 | 05/12/88 |
| _____ | 5,049,500 | 09/17/1991 | C. J. Arnizen, et al. | 435 | 172 | 01/13/87 |
| _____ | 5,177,010 | 01/05/1993 | S. L. Goldman, et al. | 435 | 172 | 09/05/90 |
| _____ | 5,350,689 | 09/27/1994 | R. Shillito, et al. | 435 | 240 | 03/01/93 |
| _____ | 5,352,605 | 11/04/1994 | R. T. Fraley, et al. | 435 | 240.4 | 11/28/93 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
| --- | --- | --- | --- | --- | --- | --- |
| _____ | 126537A2 | 04/05/1983 | European | A61 | 952 | X |
| _____ | 141373A3 | 05/15/1985 | European | A01 | 7/0 | X |
| _____ | 154204A2 | 09/11/1985 | European | C12 | 15 | X |
| _____ | 160390A2 | 11/06/1985 | European | A01 | 15 | X |
| _____ | 202668A2 | 11/16/1986 | European | C12 | 5/2 | X |
| _____ | 204549A2 | 10/12/1986 | European | C12 | 15 | X |
| _____ | 2159173A | 11/27/1985 | Great Britain | C12 | 15 | X |
| _____ | 242236A1 | 10/21/1987 | European | C12 | 15 | X |
| _____ | 242246A1 | 11/21/1987 | European | C12 | 15 | X |
| _____ | 257472A2 | 03/02/1988 | European | C12 | 15 | X |
| _____ | 262971A2 | 05/06/1988 | European | A01 | 1/2 | X |
| _____ | 270356A2 | 06/08/1988 | European | C12 | 15 | X |
| _____ | 275069A2 | 07/20/1988 | European | C12 | 15 | X |
| _____ | 280400A2 | 08/31/1988 | European | A01 | 1/6 | X |
| _____ | 282164A2 | 09/14/1988 | European | C12 | 5/0 | X |
| _____ | 289479A2 | 11/23/1988 | European | C12 | 15 | X |
| _____ | 290395A2 | 11/09/1988 | European | C12 | 15 | X |
| _____ | 292435A1 | 11/01/1988 | European | C12N | 15/00 | X |
| _____ | 299552A1 | 01/18/1988 | European | C12 | 15 | X |
| _____ | 301749A2 | 02/01/1989 | European | C12 | 15 | X |
| _____ | 331855A2 | 09/13/1989 | European | C12 | 3/0 | X |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| _____ | 334539A2 | 09/27/1989 | European | C12 | 15 | X | |
| _____ | 348348A2 | 12/27/1989 | European | A01 | 65 | X | |
| _____ | 3738874A1 | 11/17/1988 | Germany | A01 | 106 | | X |
| _____ | 442174A1 | 04/21/1991 | European | C12 | 15 | X | |
| _____ | 80893/87 | 12/05/1988 | Australia | C12N | 15/00 | X | |
| _____ | 85/01856 | 05/09/1985 | PCT | 01B | 76 | X | |
| _____ | 85/02973 | 07/18/1985 | PCT | A01J | 7/00 | X | |
| _____ | 85/02972 | 07/18/1985 | PCT | A01 | 106 | X | |
| _____ | 87/05629 | 09/24/1987 | PCT | C12N | 15 | X | |
| _____ | 8801444 | 01/02/1990 | Netherlands | C12 | 15 | | X |
| _____ | 89/04371 | 05/18/1989 | PCT | C12N | 21/00 | X | |
| _____ | 89/12102 | 12/14/1989 | PCT | 12 | 15/00 | X | |
| _____ | 90/10691 | 08/20/1990 | PCT | C12 | 5/0 | X | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
| --- | --- |
| _____ | "Bullets Transform Plant Cells", Agricell Report, 9, 5, (July 1987). |
| _____ | "Shotgunning DNA into Cells", Genetic Engineering News, (July/August 1987). |
| _____ | H. Ahokas, "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", Theor. Appl. Genet., 77, 469-472(1989). |
| _____ | H. Ahokes, "Electrophorectic transfection of cereal grain with exogenous nucleic acid", Soc., biochem Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989). |
| _____ | S. B. Altenbach, et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", Plant Mol. Biol., 8, 239-250 (1987). |
| _____ | C. Ampe, et al., "The Amino-Acid Sequence of the 2S Sulphur-Rich from Seed of Brazil Nut(Bertholletia excelsa H.B.K.)", Eur. J. Biochem., 159, 597-604 (1986). |
| _____ | C. Armstrong, et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable Embryogenic Tissue Cultures in Maize", Biol. Abstracts, 85, Abstract No. 117662 (1988). |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | Barker, R. F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," Plant Mol. Biol., 2, 335-350 (1983) |
| | M. S. Benner, et al., "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize", Theor. Appl. Genet., 78, 761-767 (1989). |
| | M. Bevan, et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature, 304, 184-187 (1983). |
| | M. Bevan, et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA", Nuc. Acids Res., 11, 369-385 (1983). |
| | G. Booy, et al., "Attempted Pollen-Mediated Transformation of Maize", J. Plant Physiol., 135, 319-324 (1989). |
| | J. S. Boyer, et al., "Water Deficits and Photosynthesis," In: Water Deficits and Plant Growth, Vol. IV, T. T. Kozlowski, (ed.), Academic Press, New York, pp. 153-190 (1976). |
| | Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," Genes and Development, 1, 1183-1200 (1987). |
| | J. Cao, et al., "Transformation of Rice and Maize Using the Biolistic Process", In: Plant Gene Transfer, Alan R. Liss, Inc., pp. 21-33 (1990). |
| | V. Chandler, et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", The Plant Cell, 1, 1175-1183 (1989). |
| | P. Christou, et al., "Contransformation Frequencies of Foreign Genes in Soybean Cell Cultures", Theor. Appl. Genet., 79, 337-341 (1990). |
| | P. Christou, et al., "Stable Transformation of Soybean Callus DNA-Coated Gold Particles", Plant Physiol., 87, 671-674 (1988). |
| | Cocking, F., et al., "Gene Transfer in Cereals," Science, 236, 1259-1262 (1987). |
| | G. Creissen, et al., "Agrobacterium - and microprojectile - Mediated Viral DNA Delivery into Barley Microspore-Derived Cutures", Plant Cell Reports, 8, 680-863 (April, 1990). |
| | A. Crossway, et al., "Integrated of foreign DNA following microinjection of tobacco mesophyll protoplasts", Mol. Gen. Genet., 202, 179-185 (1986). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conforman and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

M. De Block, et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme", EMBO J., 6, 2513-2518 (1987).

W. De Greef, et al., "Evaluation of herbicide resistance in transgenic crops under field conditions", Bio/Technol., 7, 61-64 (1989).

R. Dekeyser, et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol., 90, 217-223 (1989).

DeWald, et al., "Plant regeneration from inbred maize suspensions", VIIth International Congress on Plant Tissue and Cell Culture, Abstract No. A1-36, p. 12 (June 24-29, 1990).

DeWet, J. R. et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in Escherichia coli," Proc. Nat. Acad. Sci. USA, 82, 7870-7873 (1985)

D. A. Evans, et al., "Somaclonal Variation-Genetic Basis and Breeding Applications", Trends Genet., 5, 46-50 (1989).

P. Fransz, et al., "Cytodifferentiation during callus initation and somatic embryogenesis in Zea mays L", Ph. D. thesis, U of Wageningen Press, The Netherlands (1988).

J. C. Freeling, et al., "Development Potentials of Maize Tissue Cultures", Maydica, XXL, 97-112 (July 1977).

Fromm, M. E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," Nature, 319, 791-793 (1986).

M. E. Fromm, et al., "Expression of Gene Transfected into Monocot and Dicot Plant Cells by Electroporation", Pro. Nat. Acad. Sci. USA, 82, 5824-5828 (1985).

W. J. Gordon-kamm, et al., "Stable Tranformation of Embryonic Maize Cultures by Microprojectile Bombardment", J. Cellular Biochem., 13D, Abstract No M122, p. 259 (1989).

J. Gould, et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, Beltwide Cotton production research conferences, New Orleans, LA, p. 91 (1988).

Graves, A., et al., "The transformation of Zea mays seedlings with Agrobacterium tumefacians," Plant Mol. Biol., 7, 43-50 (1986).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* <br><br> INFORMATION DISCLOSURE STATEMENT <br> BY APPLICANT <br> (Use several sheets if necessary) | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

| | |
|---|---|
| | Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," Crop. Sci., 15, 417-421 (1975). |
| | Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: Maize for Biological Research, Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367-372 (1982). |
| | C. Green, et al., "Somatic Cell Genetic System in Corn", In: Advances in Gene Technology: Molecular Genetics of Plant and Animals, Academic Press, Inc., pp. 147-157 (1983). |
| | N. Grimsley, et al., "DNA Transfer from Agrobacterium to Zea mays or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", Mol. Gen. Genet., 217, 309-316 (1989). |
| | Gritz, L., et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in Escherichia coli and Saccharomyces cerevisiae," Gene, 25, 179-188 (1983). |
| . | Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," Cell, 30, 763-773 (October 1982). |
| | R. M. Hauptman, et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", Plant Physiol., 86, 602-606 (1988). |
| | L. M. Hoffman, et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", Plant. Mol. Biol., 11, 717-729 (1988). |
| | L. M. Hoffman, et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", EMBO J., 6, 3213-3221 (1987). |
| | P. J. J. Hooykaas, "Transformation of plant cell via Agrobacterium", Plant Mol. Biol., 13, 327-336 (1989). |
| | Horn, M., et al., "Transgenic Plants of Orchard Grass (Dactylis glomerata L.) from Protoplasts," Chem. Abstracts, 110, p. 208, Abstract No. 89869a (1989). |
| . | R. Jefferson, "Assaying chimeric genes in plants: the GUS gene fusion system", Plant Mol. Biol. Rep., 5, 387-405(1987). |
| | R. Jefferson, et al., "B-Glucuronidase from Escherichia coli as a Gene-Fusion Marker", Proc. Natl. Acad. Sci. USA, 83, 8447-8451 (1986). |

| Examiner | | Date Considered |
|---|---|---|
| | | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conforma and not considered. Include copy of this form with next communication to applicant.

0002492

| Form 1449* | Atty. Docket No.: 950.001US4 | | Serial No. 08/677,695 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | | |
| | Filing Date: July 10, 1996 | | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**\*\*Examiner Initial**

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," Plant Mol. Biol. Rep., 5, 387-405 (1987).

K. Kamo, et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures", Plant Sci., 45, 111-117 (1986).

K. Kamo, et al., "Regeneration of Zea mays L. from Embryogenic Callus", Bot. Gaz., 146, 327-334 (1985).

K. Kartha, et al., "Transient Expression of Chloramphenicol Acetyl Transferase(CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", Plant. Cell. Rep., 8, 429-432 (1989).

J. Kirihara, et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize", Mol. Gen. Genet., 211, 477-484 (1988).

J. Kirihara, et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize", Gene, 71, 359-370 (1988).

Klein , T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles," Proc. Nat. Acad. Sci. USA, 85, 4305-4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles," Bio/Technol., 6, 559-563 (1988).

Klein, T., et al., "Genetic transformation of Maize Cells by Particle Bombardment," Plant Physiol., 91, 440-444 (1989).

T. M. Klein, et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Mehtylation on Foreign Gene Expression", In: Gene Manipulation in Plant Improvement II, Gustafson, J.P., (ed), Plenum Press, NY, pp. 265-266 (1990).

T. M. Klein, et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", Nature, 327, 70-73 (1987).

T. Klein, et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", Pro. Nat. Acad. Sci., USA, 86, 6682-6685 (1989).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Inhitiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44, 283-292 (1986).

| Examiner | Date Considered |
|---|---|
| | |

\*Substitute Disclosure Statement Form (PTO-1449)

\*\*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

P. Lazzeri, et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6, 291-293 (1988).

K. Lindsey, et al., "Electroporation of Cells", Physiologia Plantarum, 79, 168-172 (1990).

H. Lorz, et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100, 1-25 (1988).

C. Lu, et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L_", Theor. Appl. Genet., 66, 285-289 (1983).

S. Ludwig, et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", Science, 247, 449-450 (1990).

S. Ludwig, et al., "High Frequency Callus Formation from Maize Protoplasts", Theor. Appl. Genet., 71, 344-350 (1985).

S. Ludwig, et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc-Homology Region", Proc., Nat. Acad. Sci. USA, 86, 7092-7096 (1989).

S. Ludwig, et al., "Maize R Gene Family: Tissue Specific Helix Loop Helix Proteins", Cell, 62, 849-851 (1990).

H. Lutcke, et al., "Selection of AUG Initation Codons Differs in Plants and Animals", EMBO J., 6, 43-48 (1987).

T. Masumura, et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds", Plant Mol., 12, 123-130 (1989).

C. McDaniel, et al., "Cell-Lineage Pattens in the Shoot Apical Meristem of the Germinating Maize Embryo", Planta, 175, 13-22 (1988).

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", Plant Sci. Lett., 28, 337-348 (1982/83).

R. Mendel, et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles", Theor. Appl. Genet., 78, 31-34 (1989).

B. V. Milborrow, "Abscisic Acid and Other Hormones," In: The Physiology and Biochemistry of Drought Resistance in Plants, Paleg, L. G., et al., (eds.), Academic Press, New York, pp 347-388 (1981).

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conforma and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

T. Murakami, et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster", Mol. Gen. Genet., 205, 42-50 (1986).

T. Nelson, "New Horses for Monocot Gene Jockeys", The Plant Cell, 2, 589 (1990).

M. Neuffer, et al., "Maize for Biological Research", Plant Molec. Biol. Assoc., 19-30 (1988).

J. Odell, et al., "Identification of DNA Sequences Required for Activity of the Caulliflower Mosaic Virus 35S Promoter", Nature, 313, 810-811 (1985).

Y. Ohta, et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", Pro. Nat. Acad. Sci. USA, 83, 715-719 (1986).

Y. Okta, et al., "Gene Manfestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self-Pollination Applying Exogenous DNA", Jap. J. Breed., 30, 184-185 (1980).

P. Ozias-akins, et al., "In vitro regeneration and genetic manipulation of grasses", Physiol. Plant., 73, 565-569 (1988).

P. Ozias-akins, et al., "Progress and Limitations in the Culture of Cereal Protoplasts", Trends in Biotechnol., 2, 119-123 (1984).

K. Pederson, et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High Sulfure Zein Protein of M1 15,000", J. Biol. Chem., 261, 6279-6284 (1986).

R. L. Phillips, et al., "Cell/Tissue Culture and In Vitro Manipulation", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al, (eds.), Agronomy Soc. Amer., pp. 345-387 (1988).

R. L. Phillips, et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", Cereal Chem, 62, 213-218 (1985).

J. Poehlman, "Breeding Corn (Maize)", In: Breeding Field Crops, 3rd edition, AVI Publishing Co., Westport CN, pp. 469-471, 477-481 (1986).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," Bio/Technol., 8, 535-542 (June 1990)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002495

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Potrykus, I., "Gene Transfer to Cereals: An Assessment," _Trends Biotechnol._, 7, 269-273 (October 1989).

I. Potrykus, et al., "Callus formation from stem protoplasts of corn (Zea mays L.)", _Mol. Gen. Genet._, 156, 347-350 (1977).

L. M. Prioli, et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (Zea mays L)", _Bio/Technol._, 7, 589-594 (June 1989).

Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts," _Science_, 240, 204-207 (April 8, (1988).

Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," _Bio/Technol._, 6, 56-60 (January 1988).

C. A. Rhodes, "Corn: From Protoplasts to Fertile Plants", _Bio/Technol._, 7, 548 (June 1989).

C. A. Rhodes, et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", _Bio/Technol._, 6, 56-60 (January 1988).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", _Biol. Abstracts_, 82, p. AB-391, Abstract No. 3396 (1986).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", _J. Bacteriol._, 166, 297-300 (1986).

M. C. Ross, et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", _J. Cell. Biochem._, 13D, Abstract No. M149, p. 268 (1989).

Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process," _Particulate Sci. Technol._, 5, 27-37 (1987).

J. C. Sanford, et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", _Theor. Appl. Genet._, 69, 571-574 (1985).

J. C. Sanford, "Biolistic Plant Transformation", _Physiol. Plant._, 79, 206-209 (1990).

J. C. Sanford, "The Biolistic Process", _Trends Biotechnol._, 6, 299-302 (1988).

Sanford, J. C., et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA," _Theor. Appl. Genet._, 69, 571-574 (1985).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

A. Schmidt, et al., "Media and environmental effects of phenolics production from tobacco cell cultures", Chem. Abstracts., 110, Abstract No. 230156z, p. 514 (1989).

R. D. Shillito, et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize", Bio/Technol., 7, 581-587 (June 1989).

K. Shimamoto, et al., "Fertile Transgenic Rice Plants Regenerated from Tranformed Protoplasts", Nature, 338, 274-278 (1989).

R. Smith, et al., "Shoot apex explant for transformation", Plant Physiology (Suppl.) 86 , Abstract No. 646, p. 108 (1988).

Spencer, et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", Theor. Appl. Genet., 79, 625-631 (May 1990).

T. M. Spencer, et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos", Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8, 1989).

Sprague, et al., "Corn Breeding", In: Corn and Corn Improvement, Sprauge, G. F. (ed.), American Society of Agronomy, Inc, Madison, WI, pp. 305, 320-323 (1977).

C. Thompson, et al., "Characterization of the Herbicide-Resistance Gene bar from Streptomyces hygroscopicus", EMBO J., 6, 2519-2523 (1987).

D. T. Tomes, et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", Plant Mol. Biol., 14, 261-268 (February 1990).

D. Twell, et al., "Transient Expression of chimeric genes delivered into Pollen by Microprojectile Bombardment", Plant Physiol., 91, 1271-1274 (1989).

E. Ulian, et al., "Transformation of Plants via the Shoot Apex", In Vitro Cell Dev. Biol., 9, 951-954 (1988).

V. Vasil, et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of Zea mays L", J. Plant Physiol., 124, 399-408 (1986).

V. Walbot, et al., "Molecular genetics of corn", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al, (eds), American Soc. Agronomy, Madison, WI, pp. 389-430 (1988).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | C. Waldron, et al., "Resistance to Hygromycin B", Plant Mol. Biol., 5, 103-108 (1985). |
| | Y. Wang, et al., "Transient Expression of Foreign Genes in Rice, Wheat, and Soybean Cells following particle bombardment", Plant Mol. Biol., 11, 433-439 (1988). |
| | Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," Ann. Rev. Genet., 22, 421-478 (1988). |
| | J. White, et al., "A Cassette Containing the bar Gene of Streptomyces hygroscopicus: a Selectable Marker for Plant Transformation", Nuc. Acid. Res., 18, 1062 (1989). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

S/N 08/677,695                                                                          **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## SUPPLEMENTAL PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Prior to the first Office Action, please amend the above-identified patent application as follows:

### In the Title

    At page 1, please delete the title "FERTILE TRANSGENIC CORN PLANTS," and replace it with --METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS--.

    At page 1, after "U.S. Patent No. 5,538,877" insert --, which is a continuation of Serial No. 467,983, filed January 22, 1990, abandoned--.

### Remarks

    The title has been amended to more accurately reflect the claimed subject matter. The cross-reference to related applications has been amended to properly reference the grandparent application. This application is referenced in the declaration filed with the Request for the present Continuation application.