When the Examiner takes the application up for the first Office Action, consideration of this Supplemental Preliminary Amendment and Remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date ___Dec 10 1996___    By ___Warren Woessner___

Warren D. Woessner, Ph.D.
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on December _10_, 1996.

___SANDRA K. Amberson___        ___Sandra K. Amberson___
Name                                              Signature

2

S/N 08/677,695                                                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Ronald C. Lundquist et al.          Examiner: G. Benzion

Serial No.:    08/677,695                          Group Art Unit: 1803

Filed:         July 10, 1996                        Docket: 950.001US4

Title:         METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

### SECOND PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

 Prior to the first Office Action in the above-identified application, please amend as follows:

### IN THE SPECIFICATION

 At page 2, lines 25-26, delete "or, in some cases, it even turned out that the plants were in fact not transformed".

 At page 4, delete line 25 and insert --M. Bevan et al., Nuc. Acids Res., 11, 369 (1983)--.

 At page 11, line 27, delete "sequnes" and insert --sequences--.

 At page 14, para. 3, line 13, delete "Swain et al. 1988" and insert --J.C. Sanford et al., J. Particle Science and Technology, 5, 27 (1987)--.

 At page 21, line 8, delete "vatietry" and insert --variety--; at line 10, delete "othermolecules" and insert --other molecules--.

 At page 23, para. 2, line 8, delete "Chilton and Barnes" and insert --M. Bevan et al., Nuc. Acids Res., 11, 369,--.

 The specification has been amended to correct simple typographical errors including typographical errors in certain of the literature citations. These amendments conform the specification to those of the parent applications, as previously amended. No new matter is added by these amendments.

PRELIMINARY AMENDMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

When the Examiner takes the application up for the first Office Action,

consideration of the amendments and remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date ___19 Dec 1996___    By _____

Warren D. Woessner, Ph.D.
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on December __19_, 1996.

SANDRA B. Amberson                   _____

Name                                 Signature

S/N 08/677,695                                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Unknown |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the 1449 form, marked as being considered and initialed by the Examiner, be returned with the next official communication.

Applicants respectfully request that the Examiner disregard those references listed in the Forms 1449 submitted with the Information Disclosure Statement filed November 13, 1996.

Applicants request consideration of these documents during prosecution of the above-identified application. In addition, the Examiner is respectfully requested to consider for this application all documents submitted to the U.S. Patent Office in connection with Applicants' prior U.S. applications. The above-identified application is a continuation-in-part of U.S. application, Serial No. 07/974,379, filed November 10, 1992, issued, now U.S. Patent No. 5,538,877, which is a continuation of U.S. application, Serial No. 07/467,983, filed January 22, 1990, abandoned. In addition, the Examiner is respectfully requested to note that a copy of every listed reference is not included herewith as a copy was previously submitted in Applicants' prior application, U.S. application, Serial No. 07/974,379.

However, the following documents have not been cited during prosecution of the prior application; therefore, a copy of each of these documents is submitted herewith for the Examiner's consideration.

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Name | |
|---|---|---|---|
| 4,535,060 | 08/13/1985 | L. Comai | 0002503 |

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US4

| | | |
|---|---|---|
| 4,559,301 | 12/07/1985 | J. R. Turner |
| 4,642,411 | 01/10/1987 | K. A. Hibberd, et al. |
| 4,743,548 | 05/10/1988 | A. Crossway, et al. |
| 4,761,373 | 08/02/1988 | P. C. Anderson, et al. |
| 4,971,908 | 11/20/1990 | G. M. Kishore, et al. |
| 5,001,060 | 03/19/1991 | J. W. Peacock, et al. |
| 5,034,322 | 07/23/1991 | S. G. Rogers, et al. |
| 5,094,945 | 03/10/1992 | L. Comai |
| 5,110,732 | 05/05/1992 | P. N. Benfey, et al. |
| 5,134,074 | 07/28/1992 | P. N. Gordon, et al. |
| 5,187,073 | 02/16/1993 | S. L. Goldman, et al. |
| 5,188,642 | 02/23/1993 | D. M. Shah, et al. |
| 5,188,958 | 02/23/1993 | M. M. Moloney, et al. |
| 5,250,515 | 10/05/1993 | R. L. Fuchs, et al. |
| 5,254,799 | 10/19/1993 | H. J. Degrave, et al. |
| 5,258,300 | 11/02/1993 | K. F. Glassman, et al. |
| 5,268,463 | 12/07/1993 | R. A. Jefferson |
| 5,290,924 | 03/01/1994 | D. I. Last, et al. |
| 5,371,003 | 12/06/1994 | L. E. Murry, et al. |

## FOREIGN PATENT DOCUMENTS

| Patent No. | Date | Country |
|---|---|---|
| 131623B1 | 01/16/1984 | European |
| 193259A1 | 09/03/1986 | European |
| 271408 | 06/15/1988 | European |
| 61-134343 | 05/12/1984 | Japan |
| 87/04181 | 07/16/1987 | PCT |
| 89/11789 | 12/14/1989 | PCT |
| 90/01869 | 03/08/1990 | PCT |
| 90/02801 | 03/22/1990 | PCT |

**INFORMATION DISCLOSURE STATEMENT**
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

**Page 3**
Dkt: 950.001US4

## OTHER DOCUMENTS

Catalog, Handbook of Fine Chemicals", Aldrich Chem. Co., p. 508 (1988).

Cornell U. Gene Gun Hits Biotech Bullseye", Agriculture Technology, p. 13.

Dalapon," In: Merck Index", 11th Edition, S. Budavae, (ed), Merck and Co., pp. 405-406 (1989).

Dialog Search of Japanese Patent No. 61-13443 (1986).

EPO Notice Regarding Publication of Biobliographic Data for EPO 0485506.

"Herbicide-Resistant Corn", CT Academy of Science and Engineering, Case Reports, 5, 6 (1990).

International Search Report, PCT/US 90/09699, Mailed August 16, 1995

International Search Report, PCT/US 90/04462, Mailed January 15, 1991.

Office Action dated March 8, 1990, Goldman, et al., USSN 06/880,271, filed 6/30/86.

Office Action dated May 30, 1989, Goldman, et al., USSN 06/880,271, filed 6/30/86.

Patent Family Record for Australian Patent 87 80 893

M. J. Adang, et al.,  "Characterized Full-Length and Truncated Plasmid Clones of the Crystal Protein of Bacillus thuringiensis subsp. kurstaki HD-73 and Their Toxicity to Manduca sexta", Gene, 36, 289-300 (1985)

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 4
Dkt: 950.001US4

S. B. Altenbach, et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine-Rich Protein in Transgenic Plants", <u>Plant. Mol. Biol., 13</u>, 513-522 (1989).

C. L. Armstrong, et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L-Proline", <u>Planta, 164,</u> 207-214 (1985).

A. N. Binns, "Arobacterium-mediated gene delivery and the biology of host range limitations", <u>Physiologia Plantarum, 79,</u> 135-139 (1990).

M. I. Boulton, et al., "Specificity of Agrobacterium-mediated delivery of maize stread virus DNA to members of the Gramineae", <u>Plant Molecular Biology, 12,</u> 31-40 (1989).

J S Boyer, "Water Deficits and Photosynthesis", <u>In: Water Deficits and Plant Growth, Vol. IV,</u> Kozlowski, T.T., (ed), Academic Press, New York, pp. 153-190  (1976)

W. J. Brill, "Agricultural Microbiology", <u>Scientific American, 245,</u> 199-215 (September 1981).

V. Buchanan-Wollaston, et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", <u>J. of Cell. Biochem, 13D,</u> Abstract no. M503 (1989).

N. C. Carpita, "The Biochemistry of Growing Cell Walls", In: <u>Physiology of Cell Expansion During Plant Growth,</u> Cosgrove, D. J. et al, (eds) Am. Soc. Plant Physiol, pp. 28-100 (1987).

P. J. Charest, et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", <u>Plant Cell Reports, 7,</u> 628-631 (1989)

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 5
Dkt: 950.001US4

P. S. Chourey, et al., "Callus Formation from Protoplasts of a Maize Cell Culture", Theor. Appl. Genet. 59, 341-344 (1981).

P. Christou, et al., "Opine Synthesis in Wild Type Plant Tissue", Plant Physiol, 82, 218-221 (1986).

P. Christou, et al., "Soybean Genetic Engineering-Commercial Production of Transgenic Plants", Trends Biotechnol, 8, 145-151 (1990).

C. C. Chu, et al., "Establishment of an Efficient Medium for Another Culture of Rice Through Comparative Experiments on the Nitrogen Sources", Sci. Sein. (Peking), 13, 659-668 (1975).

Coe, et al., "The Genetics of Corn", In: Corn and Corn Improvement, 2nd Edition, Sprague, G.F. (ed.), American Soc. Agronomy, Inc., Madison, WI, p. 138 (1977).

L. Comai, et al., "Expression in Plants of a Mutant aroA Gene from Salmonella typhimurium Confers Tolerance to Glyphosate", Nature, 317, 741-744 (October 1985).

A. Darvill, et al., "The Primary Cell Walls of Flowering Plants", In: The Biochemistry of Plants, Vol. 1, pp. 91-162 (1980).

B. Dauce-LeReverand, et al., "Improvement of Escherichia coli Strains Overproducing Lysine Using Recombinant DNA Techniquest", Eur. J. Appl. Microbiol. Biotechnol., 15, 227-231 (1982).

R. A. Dekeyser, et al., "Transient Gene Expression in Intact and Organized Rice Tissues", The Plant Cell, 2, 591-602 (1990).

J. M. J. Dewet, et al., "Exogenous gene transfer in maize (zea mays) using

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 6
Dkt: 950.001US4

DNA-treated pollen", In: The experimental manipulation of ovule tissues. Chapman, G.P., et al(eds), Longman, New York, pp. 197-209 (1985)

Freiberg, "More Researchers Discover Corn Transformation Technology", AG Biotechnology News, p. 26 (1990).

S. C. Fry, "Introduction to the Growing Cell Wall", In: The Growing Plant Cell Wall: Chemical and Metabolic Analysis, Longman Scientific and Technical, New York, pp. 1-5, 102-109 (1988).

M. Geiser, et al., "The Hypervariable Region on the Genes Coding for Entomopahtogenic Crystal Proteins of Bacillus thuringiensis: Nucleotide Sequence of the kurhdl gene fo subsp. kurstaki HD1", Gene, 48, 109-108 (1986).

S. A. Goff, et al., "Transactivation of Anthocyanin Biosynethic Genes Following Transfer of B Regulatory Genes into Maize Tissues", EMBO J., 9, 2517-2522 (1990).

F. Guerineau, et al., "Sulfonamide Resistance Gene for Plant Transformation", Plant Molecular Biology, 15, 127-136 (1990).

A. R. Hallauer, et al., "Corn Breeding", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al(eds), Agronomy Soc. Amer., pp. 463-564 (1988).

G. W. Haughn, "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", Mol. Gen. Genet., 211, 266-271 (1988).

L. Herrera-Estrella, et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", In: Plant Molecular Biology Manual B1, Kluwer Academic Publishers, Dordrecht, pp. 1-22, (1988)

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 7
Dkt: 950.001US4

H. Hofte, et al., "Insecticidal Crystal Proteins of Bacillus thruingiensis", Microbiol. Rev., 53, 242-255 (1989).

M. Horn, et al., "Transgenic Plants of Orchardgras (Dactylis glomerata L.) from Protoplasts", Plant Cell Reports, 7, 469 (1988)

Y. Huang, et al., "Factors Influencing Stable Transformation of Maize Protoplasts by Electroporation", Plant Cell, Tissue and Organ Culture, 18, 281 (1989).

C. Imbrie-milligan, et al., "Microcallus Growth from Maize Protoplasts", Planta, 171, 58-64 (1987).

M. M. Johri, et al., "Genetic Approaches to Meristem Organization", In: Maize for Biological Research, W. F. Sheridan, (ed.), Plant Molecular Biology Association, pp. 301-310 (1982).

H. Jones, et al., "Recent Advances in Plant Electroporation", Oxford Surveys of Plant Molecular and Cell Biol. 4, 347-357 (1987).

H. Jones, et al., "Transcient Gene Expression in Electroporated Solanum Protoplasts", Plant Mol. Biol., 13 503-511 (1989).

H. F. Kaeppler, et al., "Silicon Carbide Fiber-Mediated DNA Delivery into Plant Cells", Plant Cell Rep., 9, 415-418 (1990).

K. N. Kao, et al., "Nutritional Requirements for Growth of Vicia hajastana Cells and Protoplasts at a Very Low Population Density in Liquid Media", Planta, 126, 105-110 (1978).

K. Kay, et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enchancer for Plant Genes", Science, 236, 1299-1302 (June 5, 1977)

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 8
Dkt: 950.001US4

M. Kozak,  "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs", Nuc. Acids. Res., 12, 857-871 (1984).

C. Kuhlemeier, et al.,  "Regulation of Gene Expression in Higher Plants", Ann. Rev. Plant Physiol., 38, 234-239 (1987).

J. S. Lee, et al.,  "Gene Transfer into Inact Cells of Tobacco by Electroporation", Korean J. Gent., 11, 65-72 (1989).

J. Levitt,  "Growth Regulators", In: Introduction to Plant Physiology, The C.V. Mosby Company, St. Louis, p. 241 (1969).

K. Lindsey, et al.,  "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", Planta, 172, 346-355 (1987).

K. Lindsey, et al.,  "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar beet", Plant Mol. Bio., 10, 43-52 (1987).

K. Lindsey, et al.,  "Stable Transformation of Sugarbeet Protoplasts by Electroporation", Plant Cell. Rep., 8, 71-74 (1989).

C. Lu, et al.,  "Somatic Embryogenesis in Zea mays L", Theor. Appl. Genet, 62, 109-112 (1982).

McCabe, et al.,  "Stable Transformation of Soybean (Glycine max) by Particle Acceration", Bio/Technol, 6, 923-926 (1988).

B. V. Milborrow,  "Abscisic Acid and Other Hormones", In: The Physiology and Biochemistry of Drought Resistance in Plants, Paleg, L.G. et al.(eds). Academic Press, New York,  347-388,  (1981)

INFORMATION DISCLOSURE STATEMENT                                    Page 9
Serial Number: 08/677,695                                          Dkt: 950.001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Morikawa, et al., "Gene Transfer into Intact Plant Cells by Electroporation Through Cell Walls and Membranes", <u>Gene, 41</u>, 121 (1986).

S. Morocz, et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated From a Highly Embryonic Suspension Culture", <u>Theor. Appl. Genet., 80,</u> 721-726 (1990).

S. Morocz, et al., "Two Approaches to Rendering Zea mays L. Applicable to Tissue Culture Manipulations", <u>Abstracts, VIIth Int. Cong. on Plant Tissue and Cell Culture, Amsterdam A1-102,</u> Abstract No. 209, p. 190 (1990).

T. Murashige, et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", <u>Physiol Plant, 15,</u> 473-497 (1962).

H. L. Murphy, "New Dekalb-Pfizer Seed Chief to Harvest R & D Breakthroughs", <u>Crain's Business Weekly,</u> pp. 38-39 (1990).

E. E. Murray, et al., "Codon usage in plant genes", <u>Nuc. Acids Res., 17,</u> 477-498 (1989).

R. S. Nelson, "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco mosaic Virus", <u>Bio/Technol, 6,</u> 403-409 (1988).

W. B. Parker, et al., "Selection and Characterization of Sethoxydim-Tolerant Maize Tissue Cultures", <u>Plant Physiol., 92,</u> 1220-1225 (1990).

J. Poehlman, "Breeding Corn (Maize)", In: <u>Breeding Field Crops, 3rd edition,</u> AVI Publishing Co., Westport CN, p. 452 (1986).

I. Potrykus, et al., "Callus formation from Cell Culture Protoplasts of Corn (Zea

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 10
Dkt: 950.001US4

mays L.)." Theor. Appl. Genet., 54, 209-214 (1996).

I. Potrykus, "Gene Transfer to Plants:  Assesment and Perspectives", Physiol. Plant, 79, 125-134 (1990).

Potter, et al., "Enchancer-Dependent Expression of Human k Immunoglobulin Genes Introduced into Mouse Pre-B Lymphocytes by Electroporation", Pro. Nat. Acad. Sci. USA, 81, 7161 (1984).

K. J. Puite, et al., "Electrofusion a Simple and Reproducible Technique in Somatic Hybridization of Nicotiana plumbaginifolia mutants", Plant Cell Rep., 4, 274-276 (1985).

D. S. Robertson,  "Loss of Mu Mutator Activity when Active Mu Systems are Transferred to Inbred Lines", Maize Genetics Coop. Newsletter, 60, 10 (1986).

S. V. Sahi, et al., "Metabolites in Maize Which Affect Virulence Induction in Agrobacterium tumefaciens", Plant Physiol, Supplement, p. 86, Abstract No. 514 (1989).

Sass,  "Morphology:  Development of the Caryopsis", In: Corn and Corn Improvement, 2nd edition, Sprauge, G.F., (ed), American Soc. Agronomy, p. 89, 98 (1977).

K. Shigekawa, et al., "Electroporation of Eukaryotes and Prokaryotes:  A General Approach to the Intoduction of Macromoleucles into Cells", BioTechniques, 6, 742-751 (1988).

R. D. Shillito, et al.,  "High Efficiency Direct Gene Transfer to Plants", Bio/Technol, 3, 1099 (1985).

M. A. Shotwell, et al.,  "The Biochemistry of Plants—A Comprehensive Treatise",

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 11
Dkt: 950.001US4

The Biochemistry of Plants, Vol. 15, Marcus, A., (ed), Academic Press, Inc, San Diego, pp. 297-345 (1989).

X. Soberon, et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", Gene, 9, 287-305 (1980).

T. M. Spencer, et al., "Fertile Transgenic Maize", Abstracts, 7th Annual Meeting, Mid Atlantic Plant Mol. Biol. Soc., p. 30 (1990).

M. Sugiyama, et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for Escherichia coli", Plasmid, 23, 237-241 (1990).

S. Usami, et al., "Absence in Monocotyledonous Plants of the Diffusible Plant Factors including T-DNA Circularization and vir Gene Expression in Agrobacterium", Mol. Gen. Genet, 209, 221-226 (1987).

I. K. Vasil, et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", IAPTC Abstracts, 443, (1986)

I. K. Vasil, et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", Cell Culture and Somatic Cell Genetics of Plants, Vol. I, Academic Press, pp. 152-158 (1984).

H. Yang, et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", Plant Cell Rep., 7, 421 (1988).

C. Yanisch-perron, et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", Gene, 33, 103-119 (1985).

Y. Yugari, et al., "Coordinated End-Product Inhibition in Lysine Synthesis in Escherichia coli.", Biochem. Biophys. Acta, 62, 612-614 (1962).

It is believed that no fee is necessary under 37 C.F.R. § 1.97 (b), as this Information Disclosure Statement is being submitted before the mailing date of a first Office Action on the merits, in accordance with 37 C.F.R. § 1.97(b)(3). Please charge any additional fees deemed necessary for consideration of these documents to Deposit Account No. 19-0743.

Applicants respectfully request consideration of these references during prosecution of the above-identified matter. The Examiner is invited to contact the Applicants' Representative at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.,

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date  29 Jan 1997        By  Warren D. Woessner
WDW/dlp                       Warren D. Woessner
                              Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on January 29, 1997.

     SANDRA K. Amberson                  Sandra K. Amberson
Name                                     Signature

0002514

Sheet 1 of 21

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | | |
| | Filing Date: July 10, 1996 | Group: | 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 4,370,160 | 01/25/1983 | Ziemelis | 71 | 117 | 06/27/78 |
| | 4,399,216 | 08/16/1983 | R. Axel, et al. | 435 | 6 | 02/25/83 |
| | 4,535,060 | 08/13/1985 | L. Comai | 435 | 172 | 01/05/83 |
| | 4,559,301 | 12/07/1985 | J. R. Turner | 435 | 76 | 03/03/83 |
| | 4,559,302 | 12/17/1985 | J. R. Turner | 435 | 76 | 03/03/83 |
| | 4,581,847 | 04/15/1986 | K. A. Hibberd, et al. | 47 | 58 | 09/04/84 |
| | 4,634,665 | 01/06/1987 | R. Axel, et al. | 435 | 68 | 08/11/68 |
| | 4,642,411 | 01/10/1987 | K. A. Hibberd, et al. | 800 | 1 | 09/04/84 |
| | 4,655,030 | 05/12/1987 | K. Close | 431 | 240 | 09/07/84 |
| | 4,666,844 | 05/19/1987 | D. S. Cheng | 435 | 240 | 09/07/84 |
| | 4,683,202 | 07/28/1987 | K. B. Mullis | 435 | 91 | 11/25/85 |
| | 4,727,028 | 02/23/1988 | R. F. Santerre, et al. | 435 | 240 | 06/22/81 |
| | 4,743,548 | 05/10/1988 | A. Crossway, et al. | 435 | 172 | 09/25/84 |
| | 4,761,373 | 08/02/1988 | P. C. Anderson, et al. | 435 | 172.3 | 08/10/84 |
| | 4,806,483 | 02/21/1989 | A. S. Wang | 435 | 240 | 08/18/86 |
| | 4,940,835 | 07/20/1990 | D. M. Shah, et al. | 800 | 205 | 08/07/85 |
| | 4,971,908 | 11/20/1990 | G. M. Kishore, et al. | 435 | 172 | 05/26/87 |
| | 5,001,060 | 03/19/1991 | J. W. Peacock, et al. | 435 | 172 | 02/06/87 |
| | 5,004,863 | 04/02/1991 | P. F. Umbeck | 800 | 205 | 12/03/86 |
| | 5,015,580 | 05/14/1991 | Christou, et al. | 435 | 172 | 05/12/88 |
| | 5,034,322 | 07/23/1991 | S. G. Rogers, et al. | 435 | 172 | 01/17/87 |
| | 5,049,500 | 09/17/1991 | C. J. Arnizen, et al. | 435 | 172 | 01/13/87 |
| | 5,094,945 | 03/10/1992 | L. Comai | 435 | 172 | 01/05/83 |
| | 5,110,732 | 05/05/1992 | P. N. Benfey, et al. | 435 | 172 | 03/14/89 |
| | 5,134,074 | 07/28/1992 | P. N. Gordon, et al. | 435 | 240 | 06/20/86 |
| | 5,177,010 | 01/05/1993 | S. L. Goldman, et al. | 435 | 172 | 09/05/90 |
| | 5,187,073 | 02/16/1993 | S. L. Goldman, et al. | 435 | 172 | 06/30/86 |
| | 5,188,642 | 02/23/1993 | D. M. Shah, et al. | 47 | 58 | 08/07/85 |
| | 5,188,958 | 02/23/1993 | M. M. Moloney, et al. | 435 | 240 | 05/29/86 |
| | 5,250,515 | 10/05/1993 | R. L. Fuchs, et al. | 514 | 12 | 04/11/88 |
| | 5,254,799 | 10/19/1993 | H. J. Degrave, et al. | 800 | 205 | 01/18/85 |
| | 5,258,300 | 11/02/1993 | K. F. Glassman, et al. | 435 | 240 | 06/09/88 |
| | 5,268,463 | 12/07/1993 | R. A. Jefferson | 536 | 23 | 10/31/88 |
| | 5,290,924 | 03/01/1994 | D. I. Last, et al. | 536 | 241 | 02/06/87 |
| | 5,350,689 | 09/27/1994 | R. Shillito, et al. | 435 | 240 | 03/01/93 |
| | 5,352,605 | 11/04/1994 | R. T. Fraley, et al. | 435 | 240 | 11/28/93 |
| | 5,371,003 | 12/06/1994 | L. E. Murry, et al. | 435 | 172 | 09/23/93 |
| | 5,484,956 | 01/16/1996 | R. C. Lundquist, et al. | 800 | 205 | 01/22/90 |

| Examiner | |Date Considered |
|---|---|
| | | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 126537A2 | 04/05/1983 | European | A61 | 952 | X |
| | 131623B1 | 01/16/1984 | European | C12 | 15 | X |
| | 141373A3 | 05/15/1985 | European | A01 | 7/0 | X |
| | 154204A2 | 09/11/1985 | European | C12 | 15 | X |
| | 160390A2 | 11/06/1985 | European | A01 | 15 | X |
| | 193259A1 | 09/03/1986 | European | C12 | 15 | X |
| | 202668A2 | 11/16/1986 | European | C12 | 5/2 | X |
| | 204549A2 | 10/12/1986 | European | C12 | 15 | X |
| | 2159173A | 11/27/1985 | Great Britain | C12 | 15 | X |
| | 242236A1 | 10/21/1987 | European | C12 | 15 | X |
| | 242246A1 | 11/21/1987 | European | C12 | 15 | X |
| | 257472A2 | 03/02/1988 | European | C12 | 15 | X |
| | 262971A2 | 05/06/1988 | European | A01 | 1/2 | X |
| | 270356A2 | 06/08/1988 | European | C12 | 15 | X |
| | 271408 | 06/15/1988 | European | C12 | 15 | X |
| | 275069A2 | 07/20/1988 | European | C12 | 15 | X |
| | 280400A2 | 08/31/1988 | European | A01 | 1/6 | X |
| | 282164A2 | 09/14/1988 | European | C12 | 5/0 | X |
| | 289479A2 | 11/23/1988 | European | C12 | 15 | X |
| | 290395A2 | 11/09/1988 | European | C12 | 15 | X |
| | 292435A1 | 11/01/1988 | European | | | X |
| | 299552A1 | 01/18/1988 | European | C12 | 15 | X |
| | 301749A2 | 02/01/1989 | European | C12 | 15 | X |
| | 331855A2 | 09/13/1989 | European | C12 | 3/0 | X |
| | 334539A2 | 09/27/1989 | European | C12 | 15 | X |
| | 348348A2 | 12/27/1989 | European | A01 | 65 | X |
| | 353908A2 | 07/19/1989 | European | C12 | 15 | X |
| | 3738874A1 | 11/17/1988 | Germany | A01 | 106 | X, Abstract |
| | 442174A1 | 04/21/1991 | European | C12 | 15 | X |
| | 61-134343 | 05/12/1984 | Japan | | | X, Abstract |
| | 80893/87 | 12/05/1988 | Australia | C12N | 15/87 | X |
| | 85/01856 | 05/09/1985 | PCT | 01B | 76 | X |
| | 85/02972 | 07/18/1985 | PCT | A01 | 106 | X |
| | 87/04181 | 07/16/1987 | PCT | C12N | 1/00 | X |
| | 87/05629 | 09/24/1987 | PCT | C12N | 15 | X |
| | 8801444 | 01/02/1990 | Netherlands | C12 | 15 | X |
| | 89/04371 | 05/18/1989 | PCT | C12N | 21/00 | X |

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 89/12102 | 12/14/1989 | PCT | 12 | 15/00 | X |
| | 89/11789 | 12/14/1989 | PCT | A01H | 1/00 | X |
| | 90/01869 | 03/08/1990 | PCT | A01H | 1/00 | X |
| | 90/02801 | 03/22/1990 | PCT | C12N | 15/32 | X |
| | 90/10691 | 08/20/1990 | PCT | C12 | 5/0 | X |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | "Bullets Transforms Plant Cells", Agricell Report, 9, 5, (July 1987). |
| | "Catalog, Handbook of Fine Chemicals", Aldrich Chem. Co., p. 508 (1988). |
| | "Cornell U. Gene Gun Hits Biotech Bullseye", Agriculture Technology, p. 13. |
| | "Dalapon," In: Merck Index", 11th Edition, S. Budavae, (ed), Merck and Co., pp. 405-406 (1989). |
| | Dialog Search of Japanese Patent No. 61-13443 (1986). |
| | EPO Notice Regarding Publication of Biobliographic Data for EPO 0485506. |
| | "Herbicide-Resistant Corn", CT Academy of Science and Engineering, Case Reports, 5, 6 (1990). |
| | International Search Report, PCT/US 90/09699, Mailed August 16, 1995 |
| | International Search Report, PCT/US 90/04462, Mailed January 15, 1991. |
| | Office Action dated March 8, 1990, Goldman, et al., USSN 06/880,271, filed 6/30/86. |
| | "Office Action dated May 30, 1989", Goldman, et al., USSN 06/880,271, filed 6/30/86. |
| | Patent Family Record for Australian Patent 87 80 893", |
| | "Shotgunning DNA into Cells", Genetic Engineering News, (July/August 1987) |
| | M. J. Adang, et al., "Characterized Full-Length and Truncated Plasmid Clones of the Crystal Protein of Bacillus thuringiensis subsp. kurstaki HD-73 and Their Toxicity to Manduca sexta", Gene, 36, 289-300 (1985). |
| | H. Ahokas, "Transfection of Germinating Barley Seed Electrophorectically with Exogenous DNA", Theor. Appl. Genet., 77, 469-472 (1989). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* <br><br> INFORMATION DISCLOSURE STATEMENT BY APPLICANT <br> (Use several sheets if necessary) | Atty. Docket No.: 950.001US4 | | Serial No. 08/677,695 |
|---|---|---|---|
| | Applicant: Ronald C. Lundquist et al. | | |
| | Filing Date: July 10, 1996 | | Group:   1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

| | |
|---|---|
| | H. Ahokes,  "Electrophorectic transfection of cereal grain with exogenous nucleic acid", Soc., biochem Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989). |
| | S. B. Altenbach, et al.,  "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", Plant Mol. Biol. 8, 239-250 (1987). |
| | S. B. Altenbach, et al.,  "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine-Rich Protein in Transgenic Plants", Plant. Mol. Biol., 13, 513-522 (1989). |
| | C. Ampe, et al.,  "The Amino-Acid Sequence of the 2S Sulphur-Rich Storage Protein Accumulation in Maize", Theor. Appl. Genet., 78, 761-767 (1989). |
| | C. L. Armstrong, et al.,  "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L-Proline", Planta, 164, 207-214 (1985). |
| | C. Armstrong, et al.,  "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable Embryogenic Tissue Cultures in Maize", Biol. Abstracts, 85, Abstract 117662 (1988) |
| | R. F. Barker, et al.,  "Nucelotide Sequence of the T-DNA Region from the Agrobacterium tumefaciens Octopone Ti Plasmid pTi5955", Plant Mol. Biol., 2, 335-350 (1983). |
| | M. S. Benner, et al.,  "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize", Theor. Appl. Genet., 78, 761-767 (1989). |
| | M. Bevan, et al.,  "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature, 304, 184-187 (1983). |
| | M. Bevan, et al.,  "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA", Nuc. Acids Res., 11, 369-385 (1983). |
| | A. N. Binns,  "Arobacterium-mediated gene delivery and the biology of host range limitations", Physiologia Plantarum, 79, 135-139 (1990). |
| | G. Booy, et al.,  "Attempted Pollen-Mediated Transformation of Maize", J. Plant Physiol, 135, 319-324 (1989). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

M. I. Boulton, et al., "Specificity of Agrobacterium-mediated delivery of maize stread virus DNA to members of the Gramineae", Plant Molecular Biology, 12, 31-40 (1989).

J S Boyer, "Water Deficits and Photosynthesis", In: Water Deficits and Plant Growth, Vol. IV, Kozlowski, T.T., (ed), Academic Press, New York, pp. 153-190 (1976)

W. J. Brill, "Agricultural Microbiology", Scientific American, 245, 199-215 (September 1981).

V. Buchanan-Wollaston, et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", J. of Cell. Biochem, 13D, Abstract no. M503 (1989).

J. Callis, et al., "Introns Increase Gene Expression in Cultures Maize Cells", Genes and Development, 1, 1183-1200 (1987).

J. Cao, et al., "Transformation of Rice and Maize Using the Biolistic Process", In: Plant Gene Transfer, Alan R. Liss, Inc., pp. 21-33 (1990).

N. C. Carpita, "The Biochemistry of Growing Cell Walls", In: Physiology of Cell Expansion During Plant Growth, Cosgrove, D. J. et al, (eds) Am. Soc. Plant Physiol, pp. 28-100 (1987).

V. Chandler, et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", The Plant Cell, i, 1175-1183 (1989)

P. J. Charest, et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", Plant Cell Reports, 7, 628-631 (1989)

P. S. Chourey, et al., "Callus Formation from Protoplasts of a Maize Cell Culture", Theor. Appl. Genet. 59, 341-344 (1981).

Christou, et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", Theor. Appl. Genet, 79, 337-341 (1990)

P. Christou, et al., "Opine Synthesis in Wild Type Plant Tissue", Plant Physiol, 82, 218-221 (1986).

P. Christou, et al., "Soybean Genetic Engineering-Commercial Production of Transgenic Plants", Trends Biotechnol, 8, 145-151 (1990).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | P. Christou, et al., "Stable Transformation of Soybean Callus DNA-Coated Gold Particles", Plant Physiol, 87, 671-674 (1988). |
| | C. C. Chu, et al., "Establishment of an Efficient Medium for Another Culture of Rice Through Comparative Experiments on the Nitrogen Sources", Sci. Sein. (Peking), 13, 659-668 (1975). |
| | F. Cocking, et al., "Gene Transfer in Cereals", Science, 236, 1259-1262 (1987). |
| | Coe, et al., "The Genetics of Corn", In: Corn and Corn Improvement, 2nd Edition, Sprague, G.F. (ed.), American Soc. Agronomy, Inc., Madison, WI, p. 138 (1977). |
| | L. Comai, et al., "Expression in Plants of a Mutant aroA Gene from Salmonella typhimurium Confers Tolerance to Glyphosate", Nature, 317, 741-744 (October 1985). |
| | Creissen, et al., "Agrobacterium – and microprojectile – Mediated Viral DNA Delivery into Barley Microspore-Derived Cutures", Plant Cell Reports, 8, 680-863 (April 1990) |
| | A. Crossway, et al., "Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts", Mol. Gen. Genet., 202, 179-185 (1986). |
| | A. Darvill, et al., "The Primary Cell Walls of Flowering Plants", In: The Biochemistry of Plants, Vol. 1, pp. 91-162 (1980). |
| | B. Dauce-LeReverand, et al., "Improvement of Escherichia coli Strains Overproducing Lysine Using Recombinant DNA Techniquest", Eur. J. Appl. Microbiol. Biotechnol., 15, 227-231 (1982). |
| | M. De Block, et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme", EMBO J., 6, 2513-2518 (1987). |
| | W. De Greef, et al., "Evaluation of herbicide resistance in transgenic crops under field conditions", Bio/Technol, 7, 61-64 (1989). |
| | R. Dekeyser, et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol, 90, 217-223 (1989) |
| | R. A. Dekeyser, et al., "Transient Gene Expression in Intact and Organized Rice Tissues", The Plant Cell, 2, 591-602 (1990). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Dewald, et al., "Plant regeneration from inbred maize suspensions", VIIth International Congress on Plant Tissue and Cell Culture, p. 12, Abstract No. A1-36 (June 24-29, 1990).

J. R. Dewet, et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luicferase in Escherichia coli", Pro. Nat. Acad. Sci. USA, 82, 7870-7873 (1985).

J.m. J. Dewet, et al., "Exogenous gene transfer in maize (zea mays) using DNA-treated pollen", In: The experimental manipulation of ovule tissues. Chapman, G.P., et al(eds), Longman, New York, pp. 197-209 (1985).

D. A. Evans, et al., "Somaclonal Variation-Genetic Basis and Breeding Applications", Trends Genet., 5, 46-50 (1989).

P. Fransz, et al., "Cytodifferentiation during callus initation and somatic embryogenesis in Zea mays L", Ph.D. thesis, U of Wageningen Press, The Netherlands (1988)

J. C. Freeling, et al., "Development Potentials of Maize Tissue Cultures", Maydica, XXL, 97-112 (July, 1977).

Freiberg, "More Researchers Discover Corn Transformation Technology", AG Biotechnology News, p. 26 (1990).

M. Fromm, et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroportion", Proc. Nat. Acad. Sci. USA, 82, 6824-5828 (1985)

M. E. Fromm, et al., "Stable Transformation of Maize after Gene Transfer by Electroporation", Nature, 319, 791-793 (1986)

S. C. Fry, "Introduction to the Growing Cell Wall", In: The Growing Plant Cell Wall: Chemical and Metabolic Analysis, Longman Scientific and Technical, New York, pp. 1-5, 102-109 (1988).

M. Geiser, et al., "The Hypervariable Region on the Genes Coding for Entomopahtogenic Crystal Proteins of Bacillus thuringiensis: Nucleotide Sequence of the kurhdl gene fo subsp. kurstaki HD1", Gene, 48, 109-108 (1986).

S. A. Goff, et al., "Transactivation of Anthocyanin Biosynethic Genes Following Transfer of B Regulatory Genes into Maize Tissues", EMBO J., 9, 2517-2522 (1990).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformanc and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | W. J. Gordon-kamm, et al., "Stable Tranformation of Embryonic Maize Cultures by Microprojectile Bombardment", _J. Cellular Biochem., 13D_, p. 259, Abstract No. M122 (1989). |
| | O. Gould, et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, _Beltwide Cotton production research conferences_, New Orleans, LA, p. 91 (1988). |
| | A. Graves, et al., "The transformation of Zea mays seedlings with Agrobacterium tumefacians", _Plant Mol. Biol., 7_, 43–50 (1986). |
| | C. Green, et al., "Plant Regeneration in Tissue Cultures of Maize", _Crop. Sci., 15_, 417–421 (1975). |
| | C. Green, et al., "Plant Regeneration in Tissue Cultures in Maize", _In: Maize for Biological Research_, Sheridan, W., F., (ed) Plant Mol. Biol. Assoc., pp. 367–372 (1983). |
| | C. Green, et al., "Somatic Cell Genetic System in Corn", _Advances in Gene Technology: Molecular Genetics of Plant and Animals_, Academic Press, Inc., pp. 147–157 (1983). |
| | N. Grimsley, et al., "DNA Transfer from Agrobacterium to Zea mays or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", _Mol. Gen. Genet., 217_, 309–316 (1989). |
| | L. Gritz, et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in Escherichia coli and Saccharomyces cerevisiae", _Gene, 25_, 179–188 (1983). |
| | F. Guerineau, et al., "Sulfonamide Resistance Gene for Plant Transformation", _Plant Molecular Biology, 15_, 127–136 (1990). |
| | H. Guilley, et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts", _Cell, 30_, 763–773 (October 1982). |
| | A. R. Hallauer, et al., "Corn Breeding", In: _Corn and Corn Improvement_, 3rd edition, Sprague, G.F., et al(eds), Agronomy Soc. Amer., pp. 463–564 (1988). |
| | G. W. Haughn, "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", _Mol. Gen. Genet., 211_, 266–271 (1988). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

R. M. Hauptman, et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", Plant Physiol, 86, 602-606 (1988).

L. Herrera-Estrella, et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", In: Plant Molecular Biology Manual B1, Kluwer Academic Publishers, Dordrecht, pp. 1-22, (1988)

L. M. Hoffman, et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", Plant. Mol. Biol., 11, 717-729 (1988).

L. M. Hoffman, et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", EMBO J., 6, 3213-3221 (1987).

H. Hofte, et al., "Insecticidal Crystal Proteins of Bacillus thruingiensis", Microbiol. Rev., 53, 242-255 (1989).

P. J. J. Hooykaas, "Transformation of plant cell via Agrobacterium", Plant Mol. Biol. 13, 327-336 (1989)

M. Horn, et al., "Transgenic Plants of Orchard Grass(Dactylis glomerata L) from Protoplasts", Chem. Abstracts, 110, p. 208, Abstract No. 89869a (1989).

M. Horn, et al., "Transgenic Plants of Orchardgras (Dactylis glomerata L.) from Protoplasts", Plant Cell Reports, 7, 469 (1988)

Y. Huang, et al., "Factors Influencing Stable Transformation of Maize Protoplasts by Electroporation", Plant Cell, Tissue and Organ Culture, 18, 281 (1989).

C. Imbrie-milligan, et al., "Microcallus Growth from Maize Protoplasts", Planta, 171, 58-64 (1987).

R. Jefferson, "Assaying chimeric genes in plants: the GUS gene fusion system", Plant Mol. Biol. Rep., 5, 387-405 (1987).

R. Jefferson, et al., "B-Glucuronidase from Escherichia coli as a Gene-Fusion Marker", Proc. Natl. Acad. Sci. USA, 83, 8447-8451 (1986).

R. Jefferson, et al., "GUS Fusions: B-Glucuronidase as a Sensative and Versatile Gene Fusion Marker in Higher Plants", EMBO J., 6, 3901-3907 (1987).

M. M. Johri, et al., "Genetic Approaches to Meristem Organization", In: Maize for Biological Research, W. F. Sheridan, (ed.), Plant Molecular Biology Association, pp. 301-310 (1982)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

H. Jones, et al., "Recent Advances in Plant Electroporation", Oxford Surveys of Plant Molecular and Cell Biol., 4, 347-357 (1987).

H. Jones, et al., "Transcient Gene Expression in Electroporated Solanum Protoplasts", Plant Mol. Biol., 13 503-511 (1989).

H. F. Kaeppler, et al., "Silicon Carbide Fiber-Mediated DNA Delivery into Plant Cells", Plant Cell Rep., 9, 415-418 (1990).

K. Kamo, et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures", Plant Sci., 45, 111-117 (1986).

K. Kamo, et al., "Regeneration of Zea mays L. from Embryogenic Callus", Bot. Gaz., 146, 327-334 (1985).

K. N. Kao, et al., "Nutritional Requirements for Growth of Vicia hajastana Cells and Protoplasts at a Very Low Population Density in Liquid Media", Planta, 126, 105-110 (1978).

K. Kartha, et al., "Transient Expression of Chloramphenicol Acetyl Transferase(CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", Plant. Cell. Rep., 8, 429-432 (1989).

K. Kay, et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enchancer for Plant Genes", Science, 236, 1299-1302 (June 5, 1977)

J. Kirihara, et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize", Mol. Gen. Genet., 211, 477-484 (1988).

J. Kirihara, et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize", Gene, 71, 359-370 (1988).

T. M. Klein, et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles", Bio/Technol., 6, 559-563 (1988).

T. Klein, et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Mehtylation on Foreign Gene Expression", In: Gene Manipulation In Plant Improvement II, Gustafson, J.P., (ed.). Plenum Press, NY, pp. 265-266 (1990).

T Klein, et al., "Genetic Transformation of Maize Cells by Particle Bombardment", Plant Physiol, 91, 440-444 (1989).

T. M. Klein, et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", Nature, 327, 70-73 (1987).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No.  08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date:  July 10, 1996 | Group:   1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

| | |
|---|---|
| | T. Klein, et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", Pro. Nat. Acad. Sci., USA, 86, 6682-6685 (1989). |
| | T. Klein, et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles", Pro. Nat. Acad. Sci. USA, 85, 4305-4309 (1988). |
| | M. Kozak, "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs", Nuc. Acids. Res., 12, 857-871 (1984). |
| | M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Inhitiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44, 283-292 (1986). |
| | C. Kuhlemeier, et al., "Regulation of Gene Expression in Higher Plants", Ann. Rev. Plant Physiol., 38, 234-239 (1987). |
| | P. Lazzeri, et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6, 291-293 (1988). |
| | J. S. Lee, et al., "Gene Transfer into Inact Cells of Tobacco by Electroporation", Korean J. Gent., 11, 65-72 (1989). |
| | J. Levitt, "Growth Regulators", In: Introduction to Plant Physiology, The C.V. Mosby Company, St. Louis, p. 241 (1969). |
| | K. Lindsey, et al., "Electroporation of Cells", Physiologia Plantarum, 79, 168-172 (1990). |
| | K. Lindsey, et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation", Plant Cell. Rep., 8, 71-74 (1989). |
| | K. Lindsey, et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", Planta, 172, 346-355 (1987). |
| | K. Lindsey, et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar beet", Plant Mol. Bio., 10, 43-52 (1987). |
| | H. Lorz, et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100, 1-25 (1988). |
| | C. Lu, et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L_", Theor. Appl. Genet. 66, 285-289 (1983). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

| | |
|---|---|
| | C. Lu, et al., "Somatic Embryogenesis in Zea mays L", _Theor. Appl. Genet, 62_, 109-112 (1982). |
| | S. Ludwig, et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", _Science, 247_, 449-450 (1990). |
| | S. Ludwig, et al., "High Frequency Callus Formation from Maize Protoplasts", _Theor. Appl. Genet., 71_, 344-350 (1985). |
| | S. Ludwig, et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc-Homology Region", _Proc., Nat. Acad. Sci. USA, 86_, 7092-7096 (1989). |
| | S. Ludwig, et al., "Maize R Gene Family: Tissue Specific Helix Loop Helix Proteins", _Cell, 62_, 849-851 (1990). |
| | H. Lutcke, et al., "Selection of AUG Initation Codons Differs in Plants and Animals", _EMBO J., 6_, 43-48 (1987). |
| | T. Masumura, et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds", _Plant Mol., 12_, 123-130 (1989). |
| | McCabe, et al., "Stable Transformation of Soybean (Glycine max) by Particle Acceration", _Bio/Technol, 6_, 923-926 (1988). |
| | C. McDaniel, et al., "Cell-Lineage Patterns in the Shoot Meristem of the Germinating Maize Embryo", _Planta, 175_, 13-22 (1988). |
| | M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", _Plant Sci. Lett., 28_, 337-348 (1982/83). |
| | R. Mendel, et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles", _Theor. Appl. Genet. 78_, 31-34 (1989). |
| | B. V. Milborrow, "Abscisic Acid and Other Hormones", In: _The Physiology and Biochemistry of Drought Resistance in Plants_, Paleg, L.G. et al.(eds), Academic Press, New York, 347-388, (1981) |
| | Morikawa, et al., "Gene Transfer into Intact Plant Cells by Electroporation Through Cell Walls and Membranes", _Gene, 41_, 121 (1986). |
| | S. Morocz, et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated From a Highly Embryonic Suspension Culture", _Theor. Appl. Genet., 80_, 721-726 (1990). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

S. Morocz, et al., "Two Approaches to Rendering Zea mays L. Applicable to Tissue Culture Manipulations", Abstracts, VIIth Int. Cong. on Plant Tissue and Cell Culture, Amsterdam A1-102, Abstract No. 209, p. 190 (1990).

T. Murakami, et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster", Mol. Gen. Genet. 205, 42-50, (1986)

T. Murashige, et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", Physiol Plant, 15, 473-497 (1962).

H. L. Murphy, "New Dekalb-Pfizer Seed Chief to Harvest R & D Breakthroughs", Crain's Business Weekly, pp. 38-39 (1990).

E. E. Murray, et al., "Codon usage in plant genes", Nuc. Acids Res., 17, 477-498 (1989).

T. Nelson, "New Horses for Monocot Gene Jockeys", The Plant Cell, 2, 589 (1990).

R. S. Nelson, "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco mosaic Virus", Bio/Technol, 6, 403-409 (1988).

M. Neuffer, et al., "Maize for Biological Research", Plant Molec. Biol. Assoc., 19-30, (1988)

J. Odell, et al., "Identification of DNA Sequences Required for Activity of the Caulliflower Mosaic Virus 35S Promoter", Nature, 313, 810-811 (1985).

Y. Ohta, et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", Pro. Nat. Acad. Sci. USA, 83, 715-719 (1986).

Y. Okta, et al., "Gene Manfestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self-Pollination Applying Exogenous DNA", Jap. J. Breed., 30, 184-185 (1980).

P. Ozias-akins, et al., "In vitro regeneration and genetic manipulation of grasses", Physiol. Plant., 73, 565-569 (1988).

P. Ozias-akins, et al., "Progress and Limitations in the Culture of Cereal Protoplasts", Trends in Biotechnol, 2, 119-123 (1984).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conforma and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No.  08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group:  1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | W. B. Parker, et al., "Selection and Characterization of Sethoxydim-Tolerant Maize Tissue Cultures", Plant Physiol., 92, 1220-1225 (1990). |
| | K. Pederson, et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High Sulfure Zein Protein of Ml 15,000", J. Biol. Chem, 261, 6279-6284 (1986). |
| | R. L. Phillips, et al., "Cell/Tissue Culture and In Vitro Manipulation", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al., (eds.). Agronomy Soc. Amer., pp. 345-387 (1988). |
| | R. L. Phillips, et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", Cereal Chem, 62, 213-218 (1985). |
| | J. Poehlman, "Breeding Corn (Maize)"; In: Breeding Field Crops, 3rd edition, AVI Publishing Co., Westport CN, pp. 452 (1986). |
| | J. Poehlman, "Breeding Corn (Maize)", In: Breeding Field Crops, 3rd edition, AVI Publishing Co., Westport CN, pp. 469-471, 477-481 (1986). |
| | I. Potrykus, et al., "Callus formation from Cell Culture Protoplasts of Corn (Zea mays L.)." Theor. Appl. Genet., 54, 209-214 (1996). |
| | I. Potrykus, et al., "Callus formation from stem protoplasts of corn (Zea mays L.)", Mol. Gen. Genet. 156, 347-350 (1977). |
| | I. Potrykus, "Gene Transfer to Cereals: An Assessment", Bio/Technol., 8, 53-542 (June 1990). |
| | I. Potrykus, "Gene Transfer to Cereals: Assessment", Trends Biotechnol., 7, 269-273 (October, 1989). |
| | I. Potrykus, "Gene Transfer to Plants: Assesment and Perspectives", Physiol. Plant, 79, 125-134 (1990). |
| | Potter, et al., "Enchancer-Dependent Expression of Human k Immunoglobulin Genes Introduced into Mouse Pre-B Lymphocytes by Electroporation", Pro. Nat. Acad. Sci. USA, 81, 7161 (1984). |
| | L. M. Prioli, et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (zea mays L)", Bio/Technol, 7, 589-594 (June, 1989). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformar and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No.  08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant:  Ronald C. Lundquist et al. | |
| | Filing Date:  July 10, 1996 | Group:   1803 |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

---

K. J. Puite, et al.,  "Electrofusion a Simple and Reproducible Technique in Somatic Hybridization of Nicotiana plumbaginifolia mutants", <u>Plant Cell Rep., 4</u>, 274-276 (1985).

C. A. Rhodes,   "Corn:  From Protoplasts to Fertile Plants", <u>Bio/Technol., 7</u>, 548 (June, 1989).

C. A. Rhodes, et al.,   "Genectically Transformed Maize Plants from protoplasts", <u>Science, 240</u>, 204-207 (April 8, 1988).

C. A. Rhodes, et al.,   "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", <u>Bio/Technol., 6</u>, 56-60 (January 1988).

F. Richaud, et al.,  "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", <u>Biol. Abstracts, 82</u>, p. AB-391, Abstract No. 3396 (1986).

F. Richaud, et al.,  "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", <u>J. Bacteriol, 166</u>, 297-300 (1986).

D. S. Robertson,   "Loss of Mu Mutator Activity when Active Mu Systems are Transferred to Inbred Lines", <u>Maize Genetics Coop. Newsletter, 60</u>, 10 (1986).

M. C. Ross, et al.,  "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", <u>J. Cell. Biochem., 13D</u>, p. 268, Abstract No. M149 (1989).

S. V. Sahi, et al.,   "Metabolites in Maize Which Affect Virulence Induction in Agrobacterium tumefaciens", <u>Plant Physiol, Supplement</u>, p. 86, Abstract No. 514 (1989).

J. C. Sanford, et al.,   "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", <u>Theor. Appl. Genet., 69</u>, 571-574 (1985).

J. C. Sanford,   "Biolistic Plant Transformation", <u>Physiol. Plant., 79</u>, 206-209 (1990).

J. C. Sanford, et al.,  "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Processs", <u>Particulate Sci. Technol. 5</u>, 27-37 (1987).

J. C. Sanford,   "The Biolistic Process", <u>Trends Biotechnol, 6</u>, 299-302 (1988).

Sass,  "Morphology:  Development of the Caryopsis", In: <u>Corn and Corn Improvement, 2nd edition</u>, Sprauge, G.F., (ed), American Soc. Agronomy, p. 89, 98 (1977).

---

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

A. Schmidt, et al., "Media and environmental effects of phenolics production from tobacco cell cultures", Chem. Abstracts., 110, p. 514, Abstract No. 230156z (1989).

K. Shigekawa, et al., "Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Intoduction of Macromoleucles into Cells", BioTechniques, 6, 742-751 (1988).

R. D. Shillito, et al., "High Efficiency Direct Gene Transfer to Plants", Bio/Technol, 3, 1099 (1985).

R. D. Shillito, et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize", Bio/Technol, 7, 581-587 (June, 1989).

K. Shimamoto, et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", Nature, 338, 274-278 (1989).

M. A. Shotwell, et al., "The Biochemistry of Plants--A Comprehensive Treatise", The Biochemistry of Plants, Vol. 15, Marcus, A., (ed), Academic Press, Inc, San Diego, pp. 297-345 (1989).

R. Smith, et al., "Shoot apex explant for transformation", Plant Physiology (Suppl). 86, 108, Abstract No. 646 (1988)

X. Soberon, et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", Gene, 9, 287-305 (1980).

Spencer, et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", Theor. Appl. Genet., 79, 625-631 (May, 1990).

T. M. Spencer, et al., "Fertile Transgenic Maize", Abstracts, 7th Annual Meeting, Mid Atlantic Plant Mol. Biol. Soc., p. 30 (1990).

T. M. Spencer, et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos", Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8, 1989).

Sprague, et al., "Corn Breeding", In: Corn and Corn Improvement, Sprauge, G. F. (ed.). American Society of Agronomy, Inc, Madison, WI, pp. 305, 320-323 (1977).

M. Sugiyama, et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for Escherichia coli", Plasmid, 23, 237-241 (1990).

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002530

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

| | |
|---|---|
| | C. Thompson, et al., "Characterization of the Herbicide-Resistance Gene bar from Streptomyces hygroscopicus", EMBO J., 6, 2519-2523 (1987). |
| | D. T. Tomes, et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", Plant Mol. Biol., 14, 261-268 (February, 1990). |
| | D. Twell, et al., "Transient Expression of chimeric genes delivered into Pollen by Microprojectile Bombardment", Plant Physiol, 91, 1271-1274 (1989). |
| | E. Ulian, et al., "Transformation of Plants via the Shoot Apex", In Vitro Cell Dev. Biol., 9, 951-954 (1988) |
| | S. Usami, et al., "Absence in Monocotyledonous Plants of the Diffusible Plant Factors including T-DNA Circularization and vir Gene Expression in Agrobacterium", Mol. Gen. Genet., 209, 221-226 (1987). |
| | I. K. Vasil, et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", IAPTC Abstracts, 443, (1986) |
| | I. K. Vasil, et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", Cell Culture and Somatic Cell Genetics of Plants, Vol. I, Academic Press, pp. 152-158 (1984). |
| | V. Vasil, et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of Zea mays L", J. Plant Physiol, 124, 399-408 (1986). |
| | V. Walbot, et al., "Molecular genetics of corn", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al, (eds). American Soc. Agronomy, Madison, WI, pp. 389-430 (1988). |
| | C. Waldron, et al., "Resistance to Hygromycin B", Plant Mol. Biol., 5, 103-108 (1985). |
| | Y. Wang, et al., "Transient Expression of Foreign Genes in Rice, Wheat, and Soybean Cells following particle bombardment", Plant Mol. Biol. 11, 433-439 (1988). |
| | K. Weising, et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applicatioins", Ann. Rev. Genet., 22, 421-478 (1988). |
| | J. White, et al., "A Cassette Containing the bar Gene of Streptomyces hygroscopicus: a Selectable Marker for Plant Transformation", Nuc. Acid. Res., 18, 1062 (1989). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformanc and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | H. Yang, et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", Plant Cell Rep., 7, 421 (1988). |
| | C. Yanisch-perron, et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", Gene, 33, 103-119 (1985). |
| | Y. Yugari, et al., "Coordinated End-Product Inhibition in Lysine Synthesis in Escherichia coli.", Biochem, Biophys. Acta. 62, 612-614 (1962). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

S/N 08/677,695                                                                              PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit:  1803 |
| Filed: | July 10, 1996 | Docket:  950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL PRELIMINARY AMENDMENT (4)

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Prior to the first Office Action in the above-identified application, please amend

as follows:

### In the Claims

In claim 48, line 12, delete "said" and insert --a--; before "plant," insert --progeny--.

Cancel claims 30-40, 46-47, 53-54 and 60-61 and add the following claims:

88.  The process of claim 41 or 48 further comprising obtaining seed from the progeny

plant.

89.  A process for producing animal feed comprising:

(a)    obtaining a fertile transgenic *Zea mays* plant comprising heterologous DNA

encoding one or more preselected proteins, RNA transcripts or mixtures thereof,

wherein said DNA is heritable;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing animal feed from said seed.

90.  The process of claim 89 wherein the transgenic *Zea mays* plant is prepared by

microprojectile bombardment of regenerable *Zea mays* cells.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                         Page 2
Serial Number: 08/677,695                                                      Dkt: 950 001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

91.  The process of claim 89 wherein the DNA is expressed so as to improve the nutritive content of the feed.

92.  The process of claim 91 wherein the DNA comprises a bacterial *dap* A gene.

93.  The process of claim 89 wherein the DNA encodes a protease inhibitor.

94.  The process of claim 93 wherein the DNA comprises the cowpea trypsin inhibitor gene.

95.  The process of claim 93 wherein the DNA comprises the potato proteinase inhibitor II gene.

96.  The process of claim 89 wherein the DNA comprises a *bar* gene.

97.  The process of claim 89 wherein the DNA encodes ESPS synthase.

98.  The process of claim 89 wherein said DNA comprises a selectable marker gene or a reporter gene.

99.  The process of claim 98 wherein the gene is the *hpt* gene.

100.  The process of claim 98 wherein the gene is the *nptII* gene.

101.  The process of claim 98 wherein the gene is the *nptI* gene.

102.  The process of claim 98 wherein the gene is a dihydrofolate reductase gene.

0002534

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                         Page 3
Serial Number: 08/677,695                                                     Dkt: 950 001US4
Filing Date: July 10, 1996
Title:      METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

103.  The process of claim 102 wherein the gene is a bacterial dihydrofolate reductase gene.

104.  The process of claim 102 wherein the gene is a eukaryotic dihydrofolate reductase gene.

105.  The process of claim 98 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

106.  The process of claim 98 wherein the reporter gene is the beta-glucuronidase gene.

107.  The process of claim 98 wherein the reporter gene is a luciferase gene.

108.  The process of claim 107 wherein the reporter gene is a bacterial luciferase gene.

109.  The process of claim 107 wherein the reporter gene is a firefly luciferase gene.

110.  The process of claim 98 wherein the reporter gene is the beta-galactosidase gene.

111.  A process for producing human food comprising:

(a)    obtaining a fertile transgenic *Zea mays* plant comprising heterologous DNA that encodes one or more preselected proteins, RNA transcripts or mixtures thereof, wherein said DNA is heritable;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing human food from said seed.

0002535

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                              Page 4
Serial Number: 08/677,695                                                          Dkt: 950 001 US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

112. The process of claim 111 wherein the transgenic *Zea mays* plant is prepared by microprojectile bombardment of regenerable *Zea mays* cells.

113. The process of claim 89 wherein the DNA is expressed so as to improve the nutritive content of the food.

114. The process of claim 113 wherein the DNA comprises a bacterial *dap* A gene.

115. The process of claim 111 wherein the DNA encodes a protease inhibitor.

116. The process of claim 115 wherein the DNA comprises the cowpea trypsin inhibitor gene.

117. The process of claim 115 wherein the DNA comprises the potato proteinase inhibitor II gene.

118. The process of claim 111 wherein the DNA comprises a *bar* gene.

119. The process of claim 111 wherein the DNA encodes ESPS synthase.

120. The process of claim 111 wherein said DNA comprises a selectable marker gene or a reporter gene.

121. The process of claim 120 wherein the gene is the *hpt* gene.

122. The process of claim 120 wherein the gene is the *nptII* gene.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)    Page 5
Serial Number: 08/677,695    Dkt: 950 001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

123.  The process of claim 120 wherein the gene is the *nptI* gene.

124.  The process of claim 120 wherein the gene is a dihydrofolate reductase gene.

125.  The process of claim 124 wherein the gene is a bacterial dihydrofolate reductase gene.

126.  The process of claim 124 wherein the gene is a eukaryotic dihydrofolate reductase gene.

127.  The process of claim 120 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

128.  The process of claim 120 wherein the reporter gene is the beta-glucuronidase gene.

129.  The process of claim 120 wherein the reporter gene is a luciferase gene.

130.  The process of claim 129 wherein the reporter gene is a bacterial luciferase gene.

131.  The process of claim 129 wherein the reporter gene is a firefly luciferase gene.

132.  The process of claim 120 wherein the reporter gene is the beta-galactosidase gene.

133.  A process for producing oil comprising:

(a)    obtaining a fertile transgenic *Zea mays* plant comprising heterologous DNA that encodes one or more preselected proteins, RNA transcripts or mixtures thereof, wherein said DNA is heritable;

0002537

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 6
Dkt: 950.001US4

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing oil from said seed.

134.  The process of claim 133 wherein the transgenic *Zea mays* plant is prepared by microprojectile bombardment of regenerable *Zea mays* cells.

135.  The process of claim 133 wherein the DNA encodes a protease inhibitor.

136.  The process of claim 135 wherein the DNA comprises the cowpea trypsin inhibitor gene.

137.  The process of claim 135 wherein the DNA comprises the potato proteinase inhibitor II gene.

138.  The process of claim 133 wherein the DNA comprises a *bar* gene.

139.  The process of claim 133 wherein the DNA encodes ESPS synthase.

140.  The process of claim 133 wherein said DNA comprises a selectable marker gene or a reporter gene.

141.  The process of claim 140 wherein the gene is the *hpt* gene.

142.  The process of claim 140 wherein the gene is the *nptII* gene.

143.  The process of claim 140 wherein the gene is the *nptI* gene.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                        Page 7
Serial Number: 08/677,695                                                     Dkt: 950 001US4
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

144.  The process of claim 140 wherein the gene is a dihydrofolate reductase gene.

145.  The process of claim 144 wherein the gene is a bacterial dihydrofolate reductase gene.

146.  The process of claim 144 wherein the gene is a eukaryotic dihydrofolate reductase gene.

147.  The process of claim 140 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

148.  The process of claim 140 wherein the reporter gene is the beta-glucuronidase gene.

149.  The process of claim 140 wherein the reporter gene is a luciferase gene.

150.  The process of claim 149 wherein the reporter gene is a bacterial luciferase gene.

151.  The process of claim 149 wherein the reporter gene is a firefly luciferase gene.

152.  The process of claim 140 wherein the reporter gene is the beta-galactosidase gene.

153.  A process for producing starch comprising:

(a)     obtaining a fertile transgenic *Zea mays* plant comprising heterologous DNA that encodes one or more preselected proteins, RNA transcripts or mixtures thereof, wherein said DNA is heritable;

(b)     cultivating said transgenic *Zea mays* plant;

(c)     obtaining seed from said cultivated *Zea mays* plant; and

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                                          Page 8
Serial Number: 08/677,695                                                                      Dkt: 950.001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

(d)     preparing starch from said seed.

154.  The process of claim 153 wherein the transgenic *Zea mays* plant is prepared by microprojectile bombardment of regenerable *Zea mays* cells.

155.  The process of claim 153 wherein the DNA encodes a protease inhibitor.

156.  The process of claim 155 wherein the DNA comprises the cowpea trypsin inhibitor gene.

157.  The process of claim 155 wherein the DNA comprises the potato proteinase inhibitor II gene.

158.  The process of claim 153 wherein the DNA comprises a *bar* gene.

159.  The process of claim 153 wherein the DNA encodes ESPS synthase.

160.  The process of claim 153 wherein said DNA comprises a selectable marker gene or a reporter gene.

161.  The process of claim 160 wherein the gene is the *hpt* gene.

162.  The process of claim 160 wherein the gene is the *nptII* gene.

163.  The process of claim 160 wherein the gene is the *nptI* gene.

164.  The process of claim 160 wherein the gene is a dihydrofolate reductase gene.

165. The process of claim 164 wherein the gene is a bacterial dihydrofolate reductase gene.

166. The process of claim 164 wherein the gene is a eukaryotic dihydrofolate reductase gene.

167. The process of claim 160 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

168. The process of claim 160 wherein the reporter gene is the beta-glucuronidase gene.

169. The process of claim 160 wherein the reporter gene is a luciferase gene.

170. The process of claim 169 wherein the reporter gene is a bacterial luciferase gene.

171. The process of claim 169 wherein the reporter gene is a firefly luciferase gene.

172. The process of claim 160 wherein the reporter gene is the beta-galactosidase gene.

173. A process for producing seed comprising:

(a)    obtaining a fertile transgenic *Zea mays* plant comprising heterologous DNA that encodes one or more preselected proteins, RNA transcripts or mixtures thereof, wherein said DNA is heritable;

(b)    cultivating said transgenic *Zea mays* plant; and

(c)    obtaining seed from said cultivated *Zea mays* plant.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                    Page 10
Serial Number: 08/677,695                                                 Dkt: 950.001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

174.  The process of claim 173 wherein the transgenic *Zea mays* plant is prepared by microprojectile bombardment of regenerable *Zea mays* cells.

175.  The process of claim 173 wherein the DNA encodes a protease inhibitor.

176.  The process of claim 175 wherein the DNA comprises the cowpea trypsin inhibitor gene.

177.  The process of claim 175 wherein the DNA comprises the potato proteinase inhibitor II gene.

178.  The process of claim 173 wherein the DNA comprises a *bar* gene.

179.  The process of claim 173 wherein the DNA encodes ESPS synthase.

180.  The process of claim 173 wherein said DNA comprises a selectable marker gene or a reporter gene.

181.  The process of claim 180 wherein the gene is the *hpt* gene.

182.  The process of claim 180 wherein the gene is the *nptII* gene.

183.  The process of claim 180 wherein the gene is the *nptI* gene.

184.  The process of claim 180 wherein the gene is a dihydrofolate reductase gene.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                    Page 11
Serial Number: 08/677,695                                                 Dkt: 950 001US4
Filing Date: July 10, 1996
Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

185.  The process of claim 184 wherein the gene is a bacterial dihydrofolate reductase gene.

186.  The process of claim 184 wherein the gene is a eukaryotic dihydrofolate reductase gene.

187.  The process of claim 180 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

188.  The process of claim 180 wherein the reporter gene is the beta-glucuronidase gene.

189.  The process of claim 180 wherein the reporter gene is a luciferase gene.

190.  The process of claim 189 wherein the reporter gene is a bacterial luciferase gene.

191.  The process of claim 189 wherein the reporter gene is a firefly luciferase gene.

192.  The process of claim 180 wherein the reporter gene is the beta-galactosidase gene.

## Remarks

Claims 30-40, 46-47, 53-54 and 60-61 having been canceled, claim 48 having been amended, and claims 88-192 having been added, the claims pending in the above identified application are claims 23-29, 41-45, 48-52, 55-59 and 62-192.

Claim 88 is supported in the specification at page 5, lines 32-34; page 6, lines 15-17; page 7, lines 14-18 and by originally filed claim 13.

Claims 89, 91, 111, 113, 133, 153, and 173 are supported by pages 20-21 of the specification and by originally filed claims 1-2, 4, 7-8 and 14-15.

SUPPLEMENTAL PRELIMINARY AMENDMENT (4)                                    Page 12
Serial Number: 08/677,695                                                  Dkt: 950 001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Claims 93-95, 115-117, 135-137, 155-157, and 175-177 are supported as described for claims 85-87, respectively.

Claims 97, 119, 139, 159, 179 are supported as described for claim 63.

Claims 98-110, 120-132, 140-152, 160-172, 180-192 are supported as described for claims 59 and 71-84, respectively.

Claims 96, 118, 138, 158 and 178 are supported by Table 1 (page 11, line 20 et seq.).

Claims 92 and 114 are supported at page 11, full paragraph 2.

Claims 90, 112, 134, 154, and 174 are supported at page 6, lines 3-6, and at page 10, paragraph 1.

Please charge the fee of $1046.00 for additional claims to Deposit Account No. 19-0743. If necessary, please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

When the Examiner takes the application up for the first Office Action, consideration of the amendments and remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date _9 april 1997_    By _____
                          Warren D. Woessner, Ph.D.
                          Reg. No. 30,440

_CERTIFICATE UNDER 37 CFR 1.10:_
"Express Mail" mailing label number:  EM492168748US                    Date of Deposit: _April 9, 1997_
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under
37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_____Marc Ireland_____                              _____
Name                                                    Signature

**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Unknown |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the Form 1449, marked as being considered and initialed by the Examiner, be returned with the next official communication.

The Examiner is respectfully requested to note that, with respect to the issued Adams et al. U.S. patents 5,489,520 and 5,550,318, cited in the Form 1449 included herewith, an investigation by outside counsel engaged by Assignee, DEKALB Genetics Corporation, led to the conclusion that Lundquist et al. were the first to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, i.e., that the DNA was heritable. It was also concluded that, while Adams et al. were the second to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, Adams et al. were the first to demonstrate that the DNA was chromosomally integrated in transformed callus.

The undersigned attorney for Applicants recently became aware of the enclosed specification of U.S. patent application, Serial No. 07/205,155, filed June 10, 1988. This document corresponds to European Patent Application No. 442,174, of record. Applicants respectfully request consideration of this document during prosecution of the above-identified matter.

It is believed that no fee is necessary under 37 C.F.R. § 1.97 (b), as this Information Disclosure Statement is being submitted before the mailing date of a first Office Action on the merits, in accordance with 37 C.F.R. § 1.97(b)(3). Please charge any additional fees deemed necessary for consideration of these documents to Deposit Account No. 19-0743.

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US4

Applicants respectfully request consideration of these references during prosecution of the above-identified matter. The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this Communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.,

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _15 April 1997_         By _____

WDW:dlp                         Warren D. Woessner
                                Reg. No. 30,440

'Express Mail' mailing label number: _EM 328422656 US_

Date of Deposit: _APRIL 15, 1997_
I hereby certify that this paper or fee is being deposited with the United States Postal Service ' Express Mail Post Office to Addressee' service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

Printed Name _MOLLY M. SCHOLEN_

Signature _Molly M. Scholen_

0002546

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| _____ | 5,489,520 | 02/06/1996 | Adams, T.R., et al. | 435 | 172.3 | 04/17/90 |
| _____ | 5,550,318 | 08/27/1996 | Adams, T.R., et al. | 800 | 205 | 04/17/90 |
| _____ | 5,561,236 | 11/01/1996 | Leemans, J., et al. | 800 | 205 | 03/11/87 |
| _____ | 5,567,600 | 11/22/1996 | Adang, M.J., et al. | 536 | 23.71 | 08/24/83 |
| _____ | 5,567,862 | 11/22/1996 | Adang, M.J., et al. | 800 | 205 | 08/24/83 |
| _____ | 5,578,702 | 11/26/1996 | Adang, M.J., et al. | 530 | 350 | 08/24/83 |
| _____ | 5,589,616 | 12/31/1996 | Hoffman, L.M., et al. | 800 | 205 | 08/29/86 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| _____ | 89/10396 | 11/02/1989 | PCT | C12N | 5/00 | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Specification of U.S. Patent Application, Serial No. 07/205,155, entitled "Stable Transformation of Plant Cells," pp. 1-29 (Filed June 10, 1988). |
| | Whiteley, H.R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in Bacillus Thuringiensis," Ann. Rev. Microbiol., 40, 549-576 (1986). |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

S/N 08/677,695                                                        PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

   In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the 1449 form, marked as being considered and initialed by the Examiner, be returned with the next official communication.

   It is believed that no fee is necessary under 37 C.F.R. § 1.97 (b), as this Supplemental Information Disclosure Statement is being submitted before the mailing date of a first Office Action on the merits, in accordance with 37 C.F.R. § 1.97(b)(3) Please charge any fees deemed necessary for consideration of these documents to Deposit Account No. 19-0743.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:      METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950 001 US4

Applicants respectfully request consideration of these references during prosecution of the above-identified matter.  The Examiner is invited to contact the Applicants' Representative at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date __15 June (997__  By _____

WDW:JSF

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on June __18__, 1997.

__GREGORY HANSON__                        _____
Name                                                              Signature

0002549