

11111 U.S. PTO

11/18/96

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," _Crop. Sci._, 15, 417-421 (1975). |
| | Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: _Maize for Biological Research_, Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367-372 (1982). |
| | C. Green, et al., "Somatic Cell Genetic System in Corn", In: _Advances in Gene Technology: Molecular Genetics of Plant and Animals_, Academic Press, Inc., pp. 147-157 (1983). |
| | N. Grimsley, et al., "DNA Transfer from Agrobacterium to Zea mays or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", _Mol. Gen. Genet._, 217, 309-316 (1989). |
| | Gritz, L., et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in _Escherichia coli_ and _Saccharomyces cerevisiae_," _Gene_, 25, 179-188 (1983). |
| | Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," _Cell_, 30, 763-773 (October 1982). |
| | R. M. Hauptman, et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", _Plant Physiol._, 86, 602-606 (1988). |
| | L. M. Hoffman, et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", _Plant. Mol. Biol._, 11, 717-729 (1988). |
| | L. M. Hoffman, et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", _EMBO J._, 6, 3213-3221 (1987). |
| | P. J. J. Hooykaas, "Transformation of plant cell via Agrobacterium", _Plant Mol. Biol._, 13, 327-336 (1989). |
| | Horn, M., et al., "Transgenic Plants of Orchard Grass (_Dactylis glomerata_ L.) from Protoplasts," _Chem. Abstracts_, 110, p. 208, Abstract No. 89869a (1989). |
| | R. Jefferson, "Assaying chimeric genes in plants: the GUS gene fusion system", _Plant Mol. Biol. Rep._, 5, 387-405 (1987). |
| | R. Jefferson, et al., "B-Glucuronidase from Escherichia coli as a Gene-Fusion Marker", _Proc. Natl. Acad. Sci. USA_, 83, 8447-8451 (1986). |

| Examiner | GARY BENZION EXAMINER | Date Considered |
|---|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



11111 U.S. PTO

11/18/96

Sheet 6 of 11

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," Plant Mol. Biol. Rep., 5, 387-405 (1987).

K. Kamo, et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures", Plant Sci., 45, 111-117 (1986).

K. Kamo, et al., "Regeneration of Zea mays L. from Embryogenic Callus", Bot. Gaz., 146, 327-334 (1985).

K. Kartha, et al., "Transient Expression of Chloramphenicol Acetyl Transferase(CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", Plant. Cell. Rep., 8, 429-432 (1989).

J. Kirihara, et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize", Mol. Gen. Genet., 211, 477-484 (1988).

J. Kirihara, et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize", Gene, 71, 359-370 (1988).

Klein , T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles," Proc. Nat. Acad. Sci. USA, 85, 4305-4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles," Bio/Technol., 6, 559-563 (1988).

Klein, T., et al., "Genetic transformation of Maize Cells by Particle Bombardment," Plant Physiol., 91, 440-444 (1989).

T. M. Klein, et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Mehtylation on Foreign Gene Expression", In: Gene Manipulation in Plant Improvement II, Gustafson, J.P., (ed), Plenum Press, NY, pp. 265-266 (1990).

T. M. Klein, et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", Nature, 327, 70-73 (1987).

T. Klein, et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", Pro. Nat. Acad. Sci., USA, 86, 6682-6685 (1989).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Inhitiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44, 283-292 (1986).

| Examiner | GaRY BENZION EXAMINER | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



| Form 1449 | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

P. Lazzeri, et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6, 291-293 (1988).

K. Lindsey, et al., "Electroporation of Cells", Physiologia Plantarum, 79, 168-172 (1990).

H. Lorz, et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100, 1-25 (1988).

C. Lu, et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L_", Theor. Appl. Genet., 66, 285-289 (1983).

S. Ludwig, et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", Science, 247, 449-450 (1990).

S. Ludwig, et al., "High Frequency Callus Formation from Maize Protoplasts", Theor. Appl. Genet., 71, 344-350 (1985).

S. Ludwig, et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc-Homology Region", Proc., Nat. Acad. Sci. USA, 86, 7092-7096 (1989).

S. Ludwig, et al., "Maize R Gene Family: Tissue Specific Helix Loop Helix Proteins", Cell, 62, 849-851 (1990).

H. Lutcke, et al., "Selection of AUG Initation Codons Differs in Plants and Animals", EMBO J., 6, 43-48 (1987).

T. Masumura, et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds", Plant Mol., 12, 123-130 (1989).

C. McDaniel, et al., "Cell-Lineage Pattens in the Shoot Apical Meristem of the Germinating Maize Embryo", Planta, 175, 13-22 (1988).

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", Plant Sci. Lett., 28, 337-348 (1982/83).

R. Mendel, et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles", Theor. Appl. Genet., 78, 31-34 (1989).

B. V. Milborrow, "Abscisic Acid and Other Hormones," In: The Physiology and Biochemistry of Drought Resistance in Plants, Paleg, L. G., et al., (eds.), Academic Press, New York, pp 347-388 (1981).

GARY BENZION EXAMINER

| Examiner | Date Considered |

Substitute Disclosure Statement Form (PTO-1449)

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

T. Murakami, et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster", Mol. Gen. Genet., 205, 42-50 (1986).

T. Nelson, "New Horses for Monocot Gene Jockeys", The Plant Cell, 2, 589 (1990).

M. Neuffer, et al., "Maize for Biological Research", Plant Molec. Biol. Assoc., 19-30 (1988).

J. Odell, et al., "Identification of DNA Sequences Required for Activity of the Caulliflower Mosaic Virus 35S Promoter", Nature, 313, 810-811 (1985).

Y. Ohta, et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", Pro. Nat. Acad. Sci. USA, 83, 715-719 (1986).

Y. Okta, et al., "Gene Manfestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self-Pollination Applying Exogenous DNA)", Jap. J. Breed., 30, 184-185 (1980).

P. Ozias-akins, et al., "In vitro regeneration and genetic manipulation of grasses", Physiol. Plant., 73, 565-569 (1988).

P. Ozias-akins, et al., "Progress and Limitations in the Culture of Cereal Protoplasts", Trends in Biotechnol., 2, 119-123 (1984).

K. Pederson, et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High Sulfure Zein Protein of M1 15,000", J. Biol. Chem., 261, 6279-6284 (1986).

R. L. Phillips, et al., "Cell/Tissue Culture and In Vitro Manipulation", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al, (eds.), Agronomy Soc. Amer., pp. 345-387 (1988).

R. L. Phillips, et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", Cereal Chem, 62, 213-218 (1985).

J. Poehlman, "Breeding Corn (Maize)", In: Breeding Field Crops, 3rd edition, AVI Publishing Co., Westport CN, pp. 469-471, 477-481 (1986).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," Bio/Technol., 8, 535-542 (June 1990)

GARY BENZION

| Examiner | EXAMINER | Date Considered |
|---|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Potrykus, I., "Gene Transfer to Cereals: An Assessment," Trends Biotechnol., 7, 269-273 (October 1989).

I. Potrykus, et al., "Callus formation from stem protoplasts of corn (Zea mays L.)", Mol. Gen. Genet., 156, 347-350 (1977).

L. M. Prioli, et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (Zea mays L)", Bio/Technol., 7, 589-594 (June 1989).

Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts," Science, 240, 204-207 (April 8, (1988).

Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," Bio/Technol., 6, 56-60 (January 1988).

C. A. Rhodes, "Corn: From Protoplasts to Fertile Plants", Bio/Technol., 7, 548 (June 1989).

C. A. Rhodes, et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", Bio/Technol., 6, 56-60 (January 1988).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", Biol. Abstracts, 82, p. AB-391, Abstract No. 3396 (1986).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the Escherichia coli dapA Gene", J. Bacteriol., 166, 297-300 (1986).

M. C. Ross, et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", J. Cell. Biochem., 13D, Abstract No. M149, p. 268 (1989).

Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process," Particulate Sci. Technol., 5, 27-37 (1987).

J. C. Sanford, et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", Theor. Appl. Genet., 69, 571-574 (1985).

J. C. Sanford, "Biolistic Plant Transformation", Physiol. Plant., 79, 206-209 (1990).

J. C. Sanford, "The Biolistic Process", Trends Biotechnol., 6, 299-302 (1988).

Sanford, J. C., et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA," Theor. Appl. Genet., 69, 571-574 (1985).

BY BENZION

Examiner    ... EXAMINER | Date Considered

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002604



| | |
|---|---|
| Form 1449 | Atty. Docket No.: 950.001US4 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. |

Serial No. 08/677,695

| | |
|---|---|
| Filing Date: July 10, 1996 | Group: 1803 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**\*\*Examiner Initial**

| | |
|---|---|
| | A. Schmidt, et al., "Media and environmental effects of phenolics production from tobacco cell cultures", Chem. Abstracts., 110, Abstract No. 230156z, p. 514 (1989). |
| | R. D. Shillito, et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize", Bio/Technol., 7, 581-587 (June 1989). |
| | K. Shimamoto, et al., "Fertile Transgenic Rice Plants Regenerated from Tranformed Protoplasts", Nature, 338, 274-278 (1989). |
| | R. Smith, et al., "Shoot apex explant for transformation", Plant Physiology (Suppl.) 86 , Abstract No. 646, p. 108 (1988). |
| | Spencer, et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", Theor. Appl. Genet., 79, 625-631 (May 1990). |
| | T. M. Spencer, et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos", Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8, 1989). |
| | Sprague, et al., "Corn Breeding", In: Corn and Corn Improvement, Sprauge, G. F. (ed.), American Society of Agronomy, Inc, Madison, WI, pp. 305, 320-323 (1977). |
| | C. Thompson, et al., "Characterization of the Herbicide-Resistance Gene bar from Streptomyces hygroscopicus", EMBO J., 6, 2519-2523 (1987). |
| | D. T. Tomes, et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", Plant Mol. Biol., 14, 261-268 (February 1990). |
| | D. Twell, et al., "Transient Expression of chimeric genes delivered into Pollen by Microprojectile Bombardment", Plant Physiol., 91, 1271-1274 (1989). |
| | E. Ulian, et al., "Transformation of Plants via the Shoot Apex", In Vitro Cell Dev. Biol., 9, 951-954 (1988). |
| | V. Vasil, et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of Zea mays L", J. Plant Physiol., 124, 399-408 (1986). |
| | V. Walbot, et al., "Molecular genetics of corn", In: Corn and Corn Improvement, 3rd edition, Sprague, G.F., et al, (eds), American Soc. Agronomy, Madison, WI, pp. 389-430 (1988). |

| Examiner | Date Considered |
|---|---|
| GARY BENZION EXAMINER | |

\*Substitute Disclosure Statement Form (PTO-1449)

\*\*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



11111 U.S. PTO

11/18/96

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1803 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

C. Waldron, et al., "Resistance to Hygromycin B", _Plant Mol. Biol._, _5_, 103-108 (1985).

Y. Wang, et al., "Transient Expression of Foreign Genes in Rice, Wheat, and Soybean Cells following particle bombardment", _Plant Mol. Biol._, _11_, 433-439 (1988).

Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," _Ann. Rev. Genet._, _22_, 421-478 (1988).

J. White, et al., "A Cassette Containing the bar Gene of Streptomyces hygroscopicus: a Selectable Marker for Plant Transformation", _Nuc. Acid. Res._, _18_, 1062 (1989).

| Examiner ·: :v BENZION EXAMINER | Date Considered 3/18/98 |
|---|---|

*Substitute Disclosure Statement Form

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

US005371003A

## United States Patent [19]

### Murry et al.

[11] Patent Number: 5,371,003

[45] Date of Patent: Dec. 6, 1994

[54] ELECTROTRANSFORMATION PROCESS

[75] Inventors: Lynn E. Murry, Portola Valley; Ralph M. Sinibaldi, Fremont; Paul S. Dietrich, Palo Alto; Sharon C. H. Alfinito, Fremont, all of Calif.

[73] Assignee: Sandoz Ltd., Basel, Switzerland

[21] Appl. No.: 126,138

[22] Filed: Sep. 23, 1993

#### Related U.S. Application Data

[63] Continuation of Ser. No. 47,175, Apr. 14, 1993, abandoned, which is a continuation of Ser. No. 817,703, Jan. 7, 1992, abandoned, which is a continuation-in-part of Ser. No. 674,415, Mar. 22, 1991, abandoned, which is a continuation of Ser. No. 582,824, Sep. 14, 1990, abandoned, which is a continuation of Ser. No. 389,079, Aug. 3, 1989, abandoned, which is a continuation-in-part of Ser. No. 209,401, Aug. 2, 1988, abandoned, which is a continuation-in-part of Ser. No. 190,286, May 4, 1988, abandoned, which is a continuation-in-part of Ser. No. 27,712, May 5, 1987, abandoned.

[51] Int. Cl.$^5$ ............................................. C12N 15/87

[52] U.S. Cl. ............................... 435/172.3; 435/173.6; 435/173.5; 435/6; 935/19; 935/52

[58] Field of Search ............... 435/172.3, 173.6, 173.5, 435/6; 935/19, 52

[56] References Cited

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1208146 | 7/1986 | Canada . |
| 142924 | 5/1985 | European Pat. Off. . |
| 257472 | 8/1987 | European Pat. Off. ...... C12N 15/00 |
| 289479 | 4/1988 | European Pat. Off. ...... C12N 15/00 |
| 270356 | 6/1988 | European Pat. Off. . |
| 8301176 | 4/1983 | WIPO . |
| 8501856 | 5/1985 | WIPO . |

#### OTHER PUBLICATIONS

Wong et al. 1982 Biochem Biophys Res. Comm. 107 (2): 584–587.

Teissie et al. 1981 Journal Physiol (Paris) 77:1043–1053.

Xie et al. 1990 Biological Abstracts #136400.

Xie et al. 1990 Biophysical Journal 58 (4):897–904.

Fromm et al. 1985 Proc. Natl. Acad. Sci USA 82:5824–5828.

Fromm et al. 1986 (Feb.) Nature 319:791–793.

Niesel et al. 1983 Focus 5 (4):6–7.

Kenis et al. 1986 Physiol Pl 68(3):387–390.

Mukerji et al. 1975 Indian J of Exp. Biol. 13(6):575–577.

Brodelius 1986 In Handbook of Pl. Cell Culture; Evans (ed.); MacMillan Publisher; NY pp. 304–306.

de la Pena 1987 "Transgenic Rye Plants Obtained by Injecting DNA into Young Floral Tillers" Nature 325(6101):274–276.

Paszkowski, J. et al. 1984, "Direct Gene Transfer to Plants" EMBO J. 3(12):2717–2722.

Goldman et al. 1987, "Transformation of Zea Mays by Agrobacterium Tumefaciens: Evidence for Stable Genetic Alterations" J. Cell Biochem. Suppl. 0 (11 part B).

Morikawa, J. et al. "Gene Transfer Into Intact Plant Cells by Electroinjection Through Cell Walls and Membranes" Gene 41(1):121–124.

Spandidos, D. 1985, "Transformation of Mammalian Cell by Iontophoretic Pricking of Iontophoretic Microinjection" Eur. J. Cell Bio. 37:234–239.

Ocho, M. et al. 1981, "Microinjection of Nucleic Acid Into Cultured Mammalian Cells by Electrophoresis" Acta Med Okayama 35(5):381–384.

Primary Examiner—Patricia R. Moody
Attorney, Agent, or Firm—Lynn Marcus-Wyner; Allen E. Norris

[57] ABSTRACT

Novel processes for introducing DNA into plant material utilizing non-pulsed electric current, and plant cell lines, differentiated plant tissues and plants produced by said processes.

18 Claims, 2 Drawing Sheets

5,371,003

1

## ELECTROTRANSFORMATION PROCESS

This is a continuation of application Ser. No. 08/047,175, filed Apr. 14, 1993, now abandoned; which is a continuation of application Ser. No. 07/817,703, filed Jan. 7, 1992, now abandoned; which is a continuation-in-part of application Ser. No. 07/674,415, filed Mar. 22, 1991, now abandoned; which is a continuation of application Ser. No. 07/582,824, filed Sep. 14, 1990, now abandoned; which is a continuation of application Ser. No. 07/389,079, filed Aug. 3, 1989, now abandoned; which is a continuation-in-part of application Ser. No. 07/209,401, filed on Aug. 2, 1988, now abandoned; which is a continuation-in-part of application Ser. No. 07/190,286, filed on May 4, 1988, now abandoned; which is a continuation-in-part of application Ser. No. 07/027,712, filed on May 5, 1987, now abandoned.

The present invention relates to processes for introducing DNA into monocotyledonous and dicotyledonous plant material by utilization of non-pulsed electric current for a sufficient time to effect transformation. The process provides for the direct transfer of DNA into intact monocotyledonous and dicotyledonous plant material.

## BACKGROUND

There are basically two approaches which have successfully been used to transform plants genetically, but each method has limitations when applied in particular to monocotyledonous plants (monocots) and particularly to the commercially important crops, the cereals.

The first method utilizes *Agrobacterium tumefaciens,* which is a soil microbe containing a Ti plasmid that transfers DNA from the plasmid to the genome of the infected plant. The method is basically restricted to dicotyledonous plants since monocots are usually not susceptible to Agrobacterium. Although the genetic transformation of Asparagus using this method has been disclosed [WO 86/03776] and Grimsley et al., *Nature* 325:177–179 (1987), have reported the transfer of DNA into cereals via Agrobacterium, it had at the time of this invention not yet been demonstrated that actual transformation i.e., uptake and integration of the exogenous DNA with the host cell genome or expression of the desired new traits, may occur.

The second transformation method involves direct transfer of DNA into plant protoplasts. Such direct transfer can be obtained, for example, by chemically stimulated uptake using polyethylene glycol [Paszkowski et al., *Meth. Enzym.* 118:668–684 (1986)] by a high-voltage pulse (electroporation) which punches transient holes in the protoplast membrane. (See, e.g., Fromm et al., *Nature* 319:791–793 (1986)) or by particle bombardment (Sanford et al. *Part. Sci. Technol* 5(1) 27–37 (1987). The direct transfer method depends on a tissue culture system that allows regeneration of mature, fertile plants from protoplasts. However, in the cereals, it had at the time of this invention been possible to regenerate only rice from protoplasts. Attempts to regenerate maize protoplasts into fertile plants had been unsuccessful. See, e.g., Graves et al., *Theor. Appl. Genet.* 54:209–214 (1979).

It has recently been demonstrated that naked RNA can be introduced and expressed in whole cells of dicotyledonous plants (dicots) by means of electroporation. Morikawa et al., *Gene* 41:121–124 (1986), have shown that tobacco mosaic virus (TMV) RNA may be intro-

2

duced into mesophyll cells of Nicotiana, through intact cell walls. This is the first and only presently known example of introduction of naked genetic material into intact cells and is stated to have produced cells with a low survival rate. It was not clearly demonstrated that the cells were actually transformed rather than infected. Additionally, the procedure has been shown to work only on individual cells of dicotyledonous plants. Even if electroporation of individual monocot cells was to be successful in the future, there is still the unsolved problem of regenerating monocot, and in particular maize cells into whole fertile plants.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a plasmid map for plant transformation vector p ZO 1016.

FIG. 2 shows a plasmid map for plant transformation vector p ZO 940.

## DISCLOSURE OF THE INVENTION

The present invention relates to a novel process for preparing transformed plant cell material which is genetically stable, which process comprises the transformation of plant cell material using long-term non-pulsed electric current (electrotransformation).

More particularly, the process of the present invention comprises placing the plant material and a transformation solution comprising DNA in close proximity to each other within a field which is subject to the passage of an electrical current in a direction to transport the DNA by the current toward and into the plant material, and passing an electric current through said field for a time sufficient to effect such transformation. In a preferred embodiment, the transformation solution further comprises a membrane-permeating agent, which is also transported by the electric current.

The present invention utilizes a more constantly, longer applied (non-pulsed) electric force which transports the DNA to and through the cell wall and membrane, in contrast to electroporation or electroinjection techniques in which short pulses of electric current are used to punch transient holes in the cell membrane to allow entrance of DNA.

The method of this invention has several advantages. It allows the penetration of numerous layers of cells such that whole tissues rather than single cells may be used. The cells are not injured; they maintain their viability and can be used for the production of mature, fertile plants. The method also allows for the transformation of plants which had previously not been successfully transformed.

The invention also relates to a method for producing a transformed fertile plant comprising contacting plant material with a transformation solution comprising DNA in the presence of an electric current for a time sufficient to effect transformation and culturing the thus transformed plant material under culture conditions.

Therefore, in one embodiment, the present invention is directed to a plant cell line, cultivar or variety produced by the above method enriched in cells having in their genome DNA originating from a source other than the host or recipient cell and capable of regenerating into fertile plants.

In yet another embodiment, the present invention is directed to differentiated plant material comprising cells that are transformed by DNA such as plants, plant organs, seeds, pollen and the like.

5,371,003

3

These and other embodiments of the present invention will be readily apparent to those of ordinary skill in the art from the following description.

## DETAILED DESCRIPTION

In describing the present invention, the terminology used herein is intended to be used in accordance with its current accepted meaning in the art. To the extent that accepted meanings do not exist or are ambiguous, the following definitions are controlling:

"Electrotransformation" (ET) is the process whereby genetic material is taken up into a host cell and subsequently becomes part of the host cell genome by utilization of long-term, non-pulsed electric current for a sufficient time to effect transformation.

Plant "tissue" is a population of cells.

"Embryo" is the stage in development in which specific organs or organ systems are not visibly differentiated, but cell compartments which will give rise to organs are present.

"Callus" is the cluster of plant cells that results from tissue-culturing a single plant cell or tissue.

"CM(30)" media is artificial corn medium, the composition of which is described in Table A.

"MTM" media is artificial liquid medium useful for culturing maize tassels, the composition of which is described by Pareddy, Greyson and Walden, Planta 170:141 (1987).

"BSS" media is artificial medium for Brassica stem strips, the composition of which is described in Table B.

"TMM" media is artificial medium for culturing tomato embryos, the composition of which is illustrated in Table C.

A plant "protoplast" is a plant cell which has had the cell wall removed, usually by enzyme digestion, but which is bounded by a cell membrane.

"Meristem" or "meristematic tissue" are cells that are fully capable of further division, giving rise, in turn, to embryonic, primary or secondary tissue.

A cell "transformed" by DNA is a cell that contains said nucleic acid, or a descendant thereof through mitosis or meiosis which still retains the said DNA sequence in its genome.

"TAE"=tris-acetate EDTA.

"BMS"=Black Mexican Sweet.

"BSA"=Bovine Serum Albumin.

The present invention envisages the transformation of plant cell material with DNA. The ability to transform, for example, crops such as maize with DNA or other nucleic acid and to regenerate plants therefrom is of obvious importance to the agricultural industry.

The DNA employed in the process of the invention would be conveniently in vector form, preferably in plasmid form, which plasmid is genetically manipulated using standard recombinant DNA techniques well known to those skilled in the art, so as to contain DNA with which it is desired to transform the plant material.

Plant material transformed with DNA, or cells descended therefrom via mitosis or meiosis, will be identifiable structurally since the portion of the genome incorporating said DNA sequence will be substantially non-homologous to the same genomic region in a cell from the pre-transformation source of the tissues, i.e. the wild-type variety or strain.

DNA suitable for use in this invention would include any DNA originating from a source other than the host or recipient cell. Examples of such valuable DNA which may be used in the electrotransformation process

4

of this invention could thus include DNA encoding zein, the storage protein of corn, or tissue-specific promoters such as those from maize genes that can be used in chimeric constructions (e.g., the alcohol dehydrogenase (ADH) promoter which is inducible in roots).

A preferred class of DNA suitable for use in this invention can be classified as foreign DNA. Foreign DNA may be defined as any DNA originating from a source other than the host or recipient plant. Foreign DNA includes, for example, non-host plant DNA, synthetic DNA sequences, sequences produced by recombinant DNA techniques, bacterial, fungal, viral or animal DNA sequences and so on.

Suitable foreign DNA can include non-host plant promoters such as T-DNA promoters from Ti and Ri plasmids, plant virus promoters (e.g., CaMV, TMV, BMV, etc.) and the like. Suitable foreign DNA can also include foreign structural sequences from the genes for chloramphenicol acetyl transferase (CAT), neomycin phosphotransferase II (npt-II), nopaline synthase (NOS), $\beta$-galactosidase ($\beta$-Gal), $\beta$-glucuronidase (GUS), the glyphosate resistance gene (EPSP, which is the enzyme conferring resistance to glyphosate-5-enolpyruvylshikimate-3-phosphate synthase) and the Bacillus thuringiensis (B.t.) genes for a crystal protein insect toxin. See, e.g., Adang et al (1985) Gene 36:289–300; Wong et al., Proc. 9th Int. Spore Cong., pp. 104–109 (Hoch & Setlow eds. 1985). Examples of Bacillus thuringiensis type genes include the B.t. var kurstaki (B.t.k.) gene coding for a protein toxin toxic to lepidopterous larvae, particularly Noctuidea, more particularly Heliothis zea and Heliothis virescens and Spodoptera species such as Spodoptera exigua and Spodoptera frugiperda; and the B.t. var tenebrionis (B.t.t.) gene coding for a protein toxin toxic to Coleoptera pests, particularly Chrysomelidae, more particularly Diabrotica species such as D.longicornis, D.undecimpunctata and D. virgifera and Leptinotarsa species such as L.decemlineata. The aforementioned Heliothis, Spodoptera, and Diabrotica species are pests infecting crops such as corn. Foreign DNA can also include synthetic genes, such as synthetic DNA sequences based upon native host plant genes (e.g., an altered or mutated zein gene which changes the amino acid composition of the maize storage protein). The foreign DNA of the present invention can involve chimeric constructions such as promoter/structural sequence combinations heterologous to each other. Examples of such heterologous constructions include a B.t toxin gene under the control of the ADH promoter, and selectable markers, such as the CAT or npt-II structural sequence under the control of a T-DNA promoter or a CaMV promoter.

DNA sequences for transformation may be constructed according to standard recombinant methods. See, e.g., DNA CLONING, Vol. I & II (D. Glover, ed. 1985); Maniatis et al., MOLECULAR CLONING: A LABORATORY MANUAL (1982), both of which are incorporated herein by reference.

Other DNA sequences or combinations of such which may be used in the present invention will be readily apparent to one of ordinary skill in the art.

For the electrotransformation process of the present invention, any non-protoplastic plant material may be utilized. Thus, for example, plant tissues, embryos, meristematic tissue such as tassel or ear meristem, axillary buds, stem strips, or cell suspensions may be transformed. Embryos are particularly preferred. The plant material is conveniently in excised form.

5,371,003

| 5 | 6 |

In some cases it may be advantageous to subject the plant material to enzymatic digestion prior to electro-transformation.

Suitable digestion media contain protoplasting enzymes such as cellulase, hemicellulase, pectinase, etc. A typical such medium is shown in Table D hereinafter. The period of digestion will depend on the plant-material and enzymes employed but will usually be for a period of from 20 to 90 especially from 40 to 60 minutes.

Orientation of the plant material with respect to the directional movement of DNA can also affect the frequency of ET-events. Thus in the case of corn embryos the highest frequency was found in the coleoptyle/-shoot tissues followed by scutellum. Orientation of the embryonic axis and the front side of the scutellum towards DNA flow optimizes ET-frequency.

Obviously for the regeneration of fertile plants, maximization of the ET events in the shoot/reproductive cells would be desirable and this can be optimized e.g. by partial or complete removal of other receptive tissues such as coleoptyle and scutellum prior to digestion and orientation of the cut surface toward the advancing DNA-solution.

Although transformation can be effected in the absence of a membrane-permeating agent, it is generally preferred that the transformation solution includes a membrane-permeating agent, a chemical which assists or otherwise allows the uptake of molecules which normally cannot enter cells. Preferred polar membrane-permeating agents are those which are carried, in association with the DNA, to and through the cell membrane when tension resulting from the electrical current is applied. Suitable examples of polar membrane-permeating agents include dimethyl sulfoxide (DMSO), lysolecithin and detergents such as sodium dodecyl sulphate and Triton-X, preferably DMSO. The concentrations of such membrane-permeating agent used should be sufficient to render the cell membrane temporarily permeable but without destroying the integrity of the intracellular organelle membranes. Such concentrations may vary within wide ranges and will, e.g. depend on the plant material or species involved. More resistant species may stand, for example, a concentration of 10% DMSO. In general, good results will be obtained with a concentration of polar membrane-permeating agent of from about 1% to about 4%, preferably about 2%, by weight of the transformation solution.

The transformation solution may optionally include a tracking dye which is useful to indicate the direction and progress of the DNA molecules in the electrophoresis system. Such dyes may be chosen from bromocresol green, bromophenol blue and xylene cyanol, for example. Use of such dyes is well known in the art.

In a preferred process of the present invention, the plant material is excised and is placed in wells in an agarose gel in a horizontal gel electrophoresis system. A transforming solution comprising plasmid DNA and DMSO is placed in wells in close proximity to those containing the plant material. A tracking dye may optionally be included in the solution to follow the advance of the DNA molecules. Low voltage non-pulsed electric current is applied, running in the direction from the DNA-containing transformation solution toward and past the plant material. Thereafter, the material may be washed with sterile liquid and placed on solid medium for a period of recovery, depending on the age and size of the material treated. (Younger and/or smaller tissues often require a longer recovery period prior to the selection process in order to recover from trauma associated with electrotransformation.) The tissues are normally kept on the medium for 2–3 days, after which the successfully transformed tissues are selected, by, for example, exposure to a selective antibiotic or herbicide. Those tissues which germinate (develop roots and shoots in the case of embryos) or grow and develop chlorophyll on the selection medium have acquired resistance by incorporation of the transforming DNA.

Particularly useful for subsequent regeneration are transformed cells from the scutellum of the embryo.

The voltage of the continuous electric current adequate to carry out the present invention should be sufficient to transport the DNA in the transformation solution toward and into the plant material to be transformed in order to effect transformation but should not exceed that which would substantially damage the plant cells. The voltage to be employed may vary and will depend on various factors such as the type and form of the plant material employed and the time during which the voltage is applied. Thus for example 50% of corn embryos will survive when exposed to a current of 200 V for 5 minutes in a gel electrophoresis system. Voltages up to 110 V may be used without seriously damaging the corn embryo, although germination may be delayed. Voltages above 200 V should in general be avoided. On the other hand, transformation may still be obtained with a voltage as low as 8 V. In general, satisfactory results will be obtained when applying an electric current of from about 30 V to about 140 V, preferably from about 50 V to 110 V and most preferably from 52 V to 80 V. In the gel electrophoreis system employed in the examples, the electrodes are 15 to 24 e.g. 18 cm apart. Thus, for example, the application of voltage of 50 V in such a system will result in an electric field strength of 50 V/18 cm or 2.78 V/cm. This gives an idea of the order of magnitude of electric field strength applied. The electric current strength produced in such systems will depend on, for example, the transformation solution and the gel employed and the voltages applied. In general, voltages of from 2 to 6 v/cm especially 4 or 5 v/cm produce satisfactory results.

The period of time of exposure to the electric current is dependent on the distance between the wells containing the plant material and the wells containing the transformation solution, on the concentration of the support gel and also on the size of the plant sample. Thus, the minimum period of time is that time necessary for the DNA in the transforming solution to flow into the plant material samples. For example, if the distance between the two sets of wells in 0.6–0.7% agarose is 1 mm at initiation of the current, at a voltage of 52 V it will take about 13 to 15 minutes for the transforming solution to move past the position of a corn embryo and it will take about 20 minutes for the solution to move past a larger tissue such as a tassel initial. In general, transformation may be obtained after exposure to the electric current for about 5 to about 25 minutes, preferably for about 10 to about 20 minutes. In the case of corn embryos for example a voltage of 4 v/cm for 20 minutes produced satisfactory results.

The distance between the sets of wells, i.e. those containing the plant material sample and those containing the transforming solution, is dependent on the strength of the transforming solution and the concentration of the support gel, such that the distance is prefera-

5,371,003

7

bly greater when the gel is more dilute. Furthermore, time is preferably greater when the gel is more concentrated.

In a preferred embodiment, the plant material is transformed by a selectable marker gene so that transformed material can be isolated. Examples of such marker genes are, for example, antibiotic resistance genes which encode for resistance to such antibiotics as kanamycin, hygromycin, neomycin and chloramphenicol; genes encoding for herbicide resistance, such as resistance to glyphosate; and color marker genes, such as the blue GUS or red gene for corn and luminescence genes such as the luciferase gene. The presence of these genes allows transformed plants or their cells to be identified, such as, e.g. by survival and growth in medium containing a selective antibiotic or following the application of a selective herbicide.

In another preferred embodiment, the plant material is transformed by genes coding for traits which have high commercial or agricultural value, such as resistance to insects, resistance to herbicides, resistance to viruses, resistance to fungi, or for enzymes which will interfere in particular biochemical pathways, such as those leading to the synthesis of essential amino acids.

In a particularly preferred embodiment, the plant material is transformed by plasmid DNA which contains an identifiable or selectable marker gene and a DNA sequence or sequences encoding for other desired traits. This allows selection for the transformed tissue which can then be screened for expression of co-transferred but unselected gene(s).

Plant material transformed according to the process of the present invention may be grown and regenerated into fertile plants.

Genetically transformed healthy fertile monocotyledonous plants are novel. The invention accordingly provides monocotyledonous plant material comprising in its genome DNA originating from a source other than the host or recipient cell and capable of regenerating into healthy, fertile plants.

The term "healthy" as used herein is intended to distinguish the plants of the invention from plants which are naturally infected by viruses and the like.

The invention further provides healthy, fertile monocotyledonous plants comprising in their genome DNA originating from a source other than the host or recipient cell and parts thereof, in particular seeds of such plants.

Preferred monocotyledonous plant material or plants according to the invention are crops of the Gramineae family, particularly cereals including rice, wheat, the millets, barley, sorghum, rye, oats, triticale and corn; more particularly cereals selected from wheat, the millets, barley, sorghum, rye, oats, triticale and corn; and most particularly corn.

It should be appreciated that the method of the invention is also a convenient alternative method for transformation of dicotyledonous plants including Brassica species, tomatoes, sunflower, carrots, cucurbits, potatoes, soybean, cotton, tobacco and the like.

The following examples illustrate the invention but are not intended to limit its scope in any way.

Temperatures are given in degrees centigrade ('C.) and percentages (%) are by weight.

8

### TABLE A

| CM(30) Medium (Liquid or Solid) | |
|---|---|
| MS major salts | |
| NH$_4$NO$_3$ | 1.65 g/l |
| KNO$_3$ | 1.90 g/l |
| CaCl$_2$.2H$_2$O | 0.44 g/l |
| MgSO$_4$.7H$_2$O | 0.37 g/l |
| KH$_2$PO$_4$ | 0.17 g/l |
| MS minor salts | |
| H$_3$BO$_3$ | 6.20 mg/l |
| MnSO$_4$.H$_2$O | 16.10 mg/l |
| ZnSO$_4$.7H$_2$O | 10.60 mg/l |
| KI | 0.83 mg/l |
| Na$_2$MoO$_4$.2H$_2$O | 0.25 mg/l |
| CuSO$_4$.5H$_2$O | 0.025 mg/l |
| CoCl$_2$.6H$_2$O | 0.025 mg/l |
| Vitamins | |
| Thiamine HCl | 0.25 mg/l |
| L-asparagine | 13.2 mg/l |
| Glycine | 7.7 mg/l |
| Carbon Source | |
| Sucrose | 20 g/l |
| Agar (for solid) | 8 g/l |
| Distilled water to | 1 liter |

### TABLE B

| BSS Medium | |
|---|---|
| 4X Difco salts mixture[1] | 500 ml/l |
| nicotinic acid | 0.5 mg/l |
| pyridoxine HCl | 0.5 mg/l |
| thiamine HCl | 1.0 mg/l |
| inositol | 100.0 mg/l |
| naphthalene acetic acid | 0.2 mg/l |
| benzyl adenine phosphate | 1.0 mg/l |
| sucrose | 30.0 g/l |
| agar (for solid) | 16.0 g/l |
| distilled water to | 1 liter |
| pH adjusted to | 5.8 |

[1]Difco salts mixture is a commercially available mixture of the Murashige & Skoog ("MS") major and minor salts. 4X is the strength of the stock solution of the mixture.

### TABLE C

| TMK Medium | |
|---|---|
| 4X Difco salts mixture | 250 ml/l |
| nicotinic acid | 0.5 mg/l |
| pyridoxine HCl | 0.5 mg/l |
| thiamine HCl | 1.0 mg/l |
| inositol | 100.0 mg/l |
| sucrose | 20.0 g/l |
| agar (for solid) | 8.0 g/l |
| distilled water to | 1 liter |
| ph adjusted to | 6.0 |

### TABLE D

| BMS Protoplasting medium (PE) | |
|---|---|
| 1.0% | cellulase (Calbiochem) |
| 0.5% | hemicellulase (Rhozyme) |
| 0.02% | pectinase (Pectolyase Y23) |
| 0.5% | BSA |
| 0.05 ml | β-mercaptoethanol |
| | in 100 ml distilled water |
| CaCl$_2$2H$_2$O | 7.35 g/L |
| NaC$_2$H$_3$O$_2$.3H$_2$O | 1.66 g/L |
| mannitol | 45.00 g/L |
| pH to 5.8 with KOH, filter sterilize and store at 4° C. | |

### EXAMPLE 1

Into each of eight wells in a 0.7% agarose gel is placed one Stage 3 excised corn embryo (Pioneer 3780) (refrigerator—synchronized for 2–7 days). Into each of eight additional wells, running parallel to and 1 mm

0002611

5,371,003

9

from the first eight wells, is placed transformation solution comprising 15 ul (10 ug) of plasmid DNA (H83E or H83R), 2 ul of bromophenol blue dye and 2% DMSO. The embryo is positioned in its well such that the side of the embryo containing the meristematic tissue is facing the wells containing the transformation solution.

Stage 3 corn embryos are described in Abbe & Stein, *Am. J. Botany* 41:285 (1984).

The plasmids H83E and H83R each comprise the pUC 8 plasmid with a cauliflower mosaic virus (CaMV) 35S promoter [nucleotides 7013 to 7436; see, Hohn, et al., *Curr. Top. Microbiol. Immunol.* 96:193–236 (1982)], a hygromycin phosphotransferase (HPT) coding sequence [the Bam HI fragment from pLG83; see, Gritz and Davies, *Gene* 25:179–188 (1983)], and a nopaline synthetase (nos) terminator [nucleotides 682 to 437; see, Bevan et al., *Nucleic Acids Research* 11:369–385 (1983)]. The HPT sequence is in the sense orientation relative to the promoter and terminator sequences in plasmid H83E and in the antisense orientation in plasmid H83R, relative to the rest of the plasmid. Thus if the vector portion of pH83R can be considered to be In a "clockwise" orientation, the promoter-HPT-terminator cassette of pH83R is in a "counter-lockwise" orientation. In plasmid pH83E, both the plasmid and the promoter-HPT-terminator cassette are "clockwise".

Each gel is placed in a horizontal gel electrophoresis system (BRL H6) with 450 ml of sterile tris-acetate-EDTA running buffer. Gels are exposed to an electric current of 52 V, running in the direction from the DNA to the embryos, for a period of either 10, 12.5 or 15 minutes. After exposure, the embryos are rinsed with sterile liquid CM(30) medium and placed on solid CM(30) medium for 3 days. The embryos are then transferred to CM(30) medium containing 100 ug/ml of hygromycin. The embryos are scored at 11 and 14 days after electrotransformation treatment, with the following results:

At 11 days all embryos from all treatments had germinated (had developed roots and shoots). At 11 and 14 days the seedlings recorded under Table E (out of a total of eight in each treatment) were green, indicating acquired resistance to hygromycin by incorporation of the pLG83 gene. Nontransformed, hygromycin-selected controls turned chalk white and ceased to grow.

### TABLE E

| | Number of Green Seedlings | | | | | | |
| | Control* | H83E | | | H83R | | |
| Day | 0 min. | 10 | 12.5 | 15 min. | 10 | 12.5 | 15 min. |
|---|---|---|---|---|---|---|---|
| 11 | 8 | 4 | 4 | 4 | 6 | 3 | 3 |
| 14 | 8 | 4 | 4 | 2 | 6 | 3 | 3 |

*The positive control embryos were transformed as for the test but with a plasmid not containing the HPT gene sequence, after which they were placed on non-hygromycin containing medium thus demonstrating that the transformation does not affect the ability of the embryos to form seedlings.

### EXAMPLE 2

At 14 days after treatment with the H83E or H83R plasmid DNA, the green seedlings from each test group in Example 1 are collected and ground up, and the nucleic acid is extracted following the cetyltrimethylammonium bromide (CTAB) procedures described by Rogers et al., *Plant Mol. Biol.* 5:69 (1985).

The harvested seedling tissue from each group is ground to a fine powder in liquid N₂ or dry ice and placed in a test tube. The mixture is warmed slowly to 65 and a solution of CTAB [2% CTAB (w/v), 100 mM

10

Tris (pH 8.0), 20 mM EDTA (pH 80), 1.4M NaCl and 1% PVP (polyvinylpyrrolidone)] at 1 ul/mg is added, followed by heating at 65 for 3 min. An equal volume of phenol and sevag (CHCl₃:isoamyl alcohol at 24:1) is added and mixed. The mixture is centrifuged at 11 kx for 30 sec., after which the top phase is transferred to a new tube, and CTAB (10% weight/volume) and 0.7M NaCl are added. Centrifugation is repeated, and the top phase is again separated and diluted with CTAB and NaCL. One volume of CTAB precipitation buffer [1% CTAB, 50 mM Tris (pH 8.0) and 10 mM EDTA (pH 8.0)] is added with gentle mixing, and the mixture is centrifuged for 1 min. The supernatant is discarded; the pellet is dissolved in high salt Tris-EDTA [10 mM Tris (pH 8.0), 1 mM EDTA (pH 8.0) and 1M NaCl] and is heated to 65 for 10 min. After complete rehydration, the nucleic acids are reprecipitated with 2 volumes of ethanol and then pelleted by centrifugation for 13–15 min in a cold room. Minigels were run on all samples and showed the presence of DNA.

For dot blot analysis, the extracted DNA is heated to 100°, 20×SSPE is added and the solution is cooled and transferred to a nitrocellulose membrane. It is hybridized with nick-translated DNA (BRL Kit lot #5210, and H83E). See, Rigby et al., J. Mol. Biol. 113:237 (1977). The nitrocellulose is rinsed in 2×SSPE and 0.1% SDS and then heated at 50° for 1 hr., followed by agitation in 1×SSPE and 0.1% SDS at room temperature for 1 hr. and then exposure to x-ray film. See, Maniatis et al. (1983) *Molecular Cloning: A Laboratory Manual* (Cold Spring Harbor Laboratory). The results of the dot blot analysis indicate strong hybridization-transformation occurred in 10% of treated samples.

SSPE in a 20× stock solution is made from 3.6M NaCl, 200 mM NaH₂PO₄ (pH 7.4) and 20 mM EDTA (pH 7.4).

### EXAMPLE 3

Tassel initials (1.0–1.5 cm long) of maize (cvx. Oh 43 and Se60) are dissected aseptically, as described by Pareddy and Greyson, *Plant Cell Tissue Organ Cult.* 5:119–128 (1985), and kept on MTM media until electro-transformation treatment. Following the procedure of Example 1, the tassels and transforming solution comprising either a) 8 ul (10 ug) of H83E plasmid, 2% of DMSO and 29 ul of distilled water, or b) 15 ul (10 ug) of H83R plasmid, 2% of DMSO and 22 ul of distilled water are placed in a 0.7% agarose gel in an electrophoresis system apparatus and exposed to an electric current of 52 V for 13 min. Following exposure, the tassels are removed to sterile CM(30) media with 50 ug/ml of gentamicin added (for antibacterial purposes) and are rinsed gently for a short period. They are then placed in sterile flasks containing 50 ml of MTM media and the flasks are placed on a window sill. Two days after treatment, 5 ug/ml of hygromycin is added to each flask.

Six days after addition of the hygromycin, 1 out of 3 H83R-treated tassels had died (had stopped growing and bleached white). Ten days after the addition, 2 out of 15 H83E-treated tassels had died. Thirteen days post-addition, 2 more H83E-treated tassels had died. The remaining tassels continued to grow and stay green through 25 days after addition of the hygromycin. One of the tassels treated with H83E produced pollen, as well.

5,371,003

| 11 | 12 |

## EXAMPLE 4

Following the procedures of Example 1, stem strips (approx. 1×3×4 mm) taken from the upper two nodes of the shoot in the bud of broccoli, Brassica oleracea cv. italica CrGC-9 (Crucifer Genetics Cooperative-9) are placed in a 0.7% agarose gel in an electrophoresis system apparatus along with transformation solution comprising 15 ul (10 ug) of pZO25 plasmid DNA, 2 ul of bromophenol blue dye and 0.3 ul (2%) of DMSO, and exposed to an electric current of 52 V for about 15 min.

Plasmid pZO25 is the same as H83E (from Example 1) except that the HPT coding sequence consists of the nucleotides 197 to 1251, modified by replacement of a guanine at position 206 by an adenine.

Following exposure, the stem strips are removed to sterile BSS medium for a short time, then to selection medium containing 20 ug/ml of hygromycin for 1 week and finally to medium containing 5 ug/ml of hygromycin for 1 week. Twenty-four stem strips produced callus when removed to BSS media without hygromycin. After 2 months they generated shoots, and were transferred to soil in a mist chamber to generate roots.

Leaves from two hygromycin-selected Brassica were cut into pieces and subjected to secondary selection on BSS media containing 25 ug/ml hygromycin. These pieces remained green and formed shoots. When they were removed to BSS with ¼ strength salts and no hygromycin, they also rooted.

Leaves of these same two primary transformants were also analyzed for the presence of the hygromycin gene. Each leaf (approx. 0.2 g) was frozen in liquid nitrogen and ground to a powder in a mortar. 1.5 ml ice cold sucrose buffer (containing 15% sucrose, 50 mM TRIS pH 8.0, and 50 mM EDTA) and 0.25M NaCl were added to the tissue in the mortar and grinding was continued. The slurry was poured into a 5 ml Wheaton ground glass homogenizer and ground by hand for 5–10 passes. The slurry was then transferred to a 1.6 ml eppendorf tube and centrifuged for 3 min at 6500 rpm. The crude nuclear pellet was then resuspended in 0.5 ml of ice cold sucrose buffer (as above, but without NaCl). 1 μl diethylpyrocarbonate was added and the suspension was vortexed at room temperature. Next, 5 μl of 20% SDS was added and vortexed, then heated at 70° C. for 10 minutes. 50 μl of 5M potassium acetate was added and the solution was vortexed. The tube was then cooled on ice for 30 min.

The potassium-SDS was precipitated and centrifuged for 15 min at 4° C. The supernatant was transferred to a clean 1.5 ml tube, and repeatedly extracted with phenol:chloroform until the color disappeared and the interface was clean. An ethanol precipitation was performed and the solution was centrifuged for 5 min at room temperature to recover DNA.

Transformants were analyzed for the presence of the introduced hygromycin gene. The total DNA was quantitated and cut using the restriction enzyme TAQ 1. The DNA fragments were separated using horizontal gel (0.7% agarose) electrophoresis at 70 V for about 3 hrs and transferred to a Biorad Zeta Probe membrane. The alkaline blotting procedure for DNA capillary transfer was followed, as specified in the Biorad Zeta Probe Blotting Membranes Instruction Manual and set forth below:

    1. DNA was depurinated by soaking the gel in 0.25M HCl for 10–15 min.

    2. Cut four sheets of Whatman 3MM paper so that they overhang the bottom of the gel tray by 5 cm on each end. Pre-wet the Zeta-Probe membrane in distilled water.

    3. Place the four sheets of Whatman 3MM paper on an inverted gel casting tray. Place the 3MM/tray in the bottom of a deep dish. Then saturate the 3MM with 0.4M NaOH. Remove bubbles by repeatedly rolling a test tube over the saturated 3MM. Pour enough NaOH into the deep dish so that the 3MM wick ends are immersed in NaOH.

    4. Pour more NaOH onto the 3MM wick to saturate it, then carefully place the gel on the 3MM. Make sure that no bubbles are trapped beneath the gel. Cover the gel with a small amount of NaOH.

    5. Place Saran Wrap plastic wrap over the entire gel/3MM stack. Cut out a window with a razor blade, allowing only the gel to emerge.

    6. Lower the sheet of pre-wetted Zeta Probe membrane onto the gel surface, making first contact in the center, then allowing the edges to gradually fold down. Carefully flood the filter surface with NaOH. Make sure that no bubbles are present between the gel and the Zeta-Probe membrane.

    7. Cut two pieces of 3MM exactly to the gel size. Wet a sheet of pre-cut 3MM paper in water and place it on the Zeta-Probe membrane/gel stack, then repeat with a second sheet.

    8. Place a stack of pre-cut paper towels on the 3MM/Zeta-Probe membrane/gel stack. Cover the paper towel stack with a glass plate. Tape the plate to the edges of the transfer dish, putting pressure on the stack. Add a small weight to the plate.

    9. Continue transferring for 2–24 hours, depending on the gel concentration and fragment size.

    10. After transfer, remove the stack of paper towels. Gently peel the Zeta-Probe membrane from the surface of the gel, rinse it in 2×SSPE and air dry. DNA is fixed to the membrane during transfer.

### Hybridization

#### Prehybridization

    1. Seal blotted Zeta-Probe membrane inside a heat-sealable plastic bag. Prepare the following solution for pre-hybridization.
    1.5 SSPE
    1.0% SDS
    0.5% BLOTTO
    0.5 mg/ml carrier DNA

The carrier DNA must be denatured, before adding it to the hybridization solution, by heating at 100° C. for 5 min., followed by rapid cooling in ice.

    2. Cut one corner of the plastic bag and pipet prehybridization solution in, then reseal the bag.

    3. Incubate at 65° C. for 0.5–24 hrs.

#### Hybridization

    1. Immediately before use, fragment and denature the probe and carrier DNA. Dissolve the radio-labeled probe in 0.1 ml of 0.2M NaOH, add 0.5 ml carrier DNA (10 mg/ml), mix, and centrifuge briefly to consolidate the solution. Pierce a fine hole in the tube cap. Place the tube in a heating block at 100° C. for 5 min., followed by rapid cooling in ice.

    2. Cut one corner of the plastic bag, add probe, then seal the open corner (taking care to exclude all air

5,371,003

**13**

bubbles). Mix the contents of the bag thoroughly. Incubate at 68° C. for 4-24 hrs. with agitation.

### Washes

1. At the completion of hybridization, remove the membranes from their hybridization bags and place them in 2×SSC. Rinse briefly, then wash them successively by vigorous agitation at room temperature for 15 min. in each of the following solutions:
   2×SSC/0.1% SDS
   0.5×SSC/0.1% SDS
   0.1×SSC/0.1% SDS
2. After washing, the blotted membranes are ready for autoradiography.

An isolated 1 kb fragment of the hygromycin gene was labelled with 32-P CTP according to the low melt agarose procedure given in the Amersham Multiprime DNA Labelling Systems Manual (see below). Diagnostic 1.4 and 0.7 kb fragments were present in the DNA of transformed plants and absent from control DNA.

### DNA Labelling Protocol

1. Dissolve the DNA to be labelled to a concentration of 25 μg/ml in either distilled water or 10 mM Tris-HCl, pH 8.0, and 1 mM EDTA.
2. Denature the DNA sample by heating to 95°-100° C. for two min. in a boiling water bath, then chill on ice.
3. Add the appropriate volume of each reagent in the following order (solutions, tables and figures are found in the Amersham DNA Labelling Systems Manual):

| | RPN.1600 | RPN.1601 |
|---|---|---|
| DNA solution (25 ng)* | 1–10 ul | 1–10 ul |
| Buffer (solution 1) | | 10 ul |
| Unlabelled dNTPs (solutions 1a–1d) | 4 ul of each, omitting those to be used as label | |
| Buffer (solution 1c) | 5 ul | — |
| Primer (solution 2) | 5 ul | 5 ul |
| Water | as appropriate for final reaction volume of 50 ul | |
| Radiolabelled dNTP(s) | refer to table 1 and FIGS. 2, 3 and 4 | |
| Enzyme (solution 3) | 2 ul | 2 ul |

*The reaction volume may be scaled up or down if more or less than 25 ng of DNA is to be labelled.

4. Incubate at room temperature overnight.
5. Clean up with elutip to remove unlabelled nDTPs.
6. Denature and add to hybridization solution.
7. Hybridize as described in BioRad protocol (above).

### EXAMPLE 5

Following the procedures of Example 1, Stage 3 excised corn embryos and the transforming solution comprising 15 μl (10 ug) of pZ033 plasmid DNA, tracking dye and 2% DMSO are placed in a 0.7% agarose gel in an electrophoresis system apparatus and exposed to an electric current of 52 V for 13 min.

Following exposure, the embryos are rinsed with sterile liquid CM(30) medium and placed on solid CM(30) medium. No attempt was made to select for the exogenous DNA. The resulting seedlings are raised in the normal manner to adult corn plants, which are then cross-pollinated to give F1 plants. Seeds from the cobs of the F1 plants are germinated and grown for 1 week and then sacrificed for use in the CAT assays. Addi-

**14**

tional seeds from the resulting potentially positive cobs are planted and the roots from the resulting plants are harvested and tested in the CAT assay. Of the first eight potentially transformed cobs, two showed transformation.

Leaves of CAT positive F-1 transformants are analyzed for the presence of the introduced CAT gene sequences. Procedures for extracting, cutting, separating, blotting, and probing the DNA were consistant with those given in Ex. 4. A diagnostic 1.2 kb fragment is released whenever the pZ033 (35S-CAT-NOS) plasmid or genomic DNA transformed with the plasmid is cut with the restriction enzymes Hind III and ECO RV and probed with the CAT gene. In this progeny family, the 1.2 kb fragment is always associated with a 1.4 kb fragment. The DNA extracted from the tassel used to produce this F-1 family and from all positive individuals contained the 1.2 kb and 1.4 kb fragments. In contrast, all controls (nuclear DNA from 3780, total DNA from 3780 and F-1 hybrid 3780) lack these fragments.

Plasmid pZ033 comprises a CaMV 35S promoter (nucleotides 7069 to 7569) in the SacI cite of pUC19 (commercially available from Bethesda Research Laboratories), the 773 bp chloramphenicol acetyl transferase (CAT) gene from Tn9 [see, Alton and Vapnek, Nature (London) 282:864–869 (1979)] whose TaqI ends are changed to PstI, in the Pst site, and a 3' nopaline synthetase polyadenylation sequence (3' nos) (nucleotides 682 to 437) between the PstI and the HindIII sites.

The CAT assay is as follows:

### CAT ASSAY

1. Extraction of seedling or other tissue
   A. Seedling or tissue is ground in 150 μl (or multiple thereof) 0.25M Tris-HCl pH 7.8.
   B. Sample is sonicated—3 pulses #2 setting—on ice.
   C. Sample is centrifuged for 3 min. at 12 kg and supernatant transferred to a clean tube.
   D. Sample heated to 65° in water bath for 12 min., then cooled to room temp. (15 on bench).
   E. Sample centrifuged for 30 sec. supernatant pulled and used for CAT assay.
   Set up one tube for each reaction. Also set up a control tube for the CAT from E. coli. (13×100 cm tubes).

| | Negative Control | Potential Plasmid 1 | Positive CAT Control |
|---|---|---|---|
| Supernatant | 100 ul | 100 ul | — |
| 10 mM Tris pH 7.8 | — | — | 99 ul |
| CAT (0.5 unit/ul) | — | — | 1 ul |
| ¹⁴C-Chloramphenicol | 3 ul | 3 ul | 3 ul |
| H₂O | 57 ul | 57 ul | 57 ul |

Incubate 5 min. at 37° C. (this is to bring rxn. mix to incubation temperature). Then add:

| | | | |
|---|---|---|---|
| 4 mM Acetyl CoA | 20 ul | 20 ul | 20 ul |
| | 180 ul | 180 ul | 180 ul |

3. Incubate samples at 37° C. for 1-2 hours.
4. Stop reaction with 2 ml cold water-saturated ethyl acetate. Add 1 ml H₂O to make the interface more visible.

5,371,003

15

5. Cover tube with parafilm and vortex on #1 for approximately one minute.
6. Spin in IEC for 3–5 min. on #5.
7. Transfer top layer to small tubes (13×75).
8. Dry under N$_2$ in hood till dry (approximately 45 minutes; avoid overdrying).
9. While samples are drying, prepare the TLC tank with solvent: 100 ml of 95:5 chloroform:methanol. Place a wick in the tank for all sides.
10. Prepare a 20×20 cm silica 60 gel TLC plate. Mark a line in pencil 1.5 cm from the bottom. Mark sample positions with intersecting lines. Separation is by ascending chromatography.
11. After the samples have dried down, resuspend them in 30 μl of ethyl acetate (not water saturated).
12. Spot samples in very small area with a 10 μl micropipet. Have a hair dryer blowing over the plate while spotting.
13. Place plate in the tank and let solvent front reach approx. 3 mm from the top of the plate (40–50 minutes).
14. Let the plate air dry for fifteen or twenty minutes in the hood, then place in a cassette with a piece of film (preflashed) at room temperature overnight.
15. Develop the film the next day. Put down again for a longer exposure if needed.

## EXAMPLE 6

Following the procedures of Example 1, tomato embryos (Burpee's Super Beefsteak VFN) are placed in the wells of a 0.7% agarose gel in a horizontal electrophoresis system beside the wells containing a transformation solution comprising 10 ug of pZO 60 or pZO 67 plasmid DNA, 2% DMSO and bromophenol blue tracking dye. The embryos are exposed to a continuous electric current of 52 V for about 15 min.

After electrotransformation, the embryos are removed to tomato media for 2–3 days recovery. Then, they are placed on selective tomato media which contains 25 ug/ml hygromycin for 10 days. None of the untreated control seedlings survived this selection. Transformants are rescued to tomato media containing 0.5 mg/l indoleacetic acid (IAA) and rooted before being transplanted into soil.

Leaves of these primary transformants are analyzed for the presence of introduced DNA, specifically the hygromycin gene. Total DNA is isolated from the plant tissue, cut with the restriction enzyme TAQ I, separated, blotted and hybridized as detailed in Example 4. Diagnostic hygromycin fragments (1.4, 0.7 and 0.4 kb) were present in the DNA of transformed plants and absent from the control DNA.

The plasmid pZO 60 comprises the plasmid pUC 8 with the 35S promoter, HPT coding sequence, and the nos terminator of pZO 25 (see Example 4) immediately followed (in tandem) by a second copy of the 35S promoter, the CAT coding sequence of pZO 33 (see Example 5) and a second copy of the nos terminator.

The plasmid pZO 67 consists of the plasmid pUG 8 with the 35S promoter of HS83E (see Example 1), the B-glucuronidase (GUS) coding region on a Pst I fragment from pRAJ-260 [Jefferson, R. A., Burgess, S. M. and Hirsch, D., Proc. Natl. Acad. Sci. USA 83:8447–8451 (1986)], and the nos terminator, immediately followed (in tandem) by the 35S promoter, HPT sequence, and nos terminator of pZO 25 (see Example 4).

16

## EXAMPLE 7

Following the procedures of Example 1, stage 3 corn embryos are placed in the wells of a 0.7% agarose gel in a horizontal electrophoresis system beside the wells containing a transformation solution comprising 10 ug of B.t.k./HPT plasmid (pZO 85-BTK/HPT) DNA, 2% DMSO and bromophenol blue tracking dye. The embryos are exposed to a continuous electric current of 52 V for about 15 min., after which they are removed to CM(30) medium and selected for acquired hygromycin resistance. Those seedlings showing resistance are raised to larger seedlings and tested by standard bioassay procedures for resistance to the tobacco budworm (Heliothis virescens). Bacillus thuringiensis var. kurstaki (B.t.k.) produces an insecticidal toxin active against the tobacco budworm which is a pest not only in tobacco but in corn and cotton as well.

The plasmid pZO 85 is constructed as follows. The SalI-EcoRI fragment containing the β-glucuronidase (GUS) coding sequence from pRAJ 275 (commercially available from Clontech Laboratories) was modified to change the EcoRI site at the 3' end to a PstI site. A feature of this GUS gene is that an NcoI site straddles the initiator codon (ATG) of the coding sequence. pZO 85 consists of the 35S promoter and noS sequences as found in pZO 33 (see Example 5) and the Sal-Pst fragment described above (in place of the CAT gene).

pZO 85-BTK/HPT is prepared by substituting the Nco-Pst fragment of pAMVBTS containing a modified B.t.k. sequence [Barton et al., Plant Physiol. 85:1103 (1987)] for the NcoI-PstI fragment of pZO 85. This sequence is immediately followed (in tandem) by the 35S promoter and nos terminator of pZO 33 (see Example 5) with the HPT sequence of pZO 25 (see Example 4).

## EXAMPLE 8

Following the procedures of Example 1, Stage 3 corn embryos are placed in the wells of a 0.7% agarose gel in a horizontal electrophoresis system beside the wells containing a transformation solution comprising 10 ug of B.t.t./HPT plasmid (PZO 85-BTT/HPT) DNA, 2% DMSO and bromophenol blue tracking dye. The embryos are exposed to a continuous electric current of 52 V for about 15 min., after which they are removed to CM(30) medium and selected for acquired hygromycin resistance. Those seedlings showing resistance are raised to larger seedlings and tested by standard bioassay procedures for resistance to the corn root worm (Diabrotica spp.). Bacillus thuringiensis var. tenebrionis (B.t.t.) produces an insecticidal toxin active against coleopteran insects, of which corn root worm is an example.

pZO 85-BTT/HPT is prepared by substituting the Nco-Pst fragment of a modified B.t.t. sequence [see Sekar et al., Proc. Natl. Acad. Sci. 84:7036–7040 (1987)], which has been modified at the ATG start codon to contain a NcoI site and at the 3' terminus of the coding region to produce a PstI site, for the Nco-Pst fragment of pZO 85 (see Example 7). This sequence is immediately followed (in tandem) by the 35S promoter and nos terminator of pZO 33 (see Example 5) with the HPT sequence of pZO 25 (see Example 4).

## EXAMPLE 9

In order to optimize each of the factors which could influence the frequency of transformation it is necessary

5,371,003

| 17 | 18 |

to have an assay which allows for a rapid and reliable indicator of successful transformation.

This is achieved by employing plasmid DNA containing β-glucuronidase (GUS)-gene which readily lends itself to various assaying techniques (cf R. A. Jefferson, Plant Molecular Biology Reporter 5(4), pp 387–405, 1987) including the histochemical assay described below. The DNA employed (pZ0106 and pZ0940) is shown in FIGS. 1 and 2.

## PROCEDURES

Standard materials and conditions for ET are used in 16 initial experiments. Standard materials are stage 3 sweet corn embryos and standard conditions include digestion of the embryos with BMS protoplasting medium (PE Table D) for 20 minutes and directional electrophoresis in 1X TAE at 4 V/cm for 20 minutes. The transformation solution which contained 2% DMSO and 10 µg plasmid DNA (pZO 1016, 35S-IVS6-GUS-NOS) per embryo is loaded into an agarose well and electrophoresced into (and past) a second agarose well containing the digested embryo. Following transformation, the embryos are cultured on modified MS medium (CM(30) Table A) (Green and Phillips, Crop Science 15 pp 417–421 1975) in a growth room. Embryos are either assayed for GUS activity after 48 hours or scored for viability, normal shoot and root development, and chlorophyll production after at least five days in culture. Although GUS activity is fully visible within 24 hours, after 48 hours both shoots and roots have elongated away from the scutellum which allows more accurate mapping of ET events.

In experiments designed to optimize ET, one experimental condition is altered at a time; all other conditions remained the same unless noted. The first experiment investigates the length of time that the embryos are digested before ET. The embryos are agitated in PE for 20, 35, 50, 65 or 90 minutes and electrotransformed using the standard conditions above. In the second set of experiments, plasmid DNA concentrations of 2.5, 5 or 10 µg per embryo are tested using the optimized digestion regime. Orientation of the embryos is examined by facing either the embryo or the keel of the scutellum towards the transformation solution during electrophoresis.

The fourth parameter is amount and duration of voltage. Initially, embryos are subjected to a range of voltages, from 4 V/cm to 7 V/cm, to identify voltages which would preserve reasonable viability (at least 90% survival). Then using the optimum digestion time and amount of DNA, embryos are treated for 20, 35, 50 or 65 minutes at either 4 V/cm or 5 V/cm. The next condition examines ET frequency following digestion of the embryos with cellulase from Calbiochem, Worthington or Yakult substituted by weight into PE. The form of the DNA used in ET experiments is tested by comparing the frequency of ET events in embryos treated with equimolar concentrations of double-stranded DNA (pZO 1016) or single-stranded, antisense DNA (pZO 940) both circular and coding for β-glucuronidase. After combining all the best conditions from the previous experiments, the necessity of including 2% DMSO in the transformation solution is reexamined. ET is optimized using the best conditions above.

Embryos displaying ET events are accumulated in ethanol, and the position of the cells displaying GUS activity is mapped on a diagram of the stage 3 embryo. The frequency of ET events in the embryo (shoot, tran-sition zone, or root) and scutellum (subembryo, exposed surface, or keel) is calculated. Finally, experiments are designed to optimize the number of shoot transformation events. This is accomplished by removing a large proportion of the coleoptyle and scutellum before the embryos are digested and by orienting these embryos sideways in the gel lane with the cut edge/shoot apex pointed toward the advancing current and transformation solution.

### Gus-Assay

1. Place fresh tissue (whole embryos) in microliter wells and cover with staining solution (50 to 100 µL per well) taking care that tissue remains submerged during infiltration.

2. Incubate tissues at 37° C. for 2 to 4 hours. Cover (with parafilm or plate lid) to avoid evaporation. Strong expression will be visible within this period. Weaker expression may need overnight incubation to be clearly seen.

3. Examine in dissecting scope. If pigments interfere, fix for 24 hours in FAA (85 ml of 50% ethanol, 5 ml of glacial acetic acid, 10 ml of formalin) or Farmer's fixative (25 ml of glacial acetic acid, 75 ml of ethanol) to remove chlorophyll and carotinolds.

| X-Gluc Staining Solution | |
|---|---|
| Stocks | Volume (ml) |
| 0.2 M NaPO4 buffer, pH 7.0 | 2.5 ml |
| (0.2 M Na2HPO4: 62 ml | |
| 0.2 M NaH2PO4: 38 ml) | |
| dH2O | 2.3 ml |
| 0.1 M K3pFe(CN)6] | 0.25 ml |
| 0.1 M K4 [Fe(CN)6].3 H2O | 0.25 ml |
| 1.0 M Na2EDTA | 0.50 ml |
| 10% Triton X100 | 0.10 ml |

Dissolve 5 mg of X-gluc in 20 µl of formamide. Add to solution. (X-gluc - 5-bromo-4-chloro-3-indolyl glocuronide).

### Results

The first experiments alter the length of time that stage 3 embryos are digested. As based on visible, transient gene expression events, the embryos which are digested for 50 minutes give 65% higher mean frequencies and 90% viability.

Using transformation solutions containing 2.5, 5.0 and 10 µg DNA per embryo, three early experiments and two later ones differing by digestion times of 20 minutes and 50 minutes, respectively, show no difference in ET frequency between treatments. The only significant difference (p=0.01) between experiments is due to digestion time. Digestion for 50 minutes produces a 57% greater mean frequency. Successive experiments used 50 minutes digestion and less DNA, 5 µg per embryo/cell.

Embryo orientation is investigated by placing either the embryonic axis or the keel of the scutellum towards the transformation solution. Under standard conditions, only the embryo and front side of the scutellum appear to be fully receptive to transformation.

Because viability is reduced at the higher end of the voltage range, ET experiments are limited to 4 V/cm and 5 V/cm for 20, 35, 50 or 65 minutes. ET at 4 V/cm for 20 minutes gives the highest transformation rate.

In four experiments of 50 embryos per treatment, three sources of cellulase are substituted by weight into PE or used alone to digest the embryos prior to ET.

5,371,003

19

Digestion with Calbiochem cellulase in the PE give the highest ET frequency. Experiments using double-stranded and single-stranded, antisense DNA give mean ET frequencies of 28.9% and 2.9% respectively.

In experiments using 100 predigested, healthy embryos (50 with and 50 without DMSO), the frequency of ET using 2% DMSO was not significantly different from experiments done in the absence of DMSO.

ET events were 2.5 times more common in the tissues of the developing embryo than in the scutellum and most common, 53.8% in coleoptyle/shoot tissues.

From these mapping studies, it is clear that only slightly more than half of the transient ET events affected the shoot axis. The final set of experiments is designed to optimize shoot transformation by the simple removal of other receptive tissues and maximizing exposure of the shoot apex. Specifically, a large proportion of the coleoptyle and scutellum is cut away from each embryo prior to digestion, and that cut surface is oriented in the gel well toward the advancing transformation solution. Among 153 embryos, 15 out of 17 ET events affected shoot tissues.

The following is a non-limiting recital of some of the specific embodiments of the invention.

We claim:

1. A method for transforming non-protoplastic plant tissue and cells comprising contacting the tissue and cells with a transformation solution comprising DNA within a horizontal electrophoresis gel in the presence of a non-pulsed electric current which is less than about 200 volts for a time sufficient to effect uptake and integration of the DNA into the plant tissue or cells.

2. The method of claim 1 wherein the DNA is vector DNA.

3. The method of claim 2 wherein the vector DNA is a plasmid.

4. A method according to claim 3 wherein the plasmid further comprises a *Bacillus thuringiensis* insecticidal toxin gene.

5. The method according to claim 3 wherein the plasmid further comprises a gene which confers herbicide resistance.

6. The method of claim 1 in which the plant tissues or cells to be transformed and the DNA are placed in

20

separate parallel in wells such that the electric current will run in a direction from the DNA to the plant cells.

7. The method of claim 1 wherein the transformation solution contains a membrane-permeating agent.

8. The method of claim 7 wherein the membrane-permeating agent is a polar membrane-permeating agent.

9. A method according to claim 8 wherein the polar membrane-permeating agent is selected from the group consisting of dimethyl sulfoxide, lysolecithin, sodium dodecyl sulphate and Triton X.

10. The method of claim 1 wherein the plant tissue or cells is selected from the group consisting of embryos, meristematic tissue, axillary buds, stem strips, cell suspensions and callus.

11. The method of claim 10 wherein the plant tissue or cells is from a corn plant.

12. A method according to claim 10 wherein the plant tissue or cells is from a tomato plant.

13. A method according to claim 1 wherein the voltage of the electrical current is from 50 V to 110 V.

14. A method according to claim 1 wherein the current is present from about 5 to about 25 minutes.

15. A method of producing transformed fertile plants which comprises

a) placing non-protoplastic plant tissue or cells to be transformed into a first well of a horizontal electrophoresis gel;

b) placing a transformation solution comprising DNA; into a second well that is parallel to the first well

c) exposing said gel comprising the plant tissue or cells and transformation solution to a non-pulsed electric current which is less than about 200 volts for a period of time sufficient to move the DNA to the plant tissue or cells and effect uptake and integration of the DNA into said plant tissue or cells;

d) obtaining transformed plant tissue or cells; and

e) regenerating from the transformed plant tissue or cells genetically transformed fertile plants.

16. A method according to claim 15 wherein the transformed fertile plant is a monocotyledonous plant.

17. A method according to claim 16 wherein the plant is corn.

18. A method according to claim 15 wherein the transformed fertile plant is a dicotyledonous plant.

* * * * *

US005565347A

# United States Patent [19]

## Fillatti et al.

[11]  Patent Number:  **5,565,347**

[45]  Date of Patent:  **Oct. 15, 1996**

[54] **TRANSFORMATION AND FOREIGN GENE EXPRESSION WITH PLANT SPECIES**

[75] Inventors: **JoAnne J. Fillatti; Bruce R. Thomas,** both of Davis, Calif.

[73] Assignee: **Calgene, Inc.,** Davis, Calif.

[21] Appl. No.: **113,985**

[22] Filed: **Aug. 30, 1993**

(Under 37 CFR 1.47)

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 404,723, Sep. 8, 1989, abandoned, which is a continuation-in-part of Ser. No. 872,532, Jun. 10, 1986, abandoned.

[51] Int. Cl.$^6$ .................... C12N 5/04; C12N 15/84; A01H 4/00

[52] U.S. Cl. .................... 435/172.3; 435/240.4; 435/240.45; 435/240.51; 435/252.2; 800/205; 800/DIG. 44

[58] Field of Search .................... 435/172.3, 240.4, 435/240.45, 240.51, 252.2; 800/205, DIG. 44

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,769,061 | 9/1988 | Comai | 71/86 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |

#### FOREIGN PATENT DOCUMENTS

0120516B1  10/1984  European Pat. Off.

#### OTHER PUBLICATIONS

McCormick, et al., "Leaf disc transformation of cultivated tomato (L. esculentum) using Agrobacterium tumefaciens" Plant Cell Reports (1986) 5:81–84.

Gunay and Rao, "In vitro Plant Regeneration from Hypocotyl and Cotyledon Explants of Red Pepper", Plant Science Letters (1978) 11:365–372.

Lui et al., "Plant Regeneration from Apple Seedling Explants and Callus Cultures", Plant Cell Organ Culture (1983) 2:293–304.

Thomas and Pratt, "Efficient Hybridization Between Lycopersicon esculentum and L. peruvianum via Embryo Callus",Theor. Appl. Genet. (1981) 59:215–219.

Horsch et al., "A Simple and General Method for Transferring Genes into Plants", Science (1985) 228: 1229–1231.

Herrera-Estrella et al., "Expression of Chimaeric genes Transferred into Plant Cells using a Ti–Plasmid–derived Vector", Nature (1983) 303:209–213.

Fraley et al., "Expression of Bacterial Genes in Plant Cells", Proc. Natl. Acad. Sci. USA (1983) 80:4803–4807.

Bevan et al., "A Chimeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature (1983) 304:184–187.

Stalker et al., "A Single Amino Acid Substitution in the Enzyme 5–Enolpyruvylshikimate–3–phosphate Synthase Confers Resistance to the Herbicide Glyphosate", J. Biol. Chem. (1985) 260:4724–4728.

De Greve et al., "Nucleotide Sequence and Transcript Map of the Agrobacterium tumefaciens Ti Plasmid–Encoded Octopine Synthase Gene", J. Mol. Appl. Genet. (1983) 1:499–511.

Salomon et al., "Genetic Identification of Functions of TR–DNA Transcripts in Octopine Crown Galls", EMBO J. (1984) 3:141–146.

Velten et al., "Isolation of a Dual Plant Promoter Fragment from the Ti Plasmid of Agrobacterium tumefaciens" EMBO J. (1984) 3:2723–2730.

Garfinkel et al., "Genetic Analysis of Crown Gall:Fine Structure Map of the T–DNA by Site–Directed Mutagenesis", Cell (1981) 27:143–153.

Barker et al., "Nucleotide Sequence of the T–DNA Region from the Agrobacterium tumefaciens Octopine Ti Plasmid pTi15955", Plant Mol. Bio. (1983) 2:335–350.

Comai et al., "Expression in Plants of a Mutant aroA Gene from Salmonella typhimurium Confers Tolerance to Glyphosate", Nature (1985) 317:741–744.

Sibi et al., "Increase in the Rate of Recombinants in Tomato (Lycopersicon esculentum L.) After In vitro Regeneration", French Theor. Appl. Genet. (1984) 68: (4) 317–321.

Seeni and Gnanam, "In vitro Regeneration of Chlorophyll Chimeras in Tomato (Lycopersicon esculentum)" Canadian J. Botany (1981) 59:(10) 1941–1943.

Vnuchkova, Fiziol Rast (Moscow, USSR) (1977) 24:(5) 1094–1100.

Garfinkel and Nester, "Agrobacterium tumefaciens Mutants Affected in Crown Gall Tumorigenesis and Octopine Catabolism", J. Bacteriol.(1980) 144:732–743.

Ooms et al., "Octopine Ti–Plasmid Deletion Mutants of Agrobacterium tumefaciens with Emphasis on the Right Side of the T–Region", Plasmid (1982) 7:15–29.

Ooms et al., "Crown Gall Plant Tumors of Abnormal Morphology, Induced by Agrobacterium tumefaciens Carrying Mutated Octopine Ti Plasmids: Analysis of T–DNA Functions", Gene (1981) 14:33–50.

Hoekema et al., "A Binary Plant Vector Strategy Based on Separation of vir– and T–region of the Agrobacterium tumefaciens Ti–plasmid", Nature (1983) 303:179–181.

Cashmore et al., "Import of Polypeptides into Chloroplasts", Biotechnology (1985) 3:803–808.

Wickner and Lodish, "Multiple Mechanisms of Protein Insertion Into and Across Membranes", Science (1985) 230:400–407.

Hanahan, "Studies on Transformation of Escherichia coli with Plasmids", J. Mol. Biol. (1983) 1616:557–580.

Primary Examiner—David T. Fox

Attorney, Agent, or Firm—Rae–Venter Law Group P.C.

[57]  **ABSTRACT**

Plant species are produced by cocultivation transformation of cotyledon shoot cultures with a foreign gene followed by regeneration of plants from transformed cells, thereby producing plants capable of expressing the foreign gene. Particularly, tomato shoot cultures are employed and are transformed employing a manipulated Agrobacterium transformation system, followed by regeneration of the transformed plant tissue into plants.

**22 Claims, No Drawings**

**5,565,347**
Page 2

## OTHER PUBLICATIONS

Nester and Kosuge, "Plasmids Specifying Plant Hyperplasias", *Ann. Rev. Microbiol.* (1981) 35:531–565.

Jorgensen et al., "A Restriction Enzyme Cleavage Map of Tn5 and Location of a Region Encoding Neomycin Resistance", *Mol. Gen. Genet.* (1979) 177:65–72.

Vieira and Messing, "The pUC Plasmids, an M13mp7–derived System for Insertion Mutagensis and Sequencing with Synthetic Universal Primers", *Gene* (1982) 19:259–268.

Knauf and Nester, "Wide Host Range Cloning Vectors: A Cosmid Clone Bank of an Agrobacterium Ti Plasmid", *Plasmid* (1982) 8:45–54.

Yanisch–Perron et al., "Improved M13 Phage Cloning Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", *Gene* (1985) 33:103–119.

White and Nester, "Hairy Root Plasmid Encodes Virulence Traits in *Agrobacterium rhizogenes*", *J. Bacteriol.* (1980) 141:1134–1141.

Taylor et al., "Transcription of *Agrobacterium rhizogenes* A4 T–DNA", *Mol. Gen. Genet.* (1985) 201:546–553.

Huffman et al., "Hairy–Root–Inducing Plasmid:Physical Map and Homology to Tumor–Inducing Plasmids", *J. Bacteriol.* (1984) 157:269–276.

de Framond et al., "Mini–Ti: A New Vector Strategy for Plant Genetic Engineering", *Biotechnology* (May 1983) 262–267.

Dellaporta et al., "A Plant DNA Minipreparation Version II", *Plant Mol. Biol. Rep.* (1983) 1:19–21.

Melton et al., "Efficient In vitro Synthesis of Biologically Active RNA and RNA Hybridization Probes from Plasmids Containing a Bacteriophage SP6 Promoter", *Nucleic Acids Research* (1984) 12:7035–7056.

Fillatti et al., "Efficient Transfer of a Glyphosate Tolerance Gene into Tomato Using a Binary *Agrobacterium tumefaciens* Vector", *Biotechnology* (1987) 5:726–730.

Bevan, M. 1984. Nucleic Acids Research 12(22): 8711–8721.

5,565,347

1

## TRANSFORMATION AND FOREIGN GENE EXPRESSION WITH PLANT SPECIES

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 07/404,723 filed on Sep. 8, 1989, now abandoned, which is a continuation-in-part of application Ser. No. 06/872,532 filed Jun. 10, 1986, now abandoned, which disclosure is hereby incorporated by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

A method is provided for improving the genotypes and the phenotypes of plants. This method incorporates an Agrobacterium transformation system on plant cotyledon tissue, particularly cotyledons previously treated with medium from plant feeder cells. This method may be used for efficiently transforming plants to provide enhanced capabilities and/or novel phenotypes.

2. Background of the Invention

Breeding methods for plants have been limited due to the difficulty of moving genes between plant species. Therefore, the development of a method for genetic engineering with plant species is an attractive possibility. However, plant cells are substantially different from other types of cells in their requirements for a transforming system. First, unlike unicellular microorganisms, the plant cells have a low rate of proliferation. Second, the plant cells are much more sensitive to their environment in relation to viability, proliferation and regeneration to plant. Third, in order to determine whether the foreign gene has been functionally integrated into the plant cell, it is necessary to establish that the regenerated plant expresses the gene product. Finally, the plant cell has a strong rigid cell wall, making genetic engineering more difficult.

Long time intervals are involved between the manipulation of the plant cells and the demonstration of effective expression of the gene. It is therefore of interest to develop a system for transformation of plant cells and efficient regeneration of transgenic plants from the transformed cells.

### BRIEF DESCRIPTION OF THE RELEVANT LITERATURE

A. L. Gunay et al., *Plant Science Letters* (1978) 11:365–372, described in vitro regeneration from red pepper cotyledons. J. R. Liu et al., *Plant Cell Organ Culture* (1983) 2:293–304, described regeneration from apple seedling explants including cotyledons. B. R. Thomas et al., *Theor. Appl. Genet.* (1981) 59:215–219, describes the regeneration media for tomato. The 1985 Calgene U.S. patent application Ser. No. 798,050 by Fillatti et al. describes the Agrobacterium of the present invention. The use of *A. tumefaciens* for transforming plants employing leaf disks is described in Horsch et al., *Science* (1985) 228:1229–1231. See also, Herrera-Estrella et al., *Nature* (1983) 303:209–213; Fraley et al., *Proc. Natl. Acad. Sci. U.S.A.* (1983) 80:4803–4807; and Bevan et al., *Nature* (1983) 304:184–187. The glyphosate resistant aroA gene is described in Stalker et al., *J. Biol. Chem.* (1985) 260:4724–4728, while transcriptional initiation and termination regions are described by deGreve, *J. Mol. Appl. Genet.* (1983) 1:499–511; Salomon et al., *EMBO J.* (1984) 3:141–146; Velten et al., ibid. (1984) 3:2723–2730; Garfinkel et al., *Cell* (1983) 27:143–153; and

2

Barker et al., *Plant Mol. Bio.* (1983) 2:335–350. Comai et al., *Nature* (1985) 317:741–744, describe the expression of a mutant aroA gene from *Salmonella typhimurium* in plants providing tolerance to glyphosate. Other reports discussing tomato cotyledon regeneration include: Orsay, *French Theor. Appl. Genet.* 68 (4), 1984, 317–322; Seeni, S. et al., *Canadian J. Botany* 59 (10), 1981, 1941–1943; and Vnuchkova, V. A., Fiziol Rast (Moscow, USSR), 24 (5), 1977, 1094–1100.

### SUMMARY OF THE INVENTION

Methods and compositions are provided for efficiently obtaining transgenic plants. It is a feature of this invention to use as a source of cells for transformation cotyledon sections, preferably sections from cotyledons obtained from seeds grown under sterile conditions. The method involves transforming the plant cells by cocultivating cotyledon sections using disarmed Agrobacteria comprising a DNA sequence of interest. Generally, the plant cotyledon tissue which is preincubated with medium conditioned by plant feeder cells prior to transformation. The method results in a high proportion of normal transformed cells, which are then efficiently regenerated into plants yielding both plants and seeds. The technique provides for stable expression of introduced genes, particularly foreign genes providing plants having altered phenotypes.

### DESCRIPTION OF THE SPECIFIC EMBODIMENTS

Novel procedures and products are provided involving the introduction of novel nucleotide constructs into cells of plant species using plant cotyledon tissue. Regeneration of the transformed cells into plants, provides plants which express one or more genes present in the construct, so as to provide at least one property for the plant different from the original cultivar, particularly a phenotypic property.

The method employed uses injured cotyledon tissue, preferably preincubated with conditioned medium. The use of cotyledon tissue as a source of cells for transformation offers several advantages over other tissue sources, such as leaf and stem. The advantages include uniformity of tissue and a source of sterile tissue. Explant material obtained from growth chamber or greenhouse grown plants (i.e. material which is not derived from in vitro grown explant material) must be surface sterilized prior to use. Surface sterilization of the tissue can damage the cells and thus interfere with the regeneration potential of the tissue.

The preincubated plant cotyledonous tissue is cocultivated in an appropriate nutrient medium with disarmed transformed Agrobacterium having plant cell transformation capability and a DNA construct joined to a T-DNA border. The construct can be prepared by joining DNA fragments from diverse sources. It includes a gene capable of at least transcription in the host cell. The cocultivated cells are transferred to regeneration medium, normally having a bacteriocide selective for transformed cells, when a selectable marker is included in the construct. After shoots form, the shoots are transferred to a selective rooting medium to provide a complete plantlet. The plantlet may then be grown to provide seed, cuttings, or the like for propagating the novel plants. The method provides for high efficiency of transformation of plant cells and regeneration of plants from the cells.

0002620

5,565,347

3

The plant species which can be transformed are those plants employed for commercial purposes and subject to cultivation and management. Such plants include vegetables, fruits, ornamental flowers, woody species etc., such as the following di-, and polycotyledonous species: tomato, pinus, pepper, lettuce, cucumber, soybean, brassica (rapeseed), poplar, ornamental flowers, and the like.

Sterile seeds are employed as a source for plant cotyledons. The cotyledons may be mature or immature. The cotyledons may have protruded from the seed or be present in the seed and obtained by cutting the seed and dissecting the cotyledons from the seed coat. For many plants, the cotyledons will have protruded, but for a few, e.g., pine, the cotyledons may be immature and obtained from within the seed.

Germination for protruding cotyledons will usually be at least four days in an appropriate germination medium and fewer than about fifteen days, preferably from about six to eight days. The resulting cotyledon tissue is used as a source of tissue for transformation, being injured to provide sites of regeneration. Regeneration occurs better at injured cell sites proximal to the basal site. Conveniently, the cotyledon may be cut into sections, usually three, and the middle section employed for transformation.

The injured cotyledon tissue is transferred to a feeder plate. The cells of the feeder plate act as a nurse culture for the injured cotyledon tissue and enhance the efficiency of transformation. Any convenient plant cell suspension may be employed as the feeder culture, such as Nicotiana (tobacco) or corn, particularly the former. While tobacco feeder cells are preferred for certain crops, e.g., tomato, corn or other plant feeder cells are also useful as feeder cells. The preincubation with the feeder cell conditioned medium is usually at least six hours and not more than about 48 hours, 12 to 24 hours usually being employed. Preferably the preincubation is carried out in low light, generally 40–50 micro Einsteins, but no greater than 80 micro Einsteins.

The feeder plates are prepared by employing a plant suspension culture, e.g., Nicotiana cells, about $10^4$–$10^{10}$ cells/ml, usually about $10^6$ cells/ml, in a soft agar medium, generally having from about 0.5 to 1% agar and containing an appropriate growth medium, such as Murashige and Skoog minimal organic medium and appropriate amounts of hormones, i.e., auxins, such as 2,4-dichlorophenoxyacetic acid (2,4-D), kinetin and vitamins, such as thiamine, with a medium appropriately buffered in the range from 5 to 6, preferably about 5.5. The kinetin and thiamine will generally be about 0.075 to 1.5 mg/L, while the 2,4-D will generally be about 0.05 to 0.2 mg/L. Desirably, the feeder plates are prepared prior to being used, usually at least about one, more usually two days, prior to being used.

After the feeder suspension cells have grown for at least 24 hours, generally 24 to 48 hours, the feeder plates (soft agar layers) are covered with a porous cover to prevent the feeder cells from coming into contact with the cotyledon explants. This porous cover allows the explants to be bathed in conditioned medium. This can be readily achieved employing a sterile filter paper disk such as, for example, #1 Whatman filter paper and the like. The cotyledons are then allowed to preincubate, followed by transfer to a broth culture of the Agrobacteria strain containing the DNA construct for transformation of the plant cells, said Agrobacteria having the genetic capability for transfer of the construct into the plant cells. Generally, the number of bacteria are from about $10^6$ to $10^{10}$/ml, usually about $10^8$ to $10^{10}$/ml and will vary with the particular strain.

4

The contact with the Agrobacteria in the bacterial broth culture, e.g., MG/L (same as LBMG; see Garfinkel et al., J. Bacteriol. (1980) 144:732–743), is usually at least about 1 minute and not more than about 1 hour, usually averaging about 30 minutes. The cotyledon sections are then transferred from the bacterial broth, excess surface liquid removed and the cotyledon sections returned to the feeder plates. Bacterial cocultivation on the feeder plates will usually be at least 6, usually at least 12 hours and not more than about four days, averaging about one to three days. After cocultivation with the bacteria, the cotyledon segments are transferred to regeneration medium.

The regeneration medium will usually contain a bacteriocide, e.g., carbenicillin (500 mg/l), and may contain a selective reagent for selecting transformed cells. For example, with the kanamycin resistance gene (APH3'II), kanamycin will be added to at least about 30 mg/l and usually not more than about 500 mg/l, preferably from about 50 to 100 mg/l, in the selective medium. The regeneration medium includes an appropriate salt source, such as Murashige-Skoog salts medium, a carbon source, e.g., sucrose, with appropriate other additives, such as hormones, e.g., zeatin, etc., at about 0.75–2.25 mg/l, myo-inositol at about 50–200 mg/l, etc. Also, a vitamin supplement may be added, e.g. Nitsch vitamins, at about 0.5 to 1.5 ml/l of 1000× stock, (usually 1.0 ml/l) as is conventional in regeneration media. The 1000× stock of Nitsch vitamins contains in a 100 ml final volume: 50 mg thiamine HCl, 200 mg glycine, 50 mg nicotinic acid, 50 mg pyridoxine HCl, 50 mg folic acid, 5 ml biotin and water to volume. The carbon source will be present in from 10 to 30 g/l. Conveniently, the regeneration medium contains about 0.5 to 1.0% agar, with the regeneration medium being buffered at about pH 6±0.5.

In 2 to 3 weeks shoots normally develop. When the shoots are approximately 1 to 2 cm, they are excised at the base and transferred to a rooting medium, for example, MSSV medium and the like, which may be the same medium as that on which the seedlings were grown, with carbenicillin (usually 50 mg/l) and kanamycin sulfate (usually 50 mg/l) added. Roots generally develop within 7–14 days. The resulting plantlets can then be transferred to soil and grown into plants.

Various disarmed strains may be employed which provide for efficient transformation of plants. The disarmed strains will lack in whole or in part the T-DNA region, particularly the hormone gene region, and may also lack one or both borders and the region associated with the expression of opines. Desirably, the Ti- or Ri-plasmid lacks a region of significant homology with the construct sequence.

The Agrobacterium system which is employed involves the use of a disarmed strain, for example, A. tumefaciens PC2760 (G. Coms et al., Plasmid (1982) 7:15–29; G. Coms et al., Gene (1981) 14:33; A. Hoekema et al., Nature (1983) 303:179–181; European Patent Application 84-200239.6, 2424183).

The Agrobacteria to be employed in the transforming of the plant cell will be transformed with a wide host range plasmid that can shuttle the DNA from E. coli into the Agrobacteria. This can be achieved by having a P-1 incompatibility plasmid replicon, e.g., RK2, and a plasmid replicon capable of providing multicopies in E. coli, usually at least 5, preferably at least 10, and up to 200 copies in E. coli. The wide host range plasmid will be characterized by having at least one T-DNA border sequence, particularly the right border sequence, or conveniently having both border sequences separated in one direction by the various con-

5,565,347

5

structs intended to be integrated into the plant species genome.

The transformed plant cells may be cells in culture, may be present as a disorganized mass in callus, organized as leaf explants, shoot cultures, seeds, fruits, leaves, roots, or organized as a whole plant. The foreign construct will normally be present in all or substantially all of the cells of the plant tissue, but expression may be limited to particular cells or particular stages in the development of the plant. The foreign construct will include transcriptional and translational initiation and termination signals, with the initiation signals 5' to the gene of interest and the termination signals 3' to the gene of interest.

The transcriptional initiation region which includes the RNA polymerase binding site (promoter) may be native to the plant host or may be derived from an alternative source, where the region is functional in the tomato host. Other sources include the Agrobacterium T-DNA genes, such as the transcriptional initiation regions for the biosynthesis of nopaline, octopine, mannopine, or other opine transcriptional initiation regions, transcriptional initiation regions from plants or other plant species than the host species, transcriptional initiation regions from viruses, particularly host specific viruses, or partially or wholly synthetic transcription initiation regions.

The transcriptional initiation regions may not only include the RNA polymerase binding site, but also regions providing for regulation of the transcription, where the regulation involves chemical or physical repression or induction, e.g., metabolites or light, or regulation based on cell differentiation, such as associated with leaves, roots, seed, or the like. Thus, the transcriptional initiation region or the regulatory portion of such region is obtained from an appropriate gene, which is regulated, for example, the 1,5-ribulosebiphosphatecarboxylase gene, which is light-induced, stress-induced genes, heat shock genes, which are temperature regulated, wound induced genes, meristem specific genes, etc.

The 3' termination region may be derived from the same gene as the transcriptional initiation region or a different gene. For example, where the gene of interest has a transcriptional termination region functional in the tomato species, that region may be retained with the gene.

An expression cassette is constructed which includes the transcriptional initiation region, the gene of interest under the transcriptional regulational control of the transcriptional initiation region, the initiation codon, the coding sequence of the gene, with or without introns, the translational stop codons, followed by the transcriptional termination region, which will include the terminator, and normally includes a polyadenylation signal sequence, and other sequences associated with transcriptional termination. The direction is 5'–3' in the direction of transcription. The cassette will usually be less than about 10 kb, frequently less than about 6 kb, usually being at least about 1 kb, more usually being at least about 2 kb.

The gene of interest may be derived from a chromosomal gene, cDNA, a synthetic gene, or combinations thereof. Where the expression product of the gene is to be located in other than the cytoplasm, the gene will usually be constructed to include particular amino acid sequences which result in translocation of the product to a particular site, which may be an organelle, such as the chloroplast, mitochondrion or nucleus, the cell plasma membrane, or may be secreted into the periplasmic space or into the external environment of the cell. Various secretory leaders, mem-

6

brane integrator sequences, and translocation sequences for directing the peptide expression product to a particular site are described in the literature. See, for example, Cashmore et al., *Biotechnology* (1985) 3:803–808, Wickner and Lodish, *Science* (1985) 230:400–407.

Genes of interest for use in plant species include a wide variety of phenotypic and non-phenotypic properties. Among the phenotypic properties are enzymes which provide for resistance to stress, such as dehydration resulting from heat and salinity, resistance to insects, herbicides, toxic metal or trace elements, or the like. Resistance may be as a result of a change in the target site, enhancement of the amount of the target protein in the host cell, the increase in one or more enzymes involved with the biosynthetic pathway to a product which protects the host against the stress, and the like. Genes may be obtained from prokaryotes or eukaryotes, bacteria, fungi, e.g., yeast, viruses, plants, mammals or be synthesized in whole or in part. Illustrative genes include glyphosate resistant 3-enolpyruvylphosphoshikimate synthase gene, nitrilase, genes in the proline and glutamine biosynthetic pathway, metallothioneins, thioesterase II, acyl carrier protein, acetyl transacylase, etc. Other genes of interest may be involved with regulation of growth, such as manipulations of source/sink (carbon partitioning) relations, e.g., changes in solids content, or hormonal regulation, photosynthetic efficiency, such as altering the efficiency of RuBP carboxylase, or changing the quality of the plant taste or nutritional value, altering solid liquid ratios, viscosity or the number, size, color and abrasion resistance or firmness of the plant fruit.

One or more cassettes may be involved, where the cassettes may be employed in tandem for the expression of independent genes which may express products independently of each other or may be regulated concurrently, where the products may act independently or in conjunction.

The expression cassette to be transformed into plant cells by means of Agrobacterium, will be bordered usually within at least about 1kb by the right or both T-DNA borders. These borders may be obtained from any Ti- or Ri-plasmid and may be joined to the expression cassette by conventional ways. The expression cassette may be constructed so as to be directly transferred from a plasmid other than a Ti- or Ri-plasmid or may become integrated into the T-DNA region of a Ti- or Ri-plasmid through homologous recombination. Thus, the expression cassette could have DNA sequences at one or both borders of the expression cassette homologous with sequences present in the T-DNA region of the Ti- or Ri-plasmid. The Ti-plasmid will be disarmed so as to lack the genes expressing the protein product(s) essential to gall formation.

The expression cassette will normally be carried on a vector having at least one replication system. For convenience, it is common to have a replication system functional in *E. coli*, such as ColE1, pSC101, pACYC184, or the like. In this manner, at each stage after each manipulation, the resulting construct may be cloned, sequenced, and the correctness of the manipulation determined. In addition, or in place of the *E. coli* replication system, a broad host range replication system may be employed, such as the replication systems of the P-1 incompatibility plasmids, e.g., pRK290. These plasmids are particularly effective with disarmed Ti-plasmids for transfer of T-DNA to the plant species host.

In addition to the replication system, there will frequently be at least one marker present, which may be useful in one or more hosts, or different markers for individual hosts. That is, one marker may be employed for selection in a prokary-

5,565,347

7

otic host, while another marker may be employed for selection in a eukaryotic host, particularly the plant species host. The markers may be protection against a biocide, such as antibiotics, toxins, heavy metals, or the like; or complementation, imparting prototrophy to an auxotrophic host. Various genes which may be employed include neomycin phosphotransferase (NPTII), hygromycin phosphotransferase (HPT), chloramphenicol aminotransferase (CAT), nitrilase, gentamicin resistance gene, etc. For plant host selection, markers of particular interest include NPTII, providing kanamycin resistance or G418 resistance, HPT, providing hygromycin resistance, CAT, providing chloramphenicol resistance, mutated aroA gene providing glyphosate resistance, etc.

The various fragments comprising the various constructs, expression cassettes, markers, and the like may be introduced consecutively by restriction enzyme cleavage of an appropriate replication system, and insertion of the particular construct or fragment into the available site. After ligation and cloning the vector may be isolated for further manipulation. All of these techniques are amply exemplified in the literature and find particular exemplification in Maniatis et al., *Molecular Cloning: A Laboratory Manual*, Cold Spring garbor Laboratory, Cold Spring Harbor, N.Y., 1982.

The transformed plant cells containing the desired construct may now be isolated by appropriate selective means. The cells may be grown onto callus in a selective medium, which medium may contain a biocide, e.g., an antibiotic such as G418, hygromycin, bleomycin, etc., depending upon the particular marker included in the construct to provide for resistance. The concentration of the biocide will vary in accordance with particular cell susceptibility. Where no marker is used or the expression of the marker gene proves inadequate for selection, transformed cells may be detected by Southern, Northern, or Western blots for detecting nucleic acid sequences and proteins.

Once the callus forms shoots, the shoots may be transferred to a rooting medium to produce plantlets which express the gene of interest.

The resulting plant may have a wide variety of desirable phenotypes, such as resistance to adverse conditions, e.g., heat, salinity, herbicides, etc, improved processing characteristics, improved organoleptic properties, overproduction of particular plant products, e.g. plant oils, production of bacterial or mammalian proteins and the like.

The following examples are offered by way of illustration and not by way of limitation.

EXPERIMENTAL

*E. coli* strain MM294 (Hanahan, *J. Mol. Biol.* (1983) 116:557–580) was used as the host for binary vectors containing the pRK290 type replicon. Agrobacterium strain C58 has been described supra. PC2760 is another designation for Agrobacterium strain LBA4404 (Hoekema et al., *Nature* (1983) 303:179–180). Strain K12 was generated by transforming pTiA6 into strain Al4 (NT1) (Nester and Kosuge, *Ann. Rev. Microbiol.*, (1981) 35:531, Hoekema et al., *Nature* (1983) 303:179). Levels of antibiotics used with *E. coli* in mg/l were 30 for kanamycin, 50 for chloramphenicol, 300 for penicillin, 10 for tetracycline and 20 for gentamicin. Unless otherwise indicated, levels of antibiotics used with Agrobacteria in mg/l were 100 for kanamycin or gentamicin and 50 for carbenicillin or chloramphenicol.

Laboratory Procedures

Restriction enzymes and T4 ligase were obtained from commercial sources and used according to manufacturers'

8

recommendations. Standard methods of cloning and molecular analysis were performed as described in Maniatis et al., supra.

Deposit

*E. coli* containing plasmid C2110 pCGN587/85 were deposited with the American Type Culture Collection (ATCC) 12301 Parklawn Drive, Rockville, Md., 20852 on May 20, 1986. The cultures were given Accession Number ATCC 67118.

EXAMPLE I

For all the cocultivation studies, a binary disarmed strain of *A. tumefaciens* designated LBA4404/587/85 was used. To prepare the strain, a binary vector plasmid, PPMG85/587 was introduced into strain LBA4404 as described below. This vector plasmid carries a modified T-DNA with three chimeric genes. Two of the genes code for neomycin phosphotransferase (APH3'II) enzyme activity which confers resistance to the antibiotic kanamycin. One of the APH3'II genes is spliced to the octopine synthase promoter and the other to the mannopine synthase promoter. The two APH3'II genes were engineered into the T-DNA to allow for direct selection of transformed tissue. The third chimeric gene fusion contains a mutant aroA gene isolated from *Salmonella typhimurium* which confers tolerance to the herbicide glyphosate. This gene has been spliced to the mannopine synthase promoter to obtain expression in plants.

Plasmid Constructions

The BglII-SmaI fragment of Tn5 containing the entire structural gene for APH3'II (Jorgensen et al., *Mol. Gen.* (1979) 177:65) was cloned into pUC8 (Vieira and Messing, *Gene* (1982) 19:259), converting the fragment into a HindIII-EcoRI fragment, since there is an EcoRI site immediately adjacent to the SmaI site. The PstI-EcoRI fragment containing the 3' portion of the APH3'II gene was then combined with an EcoRI-BamHI-SalI-PstI linker into the EcoRI site of pUC7 (pCGN546W). Since this construct does not confer kanamycin resistance, kanamycin resistance was obtained by inserting the BglII-PstI fragment of the APH3'II gene into the BamHI-PstI site (pCGN546X). This procedure reassembles the APH3'II gene, so that EcoRI sites flank the gene. An ATG codon was upstream from and out of reading frame with the ATG initiation codon of APH3'II. The undesired ATG was avoided by inserting a Sau3A-PstI fragment from the 5'-end of APH3'II, which fragment lacks the superfluous ATG, into the BamHI-PstI site of pCGN546W to provide plasmid pCGN550.

The EcoRI fragment containing the APH3'II gene (1ATG) was then cloned into the unique EcoRI site of pCGN451, which contains an octopine synthase cassette for expression to provide pCGN552(1ATG). The octopine synthase cassette contains about 1556 bp of the 5' non-coding region fused via an EcoRI linker to the 3' non-coding region of the octopine synthase gene of pTiA6. The pTi coordinates are 11,207 to 12,823 for the 3' region and 13,643 to 15,208 for the 5' region as defined by Barker et al., *Plant Mol. Biol.* (1983) 2:325.

The 5' fragment was obtained as follows: A small subcloned fragment containing the 5' end of the coding region, as a BamHI-EcoRI fragment was cloned in pBR322 as plasmid pCGN407. The BamHI-EcoRI fragment has an XmnI site in the coding region, while pBR322 has two XmnI sites. pCGN407 was digested with XmnI, resected with Bal31 nuclease and EcoRI linkers added to the fragments. After EcoRI and BamHI digestion, the fragments were size fractionated; the fractions were then cloned and sequenced.

5,565,347

| 9 | 10 |

In one case, the entire coding region and 10 bp of the 5' non-translated sequences were removed leaving the 5' non-transcribed region, the mRNA cap site and 16 bp of the 5' non-translated region (to a BamHI site) intact. This small fragment was obtained by size fractionation on a 7% acrylamide gel. Fragments approximately 130 bp long were eluted from the gel. This size-fractionated DNA was ligated into M13mp9. Several clones were sequenced and the sequences compared to the known sequence of the octopine synthase gene. The M13 construct was designated pI4, which plasmid was digested with BamHI and EcoRI to provide the small fragment which was ligated to a XhoI to BamHI fragment containing upstream 5' sequences from pTiA6 (Garfinkel and Nester, *J. Bacteriol.* (1980) 144:732) and to an EcoRI to XhoI fragment containing the 3' sequences. The resulting XhoI fragment was cloned into the XhoI site of a pUC8 derivative, designated pCGN426. This plasmid differs from pUC8 by having the sole EcoRI site filled in with DNA polymerase I, and having lost the PstI and HindIII site by nuclease contamination of the HincII restriction endonuclease, when a XhoI linker was inserted into the unique HincII site of pUC8. The resulting plasmid pCGN451 has a single EcoRI site for the insertion of protein coding sequences between the 5' non-coding region (which contains 1,550 bp of 5' non-transcribed sequence including the right border of the T-DNA, the mRNA cap site and 16 bp of 5' non-translated sequence) and the 3' region (which contains 267 bp of the coding region, the stop codon, 196 bp of 3' non-translated DNA, the polyA site and 1,153 bp of 3' non-transcribed sequence).

Plasmid pCGN451, which had the ocs 5' and the ocs 3' in the proper orientation, was digested with EcoRI and the EcoRI fragment from pCGN551 containing the intact kanamycin resistance gene was inserted into the EcoRI site to provide pCGN552 which had the kanamycin resistance gene in the proper orientation. This ocs/KAN gene was used to provide a selectable marker for the trans type binary vector pCGN587.

The 5' portion of the engineered octopine synthase promoter cassette consists of TiA6 DNA from the XhoI fragment at bp 15208–13644 (Barker's numbering), which also contains the T-DNA boundary sequence (border) implicated in T-DNA transfer. In the plasmid pCGN587, the ocs/KAN gene from pCGN552 provides a selectable marker as well as the right border. The left boundary region was recloned from the HindIII-EcoI fragment as a KpnI-EcoRI fragment in pCGN565 to provide pCGN580. pCGN565 is a cloning vector based on pUC8-Cm, but containing pUC18 linkers. pCGN580 was linearized with BamHI and used to replace the smaller BglII fragment of pVCK102 (Knauf and Nester, *Plasmid* (1982) 8:45), creating pCGN585. By replacing the smaller SalI fragment of pCGN585 with the XhoI fragment from pCGN552 containing the ocs/KAN gene, pCGN587 was obtained.

Construction of pPMG85

To construct pPMG85, the mannopine synthase gene (mas) 5' region from pTiA6 (Salomon et al., *EMBO J.* (1984) 3:141–146). The gene was obtained from a cosmid clone carrying the T-DNA of pTiA6 called pVCK232 (Knauf and Nester, *Plasmid* (1982) 8:45–54). pVCK232 was digested with EcoRI and one of the resulting fragments called Eco13 or EcoC was cloned in pACYC184 to provide plasmid pCGN14. Digestion of pCGN14 with ClaI and SphI yielded a mixture of fragments with the desired fragment resulting from cleavage at the ClaI site (20128) to the SphI site (21562) (Barker et al., *Plant Mol. Bio.* (1983) 2:335–350). This fragment contains the mas 5' region and was cloned in pUC19 (Yanisch-Perron et al., *Gene* (1985) 33:103–119) which had been linearized with SphI and AccI to provide

plasmid pCGN40. The aroA BamHI fragment from pPMG34 (Stalker et al., *J. Biol. Chem.* (1985) 260:4724–4728) was cloned in the proper orientation in pCGN40, where the aroA gene was fused to the mas promoter region, providing pPMG67.

To provide a polyadenylation signal, the tml 3' region of pTiA6 (Garfinkel et al., *Cell* (1983) 27:143–153) was used. A T-DNA BamHI fragment (9062–13774; Barker numbering) containing such region was cloned from pVCK232 in pACYC184 in the orientation where nucleotide 13774 was proximal to the HindIII site of the vector. The resulting plasmid was digested with SmaI, which cleaves at nucleotide 11210 (Barker numbering) of the tml 3' region and an octomeric XhoI linker (New England Biolabs) inserted. The resulting plasmid pBamX was digested with HindIII and XhoI. A fragment containing most of the mas 5' region and the aroA gene, obtained by digestion of pPMG67 with HindIII and SalI, was cloned into the linearized pBamX. The resulting plasmid, pPMG73, contained a 5'-mas-aroA-tml-3' hybrid gene.

To allow for efficient selection in Agrobacterium, the kanamycin resistance gene from pUC4K (Vieira and Messing, *Gene* (1982) 19:259–268) was excised from SalI and cloned in a XhoI site present in the aroA distal end of the mas 5' region giving pPMG76. A 2.0 kb EcoRI fragment in the HindIII region of pRiA4T-LT-DNA (White and Nester, *J. Bacteriol.* (1980) 141:1134; Taylor et al., *Mol. Gen. Genet.* (1985) 201:546) was cloned in the chloramphenicol resistance gene EcoRI site of pPMG76 yielding pPMG82.

To allow selection of transformed plants on kanamycin, a mas-npt hybrid gene was constructed. (See Velten et al., *EMBO J.* (1984) 3:2723–2730 for an analogous construction.) The mas 5' region was excised from pCGN40 by digestion with EcoRV (21552; Barker numbering) and EcoRI (in the pUC19 polylinker) and cloned in pCGN451 digested with SmaI and EcoRI. The construction deletes all of the ocs 5' region from pCGN451 and inserts the mas 5' region in its place. In addition, part of the pUC19 polylinker from XbaI to EcoRI was placed between the mas promoter region and the ocs polyadenylation site, allowing a choice of different sites for insertion of genes to be expressed. In the EcoRI site of this plasmid pCGN46, an EcoRI fragment of pCGN552, carrying the Tn5 npt gene (Rothstein et al., *Cell* (1980) 19:795–805), was inserted where an untranslated ATG sequence in the 5' region had been removed. The hybrid mas-npt-ocs gene was excised by digestion with XhoI and cloned in the SalI site of pPMG82 resulting in pPMG85.

Plasmid pPMG85 contained, beginning from the EcoRI site, an EcoRI-HindIII 1.5 kb fragment from pACYC184 and, going clockwise, the bacterial kanamycin resistance gene from pUC4K, the mas 5' region nucleotides 21476 to 20128, oriented in the clockwise direction, a BamHI-SalI aroA-containing fragment from pPMG34, the tml 3' region from nucleotides 11207 to 9062, a BamHI-SalI fragment from the tetracycline resistance gene of pACYC184, the npt gene from pCGN552, a 2.5 kb SalI-EcoRI fragment from pACYC184 and a 2 kb EcoRI fragment from pRiA4 on the BglII-HindIII-17 fragment (Huffman et al., *J. Bacteriol.* (1984) 157:269–276).

EXAMPLE II

Tomato Transformation and Regeneration

Cotyledon Preparation

*Lycopersicon esculentum* cv UC82 (Department of Vegetable Crops, University of California, Davis, Calif. 95616) seed were surface sterilized for 5 min in a 0.05% sodium hypochlorate solution and plated onto tomato seedling