5,565,347

**11**

medium (medium containing Murashige and Skoog salts, 3% sucrose and 0.8% Bacto agar). All cultures were grown in a controlled environment room at 25° C.±2° C., using cool white fluorescent light 50 micro Einsteins per meter² per second (50 μEm⁻²S) for 16-hr light day cycles.

Feeder Plates

Tobacco feeder plates were prepared 2 days prior to use by pipetting 0.5 ml of tobacco suspension cultures (~10⁶ cell/ml) onto Petri dishes (100×25 mm) containing 50 ml of tobacco suspension medium (Murashige minimal organics medium (K.C. Biologicals) supplemented with 2,4-D (0.1 mg/l), kinetin (0.1 mg/l), thiamine hydrochloride (0.9 mg/l), potassium acid phosphate (200 mg/l), and Difco Bacto agar (0.8% pH 5.5). After 2 days, a sterile filter paper disk (Whatman 3 mm) was placed on top of the tobacco cells. The filter paper disks had been prewashed in distilled water and autoclaved in liquid tobacco suspension medium (suspension medium prepared without agar).Tripartite mating,

_Agrobacterium tumefaciens_ strain 2760/587/85 was prepared as follows. The plasmids pCGN587 and pPMG85 were transformed into _E. coli_ C2110 (polA1) and cointegrates selected by kanamycin and glyphosate resistance, de Framond et al., _BioTechnology_, May 1983, pp. 262–267. Bacterial matings were performed using two _E. coli_ strains and one Agrobacterium strain. One _E. coli_ strain (MM294) harbored pRK2073 which provided mobilization functions and the other strain (C2110) carried the plasmid with a kanamycin resistance marker to be transferred into the Agrobacteria. The two _E. coli_ strains were grown overnight at 37° C. with shaking in LB broth. The Agrobacterium strain was grown overnight at 28° C. in MG/L broth. Fifty microliters of each of the three strains were mixed on a nitrocellulose filter placed on an MG/L plate. The plate was incubated at 28° C. for 3 days. The mixture was then streaked onto an AB minimal medium supplemented with 100 μg/ml kanamycin and 100 μg/ml streptomycin and incubated at 28° C. for two days. Streptomycin was included to kill the two _E. coli_ strains. Single colonies were picked and purified by two more streakings on the above medium.

Transformation

After the tobacco feeder plates were prepared, cotyledons were cut into segments (approximately 2 cm²) and preincubated on the feeder plates for 24 hrs at 25° C., under low light conditions (10 μEm²S⁻¹). Following the preincubation period, the tomato cotyledon segments were placed into 1–5 ml of a broth culture of _A. tumefaciens_ strain 2760/587/85, or 2760 diluted to the appropriate concentration. After 30 min, the segments were blotted to remove excess suspensions and replaced onto the feeder plates for 24–72 hrs of coincubation with the bacteria. The cotyledon segments were subsequently transferred to shoot regeneration medium (MS medium supplemented with 2 mg/l zeatin, 100 mg/l myo-inositol, 20 g/l sucrose, Nitsch vitamins and 0.8% agar, pH 6.0) containing 500 mg/l carbenicillin (a bacteriostatic substance) and 100 mg/l kanamycin sulfate (a selective antibiotic). After 3–4 weeks, shoots began to develop.

The shoots were excised at the base and transferred to rooting medium, which is the same as tomato seedling medium except that 500 mg/l carbenicillin and 50 mg/l kanamycin were added. Within 10–12 days, roots developed. The regenerated tomato plantlets were transplanted into 6-inch pots containing soil and grown in a growth chamber. Moist cheese cloth was draped over the newly transplanted seedlings for 3–4 days to minimize the stress associated with transplanting. Tomato plants were transferred from growth chambers to the greenhouse after 4–6 weeks.

**12**

EXAMPLE III

Molecular Analysis of Transgenic Plants

Shoots which developed and subsequently rooted on media containing the kanamycin were tested for APH3'II enzyme activity and for the presence of the aroA protein.

Aminoglycoside Phosphotransferase Analysis

An aminoglycoside phosphotransferase enzyme (APH 3'II) assay was conducted on putative transformed tomato plants and shoots. APH 3'II confers resistance to kanamycin and neomycin. APH 3'II activity was assayed (Reiss et al., _Gene_ (1984) 30:211–218) employing electrophoretic separation of the enzyme from other interfering proteins and detection of its enzymatic activity by in situ phosphorylation of kanamycin. Both kanamycin and [γ-³²P] ATP act as substrates and were embedded in an agarose gel which was placed on top of a polyacrylamide gel containing the proteins. After the enzymatic reaction, the phosphorylated kanamycin was transferred to P-81 phosphocellulose ion exchange paper and the radiolabeled kanamycin finally visualized by autoradiography. The Reiss et al. method was modified in the final washing of the P-81 ion exchange paper by rinsing in 0.1 mg/ml of proteinase K. Approximately 90% of the tomato plants which developed shoots and subsequently rooted on kanamycin-containing medium tested positive for APH3'II enzyme activity. Samples of untransformed tomato plants did not exhibit any APH3'II activity.

Southern Blot Analysis

The presence of the APH3'II gene in the kanamycin-positive plants was confirmed by a Southern blot analysis. DNA was isolated from tomato plants using the protocol described by Dellaporta et al., _Plant Mol. Biol. Rep._ (1983) 1:19 as follows. Isolated DNA was digested with EcoRI, separated by gel electrophoresis, blotted onto nitrocellulose and then hybridized separately to an aroA probe, and an APH3'II probe. Procedures for restriction digestion, gel electrophoresis, Southern transfer and hybridization were as described by Maniatis et al., Molecular Cloning: A Laboratory Manual (1982) (CSH Laboratory, Cold Spring Harbor, N.Y.). The probe for the APH3'II gene and the aroA gene, respectively, were cloned in pSP64, and SP6-transcription vector (Milton et al., _Nucleic Acids Research_ (1984) 12:7035–7056). The protocol recommended by the manufacturer for synthesis and hybridization was followed (Promega Biotec, Madison, Wis.). The APH3'II gene was present in all five plants tested. Based on reconstruction experiments, 1–3 intact copies of the APH3'II gene are estimated integrated into the plant genome.

Western Blot Analysis

A Western blot analysis was conducted on putative transformants to detect the presence of the bacterial EPSP synthase enzyme encoded by the aroA gene using the protocol described by Comai et al., _Nature_ (1985) 317:741–744. Antibodies were obtained by conventional procedures, immunizing a rabbit with the mutated glyphosate-resistant aroA gene expression product. See U.S. Pat. No. 4,535,060, which relevant disclosure is incorporated herein by reference. Extracts of tomato plants showed a positive band for aroA protein in a Western blot (Fillatti et al., _Biotechnology_ (1987) 5:725–730). A polypeptide which reacted with the anti-EPSP synthase serum and had the expected molecular weight was present in 80% of the 130 plants tested. This polypeptide was not found in control untransformed plants.

5,565,347

13

The amount of bacterial EPSP synthase protein observed varied between different transformation events.

Glyphosate Tolerance.

Progeny from self-pollinated transformants ($T_2$ generation) were used to evaluate the tolerance phenotype in greenhouse experiments and for genetic analysis. $T_2$ tomato plants were sprayed with the equivalent of 0.84 kg/ha glyphosate and then scored for tolerance after two weeks. In all cases, the distinction between tolerant and susceptible plant phenotypes was unambiguous. $T_2$ plants producing the mutant EPSP enzyme continued to grow after the herbicide treatment, while control untransformed plants died at this dosage. Commercial application rates range from 0.5 to 1.5 kg/ha.

The tolerance to susceptible ratio of the three events tested fit a 3:1 ratio, confirming that the aroA gene was maintained during meiosis and was inherited in a simple Mendelian fashion (see Table 1). Western blot analysis was performed on five plants possessing the tolerant phenotype and on three susceptible plants. In all cases the presence of the aroA protein was correlated with the glyphosate-tolerant phenotype. Two phenotype classes resulted after spraying the $T_2$ generation. Class A plants exhibited a higher tolerance to glyphosate (0.84 kg/ha) than Class B plants, which were approximately half the size of Class A plants, 14 days after spraying. Western blot analysis of these two phenotypic classes indicated that plants exhibiting a higher level of herbicide tolerance also produced more protein than the less tolerant plants, suggesting the tolerance phenotype is correlated to the amount of aroA protein produced.

TABLE 1

Genetic Inheritance of Glyphosate Tolerance in
Tomato Plants Containing the Mutant aroA Gene

| Transformation Event* | Observed Ratio | | Expected Ratio | | Chi-square Value | Significance Level |
|---|---|---|---|---|---|---|
| | T** | S | T | S | | |
| 6-60 | 156.0 | 60.0 | 162.0 | 54.0 | 0.89 | 0.346 |
| 6-82 | 107.0 | 45.0 | 114.0 | 38.0 | 1.72 | 0.190 |
| 6-93 | 95.0 | 31.0 | 94.5 | 31.5 | 0.01 | 0.918 |

*All events were self-pollinated and the progeny sprayed. Expected Mendelian ratios are 3:1.
**T = tolerant, S = susceptible.

The ratio of tolerant to susceptible plants was compared to the expected ratio using a chi square analysis. The genetic inheritance of the aroA gene was determined by scoring the progeny of the transformed plants for tolerance to glyphosate sprayed at 0.84 kg/ha. The ratio of tolerant to susceptible plants fits the expected 3:1 ratio in the three cases tested indicating that the aroA gene is inherited as a single locus.

EXAMPLE IV

Effects of Bacterial Concentration and
Cocultivation Time on Rate of Transformation

As a measure of the transformation rate in this and the following examples, the number of explants which regenerated shoots on kanamycin-containing medium relative to the total number of explants cocultivated was used. This criterion was chosen because it was found that some of the parameters which increased the transformation rate as measured by callus initiation decreased the subsequent regeneration rate of transformed cells.

Effect of bacterial concentration.

14

Cotyledon sections were cocultivated as described above with $1\times10^7$, $5\times10^7$, $1\times10^8$, $5\times10^8$ or $1\times10^9$ bacteria/ml. Over 85% of the cotyledon explants cocultivated with $5\times10^8$ bacteria/ml produced shoots on a selective regeneration medium. When the concentration of bacteria was increased or decreased five-fold, the rate of transformation and regeneration from transformed cells on a selective medium decreased as much as 30–40%. The concentration of bacteria determined optimal for strain LBA4404/587/85 was not, however, optimal for other Agrobacteria strains tested. It is necessary therefore to determine, as described above, the optimal bacterial concentration for each different strain of Agrobacteria used.

Effect of cocultivation time on the rate of transformation.

Cotyledon sections were preincubated for 24 hours, and then cocultivated with $5\times10^8$ bacteria/ml for 24, 48 and 72 hrs. After a 48-hr cocultivation period, 60% of the cotyledon explants produced shoots on kanamycin-containing medium, while only 20% and 24% of the cotyledons cocultivated for 24 and 72 hrs. respectively, produced shoots on kanamycin-containing medium (see Table 2). A 48-hr cocultivation period was optimal; however, as the optimal cocultivation time was also related to the initial bacterial concentration and the growth rate of the bacteria, the optimal length of the cocultivation period would also vary with different bacterial strains.

TABLE 2

Effect of Cocultivation Time on the Transformation Rate
Average % of Explants Regenerating Shoots on
"ZZ" Medium Containing 100 mg/l Kanamycin

| | Cocultivation Time | | | | | |
|---|---|---|---|---|---|---|
| | 24 Hr | SE | 48 Hr | SE | 72 Hr | SE |
| Control* (non-cocultivated) | 0 | | 0 | | 0 | |
| 2760/587/85** | 20 | 6.3 | 60 | 5.5 | 24 | 9.7 |

*57 explants/treatment
**130 explants/treatment

EXAMPLE V

Effect of Cocultivation Medium on Rate of Transformation

The effect of three different cocultivation media on the rate of transformation was tested: "ZZ" medium, a regeneration medium for tomato described by Thomas and Pratt, Theor. Appl. Genet. (1981) 59:215–219; "KCMS" medium, a Murashige minimal organics medium supplemented with 2, 4-D (0.2 mg/l), kinetin (0.1 mg/l), thiamine hydrochloride (0.9 mg/l), potassium acid phosphate (200 mg/l) and Difco bactoagar 0.8%; and "KCMS/Tob" which is the KCMS medium, described above, with 0.5 ml of tobacco suspension cells on top (similar to Horsch et al., 1985). Transformed kanamycin-resistant shoots were obtained on all three types of medium. When KCMS medium with a layer of tobacco suspension cells was used, however, at least a 20% increase in the number of explants producing shoots on kanamycin-containing medium (see Table 3) was obtained.

5,565,347

15

## TABLE 3

Effect of the Cocultivation Medium
on the Transformation Rate

| | Average % of Explants Regenerating Shoots on "ZZ' Medium Containing 100 mg/l Kanamycin Cocultivation Medium | | | | | |
|---|---|---|---|---|---|---|
| | KCMS/Tob | SE | KCMS | SE | ZZ | SE |
| Control* (non-cocultivated) | 0 | | 0 | | 0 | |
| 2760/587/85** | 73 | 5.5 | 48 | 2.7 | 16 | 4.8 |

*25 explants/treatment
**100 explants/treatment

### EXAMPLE VI

### Effect of Preincubation of Cotyledons on Rate of Transformation

Effect of preincubation of cotyledons.

Preincubation of cotyledon sections for 24 hours on the tobacco feeder plates dramatically increased the rate of transformation (see Table 4). Fifty-two percent of the explants which were preincubated for 24 hours on the feeder plates-produced shoots on kanamycin-containing media. If the cotyledon explants were not preincubated, only 17% of the explants plated produced shoots on kanamycin-containing medium. The enhancement of transformation may be due to the accumulation of substances that induce the vir genes or an increase in the rate of cell division resulting from a 24-hour exposure to 2-4,D.

## TABLE 4

Effect of a Preincubation Period
on the Transformation Rate

| | Average % of Explants Regenerating Shoots on "ZZ" Medium Containing 100 mg/l Kanamycin Preincubation Time | | | |
|---|---|---|---|---|
| | 0 Hr | SE | 24 Hr | SE |
| Control* (non-cocultivated) | 0 | | 0 | |
| 2760/587/85** | 17 | 5.7 | 52 | 9.4 |

*32 explants/treatment
**75 explants/treatment

### EXAMPLE VII

### Effect of Type of Feeder Culture on Rate of Transformation

Effect of type of feeder culture.

The number of cotyledons developing shoots following transformation with the binary vector 2760/587/85 relative to the control Agrobacterium strain 2760 and the effect of tobacco cells vs. corn cells as the feeder culture was determined. Almost 90% of the cotyledon segments cocultivated with Agrobacterium strain 2760/587/85 on medium conditioned with a tobacco feeder cells (see Table 5) developed shoots on kanamycin-containing regeneration medium. For those cotyledon segments cocultivated with Agrobacterium strain 2670/587/85 on KCMS medium conditioned with corn suspension cells or with no feeder cells, approximately

16

65% of the segments developed shoots as compared to 89% when the cotyledons were preincubated and cocultivated on KCMS medium with tobacco feeder cells.

### EXAMPLE VIII

### Transformation of Tomato Cotyledon Tissue

(Alternate Method)

Sterile tomato cotyledon tissue was obtained from 7–8 day old seedlings grown at 24° C., with a 16 hr/8 hr day/night cycle in 100x25 mm petri dishes containing MSSV medium: Murashige-Skoog(MS) salts (#1117 Gibco Laboratories, New York), sucrose 30 g/l, Nitsch vitamins (Thomas, B. R., and Pratt, D. Appl. Genet. (1981) 59:215–219), 0.8% agar (pH 6.0). Any tomato species may be used, however, the inbred breeding line UC82B (Department of Vegetable Crops, University of California, Davis) is preferred. Seedlings from other tomato lines may develop at slightly different rates. The preferred seedlings may be identified as those in which the cotyledons have expanded and unfolded, but the first true leaf is not visible. The tips and bases of the cotyledons were removed and the center section placed onto a feeder plate for a 24-hour preincubation period in low light (approximately 40–50 micro Einsteins, but no greater than 80 micro Einsteins) at 24° C.

Feeder plates were prepared by pipeting 0.5 ml of an eight day old Nicotiana tabacum cv xanthi cell suspension culture ~$10^6$ cells/ml) onto 0.8% agar medium, containing MS salts, myo-inositol (100 mg.l), thiamine-HCl (1.3 mg.l), sucrose (30 g/l), potassium acid phosphate (200 mg/l) 2,4-D (0.2 mg.l), and kinetin (0.1 mg/l) (pH 5.5). The feeder plates were prepared one day prior to use. A #1 Whatman sterile filter paper (Whatman Ltd. Maidstone, England) was placed on top of the tobacco cells after the suspension cells had grown for at least one day.

Agrobacteria were grown on AB medium (AB salts [$K_2HPO_4$ 3 gm/l; $NaH_2PO4$ $H_2O$ 1.15 g/l; $NH_4Cl$, 1 g/l; KI 0.15 g/l] glucose 5 g/l; $FESO_4$ 0.25 mg/l; $MgSO_4$ 0.246 mg/l; $CaCl_2$ 0.14 mg/l; 15 g/l agar, 100 ug/l gentamycin sulfate and 100 ug/l streptomycin sulfate) for 4–5 days. Single colonies were then inoculated into 5 mls of MgL broth and incubated overnight in a shaker at 30° C. and 180 rpm. Following the preincubation period, the cotyledon explants were dipped into a bacterial suspension (5x$10^8$ bacteria/ml) for approximately 5 minutes, blotted on sterile paper towels and returned to the original tobacco feeder plates.

The explants were cocultivated with the bacteria for 48 hours on the tobacco feeders plates in low light at 24° C. The explants were then transferred to regeneration medium containing 500 mg/l of carbenicillin disodium salts and at least 100 mg/l of kanamycin sulfate. The regeneration medium was MS salts medium with zeatin (2 mg/l), myo-inositol (100 mg/l), sucrose (20 g/l), Nitsch vitamins and 0.8% agar (pH 6.0). The plates are sealed, for example with parafilm or Micropore paper tape, and again incubated at 24° C. The explants were then transferred to fresh regeneration medium containing 500 mg/l of carbenicillin disodium salts and at least 100 mg/l of kanamycin sulfate at 10 days and subsequently every three weeks. Shoots were harvested from 8 weeks onwards and placed on MSSV medium containing carbenicillin (50 mg/l), kanamycin (50 mg/l) and indole-3-butyric acid (1 mg/l). Roots developed in 7–14 days. The resulting plantlets were then transplanted into soil.

5,565,347

| 17 | 18 |

The tomato transformation/regeneration system of the subject invention was found to be rapid and efficient. Over 85% of the co-cultivated explants subsequently developed shoots on kanamycin selective medium and expressed the aroA protein. Between 2 and 10 shoots developed per explant. After 6 weeks, 10, 20 or even more shoots had developed per explant. Glyphosate spray experiments confirmed that the resulting tomato plants were resistant to 0.75 Lbs/Acre glyphosate. These above results demonstrate that plant species can be transformed efficiently, whereby foreign genes may be integrated into the plant genome and expressed, providing novel phenotypic properties. By virtue of the high transformation efficiency, successful transformations can be achieved within reasonable time periods and without unduly repetitive procedures. As evidenced by the above disclosure, plant species are provided which can be protected from herbicides, so that more efficient growth and production of crops can be achieved.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be obvious that certain changes and modifications may be practiced within the scope of the appended claims.

incubating said transformed tomato plant cells in a regeneration medium comprising a bacteriocide and a means for selection of said transformed tomato plant cells as the result of a marker on said DNA construct, whereby transformed tomato shoots develop; and

transferring said transformed shoots to a rooting medium to produce transformed tomato plants.

3. The method according to claim 2, wherein said tomato cotyledon sections are obtained by germinating a sterile seed under substantially sterile conditions to produce a protruding cotyledon, cutting said cotyledon into at least two pieces free of the remainder of said seed and selecting the cotyledon piece closer to the seed.

4. A method according to claim 2, wherein said plant cell conditioned medium is conditioned with Nicotiana cells and said preincubation is for at least six hours and not more than about 48 hours.

5. A method according to claim 4, wherein said conditioned medium is prepared by growing about $10^4$ to $10^{10}$ Nicotiana cells/ml in a soft agar medium with hormones and vitamins for at least about one day prior to incubation of said cotyledon sections.

TABLE 5

Shoot Regeneration from Co-cultivated and Control
Cotyledon Segments of *Lycopersicon esculentum* cv UC82

| | | Shoot Regeneration | | | | | |
|---|---|---|---|---|---|---|---|
| | | $N^6$ medium | | | KCMS Medium | | |
| Treatment | Feeder Culture | Number Cotyl's w/Shoots++ | Total Number Cotyl's | % Regenerating Shoots | Number Cotyl's w/Shoots | Total Number Cotyl's | % Regenerating Shoots |
| Control | none | 0+ | 37 | 0 | 0 | 38 | 0 |
| (no co- | corn | 0 | 33 | 0 | 0 | 37 | 0 |
| cultiva- | tobacco | NT* | NT | NT | 0 | 37 | 0 |
| tion | | | | | | | |
| PC2760 | none | 0 | 38 | 0 | 0 | 39 | 0 |
| | corn | 0 | 34 | 0 | 0 | 42 | 0 |
| | tobacco | NT* | NT | NT | 0 | 36 | 0 |
| PC2760/ | none | 11 | 35 | 31.5 | 27 | 41 | 66.0 |
| 587/85 | corn | 11 | 32 | 29.0 | 24 | 37 | 64.3 |
| | tobacco | NT | NT | NT | 33 | 37 | 89.3 |

NT = Not tested
+ Experiments were scored approximately 4 weeks after coultivation.
++ All cotyledon explants were plated onto a selective regeneration medium (2Z medium with carbenicillin 500 mg/l and kanamycin 100 mg/l).

What is claimed is:

1. A transformed *Lycopersicon esculentum* cotyledon cell, wherein said cell is present in an in vitro cell culture.

2. A method for transforming tomato species cells, said method comprising:

preincubating tomato cotyledon sections with medium conditioned by a plant cell feeder culture;

cocultivating said cotyledon sections with *Agrobacterium tumefaciens* cells comprising vir genes, wherein said Agrobacterium cells further comprise DNA construct comprising transcriptional initiation and termination regulatory regions functional in tomato plant cells and a gene other than the wild-type gene associated with at least one of said transcriptional initiation and termination regions, and at least a right T-DNA border, whereby said construct becomes integrated into the genome of cells in said cotyledon section to provide transformed tomato plant cells;

6. A method according to claim 2, wherein said cocultivation is for at least 12 hours in a plant cell conditioned medium.

7. A method according to claim 2, wherein the number of said Agrobacterium cells is about $10^8$ to $10^9$ cells/ml.

8. A method according to claim 7, wherein said bacterial culture contains about $5 \times 10^8$ cells/ml.

9. A method for modifying the genotype of tomato plant cells, said method comprising:

preincubating tomato cotyledon sections with medium conditioned by a plant cell feeder culture;

contacting said cotyledon sections with a culture of a disarmed *Agrobacterium tumefaciens* strain comprising vir genes and a binary vector plasmid comprising at least the right T-DNA border and a gene of interest, wherein said gene of interest is under regulatory control of transcriptional initiation and termination regions functional in tomato plant cells, and wherein said gene

0002628

5,565,347

| 19 | 20 |

of interest is integrated into the genome of cells in said tomato cotyledon sections, and

isolating said tomato cells comprising said integrated gene of interest.

10. A method according to claim 9 wherein said binary vector plasmid further comprises a gene capable of conferring antibiotic resistance to said tomato cells.

11. A method according to claim 10 wherein said isolating is by transfer of said tomato cotyledon sections to a regeneration medium comprising said antibiotic.

12. A method according to claim 11 wherein said antibiotic is kanamycin.

13. A method according to claim 2 wherein said marker confers antibiotic resistance to said tomato cells.

14. A method according to claim 13 wherein said antibiotic is kanamycin.

15. A method according to claim 2 wherein a filter paper disk separates said tomato cotyledon sections from said plant cell conditioned medium.

16. A method for transforming tomato species cells, said method comprising:

coculivating tomato cotyledon sections with *Agrobacterium tumefaciens* cells comprising vir genes, wherein said Agrobacerium cells further comprise a DNA construct comprising transcriptional initiation and termination regulatory regions functional in tomato plant cells and a gene other than the wild-type gene associated with at least one of said transcriptional initiation and termination regions, and at least a right T-DNA border, whereby said construct becomes integrated into the genome of cells in said cotyledon section to provide transformed tomato plant cells;

incubating said transformed tomato plant cells in a regeneration medium comprising a bacteriocide and a means

for selection of said transformed tomato plant cells as the result of a marker on said DNA construct, whereby transformed tomato shoots develop; and

transferring said transformed shoots to a rooting medium to produce transformed tomato plants.

17. A method according to claim 16 wherein said marker confers antibiotic resistance to said tomato cells.

18. A method according to claim 17 wherein said antibiotic is kanamycin.

19. A method for modifying the genotype of tomato plant cells, said method comprising:

contacting tomato cotyledon sections with a culture of a disarmed *Agrobacterium tumefaciens* strain comprising vir genes and a binary vector plasmid comprising at least the right T-DNA border and a gene of interest, wherein said gene of interest is under regulatory control of transcriptional initiation and termination regions functional in tomato plant cells, and wherein said gene of interest is integrated into the genome of cells in said tomato cotyledon sections, and

isolating said tomato cells comprising said integrated gene of interest.

20. A method according to claim 19 wherein said binary vector plasmid further comprises a gene capable of conferring antibiotic resistance to said tomato cells.

21. A method according to claim 20 wherein said isolating is by transfer of said tomato cotyledon sections to a regeneration medium comprising said antibiotic.

22. A method according to claim 21 wherein said antibiotic is kanamycin.

\* \* \* \* \*

User Name:        ghjg

User Phone:

Workstation Id: GPRBUREF

Printer Id:        gbefptr

Date:             Wed Mar 18, 1998

Time:             14:48:30

# Job # 5850

| Patent ID | Document Not Available | Pages Not Available | 150 dpi Pages | Unscanned Pages | Total Pages Printed |
|-----------|------------------------|---------------------|---------------|-----------------|---------------------|
| 05565347  | 000                    | 000                 | 000           | 000             | 012                 |

0002630

Filtering Started:  Wed Mar 18 14:47:04 1998    Filtering Finished:  Wed Mar 18 14:48:30 1998
Retrieval Started:  Wed Mar 18 14:47:06 1998    Printing Started:    Wed Mar 18 14:48:30 1998

Docket No. 950.001US4
*SS #*

## PENDING CLAIMS

### METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS
Applicant: Ronald C. Lundquist et al.
Serial No.: 08/677,695

23. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

24. The process of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25. The process of claim 23 wherein the cells are derived from immature embryos.

26. The process of claim 23 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plants.

27. The process of claim 23 wherein said DNA is expressed so as to impart insect resistance to said progeny plants.

28. The process of claim 27 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

29. The process of claims 27 or 28 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

41.    A method of producing a fertile transgenic *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to yield a transgenic progeny plant;

    (b)    obtaining said transgenic progeny *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic progeny *Zea mays* plant to progeny plants.

42.    The method of claim 41 wherein said phenotypic characteristic is herbicide resistance.

43.    The method of claim 41 wherein said phenotypic characteristic is insect resistance.

44.    The method of claim 43 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

45.    The method of claims 43 or 44 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

48.    A method of producing a fertile transgenic inbred *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process

comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to the transgenic progeny plants;

(b)    crossing a member of a nontransgenic inbred *Zea mays* line to said transgenic progeny plant;

(c)    recovering a fertile transgenic progeny plant that comprises said DNA construct; and

(d)    repeating steps (b) and (c) to yield a fertile transgenic inbred *Zea mays* progeny plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic inbred plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

49.    The method of claim 48 wherein said phenotypic characteristic is herbicide resistance.

50.    The method of claim 48 wherein said phenotypic characteristic is insect resistance.

51.    The method of claim 50 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

52.    The method of claims 50 or 51 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

PENDING CLAIMS
Docket No. 950.001US4

68. The process of claim 29, 38, 45, 52 or 59 wherein the selectable marker gene encodes antibiotic resistance.

69. The process of claim 68 wherein the gene encodes resistance to bleomycin.

70. The process of claim 68 wherein the gene encodes resistance to hygromycin.

71. The process of claim 68 wherein the gene is the *hpt* gene.

72. The process of claim 68 wherein the gene encodes resistance to neomycin, kanamycin or G418.

73. The process of claim 72 wherein the gene is the *nptII* gene.

74. The process of claim 72 wherein the gene is the *nptI* gene.

S/N 08/677,695                                                      PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 form, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2<br>Dkt: 950.001US4

       The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

       Respectfully submitted,

       RONALD C. LUNDQUIST ET AL.

       By their Representatives,

       SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
       P.O. Box 2938
       Minneapolis, MN  55402
       (612) 373-6976

Date  3/31/98        By  _David L. Provence_
DLP:jsf                    David L. Provence
               Reg. No. P-43,022

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on March 31 , 1998.

JONATHAN FERGUSON
Name

Signature

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 5,164,310 | 11/17/1992 | Smith et al. | 435 | 172.3 | 06/01/88 |
| | 5,215,912 | 06/01/1993 | Hoffman | 435 | 240.4 | 08/29/86 |
| | 5,276,268 | 01/04/1994 | Strauch et al. | 800 | 205 | 08/21/87 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
| --- | --- | --- | --- | --- | --- | --- |
| | 0 189 707 A2 | 08/06/1986 | European | C12N | 15/00 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
| --- | --- |
| | Flavell, R., et al., "Prospects for Transforming Monocot Crop Plants", Nature, 307, 108-109 (Jan. 12, 1984) |
| | Goodman, R.M., et al., "Gene Transfer in Crop Improvement", Science, 236, 48-54 (Apr. 3, 1987) |
| | Paszkowski, J., et al., "Direct Gene Transfer to Plants", The EMBO Journal, 3, 2717-2722 (1984) |
| | Potrykus, I., et al., "Direct Gene Transfer to Cells of a Graminaceous Monocot", Mol. Gen. Genet., 199, 183-188 (1985) |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conf( and not considered. Include copy of this form with next communication to applicant.

S/N 08/677,695                                                                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### RESPONSE UNDER 37 C.F.R. § 1.111

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office Action mailed on March 24, 1998, please amend the above-identified patent application as follows:

### IN THE CLAIMS

Please amend the following claims:

23.    (Amended)  A [process] method for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a [normal] complete sexual cycle of said transgenic plant to progeny plants.

24.    (Amended)  The [process] method of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25.    (Amended)  The [process] method of claim 23 wherein the cells are derived from immature embryos.

26.    (Amended)  The [process] method of claim 23 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plants.

27.    (Amended)  The [process] method of claim 23 wherein said DNA is expressed so as to impart insect resistance to said progeny plants.

RESPONSE UNDER 37 C.F.R. § 1.111                                                    Page 2
Serial Number: 08/677,695                                                          Dkt: 950.001US4
Filing Date: July 10, 1996
Title:      METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

28.    (Amended)  The [process] method of claim 27 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

29.    (Amended)  The [process] method of claims 27 or 28 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

41.    (Amended)  A method of producing a fertile transgenic *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a [normal] complete sexual cycle of said transgenic plant to yield a transgenic progeny plant;

    (b)    obtaining said transgenic progeny *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a [normal] complete sexual cycle of the transgenic progeny *Zea mays* plant to progeny plants.

48.    (Amended)  A method of producing a fertile transgenic inbred *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a [normal] complete sexual cycle of said transgenic plant to [the] transgenic progeny plants;

RESPONSE UNDER 37 C.F.R. § 1.111                                    Page 3
Serial Number: 08/677,695                                          Dkt: 950 001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

(b)    crossing a member of a nontransgenic inbred *Zea mays* line to said transgenic progeny plant;

(c)    recovering a fertile transgenic progeny plant that comprises said DNA [construct]; and

(d)    repeating steps (b) and (c) to yield a fertile transgenic inbred *Zea mays* progeny, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic inbred plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA [construct], and wherein the DNA is transmitted through a [normal] complete sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

55.    (Amended)  A method of producing a fertile transgenic hybrid *Zea mays* plant, comprising:

(a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a [normal] complete sexual cycle of said transgenic plant to [the] transgenic progeny plants;

(b)    crossing a non-transgenic inbred *Zea mays* line with said transgenic *Zea Mays* plant, and

(c)    recovering said fertile transgenic hybrid *Zea mays* plant, the genome of which has been altered by the introduction of said DNA, wherein said DNA is expressed so that the transgenic hybrid plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA, and wherein the DNA is transmitted through a [normal] complete sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

0002640

RESPONSE UNDER 37 C.F.R. § 1.111
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:   METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 4
Dkt: 950.001US4

## REMARKS

Claims 23-29, 41, 48, and 55 have been amended.  The pending claims are 23-29, 41-45, 48-52, 55-59 and 68-74.

The amendments to claims 23-29 are to conform the preamble to the other claims.

The amendments to claims 23, 41, 48, and 55 are supported by the specification at page 7, lines 30-33.

The additional amendments to claims 48 and 55 are to correct the claim terminology.

These amendments are made to clarify the nature of the invention and are not intended to give up any range of equivalents to which the claim elements are facially entitled.

*Double Patenting Rejection*

Claims 23-29, 41-45, 48-52 and 55-59 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-10 of U.S. Patent No. 5,538,877 and claims 1-18 of U.S. Patent No. 5,538,880.  Upon indication of otherwise allowable subject matter, filing of a terminal disclaimer will be considered.

*Rejection Under 35 U.S.C. § 112*

The Examiner asserted that claims 23-29, 41-45, 48-52 and 55-59 were rejected under 35 U.S.C. § 112, first paragraph, because the specification does not enable the skilled person to make and use the invention commensurate in scope with the claims.  Specifically, while the Examiner states that the specification enables the expression of the exemplified genes, it does not reasonably provide enablement for the expression of other genetic elements.  This rejection is respectfully traversed.

It is Applicants' position that the present specification discloses the claimed method in great detail and would allow the skilled artisan to practice it with a given gene without undue experimentation.  Applicants' specification provides the art worker with a detailed description of methods including initiation and maintenance of maize cell cultures, DNA delivery, selection of transformed cells, plant regeneration and production of seed, and methods

to confirm the presence of transgenic DNA in transformed callus, regenerated plants and progeny.

As noted by the Examiner, working Examples I, II and III disclose methods for producing fertile *Zea mays* plants containing DNA expressing the reporter gene β-glucuronidase or hygromycin B phosphotransferase. Hpt confers resistance to hygromyicn B. The specification also includes an extensive disclosure of genes that can be used to produce transgene plants by the disclosed method. Given the detail of Applicants' specification, and the high level of skill of the art, the art worker could readily prepare a wide variety of fertile transgenic maize plants falling within the scope of the claims.

It is well-settled that it is not necessary that a patent applicant have prepared and tested all the embodiments of his invention in order to meet the requirements of § 112. *In re Angstadt*, 190 U.S.P.Q. 214, 218 (C.C.P.A. 1976). Furthermore, the Examiner is requested to consider that enablement is not precluded by the necessity for some experimentation, such as routine screening. The key word is "undue" not "experimentation." *Angstadt*, 190 U.S.P.Q. at 219. In fact, a considerable amount of experimentation is permissible if it is merely routine, or the specification provides a reasonable amount of guidance with respect to the direction in which the experimentation should take. *Ex parte Jackson*, 217 U.S.P.Q. 804, 807 (Bd. App. 1982).

Thus, to practice the claimed method, following bombardment, transformed cells would have to be identified or selected and then regenerated to produce a maize plant comprising the transgene. Moreover, fertility of the resulting transgenic plant and presence of the transgene would have to be confirmed in order to determine whether the transgenic plant was within the scope of the claims. However, this does not constitute "undue experimentation," particularly in an art where the level of skill is high, and time-consuming screening procedures are routine. *In re Wands*, 858 F.2d 731, 8 U.S.P.Q.2d 1400, 1404 (Fed. Cir. 1988).

As objective evidence that the specification discloses the claimed method in reasonable detail, so as to enable the expression of other genetic elements in the claimed method, the Examiner is respectfully requested to consider the attached Rule 132 declarations disclosing experiments conducted after the effective filing date of the present application. *In re Armbruster*, 185 U.S.P.Q. 152 (C.C.P.A. 1975). The Examiner is requested to note that evidence submitted under Rule 132 declarations to establish enablement need not be obtained by procedures that are

RESPONSE UNDER 37 C.F.R. § 1.111
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 6
Dkt: 950.001US4

identical to those disclosed in the specification. Rather, evidence submitted to establish enablement need only demonstrate that one of skill in the art in possession of the guidance provided by the specification, could practice the invention without undue experimentation. *In re Gunn*, 190 U.S.P.Q. 402 (CCPA 1976); *In re Wands*, 8 U.S.P.Q. 2d 1400, 1406-7 (Fed. Cir. 1988).

### 1.  The Stephens Declaration (*Bt* and PPT).

The Examiner is requested to consider the Rule 132 Declaration by Michael Stephens, enclosed herewith. Dr. Stephens is currently a Research Director at DEKALB Genetics Corporation, Mystic, CT. The undersigned attorney for Applicants verifies that this is a true and complete copy of the Declaration filed August 20, 1993, in application Serial No. 07/508,045, filed April 11, 1990, now 5,484,956. The '045 application is a continuation-in-part of Serial No. 07/467,983, filed January 22, 1990, abandoned, the grandparent of the present application.

In his Declaration, Dr. Stephens states that a synthetic HD73 *Bt* gene can be stably introduced into maize suspension cells in accord with the methodology as taught in the '045 application, and expressed in transformed regenerated R0 and R1 *Zea mays* plants as an insecticidally effective amount of the Bt endotoxin. The Examiner is respectfully requested to note that the present application discloses methods for the bombardment, identification, and regeneration of maize plants from maize cells using techniques identical to those disclosed in the '045 application. Thus, the Stephens Declaration establishes that a synthetic *Bt* gene can be stably introduced into cultured maize cells to yield fertile transgenic maize in accord with the methodology as taught in the present application. The Bt gene is disclosed in the present application at page 11, lines 15-16.

The Examiner is also requested to reconsider the paper "Field Performance of Elite Transgenic Maize Plants Expressing an Insecticidal Protein Derived from *Bacillus thuringiensis*," coauthored by M.G. Koziel et al., Bio/Technology, 11, 194 (1993), which was incorporated by reference into the Declaration. This CIBA-GEIGY research group demonstrated stable introduction into maize immature embryos of both a synthetic HD1 Bt gene encoding a truncated *Bt* endotoxin and a 35S/*bar* gene by microprojectile bombardment. The R0 and R1 maize plants exhibited resistance to phosphinothricin and to infestation to European corn borer

larvae under field conditions (see page 195, Col. 2; Table 1, and page 198, Col. 1). Thus, this report provides further evidence of the generality of the claimed method.

### 2. The Gordon-Kamm Declaration (PPT).

The Examiner is further respectfully requested to consider the Rule 132 Declaration, executed by Dr. William J. Gordon-Kamm, enclosed herewith. Dr. Gordon-Kamm is a former Senior Research Scientist at DEKALB Genetics Corporation, a named co-inventor on PCT application Serial No. WO 91/02071 and a co-author of the paper "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," The Plant Cell, 2, 603 (July 1990). The undersigned attorney for Applicants verifies that this is a true and complete copy of the Declaration filed November 10, 1992, in application Serial No. 07/974,379, filed November 10, 1992, now U.S. Pat. No. 5,538,877. The present application is a continuation of the '379 application.

In his Declaration, Dr. Gordon-Kamm states that the bombardment method disclosed in the '379 application was effective to transform cultured maize cells with the bacterial gene *bar*, which encodes the enzyme phosphinothricin acetyltransferase (PPT or PAT). Fertile transgenic R0 maize plants were recovered which, in turn, yielded R1 maize plants that were resistant to the herbicide bialaphos. Furthermore, the *bar* gene also was used for selection of transformed maize cells. Finally, Dr. Gordon-Kamm presents his opinion that the present method will be effective to produce transgenic maize plants which express other transgenes known to impart herbicide resistance, such as genes encoding mutant ESPS synthases, the nitrilase gene, mutant ALS, genes expressing methotrexate-resistant DHFR and the like. The Examiner is respectfully requested to note that the present application discloses methods for the bombardment, identification, and regeneration of maize plants from maize cells using techniques identical to those disclosed in the '379 application, now U.S. Pat. No. 5,538,877. Thus, the Gordon-Kamm Declaration establishes that the *bar* gene can be stably introduced into cultured maize cells to yield fertile transgenic maize in accord with the methodology as taught in the present application.

### 3. The Spencer Declaration (Glyphosate Resistance).

The Examiner is respectfully requested to consider the Rule 132 Declaration by T. Michael Spencer, enclosed herewith. T. Michael Spencer is currently a Project Leader with

DEKALB Genetics Corporation. The undersigned attorney for Applicants verifies that this is a true and complete copy of the Declaration filed August 20, 1993, in application Serial No. 07/508,045 filed April 11, 1990, now 5,484,956. The '045 application is a continuation-in-part of Serial No. 07/467,983, filed January 22, 1990, abandoned, the grandparent of the present application. The Examiner is requested to note that the transformation methods disclosed in the '045 application are identical to those disclosed in the present application. His declaration establishes that transgenic R0, R1 and R2 maize plants, produced in accord with the teachings of the present application, express an introduced gene encoding forms of ESPS synthase which impart glyphosate resistance to R2 generation maize plants. The *aroA* gene, which encodes an EPSP synthase, is disclosed in the specification at page 11, lines 16-17.

### 4. The Anthony Declaration (Seed Storage Proteins).

The Examiner is respectfully requested to consider the Rule 132 Declaration by Janice L. Anthony, enclosed herewith. Janice L. Anthony is a former Project Leader with DEKALB Genetics Corporation. The undersigned attorney for Applicants verifies that this is a true and complete copy of the Declaration filed August 3, 1994, in application Serial No. 07/285,488, filed August 3, 1994, now 5,508,468. The '488 application is a continuation of Serial No. 07/636,089, filed December 28, 1990, abandoned, which is a continuation-in-part of Serial No. 07/508,045, filed April 11, 1990, now 5,484,956, which is a continuation-in-part of Serial No. 07/467,983, filed January 22, 1990, abandoned, the grandparent of the present application.

Her declaration establishes that the bombardment method disclosed in the '488 application can be used to stably introduce a 10-kD zein seed storage protein gene operably linked to any one of three different promoters into maize callus, maize suspension cells, and immature maize embryos. The declaration further demonstrates that fertile transgenic *Zea mays* and progeny were obtained from the maize cells and tissue transformed with the gene encoding the seed storage protein. Seeds, obtained from R1 and R2 progeny of the transgenic R0 *Zea mays* plants containing introduced genes encoding seed storage proteins, contained significantly increased levels of the seed storage protein and methionine. The Examiner is requested to note that the transformation methods disclosed in the '488 application are identical to those disclosed in the present application. Thus, the Anthony Declaration establishes that a 10-kD zein storage

protein can be introduced into maize callus, maize suspension cells and immature maize embryos to yield fertile transgenic maize plants in accord with the methodology as taught in the present application.

If the Examiner determines that any of the materials or procedures detailed in the declarations represent such a departure from the teachings of the specification, considered with the level of skill in the art as of the filing date, that they represent an unobvious or inventive advance in the art, he is respectfully requested to specifically identify them, so that this issue can be fully addressed in the next response. Therefore, it is respectfully requested that the declarations submitted to establish enablement be fully and fairly considered in accordance with the applicable legal standards.

It is respectfully submitted that the Declarations provide evidence that a person of ordinary skill in the art could, using the present application as a guide and the knowledge generally available to the skilled person, practice the claimed method commensurate in scope with the claims.

Furthermore, each step in the process of producing a fertile transgenic maize plant, from initiating maize cell lines to regenerating plants from transformed maize cells, is detailed in the specification, as is a large number of genes that can be used in the claimed method. Thus, the specification provides a reasonable amount of guidance with respect to the direction in which experimentation should take to enable the expression of other known genetic elements. *Ex parte Jackson*, 217 U.S.P.Q. at 807.

As evidence of reason to doubt the enablement of the claimed method, the Examiner cites the present applications' disclosure of the *dapA* gene and the failure to recite the use of a chloroplast transit peptide *per se* or in conjunction with the *dapA* gene. The Examiner is respectfully requested to note that WO 89/11789 (copy enclosed) discloses a *dapA* gene further comprising DNA encoding a chloroplast transit peptide. This PCT application was published December 14, 1989, approximately one month before the effective filing date of the present application. A specification need not disclose what is well-known and preferably omits that which is well known to those skilled in the art and already available to the public. *In re Buchner*, 18 U.S.P.Q.2d 1331 (Fed. Cir. 1991).

RESPONSE UNDER 37 C.F.R. § 1.111
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 10
Dkt: 950 001US4

Moreover, the *dapA* gene product, dihydrodipicolinic acid synthase, catalyzes the first biosynthetic step of lysine. U.S. Patent 5,728,925 (copy enclosed) discloses that most amino acid syntheses in plants occur inside the chloroplast (col. 2, 18-19 and 32-33). The effective filing date of the '925 patent is July 15, 1985. According to the M.P.E.P., The Background of the Invention ordinarily comprises two parts, the Field of the Invention and a description of related art, and includes a description of the state of the prior art or other information known to the applicant. M.P.E.P. §608.01(c). Thus, it was well known to the art at the filing date of the present application that the *dapA* gene would most likely need to be expressed in the chloroplast in order for the gene product to be functional. It is Applicants' position that given the detailed disclosure of Applicants' specification, in combination with the disclosure of WO89/11789 and the well known concept that amino acid syntheses occur in the chloroplasts, the art could modify a *dapA* gene for expression in maize without undue experimentation.

The Examiner relies on *Brenner v. Manson*, 148 U.S.P.Q. 689 (1966) for the proposition that merely disclosing the idea that genetic elements can be placed into maize does not constitute an enabling disclosure without providing the reasonable expectation that such action would be universally successful. In *Brenner*, the application had been rejected for failure to "disclose any utility for the chemical compound produced by the [claimed] process." *Id.* at 690. Thus, *Brenner*, which adjudicates a rejection under 35 U.S.C § 101, is inapposite to the 35 U.S.C. § 112(1) rejection in the present application.

Therefore, Appellants' specification is fully in accord with the requirements of 35 U.S.C. § 112, first paragraph, and reconsideration and withdrawal of the rejection under 35 U.S.C. § 112, first paragraph, is respectfully requested

*Rejection under 35 U.S.C. § 103*

Claims 23-29, 41-45, 48-52 and 55-59 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Sanford (Physiol. Plant., 79, 206-209 (1990)) in view of Klein et al. (Bio/Technol., 6, 559-563 (1988)), Armstrong et al. (Planta, 164, 207-214 (1985)), Adang et al. (U.S. Patent No. 5,380,318), DeBlock et al. (EMBO J., 6, 2513-2518 (1987)) and Poehlman (In: Breeding Field Crops, 3rd Edition, AVI Publishing Co., Inc., Westport, CT, p. 203-206 (1986)).

The Examiner cites Sanford (Physiologia Plantarum, 79, 206-209 1990) as teaching the method of microprojectile bombardment to transfer DNA into plants. However, this review, published in June, 1990, simply reflects the art prior to the first report of the successful transformation of maize by Gordon-Kamm et al. in July, 1990 (The Plant Cell, 2, 603-618 (July, 1990)). The Examiner is respectfully requested to consider that the Sanford review does not disclose transgenic maize plants prepared by bombardment. At page 207, col. 1, Sanford states that "with further development of the technology, any tissue of any plant species might be transformable by the biolistic process" (emphasis added). This is no more than an invitation to conduct further experiments, and does not amount to a disclosure that maize cells can be transformed, selected, and subsequently regenerated to yield fertile transgenic plants.

The Examiner also states in the Office Action that Sanford cites Wang et al. (Plant Mol. Biol., 11, 433-439 (1988)) (copy enclosed) as disclosing transformation of corn by microprojectile bombardment. The Examiner is requested to note that Wang et al. do not teach the stable transformation of corn. The Wang et al. reference discloses the transient transformation of cultured cells of rice, wheat and soybean by bombardment.

With respect to Klein et al. (Bio/Technol., 6, 559-563 (1988)), the Examiner states that page 562, col. 2, discloses that the "stable transformation of maize callus via the disclosed technique is evident," and concludes that Klein et al. "clearly teach the application of the method of bombarding maize scutellum and/or suspension cells to transform them." However, the Examiner is urged to consider that he is reading Klein et al. to "teach" much more than the art worker could possibly derive from this limited and specific disclosure.

To begin with, Klein et al. do not disclose or confirm that the cultured BMS maize cells or the scutellum that were bombarded were found to be stably transformed with the exogenous DNA. Klein et al. repeatedly refer to transient expression of the gene in both the cultured cells and scutellum (see, for instance, Figure 2 and Figure 3), and conclude that "[bombardment] may be useful for the stable transformation of monocot species" (emphasis added).

Moreover, Klein et al. do not disclose what type of tissue was used to produce the "cultures of maize" that were "stably transformed" in the "manuscript in preparation" much less that these cultures could be regenerated into fertile plants. The fact that both the cited Klein et al.

RESPONSE UNDER 37 C.F.R. § 1.111
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 12
Dkt: 950 001US4

paper and the later Klein et al. Plant Physiol. paper (91, 440 (1989)) use BMS cultures as starting materials is evidence that Klein et al. in fact transformed a tissue that could not be regenerated into plants.

Furthermore, the mention of "tissue" that will be a prime target for future attempts at transformation is clearly intended as a reference to scutellum, not to callus. However, as noted above, there is nothing to suggest that Klein et al. believed that they had achieved stable transformation of scutellum. Therefore, Klein et al. do not "teach" the production of stably transformed maize tissue.

In conclusion, there is nothing in the Klein et al. paper that would "teach" the art worker how to prepare stably transformed maize cells, or how to regenerate the cells to yield a fertile maize plant that can sexually transmit the introduced DNA to subsequent generations. The Klein et al. paper is no more than an invitation to conduct further undefined experiments, and does not amount to a suggestion of Applicants' method, either considered alone, or in combination with any of the cited art.

The Examiner cites Armstrong et al. (Planta, 164, 207-214 (1985)) as disclosing the regeneration of maize from friable embryogenic callus of both Type I and Type II tissue cultures of inbred and hybrid cultures. However, Armstrong et al. do not suggest that such cultures would remain viable after bombardment and selection, or that the cultures would retain the ability to regenerate fertile maize plants containing the foreign DNA or to transmit the foreign DNA to progeny plants. Thus, Armstrong et al. do not suggest Applicants' method, either alone or in combination with any of the cited art.

The Examiner cites Adang et al. as teaching the modification and use of Bt endotoxin to produce plants that are insect resistant. Adang et al. suggest that both dicots and monocots can be transformed. The methods disclosed by Adang et al. to transform plants consist of direct DNA uptake, electroporation, microinjection, and T-DNA mediated transformation.

There is no suggestion in Adang et al. that maize cells can be transformed by microprojectile bombardment, or that fertile transgenic maize capable of transmitting the foreign DNA to progeny plants can be regenerated from bombarded cells. Thus, Adang et al., alone or in combination with the other cited art, fails to suggest the claimed method.