<u>S/N 08/677,695</u>                                                       <u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents        
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 forms, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

In the Information Disclosure Statement filed in the instant application on January 29, 1997, the following citation appeared on p. 1 of the Form 1449:

•     U.S. Patent No. 4,559,302 -- J. R. Turner

Applicants' representatives recently discovered that, due to a clerical error, the inventor listed in association with this U.S. Patent should be "Ingolia." Applicants have here respectfully resubmitted a copy of this prior art reference with the correct citation on the attached Form 1449.

The Examiner is respectfully requested to note that an investigation by outside counsel engaged by Assignee, DEKALB Genetics Corporation, led to the conclusion that Lundquist et al. were the first to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, i.e., that the DNA was heritable. It was also concluded that, while Adams et al., the named inventors of U.S. Patent No. 5,550,318, were the second to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, Adams et al. were the first to demonstrate that the DNA was chromosomally integrated in transformed callus.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:   METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US4

The Examiner is also requested to note that Adams et al. swore behind the filing date of Lundquist et al. application Serial No. 07/467,983, filed January 22, 1990, by means of Rule 131 declarations filed on April 27, 1995, in commonly assigned Serial No. 07/565,844, filed August 9, 1990, to establish an earlier date of invention of fertile transgenic corn comprising the *bar* gene.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.979(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date ___16 Feb 1999___   By ___Woessner___

WDW:jsf

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on February 16, 1999.

___CHRIS HAMMOND___          ___Chris Hammond___
Name                                              Signature

0002700

Sheet 1 of 14

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 07/392,176 | | Adams et al. | | | 08/09/89 |
| | 4,520,113 | 05/28/1985 | Gallo et al. | 436 | 504 | 04/23/84 |
| | 4,536,475 | 08/20/1985 | Anderson | 435 | 172.3 | 10/05/82 |
| | 4,559,302 | 12/17/1985 | Ingolia | 435 | 172.3 | 11/01/82 |
| | 4,708,818 | 11/24/1987 | Montagnier et al. | 435 | 5 | 12/05/83 |
| | 4,945,050 | 07/31/1990 | Sanford et al. | 435 | 172.1 | 11/13/84 |
| | 4,956,282 | 09/11/1990 | Goodman et al. | 435 | 69.51 | 07/29/85 |
| | 5,036,006 | 07/30/1991 | Sanford et al. | 435 | 170.1 | 11/13/84 |
| | 5,077,399 | 12/31/1991 | Brauer et al. | 536 | 27 | 05/13/88 |
| | 5,082,767 | 01/21/1992 | Hatfield et al. | 435 | 6 | 02/27/89 |
| | 5,196,342 | 03/23/1993 | Donovan | 435 | 320.1 | 04/16/87 |
| | 5,240,841 | 08/31/1993 | Johnston et al. | 435 | 172.3 | 03/21/85 |
| | 5,310,667 | 05/10/1994 | Eichholtz et al. | 435 | 172.3 | 07/17/89 |
| | 5,371,015 | 12/06/1994 | Sanford et al. | 435 | 287 | 11/13/84 |
| | 5,464,763 | 11/07/1995 | Schilperoort et al. | 435 | 172.3 | 02/23/84 |
| | 5,495,071 | 02/27/1996 | Fischhoff et al. | 800 | 205 | 04/29/87 |
| | 5,538,877 | 07/23/1996 | Lundquist et al. | 435 | 172.3 | 01/22/90 |
| | 5,538,880 | 07/23/1996 | Lundquist et al. | 435 | 172.3 | 01/22/90 |
| | 5,580,716 | 12/03/1996 | Johnston et al. | 435 | 5 | 03/21/85 |
| | 5,693,507 | 12/02/1997 | Daniell et al. | 435 | 172.3 | 09/26/88 |
| | 5,780,708 | 07/14/1998 | Lundquist et al. | 800 | 205 | 01/22/90 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|
| | 0 142 924 A2 | 05/29/1985 | European | C12N | 15/00 | |
| | 0 269 601 A2 | 06/01/1988 | European | C12N | 15/00 | |
| | 0 331 083 A2 | 09/06/1989 | European | C12N | 15/00 | |
| | 86/01536 | 03/13/1986 | PCT | C12P | 15/00 | |
| | 86/03776 | 07/03/1986 | PCT | C12N | 15/00 | |
| | 88/08034 | 10/20/1988 | PCT | C12P | 21/00 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | In Vitro Cellular & Developmental Biology, 21, Program Issue: Thirty-Sixth Annual Meeting of the Tissue Culture Association, New Orleans, LA, 88 p. (Mar. 1985) |
| | In Vitro Cellular & Developmental Biology, 23, Program Issue: Thirty-Eighth Annual Meeting of the Tissue Culture Association, Washington, D.C., 93 p. (Mar. 1987) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

---

*In Vitro Cellular & Developmental Biology, 24*, Program Issue: Thirty-Ninth Annual Meeting of the Tissue Culture Association, Las Vegas, NV, 92 p. (Mar. 1988)

*In Vitro Cellular & Developmental Biology, 25*, Program Issue: Fortieth Annual Meeting of the Tissue Culture Association, Orlando, Fl, 73 p. (Mar. 1989)

"European Firm Devises Insect-Resistant Plants", *Agricultural Biotechnology News*, 1, 6 (Mar.-Apr. 1986)

"Molecular Strategies for Crop Improvement", *Journal of Cellular Biochemistry*, Supplement 14e, List of Plenary and Poster Sessions, organized by Arntzen, C., et al., for The Keystone Conference on Molecular Strategies for Crop Plant Improvement, held at the 19th UCLA Symposia, 257 (1990)

Abbe, E.C., et al., "The Growth of the Shoot Apex in Maize: Embryogeny", *American Journal of Botany, 41*, 285-293 (Apr. 1954)

Adang, M.J., et al., "Expression of a *Bacillus thuringiensis* Insecticidal Crystal Protein Gene in Tobacco Plants", *Molecular Strategies for Crop Protection*, Arntzen, C.J., et al. (eds.), Alan R. Liss, Inc., New York, 345-353 (1987)

Anderson, P.C., et al., "Herbicide-Tolerant Mutants of Corn", *Genome, 31*, 994-999 (1989)

Angus, T.A., "Implications of Some Recent Studies of *Bacillus thuringiensis* -- A Personal Purview", *Proceedings of the 4th International Colloquium on Insect Pathology*, College Park, MD, 183-189 (Aug. 25-28, 1970)

Armaleo, D., et al., "Biolistic Nuclear Transformation of Saccharomyces cerevisiae and Other Fungi", *Curr. Genet., 17*, 97-103 (1990)

Aronson, A.I., et al., "*Bacillus thuringiensis* and Related Insect Pathogens", *Microbiological Reviews, 50*, 1-24 (Mar. 1986)

Aronson, J.N., et al., "Toxic Trypsin Digest Fragment from the *Bacillus thuringiensis* Parasporal Protein", *Applied and Environmental Microbiology, 53*, 416-421 (Feb. 1987)

Barton, K.A., et al., "*Bacillus thuringiensis* δ-Endotoxin Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects", *Plant Physiol., 85*, 1103-1109 (1987)

---

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author. Title. Date. Pertinent Pages. Etc.)

**\*\*Examiner Initial**

| | |
|---|---|
| | Birk, Y., et al., "Separation of a Tribolium-Protease Inhibitor from Soybeans on a Calcium Phosphate Column", Biochem. Biophys. Acta, 67, 326-328 (Feb. 12, 1963) |
| | Bishop, D.H., et al., "Genetically Engineered Viral Insecticides -- A Progress Report 1986-1989", Pestic. Sci., 27, 173-189 (1989) |
| | Boynton, J.E., et al., "Chloroplast Transformation in Chlamdomonas with High Velocity Microprojectiles", Science, 240, 1534-1537 (June 10, 1988) |
| | Bryant, J.A., "At Last: Transgenic Cereal Plants from Genetically Engineered Protoplasts", Trends in Biotechnology, 6, 291-292 (Dec. 1988) |
| | Burgerjon, A., et al., "Industrial and International Standardization of Microbial Pesticides -- I. Bacillus thuringiensis", Entomophaga, 22, 121-129 (1977) |
| | Busvine, J.R., A Critical Review of the Techniques for Testing Insecticides, Table of Contents, Commonwealth Agricultural Bureaux, Slough, England, iii-xi (1971) |
| | Bytebier, B., et al., "T-DNA Organization in Tumor Cultures and Transgenic Plants of the Monocotyledon Asparagus officinalis", Proc. Natl. Acad. Sci. USA, 84, 5345-5349 (Aug. 1987) |
| | Calabrese, D.M., et al., "A Comparison of Protein Crystal Subunit Sizes in Bacillus thuringiensis", Canadian Journal of Microbiology, 26, 1006-1010 (Aug. 1980) |
| | Caplan, A., et al., "Introduction of Genetic Material into Plant Cells", Science, 222, 815-821 (Nov. 18, 1983) |
| | Chaleff, R.S., "Induction, Maintenance, and Differentiation of Rice Callus Cultures on Ammonium as Sole Nitrogen Source", Plant Cell Tissue Organ Culture, 2, 29-37 (1983) |
| | Christou, P., et al., "Inheritance and Expression of Foreign Genes in Transgenic Soybean Plants", Proc. Natl. Acad. Sci. USA, 86, 7500-7504 (Oct. 1989) |
| | Cooksey, K.E., "Purification of a Protein from Bacillus thuringiensis Toxic to Larvae of Lepidoptera", Biochem. J., 106, 445-454 (1968) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

De Block, M., et al., "Expression of Foreign Genes in Regenerated Plants and Their Progeny", EMBO J., 3, 1681-1689 (1984)

De Block, M., et al., "The Use of Phosphinothricin Resistance as a Selectable Marker in Tobacco Protoplast Transformation", In: Progress in Plant Protoplast Research, Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, 389-392 (Dec. 6-11, 1987)

Denecke, J., et al., "Quantification of Transient Expression Levels of Genes Transferred to Plant Protoplasts by Electroporation", Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, 337-338 (Dec. 6-11, 1987)

Duncan, D.R., et al., "The Production of Callus Capable of Plant Regeneration for Immature Embryos of Numerous Zea Mays Genotypes", Planta, 165, 322-332 (1985)

Dunleavy, J.M., "Curtobacterium plantarum sp. nov. Is Ubiquitous in Plant Leaves and Is Seed Transmitted in Soybean and Corn", International Journal of Systematic Bacteriology, 39, 240-249 (July 1989)

Dybvig, K., et al., "Transposition of Gram-Positive Transposon Tn916 in Acholeplasma laidlawii and Mycoplasma pulmonis", Science, 235, 1392-1394 (Mar. 13, 1987)

Edallo, S., et al., "Chromosomal Variation and Frequency of Spontaneous Mutation Associated with in vitro Culture and Plant Regeneration in Maize", Maydica, 26, 39-56 (1981)

Fast, P.G., et al., "Bacillus thuringiensis δ-Endotoxin: Evidence that Toxin Acts at the Surface of Susceptible Cells", Experientia, 34, 762-763 (1978)

Faust, R.M., et al., "Bacteria and Their Toxins as Insecticides", In: Microbial and Viral Pesticides, Kurstak, E., (ed.), Marcel Dekker, Inc., New York, 75-208 (1982)

Finkle, B.J., et al., "Growth and Regeneration of Alfalfa Callus Lines After Freezing in Liquid Nitrogen", Plant Science, 42, 133-140 (1985)

Finney, D.J., In: Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve, iii-ix (1952)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002704

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Fischhoff, D.A., et al., "Insect Tolerant Transgenic Tomato Plants", Bio/technology, 5, 807-812 (1987)

Fukuto, T.R., "Physicochemical Aspects of Insecticidal Action", In: Insecticidal Biochemistry and Physiology, Wilkinson, C.F., (ed.), Plenum Press, New York, 397-428 (1976)

Gallagher, S., "Progress and Promise of the Particle Gun", Ag Biotechnology News, 6, 12-13 (Mar.-Apr. 1989)

Gallie, D.R., et al., "The 5'-leader Sequence of Tobacco Mosaic Virus RNA Enhances the Expression of Foreign Gene Transcripts in Vitro and in Vivo", Nucleic Acids Research, 15, 3257-3273 (1987)

Gatehouse, A.M.R., et al., "Assessment of the Antimetabolic Effects of Trypsin Inhibitors from Cowpea (Vigna unguiculata) and Other Legumes on Development of the Bruchid Beetle Callosobruchus maculatus", J. Sci. Food Agric., 34, 345-350 (1983)

Genovesi, A.D., et al., "Embryogenesis in Callus Derived from Rice Microspores", Plant Cell Reports, 1, 257-260 (1982)

Georghiou, G.P., et al., "Factors Influencing the Evolution of Resistance", In: Pesticide Resistance: Strategies and Tactics for Management, Committee on Strategies for the Management of Pesticide Resistant Pest Populations, Board on Agriculture, National Research Council, National Academy Press, Washington, D.C., 157-169 (1986)

Gerlach, W.L., "Genetic Engineering: Its Place in Plant Breeding", In: Plant Breeding and Genetic Engineering, Zakri, A.H., (ed.), Society for the Advancement of Breeding Researches in Asia and Oceania, Bangi, Malaysia, 269-277 (1988)

Goldfarb, B., et at., "Transient Expression of Microprojectile-Introduced DNA in Douglas-Fir", J. Cell. Biochem., 13D, Abstract No. M121, p. 259 (1989)

Goldman, S.L., et al., "Transformation of Zea mays by Agrobacterium tumefaciens: Evidence for Stable Genetic Alterations", Journal of Cellular Biochemistry, 11B, Abstract No. F 202, p. 26 (1987)

Gordon, P.N., et al., "Plant Regeneration from Tissue Cultures of Maize", Maize Genetics Cooperation Newsletter, 51, 79-80 (Mar. 1, 1977)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002705

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Green, C.E., "New Developments in Plant Tissue Culture and Plant Regeneration", In: Basic Biology of New Developments in Biotechnology, Hollaender, A., et al., (eds.), Plenum Press, New York, 195-209 (1983)

Green, C.E., "Somatic Embryogenesis and Plant Regeneration from the Friable Callus of Zea mays", Proceedings of the 5th International Congress on Plant Tissue & Cell Culture, Tokyo, Japan, 107-108 (1982)

Haccius, B., "Question of Unicellular Origin of Non-Zygotic Embryos in Callus Cultures", Phytomorphology, 28, 74-81 (1978)

Harms, C.T., et al., "Regeneration of Plantlets from Callus Cultures of Zea mays L.", Z. Pflanzenzuchtg. 77, 347-351 (1976)

Hartree, E.F., "Determination of Protein: A Modification of the Lowry Method that Gives a Linear Photometric Response", Analytical Biochemistry, 48, 422-427 (1972)

Harvey, W.R., et al., "Potassium Ion Transport ATPase in Insect Epithelia", J. Exp. Biol., 106, 91-117 (1983)

Heimpel, A.M., et al., "Recent Advances in the Knowledge of Some Bacterial Pathogens of Insects", Proceedings of the Tenth International Congress of Entomology, Vol. 4, 711-722 (1956)

Heimpel, A.M., et al., "The Site of Action of Crystalliferous Bacteria in Lepidoptera Larvae", Journal of Insect Pathology, 1, 152-170 (1959)

Hernalsteens, J.-P., et al., "An Agrobacterium-Transformed Cell Culture from the Monocot Asparagus Officinalis", The EMBO Journal, 3, 3039-3041 (Dec. 1984)

Hibberd, K.A., "Induction, Selection, and Characterization of Mutants in Maize Cell Cultures", In: Cell Culture and Somatic Cell Genetics of Plants, Vol. 1, Vasil, I.K., (ed.), Academic Press, Inc., Orlando, FL, 571-576 (1984)

Hickle, L.A., et al., "Analytical Chemistry of Bacillus thuringiensis: An Overview", In: Analytical Chemistry of Bacillus thuringiensis, Hickle, L.A., et al., (eds.), Developed from a Symposium Sponsored by the Division of Agrochemicals at the 198th National Meeting of the American Chemical Society, Miami Beach, FL, vii-ix, 1-8 (Sep. 10-15, 1989)

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages. Etc.)

**Examiner Initial**

Hilder, V.A., et al., "A Novel Mechanism of Insect Resistance Engineered into Tobacco", Nature, 330, 160-163 (Nov. 12, 1987)

Hodges, T.K., et al., "Genotype Specificity of Somatic Embryogenesis and Regeneration in Maize", Bio/technology, 4, 219-223 (Mar. 1986)

Hodges, T.K., et al., "Regeneration of Maize", In: Biotechnology in Plant Science, Zaitlin, M., et al., (ed.), Academic Press, Inc., Orlando, FL, 15-33 (1985)

Hoekema, A., et al., "Codon Replacement in the PGK1 Gene of Saccharomyces cerevisiae: Experimental Approach to Study the Role of Biased Codon Usage in Gene Expression", Molecular and Cellular Biology, 7, 2914-2924 (Aug. 1987)

Hofmann, C., et al., "Binding of the Delta Endotoxin from Bacillus thuringiensis to Brush-Border Membrane Vesicles of the Cabbage Butterfly (Pieris Brassicae)", Eur. J. Biochem., 173, 85-91 (1988)

Hofmann, C., et al., "Specificity of Bacillus thuringiensis δ-Endotoxins is Correlated with the Presence of High-Affinity Binding Sites in the Brush Border Membrane of Target Insect Midguts", Proc. Natl. Acad. Sci. USA, 85, 7844-7848 (Nov. 1988)

Höfte, H., et al., "Monoclonal Antibody Analysis and Insecticidal Spectrum of Three Types of Lepidopteran-Specific Insecticidal Crystal Proteins of Bacillus thuringiensis", Applied and Environmental Microbiology, 54, 2010-2017 (Aug. 1988)

Höfte, H., et al., "Structural and Functional Analysis of a Cloned Delta Endotoxin of Bacillus thuringiensis berliner 1715", Eur. J. Biochem., 161, 273-280 (1986)

Hollingworth, R.M., "The Biochemical and Physiological Basis of Selective Toxicity", In: Insecticidal Biochemistry and Physiology, Wilkinson, C.F., (ed.), Plenum Press, New York, 431-506 (1976)

Horsch, R.B., et al., "A Simple and General Method for Transferring Genes into Plants", Science, 227, 1229-1231 (Mar. 8, 1985)

Huber, H.E., et al., "Bacillus thuringiensis δ-Endotoxin: Composition and Activation", In: Pathogenesis of Invertebrate Microbial Diseases, Davidson, E.W., (ed.), Allanheld, Osmun & Co. Publishers, Inc., Totowa, NJ, 209-234 (1981)

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* <br><br> INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US4 | | Serial No. 08/677,695 |
|---|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | | |
| | Filing Date: July 10, 1996 | | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Huber-Lukac, M., et al., "Characterization of Monoclonal Antibodies to a Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki*", Infection and Immunity, 54, 228-232 (Oct. 1986)

Imbrie-Milligan, C.W., et al., "Microcallus Formation from Maize Protoplasts Prepared from Embryogenic Callus", Planta, 168, 395-401 (1986)

Jarrett, P., "Potency Factors in the delta-Endotoxin of *Bacillus thuringiensis* var. *aizawi* and the Significance of Plasmids in their Control", Journal of Applied Bacteriology, 58, 437-448 (1985)

Johnson, D.E., "Toxicity of *Bacillus thuringiensis* Entomocidal Protein Toward Cultured Insect Tissue", Journal of Invertebrate Pathology, 38, 94-101 (1981)

King, P., et al., "Maize", In: Handbook of Plant Cell Culture, Vol. 2, Sharp, W.R., et al., (eds.), Macmillan Publishing Company, New York, 69-91 (1984)

Klein, T.M., et al., "Advances in Direct Gene Transfer into Cereals", In: Genetic Engineering: Principles and Methods, Vol. 11, Setlow, J.K., (ed.), Plenum Publishing Corp., New York, 13-31 (1989)

Klein, T.M., et al., "Particle Gun Technology: A Novel Method for the Introduction of DNA into Living Cells", Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties", Poster, #28, Ithaca, NY, 25 (June 23-27, 1985)

Klein, T.M., et al., "Stable Genetic Transformation of Intact *Nicotiana* Cells by the Particle Bombardment Process", Proc. Natl. Acad. Sci. USA, 95, 5502-5505 (Nov. 1988)

Knowles, B.H., et al., "Characterization and Partial Purification of a Plasma Membrane Receptor for *Bacillus thuringiensis* var. *Kurstaki* Lepidopteran-Specific δ-Endotoxin", J. Cell Sci., 83, 89-101 (1986)

Knowles, B.H., et al., "Lectin-Like Binding of *Bacillus thuringiensis* var. *Kurstaki* Lepidopteran-Specific Toxin is an Initial Step in Insecticidal Action", FEBS Letters, 168, 197-202 (Mar. 1984)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Langridge, W.H., et al., "Electric Field Mediated DNA Transformation in Plant Protoplasts", <u>Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"</u>, Ithaca, NY, Poster #30, p. 25 (June 23-27, 1985)

Leason, M., et al., "Inhibition of Pea Leaf Glutamine Synthetase by Methionine Sulphoximine, Phosphinothricin and Other Glutamate Analogues", <u>Biochemistry, 21</u>, 855-857 (1982)

Lee, B., "Cereal Transformation", <u>Plants Today</u>, 9-11 (Jan.-Feb. 1989)

Lörz, H., et al., "Gene Transfer to Cereal Cells Mediated by Protoplast Transformation", <u>Mol. Gen. Genet., 199</u>, 178-182 (1985)

Lowe, K., et al., "Plant Regeneration via Organogenesis and Embryogenesis in the Maize Inbred Line B73", <u>Plant Science, 41</u>, 125-132 (1985)

Luckow, V.A., et al., "Trends in the Development of Baculovirus Expression Vectors", <u>Bio/Technology, 6</u>, 47-55 (Jan. 1988)

Lüthy, P., "Insecticidal Toxins of *Bacillus thuringiensis*", <u>FEMS Microbiology Letters, 8</u>, 1-7 (1980)

Mangano, M.L., et al., "Long-Term Cold Storage of Regenerable Maize Callus", <u>In Vitro Cellular and Developmental Biology, 25</u>, Abstract No. 224, p. 66A (Mar. 1989)

Merryweather, A.T., et al., "Construction of Genetically Engineered Baculovirus Insecticides Containing the *Bacillus thuringiensis* subsp. *Kurstaki* HD-73 Delta Endotoxin", <u>Journal of General Virology, 71</u>, 1535-1544 (1990)

Molnar, S.J., et al., "Initiation of Totipotent Tissue Cultures from Undeveloped Axillary and Secondary Ears", <u>Maize Genetics Cooperation Newsletter, 54</u>, 52-53 (Mar. 31, 1980)

Murphy, D.W., et al., "*Bacillus thuringiensis* Enzyme-Digested Delta Endotoxin: Effect on Cultured Insect Cells", <u>Science, 194</u>, 954-956 (Nov. 26, 1976)

Nishiitsutsuji-Uwo, J., et al., "Mode of Action of *Bacillus thuringiensis* δ-Endotoxin: Effect on TN-368 Cells", <u>Journal of Invertebrate Pathology, 34</u>, 267-275 (1979)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc )

**Examiner Initial**

| | |
|---|---|
| | Ochatt, S.J., et al., "Selection for Salt/Drought Tolerance using Isolated Protoplasts and Protoplast-Derived Calli of Colt Cherry (*Prunus avium x pseudocerasus*)", In: Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, The Netherlands, p. 391-392 (1988) |
| | Oeda, K., et al., "Formation of Crystals of the Insecticidal Proteins of *Bacillus thuringiensis* subsp. *aizawai* IPL7 in *Escherichia coli*", Journal of Bacteriology, 171, 3568-3571 (June 1989) |
| | Park, W.D., et al., "High-Level, Sucrose-Inducible Expression of a Chimeric Patatin-GUS Gene In Leaf Explants of Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D, Abstract No. M 343, p. 310 (Mar. 27-Apr. 7, 1989) |
| | Perlak, F.J., et al., "Expression of Bacillus thuringiensis Proteins in Transgenic Plants", In: Biotechnology, Biological Pesticides and Novel Plant-Pest Resistance for Insect Pest Management, Roberts, D.W., et al., (eds.), Insect Pathology Resource Center, Boyce Thompson Institute for Plant Research, Cornel University, Ithaca, NY, 77-81 (1988) |
| | Poehlman, J.M., et al., In: Breeding Field Crops, 3rd Edition, AVI Publishing Company, Inc., Westport, CT, 149-152 (1987) |
| | Poethig, R.S., "Maize -- The Plant and Its Parts", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Molecular Biology Association., Charlottesville, VA, 9-18 (1982) |
| | Potrykus, I., et al., "Direct Gene Transfer: State of the Art and Future Potential", Plant Molecular Biology Reporter, 3, 117-128 (Summer 1985) |
| | Randolph, L.F., et al., "Developmental Morphology of the Caryopsis in Maize", Journal of Agricultural Research, 53, 881-916 (Dec. 15, 1936) |
| | Rhodes, C.A., et al., "Cytogenetic Stability of Aneuploid Maize Tissue Cultures", Can. J. Genet. Cytol., 28, 374-384 (1986) |
| | Rhodes, C.A., et al., "Factors Affecting Tissue Culture Initiation from Maize Tassels", Plant Science, 46, 225-232 (1986) |
| | Rice, T.B., "Tissue Culture Induced Genetic Variation in Regenerated Maize Inbreds", Proceedings of the 37th Annual Corn & Sorghum Industry Research Conference, 148-162 (1982) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No : 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**\*\*Examiner Initial**

| | |
|---|---|
| | Rosahl, S., et al., "Expression of a Tuber-Specific Storage Protein In Transgenic Tobacco Plants: Demonstration Of An Esterase Activity", EMBO. J, 6, Press Limited, Oxford, England, 1155  (1987) |
| | Roth, B.A., et al., "Genetic Regulation of Transient Expression of Maize Anthocyanin Pathway Genes Introduced into Intact Maize Tissues by Microprojectile Bombardment", Journal of Cellular Biochemistry, 13D,  Abstract No. M 344, p. 310  (Mar. 27-Apr. 7, 1989) |
| | Roush, R.T., et al., "Ecological Genetics of Insecticidal and Acaricide Resistance", Ann. Rev. Entomol., 32,  361-380  (1987) |
| | Ryan, A.J., et al., "The Expression of the Napin Gene Under the Control of Its Own Promoter in Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D,  Abstract No. M 345, p. 310  (Mar. 27-Apr. 7, 1989) |
| | Sanford, J.C., "The Biolistic Process", Plant Physiology, 89,  Abstract No. 9, p. 2  (Apr. 1989) |
| | Sanford, J.C., et al., "Delivery of DNA into Regenerable Tissues of Monocots, Using High-Velocity Microprojectiles", Grant Application No. 86-0183, United States Department of Agriculture, Science and Education, 57 p.  (Feb. 27, 1986) |
| | Sass, J.E., "Comparative Leaf Number in the Embryos of Some Types of Maize", Iowa State Coll. J. Sci., 25,  509-512  (1951) |
| | Schafer, W., et al., "T-DNA Integration and Expression in a Monocot Crop Plant after Induction of Agrobacterium", Nature, 327,  529-532  (June 11, 1987) |
| | Schardl, C.L., et al., "Design and Construction of a Versatile System for the Expression of Foreign Genes in Plants", Gene, 61,  1-11  (1987) |
| | Schnepf, H.E., et al., "Delineation of a Toxin-Encoding Segment of a Bacillus thuringiensis Crystal Protein Gene", The Journal of Biological Chemistry, 260, 6273-6280  (1985) |
| | Shaner, D.L., et al., "Mechanism of Action of the Imidazolinones and Cell Culture Selection of Tolerant Maize", In: Biotechnology in Plant Sciences, Zaitlin, M., et al., (eds.), Academic Press, Orlando, FL, 287-299  (1985) |
| | Sharman, B.C., "Developmental Anatomy of the Shoot of Zea mays L.", Annals of Botany, VI, 246-281  (Apr. 1942) |

| Examiner | |Date Considered |
|---|---|
| | | |

*Substitute Disclosure Statement Form (PTO-1449)

\*\*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformar and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Shields, R., "Towards Insect-Resistant Plants", Nature, 328, 12-13 (July 2, 1987)

Shivakumar, A.G., et al., "Vegetative Expression of the δ-Endotoxin Genes of Bacillus thuringiensis subsp. kurstaki in Bacillus subtilis", Journal of Bacteriology, 166, 194-204 (Apr. 1986)

Smith, G.E., et al., "Molecular Engineering of the Autographa californica Nuclear Polyhedrosis Virus Genome: Deletion Mutations Within the Polyhedrin Gene", Journal of Virology, 46, 584-593 (May 1983)

St. Julian, G., et al., "Bacteria, Spirochetes, and Rickettsia as Insecticides", Annals of the New York Academy of Sciences, 217, 65-75 (1973)

Stalker, D.M., et al., "Herbicide Resistance in Transgenic Plants Expressing a Bacterial Detoxification Gene", Science, 242, 419-422 (Oct. 21, 1988)

Stolle, C.A., et al., "Cellular Factor Affecting the Stability of β-globulin mRNA", Gene, 62, 65-74 (1988)

Strauch, E., et al., "Cloning of a Phosphinothricin N-Acetyltransferase Gene from Streptomyces Viridochromogenes Tu494 and its Expression in Streptomyces lividans and Escherichia coli", Gene, 63, 65-74 (1988)

Stroo, H.F., et al., "Heterotrophic Nitrification in an Acid Forest Soil and by an Acid-Tolerant Fungus", Applied and Environmental Microbiology, 52, 1107-1111 (Nov. 1986)

Suprasanna, P., et al., "Plantlet Regeneration from Glume Calli of Maize (Zea mays L.)", Theor. Appl. Genet., 72, 120-122 (1986)

Thomas, W.E., et al., "Mechanism of Action of Bacillus thuringiensis var israelensis Insecticidal δ-Endotoxin", FEBS Letters, 154, 362-368 (Apr. 1983)

Tojo, A., et al., "Dissolution and Degradation of Bacillus thuringiensis δ-Endotoxin by Gut Juice Protease of the Silkworm Bombyx mori", Applied and Environmental Microbiology, 45, 576-580 (Feb. 1983)

Tomes, D.T., "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets", In: Cereal Tissue and Cell Culture, Bright, S.W.J., et al., (eds.), Martinus Nijhoff/Dr. W. Junk, Amsterdam, The Netherlands, 175-203 (1985)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Tomes, D.T., "Initiation of Embryogenic Callus Cultures from Immature Embryos of Elite Corn (*Zea mays* L.) Germplasm", <u>In Vitro, 20</u>, Abstract No. 146, P. 276 (Mar. 1984)

Tomes, D.T., et al., "The Effect of Parental Genotype on Initiation of Embryogenic Callus from Elite Maize (*Zea mays* L.) Germplasm", <u>Theor. Appl. Genet., 70</u>, 505-509 (1985)

Torne, J.M., et al., "Regeneration of Plants from Mesocotyl Tissue Cultures of Immature Embryos of *Zea mays* L.", <u>Plant Science Letters, 17</u>, 339-344 (1980)

Vaeck, M., et al., "*Bacillus thuringiensis* Endotoxin Gene Expression and Insect Resistance in Higher Plants", <u>Pesticide Science, 20</u>, 319-320 (1987)

Vaeck, M., et al., "Engineering Improved Crops for Agriculture: Protection from Insects and Resistance to Herbicides", In: <u>Plant Gene Systems and Their Biology</u>, Key, J.L., et al., (eds.), Alan R. Liss, Inc., New York, 171-181 (1987)

Vaeck, M., et al., "Engineering of Insect Resistant Plants Using a B. thuringiensis Gene", <u>In: Molecular Strategies for Crop Protection</u>, New York, Alan R. Liss, Inc., 355-366 (1987)

Vaeck, M., et al., "Insect Resistance in Transgenic Plants Expressing *Bacillus thuringiensis* Toxin Gens", <u>An. Soc. Entomol. Brasil, 16</u>, 427-435, (1987)

Vaeck, M., et al., "Protein Engineering in Plants: Expression of *Bacillus thuringiensis* Insecticidal Protein Genes", <u>Cell Culture and Somatic Cell Genetics of Plants, 6</u>, 425-439, (1989)

Vaeck, M., et al., "Transgenic Plants Protected from Insect Attack", <u>Nature, 328</u>, 33-37, (July 2, 1987)

van den Elzen, P.J., et al., "A Chimaeric Hygromycin Resistance Gene as a Selectable Marker in Plant Cells", <u>Plant Molecular Biology, 5</u>, 299-302, (1985)

van den Elzen, P.J., et al., "Simple Binary Vectors for DNA Transfer to Plant Cells", <u>Plant Molecular Biology, 5</u>, 149-154, (1985)

Van Lammeren, A.A., "Developmental Morphology and Cytology of the Young Maize Embryo (Zea mays L.)", <u>Acta Bot. Neerl., 35</u>, 169-188 (Aug. 1986)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US4 | Serial No. 08/677,695 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: July 10, 1996 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Vasil, I.K., "Isolation and Culture of Protoplasts of Grasses", International Review of Cytology, Supplement 16, Bourne, G.H., et al., (eds.), Academic Press, New York, 79-88 (1983) |
| | Vasil, V., et al., "Histology of Somatic Embryogenesis in Cultured Immature Embryos of Maize (Zea mays L.)", Protoplasma, 127, 1-8 (1985) |
| | Watson, S.A., "Corn Marketing, Processing and Utilization", In: Corn and Corn Improvement, 3rd Edition, Sprague, G.F., et al., (eds.), American Society of Agronomy, Inc., et al., Madison, WI, 881-939 (1988) |
| | Weigel, Jr., R.C., et al., "Somatic Embryogenesis in Barley", In Vitro, 20, Abstract No. 147, p. 277 (Mar. 1984) |
| | Weissinger, A., et al., "Maize Transformation via Microprojectile Bombardment", In: Genetic Improvements of Agriculturally Important Crops, Fraley, R.T., et al., (eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 21-25 (1988) |
| | Weissinger, A., et al., "Microprojectile Bombardment for Maize Transformation", In Vitro Cellular and Developmental Biology, 23, Program Issue, 38th Annual Meeting of the Tissue Culture Association, Washington, D.C., Abstract No. 254 (Mar.1987) |
| | Wernicke, W., et al., "Adventitious Embryoid and Root Formation from Rice Leaves", Z. Pflanzenphysiol. Bd., 103, 361-365 (1981) |
| | Withers, L., et al., "Proline: A Novel Cryoprotectant for the Freeze Preservation of Cultured Cells of Zea mays L.", Plant Physiology, 64, 675-678 (1979) |
| | Witt, D.P., et al., "Cytotoxicity of Bacillus thuringiensis δ-Endotoxins to Cultured Cf-1 Cells Does Not Correlate with In Vivo Activity Toward Spruce Budworm Larvae", In: Fundamental and Applied Aspects of Invertebrate Pathology, Samson, R.A., et al., (eds.), Fourth International Colloquium of Invertebrate Pathology, Wangingen, The Netherlands, 3-6 (Aug. 18-22, 1986) |
| | Wohlleben, W., et al., "Nucleotide Sequence of the Phosphinothricin N-Acetyltransferase Gene from Streptomyces viridochromogenes Tü494 and Its Expression in Nicotania tabacum", Gene, 70, 25-37 (1988) |
| | Wood, M., "Blast Those Genes!", Agricultural Research, 2 p. (June 1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002714

S/N 08/677,695                                                          **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: 08/677,695 | Group Art Unit: 1649 |
| Filed: July 10, 1996 | Docket: 950.001US4 |
| Title: METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### NOTICE OF APPEAL FROM THE DECISION OF THE EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES

BOX AF
Assistant Commissioner for Patents
Washington, D.C. 20231



In compliance with 37 C.F.R. § 1.91, Applicants hereby appeal to the Board of Patent Appeals and Interferences from the decision dated August 28, 1998, of the Examiner rejecting claims 23-25, 28, 29, 41-45, 48-52, 55-59 and 68-74 of the above-identified patent application.

A request for an extension of time to respond to the Examiner's rejection is submitted herewith along with payment of the required extension fee.

Our check in the amount of $300.00 is enclosed to pay the Notice of Appeal fee under 37 C.F.R. § 1.17(b). Please charge any required additional fees or credit overpayment to Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By Applicants' Attorneys,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _17 Feb 1999_    By _Woessner_

Warren D. Woessner, Ph.D.
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to BOX AF, Assistant Commissioner of Patents, Washington, D.C. 20231 on February 11, 1999.

_Jana Othmar_
Name

_Jana C. Othmr_
Signature

S/N 08/677,695

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Ronald C. Lundquist et al.

Serial No.:   08/677,695

Filed:   July 10, 1996

Title:   METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Examiner: Gary Benzion

Group Art Unit: 1649

Docket: 950.001US4

## PETITION FOR A THREE-MONTH EXTENSION OF TIME

BOX AF
Assistant Commissioner for Patents
Washington, D.C. 20231

     In accordance with the provisions of 37 C.F.R. § 1.136(a), it is respectfully requested that a three-month extension of time be granted in which to respond to the Final Offie Action mailed August 28, 1998, said period of response being extended from November 28, 1998 to February 28, 1999.

     Our check in the amount of $870.00 is enclosed to cover the required extension fee. Please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

              Respectfully submitted,

              RONALD C. LUNDQUIST ET AL.

              By their Representatives,

              SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
              P.O. Box 2938
              Minneapolis, MN 55402
              (612) 373-6903

Date  /7 Feb /799  By  _____

              Warren D. Woessner, Ph.D.
              Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: BOX AF, Assistant Commissioner for Patents, Washington, D.C. 20231, on this _17_ day of __February__ , 1999.

JANA ATMAR
Name

_____ C. ATMA
Signature

| **Interview Summary** | Application No. 08/677,695 | Applicant(s) Lundquist et al. | |
|---|---|---|---|
| | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Gary Benzion, Ph.D._        (3) _____

(2) _Warren Woessner_        (4) _____

Date of Interview _____ _23 Feb 1999_ _____

Type: ☐ Telephonic ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description:

_____

Agreement ☐ was reached. ☒ was not reached.

Claim(s) discussed: _pending_

Identification of prior art discussed:
_None_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Applicants discussed Phillips declaration to pending claims and standards of enablement. Applicants pointed out that the example of hygromycin was a working example. Applicants noted that the specification as originally filed disclosed examples of the invention that did not work. Examiner noted that no rejection based on the non-working examples in the specification were made. It is acknowledged that a process can encompass non-working examples and still be enabled._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

0002717

GARY BENZION, PH.D
PRIMARY EXAMINER
ART UNIT 1649

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

EXPEDITED PROCEDURE - EXAMINING GROUP 1649

S/N 08/677,695                                                    **PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Ronald C. Lundquist et al.          Examiner: Gary Benzion
Serial No.:  08/677,695                          Group Art Unit: 1649
Filed:       July 10, 1996                       Docket: 950.001US4
Title:       METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

AMENDMENT UNDER 37 C.F.R. § 1.116

Box AF                                  
Assistant Commissioner for Patents
Washington, D.C. 20231

        In response to the final Office Action mailed August 28, 1998, and the Advisory Action

mailed January 22, 1999, please amend the application as follows:

IN THE CLAIMS

        Cancel claims 28 and 42-44 without prejudice.


        23.    (Third Amendment) A method for producing a fertile transgenic *Zea Mays* plant

comprising the steps of:

        (I)     bombarding intact regnerable Zea Mays cells with DNA-coated microprojectiles;

        (ii)    identifying or selecting a population of transformed cells; and

        (iii)   regenerating a fertile transgenic plant comprising said DNA therefrom, wherein

        said DNA is [heritable to yield] transmitted through a complete sexual cycle of said

        transgenic plant to progeny plants.


        24.    (Amended) The method of [claims 27 or 28] claim 23 wherein said DNA

construct further comprises a selectable marker gene or a reporter gene.


        45.    The method of [claims 43 or 44] claim 41 wherein said DNA construct further

comprises a selectable marker gene or a reporter gene.


0002718

AMENDMENT & RESPONSE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Docket No. 950.001US4

## REMARKS

Reconsideration and withdrawal of the rejection of the claims of the above-identified application is respectfully requested.

Claims 28 and 42-44 having been canceled, and claims 23, 29 and 45 having been amended, the claims pending in the application are claims 23-25, 29, 41, 45, 48-52, 55-59 and 68-74.

Claim 1 was amended to reinsert the terminology relating to fertility that the Examiner commented upon favorably at page 3, lines 2-3 of the Office Action.

Claims 29 and 45 are amended to correct their dependancies.

The Notice of Appeal was filed on February 17, 1999.

At page 2 of the office Action, the Examiner maintained the rejection of claims 23-25, 28-29, 41-45, 48-52 and 55-59 under 35 U.S.C. §112(1) as broader than the enabling disclosure. This rejection is respectfully traversed.

The stated basis of this rejection is that it would require undue experimentation to practice the claimed method. In turn, the stated basis for this rejection is that, "as of the date of filing, there was insufficient evidence to teach that any gene[s] known at the time [of filing] were expressible in maize to meet the requirements of the claims."

This is not the standard by which to resolve the enablement issue presented by §112(1). To begin with, as amended, the claim recites "regenerating a fertile transgenic plant comprising said DNA...wherein said DNA is transmitted through a complete sexual cycle of seed transgenic plant to progeny plants." These elements must be given effect, since all claims limitations must be given effect when interpreting claim scope for patentability. In re Angstadt, 190 USPQ 214, 217 (CCPA 1976) (copy enclosed). In Angstadt, the invention was a process to catalytically oxidize hydrocarbons to form hydroperoxides. The application contained a number of working examples.

However, the specification also disclosed that some of the metal catalysts recited in the claim "yield lesser amounts or no hydroperoxides in the final product...." The Board affirmed the Examiner's rejection, stating:

However, the specification states that not all of the complexes will produce

AMENDMENT & RESPONSE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

> hydroperoxides and neither discloses which of the complexes will not work nor gives any information as to how the operative catalysts might be determined, without undue experimentation. We believe that the specification leaves too much to conjecture, speculation and experimentation and is insufficient in how to support the present claims containing the disputed language.

Id. at 216. While recognizing that the claimed process is unpredictable, the CCPA

> Appellants have apparently not disclosed every catalyst which will work; they have apparently not disclosed every catalyst which will not work. The question, then, is whether in an unpredictable art, section 112 requires disclosure of a test with every species covered by a claim.

The court answered this question in the negative, reasoning that it was an undue burden on Applicants to require them to test every possible catalyst to see if it would work, before they filed. Likewise, the present specification does not disclose or claim that "any genes known at the time were expressible in maize to meet the requirements of the claims." Rather, it discloses a large number of genes known to be expressible in one or more plant species, as candidates for introduction into maize via the present process. The Court concluded:

> [I]t appears that persons skilled in this art would know how to perform processes within the scope of the claims, within the ambit of the types and amount of experimentation which the uncertainty of this art makes inevitable.

> Depriving inventors of claims which adequately protect them and limiting them to claims which practically invite appropriation of the invention while avoiding infringement inevitably has the effect of suppressing disclosure. What the dissent seems to be obsessed with is the thought of catalysts which *won't* work to produce the intended result. Appellants have *enabled* those in the art to see that this is a real possibility which is commendable frankness in a disclosure. Without undue experimentation or effort or expense the combinations which do not work will readily be discovered and, of course, nobody will use them and the claims do not cover them. The dissent wants appellants to make everything predictable in advance, which is impracticable and unreasonable.

> We hold that the evidence as a whole, including the inoperative as well as the operative examples, negates the PTO position that persons of ordinary skill in this art, given its unpredictability, must engage in undue experimentation to determine which complexes work. The key word is "undue," not "experimentation." Id. at 219. [emphasis added]

AMENDMENT & RESPONSE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 4
Docket No. 950 001US4

As the declarations submitted by Applicants establish, and as confirmed by numerous subsequent publications and patents, Applicants process has literally become the "gold standard" for maize transformation. Evidence that genes developed after the effective filing date of the application can be used in the process, butresses rather than refutes, broad enablement for this process.

Likewise, as filed, the specification disclosed five additional bombardment runs using hpt plasmid DNA that did not yield plants within the scope of the claims. Rather, than acknowledging hpt as "problematic", the IDS submitted on August 20, 1998, reported six other instances of success in producing hygromycin resistant transformants. Example III, describing bombardment with a Bt plasmid (pMS533), did not disclose results beyond obtention of callus (see pages 37-38). Therefore, it is respectfully submitted that the information in the IDS relating to the Examples is not "problematic," but is at worst, cumlative to the information in the specification and, in fact, can be fairly read to support the present claims.

With respect to specific issues raised by the Examiner, the Examiner requested to note that full length Bt genes have been expressed in maize to yield insect resistant plants. Enclosed are the cover page and pages 55-56 of Monsanto's "Petition for Determination of Nonregulated Status: Insect Protected Corn (Zea Mays L.) with the *cryIA(b)* Gene from *Bacillus Thurigiensis* subsp. Kurstak;, "filed march 30, 1995. At pages 55-66, it is disclosed that the full-length *cryIA(b)* protein standard was detected by western blot in at least "insect protected corn line," MON 80200. Therefore, it is clear that expression of the full-length Bt protein can impart insect resistance to corn.

Whether or not one in possession of Klein et al. would be motivated to use regenerable cell cultures, it is Applicants' position, supported by the Phillips declaration, that the art worker would not have a reasonable expectation that stably-transformed, fertile maize plants could be obtained at by any given combination of maize cultures, transformation techniques, DNA or selection or regeneration methodology.

While the Examiner has taken the position that the Phillips declaration is not directed to the present claims, the Phillips declaration is broadly directed to the nonobviousness of a

AMENDMENT & RESPONSE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:          METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 5
Docket No. 950.001US4

successful maize transformation protocol, and is not limited to any particular tissue type or DNA:

> It might well be obvious for a researcher in this area to try to transform a maize tissue, cultured cells or protoplasts that had a history of "regenerability" in the untransformed state. However, the "state of the art" in mid-1989 to early 1990 would not permit one of ordinary skill in the art to reasonably predict that the three pieces of the puzzle of maize transformation, namely stable transformation accompanied by subsequent cell division, regeneration, and fertility/transmission, would come together via any available methodology employing any available maize starting material, including scutellum, much less that the biolistic transformation of friable embryogenic Type II callus would be the path to success.

The declaration was also made of record in parent process application Ser. No. 974,379 filed Nov. 10, 1992, now U.S. Pat. No. 5,538,877, without objection. Also, as noted by the Examiner, the broadest independant claim has been amended to recite that the transgenic maize can transmit the DNA to progeny, in order to clearly point out the success achieved by Applicants, where so many others had failed.

The Somers declaration, dated June 9, 1991 was also submitted in the '379 application. This declaration is relevant evidence as to secondary considerations of nonobviousness of both fertile transgenic maize and the process used to prepare it. As summarized by Dr. Somers:

> In my opinion, these reports accurately reflect the state of the art of *in vitro* corn transformation as of early 1990. At this time, one of skill in the art would have been aware of at least a decade of reports of failures using every available technology to solve a problem of great commercial and humanitarian importance. These reports both demonstrate the lingering skepticism in the art with respect to the possibility of success using any known method to deliver DNA into any maize tissue source, and the acclaim with which the art greeted Applicants' successful preparation of fertile transgenic maize.

The report of the successful transformation of maize by DEKALB in 1990 was greeted with acclaim, not with the indifference that an incremental advance in the art would merit.

AMENDMENT & RESPONSE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 6
Docket No. 950.001US4

## CONCLUSION

Therefore, withdrawal of this rejection is appropriate, and is respectfully requested.

As this amendment places the claims in condition for allowance, or alternatively, reduces the issues to be decided on appeal, entry thereof is appropriate under Rule 116 and is respectfully requested.

The Examiner is thanked for the courtesies extended to the undersigned attorney for Applicants during the personal interview conducted on February 23, 1999, during which these matters were extensively discussed.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date _____18 Mar -1999_____   By _____

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on March 18, 1999.

_____TINA OHMAN_____
Name

_____
Signature

PATENT

<u>S/N 08/677,695</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT AND CERTIFICATION UNDER 1.97(e)(1)

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the 1449 form, marked as being considered and initialed by the Examiner, be returned with the next official communication.

## CERTIFICATION UNDER 37 C.F.R. § 1.97(e)(2)

The undersigned attorney hereby certifies that U.S. Patent No. 5,886,244, being brought to the attention of the Examiner herewith by means of this Supplemental Information Disclosure Statement, issued no more than three months prior to the filing of this statement.

Applicants respectfully request consideration of this reference during prosecution of the above-identified matter. The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  10 May 1999          By  _____
WDW:jsf                         Warren D. Woessner
                                Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on May 10, 1999.

_____          _____
JONATHAN FERGUSON
Name                            Signature

0002724

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US4 | | Serial No. 08/677,695 |
| --- | --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | | |
| | Filing Date: July 10, 1996 | | Group: 1649 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 5,886,244 | 03/23/1999 | Tomes et al. | 800 | 293 | 06/10/88 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc )

| **Examiner Initial | |
| --- | --- |
| | |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

In re Patent Application of: Ronald C. Lundquist et al.

Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Serial No.: 08/677,695                                    Filing Date: July 10, 1996

**Receipt is hereby acknowledged for the following in the United States Patent and Trademark Office:**

CONTENTS:    A Petition Under 97(d)(2) (1 p.); a Supplemental Information Disclosure Statement and Certification Under 97(e)(1) and 97(e)(2) (1 p.), Form 1449 (1 p.), and a copy of 1 cited reference; a check in the amount of $130.00 to cover the fee for consideration of Petition Under 97(d)(2); a Return Postcard and TRANSMITTAL SHEET.

Mailed: May 12, 1999                      Docket No.: 950.001US4

WDW/jsf                                        Due Date: June 23, 1999

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Ronald C. Lundquist et al.

Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Docket No.:    950.001US4                        Serial No.: 08/677,695
Filed:    July 10, 1996                           Due Date: June 23, 1999
Examiner:    Gary Benzion                        Group Art Unit: 1649

Assistant Commissioner for Patents
Washington, D.C. 20231

We are transmitting herewith the following attached items (as indicated with an "X"):

X    A return postcard.
X    A Petition Under 97(d)(2) (1 p.).
X    A Supplemental Information Disclosure Statement and Certifications Under 97(e)(1) and 97(e)(2) (1 p.), Form 1449 (1 p.), and
     a copy of 1 cited reference.
X    A check in the amount of $130.00 to cover the fee for consideration of Petition Under 97(d)(2).

Please consider this a PETITION FOR EXTENSION OF TIME for sufficient number of months to enter these papers and
please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described above
are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C. 20231, on this _10_ day of _May_, 1999.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.        By: _____
P.O. Box 2938, Minneapolis, MN 55402 (612-373-6900)    Atty: Warren D. Woessner
                                                        Reg. No. 30,440

Customer Number 21186

                                    (GENERAL)

PATENT

S/N 08/677,695

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### PETITION UNDER 37 C.F.R. 1.97(d)(2)

Assistant Commissioner for Patents
Washington, D.C. 20231

Pursuant to 37 C.F.R. 1.97(d)(2), Applicants request consideration of the attached Supplemental Information Disclosure Statement. Applicants have included the fee of $130.00 under 97(d) and 1.17(i). **Please charge any additional fees or credit any overpayment to Deposit Account No. 19-0743.**

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  10 May 1999         By _____
WDW:jsf                              Warren D. Woessner
                                     Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on May 10, 1999.

JONATHAN FERGUSON          _____
Name                        Signature

0002728

| ***Advisory Action*** | Application No. 08/677,695 | Applicant(s) Lundquist et al. |
|---|---|---|
| | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 |

THE PERIOD FOR RESPONSE: [check only a) or b)]

DVS *Sept. 17, 1999 - FR 6th NO*

a) ☐ expires _____ months from the mailing date of the final rejection.

b) ☐ expires either three months from the mailing date of the final rejection, or on the mailing date of this Advisory Action, whichever is later. In no event, however, will the statutory period for the response expire later than six months from the date of the final rejection.

Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee. The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee. Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date of the originally set shortened statutory period for response or as set forth in b) above.

☒ Appellant's Brief is due two months from the date of the Notice of Appeal filed on ___22 Feb 1999___ (or within any period for response set forth above, whichever is later). See 37 CFR 1.191(d) and 37 CFR 1.192(a).

Applicant's response to the final rejection, filed on ___22 Mar 1999___ has been considered with the following effect, but is NOT deemed to place the application in condition for allowance:

☒ The proposed amendment(s):

    ☒ will be entered upon filing of a Notice of Appeal and an Appeal Brief.

    ☐ will not be entered because:

        ☐ they raise new issues that would require further consideration and/or search. (See note below).

        ☐ they raise the issue of new matter. (See note below).

        ☐ they are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.

        ☐ they present additional claims without cancelling a corresponding number of finally rejected claims.

    NOTE: _____

    _____

    _____

    _____

☐ Applicant's response has overcome the following rejection(s): _____

    _____

☐ Newly proposed or amended claims _____ would be allowable if submitted in a separate, timely filed amendment cancelling the non-allowable claims.

☒ The affidavit, exhibit or request for reconsideration has been considered but does NOT place the application in condition for allowance because: *For the reasons of record the prior art is seen to meet the limitations of the claimed invention.*

_____

☐ The affidavit or exhibit will NOT be considered because it is not directed SOLELY to issues which were newly raised by the Examiner in the final rejection.

☒ For purposes of Appeal, the status of the claims is as follows (see attached written explanation, if any):

Claims allowed: _____

Claims objected to: _____

Claims rejected: *23-25, 28, 29, 41-45, 55-59, and 68-74* _____

☐ The proposed drawing correction filed on _____ ☐ has ☐ has not been approved by the Examiner.

☐ Note the attached Information Disclosure Statement(s), PTO-1449, Paper No(s). _____ .

☐ Other

GARY BENZION, PH.D.
PRIMARY EXAMINER
ART UNIT 1649

| | Application No. 08/677,695 | Applicant(s) Lundquist et al. |
|---|---|---|
| ***Advisory Action*** | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 |

THE PERIOD FOR RESPONSE: [check only a) or b)]    *DVS Sept. 17, 1999 - FR 6th ND*

a) ☐ expires _____ months from the mailing date of the final rejection.

b) ☐ expires either three months from the mailing date of the final rejection, or on the mailing date of this Advisory Action, whichever is later. In no event, however, will the statutory period for the response expire later than six months from the date of the final rejection.

Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee. The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee. Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date of the originally set shortened statutory period for response or as set forth in b) above.

☒ Appellant's Brief is due two months from the date of the Notice of Appeal filed on ___22 Feb 1999___ (or within any period for response set forth above, whichever is later). See 37 CFR 1.191(d) and 37 CFR 1.192(a).

Applicant's response to the final rejection, filed on ___22 Mar 1999___ has been considered with the following effect, but is NOT deemed to place the application in condition for allowance:

☒ The proposed amendment(s):

  ☒ will be entered upon filing of a Notice of Appeal and an Appeal Brief.

  ☐ will not be entered because:

    ☐ they raise new issues that would require further consideration and/or search. (See note below).

    ☐ they raise the issue of new matter. (See note below).

    ☐ they are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.

    ☐ they present additional claims without cancelling a corresponding number of finally rejected claims.

  NOTE: _____
        _____
        _____

☐ Applicant's response has overcome the following rejection(s): _____
_____
_____

☐ Newly proposed or amended claims _____ would be allowable if submitted in a separate, timely filed amendment cancelling the non-allowable claims.

☒ The affidavit, exhibit or request for reconsideration has been considered but does NOT place the application in condition for allowance because:
*For the reasons of record the prior art is seen to meet the limitations of the claimed invention.*

☐ The affidavit or exhibit will NOT be considered because it is not directed SOLELY to issues which were newly raised by the Examiner in the final rejection.

☒ For purposes of Appeal, the status of the claims is as follows (see attached written explanation, if any):

Claims allowed: _____

Claims objected to: _____

Claims rejected: *23-25, 28, 29, 41-45, 55-59, and 68-74*

☐ The proposed drawing correction filed on _____ ☐has ☐has not been approved by the Examiner.

☐ Note the attached Information Disclosure Statement(s), PTO-1449, Paper No(s). _____ .

☐ Other

                                           **GARY BENZION, PH.D.**
                                           **PRIMARY EXAMINER**
                                           **ART UNIT 1649**

| | Application No. 08/677,695 | Applicant(s) |
|---|---|---|
| ***Advisory Action*** | | Lundquist et al. |
| | Examiner | Group Art Unit |
| | Gary Benzion, Ph.D. | 1649 |

THE PERIOD FOR RESPONSE:  [check only a) or b)]

*DVS Sept. 17, 1999 - FRGH NO*

- a) ☐ expires _____ months from the mailing date of the final rejection.
- b) ☐ expires either three months from the mailing date of the final rejection, or on the mailing date of this Advisory Action, whichever is later.  In no event, however, will the statutory period for the response expire later than six months from the date of the final rejection.

Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee.  The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee.  Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date of the originally set shortened statutory period for response or as set forth in b) above.

☒ Appellant's Brief is due two months from the date of the Notice of Appeal filed on ___22 Feb 1999___  (or within any period for response set forth above, whichever is later).  See 37 CFR 1.191(d) and 37 CFR 1.192(a).

Applicant's response to the final rejection, filed on ___22 Mar 1999___ has been considered with the following effect, but is NOT deemed to place the application in condition for allowance:

☒ The proposed amendment(s):
- ☒ will be entered upon filing of a Notice of Appeal and an Appeal Brief.
- ☐ will not be entered because:
  - ☐ they raise new issues that would require further consideration and/or search.  (See note below).
  - ☐ they raise the issue of new matter.  (See note below).
  - ☐ they are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.
  - ☐ they present additional claims without cancelling a corresponding number of finally rejected claims.
  - NOTE: _____
    _____
    _____
    _____

- ☐ Applicant's response has overcome the following rejection(s): _____
    _____

- ☐ Newly proposed or amended claims _____ would be allowable if submitted in a separate, timely filed amendment cancelling the non-allowable claims.

☒ The affidavit, exhibit or request for reconsideration has been considered but does NOT place the application in condition for allowance because:
*For the reasons of record the prior art is seen to meet the limitations of the claimed invention.*
_____

☐ The affidavit or exhibit will NOT be considered because it is not directed SOLELY to issues which were newly raised by the Examiner in the final rejection.

☒ For purposes of Appeal, the status of the claims is as follows (see attached written explanation, if any):
Claims allowed: _____
Claims objected to: _____
Claims rejected: _23-25, 28, 29, 41-45, 55-59, and 68-74_____

☐ The proposed drawing correction filed on _____ ☐has ☐has not been approved by the Examiner.

☐ Note the attached Information Disclosure Statement(s), PTO-1449, Paper No(s). _____ .

☐ Other

GARY BENZION, PH.D.
PRIMARY EXAMINER
ART UNIT 1649

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

VB

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/677,695 | 07/10/96 | LUNDQUIST | R | SLWK-950.001U |

HM12/0831

SCHWEGMAN LUNDBERG WOESSNER & KLUTH
PO BOX 2938
MINNEAPOLIS MN 55540

| EXAMINER |
|---|
| BENZION, G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1649 | 35 |

DATE MAILED:    08/31/99

*Brief Due — Sept. 17, 1999*

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

Schwegman, Lundberg
Woessner & Kluth, P.A.

SEP 1 0 1999

RECEIVED

0002732

2 - Mail Copy

| | Application No. 08/677,695 | A | ant(s) Lundquist et al. |
|---|---|---|---|
| *Advisory Action* | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 | |

THE PERIOD FOR RESPONSE: [check only a) or b)]

   a) ☐ expires _____ months from the mailing date of the final rejection.

   b) ☐ expires either three months from the mailing date of the final rejection, or on the mailing date of this Advisory Action, whichever is later. In no event, however, will the statutory period for the response expire later than six months from the date of the final rejection.

   Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee. The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee. Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date of the originally set shortened statutory period for response or as set forth in b) above.

☒ Appellant's Brief is due two months from the date of the Notice of Appeal filed on ___*22 Feb 1999*___ (or within any period for response set forth above, whichever is later). See 37 CFR 1.191(d) and 37 CFR 1.192(a).

Applicant's response to the final rejection, filed on ___*22 Mar 1999*___ has been considered with the following effect, but **is NOT** deemed to place the application in condition for allowance:

☒ The proposed amendment(s):

   ☒ will be entered upon filing of a Notice of Appeal and an Appeal Brief.

   ☐ will not be entered because:

      ☐ they raise new issues that would require further consideration and/or search. (See note below).

      ☐ they raise the issue of new matter. (See note below).

      ☐ they are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.

      ☐ they present additional claims without cancelling a corresponding number of finally rejected claims.

   NOTE: _____

     _____

     _____

   ☐ Applicant's response has overcome the following rejection(s):

     _____

     _____

☐ Newly proposed or amended claims _____ would be allowable if submitted in a separate, timely filed amendment cancelling the non-allowable claims.

☒ The affidavit, exhibit or request for reconsideration has been considered but does NOT place the application in condition for allowance because: *For the reasons of record the prior art is seen to meet the limitations of the claimed invention.*

☐ The affidavit or exhibit will NOT be considered because it is not directed SOLELY to issues which were newly raised by the Examiner in the final rejection.

☒ For purposes of Appeal, the status of the claims is as follows (see attached written explanation, if any):

   Claims allowed: _____

   Claims objected to: _____

   Claims rejected: *23-25, 28, 29, 41-45, 55-59, and 68-74*

☐ The proposed drawing correction filed on _____ ☐has ☐has not been approved by the Examiner.

☐ Note the attached Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Other

0002733

GARY BENZION, PH.D.
PRIMARY EXAMINER
ART UNIT 1649

| *Interview Summary* | Application No. 08/677,695 | Ap̲ ̲nt(s) Lundquist et al. | |
|---|---|---|---|
| | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Gary Benzion, Ph.D.* _____     (3) _____

(2) *Warren Woessner* _____     (4) _____

Date of Interview _____ *19 Aug 1999* _____

Type:  ☒ Telephonic   ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.  If yes, brief description:

_____

_____

Agreement  ☐ was reached.   ☒ was not reached.

Claim(s) discussed: *None* _____

Identification of prior art discussed:
*none* _____
_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Applicants queried the status of the instant application.  The amendment after final rejection, submitted 3/22/1999, was located and entered.  Applicants attorney requested that a copy of the advisory action be faxed so that they could respond to it immediately.*
_____
_____
_____
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

EXPEDITED PROCEDURE - EXAMINING GROUP 1649

S/N 08/677,695

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

### AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

In response to the final Office Action of August 28, 1998, the Advisory Action of January 22, 1999, and the Advisory Action of August 19, 1999, and to supplement the Rule 116 Amendment filed March 18, 1999, please amend the application as follows:

### IN THE CLAIMS

Cancel claims 29, 45, 52 and 59, without prejudice.

23.    (Fourth Amendment) A method for producing a fertile transgenic *Zea mays* plant comprising the steps of:

(I)    bombarding intact regenerable Zea Mays cells with DNA-coated microprojectiles, wherein said DNA comprises a selectable marker gene;

(ii)    [identifying or] selecting a population of transformed cells; and

(iii)    regenerating a fertile transgenic plant comprising said DNA therefrom, wherein said DNA is [transmitted through a complete sexual cycle of said transgenic plant to] heritable to yield transgenic progeny plants.

41.    (Third Amendment)  A method of producing a fertile transgenic *Zea mays* plant, comprising:

(a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (I) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, comprising a selectable marker gene, (ii) [identifying or]

AMENDMENT & RESPONSE UND.. 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950 001US4

selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is heritable to yield a transgenic progeny plant;

(b)    obtaining said transgenic progeny *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a complete sexual cycle of the transgenic progeny *Zea mays* plant to progeny plants.

48.    (Third Amendment)  A method of producing a fertile transgenic inbred *Zea mays* plant, comprising:

(a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (I) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles comprising a selectable marker gene; (ii) [identifying or] selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is heritable to yield transgenic progeny plants;

(b)    crossing a member of a nontransgenic inbred *Zea mays* line to said transgenic progeny plant;

(c)    recovering a fertile transgenic progeny plant that comprises said DNA; and

(d)    repeating steps (b) and (c) to yield a fertile transgenic inbred *Zea mays* progeny, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic inbred plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA, and wherein the DNA is transmitted through a complete sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

AMENDMENT & RESPONSE UND..× 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 3
Dkt: 950 001US4

55.    (Second Amendment)  A method of producing a fertile transgenic hybrid *Zea mays* plant, comprising:

    (a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (I) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein the DNA comprises a selectable marker gene; (ii) [identifying or] selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is heritable to yield [transmitted through a complete sexual cycle of said transgenic plant to] transgenic progeny plants;

    (b)    crossing a non-transgenic inbred *Zea mays* line with said transgenic *Zea Mays* plant, and

    (c)    recovering said fertile transgenic hybrid *Zea mays* plant, the genome of which has been altered by the introduction of said DNA, wherein said DNA is expressed so that the transgenic hybrid plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA, and wherein the DNA is transmitted through a complete sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

68.    (Amended)  The process of claim [29, 38, 45, 52 or 59] 23, 41, 48 or 55 wherein the selectable marker gene encodes antibiotic resistance.

## REMARKS

Reconsideration and withdrawal of the rejection of the claims of the above-identified application is respectfully requested.

Claims 29, 45, 52 and 59 having been canceled, and claims 23, 41, 48, 55 and 68 having been amended, the claims pending in the above-identified application are 23-25, 28, 41, 48-51, 55-58 and 68-74.

The amendments to claims 41, 48 and 55 are supported at page 7, paragraph 6, and by canceled claims 29, 45, 52 and 59.

Claim 68 has been amended to correct the dependency.

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 4
Dkt: 950.001US4

The Examiner is requested to note that on page 1 of the Rule 116 Amendment filed March 18, 1999, claim 24 should have been identified as claim 29.

At pages 2-3 of the Office Action mailed August 28, 1998, the Examiner rejected claims 23-25, 28-29, 41-45, 48-52 and 56-59 for obviousness-type double patenting over the claims of commonly assigned U.S. Pat. Nos. 5,538,877 and 5,538,880. Upon notification of otherwise allowable subject matter with respect to the pending claims, Applicants will file a terminal disclaimer to overcome this rejection.

The following remarks are directed primarily to Tomes et al. (U.S. Pat. No. 5,886,244), which was submitted in a Supplemental IDS dated May 10, 1999 (hereinafter "Tomes").

Claim 1 of the Tomes patent reads as follows:

> 1. A method for producing a fertile and stably transformed *Zea mays* plant, comprising the steps of:
>
> (a) providing foreign DNA that comprises an expression vector carrying a gene that encodes an agronomic trait;
>
> (b) providing maize embryonic callus or suspension culture that has been broken into clumps having a maximum diameter of about 650 microns; then
>
> (c) introducing said foreign DNA into said callus or suspension culture by at least one microparticle bombardment, wherein said bombardment is effected within 0 to 6 days of formation of said clumps; and then
>
> (d) regenerating a fertile, stably transformed *Zea mays* plant from said callus or suspension culture.

Although this process is presumptively enabled by the specification as filed, the Examiner is requested to note that, unlike the pending claims, it does not recite a step wherein transformed maize cells are selected, i.e., using a selection agent, prior to regeneration.

The specification also does not describe or enable a process for preparing transgenic maize involving such a selection step. At Cols. 1-2 of Tomes, the invention is described as broadly applicable to all plants, and as including a selection step:

> This invention provides a method for transforming plant cells and regenerating the transformed cells into a whole, fertile plant, comprising the steps of
>
> inserting at least one structural gene coding for a desired trait into an expression vector;
>
> preparing host plant cells for transformation by subculturing the cells from a parent culture of germ line cells;

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 5
Dkt: 950.001US4

> introducing the vector containing the structural gene into the plant cells by one or more microparticle bombardments within a period of from about 12 hours to about 1 week after the subculture;
>> culturing the bombarded cells under conditions which select for survival of transformed cells; and
>> regenerating the surviving transformed cells into a whole plant from tissue culture.

At Col. 2, lines 13-25, the utility of selectable marker genes is disclosed, which can impart resistance to selection agents such as kanamycin, chlorosulfon, hygromycin and methotrexate. "*Zea*" is disclosed as a target plant for transformation at Col. 4, line 26. However, the "working examples" are limited to evaluating cultured maize cells that had been bombarded with vectors comprising the CAT and/or GLUC genes, which are not selectable.

The enablement of this unclaimed element of the method can be evaluated in accord with the standards of Genentech Inc. v. Novo Nordisk, 42 U.S.P.Q.2d 1001 (Fed. Cir. 1997). The challenged claim was directed to a method of producing human growth hormone (hGH) having amino acids 1-191 by expressing DNA encoding this sequence plus an additional sequence, and cleaving the "conjugate protein" by enzymatic action to yield the 191 amino acid hGH sequence. The issue was whether or not this claim was enabled by the specification that had been found to enable direct expression of 191 amino acid hGH. The Federal Circuit held that the specification was not enabling, reasoning:

> There is no dispute that the portion of the specification chiefly relied upon by Genentech and by the district court, column 7, lines 29-59, does not describe in any detail whatsoever how to make hGH using cleavable fusion expression. For example, no reaction conditions for the steps needed to produce hGH are provided; no description of any specific cleavable conjugate protein appears.
>
> * * *
>
> [W]hen there is no disclosure of any specific starting material or of any of the conditions under which a process can be carried out, undue experimentation is required; there is a failure to meet the enablement requirement that cannot be rectified by asserting that all the disclosure related to the process is within the skill of the art. It is the specification, not the knowledge of one skilled in the art, that must supply the novel aspects of an invention in order to constitute adequate enablement. This specification provides only a starting point, a direction for further research.
>
> * * *
>
> [Evidence as to the level of skill in the art as of the filing date] is further undermined by the fact that no one had been able to produce any human protein

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:     METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 6
Dkt: 950.001US4

via cleavable fusion expression as of the application date.

Likewise, with respect to the Tomes specification, the Examiner is requested to note that no vectors containing selectable marker genes are described, and that no conditions asserted to be effective for the selection of transformed maize cells are provided. The plasmids depicted in Figs. 1-2 do not comprise selectable marker genes. Plasmid pCaMVI₁HygN is disclosed at Col. 7, line 35, but is not further described. With respect to selection, the disclosure that bombarded cells are grown "against either 10 mg/ml (BMS) or 25 mg/ml (3-86-17, 13-217) hygromycin" is not a selection regimen and is not asserted to be (Col. 8, lines 25-26). Transformation is evidenced by CAT activity levels (Col. 8, lines 19-24).

Also, as the Examiner is aware, no one had reported the ability to select and regenerate plants from transformed maize cells in 1988, the effective filing date of the Tomes patent. As summarized by C. L. Armstrong in Maydica, 44, 101 (1999):

> With the advent of biolistics in 1987, all of the pieces necessary for production of fertile transgenic maize seemed to be in place – good systems for plant regeneration from tissue culture, documented successes of in vitro selection for single gene mutations from these culture systems, chimeric selectable marker cassettes and selection strategies proven to work for non-regenerable BMS cells, and an effective method for DNA delivery into intact cells. Still, three years of intense, competitive research followed before the first reports of fertile transgenic maize. The challenge seems to have been the difficulty in co-optimizing and coupling DNA delivery methodology, target tissue parameters, appropriate selectable markers, and selection techniques, all in a manner compatible with regeneration of fertile plants. [Citations omitted.]

C.L. Armstrong, Maydica, 44:101-109 (1999)(copy enclosed).

As discussed above, the Tomes patent, at the least, lacks a disclosure of "appropriate selectable markers, and selection techniques" as applied to transgenic maize cells, as well as any teaching of "regeneration of fertile plants."

The deficiencies of the Tomes specification, particularly with respect to selection methodology, was repeatedly pointed out by the Examiners during the prosecution of the chain of six applications that ultimately led to the Tomes patent. For example, in Serial No. 08/319,352, filed October 20, 1994, the Tomes applicants introduced claim 22 in an Amendment dated January 24, 1996:

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Claim 27.  A method of stably transforming maize plant cells capable of maize plant regeneration and regenerating the transformed maize plant cells into a fertile transformed maize plant, the method comprising:

inserting at least one structural gene coding for a desired trait into an expression vector;

preparing maize plant cells capable of maize plant regeneration by subculturing maize plant cells comprising maize plant cells capable of maize plant regeneration;

introducing the vector containing the structural gene into the subcultured maize plant cells by one or more microparticle bombardments within a period of from about 12 hours to about 1 week after the subculture;

culturing the bombarded cells under conditions which select for survival of stably transformed maize plant cells; and

regenerating the surviving stably transformed maize plant cells capable of maize plant regeneration into a fertile transformed maize plant from tissue culture.

Tomes et al. Amendment, January 24, 1996 (copy enclosed).

In the Office Action mailed May 24, 1996, the Examiner rejected all the claims under 35 U.S.C. § 112, first paragraph, and argued:

This disclosure fails to explain how to prepare and bombard embryos so that germline (progenitor) cells are penetrated and transformed (e.g., where are they in the meristem, how are they exposed, what bombardment parameters need to be optimized). The disclosure fails to explain how to select for such transformants so that one can give rise to and obtain a fertile plant.

Tomes et al. Office Action, May 24, 1996 (copy enclosed).

In response, attorney for Applicants canceled all of the claims in the next Amendment, and introduced claims to a transformation method that did not include a selection step:

36.    A method of producing a fertile, stably transformed, *Zea mays* plant, comprising the steps of:
(a)    providing a foreign DNA comprising an expression vector carrying a gene encoding an agronomic trait;
(b)    providing a maize embryogenic callus or suspension culture;
(c)    introducing said foreign DNA into said embryogenic callus or suspension culture by one or more microparticle bombardments; and
(d)    regenerating said fertile transgenic *Zea mays* plant.

Tomes et al. Response to Office Action, October 24, 1996 (copy enclosed).

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 8
Dkt: 950 001US4

When the application was abandoned in favor of Serial No. 79,440, the claims that issued in the Tomes patent were introduced by Preliminary Amendment, and there was no further reference to any selection step. The Examiner is requested to note that Applicants are not arguing that the experiments disclosed in the Tomes specification are inoperable (although they may well be). Rather, Applicants' position is that the disclosure of the Tomes specification is *per se* insufficient to describe or enable the method presently claimed by Applicants, which comprises selecting transformed maize cells and regenerating them to yield fertile transgenic maize plants. Therefore, a rejection of the present claims based upon this patent under § 102(e) is unwarranted.

In the final rejection, mailed August 28, 1999, the Examiner rejected all of the claims as obvious in view of, *inter alia*, Klein et al. (Bio/Technology, 6, 559 (1988)). The Examiner has relied on Klein et al. as teaching "the stable transformation of maize callus." The Examiner concluded that it would be obvious that the Klein et al. process could be used to transform totipotent maize tissue, and that the transformed tissue could then be regenerated "as was demonstrated in the past" to produce fertile plants.

The Examiner of Tomes et al. Serial No. 08/319,352 also rejected the claims as anticipated by, or as obvious in view of the Klein et al. paper ("S"), alone or in combination with three other references. At the time that claim 22, *supra*, was presented, the attorney for Tomes et al. presented two declarations by Dr. Dorothy Pierce and extensive arguments to distinguish the teachings of Klein et al. from the claimed method. See Declarations of Dorothy Pierce (copies enclosed). The named inventors at that time were Tomes and Arthur Weissinger. After the inventorship issue was raised by the Examiner, the application was amended to include Klein himself and John C. Sanford.

As further evidence that the art would not reasonably expect success on the basis of Klein et al., the Examiner is urged to consider paras. 9-12 of the second Pierce declaration, which was found by the Examiner to be persuasive of the unobviousness of the Tomes et al. methods.

> 9. As for the prior art, it is my professional opinion that Klein et al. (S) does not anticipate the claims of the invention because this reference only shows transient assay data in BMS and immature embryos. Their transient data merely show that the DNA has been delivered to maize cells and that the cells are capable of expressing that DNA transiently. Transient expression only suggests that it may be possible to recover stable transformants, but recovery of stable

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 9
Dkt: 950.001US4

transformants is certainly not guaranteed, predicted or made obvious by the transient expression. In my professional experience, I am aware of many cases in plant research where experiments showing transient expression failed to produce any stable transformants, and, even in cases where stable transformation does occur, this happens in only a very small proportion of the cells which show transient expression. Moreover, since BMS is non-regenerable, their BMS data are of questionable relevance to the regeneration of fertile, transgenic maize plants. Although immature embryos are a more relevant system, since they can regenerate, the embryo data of Klein et al. (S) are of limited relevance since they only show transient expression. They also do not describe the regeneration of transgenic plants from the bombarded embryos. Moreover, their data do not show that the same cells which are capable of expressing GUS can also give rise to regenerated plants. In light of the fact that embryos are a complex array of multiple cell types, with different developmental origins and fates, the data shown provide no clue as to the ultimate fate or capability of the bombarded expressing cells. The two types of cells could be different. In my professional opinion, it cannot be predicted or assumed that simply because some small cells express GUS in an embryo that this will lead to transgenic plants being produced. In order to prove this, expression would need to be demonstrated at later stages of plant recovery to show that transgenic plants did in fact arise from those bombarded embryos.

10. Additionally, the size of the target cell and initial survival of that cell after bombardment are not the only factors in determining the success with which the bombardment process will proceed. It is true that cells with embryogenic and regeneration potential tend to be smaller, but it is also important to consider the ability to survive for longer periods of time, to divide and ultimately to regenerate after bombardment. In my professional opinion, in fact, the damage seen after bombardment could argue against long term survival of the bombarded cells and ability of those cells to divide, differentiate, and regenerate. The transient expression clearly demonstrates short-term survival of those expressing cells, but it is also known that in many cases cells which express DNA transiently fail to survive beyond that transient period.

11. Also, the ability to see GUS spots on the scutellum of the embryo does not mean that transgenic plants can necessarily be produced. The origin of callus from the embryo is dependent on the genotype used. In some genotypes callus does arise from the scutellar surface, but in other genotypes it arises from the interior of the embryo, so in my professional opinion these results are not necessarily predictive of success in regenerating fertile transgenic plants from transiently expressing cells on the surface of the embryo.

12. With respect to the citation of the Klein et al. (S) reference as the primary reference in the obviousness rejection set forth beginning at page 8 of the Office Action, for the reasons stated above, I maintain that Klein et al (S) does not

AMENDMENT & RESPONSE UND_R 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE
Serial Number: 08/677,695
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

Page 10
Dkt: 950.001US4

predict or make obvious the production of stable transformants, particularly regenerated, fertile, transgenic maize plants.

Second Declaration of Dorothy Pierce, dated January 23, 1996 (copy enclosed).

As summarized by C. L. Armstrong, cited *supra*:

By early 1988, DNA precipitation and particle delivery parameters optimized using BMS cells were being used to demonstrate reasonably efficient delivery and expression of the *B*-glucuronidase gene into scutellar cells of immature A188 embryos (50 or more GUS+ spots on some embryos: Klein et al. [cited Bio/Technology paper]. Despite the fact that A188 is a line well-known for excellent tissue culture response from immature embryos [citations omitted], and that a stable biolistic transformation procedure for tobacco was successfully developed in this same time period by [Klein et al.], these early efforts with immature maize embryos were unsuccessful for stable transformation.

C.L. Armstrong, Maydica, 44:101-109 (1999)(copy enclosed).

Thus, the Klein et al. (or Sanford reference) do not render it obvious that stable transformation of any maize tissue could be accomplished by biolistics. It is also not obvious that stably transformed, normally regenerable maize cells would retain their functionality, or even that they would survive bombardment. In view of the deficiencies of Klein et al., it is respectfully requested that this rejection be withdrawn.

AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.116 - EXPEDITED PROCEDURE                                    Page 11
Serial Number: 08/677,695                                                                              Dkt: 950 001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

## CONCLUSION

Entry and consideration of this Amendment is appropriate under Rule 116 as it places the amended claims in condition for allowance or, alternatively, reduces the issues to be decided upon appeal, due to the cancellation of claims.

It is respectfully submitted that the present claims have been placed in condition for allowance, and notification to that effect is earnestly solicited.

A request for a five month extension of time to file the Brief on Appeal is enclosed herewith.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date  _Aug 6 1799_      By _Warren D. Woessner_
                          Warren D. Woessner, Ph.D.
                          Reg. No. 30,440

WDW:PJJ

S/N 08/677,695                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1649 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## REQUEST FOR ORAL HEARING
## BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

Board of Patent Appeals and Interferences
Commissioner of Patents and Trademarks
Washington, D.C. 20231

In accordance with 37 C.F.R. § 1.194(b), Appellants hereby request an oral hearing before the Board of Patent Appeals and Interferences in connection with the appeal in the above-identified patent application.

Our check in the amount of $260.00 is enclosed to pay the Request for Oral Hearing fee under 37 C.F.R. § 1.17(d). Please charge any required additional fees or credit overpayment to Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By Applicants' Attorneys,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date ____21 Sept 1999____    By _____
                                 Warren D. Woessner, Ph.D.
                                 Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Board of Patent Appeals and Interferences, Commissioner of Patents and Trademarks, Washington, D.C. 20231 on September 21, 1999.

____JANA OTTMAR____               ____Jana O. Ott____
Name                              Signature

0002746

APPELLANTS' BRIEF ON APPEAL

## TABLE OF CONTENTS

Page

1. REAL PARTY IN INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

2. RELATED APPEALS AND INTERFERENCES . . . . . . . . . . . . . . . . . . . . . . . . 2

3. STATUS OF THE CLAIMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

4. STATUS OF AMENDMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

5. SUMMARY OF THE INVENTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

6. ISSUES PRESENTED FOR REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

7. GROUPING OF CLAIMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

8. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    I.    The Obviousness-type Double Patenting Rejection . . . . . . . . . . . . . . . . 7
    II.   The Specification Enables the Skilled Person to Make and Use the Invention
          Without Undue Experimentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
          A.   Declaration evidence establishes that one of skill in the art could practice
               the invention without undue experimentation . . . . . . . . . . . . . . . . 12
               1.   The Stephens Declaration . . . . . . . . . . . . . . . . . . . . . . . . . 13
               2.   The Gordon-Kamm Declaration . . . . . . . . . . . . . . . . . . . . 13
               3.   The Spencer Declaration . . . . . . . . . . . . . . . . . . . . . . . . . 14
               4.   The Anthony Declaration . . . . . . . . . . . . . . . . . . . . . . . . . 14
    III.  The Examiner has Failed to Establish a *Prima Facie* Case of Obviousness . . . . 15
          A.   The primary reference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
          B.   The secondary references . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
          C.   Murry et al. and Fillatti et al., in combination with the other references, do
               not render the present invention obvious . . . . . . . . . . . . . . . . . . . 20
          D.   Strong Secondary evidence supports the nonobviousness of the present
               invention. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
               1.   The Phillips Declaration . . . . . . . . . . . . . . . . . . . . . . . . . 21
               2.   The Pierce Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . 23
               3.   Additional Secondary Evidence . . . . . . . . . . . . . . . . . . . . 25

9. SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

APPENDIX I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    The Claims on Appeal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

APPENDIX II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Office Actions and Amendments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

APPENDIX III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    Art of Record and Other References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
       I.    Art of Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
       II.   Other References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

APPENDIX IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Cited Statutes, Rules, and Caselaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
       I.    Statutes and Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
       II.   Caselaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

0002748