Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

## VI. Analysis of R1 progeny

The plants regenerated from the transformed callus are referred to as the R0 generation or R0 plants. The seeds produced by various sexual crosses of the R0 generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus.

## VII. Breeding of Genetically Engineered Commercial Hybrid Seed

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As

BIOT-104 - 1/22/90          - 19 -

such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA. This may conveniently be done by breeding programs in which a conversion process (backcrossing) is performed by crossing the initial transgenic fertile plant to normal elite inbred lines and then crossing the progeny back to the normal parent. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This crossing is repeated until the original normal parent has been converted to a genetically engineered line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. A separate back-crossing program will be used for every elite line that is to be converted to a genetically engineered elite line. It may be necessary for both parents of a hybrid seed corn to be homozygous for the heterologous DNA. Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well-known to those skilled in the art. Thus introducing heterologous DNA into lines or varieties which do not generate the appropriate calli can be readily accomplished by these breeding procedures.

## VIII. Uses of Transgenic Plants

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g. agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g. improved nutritive content in human food or animal feed), or beneficial to the food processor (e.g. improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods. however, other parts of

BIOT-104 - 1/22/90              - 20 -

the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g. Indian corn). Often chemical constituents (e.g. oils or starches) of corn and other crops are extracted for food or industrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or other molecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g. for research).

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g. from corn cells to cells of other species e.g. by protoplast fusion.

The transgenic plants may have many uses in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by traditional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile Zea mays plants of this invention which stably express the

BIOT-104 - 1/22/90                    - 21 -

heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected to the transformation procedure. Thus when individual situations arise in which the procedures described herein do not produce a transformed product, repetition of the procedures will be required.

## EXAMPLE I

Fertile transgenic Zea mays plants which contain heterologous DNA which is heritable were prepared as follows:

### I. Initiation and maintenance of maize cell cultures which retain plant regeneration capacity

Friable, embryogenic maize callus cultures were initiated from hybrid immature embryos produced by pollination of inbred line A188 plants (University of Minnesota, Crop Improvement Association) with pollen of inbred line B73 plants (Iowa State University). Ears were harvested when the embryos had reached a length of 1.5 to 2.0 mm. The whole ear was surface sterilized in 50% v/v commercial bleach (2.63% w/v sodium hypochlorite) for 20 min. at room temperature. The ears were then washed with sterile distilled, deionized water. Immature embryos were aseptically isolated and placed on nutrient agar initiation/maintenance media with the root/shoot axis exposed to the medium. Initiation/maintenance media (hereinafter refered to as F medium) consisted of N6 basal media (Chu 1975) with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophenoxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite (Kelco, Inc. San Diego). The pH was adjusted to 5.8 prior to autoclaving. Unless otherwise stated, all tissue culture manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26°C. in the dark.

BIOT-104 - 1/22/90          - 22 -

Cell proliferations from the scutellum of the immature embryos were evaluated for friable consistency and the presence of well defined somatic embryos. Tissue with this morphology was transferred to fresh media 10 to 14 days after the initial plating of the immature embryos. The tissue was then subcultured on a routine basis every 14 to 21 days. Sixty to eighty milligram quantities of tissue were removed from pieces of tissue that had reached a size of approximately one gram and transferred to fresh media. Subculturing always involved careful visual monitoring to be sure that only tissue of the correct morphology was maintained. The presence of somatic embryos ensured that the cultures would give rise to plants under the proper conditions. The cell culture named AB12 used in this example was such a culture and had been initiated about 1 year before bombardment.

## II. Plasmids - pCHN1-1, pHYGI1, pBII221, and pLUC-1

The plasmids pCHN1-1, pHYGI1, and pLUC-1 were constructed in the vector pBS+ (Stratagene, Inc., San Diego, CA), a 3.2 Kb circular plasmid, using standard recombinant DNA techniques. pCHN1-1 contains the hygromycin B phosphotransferase (HPT) coding sequence from E. coli (Gritz et al. 1983) flanked at the 3' end by the nopaline synthase (nos) polyadenylation sequence of Agrobacterium tumefaciens (Chilton and Barnes 1983). Expression is driven by the cauliflower mosaic virus (CaMV) 35S promoter (Guilley et al. 1982), located upstream from the hygromycin coding sequence. The plasmid pHYGI1 was constructed by inserting the 553 bp Bcl-BamHI fragment containing the maize AdhIS first intron (Callis et al. 1987) between the CaMV 35S promoter and the hygromycin coding sequence of pCHN1-1. A map of pHYGI1 is provided as Figure 1.

pBII221 contains the E. Coli B-glucuronidase coding sequence flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. The plasmid was constructed by inserting the maize AdhIS first intron

BIOT-104 - 1/22/90          -- 23 --

between the 35S promoter and the coding sequence of pBI221 (Jefferson et al. 1987). A map of pBII221 is provided as Figure 2.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as a negative control.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

III. DNA delivery process

The embryogenic maize callus line AB12 was subcultured 7 to 12 d prior to microprojectile bombardment. AB12 was prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60 x 15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels throughout the bombardment process. Twenty six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein, et al (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0°C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice throughout the bombardment process.

All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M CaCl$_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 ul. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGI1 and pBII221; two tubes contained both plasmids pCHN1-1 and pBII221; and one tube contained only plasmid pLUC-1.

BIOT-104 - 1/22/90             - 24 -

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 ul of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process.  Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, NY).  They were sterilized as described by the supplier.  The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the microprojectile instrument, with the stopping plate in the slot below the barrel.  Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed.  A 7 x 7 cm square rigid wire mesh with 3 x 3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment.  Tungsten/DNA preparations were sonicated as described by Biolistics, Inc. and 2.5 ul was pipetted onto the top of the macroprojectiles.  The instrument was operated as described by the manufacturer.  The following bombardments were performed:

| | |
|---|---|
| 2 x pBII221 prep | To determine transient expression frequency |
| 10 x pHYGI1/pBII221 | As a potential positive treatment for transformation |
| 10 x pCHN1-1/pBII221 | As a potential positive treatment for transformation |
| 4 x pLUC-1 | Negative control treatment |

BIOT-104 - 1/22/90                    - 25 -

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no hygromycin) and the callus cultured at 26°C. in the dark.  After 2 d this callus was then transferred plate for plate into 35 x 10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100.   These were incubated at 37°C. for 3 d after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred with the other bombarded plates.  These plates were discarded after counting since the GUS assay is destructive.

IV.  Selection Process

Hygromycin B (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml Hygromycin B in water when the media had cooled to 45°C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/-pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/l hygromycin B, (five pieces of callus per plate).  These are referred to as round 1 selection plates.  Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin.  This tissue was subcultured every 2-3 weeks onto nonselective medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media.  All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/-pBII221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to

BIOT-104 - 1/22/90          - 26 -

round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one of control callus, were placed in GUS assay buffer at 37°C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 d in assay buffer this tissue was scored for GUS expression.

| TREATMENT | REPLICATE | OBSERVATIONS |
|---|---|---|
| pLUC-1 | | no blue cells |
| pHYGI1/pBII221 | plate 1 | 11 single cells |
| | | 1 four cell cluster |
| | plate 2 | 5 single cells |
| pCHN1-1/pBII221 | plate 1 | 1 single cell |
| | | 2 two cell clusters |
| | plate 2 | 5 single cells |
| | | 1 two cell cluster |
| | | 2 clusters of 8-10 cells |

After 21 d on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 d on round 3 selection plates both the round 2 and round 3 sets of selection plates were checked for viable

BIOT-104 -- 1/22/90          - 27 -

sectors of callus.  Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221.  The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was from the round 2 group of plates.  Both lines were then transferred to F medium without hygromycin.

After 19 d on F medium without hygromycin the line 3AA grew very little whereas the line 6L grew rapidly.  Both were transferred again to F medium for 9 d.  The lines 3AA and 6L were then transfered to F medium containing 15 mg/l hygromycin for 14 d.  At this point, line 3AA was observed to be of very poor quality and slow growing.  The line 6L however grew rapidly on F medium with 15 mg.1 hygromycin.  In preparation for an inhibition study of the line 6L on hygromycin, the line was then subcultured to F medium without hygromycin.

After 10 d on F medium an inhibition study of the line 6L was initiated.  Callus of 6L was transfered onto F medium containing 0, 10, 30, 100, and 250 mg/l hygromycin B.  Five plates of callus were prepared for each concentration and each plate contained ten approximately 50 mg pieces of callus.  One plate of unselected control tissue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygromycin.  The name of the line 6L was changed at this time from 6L to PH1 (Positive Hygromycin transformant 1).

Additional sectors were recovered at various time points from the round 2 and 3 selection plates.  None of these were able to grow in the presence of hygromycin for multiple rounds, i.e. two or three subcultures.

BIOT-104 - 1/22/90          - 28 -

V. Confirmation of transformed callus

To show that the PH1 callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37°C. 15 min. Samples were centrifuged at 8K for 10 min. at 4°C. The supernatant was pipetted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4 M ammonium acetate, pH 5.2. Isopropanol, 6 ml, was added, the tubes shaken, and the samples incubated at -20°C. for 15 min. The DNA was pelleted in a Beckman TJ-6 centrifuge at the maximum speed for 5 min. at 4°C. The supernatant was discarded and the pellet was dissolved in 500 ul TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 ul 4.4 M ammonium acetate, pH 5.2 and 700 ul isopropanol were added. This was incubated at -20°C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA).

The isolated DNA (10 ug) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated by soaking twice in 0.25 M HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5 M NaOH/1.0 M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6X SSC (20X SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80°C. for 2 hrs

BIOT-104 - 1/22/90          - 29 -

under vacuum.  Prehybridization treatment of the membrane was done in 6X SSC, 10X Denhardt's solution, 1% SDS, 50 ug/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per $cm^2$ of membrane.  Prehybridization was carried out at 42° C. overnight.

A 32P labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the suppliers instructions with 32P-dCTP (ICN Radiochemicals).  The template DNA used was the 1055 bp BamHI fragment of pHYGI1, which is the HPT coding sequence.  The fragment was gel purified and cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6X SSC, 1% SDS, 50 ug/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe ($10^7$ CPM/50ug template).  The hybridization was carried out at 42°C. overnight.

The membrane was washed twice in 50 ml 6X SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6X SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml 1X SSC, 1% SDS 30 min. at 42°C., and finally in 500 ml 0.1X SSC 1% SDS 60 min. at 65°C.  Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens.  As shown in Figure 3, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present.  No band was observed for control callus.

## VI. Plant regeneration and production of seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine HCl 0.5 mg/l, 2,4-D 0.75 mg/l, sucrose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc. San Diego).

BIOT-104 - 1/22/90            - 30 -

After 14 d on RM5 medium the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RM5 medium, except that 2,4-D is omitted. These were cultured in the dark for 7 d at 26°C. and transferred to a light regime of 14 hours light and 10 hours dark for 14 d at 26°C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite after 14 and 21 d. Plants were grown in vermiculite for 7 or 8 d before transplanting into soil and grown to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on leaf DNA from three randomly chosen Ro plants of PH1. As shown in Figure 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred lines A188, B73 and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1-2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and from 0 to 32 seeds per ear when PH1 was the male parent.

VII. Analysis of the R1 progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

(A) Root Elongation Bioassay

Seed was sterilized in a 1:1 dilution of commercial

BIOT-104 - 1/22/90            - 31 -

bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlen-meyer flasks and rinsed 3 times in sterile water and imbibed overnight in sterile water containing 50 mg/ml captan by shak-ing at 150 rpm.

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laborator-ies) containing 3 sheets of $H_2O$ saturated germination paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 d.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26°C. for 4 d.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 1.

(B) Etiolated leaf bioassay

After the root tips were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 d. At this point 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hr. Each plate contained duplicate sections of each shoot. They were then incubated in a light regimen of 14 hours light 10 hours dark at 26°C. for 48 hr, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hy-

BIOT-104 - 1/22/90            - 32 -

gromycin sensitive) if they had a rating of zero and classified
as transformed (hygromycin resistant) if they had a rating of 3
or greater.  The results are shown in Table 1.

(C) Southern Blots
     Seedling form the bioassays were transplanted to soil and
are growing to sexual maturity.  DNA was isolated from 0.8 g of
leaf tissue after about 3 weeks and probed with the HPT coding
sequence as described previously.  Plants with a 1.05 Kb band
present in the Southern blot were classified as transgenic.  As
shown in Figure 5, two out of seven progeny of PH1 plant 3 were
transgenic as were three out of eight progeny of PH1 plant 10.
The blot results correlated precisely with data from the bioas-
says, confirming that the heterologous DNA was transmitted
through one complete sexual life cycle.  All data are summariz-
ed in Table 1.

TABLE 1
ANALYSIS OF PH1 R1 PLANTS

| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
|---|---|---|---|---|---|---|---|
| 3.1 | + | ND | + | 4.1 | − | ND | ND |
| 3.2 | − | ND | − | 4.2 | − | ND | ND |
| 3.3 | − | ND | − | 4.3 | − | ND | ND |
| 3.4 | − | ND | − | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
|  |  |  |  | 2.1 | − | ND | − |
|  |  |  |  |  |  |  |  |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | ND |
| 10.3 | − | − | ND | 1.3 | − | − | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |

BIOT-104 - 1/22/90                − 33 −

0002825

| | | | | | | | |
|------|------|------|------|------|------|------|------|
| 10.5 | − | − | − | 1.5 | − | − | ND |
| 10.6 | − | − | − | 1.6 | − | − | ND |
| 10.7 | − | − | − | 1.7 | − | − | ND |
| 10.8 | ND | + | + | 1.8 | − | − | ND |

KEY:+ = transgenic; − = nontransgenic; ND = not done

## EXAMPLE II

The procedure of Example I was repeated with minor modifications.

### I. Plant lines and tissue cultures

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

### II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

### III. DNA delivery process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M CaCl$_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

```
2 x pBII221 prep    For transient expression
7 x pHYGI1 prep     Potential positive treatment
3 x TE prep         Negative control treatment
```

BIOT-104 - 1/22/90              - 34 -

After all the bombardments were performed, the callus from the pBII221 treatments was transferred plate for plate to F medium as five 50 mg pieces. After 2 d the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

IV. Selection of transformed callus

After bombardment the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 13 d the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 d, but at this time appeared close to dead. All of the callus was transfered from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example I in which only viable sectors were transferred and the round 2 plates reserved.

At 58 d post-bombardment three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A,

BIOT-104 - 1/22/90             - 35 -

and 55A.

After 15 d on maintainance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance was plated to F medium having 60 mg/l hygromycin.

After 19 d on 60 mg/l hygromycin the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead, and the line 55A was very close. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 d on 60 mg/l hygromycin the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to to F 60 mg/l hygromycin.

At 88 d post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 d. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 d of culture, the callus line 13E appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

V. <u>Confirmation of transformed callus</u>

A Southern blot was prepared from DNA from the line 24C. As shown in Figure 6, a band was observed for the line 24C at

BIOT-104 - 1/22/90                - 36 -

the expected size of 1.05 Kb showing that the line 24C contain-
ed the HPT coding sequence.  No band was observed for DNA from
control tissue.  The name of the callus line 24C was changed to
PH2.

## VI. <u>Plant regeneration and production of seed</u>

     The line 24C along with unselected control callus were
placed onto RM5 medium to regenerate plants as in Example I.
After 16 d the callus was transferred to R5 medium as in Exam-
ple I.

<u>EXAMPLE III</u>

     The procedure of Example II was repeated exactly except
that different plasmids were used.

     The plasmids pBII221 and pHYGI1 described in Example I
were used as well as pMS533 which is a plasmid that contains
the insecticidal Bacillus thuringiensis endotoxin (BT) gene fus-
ed in frame with the neomycin phosphotransferase (NPTII) gene.
5' of the fusion gene are located segments of DNA from the CaMV
35S and nopaline synthase promoters.  3' from the fusion gene
are segments of DNA derived from the tomato protease inhibitor
I gene and the poly A region of the nopaline synthase gene.

     Callus was bombarded exactly as in Example I except that
the DNA used in the tungsten/DNA preparations differed.  Two
tubes contained plasmids pHYGI1 and pMS533 and one tube contain-
ed no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH
8.0).

     The following bombardments were done:

     9 x pHYGI1/pMS533    Potential positive treatment
     2 x TE prep          Control treatment

     After bombardment the callus from the pHYGI1/pMS533 treat-

BIOT-104 - 1/22/90              - 37 -

ments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further

BIOT-104 - 1/22/90          - 38 -

test the resistance of the callus line 86R to hygromycin.

## COMPARATIVE EXAMPLE A

The basic procedures of Examples I-III have been attempted except varying the selection regime or the form of the callus.   These other attempts, which are detailed in Table 2 below, were not successful.  Since they were not repeated several times, it is not known whether they can be made to work.   In all of the procedures, no viable sectors were observed.   In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

### TABLE 2
#### Summary of Comparative Example A

| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
|---|---|---|---|---|---|---|
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | - | - |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | - | - |
| Sieved | pCHN1-1 pBII221 | 13 | - | - | - | - |

BIOT-104 - 1/22/90                     - 39 -

0002831

WHAT IS CLAIMED IS

1. A fertile transgenic _Zea_ _mays_ plant containing heter-ologous DNA which is heritable.

2. The plant of Claim 1 wherein the heterologous DNA en-codes a protein.

3. The plant of Claim 2 wherein the heterologous DNA is expressed.

4. The plant of Claim 1 wherein the heterologous DNA en-codes an antisense RNA.

5. The plant of Claim 1 wherein the _Zea_ _mays_ plant is se-lected from the group consisting essentially of field corn, pop-corn, sweet corn, flint corn, and dent corn.

6. The plant of Claim 1 wherein the heterologous DNA com-prises a gene selected from the group consisting of non-plant genes, modified genes, synthetic genes, and genes from other plant strains or species.

7. The plant of Claim 1 wherein said heterologous DNA en-codes a beneficial trait to the plant.

8. The plant of Claim 7 wherein said beneficial trait is selected from the group consisting essentially of promoting in-creased crop food value, higher yield, reduced production cost, pest resistance, stress tolerance, drought resistance, disease resistance, and the ability to produce a chemical.

9. The plant of Claim 1 which expresses a selectable marker gene.

10. The plant of Claim 9 wherein the selectable marker

BIOT-104 - 1/22/90            - 40 -

0002832

gene confers resistance or tolerance to a compound selected from the group consisting of hygromycin, kanamycin, G418, neomycin, glyphosate, methotrexate, imidazolinone, chlorsulfuron, and bromoxynil.

11. The plant of Claim 9 wherein the selectable marker gene confers resistance or tolerance to hygromycin.

12. The plant of Claim 1 which expresses a reporter gene.

13. The seed produced by the plant of Claim 1 which inherit the heterologous DNA..

14. The grain produced from the plant of Claim 1 when the heterologous DNA increases the crop food value or feed value of said grain.

15. The food produced from the grain of Claim 14.

16. The R2 and higher generations of the plant of Claim 1.

17. The products derived from the Zea mays plant of Claim 1 or any part thereof.

18. The plant of Claim 1 which is produced from transgenic seed produced from a fertile transgenic plant using cross-breeding techniques.

19. A process for producing a fertile transgenic Zea mays plant which stably expresses heterologous DNA which is heritable, wherein the process comprises the steps of (i) establishing a friable embryogenic callus of a plant to be transformed, (ii) transforming said callus by bombarding it with DNA-coated microprojectiles in a microprojectile bombardment procedure, (iii) identifying or selecting a transformed callus cell, and

BIOT-104 - 1/22/90          - 41 -

(iv) regenerating a fertile transgenic plant therefrom.

20. The process of Claim 19 wherein the callus subjected to bombardment is in clumps of about 30 to 80 mg per clump.

21. The process of Claim 19 wherein the callus had been initiated about 3 to 36 months before the bombardment.

22. The process of Claim 19 wherein the callus is maintained on solid induction media.

FIGURE 1

A



B

0002835

FIGURE 2

A



B





PHI CALLUS



*FIGURE 4*

## PHI R$_0$ PLANTS



PROBES:

PHYGII:

35S Prm    Adh INT    HYG    NOS

Bam HI    Pst I    Bam HI



PHI.1    PHI.7    PHI.24    CONTROL

1.6Kb→

1Kb→



FIGURE 5

PHI R₁ GENERATION

0002839

# PH2 CALLUS

PROBES:



PHYGI1:  35S Pm   Adh INT   HYG   NOS

                        Bam HI   Pst I   Bam HI



1.6 Kb →

1 Kb →

For Utility,
PCT, and
Design Applications

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT

# United States Patent Application

▼ INSTRUCTIONS

## COMBINED DECLARATION AND POWER OF ATTORNEY

As a below named inventor I hereby declare that: my residence, post office address and citizenship are as stated below next to my name; that

I verily believe I am the original, first and sole inventor (if only one name is listed below) or a joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Insert TITLE of invention

**FERTILE TRANSGENIC CORN PLANTS**

Check a or b

The specification of which

a.. ☐ is attached hereto

b. ☒ was filed on ___January 22, 1990___

If "b" checked complete

as application serial no ___07/467,983___

and was amended on_____ (if applicable)

If PCT Application

(in the case of a PCT-filed application)

Insert Int. application
number & filing date

described and claimed in international no._____ filed_____

and as amended on_____ (if any), which I have reviewed and for which I solicit a United States patent.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). (Reprinted on back side).

I hereby claim foreign priority benefits under Title 35, United States Code, § 119/365 of any foreign application(s) for patent of inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on the basis of which priority is claimed:

Prior applications
Check a or b

a. ☒ no such applications have been filed.

b. ☐ such applications have been filed as follows:

If "b" checked complete

| FOREIGN APPLICATION(S), IF ANY, CLAIMING PRIORITY UNDER 35 USC 119 | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day,month,year) | DATE OF ISSUE (day,month,year) |
|  |  |  |  |
|  |  |  |  |
| ALL FOREIGN APPLICATIONS, IF ANY, FILED BEFORE THE PRIORITY APPLICATION(S) | | | |
|  |  |  |  |
|  |  |  |  |

I hereby claim the benefit under Title 35, United States Code, § 120/365 of any United States and PCT international application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 156(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

0002841

For Continuation-in-Part (CIP) Applications, complete:

| U.S. APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|
|  |  |  |
|  |  |  |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

John D. Gould, Reg. No. 18,223; Phillip H. Smith, Reg. No. 20,476; Robert T. Edell, Reg. No. 20,187; Paul A. Welter, Reg. No. 20,890; Cecil C. Schmidt, Reg. No. 20,566; John S. Sumners, Reg. No. 24,216; Alan G. Carlson, Reg. No. 25,959; Michael L. Schwegman, Reg. No. 25,816; Earl D. Reiland, Reg. No. 25,767; Charles E. Golla, Reg. No. 26,896; Douglas J. Williams, Reg. No. 27,054; Douglas A. Strawbridge, Reg. No. 28,376; Albert L. Underhill, Reg. No. 27,403; Norman P. Friederichs, Reg. No. 24,919; Michael B. Lasky, Reg. No. 29,555; Curtis B. Hamre, Reg. No. 29,165; Michael D. Schumann, Reg. No. 30,422; Michael L. Mau, Reg. No. 30,087; Mark J. DiPietro, Reg. No. 28,707; John A. Clifford, Reg. No. 30,247; Janet R. Westrom, Reg. No. 30,703; Steven W. Lundberg, Reg. No. 30,568; Warren D. Woessner, Reg. No. 30,440; Alan W. Kowalchyk, Reg. No. 31,535; Michael S. Sherrill, Reg. No. 30,302; Daniel W. McDonald, Reg. No. 32,044; Timothy R. Conrad, Reg. No. 30,164; Janice L. Umbel, Reg. No. 31,201; R. Carl Moy, Reg. No. 30,725; Robert C. Freed, Reg. No. 32,569; Daniel J. Kluth, Reg. No. 32,146; Wendy M. McDonald, Reg. No. 32,427; Linda M. Byrne, Reg. No. 32,404; Mark D. Schuman, Reg. No. 31,197; Randall A. Hillson, Reg. No. 31,838; John P. Sumner, Reg. No. 29,114; Brian H. Batzli, Reg. No. 32,960; David K. Tellekson, Reg. No. 32,314; John J. Gresens, Reg. No. 33,112; John L. Knoble, Reg. No. 32,387; Albin J. Nelson, Reg. No. 28,650; and Robert C. Beck, Reg. No. 28,124. and Janice M. Mueller, P-33,975.

I hereby authorize them to act and rely on instructions from and communicate directly with the person/assignee/attorney/firm/organization/who/which first sends/sent this case to them and by whom/which I hereby declare that I have consented after full disclosure to be represented unless/until I instruct Merchant, Gould to the contrary.

Please direct all correspondence in this case to Merchant, Gould, Smith, Edell, Welter & Schmidt at the address indicated below (or if no address is specified, the first address):

XX  3100 Norwest Center, Minneapolis, MN 55402     ☐  1000 Norwest Center, St. Paul, MN 55101
     Telephone No. (612) 332-5300                              Telephone No. (612) 298-1055

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Insert FULL name(s) AND address(es) of actual inventor(s)

| | | | | FIRST GIVEN NAME | SECOND GIVEN NAME |
|---|---|---|---|---|---|
| **201** | FULL NAME OF INVENTOR | FAMILY NAME | Lundquist | Ronald | C. |
| | RESIDENCE & CITIZENSHIP | CITY | Minnetonka | STATE OR FOREIGN COUNTRY Minnesota | COUNTRY OF CITIZENSHIP U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS 4901 Clear Spring Road | | CITY Minnetonka | STATE & ZIP CODE/COUNTRY MN 55345 U.S.A. |
| **202** | FULL NAME OF INVENTOR | FAMILY NAME | Walters | FIRST GIVEN NAME David | SECOND GIVEN NAME A. |
| | RESIDENCE & CITIZENSHIP | CITY | Bloomington | STATE OR FOREIGN COUNTRY Minnesota | COUNTRY OF CITIZENSHIP U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS 11424 Kell Road | | CITY Bloomington | STATE & ZIP CODE/COUNTRY MN 55437 U.S.A. |
| **203** | FULL NAME OF INVENTOR | FAMILY NAME | | FIRST GIVEN NAME | SECOND GIVEN NAME |
| | RESIDENCE & CITIZENSHIP | CITY | | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS | | CITY | STATE & ZIP CODE/COUNTRY |

Each inventor must sign & date

Note: No legalization or other witness required

| SIGNATURE OF INVENTOR 201 | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| Ronald C. Lundquist | | |
| DATE Mar. 19, 1990 | DATE MARCH 19 1990 | DATE |

For Additional Inventors:
☐  Check box and attach sheet with same information, including date and signature.

Revised 7/13/89

PTO-103X
(Rev. 8-95)

FILING RECEIPT



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/844,555 | 04/21/97 | 1803 | $770.00 | 950.001US5 | 6 | 4 | 1 |

WARREN D WOESSNER
SCHWEGMAN LUNDBERG
 WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the
results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF
INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy
of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's
Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    RONALD C. LINDQUIST, MINNETONKA, MN; DAVID A. WALTERS,
                BLOOMINGTON, MN.

CONTINUING DATA AS CLAIMED BY APPLICANT—
            THIS APPLN IS A DIV OF   08/677,695 07/10/96
            WHICH IS A CON OF  07/974,379 11/10/92   PAT 5,538,877
            WHICH IS A CON OF  07/467,983 01/22/90


FOREIGN FILING LICENSE GRANTED 01/02/98
TITLE
FERTILE TRANSGENIC CORN PLANTS

PRELIMINARY CLASS: 435

Schwegman, Lundberg
Woessner & Kluth, P.A.

JAN 0 8 1998

RECEIVED

0002843

LICENSE FOR FOREIGN FILING UNDER
Title 35, United States Code, Section 184
Title 37, Code of Federal Regulations, 5.11 & 5.15

## GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase
"FOREIGN FILING LICENSE GRANTED" followed by a date appears on the
reverse side of this form.  Such licenses are issued in all applications where
the conditions for issuance of a license have been met, regardless of whether
or not a license may be required as set forth in 37 CFR 5.11.  The scope and
limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license
has been issued under 37 CFR 5.15(b).  The license is subject to revocation upon
written notification.  The date indicated is the effective date of the license, unless
an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or
after the effective date thereof unless it is revoked.  This license is automatically
transferred to any related application(s) filed under 37 CFR 1.62 which meets the
provisions of 37 CFR 5.15(a).  This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a
licensee for the security of the subject matter as imposed by any Government
contract or the provisions of existing laws relating to espionage and the
national security or the export of technical data.  Licensees should apprise
themselves of current regulations, especially with respect to certain
countries, of other agencies, particularly the Office of Defense Trade Controls,
Department of State (with respect to Arms, Munitions and Implements of War
(22 CFR Parts 121-128) ); the Office of Export Administration, Department of
Commerce (15 CFR 370.10 (j) ); the Office of Foreign Assets Control,
Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase
"FOREIGN FILING LICENSE GRANTED"  DOES NOT appear on the reverse
side of this form.  Applicant may still petition for a license under 37 CFR 5.12,
if a license is desired before the expiration of 6 months from the filing date of the
application.  If 6 months has lapsed from the filing date of this application and the
licensee has not received any indication of a secrecy order under 35 U.S.C. 181,
the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

<u>S/N 08/844,555</u>                                                                    <u>PATENT</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Applicants:  Ronald C. Lundquist et al.            Examiner: Gary Benzion

Serial No.:  08/844,555                                  Group Art Unit:  1649

Filed:       April 21, 1997                             Docket:  950.001US5

Title:       FERTILE TRANSGENIC CORN PLANTS

---

<u>SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT</u>

Assistant Commissioner for Patents
Washington, D.C. 20231

  In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 form, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

  Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US5

The Examiner is invited to contact Applicants' Representative at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6976

Date  4/30/98          By  _David L. Provence_
DLP:jsf                     David L. Provence
                            Reg. No. P-43,022

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on April 30, 1998.

JONATHAN FERGUSON          _____
Name                        Signature

0002846

Sheet 1 of

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants:  Ronald C. Lundquist et al. | |
| | Filing Date:  April 21, 1997 | Group:  1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,565,347 | 10/15/1996 | Fillatti et al. | 435 | 172.3 | 06/10/86 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc,)

| **Examiner Initial | |
|---|---|
| | |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered.  Include copy of this form with next communication to applicant.

0002847

S/N 08/844,555                                                              **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Unknown |
| Serial No.: | 08/844,555 | Group Art Unit:  Unknown |
| Filed: | April 21, 1997 | Docket:  950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

      When the above-identified patent application is taken up for consideration, please make the following changes:

### In the Specification

      At page 11, line 20, after "in" please delete "Weising, supra." and insert -- Table 1 -- and insert the following Table 1:

0002848

Table 1: Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
|---|---|---|---|
| **Animals** | | | |
| Drosophila heat shock gene hsp 70 | 5' hsp70/nptII/3' ocs | tobacco (plants, tumors) | + temperature-dependent and organ-specific |
| Drosophila copia element LTR | 5' copia/cat | rice, wheat and sorghum (protoplasts) | (–) transient, but strong |
| firefly luciferase gene | 5' CaMV 35S/luciferase cDNA/3' nos | tobacco (plants) | – |
| | 5' CaMV 19S/luciferase cDNA/3' nos | carrot (protoplasts) | (+) transient |
| | 5' deletion series | | |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (–) not expressed |
| Human α-globin gene | 5' nos/α-globin | tobacco (plants) | (+) incorrect transcript processing |
| Chicken α-actin gene | genomic | tobacco (tumors) | (–) not expressed |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (+) incorrect transcript processing |
| Mouse metallothionein gene (mmt) | 5' mmt/cat | tobacco (tumors) | (–) not expressed |
| Mouse dihydrofolate reductase gene (DHFR) | 5' CaMV 35S/DHFR-cDNA/3' nos | Petunia (plants) | + expression confers methotrexate resistance |
| Human growth hormone gene (hgh) | 5' CaMV 35S/hgh | tobacco (plants, tumors) | (+) incorrect transcript processing |
| | 5' nos/hgh/3' nos | tobacco and sunflower (tumors) | (+) transcription, but neither processing nor translation |
| | 5' CaMV 35S/hgh/hgh 3' | tobacco (plants) | (+) incorrect transcript polyadenylation |

2

0002849

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| SV40 early genes | 5' SV40/cat | tobacco (tumors) | (−) | not expressed |
| | 5' CaMV 35S/cat/3' SV40 | tobacco (plants) | (+) | incorrect transcript polyadenylation |
| HSV thymidine kinase gene (tk) | 5' HSV/tk/cat | tobacco (tumors) | (−) | not expressed |
| Adenovirus type 5 E1A gene | 5' CaMV 35S/E1A/ 3' E1A/3' rbcS | tobacco (plants) | (+) | termination within rbcS, E1A polyadenylation site not used |
| **Yeast** | | | | |
| Yeast ADH | genomic | tobacco (plants) | (−) | not expressed |
| **Plant virus** | | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/TMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to TMV infection |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/AMVcDNA 5' CaMV 35S/AMVcDNA/ 3' nos | tobacco and tomato (plants) | + | expression confers enhanced resistance to AMV infection |
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + | only A-components in tandem are able to replicate |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/ CMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to CMV infection |
| **Plants** | | | | |
| Bean phaseolin gene | 5' ocs/phaseolin genomic genomic | sunflower (tumors) tobacco (plants) | + + | expressed and processed correctly / development-specific expression in seeds: targeting to protein bodies in endosperm and embryos |
| | 5' phaseolin/phaseolin- cDNA/3' phaseolin | tobacco (tumors) | + | higher expression than using a genomic clone |

3

0002850

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| Bean phytohemagglutinin-L gene (*PHA-L*) | 5' phaseolin/maize zein/ 3' phaseolin | tobacco (plants) | + | development-specific zein gene expression in tobacco seeds. Zein accumulation |
| | genomic | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Soybean β-conglycinin gene (α subunit) | genomic 5' deletion series | Petunia (plants) | + | development-specific expression in Petunia seeds depending on 5' sequences |
| | 5' CaMV 35S or 19S/ conglycinin/3' *nos* | Petunia (plants) | + | constitutive expression: 35S > 19S; 20-fold clonal variation |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | + | development-specific expression in seeds |
| Potato patatin gene | 5' patatin/*cat*/3' *nos* | potato (plants) | + | organ-specific expression in tubers |
| | 5' ST-LS.1/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. |
| Maize zein gene | genomic | sunflower (tumors) | (+) | transcription, but no detectable protein |
| | 5' phaseolin/zein/3' phaseolin | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Wheat glutenin genes | 5' glutenin/*cat*/3' *nos* | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Wheat chlorophyll a/b-binding protein (*cab*) gene | genomic | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression in leaves |
| | 5' *cab*/*cat* 5' *cab*/5' CaMV 35S/*cat*/ 3' *rbcS* 5' deletion series | tobacco (plants) | + | phytochrome-regulated expression in leaves depending on 5' sequences |

4

0002851

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| Pea *cab* gene | 5' *cab*/nptII<br>5' *cab*/5' *nos*/nptII | tobacco (plants) | + | light-regulated, organ-and cell-specific expression; depending on enhancer/silencer-like 5' sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. |
| Petunia *cab* gene | 5' *cab*/ocs<br>5' *cab*/nos | Petunia and tobacco (plants) | + | clonal variation of expression (200 fold) independent of copy number and homo-/heterologous host genome |
| Arabidopsis *cab* gene | 5' *cab*/cat | tobacco (plants) | + | light-regulated and organ-specific expression |
| Pea ribulose 1,5-Bisphosphate carboxylase small subunit gene (*rbcS*) | genomic<br>5' *rbcS*/cat<br>5' deletion series | Petunia (tumors) | + | light-regulated expression dependent on 5' sequences |
| E9 | genomic<br>5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression dependent on 5' sequences: 25-fold clonal variation |
| Pea *rbcS* 3.6 | 5' *rbcS*/cat/3' *nos*<br>5' deletion series | tobacco (tumors) | + | light-regulated expression dependent on enhancer-like 5' sequences |
| | 5' *rbcS*/*rbcS* transit sequence/ nptII | tobacco (tumors and plants) | ⁚ | light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences |
| | 5' *rbcS*/nptII | tobacco (plants) | + | light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor |

5

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| Pea *rbcS* 3A, 3C | genomic | Petunia (plants) | + | regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state |
| Pea *rbcS* 3A, E9 | 5' *rbcS*/5' CaMV 35S/*cat* 5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression depending on enhancer- and silencer-like 5' sequences |
| Soybean *rbcS* | 5' *rbcS/nptII*/3' *ocs* 5' *rbcS/nos* 5' *rbcS/nptII*/3' *nos* | soybean (tumors) Kalanchoe (tumors) Petunia (plants) | + + + | light-regulated expression light-regulated expression light-regulated expression mediated by phytochrome |
| Soybean, pea and Petunia *rbcS* | 5' *rbcS/nptII*/3' *nos* | tomato (plants) | + | expression stronger than directed by nos-promoter |
| Nicotiana plumbaginifolia *rbcS* 8B | 5' *rbcS/cat* | tobacco and Petunia (plants) | + | light-regulated and organ-specific expression; 3-fold clonal variation independent of homo-/ heterologous host genome |
| Wheat *rbcS* | genomic 5' CaMV 35S/*rbcS*/3' *rbcS* | tobacco (plants) | (+) | no expression under the control of wheat promoter; CaMV 35S promoter is necessary |
| Potato *ST-LS.1* gene | genomic; modified by exon tagging | potato and tobacco (plants) | + | light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo-/ heterologous host. |
| | 5' *ST-LS.1*/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the *ST-LS.1* promoter sequences |

6

0002853

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5' chs(A)/nptII/3' chs(P) 5' deletion series | tobacco (plants) | + | UV-B-light-regulated expression dependent on enhancer-like 5' sequences |
| potato proteinase inhibitor II gene (PI II) | genomic 5' PI II/cat/3' T-DNA gene 6b 5' PI II/cat/3' PI II | tobacco (plants) | + | wound-inducible expression depending on 5' and 3' sequences; systemic spreading by transacting factors |
| Soybean heat shock gene hs 6871 | genomic 5' deletion series | sunflower (tumors) and tobacco (plants) | + | temperature-regulated expression depending on 5' sequences |
| Soybean heat shock gene Gmhsp 17.5E | genomic 5' deletion series | sunflower (tumors) | + | expression regulated by temperature and presence of cadmium and arsenite depending on 5' sequences |
| Maize heat shock gene hsp70 | genomic | Petunia (plants) | + | temperature-regulated expression |
| Maize alcohol dehydrogenase I gene (AdhI) | 5' CaMV 35S/cat/AdhI intron/ 3' rbcS | tobacco (plants) | (+) | maize AdhI intron is not removed from the transcript |
| | 5' AdhI/cat 5' ocs/5' AdhI/cat 5' CaMV 35S/5' AdhI/cat 5' AdhI deletion series | tobacco (plants) and maize (protoplasts) | (+) | anaerobically inducible cat-expression dependent on 5' AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. |
| Maize sucrose synthase gene (ss) | 5' ss/nptII/3' ocs | wheat (protoplasts) | (+) | transient expression |
| | 5' ss/npII | maize (protoplasts) | (+) | transient expression suspension-culture derived but not in leaf-derived protoplasts |
| Soybean β-tubulin gene | genomic | tobacco (plants) | + | |
| cowpea trypsin inhibitor gene (CpTI) | 5' CaMV 35S/CpTI/3' nos | tobacco (plants) | + | expression enhances resistance to insect pests |
| Petunia EPSP synthase gene | 5' CaMV 35S/EPSP/3' nos | Petunia (plants) | + | 35S-directed EPSP overproduction confers glyphosate tolerance |

7

0002854

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| | 5' T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (aroA) coding region | tobacco (plants) | + | expression of bacterial EPSP; targeting into chloroplasts; glyphosate tolerance |
| Soybean leghemoglobin gene lbc3 | genomic | tobacco (plants) | n.d. | |
| | 5' lbc3/cat/3' lbc3 | Lotus corniculatus (plants) | + | development-specific and inducible expression only in nodules and only after infection by Rhizobium; dependence on 5' regulatory sequences |
| Nicotiana plumbaginifolia "insert 7" enhancer-like sequence | 5' insert 7/5' nos/nptII | tobacco (plants) | + | transient protoplast-specific overexpression of nptII |
| Nicotiana plumbaginifolia ATP synthase gene (atp2-1); β subunit | 5' CaMV 35S/atp2-1 signal sequence/cat | tobacco (plants) | + | cat enzyme is targeted into mitochondria |
| Maize transposable elements Ac and Ds | Ac or Ds within borders of waxy locus | tobacco (tumors and shoots) | + | Ac is capable of self-catalyzed transposition |

Abbreviations:

| | | |
|---|---|---|
| copia LTR | – | long terminal repeat of copia transposable element |
| HSV | – | Herpes simplex virus |
| Adh | – | alcohol dehydrogenase gene |
| ST-LS 1 | – | Solanum ruberosum leaf/stem-specific gene |
| EPSP | – | 5-enolpyruvylshikimate-3-phosphate (gene) |
| lbc3 | – | member of the leghemoglobin gene family |
| Ac, Ds | – | maize transposable elements (activator, dissociation) |
| rbcS | – | ribulose-1,5-bisphosphate carboxylase small subunit gene |

8

0002855

| | | |
|---|---|---|
| *cab* | – | chlorophyl a/b binding protein gene |
| *nptII* | – | neomycin phosphotransferase II gene |
| *ocs* | – | octopine synthase gene |
| *nos* | – | nopaline synthase gene |
| *cat* | – | chloramphenicol acetyltransferase gene |
| *CaMV 35S, 19S* | – | cauliflower mosaic virus genes encoding 35S and 19S-transcript, respectively |
| *genomic* | – | transferred construct contains the entire gene including 5' and 3' regions |

Mode of expression:

| | | |
|---|---|---|
| + | – | correct expression of stably integrated gene |
| (+) | – | transient expression, or transcription followed by incorrect processing and/or translation |
| (−) | – | gene is not transcribed |

9

0002856

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 10
Dkt: 950 001US6

At page 11, line 31, after "in" please delete "Weising et al., <u>supra</u>" and insert

-- Table 2 -- and insert the following Table 2:

10

0002857

Table 2   Selectable marker and reporter genes in plant genetic transformation

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against |
|------|--------|----------------|-----------|----------|--------------------|
| | | | Selectable marker | Scorable reporter | |
| Neomycin phosphotransferase gene II (*nptII*) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (*nptI*) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[2] " |
| Chloramphenicol acetyltransferase gene (*cat*) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated c-DNA of a mouse *DHFR* gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (*ocs*) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcysteine[6] |
| Nopaline synthase gene (*nos*) | T-DNA | nopaline synthase | - | ++ | ?[7] |
| Hygromycin phosphotransferase gene (*hpt*) | E. coli | hygromycin phosphotransferase | ++ | - | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | + | - | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) control plants are not killed by streptomycin | streptomycin[10] |
| *aroA* gene | *Salmonella typhimurium* | EPSP synthase | ++ | - | glyphosate[11] |
| *bar* gene | *Streptomices hygroscopicus* | phosphinothricin acetyltransferase | ++ | - | phosphinothricin, bialaphos[12] |

| β-galactosidase gene | E. coli | β-galactosidase | - | + | [13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | - | ++ | [14] |
| Bacterial luciferase gene | Vibrio harvest | luciferase | - | ++ | [13] |
| Firefly luciferase gene | Photinus peralis | luciferase | - | ++ | [14] |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes.

Abbreviations
Tn          - transposon
DHFR        - dihydrofolate reductase
EPSP synthase - 5-enolpyruvylshikimate-3-phosphate synthase

[1] M. Bevan et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBO J., 8, 1681 (1984); I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[2] R.T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Pretzrak et al., Nucl. Acids Res., 14, 5857 (1986).

[3] M. DeBlock et al., EMBO J., 2, 1681 (1984); I. Herrera-Estrella et al., Nature, 303, 209 (1983).

[4] N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid, I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[5] D.A. Eicholtz et al., Somat. Cell. Mol. Genet., 13, 67 (1987).

[6] G.A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Geve et al., Nature, 300, 752 (1982); A. Hockema et al., Plant Mol. Biol., 5, 85 (1985); M.G. Koziel et al., J. Mol. Appl. Genet., 2, 549 (1981).

[7] J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).

[8] A.M. Lloyd et al., Science, 284, 464 (1986); P.I.M. Van den Hazen et al., Plant MOL. Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).

[9] J. Hille et al., Plant Mol. Biol., 7, 171 (1986).

[10] J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).

[11] L. Comai et al., Nature, 317, 741 (1985); J.J. Inilatti et al., Biotechnology, 5, 726 (1987).

11  M. DeBlock et al., EMBO J., 6, 2513 (1987); C.I. Thompson et al., EMBO J., 6, 2519 (1987).

12  G. Helmer et al., Biotechnology, 2, 520 (1984).

13  D.R. Gallic et al., Nuc. Acids Res., 15, 8693 (1987); R.A. Jefferson et al., EMBO J., 6, 1901 (1987).

14  C. Koncz et al., Mol. Gen. Genet., 204, 383 (1986).

15  D.W. Ow et al., Science, 234, 856 (1986); D.W. Ow et al., PNAS USA, 84, 4870 (1987); C.D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).