PRELIMINARY AMENDMENT                                    Page 14
Serial Number: 08/845,217                                Dkt: 950.001US6
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

At page 12, line 15, delete "Weising et al, supra" and insert -- Table 2 -- therefor.

At page 33, line 3, delete "Table 1" and insert --Table 3--.

At page 33, line 15, delete "Table 1" and insert --Table 3--.

At page 33, line 16, delete "TABLE 1" and insert --TABLE 3--.

At page 39, line 5, delete "Table 2" and insert --Table 4--.

At page 39, line 13, delete "TABLE 2" and insert -- TABLE 4 -- therefor.

## In the Claims

Please cancel claims 19-22, without prejudice.

Please add the following new claims:

23.    A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

24.    The process of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25.    The process of claim 23 wherein the cells are derived from immature embryos.

26.    The process of claim 23 wherein said DNA encodes an EPSP synthase.

27.    The process of claim 23 wherein said DNA further comprises a selectable marker gene or a reporter gene.

PRELIMINARY AMENDMENT                                                          Page 15
Serial Number: 08/845,217                                                      Dkt: 950 001US6
Filing Date: April 21, 1997
Title:      FERTILE TRANSGENIC CORN PLANTS

28.    The process of claim 23 further comprising obtaining transgenic
       glyphosate resistant progeny plants of subsequent generations from said
       fertile transgenic plant.

29.    The process of claim 28 further comprising obtaining seed from one of
       said progeny plants.

30.    A process for producing animal feed comprising:
       (a)    providing a fertile transgenic *Zea mays* plant comprising
              heterologous heritable DNA that is expressed so as to impart
              glyphosate resistance to said transgenic *Zea mays* plant;
       (b)    cultivating said transgenic *Zea mays* plant;
       (c)    obtaining seed from said cultivated *Zea mays* plant; and
       (d)    preparing animal feed from said seed.

31.    The process of claim 30 wherein the DNA encodes an EPSP synthase.

32.    A process for producing human food comprising:
       (a)    providing a fertile transgenic *Zea mays* plant comprising
              heterologous heritable DNA that is expressed so as to impart
              glyphosate resistance to said transgenic *Zea mays* plant;
       (b)    cultivating said transgenic *Zea mays* plant;
       (c)    obtaining seed from said cultivated *Zea mays* plant; and
       (d)    preparing human food from said seed.

33.    The process of claim 32 wherein the DNA encodes an EPSP synthase.

34.    A process for producing oil comprising:
       (a)    providing a fertile transgenic *Zea mays* plant comprising

0002862

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 16
Dkt: 950.001US6

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing oil from said seed.

35.    The process of claim 34 wherein the DNA encodes an EPSP synthase.

36.    A process for producing starch comprising:

(a)    providing a fertile transgenic *Zea mays* plant comprising

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing starch from said seed.

37.    The process of claim 36 wherein the DNA encodes an EPSP synthase.

38.    A process for producing seed comprising:

(a)    providing a fertile transgenic *Zea mays* plant comprising

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant.

39.    The process of claim 38 wherein the DNA encodes an EPSP synthase.

### In the Abstract of the Disclosure

Please delete the abstract present on page 43 of the specification and insert -- A

0002863

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 17
Dkt: 950.001US6

process of preparing fertile *Zea mays* plants is provided wherein said plants are resistant to the

herbicide glyphosate, as well as processes for preparing seed, human food or animal feed

therefrom. -- therefor.

## Remarks.

Claims 19-22 having been canceled, and claims 23-39 having been added, the

pending claims are 23-39.

The amendments to the specification at page 11, to add Table 1 and Table 2, are

supported by the incorporation by reference into the application of K. Weising et al., <u>Annu. Rev.</u>

<u>Gent.,</u> <u>22</u>, 421 (1988), at page 10, lines 30-31 of the specification. Table 1 appears in Weising as

"Table 3" while Table 2 appears in Weising as "Table 1." The undersigned attorney for

Applicants certifies that Table 1 and Table 2 are identical to Table 3 and Table 1 of the Weising

et al. reference, respectively, with the exception that the citations to the literature given in the

reference have been reproduced in full in amended Table 2.

The amendments to the specification at pages 12, 33 and 39 are to correct

typographical errors resulting from the incorporation of Table 1 and Table 2 into the

specification.

New claim 23 is supported by the specification at page 6, lines 3-6 and lines 12-

14, and page 11, lines 12-16.

New claim 24 is supported by the specification at page 8, lines 13-23 and

Example I.

New claim 25 is supported by the specification at page 8, lines 15-19, page 9,

lines 7-11, and Example I.

New claims 26, 31, 33, 35, 37 and 39 are supported by the specification at page

11, lines 12-16.

New claim 27 is supported by the specification at page 11, lines 21-26.

New claim 28 is supported by the specification at page 7, lines 10-14 and page 11,

lines 12-16.

New claim 29 is supported by the specification at page 6, lines 12-14 and

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 18
Dkt: 950 001US6

Example LIV.

New claims 30 and 32 are supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 20, line 27-34.

New claims 34 and 36 are supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 21, lines 3-7.

New claim 38 is supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 21, lines 7-8

When the Examiner takes the present application up for the first Office Action, consideration of this amendment is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date  20 Jun 1997      By  _____
WDW:DLP                        Warren D. Woessner
                               Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on June 20 , 1997.

Frances Essien                              Frances Essien
Name                                        Signature

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Unknown |
| Serial No.: | 08/844,555 | Group Art Unit: Unknown |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 forms, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

Applicants respectfully request consideration of these documents during prosecution of the above-identified application. In addition, the Examiner is respectfully requested to consider for this application all documents submitted to the U.S. Patent Office in connection with Applicants' prior U.S. applications. The above-identified application is a divisional of U.S. application, Serial No. 08/677,695, filed July 10, 1996, pending, which is a continuation of U.S. application, Serial No. 07/974,379, filed November 10, 1992 (U.S. Patent No. 5,538,877) which is a continuation of U.S. application, Serial No. 07/467,983, filed January 22, 1990, abandoned. In accordance with 37 C.F.R. § 1.98(d), copies of the listed documents are not provided herewith as these references were previously cited by or submitted to the U.S. Patent Office in connection with the above-identified prior U.S. applications, which are relied upon for an earlier filing date under 35 U.S.C. § 120.

However, the following documents have not been cited during prosecution of the prior application; therefore, a copy of each of these documents is submitted herewith for the Examiner's consideration:

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US5

### U.S. PATENT DOCUMENTS

| Patent No. | Inventor | Date |
|---|---|---|
| 5,145,777 | Goodman et al. | 09/08/1992 |
| 5,554,798 | Lundquist et al. | 09/10/1996 |
| 5,595,733 | Carswell et al. | 01/21/1997 |
| 5,596,131 | Horn et al. | 01/21/1997 |
| 5,623,067 | Vanderkerckhove et al. | 04/22/1997 |
| 5,641,876 | McElroy et al. | 06/24/1997 |

### FOREIGN PATENT DOCUMENTS

| Patent No. | Country | Date |
|---|---|---|
| 0 335 528 A2 | European | 10/04/1989 |
| 0 348 348 A2 | European | 12/27/1989 |
| 3 738 874 A1 | Germany | 11/17/1988 |

### OTHER DOCUMENTS

Green, C., et al., "Somatic Cell Genetic Systems in Corn," In:  Advances in Gene Techynology: Molecular Genetics of Plants and Animals, Academic Press, Inc., New york,  pp. 147-157 (1983)

Messing, J., "Corn Storage Protein:  A Molecular Genetic Model,"  Division of Energy BioSciences -- Summaries of FY 1990 Activities, p. 70, Abstract No. 135  (1990)

Please charge any additional fees or credit any overpayment to Account No. 19-0743.

INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 3
Dkt: 950.001US5

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date ___3 / 0 c T  / 9 9 7___  By _____
WDW:jsf                                    Warren D. Woessner
                                           Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on October 3l, 1997.

Frances Essien
Name

Frances Essien
Signature

0002868

Sheet 1 of 17

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 4,370,160 | 01/25/1983 | Ziemelis | 71 | 117 | 06/27/78 |
| | 4,399,216 | 08/16/1983 | Axel et al. | 435 | 6 | 02/25/83 |
| | 4,535,060 | 08/13/1985 | Comai | 435 | 172.3 | 01/05/83 |
| | 4,559,301 | 12/17/1985 | Turner | 435 | 76 | 03/03/83 |
| | 4,559,302 | 12/17/1985 | Ingolia | 435 | 172.3 | 11/01/82 |
| | 4,581,847 | 04/15/1986 | Hibberd et al. | 47 | 58 | 09/04/84 |
| | 4,634,665 | 01/06/1987 | Axel et al. | 435 | 68 | 08/11/83 |
| | 4,642,411 | 02/10/1987 | Hibberd et al. | 800 | 1 | 09/04/84 |
| | 4,665,030 | 05/12/1987 | Close | 435 | 240 | 09/07/84 |
| | 4,666,844 | 05/19/1987 | Cheng | 435 | 240 | 09/07/84 |
| | 4,683,202 | 07/28/1987 | Mullis | 435 | 91 | 10/25/85 |
| | 4,727,028 | 02/23/1988 | Santerre et al. | 435 | 240.2 | 06/22/81 |
| | 4,743,548 | 05/10/1988 | Crossway et al. | 435 | 172.3 | 09/25/84 |
| | 4,761,373 | 08/02/1988 | Anderson et al. | 435 | 172.3 | 08/10/84 |
| | 4,806,483 | 02/21/1989 | Wang | 435 | 240.49 | 08/18/86 |
| | 4,940,835 | 07/20/1990 | Shah et al. | 800 | 205 | 08/07/85 |
| | 4,971,908 | 11/20/1990 | Kishore et al. | 435 | 172.1 | 05/26/87 |
| | 5,001,060 | 03/19/1991 | Peacock et al. | 435 | 172.3 | 02/06/87 |
| | 5,004,863 | 04/02/1991 | Umbeck | 800 | 205 | 12/03/86 |
| | 5,015,580 | 05/14/1991 | Christou et al. | 435 | 172.3 | 05/12/88 |
| | 5,034,322 | 07/23/1991 | Rogers et al. | 435 | 172.3 | 04/05/89 |
| | 5,049,500 | 09/17/1991 | Arnizen et al. | 435 | 172.3 | 01/13/87 |
| | 5,094,945 | 03/10/1992 | Comai | 435 | 172.3 | 01/05/83 |
| | 5,110,732 | 05/05/1992 | Benfey et al. | 435 | 172.3 | 03/14/89 |
| | 5,134,074 | 07/28/1992 | Gordon et al. | 435 | 240.4 | 06/20/86 |
| | 5,145,777 | 09/08/1992 | Goodman et al. | 435 | 172.3 | 10/01/84 |
| | 5,177,010 | 01/05/1993 | Goldman et al. | 435 | 172.3 | 09/05/90 |
| | 5,187,073 | 02/16/1993 | Goldman et al. | 435 | 172.3 | 11/13/89 |
| | 5,188,642 | 02/23/1993 | Shah et al. | 47 | 58 | 08/07/85 |
| | 5,188,958 | 02/23/1993 | Moloney et al. | 435 | 240.4 | 05/29/86 |
| | 5,250,515 | 10/05/1993 | Fuchs et al. | 514 | 12 | 04/11/88 |
| | 5,254,799 | 10/19/1993 | DeGreve et al. | 800 | 205 | 01/18/85 |
| | 5,258,300 | 11/02/1993 | Glassman et al. | 435 | 240.4 | 06/09/88 |
| | 5,268,463 | 12/07/1993 | Jefferson | 536 | 23.7 | 10/31/88 |
| | 5,290,924 | 03/01/1994 | Last et al. | 536 | 24.1 | 02/06/87 |
| | 5,350,689 | 09/27/1994 | Shillito et al. | 435 | 240.47 | 03/01/93 |
| | 5,352,605 | 11/04/1994 | Fraley et al. | 435 | 240.4 | 10/28/93 |
| | 5,371,003 | 12/06/1994 | Murry et al. | 435 | 172.3 | 09/23/93 |
| | 5,380,831 | 01/10/1995 | Adang et al. | 536 | 23.71 | 05/03/93 |
| | 5,484,956 | 01/16/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |
| | 5,489,520 | 02/06/1996 | Adams et al. | 435 | 172.3 | 04/17/90 |
| | 5,500,365 | 03/19/1996 | Fischhoff et al. | 435 | 240.4 | 02/24/89 |
| | 5,550,318 | 08/27/1996 | Adams et al. | 800 | 205 | 04/17/90 |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| _____ | 5,554,798 | 09/10/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |
| _____ | 5,561,236 | 11/01/1996 | Leemans et al. | 800 | 205 | 03/11/87 |
| _____ | 5,567,600 | 11/22/1996 | Adang et al. | 536 | 23.71 | 08/24/83 |
| _____ | 5,567,862 | 11/22/1996 | Adang et al. | 800 | 205 | 08/24/83 |
| _____ | 5,578,702 | 11/26/1996 | Adang et al. | 530 | 350 | 08/24/83 |
| _____ | 5,589,616 | 12/31/1996 | Hoffman et al. | 800 | 205 | 08/29/86 |
| _____ | 5,595,733 | 01/21/1997 | Carswell et al. | 424 | 93.21 | 05/20/87 |
| _____ | 5,596,131 | 01/21/1997 | Horn et al. | 800 | 205 | 03/08/88 |
| _____ | 5,623,067 | 04/22/1997 | Vanderkerckhove et al. | 536 | 24.1 | 10/20/88 |
| _____ | 5,641,876 | 06/24/1997 | McElroy et al. | 536 | 24.1 | 01/05/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|
| _____ | 0 174 791 A2 | 03/19/1986 | European | C12N | 15/00 | | |
| _____ | 0 126 537 A2 | 04/05/1983 | European | A61 | 9/52 | | |
| _____ | 0 131 623 B1 | 01/16/1984 | European | C12N | 15/11 | | |
| _____ | 0 141 373 A3 | 05/15/1985 | European | A01G | 7/00 | | |
| _____ | 0 154 204 A2 | 09/11/1985 | European | C12N | 15/00 | | |
| _____ | 0 160 390 A2 | 11/06/1985 | European | A01H0 | 15/10 | | |
| _____ | 0 193 259 A1 | 09/03/1986 | European | C12N | 15/00 | | |
| _____ | 0 202 668 A2 | 11/16/1986 | European | C12N | 5/02 | | |
| _____ | 0 204 549 A2 | 10/12/1986 | European | C12N | 15/00 | | |
| _____ | 2 159 173 A | 11/27/1985 | Great Britain | C12 | 15/00 | | |
| _____ | 0 242 236 A1 | 10/21/1987 | European | C12N | 15/00 | | |
| _____ | 0 242 246 A1 | 10/21/1987 | European | C12N | 15/00 | | |
| _____ | 0 257 472 A2 | 03/02/1988 | European | A01H | 1/02 | | |
| _____ | 0 262 971 A2 | 05/06/1988 | European | C12N | 15/00 | | |
| _____ | 0 270 356 A2 | 06/08/1988 | European | C12N | 15/00 | | |
| _____ | 0 271 408 A2 | 06/15/1988 | European | C12N | 15/00 | | |
| _____ | 0 275 069 A2 | 07/20/1988 | European | A01C | 1/06 | | |
| _____ | 0 280 400 A2 | 08/31/1988 | European | C12N | 5/00 | | |
| _____ | 0 282 164 A2 | 09/14/1988 | European | C12N | 15/00 | | |
| _____ | 0 289 479 A2 | 11/23/1988 | European | C12N | 15/00 | | |
| _____ | 0 290 395 A2 | 11/09/1988 | European | C12N | 15/00 | | |
| _____ | 0 292 435 A1 | 11/23/1988 | European | C12N | 15/00 | | |
| _____ | 0 299 552 A1 | 01/18/1988 | European | C12N | 15/00 | | |
| _____ | 0 301 749 A2 | 02/01/1989 | European | C12M | 3/00 | | |
| _____ | 0 331 855 A2 | 09/13/1989 | European | C12N | 15/00 | | |
| _____ | 0 334 539 A2 | 09/27/1989 | European | C12N | 15/00 | | |
| _____ | 0 335 528 A2 | 10/04/1989 | European | A01N | 65/00 | | No |
| _____ | 0 348 348 A2 | 12/27/1989 | European | A01H | 1/06 | | No |
| _____ | 3 738 874 A1 | 11/17/1988 | Germany | | | | |
| _____ | 61-134343 | 05/12/1984 | Japan | | | | |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Sheet 3 of 17

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
| --- | --- | --- | --- | --- | --- | --- |
| | AU-B-80893/87 | 12/05/1988 | Australia | C12N | 015/00 | |
| | 85/01856 | 05/09/1985 | PCT | A01B | 76/00 | |
| | 85/02972 | 07/18/1985 | PCT | A01C | 1/06 | |
| | 87/04181 | 07/16/1987 | PCT | C12N | 1/00 | |
| | 87/05629 | 09/24/1987 | PCT | C12N | 15/00 | |
| | 8 801 444 | 01/02/1990 | Netherlands | C12N | 15/87 | |
| | 89/04371 | 05/18/1989 | PCT | C12N | 21/00 | |
| | 89/10396 | 11/02/1989 | PCT | C12N | 5/00 | |
| | 89/11789 | 12/14/1989 | PCT | A01H | 1/00 | |
| | 89/12102 | 12/14/1989 | PCT | C12N | 15/00 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
| --- | --- |
| | Specification of U.S. Patent Application, Serial No. 07/205,155, Entitled "Stable Transformation of Plant Cells", pp. 1-29, Filed June 10, 1988 |
| | "'Bullets' Transform Plant Cells", Agricell Report, 9 (July 1987) |
| | Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., pg. 508 (1988) |
| | "Cornell U. Gene Gun Hits Biotech Bullseye", Agriculture Technology, p. 13 |
| | "Dalapon", Merck Index, 11th Edition, Budavae, S., (ed.), Merck and Co., pp. 405-406 (1989) |
| | Dialog Search of Japanese Patent No. 61-134343 (1986) |
| | EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992) |
| | "Herbicide-Resistant Corn", CT Academy of Science and Engineering, Case Reports, 5, 6 (1990) |
| | International Search Report, PCT/US 90/04462, mailed January 15, 1991 |
| | International Search Report, PCT/US 94/09699, mailed August 16, 1995 |
| | Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed June 30, 1986 |
| | Office Action dated March 8, 1990, Goldman et al., USSN 06/880,271, filed June 30, 1986 |
| | Patent Family Record for Australian Patent 8780893 |
| | "Shotgunning DNA into Cells", Genetic Engineering News, (July/August 1987) |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Adang, M.J., et al., "Characterized Full-Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki* HD-73 and Their Toxicity to *Manduca sexta*", Gene, 36, 289-300 (1985) |
| | Ahokas, H., "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", Soc. Biochem. Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989) |
| | Ahokas, H., "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", Theor. Appl. Genet., 77, 469-472 (1989) |
| | Altenbach, S.B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", Plant Mol. Biol., 8, 239-250 (1987) |
| | Altenbach, S.B., et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine-Rich Protein in Transgenic Plants", Plant. Mol. Biol., 13, 513-522 (1989) |
| | Ampe, C., et al., "The Amino-Acid Sequence of the 2S Sulphur-Rich from Seed of Brazil Nut (*Bertholletia excelsa* H.B.K.)", Eur. J. Biochem., 159, 597-604 (1986) |
| | Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryonic Tissue Cultures of Maize", Biol. Abstracts, 85, Abstract 117662 (1988) |
| | Armstrong, C.L., et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L-Proline", Planta, 164, 207-214 (1985) |
| | Barker, R.F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955", Plant Mol. Biol., 2, 335-350 (1983) |
| | Benner, M.S., et al., "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize", Theor. Appl. Genet., 78, 761-767 (1989) |
| | Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature, 304, 184-187 (1983) |
| | Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA", Nuc. Acids Res., 11, 369-385 (1983) |
| | Binns, A.N., "*Agrobacterium*-Mediated Gene Delivery and the Biology of Host Range Limitations", Physiol. Plant., 79, 135-139 (1990) |

| Examiner | |Date Considered |
|---|---|
| | | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Booy, G., et al., "Attempted Pollen-Mediated Transformation of Maize", _J. Plant Physiol., 135_, 319-324 (1989) |
| | Botterman, J., et al., "Engineering Herbicide Resistance in Plants", _Trends in Genetics, 4_, 221-222 (August 1988) |
| | Boulton, M.I., et al., "Specificity of _Agrobacterium_-Mediated Delivery of Maize Streak Virus DNA to Members of the Gramineae", _Plant Mol. Biol., 12_, 31-40 (1989) |
| | Boyer, J.S., "Water Deficits and Photosynthesis", In: _Water Deficits and Plant Growth_, Vol. IV, Kozlowski, T.T., (ed.), Academic Press, New York, 153-190 (1976) |
| | Brill, W.J., "Agricultural Microbiology", _Scientific American_, 245, 199-215 (September, 1981) |
| | Buchanan-Wollaston, V., et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", _J. Cell. Biochem., 13D_, 330, Abstract No. M503 (1989) |
| | Callis, J., et al., "Introns Increase Gene Expression in Cultured Maize Cells", _Genes and Development, 1_, 1183-1200 (1987) |
| | Cao, J., et al., "Transformation of Rice and Maize Using the Biolistic Process", In: _Plant Gene Transfer_, Lamb, C.J., et al., (eds.), Alan R. Liss, Inc., New York, 21-33, (1990) |
| | Carpita, N.C., "The Biochemistry of "Growing" Cells Walls", In: _Physiology of Cell Expansion During Plant Growth_, Cosgrove, D.J., et al., (eds.), Am. Soc. Plant Physiologists, 28-100 (1987) |
| | Chandler, V.L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous: Isolation of _B_ Utilizing _R_ Genomic Sequences", _The Plant Cell, 1_, 1175-1183 (1989) |
| | Charest, P.J., et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", _Plant Cell Reports, 7_, 628-631 (1989) |
| | Chourey, P.S., et al., "Callus Formation from Protoplasts of a Maize Cell Culture", _Theor. Appl. Genet., 59_, 341-344 (1981) |
| | Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", _Theor. Appl. Genet., 79_, 337-341 (1990) |
| | Christou, P., et al., "Opine Synthesis in Wild-Type Plant Tissue", _Plant Physiol., 82_, 218-221 (1986) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002873

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
| --- | --- |
| | Christou, P., et al., "Soybean Genetic Engineering -- Commercial Production of Transgenic Plants", Trends in Biotechnol., 8, 145-151 (1990) |
| | Christou, P., et al., "Stable Transformation of Soybean Callus by DNA-Coated Gold Particles," Plant Physiol., 87, 671-674 (1988) |
| | Chu, C.-C., et al., "Establishment of an Efficient Medium for Anther Culture of Rice through Comparative Experiments on the Nitrogen Sources", Sci. Sin. (Peking), 13, 659-668 (1975) |
| | Cocking, F., et al., "Gene Transfer in Cereals", Science, 236, 1259-1262 (1987) |
| | Coe, E.H., et al., "The Genetics of Corn", In: Corn and Corn Improvement, 2nd Edition, Sprague, G.F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, pg. 138 (1977) |
| | Comai, L., et al., "Expression in Plants of a Mutant aroA Gene from Salmonella typhimurium Confers Tolerance to Glyphosate", Nature, 317, 741-744 (October 1985) |
| | Creissen, G., et al., "Agrobacterium- and Microprojectile-Mediated Viral DNA Delivery into Barley Microspore-Derived Cultures", Plant Cell Rep., 8, 680-683 (April 1990) |
| | Crossway, A., et al., "Integration of Foreign DNA Following Microinjection of Tobacco Mesophyll Protoplasts", Mol. Gen. Genet., 202, 179-185 (1986) |
| | Darvill, A., et al., "The Primary Cell Walls of Flowering Plants", In: The Biochemistry of Plants, Vol. 1, Academic Press, Inc., New York, 91-162 (1980) |
| | Dauce-Lereverand, B., et al., "Improvement of Escherichia coli Strains Overproducing Lysine Using Recombinant DNA Techniques", Euro. J. Appl. Microbiol. and Biotechnol., 15, 227-231 (1982) |
| | De Block, M., et al., "Engineering Herbicide Resistance on Plants by Expression of a Detoxifying Enzyme", EMBO J., 6, 2513-2518 (1987) |
| | De Greef, W., et al., "Evaluation of Herbicide Resistance in Transgenic Crops under Field Conditions", Bio/Technol., 7, 61-64 (1989) |
| | Dekeyser, R.A., et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol., 90, 217-223 (1989) |
| | Dekeyser, R.A., et al., "Transient Gene Expression in Intact and Organized Rice Tissues", The Plant Cell, 2, 591-602 (1990) |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Dewald, S.G., et al., "Plant Regeneration from Inbred Maize Suspensions", VIIth Intl. Cong. on Plant Tissue and Cell Culture, p. 12, Abstract No. A1-36 (June 24-29, 1990) |
| | Dewet, J.M.J., et al., "Exogenous Gene Transfer in Maize (Zea mays) Using DNA-Treated Pollen", In: The Experimental Manipulation of Ovule Tissues, Chapman, G.P., et al., (eds.), Longman, New York, 197-209 (1985) |
| | Dewet, J.R., et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in Escherichia coli", Proc. Nat. Acad. Sci. USA, 82, 7870-7873 (1985) |
| | Evans, D.A., et al., "Somaclonal Variation -- Genetic Basis and Breeding Applications", Trends in Genet., 5, 46-50 (1989) |
| | Fransz, P., et al., "Cytodifferentiation During Callus Initation and Somatic Embryogenesis in Zea mays L.", Ph.D. Thesis, Univ. of Wageningen Press, The Netherlands (1988) |
| | Freeling, J.C., et al., "Development Potentials of Maize Tissue Cultures", Maydica, XXI, 97-112 (July 1977) |
| | Freiberg, B., "More Researchers Discover Corn Transformation Technology", AG Biotechnology News, p. 26 (1990) |
| | Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation", Proc. Nat. Acad. Sci. USA, 82, 5824-5828 (1985) |
| | Fromm, M.E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation", Nature, 319, 791-793 (1986) |
| | Fry, S.C., "Introduction to the Growing Cell Wall", In: The Growing Plant Cell Wall: Chemical and Metabolic Analysis, Longman Scientific and Technical, New York, pp. 1-5, 102-109 (1988) |
| | Geiser, M., et al., "The Hypervariable Region on the Genes Coding for Entomopathogenic Crystal Proteins of Bacillus thuringiensis: Nucleotide Sequence of the kurhdl gene of subsp. kurstaki HD1", Gene, 48, 109-118 (1986) |
| | Goff, S.A., et al., "Plant Regeneration of Anthocyanin Biosynthetic Genes Following Transfer of B Regulatory Genes into Maize Tissues", EMOB J., 9, 2517-2522 (1990) |
| | Gordon-Kamm, W.J., et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment", J. Cell. Biochem., 13D, p. 259, Abstract No. M122 (1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial** | |
|---|---|
| | Gould, O., et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, Beltwide Cotton Production Research Conferences, New Orleans, LA, p. 91 (1988) |
| | Graves, A., et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*", Plant Mol. Biol., 7, 43-50 (1986) |
| | Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize", In: Maize for Biological Research, Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 367-372 (1982) |
| | Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize", Crop Sci., 15, 417-421 (1975) |
| | Green, C., et al., "Somatic Cell Genetic Systems in Corn", In: Advances in Gene Technology: Molecular Genetics of Plants and Animals, Academic Press, Inc., New York, pp. 147-157 (1983) |
| | Grimsley, N., et al., "DNA Transfer from *Agrobacterium* to *Zea mays* or *Brassica* by Agroinfection is Dependent on Bacterial Virulence Functions", Mol. Gen. Genet., 217, 309-316 (1989) |
| | Gritz, L., et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*", Gene, 25, 179-188 (1983) |
| | Guerineau, F., et al., "Sulfonamide Resistance Gene for Plant Transformation", Plant Mol. Biol., 15, 127-136 (1990) |
| | Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts", Cell, 30, 763-773 (October 1982) |
| | Hallauer, A.R., et al., "Corn Breeding", In: Corn and Corn Improvement, 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 463-564 (1988) |
| | Haughn, G.W., "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", Mol. Gen. Genet., 211, 266-271 (1988) |
| | Hauptmann, R.M., et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", Plant Physiol., 86, 602-606 (1988) |
| | Herrera-Estrella, L., et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", In: Plant Molecular Biology Manual B1, Kluwer Academic Publishers, Dordrecht, pp. 1-22 (1988) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Hoffman, L.M., et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", Plant Mol. Biol., 11, 717-729 (1988) |
| | Hoffman, L.M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", EMBO J., 6, 3213-3221 (1987) |
| | Hofte, H., et al., "Insecticidal Crystal Proteins of *Bacillus thuringiensis*", Microbiol. Rev., 53, 242-255 (1989) |
| | Hooykaas, P.J., et al., "Transformation of Plant Cell via *Agrobacterium*", Plant Mol. Biol., 13, 327-336 (1989) |
| | Hooykaas-Van Slogteren, G.M.S., et al., "Expression of Ti Plasmid Genes in Monocotyledonous Plants Infected with *Agrobacterium tumefaciens*", Nature, 311, 763-764 (October 25, 1984) |
| | Horn, M., et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts", Chem. Abstracts, 110, Abstract No. 89869a, 208 (1989) |
| | Horn, M., et al., "Transgenic Plants of Orchardgrass (*Dactylis glomerata* L.) from Protoplasts", Plant Cell Reports, 7, 469 (1988) |
| | Huang, Y., et al., "Factors Influencing Stable Transformations of Maize Protoplasts by Electroporation", Plant Cell, Tissue and Organ Culture, 18, 281 (1989) |
| | Imbrie-Milligan, C., et al., "Microcallus Growth from Maize Protoplasts", Planta, 171, 58-64 (1987) |
| | Jefferson, R., "Assaying Chimeric Genes in Plants: the GUS Gene Fusion System", Plant Mol. Biol. Rep., 5, 387-405 (1987) |
| | Jefferson, R., et al., "β-Glucuronidase from *Escherichia coli* as a Gene-Fusion Marker", Proc. Nat. Acad. Sci. USA, 83, 8447-8451 (1986) |
| | Jefferson, R., et al., "GUS Fusions: β-Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants", EMBO J., 6, 3901-3907 (1987) |
| | Johri, M.M., et al., "Genetic Approaches to Meristem Organization", In: Maize for Biological Research, Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 301-310 (1982) |
| | Jones, H., et al., "Recent Advances in Plant Electroporation", Oxford Surveys of Plant Mol. and Cell Biol., 4, 347-357 (1987) |
| | Jones, H., et al., "Transient Gene Expression in Electroporated *Solanum* Protoplasts", Plant Mol. Biol., 13, 503-511 (1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002877

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Kaeppler, H.F., et al., "Silicon Carbide Fiber-Mediated DNA Delivery into Plant Cells", _Plant Cell Rep., 9_, 415-418 (1990)

Kamo, K., et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures", _Plant Sci., 45_, 111-117 (1986)

Kamo, K., et al., "Regeneration of _Zea mays_ L. from Embryogenic Callus", _Bot. Gaz., 146_, 327-334 (1985)

Kao, K.N., et al., "Nutritional Requirements for Growth of _Vicia hajastana_ Cells and Protoplasts at a Very Low Population Density in Liquid Media", _Planta, 126_, 105-110 (1978)

Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase(CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", _Plant Cell. Rep., 8_, 429-432 (1989)

Kay, R., et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enhancer for Plant Genes", _Science, 236_, 1299-1302 (June 5, 1987)

Kirihara, J., et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize", _Mol. Gen. Genet., 211_, 477-484 (1988)

Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize", _Gene, 71_, 359-370 (1988)

Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment", _Plant Physiol., 91_, 440-444 (1989)

Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", _Proc. Nat. Acad. Sci. USA, 86_, 6682-6685 (1989)

Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression", In: _Gene Manipulation in Plant Improvement II_, Gustafson, J.P., (ed.), Plenum Press, New York, 265-266 (1990)

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles", _Proc. Nat. Acad. Sci. USA, 85_, 4305-4309 (1988)

Klein, T.M., et al., "Factors Influencing Gene Delivery into _Zea mays_ Cells by High Velocity Microprojectiles", _Bio/Technol., 6_, 559-563 (1988)

Klein, T.M., et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", _Nature, 327_, 70-73 (1987)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Kozak, M., "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs", Nuc. Acids Res., 12, 857-871 (1984) |
| | Kozak, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44, 283-292 (1986) |
| | Kuhlemeier, C., et al., "Regulation of Gene Expression in Higher Plants", Ann. Rev. Plant Physiol., 38, 234-239 (1987) |
| | Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6, 291-293 (1988) |
| | Lee, J.S., et al., "Gene Transfer into Intact Cells of Tobacco by Electroporation", Korean J. Genet., 11, 65-72 (1989) |
| | Levitt, J., "Growth Regulators", In: Introduction to Plant Physiology, The C.V. Mosby Company, St. Louis, p. 241 (1969) |
| | Lindsey, K., et al., "Electroporation of Cells", Physiol. Plant., 79, 168-172 (1990) |
| | Lindsey, K., et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation", Plant Cell Rep., 8, 71-74 (1989) |
| | Lindsey, K., et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", Planta, 172, 346-355 (1987) |
| | Lindsey, K., et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar Beet", Plant Mol. Biol., 10, 43-52 (1987) |
| | Lorz, H., et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100, 1-25 (1988) |
| | Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L.)", Theor. Appl. Genet., 66, 285-289 (1983) |
| | Lu, C., et al., "Somatic Embryogenesis in Zea mays L.", Theor. Appl. Genet, 62, 109-112 (1982) |
| | Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", Science, 247, 449-450 (1990) |
| | Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts", Theor. Appl. Genet., 71, 344-350 (1985) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002879

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Ludwig, S., et al., "*Lc*, a Member of the Maize *R* Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the *myc*-Homology Region", Proc. Nat. Acad. Sci. USA, 86, 7092-7096 (1989) |
| | Ludwig, S., et al., "Maize *R* Gene Family: Tissue-Specific Helix-Loop-Helix Proteins", Cell, 62, 849-851 (1990) |
| | Lutcke, H., et al., "Selection of AUG Initiation Codons Differs in Plants and Animals", EMBO J., 6, 43-48 (1987) |
| | Mariani, C., et al., "Engineered Male Sterility in Plants", Symposia of the Society for Experimental Biology, Number XLV, Proceedings of a Meeting Held at the University of Glasgow, Scotland, 271-279 (1991) |
| | Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds", Plant Mol. Biol., 12, 123-130 (1989) |
| | McCabe, D.E., et al., "Stable Transformation of Soybean (*Glycine max*) by Particle Acceleration", Bio/Technol., 6, 923-926 (1988) |
| | McDaniel, C., et al., "Cell-Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", Planta, 175, 13-22 (1988) |
| | Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", Plant Sci. Lett., 28, 337-348 (1982/83) |
| | Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles", Theor. Appl. Genet., 78, 31-34 (1989) |
| | Messing, J., "Corn Storage Protein:  A Molecular Genetic Model", Division of Energy BioSciences -- Summaries of FY 1990 Activities, p. 70, Abstract No. 135 (1990) |
| | Milborrow, B.V., "Abscisic Acid and Other Hormones", In: The Physiology and Biochemistry of Drought Resistance in Plants, Paleg, L.G., et al., (eds.), Academic Press, Inc., New York, pp. 347-388  (1981) |
| | Morikawa, H., et al., "Gene Transfer into Intact Plant Cells by Electroporation through Cell Walls and Membranes", Gene, 41, 121 (1986) |
| | Morocz, S., et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated from a Highly Embryonic Suspension Culture", Theor. Appl. Genet., 80, 721-726 (1990) |
| | Morocz, S., et al., "Two Approaches to Rendering *Zea mays* L. Applicable to Tissue Culture Manipulations", Abstracts, VIIth Intl. Cong. on Plant Tissue and Cell Culture, Amsterdam, A1-102, Abstract No. 209, p. 190 (1990) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Murakami, T., et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster", Mol. Gen. Genet., 205, 42-50 (1986) |
| | Murashige, T., et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", Physiol. Plant., 15, 473-497 (1962) |
| | Murphy, H.L., "New Dekalb-Pfizer Seed Chief to Harvest R & D Breakthroughs", Crain's Business Weekly, pp. 38-39 (1990) |
| | Murray, E.E., et al., "Codon Usage in Plant Genes", Nuc. Acids Res., 17, 477-498 (1989) |
| | Nelson, R.S., "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco Mosaic Virus", Bio/Technol., 6, 403-409 (1988) |
| | Nelson, T., "New Horses for Monocot Gene Jockeys", The Plant Cell, 2, 589 (July, 1990) |
| | Neuffer, M.G., "Growing Maize for Genetic Purposes", Maize for Biological Research, Plant Mol. Biol. Assoc., pp. 19-30 (1988) |
| | Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", Nature, 313, 810-811 (1985) |
| | Ohta, Y., et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", Pro. Nat. Acad. Sci. USA, 83, 715-719 (1986) |
| | Okta, Y., et al., "Gene Manifestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self-Pollination Applying Exogenous DNA", Jap. J. Breed., 30, 184-185 (1980) |
| | Ozias-Akins, P., et al., "*In vitro* Regeneration and Genetic Manipulation of Grasses", Physiol. Plant., 73, 565-569 (1988) |
| | Ozias-Akins, P., et al., "Progress and Limitations in the Culture of Cereal Protoplasts", Trends in Biotechnol., 2, 119-123 (1984) |
| | Parker, W.B., et al., "Selection and Characterization of Sethoxydim-Tolerant Maize Tissue Cultures", Plant Physiol., 92, 1220-1225 (1990) |
| | Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High-Sulfur Zein Protein of $M_r$ 15,000", J. Biol. Chem., 261, 6279-6284 (1986) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950 001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Phillips, R.L., et al., "Cell/Tissue Culture and *In Vitro* Manipulation", In: <u>Corn and Corn Improvement</u>, 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 345-387 (1988)

Phillips, R.L., et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", <u>Cereal Chem., 62</u>, 213-218 (1985)

Poehlman, J., "Breeding Corn (Maize)", In: <u>Breeding Field Crops</u>, 3rd Edition, AVI Publishing Co., Westport, CT, pp. 452, 469-471, 477-481 (1986)

Potrykus, I., "Gene Transfer to Cereals: An Assessment" <u>Bio/Technol., 8</u>, 535-542 (June 1990)

Potrykus, I., "Gene Transfer to Cereals: An Assessment", <u>Trends Biotechnol., 7</u>, 269-273 (October 1989)

Potrykus, I., "Gene Transfer to Plants: Assessment and Perspectives", <u>Physiol. Plant., 79</u>, 125-134 (1990)

Potrykus, I., et al., "Callus Formation from Cell Culture Protoplasts of Corn (*Zea mays* L.)", <u>Theor. Appl. Genet. 54</u>, 209-214 (1979)

Potrykus, I., et al., "Callus Formation from Stem Protoplasts of Corn (*Zea mays* L.)", <u>Mol. Gen. Genet., 156</u>, 347-350 (1977)

Potter, H. et al., "Enhancer-Dependent Expression of Human κ Immunoglobulin Genes Introduced into Mouse Pre-B Lymphocytes by Electroporation", <u>Pro. Nat. Acad. Sci. USA, 81</u>, 7161-7165 (1984)

Prioli, L.M., et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays* L.)", <u>Bio/Technol., 7</u>, 589-594 (June 1989)

Puite, K.J., et al., "Electrofusion, a Simple and Reproducible Technique in Somatic Hybridization of *Nicotiana plumbaginifolia* Mutants", <u>Plant Cell Rep., 4</u>, 274-276 (1985)

Ranch, J.P., et al., "Expression of 5-Methyltryptophan Resistance in Plants Regenerated from Resistant Cell Lines of *Datura innoxia*", <u>Plant Physiol., 71</u>, 136-140 (1983)

Rhodes, C.A., "Corn: from Protoplasts to Fertile Plants", <u>Bio/Technol., 7</u>, 548 (June 1989)

Rhodes, C.A., et al., "Genetically Transformed Maize Plants from Protoplasts", <u>Science, 240</u>, 204-207 (April 8, 1988)

Rhodes, C.A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", <u>Bio/Technol., 6</u>, 56-60 (January 1988)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group:  Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", Biol. Abstracts, 82, p. AB-391, Abstract No. 3396 (1986) |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", J. Bacteriol., 166, 297-300 (1986) |
| | Robertson, D.S., "Loss of *Mu* Mutator Activity When Active *Mu* Systems are Transferred to Inbred Lines", Maize Genetics Coop. Newsletter, 60, 10 (1986) |
| | Ross, M.C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", J. Cell. Biochem., 13D, p. 268, Abstract No. M149 (1989) |
| | Sahi, S.V., et al., "Metabolites in Maize Which Affect Virulence Induction in *Agrobacterium tumefaciens*", Plant Physiol., Supplement, p. 86, Abstract No. 514 (1989) |
| | Sanford, J.C., "Biolistic Plant Transformation", Physiol. Plant., 79, 206-209 (1990) |
| | Sanford, J.C., "The Biolistic Process", Trends Biotechnol., 6, 299-302 (1988) |
| | Sanford, J.C., et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", Theor. Appl. Genet., 69, 571-574 (1985) |
| | Sanford, J.C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process", Particulate Sci. Technol., 5, 27-37 (1987) |
| | Sass, J.E., "Morphology: Development of the Caryopsis", In: Corn and Corn Improvement, 2nd Edition, Sprauge, G.F., (ed.), Am. Soc. Agronomy, pp. 89, 98 (1977) |
| | Schmidt, A., et al., "Media and Environmental Effects of Phenolics Production from Tobacco Cell Cultures", Chem. Abstracts., 110, p. 514, Abstract No. 230156z (1989) |
| | Shigekawa, K., et al., "Electroporation of Eukaryotes and Prokaryotes:  A General Approach to the Introduction of Macromolecules into Cells", BioTechniques, 6, 742-751 (1988) |
| | Shillito, R.D., et al., "High Efficiency Direct Gene Transfer to Plants", Bio/Technol., 3, 1099 (1985) |
| | Shillito, R.D., et al., "Regeneration of Fertile Plants from Protoplasts of Elite Inbred Maize", Bio/Technol., 7, 581-587 (June 1989) |
| | Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", Nature, 338, 274-278 (1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Shotwell, M.A., et al., "The Biochemistry of Plants -- A Comprehensive Treatise", In: The Biochemistry of Plants, Vol. 15, Marcus, A., (ed.), Academic Press, Inc., San Diego, pp. 297-345 (1989) |
| | Smith, R., et al., "Shoot Apex Explant for Transformation", Plant Physiol. (Suppl.), 86, p. 108, Abstract 646 (1988) |
| | Soberon, X., et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", Gene, 9, 287-305 (1980) |
| | Spencer, T.M., et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", Theor. Appl. Genet., 79, 625-631 (May 1990) |
| | Spencer, T.M., et al., "Fertile Transgenic Maize", Abstracts, 7th Annual Meeting, Mid-Atlantic Plant Mol. Biol. Soc., p. 30 (1990) |
| | Spencer, T.M., et al., "Segregation of Transgenes in Maize", Plant Mol. Biol. 18, 201-210 (1992) |
| | Spencer, T.M., et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the Herbicide Bialaphos", Poster Presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8, 1989) |
| | Sprague, G.F., et al., "Corn Breeding", In: Corn and Corn Improvement, Sprague, G. F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, pp. 305, 320-323 (1977) |
| | Sugiyama, M., et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for Escherichia coli", Plasmid, 23, 237-241 (1990) |
| | Thompson, C., et al., "Characterization of the Herbicide-Resistance Gene bar from Streptomyces hygroscopicus", EMBO J., 6, 2519-2523 (1987) |
| | Tomes, D.T., et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", Plant Mol. Biol., 14, 261-268 (February 1990) |
| | Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment", Plant Physiol., 91, 1271-1274 (1989) |
| | Ulian, E., et al., "Transformation of Plants via the Shoot Apex", In Vitro Cell. Dev. Biol., 9, 951-954 (1988) |
| | Usami, S., et al., "Absence in Monocotyledonous Plants of the Diffusable Plant Factors including T-DNA Circularization and vir Gene Expression in Agrobacterium", Mol. Gen. Genet., 209, 221-226 (1987) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Vasil, I.K., et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", IAPTC Abstracts, p. 443 (1986) |
| | Vasil, I.K., et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", In: Cell Culture and Somatic Cell Genetics of Plants, Vol. I, Academic Press, Inc., pp. 152-158 (1984) |
| | Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of Zea mays L.", J. Plant Physiol., 124, 399-408 (1986) |
| | Walbot, V., et al., "Molecular Genetics of Corn", In: Corn and Corn Improvement, 3rd Edition, Sprague, G.F., et al., (eds.), Am. Soc. Agronomy, Madison, WI, pp. 389-430 (1988) |
| | Waldron, C., et al., "Resistance to Hygromycin B", Plant Mol. Biol., 5, 103-108 (1985) |
| | Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment", Plant Mol. Biol., 11, 433-439 (1988) |
| | Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications", Ann. Rev. Genet., 22, 421-478 (1988) |
| | White, J., et al., "A Cassette Containing the bar Gene of Streptomyces hygroscopicus: a Selectable Marker for Plant Transformation", Nuc. Acid. Res., 18, 1062 (1989) |
| | Whiteley, H.R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in Bacillus thuringiensis", Ann. Rev. Microbiol., 40, 549-576 (1986) |
| | Yang, H., et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", Plant Cell Rep., 7, 421 (1988) |
| | Yanisch-Perron, L., et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", Gene, 33, 103-119 (1985) |
| | Yugari, Y., et al., "Coordinated End-Product Inhibition in Lysine Synthesis in Escherichia coli", Biochem. Biophys. Acta., 62, 612-614 (1962) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.