In re Patent Application of: Ronald C. Lundquist et al.
Title:      FERTILE TRANSGENIC CORN PLANTS
Serial No.: 08/844,555                                    Filing Date: April 21, 1997

**Receipt is hereby acknowledged for the following in the United States Patent and Trademark Office:**

<u>CONTENTS:</u>      an Information Disclosure Statement (3 pgs ), Form 1449 (17 pgs ), and copies of 11 cited references; a Return Postcard and TRANSMITTAL SHEET.

Mailed: October 31 , 1997                              Docket No.:  950.001US5
WDW/fle                                                Due Date: N/A

Applicant:   Ronald C. Lundquist et al.

Title:   FERTILE TRANSGENIC CORN PLANTS

Docket No.:   950.001US5
Filed:   April 21, 1997
Examiner:   Unknown

Serial No.: 08/844,555
Due Date: N/A
Group Art Unit: Unknown

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the following attached items (as indicated with an "X"):

X   A return postcard.
X   An Information Disclosure Statement (3 pgs.), Form 1449 (17 pgs.), and copies of 11 cited references.

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described above, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this _31_ day of _October_, 1997.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-373-6900)

By: _____
Atty: Warren D. Woessner, Ph.D.
Reg. No. 30,440

(GENERAL)

*i*

**S/N 08/844,555**
**PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Ronald C. Lundquist et al.
Serial No.:   08/844,555
Filed:        April 21, 1997
Title:        FERTILE TRANSGENIC CORN PLANTS

Examiner: Unknown
Group Art Unit: 1803
Docket: 950.001US5

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 form, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US5

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date ___ 21, Jan 1998 ___    By _____
WDW:jsf                          Warren D. Woessner
                                 Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on January 21, 1998.

__JONATHAN FERGUSON__          _____
Name                            Signature

0002889

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| _____ | 5,436,393 | 07/25/1995 | Rocha-Sosa et al. | 800 | 205 | 12/21/89 |
| _____ | 5,508,468 | 04/16/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Andrews, D.L., et al., "Characterization of the Lipid Acyl Hydrolase Activity of the Major Potato (*Solanum tuberosum*) Tuber Protein, Patatin, by Cloning and Abundant Expression in a Baculovirus Vector", _Biochem. J., 252_, 199-206 (1988) |
| | Fromm, M.E., et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants", _Bio/Technology, 8_, 833-839 (1990) |
| | Jaynes, J.M., et al., "Plant Protein Improvement by Genetic Engineering: Use of Synthetic Genes", _Trends in Biotechnology, 4_, 314-320 (Dec. 1986) |
| | Poehlman, J.M., "Backcross Breeding", In: _Breeding Field Crops, 3rd Edition_, AVI Publishing Company, Inc., Westport, CT, 203-206 (1988) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.

S/N 08/844,555                                                                PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Ronald C. Lundquist et al.          Examiner: Gary Benzion

Serial No.:   08/844,555                           Group Art Unit: 1649

Filed:        April 21, 1997                       Docket: 950.001US5

Title:        FERTILE TRANSGENIC CORN PLANTS

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

        In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 form, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

        Under 37 C.F.R. §1.97(b)(3), it is believed that no fee or certificate is required with this Supplemental Information Disclosure Statement. However, if an Office Action on the merits has been mailed, the Commissioner is hereby authorized to charge any additional fees or credit any overpayment to Account No. 19-0743.

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT                                    Page 2
Serial Number: 08/844,555                                                   Dkt: 950.001US5
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

The Examiner is invited to contact Applicants' Representatives at the below-listed

telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6976

Date ___3/31/98___          By ___David L. Prov___

DLP:jsf                                   David L. Provence
                                          Reg. No. P-43,022

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to
Assistant Commissioner of Patents, Washington, D.C. 20231 on March 31, 1998.

___JONATHAN FERGUSON___          ___Jonathan Ferguson___
Name                              Signature

**0002892**

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,164,310 | 11/17/1992 | Smith et al. | 435 | 172.3 | 06/01/88 |
| | 5,215,912 | 06/01/1993 | Hoffman | 435 | 240.4 | 08/29/86 |
| | 5,276,268 | 01/04/1994 | Strauch et al. | 800 | 205 | 08/21/87 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|
| | 0 189 707 A2 | 08/06/1986 | European | C12N | 15/00 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Flavell, R., et al., "Prospects for Transforming Monocot Crop Plants", Nature, 307, 108-109 (Jan. 12, 1984) |
| | Goodman, R.M., et al., "Gene Transfer in Crop Improvement", Science, 236, 48-54 (Apr. 3, 1987) |
| | Paszkowski, J., et al., "Direct Gene Transfer to Plants", The EMBO Journal, 3, 2717-2722 (1984) |
| | Potrykus, I., et al., "Direct Gene Transfer to Cells of a Graminaceous Monocot", Mol. Gen. Genet., 199, 183-188 (1985) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/844,555 | 04/21/97 | LINDQUIST | R | 950.001US5 |

HM21/0414

WARREN D WOESSNER
SCHWEGMAN LUNDBERG
WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

| EXAMINER |
|---|
| BENZION, G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1649 | |

DATE MAILED: 04/14/98

D/ July 14, 19°
Od. 14, 199

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

Schwegman, Lundberg,
Woessner & Kluth, P.A.

APR 2 0 1998

RECEIVED

| *Office Action Summary* | Application No. 08/844,555 | Applicant(s) Lundquist et al |
|---|---|---|
| | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 |

☒ Responsive to communication(s) filed on _26 Jan 1998_ _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*three*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _19-22_ _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _19-22_ _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _3 & 4_

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

Serial No. 08/
Art Unit 1649

### Status of the Application

Effective February 7, 1998, the Group and Art Unit location of your application in the PTO has changed. To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 1649.

Claims 19-22 are pending.

This application should be examined for errors.

### Detailed Action

### Basis for Non-statutory Double Patenting (Obvious and Non-Obviousness Type)

The non-statutory double patenting rejection, whether of the obvious-type or non-obviousness type, is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent. *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969); *In re Vogel*, 422 F. 2d 438, 164 USPQ 619 (CCPA 1970); *In re Van Ornam*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); and *In re Goodman*, 29 USPQ2d 2010 (Fed. Cir. 1993).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321 (b) and (c) may be used to overcome an actual or provisional rejection based on a non-statutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.78 (d).

Effective January 1, 1994, a registered attorney or agent of record may sign a Terminal Disclaimer. A Terminal Disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

Claims 19-23 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-10 of U.S. patent No. 5,538,877 and claims 1-18 of U.S. patent No. 5,538,880. Although the conflicting claims are not identical, they are not patentably distinct from each other because the prior US patents are drawn to a method for producing a fertile transgenic *Zea mays* plant comprising the use of DNA-coated microprojectiles in which the plants produced comprise either herbicide resistance or insect resistance. The instant application claims similar steps that are

Serial No 08/
Art Unit 1649

obvious in view of the prior patents in that the instant application is not limited to any particularly trait or characteristic. Accordingly the prior patents comprise a species of specific transformations to the generic traits of the instant method. Thus the instant method can be characterized as a genus in relationship to the prior species. Accordingly the person having ordinary skill in the art would view the instant application as comprising the same inventive concept, that is, a method which employs the same process steps as that taught in the prior US patents in which the prior patents are considered patentable to each other but species of the process steps claimed herein.

*Prior Art*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the claims under 35 U.S.C. 103, the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of potential 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C. 103.

Claims 19-23 rejected under 35 U.S.C § 103 as being unpatentable over Sanford in view of Klein et al. and Armstrong et al.

Sanford (pages 206-209) disclose the method of BIOLISTICS® to transfer DNA into plants. Sanford details the work of Wang et al., he stated:

> Wang et al. have used the blue-cell assay to demonstrate delivery into soybeans, rice, wheat as well as corn. The assay was used to optimize biolistic parameters so that stable transformants and whole transformed plants of tobacco can now be routinely recovered. The biolistic process seems to work on nearly all plant tissue and plant species we have tested: we have seen blue cells in embryos, hypocotyls, cotyledons, leaf disks, callus and cell suspensions and in tobacco, petunia, soybean, pea, *Arabidopsis*, sunflower, onion, corn, rice and wheat.

Serial No. 08/
Art Unit 1649

Additionally Klein et al. (Biotechnology, pages 559-563) reveal the factors influencing gene delivery into maize suspension cells and scutellum tissue via the use of high-velocity microprojectile acceleration. These authors teach the application of the process to the surface of explanted maize embryos in which the GUS reporter/marker gene is expressed. In particular, at page 562, right column of the penultimate paragraph, stable transformation of maize callus via the disclosed technique is evident. Thus, Sanford and Klein et al. are seen as clearly teaching the application of the method of bombarding maize scutellum and/or suspension cells to transform them. Armstrong et al. (pages 207-214) disclose the regeneration of maize from friable embryogenic callus of both type I and type II tissue comprising either inbred and hybrid explants. The explant tissue used by Armstrong et al., immature-zygotic embryos, produced the totipotent regenerable maize cells and totipotent embryogenic cells from the scutellum. These authors demonstrate that maize tissue culture is capable of producing an abundance of fertile plants and seed therefrom. In contrast to prior methods of regeneration, Armstrong et al. noted that

> Embryoids were produced quite abundantly by these cultures, and thus hundreds of somatic embryoids ranging in size from proembryos through coleoptilar-ring stages of development were transferred onto each plate of regeneration medium. Only a small fraction of these embryoids matured and then germinated to form plants, but at least several (often 10 or more) plants were obtained from each regeneration plate. ...
>
> Large numbers of fertile plants were easily regenerated from Type-II cultures. Few abnormalities were observed in regenerated plants."

Of particular note is the observation by these authors is that the embryogenic callus cultures regenerated plant beginning at three and seven months following explantation and produced 28, 46 and 37 plants from three separate cultures. The person having ordinary skill in the art would view the disclosure of Armstrong et al. as teaching that friable embryogenic callus would produced an abundance of regenerable events thus maximizing regeneration events and increasing the potential of retention of fertile transgenic maize plants. In terms of the limitations presented in claim 20, with regard to callus clump size, friable embryogenic maize callus, by it nature of being friable, will fragment into embryo and embryo like structures to which individual transformation events will occur. That is, in the absence of evidence to the contrary, the limitation of about 30 to 80mg would be the optimization of process parameters which would not prove to be critical in that transformation events occur at the cellular level and are not limited to the cell mass *per se*.

Accordingly it method of Sanford and Klein et al. to transform maize tissue which had been previously demonstrated in the art to be totipotent -- to produce via a process of regeneration -- fertile

Serial No. 08/
Art Unit 1649

plants as taught by Armstrong et al. indicates that the claimed invention was at least *prima facie* obvious as a whole in view of the a preponderance of the evidence.

### Summary

Any inquiry concerning this or earlier communication from the examiner should be directed to **Gary Benzion, Ph.D.** whose telephone number is (703) 308-1119. The examiner can normally be reached on **Monday-Friday from 8 AM to 4:30 PM.** If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Douglas W. Robinson** can be reached on (703)-308-2897. Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0196.

Papers related to this application may be submitted to Group 1600 by facsimile transmission. Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal Mall 1. The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989).

Benzion
04/13/98

GARY BENZION, Ph.D.
PRIMARY EXAMINER
GROUP/ART UNIT 1649

0002899

FORM PTO 948 (REV 01-97)    U.S. DEP'T OF COMMERCE-Patent and Trademark Office    Application No. 8041555

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 4/17/97

A. _____ not objected to by the Draftperson under 37 CFR 1 84 or 1 152

B. __X__ objected to by the Draftperson under 37 CFR 1 84 or 1 152 as indicated below  The Examiner will require submission of new, corrected drawings when necessary.  Corrected drawings must be submitted according to the instructions on the back of this notice.

1  DRAWINGS  37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink.  Color
   _____ Color drawing are not acceptable until petition is granted
   Fig (s) _____
   _____ Pencil and non black ink is not permitted  Fig(s) _____

2  PHOTOGRAPHS  37 CFR 1 84(b)
   __X__ Photographs are not acceptable until petition is granted
   __X__ 3 full-tone sets are required  Fig(s) 3 — 6
   _____ Photographs not properly mounted (must bristol board or
   photographic double-weight paper)  Fig(s) _____
   _____ Poor quality (half-tone)  Fig(s) _____

3  TYPE OF PAPER  37 CFR 1 84(e)
   _____ Paper not flexible  strong  white and durable
   Fig (s) _____
   _____ Erasures, alterations, overwritings, interlineations
   folds, copy machine marks not acceptable  (too thin)
   Fig(s) _____
   _____ Mylar, vellum paper is not acceptable (too thin)
   Fig(s) _____

4  SIZE OF PAPER  37 CFR 1 84(F): Acceptable sizes:
   _____ 21 0 cm by 29 7 cm (DIN size A4)
   _____ 21 6 cm by 27 9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size
   Sheet(s) _____

5  MARGINS  37 CFR 18 4(g): Acceptable margins:
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable  Fig(s) _____
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6  VIEWS. CFR 1 84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes
   _____ Views connected by projection lines or lead lines
   Fig (s) _____
   Partial views  37 CFR 1 84(h)(2)
   _____ Brackets needed to show figure as one entity
   Fig (s) _____
   __X__ Views not labeled separately or properly
   Fig (s) 12
   _____ Enlarged view not labeled separately or properly
   Fig (s) _____

7  SECTIONAL VIEWS.  37 CFR 1 84(h)(3)
   _____ Hatching not indicated for sectional portions of an object
   Fig (s) _____
   _____ Sectional designation should be noted with Arabic or
   Roman numbers  Fig (s) _____

8  ARRANGEMENT OF VIEWS.  37 CFR 1 84(i)
   _____ Words do not appear on a horizontal  left-to-right fashion when
   page is either upright or turned  so that the top becomes the right
   side, except for graphs  Fig (s) _____
   _____ Views not on the same plane on drawing sheet  Fig (s) _____

9  SCALE.  37 CFR 1 84(k)
   _____ Scale not large enough to show mechanism with crowding
   when drawing is reduced in size to two-thirds in reproduction
   Fig (s) _____

10  CHARACTER OF LINES, NUMBERS, & LETTERS  37 CFR 1 84(l)
   __X__ Lines, numbers & letters not uniformly thick and well defined,
   clean, durable and black (poor line quality)
   Fig (s) 1 — 6

11  SHADING  37 CFR 1 84(m)
   _____ Solid black areas pale  Fig (s) _____
   _____ Solid black shading not permitted.  Fig (s) _____
   _____ Shade lines  pale, rough and blurred  Fig (s) _____

12  NUMBERS, LETTERS, & REFERENCE CHARACTERS
   37 CFR 1.48(p)
   _____ Numbers and reference characters not plain and legible
   Fig (s) _____
   _____ Figure legends are pour  Fig (s) _____
   _____ Numbers and reference characters not oriented in the same
   direction as the view.  37 CFR 1 84(p)(3)  Fig (s) _____
   _____ English alphabet not used  37 CFR 1 84(p)(3)  Fig (s) _____
   _____ Numbers, letters and reference characters must be at least
   32 cm (1/8 inch) in height.  37 CFR 1 84(p)(3)  Fig (s) _____

13  LEAD LINES.  37 CFR 1 84(q)
   _____ Lead lines cross each other.  Fig (s) _____
   _____ Lead lines missing  Fig (s) _____

14  NUMBERING OF SHEETS OF DRAWINGS.  37 CFR 1 48(t)
   _____ Sheets not numbered consecutively, and in Arabic numerals
   beginning with number 1  Fig (s) _____

15  NUMBERING OF VIEWS  37 CFR 1 84(u)
   _____ Views not numbered consecutively, and in Abrabic numerals
   beginning with number 1  Fig (s) _____

16  CORRECTIONS  37 CFR 1 84(w)
   _____ Corrections not made from PTO-948 dated _____

17  DESIGN DRAWINGS  37 CFR 1 152
   _____ Surface shading shown not appropriate. Fig (s) _____
   _____ Solid black shading not used for color contrast.
   Fig (s) _____

COMMENTS

REVIEWER  A. D.    DATE  1/5/97  TELEPHONE NO  703 308 5077

ATTACHMENT TO PAPER NO _____

APPLICANT'S COPY

0002900

Sheet 1 of 1

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1803 |

1449*

01/26/98

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,436,393 | 07/25/1995 | Rocha-Sosa et al. | 800 | 205 | 12/21/89 |
| | 5,508,468 | 04/16/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Andrews, D.L., et al., "Characterization of the Lipid Acyl Hydrolase Activity of the Major Potato (*Solanum tuberosum*) Tuber Protein, Patatin, by Cloning and Abundant Expression in a Baculovirus Vector", Biochem. J., 252, 199–206 (1988) |
| | Fromm, M.E., et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants", Bio/Technology, 8, 833–839 (1990) |
| | Jaynes, J.M., et al., "Plant Protein Improvement by Genetic Engineering: Use of Synthetic Genes", Trends in Biotechnology, 4, 314–320 (Dec. 1986) |
| | Poehlman, J.M., "Backcross Breeding", In: Breeding Field Crops, 3rd Edition, AVI Publishing Company, Inc., Westport, CT, 203–206 (1988) |

Examiner _____    | Date Considered _____

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant

0002901



OIPE
NOV 0 6 1997
Form 1449*
PATENT AND TRADEMARK OFFICE

Sheet 1 of 17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 4,370,160 | 01/25/1983 | Ziemelis | 71 | 117 | 06/27/78 |
| | 4,399,216 | 08/16/1983 | Axel et al. | 435 | 6 | 02/25/83 |
| | 4,535,060 | 08/13/1985 | Comai | 435 | 172.3 | 01/05/83 |
| | 4,559,301 | 12/17/1985 | Turner | 435 | 76 | 03/03/83 |
| | 4,559,302 | 12/17/1985 | Ingolia | 435 | 172.3 | 11/01/82 |
| | 4,581,847 | 04/15/1986 | Hibberd et al. | 47 | 58 | 09/04/84 |
| | 4,634,665 | 01/06/1987 | Axel et al. | 435 | 68 | 08/11/83 |
| | 4,642,411 | 02/10/1987 | Hibberd et al. | 800 | 1 | 09/04/84 |
| | 4,665,030 | 05/12/1987 | Close | 435 | 240 | 09/07/84 |
| | 4,666,844 | 05/19/1987 | Cheng | 435 | 240 | 09/07/84 |
| | 4,683,202 | 07/28/1987 | Mullis | 435 | 91 | 10/25/85 |
| | 4,727,028 | 02/23/1988 | Santerre et al. | 435 | 240.2 | 06/22/81 |
| | 4,743,548 | 05/10/1988 | Crossway et al. | 435 | 172.3 | 09/25/84 |
| | 4,761,373 | 08/02/1988 | Anderson et al. | 435 | 172.3 | 08/10/84 |
| | 4,806,483 | 02/21/1989 | Wang | 435 | 240.49 | 08/18/86 |
| | 4,940,835 | 07/20/1990 | Shah et al. | 800 | 205 | 08/07/85 |
| | 4,971,908 | 11/20/1990 | Kishore et al. | 435 | 172.1 | 05/26/87 |
| | 5,001,060 | 03/19/1991 | Peacock et al. | 435 | 172.3 | 02/06/87 |
| | 5,004,863 | 04/02/1991 | Umbeck | 800 | 205 | 12/03/86 |
| | 5,015,580 | 05/14/1991 | Christou et al. | 435 | 172.3 | 05/12/88 |
| | 5,034,322 | 07/23/1991 | Rogers et al. | 435 | 172.3 | 04/05/89 |
| | 5,049,500 | 09/17/1991 | Arnizen et al. | 435 | 172.3 | 01/13/87 |
| | 5,094,945 | 03/10/1992 | Comai | 435 | 172.3 | 01/05/83 |
| | 5,110,732 | 05/05/1992 | Benfey et al. | 435 | 172.3 | 03/14/89 |
| | 5,134,074 | 07/28/1992 | Gordon et al. | 435 | 240.4 | 06/20/86 |
| | 5,145,777 | 09/08/1992 | Goodman et al. | 435 | 172.3 | 10/01/84 |
| | 5,177,010 | 01/05/1993 | Goldman et al. | 435 | 172.3 | 09/05/90 |
| | 5,187,073 | 02/16/1993 | Goldman et al. | 435 | 172.3 | 11/13/89 |
| | 5,188,642 | 02/23/1993 | Shah et al. | 47 | 58 | 08/07/85 |
| | 5,188,958 | 02/23/1993 | Moloney et al. | 435 | 240.4 | 05/29/86 |
| | 5,250,515 | 10/05/1993 | Fuchs et al. | 514 | 12 | 04/11/88 |
| | 5,254,799 | 10/19/1993 | DeGreve et al. | 800 | 205 | 01/18/85 |
| | 5,258,300 | 11/02/1993 | Glassman et al. | 435 | 240.4 | 06/09/88 |
| | 5,268,463 | 12/07/1993 | Jefferson | 536 | 23.7 | 10/31/88 |
| | 5,290,924 | 03/01/1994 | Last et al. | 536 | 24.1 | 02/06/87 |
| | 5,350,689 | 09/27/1994 | Shillito et al. | 435 | 240.47 | 03/01/93 |
| | 5,352,605 | 11/04/1994 | Fraley et al. | 435 | 240.4 | 10/28/93 |
| | 5,371,003 | 12/06/1994 | Murry et al. | 435 | 172.3 | 09/23/93 |
| | 5,380,831 | 01/10/1995 | Adang et al. | 536 | 23.71 | 05/03/93 |
| | 5,484,956 | 01/16/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |
| | 5,489,520 | 02/06/1996 | Adams et al. | 435 | 172.3 | 04/17/90 |
| | 5,500,365 | 03/19/1996 | Fischhoff et al. | 435 | 240.4 | 02/24/89 |
| | 5,550,318 | 08/27/1996 | Adams et al. | 800 | 205 | 04/17/90 |

| Examiner | Date Considered |
|---|---|
| | 4/13/98 |

*Substitute Disclosure Statement form (PTO-1449)

*-EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002902

NOV 0 6 1997

Form PTO-1449 TRADEMARK

Sheet 2 of 17

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| ✓ | 5,554,798 | 09/10/1996 | Lundquist et al. | 800 | 205 | 01/22/90 |
| | 5,561,236 | 11/01/1996 | Leemans et al. | 800 | 205 | 03/11/87 |
| | 5,567,600 | 11/22/1996 | Adang et al. | 536 | 23.71 | 08/24/83 |
| | 5,567,862 | 11/22/1996 | Adang et al. | 800 | 205 | 08/24/83 |
| | 5,578,702 | 11/26/1996 | Adang et al. | 530 | 350 | 08/24/83 |
| | 5,589,616 | 12/31/1996 | Hoffman et al. | 800 | 205 | 08/29/86 |
| | 5,595,733 | 01/21/1997 | Carswell et al. | 424 | 93.21 | 05/20/87 |
| | 5,596,131 | 01/21/1997 | Horn et al. | 800 | 205 | 03/08/88 |
| | 5,623,067 | 04/22/1997 | Vanderkerckhove et al. | 536 | 24.1 | 10/20/88 |
| | 5,641,876 | 06/24/1997 | McElroy et al. | 536 | 24.1 | 01/05/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 0 174 791 A2 | 03/19/1986 | European | C12N | 15/00 | |
| | 0 126 537 A2 | 04/05/1983 | European | A61 | 9/52 | |
| | 0 131 623 B1 | 01/16/1984 | European | C12N | 15/11 | |
| | 0 141 373 A3 | 05/15/1985 | European | A01G | 7/00 | |
| | 0 154 204 A2 | 09/11/1985 | European | C12N | 15/00 | |
| | 0 160 390 A2 | 11/06/1985 | European | A01H0 | 15/10 | |
| | 0 193 259 A1 | 09/03/1986 | European | C12N | 15/00 | |
| | 0 202 668 A2 | 11/16/1986 | European | C12N | 5/02 | |
| | 0 204 549 A2 | 10/12/1986 | European | C12N | 15/00 | |
| | 2 159 173 A | 11/27/1985 | Great Britain | C12 | 15/00 | |
| | 0 242 236 A1 | 10/21/1987 | European | C12N | 15/00 | |
| | 0 242 246 A1 | 10/21/1987 | European | C12N | 15/00 | |
| | 0 257 472 A2 | 03/02/1988 | European | C12N | 15/00 | |
| | 0 262 971 A2 | 05/06/1988 | European | A01H | 1/02 | |
| | 0 270 356 A2 | 06/08/1988 | European | C12N | 15/00 | |
| | 0 271 408 A2 | 06/15/1988 | European | C12N | 15/00 | |
| | 0 275 069 A2 | 07/20/1988 | European | C12N | 15/00 | |
| | 0 280 400 A2 | 08/31/1988 | European | A01C | 1/06 | |
| | 0 282 164 A2 | 09/14/1988 | European | C12N | 5/00 | |
| | 0 289 479 A2 | 11/23/1988 | European | C12N | 15/00 | |
| | 0 290 395 A2 | 11/09/1988 | European | C12N | 15/00 | |
| | 0 292 435 A1 | 11/23/1988 | European | C12N | 15/00 | |
| | 0 299 552 A1 | 01/18/1988 | European | C12N | 15/00 | |
| | 0 301 749 A2 | 02/01/1989 | European | C12N | 15/00 | |
| | 0 331 855 A2 | 09/13/1989 | European | C12M | 3/00 | |
| | 0 334 539 A2 | 09/27/1989 | European | C12N | 15/00 | |
| | 0 335 528 A2 | 10/04/1989 | European | C12N | 15/00 | |
| | 0 348 348 A2 | 12/27/1989 | European | A01N | 65/00 | No |
| | 3 738 874 A1 | 11/17/1988 | Germany | A01H | 1/06 | No |
| | 61-134343 | 05/12/1984 | Japan | | | |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

NOV 0 6 1997

Sheet 3 of 17

Form 1449*

| Atty. Docket No.: 950.001US5 | | Serial No. 08/844,555 |
|---|---|---|
| Applicants: Ronald C. Lundquist et al. | | |
| Filing Date: April 21, 1997 | | Group: Unknown |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | AU-B-80893/87 | 12/05/1988 | Australia | C12N | 015/00 | |
| | 85/01856 | 05/09/1985 | PCT | A01B | 76/00 | |
| | 85/02972 | 07/18/1985 | PCT | A01C | 1/06 | |
| | 87/04181 | 07/16/1987 | PCT | C12N | 1/00 | |
| | 87/05629 | 09/24/1987 | PCT | C12N | 15/00 | |
| | 8 801 444 | 01/02/1990 | Netherlands | C12N | 15/87 | |
| | 89/04371 | 05/18/1989 | PCT | C12N | 21/00 | |
| | 89/10396 | 11/02/1989 | PCT | C12N | 5/00 | |
| | 89/11789 | 12/14/1989 | PCT | A01H | 1/00 | |
| | 89/12102 | 12/14/1989 | PCT | C12N | 15/00 | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| |
|---|
| Specification of U.S. Patent Application, Serial No. 07/205,155, Entitled "Stable Transformation of Plant Cells", pp. 1-29, Filed June 10, 1988 |
| "'Bullets' Transform Plant Cells", Agricell Report, 9 (July 1987) |
| Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., pg. 508 (1988) |
| "Cornell U. Gene Gun Hits Biotech Bullseye", Agriculture Technology, p. 13 |
| "Dalapon", Merck Index, 11th Edition, Budavae, S., (ed.), Merck and Co., pp. 405-406 (1989) |
| Dialog Search of Japanese Patent No. 61-134343 (1986) |
| EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992) |
| "Herbicide-Resistant Corn", CT Academy of Science and Engineering, Case Reports, 5, 6 (1990) |
| International Search Report, PCT/US 90/04462, mailed January 15, 1991 |
| International Search Report, PCT/US 94/09699, mailed August 16, 1995 |
| Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed June 30, 1986 |
| Office Action dated March 8, 1990, Goldman et al., USSN 06/880,271, filed June 30, 1986 |
| Patent Family Record for Australian Patent 8780893 |
| "Shotgunning DNA into Cells", Genetic Engineering News, (July/August 1987) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002904

NOV 0 6 1997

Sheet 4 of 17

| | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | Adang, M.J., et al., "Characterized Full-Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki* HD-73 and Their Toxicity to *Manduca sexta*", Gene, 36, 289-300 (1985) |
| | Ahokas, H., "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", Soc. Biochem. Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989) |
| | Ahokas, H., "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", Theor. Appl. Genet., 77, 469-472 (1989) |
| | Altenbach, S.B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", Plant Mol. Biol., 8, 239-250 (1987) |
| | Altenbach, S.B., et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine-Rich Protein in Transgenic Plants", Plant. Mol. Biol., 13, 513-522 (1989) |
| | Ampe, C., et al., "The Amino-Acid Sequence of the 2S Sulphur-Rich from Seed of Brazil Nut (*Bertholletia excelsa* H.B.K.)", Eur. J. Biochem., 159, 597-604 (1986) |
| | Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryonic Tissue Cultures of Maize", Biol. Abstracts. 85, Abstract 117662 (1988) |
| | Armstrong, C.L., et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L-Proline", Planta, 164, 207-214 (1985) |
| | Barker, R.F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955", Plant Mol. Biol., 2, 335-350 (1983) |
| | Benner, M.S., et al., "Genetic Analysis of Methionine-Rich Storage Protein Accumulation in Maize", Theor. Appl. Genet., 78, 761-767 (1989) |
| | Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", Nature, 304, 184-187 (1983) |
| | Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA", Nuc. Acids Res., 11, 369-385 (1983) |
| | Binns, A.N., "*Agrobacterium*-Mediated Gene Delivery and the Biology of Host Range Limitations", Physiol. Plant., 79, 135-139 (1990) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002905

NOV 0 6 1997

Form

| | |
|---|---|
| | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| | |
|---|---|
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Booy, G., et al., "Attempted Pollen-Mediated Transformation of Maize", _J. Plant Physiol., 135_, 319-324 (1989) |
| | Botterman, J., et al., "Engineering Herbicide Resistance in Plants", _Trends in Genetics, 4_, 221-222 (August 1988) |
| | Boulton, M.I., et al., "Specificity of _Agrobacterium_-Mediated Delivery of Maize Streak Virus DNA to Members of the Gramineae", _Plant Mol. Biol., 12_, 31-40 (1989) |
| | Boyer, J.S., "Water Deficits and Photosynthesis", In: _Water Deficits and Plant Growth_, Vol. IV, Kozlowski, T.T., (ed.), Academic Press, New York, 153-190 (1976) |
| | Brill, W.J., "Agricultural Microbiology", _Scientific American_, 245, 199-215 (September, 1981) |
| | Buchanan-Wollaston, V., et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", _J. Cell. Biochem., 13D_, 330, Abstract No. M503 (1989) |
| | Callis, J., et al., "Introns Increase Gene Expression in Cultured Maize Cells", _Genes and Development, 1_, 1183-1200 (1987) |
| | Cao, J., et al., "Transformation of Rice and Maize Using the Biolistic Process", In: _Plant Gene Transfer_, Lamb, C.J., et al., (eds.), Alan R. Liss, Inc., New York, 21-33, (1990) |
| | Carpita, N.C., "The Biochemistry of "Growing" Cells Walls", In: _Physiology of Cell Expansion During Plant Growth_, Cosgrove, D.J., et al., (eds.), Am. Soc. Plant Physiologists, 28-100 (1987) |
| | Chandler, V.L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous: Isolation of _B_ Utilizing _R_ Genomic Sequences", _The Plant Cell, 1_, 1175-1183 (1989) |
| | Charest, P.J., et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", _Plant Cell Reports, 7_, 628-631 (1989) |
| | Chourey, P.S., et al., "Callus Formation from Protoplasts of a Maize Cell Culture", _Theor. Appl. Genet., 59_, 341-344 (1981) |
| | Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", _Theor. Appl. Genet., 79_, 337-341 (1990) |
| | Christou, P., et al., "Opine Synthesis in Wild-Type Plant Tissue", _Plant Physiol., 82_, 218-221 (1986) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002906

Sheet 6 of 17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Christou, P., et al., "Soybean Genetic Engineering -- Commercial Production of Transgenic Plants", Trends in Biotechnol., 8, 145-151 (1990)

Christou, P., et al., "Stable Transformation of Soybean Callus by DNA-Coated Gold Particles," Plant Physiol., 87, 671-674 (1988)

Chu, C.-C., et al., "Establishment of an Efficient Medium for Anther Culture of Rice through Comparative Experiments on the Nitrogen Sources", Sci. Sin. (Peking), 13, 659-668 (1975)

Cocking, F., et al., "Gene Transfer in Cereals", Science, 236, 1259-1262 (1987)

Coe, E.H., et al., "The Genetics of Corn", In: Corn and Corn Improvement, 2nd Edition, Sprague, G.F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, pg. 138 (1977)

Comai, L., et al., "Expression in Plants of a Mutant aroA Gene from Salmonella typhimurium Confers Tolerance to Glyphosate", Nature, 317, 741-744 (October 1985)

Creissen, G., et al., "Agrobacterium- and Microprojectile-Mediated Viral DNA Delivery into Barley Microspore-Derived Cultures", Plant Cell Rep., 8, 680-683 (April 1990)

Crossway, A., et al., "Integration of Foreign DNA Following Microinjection of Tobacco Mesophyll Protoplasts", Mol. Gen. Genet., 202, 179-185 (1986)

Darvill, A., et al., "The Primary Cell Walls of Flowering Plants", In: The Biochemistry of Plants, Vol. 1, Academic Press, Inc., New York, 91-162 (1980)

Dauce-Lereverand, B., et al., "Improvement of Escherichia coli Strains Overproducing Lysine Using Recombinant DNA Techniques", Euro. J. Appl. Microbiol. and Biotechnol., 15, 227-231 (1982)

De Block, M., et al., "Engineering Herbicide Resistance on Plants by Expression of a Detoxifying Enzyme", EMBO J., 6, 2513-2518 (1987)

De Greef, W., et al., "Evaluation of Herbicide Resistance in Transgenic Crops under Field Conditions", Bio/Technol., 7, 61-64 (1989)

Dekeyser, R.A., et al., "Evaluation of Selectable Markers for Rice Transformation", Plant Physiol., 90, 217-223 (1989)

Dekeyser, R.A., et al., "Transient Gene Expression in Intact and Organized Rice Tissues", The Plant Cell, 2, 591-602 (1990)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



Sheet 7 of 17

Form 1449

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| | |
|---|---|
| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Dewald, S.G., et al., "Plant Regeneration from Inbred Maize Suspensions", VIIth Intl. Cong. on Plant Tissue and Cell Culture, p. 12, Abstract No. A1-36 (June 24-29, 1990)

Dewet, J.M.J., et al., "Exogenous Gene Transfer in Maize (*Zea mays*) Using DNA-Treated Pollen", In: The Experimental Manipulation of Ovule Tissues, Chapman, G.P., et al., (eds.), Longman, New York, 197-209 (1985)

Dewet, J.R., et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli*", Proc. Nat. Acad. Sci. USA, 82, 7870-7873 (1985)

Evans, D.A., et al., "Somaclonal Variation -- Genetic Basis and Breeding Applications", Trends in Genet., 5, 46-50 (1989)

Fransz, P., et al., "Cytodifferentiation During Callus Initation and Somatic Embryogenesis in *Zea mays* L.", Ph.D. Thesis, Univ. of Wageningen Press, The Netherlands (1988)

Freeling, J.C., et al., "Development Potentials of Maize Tissue Cultures", Maydica, XXI, 97-112 (July 1977)

Freiberg, B., "More Researchers Discover Corn Transformation Technology", AG Biotechnology News, p. 26 (1990)

Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation", Proc. Nat. Acad. Sci. USA, 82, 5824-5828 (1985)

Fromm, M.E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation", Nature, 319, 791-793 (1986)

Fry, S.C., "Introduction to the Growing Cell Wall", In: The Growing Plant Cell Wall: Chemical and Metabolic Analysis, Longman Scientific and Technical, New York, pp. 1-5, 102-109 (1988)

Geiser, M., et al., "The Hypervariable Region on the Genes Coding for Entomopathogenic Crystal Proteins of *Bacillus thuringiensis*: Nucleotide Sequence of the *kurhd1* gene of subsp. *kurstaki* HD1", Gene, 48, 109-118 (1986)

Goff, S.A., et al., "Plant Regeneration of Anthocyanin Biosynthetic Genes Following Transfer of *B* Regulatory Genes into Maize Tissues", EMOB J., 9, 2517-2522 (1990)

Gordon-Kamm, W.J., et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment", J. Cell. Biochem., 13D, p. 259, Abstract No. M122 (1989)

Examiner | Date Considered

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002908

| Form 1449 | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author. Title. Date. Pertinent Pages. Etc.)

| **Examiner Initial | |
|---|---|
| | Gould, O., et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, Beltwide Cotton Production Research Conferences, New Orleans, LA, p. 91 (1988) |
| | Graves, A., et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*", Plant Mol. Biol., 7, 43-50 (1986) |
| | Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize", In: Maize for Biological Research, Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 367-372 (1982) |
| | Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize", Crop Sci., 15, 417-421 (1975) |
| | Green, C., et al., "Somatic Cell Genetic Systems in Corn", In: Advances in Gene Technology: Molecular Genetics of Plants and Animals, Academic Press, Inc., New York, pp. 147-157 (1983) |
| | Grimsley, N., et al., "DNA Transfer from *Agrobacterium* to *Zea mays* or *Brassica* by Agroinfection is Dependent on Bacterial Virulence Functions", Mol. Gen. Genet., 217, 309-316 (1989) |
| | Gritz, L., et al., "Plasmid-Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*", Gene, 25, 179-188 (1983) |
| | Guerineau, F., et al., "Sulfonamide Resistance Gene for Plant Transformation", Plant Mol. Biol., 15, 127-136 (1990) |
| | Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts", Cell, 30, 763-773 (October 1982) |
| | Hallauer, A.R., et al., "Corn Breeding", In: Corn and Corn Improvement, 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 463-564 (1988) |
| | Haughn, G.W., "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", Mol. Gen. Genet., 211, 266-271 (1988) |
| | Hauptmann, R.M., et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", Plant Physiol., 86, 602-606 (1988) |
| | Herrera-Estrella, L., et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", In: Plant Molecular Biology Manual B1, Kluwer Academic Publishers, Dordrecht, pp. 1-22 (1988) |

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002909



| | |
|---|---|
| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| | |
|---|---|
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial** | |
|---|---|
| | Hoffman, L.M., et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", _Plant Mol. Biol., 11_, 717-729 (1988) |
| | Hoffman, L.M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", _EMBO J., 6_, 3213-3221 (1987) |
| | Hofte, H., et al., "Insecticidal Crystal Proteins of _Bacillus thuringiensis_", _Microbiol. Rev., 53_, 242-255 (1989) |
| | Hooykaas, P.J., et al., "Transformation of Plant Cell via _Agrobacterium_", _Plant Mol. Biol., 13_, 327-336 (1989) |
| | Hooykaas-Van Slogteren, G.M.S., et al., "Expression of Ti Plasmid Genes in Monocotyledonous Plants Infected with _Agrobacterium tumefaciens_", _Nature, 311_, 763-764 (October 25, 1984) |
| | Horn, M., et al., "Transgenic Plants of Orchard Grass (_Dactylis glomerata_ L.) from Protoplasts", _Chem. Abstracts, 110_, Abstract No. 89869a, 208 (1989) |
| | Horn, M., et al., "Transgenic Plants of Orchardgrass (_Dactylis glomerata_ L.) from Protoplasts", _Plant Cell Reports, 7_, 469 (1988) |
| | Huang, Y., et al., "Factors Influencing Stable Transformations of Maize Protoplasts by Electroporation", _Plant Cell, Tissue and Organ Culture, 18_, 281 (1989) |
| | Imbrie-Milligan, C., et al., "Microcallus Growth from Maize Protoplasts", _Planta, 171_, 58-64 (1987) |
| | Jefferson, R., "Assaying Chimeric Genes in Plants: the GUS Gene Fusion System", _Plant Mol. Biol. Rep., 5_, 387-405 (1987) |
| | Jefferson, R., et al., "β-Glucuronidase from _Escherichia coli_ as a Gene-Fusion Marker", _Proc. Nat. Acad. Sci. USA, 83_, 8447-8451 (1986) |
| | Jefferson, R., et al., "GUS Fusions: β-Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants", _EMBO J., 6_, 3901-3907 (1987) |
| | Johri, M.M., et al., "Genetic Approaches to Meristem Organization", In: _Maize for Biological Research_, Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 301-310 (1982) |
| | Jones, H., et al., "Recent Advances in Plant Electroporation", _Oxford Surveys of Plant Mol. and Cell Biol., 4_, 347-357 (1987) |
| | Jones, H., et al., "Transient Gene Expression in Electroporated _Solanum_ Protoplasts", _Plant Mol. Biol., 13_, 503-511 (1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.