| Form 1449* INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Kaeppler, H.F., et al., "Silicon Carbide Fiber-Mediated DNA Delivery into Plant Cells", _Plant Cell Rep., 9_, 415-418 (1990) |
| | Kamo, K., et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures", _Plant Sci., 45_, 111-117 (1986) |
| | Kamo, K., et al., "Regeneration of _Zea mays_ L. from Embryogenic Callus", _Bot. Gaz., 146_, 327-334 (1985) |
| | Kao, K.N., et al., "Nutritional Requirements for Growth of _Vicia hajastana_ Cells and Protoplasts at a Very Low Population Density in Liquid Media", _Planta, 126_, 105-110 (1978) |
| | Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", _Plant Cell. Rep., 8_, 429-432 (1989) |
| | Kay, R., et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enhancer for Plant Genes", _Science, 236_, 1299-1302 (June 5, 1987) |
| | Kirihara, J., et al., "Differential Expression of a Gene for a Methionine-Rich Storage Protein in Maize", _Mol. Gen. Genet., 211_, 477-484 (1988) |
| | Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine-Rich 10-kD Zein Protein from Maize", _Gene, 71_, 359-370 (1988) |
| | Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment", _Plant Physiol., 91_, 440-444 (1989) |
| | Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", _Proc. Nat. Acad. Sci. USA, 86_, 6682-6685 (1989) |
| | Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression", In: _Gene Manipulation in Plant Improvement II_, Gustafson, J.P., (ed.), Plenum Press, New York, 265-266 (1990) |
| | Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles", _Proc. Nat. Acad. Sci. USA, 85_, 4305-4309 (1988) |
| | Klein, T.M., et al., "Factors Influencing Gene Delivery into _Zea mays_ Cells by High Velocity Microprojectiles", _Bio/Technol., 6_, 559-563 (1988) |
| | Klein, T.M., et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", _Nature, 327_, 70-73 (1987) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002911

NOV 0 6 1997

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | | Serial No. 08/844,555 |
|---|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | | |
| | Filing Date: April 21, 1997 | | Group: Unknown |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial** | |
|---|---|
| | Kozak, M., "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs", Nuc. Acids Res., 12, 857-871 (1984) |
| | Kozak, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", Cell, 44, 283-292 (1986) |
| | Kuhlemeier, C., et al., "Regulation of Gene Expression in Higher Plants", Ann. Rev. Plant Physiol., 38, 234-239 (1987) |
| | Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and Grasses", Ad. Cell Culture, 6, 291-293 (1988) |
| | Lee, J.S., et al., "Gene Transfer into Intact Cells of Tobacco by Electroporation", Korean J. Genet., 11, 65-72 (1989) |
| | Levitt, J., "Growth Regulators", In: Introduction to Plant Physiology, The C.V. Mosby Company, St. Louis, p. 241 (1969) |
| | Lindsey, K., et al., "Electroporation of Cells", Physiol. Plant., 79, 168-172 (1990) |
| | Lindsey, K., et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation", Plant Cell Rep., 8, 71-74 (1989) |
| | Lindsey, K., et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", Planta, 172, 346-355 (1987) |
| | Lindsey, K., et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar Beet", Plant Mol. Biol., 10, 43-52 (1987) |
| | Lorz, H., et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", Plant Breeding, 100, 1-25 (1988) |
| | Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L.)", Theor. Appl. Genet., 66, 285-289 (1983) |
| | Lu, C., et al., "Somatic Embryogenesis in Zea mays L.", Theor. Appl. Genet., 62, 109-112 (1982) |
| | Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", Science, 247, 449-450 (1990) |
| | Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts", Theor. Appl. Genet., 71, 344-350 (1985) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER   Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.   Include copy of this form with next communication to applicant.

OIPE
JC 18
NOV 0 6 1997
Form 1449*
INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Ludwig, S., et al., "*Lc*, a Member of the Maize *R* Gene Family Responsible for Tissue-Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the *myc*-Homology Region", Proc. Nat. Acad. Sci. USA, 86, 7092-7096 (1989)

Ludwig, S., et al., "Maize *R* Gene Family: Tissue-Specific Helix-Loop-Helix Proteins", Cell, 62, 849-851 (1990)

Lutcke, H., et al., "Selection of AUG Initiation Codons Differs in Plants and Animals", EMBO J., 6, 43-48 (1987)

Mariani, C., et al., "Engineered Male Sterility in Plants", Symposia of the Society for Experimental Biology, Number XLV, Proceedings of a Meeting Held at the University of Glasgow, Scotland, 271-279 (1991)

Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur-Rich 10 kDa Prolamin Polypeptide in Rice Seeds", Plant Mol. Biol., 12, 123-130 (1989)

McCabe, D.E., et al., "Stable Transformation of Soybean (*Glycine max*) by Particle Acceleration", Bio/Technol., 6, 923-926 (1988)

McDaniel, C., et al., "Cell-Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", Planta, 175, 13-22 (1988)

Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", Plant Sci. Lett., 28, 337-348 (1982/83)

Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High-Velocity Microprojectiles", Theor. Appl. Genet., 78, 31-34 (1989)

Messing, J., "Corn Storage Protein: A Molecular Genetic Model", Division of Energy BioSciences -- Summaries of FY 1990 Activities, p. 70, Abstract No. 135 (1990)

Milborrow, B.V., "Abscisic Acid and Other Hormones", In: The Physiology and Biochemistry of Drought Resistance in Plants, Paleg, L.G., et al., (eds.), Academic Press, Inc., New York, pp. 347-388 (1981)

Morikawa, H., et al., "Gene Transfer into Intact Plant Cells by Electroporation through Cell Walls and Membranes", Gene, 41, 121 (1986)

Morocz, S., et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated from a Highly Embryonic Suspension Culture", Theor. Appl. Genet., 80, 721-726 (1990)

Morocz, S., et al., "Two Approaches to Rendering *Zea mays* L. Applicable to Tissue Culture Manipulations", Abstracts, VIIth Intl. Cong. on Plant Tissue and Cell Culture, Amsterdam, A1-102, Abstract No. 209, p. 190 (1990)

| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | |
|---|---|
| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group:  Unknown |

Form 1449*

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Murakami, T., et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*:  Molecular Cloning and Characterization of the Gene Cluster", <u>Mol. Gen. Genet., 205</u>, 42-50 (1986) |
| | Murashige, T., et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", <u>Physiol. Plant., 15</u>, 473-497 (1962) |
| | Murphy, H.L., "New Dekalb-Pfizer Seed Chief to Harvest R & D Breakthroughs", <u>Crain's Business Weekly</u>, pp. 38-39 (1990) |
| | Murray, E.E., et al., "Codon Usage in Plant Genes", <u>Nuc. Acids Res., 17</u>, 477-498 (1989) |
| | Nelson, R.S., "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco Mosaic Virus", <u>Bio/Technol., 6</u>, 403-409 (1988) |
| | Nelson, T., "New Horses for Monocot Gene Jockeys", <u>The Plant Cell, 2</u>, 589 (July, 1990) |
| | Neuffer, M.G., "Growing Maize for Genetic Purposes", Maize for Biological Research, Plant Mol. Biol. Assoc., pp. 19-30 (1988) |
| | Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", <u>Nature, 313</u>, 810-811 (1985) |
| | Ohta, Y., et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", <u>Pro. Nat. Acad. Sci. USA, 83</u>, 715-719 (1986) |
| | Okta, Y., et al., "Gene Manifestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the *M1* and *M2* Generations from Self-Pollination Applying Exogenous DNA", <u>Jap. J. Breed., 30</u>, 184-185 (1980) |
| | Ozias-Akins, P., et al., "*In vitro* Regeneration and Genetic Manipulation of Grasses", <u>Physiol. Plant., 73</u>, 565-569 (1988) |
| | Ozias-Akins, P., et al.,  "Progress and Limitations in the Culture of Cereal Protoplasts", <u>Trends in Biotechnol., 2</u>, 119-123 (1984) |
| | Parker, W.B., et al., "Selection and Characterization of Sethoxydim-Tolerant Maize Tissue Cultures", <u>Plant Physiol., 92</u>, 1220-1225 (1990) |
| | Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High-Sulfur Zein Protein of $M_1$ 15,000", <u>J. Biol. Chem., 261</u>, 6279-6284 (1986) |

| | |
|---|---|
| Examiner | Date Considered |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: Unknown |

Form 1449*

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Phillips, R.L., et al., "Cell/Tissue Culture and *In Vitro* Manipulation", In: <u>Corn and Corn Improvement</u>, 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 345-387 (1988) |
| | Phillips, R.L., et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", <u>Cereal Chem.</u>, 62, 213-218 (1985) |
| | Poehlman, J., "Breeding Corn (Maize)", In: <u>Breeding Field Crops</u>, 3rd Edition, AVI Publishing Co., Westport, CT, pp. 452, 469-471, 477-481 (1986) |
| | Potrykus, I., "Gene Transfer to Cereals: An Assessment" <u>Bio/Technol.</u>, 8, 535-542 (June 1990) |
| | Potrykus, I., "Gene Transfer to Cereals: An Assessment", <u>Trends Biotechnol.</u>, 7, 269-273 (October 1989) |
| | Potrykus, I., "Gene Transfer to Plants: Assessment and Perspectives", <u>Physiol. Plant.</u>, 79, 125-134 (1990) |
| | Potrykus, I., et al., "Callus Formation from Cell Culture Protoplasts of Corn (*Zea mays* L.)", <u>Theor. Appl. Genet.</u> 54, 209-214 (1979) |
| | Potrykus, I., et al., "Callus Formation from Stem Protoplasts of Corn (*Zea mays* L.)", <u>Mol. Gen. Genet.</u>, 156, 347-350 (1977) |
| | Potter, H. et al., "Enhancer-Dependent Expression of Human κ Immunoglobulin Genes Introduced into Mouse Pre-B Lymphocytes by Electroporation", <u>Pro. Nat. Acad. Sci. USA</u>, 81, 7161-7165 (1984) |
| | Prioli, L.M., et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays* L.)", <u>Bio/Technol.</u>, 7, 589-594 (June 1989) |
| | Puite, K.J., et al., "Electrofusion, a Simple and Reproducible Technique in Somatic Hybridization of *Nicotiana plumbaginifolia* Mutants", <u>Plant Cell Rep.</u>, 4, 274-276 (1985) |
| | Ranch, J.P., et al., "Expression of 5-Methyltryptophan Resistance in Plants Regenerated from Resistant Cell Lines of *Datura innoxia*", <u>Plant Physiol.</u>, 71, 136-140 (1983) |
| | Rhodes, C.A., "Corn: from Protoplasts to Fertile Plants", <u>Bio/Technol.</u>, 7, 548 (June 1989) |
| | Rhodes, C.A., et al., "Genetically Transformed Maize Plants from Protoplasts", <u>Science</u>, 240, 204-207 (April 8, 1988) |
| | Rhodes, C.A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", <u>Bio/Technol.</u>, 6, 56-60 (January 1988) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Atty. Docket No.: 950.001US5 | | Serial No. 08/844,555 |
|---|---|---|
| Applicants: Ronald C. Lundquist et al. | | |
| Filing Date: April 21, 1997 | | Group:  Unknown |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

PTO-1449*

NOV 0 6 1997

OIPE

PATENT & TRADEMARK OFFICE

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", Biol. Abstracts, 82, p. AB-391, Abstract No. 3396 (1986) |
| | Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", J. Bacteriol., 166, 297-300 (1986) |
| | Robertson, D.S., "Loss of *Mu* Mutator Activity When Active *Mu* Systems are Transferred to Inbred Lines", Maize Genetics Coop. Newsletter, 60, 10 (1986) |
| | Ross, M.C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", J. Cell. Biochem., 13D, p. 268, Abstract No. M149 (1989) |
| | Sahi, S.V., et al., "Metabolites in Maize Which Affect Virulence Induction in *Agrobacterium tumefaciens*", Plant Physiol., Supplement, p. 86, Abstract No. 514 (1989) |
| | Sanford, J.C., "Biolistic Plant Transformation", Physiol. Plant., 79, 206-209 (1990) |
| | Sanford, J.C., "The Biolistic Process", Trends Biotechnol., 6, 299-302 (1988) |
| | Sanford, J.C., et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", Theor. Appl. Genet., 69, 571-574 (1985) |
| | Sanford, J.C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process", Particulate Sci. Technol., 5, 27-37 (1987) |
| | Sass, J.E., "Morphology: Development of the Caryopsis", In: Corn and Corn Improvement, 2nd Edition, Sprauge, G.F., (ed.), Am. Soc. Agronomy, pp. 89, 98 (1977) |
| | Schmidt, A., et al., "Media and Environmental Effects of Phenolics Production from Tobacco Cell Cultures", Chem. Abstracts, 110, p. 514, Abstract No. 230156z (1989) |
| | Shigekawa, K., et al., "Electroporation of Eukaryotes and Prokaryotes:  A General Approach to the Introduction of Macromolecules into Cells", BioTechniques, 6, 742-751 (1988) |
| | Shillito, R.D., et al., "High Efficiency Direct Gene Transfer to Plants", Bio/Technol., 3, 1099 (1985) |
| | Shillito, R.D., et al., "Regeneration of Fertile Plants from Protoplasts of Elite Inbred Maize", Bio/Technol., 7, 581-587 (June 1989) |
| | Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", Nature, 338, 274-278 (1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.



Sheet 16 of 17

| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

Shotwell, M.A., et al., "The Biochemistry of Plants -- A Comprehensive Treatise", In: The Biochemistry of Plants, Vol. 15, Marcus, A., (ed.), Academic Press, Inc., San Diego, pp. 297-345 (1989)

Smith, R., et al., "Shoot Apex Explant for Transformation", Plant Physiol. (Suppl.), 86, p. 108, Abstract 646 (1988)

Soberon, X., et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", Gene, 9, 287-305 (1980)

Spencer, T.M., et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", Theor. Appl. Genet., 79, 625-631 (May 1990)

Spencer, T.M., et al., "Fertile Transgenic Maize", Abstracts, 7th Annual Meeting, Mid-Atlantic Plant Mol. Biol. Soc., p. 30 (1990)

Spencer, T.M., et al., "Segregation of Transgenes in Maize", Plant Mol. Biol. 18, 201-210 (1992)

Spencer, T.M., et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the Herbicide Bialaphos", Poster Presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (August 8, 1989)

Sprague, G.F., et al., "Corn Breeding", In: Corn and Corn Improvement, Sprague, G. F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, pp. 305, 320-323 (1977)

Sugiyama, M., et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for Escherichia coli", Plasmid, 23, 237-241 (1990)

Thompson, C., et al., "Characterization of the Herbicide-Resistance Gene bar from Streptomyces hygroscopicus", EMBO J., 6, 2519-2523 (1987)

Tomes, D.T., et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", Plant Mol. Biol., 14, 261-268 (February 1990)

Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment", Plant Physiol., 91, 1271-1274 (1989)

Ulian, E., et al., "Transformation of Plants via the Shoot Apex", In Vitro Cell. Dev. Biol., 9, 951-954 (1988)

Usami, S., et al., "Absence in Monocotyledonous Plants of the Diffusable Plant Factors including T-DNA Circularization and vir Gene Expression in Agrobacterium", Mol. Gen. Genet., 209, 221-226 (1987)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form 1449

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| | |
|---|---|
| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| Applicants: Ronald C. Lundquist et al. | |
| Filing Date: April 21, 1997 | Group: Unknown |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Vasil, I.K., et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", _IAPTC Abstracts_, p. 443 (1986) |
| | Vasil, I.K., et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", In: _Cell Culture and Somatic Cell Genetics of Plants, Vol. I_, Academic Press, Inc., pp. 152-158 (1984) |
| | Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of _Zea mays_ L.", _J. Plant Physiol., 124_, 399-408 (1986) |
| | Walbot, V., et al., "Molecular Genetics of Corn", In: _Corn and Corn Improvement_, 3rd Edition, Sprague, G.F., et al., (eds.), Am. Soc. Agronomy, Madison, WI, pp. 389-430 (1988) |
| | Waldron, C., et al., "Resistance to Hygromycin B", _Plant Mol. Biol., 5_, 103-108 (1985) |
| | Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment", _Plant Mol. Biol., 11_, 433-439 (1988) |
| | Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications", _Ann. Rev. Genet., 22_, 421-478 (1988) |
| | White, J., et al., "A Cassette Containing the _bar_ Gene of _Streptomyces hygroscopicus_: a Selectable Marker for Plant Transformation", _Nuc. Acid. Res., 18_, 1062 (1989) |
| | Whiteley, H.R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in _Bacillus thuringiensis_", _Ann. Rev. Microbiol., 40_, 549-576 (1986) |
| | Yang, H., et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", _Plant Cell Rep., 7_, 421 (1988) |
| | Yanisch-Perron, L., et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", _Gene, 33_, 103-119 (1985) |
| | Yugari, Y., et al., "Coordinated End-Product Inhibition in Lysine Synthesis in _Escherichia coli_", _Biochem. Biophys. Acta., 62_, 612-614 (1962) |

| | |
|---|---|
| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

S/N 08/844,555                                                    PATENT
### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### COMMUNICATION RE REISSUANCE OF OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Communication is in response to the Office Action dated April 14, 1998. Claims 19-22 were examined on the merits in the Office Action.

The Examiner is respectfully requested to note that a Preliminary Amendment was filed in the above-identified application on June 20, 1997 (copy enclosed). Claims 19-22 were canceled without prejudice in the Preliminary Amendment and claims 23-39 were added. Thus, the pending claims that should have been considered on the merits were claims 23-39. A return postcard, which itemized and properly identified the Preliminary Amendment being filed, was submitted to the Office along with the Preliminary Amendment. We have received back from the Office this return postcard (copy enclosed). A postcard receipt which itemizes and properly identifies the papers which are being filed serves as prima facie evidence of receipt in the PTO of all the items listed thereon on the date stamped thereon by the PTO. M.P.E.P. §503.

Applicants respectfully request consideration of pending claims 23-39, and reissuance of the Office Action.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6976

Date  5/7/98                  By  _David L. Provence_
                                  David L. Provence
                                  Reg. No. P-43,022

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on May 7, 1998.

Frances Essien                    Frances Essien
Name                              Signature

0002919

# COPY

<u>S/N 08/844,555</u>                                                                    <u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Unknown |
| Serial No.: | 08/844,555 | Group Art Unit:  Unknown |
| Filed: | April 21, 1997 | Docket:  950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

  When the above-identified patent application is taken up for consideration, please make the following changes:

### In the Specification

  At page 11, line 20, after "in" please delete "Weising, <u>supra</u>." and insert -- Table 1 -- and insert the following Table 1:

**Table 1: Eukaryotic genes transferred to higher plants**

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| **Animals** | | | | |
| Drosophila heat shock gene hsp 70 | 5' hsp70/nptII/3' ocs | tobacco (plants, tumors) | + | temperature-dependent and organ-specific |
| Drosophila copia element LTR | 5' copia/cat | rice, wheat and sorghum (protoplasts) | (−) | transient, but strong |
| firefly luciferase gene | 5' CaMV 35S/luciferase cDNA/3' nos | tobacco (plants) | − | |
| | 5' CaMV 19S/luciferase cDNA/3' nos | carrot (protoplasts) | (+) | transient |
| | 5' deletion series | | | |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (−) | not expressed |
| Human α-globin gene | 5' nos/α-globin | tobacco (plants) | (+) | incorrect transcript processing |
| Chicken α-actin gene | genomic | tobacco (tumors) | (−) | not expressed |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (+) | incorrect transcript processing |
| Mouse metallothionein gene (mmt) | 5' mmt/cat | tobacco (tumors) | (−) | not expressed |
| Mouse dihydrofolate reductase gene (DHFR) | 5' CaMV 35S/DHFR-cDNA/3' nos | Petunia (plants) | + | expression confers methotrexate resistance |
| Human growth hormone gene (hgh) | 5' CaMV 35S/hgh | tobacco (plants, tumors) | (+) | incorrect transcript processing |
| | 5' nos/hgh/3' nos | tobacco and sunflower (tumors) | (+) | transcription, but neither processing nor translation |
| | 5' CaMV 35S/hgh/hgh 3' | tobacco (plants) | (+) | incorrect transcript polyadenylation |

2

0002921

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| SV40 early genes | 5' SV40/cat | tobacco (tumors) | (–) | not expressed |
| | 5' CaMV 35S/cat/3' SV40 | tobacco (plants) | (+) | incorrect transcript polyadenylation |
| HSV thymidine kinase gene (tk) | 5' HSV/tk/cat | tobacco (tumors) | (–) | not expressed |
| Adenovirus type 5 E1A gene | 5' CaMV 35S/E1A/ 3' E1A/3' rbcS | tobacco (plants) | (+) | termination within rbcS, E1A polyadenylation site not used |
| **Yeast** | | | | |
| Yeast ADH | genomic | tobacco (plants) | (–) | not expressed |
| **Plant virus** | | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/TMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to TMV infection |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/AMVcDNA 5' CaMV 35S/AMVcDNA/ 3' nos | tobacco and tomato (plants) | + | expression confers enhanced resistance to AMV infection |
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + | only A-components in tandem are able to replicate |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/ CMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to CMV infection |
| **Plants** | | | | |
| Bean phaseolin gene | 5' ocs/phaseolin genomic | sunflower (tumors) | + | expressed and processed correctly |
| | genomic | tobacco (plants) | + | development-specific expression in seeds: targeting to protein bodies in endosperm and embryos |
| | 5' phaseolin/phaseolin-cDNA/3' phaseolin | tobacco (tumors) | + | higher expression than using a genomic clone |

3

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| Bean phytohemagglutinin-L gene (*PHA-L*) | 5' phaseolin/maize zein/ 3' phaseolin | tobacco (plants) | + | development-specific zein gene expression in tobacco seeds. Zein accumulation |
| | genomic | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Soybean β-conglycinin gene (α subunit) | genomic 5' deletion series | Petunia (plants) | + | development-specific expression in Petunia seeds depending on 5' sequences |
| | 5' CaMV 35S or 19S/ conglycinin/3' nos | Petunia (plants) | + | constitutive expression: 35S > 19S; 20 fold clonal variation |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | + | development-specific expression in seeds |
| Potato patatin gene | 5' patatin/*cat*/3' nos | potato (plants) | + | organ-specific expression in tubers |
| | 5' ST-LS.1/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. |
| Maize zein gene | genomic | sunflower (tumors) | (+) | transcription, but no detectable protein |
| | 5' phaseolin/zein/3' phaseolin | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Wheat glutenin genes | 5' glutenin/*cat*/3' nos | tobacco (plants) | + | development-specific expression in tobacco seeds |
| Wheat chlorophyll a/b-binding protein (*cab*) gene | genomic | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression in leaves |
| | genomic 5' cab/cat 5' cab/5' CaMV 35S/cat/ 3' rbcS 5' deletion series | tobacco (plants) | + | phytochrome-regulated expression in leaves depending on 5' sequences |

4

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| Pea *cab* gene | 5' *cab/nptII*<br>'5' *cab/5' nos/nptII* | tobacco (plants) | + | light-regulated, organ-and cell-specific expression; depending on enhancer/silencer-like 5' sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. |
| Petunia *cab* gene | 5' *cab/ocs*<br>5' *cab/nos* | Petunia and tobacco (plants) | + | clonal variation of expression (200 fold) independent of copy number and homo-/heterologous host genome |
| Arabidopsis *cab* gene | 5' *cab/cat* | tobacco (plants) | + | light-regulated and organ-specific expression |
| Pea ribulose 1.5-Bisphosphate carboxylase small subunit gene (*rbcS*) E9 | genomic<br>5' *rbcS/cat*<br>5' deletion series | Petunia (tumors) | + | light-regulated expression dependent on 5' sequences |
| | genomic<br>5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression dependent on 5' sequences; 25-fold clonal variation |
| Pea *rbcS* 3.6 | 5' *rbcS/cat/3' nos*<br>5' deletion series | tobacco (tumors) | + | light-regulated expression dependent on enhancer-like 5' sequences |
| | 5' *rbcS/rbcS* transit sequence/ *nptII* | tobacco (tumors and plants) | + | light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences |
| | 5' *rbcS/nptII* | tobacco (plants) | :+: | light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor |

5

0002924

| Origin of gene | Transferred constructs | Transformed species | | Mode of foreign gene expression |
|---|---|---|---|---|
| Pea *rbcS* 3A, 3C | genomic | Petunia (plants) | + | regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state |
| Pea *rbcS* 3A, E9 | 5' *rbcS*/5' CaMV 35S/*cat* 5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression depending on enhancer- and silencer-like 5' sequences |
| Soybean *rbcS* | 5' *rbcS*/*nptII*/3' *ocs* 5' *rbcS*/*nos* 5' *rbcS*/*nptII*/3' *nos* | soybean (tumors) Kalanchoe (tumors) Petunia (plants) | + + + | light-regulated expression light-regulated expression light-regulated expression mediated by phytochrome |
| Soybean, pea and Petunia *rbcS* | 5' *rbcS*/*nptII*/3' *nos* | tomato (plants) | + | expression stronger than directed by nos-promoter |
| *Nicotiana plumbaginifolia* *rbcS* 8B | | tobacco and Petunia (plants) | + | light-regulated and organ-specific expression; 3-fold clonal variation independent of homo-/ heterologous host genome |
| Wheat *rbcS* | genomic 5' CaMV 35S/*rbcS*/3' *rbcS* | tobacco (plants) | (+) | no expression under the control of wheat promoter; CaMV 35S promoter is necessary |
| Potato *ST-LS.1* gene | genomic; modified by exon tagging | potato and tobacco (plants) | + | light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo-/ heterologous host. |
| | 5' *ST-LS.1*/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the *ST-LS.1* promoter sequences |

0002925

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | |
|---|---|---|---|---|
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5' chs(A)/nptII/3' chs(P) 5' deletion series | tobacco (plants) | + | UV-B-light-regulated expression dependent on enhancer-like 5' sequences |
| potato proteinase inhibitor II gene (P I II) | genomic 5' P I II/cat/3' T-DNA gene 6b 5' P I II/cat/3' P I II | tobacco (plants) | + | wound-inducible expression depending on 5' and 3' sequences; systemic spreading by transacting factors |
| Soybean heat shock gene hs 6871 | genomic 5' deletion series | sunflower (tumors) and tobacco (plants) | + | temperature-regulated expression depending on 5' sequences |
| Soybean heat shock gene Gmhsp 17.5E | genomic 5' deletion series | sunflower (tumors) | + | expression regulated by temperature and presence of cadmium and arsenite depending on 5' sequences |
| Maize heat shock gene hsp70 | genomic | Petunia (plants) | + | temperature-regulated expression |
| Maize alcohol dehydrogenase I gene (AdhI) | 5' CaMV 35S/cat/AdhI intron/ 3' rbcS | tobacco (plants) | (+) | maize AdhI intron is not removed from the transcript |
| | 5' AdhI/cat 5' ocs/5' AdhI/cat 5' CaMV 35S/5' AdhI/cat 5' AdhI deletion series | tobacco (plants) and maize (protoplasts) | (+) | anaerobically inducible cat-expression dependent on 5' AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. |
| Maize sucrose synthase gene (ss) | 5' ss/nptII/3' ocs | wheat (protoplasts) | (+) | transient expression |
| | 5' ss/nptII | maize (protoplasts) | (+) | transient expression suspension-culture derived but not in leaf-derived protoplasts |
| Soybean β-tubulin gene | genomic | tobacco (plants) | + | |
| cowpea trypsin inhibitor gene (CpTI) | 5' CaMV 35S/CpTI/3' nos | tobacco (plants) | + | expression enhances resistance to insect pests |
| Petunia EPSP synthase gene | 5' CaMV 35S/EPSP/3' nos | Petunia (plants) | + | 35S-directed EPSP overproduction confers glyphosate tolerance |

7

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
|---|---|---|---|
|  | 5' T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (*aroA*) coding region | tobacco (plants) | + expression of bacterial EPSP; targeting into chloroplasts; glyphosate tolerance |
| Soybean leghemoglobin gene *lbc3* | genomic | tobacco (plants) | n.d. |
|  | 5' *lbc3/cat/3' lbc3* | *Lotus corniculatus* (plants) | + development-specific and inducible expression only in nodules and only after infection by *Rhizobium*; dependence on 5' regulatory sequences |
| *Nicotiana plumbaginifolia* "insert 7" enhancer-like sequence | 5' insert 7/5' *nos/nptII* | tobacco (plants) | + transient protoplast-specific overexpression of *nptII* |
| *Nicotiana plumbaginifolia* ATP synthase gene (*atp2-1*); β subunit | 5' CaMV 35S/*atp2-1* signal sequence/*cat* | tobacco (plants) | + *cat* enzyme is targeted into mitochondria |
| Maize transposable elements *Ac* and *Ds* | *Ac* or *Ds* within borders of waxy locus | tobacco (tumors and shoots) | + *Ac* is capable of self-catalyzed transposition |

Abbreviations:

| | |
|---|---|
| copia LTR | – long terminal repeat of copia transposable element |
| HSV | – Herpes simplex virus |
| Adh | – alcohol dehydrogenase gene |
| ST-LS1 | – Solanum ruberosum leaf/stem-specific gene |
| EPSP | – 5-enolpyruvylshikimate-3-phosphate (gene) |
| lbc3 | – member of the leghemoglobin gene family |
| Ac, Ds | – maize transposable elements (activator, dissociation) |
| rbcS | – ribulose-1,5-bisphosphate carboxylase small subunit gene |

8

0002927

*cab* — chlorophyl a/b binding protein gene

*npII* — neomycin phosphotransferase II gene

*ocs* — octopine synthase gene

*nos* — nopaline synthase gene

*cat* — chloramphenicol acetyltransferase gene

*CaMV 35S, 19S* — cauliflower mosaic virus genes encoding 35S and 19S-transcript, respectively

*genomic* — transferred construct contains the entire gene including 5' and 3' regions

Mode of expression:

+ — correct expression of stably integrated gene

(+) — transient expression, or transcription followed by incorrect processing and/or translation

(-) — gene is not transcribed

9

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 10
Dkt: 950.001US6

At page 11, line 31, after "in" please delete "Weising et al., _supra_" and insert

— Table 2 — and insert the following Table 2:

Table 2   Selectable marker and reporter genes in plant genetic transformation

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against |
| --- | --- | --- | --- | --- | --- |
| | | | Selectable marker | Scorable reporter | |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (nptI) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[2] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcystein[6] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | - | ++ | ? |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | - | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | + | - | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) | streptomycin[10] control plants are not killed by streptomycin |
| aroA gene | *Salmonella typhimurium* | EPSP synthase | ++ | - | glyphosate[11] |
| bar gene | *Streptomyces hygroscopicus* | phosphinothricin acetyltransferase | ++ | - | phosphinothricin, bialaphos[12] |

| β-galactosidase gene | E. coli | β-galactosidase | + | [13] |
|---|---|---|---|---|
| Glucuronidase gene (GUS) | E. coli | glucuronidase | ++ | [14] |
| Bacterial luciferase gene | Vibrio harvest | luciferase | ++ | [15] |
| Firefly luciferase gene | Photinus peralis | luciferase | ++ | [16] |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes.

Abbreviations
Tn          - transposon
DHFR        - dihydrofolate reductase
EPSP synthase - 5-enolpyruvylshikimate-3-phosphate synthase

[1] M. Bevran et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBO J., 8, 1681 (1984); I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[2] R.T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Pretzrak et al., Nucl. Acids Res., 14, 5857 (1986).

[3] M. DeBlock et al., EMBO J., 2, 1681 (1984); I. Herrera-Estrella et al., Nature, 303, 209 (1983).

[4] N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid, I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[5] D.A. Eichholtz et al., Somat. Cell. Mol. Genet., 13, 67 (1987).

[6] G.A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Greve et al., Nature, 300, 752 (1982); A. Hoekema et al., Plant Mol. Genet., 5, 85 (1985); M.G. Koziel et al., J. Mol. Appl. Genet., 2, 549 (1981).

[7] J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).

[8] A.M. Lloyd et al., Science, 284, 464 (1986); P.I.M. Van den Hazen et al., Plant MOL. Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).

[9] J. Hille et al., Plant Mol. Biol., 7, 171 (1986).

[10] J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).

[11] L. Comai et al., Nature, 317, 741 (1985); J.J. Inllatti et al., Biotechnology, 5, 726 (1987).

" M. DeBlock et al., EMBO J., 6, 2513 (1987); C.I. Thompson et al., EMBO J., 6, 2519 (1987).

" G. Heimer et al., Biotechnology 2, 520 (1984).

" D.R. Gallic et al., Nuc. Acids Res., 15, 8693 (1987); R.A. Jefferson et al., EMBO J., 6, 1901 (1987).

" C. Koncz et al., Mol. Gen. Genet., 204, 383 (1986).

" D.W. Ow et al., Science, 234, 856 (1986); D.W. Ow et al., PNAS USA, 84, 4870 (1987); C.D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 14
Dkt: 950.001US6

At page 12, line 15, delete "Weising et al, supra" and insert — Table 2 — therefor.

At page 33, line 3, delete "Table 1" and insert —Table 3—.

At page 33, line 15, delete "Table 1" and insert —Table 3—.

At page 33, line 16, delete "TABLE 1" and insert —TABLE 3—.

At page 39, line 5, delete "Table 2" and insert —Table 4—.

At page 39, line 13, delete "TABLE 2" and insert — TABLE 4 — therefor.

## In the Claims

Please cancel claims 19-22, without prejudice.

Please add the following new claims:

23.    A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

24.    The process of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25.    The process of claim 23 wherein the cells are derived from immature embryos.

26.    The process of claim 23 wherein said DNA encodes an EPSP synthase.

27.    The process of claim 23 wherein said DNA further comprises a selectable marker gene or a reporter gene.

PRELIMINARY AMENDMENT                                                          Page 15
Serial Number: 08/845,217                                                       Dkt: 950.001US6
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

28.    The process of claim 23 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant.

29.    The process of claim 28 further comprising obtaining seed from one of said progeny plants.

30.    A process for producing animal feed comprising:

    (a)    providing a fertile transgenic *Zea mays* plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

    (b)    cultivating said transgenic *Zea mays* plant;

    (c)    obtaining seed from said cultivated *Zea mays* plant; and

    (d)    preparing animal feed from said seed.

31.    The process of claim 30 wherein the DNA encodes an EPSP synthase.

32.    A process for producing human food comprising:

    (a)    providing a fertile transgenic *Zea mays* plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

    (b)    cultivating said transgenic *Zea mays* plant;

    (c)    obtaining seed from said cultivated *Zea mays* plant; and

    (d)    preparing human food from said seed.

33.    The process of claim 32 wherein the DNA encodes an EPSP synthase.

34.    A process for producing oil comprising:

    (a)    providing a fertile transgenic *Zea mays* plant comprising

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 16
Dkt: 950.001US6

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing oil from said seed.

35.    The process of claim 34 wherein the DNA encodes an EPSP synthase.

36.    A process for producing starch comprising:

(a)    providing a fertile transgenic *Zea mays* plant comprising

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant; and

(d)    preparing starch from said seed.

37.    The process of claim 36 wherein the DNA encodes an EPSP synthase.

38.    A process for producing seed comprising:

(a)    providing a fertile transgenic *Zea mays* plant comprising

heterologous heritable DNA that is expressed so as to impart

glyphosate resistance to said transgenic *Zea mays* plant;

(b)    cultivating said transgenic *Zea mays* plant;

(c)    obtaining seed from said cultivated *Zea mays* plant.

39.    The process of claim 38 wherein the DNA encodes an EPSP synthase.

## In the Abstract of the Disclosure

Please delete the abstract present on page 43 of the specification and insert -- A

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 17
Dkt: 950.001US6

process of preparing fertile *Zea mays* plants is provided wherein said plants are resistant to the herbicide glyphosate, as well as processes for preparing seed, human food or animal feed therefrom. -- therefor.

### Remarks

Claims 19-22 having been canceled, and claims 23-39 having been added, the pending claims are 23-39.

The amendments to the specification at page 11, to add Table 1 and Table 2, are supported by the incorporation by reference into the application of K. Weising et al., Annu. Rev. Gent., 22, 421 (1988), at page 10, lines 30-31 of the specification. Table 1 appears in Weising as "Table 3" while Table 2 appears in Weising as "Table 1." The undersigned attorney for Applicants certifies that Table 1 and Table 2 are identical to Table 3 and Table 1 of the Weising et al. reference, respectively, with the exception that the citations to the literature given in the reference have been reproduced in full in amended Table 2.

The amendments to the specification at pages 12, 33 and 39 are to correct typographical errors resulting from the incorporation of Table 1 and Table 2 into the specification.

New claim 23 is supported by the specification at page 6, lines 3-6 and lines 12-14, and page 11, lines 12-16.

New claim 24 is supported by the specification at page 8, lines 13-23 and Example I.

New claim 25 is supported by the specification at page 8, lines 15-19, page 9, lines 7-11, and Example I.

New claims 26, 31, 33, 35, 37 and 39 are supported by the specification at page 11, lines 12-16.

New claim 27 is supported by the specification at page 11, lines 21-26.

New claim 28 is supported by the specification at page 7, lines 10-14 and page 11, lines 12-16.

New claim 29 is supported by the specification at page 6, lines 12-14 and

PRELIMINARY AMENDMENT
Serial Number: 08/845,217
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 18
Dkt: 950.001US6

Example I.IV.

New claims 30 and 32 are supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 20, line 27-34.

New claims 34 and 36 are supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 21, lines 3-7.

New claim 38 is supported by the specification at page 6, lines 3-6, page 11, lines 12-16 and page 21, lines 7-8.

When the Examiner takes the present application up for the first Office Action, consideration of this amendment is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date _Zo Jun 1997_    By _____

WDW:DLP

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on June _20_, 1997.

Frances Essien                          Frances Essien
_____              _____
Name                                    Signature

# COPY

In re Patent Application of:  Ronald C. Lundquist et al

Title:      FERTILE TRANSGENIC CORN PLANTS

Serial No.: 08/844,555                              Filing Date: April 21, 1997

**Receipt is hereby acknowledged for the following in the United States Patent and Trademark Office:**

CONTENTS:      Preliminary Amendment (18 Pages); a Return Postcard and TRANSMITTAL SHEET.

Mailed: June 20, 1997

WDW/fle

Docket No.: 950.001US5

Due Date: N/A

OIPE
6   JUN 23 1997
PAT. & TRADEMARK

IN THE   UITED STATES PATENT AND TRADEM    OFFICE

Applicant:    Ronald C. Lundquist et al.

Title:    FERTILE TRANSGENIC CORN PLANTS

**COPY**

Docket No.:    950.001US5          Serial No.: 08/844,555
Filed:    April 21, 1997          Due Date: N/A
Examiner:    Unknown          Group Art Unit: Unknown

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the following attached items (as indicated with an "X"):

X    A return postcard.
X    Preliminary Amendment (18 Pages).

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described above, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this ___20___ day of _June_, 1997.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.          By: _____
P.O. Box 2938, Minneapolis, MN 55402 (612-339-0331)          Atty: Warren D. Woessner, Ph.D.
          Reg. No. 30,440

(GENERAL)

0002939

PTO-103X
(Rev. 7-93)

FILING RECEIPT





UNITED STATES L. .ARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/844,555 | 04/21/97 | 1649 | $770.00 | 950.001US5 | 6 | 4 | 1 |

WARREN D WOESSNER
SCHWEGMAN LUNDBERG
 WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

*N/A*

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    RONALD C. LUNDQUIST, MINNETONKA, MN; DAVID A. WALTERS,
                BLOOMINGTON, MN.

CONTINUING DATA AS CLAIMED BY APPLICANT—
         THIS APPLN IS A DIV OF  08/677,695 07/10/96
         WHICH IS A CON OF  07/974,379 11/10/92    PAT 5,538,877
         WHICH IS A CON OF  07/467,983 01/22/90

FOREIGN FILING LICENSE GRANTED 01/02/98
TITLE
FERTILE TRANSGENIC CORN PLANTS

PRELIMINARY CLASS: 435

S/N 08/844,555                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 et. seq., the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 form, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date   24 June 1988        By _____
WDW:jsf                              Warren D. Woessner
                                     Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on June 25, 1998.

_____              _____
Name   JONATHAN FERGUSON               Signature

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,278,325 | 01/11/1994 | Strop et al. | 554 | 12 | 07/30/90 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 2,032,443 A1 | 12/17/1990 | Canada | C12N | 15/87 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures in Maize", _Crop Science, 28_, 363-369 (1988) |
| | Dure III, L., et al., "Common Amino Acid Sequence Domains Among the LEA Proteins of Higher Plants", _Plant Molecular Biology, 12_, 475-486 (1989) |
| | Hong, B., et al., "Cloning and Characterization of cDNA Encoding a mRNA Rapidly-Induced by ABA in Barley Aleurone Layers", _Plant Molecular Biology, 11_, 495-506 (1988) |
| | Mundy, J., et al., "Abscisic Acid and Water-Stress Induce the Expression of a Novel Rice Gene", _The EMBO Journal, 7_, 2279-2286 (1988) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



**UNITED STAT    DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED:

CLIENT COPY

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks



Schwegman, Lundberg,
Woessner & Kluth, P.A.

AUG 1 7 1998

RECEIVED

PTO-90C (REV. 2/95)

2-A

0002943

| | Application No. | Appl | (s) | |
|---|---|---|---|---|
| **Office Action Summary** | 08/844,555 | | Lundquist et al | |
| | Examiner | | Group Art Unit | |
| | Gary Benzion, Ph.D. | | 1649 | |

☒ Responsive to communication(s) filed on _11 May 1998_ _____

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____*one*____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

   ☒ Claim(s) _23-39_ _____ is/are pending in the application.

      Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   ☐ Claim(s) _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☒ Claims _23-39_ _____ are subject to restriction or election requirement.

**Application Papers**

   ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

      ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

         ☐ received.

         ☐ received in Application No. (Series Code/Serial Number) _____

         ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      *Certified copies not received: _____

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   ☐ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   ☐ Interview Summary, PTO-413

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

Serial No. 08/844,555                                                    2 of 4
Art Unit  1649

### Status of the Application

Effective February 7, 1998, the Group and Art Unit location of your application in the PTO has changed. To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 1649.

In view of the communication received 11 May 1988 the previous Office Action is <u>withdrawn</u> and the action below respectfully substituted.

Claims 19-22 have been canceled and claims 23-39 are pending.

### Restriction and Election

This application contains claims directed to the following patentably distinct species the claimed invention:

Restriction and election to one of the following inventions is required under 35 U.S.C. 121:

I.   Claims 23-29 and 38-39, drawn to a process for producing a fertile transgenic *Zea mays* plant and a process for producing seed from said plant classified in Class 800, subclass 300 1, for example

II.  Claims 30-31, drawn to a process for producing animal feed comprising a transgenic maize plant, classified in Class 426, subclass 623 or 630, for example.

III. II. Claims 32 and 33, drawn to a process for producing human food comprising a transgenic maize plant, classified in Class 426, subclass 7, for example.

IV.  III. Claims 34 and 35, drawn to a process for producing oil comprising a transgenic maize plant, classified in Class 530, subclass 367, or Class 552, subclass 545, for example

V.   IV. Claims 36 and 37, drawn to a process for producing starch comprising a transgenic maize plant, classified in Class 536, subclass 102, or in Class 127, subclass 67, for example.

The inventions are distinct, each from the other because of the following reasons:

Inventions II, III, IV and V are unrelated modifications of the final product produced by the process of group I. Inventions are unrelated if it can be shown that they are not disclosed as capable of use together, or they have different modes of operation, or have different functions, or they have different effects. (MPEP § 806.04, MPEP § 808.01) In the instant case group I is drawn to a process of producing a transgenic plant and seed therefrom in which that plant and seed express resistance to glyphosate, and more particularity in which the polynucleotide used is EPSP synthase. The other groups all provide substantially the identical steps in which the preamble and final step of the independent claim recites that the plant is used to produce an animal feed (II), a human food (III), an oil (IV), or a starch (V). Each process has a different effect, that is, the process for producing starch from the transgenic plant is different from said process for extracting oil or producing an animal feed producing seed or the process of making transgenic plants in which the progeny contain the DNA of interest and/or comprise an inbred or hybrid.

Applicant is advised that the response to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed (37 CFR 1.143).

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a diligently-filed petition under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(h).

Because these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their recognized divergent subject matter, fall into different statutory classes of invention, and are separately classified and searched, restriction for examination purposes as indicated is proper.

A telephone call was made to Warren Woessner on 10 August 1998 to request an oral election to the above restriction requirement, but did not result in an election being made.

*Summary*

Serial No. 08/844,555                                                          4 of 4
Art Unit 1649

No claim is allowed.

*Inquires*

Any inquiry concerning this or earlier communication from the examiner should be directed to
**Gary Benzion, Ph.D.** whose telephone number **is (703) 308-1119**. The examiner can normally be
reached on **Monday-Friday from 8 AM to 4:30 PM**. If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, **Douglas W. Robinson** can be reached on (703)-308-2897. Any
inquiry of a general nature or relating to the status of this application should be directed to the Group
receptionist whose telephone number is (703) 308-0196.

Papers related to this application may be submitted to Group 1800 by facsimile transmission.
Papers should be faxed to Group 1800 via the PTO Fax Center located in Crystal Mall 1. The faxing of
such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15,
1989). The CM1 Fax Center number is (703)- 308-4227.

Benzion
08/10/98

**GARY BENZION, Ph.D.**
**PRIMARY EXAMINER**
**GROUP ART UNIT 1803**

0002947

S/N 08/844,555                                                             PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 et. seq., the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 forms, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

The Examiner is respectfully requested to note that an investigation by outside counsel engaged by Assignee, DEKALB Genetics Corporation, led to the conclusion that Lundquist et al. were the first to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, i.e., that the DNA was heritable. It was also concluded that, while Adams et al., the named inventors of U.S. Patent No. 5,550,318, were the second to demonstrate the transmission of the introduced DNA through a complete sexual cycle of the transgenic plant to its progeny, Adams et al were the first to demonstrate that the DNA was chromosomally integrated in transformed callus.

The Examiner is also requested to note that Adams et al. swore behind the filing date of Lundquist et al. application Serial No. 07/467,983, filed January 22, 1990, by means of Rule 131 declarations filed on April 27, 1995, in commonly assigned Serial No. 07/565,844, filed August 9, 1990, to establish an earlier date of invention of fertile transgenic corn comprising the bar gene.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). Please charge any additional fees or credit any overpayment to Account No. 19-0743.

0002948

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950.001US5

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _31 Aug 1998_    By _____

WDW:jsf

Warren D. Woessner
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on August 31, 1998.

Frances Essien
Name

Frances Essien
Signature

**0002949**

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 4,885,357 | 12/05/1989 | Larkins et al. | 530 | 373 | 06/12/85 |
| | 4,886,878 | 12/12/1989 | Larkins et al. | 536 | 26 | 06/12/85 |
| | 5,013,658 | 05/07/1991 | Dooner et al. | 435 | 172.3 | 05/13/88 |
| | 5,273,894 | 12/28/1993 | Strauch et al. | 435 | 129 | 08/21/87 |
| | 5,576,203 | 11/19/1996 | Hoffman | 435 | 172.3 | 08/29/86 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | 0 442 174 A1 | 04/21/1991 | European | C12N | 15/82 | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Abe, K., et al., "Molecular Cloning of a Cysteine Proteinase Inhibitor of Rice (Oryzacystatin)", _The Journal of Biological Chemistry, 262_, 16793–16797 (Dec. 15, 1987) |
| | Anderson, J.M., et al., "The Encoded Primary Sequence of a Rice Seed ADP-glucose Pyrophosphorylase Subunit and Its Homology to the Bacterial Enzyme", _The Journal of Biological Chemistry, 264_, 12238–12242 (July 25, 1989) |
| | Bol, J.F., et al., "Plant Pathogenesis-Related Proteins Induced by Virus Infection", _Annu. Rev. Phytopathol., 28_, 113–138 (1990) |
| | Depicker, A.G., et al., "A Negative Selection Scheme for Tobacco Protoplast-Derived Cells Expressing the T-DNA Gene 2", _Plant Cell Reports, 7_, 63–66 (1988) |
| | Domoney, C., et al., "Cloning and Characterization of Complementary DNA for Convicilin, a Major Seed Storage Protein in _Pisum sativum_ L.", _Planta, 159_, 446–453 (1983) |
| | Dunn, G.M., et al., "Inheritance of Cyclic Hydroxamates in _Zea mays_ L.", _Can. J. Plant Sci., 61_, 583–593 (July 1981) |
| | Gepts, P., et al., "Enhanced Available Methionine Concentration Associated with Higher Phaseolin Levels in Common Bean Seeds", _Theor. Appl. Genet., 69_, 47–53 (1984) |
| | Guerrero, F.D., et al., "Turgor-Responsive Gene Transcription and RNA Levels Increase Rapidly When Pea Shoots are Wilted. Sequence and Expression of Three Inducible Genes", _Plant Mol. Biol._ 15, 11–26 (1990) |
| | Hu, N.T., et al., "Primary Structure of a Genomic Zein Sequence of Maize", _The EMBO Journal, 1_, 1337–1342 (1982) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

| | |
|---|---|
| | Jaworski, J.G., et al., "A Cerulenin Insensitive Short Chain 3-Ketoacyl-Acyl Carrier Protein Synthase in *Spinacia oleracea* Leaves", Plant Physiol., 90, 41-44 (1989) |
| | Josefsson, L.G., et al., "Structure of a Gene Encoding the 1.7 S Storage Protein, Napin, from *Brassica napus*", The Journal of Biological Chemistry, 262, 12196-12201 (Sep. 5, 1987) |
| | Kim, C.S., et al., "Improvement of Nutritional Value and Functional Properties of Soybean Glycinin by Protein Engineering", Protein Engineering, 3, 725-731 (1990) |
| | Malan, C., et al., "Correlation Between CuZn Superoxide Dismutase and Glutathione Reductase, and Environmental and Xenobiotic Stress Tolerance in Maize Inbreds", Plant Science, 69, 157-166 (1990) |
| | Marks, M.D., et al., "Nucleotide Sequence Analysis of Zein mRNAs from Maize Endosperm", The Journal of Biological Chemistry, 260, 16451-16459 (Dec. 25, 1985) |
| | Montoliu, L., et al., "A Tandem of α-Tubulin Genes Preferentially Expressed in Radicular Tissues from *Zea mays*", Plant Molecular Biology, 14, 1-15 (1989) |
| | Mundy, J., et al., "Selective Expression of a Probable Amylase/Protease Inhibitor in Barley Aleurone Cells: Comparison to the Barley Amylase/Subtilisin Inhibitor", Planta, 169, 51-63 (1986) |
| | O'Reilly, D.R., et al., "A Baculovirus Blocks Insect Molting by Producing Ecdysteroid UDP-Glucosyl Transferase", Science, 245, 1110-1112 (Sep. 8, 1989) |
| | Smith, I.K., et al., "Properties and Functions of Glutathione Reductase in Plants", Physiol. Plant., 77, 449-456 (1989) |
| | Stalker, D.M., et al., "Herbicide Resistance in Transgenic Plants Expressing a Bacterial Detoxification Gene", Science, 242, 419-242 (Oct. 21, 1988) |
| | Viotti, A., et al., "Each Zein Gene Class Can Produce Polypeptides of Different Sizes", The EMBO Journal, 4, 1103-1110 (1985) |
| | Werr, W., et al., "Structure of the Sucrose Synthase Gene on Chromosome 9 of *Zea mays* L.", The EMBO Journal, 4, 1373-1380 (1985) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 3 of 3

| Form 1449* | Atty Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Yenofsky, R.L., et al., "Isolation and Characterization of a Soybean (*Glycine max*) Lipoxygenase-3 Gene", <u>Mol. Gen. Genet., 211,</u>  215-222  (1988)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conforman and not considered. Include copy of this form with next communication to applicant.

S/N 08/844,555                                                              **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### RESPONSE TO RESTRICTION REQUIREMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Restriction Requirement in the Office Action mailed August 12, 1998, Applicants provisionally elect without traverse Group I (Claims 23-29 and 38-39) for examination. The claims of Group I are drawn to a process for producing a fertile transgenic *Zea mays* plant and a process for producing seed from said plant. A Petition for Extension of Time is filed herewith, extending the time in which to respond the Restriction Requirement from September 12, 1998 to October 12, 1998.

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this Communication or if prosecution of this application may be assisted thereby.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  *18 Sept 1998*    By _____
                              Warren D. Woessner, Ph.D.
                              Reg. No. 30,440

WDW:pjj

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on September 1*8*, 1998.

_Frances Ession_                         _Frances Ession_
Name                                      Signature

S/N 08/844,555                                               **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### PETITION FOR A ONE-MONTH EXTENSION OF TIME

Assistant Commissioner for Patents
Washington, D.C. 20231

     In accordance with the provisions of 37 C.F.R. § 1.136(a), it is respectfully requested that a one-month extension of time be granted in which to respond to the Response to Restriction Requirement mailed August 12, 1998, said period of response being extended from September 12, 1998 to October 12, 1998.

     Our check in the amount of $110.00 is enclosed to cover the required extension fee.

Please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

                       Respectfully submitted,

                       RONALD C. LUNDQUIST ET AL.

                       By their Representatives,

                       SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
                       P.O. Box 2938
                       Minneapolis, MN 55402
                       (612) 373-6903

Date _18 Sept 1998_     By _____
                            Warren D. Woessner, Ph.D.
                            Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this _18_ day of _September_, 1998.

Frances Esteon
Name

Frances Esteen
Signature



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/814,556 | 03/21/97 | LUNDGREN | R | 950.001US5 |

| | EXAMINER |
|---|---|
| | REDHOUSE, G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1612 | 15 |

DATE MAILED: 12/08/98

WARREN D. WOESSNER
SCHWEGMAN LUNDBERG
WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

*CLIENT COPY*

D/ March 8, 1999
D/ June 8, 1999

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

Schwegman, Lundberg,
Woessner & Kluth, P.A.

DEC 1 1 1998

RECEIVED

| ***Office Action Summary*** | Application No.<br>08/844,555 | Applicant(s)<br>Lundquist et al |
| | Examiner<br>Gary Benzion, Ph.D. | Group Art Unit<br>1649 |



☒ Responsive to communication(s) filed on _21 Sep 1998_

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____*three*____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _23-39_ _____ is/are pending in the application.

    Of the above, claim(s) _30-37_ _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _23-29, 38, and 39_ _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _6, 9, 10 deleted_

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

### Status of the Application

Claims 23-39 are pending.

The election of Group I, claims 23-29 and 38-39 without traverse, is acknowledged.

Claims 30-37 are withdrawn from further consideration by the examiner, 37 CFR 1.42(b) as being drawn to a non-elected invention. Election was made without traverse in paper No. 14.

### Prior Art

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the claims under 35 U.S.C. 103, the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of potential 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C. 103.

Claims 23-29 and 38-39 are rejected under 35 U.S.C § 103 as being unpatentable over Eichholtz et al. or Kishore et al. in view of Wang et al., Klein et al. or Armstrong et al.

The claimed invention is directed to a process for transforming *Zea mays* comprising a DNA which imparts glyphosate resistance to the plants by a means know as "bombardent." In this regards, Eichholtz et al. 5,310,667 (Glyphosate-tolerant 5-enolpyruvyl-3-phosphoshikimate synthases) is cited to disclose the isolation and construction of an *EPSP* synthase DNA, that imparts glyphosate resistance to plant cells, and which is taught as useful in *Zea mays*. They state:

> Suitable plants for the practice of the present invention include, but are not limited to, soybean, cotton, alfalfa, oil seed rape, flax, tomato, sugar beet, sunflower, potato, tobacco, maize, wheat, rice and lettuce. ...

For expression in maize cells the coding sequence of the glyphosate tolerant variant form of maize pre-EPSP synthase is excised from pMON9960 and inserted between a promoter known to function in maize cells, such as the CaMV35S promoter, and the poly A addition site of the nopaline synthase gene or another suitable gene. In addition, an intron such as the first intron of the maize ADH1 gene may be included in the 5'-untranslated region of the expression unit which may enhance expression of the chimeric gene (Callis et al , 1987).

Transgenic maize cells can be prepared by bombarding maize cells, such as the suspension line BMS1 (ATCC 54022), with particles coated with pMON8631 by the method of Klein et al. (1988) or the method of Christou et al. (1988). The cells are then selected FOR 1-3 weeks in medium containing 5 mM glyphosate followed by selection on solid medium containing 5 mM glyphosate. Calli which have incorporated and are expressing the chimeric variant EPSP synthase gene can be identified by their rapid growth on the solid medium.

Similarly, Kishore et al. 4,971,908 ( Glyphosate-tolerant 5-enolpyruvyl-3-phosphoshikimate synthase) disclose the isolation and construction of an EPSP synthase DNA which can be expressed in *Zea mays*. They state:

Glyphosate-tolerant 5-enolpyruvyl-3-phosphosikimate (EPSP) synthases, DNA encoding glyphosate-tolerant EPSP synthases, plant genes encoding the glyphosate-tolerant enzymes, plant transformation vectors containing the genes, transformed plant cells and differentiated transformed plants containing the plant genes are disclosed. The glyphosate-tolerant EPSP synthases are prepared by substituting an alanine residue for a glycine residue in a conserved sequence found between positions 80 and 120 in the mature wild-type EPSP synthase.

For expression in maize cells the coding sequence of the glyphosate tolerant mutant form of maize pre-EPSP synthase is excised from pMON9960 and inserted between a promoter known to function in maize cells such as the CaMV35S promoter, and the poly A addition site of the nopaline synthase gene. In addition an intron such as the first intron of the maize ADH1 gene may be included in the 5'-untranslated region of the expression unit which may enhance expression of the chimeric gene (Callis, et al. 1987).

Neither Eichholtz et al. or Kishore et al. disclose the process in which regenerable *Zea mays* cells are bombarded with the DNA construct of interest, however, the process of bombardment, or biolistics, was disclosed by others as set forth below. Wang et al. (pages 433-439, of record) is cited to teach the method of BIOLISTICS® to transfer DNA into plants. These authros employed a blue-cell assay to demonstrate delivery of a DNA construct of interest into soybeans, rice, wheat as well as corn. The assay was used to optimize biolistic parameters so that stable transformants and whole transformed plants can be routinely recovered. The biolistic process as disclosed by Wang et al. worked on nearly all plant tissue and plant species. Klein et al. (Biotechnology, pages 559-563) reveal the factors influencing gene delivery into maize suspension cells and scutellum tissue via the use of high-velocity microprojectile acceleration. These authors teach the application of the process to the surface of explanted maize embryos in which the

Serial No. 08/844,555                                                        4 of 4
Art Unit 1649

GUS reporter/marker gene is expressed. In particular, at page 562, right column of the penultimate

paragraph, stable transformation of maize callus via the disclosed technique is evident. Armstrong et al.

(pages 207-214) disclose the regeneration of maize from friable embryogenic callus of both type I and type

II tissue cultures of both inbred and hybrid cultures.

Accordingly, the modification of the method to produce transgenic *Zea mays* plants by the process

of bombardment of regenerable tissue of *Zea mays* cells with a DNA construct resistant to glyphosate, as

was taught by prior art was well within the ordinary skill of the art at the time the claimed invention was

made. Thus, the claimed invention as a whole was clearly *prima facie* obvious in view of the references, in

the absence of a preponderance of the evidence to the contrary.

*Summary*

No claim is allowed.

*Inquires*

Any inquiry concerning this or earlier communication from the examiner should be directed to

Gary Benzion, Ph.D. whose telephone number is (703) 308-1119. The examiner can normally be reached

on Monday-Friday from 7:00 AM to 3:30 PM. If attempts to reach the examiner by telephone are

unsuccessful, the examiner's supervisor, Douglas W. Robinson can be reached on (703)-308-2897. Any

inquiry of a general nature or relating to the status of this application should be directed to the Group

receptionist whose telephone number is (703) 308-0196.

Papers related to this application may be submitted to Group 1600 by facsimile transmission.

Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal Mall 1. The faxing of

such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15,

1989).

Benzion
12/07/98

GARY BENZION, Ph.D.
PRIMARY EXAMINER
GROUP ART UNIT 1649

0002959

SEP 03 1998

Sheet 1 of 3

| Form 1449* | Atty. Docket No.: 950.001US5 | | | Serial No. 08/844,555 | |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | | | | |
| | Filing Date: April 21, 1997 | | | Group: 1649 | |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 4,885,357 | 12/05/1989 | Larkins et al. | 530 | 373 | 06/12/85 |
| | 4,886,878 | 12/12/1989 | Larkins et al. | 536 | 26 | 06/12/85 |
| | 5,013,658 | 05/07/1991 | Dooner et al. | 435 | 172.3 | 05/13/88 |
| | 5,273,894 | 12/28/1993 | Strauch et al. | 435 | 129 | 08/21/87 |
| | 5,576,203 | 11/19/1996 | Hoffman | 435 | 172.3 | 08/29/86 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | 0 442 174 A1 | 04/21/1991 | European | C12N | 15/82 | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | Abe, K., et al., "Molecular Cloning of a Cysteine Proteinase Inhibitor of Rice (Oryzacystatin)", _The Journal of Biological Chemistry, 262_, 16793-16797 (Dec. 15, 1987) |
| | Anderson, J.M., et al., "The Encoded Primary Sequence of a Rice Seed ADP-glucose Pyrophosphorylase Subunit and Its Homology to the Bacterial Enzyme", _The Journal of Biological Chemistry, 264_, 12238-12242 (July 25, 1989) |
| | Bol, J.F., et al., "Plant Pathogenesis-Related Proteins Induced by Virus Infection", _Annu. Rev. Phytopathol., 28_, 113-138 (1990) |
| | Depicker, A.G., et al., "A Negative Selection Scheme for Tobacco Protoplast-Derived Cells Expressing the T-DNA Gene 2", _Plant Cell Reports, 7_, 63-66 (1988) |
| | Domoney, C., et al., "Cloning and Characterization of Complementary DNA for Convicilin, a Major Seed Storage Protein in _Pisum sativum_ L.", _Planta, 159_, 446-453 (1983) |
| | Dunn, G.M., et al., "Inheritance of Cyclic Hydroxamates in _Zea mays_ L.", _Can. J. Plant Sci., 61_, 583-593 (July 1981) |
| | Gepts, P., et al., "Enhanced Available Methionine Concentration Associated with Higher Phaseolin Levels in Common Bean Seeds", _Theor. Appl. Genet., 69_, 47-53 (1984) |
| | Guerrero, F.D., et al., "Turgor-Responsive Gene Transcription and RNA Levels Increase Rapidly When Pea Shoots are Wilted. Sequence and Expression of Three Inducible Genes", _Plant Mol. Biol., 15_, 11-26 (1990) |
| | Hu, N.T., et al., "Primary Structure of a Genomic Zein Sequence of Maize", _The EMBO Journal, 1_, 1337-1342 (1982) |

Examiner                                          | Date Considered 12/6/98

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.