

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

Jaworski, J.G., et al., "A Cerulenin Insensitive Short Chain 3-Ketoacyl-Acyl Carrier Protein Synthase in *Spinacia oleracea* Leaves", <u>Plant Physiol., 90</u>, 41-44 (1989)

Josefsson, L.G., et al., "Structure of a Gene Encoding the 1.7 S Storage Protein, Napin, from *Brassica napus*", <u>The Journal of Biological Chemistry, 262</u>, 12196-12201 (Sep. 5, 1987)

Kim, C.S., et al., "Improvement of Nutritional Value and Functional Properties of Soybean Glycinin by Protein Engineering", <u>Protein Engineering, 3</u>, 725-731 (1990)

Malan, C., et al., "Correlation Between CuZn Superoxide Dismutase and Glutathione Reductase, and Environmental and Xenobiotic Stress Tolerance in Maize Inbreds", <u>Plant Science, 69</u>, 157-166 (1990)

Marks, M.D., et al., "Nucleotide Sequence Analysis of Zein mRNAs from Maize Endosperm", <u>The Journal of Biological Chemistry, 260</u>, 16451-16459 (Dec. 25, 1985)

Montoliu, L., et al., "A Tandem of $\alpha$-Tubulin Genes Preferentially Expressed in Radicular Tissues from *Zea mays*", <u>Plant Molecular Biology, 14</u>, 1-15 (1989)

Mundy, J., et al., "Selective Expression of a Probable Amylase/Protease Inhibitor in Barley Aleurone Cells: Comparison to the Barley Amylase/Subtilisin Inhibitor", <u>Planta, 169</u>, 51-63 (1986)

O'Reilly, D.R., et al., "A Baculovirus Blocks Insect Molting by Producing Ecdysteroid UDP-Glucosyl Transferase", <u>Science, 245</u>, 1110-1112 (Sep. 8, 1989)

Smith, I.K., et al., "Properties and Functions of Glutathione Reductase in Plants", <u>Physiol. Plant., 77</u>, 449-456 (1989)

Stalker, D.M., et al., "Herbicide Resistance in Transgenic Plants Expressing a Bacterial Detoxification Gene", <u>Science, 242</u>, 419-242 (Oct. 21, 1988)

Viotti, A., et al., "Each Zein Gene Class Can Produce Polypeptides of Different Sizes", <u>The EMBO Journal, 4</u>, 1103-1110 (1985)

Werr, W., et al., "Structure of the Sucrose Synthase Gene on Chromosome 9 of *Zea mays* L.", <u>The EMBO Journal, 4</u>, 1373-1380 (1985)

| Examiner | Date Considered 12/6/98 |
| --- | --- |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 3 of 3

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### OTHER DOCUMENTS

**Examiner Initial**     (Including Author, Title, Date, Pertinent Pages, Etc.)

Yenofsky, R.L., et al., "Isolation and Characterization of a Soybean (*Glycine max*) Lipoxygenase-3 Gene", <u>Mol. Gen. Genet.</u>, <u>211</u>, 215-222 (1988)

Examiner _____ | Date Considered _____

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002962

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,278,325 | 01/11/1994 | Strop et al. | 554 | 12 | 07/30/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 2,032,443 A1 | 12/17/1990 | Canada | C12N | 15/87 | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages. Etc.)

| **Examiner Initial | |
|---|---|
| | Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures in Maize", Crop Science, 28, 363-369 (1988) |
| | Dure III, L., et al., "Common Amino Acid Sequence Domains Among the LEA Proteins of Higher Plants", Plant Molecular Biology, 12, 475-486 (1989) |
| | Hong, B., et al., "Cloning and Characterization of cDNA Encoding a mRNA Rapidly-Induced by ABA in Barley Aleurone Layers", Plant Molecular Biology, 11, 495-506 (1988) |
| | Mundy, J., et al., "Abscisic Acid and Water-Stress Induce the Expression of a Novel Rice Gene", The EMBO Journal, 7, 2279-2286 (1988) |

RECEIVED

JUL 0 8 1998

Examiner _____    | Date Considered 12/10/98

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

MAY 0 4 1998
PATENT & TRADEMARK OFFICE

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,565,347 | 10/15/1996 | Fillatti et al. | 435 | 172.3 | 06/10/86 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | |

| Examiner | Date Considered |
|---|---|
| | 12/01/78 |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.

0002964

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1803 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,164,310 | 11/17/1992 | Smith et al. | 435 | 172.3 | 06/01/88 |
| | 5,215,912 | 06/01/1993 | Hoffman | 435 | 240.4 | 08/29/86 |
| | 5,276,268 | 01/04/1994 | Strauch et al. | 800 | 205 | 08/21/87 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|
| | 0 189 707 A2 | 08/06/1986 | European | C12N | 15/00 | |

### OTHER DOCUMENTS
(Including Author. Title. Date. Pertinent Pages. Etc.)

| **Examiner Initial | |
|---|---|
| | Flavell, R., et al., "Prospects for Transforming Monocot Crop Plants", _Nature, 307_, 108-109 (Jan. 12, 1984) |
| | Goodman, R.M., et al., "Gene Transfer in Crop Improvement", _Science, 236_, 48-54 (Apr. 3, 1987) |
| | Paszkowski, J., et al., "Direct Gene Transfer to Plants", _The EMBO Journal, 3_, 2717-2722 (1984) |
| | Potrykus, I., et al., "Direct Gene Transfer to Cells of a Graminaceous Monocot", _Mol. Gen. Genet., 199_, 183-188 (1985) |

| Examiner | | Date Considered 12/6/98 |
|---|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| *Notice of References Cited* | | | Application No.<br>08/844,555 | | Applicant(s)<br>Lundquist et al | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Examiner<br>Gary Benzion, Ph.D. | | Group Art Unit<br>1649 | | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| | | DOCUMENT NO | DATE | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- |
| A | | 5,310,667 | 5/10/94 | Eichholtz et al. | 435 | 172.3 |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |
| R | | | | | | | |
| S | | | | | | | |
| T | | | | | | | |

## NON-PATENT DOCUMENTS

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
| --- | --- | --- | --- |
| U | | | |
| V | | | |
| W | | | |
| X | | | |



US005310667A

# United States Patent [19]

**Eichholtz et al.**

| | |
|---|---|
| [11] Patent Number: | **5,310,667** |
| [45] Date of Patent: | **May 10, 1994** |

[54] **GLYPHOSATE-TOLERANT 5-ENOLPYRUVYL-3-PHOSPHOSHIKIMATE SYNTHASES**

[75] Inventors: David A. Eichholtz, St. Louis; Charles S. Gasser; Ganesh M. Kishore, both of Chesterfield, all of Mo.

[73] Assignee: Monsanto Company, St. Louis, Mo.

[21] Appl. No.: 380,963

[22] Filed: Jul. 17, 1989

[51] Int. Cl.⁵ .................. C12N 15/01; C12N 15/29; C12N 15/32
[52] U.S. Cl. ....................... 435/172.3; 435/69.1; 800/205; 935/30; 935/35; 935/64; 536/23.6; 536/23.7
[58] Field of Search ............. 435/68, 172.3, 69.1; 935/30, 35, 64, 67; 71/86, 113, 121; 530/370, 350; 800/205; 536/23.6, 23.7

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,769,061  9/1988  Comai ..................... 435/172.3

## OTHER PUBLICATIONS

Botterman et al. (Aug. 1988) Trends in Genetics 4:219–222.
Dassarma et al. (1986) Science 232:1242–1244.
Oxtoby et al. (1989) Euphytiza 40:173–180.
Sezel, *Enzyme Kinetics, Behavior and Analysis of Rapid Equilibrium and Steady State Enzyme System*, John Wiley and Sons, New York, 1975, p. 15.

*Primary Examiner*—Che S. Chereskin
*Attorney, Agent, or Firm*—Dennis R. Hoerner, Jr.; Richard H. Shear

[57] **ABSTRACT**

Glyphosate-tolerant 5-enolpyruvyl-3-phosphoshikimate (EPSP) synthases, DNA encoding glyphosate-tolerant EPSP synthases, plant genes encoding the glyphosate-tolerant enzymes, plant transformation vectors containing the genes, transformed plant cells and differentiated transformed plants containing the plant genes are disclosed. The glyphosate-tolerant EPSP synthases are prepared by substituting an alanine residue for a glycine residue in a first conserved sequence found between positions 80 and 120, and either an aspartic acid residue or asparagine residue for a glycine residue in a second conserved sequence found between positions 120 and 160 in the mature wild type EPSP synthase.

**4 Claims, 8 Drawing Sheets**

```
                 1                                                  50
Petunia.         KPS...EIVL QPIKEISGTV KLLGSKSLSN RILLLAALSE GTTVVDNLLS
Tomato.          KPH...EIVL xPIKDISGTV KLPGSKSLSN RILLLAALSE GRTVVDNLLS
Arabidopsis.     KAS...EIVL QPIREISGLI KLPGSKSLSN RILLLAALSE GTTVVDNLLN
Soybean.         KPSTSPEIVL EPIKDFSGTI TLPGSKSLSN RILLLAALSE GTTVVDNLLY
Maize.           ..AGAEEIVL QPIKEISGTV KLPGSKSLSN RILLLAALSE GTTVVDNLLN
B.napus.         KAS...EIVL QPIREISGLI KLPGSxxxxx RILLLAALSE GTTVVDNLLN
E.coli           MES....LTL QPIARVDGTI NLPGSKTVSN RALLLAALAH GKTVLTNLLD
Salmonella.      MES....LTL QPIARVDGAI NLPGSKSVSN RALLLAALAC GKTALTNLLD
Bordetella.      .MSGLAYLDL PAARLARGEV ALPGSKSISN RVLLLAALAE GSTEITGLLD
Consensus        ---------L -------G-- -LPGSK--SN R-LLLAAL-- G-T----LL-

                 51                                                100
Petunia.         SDDIHYHLGA LKTLGLHVEE DSANQRAVVE GCGGLFPVGK ESKEEIQLFL
Tomato.          SDDIHYHLGA LKTLGLHVED DNENQRAIVE GCGQQFPVGK KSEEEIQLFL
Arabidopsis.     SEDIHYHLDA LKRLGLNVET DSENNRAVVE GCGGIFPASI DSKSDIELYL
Soybean.         SEDIVHYHLGA LRTLGLRVED DKTTKQAIVE GCGGLFPTSK ESKDEINLFL
Maize.           SEDVHYHLGA LRTLGLSVEA DKAAKRAVVV GCGGKFPVE. DAKEEVQLFL
B.napus.         SDDINYHLDA LKKLGLNVER DSVNNRAVVE GCGGIFPASL DSKSDIELYL
E.coli           SDDVRHMLNA LTALGVSYTL SADRTRCEII G....NGGPL HAEGALELFL
Salmonella.      SDDVRHMLNA LSALGINYTL SADRTRCDIT G....NGGAL RAPGALELFL
Bordetella.      SDDTRVHLAA LRQLGVSVGE .....VAD GCVTIEGVAR FPTEQAELFL
Consensus        S-D---HL-A L--LG----- ---------- G--------- -------L-L

                 101                                               150
Petunia.         GNAGTAMRPL TAAVTVAGGN SRYVLDGVPR MRERPISDLV DGLKQLGAEV
Tomato.          GNAGTAMRPL TAAVTVAGGH SRYVLDGVPR MRERPIGDLV DGLKQLGAEV
Arabidopsis.     GNAGTAMRPL TAAVTVAGGN ARYVLDGVPR MRERPIGDLV VGLKQLGADV
Soybean.         GNAGTAMRPL TAAVVAAGGN ASTVLDGVPR MRERPIGDLV AGLKQLGADV
Maize.           GNAGTAMRPL TAAVTAAGGN ATYVLDGVPR MRERPIGDLV VGLKQLGADV
B.napus.         GNAGTAMRPL TAAVTAAGGN ARYVLDGVPR MRERPIGDLV VGLKQLGADV
E.coli           GNAGTAMRPL AAALCLGSND IV..LTGEPR MKERPIGHLV DALRLGGAKI
Salmonella.      GNAGTAMRPL AAALCLGQNE IV..LTGEPA MLSRPIGHLV DSLRQGGANI
Bordetella.      GNAGTAFRPL TAALALMGGD ..YRLSGVPR MHERPIGDLV DALRQFPAGI
Consensus        GNAGTA-RFL -AA------- ----L-G-P- M-ERPI--LV --L----GA--

                 151                                               200
Petunia.         DCFLGTKCPP VRIVSKGGLP GGKVKLSGSI SSQYLTALLM AAPL....AL
Tomato.          DCSLGTNCPP VRIVSKGGLP GGKVKLSGSI SSQYLTALLM AAPL....AL
Arabidopsis.     ECTLGTNCPP VRVNANGGLP GGKVKLSGSI SSQYLTALLM SAPL....AL
Soybean.         DCFLGTNCPP VRVNGKGGLP GGKVKLSGSV SSQYLTALLM AAPL....AL
Maize.           DCFLGTDCPP VRVNGIGGLP GGKVKLSGSI SSQYLSALLM AAPL....AL
B.napus.         ECTLGTNCPP VRVNANGGLP GGKVKLSGSI SSQYLTALLM AAPL....AL
E.coli           TYLEQENYPP LRLQGGF..T GGNVDVDGSV SSQFTALLM TAPL....AP
Salmonella.      DYLEQENYPP LRLRGGF..T GGDIEVDGSV SSQFTALLM TAPL....AP
Bordetella.      EYLGQAGYPP LRIGGGSIRV DGPVRVEGSV SSQFLTALLM AAFVLARRSG
Consensus        ---------PP -R-------- -G-----GS- SSQ-L-ALLM -AP-------

                 201                                               250
Petunia.         GDVEIEIIDK LISVPYVEMT LKLMERFGIS VEHSSSSWDRF FVRGGQKYKS
Tomato.          GDVEIEIIDK LISVPYVEMT LKLMERFGVF VEHSSGWDRF LVKGGQKYKS
Arabidopsis.     GDVEIEIVDK LISVPYVVEMT LKLMERFGVS VEHSGNWDRF LVKGGQKYKS
Soybean.         GDVEIEIVDK LISIPYVVEMT LRLMERFGVK AEHSDSWDRF YIKGGQKYKS
Maize.           GDVEIEIIDK LISIPYVVEMT LKLMERFGVS AEHSDSWDRF FVKGGQKYKS
B.napus.         GDVBIEIIDK LISVPYVVEMT LKLMERFGVS VEHSDSWDRF FVKGGQKYKS
E.coli           EDTVIRIKGD LVSKPYIDIT LNLMKTFGVE IENQHYQQ.F VVKGGQSYQS
Salmonella.      KDTIIRVKGE LVSKPYIDIT LNLMKTFGVE IANHHYQQ.F VVKGGQQYHS
Bordetella.      QDDTIEVVGE LISKPYIBIT LNLMARFGVS VRRDGWRA.F TIARDAVYRG
Consensus        -D--I----- L-S-PY---T L-LM--FGV- ---------F -------Y--
```

Figure 1a

0002968

```
                  251                                                    300
     Petunia.     PRKAFVEGDA SSASYFLAGA AVTGGTITVE GCGTNSLQGD VKFAEVLEKM
      Tomato.     PGKAFVEGDA SSASYFLAGA AVTGGTVTVE GCGTSSLQGD VKFAEVLEKM
   Arabidopsis.   PGNAYVEGDA SSACYFLAGA AITGETVTVE GCGTTSLQGD VKFAEVLEKM
      Soybean.    PGNAFVEGDA SSASYLLAGA AITGGTITVN GCGTSSLQGD VKFAEVLEKM
       Maize.     PKNAYVEGDA SSATYFLAGA AITGGTVTVE GCGTTSLQGD VKFAEVLEMM
      B.napus     PGNAYVEGDA SSASYFLAGA AITGETVTVE GCGTTSLQxx xxxxxxxxxx
       E.coli     PGTYLVEGDA SSASYFLAAA AIKGGTVKVT GIGRNSMQGD IRFADVLEKM
    Salmonella.   PGRYLVEGDA SSASYFLAAG AIKGGTVKVT GIGRKSMQGD IRFADVLELM
    Bordetella.   PGRHAIEGDA STASYFLALG AIGGGPVRVT GVGEDSIQGD VAFAATLAAM
     Consensus    P----VEGDA S-A-Y-LA-- A--G----V- G-G--S-QGD --FA--L--M

                  301                                                    350
     Petunia.     GAEVTWTENS VTVKGPPRSS SGRKHLRAID VNMNKMPDVA MTLAVVALYA
      Tomato.     GAEVIWTENS VTVKGPPRNS SGMKHLRAID VNMNKMPDVA MTLAVVALFA
   Arabidopsis.   GCKVSWTENS VTVTGPPRDA FGMRHLRAID VNMNKMPDVA MTLAVVALFA
      Soybean.    GAKVTHSENS VTVSGPPRDF SGRKVLRGID VNMNKMPDVA MTLAVVALFA
       Maize.     GAKVTWTETS VTVTGPPRSH FGRKHLRAID VNMNKMPDVA MTLAVVALFA
      B.napus     xxxxxxxxxx xxxxxxxxxx xxxxxxxxxx xxxxxxxxxx xxxxxxxxxx
       E.coli     GATICWGDDY I........S CTRGELNAID MDMNHIPDAA MTIATAALFA
    Salmonella.   GATITWGDDF I........A CTRGELHAID MDMNHIPDAA MTIATTALFA
    Bordetella.   GADVRYGPGW IETRGVRVAE GGR..LKAFD ADFNLIPDAA MTAATLATLYA
     Consensus    G--------- ---------- -----L---D ------PD-A MT-A--AL-A

                  351                                                    400
     Petunia.     DGPTAIRDVA SWRVKETERM IAICTELRKL GATVEEGPDY CIITPPPEKLN
      Tomato.     DGPTTIRDVA SWRVKETERM IAICTELRKL GATVVEGSDY CIITPPPEKLN
   Arabidopsis.   DGPTTIRDVA SWRVKPTERM IAICTELRKL GATVEEGPDY CVITPPPKK..
      Soybean.    NGPTAIRDVA SWRVKETERM VAIRTELTKL GASVEEGPDY CIITPPPEKLN
       Maize.     DGPTAIRDVA SWRVKETERM VAIRTELTKL GASVEEGPDY CIITPPPEKLN
      B.napus     xxxxxxxxxx xxxKETERM IAICTELRKL GATVEEGSDY CVITPPPAK..
       E.coli     KGTTRLRNIY NWRVKETDRL FAMATELRKV GAEVEEGHDY IRITPPEKLN
    Salmonella.   KGTTTLRNIY NWRVKETDRL FAMATELRKV GAEVEEGHDY IRITPPAKLQ
    Bordetella.   DGPCRLRNIG SWRVKETDRI HAMHTELEKL GAGVQSGADW LEVAPPEPGG
     Consensus    -G----R--- -WRVKET-R- -A--TEL-K- GA-V--G-D- ----PP----

                  401                                                    450
     Petunia.     V..TDIDTYD DHRMAMAFSL AACADVPVTI NDPSCTRKTF PNYFDVLQQY
      Tomato.     V..TEIDTYD DHRMAMAFSL AACADVPVTI KNPGCTRKTF PDYFEVLQRY
   Arabidopsis.   VKTAEIDTYD DHRMAMAFSL AACADVPITI NDSGCTRKTF PDYFQVLERI
      Soybean.    V..TAIDTYD DHRMAMAFSL AACGDVPVTI KDP.CTRKTF PDYFEVLERL
       Maize.     V..TAIDTYD DHRMAMAFSL AACAEVPVTI RDPGCTRKTF PDYFDVLSTF
      B.napus     VKPAEIDTYD DHRMAMAFSL AACADVPVTI KDxxxxxxxx xxxxxxxxxx
       E.coli     F..AEIATYN DHRMAMCFSL VALSDTPVTI LDPKCTAKTF PDYFEQLARI
    Salmonella.   ..HADIGTYN DHRMAMCFSL VALSDTPVTI LDPKCTAKTF PDYFEQLARM
    Bordetella.   WRDAHIGTWD DHRMAMCFLL AAFGPAAVRI LDPGCVSKTF PDYFDVYAGL
     Consensus    -----I-I-- DHRKAM-F-L -A-----V-I ----C--KTF P-YF-r----

                  451
     Petunia.     SRH.
      Tomato.     SRH.
   Arabidopsis.   TKH.
      Soybean.    TKH.
       Maize.     VRN.
      B.napus     xxx.
       E.coli     SQAA
    Salmonella.   STPA
    Bordetella.   LAA.
     Consensus    ----
```

## Figure 1b



Figure 2



4277 Bgl2
3966 EcoR1
P-e35S
Spc/Str
NOS 3'
KAN
prePEPSPS : 2
P-35S
ori-V
PMON 895
9888 bp
2306 EcoR1
2303 Xba1
2292 Bgl2
7S 3'
RIGHT BORDER
ori-322
rop

Figure 3



Figure 4



Figure 5



Figure 6



Figure 7

1

5,310,667

## GLYPHOSATE-TOLERANT 5-ENOLPYRUVYL-3-PHOSPHOSHIKIMATE SYNTHASES

### BACKGROUND OF THE INVENTION

Recent advances in genetic engineering have provided the requisite tools to transform plants to contain foreign genes. It is now possible to produce plants which have unique characteristics of agronomic importance. Certainly, one such advantageous trait is herbicide tolerance. Herbicide-tolerant crop plants could reduce the need for tillage to control weeds, thereby effectively reducing costs to the farmer.

One herbicide which is the subject of much investigation in this regard is N-phosphonomethylglycine.

$$HO-\overset{O}{\underset{}{C}}-CH_2-N-CH_2-\overset{O}{\underset{OH}{P}}-OH$$

This herbicide is a non-selective, broad spectrum, post-emergence herbicide which is registered for use on more than fifty crops. This molecule is an acid, which dissociates in aqueous solution to form phytotoxic anions. Several anionic forms are known. As used herein, the term "glyphosate" refers to the acid and its anions.

Glyphosate inhibits the shikimic acid pathway which provides a precursor for the synthesis of aromatic amino acids. Specifically, glyphosate inhibits the conversion of phosphoenolpyruvate and 3-phosphoshikimic acid to 5-enolpyruvyl-3-phosphoshikimic acid by inhibiting the enzyme 5-enolpyruvyl-3-phosphoshikimate synthase.

It has been shown that glyphosate-tolerant plants can be produced by inserting into the genome of the plant the capacity to produce a higher level of EPSP synthase.

The present invention provides a means of enhancing the effectiveness of glyphosate-tolerant plants by producing variant EPSP synthase enzymes which exhibit a lower affinity for glyphosate while maintaining catalytic activity.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A–1B shows the amino acid sequences for EPSP synthase enzymes from various plant, and bacterial species.

FIG. 2 represents a map of plasmid pMON8135.
FIG. 3 represents a map of plasmid pMON895.
FIG. 4 represents a map of plasmid pMON915.
FIG. 5 represents a restriction map of the T-DNA of pTiT37 plasmid of A. tumefaciens A208.
FIG. 6 represents a map of intermediate plant transformation vector pMON987.
FIG. 7 represents a map of plasmid pMON8631.

### STATEMENT OF THE INVENTION

The present invention provides novel EPSP synthase enzymes which exhibit increased tolerance to glyphosate herbicide while maintaining low $K_m$ values for phosphoenolpyruvate. The subject enzymes of this invention have an alanine for glycine substitution and an aspartic acid for glycine substitution as described hereinafter.

In another aspect, the present invention provides a method for the isolation of amino acid substitutions which will maintain a high level of glyphosate tolerance while lowering the $K_m$ values for phosphoenolpyruvate.

All peptide structures represented in the present specification and claims are shown in conventional format wherein the amino group at the N-terminus appears to the left and the carboxyl group at the C-terminus at the right. Likewise, amino acid nomenclature for the naturally occurring amino acids found in protein is as follows: alanine (ala;A), asparagine (Asn;N), aspartic acid (Asp;D), arginine (Arg;R), cysteine (Cys;C), glutamic acid (Glu;E), glutamine (Gln;Q), glycine (Gly;G), histidine (His;H), isoleucine (Ile;I), leucine (Leu;L), lysine (lys;K), methionine (Met;M), phenylalanine (Phe;F), proline (Pro;P), serine (Ser;S), threonine (Thr;T), tryptophan (Trp;W), tyrosine (Tyr;Y) and valine (Val;V). For purposes of the present invention the term "mature EPSP synthase" relates to polypeptide without the N-terminal chloroplast transit peptide. It is now known that the precursor form of the EPSP synthase in plants (with the transit peptide) is expressed and upon delivery to the chloroplast, the transit peptide is cleaved yielding the mature EPSP synthase. All numbering of amino acid positions are given with respect to the mature EPSP synthase (without chloroplast transit peptide leader).

FIG. 1 shows the amino acid sequence for EPSP synthase from various plant, and bacterial species. Inspection of the sequences and alignment to maximize the similarity of sequence reveals regions of conserved amino acid residues (indicated by the consensus sequence) in the regions where the alanine for glycine substitution and aspartic acid or asparagine for glycine substitution are made. Indeed, all monofunctional EPSP synthase enzymes reported in the literature and in the present specification reveal a glycine at the two positions in the conserved regions. Those familiar with the literature will recognize that some organisms, such as yeast and molds (Aspergillus sp) have a multifunctional "arom complex" which includes an EPSP synthase component. The noted amino acids are also conserved and introduction of the described substitutions in the EPSP synthase component of the multifunctional "arom complex" should also result in the glyphosate-tolerant activity.

Specifically, the glycine residue which is replaced by the alanine residue in the preparation of the glyphosate-tolerant EPSP synthases of the present invention occurs at position 96 in the EPSP synthase of Bordetella pertussis (Maskell et al., 1988); position 101 in the EPSP synthase of petunia; position 101 in the EPSP synthase of tomato; position 101 in the EPSP synthase of Arabidopsis thaliana; position 101 in the EPSP synthase of Brassica napus; position 104 in the EPSP synthase of Glycine max; position 96 in the EPSP synthase of E. coli K-12 (Duncan et al., 1984) and position 96 in the EPSP synthase of Salmonella typhimurium (Stalker et al., 1985). The glycine residue which is replaced by an amino acid residue selected from the group consisting of aspartic acid and asparagine in the preparation of the glyphosate-tolerant EPSP synthases of the present invention occurs at position 137 in the EPSP synthase of Bordetella pertussis; position 144 in the EPSP synthase of petunia; position 144 in the EPSP synthase of tomato; position 144 in the EPSP synthase of Arabidopsis thaliana; position 144 in the EPSP synthase of Brassica napus; at position 147 in the EPSP synthase of Glycine

3

*max:* position 137 in the EPSP synthase of *E. coli* K-12 and position 137 in the EPSP synthase of *Salmonella typhimurium.* These examples demonstrate that the alanine for glycine and aspartic acid for glycine replacements can be introduced into the conserved regions of these other wild-type EPSP synthase enzymes to yield glyphosate-tolerant EPSP synthase enzymes.

Hence, in one aspect the present invention provides glyphosate-tolerant EPSP synthase enzymes and a method for producing such enzymes which comprises substituting an alanine residue for the second glycine residue in a first conserved region having the sequence:

$$-L-G-N-A-G-T-A-$$

located between positions 80 and 120 in the mature wild-type EPSP synthase amino acid sequence, and substituting an amino acid residue selected from the group consisting of aspartic acid and asparagine for the terminal glycine residue in a second region having the sequence:

$$E-R-P-I-x_1-x_2-L-V-x_3-x_4-L-x_5-x-x_7-\underline{G}-A$$

where $x_1$, $x_2$, $x_3$, $x_4$, $x_6$, and $x_7$ are any amino acid and $x_5$ is either arginine (R) or lysine (K) and said second region is located between positions 120 and 160 in the mature wild-type EPSP synthase amino acid sequence. In most cases the first conserved region will be located between positions 90 and 110 and the second conserved region between positions 135 and 150 in the mature EPSP synthase.

In one embodiment, glyphosate-tolerant EPSP synthase coding sequences are useful in further enhancing the efficacy of glyphosate-tolerant transgenic plants. Methods for transforming plants to exhibit glyphosate tolerance are disclosed in European Patent Office Publication No. 0218571 and commonly assigned U.S. patent application entitled "Glyphosate-Resistant Plants," Ser. No. 879,814 filed Jul. 7, 1986, the disclosures of which are specifically incorporated herein by reference. The present invention can be utilized in this fashion by isolating the plant or other EPSP synthase coding sequences and introducing the necessary change in the DNA sequence coding for EPSP synthase to result in the aforementioned substitutions in the translated EPSP synthase enzyme.

In another aspect, the present invention provides a transformed plant cell and plant regenerated therefrom which contains a plant gene encoding a glyphosate-tolerant EPSP synthase enzyme having a first sequence:

$$-L-G-N-A-A-T-A-$$

located between positions 80 and 120 in the mature EPSP synthase amino acid sequence and having a second sequence:

$$E-R-P-I-x_1-x_2-L-V-x_3-x_4-L-x_5-x_6-x_7-N-A \quad^D$$

where $x_1$, $x_2$, $x_3$, $x_4$, $x_6$, and $x_7$ are any amino acid, and $x_5$ is either arginine or lysine, said second sequence located between positions 120 and 160 in the mature EPSP synthase amino acid sequence. In most cases the first sequence will be located between positions 90 and 110 and the second sequence will be located between 135 and 150 in the mature EPSP synthase. The gene

4

further comprises a DNA sequence encoding a chloroplast transit peptide attached to the N-terminus of the mature EPSP synthase coding sequence, said transit peptide being adapted to facilitate the import of the EPSP synthase enzyme into the chloroplast of a plant cell.

Therefore, in yet another aspect the present invention also provides a plant transformation or expression vector comprising a plant gene which encodes a glyphosate-tolerant EPSP synthase enzyme having a first sequence:

$$-L-G-N-A-A-T-A-$$

located between positions 80 and 120 in the mature EPSP synthase amino acid sequence and having a second sequence:

$$E-R-P-I-x_1-x_2-L-V-x_3-x_4-L-x_5-x_6-x_7-N-A \quad^D$$

where $x_1$, $x_2$, $x_3$, $x_4$, $x_6$, and $x_7$ are any amino acid, and $x_5$ is either arginine or lysine, said second sequence located between positions 120 and 160 in the mature EPSP synthase amino acid sequence.

According to still another aspect of the present invention, a process is provided that entails cultivating such a plant and, in addition, propagating such plant using propagules such as explants, cuttings and seeds or crossing the plant with another to produce progeny that also display resistance to glyphosate herbicide.

The EPSP synthase sequences shown in FIG. 1 represent a broad evolutionary range of source materials for EPSP synthases. These data demonstrate that EPSP synthase from bacterial and plant material contain the aforementioned conserved regions. However, those skilled in the art will recognize that a particular EPSP synthase may be produced by and isolated from another source material which may not have the exact sequence of the conserved region. Indeed, it has been found that an alanine may be inserted for the first glycine of the conserved region of petunia EPSP synthase with no attendant changes in glyphosate sensitivity.

While substituting either aspartic acid or asparagine for the glycine residue in the aforedescribed second conserved region results in a glyphosate resistant EPSP synthase, an aspartic acid substitution is most preferred. Those skilled in the art will recognize that substitutions of other amino acid residues are likely to yield EPSP synthase which are still glyphosate tolerant and possess a $K_m$ sufficient to maintain catalytic activity. Hence, other substitutions at this position should be considered within the spirit and scope of the present invention.

The glyphosate-tolerant EPSP synthase plant gene encodes a polypeptide which contains a chloroplast transit peptide (CTP), which enables the EPSP synthase polypeptide to be transported into a chloroplast inside the plant cell. The EPSP synthase gene is transcribed into mRNA in the nucleus and the mRNA is translated into a precursor polypeptide (CTP/mature EPSP synthase) in the cytoplasm. The precursor polypeptide is transported (imported) into the chloroplast at which time the CTP is cleaved to produce the mature EPSP synthase enzyme. Suitable CTPs for use in the present invention may be obtained from various sources. Most preferably, the CTP is obtained from the endogenous EPSP synthase gene of the subject plant to

5
5,310,667
6

be transformed. Alternately, one may also use a CTP from an EPSP synthase gene of another plant. Although there is little homology between the CTP sequences of the EPSPS synthase gene and the ssRUBISCO gene (see e.g., Broglie, 1983), one may find that non-homologous CTPs may function in particular embodiments. Suitable CTP sequences for use in the present invention can be easily determined by assaying the chloroplast uptake of an EPSP synthase polypeptide comprising the CTP of interest as described hereinafter. It has been found that where a CTP is used other than the CTP of the EPSPS gene, one may need to include a small part of the N-terminus of the source protein from which the CTP is derived to obtain efficient import of the EPSP synthase into the chloroplasts. In most cases, one would preferably isolate the EPSPS gene from the plant to be transformed and introduce the substitutions of the present invention into a cDNA construct made from the endogenous EPSPS mRNA of the subject plant. Suitable plants for the practice of the present invention include, but are not limited to, soybean, cotton, alfalfa, oil seed rape, flax, tomato, sugar beet, sunflower, potato, tobacco, maize, wheat, rice and lettuce.

Promoters which are known or found to cause transcription of the EPSP synthase gene in plant cells can be used in the present invention. Such promoters may be obtained from plants, plant pathogenic bacteria or plant viruses and include, but are not necessarily limited to, the 35S and 19S promoters of cauliflower mosaic virus and promoters isolated from plant genes such as EPSP synthase, ssRUBISCO genes and promoters obtained from T-DNA genes of *Agrobacterium tumefaciens* such as nopaline and mannopine synthases. The particular promoter selected should be capable of causing sufficient expression to result in the production of an effective amount of glyphosate-tolerant EPSP synthase polypeptide to render the plant cells and plants regenerated therefrom substantially resistant to glyphosate. Those skilled in the art will recognize that the amount of glyphosate-tolerant EPSP synthase polypeptide needed to induce tolerance may vary with the type of plant.

The promoters used for expressing the EPSP synthase gene of this invention may be further modified if desired to alter their expression characteristics. For example, the CaMV35S promoter may be ligated to the portion of the ssRUBISCO gene which represses the expression of ssRUBISCO in the absence of light, to create a promoter which is active in leaves but not in roots. The resulting chimeric promoter may be used as described herein. As used herein, the phrase "CaMV35S" promoter includes variations of CaMV35S promoter, e.g. promoters derived by means of ligation with operator regions, random or controlled mutagenesis, addition or duplication of enhancer sequences, etc.

Variant EPSP synthases which contain only the glycine to alanine change at position 101 as described above are highly resistant to glyphosate. However, this resistance is accompanied by an increase in the binding constant ($K_m$) for phosphoenolpyruvate (PEP), one of the two natural substrates for the enzyme. The binding constant for the other substrate, shikimate-3-phosphate (S3P), is not affected. For example; the wild type petunia EPSP synthase has a binding constant ($K_i$) for the competitive inhibitor glyphosate of 0.4 $\mu$M and a $K_m$ for PEP of 5.2 $\mu$M, while the variant form with the alanine for glycine substitution at position 101 has a $K_i$ for glyphosate of 2000 $\mu$M and a $K_m$ for PEP of 198

$\mu$M. Because of the elevated $K_m$ for PEP normal catalytic activity will only be achieved at physiological concentrations of PEP by an elevated level of the variant enzyme. If a variant of EPSP synthase could be identified that had a high $K_i$ for glyphosate and a lower $K_m$ for PEP than the current variant, it would enhance the ability to achieve glyphosate tolerance in plant species or plant tissues where it is difficult to engineer a high level of gene expression. Selecting for new glyphosate-tolerant EPSP variants in bacteria would allow a much larger number of organisms to be screened in a shorter amount of time than would be possible in selections with higher organisms. The petunia EPSP synthase cDNA clone can be expressed in *E. coli* to produce a fully functional EPSP synthase enzyme when the cDNA clone is properly tailored for expression in *E. coli*. So, to hasten the isolation of variants a system for the expression and selection of variant forms of petunia EPSP synthase was developed in the common laboratory organism *E. coli*.

| General Features of Selection Scheme for Identifying Glyphosate Resistant Variants with Low Km Values for PEP | |
|---|---|
| Component | Features |
| *E. coli* Host | aroA- strain or prototrophic strain with endogenous EPSPS activity inhibited with low levels of glyphosate (empirically determined for each host). |
| Expression Plasmid | Self replicating plasmid with a weak bacterial promoter fused to a plant EPSPS gene, which is not able to complement the *E. coli* aroA mutation and support cell growth on minimal medium when expressed at a weak level. The promoter should be weak enough so that a fusion with a wild type EPSPS gene would be inhibited at a concentration of glyphosate similar to that needed to inhibit the endogenous bacterial EPSPS. |
| Mutagens | Should create point mutations, either single or multiple, transitions or transversions, but not insertions, deletions or frameshifts. Spontaneous mutations could also be selected, but would probably be less efficient. |
| Selection Medium | Minimal bacterial growth medium containing essential salts and sugars without minerals and sugars without aromatic amino acids. Antibiotics may be added which correspond to the drug resistance marker genes on the expression plasmid to select only for bacterial cells containing the expression plasmid. For aroA- hosts, glyphosate is not required to select for variants with low $K_m$ values for PEP, which are able to complement the *E. coli* aroA mutation when expressed at a weak level. For prototrophic *E. coli* strains, add glyphosate to inhibit the endogenous EPSPS activity. |

5,310,667

7                                                8

Exemplary Heterologous Bacterial
Expression/Selection System

A) Construction of pMON342 and pMON9566 expression vectors for wild type and variant petunia EPSP synthase (glycine (101) to alanine) in *E. coli.*

Plasmid pMON342 carries the "mature" wild-type petunia EPSP synthase coding sequence (without chloroplast transit peptide) expressed from tandem copies of the bacteriophage lambda pL promoter (double pL). This plasmid was derived from pMON9531 and pMON9556, petunia EPSP cDNA clones, as described below (the isolation of pMON9531 and pMON9556 is described hereinafter).

A unique NcoI site and ATG translational initiation signal were introduced at the amino terminus of the wild-type petunia EPSP synthase cDNA coding sequence. Simultaneously, the chloroplast transit peptide coding sequence was removed by subjecting M8017 (the M13mp9 clone of the 300 bp EcoRI aroA fragment of pMON9531) to site directed mutagenesis using the procedure of Zoller and Smith (1983) and the following mutagenesis primer:

5'-ATCTCAGAAGGCTCCATGGTGCT-
GTAGCCA-3'

A variant phage clone was isolated that contained an NcoI site. The presence of the above-described mutation was confirmed by sequence analysis. This M13mp9 clone was designated M8019.

Plasmid pMON6001 is a derivative of pBR327 (Soberon et al., 1980) carrying the *E. coli* K12 EPSP synthase coding sequence expressed from two tandem copies of a synthetic bacteriophage lambda pL promoter. Plasmid pMON6001 was constructed in the following manner. First, pMON4 (Rogers et al., 1983) was digested with ClaI and the 2.5 kb fragment was inserted into a pBR327 plasmid vector that had also been cleaved with ClaI. The resulting plasmid, pMON8, contains the EPSP synthase coding sequence reading in the same direction as the beta-lactamase gene of pBR327.

To construct pMON25, a derivative of pMON8 with unique restriction endonuclease sites located adjacent to the *E. coli* EPSP synthase coding sequence, the following steps were taken. A deletion derivative of pMON4 was made by cleavage with BstEII and religation. The resultant plasmid pMON7 lacks the 2 kb BstEII fragment of pMON4. Next, a 150 bp HinfI to NdeI fragment which encodes the 5' end of the EPSP synthase open reading frame was isolated after digestion of pMON7 with NdeI and HinfI and electroelution following electrophoretic separation on an acrylamide gel. This piece was added to the purified 4.5 kb BamHI-NdeI fragment of pMON8 which contains the 3' portion of the EPSP synthase coding sequence and a synthetic linker with the sequence:

5'-GATCCAGATCTGTTGTAAGGAGT-
CTAGACCATGG-3'

3'-GTCTAGACAACATTCCTCAGATCTG-
GTACCTTA-5'

The resulting plasmid pMON25 contains the *E. coli* EPSP synthase coding sequence preceded by unique BamHI and BglII sites, a synthetic ribosome binding site, and unique XbaI and NcoI sites, the latter of which

contains the ATG translational initiation signal of the coding sequence.

To construct pMON6001, pMON25 was digested with BamHI and mixed with a synthetic DNA fragment containing a partial phage lambda pL sequence (Adams and Galluppi, 1986) containing BamHI sticky ends:

5'-GATCCTATCTCTGGCGGTGTT-
GACATAAATACCACTGGCGGTGATACT-
GAGCACATCG-3'

3'-GATAGAGACCGCCACAACTGTATT-
TATGGTGACCGCCACTATGACTCGT-
GTAGCCTAG-5'

The resulting plasmid pMON6001 carries two copies of the synthetic phage lambda pL promoter fragments as direct repeats in the BamHI site of pMON25 in the correct orientation to promote transcription of the *E. coli* EPSP synthase coding sequence.

Plasmid pMON6001 was cleaved with NcoI and EcoRI and the 3 kb fragment isolated from an agarose gel. This fragment was mixed with the small 100 bp NcoI-EcoRI fragment purified from M8019. Following ligation and transformation a clone was identified that contained the small 100 bp NcoI-EcoRI fragment corresponding to the 5' end of the "mature" EPSP synthase of petunia. This construct was designated pMON9544.

Plasmid pMON9544 was digested with EcoRI and treated with alkaline phosphatase. The EcoRI fragment of pMON9544 was mixed with pMON9556 DNA that had been cleaved with EcoRI to release a 1.4 kb fragment encoding the 3' portion of the petunia EPSP synthase coding sequence. Following ligation and transformation, a clone was identified that could complement an *E. coli* aroA deletion and carried the 1.4 kb fragment of pMON9556 to give an intact mature coding sequence for petunia EPSP synthase. This plasmid was designated pMON342.

The EcoRI site at the 3' end of the EPSP synthase in pMON342 was replaced with a ClaI site to facilitate construction. This was accomplished by partial digestion with EcoRI followed by digestion with mungbean nuclease to make the ends blunt. ClaI linkers (5'-CATC-GATG-3', New England Biolabs) were added to the blunt ends by ligation with T4 DNA ligase. The mixture was digested with ClaI to produce sticky ends, and the 5 kb EcoRI partial digest was isolated from an agarose gel and ligated with T4 DNA ligase. This plasmid was designated pMON9563.

A 29-nucleotide mutagenic deoxyoligonucleotide having the following sequence:

5'-GCCGCATTGCTGTAGCTGCATTT-
CCAAGG-3'

was synthesized for introducing the alanine for glycine substitution at position 101 using an automated DNA synthesizer (Applied Biosystems, Inc.). The deoxyoligonucleotide was purified by preparative polyacrylamide gel electrophoresis.

The 660 bp EcoRI-HindIII fragment of pMON9563 was subcloned into a EcoRI-HindIII digested M13mp10 bacteriophage vector (New England Biolabs). The single-stranded template DNA was prepared from the subclone as described in the M13 cloning and sequencing handbook by Amersham, Inc. (Arlington Heights, Ill.) and oligonucleotide mutagenesis reactions were performed as described by Zoller and

0002979

5,310,667

| 9 | 10 |

Smith (1983) using the oligonucleotide described above. This plasmid was designated M9551: The 660 bp EcoRI-HindIII fragment of M9551 was inserted into pMON9563 between the EcoRI and HindIII sites, replacing the corresponding wild type fragment. This plasmid was designated pMON9566.

The double pL promoter used to express the petunia EPSP synthase in pMON342 and pMON9566 leads to a very high level of expression of the enzyme. The enzyme is present at such high concentration that bacteria harboring either of these plasmids are tolerant to very high levels of glyphosate (>50 μM) in growth media, even though the enzyme produced by pMON342 is the wild type form. In order to produce a plasmid that would allow for selection of glyphosate tolerant forms of the enzyme it was necessary to replace the high expressing lambda phage pL promoter with a much weaker promoter sequence. A plasmid for identifying such a promoter was constructed as follows: pMON9544, the precursor to pMON342, was digested with BamHI to remove the pL promoters, and was recircularized by ligation resulting in pMON362. The EcoRI fragment of pMON9556 containing the 3'-cDNA portion of the petunia EPSPS cDNA was then inserted into the EcoRI site of this plasmid reconstituting the entire coding sequence. The resulting plasmid, pMON364 is identical to pMON342 except that there is no promoter 5' of the EPSP synthase coding sequence.

To facilitate future cloning steps, the EcoRI/PstI fragment of pMON364 from which the promoter elements had been deleted was ligated to the EcoRI/PstI fragment of pMON9563 containing most of the EPSP synthase cDNA creating pMON9566. This plasmid is identical to pMON364 except that it has a unique ClaI site at the 3'-end of the EPSP synthase cDNA and a unique EcoRI site within the EPSP synthase coding sequence. Transformation of an aroA E. coli, such as SR481 (Bachman et al., 1980; Padgette et al., 1987) failed to complement the mutation, thus demonstrating the effective deletion of the promoter region and the inability of this plasmid to produce EPSP synthase in E. coli. An empirical screening approach was used to isolate promoters with an appropriate low level expression in E. coli as follows.

B) Generation of a series of promoter constructs.

Chromosomal DNA isolated from the E. coli strain SR20 (GM42 hfr, his-, dam3-) was digested completely with MboI. The MboI fragments were cloned into the BglII site of plasmid pMON9564. The BglII site is in a multilinker located upstream of the promoterless petunia EPSPS coding sequence which had been tailored for expression in E. coli. The ligation mixture was used to transform E. coli strain SR481, the aroA- variant lacking endogenous EPSPS activity. Forty-one colonies were obtained which contained MboI fragments with sufficient promoter activity to express the Petunia EPSPS cDNA, complementing the aroA defect in SR481 and supporting cell growth on minimal medium. The 41 colonies were streaked individually onto MOPS minimal medium containing glyphosate at 1, 5, 10, 15 and 20 μM concentrations. The amount of cell growth on increasing concentrations of glyphosate was used as a measure of the relative promoter strength of each MboI fragment expressing the petunia EPSPS coding sequence. To further characterize each of the MboI promoter fragments, plasmid miniprep DNA was prepared by the alkaline lysis method from each of the 41 colonies and was digested individually with EcoRI,

BamHI, HindIII, ClaI and NcoI. Those restriction enzymes were chosen because they cut within, or flank the petunia EPSPS coding sequence and would be used for mobilizing mutagenized fragments. Therefore, ideal promoter fragments would not contain restriction sites for any of those enzymes. There were 8 MboI fragments with varying degrees of promoter activity which lacked restriction sites for the enzymes listed above. Two of them, pMON8105 and pMON8143, were selected for further characterization. Both plasmids complemented the aroA defect and supported the growth of SR481 on minimal medium containing up to 1 mM (pMON8105) and 20 mM (pMON8143) glyphosate.

C) Testing the Expression Vectors.

The heterologous expression system was tested with a known variant to see if glyphosate resistant variants of petunia EPSPS could be selected. The glyphosate resistant mutation, glycine (101) to alanine, was introduced into the petunia EPSPS coding sequence of both pMON8105 and pMON8143 expression vectors to generate pMON8135 and pMON8152, respectively. That was achieved by replacing the 660 bp EcoRI-HindIII region from both vectors with the 660 bp EcoRI-HindIII region from pMON9566 which contained the glycine (101) to alanine mutation. Both pMON8135 and pMON8152 were used to transform SR481. The pMON8152 construct was able to complement the aroA defect in SR481 and support cell growth on minimal medium containing up to 50 mM glyphosate.

The weakly expressing pMON8135 (FIG. 2) construct containing the variant enzyme sequence was not able to complement the aroA defect in SR481 and did not support cell growth on minimal medium. A culture of SR481 cells carrying the pMON8135 plasmid was assayed to demonstrate that the petunia EPSP synthase enzyme was expressed. Plasmid pMON8135 has a specific activity of 41 nmol/min/mg protein and pMON8105 has a specific activity of 28 nmol/min/mg protein. So, the pMON8135 construct was expressed in E. coli with a specific activity similar to its parental construct pMON8105. It was then hypothesized that the elevated $K_m$ for PEP of the variant enzyme (198 μM versus 5.2 μM for the wild type) resulted in a relatively inefficient EPSP synthase enzyme that was unable to complement the aroA mutation when the enzyme was produced at this low level. This result demonstrated the importance of the $K_m$ for PEP and the ability of a variant petunia EPSPS enzyme to complement aroA when weakly expressed in E. coli. If a variant enzyme has a high $K_m$ for PEP, then a greater level of expression is required to complement aroA. The weakly expressing vector, pMON8105, therefore, provides a novel, powerful selection tool for identifying petunia EPSPS variants which have relatively low $K_m$ values for PEP. In combination with glyphosate selection, variants which combine significant glyphosate tolerance with low $K_m$ values for PEP can be obtained. This implies that not only can new variants of the wild type enzyme be obtained from this system, but it can also be used to select for second site mutations in the glycine (101) to alanine variant coding sequence that lower the $K_m$ for PEP while maintaining glyphosate tolerance. This unexpectedly powerful selection system constitutes one part of the present invention. Those skilled in the art will recognize that one can use other strains of aroA bacteria, other methods of insertion, other sources of random DNA fragments and coding sequences from organisms

5,310,667

11

other than petunia while not departing from the spirit and scope of the invention.

D) In vivo Mutagenesis of pMON8135 with Ethyl Methane Sulfonate.

The following mutagenesis procedure serves as an example of the application of this selection system for obtaining such second site variants of the glycine (101) to alanine variant of the petunia enzyme. Ethyl methane sulfonate (EMS) is a chemical mutagen commonly used in bacterial genetics, but it requires growing the bacterial cultures in minimal medium. Since pMON8135 does not complement aroA in SR481, a prototrophic strain of *E. coli* had to be employed.

pMON8135 was transformed into the *E. coli* strain JM109. A 3 ml culture was grown to saturation overnight at 37° C. in 2XYT media containing 50 μg/ml carbenicillin. A 0.5 ml aliquot of the saturated culture was diluted 40 fold into 20 ml 2XYT medium in a side arm flask. The diluted culture was shaken continuously in a water bath at 37° C. and the growth was monitored using a Klett-Summerson photoelectric colorimeter until a Klett value of 145 was reached. The culture was then mixed with an equal volume (20 ml) of an EMS stock solution which contained 0.8 ml EMS (Sigma Chemical, St. Louis, Mo.) and 19.2 ml 1X MOPS minimal medium. After being shaken for 2 hours at 37° C., the 40 ml culture was diluted 10 fold with 1X MOPS media to a final volume of 400 ml. The diluted culture was then shaken for 3 hours at 37° C. The cells were pelleted in a 500 ml plastic centrifuge bottle using a Beckman JA10 rotor for 10 min at 7000 rpm and at 5° C. The cells were then resuspended and washed in 100 ml of 1X MOPS media and then pelleted as above. The bacterial cell pellet was resuspended in 200 ml of 2XYT growth medium and shaken in a 1 liter flask for 90 minutes at 37° C. The cells were then pelleted again as above and were frozen at −20° C. The pellet was thawed and the mutagenized pMON8135 plasmid DNA was then extracted following a standard alkaline lysis procedure.

E) Screening for Glyphosate Resistant Coding Sequence Variants.

A multi-step screening procedure was used to identify glyphosate resistant variants of petunia EPSPS. The first screening step involved the transformation of *E. coli* with the EMS mutagenized pMON8135 plasmid DNA and selecting for glyphosate resistant colonies on minimal medium containing glyphosate. The SR481 aroA *E. coli* strain had a very low transformation frequency, yielding at best 10⁴ transformants per μg of plasmid DNA. To overcome that problem, the *E. coli* strain JM101 was used because transformation efficiencies of up to 10⁸ transformants per μg of plasmid DNA could be routinely obtained. However, JM101 contained a fully functional aroA gene and was able to grow on MOPS minimal medium. By plating JM101 on minimal medium plates containing increasing concentrations of glyphosate, it was determined that 2 mM glyphosate would inhibit the endogenous EPSP synthase enzyme activity and growth of JM101 on minimal media. Since the weakly expressing wild type petunia EPSP synthase cDNA construct (pMON8105) could not support the growth of the aroA-*E. coli* strain, SR481, on 1 mM glyphosate and the corresponding glycine 101 to alanine construct (pMON8135) could not complement the bacterial aroA, then a prototrophic strain of *E. coli* can be used for the selections if the glyphosate concentrations are greater than 2 mM. The

12

EMS mutagenized pMON8135 plasmid DNA was transformed into JM101 and glyphosate resistant variants were selected on MOPS minimal medium containing 5 mM glyphosate.

The glyphosate resistant colonies contained pMON8135 plasmids with a variety of mutations, including promoter mutations, copy number mutations and glyphosate resistant mutations in the petunia EPSP synthase coding sequence. Mutations that increased plasmid copy number or increased the strength of the promoter that was used to drive the EPSP synthase gene would increase the amount of EPSP synthase enzyme in the bacteria and would confer an aroA positive glyphosate tolerant phenotype to the cells. To eliminate mutations in the non-coding regions of the EMS mutagenized pMON8135 plasmid, the glyphosate resistant colonies were pooled together into 2XYT liquid media containing 50 μg/ml carbenicillin and grown overnight at 37° C. with agitation to aerate the cells. The cells were then pelleted from the saturated cultures by centrifugation and the plasmid DNA was extracted using the alkaline lysis procedure. The plasmid DNA was then digested completely with EcoRI and ClaI enzymes and the 1.6kb petunia EPSPS coding sequence region was then purified out of a 0.8% SeaPlaque (FMC Corporation) low gelling temperature agarose gel. The 1.6kb EcoRI-ClaI fragment was used to replace the analogous fragment containing the wild-type coding sequence in the non-mutagenized pMON8105 expression vector by ligating it to the 3.83 kb EcoRI-ClaI vector fragment of this plasmid which had been isolated as above. The ligation mixture was then used to transform JM101 cells, which were plated onto MOPS minimal medium containing 5 mM glyphosate to select for glyphosate resistant mutations in the petunia EPSP synthase coding sequence region.

The glyphosate resistant colonies obtained from the transformations of the sub-cloned coding region were further characterized by measuring the rate of growth of each variant in liquid culture in varying concentrations of glyphosate. This growth curve analysis functioned as a tertiary screen and was performed in the following way:

Glyphosate resistant colonies were picked off the selection plates and inoculated individually into precultures containing 3 ml of MOPS medium and 50 μg/ml carbenicillin. The precultures were then grown to saturation by shaking the cultures overnight at 37° C. The next morning the density of each culture was determined by withdrawing a 100 μl aliquot from each and diluting it 10 fold with the addition of 900 μl MOPS medium, then reading the optical density at a wavelength of 660 nm in a spectrophotometer. The saturated precultures were then diluted to 1% by adding 50 μl from each saturated preculture to 5 ml of MOPS media containing 0, 5 or 10 mM glyphosate. The diluted precultures were grown in glass culture tubes fitted with stainless steel closures, rotating on a wheel at 37° C. The glass culture tubes were designed for direct reading in a Klett-Summerson photoelectric colorimeter, which was used to monitor the growth of the bacterial cultures at approximately 3 hour intervals.

One culture, #215, was identified which grew faster than all of the other glyphosate resistant cultures and control cultures in MOPS medium containing 10 mM glyphosate. It was the only culture that had grown to saturation within 11 hours of growth in this concentration of glyphosate. The control cultures were

5,310,667

13

pMON8143 and pMON8152 (both described above) in the JM101 *E. coli* host.

F) Characterization of the Glyphosate Resistant Coding Sequence Variants.

The balance of the #215 preculture (~750 μl) was used to inoculate 2 ml of MOPS medium containing 50 μg/ml carbenicillin and was shaken overnight at 37° C. to reach saturation. Plasmid DNA was isolated from an aliquot of the saturated culture using an alkaline lysis procedure. The plasmid was designated pMON8186. An aliquot of the pMON8186 plasmid was used to transform the *E. coli* host SR481 (described above) and reselected on MOPS medium containing 10 mM glyphosate and 50 μg/ml carbenicillin. A single glyphosate resistant colony of pMON8186 was picked off the selection plate and used to inoculate 3 ml of 2XYT bacterial medium containing 50 μg/ml carbenicillin. The culture was then aerated on rotating wheel at 37° C. until saturated, then it was used to inoculate a larger 500 ml culture. The large culture was grown to saturation by shaking it overnight at 37° C. in a water bath. The bacterial cells were lysed and the extracts were assayed for EPSPS activity.

Specifically, the bacterial cell paste was washed twice with 0.9% saline, suspended in buffer (100 mM Tris-HCl, 5 mM benzamidine HCl) and passed twice through the French Pressure Cell at 1000 psi. The cell extract was separated from the cells by centrifuging at 15,000 x gravity for 10 mins. at 5° C. It was desalted using Sephadex G-50 (Pharmacia, Piscataway, N.J.). The desalted extract was assayed for EPSP synthase activity as follows:

To an assay mix (40 μl) containing shikimate-3-phosphate (2 mM), $^{14}$C-phosphoenolpyruvate (1 mM, 1.2 mCi/mmol), ammonium molybdate (0.1 mM), potassium fluoride (5 mM) in 50 mM HEPES-KOH, pH 7, was added the extract and incubated at 25° C. for 2 mins. The reaction was quenched by the addition of 50 μl of 50 μl of 90% ethanol/0.1M acetic acid, pH 4.5. 70 μl of the reaction mixture was loaded on a SynchroPak AX100 HPLC column (0.4×25 cm) and the column was eluted with 0.5M potassium phosphate, pH 5.5 at 1 ml/min. The radioactivity of the eluent was monitored using a Radiomatic Flo-One Beta Instrument. (Radiomatics, Fla.). The EPSP synthase activity was determined by measurement of the conversion of $^{14}$C-PEP to $^{14}$C-EPSP synthase, both of which are resolved under the above conditions of chromatography. The protein content of the extract was determined by the method of Bradford (Biorad Labs, Calif.). The specific activity of the extract is expressed as nanomoles of EPSP synthase formed/min/mg protein.

Kinetic constants (appKm PEP and appKi glyphosate) were determined for EPSP synthase as described below. Substrate kinetic parameters were determined at pH 7.0 in 50 mM HEPES (N-[2-hydroxyethyl]piperazine-N'-[2-ethanesulfonic acid]) buffer in the presence of 2 mM S3P and varying amounts of $^{14}$C-PEP (10 μM–400 μM), for 2.0 minutes at 25° C. Reactions were quenched with 100 mM Na Acetate in ethanol, pH 4.5, centrifuged and analyzed for product EPSP formation by HPLC with flow radioactivity detection. HPLC conditions were 0.35 MKPi, pH 6.5, on a Synchropak AX100 column at 1.0 ml/min. The resulting rates were plotted by hyperbolic plot, Lineweaver-Burk plot and Eadie-Hofstee plot and an average $K_m$ for PEP value obtained. The appKi for glyphosate versus PEP was determined as described for the substrate kinetic con-

14

stant except in the presence of varying concentrations of glyphosate (0,100,200,400 μM). Initial rate data was plotted as 1/[PEP] versus 1/V and the slopes of the resulting lines were replotted versus [glyphosate].

The assay results showed that the bacterial cells containing the pMON8186 plasmid had an EPSP synthase activity of 28nmoles of EPSP formed/min/mg of protein. The enzyme was highly resistant to glyphosate as indicated by a $K_i$ for glyphosate of 348 μM. The Km for PEP was determined to be 40 μM. The petunia EPSPS glycine (101) to alanine variant has a $K_i$ for glyphosate of 2000 μM and a $K_m$ for PEP of 200 μM. The $K_i/K_m$ ratio for the pMON8186 encoded glyphosate resistant variant enzyme is 7.7, which is similar to that of the progenitor glycine (101) to alanine variant whose ratio is 10.0. However, the pMON8186 enzyme has a $K_m$ for PEP that is more than four fold lower than the glycine (101) to alanine variant. The lowering of the $K_m$ for PEP makes the pMON8186 variant enzyme more efficient kinetically, as demonstrated by its ability to support the growth of *E. coli* in MOPS medium containing high concentrations of glyphosate. This demonstrated that our selection system allowed for the induction and identification of mutations of the petunia EPSPS glycine (101) to alanine variant enzyme which would maintain the glyphosate resistant properties of the original variant, but lower the $K_m$ for PEP. The pMON8186 results also demonstrated that the improvements in the $K_m$ for PEP could be selected in the heterologous bacterial expression system described above. A variant petunia EPSP synthase containing the glycine (101) to alanine substitution and the glycine (144) to asparagine substitution exhibited a $K_m$ for PEP of 91 μM and a $K_i$ for glyphosate of 960 μM ($K_i/K_m=10.5$).

G) Identification of the pMON8186 Mutation.

To identify the EMS induced mutation responsible for the improved glyphosate resistant properties of the pMON8186 variant enzyme, it was first localized within the coding sequence region. This was achieved by subcloning the 5' and 3' halves individually into a bacterial overexpression vector and determining the kinetic properties of each subclone as follows: The 660 bp EcoRI-HindIII fragment from the petunia EPSPS coding sequence in pMON9767 was replaced with the analogous EcoRI-HindIII fragment from pMON8186. Plasmid pMON9767 is a derivative of pMON9566 (described above) in which an XbaI site had been created at the 3' end of the petunia EPSPS glycine (101) to alanine variant coding sequence by HindIII-ClaI fragment of the petunia EPSPS coding sequence region from pMON9767 was replaced with the analogous HindIII-ClaI fragment from pMON8186. The constructs were then transformed into SR481 and plated on MOPS medium containing 50 μg/ml carbenicillin. Large scale cultures (50 ml 2XYT containing 50 μg/ml carbenicillin) of each subclone were prepared from single colonies picked off the selection plates. The cultures were grown to saturation by shaking them overnight in a 37° C. waterbath. The cells were pelleted and lysed. The bacterial extracts were assayed as described above and the approximate $K_i$ and $K_m$ values were determined for each pMON8186 subclone. The kinetic values for the EcoRI-HindIII region subclone were similar to those of the intact pMON8186, while those of the HindIII-ClaI subclone were similar to those of pMON8135. Thus, the EMS induced, second site mutation responsible for the excellent kinetic properties of pMON8186 was located on the 660 bp EcoRI-HindIII fragment. That subclone

5,310,667

of the EcoRI-HindIII region was designated pMON8191.

The 660 bp EcoRI-HindIII fragment of pMON8186 was sequenced to determine the exact nucleotide change and the corresponding amino acid change responsible for the new kinetic properties of the pMON8186 encoded variant enzyme. The 660 bp EcoRI-HindIII fragment from pMON8186 was inserted into EcoRI-HindIII cut M13mp18 and M13mp19 bacteriophage vector DNAs and were designated M8059 and M8058, respectively. Following transformations into JM101, single plaques were picked and single strand template DNA was prepared from each (protocol from Amersham, M13 cloning and sequencing handbook). The template DNAs were sequenced by the method of Sanger using the reagents and protocol from a commercially available DNA sequencing kit from United States Biochemical Corporation. The presence of the glycine (101) to alanine substitution was confirmed in the DNA sequence. In addition, there was a single guanine to adenine transition at the second nucleotide position of the GGT codon for glycine (144) in the mature petunia EPSP synthase, resulting in a glycine to aspartate amino acid substitution at the 144 position. The guanine to adenine transition is consistent with the type of mutation known to be induced by EMS. Thus, the improved kinetic properties of the pMON8186 encoded glyphosate resistant petunia EPSPS variant enzyme are due to a combination of two substitutions: one resulting in the glycine (101) to alanine change, the other resulting in a glycine (144) to aspartic acid amino acid change.

The petunia EPSP synthase coding sequence containing the glycine (101) to alanine and glycine (144) to aspartic acid substitutions was engineered for appropriate expression in plant cells. Construction of the intermediate plant transformation vector and Agrobacterium tumefaciens-based transformations of plant cells is described below.

## Construction of pMON915

The plant transformation vector pMON915 was derived from the pMON895 vector. The pMON895 plasmid (FIG. 3) is made up of the following segments of DNA. The first segment is a 0.93 Kb AvaI to engineered EcoRV fragment isolated from transposon Tn7 that encodes bacterial spectinomycin/streptomicin resistance (Spc/Str), which is a determinant for selection in E. coli and Agrobacterium tumefaciens. This is joined to the 1.61 Kb segment of DNA encoding a chimeric kanamycin resistance gene which permits selection of transformed plant cells. The chimeric gene (P-35S/KAN/NOS 3') consists of the cauliflower mosaic virus (CaMV) 35S promoter, the neomycin phosphotransferase type II (KAN) gene, and the 3'-nontranslated and flanking regions of the nopaline synthase gene (NOS 3'). The next segment is the 0.75 Kb ori-V containing the origin of replication from the RK2 plasmid. It is joined to the 3.1 Kb SalI to PvuI segment of pBR322 (ori-322) which provides the origin of replication for maintenance in E. coli and the host site for the conjugational transfer into the Agrobacterium tumefaciens cells. The ori-V and ori-322 segments also provide homology for the recombination of the vector into the disarmed pTiT37-CO plasmid to form a hybrid T-DNA as described below. The next segment is the 0.36 Kb PvuI to BclI from pTiT37 that carries the nopaline-type T-DNA right border.

The pMON895 plasmid contains next the 3.14 Kb DNA segment that encodes a chimeric gene for expression of the petunia 5-enolpyruvylshikimate-3-phosphate synthase. The chimeric gene consists of the 0.66 Kb CaMV 35S promoter enhanced as described by Kay et al. (1987) (P-e35S), followed by the 2 Kb coding sequence for the petunia EPSPS with the glycine (101) to alanine substitution (prePEPSPS:2), and the 0.48 Kb 3' nontranslated region of the soybean alpha' subunit of the beta-conglycinin gene (7S 3') (Schuler et al. 1982). Plasmid pMON915 (FIG. 4) was constructed from three DNA fragments:

1. The 7.91 Kb BglII to XbaI fragment from pMON895 containing the P-e35S promoter, the Spc/Str gene, P-35/KAN/NOS 3', ori-V, ori-PBR, and the right border.

2. The 1.27 Kb XbaI to EcoRI fragment from pMON8191 containing the petunia EPSP synthase gene with the glycine (101) to alanine and glycine (144) to aspartic acid substitutions.

3. The 0.31 Kb EcoRI to BglII fragment from pMON895, which contains the petunia EPSP synthase chloroplast transit peptide.

The pMON915 plasmid was introduced into the ACO Agrobacterium strain. The strain carries the disarmed pTiT37-CO nopaline type plasmid. Referring to FIG. 5, a restriction map is provided of the T-DNA region of the A208 Agrobacterium tumefaciens strain pTiT37 plasmid, which was disarmed to create the ACO strain. The hatched boxes show the segments of the Ti plasmid DNA which were used to provide homology for recombination and replacement of the T-DNA. The T-DNA segment was replaced by the Tn601 bacterial kanamycin resistance gene (KnR) segment joined to the oriV and pBR322 segment homologous to the vectors described above. The recombination between the disarmed pTiT37-CO and pMON915 plasmid takes place through the pBR322 oriV area of homology, resulting in the hybrid T-DNA which contains the entire pMON915 DNA. On cultivation of the Agrobacterium with plant cells, the hybrid T-DNA segment between the left and right borders is transferred to the cells and integrated into the genomic DNA.

The variant EPSP synthase polypeptides of the present invention may be prepared by either polypeptide synthesis or isolation and mutagenesis of a EPSP synthase gene to produce the above described glyphosate-tolerant molecule. Since it is foreseen that the greatest utility of the present invention is in the preparation of glyphosate-tolerant plants, nucleotide sequences (either cDNA or genomic) encoding the glyphosate-tolerant EPSP synthase can be easily prepared in the following manner.

## cDNA Coding Sequences

Total RNA is isolated from the source material which includes, but is not necessarily limited to, fungi and plant tissue. PolyA-mRNA is selected by oligodT cellulose chromatography. A cDNA library is then prepared using the polyA-mRNA. The cDNA library is then screened using a previously cloned EPSP synthase sequence or a suitable oligonucleotide probe. Suitable oligonucleotide probes include probes based on the conserved region having the amino acid sequence (L—G—N—A—G—T—A) or probes based on the amino acid sequence of other portions of the EPSP synthase molecule. The cDNA fragments selected by hybridization are then sequenced to confirm that the

5,310,667

**17**

fragment encodes the EPSP synthase and to determine the DNA sequence encoding and adjacent to the conserved amino acid sequence described above.

The EPSP synthase clone is then altered by oligonucleotide mutagenesis to insert the DNA substitution necessary to result in the alanine for glycine substitution in the first conserved amino acid sequence and an aspartic acid for glycine substitution in a second conserved amino acid sequence as previously described. The above procedure produces a cDNA sequence which encodes the glyphosate-tolerant EPSP synthase of the present invention based on the wild-type EPSP synthase of the selected source material. This structural coding sequence can be inserted into functional chimeric gene constructs and inserted into suitable plant transformation vectors to be used in preparing transformed plant cells and regenerated plants using the methodology described herein.

### Genomic EPSP Synthase Clone

Generally it is preferred that the plant tissue from the plant species to be transformed also serve as the source material for the DNA coding sequence for the glyphosate-tolerant EPSP synthase of the present invention. In this way, one would easily obtain the chloroplast transit peptide coding sequence from the plant species to be transformed. In some cases, it may be beneficial to utilize a genomic clone from the plant species which comprises the introns normally found in the endogenous EPSP synthase gene. The general method described above is also applicable with the exception that the probes are used to screen a genomic DNA library constructed from the selected plant tissue. Detailed examples better elucidating this preparation of cDNA and genomic DNA glyphosate-tolerant EPSP synthase constructs of the present invention are provided below.

### PREPARATION OF EPSP SYNTHASE PLANT TRANSFORMATION VECTORS

#### I. cDNA ENCODING THE EPSP SYNTHASE OF PETUNIA

Described below is the methodology employed to prepare the cDNA clone of petunia EPSP synthase which was used in the mutagenesis procedure described above. Clones of wild-type EPSP synthases from other plant sources can be obtained in a similar manner and the above described mutations introduced by site directed mutagenesis.

A. Creation of MP4-G Cell Line

The starting cell line, designated as the MP4 line, was derived from a Mitchell diploid petunia (see e.g., Ausubel 1980). The MP4 cells were suspended in Murashige and Skoog (MS) culture media, (GIBCO, Grand Island, N.Y.) All transfers involved dispensing 10 ml of suspension cultures into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about 5×10⁶ cells) were transferred into 50 ml of MS media containing 0.5 mM glyphosate. The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

**18**

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

The MP4-G cells prepared as described above were subsequently shown by a Southern blot analysis (Southern, 1975) to have about 15-20 copies of the EPSP synthase gene, due to a genetic process called "gene amplification" (see e.g. Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSP synthase gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSP synthase gene and possibly other genes located near it on the chromosomes of the cells.

B. Purification and Sequencing of EPSP Synthase Enzymes

Petunia cells from the MP4-G cell line were harvested by vacuum filtration, frozen under liquid N₂, and ground to a powder in a Waring blender. The powder was suspended in 0.2M Tris-HCl, pH 7.8 containing 1 mM EDTA and 7.5% w/v polyvinylpolypyrrolidone. The suspension was centrifuged at about 20,000×gravity for 10 min to remove cell debris. Nucleic acids were precipitated from the supernatant by addition of 0.1 volume of 1.4% protamine sulfate and discarded.

The crude protein suspension was purified by five sequential steps (see Mousdale 1984 and Steinrucken 1985) which involved: (1) ammonium sulfate precipitation; (2) diethylaminoethyl cellulose ion exchange chromatography; (3) hydroxyapatite chromatography; (4) hydrophobic chromatography on a phenylagarose gel; and (5) sizing on a Sephacryl S-200 gel.

The purified EPSP synthase polypeptide was degraded into a series of individual amino acids by Edman degradation by a Model 470A Protein Sequencer (Applied Biosystems Inc., Foster City, Calif.), using the methods described in Hunkapiller 1983a. Each amino acid derivative was analyzed by reverse phase high performance liquid chromatography, as described by Hunkapiller 1983b, using a cyanopropyl column with over 22,000 theoretical plates (IBM Instruments, Wallingford Conn.). A partial amino acid sequence for petunia EPSP synthase is shown in Table 1.

#### TABLE 1

| | Petunia EPSP Synthase Sequences | | | | | |
|---|---|---|---|---|---|---|
| | **8** | **9** | **10** | **11** | **12** | **13** |
| Amino Acid: | Gln | Pro | Ile | Lys | Glu | Ile |
| mRNA strand: | 5'-CAP | CCN | AUU C A | GAP | CAP | AUU C A |
| Complementary DNA strand: | 3'-GTQ | GGN | TAA G U | TTQ | CTQ | TAA G U |
| Synthetic DNA Probes: | | | | | | |
| EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
| EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
| Exact mRNA Sequence: | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

5,310,667

19

## C. Synthesis of Probes

Using the genetic code, the amino acid sequence indicated in Table 1 was used to determine the possible DNA codons which are capable of coding for each indicated amino acid. Using this information, three different probe mixtures were created and designated as EPSP-1, EPSP-2, and EPSP-3, as shown in Table 1. In this table, A, T, U, C, and G represent the nucleotide bases: adenine, thymine, uracil, cytosine and guanine. The letters P, Q, and N are variables; N represents any of the bases; P represents purines (A or G); Q represents pyrimidines (U, T, or C).

All oligonucleotides were synthesized by the method of Adams 1983. Whenever an indeterminate nucleotide position (P, Q or N) was reached, a mixture of appropriate nucleotides was added to the reaction mixture. Probes were labeled 20 pmol at a time shortly before use with 100 μCi γ-[³²P]-ATP (Amersham) and 10 units polynucleotide kinase in 50 mM Tris-HCl, pH 7.5; 10 mM MgCl₂, 5 mM DTT, 0.1 mM EDTA, and 0.1 mM spermidine. After incubation for 1 hr. at 37° C., the probes were repurified on either a 20% acrylamide, 8M urea gel or by passage over a 5 ml column of Sephadex G25 in 0.1M NaCl, 10 mM Tris-HCl, pH 7.5, 1 mM EDTA.

### D. Preparation of mRNA and Preliminary Testing of Probes

#### (a) Poly-A mRNA

Total RNA was isolated from the MP4 (glyphosate sensitive) and MP4-G (glyphosate resistant) cell lines as described by Goldberg 1981. Total RNA was further sedimented through a CsCl cushion as described by Depicker 1982. Poly-A mRNA was selected by oligo-dT cellulose chromatography. The yield of poly-A RNA was 1.1 micrograms (μg) per gram of MP4 cells and 2.5 μg/gm of MP4-G cells.

#### (b) Gel Processing of RNA

Ten μg of poly-A RNA from the MP4 or MP4-G cell lines were precipitated with ethanol and resuspended in 1×MOPS buffer (20 mM MOPS, pH 7.0, 5 mM sodium acetate and 1 mM EDTA, pH 8.0) containing 50% formamide and 2.2M formaldehyde. RNA was denatured by heating at 65° C. for 10 min. One-fifth volume of a loading buffer containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol blue and 0.4% xylene cyanol was then added. RNA was fractionated on a 1.3% agarose gel containing 1.1M formaldehyde until bromophenol blue was near the bottom. HaeIII-digested φX174 DNA, labelled with ³²P, was run as a size standard. The DNA markers indicated approximate sizes for the RNA bands.

#### (c) Transfer of RNA to Nitrocellulose

RNA was transferred to nitrocellulose (#BA85, Schleicher & Schuell, Keene, N.H.) by blotting the gels overnight using 20X SSC (IX SSC is 0.15M NaCl, 0.015M sodium citrate, pH 7.0) as the transfer buffer. After transfer, filters were air-dried and baked in a vacuum oven for 2-3 hrs at 80° C.

#### (d) Preliminary Hybridization with Radioactive Probes

Filters were prehybridized in 6×SSC, 10× Denhardt's solution (1 x Denhardt's solution is 0.02% ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine serum albumin), 0.5% NP-40, and 200 μg/ml E. coli transfer RNA at 50° C. for 4 hrs. Hybridization was carried out in a similar fresh solution containing 2×10⁶ cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at 32° C. The EPSP-3 probe was not tested since it contained a codon

20

(ATA) that is rarely found in the petunia genome. Hybridization temperature (32° C.) used in each case was 10° C. below the dissociation temperature (Td) calculated for the oligonucleotide with the lowest GC content in a mixture. The Td of the probe was approximated by the formula 2° C.×(A+T)+4° C.×(G+C).

#### (e) Filter Washing

The filters were washed twice for 15–20 min at room temperature in 6×SSC and then for 5 min at 37° C. with gentle shaking. Filters were then wrapped in plastic film and autoradiographed for 12–14 hrs at −70° C. with two intensifying screens. The filters were then washed again for 5 min with gentle shaking at a temperature of 42° C. The filters were autoradiographed again for 12–14 hrs. The autoradiographs indicated that the probe EPSP-1 hybridized to an RNA of approximately 1.9 kb in the lane containing the poly-A RNA from the MP4-G cell line. No hybridization to this RNA was detected in the lane containing the poly-A RNA from the MP4 cell line. This result was attributed to overproduction of EPSP synthase mRNA by the MP4-G cell line. The probe EPSP-2, which differs from EPSP-1 by a single nucleotide, showed barely detectable hybridization to the 1.9 kb mRNA of the MP4-G cell line but hybridized strongly to a 1.0 kb mRNA from both cell lines. However, the 1.0 kb DNA was not sufficient to encode a polypeptide of 50,000 daltons, and it is believed that one of the sequences in the EPSP-2 probe hybridized to an entirely different sequence in the library. These results suggested that degenerate probe mixture EPSP-1 contained the correct sequence for EPSP synthase. This mixture was used in all subsequent degenerate probe hybridization experiments.

### E. Preparation of λgt 10 cDNA library

#### (a) Materials Used

AMV reverse transcriptase was purchased from Seikagaku America, Inc., St. Petersburg, Fla.; the large fragment of DNA polymerase I (Klenow polymerase) was from New England Nuclear, Boston, MA; S1 nuclease and tRNA were from Sigma; AcA 34 column bed resin was from LKB, Gaithersburg, Md.; EcoRI, EcoRI methylase and EcoRI linkers were from New England Biolabs, Beverly MA; RNAsin (ribonuclease inhibitor) was from Promega Biotech, Madison, Wis. and all radioactive compounds were from Amersham, Arlington, Hts., Ill.

The λgt10 vector (ATCC No. 40179) and associated E. coli cell lines were supplied by Thanh Huynh and Ronald Davis at Stanford University Medical School (see Huynh 1985). This vector has three important characteristics: (1) it has a unique EcoRI insertion site, which avoids the need to remove a center portion of DNA from the phage DNA before inserting new DNA; (2) DNA ranging in size from zero to about 8,000 bases can be cloned using this vector; and, (3) a library can be processed using E. coli MA150 cells (ATCC No. 53104) to remove clones which do not have DNA inserts.

#### (b) cDNA First Strand Synthesis

Poly-A mRNA was prepared as described in section D.(a) above, and resuspended in 50 mM Tris (pH 8.5), 10 mM MgCl₂, 4 mM DTT, 40 mM KCl, 500 μM of d(AGCT)TP, 10 μg/ml dT₁₂–₁₈primer, and 27.5 units/ml RNAsin. In a 120 μl reaction volume, 70 units reverse transcriptase were added per 5 μg of poly-A RNA. One reaction tube contained γ-³²P-dCTP (5 uCi/120 μl reaction) to allow monitoring of cDNA size and yield and to provide a first strand label to monitor later reactions. In order to disrupt mRNA secondary