5,310,667

21

structure, mRNA in $H_2O$ was incubated at 70° C. for 3 min and the tube was chilled on ice. Reverse transcriptase was added and the cDNA synthesis was carried out at 42° C. for 60 min. The reaction was terminated by the addition of EDTA to 50 mM. cDNA yield was monitored by TCA precipitations of samples removed at the start of the reaction and after 60 min. Following cDNA synthesis, the cDNA existed as a cDNA-RNA hybrid. The cDNA-RNA hybrid was denatured by heating the mixture in a boiling water bath for 1.5 min, and cooled on ice.

(c) Second Strand DNA Synthesis

Single-stranded cDNA was allowed to self-prime for second strand synthesis. Both Klenow polymerase and reverse transcriptase were used to convert ss cDNA to ds cDNA. Klenow polymerase is employed first since its 3′–5′ exonuclease repair function is believed to be able to digest non-flush DNA ends generated by self-priming and can then extend these flush ends with its polymerase activity. Reverse transcriptase is used in addition to Klenow polymerase, because reverse transcriptase is believed to be less likely to stop prematurely once it has bound to a template strand. The Klenow polymerase reaction was in a final 100 μl volume excluding enzyme. The reaction mix included 50 mM HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 μM of each dNTP and cDNA. To begin the reaction, 20 to 40 units of Klenow polymerase (usually less than 5 μl) were added and the tubes incubated at 15° C. for 5 hrs. The reaction was terminated by the addition of EDTA to 50 mM. The mix was extracted with phenol and the nucleic acids were precipitated, centrifuged and dried.

The reverse transcriptase reaction to further extend the anti-complementary DNA strand was performed as described for the reaction to originally synthesize cDNA, except dT$_{10-18}$ primer and RNAsin were absent, and 32 units of reverse transcriptase were used in a 120 μl reaction. The reaction was terminated by the addition of EDTA to 50 mM. The mixture was extracted with an equal volume of phenol and the nucleic acid was precipitated, centrifuged and dried.

(d) S1 Nuclease Treatment

200 μl of 2x S1 buffer (1x S1 buffer is 30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM $ZnCl_2$), 175 μl of $H_2O$ and 525 units of S1 nuclease were added to the tubes containing 125 μl of the second strand synthesis reaction product. The tubes were incubated at 37° C. for 30 min and the reaction was terminated by addition of EDTA to 50 mM. The mixture was extracted with an equal volume of phenol/chloroform (1:1). The aqueous phase was extracted with ethyl ether to remove residual phenol. The DNA was precipitated with ethanol and air dried.

(e) EcoRI Methylation Reaction

Since the ds cDNAs were copied from a large variety of mRNAs, many of the ds cDNAs probably contained internal EcoRI restriction sites. It was desired to protect such cleavage sites from EcoRI cleavage, to enable the use of blunt-ended EcoRI linkers which were subsequently cleaved with EcoRI to create cohesive overhangs at the termini.

In an effort to prevent the undesired cleavage of internal EcoRI sites, the ds cDNA was methylated using EcoRI methylase. DNA pellets were dissolved in 40 μl of 50 mM Tris pH 7.5, 1 mM EDTA, 5 mM DTT. Four μl of 100 uM S-adenosyl-L-methionine and 1 μl (80 units) of EcoRI methylase were added. Tubes were

22

incubated at 37° C. for 15 min and then at 70° C. for 10 minutes to inactivate the methylase.

It was subsequently discovered that the methylation reaction described above was unsuccessful in preventing EcoRI cleavage at an internal site within the EPSP synthase coding region, apparently because of inactive methylase reagent. The cleavage of the internal EcoRI site required additional steps to isolate a full-length cDNA, as described below. To avoid those additional steps, the methylation reagents and reaction conditions should be used simultaneously on the cDNA and on control fragments of DNA, and protection of the control fragments should be confirmed by EcoRI digestion before digestion is performed on the cDNA.

(f) DNA Polymerase I Fill-In Reaction

To the tube containing 45 μl of cDNA (prepared as described above) were added 5 μl of 0.1M $MgCl_2$, 5 μl of 0.2 mM d(ACGT)TP and 10 units of DNA polymerase I. The tube was incubated at room temperature for 10 min. The reaction was terminated by the addition of EDTA to 25 mM. One microgram of uncut λgt10 DNA was added as a carrier and the mix was extracted with phenol/chloroform (1:1). The nucleic acid in the mix was precipitated with ethanol, centrifuged and dried.

(g) Ligation of EcoRI Linkers to Methylated ds cDNA

Approximately 400 pmoles of EcoRI linkers (5′-CGGAATTCCG-3′) were dissolved in 9 μl of 20 mM Tris, pH 8.0, 10 mM $MgCl_2$, 10 mM DTT containing 50 μCi of $\gamma$-$^{32}$P-ATP (5000 Ci/mmole) and 2 units of T4 polynucleotide kinase. The oligonucleotides were incubated at 37° C. for 30 minutes to allow them to anneal to each other, creating double-stranded, blunt-ended linkers. 2 units of T4 polynucleotide kinase and 1 μl of 10 mM ATP were added and incubated at 37° C. for an additional 30 min. The linkers were stored at −20° C. The methylated DNA pellet was resuspended in tubes containing 400 pmoles of the kinased linkers. Ligation of the EcoRI linkers to the methylated DNA was carried out by adding 1 μl of T4 ligase and incubating the reaction mixture at 12°–14° C. for 2 days. (h) Digestion with EcoRI to Create Cohesive Termini

To 11 μl of the reaction product from Section 1.E.(g) above, 10 μl of a solution containing 50 mM Tris, pH 7.5, 10 mM $MgSO_4$, 200 mM NaCl were added. T4 DNA ligase was heat inactivated by incubation at 70° C. for 10 min. Forty units of EcoRI were added and the incubation was carried out at 37° C. for 3 hr. The reaction was terminated by addition of EDTA to 50 mM. The sample was clarified by centrifugation and applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

Free linkers (those not ligated to ds cDNA) were removed from ds cDNA with attached linkers, to prevent them from interfering with the insertion of the desired ds cDNAs into the cloning vectors. AcA 34 resin (a mixture of acrylamide and agarose beads, normally used for sizing) preswollen in 2 mM citrate buffer and 0.04% sodium azide in water, was added to the 1 ml mark of a 1 ml plastic syringe plugged with glass wool. The column was equilibrated with 10 mM Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl. The ds cDNA mixtures with ligated linkers and free linkers (~ 45 μl) was brought to 400 mM NaCl. 1 μl of 0.5% bromophenol blue dye (BPB) was added, and the sample was applied to the column which was run in equilibration buffer at room temperature. Ten 200 μl fractions were collected. The BPB dye normally eluted from the column in the

0000002986

5,310,667

sixth tube or later. Tubes 1 and 2 were combined and used as the source of ds cDNA for cloning.

(j) Assembly of λgt10 clones

The ds cDNA was mixed with 1 μg of EcoRI-cut λgt10 DNA, precipitated with ethanol, and centrifuged. After washing the pellet once with 70% ethanol, the DNA pellet was air dried and resuspended in 4.5 μl of 10 mM Tris-HCl pH 7.5, 10 mM MgCl₂, 50 mM NaCl. To anneal and ligate the cDNA inserts to the left and right arms of the λgt10 DNA, the mixture was heated at 70° C. for 3 min., then at 50° C. for 15 min. The mixture was chilled on ice and 0.5 μl each of 10 mM ATP, 0.1M DTT, and sufficient T4 DNA ligase to ensure at least 90% completion were added. The reaction was incubated at 14° C. overnight, which allowed the insertion of the ds cDNA into the EcoRI site of the λgt10 DNA. The resulting DNA was packaged into phage particles in vitro using the method described by Scherer 1981.

(k) Removal of Phages Without Inserts

Insertion of a cDNA into the EcoRI site of λgt10 results in inactivation of the Cl genes. λgt10 phages with inactivated Cl genes (i.e., with inserts) replicate normally in E. coli MA150 cells. By contrast, λgt10 phages without inserts are unable to replicate in the MA150 strain of E. coli. This provides a method of removing λgt10 clones which do not have inserts.

The phages in the library were first replicated in E. coli C600 (M⁺R⁻) cells which modified the λgt10 DNA to protect it from the E. coli MA150 restriction system. A relatively small number of E. coli C600 cells were infected and then plated with a 20 fold excess of MA150 (M⁺R⁺) cells. The primary infection thus occurred in the M⁺R⁻ cells where all the phages will grow, but successive rounds of replication occurred in the MA150 cells which prevented the replication of λgt10 phages without inserts. The amplified phage library was collected from the plates, and after removal of agar and other contaminants by centrifugation, the recombinant phages were ready to use in screening experiments.

F. Screening of cDNA Library; Selection of pMON9531

Approximately 600 phages (each plate) were spread on 10 cm×10 cm square plates of solid NZY agar (Maniatis 1982) with 0.7% agarose. A translucent lawn of E. coli MA150 cells were growing on the plates. Areas where the phages infected and killed the E. coli cells were indicated by clear areas called "plaques," which were visible against the lawn of bacteria after an overnight incubation of the plates at 37° C. Six plates were prepared in this manner. The plaques were pressed against pre-cut nitrocellulose filters for about 30 min. This formed a symmetrical replica of the plaques. To affix the phage DNA, the filters were treated with 0.5M NaOH and 2.5M NaCl for 5 min. The filters were then treated sequentially with 1.0M Tris-HCl, pH 7.5 and 0.5M Tris-HCl, pH 7.5 containing 2.5M NaCl to neutralize the NaOH. They were then soaked in chloroform to remove bacterial debris. They were then air-dried and baked under a vacuum at 80° C. for 2 hours, and allowed to cool to room temperature. The filters were then hybridized with ³²P-labelled EPSP-1 probe (2×10⁶ cpm/filter) as described in Section I.D(e) above. After 48 hr of hybridization, the filters were washed in 6x SSC at room temperature twice for 20 min and then at 37° C. for 5 min. These washes removed non-specifically bound probe molecules, while probe molecules with the exact corresponding sequence (which was unknown at the time) remained bound to

the phage DNA on the filter. The filters were analyzed by autoradiography after the final wash. After the first screening step, seven positively hybridizing signals appeared as black spots on the autoradiograms. These plaques were removed from the plates and replated on to fresh plates at a density of 100–200 plaques/plate. These plates were screened using the procedure described above. Four positively hybridizing phages were selected. DNA was isolated from each of these four clones and digested with EcoRI to determine the sizes of the cDNA inserts. The clone containing the largest cDNA insert, approximately 330 bp. was selected, and designated λE3. The cDNA insert from λE3 was inserted into plasmid pUC9 (Vieira 1981), and the resulting plasmid was designated pMON9531.

To provide confirmation that the pMON9531 clone contained the desired EPSP synthase sequence, the insert was removed from the pMON9531 clone by digestion with EcoRI. This DNA fragment was then sequenced by the chemical degradation method of Maxam (1977). The amino acid sequence deduced from the nucleotide sequence corresponded to the EPSP synthase partial amino acid sequence shown in Table 1.

G. Creation of λF7 Genomic DNA Clone

In order to obtain the entire EPSP synthase gene, chromosomal DNA from the MP4 cells line was digested with BamHI and cloned into a phage vector to create a library, which was screened using the partial EPSP synthase sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments

MP4-G cells were frozen and pulverized in a mortar with crushed glass in the presence of liquid nitrogen. The powdered cells were mixed with 8 ml/g of cold lysis buffer containing 8.0M urea, 0.35M NaCl, 0.05M Tris-HCl (pH 7.5), 0.02M EDTA, 2% sarkosyl and 5% phenol. The mixture was stirred with a glass rod to break up large clumps. An equal volume of a 3:1 mixture of phenol and chloroform containing 5% isoamyl alcohol was added. Sodium dodecyl sulfate (SDS) was added to a final concentration of 0.5%. The mixture was swirled on a rotating platform for 10–15 minutes at room temperature. The phases were separated by centrifugation at 6,000×g for 15 minutes. The phenol/-chloroform extraction was repeated. Sodium acetate was added to the aqueous phase to a final concentration of 0.15M and the DNA was precipitated with ethanol. The DNA was collected by centrifugation, dissolved in 1x TE (10 mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a CsCl-ethidium bromide gradient. The DNA was collected by puncturing the side of the tube with a 16 gauge needle. The ethidium bromide was extracted with CsCl-saturated isopropanol, and the DNA was dialyzed extensively against 1x TE. Approximately 400 μg of DNA was isolated from 12 g of cells.

MP4-G chromosomal DNA (10 μg) was digested to completion with 30 units of BamHI in a buffer containing 10 mM Tris, pH 7.8, 1 mM DTT, 10 mM MgCl₂, 50 mM NaCl for 2 hours at 37° C. The DNA was extracted with phenol followed by extraction with chloroform and precipitated with ethanol. The DNA fragments were suspended in 1x TE at a concentration of 0.5 μg/μl.

(b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14

DNA from phage λMG14 (obtained from Dr. Maynard Olson of the Washington University School of Medicine, St. Louis, Mo.) was prepared by the method

5,310,667

| 25 | 26 |

described in Maniatis 1982. 150 μg of DNA was digested to completion with BamHI in a buffer containing 10 mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM MgCl₂, 50 mM NaCl. The completion of the digest was checked by electrophoresis through 0.5% agarose gel. The phage DNA was then extracted twice with phenol-chloroform-isoamyl alcohol (25:24:1) and precipitated with ethanol. The DNA was resuspended in 1x TE at a concentration of 150 μg/ml. MgCl₂ was added to 10 mM and incubated at 42° C. for 1 hr to allow the cohesive ends of λDNA to reanneal. Annealing was checked by agarose gel electrophoresis.

After annealing, DNA was layered over a 38 ml (10–40%, w/v) sucrose gradient in a Beckman SW27 ultracentrifuge tube. The gradient solutions were prepared in a buffer containing 1M NaCl, 20 mM Tris-HCl (pH 8.0), 5 mM EDTA. 75 μg of DNA was loaded onto each gradient. The samples were centrifuged at 26,000 rpm for 24 hours at 15° C. in a Beckman SW 27 rotor. Fractions (0.5 ml) were collected from the top of the centrifuge tube and analyzed for the presence of DNA by gel electrophoresis. The fractions containing the annealed left and right arms of λDNA were pooled together, dialyzed against TE and ethanol-precipitated. The precipitate was washed with 70% ethanol and dried. The DNA was dissolved in TE at a concentration of 500 μg/ml.

The purified arms of the vector DNA and the BamHI fragments of MP4-G DNA were mixed at a molar ratio of 4:1 and 2:1 and ligated using T4 DNA ligase in a ligase buffer containing 66 mM Tris-HCl, pH 7.5,5 mM MgCl₂, 5 mM DTT and 1 mM ATP. Ligations were carried out overnight at 15° C. Ligation was checked by agarose gel eletrophoresis. Ligated phage DNA carrying inserts of MP4-G DNA were packaged into phage capsids in vitro using commercially available packaging extracts (Promega Biotech, Madison, Wis.). The packaged phage were plated in 10 cm×10 cm square plates of NZY agar in 0.7% agarose at a density of approximately 6000 plaques per plate using E. coli C600 cells. After overnight incubation at 37° C., the plaques had formed, and the plates were removed from the incubator and chilled at 4° C. for at least an hour. The agar plates were pressed against nitrocellulose filters for 30 minutes to transfer phages to the filters, and the phage DNA was affixed to the filters as described previously. Each filter was hybridized for 40 hours at 42° C. with approximately 1.0×10⁶ cpm/filter of the 330 bp cDNA insert isolated from the pMON9531 clone, which had been nick-translated, using the procedure described by Maniatis (1982). The specific activity of the probe was 2–3×10⁸ cpm/μg of DNA. Hybridization was carried out in a solution containing 50% formamide, 5x SSC, 5x Denhardt's solution, 200 μg/ml tRNA and 0.1% SDS. Filters were washed in 1x SSC, 0.2% SDS at 50° C. and autoradiographed. Several positive signals were observed and matched with plaques on the corresponding plate. The selected plaques were isolated from the plates, suspended in SM buffer, and plated with NZY agar. The replica plate screening process was repeated at lower densities until all the plaques on the plates showed positive signals. One isolate was selected for further analysis and was designated as the λF7 phage clone.

Preparation of pMON9543 and pMON9556

The DNA from λF7 was digested (separately) with BamHI, BglII, EcoRI, and HindIII. The DNA was hybridized with a nick-translated EPSP synthase sequence from pMON9531 in a Southern blot procedure. Results from that experiment indicated that the complementary sequence from λF7 was on a 4.8 kb BglII fragment. This fragment was inserted into plasmid pUC9 (Vieira 1982), replicated, nick-translated, and used to probe the petunia cDNA library, using hybridization conditions as described in Section 1.(G) and 10⁴ cpm per filter. A cDNA clone with a sequence that bound to the λF7 sequence was identified, and designated as pMON9543.

DNA sequence analysis (Maxam 1977) indicated that pMON9543 did not contain the stop codon or the 3' non-translated region of the EPSP synthase gene. Therefore, the EPSP synthase sequence was removed from pMON9543, nick-translated, and used as a probe to screen the cDNA library again. A clone which hybridized with the EPSP synthase sequence was identified and designated as pMON9556. DNA sequence analysis indicated that the insert in this clone contained the entire 3' region of the EPSP synthase gene, including a polyadenylated tail. The 5' EcoRI end of this insert matched the 3' EcoRI end of the EPSP synthase insert in pMON9531. An entire EPSP synthase coding sequence was created by ligating the EPSP synthase inserts from pMON9531 and pMON9556.

1. Preparation of pMON546 Vector with CaMV35-S/EPSP Synthase Gene

The EPSP synthase insert in pMON9531 was modified by site-directed mutagenesis (Zoller et al., 1983) using an M13 vector (Messing 1981 and 1982) to create a BglII site in the 5' non-translated region of the EPSP synthase gene. The modified EPSP synthase sequence was isolated by EcoRI and BglII digestion, and inserted into vector, pMON530, a binary vector for Agrobacterium-based plant transformation to obtain pMON536. The 1.62 kb EcoRI-EcoRI fragment from pMON9556 was then inserted into pMON536 to obtain pMON546. Since pMON530 already contained a 35S promoter from a cauliflower mosaic virus (CaMV) next to the BglII site, this created a chimeric CaMV35S/EPSP synthase gene in pMON546.

pMON530, a derivative of pMON505 carrying the 35S-NOS cassette, was prepared in the following manner:

The CaMV35S promoter was isolated from the pOS-1 clone of CM4-184 as an AluI (n 7143)-EcoRI* (n 7517) fragment which was inserted first into pBR322 cleaved with BamHI, treated with Klenow fragment of DNA polymerase I and then cleaved with EcoRI. The promoter fragment was then excised from pBR322 with BamHI and EcoRI, treated with Klenow polymerase and inserted into the SmaI site of M13mp8 so that the EcoRI site of the mp8 multi-linker was at the 5' end of the promoter fragment. The nucleotide numbers refer to the sequence of CM1841 (Gardner et al., 1981). Site directed mutagenesis was then used to introduce a G at nucleotide 7464 to create a BglII site. The CaMV35S promoter fragment was then excised from the M13 as a 330 bp EcoRI-BglII fragment which contains the CaMV35S promoter, transcription initiation site and 30 nucleotides of the 5' non-translated leader but does not contain any of the CaMV translational initiators nor the CaMV35S transcript polyadenylation signal that is located 180 nucleotides downstream from the start of transcription (Covey et al., 1981; Guilley et al., 1982). The CaMV35S promoter fragment was joined to a synthetic multi-linker and the NOS 3' non-translated region and inserted into pMON200 (Fraley et al., 1985;

0002988

27

Rogers et al., 1986) to give pMON316 (see Rogers et al., 1987).

Plasmid pMON316 contains unique cleavage sites for BglII, ClaI, KpnI, XhoI and EcoRI located between the 5' leader and the NOS polyadenylation signals. Plasmid pMON316 retains all of the properties of pMON200. The complete sequence of the CaMV35S promoter, multi-linker and NOS 3' segment is given in Rogers et al., 1987. This sequence begins with the XmnI site created by Klenow polymerase treatment to remove the EcoRI site located at the 5' end of the CaMV35S promoter segment.

Plasmid pMON530 (Rogers et al., 1987) is a derivative of pMON505 prepared by transferring the 2.3 kb StuI-HindIII fragment of pMON316 into pMON526. Plasmid pMON526 is a simple derivative of pMON505 in which the SmaI site is removed by digestion with XmaI, treatment with Klenow polymerase and ligation. Plasmid pMON530 retains all the properties of pMON505 and the CaMV35S-NOS expression cassette and now contains a unique cleavage site for SmaI between the promoter and polyadenylation signal.

Binary vector pMON505 is a derivative of pMON200 in which the Ti plasmid homology region, LIH, has been replaced with a 3.8 kb HindIII to SmaI segment of the mini RK2 plasmid, pTJS75 (Schmidhauser & Helinski, 1985). This segment contains the RK2 origin of replication, oriV, and the origin of transfer, oriT, for conjugation into Agrobacterium using the tri-parental mating procedure (Horsch & Klee, 1986).

Referring to FIG. 6, plasmid pMON505 retains all the important features of pMON200 including the synthetic multi-linker for insertion of desired DNA fragments, the chimeric NOS-NPTII'-NOS kanamycin resistance determinant for selection in transgenic plants and a streptomycin/spectinomycin gene for selection in E. coli and A. tumefaciens, an intact nopaline synthase gene for facile scoring of transformants and inheritance in progeny and a pBR322 origin of replication for ease in making large amounts of the vector in E. coli. Plasmid pMON505 contains a single T-DNA border derived from the right end of the pTiT37 nopaline-type T-DNA. Southern analyses have shown that plasmid pMON505 and any DNA that it carries are integrated into the plant genome, that is, the entire plasmid is the T-DNA that is inserted into the plant genome. One end of the integrated DNA is located between the right border sequence and the nopaline synthase gene and the other end is between the border sequence and the pBR322 sequences.

Plasmid pMON546 contained (1) the CaMV35-S/EPSP synthase gene; (2) a selectable marker gene for kanamycin resistance (Kan$^R$); (3) a nopaline synthase (NOS) gene as a scorable marker; and (4) a right T-DNA border, which effectively caused the entire plasmid to be treated as a "transfer DNA" (T-DNA) region by A. tumefaciens cells.

This plasmid was inserted into A. tumefaciens cells which contained a helper plasmid, pGV3111-SE. The helper plasmid encodes certain enzymes which are necessary to cause DNA from pMON546 to be inserted into plant cell chromosomes. It also contains a kanamycin resistance gene which functions in bacteria.

A culture of A. tumefaciens containing pMON546 and pGV3111-SE was deposited with the American Type Culture Collection (ATCC) and was assigned ATCC accession number 53213. If desired, either one of these plasmids may be isolated from this culture of cells using

28

standard methodology. For example, these cells may be cultured with E. coli cells which contain a mobilization plasmid, such as pRK2013 (Ditta 1980). Cells which become Spc/Str$^R$, Kan$^S$ will contain pMON546, while cells which become Kan$^R$, Spc/Str$^S$ will contain pGV3111-SE.

## GLYPHOSATE-TOLERANT PETUNIA PLANTS

Leaf disks with diameters of 6 mm (¼ inch) were taken from surface-sterilized petunia leaves. They were cultivated on MS104 agar medium for 2 days to promote partial cell wall formation at the wound surfaces. They were then submerged in a culture of A. tumefaciens cells containing both pMON546 and GV3111-SE which had been grown overnight in Luria broth at 28° C., and shaken gently. The cells were removed from the bacterial suspension, blotted dry, and incubated upside down on filter paper placed over "nurse" cultures of tobacco cells, as described by Horsch (1980). After 2 or 3 days, the disks were transferred to petri dishes containing MS media with 500 μg/ml carbenicillin and 0, 0.1, 0.25, or 0.5 mM glyphosate (sodium salt), with no nurse cultures.

Control tissue was created using A. tumefaciens cells containing the helper plasmid pGV3111-SE and a different plant transformation vector, pMON505, which contained a T-DNA region with a NOS/NPTII/NOS kanamycin resistance gene and a NOS selectable marker gene identical to pMON546, but without the CaMV35S/EPSP synthase gene.

Within 10 days after transfer to the media containing glyphosate, actively growing callus tissue appeared on the periphery of all disks on the control plate containing no glyphosate. On media containing 0.1 mM glyphosate, there was little detectable difference between the control disks and the transformed tissue. At 0.25 mM glyphosate, there was very little growth of callus from control disks, while substantial growth of transformed tissue occurred. At 0.5 mM glyphosate, there was no callus growth from the control disks, while a significant number of calli grew from the transformed disks. This confirms that the CaMV35S/EPSP synthase gene conferred glyphosate resistance upon the transformed cells.

Transformed petunia plants were produced by regeneration from the above-described transformed leaf disks by the procedure described by Horsch, et al. (1985). The transformed plants obtained contained the pMON546 vector, described hereinabove, which contains the CaMV 35S promoter fused to the wild-type petunia EPSP synthase gene.

Four individual representative transgenic seedlings were selected, grown and tested in the testing procedure described below, along with four individual non-transformed (wild-type) petunia seedlings.

The plants were grown in a growth medium in a growth chamber at 26° C. with 12 hours of light per day. The plants were fertilized weekly with a soluble fertilizer and watered as needed. The plants were sprayed at a uniform and reproducible delivery rate of herbicide by use of an automated track sprayer. The glyphosate solution used was measured as pounds of glyphosate acid equivalents per acre, mixed as the glyphosate isopropylamine salt, with an ionic surfactant.

Four individual wild-type (non-transformed) petunia plants were selected for use as control plants. Four individual transformed plants containing the pMON546 vector were selected by kanamycin resistance as described by Horsch, et al. (1985).

5,310,667

29

The control plants and the transformed plants were sprayed with the isopropylamine salt of glyphosate at the application level listed in Table 2 below; the experimental results obtained are also summarized in Table 2.

TABLE 2

| Plant Response to Glyphosate Spraying | | |
|---|---|---|
| Plant Type | Glyphosate Dose[*] | Visual Appearance |
| Control[1] | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| Chimeric EPSP | 0.8 #/acre | growing well, showed slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and started to flower |

[*]Acid Equivalent
[1]wild-type plant or transformed with control vector (pMON505)

As indicated in Table 2, the control plants were killed when sprayed with 0.8 pounds/acre of glyphosate. In contrast, the petunia plants which were transformed were healthy and viable after spraying with 0.8 pounds/acre. The transformed plants are more resistant to glyphosate exposure than the nontransformed control plants.

Glyphosate-Tolerant Petunia EPSP Synthase

A plant transformation vector carrying a glycine (101) to alanine petunia EPSP synthase variant was prepared in the following manner.

Plasmid pMON530 DNA was digested with BglII and ClaI, to which was added the 330 bp BglII-EcoRI EPSP synthase 5' fragment from pMON536 and purified 1.4 kb EcoRI-ClaI EPSP synthase 3' fragment from pMON9566 and then treated with T4 DNA ligase. Following transformation a plasmid was isolated that carried the intact glycine (101) to alanine variant EPSP synthase coding sequence of petunia (with the coding sequence for the chloroplast transmit peptide) adjacent to the CaMV35S promoter. This plasmid was designated pMON567. Plasmid pMON567 was inserted into A. tumefaciens cells that contained helper plasmid pGV3111-SE.

A culture of A. tumefaciens cells containing pMON567/pGV3111-SE was contacted with leaf disks taken from tobacco plants (Nicotiana tobacum CV H425) as described by Horsch (1985). The Agrobacterium cells inserted the variant EPSP synthase gene into the chromosomes of the plant cells. Plant cells resistant to kanamycin were selected and regenerated into differentiated plants by the procedure of Horsch (1985).

Progeny of these plants were propagated and grown to a rosette diameter of about 10 cm corresponding to a plant age of about four weeks. The plants were sprayed with glyphosate at levels corresponding to 0.4, 2.0 and 3.6 pounds acid equiv./acre. The effect of glyphosate on the transformed plants were scored at 7, 14 and 28 days. The effect was translated to a numerical scale of 0–10 in which 0 represents total kill and 10 is the normal, unsprayed plant. The data below demonstrates that tobacco plants transformed with the glyphosate-tolerant EPSP synthase gene of petunia exhibit substantial tolerance even to these high levels of glyphosate. The

30

values represent the best transformant for both wild-type EPSP synthase and glyphosate-tolerant EPSP synthase genes.

TABLE 3

| | Relative Effect of Glyphosate[1] pounds/Acre | | | | | |
|---|---|---|---|---|---|---|
| | 0.4 | | 2.0 | | 3.6 | |
| Day | GT[2] | WT[3] | GT | WT | GT | WT |
| 7 | 8.0 | 6.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| 14 | 8.0 | 7.0 | 8.3 | 1.8 | 7.4 | 1.7 |
| 28 | 9.0 | 9.0 | 7.0 | 0.8 | 7.0 | 0.8 |

[1]0 represents total kill and 10 represents no effect.
[2]Glyphosate-tolerant petunia EPSP synthase.
[3]Wild-type EPSP synthase.

II. EPSP SYNTHASE cDNA CLONE OF TO-MATO

Complementary DNA (cDNA) libraries were prepared from poly-A plus RNA isolated from mature tomato pistils or anthers by a modification of the methods of Huynh et al. (1985) and Gubler et al. (1983) as follows:

First Strand Synthesis

Quantities given below are those used to prepare the mature pistil cDNA library, the anther cDNA library was prepared in a similar manner.

10 μl of 400 μg/ml Actinomycin D (Sigma Chemical) in 50% ethanol was dried down in each reaction tube in a Savant speed vacuum. The following reagents were added to this tube (the reagents were added in the order given):

| Vol. | Substance | Final Conc/Amount |
|---|---|---|
| 62 μl | Autoclaved water | to final 100 μl |
| 10 μl | 10 X first strand buffer | see below |
| 10 μl | 5 mM dNTP | 500 μM each A,C,G,T[1] |
| 10 μl | 100 μg/ml | oligo p(dT)1 μg[2] |
| 2 μl | RNasin (30 U/μl) | 60 U[3] |
| 2 μl | RNA | ~1.5 μg |
| 3 μl | Reverse Transcriptase | 40 units[4] |
| 1 μl | [32P]-dCTP | 20 μCi[3] |

[1]Sigma Chemical, St. Louis, MO.
[2]Collaborative Research, Lexington, MA.
[3]Promega Biotech, Madison, WI.
[4]Life Sciences, St. Petersburg, FL.
[3]Amersham, Arlington Heights, IL.

The reaction mixture was incubated at 42° C. for 60 min. The reaction mixture was frozen on dry ice and stored at −20° C.

10 X First Strand buffer

500 mM Tris-HCl pH 8.3
300 mM KCl
100 mM MgCl₂
4 mM Dithiothreitol, DTT

The quantity of cDNA synthesized was determined to be ~1.31 μg by precipitation of a portion of the reaction with trichloroacetic acid and scintillation counting.

Purification of First Strand

Biogel P60 (100–200 mesh, Bio Rad, Richmond, CA), pre-swollen in 10 mM Tris-HCl/1 mM EDTA, pH 8.0, (TE) was used to pour a column in a siliconed pasteur pipet plugged with silicon-treated glass wool (bed volume=1 ml). The column was washed with several volumes of 1 mM Tris pH 7.6/0.01 mM EDTA. The col-

5,310,667

**31**

umn was calibrated by running 90 µl of this same solution plus 10 µl of column marker buffer (see below) over the column. The void volume was determined by the fraction containing the blue dye. More buffer was added to the column to elute the red dye.

The first strand reaction was extracted twice with an equal volume of phenol. 0.5 µl 2% bromophenol blue was added to the cDNA and it was loaded on the column, and the void volume was collected.

Column Marker Buffer

5% Blue Dextrans (2M dalton, Sigma)
0.05% Phenol Red (or Bromophenol blue at 0.1%) dissolved in 20 mM Tris pH 7–8/1 mM EDTA

Second Strand Synthesis and Methylation

The first strand was dried to approximately 10 µl in a Savant speed vacuum.

| Vol. | Substance | First Conc./Amount |
|------|-----------|--------------------|
| 3.5 µl | cDNA | ~500 ng of first strand |
| 10 µl | 10X Sec. Strand Buffer | 1 X |
| 0.8 µl | 10 mM dNTP | 40 µM each 81.5 µl |
| | Water | to 100 µl final volume |
| 2 µl | DNA Pol I (NEB) | 20 U |
| 0.4 µl | E. coli DNA Ligase (NEB) | 2 U |
| 0.5 µl | RNAase H (BRL) | 1 U |
| 3 µl | 32P dCTP | 30 uCi |
| 1 µl | BSA (1:10 dil of BRL) | 50 µg/ml |

NEB=New England Biolabs, Beverly, Mass.
BRL.=Bethesda Research Labs, Gaithersberg, Md.

The reaction was incubated at 14° C. for 60 min. then at room temperature for 60 min.

The following was added:
0.5 µl 5 mM dNTP
1 µl T4 DNA polymerase (NEB)

The reaction was incubated for 30 min. at room temperature.

The following were added:
1.2 µl mM S-adenosyl L-methionine (Sigma) 12 µM
1.0 µl EcoRI Methylase (NEB) 20 U
2.4 µl 0.5M EDTA 12 mM

5 µl was removed from the reaction and added to 260 ng wild type lambda DNA (NEB) as control for methylation.

The reactions were incubated at 37° C. for 45 min.
Both the main and test reactions were heated to 68° C. for 10 min. to inactivate enzymes.

Measurements of trichloroacetic acid insoluble counts indicated that ~500 ng of ds cDNA (double stranded cDNA) was produced in the reaction.

10X Second Strand Buffer

200 mM Tris-HCl pH 7.4–7.5: 1M stock
50 mM MgCl₂: 1M stock
1.0M KCl: 4M stock
100 mM Ammonium sulfate: 1M stock
1.5 mM Beta-NAD: 150 mM stock

Assay for Completeness of Methylation

The following was added to the heat treated test methylation:
2 µl 100 mM Tris-HCl pH 7.6/100 mM MgCl₂/1.0M NaCl
12 µl water
1 µl EcoRI (20 units BRL)
0.5 µl pUC19 (0.5 µg, NEB)

**32**

The reaction was incubated for 1 hr. at 37° C.

The products were run on an agarose minigel with undigested pUC19, and lambda digested with EcoRI and HindIII as size markers. The pUC19 in the reaction digested to completion, indicating that the EcoRI was working efficiently and the lambda DNA was undigested, showing that it had been protected by the methylation reaction. This shows that the methylase was effective in blocking the EcoRI sites in the cDNA from digestion.

ds cDNA Clean Up

The second strand reaction mixture was extracted twice with an equal volume of phenol, run over a P-60 column as described above and the void volume was collected and lyophilized in a Savant speed vacuum. The cDNA was dissolved in 3 µl of 1 mM Tris-HCl pH 7.5/0.01 mM EDTA.

Ligation of Linkers to cDNA

The following was mixed in a microfuge tube:
3 µl ds cDNA (500 ng)
2.5 µl Phosphorylated EcoRI linkers (NEB, 250 ng)
1 µl 10 x Ligation buffer
1 µl 10 mM ATP
1.5 µl water (for final vol of 10 µl)
1 µl T4 DNA Ligase (~400 units NEB)

The reaction was incubated at 14° C. for 12 hr

10 x Ligation Buffer

300 mM Tris-HCl pH 7.6
100 mM MgCl₂
50 mM DTT

Removal of Linkers

The following reagents were added:
2 µl 100 mM Tris-HCl pH 7.6/100 mM MgCl₂/1.0M NaCl
6 µl water

The reaction was heated to 68° C. for 10 min. to inactivate ligase.

The following reagent was added:
2 µl EcoRI (40 units, NEB)

The reaction was incubated at 37° C. for 2.5 hr. The reaction was heated to 68° C. for 10 min. to inactivate EcoRI.

Size Cut cDNA and Separate From Linkers

5 µl of loading buffer was added to the digested cDNA/EcoRI linker reaction. The sample was electrophoresed on a 0.8% Sea Plaque agarose (FMC Corp., Rockland, Md.)/TEA (40 mM Tris-Acetate pH 8.2/1.6 mM EDTA) mini-gel containing 0.3 µg/ml ethidium bromide. The gel was run at 4 V/cm until the bromophenol blue dye had migrated 4 cm. Lambda DNA digested with HindIII and EcoRI was used as a size marker. The markers were visualized by UV fluorescence, and a fragment of gel containing cDNA ranging in size from ~600 bp to greater than 10 kb was removed.

Loading Buffer

250 mM EDTA pH 7
0.2% Bromophenol blue 50%
Glycerol

0002991

5,310,667

33

## Purification, Ligation and Packaging

The volume of the gel slice was determined to be ~500 µl by weighing and assuming a density of 1.0 g/ml, 140 µl of 20 mM Tris-HCl (pH 7.5)/200 mM NaCl/1.0 mM EDTA and 20 µl of 5M NaCl were added to the gel fragment. The mixture was heated to 68° C. for 15 min. and extracted twice with 500 µl of phenol. The DNA was purified from contaminants by chromatography on an EluTip D column (Schleicher Schuell, Keen, N.H.) according to the manufacturers instructions. The final volume was 450 µl. The amount of radioactivity in the sample was determined by scintillation counting of an aliquot, and it was determined that 70 ng of cDNA was contained in the eluted volume.

2 µl (2 ug) lambda gt 10 arms (Vector Cloning Systems, San Diego, Calif.) were added to the cDNA followed by the addition of 2 volumes of cold ethanol. The sample was chilled to −80° C. for 15 min. and the precipitate was pelleted in a microfuge for 15 min. The tube was drained and rinsed with 200 µl of −20° C. 70% ethanol with caution so as not to disturb the pellet. The pellet was air dried for 30 min.

The following was added:

7.2 µl Water
1 µl 10 X Ligation buffer
1 µl ATP
0.8 µl T4 DNA ligase

The reaction was incubated for 20 hrs at 14° C.

### 10 x Ligation Buffer

200 mM Tris-HCl pH 7.6
100 mM MgCl₂
50 mM Dithiothreitol (DTT)

One fourth (2.5 µl) of the ligation reaction was packaged in vitro into phage using Gigapack packaging extracts (Stratagene Cloning Systems, San Diego, Calif.) according to the manufacturers instructions. Subsequent plating of the phage showed that this reaction contained 10⁶ recombinant plaque forming units (PFU). Packaging of the entire ligation mix would therefore produce 4×10⁶ PFU. The remainder of the ligation mix was stored at −20° C. for future use.

Plaque lifts from the two libraries were screened with a ³²P-labeled fragment from pMON6145 containing the complete coding sequence of petunia EPSP synthase. pMON6145 is a derivative of plasmid pGEM2 (Promega Biotech, Madison, Wis.) described in the above-referenced and incorporated application Ser. No. 879,814, which carries a full-length cDNA clone of petunia EPSP synthase. Two hybridizing plaques were isolated from each library. The large EcoRI fragments of the two pistil clones (P1 and P2) were subcloned into pUC19 (New England Biolabs), and the small EcoRI fragments were cloned into pUC119 forming plasmids 9591, 9589, 9595 and 9596, respectively.

pUC119 is constructed by isolating the 476 bp Hgi AI/Dra I fragment of bacteriophage M13 and making the ends of the fragment blunt with T4 DNA polymerase (New England Biolabs). This fragment was inserted into pUC19 (Yanisch-Perron et al., 1985) that has been digested with Nde I and filled in with Klenow DNA polymerase (New England Biolabs). The resulting plasmid (pUC119) can be used to produce single stranded DNA if cells harboring the plasmid are infected with a defective phage such as R408 (Stratagene Cloning Systems).

34

In order to introduce an NcoI site and an ATG translational initiation codon at the site predicted to be the start of the mature enzyme for in vitro expression in E. coli the 1.6 kb EcoRI/HindIII fragment of pMON9591 was cloned into EcoRI/HindIII digested M13mp18 (New England Biolabs) producing a phage designated M9568. This clone was mutagenized with the oligonucleotide:

5′-AGCACAATCTCATGGGGTT-CCATGGTCTGCAGTAGCC-3′

as previously described. Sequencing confirmed the success of the mutagenesis and the resulting phage was designated M9575. The 1.6 kb EcoRI/HindIII fragment of this phage was inserted into EcoRI/HindIII digested pMON6140. This plasmid was designated pMON9717. Plasmid pMON6140 is a derivative of pGEM1 (Promega Biotech, Madison, Wis.) which carries the same full-length cDNA clone of petunia EPSP synthase as described above for pMON6145.

In vitro transcription and translation of pMON9717 failed to produce an active enzyme. Subsequent sequencing of the cDNA from which this clone was prepared (pMON9591) revealed a single nucleotide deletion in the coding sequence which would result in a frame shift in the coding sequence. The region containing this deletion was replaced by the corresponding region from pMON9589 by exchanging the 900 bp BamHI/HindIII fragment of pMON9717 with the corresponding fragment of pMON9589. This plasmid was designated pMON9718. In vitro analysis of pMON9718 showed it coded for active tomato EPSP synthase.

A vector for high level expression in E. coli was constructed to further characterize the tomato EPSP synthase. The NcoI/HindIII fragment of pMON9718 containing the coding sequence for tomato EPSP synthase was inserted into NcoI/HindIII digested pMON5521. This placed the tomato EPSP synthase coding sequence under the control of the E. coli RecA promoter (Horii et al., 1980; Sancar et al., 1980). This plasmid was designated pMON9719. Plasmid pMON9719 was able to complement the EPSP synthase deficiency of an E. coli aroA variant (SR481) demonstrating the synthesis of active EPSP synthase.

To introduce the alanine for glycine substitution at position 101 of tomato EPSP synthase, the wild-type EPSP synthase coding sequence in phage M9568 was mutagenized with the oligonucleotide.

5′-GCCGCATTGCTGTAGCTGCATTT-CCAAGG-3′

by method of Eoller and Smith (1983) as described previously. The phage is then mutagenized with the oligonucleotide.

5′-CTCAATCCTAGGAACGTCAT-CAAGAACATA-3′

to introduce the aspartate for glycine change at position 144 of the mature enzyme. A plant transformation vector capable of producing the glyphosate resistant form of tomato EPSP synthase in transgenic plants is constructed as follows:

A BglII site is engineered upstream of the ATG translation initiation codon of tomato pre-EPSP synthase by performing site directed mutagenesis on pMON9596. The mutagenesis is performed by the

5,310,667

35

method of Kunkel (1985) using the oligodeoxynucleo-tide.

5'-GCCATTTCTTGTGAAAAAGATCTTT-CAGTTTTTC-3'

The 700 bp EcoRI/BamHI fragment of the phage which had been engineered to include the glycine (101) to alanine and glycine (144) to aspartic acid changes is then transferred into EcoRI/BamHI digested pMON9718 replacing the corresponding wild-type fragment.

The 70 bp BGlII/Eco RI fragment of the altered pMON9596 is then combined with the 1.6 kb EcoRI/-HindIII fragment of the M9718 derivative into BglII/-HindIII digested pMON550. pMON550 is a derivative of pUC19 (Yanisch-Perron et al. 1985) produced by inserting the synthetic DNA fragment.

5'-AGCTTTCTAGAAGATCTCCATG-GAGGCCTGGTAC-3'

3'-AAGATCTTCTAGAGGTACCTCCGGAC-5'

into pUC19 digested with HindIII and Kpn 1. This reconstitutes a complete tomato EPSP synthase precursor gene which includes the alanine for glycine substitution.

For insertion into a plant transformation vector a convenient site is engineered at the 3'-end of the coding sequence by digestion with HindIII, making the ends blunt and inserting a ClaI linker (New England Biolabs). The 1.7 kb BglII/ClaI fragment of this plasmid is then inserted into BglII/ClaI digested plant transformation vector such as pMON316. The resulting plasmid has the tomato EPSP synthase precursor coding sequence with alanine for glycine substitution at position 101, and the glycine to aspartate substitution at position 144 of the mature EPSP synthase sequence under control of the CaMV35S promoter. Transformation of plants, such as tomato, with this vector leads to the production of a high level of the glyphosate-tolerant enzyme, resulting in glyphosate tolerant plants.

III. EPSP Synthase Genomic Clone of Arabidopsis

An *Arabidopsis thaliana* genomic bank was prepared by cloning size fractionated (15–20 kb) MboI partially digested DNA into BamHI and EcoRI digested lambda EMBL3 (Strategene Cloning Systems, San Diego, Calif.). Approximately 10,000 plaques of phage from this library were screened with [32P] labeled petunia EPSP synthase probe (pMON9566 described hereinbefore). A strongly hybridizing plaque, designated E1, was purified. Southern blots of the phage DNA with the EPSP synthase probe identified two fragments which hybridized very strongly. The first fragment was a 1.0 kb HindIII fragment and the other was a 700 bp BamHI fragment. These fragments were subcloned into plasmid pUC119 and designated pMON574 and pMON578.

The DNA sequences for the two inserts were then determined by the method of Sanger (1977). The sequence data indicated that the phage did contain the EPSP synthase gene of Arabidopsis by its strong homology to the petunia EPSP synthase sequence. The 700 bp BamHI fragment was used as a hybridization probe against the phage and Arabidopsis genomic DNA to identify restriction fragments suitable for the cloning of the entire EPSP synthase gene. Two hybridizing BglII fragments of 6.0 kb and 3.2 kb were identified in

36

the E1 phage clone. These fragments were separately subcloned into pMON550 to provide DNA for further experiments and designated pMON582 and pMON583, respectively. Two additional subclones were made from clones pMON582 and pMON583. Plasmid pMON584 is the 1.8 kb EcoRI to BamHI fragment containing the 5'-end of the Arabidopsis EPSP synthase gene in pUC118 which is prepared from pUC18 in a manner analogous to the preparation of pUC119 from pUC19 described hereinbefore. Plasmid pMON589 is the 2.8 kb BamHI to BlgII fragment containing the 3'-end of the Arabidopsis EPSP synthase gene in pUC119. Sequence determination from the BamHI site of pMON584, and from the BamHI site of pMON589 completed the sequence of the coding regions of the gene.

The coding sequence was altered so that the expressed Arabidopsis EPSP synthase would include the alanine for glycine substitution at position 101 of the mature enzyme. Plasmid pMON578 was mutagenized with the oligonucleotide:

5'-CTTTACCTCGGTAATGCAGCTACAG-CAATGCG-3'

by the method of Kunkel (1985) A portion of the resulting plasmid, pMON594, was sequenced to verify the mutation. pMON594 was then mutagenized with the oligonucleotide:

5'-TTGGTGCTTAAGCAGCTTGACGCT-GATGTTG-3'

by the method of Kunkel (1985) to introduce the aspartate for glycine mutation at position 144 of the mature enzyme. The resulting plasmid was partially sequenced to verify the success of the mutagenesis. This construct containing the internal 730 bp Bam HI fragment of the Arabidopsis EPSP synthase gene with the glycine (101) to alanine and glycine (144) to aspartic acid mutations was designated pMON9930.

A ClaI site is required just upstream of the translational initiation site for insertion of the Arabidopsis EPSP synthase gene into plant transformation/expression vectors. A 370 bp SnaBI/BamHI fragment of pMON584 including the translational initiation site and 65 bp of 5'-untranslated region was cloned into EcoRV-/BamHI digested Bluescript KS (Strategene Cloning Systems, San Diego, Calif.) forming pMON9734.

The entire Arabidopsis gene was reconstructed for plant transformation experiments as follows: the 3.0 kb BamHI to BglII fragment containing the 3' half of the gene was excised from pMON583 and inserted into the unique BamHI site of pMON9734. This plasmid pMON588, has a unique BamHI site in the middle of the gene. The 800 bp BamHI fragment from pMON9930 was then inserted into the unique BamHI site of pMON588. This resulting plasmid, pMON982, contains the entire EPSP synthase gene with the alanine for glycine substitution at position 101 and the aspartic acid for glycine substitution at position 144 of the mature protein. pMON982 was digested with Cla I and treated with Klenow polymerase in the presence of dATP, dCTP, TTP, and dGTP to produce a blunt end. The plasmid was then digested with Eco RI and the 3.5 kb fragment containing the entire variant Arabidopsis EPSP synthase coding region with the alanine for glycine substitution at position 101 and the asparate for glycine substitution at position 144 of the mature pro-

5,310,667

37

tein is inserted into pMON979 under the control of the duplicated 35S promoter of CaMV (Kay et al., 1987). The resulting construct, pMON987 (FIG. 5) is then introduced into *Agrobacterium tumefaciens* ACO as described hereinbefore.

The Agrobacterium harboring the pMON987 plasmid is used to transform explants of *Brassica napus* as described by the method of Fry et al. (1987). Gentamicin resistant plants are then obtained. The plants will have the pMON987 DNA integrated into their genomes and will be tolerant to glyphosate.

IV. EPSP Synthase of *Glycine Max*

The cDNA clone for EPSP synthase of *Glycine max* (soybean) was isolated from a library constructed from RNA isolated from *G. max* root tips. The library was constructed using the commercially available Amersham cDNA synthesis kit (Amersham Corp., Arlington Hts., Ill.), and lambda gt10 from Vector Cloning Systems (San Diego, Calif.). The library was screened with an insert from pMON578 which contains part of the Arabidopsis EPSP synthase gene and hybridizing plaques were isolated and their inserts subcloned into Bluescript plasmids (Vector Cloning Systems, San Diego, Calif.), and single stranded phage. The sequence of a portion of one of the cDNA clones (pMON9752, containing a 1600 bp cDNA) was determined. Referring to FIG. 2, the protein deduced from the nucleotide sequence has strong homology to the petunia sequence in the region corresponding to the mature protein. Notably, amino acids 94-107 of the petunia enzyme are identical to amino acids 97-110 of the mature *G. max* enzyme (a three amino acid insertion in the *G. max* enzyme relative to the petunia near the amino terminus of the mature protein is responsible for the difference in numbering).

The *Glycine max* enzyme was altered to change the glycine at position 104 (which corresponds to Gly 101 in petunia) to an alanine by site directed mutagenesis using the oligonucleotide:

5'-AAAGGACGCATTGCACTGGCAGCATTT-CCAA-3'

according to the method of Kunkel (1985) resulting in plasmid pMON9923.

The gly 147 to asp mutation (corresponding to the petunia gly 144 to asp) was introduced into pMON9923 by site directed mutagenesis using the synthetic oligonucleotide primer.

5' GCAATCAACATCTGCGTCAAGTTAA 3'

by the method of Kunkel (1985). The gly 104 to ala and gly 147 to asp mutations were confirmed by DNA sequence analysis. The resulting plasmid containing both mutations was designated pMON9952.

An *E. coli* expression vector for wild type soybean EPSPS was constructed by engineering an NcoI site at the predicted start of the mature soybean coding sequence by the method of Kunkel (1985). This sequence was then inserted into pMON9563, replacing the coding sequence for mature petunia EPSPS resulting in pMON9904. To construct a vector for bacterial expression of the variant form of soybean EPSPS a KpnI/ClaI fragment of pMON9952 was used to replace the corresponding wild type fragment in pMON9904 resulting in pMON9953. pMON9953 was shown to complement the aroA defect of *E. coli* SR481. EPSP synthase extracted

38

from these bacteria was shown to be glyphosate tolerant.

The original cDNA clone for soybean EPSPS did not contain the complete sequence for the transit peptide. To construct a vector for expression of the variant soybean EPSPS in higher plants a complete coding sequence was needed. A soybean genomic library was purchased from Clontech Inc. (Palo Alto, Calif.). The library was screened with a [32]P-labelled probe made from the soybean cDNA. A hybridizing clone was isolated and a 5.5 kb SalI fragment of this phage was subcloned (pMON1608) and was shown to contain the entire transit peptide sequence. A BglII site was engineered just upstream of the start codon by oligonucleotide directed mutagenesis by the method of Kunkel (1985) resulting in pMON1618. A BglII fragment of pMON1618 was cloned into BglII digested pMON977, a plant transformation vector with the enhanced version of the 35S promoter (Kay et al., 1987) and the 3'-end of the E9 rbcS gene of pea (Broglie et al., 1984) in the correct orientation for the 35S promoter to drive expression of EPSPS (pMON1619). To complete the construction of the plant expression vector the EcoRI fragment of pMON9952 containing the variant EPSPS mature coding sequence is used to replace the EcoRI fragment of pMON1619. The resulting plasmid is then introduced into plants which will exhibit enhanced tolerance to glyphosate herbicide.

V. EPSP Synthase Gene From *Brassica Napus*

DNA was isolated from *Brassica napus* (c.v. Westar) by standard methods. The DNA was partially digested with the restriction endonuclease MboI (New England Biolabs). Fragments ranging in size from 12 to 24 kb were separated from smaller and larger fragments by electrophoresis on an agarose gel, and were isolated from the gel on DEAE membrane (Amersham). The fragments were ligated into the commercially available lambda cloning vector Lambda-Dash (Stratagene Inc.). Recombinant phage were plated and nitrocellulose replicas were made from the plates by standard methods. The filters were probed with an 850 bp HindIII fragment of the cDNA for Arabidopsis EPSP synthase which was isolated from a cDNA library by standard methods using probes made from the Arabidopsis EPSP synthase genomic clones described hereinbefore. The hybridizing clones were picked and rescreens were performed with the same probe and with a probe made from pMON9717, the tomato EPSP synthase cDNA described hereinbefore. Those clones hybridizing strongly to both probes were isolated and propagated for DNA purification. A 3.8 kb BglII fragment was cloned into pUC119 to form pMON663. Subclones of this plasmid were made and sequenced, positively identifying the clone as an EPSP synthase gene. The clone includes 270 bp of 5' untranslated and flanking sequence, all eight exons and seven introns of the gene and ~800 bp of 3'-untranslated and flanking sequence.

To facilitate construction of plant transformation vectors a BglII site was introduced just upstream of the ATG translation initiation codon of the *B. napus* EPSP synthase gene by mutagenesis of pMON663 (Kunkel, 1985) with the primer:

5'-GCTAGATTCGCCATAGATCTGAATTT-GAAAGC-3'

The glycine to alanine change at position 101 of the mature *B. napus* EPSP synthase was then introduced by

5,310,667

39

similar mutagenesis of the resulting plasmid with the oligonucleotide:

5'-GGACGCCATGGCTGTAGCTGCATTC-CCAAG-3'

A third mutagenesis is then carried out to change the codon for amino acid 144 of the mature protein from glycine to aspartate using the oligonucleotide:

5'-ACTCAACATCAGCATCAAGCTGCT-TAAG-3'

The resulting plasmid is then digested with BglII and EcoRI and the variant B. napus EPSP synthase gene is isolated and inserted into a plant transformation vector similar to pMON987 described hereinbefore. This plasmid is then introduced into an appropriate Agrobacterium strain such as ACO, described hereinbefore, and used to transform plants such as Brassica napus. Plants which have integrated this plasmid, or another similar plasmid constructed with this gene into their genomes will be tolerant to glyphosate.

VI. EPSP Synthase Gene From Maize

Construction of a Glyphosate Tolerant Maize Gene

Maize seeds were imbibed for 12 hr in water, the embryos, including the scutella, were dissected from the seeds and RNA was purified from this material by the method of Rochester et al. (1986). PolyA-mRNA was isolated from the RNA by chromatography on oligo dT cellulose, and was used to construct a cDNA library as described hereinbefore. The library was screened with a $^{32}$P labelled RNA probe synthesized in vitro from pMON9717 (tomato EPSP synthase cDNA) which had been linearized with HindIII. The probe was synthesized with T7 RNA polymerase (Promega, Madison, Wis.) according to the manufacturers instructions. Hybridizing plaques were isolated, replated and nitrocellulose lifts from the plates were screened with the same probe. Plaques representing single clones which hybridized strongly to the tomato probe were isolated, propagated and used to prepare DNA. A clone designated lambda-z14 was found to contain a 1.8 kb EcoRI insert. The insert of this phage was subcloned into the EcoRI site of Bluescript KS+ (Stratagene, San Diego, Calif.) to form pMON9935. The complete sequence of this cDNA clone was determined and used to deduce the amino acid sequence shown in FIG. 1. To facilitate future constructions an Xba I site was engineered immediately upstream of the first ATG initiation codon of this clone by oligonucleotide mediated mutagenesis by the method of Kunkel using the oligonucleotide:

5'-TACCAACCATCCGGCGTCTAGAGG-CAATGGCGGC-3'

producing plasmid pMON9950. pMON9950 was digested with Xba I and religated to eliminate the 126 bp Xba I fragment at the 5' end of the cDNA forming pMON9951. To produce a coding sequence which encodes for a glyphosate tolerant form of maize EPSP synthase, pMON9951 was mutated by the method of Kunkel using the oligonucleotide:

5'-CTTCTGGGGAATGCTGCTACT-GCAATGCGGC-3'

resulting in pMON9960. This mutagenesis will change a residue in the conserved sequence

40

—L—G—N—A—G—T—A— to an alanine in the resulting protein. The glycine residue is amino acid 163 of the predicted maize preEPSP synthase. This would correspond to amino acid 95–105 of the mature protein depending on the precise transit peptidase cleavage site which has not been determined. pMON9960 was then mutagenized by the same method with the oligonucleotide:

5'-TCGGATTGAAGCAGCTTGACG-CAGATGTTGAT-3'

resulting in the formation of pMON8617, which would include the aspartate for glycine substitution at position 206 of the maize EPSP synthase precursor. This would correspond to a position between amino acid residues 139 and 149 of the mature protein.

To demonstrate that this alteration produced a glyphosate tolerant maize EPSP synthase, protein was produced from pMON9951 and pMON8617 by in vitro transcription with T7 RNA polymerase, followed by in vitro translation as follows: Plasmid DNA (pMON9951 and pMON8617) containing the full-length EPSP synthase cDNA was linearized with EcoRI. The linearized plasmid DNA was transcribed in vitro with T7 polymerase essentially as described by Krieg et al. (1984). The standard reaction buffer contained 40 mM Tris-HCl (pH 7.9), 6 mM MgCl₂, 10 mM dithiothreitol, 2 mM spermidine, 80 U·RNAsin ribonuclease inhibitor, 0.5 mM each of ATP, GTP, CTP and UTP, in a final reaction volume of 100 μl. The final RNA pellet was resuspended in 20 μl of sterile water and stored at −80° C. A standard translation reaction contained 100 μl of nuclease-treated rabbit reticulocyte lysate, 5.7 μl of a 19-amino acid mixture (minus methionine) at 1 mM each, 5.7 μl of RNA (total RNA transcripts derived from 0.63 μg of plasmid DNA), 16 μl RNAsin (20U/μl) ribonuclease inhibitor, and 58.3 μl of [$^{35}$S] methionine (14–15 mCi/ml). The in vitro translation products were stored frozen at −80° C.

The products of the in vitro translation were then assayed for EPSP synthase activity as described herein. The product of pMON8617 showed detectable EPSP synthase activity in the absence of glyphosate. When the assay was repeated in the presence of 1.0 mM glyphosate no activity was detected. In contrast the variant preenzyme product of pMON8617 showed a high level of tolerance to glyphosate, showing only slight inhibition at 1 mM glyphosate, 25% inhibition at 10 mM glyphosate and greater inhibition, but still showing detectable activity at 100 mM glyphosate.

For expression in maize cells the coding sequence of the glyphosate tolerant variant form of maize pre-EPSP synthase is excised from pMON9960 and inserted between a promoter known to function in maize cells, such as the CaMV35S promoter, and the poly A addition site of the nopaline synthase gene or another suitable gene. In addition, an intron such as the first intron of the maize ADH1 gene may be included in the 5'-untranslated region of the expression unit which may enhance expression of the chimeric gene (Callis et al., 1987).

One such vector was constructed as follows: the plasmid pUC119 (described hereinbefore) was digested with Eco RI and Hind III. The synthetic DNA fragment:

5,310,667

**41**

5'-AATTGCGGCCGCGRRAACT-
GCAGCCCGGGCGGCCGC-3'

3'-CGCCGGCGCAATT-
GACGTCGGGCCCGCCGGCGTCGA-5'

was inserted into the digested plasmid to create pMON914. Through a series of standard cloning steps the enhanced version of the 35S promoter (Kay et al. 1987) a multilinker sequence, and 3'-end of the nopaline synthase gene were inserted into plasmid pMON914 to form pMON9948. A 557 bp BCl1/BamHI fragment containing the first intron of the maize ADH1 gene (Callis et al. 1987) was inserted into the BglII site of pMON9948 to form pMON9955. For expression in maize cells and plants the coding sequence of the variant EPSP synthase was removed from pMON8617 on an Xba I/EcoRI fragment and inserted into pMON9955 which had been digested with XbaI and ExoRI resulting in pMON8631 (FIG. 7). This plasmid contains an expression unit consisting of the enhanced version of the CaMV 35S promoter, the first intron of the maize ADH1 gene (in the 5' untranslated sequence), the maize preEPSP synthase cDNA with the glycine to alanine and glycine to aspartate changes and the nopaline synthase 3'-end.

Transgenic maize cells can be prepared by bombarding maize cells, such as the suspension line BMSI (ATCC 54022), with particles coated with pMON8631 by the method of Klein et al. (1988) or the method of Christou et al. (1988). The cells are then selected FOR 1-3 weeks in medium containing 5 mM glyphosate followed by selection on solid medium containing 5 mM glyphosate. Calli which have incorporated and are expressing the chimeric variant EPSP synthase gene can be identified by their rapid growth on the solid medium.

Alternatively the EPSP synthase expression unit is inserted into a vector which includes the neomycin phosphotransferase gene under control of the CaMV35S promoter, or a similar vector with a different marker gene that allow for a selection of transformed maize cells. This vector, or a similar vector using any other glyphosate resistant coding sequences constructed as described in the claims and examples of this application, is then introduced into maize cells as described in the following example.

Preparation of Maize Protoplasts

. Protoplasts are prepared from a Black Mexican Sweet (BMS) maize suspension line, BMSI (ATCC 54022) as described by Fromm et al. (1985 and 1986). BMSI suspension cells are grown in BMS medium which contains MS salts, 20 g/l sucrose, 2 mg/l 2,4-dichlorophenoxy acetic acid, 200 mg/l inositol, 130 mg/l asparagine, 1.3 mg/l niacin, 0.25 mg/l thiamine, 0.25 mg/l pyridoxine, 0.25 mg/l calcium pantothenate, pH 5.8. 40 ml cultures in 125 erlenmeyer flasks are shaken at 150 rpm at 26° C. The culture is diluted with an equal volume of fresh medium every 3 days. Protoplasts are isolated from actively growing cells 1 to 2 days after adding fresh medium. For protoplast isolation, cells are pelleted at 200 X g in a swinging bucket table top centrifuge. The supernatant is saved as conditioned medium for culturing the protoplasts. Six ml of packed cells are resuspended in 40 ml of 0.2M mannitol/50 mM CaCl2/10 mM sodium acetate which contains 1% cellulase, 0.5% hemicellulase and 0.02% pectinase. After incubation for 2 hours at 26° C., protoplasts are separated by filtration through a 60 um nylon

mesh screen, centrifuged at 200 X g and washed once in the same solution without enzymes.

Transformation of Maize Protoplasts Using an Electroporation Technique

Protoplasts are prepared for electroporation by washing in a solution containing 2 mM potassium phosphate pH 7.1, 4 mM calcium chloride, 140 mM sodium chloride and 0.2M mannitol. After washing, the protoplasts are resuspended in the same solution at a concentration of 4 X 10E6 protoplasts per ml. One-half ml of the protoplast containing solution is mixed with 0.5 ml of the same solution containing 50 micrograms of super-coiled plasmid vector DNA and placed in a 1 ml electroporation cuvette. Electroporation is carried out as described by Fromm et al. (1986). As described, an electrical pulse is delivered from a 122 or 245 micro-Farad capacitor charged to 200 V. After 10 minutes at 4° C. and 10 min at room temperature protoplasts are diluted with 8 ml of medium containing MS salts 0.3M mannitol, 2% sucrose, 2 mg/l 2,4-D, 20% conditioned BMS medium (see above) and 0.1% low melting agarose. After 2 weeks in the dark at 26° C., medium without mannitol and containing kanamycin is added to give a final concentration of 100 mg/l kanamycin. After an additional 2 weeks, microcalli are removed from the liquid and placed on a membrane filter disk above agarose-solidified medium containing 100 mg/l kanamycin. Kanamycin resistant calli composed of transformed maize cells appear after 1-2 weeks.

Glyphosate tolerant maize cells

As described by Fromm et al. (1986), transformed maize cells can be selected by growth in kanamycin containing medium following electroporation with DNA vectors containing chimeric kanamycin resistance genes composed of the CaMV35S promoter, the NPTII coding region and the NOS 3' end. These cells would also be producing the glyphosate tolerant form of EPSP synthase and would tolerate elevated levels of glyphosate.

The electroporated cells could also be selected as described above by transferring them directly into glyphosate containing liquid medium followed by selection on solid medium containing glyphosate.

Alternative methods for the introduction of the plasmids into maize, or other monocot cells would include, but are not limited to, the injection method of Neuhaus et al. (1987), the injection method of de la Pena et al. (1987) or the microprojectile methods of Klein et al. (1987) and McCabe et al. (1988).

The embodiments described above are provided to better elucidate the practice of the present invention. It should be understood that these embodiments are provided for illustrative purposes only, and are not intended to limit the scope of the invention.

BIBLIOGRAPHY

Adams, S. P. and Galluppi, G. R. (1986) *Medicinal Research Reviews* 6:135-170.

Adams, S. P., et al., (1983) *J. Amer. Chem. Soc.* 105:661.

Ausubel, F., et al., (1980) *Plant Mol. Bio. Newsletter* 1:26-32.

Bachman, B. J., et al., (1980) *Microb. Rev.* 44:1-56.

Brau, et al., *Mol. Gen. Genet.* 193:179-187 (1984).

Broglie, R., et al., (1983) *Bio/Technology* 1:55-61.

5,310,667

43

Broglie, R., et al., (1984) *Science* 224:838–843.

Callis, J., Fromm, M. and Walbot, V. (1987) *Genes and Develop.* 1:1183–1200.

Charles, G. Keyte, J. W., Brammer, W. J., Smith, M. and Hawkins, A. R. (1986) *Nucleic Acids Res.* 14:2201–2213.

Covey, S., Lomonossoff, G. and Hill, R., (1981) *Nucleic Acids Res.* 9:6735.

de la Pena, A., Lorz, H. and Schell, J. (1987) *Nature* 325:274–276;

DePicker, A., et al., (1982) *J. Mol. Appl. Gen.* 1:561.

Ditta, G., et al., (1980) *Pro. Natl. Acad. Sci. USA* 77:7347.

Duncan, K., Lewendon, A. and Coggins, J. R. (1984) *FEBS Lett.* 170:59–63.

Fraley, R. T., Rogers, S. G., Horsch, R. B., Eichholtz, D. A., Flick, J. S., Fink, C. L., Hoffmann, N. L. and Sanders, P. R. (1985) *Bio/Technology* 3:629–635.

Fromm, M., Taylor, L. P. and Walbot, V. (1985) *Proc. Nat. Acad. Sci. USA* 82:5824–5828.

Fromm, M., Taylor, L. P. and Walbot, V. (1986) *Nature* 319:791–793.

Gardner, R., Howarth, A., Hahn, P., Brown-Luedi, M., Shepherd, R. and Messing, J., (1981) *Nucleic Acids Res.* 9:2871.

Gritz and Davies, *Gene* 25:179–188 (1984).

Guilley, H., Dudley, R., Jonard, G., Balaz, E. and Richards, K. (1982) *Cell* 30:763.

Goldberg, R. B., et al., (1981) *Devel. Bio.* 83:201–217.

Gubler, U., and Hoffman, B. H. (1983) *Gene* 25:263–269.

Horsch, R. and Klee, H., (1986) *Proc. Natl. Acad. Sci. USA* vol. 83, 4428–4432.

Horsch, R. B., and Jones, G. E. (1980) *In Vitro* 16:103–108.

Horii, T., et al. (1980) *P.N.A.S. USA* 77:313.

Hunkapiller, M. W., et al. (1983b) *Methods Enzymol.* 91:486–493.

Huynh, T. V. Young, R. A. and Davis, R. W. (1985) *DNA Cloning Techniques: A Practical Approach*, D. Glover ed., IRL Press, Oxford.

Kay, A., Chan, A., Daly, M., and McPherson, J. (1987) *Science* 236:1299–1302.

Klein, T. M., Wolf, E. D., Wu, R. and Sanford, J. C. (1987) *Nature* 327:70–73.

Krieg, P. A. and Melton, D. A. (1984) *Nucleic Acids Res.* 12:7057–7070.

Kunkel (1985) *P.N.A.S. USA* 82:488–492.

Lemke, G. and Axel, R. (1985) *Cell* 40:501–508.

Maniatis, T., et al. (1982) *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Labs., NY.

Marmur, J. (1961) *J. Mol. Biol.* 3:208–210.

Maskell, D. J. et al. (1988) *J. Bacteriology* 170,6:2467–2471.

Maxam, A. M. and Gilbert, W., (1977) *P.N.A. USA* 74:560–564.

McCabe, D. E., et al. (1988) *Bio/Technology* 6:923.

Messing, J. et al. (1981) *Nucleic Res.* 9:309–321.

Mousdale, D. M. and Doggins, J. R. (1984) *Planta* 160:78–83.

Neuhaus, G., et al. (1987) *Theor. Appl. Genet* 75:30.

Okayama, H. and Berg, P. (1982) *Mol. Cell. Biol.* 2:161.

44

Padgette, S. R., et al. (1987) *Arch. Biochem. Biophys.* 258:564–573.

Rao, R. N. and Rogers, S. G. (1979) *Gene* pp. 7:79–82.

Rochester, D. E., Winter, J. A. and Shah, D. M. (1986) *EMBO J.* 5:452–458.

Rogers, S., Horsch, R. and Fraley, R., (1986) *Methods in Enzymology* Vol. 118 (H. Weissbach and A. Weissbach, eds.) p.627, Academic Press, New York.

Rogers, S. G., et al. (1983) *Appl. Envir. Microbia.* 46:37–43.

Rogers, S., Klee, H., Horsch, R. and Fraley, R. (1987) *Methods in Enzymology* Vol. 153 (R. Wu and L. Grossman, eds.) p.253, Academic Press, New York.

Sancar, A., et al. (1980) *P.N.A.S. USA* 77:2611.

Sanger, et al. (1977) *Proc. Natl. Acad. Sci. USA* 74:5463.

Scherer, et al. (1981) *Developmental Bio.* 86:438–447.

Schimke, R. T. ed. (1982) *Gene Amplification.* Cold Spring Harbor Labs.

Schmidhauser, T. and Helinski, D. (1985) *J. Bacteriology* 164:446.

Schuler, M. A., Schmitt, E. S. and Beachy, R. N. (1982) *Nucl Acids Res.* 10:8225–8244.

Soberson, et al. (1980), *Gene* 9:287–305.

Southern, E. M. (1975), *J. Mol. Biol.* 98: 503–517.

Stalker, D. M., Hiatt, W. R. and Comai, L., (1985) *J. Biol Chem.* 260:4724–4728.

Steinrucken, H. and Amrhein, N. (1980) *Biochem. & Biophys. Res. Comm.* 94:1207–1212.

Vieira, J. et al., (1982) *Gene* 19:259–268.

Yanisch-Perron, C., Vieira, J. and Messing, J. (1985) *Gene* 33:103–119.

Zoller, M. M. et al. (1983) *Methods Enzymol.* 100:468.

We claim:

1. A method for producing a gene encoding a glyphosate-tolerant     5-enolpyruvyl-3-phosphoshikimate (EPSP) synthase enzyme which comprises the steps of altering a gene encoding EPSP synthase to cause the substitution of an alanine residue for the second glycine residue in a first amino acid sequence:

$$-L-G-N-A-G-T-A-$$

located between positions 80 and 120 in a mature EPSP synthase sequence and further altering said gene to cause the substitution of an amino acid residue selected from the group consisting of aspartic acid and asparagine for the terminal glycine residue in a second amino acid sequence:

$$-E-R-P-I-x_1-x_2-L-V-x_3-x_4-L-x_5-$$
$$x_6-x_7-G-A-$$

wherein $x_1$, $x_2$, $x_3$, $x_4$, $x_6$ and $x_7$ are any amino acid residue, and $x_5$ is either arginine or lysine, said second amino acid sequence located between positions 120 and 160 in the mature EPSP synthase sequence.

2. A method of claim 1 in which the glyphosate-tolerant EPSP synthase is produced from a plant EPSP synthase.

3. A method of claim 1 in which the glyphosate-tolerant EPSP synthase is produced from a wild-type bacterial EPSP synthase.

4. A method of claim 1 in which the glycine residue of the second amino acid sequence is replaced with an aspartic acid residue.

* * * * *

S/N 08/844,555                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for consideration in connection with the above-identified patent application. Applicants respectfully request that this Supplemental Information Disclosure Statement be entered and the documents listed on the attached Form 1449 be considered by the Examiner and made of record. Pursuant to the provisions of MPEP 609, Applicants further request that a copy of the 1449 forms, initialled by the Examiner to indicate that all listed citations have been considered, be returned with the next official communication.

Applicants have included the fee of $240.00 under 37 C.F.R. §§ 1.97(c) and 1.17(p). **Please charge any additional fees or credit any overpayment to Account No. 19-0743.**

The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  27 Feb 1999        By _____
WDW:jsf                          Warren D. Woessner
                                 Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on February 24, 1999.

CHRIS HAMMOND                              Chris Hammond
_____                           _____
Name                                      Signature

0002998

Sheet 1 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 07/392,176 | | Adams et al. | | | 08/09/89 |
| | 4,520,113 | 05/28/1985 | Gallo et al. | 436 | 504 | 04/23/84 |
| | 4,536,475 | 08/20/1985 | Anderson | 435 | 172.3 | 10/05/82 |
| | 4,708,818 | 11/24/1987 | Montagnier et al. | 435 | 5 | 12/05/83 |
| | 4,945,050 | 07/31/1990 | Sanford et al. | 435 | 172.1 | 11/13/84 |
| | 4,956,282 | 09/11/1990 | Goodman et al. | 435 | 69.51 | 07/29/85 |
| | 5,036,006 | 07/30/1991 | Sanford et al. | 435 | 170.1 | 11/13/84 |
| | 5,077,399 | 12/31/1991 | Brauer et al. | 536 | 27 | 05/13/88 |
| | 5,082,767 | 01/21/1992 | Hatfield et al. | 435 | 6 | 02/27/89 |
| | 5,196,342 | 03/23/1993 | Donovan | 435 | 320.1 | 04/16/87 |
| | 5,240,841 | 08/31/1993 | Johnston et al. | 435 | 172.3 | 03/21/85 |
| | 5,371,015 | 12/06/1994 | Sanford et al. | 435 | 287 | 11/13/84 |
| | 5,464,763 | 11/07/1995 | Schilperoort et al. | 800 | 205 | 02/23/84 |
| | 5,495,071 | 02/27/1996 | Fischhoff et al. | 435 | 172.3 | 04/29/87 |
| | 5,538,877 | 07/23/1996 | Lundquist et al. | 435 | 172.3 | 01/22/90 |
| | 5,538,880 | 07/23/1996 | Lundquist et al. | 435 | 5 | 01/22/90 |
| | 5,580,716 | 12/03/1996 | Johnston et al. | 435 | 172.3 | 03/21/85 |
| | 5,693,507 | 12/02/1997 | Daniell et al. | 800 | 205 | 09/26/88 |
| | 5,780,708 | 07/14/1998 | Lundquist et al. | | | 01/22/90 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | 0 142 924 A2 | 05/29/1985 | European | C12N | 15/00 | |
| | 0 269 601 A2 | 06/01/1988 | European | C12N | 15/00 | |
| | 0 331 083 A2 | 09/06/1989 | European | C12N | 15/00 | |
| | 86/01536 | 03/13/1986 | PCT | C12P | 15/00 | |
| | 86/03776 | 07/03/1986 | PCT | C12N | 15/00 | |
| | 88/08034 | 10/20/1988 | PCT | C12P | 21/00 | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | In Vitro Cellular & Developmental Biology, 21, Program Issue: Thirty-Sixth Annual Meeting of the Tissue Culture Association, New Orleans, LA, 88 p. (Mar. 1985) |
|---|---|
| | In Vitro Cellular & Developmental Biology, 23, Program Issue: Thirty-Eighth Annual Meeting of the Tissue Culture Association, Washington, D.C., 93 p. (Mar. 1987) |
| | In Vitro Cellular & Developmental Biology, 24, Program Issue: Thirty-Ninth Annual Meeting of the Tissue Culture Association, Las Vegas, NV, 92 p. (Mar. 1988) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0002999

Sheet 2 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

In Vitro Cellular & Developmental Biology, 25, Program Issue: Fortieth Annual Meeting of the Tissue Culture Association, Orlando, Fl, 73 p. (Mar. 1989)

"European Firm Devises Insect-Resistant Plants", Agricultural Biotechnology News, 1, 6 (Mar.-Apr. 1986)

"Molecular Strategies for Crop Improvement", Journal of Cellular Biochemistry, Supplement 14e, List of Plenary and Poster Sessions, organized by Arntzen, C., et al., for The Keystone Conference on Molecular Strategies for Crop Plant Improvement, held at the 19th UCLA Symposia, 257 (1990)

Abbe, E.C., et al., "The Growth of the Shoot Apex in Maize: Embryogeny", American Journal of Botany, 41, 285-293 (Apr. 1954)

Adang, M.J., et al., "Expression of a Bacillus thuringiensis Insecticidal Crystal Protein Gene in Tobacco Plants", Molecular Strategies for Crop Protection, Arntzen, C.J., et al. (eds.), Alan R. Liss, Inc., New York, 345-353 (1987)

Anderson, P.C., et al., "Herbicide-Tolerant Mutants of Corn", Genome, 31, 994-999 (1989)

Angus, T.A., "Implications of Some Recent Studies of Bacillus thuringiensis -- A Personal Purview", Proceedings of the 4th International Colloquium on Insect Pathology, College Park, MD, 183-189 (Aug. 25-28, 1970)

Armaleo, D., et al., "Biolistic Nuclear Transformation of Saccharomyces cerevisiae and Other Fungi", Curr. Genet., 17, 97-103 (1990)

Aronson, A.I., et al., "Bacillus thuringiensis and Related Insect Pathogens", Microbiological Reviews, 50, 1-24 (Mar. 1986)

Aronson, J.N., et al., "Toxic Trypsin Digest Fragment from the Bacillus thuringiensis Parasporal Protein", Applied and Environmental Microbiology, 53, 416-421 (Feb. 1987)

Barton, K.A., et al., "Bacillus thuringiensis δ-Endotoxin Expressed in Transgenic Nicotiana tabacum Provides Resistance to Lepidopteran Insects", Plant Physiol., 85, 1103-1109 (1987)

Birk, Y., et al., "Separation of a Tribolium-Protease Inhibitor from Soybean on a Calcium Phosphate Column", Biochem. Biophys. Acta, 67, 326-328 (Feb. 12, 1963)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Bishop, D.H., et al., "Genetically Engineered Viral Insecticides -- A Progress Report 1986-1989", Pestic. Sci., 27, 173-189 (1989)

Boynton, J.E., et al., "Chloroplast Transformation in *Chlamydomonas* with High Velocity Microprojectiles", Science, 240, 1534-1537 (June 10, 1988)

Bryant, J.A., "At Last: Transgenic Cereal Plants from Genetically Engineered Protoplasts", Trends in Biotechnology, 6, 291-292 (Dec. 1988)

Burgerjon, A., et al., "Industrial and International Standardization of Microbial Pesticides -- I. *Bacillus thuringiensis*", Entomophaga, 22, 121-129 (1977)

Busvine, J.R., A Critical Review of the Techniques for Testing Insecticides, Table of Contents, Commonwealth Agricultural Bureaux, Slough, England, iii-xi (1971)

Bytebier, B., et al., "T-DNA Organization in Tumor Cultures and Transgenic Plants of the Monocotyledon *Asparagus officinalis*", Proc. Natl. Acad. Sci. USA, 84, 5345-5349 (Aug. 1987)

Calabrese, D.M., et al., "A Comparison of Protein Crystal Subunit Sizes in *Bacillus thuringiensis*", Canadian Journal of Microbiology, 26, 1006-1010 (Aug. 1980)

Caplan, A., et al., "Introduction of Genetic Material into Plant Cells", Science, 222, 815-821 (Nov. 18, 1983)

Chaleff, R.S., "Induction, Maintenance, and Differentiation of Rice Callus Cultures on Ammonium as Sole Nitrogen Source", Plant Cell Tissue Organ Culture, 2, 29-37 (1983)

Christou, P., et al., "Inheritance and Expression of Foreign Genes in Transgenic Soybean Plants", Proc. Natl. Acad. Sci. USA, 86, 7500-7504 (Oct. 1989)

Cooksey, K.E., "Purification of a Protein from *Bacillus thuringiensis* Toxic to Larvae of Lepidoptera", Biochem. J., 106, 445-454 (1968)

De Block, M., et al., "Expression of Foreign Genes in Regenerated Plants and Their Progeny", EMBO J., 3, 1681-1689 (1984)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

De Block, M., et al., "The Use of Phosphinothricin Resistance as a Selectable Marker in Tobacco Protoplast Transformation", In: Progress in Plant Protoplast Research, Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, 389-390 (Dec. 6-11, 1987)

Denecke, J., et al., "Quantification of Transient Expression Levels of Genes Transferred to Plant Protoplasts by Electroporation", Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, 337-338 (Dec. 6-11, 1987)

Duncan, D.R., et al., "The Production of Callus Capable of Plant Regeneration for Immature Embryos of Numerous Zea Mays Genotypes", Planta, 165, 322-332 (1985)

Dunleavy, J.M., "Curtobacterium plantarum sp. nov. Is Ubiquitous in Plant Leaves and Is Seed Transmitted in Soybean and Corn", International Journal of Systematic Bacteriology, 39, 240-249 (July 1989)

Dybvig, K., et al., "Transposition of Gram-Positive Transposon Tn916 in Acholeplasma laidlawii and Mycoplasma pulmonis", Science, 235, 1392-1394 (Mar. 13, 1987)

Edallo, S., et al., "Chromosomal Variation and Frequency of Spontaneous Mutation Associated with in vitro Culture and Plant Regeneration in Maize", Maydica, 26, 39-56 (1981)

Fast, P.G., et al., "Bacillus thuringiensis δ-Endotoxin: Evidence that Toxin Acts at the Surface of Susceptible Cells", Experientia, 34, 762-763 (1978)

Faust, R.M., et al., "Bacteria and Their Toxins as Insecticides", In: Microbial and Viral Pesticides, Kurstak, E., (ed.), Marcel Dekker, Inc., New York, 75-208 (1982)

Finkle, B.J., et al., "Growth and Regeneration of Alfalfa Callus Lines After Freezing in Liquid Nitrogen", Plant Science, 42, 133-140 (1985)

Finney, D.J., In: Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve, iii-ix (1952)

Fischhoff, D.A., et al., "Insect Tolerant Transgenic Tomato Plants", Bio/technology, 5, 807-812 (1987)

| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Fukuto, T.R., "Physicochemical Aspects of Insecticidal Action", In: Insecticidal Biochemistry and Physiology, Wilkinson, C.F., (ed.), Plenum Press, New York, 397-428 (1976)

Gallagher, S., "Progress and Promise of the Particle Gun", Ag Biotechnology News, 6, 12-13 (Mar.-Apr. 1989)

Gallie, D.R., et al., "The 5'-leader Sequence of Tobacco Mosaic Virus RNA Enhances the Expression of Foreign Gene Transcripts in Vitro and in Vivo", Nucleic Acids Research, 15, 3257-3273 (1987)

Gatehouse, A.M.R., et al., "Assessment of the Antimetabolic Effects of Trypsin Inhibitors from Cowpea (Vigna unguiculata) and Other Legumes on Development of the Bruchid Beetle Callosobruchus maculatus", J. Sci. Food Agric., 34, 345-350 (1983)

Genovesi, A.D., et al., "Embryogenesis in Callus Derived from Rice Microspores", Plant Cell Reports, 1, 257-260 (1982)

Georghiou, G.P., et al., "Factors Influencing the Evolution of Resistance", In: Pesticide Resistance: Strategies and Tactics for Management, Committee on Strategies for the Management of Pesticide Resistant Pest Populations, Board on Agriculture, National Research Council, National Academy Press, Washington, D.C., 157-169 (1986)

Gerlach, W.L., "Genetic Engineering: Its Place in Plant Breeding", In: Plant Breeding and Genetic Engineering, Zakri, A.H., (ed.), Society for the Advancement of Breeding Researches in Asia and Oceania, Bangi, Malaysia, 269-277 (1988)

Goldfarb, B., et al., "Transient Expression of Microprojectile-Introduced DNA in Douglas-Fir", J. Cell. Biochem., 13D, Abstract No. M121, p. 259 (1989)

Goldman, S.L., et al., "Transformation of Zea mays by Agrobacterium tumefaciens: Evidence for Stable Genetic Alterations", Journal of Cellular Biochemistry, 11B, Abstract No. F 202, p. 26 (1987)

Gordon, P.N., et al., "Plant Regeneration from Tissue Cultures of Maize", Maize Genetics Cooperation Newsletter, 51, 79-80 (Mar. 1, 1977)

Green, C.E., "New Developments in Plant Tissue Culture and Plant Regeneration", In: Basic Biology of New Developments in Biotechnology, Hollaender, A., et al., (eds.), Plenum Press, New York, 195-209 (1983)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial**

Green, C.E., "Somatic Embryogenesis and Plant Regeneration from the Friable Callus of *Zea mays*", Proceedings of the 5th International Congress on Plant Tissue & Cell Culture, Tokyo, Japan, 107-108 (1982)

Haccius, B., "Question of Unicellular Origin of Non-Zygotic Embryos in Callus Cultures", Phytomorphology, 28, 74-81 (1978)

Harms, C.T., et al., "Regeneration of Plantlets from Callus Cultures of *Zea mays* L.", Z. Ptlanzenzuchtg, 77, 347-351 (1976)

Hartree, E.F., "Determination of Protein: A Modification of the Lowry Method that Gives a Linear Photometric Response", Analytical Biochemistry, 48, 422-427 (1972)

Harvey, W.R., et al., "Potassium Ion Transport ATPase in Insect Epithelia", J. Exp. Biol., 106, 91-117 (1983)

Heimpel, A.M., et al., "Recent Advances in the Knowledge of Some Bacterial Pathogens of Insects", Proceedings of the Tenth International Congress of Entomology, Vol. 4, 711-722 (1956)

Heimpel, A.M., et al., "The Site of Action of Crystalliferous Bacteria in Lepidoptera Larvae", Journal of Insect Pathology, 1, 152-170 (1959)

Hernalsteens, J.-P., et al., "An *Agrobacterium*-Transformed Cell Culture from the Monocot *Asparagus Officinalis*", The EMBO Journal, 3, 3039-3041 (Dec. 1984)

Hibberd, K.A., "Induction, Selection, and Characterization of Mutants in Maize Cell Cultures", In: Cell Culture and Somatic Cell Genetics of Plants, Vol. 1, Vasil, I.K., (ed.), Academic Press, Inc., Orlando, FL, 571-576 (1984)

Hickle, L.A., et al., "Analytical Chemistry of *Bacillus thuringiensis*: An Overview", In: Analytical Chemistry of *Bacillus thuringiensis*, Hickle, L.A., et al., (eds.), Developed from a Symposium Sponsored by the Division of Agrochemicals at the 198th National Meeting of the American Chemical Society, Miami Beach, FL, vii-ix, 1-8 (Sep. 10-15, 1989)

Hilder, V.A., et al., "A Novel Mechanism of Insect Resistance Engineered int Tobacco", Nature, 330, 160-163 (Nov. 12, 1987)

Hodges, T.K., et al., "Genotype Specificity of Somatic Embryogenesis and Regeneration in Maize", Bio/technology, 4, 219-223 (Mar. 1986)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Hodges, T.K., et al., "Regeneration of Maize", In: Biotechnology in Plant Science, Zaitlin, M., et al., (ed.), Academic Press, Inc., Orlando, FL, 15-33 (1985)

Hoekema, A., et al., "Codon Replacement in the *PGK1* Gene of *Saccharomyces cerevisiae*: Experimental Approach to Study the Role of Biased Codon Usage in Gene Expression", Molecular and Cellular Biology, 7, 2914-2924 (Aug. 1987)

Hofmann, C., et al., "Binding of the Delta Endotoxin from *Bacillus thuringiensis* to Brush-Border Membrane Vesicles of the Cabbage Butterfly (*Pieris Brassicae*)", Eur. J. Biochem., 173, 85-91 (1988)

Hofmann, C., et al., "Specificity of *Bacillus thuringiensis* δ-Endotoxins is Correlated with the Presence of High-Affinity Binding Sites in the Brush Border Membrane of Target Insect Midguts", Proc. Natl. Acad. Sci. USA, 85, 7844-7848 (Nov. 1988)

Höfte, H., et al., "Monoclonal Antibody Analysis and Insecticidal Spectrum of Three Types of Lepidopteran-Specific Insecticidal Crystal Proteins of *Bacillus thuringiensis*", Applied and Environmental Microbiology, 54, 2010-2017 (Aug. 1988)

Höfte, H., et al., "Structural and Functional Analysis of a Cloned Delta Endotoxin of *Bacillus thuringiensis berliner* 1715", Eur. J. Biochem., 161, 273-280 (1986)

Hollingworth, R.M., "The Biochemical and Physiological Basis of Selective Toxicity", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 431-506 (1976)

Horsch, R.B., et al., "A Simple and General Method for Transferring Genes into Plants", Science, 227, 1229-1231 (Mar. 8, 1985)

Huber, H.E., et al., "*Bacillus thuringiensis* δ-Endotoxin: Composition and Activation", In: Pathogenesis of Invertebrate Microbial Diseases, Davidson, E.W., (ed.), Allanheld, Osmun & Co. Publishers, Inc., Totowa, NJ, 209-234 (1981)

Huber-Lukac, M., et al., "Characterization of Monoclonal Antibodies to a Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki*", Infection and Immunity, 54, 228-232 (Oct. 1986)

| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Imbrie-Milligan, C.W., et al., "Microcallus Formation from Maize Protoplasts Prepared from Embryogenic Callus", _Planta, 168_, 395-401 (1986)

Jarrett, P., "Potency Factors in the delta-Endotoxin of _Bacillus thuringiensis_ var. _aizawi_ and the Significance of Plasmids in their Control", _Journal of Applied Bacteriology, 58_, 437-448 (1985)

Johnson, D.E., "Toxicity of _Bacillus thuringiensis_ Entomocidal Protein Toward Cultured Insect Tissue", _Journal of Invertebrate Pathology, 38_, 94-101 (1981)

King, P., et al., "Maize", In: _Handbook of Plant Cell Culture, Vol. 2_, Sharp, W.R., et al., (eds.), Macmillan Publishing Company, New York, 69-91 (1984)

Klein, T.M., et al., "Advances in Direct Gene Transfer into Cereals", _In: Genetic Engineering: Principles and Methods, Vol. 11_, Setlow, J.K., (ed.), Plenum Publishing Corp., New York, 13-31 (1989)

Klein, T.M., et al., "Particle Gun Technology: A Novel Method for the Introduction of DNA into Living Cells", _Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"_, Poster, #28, Ithaca, NY, 25 (June 23-27, 1985)

Klein, T.M., et al., "Stable Genetic Transformation of Intact _Nicotiana_ Cells by the Particle Bombardment Process", _Proc. Natl. Acad. Sci. USA, 95_, 5502-5505 (Nov. 1988)

Knowles, B.H., et al., "Characterization and Partial Purification of a Plasma Membrane Receptor for _Bacillus thuringiensis_ var. _Kurstaki_ Lepidopteran-Specific δ-Endotoxin", _J. Cell Sci., 83_, 89-101 (1986)

Knowles, B.H., et al., "Lectin-Like Binding of _Bacillus thuringiensis_ var. _Kurstaki_ Lepidopteran-Specific Toxin is an Initial Step in Insecticidal Action", _FEBS Letters, 168_, 197-202 (Mar. 1984)

Langridge, W.H., et al., "Electric Field Mediated DNA Transformation in Plant Protoplasts", _Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"_, Ithaca, NY, Poster #30, p. 25 (June 23-27, 1985)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003006

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages. Etc.)

**Examiner
Initial

Leason, M., et al., "Inhibition of Pea Leaf Glutamine Synthetase by Methionine Sulphoximine, Phosphinothricin and Other Glutamate Analogues", Biochemistry, 21, 855-857 (1982)

Lee, B., "Cereal Transformation", Plants Today, 9-11 (Jan.-Feb. 1989)

Lörz, H., et al., "Gene Transfer to Cereal Cells Mediated by Protoplast Transformation", Mol. Gen. Genet., 199, 178-182 (1985)

Lowe, K., et al., "Plant Regeneration via Organogenesis and Embryogenesis in the Maize Inbred Line B73", Plant Science, 41, 125-132 (1985)

Luckow, V.A., et al., "Trends in the Development of Baculovirus Expression Vectors", Bio/Technology, 6, 47-55 (Jan. 1988)

Lüthy, P., "Insecticidal Toxins of Bacillus thuringiensis", FEMS Microbiology Letters, 8, 1-7 (1980)

Mangano, M.L., et al., "Long-Term Cold Storage of Regenerable Maize Callus", In Vitro Cellular and Developmental Biology, 25, Abstract No. 224, p. 66A (Mar. 1989)

Merryweather, A.T., et al., "Construction of Genetically Engineered Baculovirus Insecticides Containing the Bacillus thuringiensis subsp. Kurstaki HD-73 Delta Endotoxin", Journal of General Virology, 71, 1535-1544 (1990)

Molnar, S.J., et al., "Initiation of Totipotent Tissue Cultures from Undeveloped Axillary and Secondary Ears", Maize Genetics Cooperation Newsletter, 54, 52-53 (Mar. 31, 1980)

Murphy, D.W., et al., "Bacillus thuringiensis Enzyme-Digested Delta Endotoxin: Effect on Cultured Insect Cells", Science, 194, 954-956 (Nov. 26 1976)

Nishiitsutsuji-Uwo, J., et al., "Mode of Action of Bacillus thuringiensis δ-Endotoxin: Effect on TN-368 Cells", Journal of Invertebrate Pathology, 34, 267-275 (1979)

Ochatt, S.J., et al., "Selection for Salt/Drought Tolerance using Isolated Protoplasts and Protoplast-Derived Calli of Colt Cherry (Prunus avium x pseudocerasus)", In: Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, The Netherlands, p. 391-392 (1988)

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confo[...] and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

Oeda, K., et al., "Formation of Crystals of the Insecticidal Proteins of *Bacillus thuringiensis* subsp. *aizawai* IPL7 in *Escherichia coli*", Journal of Bacteriology, 171, 3568-3571 (June 1989)

Park, W.D., et al., "High-Level, Sucrose-Inducible Expression of a Chimeric Patatin-GUS Gene In Leaf Explants of Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D, Abstract No. M 343, p. 310 (Mar. 27-Apr. 7, 1989)

Perlak, F.J., et al., "Expression of Bacillus thuringiensis Proteins in Transgenic Plants", In: Biotechnology, Biological Pesticides and Novel Plant-Pest Resistance for Insect Pest Management, Roberts, D.W., et al., (eds.), Insect Pathology Resource Center, Boyce Thompson Institute for Plant Research, Cornel University, Ithaca, NY, 77-81 (1988)

Poehlman, J.M., et al., In: Breeding Field Crops, 3rd Edition, AVI Publishing Company, Inc., Westport, CT, 149-152 (1987)

Poethig, R.S., "Maize -- The Plant and Its Parts", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Molecular Biology Association., Charlottesville, VA, 9-18 (1982)

Potrykus, I., et al., "Direct Gene Transfer: State of the Art and Future Potential", Plant Molecular Biology Reporter, 3, 117-128 (Summer 1985)

Randolph, L.F., et al., "Developmental Morphology of the Caryopsis in Maize", Journal of Agricultural Research, 53, 881-916 (Dec. 15, 1936)

Rhodes, C.A., et al., "Cytogenetic Stability of Aneuploid Maize Tissue Cultures", Can. J. Genet. Cytol., 28, 374-384 (1986)

Rhodes, C.A., et al., "Factors Affecting Tissue Culture Initiation from Maize Tassels", Plant Science, 46, 225-232 (1986)

Rice, T.B., "Tissue Culture Induced Genetic Variation in Regenerated Maize Inbreds", Proceedings of the 37th Annual Corn & Sorghum Industry Research Conference, 148-162 (1982)

Rosahl, S., et al., "Expression of a Tuber-Specific Storage Protein In Transgenic Tobacco Plants: Demonstration Of An Esterase Activity", EMBO, J, 6 Press Limited, Oxford, England, 1155 (1987)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Roth, B.A., et al., "Genetic Regulation of Transient Expression of Maize Anthocyanin Pathway Genes Introduced into Intact Maize Tissues by Microprojectile Bombardment", Journal of Cellular Biochemistry, 13D, Abstract No. M 344, p. 310 (Mar. 27-Apr. 7, 1989)

Roush, R.T., et al., "Ecological Genetics of Insecticidal and Acaricide Resistance", Ann. Rev. Entomol., 32, 361-380 (1987)

Ryan, A.J., et al., "The Expression of the Napin Gene Under the Control of Its Own Promoter in Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D, Abstract No. M 345, p. 310 (Mar. 27-Apr. 7, 1989)

Sanford, J.C., "The Biolistic Process", Plant Physiology, 89, Abstract No. 9, p. 2 (Apr. 1989)

Sanford, J.C., et al., "Delivery of DNA into Regenerable Tissues of Monocots, Using High-Velocity Microprojectiles", Grant Application No. 86-0183, United States Department of Agriculture, Science and Education, 57 p. (Feb. 27, 1986)

Sass, J.E., "Comparative Leaf Number in the Embryos of Some Types of Maize", Iowa State Coll. J. Sci., 25, 509-512 (1951)

Schafer, W., et al., "T-DNA Integration and Expression in a Monocot Crop Plant after Induction of *Agrobacterium*", Nature, 327, 529-532 (June 11, 1987)

Schardl, C.L., et al., "Design and Construction of a Versatile System for the Expression of Foreign Genes in Plants", Gene, 61, 1-11 (1987)

Schnepf, H.E., et al., "Delineation of a Toxin-Encoding Segment of a *Bacillus thuringiensis* Crystal Protein Gene", The Journal of Biological Chemistry, 260, 6273-6280 (1985)

Shaner, D.L., et al., "Mechanism of Action of the Imidazolinones and Cell Culture Selection of Tolerant Maize", In: Biotechnology in Plant Sciences, Zaitlin, M., et al., (eds.), Academic Press, Orlando, FL, 287-299 (1985)

Sharman, B.C., "Developmental Anatomy of the Shoot of Zea mays L.", Annals of Botany, VI, 246-281 (Apr. 1942)

Shields, R., "Towards Insect-Resistant Plants", Nature, 328, 12-13 (July 2, 1987)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Shivakumar, A.G., et al., "Vegetative Expression of the δ-Endotoxin Genes of *Bacillus thuringiensis* subsp. *kurstaki* in *Bacillus subtilis*", Journal of Bacteriology, 166, 194-204 (Apr. 1986)

Smith, G.E., et al., "Molecular Engineering of the *Autographa californica* Nuclear Polyhedrosis Virus Genome: Deletion Mutations Within the Polyhedrin Gene", Journal of Virology, 46, 584-593 (May 1983)

St. Julian, G., et al., "Bacteria, Spirochetes, and Rickettsia as Insecticides", Annals of the New York Academy of Sciences, 217, 65-75 (1973)

Stolle, C.A., et al., "Cellular Factor Affecting the Stability of β-globulin mRNA", Gene, 62, 65-74 (1988)

Strauch, E., et al., "Cloning of a Phosphinothricin N-Acetyltransferase Gene from Streptomyces Viridochromogenes Tu494 and its Expression in Streptomyces lividans and Escherichia coli", Gene, 63, 65-74 (1988)

Stroo, H.F., et al., "Heterotrophic Nitrification in an Acid Forest Soil and by an Acid-Tolerant Fungus", Applied and Environmental Microbiology, 52, 1107-1111 (Nov. 1986)

Suprasanna, P., et al., "Plantlet Regeneration from Glume Calli of Maize (*Zea mays* L.)", Theor. Appl. Genet., 72, 120-122 (1986)

Thomas, W.E., et al., "Mechanism of Action of *Bacillus thuringiensis* var *israelensis* Insecticidal δ-Endotoxin", FEBS Letters, 154, 362-368 (Apr. 1983)

Tojo, A., et al., "Dissolution and Degradation of *Bacillus thuringiensis* δ-Endotoxin by Gut Juice Protease of the Silkworm *Bombyx mori*", Applied and Environmental Microbiology, 45, 576-580 (Feb. 1983)

Tomes, D.T., "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets", In: Cereal Tissue and Cell Culture, Bright, S.W.J., et al., (eds.), Martinus Nijnoff/Dr. W. Junk, Amsterdam, The Netherlands, 175-203 (1985)

Tomes, D.T., "Initiation of Embryogenic Callus Cultures from Immature Embryo of Elite Corn (*Zea mays* L.) Germplasm", In Vitro, 20, Abstract No. 146, P. 276 (Mar. 1984)

| Examiner | Date Considered |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.