Sheet 13 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | | Serial No. 08/844,555 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | | |
| | Filing Date: April 21, 1997 | | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Tomes, D.T., et al., "The Effect of Parental Genotype on Initiation of Embryogenic Callus from Elite Maize (*Zea mays* L.) Germplasm", Theor. Appl. Genet., 70, 505-509 (1985)

Torne, J.M., et al., "Regeneration of Plants from Mesocotyl Tissue Cultures of Immature Embryos of *Zea mays* L.", Plant Science Letters, 17, 339-344 (1980)

Vaeck, M., et al., "*Bacillus thuringiensis* Endotoxin Gene Expression and Insect Resistance in Higher Plants", Pesticide Science, 20, 319-320 (1987)

Vaeck, M., et al., "Engineering Improved Crops for Agriculture: Protection from Insects and Resistance to Herbicides", In: Plant Gene Systems and Their Biology, Key, J.L., et al., (eds.), Alan R. Liss, Inc., New York, 171-181 (1987)

Vaeck, M., et al., "Engineering of Insect Resistant Plants Using a B. thuringiensis Gene", In: Molecular Strategies for Crop Protection, New York, Alan R. Liss, Inc., 355-366 (1987)

Vaeck, M., et al., "Insect Resistance in Transgenic Plants Expressing *Bacillus thuringiensis* Toxin Gens", An. Soc. Entomol. Brasil, 16, 427-435, (1987)

Vaeck, M., et al., "Protein Engineering in Plants: Expression of *Bacillus thuringiensis* Insecticidal Protein Genes", Cell Culture and Somatic Cell Genetics of Plants, 6, 425-439, (1989)

Vaeck, M., et al., "Transgenic Plants Protected from Insect Attack", Nature, 328, 33-37, (July 2, 1987)

van den Elzen, P.J., et al., "A Chimaeric Hygromycin Resistance Gene as a Selectable Marker in Plant Cells", Plant Molecular Biology, 5, 299-302, (1985)

van den Elzen, P.J., et al., "Simple Binary Vectors for DNA Transfer to Plar Cells", Plant Molecular Biology, 5, 149-154, (1985)

Van Lammeren, A.A., "Developmental Morphology and Cytology of the Young Mai: Embryo (Zea mays L.)", Acta Bot. Neerl., 35, 169-188 (Aug. 1986)

Vasil, I.K., "Isolation and Culture of Protoplasts of Grasses", Internation Review of Cytology, Supplement 16, Bourne, G.H., et al., (eds.), Academic Press, New York, 79-88 (1983)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confo and not considered. Include copy of this form with next communication to applicant.

| Form 1449* <br><br> INFORMATION DISCLOSURE STATEMENT <br> BY APPLICANT <br> (Use several sheets if necessary) | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | Vasil, V., et al., "Histology of Somatic Embryogenesis in Cultured Immature Embryos of Maize (*Zea mays* L.)", Protoplasma, 127, 1-8 (1985) |
| | Watson, S.A., "Corn Marketing, Processing and Utilization", In: Corn and Corn Improvement, 3rd Edition, Sprague, G.F., et al., (eds.), American Society of Agronomy, Inc., et al., Madison, WI, 881-939 (1988) |
| | Weigel, Jr., R.C., et al., "Somatic Embryogenesis in Barley", In Vitro, 20, Abstract No. 147, p. 277 (Mar. 1984) |
| | Weissinger, A., et al., "Maize Transformation via Microprojectile Bombardment", In: Genetic Improvements of Agriculturally Important Crops, Fraley, R.T., et al., (eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 21-25 (1988) |
| | Weissinger, A., et al., "Microprojectile Bombardment for Maize Transformation", In Vitro Cellular and Developmental Biology, 23, Program Issue, 38th Annual Meeting of the Tissue Culture Association, Washington, D.C., Abstract No. 254 (Mar.1987) |
| | Wernicke, W., et al., "Adventitious Embryoid and Root Formation from Rice Leaves", Z. Pflanzenphysiol. Bd., 103, 361-365 (1981) |
| | Withers, L., et al., "Proline: A Novel Cryoprotectant for the Freeze Preservation of Cultured Cells of *Zea mays* L.", Plant Physiology, 64, 675-678 (1979) |
| | Witt, D.P., et al., "Cytotoxicity of *Bacillus thuringiensis* δ-Endotoxins to Cultured Cf-1 Cells Does Not Correlate with In Vivo Activity Toward Spruce Budworm Larvae", In: Fundamental and Applied Aspects of Invertebrate Pathology, Samson, R.A., et al., (eds.), Fourth International Colloquium of Invertebrate Pathology, Wangingen, The Netherlands, 3-6 (Aug. 18-22, 1986) |
| | Wohlleben, W., et al., "Nucleotide Sequence of the Phosphinothricin N-Acetyltransferase Gene from *Streptomyces viridochromogenes* Tü494 and Its Expression in *Nicotania tabacum*", Gene, 70, 25-37 (1988) |
| | Wood, M., "Blast Those Genes!", Agricultural Research, 2 p. (June 1989) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confo[...] and not considered. Include copy of this form with next communication to applicant.

S/N 08/844,555

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

### RESPONSE

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Reconsideration and withdrawal of the rejection of claims 23-29 and 38-39, as set forth in the Office Action mailed December 8, 1998, is respectfully requested.

The Examiner rejected claims 23-29 and 38-39 under 35 U.S.C. § 103 as obvious over Eicholtz et al. (U.S. Pat. No. 5,310,667) or Kishore et al. (U.S. Pat. No. 4,971,908) in view of Wang et al., Plant Molec. Biol., 11, 433 (1988); Klein et al., Bio/Technol., 6, 559 (1988) or Armstrong et al., Planta, 164, 207 (1985). This rejection is respectfully traversed.

To begin with, the Examiner is requested to note the section "Guidance on Treatment of Product and Process Claims in light of In re Ochiai, In re Brouwer, and 35 U.S.C. § 103(b)," at 1184 OG 86 (March 26, 1988): "Ochiai and Brouwer and § 103(b) relate to how process claims directed to making and using nonobvious products are to be treated." * * * "Interpreting a claimed invention as a whole requires consideration of all claim limitations. Thus language in a process claim which recites making or using a nonobvious product must be treated as a material limitation, and a motivation to make or use the unobvious product must be present in the prior art." * * * "Thus, language in a process claim which recites making or using a nonobvious product must be treated as a material limitation, and a motivation to make or use the nonobvious product must be present in the prior art for a § 103 rejection to be maintained."

Claims 26 and 39 of the present application are directed to processes of making the products recited by claims 1 and 5 of commonly assigned U.S. Pat. No. 5,554,798. Thus, in view of Ochiai, Brouwer and this notice, it is respectfully submitted that at least these claims are allowable.

Alternatively, Applicants will elect to proceed under § 103(b) with respect to the claims of the present application since the requirements of § 103(b)(1) are met and the present claims

RESPONSE
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950 001USS

relate to a "biological process," as that term is defined in § 103(b)(3)(A)(iii). Thus, if the Examiner does not agree with the PTO analysis of Ochiai and Brouwer, Applicants will proceed with the appropriate amendments and petition under 37 C.F.R. § 1.182 following the next action. However, as concluded by the PTO: "In view of the Federal Court's decisions in Ochiai and Brouwer, an applicant's need to rely upon § 103(b) should be rare." Therefore, allowance of claims 26 and 39 is appropriate, and is respectfully requested.

Kishore et al. and Eicholtz et al. ("Kishore" and "Eicholtz") are commonly assigned patents with a common inventor. Each discloses DNA constructs comprising genes encoding glyphosate-resistant EPSP synthases. The Examiner cites Eicholtz as disclosing the isolation of these constructs, and that they can impart glyphosate resistance to plant cells. The two paragraphs from Eicholtz quoted by the Examiner at page 3 of the Office Action are found at Col. 40, lines 53-63 and at Col. 41, lines 26-34. They are part of an example entitled "EPSP Synthase Gene from Maize." However, facially, the paragraphs disclose no more than a hypothetical example of bombarding non-regenerable maize BMS cells. The paragraph found at Col. 41 is followed by five paragraphs of hypothetical procedures to prepare and transform protoplasts obtained from nonregenerable maize cells. The first paragraph quoted by the Examiner is found at Col. 5, lines 20-23. Although maize is disclosed as "suitable for the practice of the present invention," the "present invention" referenced is not a method to prepare fertile, transgenic corn plants with a mutated EPSPS, but is only a hypothetical method of transforming BMS protoplasts with plant EPSPS genes. See, Col. 42, lines 4-31.

Likewise, the first paragraph from Kishore quoted by the Examiner is from the Abstract. Kishore discloses hypothetical examples of certain glyphosate-tolerant plants, such as tomato (Col. 27, lines 44-47) and Brassica (Col. 31, lines 3-4). The second paragraph quoted by the Examiner is taken from an example entitled "Preparation of Glyphosate Tolerant Maize EPSP Synthase Gene, and Glyphosate Tolerant Maize Cells." It does not purport to even hypothetically teach how to prepare fertile transgenic maize plants, and the protoplasts that are hypothetically transformed are nonregenerable. See Col. 33, lines 26-29. As conceded by the Examiner, neither patent discloses the process in which regenerable *Zea mays* cells are bombarded with the DNA construct of interest. The Examiner is also requested to note that

RESPONSE
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 3
Dkt: 950 001US5

neither the primary nor the secondary references disclose the bombardment of any type of regenerable maize tissue, much less the selection of transformed cells (step (ii)) and the regeneration of fertile plants therefrom (step (iii)).

The Wang et al. paper is entitled "Transient expression of foreign genes in rice, wheat and soybean cells following particle bombardment," which aptly summarizes the results. Wang et al. simply disclose bombarding BMS cells with the CAT marker gene. As summarized by the authors at page 438: "The next step in this research work is to obtain stable integration of the foreign genes transferred into these three important crops." Not only do Wang et al. not disclose how this result will be accomplished, they do not deal with the problems of selection/regeneration or retention of fertility in any respect. Thus, the art worker in possession of Wang et al. and the primary references would recognize no more that it would be likely the EPSPS constructs could in fact be introduced into BMS cultures and that transient expression might be observable.

With respect to Klein et al. (BioTechnol., 6, 559-563 (1988)), the Examiner states that page 562, col. 2, discloses that the "stable transformation of maize callus via the disclosed technique is evident." However, the Examiner is urged to consider that he is reading Klein et al. to teach much more than the art worker could possibly derive from this limited and specific disclosure.

To begin with, Klein et al. do not disclose or confirm that the cultured BMS maize cells or the scutellum that were bombarded were found to be stably transformed with the exogenous DNA. Klein et al. repeatedly refer to transient expression of the gene in both the cultured cells and scutellum (see, for instance, Figure 2 and Figure 3), and conclude that "[bombardment] may be useful for the stable transformation of monocot species" (emphasis added).

Moreover, Klein et al. do not disclose what type of tissue was used to produce the "cultures of maize" that were "stably transformed" in the "manuscript in preparation" much less that these cultures could be regenerated into fertile plants. The fact that both the cited Klein et al. paper and the later Klein et al. Plant Physiol. paper (91, 440 (1989)) use BMS cultures as starting materials is evidence that Klein et al. in fact transformed a tissue that could not be regenerated

RESPONSE
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 4
Dkt: 950.001US5

into plants. The problem of regenerability of transformed maize cells simply does not concern Klein et al. at this point in time.

In conclusion, there is nothing in the Klein et al. paper that would teach the art worker how to prepare stably transformed maize cells, or how to select and regenerate the cells to yield a fertile maize plant that can sexually transmit the introduced DNA to subsequent generations. The Klein et al. paper is no more than an invitation to conduct further undefined experiments, and does not amount to a suggestion of Applicants' method, either considered alone, or in combination with any of the cited art.

The Examiner cites Armstrong et al. (Planta, 164, 207-214 (1985)) as disclosing the regeneration of maize from friable embryogenic callus of both Type I and Type II tissue cultures of inbred and hybrid cultures. However, Armstrong et al. do not suggest that such cultures would remain viable after bombardment and selection, or that the cultures would retain the ability to regenerate fertile maize plants containing the foreign DNA or to transmit the foreign DNA to progeny plants. Moreover, the other references fail to suggest or imply the desirablity of the type of cultures used in Armstrong for bombardment and transformation purposes. In view of the lack of any suggestion relating to regeneration or retention of fertility following bombardment, it is respectfully submitted that there is no motivation for the art to combine this reference with Klein et al. or Wang et al. Thus, Armstrong et al. do not suggest Applicants' method, either alone or in combination with any of the cited art.

Even assuming, *arguendo*, that the cited art renders it *prima facie* obvious to proceed along the lines arguably suggested by Klein et al. to bombard maize Type II callus with DNA, it is respectfully submitted that it would still be unexpected that fertile transgenic maize plants would be obtained by this route. With respect to these teachings, the Examiner is requested to consider paragraph 14 of the Rule 132 declaration executed by Professor Ronald J. Phillips on July 20, 1992 (copy enclosed), in commonly assigned parent application Serial No. 07/974,379, filed November 10,1992. The Philips declaration is offered as evidence of the reasonable expectations of the art *as of the date this application was filed*, i.e., January 22, 1990. Paragraph 14, which summarizes his conclusions, is reproduced below:

RESPONSE
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:     FERTILE TRANSGENIC CORN PLANTS

Page 5
Dkt: 950 001USS

14.    It might well be obvious for a researcher in this area to try to transform a maize tissue, cultured cells or protoplasts that had a history of "regenerability" in the untransformed state. However, the "state of the art" in mid-1989 to 1990 would not permit one of ordinary skill in the art to reasonably predict that the three pieces of the puzzle of maize transformation, namely stable transformation accompanied by subsequent cell division, regenerability, and fertility/transmission, would come together via any available methodology employing any available maize starting material, including scutellum, much less that the biolistic transformation of friable embryonic Type II callus would be the path to success.

In *In re Wood*, 202 U.S.P.Q. 171, 174 (CCPA 1979), the court emphasized that "[o]f course, an evaluation of the claimed invention performed by an impartial, qualified third party is a valuable indication of the nonobviousness of an invention." The Examiner is requested to consider that Professor Phillips' declaration is based on facts derived from his extensive experience with the *in vitro* cell/tissue culture of maize, and that the declaration is sufficient to rebut any *prima facie* case of obviousness established by the cited art. The Examiner is also requested to consider that the declaration is particularly effective in view of the remoteness of the cited art from the claimed invention; there are no experiments disclosed in the cited art relating to obtaining stably transformed dividing cells from any transformed maize tissue source, following the use of microprojectile bombardment to introduce an EPSPS-encoding DNA, selecting transformed cells, and then regenerating fertile plants from the transformed cells.

The Examiner is also requested to note that the fact that the tools were available to the art with which to carry out the claimed process does not amount to a suggestion to carry out the steps of the claimed process, much less that it would be reasonable to expect the success achieved by Applicants. Therefore, withdrawal of this rejection is appropriate, and is respectfully requested.

**RESPONSE**
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 6
Dkt: 950 001US5

It is respectfully submitted that the present claims have been placed in condition for allowance, and notification to that effect is earnestly solicited.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN  55402
(612) 373-6903

Date ___6 May 1999___    By _____

Warren D. Woessner, Ph.D.

Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on May 11, 1999.

___JANA  GUTMAN___        _____

Name                                          Signature

0003018

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Ronald C. Lundquist et al.    Examiner: G. Benzion

Serial No.: 07/508,045                      Art Unit: 1804

Filed:      April 11, 1990                  M&G:  9696.3-US-01

For:        FERTILE TRANSGENIC CORN PLANTS

---

Hon. Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

## DECLARATION UNDER 37 CFR §1.132

Sir:

    I, Ronald L. Phillips, declare and say as follows:

    1.  I received my Ph.D. in genetics from the University of Minnesota, St. Paul, in 1966.  Following postdoctoral work at Cornell University in genetics, I became an Assistant Professor in the Agronomy and Plant Genetics Department at the University of Minnesota in 1968, where I am currently a Professor, holding appointments in the Graduate School in Genetics, Plant Breeding and Agronomy.  I am a fellow of the American Society of Agronomy, the Crop Science Society of America and the American Association for the Advancement of Science.  I have authored or co-authored over fifty papers, primarily in the area of plant genetics as applied to plant improvement, including the chapter by Phillips et al., "Cell/Tissue Culture and In Vitro Manipulation" in <u>Corn and Corn Improvement</u>, G.F. Sprague et al., eds., Amer. Society of

0003019

Agronomy et al., pubs., Madison, WI (1988). In 1991, I was elected to the National Academy of Sciences.

2.  I have read, and am thoroughly familiar with, the above-identified application, with the Office Action mailed March 5, 1992 including the art cited against the claims, with the amendment filed herewith, and make this Declaration in support of the pending claims of Serial No. 07/508,045. I have no direct or indirect financial interest in the application.

3.  At page 3 of the Office Action, the Examiner rejected the claims as obvious over a combination of four papers, T.M. Klein et al., Bio/Technology, 6, 559 (May 1988) in combination with D.E. McCabe et al., Bio/Technology, 6, 923 (August 1988), the Phillips et al. review article cited above, and Rhodes et al., Science, 240, 204 (1988). However, it is my opinion that a worker in the area of cereal transformation generally, and maize transformation specifically, in possession of these papers, would not be able to predict the success achieved by Applicants following their bombardment of cultured embryogenic Type II maize callus.

4.  The primary experimental work relied on by the Examiner is the disclosure in Klein et al. of the bombardment of immature maize embryos with particles coated with GUS-encoding plasmid DNA. Following bombardment, and treatment with GUS substrate, "up to 23 blue spots could be visualized on the scutellum . . . " and "(about 30 to 50) single cells expressing the GUS gene could be observed under higher magnification."

2

Although the authors do not state that these experiments led to
stable integration of the foreign gene, at page 562 of the Klein
et al. paper, it is disclosed that:

> Because embryos and embryogenic <u>callus</u> can be
> generated from the surface of maize scutel-
> lum, that tissue will be a prime target for
> future attempts to deliver selectable markers
> with the particle gun . . . .
>
> Recent results (manuscript in preparation)
> indicate that stably transformed <u>cultures</u> of
> maize and tobacco can be recovered using the
> optimized parameters that are detailed in the
> present study [emphasis added].

The use of the phrase "future attempts" in the first section of
this quote suggests that the "recent results" referred to in the
second section do not relate to embryogenic callus, derived from
scutellum of immature embryos.

     5.  The ability to generate callus or plants from
cultured immature embryos had not led to transgenic monocots of
any species in 1988.  In 1990, I.K. Vasil summarized the status
of this work (<u>Bio/Technology</u>, <u>8</u>, 79 (1990)):

> Plant regeneration in cereals is most easily
> obtained from cultured, immature embryos,
> bases of young leaves and young inflores-
> ences, often directly from single cells.
> Delivery and integration of foreign DNA into
> such cells can rapidly yield non-chimeric
> somatic embryos and plants.  Unfortunately,
> despite many attempts, it has not been pos-
> sible thus far to obtain transgenic plants,
> or even stably transformed callus, following
> DNA delivery into such explants by particle
> bombardment.  This is an important limitation
> to be overcome.

3

0003021

6.  The only "stably transformed maize callus" reported prior to 1990 was that disclosed by Klein et al. in Plant Physiol., 91, 440 (1989), which was derived by bombardment of cultured BMS cells, not immature embryos, and was nonregenerable. The transgenic maize plants obtained by Rhodes et al. by regeneration of transformed protoplasts were sterile.  There were a few reports of pollen-mediated transformation, with no accompanying evidence of stable integration.  Thus, prior to 1990, the art worker had no experience whatsoever with fertile transgenic cereal plants prepared from transformed tissue of any origin. Although the bombardment of embryogenic maize callus is arguably obvious to try, one cognizant of the literature would not have predicted success.

7.  The scutellum consists of many cells, and bombardment by the DNA-coated particles is a random process.  The particles can only penetrate and transform a small fraction of the cells.  Therefore, at best, a mosaic pattern of transformed cells in scutellum would be expected.  Furthermore, there are no cells in scutellum that are progenitors of reproductive cells.

8.  Assuming, for argument's sake, that the "stably transformed" maize "cultures" mentioned by Klein et al. are transformed callus cultures, achieved by bombardment of scutellum, followed by generation of callus therefrom, the foreign DNA may be integrated in cells to the extent that it is found "in" some portions of the regenerated plants, or may or may not be transmitted to the next generation.

4

9.   Assuming, for argument's sake, that one of ordinary skill in the art be led by the disclosures of the cited art to replace the scutellum bombarded by Klein et al. or the meristems bombarded by McCabe et al. with embryogenic Type II callus disclosed in my review article, the Examiner is urged to consider that, in view of these disclosures, I would have had no reasonable expectation that the bombarded Type II callus would yield fertile transgenic corn plants possessing the ability to transmit the foreign DNA through at least one complete sexual cycle to progeny.

10.   To begin with, given the invasive nature of particle bombardment, I would not be able to predict that the bombarded Type II callus cells would remain viable, e.g., would continue to divide, and would not simply be destroyed by bombardment.  Therefore, I would expect bombardment to severely stress these cells, and would therefore not necessarily expect this process to lead to viable callus.  I would also not be able to predict with any certainty that the foreign DNA introduced into the cells would be stably integrated into the chromosomes of the cells, i.e., so that it would be transmitted to succeeding generations of germline cells.  Evidence to support these assertions is found in Klein et al., wherein bombardment of both BMS suspension cell cultures and scutellum was not observed to yield stable transformation events.  In fact, there is also no evidence presented by Klein et al. that the cells retained the ability to

5

divide following bombardment, whether or not the DNA was inte-
grated.

11.    Likewise, although Type II callus is highly regen-
erable, there is nothing in the prior art that would lead me to
believe that it would be an improved target for bombardment
insofar as characteristics relating to the retention of viability
and stable integration of the foreign DNA are concerned.  Simply
because "native" Type II callus is highly regenerable does not
suggest that it possesses any enhanced ability to survive bom-
bardment, must less to stably integrate the introduced DNA.  In
fact, the state of the art prior to 1990 would have led me to
predict that only transient expression of the introduced DNA
would be much more likely.  As noted above, the literature had
reported bombardment of a number of dicot and monocot tissues,
but the research groups involved had not been convinced that
expression relating to stable transformation in viable, regener-
able monocot tissue had been achieved.

12.    Furthermore, selection of embryogenic Type II
callus as the target might yield regenerable callus that was not
stably transformed, or the ability to regenerate plants might be
lost even though stable transformation was attained, or the cells
might simply be rendered non-dividing by the particle penetra-
tion, or not sufficiently penetrated to accomplish transforma-
tion.

13.    Finally, the success reported by McCabe et al. in
regenerating transgenic soybean plants following bombardment of

6

exposed soybean meristems would not lead me to expect that success would be imminent with maize using biolistics. McCabe et al. did not indicate that _any_ other types of embryogenic tissue could be used in place of meristematic tissue. Also, the structural differences between soybean meristems and maize meristems would not lead me to predict that maize meristems could be successfully bombarded and regenerated into fertile maize plants using the techniques taught by McCabe.

14. It might well be obvious for a researcher in this area to try to transform a maize tissue, cultured cells or protoplasts that had a history of "regenerability" in the untransformed state. However, the "state of the art" in mid-1989 to early 1990 would not permit one of ordinary skill in the art to reasonably predict that the three pieces of the puzzle of maize transformation, namely stable transformation accompanied by subsequent cell division, regenerability, and fertility/-transmission, would come together via _any_ available methodology employing _any_ available maize starting material, including scutellum, much less that the biolistic transformation of friable embryogenic Type II callus would be the path to success.

15. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

7

Code, and that such willful false statements may jeopardize the validity of this application or any patent issuing thereon.


Date: _July 20, 1992_____        _Ronald L. Phillips_____
                                     Ronald L. Phillips

8

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Ronald C. Lundquist et al.

Title:  FERTILE TRANSGENIC CORN PLANTS

Docket No.:  950.001US5
Filed:  April 21, 1997
Examiner:  Gary Benzion

Serial No.: 08/844,555
Due Date: March 8, 1999
Group Art Unit: 1649

Assistant Commissioner for Patents
Washington, D.C. 20231

We are transmitting herewith the following attached items (as indicated with an "X"):

X  A return postcard.
X  An Amendment and Response (6 Pages).
X  Petition for Extension of Time (1 pg.)
X  A check in the amount of $380.00 to cover the Extension of Time Fee.
X  A copy of the Declaration of Ronald Phillips (8 pgs.).

Please consider this a **PETITION FOR EXTENSION OF TIME** for sufficient number of months to enter these papers and please charge any additional required fees or credit overpayment to Deposit Account No. 19-0743.

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described above are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this __10__ day of May, 1999.

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938, Minneapolis, MN 55402 (612-373-6900)

By: _____
Atty: Warren D. Woessner, Ph.D.
Reg. No. 30,440

**Customer Number 21186**

(GENERAL)

0003027

S/N 08/844,555                                                      PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## PETITION FOR A TWO-MONTH EXTENSION OF TIME

Assistant Commissioner for Patents
Washington, D.C. 20231

In accordance with the provisions of 37 C.F.R. § 1.136(a), it is respectfully requested that a two-month extension of time be granted in which to respond to the Office Action mailed December 8, 1998, said period of response being extended from March 8, 1999 to May 8, 1999.

Our check in the amount of $380.00 is enclosed to cover the required extension fee. Please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _10 May 1999_     By _____
                          Warren D. Woessner, Ph.D.
                          Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on this 10 day of May, 1999.

_____          _____
Name        Tava Othmar                 Signature

0003028

S/N 08/844,555                                                              PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Ronald C. Lundquist et al. | Examiner: Gary Benzion | |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 | |
| Filed: | April 21, 1997 | Docket: 950.001US5 | |
| Title: | FERTILE TRANSGENIC CORN PLANTS | | |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
## AND CERTIFICATION UNDER 1.97(e)(2)

Assistant Commissioner for Patents
Washington, D.C. 20231

In compliance with the duty imposed by 37 C.F.R. § 1.56, and in accordance with 37 C.F.R. §§ 1.97 *et. seq.*, the enclosed materials are brought to the attention of the Examiner for review in connection with the above-identified patent application. Pursuant to the provisions of MPEP 609, Applicants request that a copy of the 1449 form, marked as being considered and initialed by the Examiner, be returned with the next official communication.

## CERTIFICATION UNDER 37 C.F.R. § 1.97(e)(2)

The undersigned attorney hereby certifies that no item of information contained in this Supplemental Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing this statement after making reasonable inquiry, no item of information contained in this Supplemental Information Disclosure Statement was known to any individual designated in §1.56(c) more than three months prior to the filing of this Supplemental Information Disclosure Statement. Therefore, U.S. Patent No. 5,886,244, being brought to the attention of the Examiner herewith by means of this Supplemental Information Disclosure Statement, issued no more than three months prior to the filing of this statement.

Under 37 C.F.R. §1.97(c)(1), it is believed that no fee is required with this Supplemental Information Disclosure Statement. **The Commissioner is hereby authorized to charge any fees necessary for consideration of this Supplemental Information Disclosure Statement to Deposit Account No. 19-0743.**

Applicants respectfully request consideration of this reference during prosecution of the above-identified matter. The Examiner is invited to contact Applicants' Representatives at the below-listed telephone number if there are any questions regarding this communication.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _26 May 1999_    By _____

WDW:jsf                        Warren D. Woessner
                               Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on May 26, 1999.

JONATHAN FERGUSON
Name                           Signature

0003030

Sheet 1 of 1

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

### U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
| --- | --- | --- | --- | --- | --- | --- |
| | 5,886,244 | 03/23/1999 | Tomes et al. | 800 | 293 | 06/10/88 |

### FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

### OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
| --- | --- |
| | |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



UNITED STATE   )EPARTMENT OF COMMERCE
**Patent and Trademark Office**

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

HM12/0904

WARREN P MOESSNER
SCHWEGMAN LUNDBERG
 WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/844,555 | 04/21/97 | 008 | BENZION, G | 1649   08/04/ |

| First Named Applicant | | | | |
|---|---|---|---|---|
| LUNDQUIST, | | 35 USC 154(b) term ext. = 0 Days. | | |

TITLE OF INVENTION    FERTILE TRANSGENIC CORN PLANTS

D✓ Nov. 4, 1999

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1   950.001US5 | 800-293.000 | W71 | UTILITY | NO | $1210.00 | 11/04 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment c
    maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance
    fees when due.**

YOUR COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                    *U.S. GPO: 1998-437-639/60023

mplete and mail this form together with applicable fees. to: Box ISSUE FEE
Assistant Commissioner for Pat
Washington, D.C. 20231

Case 1:04-cv-00305-SLR    Document 22    Filed 01/11/2006    Page 23 of 50

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

HM12/0804

WARREN D WOESSNER
SCHWEGMAN LUNDBERG
  WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's nam

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/844,555 | 04/21/97 | 008 | BENZION, G | 1649 | 08/0 |

| First Named Applicant | LUNDQUIST, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION       FERTILE TRANSGENIC CORN PLANTS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1    950.001US5 | 800-293.000 | W71 | UTILITY | NO | $1210.00 | 11/0 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended. but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ Individual     ☐ corporation or other private group entity     ☐ government

4a. The following fees are enclosed (make check payable to Commissio of Patents and Trademarks):

☐ Issue Fee
☐ Advance Order - # of Copies_____

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER_____
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee
☐ Advance Order - # of Copies_____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

| (Authorized Signature) | (Date) |
|---|---|

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Schwegman, Lundberg
Woessner & Kluth. P.A

AUG 0 9 1999

RECEIVED

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV 10-96) Approved for use through 06/30/99. OMB 0651-0033        Patent and Trademark Office; U.S. DEPARTMENT OF CO

| | Application No. 08/844,555 | App~ nt(s) Lundquist et al |
|---|---|---|
| ***Notice of Allowability*** | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *papers filed June 1, 1999*

☒ The allowed claim(s) is/are *23-26, 28, 29, 38, and 39*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS    *D / Oct. 4, 1999*

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. ___5___ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *16 & 20*

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

Serial No    08/844,555                                    2 of 3
Art Unit    1649

5

*Examiner's Amendment*

An Examiner's Amendment to the record appears below. Should the changes be unacceptable to Applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

10          Claim 27 has been canceled.

Claim 23 has been amended as follows:

23 (twice amended). A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a screenable marker gene; (ii) [identifying or] selecting a population of 15    transformed cells expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

In claim 38, the phrase – produced by the process of claim 23,–-, has been inserted following the term "*Zea mays*" in line 2.

20          Authorization for this Examiner's Amendment was given in a telephone interview with Warren Woessner on 30 July 1999.

Any comments considered necessary by applicant must be submitted no later than the Payment of Issue Fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "**Comments on Statement of Reasons for Allowance**."

25          This application is in condition for allowance except for the presentation of claims 30-37 to an invention non-elected without traverse. Accordingly, claims 30-37 have been canceled.

*Inquires*

Serial No        08/844,555                                          3 of 3
Art Unit         1649

        Any inquiry concerning this or earlier communication from the examiner should be directed to
Gary Benzion, Ph.D. whose telephone number is (703) 308-1119. The examiner can normally be reached

30     on Monday-Friday from 7:00 AM to 3:30 PM.  If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, Lynette F. Smith can be reached on (703)-308-3909. Any inquiry
of a general nature or relating to the status of this application should be directed to the Group receptionist
whose telephone number is (703) 308-0196.

        Papers related to this application may be submitted to Group 1600 by facsimile transmission.

35     Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal Mall 1.  The faxing of
such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15,
1989).

Benzion
40     07/30/99

GARY BENZION, Ph.D.
PRIMARY EXAMINER
GROUP ART UNIT 1649

45

0003036

| **Interview Summary** | Application No. 08/844,555 | App. .nt(s) Lundquist et al | |
|---|---|---|---|
| | Examiner Gary Benzion, Ph.D. | Group Art Unit 1649 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Gary Benzion, Ph.D._                (3) _____

(2) _Warren Woessner_                   (4) _____

Date of Interview _____ _30 Jul 1999_ _____

Type:  ☒ Telephonic  ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☒ No. If yes, brief description:

_____

Agreement  ☒ was reached.  ☐ was not reached.

Claim(s) discussed: _23 and 38_ _____

Identification of prior art discussed:
_None_ _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Agreement to amend claims as set forth in the examiner's amendment. The process disclosed was clarified to require the use of a selectable marker in transformation and to limit the seed produced to that provided by the process claimed._

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)                    Interview Summary                    Paper No. **21**

Sheet 1 of 1

| Form 1449* | | Atty. Docket No.: 950.001US5 | | | Serial No. 08/844,555 | |
|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | Applicants: Ronald C. Lundquist et al. | | | | |
| | | Filing Date: April 21, 1997 | | | Group: 1649 | |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 5,886,244 | 03/23/1999 | Tomes et al. | 800 | 293 | 06/10/88 |

## FOREIGN PATENT DOCUMENTS

| | | | | | | Translation | |
|---|---|---|---|---|---|---|---|
| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Yes | No |
| | | | | | | | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

| **Examiner Initial | |
|---|---|
| | |

| Examiner | | Date Considered 7/28/89 |
|---|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant

0003038

MAR 0 1 1999

Sheet 1 of 14

Form 1449*

| | |
|---|---|
| Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |

INFORMATION DISCLOSURE STATEMENT
BY APPLICANT
(Use several sheets if necessary)

| | | |
|---|---|---|
| Applicants: Ronald C. Lundquist et al. | | |
| Filing Date: April 21, 1997 | | Group: 1649 |

## U.S. PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| | 07/392,176 | | Adams et al. | | | 08/09/89 |
| | 4,520,113 | 05/28/1985 | Gallo et al. | 436 | 504 | 04/23/84 |
| | 4,536,475 | 08/20/1985 | Anderson | 435 | 172.3 | 10/05/82 |
| | 4,708,818 | 11/24/1987 | Montagnier et al. | 435 | 5 | 12/05/83 |
| | 4,945,050 | 07/31/1990 | Sanford et al. | 435 | 172.1 | 11/13/84 |
| | 4,956,282 | 09/11/1990 | Goodman et al. | 435 | 69.51 | 07/29/85 |
| | 5,036,006 | 07/30/1991 | Sanford et al. | 435 | 170.1 | 11/13/84 |
| | 5,077,399 | 12/31/1991 | Brauer et al. | 536 | 27 | 05/13/88 |
| | 5,082,767 | 01/21/1992 | Hatfield et al. | 435 | 6 | 02/27/89 |
| | 5,196,342 | 03/23/1993 | Donovan | 435 | 320.1 | 04/16/87 |
| | 5,240,841 | 08/31/1993 | Johnston et al. | 435 | 172.3 | 03/21/85 |
| | 5,371,015 | 12/06/1994 | Sanford et al. | 435 | 287 | 11/13/84 |
| | 5,464,763 | 11/07/1995 | Schilperoort et al. | 435 | 172.3 | 02/23/84 |
| | 5,495,071 | 02/27/1996 | Fischhoff et al. | 800 | 205 | 04/29/87 |
| | 5,538,877 | 07/23/1996 | Lundquist et al. | 435 | 172.3 | 01/22/90 |
| | 5,538,880 | 07/23/1996 | Lundquist et al. | 435 | 172.3 | 01/22/90 |
| | 5,580,716 | 12/03/1996 | Johnston et al. | 435 | 5 | 03/21/85 |
| | 5,693,507 | 12/02/1997 | Daniell et al. | 435 | 172.3 | 09/26/88 |
| | 5,780,708 | 07/14/1998 | Lundquist et al. | 800 | 205 | 01/22/90 |

## FOREIGN PATENT DOCUMENTS

| **Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | 0 142 924 A2 | 05/29/1985 | European | C12N | 15/00 | |
| | 0 269 601 A2 | 06/01/1988 | European | C12N | 15/00 | |
| | 0 331 083 A2 | 09/06/1989 | European | C12P | 15/00 | |
| | 86/01536 | 03/13/1986 | PCT | C12N | 15/00 | |
| | 86/03776 | 07/03/1986 | PCT | C12N | 15/00 | |
| | 88/08034 | 10/20/1988 | PCT | C12P | 21/00 | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

In Vitro Cellular & Developmental Biology, 21, Program Issue: Thirty-Sixth Annual Meeting of the Tissue Culture Association, New Orleans, LA, 88 p. (Mar. 1985)

In Vitro Cellular & Developmental Biology, 23, Program Issue: Thirty-Eighth Annual Meeting of the Tissue Culture Association, Washington, D.C., 93 p. (Mar. 1987)

In Vitro Cellular & Developmental Biology, 24, Program Issue: Thirty-Ninth Annual Meeting of the Tissue Culture Association, Las Vegas, NV, 92 p. (Mar. 1988)

| | |
|---|---|
| Examiner | Date Considered  11/28/99 |

*Substitute Disclosure Statement Form PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.

0003039

MAR 0 1 1999

PATENT & TRADEMARK

Sheet 2 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | *In Vitro Cellular & Developmental Biology, 25,* Program Issue: Fortieth Annual Meeting of the Tissue Culture Association, Orlando, Fl, 73 p. (Mar. 1989) |
| | "European Firm Devises Insect-Resistant Plants", *Agricultural Biotechnology News,* 1, 6 (Mar.-Apr. 1986) |
| | "Molecular Strategies for Crop Improvement", *Journal of Cellular Biochemistry,* Supplement 14e, List of Plenary and Poster Sessions, organized by Arntzen, C., et al., for The Keystone Conference on Molecular Strategies for Crop Plant Improvement, held at the 19th UCLA Symposia, 257 (1990) |
| | Abbe, E.C., et al., "The Growth of the Shoot Apex in Maize: Embryogeny", *American Journal of Botany, 41,* 285-293 (Apr. 1954) |
| | Adang, M.J., et al., "Expression of a *Bacillus thuringiensis* Insecticidal Crystal Protein Gene in Tobacco Plants", *Molecular Strategies for Crop Protection,* Arntzen, C.J., et al. (eds.), Alan R. Liss, Inc., New York, 345-353 (1987) |
| | Anderson, P.C., et al., "Herbicide-Tolerant Mutants of Corn", *Genome, 31,* 994-999 (1989) |
| | Angus, T.A., "Implications of Some Recent Studies of *Bacillus thuringiensis* -- A Personal Purview", *Proceedings of the 4th International Colloquium on Insect Pathology,* College Park, MD, 183-189 (Aug. 25-28, 1970) |
| | Armaleo, D., et al., "Biolistic Nuclear Transformation of Saccharomyces cerevisiae and Other Fungi", *Curr. Genet., 17,* 97-103 (1990) |
| | Aronson, A.I., et al., "*Bacillus thuringiensis* and Related Insect Pathogens", *Microbiological Reviews, 50,* 1-24 (Mar. 1986) |
| | Aronson, J.N., et al., "Toxic Trypsin Digest Fragment from the *Bacillus thuringiensis* Parasporal Protein", *Applied and Environmental Microbiology, 53,* 416-421 (Feb. 1987) |
| | Barton, K.A., et al., "*Bacillus thuringiensis* δ-Endotoxin Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects", *Plant Physiol., 85,* 1103-1109 (1987) |
| | Birk, Y., et al., "Separation of a Tribolium-Protease Inhibitor from Soybean on a Calcium Phosphate Column", *Biochem. Biophys. Acta, 67,* 326-328 (Feb. 12, 1963) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Case 1:04-cv-00305-SLR    Document 225-9    Filed 01/11/2006    Page 31 of 50

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Bishop, D.H., et al., "Genetically Engineered Viral Insecticides -- A Progress Report 1986-1989", Pestic. Sci., 27, 173-189 (1989)

Boynton, J.E., et al., "Chloroplast Transformation in *Chlamydomonas* with High Velocity Microprojectiles", Science, 240, 1534-1537 (June 10, 1988)

Bryant, J.A., "At Last: Transgenic Cereal Plants from Genetically Engineered Protoplasts", Trends in Biotechnology, 6, 291-292 (Dec. 1988)

Burgerjon, A., et al., "Industrial and International Standardization of Microbial Pesticides -- I. *Bacillus thuringiensis*", Entomophaga, 22, 121-129 (1977)

Busvine, J.R., A Critical Review of the Techniques for Testing Insecticides, Table of Contents, Commonwealth Agricultural Bureaux, Slough, England, iii-xi (1971)

Bytebier, B., et al., "T-DNA Organization in Tumor Cultures and Transgenic Plants of the Monocotyledon *Asparagus officinalis*", Proc. Natl. Acad. Sci. USA, 84, 5345-5349 (Aug. 1987)

Calabrese, D.M., et al., "A Comparison of Protein Crystal Subunit Sizes in *Bacillus thuringiensis*", Canadian Journal of Microbiology, 26, 1006-1010 (Aug. 1980)

Caplan, A., et al., "Introduction of Genetic Material into Plant Cells", Science, 222, 815-821 (Nov. 18, 1983)

Chaleff, R.S., "Induction, Maintenance, and Differentiation of Rice Callus Cultures on Ammonium as Sole Nitrogen Source", Plant Cell Tissue Organ Culture, 2, 29-37 (1983)

Christou, P., et al., "Inheritance and Expression of Foreign Genes in Transgenic Soybean Plants", Proc. Natl. Acad. Sci. USA, 86, 7500-7504 (Oct. 1989)

Cooksey, K.E., "Purification of a Protein from Bacillus thuringiensis Toxic to Larvae of Lepidoptera", Biochem. J., 106, 445-454 (1968)

De Block, M., et al., "Expression of Foreign Genes in Regenerated Plants and Their Progeny", EMBO J., 3, 1681-1689 (1984)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003041

MAR 0 1 9

Sheet 4 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | | |
| | Filing Date: April 21, 1997 | Group: 1649 | |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

De Block, M., et al., "The Use of Phosphinothricin Resistance as a Selectable Marker in Tobacco Protoplast Transformation", In: Progress in Plant Protoplast Research, Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, 389-390 (Dec. 6-11, 1987)

Denecke, J., et al., "Quantification of Transient Expression Levels of Genes Transferred to Plant Protoplasts by Electroporation", Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, 337-338 (Dec. 6-11, 1987)

Duncan, D.R., et al., "The Production of Callus Capable of Plant Regeneration for Immature Embryos of Numerous Zea Mays Genotypes", Planta, 165, 322-332 (1985)

Dunleavy, J.M., "Curtobacterium plantarum sp. nov. Is Ubiquitous in Plant Leaves and Is Seed Transmitted in Soybean and Corn", International Journal of Systematic Bacteriology, 39, 240-249 (July 1989)

Dybvig, K., et al., "Transposition of Gram-Positive Transposon Tn916 in Acholeplasma laidlawii and Mycoplasma pulmonis", Science, 235, 1392-1394 (Mar. 13, 1987)

Edallo, S., et al., "Chromosomal Variation and Frequency of Spontaneous Mutation Associated with in vitro Culture and Plant Regeneration in Maize", Maydica, 26, 39-56 (1981)

Fast, P.G., et al., "Bacillus thuringiensis δ-Endotoxin: Evidence that Toxin Acts at the Surface of Susceptible Cells", Experientia, 34, 762-763 (1978)

Faust, R.M., et al., "Bacteria and Their Toxins as Insecticides", In: Microbial and Viral Pesticides, Kurstak, E., (ed.), Marcel Dekker, Inc., New York, 75-208 (1982)

Finkle, B.J., et al., "Growth and Regeneration of Alfalfa Callus Lines After Freezing in Liquid Nitrogen", Plant Science, 42, 133-140 (1985)

Finney, D.J., In: Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve, iii-ix (1952)

Fischhoff, D.A., et al., "Insect Tolerant Transgenic Tomato Plants", Bio/technology, 5, 807-812 (1987)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 5 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author. Title. Date, Pertinent Pages. Etc.)

**Examiner Initial**

| | |
|---|---|
| | Fukuto, T.R., "Physicochemical Aspects of Insecticidal Action", In: Insecticidal Biochemistry and Physiology, Wilkinson, C.F., (ed.), Plenum Press, New York, 397-428 (1976) |
| | Gallagher, S., "Progress and Promise of the Particle Gun", Ag Biotechnology News, 6, 12-13 (Mar.-Apr. 1989) |
| | Gallie, D.R., et al., "The 5'-leader Sequence of Tobacco Mosaic Virus RNA Enhances the Expression of Foreign Gene Transcripts in Vitro and in Vivo", Nucleic Acids Research, 15, 3257-3273 (1987) |
| | Gatehouse, A.M.R., et al., "Assessment of the Antimetabolic Effects of Trypsin Inhibitors from Cowpea (Vigna unguiculata) and Other Legumes on Development of the Bruchid Beetle Callosobruchus maculatus", J. Sci. Food Agric., 34, 345-350 (1983) |
| | Genovesi, A.D., et al., "Embryogenesis in Callus Derived from Rice Microspores", Plant Cell Reports, 1, 257-260 (1982) |
| | Georghiou, G.P., et al., "Factors Influencing the Evolution of Resistance", In: Pesticide Resistance: Strategies and Tactics for Management, Committee on Strategies for the Management of Pesticide Resistant Pest Populations, Board on Agriculture, National Research Council, National Academy Press, Washington, D.C., 157-169 (1986) |
| | Gerlach, W.L., "Genetic Engineering: Its Place in Plant Breeding", In: Plant Breeding and Genetic Engineering, Zakri, A.H., (ed.), Society for the Advancement of Breeding Researches in Asia and Oceania, Bangi, Malaysia, 269-277 (1988) |
| | Goldfarb, B., et at., "Transient Expression of Microprojectile-Introduced DNA in Douglas-Fir", J. Cell. Biochem., 13D, Abstract No. M121, p. 259 (1989) |
| | Goldman, S.L., et al., "Transformation of Zea mays by Agrobacterium tumefaciens: Evidence for Stable Genetic Alterations", Journal of Cellular Biochemistry, 11B, Abstract No. F 202, p. 26 (1987) |
| | Gordon, P.N., et al., "Plant Regeneration from Tissue Cultures of Maize", Maize Genetics Cooperation Newsletter, 51, 79-80 (Mar. 1, 1977) |
| | Green, C.E., "New Developments in Plant Tissue Culture and Plant Regeneration", In: Basic Biology of New Developments in Biotechnology, Hollaender, A., et al., (eds.), Plenum Press, New York, 195-209 (1983) |

Examiner                                                    |Date Considered
                                                            |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor
and not considered. Include copy of this form with next communication to applicant.

0003043

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner
Initial

Green, C.E., "Somatic Embryogenesis and Plant Regeneration from the Friable Callus of *Zea mays*", _Proceedings of the 5th International Congress on Plant Tissue & Cell Culture_, Tokyo, Japan, 107-108 (1982)

Haccius, B., "Question of Unicellular Origin of Non-Zygotic Embryos in Callus Cultures", _Phytomorphology, 28_, 74-81 (1978)

Harms, C.T., et al., "Regeneration of Plantlets from Callus Cultures of *Zea mays* L.", _Z. Ptlanzenzuchtg. 77_, 347-351 (1976)

Hartree, E.F., "Determination of Protein: A Modification of the Lowry Method that Gives a Linear Photometric Response", _Analytical Biochemistry, 48_, 422-427 (1972)

Harvey, W.R., et al., "Potassium Ion Transport ATPase in Insect Epithelia", _J. Exp. Biol., 106_, 91-117 (1983)

Heimpel, A.M., et al., "Recent Advances in the Knowledge of Some Bacterial Pathogens of Insects", _Proceedings of the Tenth International Congress of Entomology, Vol. 4_, 711-722 (1956)

Heimpel, A.M., et al., "The Site of Action of Crystalliferous Bacteria in Lepidoptera Larvae", _Journal of Insect Pathology, 1_, 152-170 (1959)

Hernalsteens, J.-P., et al., "An *Agrobacterium*-Transformed Cell Culture from the Monocot *Asparagus Officinalis*", _The EMBO Journal, 3_, 3039-3041 (Dec. 1984)

Hibberd, K.A., "Induction, Selection, and Characterization of Mutants in Maize Cell Cultures", In: _Cell Culture and Somatic Cell Genetics of Plants, Vol. 1_, Vasil, I.K., (ed.), Academic Press, Inc., Orlando, FL, 571-576 (1984)

Hickle, L.A., et al., "Analytical Chemistry of *Bacillus thuringiensis*: An Overview", _In: Analytical Chemistry of Bacillus thuringiensis_, Hickle, L.A., et al., (eds.), Developed from a Symposium Sponsored by the Division of Agrochemicals at the 198th National Meeting of the American Chemical Society, Miami Beach, FL, vii-ix, 1-8 (Sep. 10-15, 1989)

Hilder, V.A., et al., "A Novel Mechanism of Insect Resistance Engineered int Tobacco", _Nature, 330_, 160-163 (Nov. 12, 1987)

Hodges, T.K., et al., "Genotype Specificity of Somatic Embryogenesis and Regeneration in Maize", _Bio/technology, 4_, 219-223 (Mar. 1986)

| Examiner | Date Considered |
|---|---|

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant.

0003044

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

**OTHER DOCUMENTS**
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

Hodges, T.K., et al., "Regeneration of Maize", In: <u>Biotechnology in Plant Science</u>, Zaitlin, M., et al., (ed.), Academic Press, Inc., Orlando, FL, 15-33 (1985)

Hoekema, A., et al., "Codon Replacement in the *PGK1* Gene of *Saccharomyces cerevisiae*: Experimental Approach to Study the Role of Biased Codon Usage in Gene Expression", <u>Molecular and Cellular Biology, 7</u>, 2914-2924 (Aug. 1987)

Hofmann, C., et al., "Binding of the Delta Endotoxin from *Bacillus thuringiensis* to Brush-Border Membrane Vesicles of the Cabbage Butterfly (*Pieris Brassicae*)", <u>Eur. J. Biochem., 173</u>, 85-91 (1988)

Hofmann, C., et al., "Specificity of *Bacillus thuringiensis* δ-Endotoxins is Correlated with the Presence of High-Affinity Binding Sites in the Brush Border Membrane of Target Insect Midguts", <u>Proc. Natl. Acad. Sci. USA, 85</u>, 7844-7848 (Nov. 1988)

Höfte, H., et al., "Monoclonal Antibody Analysis and Insecticidal Spectrum of Three Types of Lepidopteran-Specific Insecticidal Crystal Proteins of *Bacillus thuringiensis*", <u>Applied and Environmental Microbiology, 54</u>, 2010-2017 (Aug. 1988)

Höfte, H., et al., "Structural and Functional Analysis of a Cloned Delta Endotoxin of *Bacillus thuringiensis berliner* 1715", <u>Eur. J. Biochem., 161</u>, 273-280 (1986)

Hollingworth, R.M., "The Biochemical and Physiological Basis of Selective Toxicity", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 431-506 (1976)

Horsch, R.B., et al., "A Simple and General Method for Transferring Genes into Plants", <u>Science, 227</u>, 1229-1231 (Mar. 8, 1985)

Huber, H.E., et al., "*Bacillus thuringiensis* δ-Endotoxin: Composition and Activation", In: <u>Pathogenesis of Invertebrate Microbial Diseases</u>, Davidson, E.W., (ed.), Allanheld, Osmun & Co. Publishers, Inc., Totowa, NJ, 209-234 (1981)

Huber-Lukac, M., et al., "Characterization of Monoclonal Antibodies to a Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki*", <u>Infection and Immunity, 54</u>, 228-232 (Oct. 1986)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conform and not considered. Include copy of this form with next communication to applicant

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Imbrie-Milligan, C.W., et al., "Microcallus Formation from Maize Protoplasts Prepared from Embryogenic Callus", _Planta, 168_, 395-401 (1986)

Jarrett, P., "Potency Factors in the delta-Endotoxin of _Bacillus thuringiensis_ var. _aizawi_ and the Significance of Plasmids in their Control", _Journal of Applied Bacteriology, 58_, 437-448 (1985)

Johnson, D.E., "Toxicity of _Bacillus thuringiensis_ Entomocidal Protein Toward Cultured Insect Tissue", _Journal of Invertebrate Pathology, 38_, 94-101 (1981)

King, P., et al., "Maize", In: _Handbook of Plant Cell Culture, Vol. 2_, Sharp, W.R., et al., (eds.), Macmillan Publishing Company, New York, 69-91 (1984)

Klein, T.M., et al., "Advances in Direct Gene Transfer into Cereals", _In: Genetic Engineering: Principles and Methods, Vol. 11_, Setlow, J.K., (ed.), Plenum Publishing Corp., New York, 13-31 (1989)

Klein, T.M., et al., "Particle Gun Technology: A Novel Method for the Introduction of DNA into Living Cells", _Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"_, Poster, #28, Ithaca, NY, 25 (June 23-27, 1985)

Klein, T.M., et al., "Stable Genetic Transformation of Intact _Nicotiana_ Cells by the Particle Bombardment Process", _Proc. Natl. Acad. Sci. USA, 95_, 5502-5505 (Nov. 1988)

Knowles, B.H., et al., "Characterization and Partial Purification of a Plasma Membrane Receptor for _Bacillus thuringiensis_ var. _Kurstaki_ Lepidopteran-Specific δ-Endotoxin", _J. Cell Sci., 83_, 89-101 (1986)

Knowles, B.H., et al., "Lectin-Like Binding of _Bacillus thuringiensis_ var. _Kurstaki_ Lepidopteran-Specific Toxin is an Initial Step in Insecticidal Action", _FEBS Letters, 168_, 197-202 (Mar. 1984)

Langridge, W.H., et al., "Electric Field Mediated DNA Transformation in Plant Protoplasts", _Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"_, Ithaca, NY, Poster #30, p. 25 (June 23-27, 1985)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003046

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Leason, M., et al., "Inhibition of Pea Leaf Glutamine Synthetase by Methionine Sulphoximine, Phosphinothricin and Other Glutamate Analogues", Biochemistry, 21, 855-857 (1982)

Lee, B., "Cereal Transformation", Plants Today, 9-11 (Jan.-Feb. 1989)

Lörz, H., et al., "Gene Transfer to Cereal Cells Mediated by Protoplast Transformation", Mol. Gen. Genet., 199, 178-182 (1985)

Lowe, K., et al., "Plant Regeneration via Organogenesis and Embryogenesis in the Maize Inbred Line B73", Plant Science, 41, 125-132 (1985)

Luckow, V.A., et al., "Trends in the Development of Baculovirus Expression Vectors", Bio/Technology, 6, 47-55 (Jan. 1988)

Lüthy, P., "Insecticidal Toxins of Bacillus thuringiensis", FEMS Microbiology Letters, 8, 1-7 (1980)

Mangano, M.L., et al., "Long-Term Cold Storage of Regenerable Maize Callus", In Vitro Cellular and Developmental Biology, 25, Abstract No. 224, p. 66A (Mar. 1989)

Merryweather, A.T., et al., "Construction of Genetically Engineered Baculovirus Insecticides Containing the Bacillus thuringiensis subsp. Kurstaki HD-73 Delta Endotoxin", Journal of General Virology, 71, 1535-1544 (1990)

Molnar, S.J., et al., "Initiation of Totipotent Tissue Cultures from Undeveloped Axillary and Secondary Ears", Maize Genetics Cooperation Newsletter, 54, 52-53 (Mar. 31, 1980)

Murphy, D.W., et al., "Bacillus thuringiensis Enzyme-Digested Delta Endotoxin: Effect on Cultured Insect Cells", Science, 194, 954-956 (Nov. 26 1976)

Nishiitsutsuji-Uwo, J., et al., "Mode of Action of Bacillus thuringiensis δ-Endotoxin: Effect on TN-368 Cells", Journal of Invertebrate Pathology, 34, 267-275 (1979)

Ochatt, S.J., et al., "Selection for Salt/Drought Tolerance using Isolated Protoplasts and Protoplast-Derived Calli of Colt Cherry (Prunus avium x pseudocerasus)", In: Progress in Plant Protoplast Research, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, The Netherlands, p. 391-392 (1988)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Oeda, K., et al., "Formation of Crystals of the Insecticidal Proteins of *Bacillus thuringiensis* subsp. *aizawai* IPL7 in *Escherichia coli*", Journal of Bacteriology, 171, 3568-3571 (June 1989)

Park, W.D., et al., "High-Level, Sucrose-Inducible Expression of a Chimeric Patatin-GUS Gene In Leaf Explants of Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D, Abstract No. M 343, p. 310 (Mar. 27-Apr. 7, 1989)

Perlak, F.J., et al., "Expression of Bacillus thuringiensis Proteins in Transgenic Plants", In: Biotechnology, Biological Pesticides and Novel Plant-Pest Resistance for Insect Pest Management, Roberts, D.W., et al., (eds.), Insect Pathology Resource Center, Boyce Thompson Institute for Plant Research, Cornel University, Ithaca, NY, 77-81 (1988)

Poehlman, J.M., et al., In: Breeding Field Crops, 3rd Edition, AVI Publishing Company, Inc., Westport, CT, 149-152 (1987)

Poethig, R.S., "Maize -- The Plant and Its Parts", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Molecular Biology Association., Charlottesville, VA, 9-18 (1982)

Potrykus, I., et al., "Direct Gene Transfer: State of the Art and Future Potential", Plant Molecular Biology Reporter, 3, 117-128 (Summer 1985)

Randolph, L.F., et al., "Developmental Morphology of the Caryopsis in Maize", Journal of Agricultural Research, 53, 881-916 (Dec. 15, 1936)

Rhodes, C.A., et al., "Cytogenetic Stability of Aneuploid Maize Tissue Cultures", Can. J. Genet. Cytol., 28, 374-384 (1986) '

Rhodes, C.A., et al., "Factors Affecting Tissue Culture Initiation from Maize Tassels", Plant Science, 46, 225-232 (1986)

Rice, T.B., "Tissue Culture Induced Genetic Variation in Regenerated Maize Inbreds", Proceedings of the 37th Annual Corn & Sorghum Industry Research Conference, 148-162 (1982)

Rosahl, S., et al., "Expression of a Tuber-Specific Storage Protein In Transgenic Tobacco Plants: Demonstration Of An Esterase Activity", EMBO. J, 6 Press Limited, Oxford, England, 1155 (1987)

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003048

MAR 0 1 1999

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Roth, B.A., et al., "Genetic Regulation of Transient Expression of Maize Anthocyanin Pathway Genes Introduced into Intact Maize Tissues by Microprojectile Bombardment", Journal of Cellular Biochemistry, 13D, Abstract No. M 344, p. 310 (Mar. 27-Apr. 7, 1989)

Roush, R.T., et al., "Ecological Genetics of Insecticidal and Acaricide Resistance", Ann. Rev. Entomol., 32, 361-380 (1987)

Ryan, A.J., et al., "The Expression of the Napin Gene Under the Control of Its Own Promoter in Transgenic Tobacco Plants", Journal of Cellular Biochemistry, 13D, Abstract No. M 345, p. 310 (Mar. 27-Apr. 7, 1989)

Sanford, J.C., "The Biolistic Process", Plant Physiology, 89, Abstract No. 9, p. 2 (Apr. 1989)

Sanford, J.C., et al., "Delivery of DNA into Regenerable Tissues of Monocots, Using High-Velocity Microprojectiles", Grant Application No. 86-0183, United States Department of Agriculture, Science and Education, 57 p. (Feb. 27, 1986)

Sass, J.E., "Comparative Leaf Number in the Embryos of Some Types of Maize", Iowa State Coll. J. Sci., 25, 509-512 (1951)

Schafer, W., et al., "T-DNA Integration and Expression in a Monocot Crop Plant after Induction of Agrobacterium", Nature, 327, 529-532 (June 11, 1987)

Schardl, C.L., et al., "Design and Construction of a Versatile System for the Expression of Foreign Genes in Plants", Gene, 61, 1-11 (1987)

Schnepf, H.E., et al., "Delineation of a Toxin-Encoding Segment of a Bacillus thuringiensis Crystal Protein Gene", The Journal of Biological Chemistry, 260, 6273-6280 (1985)

Shaner, D.L., et al., "Mechanism of Action of the Imidazolinones and Cell Culture Selection of Tolerant Maize", In: Biotechnology in Plant Sciences, Zaitlin, M., et al., (eds.), Academic Press, Orlando, FL, 287-299 (1985)

Sharman, B.C., "Developmental Anatomy of the Shoot of Zea mays L.", Annals o Botany, VI, 246-281 (Apr. 1942)

Shields, R., "Towards Insect-Resistant Plants", Nature, 328, 12-13 (July 2 1987)

Examiner                                     |Date Considered

*Substitute Disclosure Statement form (PTO-1449)
**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

0003049

MAR 0 1 ~

Sheet 12 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
| --- | --- |
| | Shivakumar, A.G., et al., "Vegetative Expression of the δ-Endotoxin Genes of *Bacillus thuringiensis* subsp. *kurstaki* in *Bacillus subtilis*", Journal of Bacteriology, 166, 194-204 (Apr. 1986) |
| | Smith, G.E., et al., "Molecular Engineering of the *Autographa californica* Nuclear Polyhedrosis Virus Genome: Deletion Mutations Within the Polyhedrin Gene", Journal of Virology, 46, 584-593 (May 1983) |
| | St. Julian, G., et al., "Bacteria, Spirochetes, and Rickettsia as Insecticides", Annals of the New York Academy of Sciences, 217, 65-75 (1973) |
| | Stolle, C.A., et al., "Cellular Factor Affecting the Stability of β-globulin mRNA", Gene, 62, 65-74 (1988) |
| | Strauch, E., et al., "Cloning of a Phosphinothricin N-Acetyltransferase Gene from Streptomyces Viridochromogenes Tu494 and its Expression in Streptomyces lividans and Escherichia coli", Gene, 63, 65-74 (1988) |
| | Stroo, H.F., et al., "Heterotrophic Nitrification in an Acid Forest Soil and by an Acid-Tolerant Fungus", Applied and Environmental Microbiology, 52, 1107-1111 (Nov. 1986) |
| | Suprasanna, P., et al., "Plantlet Regeneration from Glume Calli of Maize (*Zea mays* L.)", Theor. Appl. Genet., 72, 120-122 (1986) |
| | Thomas, W.E., et al., "Mechanism of Action of *Bacillus thuringiensis* var *israelensis* Insecticidal δ-Endotoxin", FEBS Letters, 154, 362-368 (Apr. 1983) |
| | Tojo, A., et al., "Dissolution and Degradation of *Bacillus thuringiensis* δ-Endotoxin by Gut Juice Protease of the Silkworm *Bombyx mori*", Applied and Environmental Microbiology, 45, 576-580 (Feb. 1983) |
| | Tomes, D.T., "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets", In: Cereal Tissue and Cell Culture, Bright, S.W.J., et al., (eds.), Martinus Nijhoff/Dr. W. Junk, Amsterdam, The Netherlands, 175-203 (1985) |
| | Tomes, D.T., "Initiation of Embryogenic Callus Cultures from Immature Embryo of Elite Corn (*Zea mays* L.) Germplasm", In Vitro, 20, Abstract No. 146, P. 276 (Mar. 1984) |

| Examiner | Date Considered |
| --- | --- |
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003050

MAR 0 1 1999

PATENT & TRADEMARK

Sheet 13 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial

| | |
|---|---|
| | Tomes, D.T., et al., "The Effect of Parental Genotype on Initiation of Embryogenic Callus from Elite Maize (*Zea mays* L.) Germplasm", <u>Theor. Appl. Genet.</u>, <u>70</u>, 505-509 (1985) |
| | Torne, J.M., et al., "Regeneration of Plants from Mesocotyl Tissue Cultures of Immature Embryos of *Zea mays* L.", <u>Plant Science Letters, 17,</u> 339-344 (1980) |
| | Vaeck, M., et al., "*Bacillus thuringiensis* Endotoxin Gene Expression and Insect Resistance in Higher Plants", <u>Pesticide Science, 20,</u> 319-320 (1987) |
| | Vaeck, M., et al., "Engineering Improved Crops for Agriculture: Protection from Insects and Resistance to Herbicides", In: <u>Plant Gene Systems and Their Biology</u>, Key, J.L., et al., (eds.), Alan R. Liss, Inc., New York, 171-181 (1987) |
| | Vaeck, M., et al., "Engineering of Insect Resistant Plants Using a B. thuringiensis Gene", <u>In: Molecular Strategies for Crop Protection</u>, New York, Alan R. Liss, Inc., 355-366 (1987) |
| | Vaeck, M., et al., "Insect Resistance in Transgenic Plants Expressing *Bacillus thuringiensis* Toxin Gens", <u>An. Soc. Entomol. Brasil, 16,</u> 427-435, (1987) |
| | Vaeck, M., et al., "Protein Engineering in Plants: Expression of *Bacillus thuringiensis* Insecticidal Protein Genes", <u>Cell Culture and Somatic Cell Genetics of Plants, 6,</u> 425-439, (1989) |
| | Vaeck, M., et al., "Transgenic Plants Protected from Insect Attack", <u>Nature, 328,</u> 33-37, (July 2, 1987) |
| | van den Elzen, P.J., et al., "A Chimaeric Hygromycin Resistance Gene as a Selectable Marker in Plant Cells", <u>Plant Molecular Biology, 5,</u> 299-302, (1985) |
| | van den Elzen, P.J., et al., "Simple Binary Vectors for DNA Transfer to Plan Cells", <u>Plant Molecular Biology, 5,</u> 149-154, (1985) |
| | Van Lammeren, A.A., "Developmental Morphology and Cytology of the Young Maiz Embryo (Zea mays L.)", <u>Acta Bot. Neerl., 35,</u> 169-188 (Aug. 1986) |
| | Vasil, I.K., "Isolation and Culture of Protoplasts of Grasses", <u>Internationa Review of Cytology, Supplement 16,</u> Bourne, G.H., et al., (eds.), Academic Press, New York, 79-88 (1983) |

| Examiner | Date Considered |
|---|---|
| | |

*Substitute Disclosure Statement Form (PTO-1449)

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in confor and not considered. Include copy of this form with next communication to applicant.

Sheet 14 of 14

| Form 1449* | Atty. Docket No.: 950.001US5 | Serial No. 08/844,555 |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicants: Ronald C. Lundquist et al. | |
| | Filing Date: April 21, 1997 | Group: 1649 |

## OTHER DOCUMENTS
(Including Author, Title, Date, Pertinent Pages, Etc.)

**Examiner Initial**

Vasil, V., et al., "Histology of Somatic Embryogenesis in Cultured Immature Embryos of Maize (*Zea mays* L.)", _Protoplasma, 127_, 1-8 (1985)

Watson, S.A., "Corn Marketing, Processing and Utilization", _In: Corn and Corn Improvement. 3rd Edition_, Sprague, G.F., et al., (eds.), American Society of Agronomy, Inc., et al., Madison, WI, 881-939 (1988)

Weigel, Jr., R.C., et al., "Somatic Embryogenesis in Barley", _In Vitro, 20_, Abstract No. 147, p. 277 (Mar. 1984)

Weissinger, A., et al., "Maize Transformation via Microprojectile Bombardment", _In: Genetic Improvements of Agriculturally Important Crops_, Fraley, R.T., et al., (eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 21-25 (1988)

Weissinger, A., et al., "Microprojectile Bombardment for Maize Transformation", _In Vitro Cellular and Developmental Biology, 23_, Program Issue, 38th Annual Meeting of the Tissue Culture Association, Washington, D.C., Abstract No. 254 (Mar.1987)

Wernicke, W., et al., "Adventitious Embryoid and Root Formation from Rice Leaves", _Z. Pflanzenphysiol. Bd., 103_, 361-365 (1981)

Withers, L., et al., "Proline: A Novel Cryoprotectant for the Freeze Preservation of Cultured Cells of *Zea mays* L.", _Plant Physiology, 64_, 675-67? (1979)

Witt, D.P., et al., "Cytotoxicity of *Bacillus thuringiensis* δ-Endotoxins to Cultured Cf-1 Cells Does Not Correlate with In Vivo Activity Toward Spruce Budworm Larvae", _In: Fundamental and Applied Aspects of Invertebrate Pathology_, Samson, R.A., et al., (eds.), Fourth International Colloquium of Invertebrate Pathology, Wangingen, The Netherlands, 3-6 (Aug. 18-22, 1986)

Wohlleben, W., et al., "Nucleotide Sequence of the Phosphinothricin N-Acetyltransferase Gene from *Streptomyces viridochromogenes* Tü494 and Its Expression in *Nicotania tabacum*", _Gene, 70_, 25-37 (1988)

Wood, M., "Blast Those Genes!", _Agricultural Research_, 2 p. (June 1989)

Examiner                              | Date Considered 7/28/99

*Substitute Disclosure Statement Form (PTO-1449)*

**EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

0003052

**Schwegman, Lundberg, Woessner & Kluth, P.A.**
Patent, Trademark & Copyright Attorneys
P.O. Box 2938
Minneapolis, MN 55402

# Important Request for Updated Information
# For Patent Application

Title:  FERTILE TRANSGENIC CORN PLANTS
Filing Date:   April 21, 1997     Serial No.: 08/844,555          Docket: 950.001US5
Inventor(s): Ronald C. Lundquist et al.
SLWK Attorney: Warren D. Woessner, Ph.D.   Phone: (612) 373-6903      Fax: (612) 339-3061

We are now in the process of evaluating an official action (e.g. a rejection or allowance) of the U.S. Patent and Trademark Office in connection with the above-identified application. As part of this process, we would like you to take a minute and answer the following questions. We will get back to you if any of the questions are answered in the affirmative. Please forward your answers to us by mail, facsimile (number noted above), or by phone.

1.   Have the inventor(s) or assignee discovered any new relevant prior art not yet cited to the U.S. Patent and Trademark Office? Answer:_____.

Attached is a list of the type of documents or events that might constitute prior art.   If you do not recall what has been cited to date, please call us and we will provide you with a list of the references. Please remember there is an affirmative, ongoing duty to inform the U.S. Patent and Trademark Office of newly discovered prior art.

2.   Since you last informed your attorney of such developments, has the invention been modified, redesigned, or adapted to other uses? Answer:_____.

3.   Since we last checked, has the application been licensed or assigned to another entity? Answer:_____.

4.   Do you anticipate introducing, offering for sale, publicizing or disclosing any new developments related to the invention within the next year? Answer:_____.

5.   Name of person(s) answering this request:_____.

Please remember an application for patent in the U.S. must be filed within one year of the date the invention is first offered for sale, disclosed in a printed publication, or put into public use or otherwise commercialized. Protection in foreign countries generally requires that an application be filed in the U.S. before the invention is divulged to the public.

0003053

## Schwegman, Lundberg, Woessner & Kluth, P.A.
Patent, Trademark & Copyright Attorneys

# Prior Art

Generally, "prior art" includes technology known or used by others before the date of the invention.

## Possible sources of prior art are:

Products manufactured by your company which relate to your invention, or from which your invention is an improvement.

Company literature related to the invention.

Prior publications of the inventor(s) in the area of the invention.

Publications of others in the area of the invention.

Products or services (especially competitive ones) of other companies.

Patents issued in the area of the invention.

Presentations made or materials distributed by the inventor(s) or others in the area of the invention at trade shows, conferences, etc.

Presentations made in "poster" sessions disclosing the invention or other related materials.

Demonstrations, promotions, or discussions of the invention with customers or other third parties.

Publications in trade publications or scientific journals in the area of the invention.

Patent applications filed by others in the area of the invention of which you are aware.

Theses written by the inventor(s) or by others in the area of the invention.

Other patent applications filed by the inventor(s) or others in his or her organization which are related to the invention.

Grant proposals or awards of grants by any Government agencies related to the invention.

0003054

S/N 08/844,555                                                              PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Group Art Unit: 1649 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

AMENDMENT UNDER 37 C.F.R. §1.312(a)

In response to the Notice of Allowance and Notice of Allowability mailed August 4,
1999, please amend as follows:


In the Claims

Claim 23. (Thrice Amended) A process for producing a fertile transgenic *Zea mays* plant
comprising the steps of

  (i)   bombarding intact regenerable *Zea mays* cells with DNA-coated
        microprojectiles; wherein said DNA comprises at least a [screenable]
        selectable marker gene;

  (ii)  selecting a population of transformed cells expressing the selectable
        marker gene; and

  (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is
        expressed so as to impart glyphosate resistance to said transgenic plant and
        is transmitted through a normal sexual cycle of said transgenic plant to
        progeny plants.


Claim 38. (Twice Amended) A process for producing seed comprising:

  (a)   providing a fertile transgenic *Zea mays* plant produced by the process of
        claim 23, said plant comprising heterologous heritable DNA that is
        expressed so as to impart glyphosate resistance to said transgenic *Zea
        mays* plant;

  (b)   cultivating said transgenic *Zea mays* plant;

  (c)   obtaining seed from said cultivated *Zea mays* plant.


0003055

AMENDMENT UNDER 37 C.F.R. §1.312(a)
Serial Number: 08/844,555
Filing Date: April 21, 1997
Title:    FERTILE TRANSGENIC CORN PLANTS

Page 2
Dkt: 950 001 US5

## REMARKS

In claim 23, the term "selectable" is inserted and the term "screenable" was deleted in part (i), so that the claim term "selectable." has the proper antecedent basis. This amendment is not believed to expand or contract the scope of this claim. Additionally, a semi-colon was added to claim 23 for purposes of consistency.

In claim 38, the term "plant" was added following the first recitation of the term "*Zea mays*" in order to clarify what Applicants' consider as their invention. The term "said" was added following the recitation of the term "*Zea mays* plant" for purposes of clarity.

It is respectfully submitted that these changes do not introduce new matter, and the claims are allowable without further search or consideration. Therefore, entry is appropriate under Rule 312, and is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _____29 Sept 1999_____ By _____Wn Woe_____
                                           Warren D. Woessner, Ph.D.
                                           Reg. No. 30,440

WDW:pjj
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner of Patents, Washington, D C 20231 on September 21, 1999.

_____Jana Ohmar_____                    _____Jana C. Ohm_____
Name                                         Signature

0003056

Complete and send this form, together with applicable fees, to: Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

Case 1:04-cv-00305-SLR   Document 2   Filed 01/11/2006   Page 47 of 50

**MAILING INSTRUCTIONS:** This form should be used for transmitting the Issue Fee. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

HM12/0804

WARREN D WOESSNER
SCHWEGMAN LUNDBERG
WOESSNER AND KLUTH
PO BOX 2938
MINNEAPOLIS MN 55402

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_Andra foto doulos_ (Depositor's name)

_kedven_ (Signature)

_11/1 99_ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/844,555 | 04/21/97 | 008 | BENZION, G | 1649 | 08/04/ |

| First Named Applicant | LUNDQUIST, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION    FERTILE TRANSGENIC CORN PLANTS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1   950.001US5 | 800-293.000 | W71 | UTILITY | NO | $1210.00 | 11/04 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Schwegman, Lundberg,

2 Woessner & Kluth, P.A

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropiate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE
DEKALB Genetics Corporation
(B) RESIDENCE: (CITY & STATE OR COUNTRY)
Dekalb, Illinois
Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies  10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  19-0743
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies  19-0743

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _W D Woess_   (Date) 1 Nov 99

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Schwegman, Lundberg
Woessner & Kluth P.A

AUG 0 9 1999

RECEIVED

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF C[

0003057

Serial No.: 08/844,555
Allowed: August 4, 1999
Issue Batch No.: W71

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Ronald C. Lundquist et al.

Serial No.:  08/844,555

Filed:  April 21, 1997

Title:  FERTILE TRANSGENIC CORN PLANTS

Examiner: Gary Benzion

Group Art Unit: 1649

Docket: 950.001US5

## PETITION UNDER 37 CFR § 1.84(b) FOR ACCEPTANCE OF PHOTOGRAPHS

Assistant Commissioner for Patents
Washington, D.C. 20231

In accordance with MPEP § 608.002 and 37 CFR §§ 1.84(b)(1), Applicants respectfully request that the photographs submitted as Figures 3, 4, 5, 6 in the above-identified patent application be accepted as formal drawings. The photographs illustrate aspects of the invention which can not be accurately or adequately depicted by ink drawings.

Please charge any additional fees or credit overpayment to Deposit Account No. 19-0743.

Please direct any inquiry concerning this request to the undersigned Attorney for Applicant at (612) 373-6903.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _1 Nov 1999_    By _Wm Co_

Warren D. Woessner, Ph.D.
Reg. No. 30,440
WDW:CMG:af

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on this ___1 day of ~~October~~ November , 1999.

_Andea foto gonlos_
Name

Signature

S/N 08/844,555                                                          **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: Gary Benzion |
| Serial No.: | 08/844,555 | Batch No.: W71 |
| Filed: | April 21, 1997 | Docket: 950.001US5 |
| Title: | FERTILE TRANSGENIC CORN PLANTS | |

## COMMUNICATION RE: SUBMISSION OF FORMAL DRAWINGS

Attn: OFFICIAL DRAFTSMAN
Assistant Commissioner for Patents
Washington, D.C. 20231

In response to the requirement for formal drawings made in the Notice of Allowance mailed August 4, 1999, enclosed are 6 sheets of formal drawings for the above-identified application.

The Examiner is invited to contact Applicants' Representatives, at the below-listed telephone number, if any further changes need to be made to the enclosed drawings.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date _1 Nov 1999_      By _____

Warren D. Woessner, Ph.D.
Reg. No. 30,440
WDW:CMG:af

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231, on _11199_ .
Date of Deposit

0003059



FIG. 1A

FIG. 1B