

FIG. 2A

FIG. 2B

# FIG. 3

## PHI CALLUS



# FIG. 4



PHI R₀ PLANTS

# FIG. 5

## PHI R₁ GENERATION



FIG. 6

PH2 CALLUS

