191

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | **CONTAINS RESTRICTED** |
| SYNGENTA SEEDS, INC., *et al.*, ) | **CONFIDENTIAL** |
| ) | **INFORMATION SUBJECT TO** |
| Defendants. ) | **PROTECTIVE ORDER-** |
| | **FILED UNDER SEAL** |

DECLARATION OF STEPHEN FISHBEIN

Stephen Fishbein declares under penalty of perjury:

1. I am a partner at Shearman & Sterling, LLP, representing counter-defendants Syngenta AG and Syngenta Participations AG.

2. I make this affidavit in support of Syngenta AG's and Syngenta Participations AG's motion to dismiss the Counterclaim of Monsanto Company and Monsanto Technology LLC for lack of personal jurisdiction. The depositions referenced herein were taken by Monsanto during the course of its patent suit against Syngenta Seeds, Inc.

3. Attached as Exhibit A to this Declaration are deposition transcript excerpts for the 8/25/05 Monsanto deposition of Rob Wilde.

4. Attached as Exhibit B to this Declaration are deposition transcript excerpts for the 10/5/05 Monsanto deposition of Thomas Klevorn.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2006

Stephen Fishbein

# EXHIBIT A
# REDACTED IN ITS ENTIRETY

# EXHIBIT B
# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that I caused copies of the foregoing document to be served on January 9, 2006, upon the following counsel of record in the manner indicated:

**HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Counterclaim Defendants Syngenta AG and Syngenta Participations AG

DB01:1957278.1                                                                                                   059155.1010

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE  19801

I further certify that January 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Peter E. Moll, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C.  20004

>Susan Knoll, Esquire
>Howrey Simon Arnold & White, LLP
>750 Bering Drive
>Houston, TX  77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ John W. Shaw
        _____
        John W. Shaw (No. 3362)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jshaw@ycst.com

        Attorneys for Counterclaim Defendants Syngenta AG and
        Syngenta Participations AG