IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | **CONTAINS RESTRICTED** |
| SYNGENTA SEEDS, INC., *et al.*, ) | **CONFIDENTIAL** |
| ) | **INFORMATION SUBJECT TO** |
| Defendants. ) | **PROTECTIVE ORDER-** |
| | **FILED UNDER SEAL** |

DECLARATION OF MARTHA M. DUNN

Martha M. Dunn, declares under penalty of perjury:

1. I am Licensing Manager for Syngenta Biotechnology, Inc. ("SBI"). I have held this position since 1999. I make this affidavit in support of Syngenta AG's and Syngenta Participations AG's motion to dismiss the Counterclaim of Monsanto Company and Monsanto Technology LLC ("Counterclaim") for lack of personal jurisdiction.

2. Attached as Exhibit A to this Declaration is a November 23, 1998 Agreement (the "Development Agreement") between Novartis Seeds AG, Novartis Crop Protection Inc., and Strategic Diagnostics, Inc. ("SDI"). This agreement relates to the development of four specific types of assay kits by SDI for use in testing plants for the presence of fungal pathogens and specific types of protein. The four assay kits that were to be developed are laid out in "Program Outlines I-IV" of the Development Agreement:

- Program Outline I: assay kits to detect the presence of fungal pathogens of wheat;

- Program Outline II: assay kits to detect the presence of the Cry1A(b) protein, which is used to make plants tolerant to certain types of insects;

- Program Outline III: assay kits to detect the presence of the MPI protein, which is a selectable marker for plant transformation;

- Program Outline IV: assay kits to detect the presence of the VIP protein, which is used to make plants tolerant to certain types of insects.

3. The assay kits called for in the Development Agreement cannot be used to detect the presence of the GA21 event. Protein detection methods, such as those that are the subject of the Development Agreement, are not capable of detecting GA21.

4. Attached as Exhibits B and C are two Distribution Agreements entered into by SDI and Novartis Seeds AG. These Distribution Agreements granted SDI a non-exclusive license to distribute assay kits that detect the presence of the Cry1A(b) protein. Attached as Exhibits D and E are two amendments to the Cry1A(b) protein Distribution Agreements.

5. Attached as Exhibit F is a March 26, 2002 Distribution and License Agreement entered into by SDI and Syngenta Seeds AG. This Distribution and License Agreement granted SDI an exclusive license to distribute assay kits to detect the presence of the VIP and MPI proteins. Attached as Exhibit G is a subsequent amendment of the VIP and MPI protein Distribution Agreement.

6. Under the foregoing Distribution Agreements, SDI pays royalties to Syngenta. In 2004, the total royalties paid by SDI were $14,311.32. In the first three quarters of 2005, SDI has paid $9,421.65 in royalties.

7.  Attached as Exhibit H is a Material Transfer Agreement effective as of February 15, 2001 between SDI and Syngenta Seeds AB, a Swedish company. This agreement relates to the development of testing kits for sugar beets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2006

Martha M. Dunn

# EXHIBIT A
# REDACTED IN ITS ENTIRETY

# EXHIBIT B
# REDACTED IN ITS ENTIRETY

# EXHIBIT C
# REDACTED IN ITS ENTIRETY

# EXHIBIT D
# REDACTED IN ITS ENTIRETY

# EXHIBIT E
# REDACTED IN ITS ENTIRETY

# EXHIBIT F
# REDACTED IN ITS ENTIRETY

# EXHIBIT G
# REDACTED IN ITS ENTIRETY

# EXHIBIT H
# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that I caused copies of the foregoing document to be served on January 9, 2006, upon the following counsel of record in the manner indicated:

**HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Counterclaim Defendants Syngenta AG and Syngenta Participations AG

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

I further certify that January 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Peter E. Moll, Esquire
> Howrey Simon Arnold & White, LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C.  20004

> Susan Knoll, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX  77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Counterclaim Defendants Syngenta AG and Syngenta Participations AG