REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,

Plaintiffs,

v.

SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC.,

Defendants.

Civil Action No. 04-305-SLR (lead case)

DEKALB GENETICS CORPORATION,

Plaintiff,

v.

SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC.,

Defendants.

Civil Action No. 05-355-SLR

**CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER - FILED UNDER SEAL**

**APPENDIX OF EXHIBITS IN SUPPORT OF SYNGENTA'S OPENING BRIEF IN SUPPORT OF ITS *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY**

**VOLUME I (EXHIBITS 1-3)**

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Dated: January 11, 2006

*Attorneys for Defendants*

REDACTED VERSION – PUBLICLY FILED

REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br>Plaintiff,<br>v.<br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br>Defendants. | C.A. NO. 04-305 SLR<br>(LEAD CASE) |
| DEKALB GENETICS CORP.,<br>Plaintiff,<br>v.<br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br>Defendants. | C.A. NO. 05-355 SLR<br>**RESTRICTED CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER** |

**MONSANTO'S FOURTH SUPPLEMENTAL RESPONSE TO SYNGENTA'S INTERROGATORY NO. 3 AND FIRST SUPPLEMENTAL RESPONSE TO SYNGENTA'S INTERROGATORY NO. 4**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs Monsanto Company and Monsanto Technology, LLC (collectively, "Monsanto") hereby amend and supplement their response to Interrogatory Nos. 3 and 4 of Syngenta's First Set of Interrogatories (Nos. 1-4) as follows:

**GENERAL STATEMENT**

Monsanto hereby incorporates by reference and reasserts its general objections set forth in Monsanto's Responses To Syngenta's First Set of Interrogatories (Nos. 1-4) as if set forth herein.

REDACTED VERSION – PUBLICLY FILED

# Pages 2 through 18 REDACTED

REDACTED VERSION – PUBLICLY FILED

2

REDACTED VERSION – PUBLICLY FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

Plaintiffs,

v.

SYNGENTA SEEDS, INC. and
SYNGENTA BIOTECHNOLOGY, INC., et al.,

Defendants.

C. A. No. 04-305-SLR
(LEAD CASE)

---

DEKALB GENETICS CORPORATION,

Plaintiff,

v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., et al.,

Defendants.

C. A. No. 05-355-SLR

**RESTRICTED-
CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER**

**EXPERT WITNESS REPORT OF DR. KENNETH KEEGSTRA**

## I. INTRODUCTION

I, Kenneth Keegstra, have been asked to prepare an expert report on certain claim construction issues relating to the technology that is the subject of United States Patent No. 4,940,835 ("the '835 patent").

## II. QUALIFICATIONS

My qualifications for providing this report are as follows. I received a B.A. in Chemistry from Hope College, Holland, Michigan in 1967 and a Ph.D. in Biochemistry from the University of Colorado at Boulder in 1971. I was a postdoctoral associate for two years in the Biology Department at the Massachusetts Institute of Technology in

REDACTED VERSION – PUBLICLY FILED

# Pages 2 through 17 REDACTED

REDACTED VERSION – PUBLICLY FILED

3

REDACTED VERSION – PUBLICLY FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | ) | C. A. No. 04-305-SLR<br>(LEAD CASE) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | ) | C. A. No. 05-355-SLR<br><br>**RESTRICTED-CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER** |

**SURREBUTTAL REPORT OF DR. KENNETH KEEGSTRA TO REBUTTAL REPORT OF DR. BARRY BRUCE**

I, Kenneth Keegstra, offer this surrebuttal to information disclosed in Dr. Bruce's rebuttal report.

REDACTED VERSION – PUBLICLY FILED

# Exhibit 3
# REDACTED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

I further certify that on January 19, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*