27                                    28

BamHI fragment Both of these fragments were sub-cloned into pUC119 and the DNA sequences of the inserts determined.

The sequence data indicated that the phage did contain the Arabidopsis EPSPS gene. The enzyme is highly homologous to the petunia enzyme over the area for which sequence was available. The BamHI fragment was used as a hybridization probe against the phage and Arabidopsis genomic DNA to identify restriction endonuclease fragments suitable for cloning the entire gene. Two BglII fragments of 6.0 and 3.2 kb were identified from the E1 phage clone which, together, contain the entire EPSPS gene. FIG. 6 summarizes the organization of the Arabidopsis clone and compares it to the organization of the Petunia EPSPS gene.

The DNA encoding the amino terminus of the protein is within the 6.0 kb BglII fragment. The exact translational start site can be determined by comparison of the amino acid sequence deduced from the nucleotide sequence to that of the petunia enzyme. Site directed mutagenesis can then be used to introduce a unique EcoRI site immediately upstream of the translational start codon. The entire gene can then be isolated as an EcoRI fragment. This EcoRI fragment can be inserted into the expression vector, pMON530, and the resulting vector used to overexpress the Arabidopsis EPSPS enzyme in plants.

EXAMPLE 16: Isolation of Tomato EPSP cDNA Clone

A cDNA library was constructed from RNA isolated from mature pistils of tomato (*Lycopersicum esculentum* variety VF36) by the methods of Huynh et al. (in: DNA Cloning Techniques: A Practical Approach, IRL Press, D. Glover ed., 1985) and Gubler and Hoffman (*Gene* 25:263–269, 1985). The library was plated on *E. coli* strain BNN102 and filter replicas were made. The filters were hybridized with the 1.9 kb BglII/ClaI fragment of pMON9563 that had been labeled with $^{32}$P (Feinberg and Vogelstein (*Anal. Biochem.* 132:6–13, 1983). Hybridizing plaques were isolated and rescreened by the same method to verify the presence of EPSPS cDNA. The full length tomato EPSPS cDNA was present on two EcoRI fragments of 250 and 1700 bp in one of the cDNA clones (PI). The 250 bp fragment was cloned into the EcoRI site of pUC119 forming pMON9596 The 1700 bp fragment was cloned into pUC19 forming pMON9589 The insert of pMON9596 was sequenced using a dideoxy sequencing kit purchased from Amersham to determine the sequence surrounding the start codon to facilitate mutagenesis. A BglII site was engineered 13 bases upstream of the translation start codon of pMON9596 by the method of Kunkel (Proc. Natl. Acad. Sci. USA 82:488–492, 1985) using the chemically synthesized oligonucleotide:

GCCATTTCTTGTGAAAAAGATCTT-CAGTTTTTC

The insert of the resulting plasmid, pMON9710, was sequenced to verify the correct mutation. The 70 bp BglII/EcoRI fragment of pMON9710 was inserted into pMON316 which had been digested with BglII and EcoRI pMON316 which had been digested with BglII and EcoRI creating pMON9720. The 1700 bp EcoRI fragment of pMON9589 was inserted into the EcoRI site of pMON9720 in the correct orientation to reconsti-

tute the EPSPS coding region resulting in pMON9721 (see FIG. 7).

This plasmid was inserted into *A. tumefaciens* cells which contained a helper plasmid, pGV3111-SE. The helper plasmid encodes certain enzymes which are necessary to cause DNA from pMON9721 to be inserted into plant cell chromosomes. It also contains a kanamycin resistance gene which functions in bacteria. *A. tumefaciens* cells containing pMON9721 are used in plant transformation experiments to produce glyphosate resistant cells and plants as previously described in Example 12.

EXAMPLE 17: Isolation of *Brassica napus* EPSPS Clone

Total RNA was isolated from *Brassica napus* (cultivar Westar) flowers as follows. Flowers were frozen in liquid nitrogen. After liquid nitrogen had evaporated, flowers were homogenized in extraction buffer (1% tris-isopropylnapthalene sulfonic acid, 6% p-aminosalicylic acid, 100 mM Tris-HCl, pH 7.6, 50 mM EGTA, pH 7.5, 100 mM NaCl, 1% SDS and 50 mM 2-mercaptoethanol) and then extracted with equal volume of a 1:1 mixture of phenol/chloroform. The nucleic acids in the aqueous phase were precipitated with ethanol. The precipitate was dissolved in water and the RNA was precipitated twice with LiCl to a final concentration of 2M. The final RNA pellet was dissolved in water and the RNA was precipitated with ethanol. PolyA RNA was selected by olig-dT cellulose chromatography. The yield of polyA RNA was 1.0 μg/gram of flowers.

The library was constructed using polyA RNA from *Brassica napus* flowers and the method used is described in Example 16. The yield in the library was 90,000 plaques/3 μg polyA RNA. The library was plated at a density of 5000 plaques/plate. The phage DNA was transferred to nitrocellulose filters. The filters were hybridized under low stringency in 35% formamide, 5 X SSC, 300 μg/ml tRNA, 0.1% SDS at 37° C. The insert from pMON9556 was labeled with $^{32}$P by nick-translation and added to the hybridization solution at 2×10$^6$ cpm/mL. The filters were washed in 2×SSC at room temperature twice for 15 min each and once at 37° C. for 30 min. A number of positively hybridizing phage were obtained. These phage were picked and re-screened twice at lower plaque densities. The positively hybridizing phage were selected and those containing a full length *B. napus* EPSPS cDNA clone were chosen for further analysis. The full length *B. napus* EPSPS cDNA clone will be modified and inserted into a plant expression vector, pMON530, to create a chimeric CaMV 35S/*B. napus* EPSPS gene.

EXAMPLE 18: Petunia EPSPS Chloroplast Uptake Requires CTP Sequence

A full-length cDNA clone of EPSPS from *P. hybrida* was obtained as described in Example 1. This cDNA clone contains 27 nucleotides of the 5' untranslated leader, 1.5 kb which codes for the 72 amino acid transit peptide plus 444 amino acids of the mature enzyme, and 0.4 kb of the entire 3' flanking sequence. The full-length EPSPS cDNA was cloned as a 2.1 kb BglII-SAII fragment into the BamHI/SalI sites of the plasmid pGEM1 to give plasmid pMON6140 and in PGEM2 to give pMON6145. The EPSPS coding region is transcribed 5' to 3' from the T7 and SP6 promoters, respectively.

Plasmid DNA (pMON6140 and pMON6145) containing the full-length EPSPS cDNA was linearized at

REDACTED VERSION – PUBLICLY FILED

4,940,835

**29**

a unique Pvu I site located in the 3' untranslated region. The linearized plasmid DNA was transcribed in vitro (uncapped) with SP6 and T7 polymerase essentially as described in Krieg et al, 1984. The standard reaction buffer contained 40 mM Tris-HCl (pH 7.9), 6 mM MgCl$_2$, 10 mM dithiothreitol, 2 mM spermidine, 80U RNasin ribonuclease inhibitor, 0.5 mM each of ATP, GTP, CTP and UTP, in a final reaction volume of 100 μl. The final RNA pellet was resuspended in 20 μl of sterile water and stored at −80° C. A standard transla- 10 tion reaction contained 100 μl of nuclease-treated rabbit reticulocyte lysate, 5.7 μl of a 19-amino acid mixture (minus methionine) at 1 mM each, 5.7 μl of RNA (total RNA transcripts derived from 0.63 μg of plasmid DNA), 16 μl RNasin (20U/μl ) ribonuclease inhibitor, 15 and 58.3 μl of [³⁵S]methionine (14–15mCi/ml). The in vitro translation reaction was run at 30° C. for 90 min. The translation products were stored frozen at −80° C.

Intact chloroplasts were isolated from lettuce (*Latuca sativa*, var. longifolia) by centrifugation in Percoll/ficoll 20 gradients as modified from Bartlett et al (1982). The final pellet of intact chloroplasts was suspended in 0.5 ml of sterile 330 mM sorbitol in 50 mM Hepes-KOH, pH 7.7, assayed for chlorophyll (Arnon, 1949), and adjusted to the final chlorophyll concentration of 4 25 mg/ml (using sorbitol/Hepes). The yield of intact chloroplasts from a single head of lettuce was 3–6 mg chlorophyll. These chloroplasts were deemed homogeneous based on phase contrast and transmission electron-microscopy. 30

A typical 300 μl uptake experiment contained 5 mM ATP, 8.3 mM unlabeled methionine, 322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0), 50 μl reticulocyte lysate translation products, and intact chloroplasts from *L. sativa* (200 μg chlorophyll). The uptake mixture was 35 gently rocked at room temperature (in 10×75 mm glass tubes) directly in front of a fiber optic illuminator set at maximum light intensity (500 Watt bulb). Aliquots of the uptake mix (50–125 μl ) were removed at various times and fractionated over 100 μl silicone-oil gradients 40 (in 150 μl polyethylene tubes) by centrifugation at 11,000 ×g for 30 sec. Under these conditions, the intact chloroplasts form a pellet under the silicone-oil layer and the incubation medium (containing the reticulocyte lysate) floats on the surface. After centrifugation, the 45 silicone-oil gradients were immediately frozen in dry ice. The chloroplast pellet was then resuspended in 50–100 μl of lysis buffer (10 mM Hepes-KOH pH 7.5, 1 mM PMSF, 1 mM benzamidine, 5 mM ε-amino-n-caproic acid, and 30 μg/ml aprotinin) and centrifuged 50 at 15,000 ×g for 20 min to pellet the thylakoid membranes. The clear supernatant (stromal proteins) from this spin, and an aliquot of the reticulocyte lysate incubation medium from each uptake experiment, were mixed with an equal volume of 2X NaDodSO$_4$-PAGE 55 sample buffer for electrophoresis (see below).

NaDodSO$_4$-PAGE was carried out according to Laemmli (1970) in 12% (w/v) acrylamide slab gels (60 mm×1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm×1.5 mm). The gels were fixed in 30% methanol 60 and 10% acetic acid, dried under vacuum, and taken for direct autoradiography with Kodak XAR-5 X-ray film. Quantitation of bands on the X-ray film was performed using a Hoefer GS-300 scanning densitometer interfaced with a Spectra-Physics SP4100 recording/com- 65 puter integrator.

To verify that precursor EPSPS (+CTP) is taken up and processed by chloroplasts, the total translation

**30**

products containing [³⁵S]methionine-labeled pre-EPSPS were incubated with freshly isolated, intact chloroplasts from *L. sativa*. The pre-EPSPS (+CTP) was rapidly translocated into chloroplasts and cleaved to the mature EPSPS of M$_r$48 kDa. The NaDodSO$_4$-PAGE autoradiograph revealed the disappearance of the precursor EPSPS from the incubation medium, and the subsequent appearance of a lower molecular weight, mature form in the chloroplast fraction. Some of the mature EPSPS was also present in the incubation medium at 15 minutes due to chloroplast lysis. Post-uptake treatment of the incubation mixture with trypsin and chymotrypsin showed that the pre-EPSPS in the incubation medium was completely degraded, whereas the mature EPSPS in the chloroplast fraction was fully protected. These results indicate that EPSPS was translocated across the chloroplast envelope into a protease inaccessible space. Furthermore, subfractionation of the reisolated chloroplasts indicated that the mature EPSPS was localized in the stromal, as opposed to thylakoid, fraction. Based on nucleotide sequence, the predicted molecular weight for the mature *P. hybrida* EPSPS is 47,790 daltons. The M$_r$48 kDa polypeptide localized in the reisolated chloroplast fraction co-migrated during NaDodSO$_4$-PAGE with the purified mature EPSPS of *P. hybrida*.

In order to show that the CTP is required for uptake, the mature enzyme (lacking the CTP) is isolated from the chloroplast stroma after an initial 15 minute uptake experiment. A mixture of stromal proteins (containing the labeled mature enzyme) was diluted with unlabeled reticulocyte lysate and used in a second uptake experiment with intact chloroplasts. The mature EPSPS (lacking the CTP) was not translocated into chloroplasts, or bound to the outer-envelope membrane, during a 15 minute incubation. As a control experiment, we found that the rate of uptake of pre-EPSPS into chloroplasts was unaffected by the addition of stromal proteins to the incubation mixture. From these data it is concluded that the CTP of EPSPS is required for uptake of the enzyme into chloroplasts.

EXAMPLE 19: EPSP of Petunia EPSPS Facilitates
Chloroplast Uptake of Heterologous Protein

The following EPSPS experiments show that the CTP can target a heterologous protein to the stroma compartment. The 72-amino-acid transit peptide of EPSPS was fused to the mature ssRUBISCO from wheat. The mature wheat ssRUBISCO cDNA (Broglie et al 1983) was obtained as an SphI/PstI fragment of ~0.6 kb. This SphI/PstI fragment contains the entire mature wheat ssRUBISCO coding region of 128 amino acids (beginning at the N-Terminal methionine) and 200 bp of the 3' untranslated region. The mature ssRUBISCO cDNA fragment was fused behind the *P. hybrida* EPSPS CTP cDNA fragment. This fusion was done by joining an EcoRI/SphI fragment of pMON6242 with the wheat ssRUBISCO cDNA. The construct pMON6242 is a derivative of pMON6140 and contains *P. hybrida* EPSPS with an engineered consensus cleavage site for ssRUBISCO. The cleavage site of pMON6140 EPSPS (ser-val-ala-thr-ala-gln/lys) was changed to gly-gly-arg-val-ser-cys/met in pMON6242. This change introduces an in-frame SphI site which allows CTP switching between ssRUBISCO and EPSPS. The construct pMON6242 has previously been cloned into pGEM-2 and shown to give a chimeric precursor enzyme which is transported into chloro-

4,940,835 REDACTED VERSION – PUBLICLY FILED

**31**

plasts in vitro and proteolytically processed in the correct fashion.

The EcoRI/SphI fragment from pMON6242 was fused to the SphI site from wheat ssRUBISCO and cloned into plasmid pIBI to give pMON6149. In vitro transcription/translation of pMON6149 gave a single polypeptide of the predicted molecular weight for the fusion protein (~23 kD). Chloroplast import assays in vitro showed that the chimeric protein was transported into the stroma and proteolytically cleaved to a final product of ~15 kD (the ssRUBISCO has a molecular weight of 15 kD).

These results show that the EPSPS CTP alone confers sufficient information to target a heterologous protein to the chloroplast stroma.

## REFERENCES

Adams, S. P. et al. (1983) *J. Amer. Chem. Soc.* 105: 661

Amrhein, N. et al. (1980) *Naturwissenschafter* 67: 356–357.

Arnon, D.I. (1949) Plant Physiol. 24,1–15

Ausubel, F. et al (1980) *Plant Mol. Bio. Newsletter* 1: 26–32.

Barinaga, M. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.

Bartlett, S. G., Grossman, A. R. & Chua N. H. (1982) in *Methods in Chloroplast Molecular Biology*, Elsevier Biomedical Press, New York, pp 1081–1091.

Bevan, M. et al. (1983) *Nature* 304: 184.

Broglie, R. et al. (1983) *Bio/Technology* 1: 55–61.

Comi, L. et al. (1983) *Science* 221: 370–371.

Davis, R. W. et al. (1980) *Advanced Bacterial Genetics,* Cold Spring Harbor Labs, N.Y.

DeCleene, M. and DeLey, A. (1976) *Bot. Review* 42: 389–466.

DePicker, A. et al. (1982) *J. Mol. Appl. Gen.* 1: 561.

Ditta, G. et al (1980) *Pro. Natl. Acad. Sci. Usa* 77:7347

Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081–1091.

Fraley, R. T. et al. (1983) *Proc. Natl. Acad. Sci. USA* 80: 4803.

Goldberg, R. B. et al., (1981) Devel. Bio. 83: 210–217.

Hernalsteens, J. P. et al. (1985), *EMBO Journal* 3: 3039–3041.

Herrera-Estrella, L. et al. (1983) Nature 303: 209

Hooykaas-Van Slogteren, G. M. S. et al. (1984) *Nature* 311: 763–764.

Horsch, R. B. and Jones, G. E. (1980) *In Vitro* 16: 103–108.

Horsch, R. B. et al. (1985) *Science* 227: 1229–1231.

Horsch, R. B. and Klee, H. J. (1986) *Proc. Natl. Acad. Sci USA* 83, 4428–4432.

Hunkapiller, M. W. et al. (1983a) *Methods Enzymol.* 91: 399–413.

Hunkapiller, M. W. et al. (1983b) *Methods Enzymol.* 91: 486–493.

Huynh, T. V. et al, (1985) *in DNA Cloning Techniques: A Practical Approach,* D. Glover (ed.), IRL Press, Oxford, England

Krieg, P. A. & Melton, D. A. (1984) Nucleic Acids Res. 12; 7057–7070.

Laemmli, U.K. (1970) Nature 227, 680–685.

Lizardi, P.M. (1982) "Binding and Recovery of DNA and RNA using NA-45 DEAE Membrane." Schleicher and Schuell, Inc., Keene, N.H.

Maniatis, T. et al. (1982) *Molecular Cloning: A Laboratory Manual,* Cold Spring Harbor Labs, N.Y.

**32**

Maxam, A. M. and W. Gilbert (1977) *P.N.A.S. U.S.A.* 74: 560–564.

Meagher, R. B. et al. (1977) *Virology* 80: 362–375.

Messing, J. et al. (1981). *Nucleic Res.* 9: 309–321.

Messing, J. and J. Vieira (1982), *Gene* 19: 69–276.

Mousdale, D. M. and Coggins, J. R. (1984) Planta 160: 78–83.

Nafziger, E. D., et al (1984), *Plant Physiol,* 76, 571.

Mousdale, D. M. and Coggins, J. R. (1985) *Planta* 163: 241–294.

Rogers, S. G. et al. (1983) *Appl. Envir. Microbio.* 46: 37–43.

Rubin, J. et al. (1982) *Plant Phys.* 70: 833–839.

Scherer, et al. (1981) *Developmental Bio.*86: 438–447.

Schimke, R. T., ed. (1982) *Gene Amplification,* Cold Spring Harbor Labs.

Smart, C. C., et al (1985), *J. Biol. Chem,* 30, 16338.

Southern, E.M. (1975) *J. Mol. Biol.* 98: 503–517.

Stalker, D. M. et al. (1985) *J. Biol. Chem.* 260: 4724–4728.

Steinrucken, H. and Amrhein, N. (1980) *Biochem. & Biophys. Res. Comm.* 94: 1207–1212.

Vieira, J. et al. (1982), *Gene* 19: 259–268.

Steinrucken, H. et al. (1985) *Arch. Biochem. Biophys. (in press).*

Young, R. A. and R. W. Davis. (1983), *Proc. Natl. Acad. Sci , USA* 80: 1194–1198.

Zoller, M. M. et al, (1983), *Methods Enzymol,* 100, 468.

We claim:

1. A chimeric plant gene which comprises:
(a) a promoter sequence which functions in plant cells;
(b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and
(c) a 3′ non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3′ end of the RNA;

the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

2. A chimeric gene of claim 1 in which the promoter sequence is a plant virus promoter sequence.

3. A chimeric gene of claim 2 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

4. A chimeric gene of claim 3 in which the promoter sequence is the CaMV35S promoter sequence.

5. A chimeric gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

7. A chimeric gene of claim 1 in which the chloroplast transit peptide is from a plant EPSPS gene.

8. A cloning or expression vector comprising a chimeric plant gene of claim 1.

9. A cloning or expression vector of claim 8 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

REDACTED VERSION – PUBLICLY FILED
4,940,835

33

**10.** A cloning or expression vector of claim 9 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

**11.** A cloning or expression vector of claim 10 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**12.** A cloning or expression vector of claim 11 in which the promoter sequence is the CaMV35S promoter sequence.

**13.** A cloning or expression vector of claim 8 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**14.** A cloning or expression vector of claim 8 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**15.** A plant transformation vector which comprises a chimeric plant gene of claim 1.

**16.** A plant transformation vector of claim 15 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

**17.** A plant transformation vector of claim 15 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

**18.** A plant transformation vector of claim 17 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**19.** A plant transformation vector of claim 18 in which the promoter sequence is the CaMV35S promoter sequence.

**20.** A plant transformation vector of claim 15 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**21.** A plant transformation vector of claim 15 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**22.** A glyphosate-resistant plant cell comprising a chimeric plant gene of claim 1.

**23.** A glyphosate-resistant plant cell of claim 22 in which the promoter sequence is a plant virus promoter sequence.

**24.** A glyphosate-resistant plant cell of claim 23 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMv).

**25.** A glyphosate-resistant plant cell of claim 24 in which the promoter sequence is the CaMV35S promoter sequence.

**26.** A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**27.** A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**28.** A glyphosate-resistant plant cell of claim 22 in which the chloroplast transit peptide is from a plant EPSPS gene.

**29.** A glyphosate-resistant dicotyledonous plant which has been regenerated from a glyphosate-resistant plant cell comprising the chimeric plant gene of claim 1.

**30.** A glyphosate-resistant plant of claim 29 in which the promoter sequence is a plant virus promoter sequence.

**31.** A glyphosate-resistant plant of claim 30 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

34

**32.** A glyphosate-resistant plant of claim 31 in which the promoter sequence is the CaMv35S promoter sequence.

**33.** A glyphosate-resistant plant of claim 29 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**34.** A glyphosate-resistant plant of claim 29 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**35.** A glyphosate-resistant plant cell of claim 29 in which the chloroplast transit peptide is from a plant EPSPS gene.

**36.** A method for producing a glyphosate-resistant dicotyledonous plant which comprises
    (a) transforming plant cells using an Agrobacterium transformation vector comprising a chimeric plant gene of claim 1: and
    (b) regenerating glyphosate-resistant plants from said transformed plant cells.

**37.** A method of claim 36 in which the chimeric plant gene comprises a plant virus promoter sequence.

**38.** A method of claim 37 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**39.** A method of claim 38 in which the promoter sequence is the CaMV35S promoter sequence.

**40.** A method of claim 36 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**41.** A method of claim 36 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**42.** A method of claim 36 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

**43.** A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of claim 15.

**44.** A method of claim 43 in which the chimeric gene comprises a promoter sequence from a plant virus.

**45.** A method of claim 44 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**46.** A method of claim 45 in which the promoter sequence is the CaMV35S promoter sequence.

**47.** A method of claim 43 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**48.** A method of claim 43 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**49.** A method of claim 43 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

**50.** A glyphosate-resistant tomato cell of claim 22.

**51.** A glyphosate-resistant tobacco cell of claim 22.

**52.** A glyphosate-resistant oil seed rape cell of claim 22.

**53.** A glyphosate-resistant flax cell of claim 22.

**54.** A glyphosate-resistant soybean cell of claim 22.

**55.** A glyphosate-resistant sunflower cell of claim 22.

**56.** A glyphosate-resistant sugar beet cell of claim 54.

**57.** A glyphosate-resistant alfalfa cell of claim 22.

**58.** A glyphosate-resistant cotton cell of claim 22.

**59.** Plasmid pMON546, ATCC accession number 53213.

\* \* \* \* \*

A26

REDACTED VERSION – PUBLICLY FILED[1]

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF MISSOURI

3

4

   MONSANTO COMPANY,
5
          Plaintiff,
6
       vs.                              No. 4:01-CV-1825 CDP
7
   BAYER CROPSCIENCE LP,
8
          Defendant.
9
   _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _  _
10
   PRESENT:   The Honorable Catherine D. Perry, Presiding
11
   ATTORNEYS FOR PLAINTIFF: John F. Lynch, Susan K. Knoll, Steven
12 G. Spears and Joseph P. Conran

13 ATTORNEYS FOR DEFENDANT: George Pazuniak, Francis DiGiovanni
   and John H. Quinn, III
14

15

16

17

18
                        Markman Hearing
19                     July 1 and 2, 2003

20

21

22

23               TERI HANOLD HOPWOOD
                Registered Merit Reporter
24          Thomas F. Eagleton Courthouse
         111 South Tenth Street, Room 3.348
25          St. Louis, Missouri  63102

MGA0058699

1    INDEX

2

3    KENNETH KEEGSTRA

4         Direct Examination by Ms. Knoll . . . . . . . . . . 38

5         Cross Examination by Mr. Pazuniak . . . . . . . . . .68

6         Redirect Examination by Ms. Knoll . . . . . . . . . 105

7

8    BARRY D. BRUCE

9         Direct Examination by Mr. Pazuniak . . . . . . . . 111

10        Cross Examination by Mr. Lynch . . . . . . . . . . 116

11        Redirect Examination by Mr. Pazuniak . . . . . . . .127

12

13   JULY 2, 2003 . . . . . . . . . . . . . . . . . . . . . 161

14

15

16

17

18

19

20

21

22

23

24

25

A28

MGA0058700

REDACTED VERSION – PUBLICLY FILED

162

1  July 2, 2003

2       THE COURT:  We're here in the case of Monsanto

3  Corporation versus Bayer Cropscience LP, 01-CV-1825.  The

4  first thing we're going to do is I'm going to ask Ms. Kirkland

5  to hand you all each a copy of this order, and the other

6  copies can be for Josh and Teri.  This is my order construing

7  the claims, and I'm passing this out, and it regards the

8  disputed terms as framed by the parties' statements of

9  disputed issues, their briefs and their arguments.  What I am

10  stating orally now are my reasons for those decisions, and

11  there will not be any additional written opinion.

12       As you can see from the order we have just handed you,

13  I did not accept entirely or reject entirely either party's

14  arguments, although I suspect one party will be happier with

15  my order than the other one.

16       In reaching my decision, I am mindful of the claim

17  construction rules that have been handed down by the Federal

18  Circuit, and I'll sort of briefly cite what those are so you

19  know I paid attention to them.

20       Claim construction is a matter of law.  The Court must

21  look first to the intrinsic evidence of the record, that is

22  the claims language most importantly, additionally the

23  specification and the prosecution history, if it's in

24  evidence, as it is in this case.  Intrinsic evidence is the

25  most significant source of the legally-operative meaning of

A29

MGA0058860

1    the disputed claim language.  The appropriate starting point

2    is always the language of the claim itself, and the words of

3    the claim are generally given their ordinary and customary

4    meaning, and I believe I have done that here.

5            There are cases where a patentee may act as his or her

6    own lexicographer and assign a special definition to a word so

7    long as that definition is clearly stated in the patent

8    specification or in the prosecution history.

9            The Federal Circuit has held that it's appropriate for

10   courts to consult dictionaries to determine ordinary and

11   customary meanings of disputed claims terms, as those sources

12   are considered unbiased reflections of common understanding.

13   Other sorts of extrinsic evidence is generally not to be

14   consulted if the intrinsic evidence is unequivocal, but the

15   Federal Circuit has held that it is entirely appropriate for a

16   Court to consult trustworthy extrinsic evidence to ensure that

17   the claims construction is not inconsistent with clearly

18   expressed -- the plainly apposite and widely-held

19   understanding in the pertinent technical field.

20           I have applied these rules to my decisions here today,

21   and although yesterday I did hear testimony from the parties'

22   expert witnesses, I am considering that testimony as nothing

23   more than arguments of lawyers on the legal issues presented,

24   along, of course, with the necessary technical explanation of

25   the basic science at issue in this case.

A30

MGA0058861

1    I note particularly that the scientists did not

2    disagree at all with one another when they were discussing

3    science.  Their only disagreement is when they became

4    advocates and tried to help or not help the lawyers, so I give

5    that sort of testimony the weight it deserves and consider it

6    as part of the argument, not as extrinsic evidence.

7        The science of the invention is not disputed, and was

8    received as background so I could understand the disputes.  I

9    will add that I do appreciate the basic science lessons, both

10   those delivered yesterday, which were quite helpful, and those

11   in the briefs.  I needed it, and I think that both parties'

12   submissions were very helpful on the scientific issues.

13       There was one issue, however, the import issue, that I

14   actually didn't understand the dispute until I heard the

15   presentations and saw the animations yesterday, so that

16   presentation certainly helped, although one party may now

17   regret teaching me that issue, and on that issue the science

18   was not disputed, I don't believe, either, in any way that

19   affects the decision.

20       My reasons for the specific rulings are as follows:

21   The first term at issue was "chimeric plant gene," and the

22   order contains two paragraphs as the parties had because the

23   term is actually used in some claims as "chimeric gene" and in

24   others as "chimeric plant gene."  The definition I have

25   adopted is, "The term chimeric gene means a gene that is

A31

MGA0058862

1  comprised of parts that do not occur together in nature," and

2  the term "chimeric plant gene" means a "chimeric gene that is

3  expressible in a plant."

4         I'll point out that this construction contains a

5  grammatical error, since we all know that under the rules of

6  grammar, the whole comprises the parts and is not comprised of

7  the parts, but you all agreed on this grammatical error and

8  agreed that this was the proper definition so far as it went,

9  so I'm sticking with it because you both asked for it.

10        Now the parties' submissions did show some disagreement

11 as to the term "chimeric plant gene," but this disagreement

12 was really minor.  Monsanto argued that I should add a

13 sentence stating that the gene in Claim 1 is chimeric because

14 the promoter is heterologous with respect to the coding

15 sequence, and although this is a correct statement of fact as

16 far as it goes, it is not a proper statement to include in the

17 claim construction as a matter of law.  It is not a proper

18 limitation on the term "chimeric plant gene" because the gene

19 in Claim 1 could be chimeric for other reasons as well.

20        Additionally, the last clause of Claim 1 states,"the

21 promoter being heterologous with respect to the coding

22 sequence," and if I defined "chimeric plant gene" to include

23 this statement, it would make that portion of the claim

24 language redundant.

25        The parties' briefs also revealed a dispute about

A32

MGA0058863

1  whether the term should be "expressible" versus "expressed,"

2  but the arguments yesterday also revealed that this was not a

3  serious dispute, and in any event, I agree with Bayer that it

4  makes sense not to speak in the past tense with something

5  intended to be part of a living and reproducing organism, and

6  so "expressible" seemed appropriate to me.

7       The second issue was "chloroplast transit peptide," and

8  I have ruled that the term "chloroplast transit peptide" means

9  "a naturally occurring series of amino acids that causes the

10  transport of a polypeptide into a chloroplast."  As it turns

11  out, I believe that this term presented the hardest issue and

12  is the closest call.  I have accepted Bayer's argument that

13  the CTP must be naturally occurring because I believe, reading

14  the claim language and the patent as a whole, and giving due

15  consideration to the prosecution history, that at the time of

16  this invention, a chloroplast transit peptide under the

17  widely-held understanding in the pertinent technical field,

18  meant something found to naturally occur in a plant, or as I

19  understand it, in green algae, since they also have

20  chloroplasts, but naturally occurring is appropriate.

21       The references in the patent specification to sources

22  for CTP all point to plants or naturally occurring substances,

23  not to synthetic substances.  At the time of this patent

24  application, the state of the knowledge of CTPs was such that

25  I do not believe that the patent contemplated that this term

A33

MGA0058864

REDACTED VERSION – PUBLICLY FILED

1    would include anything that might ever be invented that would

2    function like a CTP.  The language of the patent just doesn't

3    justify saying that anything ever invented that functions like

4    a CTP must be one, and I think the CTP in this patent has to

5    be naturally occurring because that's what the words meant at

6    the time they were used.

7        I am not applying a validity/invalidity standard to

8    make this decision.  I'm basing this on what I believe the

9    words mean as a matter of claims construction.

10       I do want to point out that I am not buying into

11   Bayer's arguments that this is some kind of a

12   means-plus-function term.  It is not.  A series of amino acids

13   is a description of a structure, although it is further

14   defined by the transit function included in it, but I don't

15   believe that the addition of a functional adjective makes this

16   a means-plus-function term.

17       To the extent that example 19 is inconsistent with this

18   interpretation, and I'm not convinced that it is, but if it

19   is, then an example in the specifications cannot vary the

20   claims, and the law does not require that every example be

21   within the scope of all the claims.

22       In this case, both scientists agree that example 19 is

23   not within the scope of all of the claims because it is a test

24   tube thing and there was no action within the plant cell, but

25   even if it is inconsistent, I believe the claim language is

MGA0058865

1    clear, and that the interpretation I have given it is correct.

2         The third term which I will have trouble pronouncing,

3    but I will try, is "chloroplast transit peptide/

4    5-enolpyruvylshikimate-3-phosphate synthase" --  I'll call

5    that EPSPS from now on -- "fusion polypeptide."  This term

6    means "a polypeptide that has at least two parts which must

7    include a chloroplast transit peptide as defined already

8    joined to an EPSPS where the chloroplast transit peptide and

9    EPSPS are not found together in nature."

10        I thought this issue was going to be the hardest one to

11   decide, but as I just discussed, I don't think it was.  I

12   don't think this was that close a call, but it is somewhat

13   difficult to explain.  To put it as simply as possible,

14   "fusion" in this patent means what most people think it means.

15   Lay people like me think fusion means putting different things

16   together.  Scientists in this field think it means putting

17   different things together.  The dictionary thinks "fusion

18   polypeptide" or "fusion protein" means a protein created out

19   of two genetically different things, in other words, a protein

20   created in a non-natural process, i.e. fused, which contains

21   amino acid sequences from distinct proteins.  Even Monsanto's

22   expert witness agrees that that's what it normally means.

23        Monsanto more or less argues that it was being its own

24   lexicographer here, or it was using the term in a very special

25   way, and although I recognize that a patent can use a word in

A35

MGA0058866

1   other than its normal meaning, it's supposed to be very clear

2   when it does that, and here it certainly is not clear, and I

3   don't believe that it's even implicit in the language or the

4   history.

5        I have carefully reviewed the patent and the patent

6   prosecution history, and I don't think there is anything there

7   that shows that "fusion polypeptide" meant something other

8   than its normal meaning.

9        Monsanto, not the patent examiner, first used the term

10  in the original application, and when Monsanto used it the

11  first time, it used it with the plain and ordinary meaning of

12  the definition I've adopted here.  Everyone agrees that a

13  naturally occurring EPSPS has a CTP, and nobody refers to

14  those naturally occurring things as fusion polypeptides.

15       This patent teaches putting different things together.

16  It did not just describe what naturally occurs in all plant

17  cells, so I think the CTP/EPSPS fusion polypeptide referred to

18  in these claims is something created from a CTP and an EPSPS

19  that do not occur together in nature.

20       Now, I'm not including Bayer's urged language that they

21  have to be directly adjacent to one another, as I don't

22  believe there is anything in the claim language or anywhere

23  else that provides that restriction, and so that is not

24  included in the construction I've adopted.

25       That brings us to the fourth term, the term "permits

A36

MGA0058867

1    the fusion polypeptide to be imported into a chloroplast of a

2    plant cell means the function of a chloroplast transit peptide

3    as previously defined." Upon reflection, once I understood

4    the science of this, this was actually easy. This is not a

5    close call at all. Again, I want to point out that there was

6    no scientific dispute about this, only a legal one.

7         Actually, although the decision is easy, the term is

8    somewhat hard to define, and the definition I have adopted,

9    which was proposed by Monsanto, is a little awkward. I think

10   there is a normal reason for that, and that's because this

11   term really does just mean what it says. If ever there was a

12   plain and ordinary meaning, this one has one, and further

13   definition seems a little silly.

14        "Permits" means allows. "To be imported" means for

15   something to be carried into some place. That's what the

16   words mean, and that's the function of the CTP. It permits a

17   polypeptide to be imported into a chloroplast. That's what

18   the words say and that's what they mean, and although I have

19   stated that the definition above will be used in my jury

20   instructions and am adopting it, I question whether you will

21   really want me to do that because I'm not sure that any

22   further definition is needed of what are really very plain

23   words. But since Bayer has challenged it, I do have to rule

24   on it, and I'm adopting Monsanto's definition because I

25   believe it's correct, although as I stated, I'm not sure it's

MGA0058868

171
REDACTED VERSION – PUBLICLY FILED

1    really necessary.

2    I will tell you definitely that Bayer's attempt to add

3    the requirement that the entire CTP/EPSPS fusion gene be

4    transported intact completely across the chloroplast envelope

5    membranes and the requirement that they attempt to impose that

6    all of the parts stay together until it is all inside the

7    chloroplast simply isn't anywhere in the patent language, its

8    specification, or its prosecution history.  Yes, I have heard

9    Bayer's argument that Monsanto set up two alternatives and

10    then picked one, but I don't believe that it did.  I don't

11    think these are necessarily alternatives.  Rather, they are

12    descriptions of a process that was not well understood at the

13    time, and still isn't, according to the agreement of the

14    scientists.

15    I think when the patent is read as a whole, it is clear

16    that Monsanto was claiming the process of getting this fusion

17    gene into the chloroplast, and whichever of the two ways it

18    worked, once it began to enter the chloroplast, both are

19    covered, and the important thing is the business gets in, not

20    the timing of the cleavage of the CTP from the EPSPS, and

21    that's really what this issue is about.  It's not about

22    importing.  It's really an issue about when does cleavage

23    occur, and nothing in the word "importing" suggests that

24    that's an issue covered by the patent.

25    The timing of when the CTP is separated from the EPSPS

MGA0058869

172
REDACTED VERSION – PUBLICLY FILED

1    simply is not a part of this patent, and construing this

2    language as Bayer urges would be reading something into the

3    language that simply isn't there.

4        So those are my reasons for my rulings.  As you can see

5    from the order I handed out, I will hold a telephone

6    conference on August 1st at 11:00 and I'll expect, Mr. Quinn,

7    Bayer to set up that telephone conference.  During the call,

8    we'll establish schedules for this case, as well as for the

9    other two that I have already set a conference call in.  It

10   will be one conference call to discuss all three cases because

11   all the same counsel are involved and the same parties.

12       In the other case, I've required a joint scheduling

13   plan, but in this case I've not done that.  I'm simply asking

14   that you meet and confer and attempt to resolve any issues and

15   hope you propose something that you can agree on because we

16   already had a schedule in this case, and it just needs to be

17   modified because of the delay that we had because of the

18   ongoing settlement discussions between the parties.

19       I also at that conference do want to talk to you all

20   about settlement.  I realize that you have bigger issues in

21   these cases, and that your clients have bigger issues, but I

22   want to talk to you about using a mediator for one or more of

23   the cases assigned to me, and I want to discuss these three

24   cases because they are the ones that I am concerned with, even

25   though I know your clients have bigger concerns.

MGA0058870

US006040497A

**United States Patent** [19]

Spencer et al.

[11]  Patent Number:  **6,040,497**

[45]  Date of Patent:  **Mar. 21, 2000**

[54]  **GLYPHOSATE RESISTANT MAIZE LINES**

[75]  Inventors: Michael Spencer, Mystic, Conn.; Rita Mumm, Tolono; Jeff Gwyn, Mahomet, both of Ill.

[73]  Assignee: Dekalb Genetics Corporation, Dekalb, Ill.

[21]  Appl. No.: **08/832,078**

[22]  Filed:  Apr. 3, 1997

[51]  Int. Cl.[7] ............................ C12N 15/00; C12N 15/82; A01H 10/06; A01H 4/00

[52]  U.S. Cl. .................. **800/288**; 800/278; 800/300.1; 800/320.1; 800/275; 800/266; 536/24.1

[58]  Field of Search ........................ 800/320.1, 275, 800/266, 300, 300.1, 288, 278; 435/412, 424, 430, 430.1; 536/24.1

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. | 435/172.3 |
| 4,769,061 | 9/1988 | Comai | 71/86 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |
| 4,971,908 | 11/1990 | Kishore et al. | 435/172.1 |
| 5,034,322 | 7/1991 | Rodgers et al. | 435/172.3 |
| 5,068,193 | 11/1991 | Comai | 435/252.3 |
| 5,094,945 | 3/1992 | Comai | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,188,642 | 2/1993 | Shah et al. | 47/58 |
| 5,436,389 | 7/1995 | Pfund | 800/200 |
| 5,484,956 | 1/1996 | Lundquist et al. | 800/205 |
| 5,554,798 | 9/1996 | Lundquist et al. | 800/205 |
| 5,641,664 | 6/1997 | D'Halluin et al. | 435/172.3 |
| 5,641,876 | 6/1997 | McElroy et al. | 536/24.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 242 236 | 1/1987 | European Pat. Off. . |
| 0 242 246 | 3/1987 | European Pat. Off. . |
| 0 218 571 | 4/1987 | European Pat. Off. . |
| 0 290 395 | 11/1988 | European Pat. Off. . |
| 0 348 348 | 6/1989 | European Pat. Off. . |
| 0 360 750 | 9/1989 | European Pat. Off. . |
| 0 353 908 | 2/1990 | European Pat. Off. . |
| 0 469 273 | 6/1991 | European Pat. Off. . |
| 2 661 421 | 4/1991 | France . |
| WO 87/05629 | 9/1987 | WIPO . |
| WO 91/02071 | 2/1991 | WIPO . |
| WO 91/09948 | 7/1991 | WIPO . |
| WO 91/10725 | 7/1991 | WIPO . |
| WO 92/04449 | 3/1992 | WIPO . |
| WO 97/4103 | 2/1997 | WIPO . |
| WO 97/23634 | 7/1997 | WIPO . |

OTHER PUBLICATIONS

Padgette et al. J. Bio. Chem. vol 266, No. 33, pp. 22364–22369, Nov. 1991.

McElroy et al., "Isolation of an Efficient Actin Promoter for Use in Rice Transformation," *The Plant Cell,* 2:163–171, 1990.

Padgette et al., "New Weed Control Opportunities: Development of Soybeans with a Roundup Ready™ Gene," In: *Herbicide–Resistant Crops,* Stephen O. Duke, Editor, Lewis Publishers, Boca Raton, Chapter 4, p. 53–84, 1996.

Amrhein et al., "Biochemical Basis for Glyphosate–Tolerance in a Bacterium and a Plant Tissue Culture," *FEBS,* 157)1):191–196, Jun. 1983.

Anderson, W. *Weed Science: Principles,* 2nd ed., West Publishing Company, St. Paul, pp. 13–15 (1983).

Ashton, F., et al. *Mode of Action of Herbicides,* John Wiley & Sons, New York, pp. vii–viii (1981).

Balthazor and Hallas, "Glyphosate–Degrading Microorganisms from Industrial Activated Sludge," *Applied and Environmental Microbiology,* 51(2):432–434, Feb. 1986.

Bishop, "Two Teams Place Genes Into Corn," The Wall Street Journal, Apr. 1990.

Chasan, "Transforming Maize Transformation," *The Plant Cell,* 4:1463–1464, Dec. 1992.

Christou, "Genetic Transformation of Crop Plants Using Microprojectile Bombardment," *The Plant Journal,* 2(3):275–281, 1992.

Christou, McCabe, and Swain, "Stable Transformation of Soybean Callus by DNA–Coated Gold Particles," *Plant Physiol,* 87:671–674, 1988.

Clark, "Biotech Advance in Corn: Gunslinging Researchers Fire Marker Genes into Corn," *Ag Consultant,* p. 12, Jul. 1990.

Cocking and Davey, "Gene Transfer in Cereals," *Science,* 236:1259–1262, Jun. 1987.

Comai et al., "Expression in Plants of a Mutant aroA Gene from *Salmonella typhimurium* Confers Tolerance to Glyphosate," *Nature,* 317:741–744, Oct. 1985.

Comai, Sen and Stalker, "An Altered aroA Gene Product Confers Resistance to the Herbicide Glyphosate," *Science,* 221:370–371, Jul. 1983.

"Corn Plants Genetically Engineered to Express Wheat Germ Agglutinin (WGA) Genes, in Order to Confer Resistance to the European Corn Borer (*Ostrinia nubilalis*) and Tolerance to Glugosinate Herbicides," Pioneer's Application for Release Into the Environment Under 7 C.F.R. 340.

d'Amato et al., "Subcellular Localization of Chorismate–Mutase Isoenzymes in Protoplasts from Mesophyll and suspension–Cultured Cells of *Nicltiana silvestris,*" *Planta,* 162:104–108, 1984.

D'Halluin et al., "Transgenic Maize Plants by Tissue Electroporation," *The Plant Cell,* 5:1495–1505, Dec. 1992.

De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme," *The EMBO Journal,* 6(9):2513–2518, 1987.

De Block, De Brouwer, and Tenning, "Transformation of *Brassica napus* and *Brassica oleracea* Using *Agrobacterium tumerfaciens* and the Expression of the bar and neo Genes in the Transgenic Plants," *Plant Physiol,* 91:694–701, 1989.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57]  **ABSTRACT**

Methods and compositions relating to glyphosate resistant maize plants, including the GA21, GG25, GJ11 and F1117 transformation events, are disclosed. The plants of the invention represent a significant advance, in that they allow direct control of weeds in the field with glyphosate.

63 Claims, 21 Drawing Sheets

A40

6,040,497
Page 2

OTHER PUBLICATIONS

Evans, "Somaclonal Variation Genetic Basis and Breeding Applications," *Reviews*, 5(2):46–50, Feb. 1989.

Fishbein, Editor & Publisher, "Two Teams Succeed in Putting Foreign Genes in Corn Plants," *Genetic Engineering Letter*, 10(8):3, Apr. 1990.

Fransz, de Ruijter, and Schel, "Isoenzymes as Biochemical and Cytochemical Markers in Embryogenic Callus of Maize (*Zea mays* L.)," *Plant Cell Reports*, 8:67–70, 1989.

Fromm, "Gene Guns Succeed in Altering Corn," *Biotechnology News*, 10(11):2–3, Apr. 1990.

Fromm, "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic maize Plants," Bio/Technology, 8:833–839, Sep. 1990.

"Genetically Engineered Corn: Breakthrough Brings Market Closer," *Genetic Technology News*, p. 8 and 11, Oct. 1990.

"Genetic Engineering Advance Announced For Corn Plants," Investor's Daily, Apr. 19, 1990.

Goodman, et al., "Gene Transfer in Crop Improvements," *Science*, 236:48–54, Apr. 1987.

Gordon-Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," *The Plant Cell*, 2:603–618, Jul. 1990.

Guilley et al., "Transcription of Cauliflower Mosaic Virus DNA; Detection of Promoter Sequences, and Characterization of Transcripts," *Cell*, 30:763–773, Oct. 1982.

Gunset, "Corn Farmers Sell Economic, Environmental Gold in Designer Genes," Chicago Tribune, p. 1, Jan. 21, 1991.

Gunset, "Genetic Advance May Transform Corn," Chicago Tribune, Apr. 19, 1990.

Hallas, Hahn and Korndorfer, "Characterization of Microbial Traits Associated with Glyphosate Biodegradation in Industrial Activated Sludge," *Journal of Industrial Microbiology*, 3:377–385, 1988.

Howe, "Development of Glyphosate as a Selectable Marker for the Production of Fertile Transgenic Corn Plants," *In Vitro Cellular & Developmental Biology*, p. 124A, P–1136.

Jacob et al., "Metabolism of Glyphosate in Pseudomonas sp. Stran Lbr," *Applied and Environmental Microbiology*, 54(12):2953–2958, Dec. 1988.

Jensen, R.A., "The Shikimate/Arogenate pathway: Link Between Carbohydrate Metabolism and Secondary Metabolism," *Physiol. Plant.*, 66:164–168, 1985.

"Keystone Crops," *Agricultural Genetics Report*, Mar./Apr. 1990.

Klein et al., "Applications of the particle Gun in Plant Biology," Du Pont De Nemours & Co., Medical products Dept., Glasgow Site, Newark, Delaware, 19714–6101; U.S. Department of Agriculture–ARS/UC Berkeley, Plant Gene Expression Center, Albany, California, 94710.

Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment," *Plant Physiol.*, 91:440–444, 1989.

Klein et al., Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign–Gene Expression, Gene manipulation in Plant improvement II, p. 265–266, Editor J.P. Gustafson, Plenum Press, New York, 1990.

Koziel et al., "A Cauliflower Mosaic Virus Promoter Directs Expression of Kanamycin Resistance in Morphogenic Transformed Plant Cells," *Journal of Molecular and Applied Genetics*, 2:549–562, 1984.

Leemans, J., "Genetic Engineering for Sterility Control," *In Vitro Cellular & Developmental Biology*, Mar. 1992, 28(3).

Liu et al., "Degradation of the Herbicide Glyphosate by Member of the Family Rhizobiaceae," *Applied and Environmental Microbiology*, 57(6):1799–1804, Jun. 1991.

Mariani et al., "The Production and Analysis of Genetically–Engineered Male–Sterile Plants of Maize," *In Vitro Cellular & Developmental Biology*, 28(3), Part II, Mar. 1992, Poster 46.

Marshall, Kirkwood and Martin, "Studies on the Mode of Action of Asulamm Aminotriazole and Glyphosate in *Equisetum arvense* L. (Field Horsetail). II: The Metabolism of [14C]Asulam, [14C]Aminotriazole and [14C]Glyphosate," *Pestic. Sci.*, 18:65–77, 1987.

Moffat, "Corn Transformed," *Science*, 249:630, 1990.

Mousdale and Coggins, "Subcellular Localization of the Common Shikimate–Pathway Enzymes in *Pisum savium* L.," *Planta*, 163:241–249, 1985.

Murakami et al., The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster, *Mol. Gen. Genet.*, 205:42–50, 1986.

Nafziger et al., "Selection and Characterization of a Carrolt Cell line Tolerant to Glyphosate," *Plant Physiol.*, 76:571–574, 1984.

Netzer, W.J., "Engineering Herbicide Tolerance: When Is It Worthwhile?," Bio/Technology, 2(11):939–944, Nov. 1984.

Omirulleh et al., "Activity of a Chimeric Promoter with the Doubled CaMV 35S Enhancer Element in Protoplast–Derived Cells and Transgenic Plants in Maize," *Plant Molecular Biology*, 21:415–428, 1993.

Park, "Selection of Maize Transformants from Shoot Apex Cultures Cocultivated with Argobacterium Containing the bar Gene," In Vitro Cellular & Developmental Biology, Jun. 5–9, 1993 Town & Contry Hotel San Diego, California.

Phillips et al., "Cell/Tissue Culture and In Vitro Manipulation," In Corn and Corn Improvement 3rd Edition, Editors Sprague and Dudley, American Society of Agronomy, Inc., Crop Science Society of America, Inc., and Soil Science Society of America, Inc., Madison, Wisconsin, USA, 1988.

Pipke and Amrhein, "Degradation of the Phosphonate Herbicide Glyphosate by *Arthrobacter atrocyaneus* ATCC 13752," *Applied and Environmental Microbiology*, 54(5):1293–1296, May 1988.

Rice, "DeKalb Genetics Transforms Corn with Herbicide–Resistance Gene," *Genetic Technology News*, 10(5) May 1990.

Rodgers et al., "Amplification of the aroA Gene from *Escherichia coli* Results in Tolerance to the Herbicide Glyphosate," *Applied and Environmental Microbiology*, 46(1):37–43, Jul. 1983.

Ross and Tomes, "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," *J. Cell. Biochem.*, Supplemental 13D, p. 268, 1989.

Rothe et al., "Evidence for an Intra– and Extraplastidic Pre–Chorismate Pathway," *Planta*, 157:358–366, 1983.

Rubin et al., "Enzymological Basis for herbicidal Action of Glyphosate," *Plant Physiol.*, 70:833–839, 1982.

Rubin et al., "Glyphosate Inhibition of 5–Enolpyruvylshikimate 3–Phosphate Synthase from Suspension–Cultured Cells of *Nicotiana silvestris*," *Plant Physiol.*, 75:839–845, 1984.

Saijo and Takeo, "Some Properties of the Initial Four Enzymes Involved in Shikimic Acid Biosynthesis in Tea Plant," *Agric. Biol. Chem.*, 43(7):1427–1432, 1979.

A41

REDACTED VERSION – PUBLICLY FILED

6,040,497

Page 3

Schmidt and Mishkind, "Rapid Degradation of Unassembled Ribulose 1,5 Bisphosphate Carboxylase Small Subunits in Chloroplasts," *Proc. Natl. Acad. Sci.,* 80:2632–2636, 1983.

Schowanek and Verstraete, "Phosphonate Utilization by Bacterial Cultures and Enrichments from Environmental Samples," *Applied and Environmental Microbiology,* 56(4):895–903, Apr. 1990.

Shah et al., "Engineering herbicide Tolerance in Transgenic Plants," *Science,* 233:478–481, Jul. 1986.

Singh, Connelly and Conn, "Chorismate Mutase isoenzymes from *Sorghum bicolor:* Purification and Properties," *Archives of Biochemistry and Biophysicis,* 243(2):374–384, 1985.

Smart et al., "Selective Overproduction of 5–enol–Pyruvylshikimic Acid 3–Phosphate Synthase in a Plant Cell Culture Which Tolerates High Doses of the Herbicide Glyphosate," *The Journal of Biological Chemistry,* 260(30):16338–16346, Dec. 1985.

Spencer et al., "Bialaphos Selection of Stable Transformants from Maize Cell Culture," *Theor. Appl. Genet.,* 79:625–631, 1990.

Spencer et al., "Fertile Transgenic Maize," p. 30 Seventh Annual Meeting of the Mid–Atlantic Plant Molecular Biology Society, Aug. 16 & 17, 1990, University of Maryland College Park.

Spencer et al., "Segregation of Transgenes in Maize," *Plant Molecular Biology,* 18:201–210, 1992.

Spencer et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the herbicide Bialaphos," Department of Plant Genetics, Dekalb/Pfizer Genetics, Groton, CT 06340.

Stalker, Hiatt and Comai, "A Single Amino Acid Substitution in the Enzyme 5–Enolpyruvylshikimate–3–Phosphate synthase Confers Resistance to the Herbicide Glyphosate," The Journal of Biological Chemistry, 260(8):4724–4728, Apr. 1985.

Sun, M., "Engineering Crops to Resist Week Killers," *Science,* 231:1360–1361, Mar. 1986.

Thompson et al., "Characterization of the Herbicide–Resistance Gene bar from *Steptomyces hygroscopicus," The EMBO Journal,* 6(9);2519–2523, 1987.

Van den Broeck et al., "Targeting of a Foreign Protein to Chloroplasts by Fusion to the Transit Peptide from the Small Subunit of Ribulose 1,5 Biphosphate Carboxylase," *Nature,* 313:358–363, Jan. 1985.

Wan and Lemaux, "Generation of Large Numbers of Independently Transformed Fertile Barley Plants," Plant Physiol., 104:37–48, 1994.

Wan et al., "Maize Transformation and Regeneration of Transgenic Plants by Microprojectile Bombardment of Type I Callus," *In Vitro Cellular & Developmental Biology,* 28(3), Part II, Mar. 1992.

Weidhase et al., "Utilization of Glyphosate by Pseudomonas sp. GS," *Zentralbl. Mikrobiol.,* 145:433–438, 1990.

Weising et al., "Foreign Genes in Plants: Transfer, Structure, Expression, and Applications," *Annu. Rev. Genet.,* 22:421–477, 1988.

White et al., "A Cassette Containing the bar Gene of *Streptomyces hygroscopicus:* A Selectable Marker for Plant Transformation," *Nucleic Acids Research,* 18(4):1062, Dec. 1989.

REDACTED VERSION – PUBLICLY FILED

**U.S. Patent**          Mar. 21, 2000          Sheet 1 of 21          **6,040,497**



FIG. 1

REDACTED VERSION – PUBLICLY FILED

U.S. Patent    Mar. 21, 2000    Sheet 2 of 21    6,040,497



FIG. 2