# CHIMERIC GENE FOR THE TRANSFORMATION OF PLANTS

This is a continuation of application Ser. No. 846,211 filed on Mar. 4, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

The present invention relates to novel transit peptide DNA sequences, to novel chimeric genes and to their use in plants for conferring to them an increased tolerance to herbicides in general especially to those of the phosphonomethylglycine family. It also relates to the plant cells transformed by these genes, to the transformed plants regenerated from these cells as well as to the plants derived from crossbreedings using these transformed plants.

Glyphosate, sulfosate or fosametine are broad-spectrum systemic herbicides of the phosphonomethyl-glycine family. They act essentially as competitive inhibitors of 5-(enolpyruvyl)shikimate-3-phosphate synthase (EC 2.5.1.19) or EPSPS in relation to PEP (phosphoenolpyruvate). After their application to the plant, they are translocated inside the plant where they accumulate in the rapidly growing parts, in particular the caulinary and root apexes, causing the deterioration and even the destruction of sensitive plants.

Plastidial EPSPS, the main target of these products, is an enzyme of the aromatic amino acid biosynthesis pathway which is encoded by one or more nuclear genes and synthesised in the form of a cytoplasmic precursor and then imported into the plastids where it accumulates in its natural form.

The tolerance of plants to glyphosate and to products of the family is obtained by the stable introduction inside their genome of an EPSPS gene of plant or bacterial origin mutant or nonmutant with respect to the characteristics of the inhibition of the product of this gene by glyphosate. Given the mode of action of glyphosate and the degree of tolerance to glyphosate of the product of the genes used, it is useful to be able to express the product of translation of this gene so as to permit its substantial accumulation in plastids.

It is known, for example from U.S. Pat. No. 4,535,060, to confer to a plant a tolerance to a herbicide of the above-mentioned type, in particular N-(phosphonomethyl)glycine or glyphosate, by introducing into the plant genome a gene encoding an EPSPS carrying at least one mutation making this enzyme more resistant to its competitive inhibitor (glyphosate), after localisation of the enzyme in the plastidial compartment. However, these techniques need to be improved in order to achieve greater reliability in the use of these plants under agronomic conditions.

## SUMMARY OF THE INVENTION

In the present description, "plant" is understood as meaning any differentiated multicellular organism capable of photosynthesis and "plant cell" any cell derived from a plant and capable of forming undifferentiated tissues such as calluses or differentiated tissues such as embryos or plant sections, plants or seeds.

The subject of the present invention is the production of transformed plants having an increased tolerance to herbicides in general and especially to those of the phosphonomethylglycine family by regenerating cells transformed by means of novel chimeric genes comprising a gene for tolerance to these herbicides. The invention also relates to these novel chimeric genes, to the novel transit peptides which they contain as well as to the plants containing them which are made more tolerant by an accumulation of the mutant enzyme, in its mature form, in the plants.

More particularly, the subject of the invention is a chimeric gene for conferring to plants an increased tolerance to a herbicide whose target is EPSPS, comprising, in the direction of transcription, a promoter region, a transit peptide region, a sequence of a gene encoding a glyphosate tolerance enzyme and an untranslated polyadenylation signal region at the 3' terminus, wherein the transit peptide region comprises, in the direction of transcription, a transit peptide of a plant gene encoding a plastid-localised enzyme, a partial sequence of the N-terminal mature part of a plant gene encoding a plastid-localised enzyme and then a second transit peptide of a plant gene encoding a plastid-localised enzyme.

The invention also relates to any DNA sequence of the transit peptide region defined above.

The transit peptides which can be used in the transit peptide region may be known per se and may be of plant origin, for example, derived from maize, sunflower, peas, tobacco or the like. The first and the second transit peptides may be identical, analogous or different. They may in addition each comprise one or more transit peptide units. A sequence derived from the SSU of the ribulose 1,5-diphosphate carboxylase oxygenase CRuBisCO) gene is preferably used.

The partial sequence of the N-terminal mature part is derived from a plant gene encoding a plastid-localised enzyme, such as for example a maize, sunflower or pea gene or the like, it being possible for the original plant species to be identical, analogous or different from that from which the first and second transit peptides are derived respectively. Furthermore, the partial sequence of the mature pan may comprise a varying number of amino acids, generally from 10 to 40, preferably from 18 to 33. A sequence derived from the SSU of the ribulose 1,5-diphosphate carboxylase oxygenase (RuBisCO) gene is preferably used.

Construction of the entire transit region may be carried out in a manner known per se, in particular by fusion or any other suitable means. The role of this characteristic region is to enable the release of a mature, native protein with a maximum efficiency.

The coding sequence for herbicide tolerance which may be used in the chimeric gene according to the invention encodes a mutant EPSPS having a degree of glyphosate tolerance. This sequence, obtained in particular by mutation of the EPSPS gene, may be of bacterial origin, for example derived from *Salmonella typhimurium* (and called in the text which follows "AroA gene"), or of plant origin, for example from petunia or from tomatoes. This sequence may comprise one or more mutations, for example the Pro 101 to Ser mutation or alternatively the Gly 96 to Ala mutations.

The promoter region of the chimeric gene according to the invention may consist advantageously of at least one promoter on a fragment thereof of a gene which is expressed naturally in plants, that is to say promoters of viral origin such as that of 35S RNA of the cauliflower mosaic virus (CaMV35S) or of plant origin such as the small subunit of the ribulose 1,5-diphosphate carboxylase (RuBisCO) gene of a crop such as maize or sunflower.

The untranslated polyadenylation signal region at the 3' terminus of the chimeric gene according to the invention may be of any origin, for example bacterial, such as the nopaline synthase gene, or of plant origin, such as the small subunit of the maize or sunflower RuBisCO.

5,510,471

| 3 | 4 |

The chimeric gene according to the invention may comprise, in addition to the above essential parts, an untranslated intermediate region (linker) between the promoter region and the coding sequence which may be of any origin, bacterial, viral or plant.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

EXAMPLE 1

Construction of a Chemeric Gene

The construction of the chimeric gene according to the invention is carried out using the following elements:

1) "Double CaMV" promoter (that is to say part of which has been duplicated): The CaMV35S promoter was isolated by Odell et al (1985). A clone, pJO 5-2, containing about 850 bp upstream of the site of initiation of transcription was cut with EcoRI-HindIII, the ends of this isolated fragment were made blunt using Klenow polymerase and the fragment inserted at the HincII site of the vector pUC19 (Yannish-Perron et al., 1985). This promoter was digested with ClaI, the ends filled using Klenow polymerase and then redigested with HindIII. A HindIII-EcoRV fragment, isolated from the same initial promoter, was introduced between these two sites. The promoter thus obtained possesses a double amplification region upstream of the regulatory elements of the CaMV35S promoter. It was introduced in the form of a HindIII-EcoRI fragment into the vector pRPA-BL 150 A alpha 2, described in French Patent Application 88/04130, cut with HindIII and EcoRI.

2) Transfer region: the two transit peptides as well as the mature protein elements used are derived from the cloned cDNA of the small subunit of the gene of maize RuBisCO whose gene has been described by Lebrun et al. (1987), and from the cloned cDNA of the small subunit of the gene of sunflower RuBisCO, isolated by Waksman et al. (1987). More specifically, the transit region, called optimised transit peptide, comprises, in the direction of translation:

a transit peptide of the small subunit of sunflower RuBisCO,

an N-terminal sequence of 22 amino acids of the mature part of the small subunit of maize RuBisCO,

a transit peptide of the small subunit of maize RuBisCO.

The construct using this optimised transfer peptide is called pRPA-BL 410.

Other similar sequences may be used which contain sequences of 10 to 40 and preferably 18 and 33 amino acids respectively.

In order to provide a comparative element, another construction was carded out using a first transit peptide and the same mature sequence part but without a second transit peptide, according to the prior art (pRPA-BL 294).

3) Structural gene: it is derived from the mutant gene at the position (Pro 101 to Ser) of EPSPS of *Salmonella typhymurium* isolated by Stalker et al. (1985). The pMG34-2 clone (provided by Calgene) was linearised with XbaI and then treated with *Vigna radiata* nuclease. After recutting with SmaI, the two blunt ends were ligated. The clone obtained possesses an NcoI site in the initiator ATG as well as a 17-bp SalI site downstream of the stop codon. This clone was called pRPA-BL 104.

4) Polyadenylation signal region: the fragment is derived from the nopaline synthase gene of pTi37 (Bevan et al., 1983). This site is contained in a 260-bp MboI fragment (Fraley et al., 1983; Patent Application PCT 84/02913) which was treated with Klenow polymerase and cloned in the SmaI site of M13 mp 18 in order to introduce the BamHI and EcoRI sites at the 5' and 3' ends respectively.

After cutting with BamHI and treating with *Vigna radiata* nuclease followed by cutting with EcoRI and treating with Klenow polymerase, the resulting fragment was introduced in the vector p-BL 20 (cf. French Patent Application 88/04130), cut by XbaI and BamHI and treated with Klenow polymerase. After recutting with SalI and SstI, a fragment of about 0.4 kbp containing the 3' nos sequence on the side of the SalI site and the right end on the T-DNA side of the SstI site is obtained.

The assembly of the various elements was carried out in the following manner:

"Transit peptide of the SSU of the maize RuBisCO/AroA gene" fusion:

The transit peptide of the SSU of the maize RuBisCO gene is derived from a 192-bp EcoRI-SphI fragment obtained from the cDNA corresponding to the SSU gene of the maize RuBisCO gene, described by Lebrun et al. (1987), possessing an NcoI site spanning the initiation codon for translation and an SphI site corresponding to the cleavage site of the transit peptide.

Translational fusion is obtained between the maize transit peptide and the bacterial EPSPS gene by treating the SphI end with bacteriophage T4 polymerase and by ligating it with the Klenow polymerase-treated NcoI end of the AroA gene from pRPA-BL 104, recut with EcoRI.

Transit peptide of the SSU of maize RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene fusion:

Similarly, a 228-bp EcoRI-HindII fragment of the cDNA of the SSU of the maize RuBisCO gene is ligated with the Klenow polymerase-treated NcoI end of the AroA gene from pRPA-BL 104 and recut with EcoRI. A translational fusion is obtained between the transit peptide of the SSU of maize RuBisCO, the 22 amino acids of the mature part of the SSU of maize RuBisCO and the bacterial EPSPS gene.

Transit peptide of the SSU of sunflower RuBisCO:

The fragment is derived from the cDNA isolated by Waksman and Freyssinet (1987). An SphI site was created at the cleavage site of the transit peptide according to the method of Zoller and Smith (1984). The transit peptide of the SSU of sunflower RuBisCO thus obtained is a 171-bp EcoRI-SphI fragment.

Transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene fusion:

The construct containing the transit peptide of the SSU of maize RuBisCO/sequence of 22 amino acids of the SSU of maize RuBisCO of the mature pan of the maize gene fusion was cut with 171-bp EcoRI-SphI corresponding to the transit peptide of the SSU of sunflower RuBisCO. A resulting construct exhibits a substitution of the EcoRI-SphI fragments and is a translational fusion "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amine acids of the mature part of the SSU of maize RuBisCO/AroA gene".

The EcoRI-SalI fragment was ligated with the SalI-SstI fragment containing the 3' nos sequence and the right end of the T-DNA. The resulting EcoRI-SstI fragment, comprising "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amine acids of the mature part of the SSU of maize RuBisCO/AroA gene/3' nos/T-DNA right end", is substituted for the EcoRI-SstI fragment containing the right end of the T-DNA of the plasmid 150 A alpha 2 containing the double CaMV promoter. The transcriptional fusion "double

5,510,471

5

CaMV/transit peptide of the SSU of sunflower RuBisCO/ sequence of 22 amine acids of the mature part of the SSU of maize RuBisCO/AroA gene/3' nos" in the vector 150 A alpha 2 was called pRPA-BL 294. "Transit peptide of the SSU of Sunflower RuBisCO/sequence of 22 amine acids of the SSU of maize RuBisCO/transit peptide of the SSU of maize RuBisCO/AroA gene" fusion:

The above construct is cut with NcoI-HindIII, releasing the Area gene. Next it is ligated with a 1.5 kbp NcoI-HindIII fragment containing the "transit peptide of the SSU of maize RuBisCO/AroA gene" fusion. A resulting construct exhibits a substitution of the NcoI-HindIII fragments and is a translational fusion "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amine acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene".

The EcoRI-SalI fragment was ligated with the SalI-SstI fragment containing the 3' nos sequence and the right end of the T-DNA. The resulting EcoRI-SstI fragment comprising "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene/3' nos/TDNA right end" is substituted for the EcoRI-SstI fragment containing the right end of the T-DNA of the plasmid 150 A alpha 2 containing the double CaMV promoter. The transcriptional fusion "double CaMV/ transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene/3' nos" in the vector 150 A alpha 2 was called pRPA-BL 410.

EXAMPLE 2

Resistance of the Transformed Plants

1. Transformation:

The vector is introduced into the nononcogenic agrobacterium strain EHA 101 (Hood et al., 1987) carrying the cosmid pTVK 291 (Komari et al., 1986). The transformation method is based on the procedure of Horsh et al. (1985).

2. Regeneration:

The regeneration of the tobacco PBD6 (source SEITA France) using foliar explants is carried out on a Murashige and Skoog (MS) basic medium containing 30 g/l of sucrose and 200 g/ml of kanamycin. The foliar explants are removed from greenhouse- or in vitro-grown plants and transformed according to the foliar disc method (Science 1985, Vol. 227, p. 1229–1231) in three successive stages: the first comprises the induction of shoots on an MS medium supplemented with 30 g/l of sucrose containing 0.05 mg/l of naphthylacetic acid (ANA) and 2 mg/l of benzylaminopurine (BAP), for 15 days. The shoots formed during this stage are then developed by culturing on an MS medium supplemented with 30 g/l of sucrose, but not containing; hormone, for 10 days. The developed shoots are then removed and they are cultured on an MS planting medium containing half the content of salts, vitamins and sugars and not containing hormone. After about 15 days, the deeply-rooted shoots are placed in soil.

3. Measurement of the glyphosate tolerance:

a) In vitro: the tolerance is measured by weighing the mass of calluses extrapolated to 100 foliar discs of 0.5 cm in diameter, after 30 days of growth on an MS medium supplemented with 30 g/l of sucrose, 0.05 mg/l of naphthaleneacetic acid and 2 mg/l of BAP containing 35 ppm of glyphosate and 200 micrograms/ml of kanamycin. Under

6

these conditions, it is observed that for the tobacco plants modified by the chimeric gene of pRPA BL 410 according to the invention, the mass of calluses is 34 g whereas for the plants modified by the chimeric gene without a second transit peptide, the mass is only 12 g.

b) In vivo: 30 plants derived from the regeneration of the tobaccos transformed using pRPA-BL 294 and pRPA-BL 410 respectively are transferred to a greenhouse and treated at the 5-leaf stage by spraying with an aqueous suspension at a dose corresponding to 0.6 kg/ha of glyphosate (Round up). After 21 days, a phenotypic examination is carried out of the plants relative to untransformed control plants. Under these conditions, it is observed that the plants transformed using pRPA-BL 410 possess a negligible phytotoxicity whereas the control plants are completely destroyed; moreover, the plants transformed using a chimeric gene, which differs from the preceding one by the absence of a second transit peptide, possess a phytotoxicity of not less than 30% destruction.

These results clearly show the improvement brought by the use of a chimeric gene according to the invention for the same gene encoding the glyphosate tolerance.

The transformed plants according to the invention may be used as parents for producing lines and hybrids having an increased tolerance to glyphosate.

EXAMPLE 3

Spring colzas, Westar cultivar, resistant to glyphosate, were obtained using the method of BOULTER et al., 1990 (Plant Science, 70: 91–99), with pRPA-BL 410. These plants were resistant to a greenhouse treatment with glyphosate at 400.

g a.s/ha, a treatment which destroys nontransgenic plants.

We claim:

1. A nucleic acid construct which codes for a polypeptide sufficient for localization of a gene product in a chloroplast of a plant cell which polypeptide comprises a fusion which in the direction of translation comprises a first chloroplast transit peptide from a ribulose-1,5-bisphosphate carboxylase small subunit, an N-terminal domain of a mature ribulose-1,5-bisphosphate carboxylase small subunit protein and a second chloroplast transit peptide from a ribulose-1,5-bisphosphate carboxylase small subunit.

2. The nucleic acid construct of claim 1 wherein said first chloroplast transit peptide and said second chloroplast transit peptide have identical amino acid sequences.

3. The nucleic acid construct of claim 1 wherein said first chloroplast transit peptide and said second chloroplast transit peptides each have different amino acid sequences.

4. The nucleic acid construct of claim 1 wherein said first or second transit peptide is a transit peptide of a maize ribulose-1,5-bisphosphate carboxylase small subunit.

5. The nucleic acid construct of claim 1 wherein said N-terminal domain is an N-terminal domain of a mature maize ribulose-1,5-bisphosphate carboxylase small subunit.

6. The nucleic acid construct of claim 1 wherein said first or second transit peptide and said N-terminal domain are from the same 1,5-bisphosphate carboxylase small subunit protein.

7. The nucleic acid construct of claim 1 wherein said first or second transit peptide is a transit peptide of a sunflower ribulose-1,5-bisphosphate carboxylase small subunit.

8. The nucleic acid construct of claim 1 wherein said N-terminal domain is an N-terminal domain of mature sunflower ribulose-1,5-bisphosphate carboxylase small subunit.

5,510,471

7

9. The nucleic acid construct of any of claims 1, 5, 6 or 8 wherein said N-terminal domain comprises about 10 to about 40 amino acids.

10. The nucleic acid construct of any of claim 1, 5, 6 or 8 wherein said N-terminal domain comprises about 18 to about 33 amino acids.

11. A nucleic acid construct which codes for a polypeptide sufficient for localization of a gene product in a chloroplast of a plant cell which polypeptide comprises a fusion which

8

in the direction of translation comprises a first chloroplast transit peptide from a sunflower ribulose-1,5-bisphosphate carboxylase small subunit, approximately 22 amino acids from the N-terminal region Of a mature maize ribulose-1, 5-bisphosphate carboxylase small subunit and a second chloroplast transit peptide from a maize ribulose-1,5-bis-phosphate carboxylase small subunit.

\* \* \* \* \*

REDACTED VERSION – PUBLICLY FILED

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,510,471                                   Page 1 of 2
DATED        : April 23, 1996
INVENTOR(S)  : Michel Lebrun, et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 2, line 27:   "CRuBisCo)"  should read --(RuBisCo)--

Column 2, line 35:   "pan"  should read --part--

Column 3, line 13:   "Chemeric"  should read --Chimeric--

Column 3, line 22:   "HinclI"  should read --HincII--

Column 3, line 53:   "carded"  should read --carried--

Column 4, line 52:   "pan"  should read --part--

Column 4, lines 57 & 63:   "amine"  should read --amino--

Column 5, lines 2, 5 & 14:   "amine"  should read --amino--

Column 5, line 5:   "Sunflower"  should read --sunflower--

Column 5, line 9:   "Area"  should read --AroA--

Column 5, line 23:   "TDNA fight"  should read --T-DNA right--

REDACTED VERSION – PUBLICLY FILED

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :   5,510,471                                     Page 2 of 2
DATED      :   April 23, 1996
INVENTOR(S):   Michel Lebrun, et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 5, line 55:  after "containing" delete --;--
Column 6, line 33:  after "400" delete --.--

Column 7, line 4, Claim 10:  "claim" should read --claims--
Column 8, line 4, Claim 11:  "Of" should read --of--

Signed and Sealed this

Twenty-fourth Day of December, 1996

Attest:                       *Bruce Lehman*

                              BRUCE LEHMAN
Attesting Officer        Commissioner of Patents and Trademarks

REDACTED VERSION – PUBLICLY FILED

THE JOURNAL OF BIOLOGICAL CHEMISTRY
© 1988 by The American Society for Biochemistry and Molecular Biology, Inc.

Vol. 263, No. 29, Issue of October 15, pp. 15104–15109, 1988
Printed in U.S.A.

# Chloroplast Transport of a Ribulose Bisphosphate Carboxylase Small Subunit-5-Enolpyruvyl 3-Phosphoshikimate Synthase Chimeric Protein Requires Part of the Mature Small Subunit in Addition to the Transit Peptide*

(Received for publication, September 8, 1987)

Luca Comai‡, Nancy Larson-Kelly, John Kiser, Christopher J. D. Mau§, Ann R. Pokalsky, Christine K. Shewmaker, Kevin McBride, Aubrey Jones, and David M. Stalker

*From Calgene Inc., Davis, California 95616*

Ribulose bisphosphate carboxylase small subunit protein is synthesized in the cytoplasm as a precursor and transported into the chloroplast where the amino-terminal portion, the transit peptide, is removed proteolytically. To obtain chloroplast delivery of the 43-kDa 5-enolpyruvyl 3-phosphoshikimate (EPSP) synthase of *Salmonella typhimurium*, we constructed fusion proteins between the bacterial EPSP synthase and the ribulose bisphosphate carboxylase small subunit. A fusion protein consisting of the transit peptide fused to the EPSP synthase was not transported *in vitro* or *in vivo* into chloroplasts. A second fusion protein consisting of the transit peptide and 24 amino acids of the mature small subunit fused to the EPSP synthase was transported both *in vitro* and *in vivo* into chloroplasts. It was processed into two polypeptides of 46 and 47 kDa, respectively. This heterogeneity in processing was not caused by the presence of the *aroA* start codon, since its removal resulted in the same pattern. Substituting 24 different amino acids for the 24 amino acids of the mature small subunit resulted in a fusion protein that was not transported into the chloroplast. It was concluded that a portion of the mature small subunit was needed for efficient chloroplast delivery.

We are interested in the requirements for engineering transport of nonchloroplast proteins into the chloroplast. Most plant proteins are synthesized by cytoplasmic ribosomes. As chloroplasts are the site of many metabolic pathways and the chloroplast genome has a limited coding capacity, transport of proteins into the chloroplast is a critical function of the cell. Protein transport into chloroplasts is initiated by the binding of a protein precursor to a receptor on the chloroplast envelope (Chua and Schmidt, 1978; Highfield and Ellis, 1978; Cline et al., 1985). The precursor consists of an amino-terminal portion, called the transit peptide, and a carboxyl-terminal mature portion. The bound precursor is imported via an energy-requiring mechanism (Grossman et al., 1980) and digested inside the chloroplast by a stromatic protease (Robinson and Ellis, 1985) to remove the transit peptide and leave the mature protein. This process can be reproduced *in vitro* using precursor peptides and isolated chloroplasts (Bartlett et al., 1982).

Addition of the RuBP[1] carboxylase small subunit transit peptide to neomycin phosphotransferase (Reiss et al., 1984) resulted in delivery to the chloroplast of a chimeric protein (Van den Broek et al., 1985; Schreier et al., 1985). The small subunit transit peptide was also used to transport *in vitro* a cytosolic heat shock protein into pea chloroplasts (Lubben and Keegstra, 1986). We wanted to know whether a similar approach could be applied to a different protein. The *aroA* gene of *Salmonella typhimurium* codes for an enzyme of the shikimic acid pathway called 5-enolpyruvyl 3-phosphoshikimate (EPSP) synthase (EC 2.5.1.19; also 3-phosphoshikimate 1-carboxyvinyltransferase). Expression of a mutant form of this gene in tobacco and tomato resulted in the presence of bacterial EPSP synthase in the cytoplasm and tolerance to the herbicide glyphosate (Comai et al., 1985). The corresponding plant enzyme is localized in the chloroplast (Bickel et al., 1978; Mousdale and Coggins, 1985) although the presence of a cytoplasmic pathway for synthesis of aromatic amino acids has been suggested (Rothe et al., 1983). A cloned *Petunia* EPSP synthase gene was shown to code for a precursor having a 77-amino acid transit peptide (della-Cioppa et al., 1986). The bacterial EPSP synthase thus is an interesting candidate to be engineered for chloroplast transport. The RuBP carboxylase ssu gene was chosen as the donor of transit peptide-encoding sequences since it is a well characterized plant gene, and the results could be compared to those obtained with chimeric fusions to the neomycin phosphotransferase protein.

Our results, obtained by *in vitro* and *in vivo* uptake studies on ssu-EPSP synthase chimeric proteins, indicate that EPSP synthase, like neomycin phosphotransferase, can be transported into chloroplasts. However, we report that a portion of the mature small subunit polypeptide in the chimeric protein was required for efficient chloroplast transport.

## EXPERIMENTAL PROCEDURES

*Strains and Plasmids*—*Escherichia coli* LC3 is an *aroA* mutant described by Comai et al. (1983). Strain MM294 has been described by Maniatis et al. (1982). Vectors based on the *lac* gene system were used in strain 7118 (Δlac, proAB) thi, supE F' proAB lac I⁻ZΔM15. Three RuBP ssu clones were used. pSRS2.1 is a genomic soybean clone (Berry-Lowe et al., 1982). TSSU3-8 and TSSU3-2 are genomic

---

* The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.
‡ To whom reprint requests should be sent.
§ Present address: Dept. of Biology, UCLA, Los Angeles, California 90024.

[1] The abbreviations used are: RuBP, ribulose bisphosphate; ssu, small subunit protein; EPSP, 5-enolpyruvyl 3-phosphoshikimate; T-DNA, transfer DNA; tml, large tumor locus of Ti plasmid T-DNA; CaMV, cauliflower mosaic virus; ocs, octopine synthase locus of Ti plasmid T-DNA; kb, kilobase(s); SDS, sodium dodecyl sulfate. Kan, kanamycin resistance gene encoding neomycin phosphotransferase.

tobacco clones (O'Neal et al., 1987). pSS15 is a pea cDNA clone (Coruzzi et al., 1983). The transit peptide regions of the soybean and tobacco ssu are 75% homologous. Both were used for *in vivo* plant expression. The first only was used for *in vitro* transport studies.

DNA manipulations were carried out according to established procedures (Maniatis et al., 1982). Manufacturers' specifications were followed where applicable. The *aroA* gene clone used was made as follows: pPMG31 (Stalker et al., 1985) was digested with *Hin*dIII, recessed about 150 base pairs with Bal31, *Bam*HI linkers ligated to the linear DNA, and the DNA digested with *Bam*HI and *Sal*I. The resulting fragment carried the *aroA* gene with 8 base pairs of the 5'-untranslated region (TGAGTTTC-sense strand). The fragment was inserted into M13mp9 (Vieira and Messing, 1982), and digested with *Bam*HI and *Sal*I to yield the phage M13-65B48.

The pUC derivatives pCGN565 and 566 were constructed by Vic Knauf (Calgene Inc.) as follows. pUC12 (Cm$^R$) and pUC13 (Cm$^r$) (Buckley, 1985) were each digested with *Eco*RI and *Hin*dIII, and polylinkers from pUC18 and pUC19 were inserted, respectively, into the linearized pUC12 and pUC13 to give pCGN565 and pCGN566, respectively. Each of the plasmids carries a chloramphenicol resistance marker instead of the ampicillin resistance.

*Amino-terminal Modification of aroA*—M13-65B48 was digested with *Nar*I and *Pst*I, generating an *aroA* fragment lacking the DNA region 5' of the *Nar*I site, corresponding to the amino-terminal portion of the gene. This fragment was cloned in pUC8 cut with *Acc*I and *Pst*I, resulting in pPMG58. This plasmid encodes a *lac*-*aroA* fusion protein in which 11 amino acids of the pUC8 *lac α* gene have been put in place of the 14 amino acids of the NH$_2$ terminus of *aroA*. Plasmid pPMG34 has been described previously (Stalker et al., 1985). The *Bam*HI to *Sal*I fragment containing the *aroA* was cloned in pUC9, resulting in pPMG34.1. Starting from the *Bam*HI site, the 5'-untranslated region of the *aroA* gene was recessed by treatments with T4 DNA polymerase in the presence of a single nucleotide triphosphate, followed by mung bean nuclease digestion. After each T4 DNA polymerase and mung bean treatment, the fragment was subcloned as a blunt end to *Sal*I insert into a pUC vector, and transformants were screened for the expected product. After two of these steps a pUC18 clone was isolated in which the first nucleotide of the methionine codon was part of an *Xba*I site (... TCTAGATG). This plasmid, called pPMG34.2, was cut with *Xba*I, treated with T4 polymerase in the presence of dGTP, followed by mung bean nuclease and T4 DNA ligase. The DNA was transformed into *E. coli* LC3, an *aroA* mutant, and transformants were selected on minimal medium. Several plasmids complementing the *aroA* phenotype were characterized. Plasmid pPMG34.3 was found to carry an *aroA*-*lac* fusion in which the first nucleotide of the *aroA* methionine codon had been deleted.

*Construction of ssu-aroA Fusion*—Plasmid pSRS2.1 was digested with *Eco*RI resulting in a fragment which includes 5'-untranslated region and the 5'-coding region of RuBP carboxylase ssu. This fragment was inserted into the *Eco*RI site of pCGN565 and pCGN566, respectively, resulting in pCGN330 and pCGN331. Plasmid pCGN331 was then further digested with *Hin*dIII to provide the amino-terminal portion of the RuBP carboxylase ssu gene as a *Hin*dIII-*Eco*RI fragment. The *Bam*HI-*Sal*I *aroA* fragment from M1365B48 was cloned in pCGN565. The resulting plasmid, pPMG63, was linearized with *Sma*I, ligated to *Sph*I linkers, and digested with *Sph*I and *Sal*I. This *Sph*I-*Sal*I fragment containing the *aroA* gene was inserted into pCGN566 to give pPMG64. Plasmid pPMG64 was digested with *Sph*I, and a 0.6-kb pCGN330 *Sph*I fragment was inserted into the *Sph*I site so as to provide the RuBP carboxylase ssu leader peptide in the proper orientation with the *aroA* gene. This construction results in an in-frame fusion between the transit peptide of the soybean ssu and the *aroA* gene. The sequence is as follows (ssu-linker-*aroA*).

ACAATGCATGC-CGGATCCCG-*TGACTTTCA*TGGAA

This plasmid was called pPMG70. The promoter portion of the ssu gene was deleted from pPMG70 by digestion with *Hin*dIII and religation, resulting in pPMG72. The ssu-*aroA* chimeric gene, called Fusion 1, was subcloned as a *Hin*dIII to *Eco*RI fragment in pSP64 (Melton et al., 1984) resulting in pCGN1068. The vector pSP64 allows *in vitro* transcription of cloned DNA.

*Construction of ssu-aroA Fusion 3*—This fusion was planned in such a way that 24 amino acids of the mature ssu peptide are present between the small subunit transit peptide and the *aroA* sequence. Plasmid pCGN1068 was cut with *Xba*I. The resulting staggered ends were "filled" with the large *E. coli* DNA polymerase fragment (Klenow fragment). The plasmid was cut again with *Sma*I and ligated, causing the loss of a *Bam*HI site present between the *Xba*I and *Sma*I site. The resulting plasmid pCGN1075 was cut with *Eco*RI and *Hin*dIII releasing the ssu-*aroA* chimeric gene (Fusion 1). This gene was cloned in Bluescribe-M13 (Vector Cloning Systems, San Diego), resulting in pCGN1076. Plasmid pCGN1076 was cut with *Sph*I and *Bam*HI, and a 70-base pair *Sph*I-*Sau*3A1 fragment from the pea ssu cDNA clone pSSU15 was ligated to pCGN1076 resulting in pCGN1077. The chimeric gene in pCGN1077 consisted of the transit peptide of the soybean ssu, part of the mature pea ssu (24 amino acids), and the *aroA* gene. It was designated Fusion 3. By digestion of pCGN1077 with *Eco*RI and *Hin*dIII and subsequent ligation of the chimeric gene to pSP64, pCGN1086 was constructed. The chimeric ssu-*aroA* gene in pCGN1086 can be transcribed *in vitro* by the use of SP6-DNA polymerase. A control plasmid containing only the *aroA* gene was constructed by digesting pPMG34 with *Bam*HI and *Sal*I and cloning it in pSP64 treated with *Bam*HI and *Sal*I, resulting in pCGN1008.

*Construction of ssu-aroA Fusion 4*—To construct an ssu-*aroA* fusion similar to fusion 3 but lacking the start codon of the *aroA*gene, plasmid pPMG34.3 was digested with *Sph*I, treated with mung bean nuclease to blunt the ends, and ligated. The resulting plasmid, pCGN1097, had lost the *Sph*I site. It was digested with *Sma*I and a decameric *Sph*I linker inserted. The plasmid was then digested with *Sph*I and *Bam*HI, deleting a section of the polylinker, and in its place was inserted the 70-base pair *Sph*I to *Sau*3A1 fragment from pSSU15 to give pCGN1099. The mature ssu-*aroA* fusion protein was excised from this plasmid by digestion with *Sph*I and *Sal*I and inserted in the similarly digested pCGN350 giving pCGN1100, which thus carries the whole fusion 4 ssu-*aroA* chimeric gene. To construct pCGN350 pPMG70 was digested with *Dde*I, blunted by treatment with the large fragment of *E. coli* DNA polymerase I, digested with *Bam*HI, and the so generated transit peptide coding fragment inserted in *Bam*HI and *Sma*I-digested pUC8.

*Construction of Fusion 24rand*—Plasmid pCGN1097 was digested with *Eco*RI, blunted by "filling in" the ends with the large fragment of *E. coli* DNA polymerase 1, and ligated in the presence of *Sph*I linkers. The new plasmid was digested with *Sph*I and *Bam*HI, removing a section of the pUC polylinker. This sequence was replaced with the synthetic oligonucleotide 5'-CTGGCCTCCGTGGAGA ACGGCATCCTGCTGGGCCAAGATCTGGTTGATCAGCTGTC-CATCCTGGTCACCCTG-3' and complementary strand 3'-GTAC (complement of above)CTAG-5'. This double-stranded oligonucleotide has *Sph*I and *Bam*HI overhangs, and an internal *Bgl*2 site. A recombinant plasmid encoding the altered fusion protein was identified by screening with *Bgl*2. Its structure was verified by sequencing the inserted DNA and the junctions. The *Sph*I to *Cla*1 fragment of this plasmid was substituted for the *Sph*I to *Cla*1 fragment of pCGN1106 to give pCGN1144. This resulted in a new ssu-*aroA* fusion called fusion 24rand in which the 24 amino acids from the mature small subunit had been exchanged with 24 new amino acids.

*In Vitro Synthesis and Transport into Chloroplasts of Wild-type aroA, Fusion 1, and Fusion 3*—Plasmids pCGN1008, pCGN1068, and pCGN1086 were linearized with *Eco*RI. They were transcribed by the addition of SP6-RNA polymerase and nucleotide precursors according to the manufacturer's specifications (Promega-Biotech, Madison, WI). The RNA was added to *in vitro* translation extracts from wheat germ (Bethesda Research Laboratories) and translated in the presence of [$^{35}$S]methionine (Du Pont-New England Nuclear). The resulting peptides were analyzed by SDS-polyacrylamide gel electrophoresis. Each translation product was incubated with isolated spinach chloroplasts as described by Bartlett et al. (1982). The chloroplasts were then treated with trypsin, if specified. Stromal and membrane fractions were separated as described in the reference above and analyzed by SDS-gel electrophoresis.

*Construction of Vectors for Expression in Plants*—The *Sph*I site located at the junction between transit peptide coding region and the mature portion of the ssu is conserved between tobacco and soybean allowing convenient switching of the transit peptide region. The 1.8-kb *Hin*dIII-*Sph*I fragment of tobacco TSSU 3-8 containing 1.6 kb of 5' upstream sequences and the first 174 nucleotides of coding sequences was cloned into pPMG72 restricted with *Hin*dIII and *Sph*I creating pCGN650. A ssu polyadenylation site was added by ligating the 1.6-kb *Sal*I fragment of pCGN632 into *Sal*I cut pCGN650, thus creating plasmid pCGN652. pCGN632 was obtained by adding *Sal*I linkers to a 1.6-kb *Hae*III fragment from tobacco TSSU 3-2 followed by cloning of the 1.6 kb fragment into *Sal*I cut pUC18. This fragment contains 123 nucleotides of exon 2, intron 2, exon 3, the polyadenylation site, and 1 kb 3' of the polyadenylation site. The 4.8-kb *Hin*dIII-*Kpn*I fragment of pCGN652 containing the tobacco ssu promoter and

transit peptide, the *aroA* gene, and ssu 3′ was cloned into pUC18 resulting in pCGN654. For plant transformation, pCGN654 was recombined into pCGN587 via the homologous pUC region common to both plasmids, creating pCGN654/587. pCGN587 is a binary vector for plant transformation containing right and left T-DNA borders, an ocs-Kan-ocs marker and regions of pUC for recombination.[2] pCGN654/587 was transferred to *Agrobacterium* LBA4404 in a triparental mating. pCGN 665 was obtained by replacing the 1.4-kb *SphI-SalI* fragment of pCGN 652 containing the fusion 1 *aroA* gene with the 1.4-kb *SphI-SalI* fragment of pCGN1077 containing the fusion 3 *aroA* gene. pCGN665 was linearized with *HindIII* and inserted into the unique *HindIII* site of pCGN763 creating pCGN665/763. Plasmid pCGN763 is a binary plant transformation vector derived from pCGN587 containing right and left tDNA borders, a CaMV 35 S 5′-Kan-tml 3′ chimeric gene for selection in plants, and a bacterial gentamycin resistance gene. Plasmid pCGN665/763 was transferred to *Agrobacterium* LB4404 (Hoekema *et al.*, 1983) by triparental mating.

Fusion 3 and fusion 4 were also spliced to the 35 S promoter of CaMV (Shewmaker *et al.*, 1985; Odell *et al.*, 1985). An expression cassette having the CaMV 5′ region (from nucleotide 7146 to 7546) and the tml 3′ region (T-DNA nucleotide 11208–9063, Barker *et al.*, 1983) was constructed by Kim Chonoles and Richard Gardner (Calgene Inc.) and called pCGN986. A similar cassette, pCGN1906, having the same 5′ region and the ocs 3′ (T-DNA nucleotide 12,823–11,207) was constructed by David Shintani (Calgene Inc.). Fusion 3 and fusion 4 were cloned into the polylinker region located between promoter and polyadenylation site of these expression vectors, resulting in pCGN1106 and pCGN1180, respectively. These plasmids were used for *in vivo* transient assays involving electroporation of tobacco protoplasts (Fromm *et al.*, 1985). The CaMV 35 S-ssu-*aroA* chimeric genes were further subcloned into the binary vector pCGN594. This binary is a derivative of pCGN587 from which the pUC-chloramphenicol moiety has been deleted. Tobacco leaf discs were co-cultivated with *Agrobacterium tumefaciens* strain LBA4404 (Hoekema *et al*, 1983) as previously described (Horsch *et al.*, 1985). Transformants were screened for expression of *aroA* protein production by Western analysis (Comai *et al.*, 1985). One transformed plant containing each fusion construct and expressing about 500 ng of *aroA* protein/g of fresh leaf tissue was chosen for further characterization and maintained axenically.

As a control in localization studies, a transformed plant expressing the bacterial EPSP synthase sequences but no ssu transit peptide was used. This plant was transformed with pCGN631/587 which contained the 1.6-kb 5′ upstream sequences of tobacco ssu clone 3-8, the *aroA* gene from pPMG38 (Stalker *et al.*, 1985), and an ocs 3′-polyadenylation site.

### RESULTS

*Construction of Chimeric Genes*—EPSP synthase is a cytoplasmic protein in *Salmonella*. Chimeric genes consisting of plant promoter and polyadenylation regions, and the *aroA* gene are expressed in plants (Comai *et al.*, 1985) and result in the presence of bacterial EPSP synthase in the plant cell cytoplasm, and, as expected, not in the chloroplast. We wanted to splice the transit peptide from the RuBP carboxylase ssu to the *aroA* gene. We started by asking how amino-terminal modifications affected EPSP synthase activity. A series of modifications that were tested for enzyme activity by complementation of *aroA* mutants of *E. coli* is shown in Fig. 1. Substituting the first 14 amino acids of the EPSP synthase with the 11 amino-terminal amino acids of the *lac* α peptide of pUC8 resulted in loss of activity. However, modifications extending the amino-terminal region from the first or second amino acid were active. Encouraged by the observation that EPSP synthase tolerated the addition of amino acid residues to the amino terminus, we designed and constructed the ssu-*aroA* fusions shown in Fig. 2. Fusions 1 and 3 incorporate, respectively, the first 1 and 24 amino acids of the mature ssu. Fusion 4 differs from fusion 3 in the linker-coded region and in the deletion of the *aroA* start codon.

---

[2] D. Shintani and V. Knauf, unpublished results.



Fig. 1. Effect of amino-terminal modifications on EPSP synthase activity. In the *top construct*, pPMG58, the *NarI* site of *aroA* was spliced to the *AccI* site of pUC8. This resulted in deletion of the first 14 amino acids of *aroA* and an in-frame fusion to the amino terminus of the *lac* α fragment. This plasmid failed to complement *aroA*-deficient mutants of *E. coli* indicating that substitution of these amino acids is not compatible with EPSP synthase activity. In pPMG63, the *bottom construct*, the amino-terminal portion of the *lac* α peptide of pUC18 is added on to the intact *aroA* gene. This plasmid complements *aroA* mutants; however, translation could initiate at the original *aroA* start codon. This possibility is ruled out in pPMG34.3, the *middle construct*, where the starting methionine codon was deleted as described under "Experimental Procedures." Since a chimeric protein is the only possible translational product and this plasmid complements *aroA* mutants we concluded that deletion of the first methionine codon and addition of a number of amino acids are compatible with enzymatic activity. *Cross-hatched regions* are from the lacZ α-fragment of pUC. *Stippled regions* are *aroA* sequences.



Fig. 2. Transit peptide fusions to EPSP synthase. *Gray regions* are *aroA* sequences. The transit peptide of ssu is represented by the *lined region*. *Open regions* are ssu sequences encoding the mature RuBP carboxylase small subunit.

*Delivery of Bacterial EPSP Synthase into Isolated Chloroplasts in Vitro*—We cloned the wild type *aroA* gene and ssu-*aroA* fusion genes in the SP6 transcription vector pSP64 (Melton *et al*, 1984), transcribed, and translated them *in vitro*. Translation of mRNA from pCGN1008 resulted in the

*Chloroplast Transport of Bacterial EPSP Synthase* 15107

synthesis of a 43-kDa peptide corresponding in mobility to wild-type *aroA* product. Translation of mRNA from pCGN1068 and pCGN1086 resulted in peptides of 50 and 53 kDa, respectively. Radiolabeled precursor was then incubated with isolated spinach chloroplasts. After incubation the chloroplasts were washed, treated with trypsin as noted, and the membrane and stromatic fraction was separated and analyzed by SDS-polyacrylamide gel electrophoresis (Fig. 3). Fusion 1 protein is not efficiently transported into chloroplasts, as negligible amounts are found in either the membrane or stromatic fraction. Fusion 3 precursor protein is transported and two polypeptides are found in the stromatic fraction and have an $M_r$ of 47,000 and 46,000, respectively, the expected size for the processed product. A change in mobility of the translocated proteins is visible after trypsin treatment. This could indicate that transport is not complete and a portion of the protein is still accessible to trypsin. In support of this, small amounts of the 47-kDa species of EPSP synthase are present in the membrane fraction. Partial digestion upon trypsin treatment of the chloroplasts could also be explained by limited access to the stroma by trypsin. Indeed, it has been reported that trypsin is capable of penetrating chloroplast membranes (Cline *et al.*, 1984; Joyard *et al.*, 1983). Alternately, the 47-kDa species could be the result of imprecise processing.

*Expression and Localization of Fusion Proteins in Plants*—To provide conclusive evidence of chloroplast transport, the chimeric genes shown in Fig. 2 were spliced to plant promoters, introduced into binary vectors, and transgenic tobacco plants were generated by cocultivation. Plants expressing ssu-*aroA* fusion proteins were identified by screening transformants by Western blot analysis (Comai *et al.*, 1985). These plants were then characterized for localization of the protein by Western blot analysis of purified chloroplasts. The results are shown in Fig. 4 and agree with those observed in the *in vitro* uptake experiments. No bacterial EPSP synthase-related protein is observed in chloroplasts of plants transformed with the wild type *aroA* gene. Transformation of plants with a gene expressing fusion 3 protein resulted in the accumulation in chloroplasts of two closely related proteins differing



FIG. 4. *In vivo* transport of ssu-*aroA* fusion 3. Transgenic tobacco plants were obtained as described under "Experimental Procedures." to prepare intact chloroplasts in satisfactory yields protoplasts were prepared from leaves of plants grown under axenic conditions. Protoplasts, i.e. whole cells, or chloroplasts were analyzed by Western blot as described by Comai *et al.* (1985). A and C, total cellular fraction; B and D, chloroplast fraction; A, B, *aroA* gene expressed from the ssu promoter; C, D, ssu-*aroA* fusion 3 polypeptide expressed from the ssu promoter; E, standard, 250 ng of purified EPSP synthase.

slightly in molecular weight but of the approximate size expected for correctly processed products. Transgenic plants expressing a CaMV 35 S-fusion 4 and a 35 S-fusion 3 chimeric gene, respectively, were compared and found to give the same or undistinguishable protein pattern. Fusion 4 differs from fusion 3 in the linker-coded peptide between the ssu and *aroA* region, and in the deletion of the *aroA* initiation codon. Since it appeared to function similarly to fusion 3 we concluded that the presence of the doublet is not dependent on the section of linker and methionine codon differentiating fusion 3 from 4. The ratio of the two bands in the doublet varied in different experiments from equimolar to highly weighed toward the bottom band. In addition, isolated chloroplasts were treated with the protease subtilisin. Treatment with subtilisin did not affect the 46-kDa protein species. It appeared, however, that the 47-kDa species was sensitive to subtilisin (data not shown). In transient assay experiments tobacco protoplasts were electroporated with the gene encoding fusion 3 (pCGN1106), fusion 4 (pCGN1180), and fusion 24rand (pCGN1144), fused to the CaMV 35 S promoter. Western blot analysis of extracted proteins showed that expression of fusion 3 and 4 resulted in the accumulation of the same molecular weight bands seen in transgenic plants. However, no *aroA*-related protein was observed with fusion 24rand indicating that this fusion protein cannot be transported into the chloroplast.

DISCUSSION

We wanted to know whether the fusion to a transit peptide would allow the delivery to the chloroplast of a bacterial protein: the *aroA*-encoded EPSP synthase of *Salmonella*. The utility of transit peptide fusions has been demonstrated in the case of the kanamycin resistance protein, neomycin phosphotransferase. Our results differ from those reported with neomycin phosphotransferase in that part of the mature small subunit protein was required for significant transport of the *aroA* EPSP synthase into the chloroplast both *in vitro* and *in vivo*. Is this requirement peculiar to the *aroA* EPSP synthase or does it reflect a more general phenomenon? Some observations support the latter hypothesis. Two different constructs, one fusing the transit peptide to neomycin phosphotransferase (Van den Broek *et al.*, 1985), and the other fusing to neomycin phosphotransferase the transit peptide plus 23 amino acids of the mature small subunit (Schreier *et al.*,



FIG. 3. *In vitro* transport of transit peptide fusions. Radiolabeled protein was synthesized *in vitro* as described under "Experimental Procedures" and incubated with spinach chloroplast. After incubation chloroplasts were washed, treated with trypsin as specified, fractionated in membrane and stromatic components according to Bartlett *et al.* (1982), and analyzed by polyacrylamide gel electrophoresis. Shown are membrane (*A*) and stromatic fraction (*C*) of chloroplasts incubated with control *aroA* protein (*D*); and membrane (*I*) and stromatic fractions (*J, K*) of chloroplasts incubated with ssu-*aroA* fusion 1 protein (*F*). Chloroplasts in *K* were incubated with trypsin before fractionation. Shown are membrane (*B*) and stromatic fractions (*G, H*) of chloroplasts incubated with ssu-*aroA* fusion 3 protein (*E*). *H*, trypsin-treated chloroplasts; *L*, molecular weight standards.

1985), were shown to deliver neomycin phosphotransferase into the chloroplast. It was reported that the first type of ssu-neomycin phosphotransferase fusion was more efficient at accumulating neomycin phosphotransferase within the chloroplasts of transgenic plants (Kuntz et al., 1986). However, comparison of the two types of neomycin phosphotransferase fusions in *in vitro* chloroplasts transport experiments showed that the second type, the one incorporating part of the mature small subunit, was more efficient (Wasmann et al., 1986). A possible explanation for the discrepancy between the *in vitro* and *in vivo* results in the case of neomycin phosphotransferase may be differential stability of the two chimeric proteins. Differential stability does not appear to be a factor in the case of the *aroA* protein as *in vivo* experiments confirm *in vitro* observation. Recently, della-Cioppa et al. (1987) have obtained chloroplast transport of the *E. coli* EPSP synthase by fusing it to a portion of the plant EPSP synthase. In the fusion, 27 amino acids of the amino-terminal portion of the mature plant EPSP synthase have been substituted for the bacterial EPSP synthase analogous region. Therefore, the fusion incorporates the transit peptide and part of the mature plant EPSP synthase protein. In this case, it would be interesting to know if the presence of the mature portion of the protein donating the transit peptide is required.

In our experiments, the requirement for part of the mature small subunit sequence can be interpreted in different ways. It may be necessary for the transit peptide to be separated from the EPSP synthase by a spacer region. This could, for example, facilitate access of the transit peptide to a binding receptor, while steric hindrance may prevent efficient binding of fusion 1. The result with fusion 24rand indicates that the mere insertion of a stuffer region 24 amino acids in length between the transit peptide and the EPSP synthase is not sufficient for transport, thus weakening the hinge hypothesis. An alternative explanation is that some features of the precursor protein immediately past the processing site are important for the transport process. The 24-amino acid region at the amino terminus of mature ssu is positively charged and mainly hydrophilic. When a synthetic region, negatively charged and for the most part hydrophobic, was substituted for the ssu region, the competency of transport into the chloroplast was lost.

In the case of neomycin phosphotransferase, this requirement could be partially satisfied by the neomycin phosphotransferase amino-terminal region. Whatever explanation may apply, this suggests that the mere splicing of the ssu transit peptide to the amino terminus of a protein is not a reliable strategy for transport of foreign protein into the chloroplast. A unit composed of the transit peptide and a portion of the mature ssu may be needed for maximum transport efficiency. This will result in the presence within the chloroplast of a chimeric protein composed of the amino-terminal portion of the mature ssu joined to the protein of interest. The biological activity of the latter should thus be tolerant of amino-terminal additions. It is possible that different proteins naturally imported within the chloroplast may display different requirements and that a specific structural requirement for the amino-terminal region of the mature protein may not be a general phenomenon. We are presently determining the minimum and the optimal number of mature ssu amino acid residues required for transport of the fusion protein.

An unresolved question is the observation that two related *aroA*-EPSP synthase polypeptides, of 47 and 46 kDa, are associated with chloroplasts. Trypsin treatment of isolated chloroplasts incubated with the fusion 3 polypeptide precursor resulted in limited digestion of at least one of the transported proteins. This could be indicative of a possible association of the 47-kDa species with the outer membrane. Alternatively, it could be an artifact caused by the use of trypsin. Recent work utilizing chloroplasts isolated from transgenic plants expressing the gene encoding the fusion 3 polypeptide indicates that the 46-kDa species is protected from protease digestion. More studies will be needed to determine the cause of this apparent processing heterogeneity. Further evidence for correct delivery of the bacterial EPSP synthase into chloroplasts comes from the observation that plants expressing the fusion 3 polypeptide display a distinctive glyphosate tolerance phenotype readily distinguishable from the one conferred by cytoplasmic compartmentation of the *aroA*-encoded EPSP synthase.[3]

*Acknowledgments*—We would like to thank Susan Lee and G. S. Dangl for tobacco transformation, Jeffery O'Neal for providing us with a tobacco plant expressing the wild type *aroA* gene from the small subunit promoter, Laura Perani for help in some protoplasts isolation and organelle fractionation, Ann Koning for construction of pCGN1100, Sean Ford for growing plants in growth chambers, and Robert Goodman for critical reading of the manuscript.

REFERENCES

Barker, R. F., Idler, K. B., Thompson, D. V., and Kemp, J. D. (1983) *Plant Mol. Biol.* 2, 335–350
Bartlett, S. G., Grossman, A. R., and Chua N-H. (1982) in *Methods in Chloroplast Molecular Biology* (Edelmann, M., Hallick, R. B., and Chua, N-H., eds) pp. 1081–1091, Elsevier Biomedical Press, Amsterdam
Berry-Lowe, S. L., McKnight, T. D., Shah, D. M., and Meagher, R. B (1982) *J. Mol. Appl. Genet.* 2, 483–498
Bickel, H., Palme, L., and Schultz, G. (1978) *Phytochemistry* 17, 119–124
Buckley, K. (1985) *Regulation and Expression of the Phage X174 Lysis Gene*, Ph.D. thesis, University of California, San Diego
Chua, N-H., and Schmidt, G. W. (1978) *Proc. Natl. Acad. Sci. U. S. A.* 75, 6110–6114
Cline, K., Werner-Washburne, M., Lubben, T. H., and Keegstra, K. (1985) *J. Biol. Chem.* 260, 3691–3696
Comai, L., Facciotti, D., Hiatt, W. R., Thompson, G., Rose, R. E., and Stalker, D. M. (1985) *Nature* 317, 741–744
Comai, L., Sen., L., and Stalker, D. (1983) *Science* 221, 370–371
Coruzzi, G., Broglie, R., Cashmore, A., and Chua, N-H. (1983) *J. Biol. Chem.* 258, 1399–1402
della-Cioppa, G., Bauer, S. C., Klein, B. K., Shah, D., Fraley, R. T., and Kishore, G. M. (1986) *Proc. Natl. Acad. Sci. U. S. A.* 83, 6873–6877
della-Cioppa, G., Bauer, S. C., Taylor, M. L., Rochester, D. E., Klein, B. K., Shah, D. M., Fraley, R. T., and Kishore, G. M. (1987) *Bio/technology* 5, 579–584
Fromm, M. E., Taylor, L. P., and Walbot, V. (1985) *Proc. Natl. Acad. Sci. U. S. A.* 82, 5824–5828
Grossman, A., Bartlett S., and Chua, N-H. (1980) *Nature* 285, 625–628
Highfield, P. E., and Ellis, R. J. (1978) *Nature* 271, 420–424
Hoekema, A., Hirsch, P. R., Hooykaas, P. J. J., and Schilperoort, R. A. (1983) *Nature* 303, 179–180
Horsch, R. B., Fry, J. B., Hoffmann, N. L., Wallroth, M., Eichholz, D., Rogers, S. G., and Fraley, R. T. (1985) *Science* 227, 1229–1231
Joyard, J., Billecocq, A., Bartlett, S. G., Block, M. A., Chua, N-H., and Douce, R. (1983) *J. Biol. Chem.* 258, 10000–10006
Kuntz, M., Simons, A., Schell, J., and Schreier, P. H. (1986) *Mol. Gen. Genet.* 205, 454–460
Lubben, T. H., and Keegstra, K. (1986) *Proc. Natl. Acad. Sci. U. S. A.* 83, 5502–5506
Maniatis, T., Fritsch, E. F., and Sambrook, J. (1982) *Molecular Cloning, A Laboratory Manual*, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY
Melton, D. A., Krieg, P. A., Rebagliati, M. R., Maniatis, T., Zinn, K., and Green, M. R. (1984) *Nucleic Acids Res.* 12, 7035–7056

---

[3] J. Kiser and M. Holzer, unpublished observations.

Mousdale, D., and Coggins, J. (1985) *Planta* 163, 241–249
Odell, J. T., Nagy, F., and Chua, N-H. (1985) *Nature* 313, 810–812
O'Neal, J. K., Pokalsky, A. R., Kiehne, K. L., and Shewmaker, C. K. (1987) *Nucleic Acids Res.* 15, 8661–8677
Ooms, G., Hooykaas, P. J. J., Van Veen, R. J. M., Van Beelen, P., Regensburg-Tuink, A. J. G., and Schilperoort, R. A. (1982) *Plasmid* 7, 15–21
Reiss, B., Sprengel, R., Will, H., and Schaller, H. (1984) *Gene (Amst.)* 30, 211–218
Robinson, C., and Ellis, R. J. (1984) *Eur. J. Biochem.* 142, 337–342
Rothe, G. M., Hengst, G., Mildenberger, I., Scharer, H., and Utesch, D. (1983) *Planta* 157, 358–366
Schreier, P. H., Seftor, E. A., Schell, J., and Bohnert, H. J. (1985) *EMBO J.* 4, 25–32
Shewmaker, C. K., Caton, J. R., Houck, C. M., and Gardner, R. G. (1985) *Virology* 140, 281–288
Stalker, D. M., Hiatt, W. R., and Comai, L. (1985) *J. Biol. Chem.* 260, 4724–4728
Van den Broeck, G., Timko, M. P., Kausch, A. P., Cashmore, A. R., Van Montagu, M., and Herrera-Estrella, L. (1985) *Nature* 313, 358–363
Viera, J., and Messing, J. (1982) *Gene (Amst.)* 19, 259–268
Wassman, C. C., Reiss, B., Bartlett, S., and Bohnert, H. J. (1986) *Mol. Gen. Genet.* 205, 446–453

# Die Naturwissenschaften

67. Jahrgang   Heft 7   Juli 1980

| | | | |
|---|---|---|---|
| Zur Geschichte der Geophysik. Alfred Wegener zum 100. Geburtstag (D) | On the History of Geophysics. In Honour of Alfred Wegener's 100th Birthday (G) | K. Strobach | 321 |
| Der Kugelblitz, das andauernde Rätsel (E) | Ball Lightning, The Persistent Enigma (E) | St. Singer | 332 |
| Medikamente aus Meeresorganismen (E) | Drugs form Marine Organisms (E) | K. v. Berlepsch | 338 |
| Spezies-spezifische Proteine in Fossilien (E) | Species-specific Proteins in Fossils (E) | J.M. Lowenstein | 343 |
| Optische Nachrichtentechnik – heute und morgen (D) | Optical Communication – Today and Tomorrow (G) | F. Auracher | 347 |

**Kurze Originalmitteilungen** — **Short Communications**

| | | | |
|---|---|---|---|
| Mediumabhängige Anthrachinon-Bildung in Mycobiontenkulturen von Caloplaca ferruginea (D) | Correlation between Media and Anthraquinoids Produced by the Isolated Mycobiont of Caloplaca ferruginea (G) | B. Renner, E. Gerstner | 352 |
| HPLC an chiralen chemisch gebundenen Phasen auf Kieselgel (D) | Chemically Bonded Chiral Phases for HPLC (G) | H. Engelhardt, S. Kromidas | 353 |
| HPLC-Enantiomerentrennung an gebundenen chiralen Phasen (D) | HPLC Enantioseparation on Bonded Chiral Phases (G) | W. Lindner | 354 |
| Die Wirkungsweise des Herbizids Glyphosate (E) | The Mode of Action of the Herbicide Glyphosate (E) | N. Amrhein, J. Schab, H.C. Steinrücken | 356 |
| Verminderter Luftdruck stimuliert die Pollen-Embryogenese (E) | Stimulatory Effects of Reduced Atmospheric Pressure on Pollen Embryogenesis (E) | J. Imamura, H. Harada | 357 |
| Flavonoide als Hemmer des Larven-Wachstums (E) | Flavonoids as Larval Growth Inhibitors (E) | C.A. Elliger, B.C. Chan, A.C. Waiss, Jr. | 358 |
| Ein Pheromon steuert den Tandem-Lauf bei ponerinen Ameisen (E) | Tandem Running Pheromone in Ponerine Ants (E) | B. Hölldobler, J. Traniello | 360 |
| Kolonie-Spezifität des Markierungspheromons einer Ameise (E) | Colony Specificity in the Trail Pheromone of an Ant (E) | J.F.A. Traniello | 361 |
| Die Genauigkeit des Richtungshörens eines kleinen Dendrobatiden (E) | Accuracy of Sound Localization in a Miniature Dendrobatid Frog (E) | H.C. Gerhardt, J. Rheinlaender | 362 |
| Röntgenbeugungsuntersuchungen an durch Phalloidin induziertem F-Aktin (E) | X-Ray Diffraction Study of F-Actin Induced by Phalloidin (E) | L.A. Zheleznaya, N.G. Mevkh, V.S. Gherasimov | 363 |
| Molekulargewichtsbestimmung bei einem Polypeptid, das Widerstandsfähigkeit gegen Viren erzeugt (E) | Determination of Molecular Weight of a Polypeptide Inducing Resistance against Viruses (E) | H.N. Verma, K. Mukerjee, L.P. Awasthi | 364 |
| Intensivierung aggressiver Insekten-Antigene für den Menschen: Hemoglobine (Erythrocruorine) der Chironomiden (E) | Detection of Potent Insect Antigens for Humans: Hemoglobins (Erythrocruorins) of Chironomids (E) | X. Baur, D. Ziegler, H.H. Reichenbach-Klinke, H. Aschauer, G. Braunitzer | 365 |
| Eine neue Gruppe von synthetischen Polymeren mit Antitumorwirkung (E) | A New Group of Synthetic Polymers with Antitumor Activity (E) | R. Bierling, G.D. Wolf, B. Bömer | 366 |

Buchbesprechungen — Book Reviews — 367



Julian S. Schwinger, Los Angeles. Geboren 12. 2. 1918 in New York City. Promovierte 1939 an der Columbia-Universität in New York zum Dr. phil. 1939/40 unter Robert Oppenheimer Forschungen mit einem Stipendium des Nationalen Forschungsrats an der Universität von Kalifornien in Berkeley. 1943/46 Mitarbeit im Strahlenlaboratorium des Massachusetts Institute of Technology in Cambridge. Seit 1945 lehrt er an der Harvard-Universität in Cambridge. Schwinger erarbeitete 1948/49 eine relativistisch kovariante Formulierung der Quantenelektrodynamik, die es erlaubt, das anomale magnetische Moment der Elektronen und den Lamb-Shift zu berechnen. 1965 erhielt er zusammen mit Feynman und Tomonaga den Nobelpreis für Physik (Photo: W. Pragher, Freiburg i. Br.)

A 3

REDACTED VERSION – PUBLICLY FILED

# Die Naturwissenschaften

Herausgegeben von Hansjochem Autrum und Friedrich L. Boschke

Beirat: G. Birukow · H. Brockmann · A. Butenandt · C.W. Correns
M. Eigen · E.O. Fischer · L. Jaenicke · K. Lorenz · H. Maier-Leibnitz
G.-M. Schwab · J. Schwartzkopff · R. Thauer

Begründet 1913 von *A. Berliner* und *C. Thesing*, 1934/35 herausgegeben von *H. Matthée*, 1936, 1944 von *F. Süffert*, 1945–49 von *A. Eucken*, 1950–1966 von *E. Lamla.* – Bildet die Fortsetzung der „Naturwissenschaftlichen Rundschau", begründet 1886 und bis 1912 herausgegeben von *J. Bernstein, V. Meyer, B. Schwalbe, W. Sklarek* u.a. Braunschweig, F. Vieweg und Sohn.

Die Naturwissenschaften erscheinen *einmal* monatlich. Bestellungen nehmen jede Buchhandlung oder der Verlag entgegen. Preis jährlich DM 142.—, zuzüglich Porto und Versandgebühren. Für Mitglieder der Max-Planck-Gesellschaft zur Förderung der Wissenschaften und der Gesellschaft Deutscher Naturforscher und Ärzte sowie für Studierende der Naturwissenschaften ermäßigt sich der Bezugspreis auf jährlich DM 113,60 zuzüglich Porto und Versandgebühren. Die Lieferung läuft weiter, wenn nicht vier Wochen vor Jahresschluß abbestellt wird.

*North America:* Subscription rate: US $91.60, including postage and handling. Subscriptions are entered with prepayment only. Orders should be addressed to: Springer-Verlag New York Inc., Service Center Secaucus, 44 Hartz Way, Secaucus, NJ 07094

*Japan:* Subscription rate: DM 160,- including postage (surface airmail lifted) and handling. Orders can either be placed with your bookdealer or sent directly to: Springer-Verlag, Heidelberger Platz 3, D-1000 Berlin 33.

*All Other Countries:* Subscription rate: DM 142,- plus postage and handling. Orders can either be placed with your bookdealer or sent directly to: Springer-Verlag, Heidelberger Platz 3, D-1000 Berlin 33.

Die in der Zeitschrift veröffentlichten Beiträge sind urheberrechtlich geschützt. Alle Rechte, insbesondere das der Übersetzung in fremde Sprachen, vorbehalten. Kein Teil dieser Zeitschrift darf ohne schriftliche Genehmigung des Verlages in irgendeiner Form – durch Fotokopie, Mikrofilm oder andere Verfahren – reproduziert oder in eine von Maschinen, insbesondere von Datenverarbeitungsanlagen, verwendbare Sprache übertragen werden. Auch die Rechte der Wiedergabe durch Vortrag, Funk- und Fernsehsendung, im Magnettonverfahren oder ähnlichem Wege bleiben vorbehalten. Fotokopien für den persönlichen und sonstigen eigenen Gebrauch dürfen nur von einzelnen Beiträgen oder Teilen daraus als Einzelkopien hergestellt werden. Jede im Bereich eines gewerblichen Unternehmens hergestellte und benützte Kopie dient gewerblichen Zwecken gemäß § 54 (2) UrhG und verpflichtet zur Gebührenzahlung an die VG WORT, Abteilung Wissenschaft, Goethestraße 49, D-8000 München 2, von der die einzelnen Zahlungsmodalitäten zu erfragen sind.

Es wird gebeten, von der unverlangten Zusendung von Buchbesprechungsexemplaren abzusehen und zunächst eine Anfrage an die Redaktion zu richten, die gegebenenfalls dann ein Exemplar erbitten wird. Für die Rückgabe unverlangt eingesandter Besprechungsexemplare kann keinerlei Gewähr übernommen werden.

Anzeigen nimmt die Anzeigenabteilung des Verlages in Berlin entgegen: Springer-Verlag, D-1000 Berlin 15, Kurfürstendamm 237, Fernsprecher (030) 8821031, Fernschreiber 01-85411.

## Instructions to Authors

English is now the lingua franca of the sciences, and many scientists simply do not read papers published in other languages. Thus, in response to numerous suggestions and in keeping with the journal's international standing, we herewith appeal to authors intending to submit Short Communications to write them in English.

This journal embraces a wide variety of interests. Reports which appeal to a restricted readership should be sent to the appropriate specialist journal. Unpublished material only can be accepted and authors may not republish it elsewhere in the same or similar form. With the acceptance of a manuscript for publication, all rights of reproduction etc. pass to Springer-Verlag.

*Short Original Communications* should not exceed one-half printed page and should be accompanied by a brief explanation of their novelty and significance. The full responsibility for the Short Communications is borne by authors.

*Figures* should be limited to the indispensable minimum. Each figure should bear a number, the author's name and the title of the paper, a brief description being given on a separate sheet.

*For line drawings,* good-quality glossy prints in the desired final size are preferred. The inscriptions should be clearly legible. Letters 2 mm high are recommended.

*For half-tone illustrations,* well-contrasted photographic prints, trimmed at right angles and in the desired printing size are essential. Inscriptions should be about 3 mm high.

*References to the literature* should be placed in a numbered list at the end of the article

For details of style, please consult a recent copy of the journal. *The manuscript* must be returned to the editorial office with the corrected page proofs. Short Communications may be proofread by the editorial staff unless authors expressly state the contrary. 50 reprints of each paper are supplied free of charge; additional reprints may be ordered when the galleys are returned.

## Hinweise für Autoren

Die Zeitschrift soll den Interessen weiter Leserkreise dienen. *Aufsätze,* die nur für einen kleinen Kreis wichtig sind, müssen Spezialzeitschriften vorbehalten bleiben. Es können nur Manuskripte angenommen werden, die unveröffentlicht sind und weder in gleicher noch ähnlicher Form nachträglich anderorts publiziert werden. Mit Veröffentlichung des Manuskriptes gehen alle Verlagsrechte an den Springer-Verlag.

„Kurzen Originalmitteilungen" steht maximal eine halbe Druckseite Raum zur Verfügung. (Einleitend ist mitzuteilen, worin die besondere Bedeutung des neuen Befundes liegt.) Für die Kurzen Originalmitteilungen sind die Verfasser verantwortlich.

*Abbildungen* sind auf das Notwendige zu beschränken. Zu jeder Abbildung gehört separat eine kurze Legende. Für *Strichabbildungen* werden gute, scharfe Fotoabzüge in der gewünschten Endgröße erbeten. Die Beschriftung soll klar lesbar sein. Optimal ist eine Schrifthöhe von 2 mm. Für *Halbtonabbildungen* sind kontrastreiche, gute Fotoabzüge, rechtwinklig beschnitten, in der gewünschten Endgröße einzusenden. Die Beschriftung soll ca. 3 mm hoch sein.

*Literaturzitate* stehen am Ende der Beiträge laufend numeriert. In Zweifelsfällen nehme man erschienene Arbeiten als Muster.

Zusammen mit der Umbruchkorrektur ist der Redaktion das Manuskript zurückzureichen. Bei den „KOM" können die Korrekturen von der Redaktion besorgt werden, sofern der Autor nicht ausdrücklich den gegenteiligen Wunsch äußert. Den Autoren stehen pro Beitrag 50 Sonderdrucke kostenfrei zur Verfügung. Weitere Sonderdrucke können beim Rücksenden der Korrekturen bestellt werden.

**Anschrift der Redaktion:**

**Die Naturwissenschaften,** Postfach 105280,
D-6900 Heidelberg 1/Federal Republic of Germany

**Springer-Verlag KG**

| | | |
|---|---|---|
| Heidelberger Platz 3 | Postfach 105280 | Springer-Verlag |
| D-1000 Berlin 33 | D-6900 Heidelberg 1 | New York Inc. |
| Fernsprecher (030) 8207-1 | Fernsprecher (06221) 487320 | 175 Fifth Avenue |
| Fernschreiber 01-83319 | Fernschreiber 04-61723 | New York, N.Y. 10010 |

Eingegangen am 31. März 1980

1. Blaschke, G.: Angew. Chem. 92, 14 (1980); Audebert, R.: J. Liqu. Chromatogr. 2, 1063 (1979)
2. Lindner, W., et al.: J. Chromatogr. 185, 323 (1979)
3. Hare, P.E., Gil-Av, E.: Science 204, 1226 (1979); Gilon, C., et al.: J. Am. Chem. Soc. 101, 7612 (1979); Gil-Av, E., Tishbee, A., Hare, P.E.: private Mitteilung (1979)
4. Davankov, V.A., Zolotarev, Y.A., Kurganov, A.A.: J. Liqu. Chromatogr. 2, 1191 (1979); Davankov, V.A., Zolotarev, Y.A.: J. Chromatogr. 155, 285, 295, 303 (1978)
5. Gübitz, G., et al.: J. High Resol. Chromatogr. Chromatogr. Commun. 3, 145 (1979); Foucault, A., Caude, M., Oliveros, L.: J. Chromatogr. 185, 345 (1979)
6. Martell, A.E., Smith, R.M.: Critical Stability Constants. New York: Plenum Press 1974

# The Mode of Action of the Herbicide Glyphosate

N. Amrhein, J. Schab and H.C. Steinrücken

Arbeitsgruppe Hormonphysiologie der Pflanzen, Lehrstuhl für Pflanzenphysiologie, Ruhr-Universität, D-4630 Bochum

Glyphosate (N-[phosphonomethyl]-glycine, $H_2O_3P-CH_2-NH-CH_2-CO_2H$) is a unique broad-spectrum postemergence herbicide that combines the properties of good translocation in plants, rapid inactivation by soil organisms, and low toxicity to organisms other than plants [1]. In the earliest published report on the mode of action of glyphosate, Jaworski [2] proposed that the herbicide inhibits the biosynthesis of aromatic amino acids and suggested the interference of glyphosate with chorismate mutase and/or prephenate dehydratase. This proposal was based on the observation that phenylalanine, or phenylalanine plus tyrosine, alleviated the growth inhibition of the higher plant *Lemna gibba* or of the bacterium *Rhizobium japonicum* caused by glyphosate. Reversion of glyphosate-mediated growth inhibition by the synergistic action of phenylalanine and tyrosine was subsequently found in a wide range of organisms (see [3] for references) and called for a mechanism of action that is applicable to bacteria, algae, and higher plants. Roisch and Lingens [4] tested Jaworski's hypothesis [2], and found, however, that glyphosate does not inhibit chorismate mutase, nor prephenate dehydratase or prephenate dehydrogenase.

In the course of our work on inhibitors of the formation of phenylpropanoid substances in buckwheat [5] we found that glyphosate inhibits the synthesis of flavonoids and of chlorogenic acid [6], which are biosynthetically derived from phenylalanine. Furthermore, the incorporation of $^{14}C$-labelled shikimate into all three aromatic amino acids was suppressed, and shikimate was not metabolized at all in the presence of glyphosate [7]. This suggested to us that glyphosate interferes with the formation of the common precursor of the three aromatic amino acids, chorismate, by inhibiting any of the three enzymes that convert shikimate to chorismate: shikimate kinase, 5-enolpyruvylshikimate-3-phosphate synthase, or chorismate synthase. If this were the case, the respective substrate, or a precursor of it, might be expected to accumulate in the presence of the inhibitor. The fact that glyphosate inhibited the metabolization of exogenously supplied $^{14}C$-shikimate [7] indicated that this precursor might be shikimate. We found that buckwheat hypocotyls indeed accumulate shikimate in the presence of glyphosate, and that a highly significant correlation is evident between the accumulation of shikimate and the reduction of anthocyanin formation in the hypocotyls in the presence of various concentrations of glyphosate (Fig. 1; a detailed report on the isolation, identification, and assay of shikimate will appear elsewhere).

The obvious explanation for this correlation is that with increasing glyphosate concentrations a metabolic step subsequent to shikimate formation is increasingly blocked so that shikimate accumulates; the supply of phenylalanine, which is required for anthocyanin formation, is consequently reduced. This result prompted an investigation of the effect of glyphosate on the activities of the three above-mentioned enzymes. As these enzymes have either not been detected or been insufficiently characterized in cell-free extracts of higher plants, we chose for this purpose an extract of the multiply blocked auxotroph *Aerobacter aerogenes* strain 62-1, in which the metabolic conversion of shikimate to anthranilate can be conveniently studied [8]. In the cell-free system, glyphosate inhibited the overall reaction from shikimate to anthranilate 50% at 5 to 7 $\mu M$ concentrations and caused the accumulation of an acidic polar product, from which shikimate was released upon treatment with alkaline phosphatase. The product, therefore, was shikimate-3-phosphate, and the enzyme inhibited by glyphosate was 5-enolpyruvylshikimate-3-phosphate synthase (Fig. 2). When the enzymes involved in the transformation of shikimate to anthranilate were assayed individually with their appropriate substrates, it was found that of the four enzymes only 5-enolpyruvylshikimate-3-

Fig. 1. Relationship between inhibition of anthocyanin synthesis and accumulation of shikimic acid in buckwheat hypocotyls after 24 h incubation in light in presence of increasing concentrations of glyphosate (0.01–3 m$M$). General conditions of the experiment described in [10]



Fig. 2. Reaction catalyzed by 5-enolpyruvylshikimate-3-phosphate synthase, the target of glyphosate action

356    Naturwissenschaften 67 (1980)    © by Springer-Verlag 1980