phosphate synthase was subject to inhibition by glyphosate (see Meth. Enzymol. Vol. 17A (1970) for preparation of substrates and assay procedures). At 1 m$M$ shikimate-3-phosphate and 2 m$M$ phosphoenolpyruvate concentrations the synthase was inhibited 50% at approx. 20 μ$M$ glyphosate concentration. The nature of the inhibition is presently under investigation.

The fact that glyphosate causes the accumulation of shikimate, rather than shikimate-3-phosphate, in buckwheat (see above) as well as other higher plants (Amrhein et al., unpublished) may either be due to an unfavourable equilibrium of the shikimate kinase reaction in vivo or to the dephosphorylation of shikimate-3-phosphate by a phosphatase. In the *Aerobacter* system shikimate kinase was not inhibited at all by glyphosate concentrations as high as 1 m$M$.

Baillie et al. [9] suggested that a shikimate pathway enzyme might be an attractive target for a new herbicide, because the shikimate pathway is restricted to plants and bacteria. Although they failed in their rational approach to develop such a herbicide, the excellent herbicidal properties of glyphosate confirm their suggestion, as we have shown here: 5-enolpyruvylshikimate-3-phosphate synthase is the target of glyphosate.

This work was supported by the Deutsche Forschungsgemeinschaft. We thank Monsanto Company for a sample of analytical-grade glyphosate.

Received March 25, 1980

1. Franz, J.E., in: Adv. Pestic. Sci. Vol 2, p 139 (Geissbuehler, H., ed.). Oxford-New York: Pergamon 1979
2. Jaworski, E.G.: J. Agr. Food Chem. 20, 1195 (1972)
3. Gresshoff, P.M.: Aust. J. Plant Physiol. 6, 177 (1979)
4. Roisch, U., Lingens, F.: Angew Chem. 13, 400 (1974)
5. Amrhein, N., in: Regulation of Secondary Product and Plant Hormone Metabolism, p. 173 (Luckner, M., Schreiber, K., eds.). Oxford-New York: Pergamon 1979
6. Holländer, H., Amrhein, N.: Plant Physiol. 63, suppl., 41 (1979)
7. Holländer, H., Amrhein, N.: ibid. (in press)
8. Morgan, P.N., Gibson, M.I., Gibson, F.: Biochem. J. 89, 229 (1963)
9. Baillie, A.C., et al.: Pestic. Sci. 3, 113 (1972)
10. Amrhein, N., Zenk, M.H.: Z. Pflanzenphysiol. 64, 145 (1971)

## Stimulatory Effects of Reduced Atmospheric Pressure on Pollen Embryogenesis

J. Imamura and H. Harada

Institute of Biological Sciences, University of Tsukuba, Sakura-mura, Ibaraki-ken, 305 Japan

Since Bourgin and Nitsch [1] obtained haploid plants from pollen of *Nicotiana tabacum* by means of anther culture, a number of similar experiments have been conducted with the object of increasing the rate of haploid plant formation. However, it has been difficult to obtain consistently good results in terms of the rate of anthers producing plantlets and of the number of plantlets formed per anther.

Now, we report on a simple but useful method for significantly enhancing the rate of plant formation in anther culture. Plants of *Nicotiana tabacum* cv. "Samsun" were grown in a greenhouse and their flower buds (stage III) were collected according to the corolla length (13–16 mm) [2]. Anthers were excised from the buds and arranged in open Petri dishes. These were placed in a glass desiccator under reduced atmospheric pressure for different treatments. Air was aspirated for 0, 10, 20, 60, 90 min, and 24 h at 12 mmHg. After these treatments the anthers were surface-sterilized for 10 min with 7% calcium hypochlorite solution and rinsed twice in sterilized distilled water. The anthers were inoculated onto 0.8% agar solidified medium containing Nitsch's H medium elements, 2% sucrose and 0.4% activated charcoal. Petri dishes (6 cm in diameter) containing culture were placed under a regime of 16 h light and 8 h dark at 28 °C.

The treatment of anthers with reduced atmospheric pressure (from 10 to 90 min) definitely increased the number of anthers differentiating plantlets as well as the average number of plantlets per anther (subsequently also the total number of plantlets produced, Table 1). The highly significant results were obtained with 10-, 20-, and 60-min treatments. Twenty-four-h treatment, however, completely inhibited the plantlet formation.

By lowering the level of dissolved oxygen in a cell suspension culture of carrot tissue below a critical level, Kessell et al. [3] obtained an increase in the number of adventive embryos. Thus the effect of the short treatments with reduced atmospheric pressure might be due to the lack of $O_2$. Dunwell [4] reported that removal of specific components of the culture atmosphere influenced the response of tobacco anther. Furthermore, the accumulation of ethanol by tissues in culture is known to inhibit somatic embryogenesis of citrus [5], which may also be a factor controlling pollen embryo induction. The stimulation of pollen embryogenesis by reduced atmospheric pressure might also be attributed to the rapid exhaustion of inhibitory gases produced by the anthers during the initial phase of culture and/or to some physical effects which in turn trigger a series of physiological processes favorable for pollen embryogenesis. Further experiments are under way to clarify physiological ef-

Table 1. Effects of reduced atmospheric pressure on pollen embryogenesis of *Nicotiana tabacum* cv "Samsun". Results recorded 40 days after the beginning of culture

| | Duration of treatments | | | | | |
|---|---|---|---|---|---|---|
| | 0 min | 10 min | 20 min | 60 min | 90 min | 24 h |
| No. of anthers cultured | 33 | 37 | 37 | 36 | 33 | 37 |
| % anthers with plantlets | 6.1 | 64.9 | 54.1 | 50.0 | 48.5 | 0.0 |
| % anthers with abortive embryos[a] | 12.0 | 3.0 | 2.7 | 2.8 | 3.0 | 16.2 |
| Total No. of plantlets produced | 57 | 447 | 640 | 603 | 343 | 0 |
| Ave. No. of plantlets per anther | 1.7 | 12.1 | 17.3 | 16.8 | 10.4 | 0 |

[a] % of anthers of which embryos stopped their growth at globular, heart, or torpedo stage without formation of plantlets

Naturwissenschaften 67 (1980)   © by Springer-Verlag 1980

357

REDACTED VERSION — PUBLICLY FILED

Planta (1985) 163:241–249

Planta
© Springer-Verlag 1985

# Subcellular localization of the common shikimate-pathway enzymes in *Pisum sativum* L.

David M. Mousdale and John R. Coggins
Department of Biochemistry, University of Glasgow, Glasgow G12 8QQ, UK

**Abstract.** 5-Enolpyruvylshikimate 3-phosphate (EPSP) synthase (3-phosphoshikimate 1-carboxy-vinyltransferase; EC 2.5.1.19), 3-dehydroquinate dehydratase (EC 4.2.1.10) and shikimate:NADP+ oxidoreductase (EC 1.1.1.25) were present in intact chloroplasts and root plastids isolated from pea seedling extracts by sucrose and modified-silica density gradient centrifugation. In young (approx. 10-d-old) seedling shoots the enzymes were predominantly chloroplastic; high-performance anion-exchange chromatography resolved minor isoenzymic activities not observed in density-gradient-purified chloroplasts. The initial enzyme of the shikimate pathway, 3-deoxy-D-arabino-heptulosonate 7-phosphate synthase (EC 4.1.2.15) was also associated with intact density-gradient-purified chloroplasts. 3-Dehydroquinate synthase (EC 4.6.1.3) and shikimate kinase (EC 2.7.1.71) were detected together with the other pathway enzymes in stromal preparations from washed chloroplasts. Plastidic EPSP synthase was inhibited by micromolar concentrations of the herbicide glyphosate.

**Key words:** Chloroplast – 5-Enolpyruvylshikimate 3-phosphate synthase (3-phosphoshikimate 1-carboxyvinyltransferase) – Glyphosate – *Pisum* (shikimate pathway) – Shikimate pathway.

## Introduction

In higher plants the common (pre-chorismate) shikimate pathway (Fig. 1) leads to the biosynthesis of the aromatic amino acids, benzoic acids, folic acid, phenylpropanoids and lignin precursors, naphthoquinones, indole-3-acetic acid, tannins, some alkaloids and many other secondary products (Haslam 1974; Weiss and Edwards 1980). Evidence for the localization of this pathway in plastids has come from two sources. Firstly, $^{14}C$-labelled $CO_2$ and shikimic acid were found to be incorporated into aromatic amino acids by chloroplast-enriched preparations from *Spinacia oleracea* leaves (Bickel et al. 1978; Bickel and Schultz 1979; Buchholz and Schultz 1980). Secondly, one of the pathway enzymes, shikimate:NADP+ oxidoreductase (SORase; EC 1.1.1.25), has been localized in plastids from *Pisum sativum*, *Secale cereale* and *Vicia faba* by density-gradient methods (Feierabend and Brassel 1977; Weeden and Gottlieb 1980; Rothe et al. 1983). The initial enzyme of the pathway, 3-deoxy-D-arabino-heptulosonate 7-phosphate (DAHP) synthase (EC 4.1.2.15), but not the second enzyme, 3-dehydroquinate synthase (EC 4.6.1.3), was reported to be particulate in *Camellia sinensis* shoot tissues (Saijo and Takeo 1979).

*Abbreviations:* DAHP = 3-deoxy-D-arabino-heptulosonate 7-phosphate; DEAE = diethylaminoethyl; DHQase = 3-dehydroquinate dehydratase; DTT = dithiothreitol; EPSP = 5-enolpyruvylshikimate 3-phosphate; SORase = shikimate:NADP+ oxidoreductase



Fig. 1. General outline of the common shikimate pathway in higher plants

Here we report the localization of DAHP synthase, 3-dehydroquinate dehydratase (EC 4.2.1.10), 5-enolpyruvylshikimate 3-phosphate synthase (EPSP synthase; EC 2.5.1.19) and SORase in plastids from *Pisum sativum* seedling tissues.

## Material and methods

*Plant material.* Plants of *Pisum sativum* L. cv. Onward were grown as described previously (Mousdale and Coggins 1984).

*Chloroplast preparation.* Shoots (excised above the first leaf pair), leaves and roots were taken from 9- to 24-d-old seedlings. Samples of 49–100 g fresh weight of shoots or leaves were homogenized for 5 s at full speed in a Waring blender in 250 ml of grinding medium (0.33 M glucose, 17 mM NaCl, 2 mM sodium D-iso-ascorbate, 5 mM $MgCl_2$, in 50 mM N-[2-hydroxy-1,1-bis(hydroxymethyl)ethyl]glycine (Tricine)-KOH, pH 7.1; Ridley 1983). After filtration through two layers of cheesecloth and four layers of 50 μm-mesh nylon cloth the homogenate was either used directly or chloroplasts were collected by centrifugation at 2000 g for 20 s. The pelleted chloroplasts were resuspended in 50 ml washing medium (0.33 M glucose, 26 mM sorbitol, 5 mM $MgCl_2$, 160 μM disodium ethylenediaminetetraacetic acid ($Na_2$EDTA) and 400 μM $K_2HPO_4$ in 4 mM 4-(2-hydroxyethyl)-1-piperazine ethanesulphonic acid (Hepes)-KOH, pH 7.8) and centrifuged at 2000 g for 20 s. Chloroplast-enriched fractions were alternatively made by the procedure of Nakatani and Barber (1977) with 0.33 M sorbitol and 0.2 mM $MgCl_2$ in 20 mM 2-(N-morpholino)ethanesulphonic acid (Mes), pH 6.5 with 2-amino-2-(hydroxymethyl)-1,3-propanediol (Tris), as grinding medium and 0.33 M sorbitol (pH 7.5 with Tris) as washing medium. When an unfractionated shoot or leaf homogenate was to be used as the source of chloroplasts this was prepared by homogenization in grinding medium supplemented with 0.1% bovine serum albumin (BSA).

Before application to density gradients, the washed chloroplast preparations were gently resuspended in 4 or 5 ml 0.33 M sorbitol, 2 mM EDTA, 5 mM $K_2HPO_4$, 2 mM $MgCl_2$ in 50 mM Hepes-KOH (pH 7.8) or 0.33 M sorbitol (pH 7.5 with Tris). Continuous density gradients, constructed with an LKB Ultrograd gradient manager (LKB, South Croydon, UK), and discontinuous gradients were made immediately prior to use with 25–60% (w/w) sucrose and 10–90% (v/v) Percoll (Pharmacia, Milton Keynes, Bucks, UK) in 20 mM Tricine-KOH (pH 7.5) containing (for Percoll gradients) 0.25 M sucrose. Resuspended chloroplasts (0.5 or 1 ml) and shoot homogenates (5 ml) were applied to the top of the gradients which were then centrifuged in an SW28 rotor (Beckman RIIC, High Wycombe, Bucks., UK) at 83000 g for 3 h at 4°C (sucrose gradients) or in an SW27 or SW41 Ti rotor (Beckman) at 6500 g for 15 min at 4°C (Percoll gradients). Density gradients were fractionated by upward displacement with 65% (w/w) sucrose; sucrose and Percoll concentrations were determined by refractometry.

Chloroplast stroma preparations were made by diluting washed chloroplasts with 10 ml 50 mM Hepes-KOH (pH 7.0) containing 0.4 mM dithiothreitol (DTT) or 5 ml Hepes buffer containing 0.5 mM $CoCl_2$ (for DAHP synthase) and centrifuging at 84000 g for 1 h at 4°C. Chloroplasts isolated on density gradient were lysed by diluting 1 in 10 with 50 mM Tris-HCl (pH 7.0) containing 0.1 mM DTT, 2 mM EDTA and 1 mM benzamidine hydrochloride (buffer A) before centrifugation. Enzyme extracts of shoot tissue were made by homogenization in buffer A containing in addition 1 mM phenylmethanesulphonyl fluoride; after centrifugation at 80000 g for 1 h at 4°C the extracts were concentrated by ammonium-sulphate precipitation (to 80% saturation) and redissolved in 10–20 ml buffer A. These shoot extracts and chloroplast stroma preparations were dialyzed overnight against 2 × 600 ml buffer A and filtered through 0.22 μm filters (Millipore Corp., Bedford, Mass., USA) before chromatographic analysis.

*Root plastid preparation.* Roots (86–112 g fresh weight) were homogenized as above in 250 ml 0.5 M sucrose, 1 mM $MgCl_2$ and 0.1% BSA in 50 mM Tris-HCl, pH 8.0 (Thompson et al. 1972). A 10 ml aliquot of the filtered homogenate was layered onto a 25 ml discontinuous gradient of 5 ml 25%, 10 ml 35%, 5 ml 45% and 5 ml 60% (w/w) sucrose in 0.1 M Tricine-KOH (pH 7.5). The gradient was then centrifuged in an SW28 rotor at 2000 g for 5 min followed by 13000 g for 10 min (Miflin and Beevers 1974).

*Enzyme assays.* 5-Enolpyruvylshikimate 3-phosphate synthase was assayed in forward and reverse directions as described previously (Mousdale and Coggins 1984). Shikimate:$NADP^+$ oxidoreductase (shikimate dehydrogenase) was assayed according to Lumsden and Coggins (1977) and shikimate kinase as described by Smith and Coggins (1983). 3-Dehydroquinase (DHQase) was assayed by a modification of the method of Mitsuhashi and Davis (1954); assay mixtures contained in a total volume of 1 ml: 100 mM potassium phosphate (pH 7.0) and 0.8 mM ammonium 3-dehydroquinate (the gift of Dr. S. Choudhury, Department of Biochemistry, Glasgow University). 3-Dehydroquinate synthase was assayed by coupling the forward reaction to the 3-dehydroquinase reaction (Welch and Gaertner 1976); assay mixtures contained in a total volume of 1 ml: 100 mM potassium phosphate (pH 7.0), 50 μM $NAD^+$, 0.1 mM $CoCl_2$, 0.5 nkat partially-purified *Escherichia coli* DHQase and (to initiate assay) 0.4 mM DAHP. The DAHP was prepared from *E. coli* strain AB2847A and DHQase from *E. coli* strain ATCC14948 (Lambert et al. 1985).

Asssay of DAHP synthase was by a modification of the method of Sprinson et al. (1959). Assay mixtures contained in a total volume of 0.5 ml: 50 mM 1,3-bis[tris(hydroxymethyl)-methylamino] propane-HCl (pH 7.4), 1 mM erythrose 4-phosphate, 2 mM phosphoenolpyruvate and 1 mM $CoCl_2$. The reaction was initiated by the addition of a 50 to 100 μl sample containing DAHP synthase and terminated after 10 min at 37°C by 100 μl 25% (w/v) trichloroacetic acid. The mixture was chilled for 1 h and centrifuged to remove precipitated protein. A 200 μl aliquot of the supernatant was mixed with 100 μl 0.2 M $NaIO_4$ in 9 M $H_3PO_4$ and incubated at 37°C for 10 min; 0.5 ml 0.8 M $NaAsO_2$ and 0.5 M $Na_2SO_4$ in 0.1 M $H_2SO_4$ was then added and the mixture left at 37°C for 15 min; 3 ml 0.6% (w/v) sodium thiobarbiturate and 0.5 M $Na_2SO_4$ in 5 mM NaOH was added and the mixture placed in a boiling-water bath for 10 min. After cooling to room temperature the solution was centrifuged (8500 g, 2 min) and the optical density at 549 nm read immediately. Appropriate controls (assayed in triplicate) lacked substrates, sample or both.

Catalase was asayed by the method of Lück (1962) and cytochrome-c oxidase by the method of Hackett (1964) in the presence of 1 μM digitonin. Triose-phosphate isomerase was assayed by the procedure of Gibbs and Turner (1964) but with 50 mM bis-tris propane (pH 7.4) as buffer. Ribulose-bisphosphate carboxylase was assayed by the method of Wishnick and Lane (1971) using 3.7 mBq $mmol^{-1}$ sodium [$^{14}$C]-bicarbonate (Amersham International, Amersham, Bucks., UK); tetrasodium ribulose 1,5-diphosphate was purchased from Sigma Chemical Co., Poole, Dorset, UK.

Analytical grade glyphosate was the gift of Dr. S. Ridley (I.C.I., Jealott's Hill Research Station, Bracknell, Berks., UK).

D.M. Mousdale and J.R. Coggins: Shikimate-pathway enzymes in *Pisum*  243



Fig. 2. Sucrose-density-gradient analysis of shoot homogenate from 12-d-old pea seedlings. Gradient centrifuged at 83 000 g for 3 h. All enzyme activities expressed in nkat ml$^{-1}$. RuBPCase = ribulose bisphosphate carboxylase



Fig. 3. Percoll-density-gradient analysis of chloroplast preparation from leaves of 18-d-old pea seedlings. Gradient centrifuged at 6500 g for 15 min. All enzyme activities expressed in nkat ml$^{-1}$

*Protein and chlorophyll determination.* Protein was determined by Coomassie-dye binding (Bradford 1976) with BSA as protein standard. Chlorophyll was determined by the method of Wintermans and de Mots (1965).

*High-performance anion-exchange chromatography.* Shoot extracts and chloroplast stroma preparations were analyzed by high-performance anion-exchange chromatography on a diethylaminoethyl (DEAE)-5PW TSKgel (Toya Soda Manufacturing Co., Tokyo, Japan) and a Mono-Q (Pharmacia) column. A flow rate of 1 ml min$^{-1}$ and gradient profiles of NaCl in Tris-HCl buffers were provided by two computer-controlled model 303 pumps (Gilson France S.A., Villers-le-Bel, France) or by a Fast Protein Liquid Chromatography apparatus (Pharmacia). Injections were made in volumes of 100 μl to 10 ml at protein concentrations of from 0.01 to 12.6 mg ml$^{-1}$.

## Results

*Density-gradient analysis of chloroplast preparations.* When unfractionated shoot homogenates were analysed by isopycnic sucrose density gradient centrifugation, the activities of SORase, DHQase and EPSP synthase were associated with the soluble material at the top of the gradient and with the intact chloroplast fraction which contained ribulose-bisphosphate-carboxylase activity (density 1.23 g ml$^{-1}$); no activity was detected in fractions containing broken chloroplasts (density 1.16 g ml$^{-1}$; Fig. 2). Approximately 45% of the chlorophyll, 36% of the SORase, 42% of the DHQase and 47% of the EPSP-synthase activities recovered from the density gradient were associated with the intact chloroplasts. These results clearly indicate that the three shikimate-pathway enzymes are predominantly localized in the chloroplasts.

In this experiment the presence of small but detectable amounts of the mitochondrial marker enzyme, cytochrome oxidase, and the microbody marker enzyme, catalase, in the fractions containing intact chloroplasts indicated that these organelles had not been completely separated from the intact chloroplasts (Fig. 2). Localization of SORase, DHQase and EPSP-synthase activities in intact chloroplast fractions showing only trace

244                                   D.M. Mousdale and J.R. Coggins: Shikimate-pathway enzymes in *Pisum*



Fig. 4. Percoll-density-gradient analysis of chloroplast preparation from shoots of 11-d-old pea seedlings. Gradient centrifuged at 6500 g for 15 min. All enzyme activities expressed in nkat ml⁻¹

Fig. 5. Discontinuous-Percoll-gradient analysis of chloroplast preparation from shoots of 10-d-old pea seedlings. Gradient centrifuged at 6500 g for 15 min. All enzyme activities expressed in nkat ml⁻¹

contamination with cytochrome oxidase and catalase was observed after centrifugation of chloroplast-enriched preparations on continuous Percoll gradients (Fig. 3). DAHP synthase was also found to be associated with the intact chloroplasts (Fig. 4).

When a discontinuous-Percoll-gradient method based on that described by Rothe et al. (1983) was used, two high-density bands containing intact chloroplasts were observed in addition to a lower-density band containing broken chloroplasts. The two intact-chloroplast bands formed at the interfaces between the 20 and 40% and the 40 and 60% Percoll layers, respectively (Fig. 5) Both the higher-density chloroplast bands contained SORase (as reported by Rothe et al. 1983), DHQase and EPSP synthase; the levels of enzyme activities were in approximately the ratio of the chlorophyll contents (Fig. 5) The occurrence of two intact-chloroplast bands was probably an artefact of the "turnover effect" at density discontinuities (Anderson 1955) since both bands contained ribulose-bisphosphate carboxylase (data not shown) and intact chloroplasts banded on continuous Percoll gradients at approx. 37–40% Percoll (density 1.08 g ml⁻¹; Figs. 3, 5). Despite the splitting of the intact chloroplasts into two bands, this procedure was found to be a rapid and convenient method of preparing highly purified intact chloroplasts (collected at the 40/60% interface).

*Density-gradient analysis of root plastids.* Using rate-sedimentation centrifugation on discontinuous sucrose gradients, some of the SORase, DHQase and EPSP-synthase activities in unfractionated root homogenates was found to be associated with a rapidly sedimenting fraction; this was assumed to contain leucoplasts as it corresponded to a peak of triose-phosphate-isomerase activity (Miflin and Beevers 1974; Fig. 6). This putative leucoplast fraction was contaminated with small amounts of cytochrome oxidase and traces of catalase (Fig. 6). Much of the SORase and DHQase was present in the upper portions of the gradient; because of high background assay rates in some of the fractions from this gradient, the complete distribution of EPSP-synthase activity could not be determined. Analysis of root plastids prepared by

D.M. Mousdale and J.R. Coggins: Shikimate-pathway enzymes in *Pisum*   245



Fig. 6. Discontinuous-sucrose-gradient analysis of root homogenate from 10-d-old pea seedlings. Gradient centrifuged at 2000 g for 5 min followed by 13000 g for 10 min. All enzyme activities expressed in nkat ml$^{-1}$



Fig. 7 A, B. Chromatography of SORase and EPSP synthase on DEAE-5PW TSKgel. Flow rate = 1 ml min$^{-1}$. Solvent A = 50 mM Tris-HCl (pH 8.0) containing 0.2 mM DTT; solvent B = 0.5 M NaCl in A. A 0.1 ml shoot extract; B 1 ml chloroplast stroma preparation, from 10-d-old pea seedling. Enzyme activities in nkat ml$^{-1}$

differential centrifugation (Thompson et al. 1972) on discontinuous 10–60% Percoll gradients did not resolve EPSP synthase, DHQase and SORase from cytochrome-oxidase-containing fractions; all these enzyme activities and triose-phosphate isomerase were concentrated at the interfaces between the 20 and 30% and the 30 and 40% layers. Shikimate: NADP$^+$ oxidoreductase activity has been found associated with rapidly sedimenting triose-phosphate-isomerase-containing fractions during density-gradient centrifugation of root and hypocotyl homogenates from dark-grown pea seedlings (Feierabend and Brassel 1977).

*High-performance anion-exchange chromatography of shikimate-pathway enzymes.* Shoot extracts and chloroplast stroma preparations gave very similar or identical chromatographic profiles for EPSP synthase, SORase, DHQase and shikimate kinase on chromatography with the DEAE-5PW column (Figs. 7, 8). Chromatography on the quaternary-amine Mono-Q column resolved a minor peak of activity for each of EPSP synthase, SORase and DHQase in shoot extracts (Fig. 9); these minor peaks constituted from 4% to 7.5% of the enzyme activities in 9- and 10-d-old seedlings (recovery of the enzyme activities from the Mono-Q column was 94–110%). A shoot extract from older (24-d-old) seedlings contained a higher proportion (17.5%) of the later-eluting SORase peak. The minor peaks of activity were not detectable in density-gradient-purified chloroplast stroma preparations (Fig. 9).

*Shikimate-pathway activities in lysed-chloroplast preparations.* Chloroplast lysates, prepared from washed chloroplasts, contained in adddition to

246     D.M. Mousdale and J.R. Coggins: Shikimate-pathway enzymes in *Pisum*





Fig. 8 A, B. Chromatography of DHQase and shikimate kinase on DEAE-5PW TSKgel. Conditions as Fig. 7, except solvent A = 20 mM Tris-HCl (pH 7.5), containing 0.2 mM DTT; solvent B = 1 M NaCl in solvent A. A 0.2 ml shoot extract; B 1 ml chloroplast stroma preparation, from 24-d-old seedlings. Enzyme activities in nkat ml$^{-1}$

Fig. 9 A–C. Chromatography of SORase, DHQase and EPSP synthase on Mono-Q column. Flow rate = 1 ml min$^{-1}$. Solvent A = 1.20 mM Tris-HCl (pH 7.5) containing 0.2 mM DTT; solvent B = 1 M NaCl in solvent A. A 0.1 ml shoot extract from 11-d-old seedlings; B 1 ml shoot extract from 9-d-old seedlings; C 10 ml chloroplast stroma preparation from Percoll-gradient-purified chloroplasts from 9-d-old seedlings. Enzyme activities in nkat ml$^{-1}$

SORase, DHQase, EPSP synthase and DAHP synthase two other shikimate-pathway enzymes, 3-dehydroquinate synthase and shikimate kinase (Table 1). The SORase activity was considerably greater than other assayed enzymes but since the enzyme assays were not carried out under standardised $V_{max}$ conditions and at a common pH (as has been done for the *Neurospora* enzymes, Lambert et al. 1985) the measured activities may not reflect the true enzyme levels or their ratios.

*Glyphosate-sensitivity of plastid EPSP synthase.* The EPSP synthase (assayed in the forward direction) in lysed-chloroplast preparations and in plastid fractions from roots isolated by density-gradient centrifugation was inhibited by the herbicide glyphosate (N-phosphonomethylglycine). At 100 μM phosphoenolpyruvate and 500 μM shikimate 3-phosphate, 5 μM glyphosate caused a 64% inhibition of the chloroplast-lysate enzyme activity and a 52% inhibition of the root plastid enzyme activity. This is similar to the effects observed with the EPSP synthase purified from pea seedlings; in this latter case at 100 μM phosphoenolpyruvate and 100 μM shikimate 3-phosphate, 5 μM gly-

Table. 1. Specific activity of shikimate-pathway enzymes in chloroplast lysates of pea. Washed chloroplasts were diluted in 50 mM Hepes-KOH (pH 7.0) containing 0.5 mM CoCl$_2$ (DAHP synthase) or 0.4 mM DTT. The shoot tissues used for chloroplast isolation were taken from from 10- to 14-d-old (DAHP synthase) or 9- to 13-d-old seedlings

| Enzyme | Specific activity (nkat mg$^{-1}$ protein) |
|---|---|
| DAHP synthase | 0.02–0.03 |
| 3-Dehydroquinate synthase | 0.02–0.17 |
| DHQase | 0.12–0.31 |
| SORase | 0.87–3.17 |
| Shikimate kinase | 0.10–0.20 |
| EPSP synthase | 0.04–0.14 |

phosate inhibited the reaction by approx. 75% (Mousdale and Coggins 1984).

Discussion

Density-gradient analysis and high-performance anion-exchange chromatography have established that the EPSP-synthase, SORase and DHQase activities in young pea-seedling shoots are predominantly chloroplastic (Figs. 2, 7, 8). These three enzymes have also been identified in a root plastid fraction (Fig. 6). The SORase content of pea leaf chloroplasts had previously been shown to be age-dependent; up to 14 d the enzyme was essentially chloroplastic but after this the extra-chloroplastic activity increased (Rothe et al. 1983). Since there is evidence that SORase is synthesized on cytoplasmic ribosomes (Feierabend and Schrader-Reichhardt 1976), our results imply that this enzyme must be inserted into the chloroplast after its biosynthesis. In the young seedlings a small proportion of the EPSP synthase, SORase and DHQase appear to be present as distinct extra-chloroplastic isoenzymes (Fig. 9). Two (rarely, three) electrophoretically distinguishable isoenzymes of SORase have been detected in species of *Triticum* (Neuman and Hart 1983), pea (Rothe 1973, 1974), *Phaseolus mungo* (Koshiba 1978), *Hordeum vulgare* (Udvardy and Farkas 1968), species of *Aster* and *Machaeranthera* (Gottlieb 1981) and Ponderosa pine (Linhart et al. 1981). Density-gradient-purified chloroplasts have been reported to contain only one isoenzyme (Rothe 1974), to be relatively enriched in one of the two isoenzymes (Feierabend and Brassel 1977) or to contain a minor (sometimes absent) band of activity in addition to the band readily observed on polyacrylamide gels (Weeden and Gottlieb 1980). The non-plastidic form appears to be cytoplasmic on the basis of its position on density gradients. The fern *Athyrium filix-femina* contained one isoenzyme of SORase which was also found to be present in purified intact chloroplasts (Gastony and Darrow 1983). Our results confirm that in seedling shoot tissues, SORase is predominantly located in the chloroplasts in a single isoenzymic form. There is also a much less abundant non-plastidic isoenzyme.

Earlier studies of the possible occurrence of isoenzymes of other shikimate-pathway enzymes have been limited because sensitive activity stains were not available. The high-performance anion-exchange chromatographic methods described here (Figs. 7–9) provide high resolution comparable to that obtained with polyacrylamide-gel electrophoresis together with the high sensitivity of spectrophotometric enzyme assays. This has allowed the presence of isoenzymes of EPSP synthase and DHQase to be properly investigated for the first time. The picture that emerges is very similar to that for SORase. Both EPSP synthase and DHQase occur predominantly in the chloroplast although in each case there are small amounts of an extra-chloroplastic isoenzyme.

When lysed-chloroplast preparations were analysed, the first six enzymes of the shikimate pathway were all found to be present (Table 1) indicating that chloroplasts are a major site for the biosynthesis of the common precursors of the aromatic amino acids.

Nitrite reductase and the ammonia-assimilating enzymes, glutamine synthetase and glutamate synthase, are also associated with chloroplasts and root plastids (Beevers and Hageman 1980; Miflin and Lea 1980). Threonine, lysine and homocysteine (the immediate precursor of methionine) are biosynthesised in chloroplasts (Wallsgrove et al. 1983) and the enzymes of tryptophan biosynthesis from chorismate have been localized in etioplasts and leucoplasts (Grosse 1976, 1977). All these results strongly indicate that plastids are a major site for amino-acid biosynthesis in plants.

Plastidic compartmentation of the common shikimate pathway may have regulatory implications as some of the enzymes are subject to feedback inhibition by aromatic amino acids or by other carboxylic-acid products of the pathway. The DAHP synthase from higher-plant sources has been reported to be inhibited by tyrosine or tryptophan (Graziana and Boudet 1980; Reinink and Borstlap 1982). In addition, SORase is inhibited by anthranilic and hydroxybenzoic acids (Balinsky and Davis 1961), SORase and shikimate kinase by various phenolic acids (Udvardy and Farkas 1968; Bowen and Kosuge 1977; Rothe 1974; Saijo and Takeo 1979), and 3-dehydroquinate synthase by gallic-acid derivatives (Saijo and Takeo 1979). Both DAHP synthase and 3-dehydroquinate synthase from plants require metal-ion cofactors for maximal activity (Huisman and Kosuge 1974; Rothe et al. 1976; Saijo and Kosuge 1978; Yamamoto 1977). Since the pre-chorismate-pathway enzymes in pea seedlings appear to be present in the chloroplast stroma (Table 1), the intraplastidic concentrations of shikimate-derived metabolites and metal ions could have important effects on the flux through the pathway. Enzymic conversion of 3-dehydroquinate to quinic acid (Graziana et al. 1980) and of 3-dehydroshikimate to gallic and protocatechuic acids (Dewick and Haslam 1969;

Marigo et al. 1969) may also compete with the shikimate pathway and an enzyme catalysing the formation of the 5-O-*p*-coumaryl conjugate of shikimic acid is widely distributed among higher plants (Ulbrich and Zenk 1980). The subcellular locations of these alternative pathways, which might compete with the main pre-chorismate pathway, have not been defined.

The plastidic localisation of EPSP synthase together with its sensitivity to glyphosate implies that, if the inhibition of EPSP synthase is essential to glyphosate's herbicidal action (Amrhein et al. 1980), then glyphosate must traverse both cellular and subcellular membranes. Investigation of whether this involves interaction with specific transport systems offers a potential route to herbicidal selectivity. Further understanding of the mode of action of glyphosate must await determination of EPSP-synthase substrate levels in plastids and in the cytoplasm. This will permit assessment of the in-vivo extent of the competitive inhibition of the plant enzyme observed with glyphosate (Mousdale and Coggins 1984).

This work was supported by grants from the Science and Engineering Research Council and I.C.I. plc. We would like to thank Dr. S. Ridley (I.C.I. Jealott's Hill Research Station) for his helpful advice on chloroplast isolation techniques.

References

Amrhein, N., Schab, J., Steinrücken, H.C. (1980) The mode of action of the herbicide glyphosate. Naturwissenschaften 67, 356–357
Anderson, N.G. (1955) Studies on isolated cell components. Exp. Cell Res. 9, 446–459
Balinsky, D., Davies, D.D. (1961) Aromatic biosynthesis in higher plants. Biochem. J. 80, 296–300
Beevers, L., Hageman, R.H. (1980) Nitrate and nitrite reduction. In: The biochemistry of plants. vol. 5: Amino acids and derivatives, pp. 115–168. Miflin, B.J., ed. Academic Press, New York London
Bickel, H., Palme, L., Schultz, G. (1978) Incorporation of shikimate and other precursors into aromatic amino acids and prenylquinones of isolated spinach chloroplasts. Phytochemistry 17, 119–124
Bickel, H., Schultz, G. (1979) Shikimate pathway regulation in suspensions of isolated spinach chloroplasts. Phytochemistry 18, 498–499
Bowen, J.R., Kosuge, T. (1977) The formation of shikimate-3-phosphate in cell-free preparations of *Sorghum*. Phytochemistry 16, 881–884
Bradford, M.M. (1976) A rapid and sensitive method for the quantitation of microgram quantities of protein utilising the principle of protein-dye binding. Anal. Biochem. 72, 248–254
Buchholz, B., Schultz, G. (1980) Control of shikimate pathway in spinach chloroplasts by exogenous substrates. Z. Pflanzenphysiol. 100, 209–215
Dewick, P.W., Haslam, E. (1969) Phenol biosynthesis in higher plants – gallic acid. Biochem. J. 113, 537–542
Feierabend, J., Brassel, D. (1977) Subcellular localization of shikimate dehydrogenase in higher plants. Z. Pflanzenphysiol. 82, 334–346
Feierabend, J., Schrader-Reichhardt, U. (1976) Biochemical differentiation of plastids and other organelles in rye leaves with a high-temperature-induced deficiency of plastid ribosomes. Planta 129, 133–145
Gastony, G.J., Darrow, D.C. (1983) Chloroplastic and cytosolic isozymes of the homosporous fern *Athyrium filix-femina* L. Am. J. Bot. 70, 1409–1415
Gibbs, M., Turner, J.F. (1964) Enzymes of glycolysis. In: Modern methods of plant analysis, vol. 7, pp. 520–545, Linskens, H.F., Sanwal, B.D., Tracey, M.V., eds. Springer, Berlin Göttingen Heidelberg
Gottlieb, L.D. (1981) Gene number in species of Astereae that have different chromosome numbers. Proc. Natl. Acad. Sci. USA 78, 3726–3729
Graziana, A., Boudet, A., Boudet, A.M. (1980) Association of the quinate:NAD$^+$ oxidoreductase with one dehydroquinate hydro-lyase isoenzyme in corn seedlings. Plant Cell Physiol. 21, 1163–1174
Graziana, A., Boudet, A.M. (1980) 3-Deoxy-D-arabino-heptulosonate 7-phosphate synthase from *Zea mays*: general properties and regulation by tryptophan. Plant Cell Physiol. 21, 793–802
Grosse, W. (1976) Enzyme der Tryptophan-Biosynthese in Etioplasten von *Pisum sativum* L. Z. Pflanzenphysiol. 80, 463–468
Grosse, W. (1977) Untersuchungen zur Ammoniak-Entgiftung und Tryptophan-Synthese in Leukoplasten aus Samen von *Juglans regia* L. Z. Pflanzenphysiol. 83, 249–255
Hackett, D.P. (1964) Enzymes of terminal respiration. In: Modern methods of plant analysis, vol. 7, pp. 647–694, Linskens, H.F., Sanwal, B.D., Tracey, M.V., eds. Springer, Berlin Göttingen Heidelberg
Haslam, E. (1974) The shikimate pathway. Butterworths, London
Huisman, O.C., Kosuge, T. (1974) Regulation of aromatic amino acid biosynthesis in higher plants. II. 3-Deoxy-arabino-heptulosonic acid 7-phosphate synthetase from cauliflower. J. Biol. Chem. 249, 6842–6848
Koshiba, T. (1978) Purification of two forms of the associated 3-dehydroquinate hydro-lyase and shikimate:NADP$^+$ oxidoreductase in *Phaseolus mungo* seedlings. Biochim. Biophys. Acta 522, 10–18
Lambert, J.M., Boocock, M.R., Coggins, J.R. (1985) The 3-dehydroquinate synthase of the *arom* enzyme complex of *Neurospora crassa* is a zinc enzyme. Biochem. J. (in press)
Linhart, Y.B., Davis, M.L., Mitton, J.B. (1981) Genetic control of allozymes of shikimate dehydrogenase in Ponderosa pine. Biochem. Genet. 19, 641–646
Lück, H. (1962) Katalase. In: Methoden der enzymatischen Analyse, pp. 885–894, Bergmeyer, H.U., ed. Verlag Chemie, Weinheim
Lumsden, J., Coggins, J.R. (1977) The subunit structure of the *arom* multienzyme complex of *Neurospora crassa*. Biochem. J. 161, 599–607
Marigo, G., Alibert, G., Boudet, A. (1969) Recherches sur la biosynthèse des composés aromatiques chex les végétaux supérieurs: sur l'origine des acides protocatéchique et gallique chez *Quercus pedunculata* Ehrh. C.R. Acad. Sci. Paris 269, 1852–1854
Miflin, B.J., Beevers, H. (1974) Isolation of intact plastids from a range of plant tissues. Plant Physiol. 53, 870–874
Miflin, B.J., Lea, P.J. (1980) Ammonia assimilation. In: The

Case 1:04-cv-00305-SLR    Document 233-8    Filed 01/19/2006    Page 10 of 16

REDACTED VERSION – PUBLICLY FILED

biochemistry of plants, vol. 5: Amino acids and derivatives, pp. 169–202, Miflin, B.J., ed. Academic Press, New York London

Mitsuhashi, S., Davis, B.D. (1954) Aromatic biosynthesis. XII. Conversion of 5-dehydroquinic acid to 5-dehydroshikimic acid by 5-dehydroquinase. Biochim. Biophys. Acta 15, 54–61

Mousdale, D.M., Coggins, J.R. (1984) Purification and properties of 5-enolpyruvylshikimate 3-phosphate synthase from seedlings of *Pisum sativum* L. Planta 160, 78–83

Nakatani, H.Y., Barber, J. (1977) An improved method for isolating chloroplasts retaining their outer membranes. Biochim. Biophys. Acta 461, 510–512

Neuman, P.R., Hart, G.E. (1983) Genetic control of shikimate dehydrogenase in hexaploid wheat. Biochem. Genet. 21, 963–968

Reinink, M., Borstlap, A.C. (1982) 3-Deoxy-D-arabino-heptulosonate 7-phosphate synthase from pea seedlings: inhibition by L-tyrosine. Plant Sci. Lett. 26, 167–171

Ridley, S.M. (1983) Interaction of chloroplasts with inhibitors. Plant Physiol. 72, 461–468

Rothe, G. (1973) Shikimisäure-Dehydrogenase (E.C. 1.1.1.25) in keimenden Erbsen. Biochem. Physiol. Pflanz. 164, 475–486

Rothe, G.M. (1974) Intracellular compartmentation and regulation of two shikimate dehydrogenase isoenzymes in *Pisum sativum*. Z. Pflanzenphysiol. 74, 152–159

Rothe, G.M., Hengst, G., Mildenberger, I., Scharer, H., Utesch, D. (1983) Evidence for an intra- and extraplastidic prechorismate pathway. Planta 157, 358–366

Rothe, G.M., Maurer, W., Mielke, C. (1976) A study on 3-deoxy-D-arabino-heptulosonic acid 7-phosphate synthase in higher plants. The existence of three isoenzymes in *Pisum sativum*. Ber. Dtsch. Bot. Ges. 89, 163–173

Saijo, R., Kosuge, T. (1978) The conversion of 3-deoxyarabino-heptulosonate 7-phosphate to 3-dehydroquinate by sorghum seedling preparations. Phytochemistry 17, 223–225

Saijo, R., Takeo, T. (1979) Some properties of the initial four enzymes involved in shikimic acid biosynthesis in tea plant. Agric. Biol. Chem. 43, 1427–1432

Smith, D.D.S., Coggins, J.R. (1983) Isolation of a bifunctional domain from the pentafunctional *arom* enzyme complex of *Neurospora crassa*. Biochem. J. 213, 405–415

Sprinson, D.B., Srinivasan, P.R., Katagiri, M. (1959) 3-Deoxy-D-arabino-heptulosonic acid 7-phosphate synthase from *Escherichia coli*. Methods Enzymol. 5, 394–398

Thompson, W.W., Foster, P., Leech, R.M. (1972) The isolation of proplastids from roots of *Vicia faba*. Plant Physiol. 49, 270–272

Udvardy, J., Farkas, G.L. (1968) Shikimate:NADP oxidoreductase in barley leaves. Acta Biochim. Biophys. Acad. Sci. Hung. 3, 153–164

Ulbrich, B., Zenk, M.H. (1980) Partial purification and properties of p-hydroxycinnamoyl-CoA:shikimate-p-hydroxycinnamoyl transferase from higher plants. Phytochemistry 19, 1625–1629

Wallsgrove, R.M., Lea, P.J., Miflin, B.J. (1983) Intracellular localization of aspartate kinase and the enzymes of threonine and methionine biosynthesis in green leaves. Plant Physiol. 71, 780–784

Weeden, N.F., Gottlieb, L.D. (1980) The genetics of chloroplast enzymes. J. Hered. 71, 392–396

Weiss, U., Edwards, J.M. (1980) The biosynthesis of aromatic compounds. Wiley, New York

Welch, G.R., Gaertner, F.H. (1976) Co-ordinate activation of a multienzyme complex by the first substrate. Arch. Biochem. Biophys. 172, 476–489

Wintermans, J.F.G.M., de Mots, A. (1965) Spectrophotometric characteristics of chlorophylls a and b and their pheophytins in ethanol. Biochim. Biophys. Acta 109, 448–453

Wishnick, M., Lane, M.D. (1971) Ribulose diphosphate carboxylase from spinach leaves. Methods Enzymol. 23, 570–577

Yamamoto, E. (1977) Alicyclic acid metabolism in plants. 10. Partial purification and some properties of 3-dehydroquinate synthase from *Phaseolus mungo* seedlings. Plant Cell Physiol. 18, 995–1007

Received 18 May; accepted 5 July 1984

REDACTED VERSION – PUBLICLY FILED

# Planta

An International Journal of Plant Biology

## Vol. 163  1985

Managing Editors:
A. Lang, East Lansing, Mich.
A. Sievers, Bonn
M.B. Wilkins, Glasgow

Editors:
K. Apel, Kiel
J. Barber, London
F.-W. Bentrup, Giessen
A. Betz, Bonn
J.D. Bewley, Calgary, Alta.
E. Bünning, Tübingen
D.T. Canvin, Kingston, Ont.
M.J. Chrispeels, La Jolla, Calif.
R. Cleland, Seattle, Wash.
M.H.M. Goldsmith, New Haven, Conn.
P.B. Green, Stanford, Calif.
H. Grisebach, Freiburg
A.D. Hanson, East Lansing, Mich.
W. Haupt, Erlangen
R. Horgan, Aberystwyth

H.J. Kende, East Lansing, Mich.
H. Kindl, Marburg
H.F. Linskens, Nijmegen
J. MacMillan, Bristol
F. Meins, Jr., Basel
H. Mohr, Freiburg
E.H. Newcomb, Madison, Wis.
D.H. Northcote, Cambridge
C.B. Osmond, Canberra and Reno, Nev.
B. Parthier, Halle/Saale
P.H. Quail, Madison, Wis.
A.W. Robards, York
E. Schnepf, Heidelberg
H. Strotmann, Düsseldorf
M.A. Venis, Maidstone
D.A. Walker, Sheffield
W. Wehrmeyer, Marburg
J. Willenbrink, Köln
H. Ziegler, München

Assistants to the Editors:
W. Hensel, Bonn
S.K. Hillman, Glasgow



Springer-Verlag Berlin Heidelberg New York Tokyo

FILED

US005728925A

# United States Patent [19]

Herrera-Estrella et al.

[11] Patent Number: 5,728,925

[45] Date of Patent: Mar. 17, 1998

[54] CHIMAERIC GENE CODING FOR A TRANSIT PEPTIDE AND A HETEROLOGOUS POLYPEPTIDE

[75] Inventors: **Luis Herrera-Estrella**; **Guido Van Den Broeck**, both of Gent; **Marc Van Montagu**, Brussel, all of Belgium; **Peter Schreier**; **Jeff Schell**, both of Cologne, Germany; **Hans J. Bohnert**, Tucson, Ariz.; **Anthony R. Cashmore**, Woodside; **Michael P. Timko**, New York, both of N.Y.; **Albert P. Kausch**, Durham, N.H.

[73] Assignees: **Plant Genetic Systems, N.V.**, Brussels, Belgium; **Bayer A.G.**, Leverkusen, Germany

[21] Appl. No.: **430,257**

[22] Filed: **Apr. 28, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 267,306, Jun. 29, 1994, abandoned, which is a continuation of Ser. No. 26,213, Mar. 1, 1993, abandoned, which is a continuation of Ser. No. 794,635, Nov. 18, 1991, abandoned, which is a continuation of Ser. No. 480,343, Feb. 14, 1990, abandoned, which is a continuation of Ser. No. 755,173, Jul. 15, 1985, abandoned.

[30] Foreign Application Priority Data

Dec. 28, 1984 [GB] United Kingdom ............ 8432757
Jan. 7, 1985 [GB] United Kingdom ............ 8500336

[51] Int. Cl.$^6$ ............ A01H 5/00; A01H 5/10; C12N 15/62; C12N 15/82

[52] U.S. Cl. ............ 800/205; 800/250; 435/69.7; 435/69.8; 435/70.1; 435/172.3; 435/240.4; 536/23.4; 536/24.1

[58] Field of Search ............ 435/69.7, 69.8, 435/70.1, 172.3, 240.4, 320.1; 800/205, 250; 536/23.4, 24.1

[56] References Cited

FOREIGN PATENT DOCUMENTS

| 0193259 | 9/1986 | European Pat. Off. ...... C12N 15/00 |
| 0218571 | 4/1987 | European Pat. Off. ...... C12N 15/00 |
| 0356061 | 2/1990 | European Pat. Off. . |
| WO84/02913 | 8/1984 | WIPO ...................... C12N 15/00 |

OTHER PUBLICATIONS

Gould et al., *Plant Physiol.*, vol. 95, pp. 426–434 (1991).
Wong et al., *Plant Molecular Biology*, vol. 20, pp. 81–93 (1992).
Keegstra, *Cell*, vol. 56, pp. 247–253 (1989).
Oakes et al., *Bio/Technology*, vol. 9, pp. 982–986 (Oct. 1991).
"Gene Manipulation Plant Improvement," Stadler Genet. Symp. 16th, pp. 577–603 (1984).
Herrera-Estrella et al., "Photoregulation of Nuclear Gene Expression." Abstracts of papers Presented at the 1984 meeting on Molecular Biology of the Photosynthetic Apparatus, May 9–13, 1984.
Douglas et al., *Proc. Natl. Acad. Sci.*, vol. 81, pp. 3983–3987 (1984).
Hurt et al., *FEBS*, vol. 178, No. 2, pp. 306–310 (1984).
Kalderon et al., *Nature*, vol. 311, pp. 33–38 (1984).
Cheung et al., *Proc. Natl. Acad. Sci.*, vol. 85, pp. 391–395 (1988).
Smeekens et al., *TIBS*, vol. 15, No. 73–76 (1990).
Horsch et al., *Science* vol. 223, p. 496 (1984).
Lewin, R., *Science*, vol. 237, p. 1570 (1987).
Reeck et al., *Cell*, vol. 50, p. 667 (1987).
Schell and Van Montagu, "Regulated Expression of Foreign Gene of Plants", *Molecular Developmental Biology*, pp. 3–13 (1986).
Schreier et al., *EMBO J.*, vol. 4, No. 1, pp. 25–32 (1985).
Cocking et al., *Nature*, vol. 293, No. 5830, pp. 265–270 (1981).
Broglie et al. 1984, *Science* 224:838–843.
Broglie et al. 1983, *Bio/Technology* 1:55–61.
Herrera-Estrella et al. 1984, *Nature* 310:115–120.
DeBlock et al. 1984, *EMBO J* 3(8)$^2$ 1681–1689.
Ellis, R. 1984, *Chloroplast Biogenesis*, Cambridge University Press: Cambridge, England, pp. 1–9.
Hirschberg et al. 1983, *Science* 222:1346–1349.
Goodman et al. 1987, *Science* 236:48–54.
Murai et al. 1983, *Science* 222:476–482.
Shields, R. 1984, *Nature* 310:98.
Shields, S. 1985, *Nature* 317:668.
Joos, H. et al. (1983) *Cell* 32:1057–1067. Genetic Avalgeioq T–DNA transcriptions in kopaleine cebemgalls.

*Primary Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

[57] ABSTRACT

Chimaeric DNA sequence which encodes: 1) a transit peptide of a cytoplasmic precursor of a chloroplast protein or polypeptide of a plant and 2) a protein or polypeptide that is heterologous to the transit peptide. The chimaeric DNA sequence can be used as a vector for transforming a plant cell so that a chimaeric precursor of the heterologous protein or polypeptide is produced in the cytoplasm of the cell and the chimaeric precursor then transports the heterologous protein or polypeptide in vivo into a chloroplast of the cell.

43 Claims, 16 Drawing Sheets



FIG. 1A



FIG. 1B

FIG. 8B

```
       -57                          -1 ↓ +1
Met....Ser Asn Gly Gly Arg Val Lys Cys Met Gln Val Trp Pro Pro Ile Gly Lys Lys...
Met....Ser Asn Gly Gly Arg Val Lys Cys Met AspPro Ala Asn Leu Ala Trp Ile Glu
```

REDACTED VERSION – PUBLICLY FILED

**U.S. Patent**　　Mar. 17, 1998　　Sheet 3 of 16　　**5,728,925**

Figure 2

REDACTED VERSION – PUBLICLY FILED

**U.S. Patent**  Mar. 17, 1998  Sheet 4 of 16  **5,728,925**



FIG. 3