REDACTED VERSION – PUBLICLY FILED

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - -x

MONSANTO COMPANY and              :   04-305(SLR)

MONSANTO TECHNOLOGY LLC,          :

     Plaintiffs,                :

  vs.                              :

SYNGENTA SEEDS, INC.,             :

SYNGENTA BIOTECHNOLOGY, INC.,     :

ET AL.,                           :

     Defendants.                :

- - - - - - - - - - - - - - - -x

DEKALB GENETICS CORPORATION,      :

     Plaintiff,                 :   Civil Action Number

  vs.                              :   05-355-SLR

SYNGENTA SEEDS, INC.,             :

SYNGENTA BIOTECHNOLOGY, INC.,     :

ET AL.,                           :

     Defendants.                :

- - - - - - - - - - - - - - - -x

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF

BARRY D. BRUCE

Washington, DC

Friday, December 16, 2005

REPORTED BY: CARMEN SMITH
Job No. 54931

Sunbelt Reporting & Litigation Services
361 882-0763 Corpus     713 667-0763 Houston     214 747-0763 Dallas

475d516b-ace0-4dc8-9dcd-4d2866bce0a5

REDACTED VERSION – PUBLICLY FILED

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

### Page 2

1  Restricted Confidential Video Deposition of
2  BARRY D. BRUCE, called for examination pursuant to
3  notice of deposition, on Friday, December 16, 2005,
4  in Washington, DC, at the offices of Finnegan,
5  Henderson, Farabow, Garrett & Dunner, 901 New York
6  Avenue NW, at 9:04 a.m., before CARMEN SMITH, a
7  Notary Public within and for the District of
8  Columbia, when were present on behalf of the
9  respective parties:
10     MELINDA PATTERSON, ESQ.
11     Howrey LLP
12     1111 Louisiana, 25th Floor
13     Houston, Texas 77002-5242
14     713-787-1483
15     On behalf of Plaintiffs
16
17     SANYA SUKDUANG, ESQ.
18     JARED S. COHEN, ESQ.
19     Finnegan Henderson Farabow Garrett & Dunner
20     901 New York Avenue NW
21     Washington, DC 20001-4413
22     202-408-4377
23     On behalf of Defendants
24
25  ALSO PRESENT: JONATHAN PERRY, Videographer

### Page 3

1           PROCEEDINGS
2     (Bruce Exhibit 1 identified.)
3     VIDEO OPERATOR: This is tape number 1 of
4  the videotaped deposition of Barry Douglas Bruce,
09:02:59 5  taken in the matter of Monsanto Company, et al.,
6  versus Syngenta Seeds, Incorporated, et al., Case
7  Number 04-305-SLR, and in the matter of DeKalb
8  Genetics Corporation versus Syngenta Seeds,
9  Incorporated, et al., Case Number 05-355-SLR, in the
09:03:24 10  U.S. District Court for the District of Delaware.
11     Today's date is December 16, 2005. Time
12  on the video screen is currently 9:04:10 a.m.
13     This deposition is being taken at the
14  offices of Finnegan Henderson, 901 New York Avenue
09:03:45 15  Northwest, Washington, D.C.
16     My name is Jonathan Perry. I am the
17  videographer here on behalf of Sunbelt Reporting and
18  Litigation Services. The court reporter is Carmen
19  Smith, also with Sunbelt Reporting and Litigation
09:04:00 20  Services.
21     Will counsel present please introduce
22  themselves and state whom they represent.
23     MS. PATTERSON: Melinda Patterson of
24  Howrey for Monsanto and DeKalb Genetics.
09:04:10 25     MR. SUKDUANG: Sanya Sukduang from

### Page 4

1  Finnegan Henderson representing Syngenta Seeds,
2  Syngenta Biotechnology, Defendants.
3     MR. COHEN: Jared Cohen from Finnegan
4  Henderson, representing Syngenta.
5     Whereupon,
6         BARRY D. BRUCE
7  was called as a witness and, having first been duly
8  sworn, was examined and testified as follows:
9           EXAMINATION
09:04:35 10  BY MS. PATTERSON:
11     Q  Dr. Bruce, could you please state your
12  name and present position for the record.
13     A  My name is Barry Douglas Bruce, and my
14  present employment is with the University of
09:04:52 15  Tennessee in Knoxville, where I am an associate
16  professor of biochemistry, cellular and molecular
17  biology.
18     MR. SUKDUANG: Just as a preliminary
19  matter, we would like to mark this transcript as
09:05:03 20  restricted confidential, subject to the protective
21  order.
22     BY MS. PATTERSON:
23     Q  Dr. Bruce, I have placed before you a
24  document that's been marked as Bruce Exhibit 1.
09:05:20 25  Could you take a look at that and identify it for

### Page 5

1  the record, please?
2     A  This black folder?
3     Q  Yes.
4     A  It says "Deposition Exhibit 1, Bruce." Do
09:05:29 5  you want me to look at everything that's in it?
6     Q  I want you to look at it. It's a copy, I
7  believe, of your expert report. There are circled
8  numbers that have been added by hand in your expert
9  report. Those circled numbers -- for example if you
09:05:50 10  look at page 3 of your report, paragraph 8, there is
11  a circled number that's been added by "the Shah '835
12  patent." Do you see that?
13     A  It looks like a 1, yes.
14     Q  Right. And at tab 1 of your binder, there
09:06:11 15  is the document the Shah patent that corresponds to
16  the circle number 1. So there is a convenient way
17  there for you to locate the documents that you have
18  referenced in your report.
19     And at the back of the binder is a copy of
09:06:28 20  your rebuttal report.
21     A  50? Is that what you're saying?
22     Q  It's marked "rebuttal report," towards the
23  back, not at the very back. And it has been circle
24  numbered with corresponding tabs in the same way.
09:06:59 25     A  And the numbers go forward and backwards,

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

### Page 30

```
                    MS. PATTERSON: I need to get direct
           answers to my questions.
                    MR. SUKDUANG: Hold on. Hold on. If you
           continue to do that, we will have to stop. Now,
09:41:26   please let the witness finish his answer.
                    BY MS. PATTERSON:
              Q   Okay. My question was did they do it?
                    MR. SUKDUANG: No, please. Let the
           witness finish.
09:41:33           Dr. Bruce, please finish your answer.
                    THE WITNESS: My feeling is that they
           described how to do it.
                    BY MS. PATTERSON:
              Q   But they didn't do it?
09:41:39     A   I do not believe they did do that, no.
              Q   Okay. So the answer to my question is no,
           they didn't do it; correct?
                    MR. SUKDUANG: Objection; asked and
           answered.
09:41:47           THE WITNESS: They described how to do it.
                    BY MS. PATTERSON:
              Q   But they didn't do it?
                    MR. SUKDUANG: Objection; asked and
           answered.
09:41:52           BY MS. PATTERSON:
```

### Page 31

```
              Q   Okay. Now, there were some other -- other
           references that you talk about -- that you talked
           about altogether. Are you offering an opinion that
           those other references render the patent invalid?
09:42:14           Or let's just move on. We'll get to that
           when we get to that. Let's not anticipate too much.
                    Turning over to your opinion on page 6
           where you define the term "chloroplast transit
           peptide." You originally define the term
09:42:53   "chloroplast transit peptide" as "a naturally
           occurring chain of amino acids that is naturally
           located at the N-terminal portion of a nuclear
           encoded polypeptide, which directs the polypeptide
           to a chloroplast," and then you say, "This is the
09:43:15   ordinary meaning of the term as used in the field of
           protein transport and plant molecular biology." Is
           that correct?
              A   Protein transport and plant molecular
           biology. That is -- I think you read verbatim from
09:43:35   paragraph 17.
              Q   Okay. And is that a correct definition of
           chloroplast transit peptide?
              A   That is correct, other than the fact that
           I think one could clarify the word choice "direct"
09:43:51   and could expand that. But that word "direct" is a
```

### Page 32

```
           shorthand denotation for the targeting, transport
           and cleavage process, which has been put forward.
              Q   Okay. So you're saying direct means
           cleavage?
09:44:09     A   It doesn't mean only cleavage. It means
           targeting, translocation and cleavage.
              Q   Okay. So you're reading cleavage into the
           word "directs" there; is that correct?
              A   I'm -- that's -- I'm expanding direct.
09:44:25   It's not a particularly technical term. It's broad,
           and it's not really a term that is used in the
           protein import field.
              Q   Okay. Now, you say there it's a
           "naturally occurring chain of amino acids"; right?
09:44:45     A   Essentially, that's naturally occurring in
           that it is found -- it's derived from someplace.
           It's something that exists in our plants' genetic
           material.
                    And the chain part, I can clarify if
09:45:03   that's an -- unclear. That essentially means that
           these amino acids are coupled via a peptide bond
           that is enabled through the process of translation.
              Q   And when you say that the protein is
           obtained from a plant material, are you really
09:45:39   meaning that the DNA encoding the protein is
```

### Page 33

```
           obtained from a plant material?
              A   I mean, one could possibly go and obtain
           transpeptide biochemically. That's not to say you
           couldn't get that by obtaining the DNA, which was
09:45:57   then -- through the process of transcription, which
           takes the DNA through an intermediate known as mRNA,
           and the process of translation, which takes the mRNA
           into a series of amino acids, that you get that
           chloroplast transit peptide from some naturally
09:46:17   occurring sort of faithful template.
              Q   Okay. And -- but do you have an opinion
           as to whether you could make changes at the DNA
           level in the laboratory and still have a naturally
           occurring chain of amino acids as a result?
09:46:40     A   One has to, I think, be sensitive to the
           technology at hand in the mid-'80s. Molecular
           biologists, they were doing molecular biology, they
           were cloning. They were in a certain sense
           primitive, because they were dependent upon -- they
09:47:00   were solely dependent on restriction enzymes, and
           restriction enzymes happen to be random sequences
           that are -- I shouldn't say "random," but they are
           sequences within the DNA strand which give the
           experimentalists a means to excise through the use
09:47:15   of a specific enzyme known as restriction
```

REDACTED VERSION – PUBLICLY FILED

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 34

endonucleus.

In the process of doing that you may take the sequence out. You may actually put it into a construct which adds a restriction enzyme for some utilitarian purpose.

But it is my definition that those changes for the ease of molecular biology are not in a substantive way changing the naturally occurring nature of a transit peptide.

Q  Okay. And would that still be true, even if the change to insert or remove a restriction site resulted in an amino acid substitution within the chloroplast transit peptide?

MR. SUKDUANG: Objection; vague.

THE WITNESS: Again, I think that people had become permissive of these changes, as long as there was not evidence or even the expectation that that change was in any way altering the activity or behavior of that protein.

BY MS. PATTERSON:

Q  Okay. So in your view, chloroplast transit peptide would be naturally occurring so long as it essentially mimicked the way that the chloroplast transit from nature behaved; is that correct?

Page 35

A  Well, a chloroplast transit peptide is naturally occurring.

Q  But I'm saying if you had —

A  You're saying a naturally occurring one would mimic a naturally occurring one?

Q  Well, no. I'm saying if you make some changes to the one that you obtained in the laboratory but it still worked in exactly the same way as the one that was naturally occurring in the plant, you would still consider that to be a chloroplast transit peptide?

MR. SUKDUANG: Objection to the extent it calls for a legal conclusion.

THE WITNESS: Again, I think that a scientist who does this would have some, you know, obligation at some place in the publication to describe what they did. Good science might require them to describe the changes, but if they say that this transit peptide was obtained through a cleavage with a restriction endonuclease, that would not be recognized as changing its fundamental properties.

BY MS. PATTERSON:

Q  Okay. So but my question was simply if the chloroplast transit peptide that had some amino acid changes to it worked in exactly the same way as

Page 36

the chloroplast transit peptide that naturally occurred in the plant, you would still consider that to be a chloroplast transit peptide; is that correct?

MR. SUKDUANG: Objection; asked and answered. Objection to the extent it calls for a legal conclusion, and vague.

THE WITNESS: They — these sequences are naturally occurring. I acknowledge that you have to possibly use the tools available to obtain them. The inventors or a person who was obtaining this from an organism would use a shorthand to say this is the transit peptide of, obtained from, by, and then whatever their strategy was. Good molecular biology would probably be designed to not alter it in a significant way. If there was a change that was put forward, it, I believe, would require the experimental list to show that that change made no difference.

BY MS. PATTERSON:

Q  And if it was shown that that change made no differences, would you still consider that to be a chloroplast transit peptide?

MR. SUKDUANG: Objection; asked and answered. Objection to the extent it calls for a

Page 37

legal conclusion.

THE WITNESS: I'm not sure how to answer this any better. It's still naturally occurring. It was a transit peptide. They have obtained it. They haven't changed it. It would then be described as a chloroplast transit peptide, with the clarification of where it was obtained from.

BY MS. PATTERSON:

Q  Okay. Now, you say that the chloroplast transit peptide is "naturally located at the N-terminal portion of a nuclear encoded polypeptide." And I'm trying to understand what you mean by "naturally located at the N-terminal portion of a nuclear encoded polypeptide."

Are you just trying to say that when you're looking for a chloroplast transit peptide, that you look at the N-terminal portion of the nuclear-encoded polypeptide as opposed to looking at some other place, like the C-terminal portion or part of the mature protein. I —

A  Well, I'm trying to describe the understanding in 1985 of, in essence, how transit peptides were identified and what was the sort of consensus. There was two to three to four, depending on how you count, known transit peptides,

10 (Pages 34 to 37)

Sunbelt Reporting & Litigation Services
361 882-0763 Corpus    713 667-0763 Houston    214 747-0763 Dallas

475d516b-ace0-4dc8-9dcd-4d2866bce0a5

Page 38

1  to all of biology. okay. And in every instance,
2  they were always found occurring at the N-terminus,
3  where that would be the 5 prime end of the gene,
4  that encoded that protein. And in every instance
09:53:21 5  that protein was encoded in the nuclear genome.
6  That N-terminal placement is -- at this
7  point became an understood requirement for not only
8  the identification, but that was -- they were all
9  there. You could say absolutely every transit
09:53:45 10  peptide known in 1985 was placed at the N-terminus
11  of a nuclear-encoded polypeptide.
12  Q  Okay. So that was something that was
13  known to those of skill in the art with respect to a
14  nuclear-encoded polypeptide, if you were looking for
09:54:03 15  the chloroplast transit peptide, you should look at
16  the N -- or the 5 prime -- if you were looking at a
17  gene, you should look at the 5 prime portion of the
18  coding sequence, or if you were looking at a
19  protein, you should look at the N-terminal portion
09:54:16 20  for the chloroplast transit peptide; is that
21  correct?
22  MR. SUKDUANG: Objection; asked and
23  answered.
24  THE WITNESS: Somebody -- that is where
09:54:26 25  they would look. It's not necessary that it would,

Page 39

1  by the tools available -- you know, again, what did
2  the experimentalists have then? They had the
3  ability to isolate cDNAs through a process of
4  reverse transcription. We had no genomes available.
09:54:45 5  They could use this process to get what
6  they would hope would be a full length cDNA. And in
7  the instances available, the full length cDNAs,
8  that's a technical means of cloning DNA, may have,
9  if it was full length, the entire transit peptide,
09:55:03 10  it may have a fragment of it.
11  Just because they had this, they would not
12  know what the transit peptide was, however. That
13  would require additional experimentation.
14  BY MS. PATTERSON:
09:55:12 15  Q  Well, if you were looking at a cDNA and
16  you were looking for a transit peptide, you would
17  look at the 5 prime end of the cDNA; isn't that
18  correct?
19  A  That is where you'd focus your attention,
09:55:25 20  yes.
21  Q  Okay. And that's what people of ordinary
22  skill in the art knew to do in 1985; right?
23  MR. SUKDUANG: Objection; asked and
24  answered.
09:55:32 25  THE WITNESS: Again, there were only a

Page 40

1  handful. I -- and they were all there. I would not
2  say that there was complete confidence that that was
3  the only mechanism by which proteins were targeted
4  into chloroplasts. This was still a period of
09:55:48 5  active discovery and research.
6  They had a few, and these were what those
7  few looked like.
8  BY MS. PATTERSON:
9  Q  And every single one of them was there at
09:55:55 10  the 5 prime end of the gene; correct?
11  A  The three to four that were available,
12  yes.
13  Q  Now, in paragraph 19, you say that it was
14  not "considered possible to design a chloroplast
09:56:17 15  transit peptide from first principles." What do you
16  mean by that?
17  A  From first principles meaning that I can
18  use my detailed molecular knowledge of each step in
19  the targeting, transport and cleavage process to
09:56:45 20  fabricate something that would function and function
21  equivalently to a transit peptide in that setting.
22  There was no ability to sort of a priori, without
23  experience, synthesize or describe a polypeptide
24  sequence which would have that activity. There was
09:57:07 25  no ability to do that then.

Page 41

1  Q  Okay. So basically, what you're saying is
2  there was no ability at the time to -- in your
3  opinion, to basically design a chloroplast transit
4  peptide from looking at -- there was no ability to
09:57:32 5  design a chloroplast transit peptide by simply
6  synthetically assembling nucleotide -- well, that's
7  a bad question.
8  What I'm trying to say is it wasn't
9  possible to design a chloroplast transit peptide
09:57:56 10  from scratch, I guess is what I'm trying to say.
11  A  It was not. The problem in the field was
12  that there was no homology. If you look at the
13  literature, they had identified a small number.
14  Careful analysis, said, hey, these are very
09:58:12 15  unrelated, they are different in length, they are
16  different in sequence, they are different in amino
17  acid composition. They only have in common this
18  N-terminal position. Nobody knew how they worked.
19  There was no theoretical framework to
09:58:30 20  describe their activity. And you certainly couldn't
21  have contemplated making one up using some sort of
22  ab initio understanding.
23  Q  And when you say an "ab initio
24  understanding," what do you mean?
09:58:49 25  A  From first principles. I mean, you just

11 (Pages 38 to 41)

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 42

1  can't say a transit peptide has to have a blank,
2  blank, blank element and it has to have a blank,
3  blank Y element and a blank, blank Z element and a
4  blank, blank W element.
09:59:03  5  That wasn't known. There was no
6  fundamental knowledge of how these things worked.
7  Q  Okay. And you say, then, that one "would
8  not have contemplated the use or design of a
9  synthetic element that, when fused to a protein,
09:59:18 10  would direct the protein into the chloroplast."
11  What do you mean by a synthetic element?
12  A  Well, I actually say synthetic, artificial
13  or non-naturally occurring element.
14  Q  Right. And I was going to go through all
09:59:31 15  of them and see if there was any difference in --
16  A  What I mean is that you could not go
17  forward and put down on paper a sequence of amino
18  acids that came from your purely intellectual
19  ability that would have a probability or a
09:59:55 20  likelihood of having the activities that I described
21  as that of a chloroplast transit peptide.
22  Q  Okay. And then when you say an
23  "artificial" element, do you mean the same thing as
24  by "synthetic"?
10:00:10 25  A  Those are somewhat synonymous. I'm trying

Page 43

1  to clarify that there was the ability to make a
2  synthetic oligonucleotide that would encode
3  something, but the amino acids that they encoded
4  were identical to what was naturally occurring.
10:00:29 5  Q  Okay.
6  A  I'm trying to different that what is
7  important is that you could not use sort of these
8  de novo principles to come forward with a linear
9  chain of amino acids that would function as a
10:00:47 10  chloroplast transit peptide when it was fused to
11  some other protein.
12  Q  Okay. And when you say "non-naturally
13  occurring element," do you mean the same thing
14  there?
10:00:59 15  A  Yes.
16  Q  Okay. And let me just make sure that I
17  understand what you're saying. You're saying that
18  one couldn't have designed from -- by just saying
19  well, I think I need a basic amino acid here and I
10:01:13 20  think I need a neutral amino acid in this next
21  position, and I think I need a series of amino acids
22  that -- I need a series of lysines here.
23  Basically, what you're saying is one of
24  ordinary skill in the art couldn't have -- just with
10:01:34 25  the knowledge of what amino acids do, have -- and

Page 44

1  the properties of amino acids, I'm sure you can say
2  this more eloquently than I can possibly even try
3  to.
4  But one couldn't have designed a
10:01:48 5  chloroplast transit peptide just simply by looking
6  at individual amino acids and trying to assemble
7  them into a chloroplast transit peptide that would
8  be wholly artificial; is that correct?
9  MR. SUKDUANG: Objection; form.
10:02:02 10  THE WITNESS: Again, the issue here is
11  that there was no ability to have sort of the
12  knowledge of the physical chemical properties of a
13  transit peptide that imparted this activity. They
14  don't -- they didn't understand that.
10:02:18 15  They couldn't do it by homology, because
16  these things were not homologous. So there was
17  just -- you know, it was very, very confusing to the
18  current scientists in this time frame as to how did
19  these sequences that shared nothing in common
10:02:39 20  function in a similar fashion? And they would not
21  know what to do with that.
22  They just said look, I can't make one. I
23  can maybe find you one.
24  BY MS. PATTERSON:
10:02:47 25  Q  All right. So that's what I'm trying to

Page 45

1  get at. You couldn't just make one up. Is that
2  what you're trying to say here?
3  A  I'm saying -- I'm trying to say that as
4  clearly as I can. I'm trying to explain to you what
10:02:57 5  I mean by first principles, what physical chemical
6  properties are. Those are sort of the -- to give
7  you a mechanistic knowledge, that mechanistic
8  understanding of the activities was not there.
9  Q  Okay. Okay. I think we're on the same
10:03:13 10  page now. And I think what I'm understanding you're
11  saying, basically, is when you're saying a priori
12  and first principles, that one of skill in the art
13  in that 1985-1986 time frame did not know how to sit
14  down with a piece of paper and design a chloroplast
10:03:46 15  transit peptide that would function just by choosing
16  individual amino acids and lining them up?
17  A  No.
18  MR. SUKDUANG: Objection; asked and
19  answered.
10:04:01 20  THE WITNESS: As much as, you know, I said
21  it in my own words, I think that we're saying the
22  same thing.
23  MS. PATTERSON: Okay. Thank you.
24  MR. SUKDUANG: We've been going about an
10:04:10 25  hour. Is it a good time for a break now?

12 (Pages 42 to 45)

Kenneth Keegstra                                                    March 25, 2003
                        Chicago, IL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF MISSOURI

 3                       EASTERN DIVISION

 4                  C.A. No. 4:01CV01825CDP

 5   MONSANTO COMPANY and MONSANTO      )

 6   TECHNOLOGY, LLC,                   )

 7                       Plaintiffs,    )

 8           vs.                        )

 9   BAYER CROPSCIENCE, LP,             )

10                       Defendant.     )

11

12           The deposition of KENNETH KEEGSTRA,

13   Ph.D., called by the Defendant for examination,

14   taken pursuant to the Federal Rules of Civil

15   Procedure of the United States District Courts

16   pursuant to the taking of depositions, taken

17   before Linda D. Hansen, CSR, RDR, CRR, a Notary

18   Public within and for the County of DeKalb, State

19   of Illinois, at Suite 3500, 321 North Clark

20   Street, Chicago, Illinois, on Tuesday, March 25,

21   2003, commencing at 9:25 o'clock a.m.

22

23

24

25
```

                        Alderson Reporting Company, Inc.
     1111 14th Street, N.W. Suite 400  1-800-FOR-DEPO  Washington, DC 20005

RESTRICTED CONFIDENTIAL                A190                           MGA0059420

REDACTED VERSION – PUBLICLY FILED

Pages A191 through A192
REDACTED



US00RE36449E

## United States Patent [19]
### Lebrun et al.

[11] E     Patent Number:     Re. 36,449
[45]       Reissued Date of Patent:     Dec. 14, 1999

[54] **CHIMERIC GENE FOR THE TRANSFORMATION OF PLANTS**

[75] Inventors: Michel Lebrun, Montpellier, France; Bernard Leroux, Raleigh, N.C.; Alain Sailland, Lyons, France

[73] Assignee: Rhone-Poulenc Agro, Lyons, France

[21] Appl. No.: 09/025,082

[22] Filed: Feb. 17, 1998

**Related U.S. Patent Documents**
Reissue of:
[64] Patent No.:     5,510,471
    Issued:          Apr. 23, 1996
    Appl. No.:       08/251,621
    Filed:           May 31, 1994

U.S. Applications:

[63] Continuation of application No. 07/846,211, Mar. 4, 1992, abandoned.

[30] **Foreign Application Priority Data**

Mar. 5, 1991 [FR] France ................. 9102872

[51] Int. Cl.$^6$ ............... A01H 5/00; C07H 17/00; C12N 15/00; C12N 15/29
[52] U.S. Cl. ............... 800/298; 800/317.3; 800/320.1; 800/322; 800/278; 536/23.4; 536/23.6; 435/69.1; 435/69.7
[58] Field of Search ............... 800/298, 278, 800/320.1, 322, 317.3; 536/23.4, 23.6; 435/69.1, 419

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/252.33 |
| 4,801,540 | 1/1989 | Hiatt et al. | 435/411 |
| 4,940,835 | 7/1990 | Shah et al. | 800/288 |
| 4,962,028 | 10/1990 | Bedbrook et al. | 800/278 |
| 5,073,677 | 12/1991 | Heimer et al. | 800/300 |
| 5,188,642 | 2/1993 | Shah et al. | 47/58.1 |
| 5,254,799 | 10/1993 | De Greve et al. | 800/302 |
| 5,258,300 | 11/1993 | Glassman et al. | 800/288 |
| 5,312,910 | 5/1994 | Kishore et al. | 536/23.2 |
| 5,349,123 | 9/1994 | Shewmaker | 800/284 |
| 5,349,127 | 9/1994 | Dean et al. | 800/288 |
| 5,367,110 | 11/1994 | Galili et al. | 800/300 |
| 5,463,175 | 10/1995 | Barry et al. | 800/300 |
| 5,489,520 | 2/1996 | Adams et al. | 800/293 |
| 5,498,544 | 3/1996 | Gengenbach et al. | 435/320.1 |
| 5,498,830 | 3/1996 | Barry et al. | 800/281 |
| 5,530,188 | 6/1996 | Ausich et al. | 800/282 |
| 5,538,878 | 7/1996 | Thomas et al. | 800/288 |
| 5,554,798 | 9/1996 | Lundquist et al. | 800/300.1 |
| 5,559,024 | 9/1996 | Leroux et al. | 435/252.3 |
| 5,597,717 | 1/1997 | Guerineau et al. | 800/288 |
| 5,608,149 | 3/1997 | Barry et al. | 800/284 |
| 5,618,988 | 4/1997 | Hauptmann et al. | 800/282 |
| 5,633,444 | 5/1997 | Guerineau et al. | 800/300 |
| 5,646,024 | 7/1997 | Leemans et al. | 435/6 |
| 5,684,238 | 11/1997 | Ausich et al. | 800/298 |
| 5,717,084 | 2/1998 | Estrella et al. | 536/23.4 |
| 5,719,046 | 2/1998 | Guerineau et al. | 435/468 |
| 5,728,925 | 3/1998 | Estrella et al. | 800/300 |
| 5,750,875 | 5/1998 | Stalker | 800/284 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0 189 707 B1 | 8/1986 | European Pat. Off. . |
| 0 218 571 B1 | 4/1987 | European Pat. Off. . |
| WO 88/02402 | 4/1988 | WIPO . |

**OTHER PUBLICATIONS**

Keegstra et al., Annu Rev Plant Physiol Plant Mol Biol 40:471–501, 1989.

Ostrem et al., J. Biol. Chem. 264:3662 (1989).

Chan et al., EMBO Journal 9:333 (1990).

B. Reiss et al (1989), "Effect of Mutations on the Binding and Translocation Functions of a Chloroplast Transit Peptide", *Proc. Natl Acad Sci USA*, 86:886–890.

B. Mazur et al (1989), "The Development of Herbicide Resistant Crops", *Annu. Rev. Plant Physiol Plant Mol. Biol* 40:441–470.

S. Smeekens et al (1990) "Protein Transport into and Within Chloroplasts", TIBS 15:73–76.

LeBrun et al "Nucleotide Sequence of a Gene Encoding Corn Ribulose–1,5 Bisphosphate Carboxylase/Oxygenase Small Subunit (rbcs)", *Nucleic Acids Research*, vol. 15, No. 10 (1987), p. 4360.

Waksman "Nucleotide sequence of a gene encoding sunflower ribulose–1,5Bisphosphate carboxylase/oxygenase small subunit (rbcs)", *Nucleic Acids Research*, vol. 15, No. 17 (1987), p. 7181.

L. Comai, et al (1988), "Chloroplast Transport of a Ribulose Bisphosphate Carboxylase Small Subunit–5–Enolpyruvyl 3–Phosphoshikimate Synthase Chimeric Protein Requires Part of the Mature Small Subunit in Addition to the Transit Peptide", *The Journal of Biological Chemistry* vol. 263, No. 29 Issue of Oct. 15, pp. 15104–15109.

Wasmann, Reiss, Bartlett and Bohnert, (1986) "The Importance of the Transit Peptide and the Transported Protein for Protein Import into Chloroplasts", *Mol Gen Genet*, 205: 446–453.

J. Bennett, (1982), "Sic Transit Peptide", *Trends in Biotechnology*, Elsevier Biomedical Press.

(List continued on next page.)

*Primary Examiner*—Elizabeth F. McElwain
*Attorney, Agent, or Firm*—Connolly and Hutz

[57]     **ABSTRACT**

Chimeric gene for conferring to plants an increased tolerance to a herbicide having as its target EPSPS comprises, in the direction of transcription, a promoter region, a transit peptide region, a coding sequence for glyphosate tolerance and a polyadenylation signal region, wherein the transit peptide region comprises, in the direction of translation, at least one transit peptide of a plant gene encoding a plastid-localised enzyme, a partial sequence of the N-terminal mature part of a plant gene encoding a plastid-localised enzyme and then a second transit peptide of a plant gene encoding a plastid-localised enzyme. Production of glyphosate-tolerant plants is disclosed.

17 Claims, No Drawings

OTHER PUBLICATIONS

J. Bryant, (1985), "Targetting Proteins Into Subcellular Organelles", *Trends in Biotechnology, Elsevier Biomedical Press*, p. 13.
E. Bell & L. McIntosh, (1984) "Molecular Basis of Transit Peptide Function", *Annual Mtg. of the Am.Soc.Plant Phys., Davis.*
S. Smith et al., (1983), "Characterization of three cDNA clones encoding different mRNAs for the precursor to the small subunit of wheat ribulose bisphosphate carboxylase", *Nucleic Acids Research*, vol. 11 No. 24 pp. 8719–34.
A. Cashmore et al (1985) "Import of Polypeptides into Chloroplasts", *Bio/Technology*, vol. 3 Sep. 1985 pp. 803–07.
G. Van de Broeck et al, (1985), "Targeting of a Foreign Protein to Chloroplasts by Fusion to the Transit Peptide from the Small Subunit of Ribulose 1,5-bisphosphate Carboxylase", *Nature (Lond)*, vol. 313 pp. 358–63.
R. Broglie et al., (1983), "Structural Analysis of Nuclear Genes Coding for the Precursor to the Small Subunit of Wheat Ribulose–1,5 Bisphosphate Carboxylase", *Bio/Technology*, Mar. 1983 pp. 55–61.
B. Reiss et al, (1985), "Transport of Foreign Proteins into Chloroplasts; Functional Domains of the Rbcs Transit Peptide", *3d Joint Meeting of Biochemical Societies, Basel*, vol. 36 p. 839.
G. Coruzzi et al, (1983) "Expression of Nuclear Genes Encoding the Small Subunit of Ribulose–1,5–Bisphosphate Carboxylase", *NATO Adv. Sci. Inst. Serv. A*, pp. 47–59.
B. Leroux et al, (1988), "A New Selectable Marker to Study Gene Expression in Plants", *Journal of Cellular Biochemistry*, Abstract L513 at p. 201.
B. Martineau et al, (1988), "Expression of a C3 Plant Rubisco SSU Gene in Regenerated C4 Plants", *Journal of Cellular Biochemistry*, Abstract L514 at p. 201.
P.H. Schreier et al, (1985), "The Use of Nuclear–Encoded Sequences to Direct the Light–Regulated Synthesis and Transport of a Foreign Protein into Plant Chloroplasts", *MBO Journal*, vol. 4, No. 1, pp. 25–32.
Reiss, B.; Wasmann C. C; Bohnert H.J.; Mol. Gen. Genet 209, (1), pp. 116–121; 1987*Abstract 1.
Kuntz M; Simons A., Schell J.; Schreier P.H., Mol. Gen. Genet 205 (3); 454–460 1986 (Recd. 1987), 454–460, Coden Meggeae Issn: 0026–8925* Abstract 2.
Schreier, P.H., Philos. Trans. R. Soc. London B. Biol. Sci. 313 (1162), 429–432, 1986, "Use of Chimeric Genes Harboring . . . Chloroplasts"*Abstract 3.
Kloesgen R. B., et al., Mol. Gen Genet 203 (2), 237–244, 1986 "Molecular Analysis of the Waxy Locus of *Zea Mays*" * Abstract 4.
Schreier P. H. et al.; Impact Gene Transfer Tech. Eukaryotic Cell Biol; (1984) 91–102, The chloroplast genome, its interaction with the nucleus and the modification of chloroplast metablosim *Abstract 6.
Cioppa, G. della, et al., Bio/Technology, (1987) vol. 5, No. 6, pp. 579–584, 18 ref. "Targeting a herbicide–resistant enzyme . . . higher plants"* Abstract 7.
Della–Cioppa G., et al, Proc. Natl. Acad. Sci USA 83 (18), 6873–6877, 1986 "Translocation of the Precursor . . . Higher Plants In–Vitro"* Abstract 8.
Della–Cioppa G., et al; Fed. Proc. Fed. Am. Soc. Exp. Biol.; (1987) 46 (6): 2109 "Targeting of a glyphosate–resistant . . . chloroplasts of higher plants"* Abstract 9.
Della–Cioppa G. et al.; Bio/Technology; (1987) 5 (6): 579–84 Targeting a Herbicide–Resistent . . . Higher Plants* Abstract 10.
Scherer D. E., et al., Plant Mol Biol 9 (2) 127–134, 1987 "Isolation of a Complementary DNA . . . Spinach"* Abstract 11.
Rose R. E. et al; Nucleic Acids Res., 15 (17): 7197 "The Nucleotide Sequence of a cDNA . . . Compestris Seeds"* Abstract 12 (1987).
Pichersky E.; et al., Gene 40 (2–3), 247–258, (1985) "Molecular Characterization and Genetic . . . Esculentum Tomato"* Abstract 13.
Lamppa G. K., et al., Mol. Cell Biol 5 (6) 1370–1378, 1985 "Structure and Developmental Regulation . . . Polypeptide"* Abstract 14.
Broglie, R., et al., Bio/Technology, (1983) vol. 1, No. 1, pp. 55–61, "Structural Analysis of Nuclear Genes . . . Carboxylase"* Abstract 16.
Coruzzi, Gloria, et al., J. Biol. Chem. (1983), 258(3), 1399–402, "Nucleotide Sequences of two pea cDNA . . . Polypeptide"* Abstract 17.
Timko, Michael, P., et al., UCLA Symp. Mol. Cell. Biol., New Ser. (1983), 12 (Plant Mol. Biol). 403–12, "Nuclear Genes Encloding . . . Complex From Pea"* Abstract 18.
Smeekens, S., et al., Plant Mol Biol 7 (6), 433–440, 1986 "Silene–Pratensis Complementary DNA . . . Carboxylase"* Abstract 20.
Smeekens S., et al., Plant Molecular Biology, (1987), vol. 9, No. 4, pp. 377–388, "Import Into Chloroplasts . . . Plastocyanin Transit Peptides"* Abstract 21.
Hageman J., et al., Symposium on Plant Systems . . . , Feb. 2–8, 1987, J. Cell Biochem Suppl 0 (11 Part B), 64, "Import of Plastocyanin . . . Chloroplasts"* Abstract 22.
Smeekens S., et al., Cell. 46 (3) 365–376, 1986, "The Role of the Transit Peptide in the Routing of Precursors Toward Different Chloroplast Compartments"* Abstract 23.
Smeekens S., et al., Nature (Lond) 317 (6036) 456–468, 1985 "Sequence of the Precursor . . . Protein Plastocyanin"* Abstract 24.
Smeekens, Sjef, et al., Nucleic Acids Res. (1985), 13(9), 3179–94, "The Plant Ferredoxin precursor . . . cDNA clone"* Abstract 25.
Herrera–Estrella, L. et al., Second European Congress on Cell Biology, Jul. 6–11, 1986, ACTA Biol. Hung 37 (Suppl.), "The Roll of the Transit Peptide . . . Chloroplasts"* Abstract 26.
Dunsmuir, Pamela, Nucleic Acids Res. (1985), 13(7) 2503–18, "The Petuna chlorophyll a/b/ . . . different gene families"* Abstract 41.
Mayfield S.P., Proc. Natl Acad Sci USA 84 (3) 749–753, 1987, "Expression of the Nuclear Gene Encoding . . . Chlamydomonas–Reinhardtii"* Abstract 43.
Rochaix, J.D., et al., Gene Manipulation Plant Improv., Stadler Genet., Symp., 16th (1984) 577–603, "Chlamydomonas reinhardii, a potential model . . . gene manipulation"* Abstract 44.
Bell, Erin, Michigan State Univ., (1987) 121 pp. Avail.: Univ. Microfilms Int., Order No. DA8714299, from: Diss. Abstr. Int. B 1987, 48(3), 654, "A Molecular Analysis of ribulose . . . peptide function"* Abstract 46.
Tyagi A.k. et al., Mol. Gen Genet 207 (2–3), 288–293, 187, "Nucleotide Sequence of complementary DNA . . . Complex From Spinach"* Abstract 47 (1987).

Re. 36,449
Page 3

Hodsperth R.L., et al., Proc Natl Acad Sci USA 83 (9), 2884–2888, 1986, "Genomic and Complementary DNA Clones . . . Members in leaves and roots"* Abstract 48.

Hurt E. C., et al., EMBO (Eur Mol Biol Organ) J 5 (6), 1343–1350, 1986, "The Cleavable Pre–Sequence . . . Polypeptides into yeast mitochondria"* Abstract 49.

Anderson, S., et al., Biochem J 240 (3), 709–716, 1986, "Synthesis of the Small Subunit . . . SP6 Promoter"* Abstract 50.

Nierzwicki–Bauer S.A., et al., Proc. Natl. Acad Sci USA 81 (19), 5961–5965, 1984, "Contranscription of Genes Encoding . . . Cyanobacterium Anabaena"* Abstract 51.

Pinck M., et al., Biochimie (Paris) 66 (7–8), 539–546, 1984, "Complete Sequence of One of the Messenger RNA . . . Carboxylase EC–4.1.1.39 of Nicotiana–Sylvestris"* Abstract 52.

Belford H.S., et al., J. Biol Chem 258 (7), 4503–4510, 1983, "Phycobili Protein synthesis . . . Peptides of Phycocyanin"* Abstract 53.

Martin P.G., et al., Aust J. Bot 31 (4), 395–410, 1983, "The Study of Plant Phylogeny Using Amino–Acid . . . Variability"* Abstract 54.

Berry–Lowe S.L., et al., J. Mol. Appl. Genet 1 (6), 483–498, 1982, "The Nucleotide Sequence Expression . . . Glycine–Max"* Abstract 55.

Ishiye M., et al., FEBS (Fed Eurn Biochem Soc) Lett 124 (2), 233–236, 1981, "The High Iso Electric Point . . . Transit Peptide"* Abstract 56.

Bennett J., Trends in Biochemical Sciences, (1982) vol. 7, No. 8, pp. 269, "Transit Peptide"* Abstract 58.

Kaderbhai, N., et al., Biochem. Soc. Trans. (1987), 15(6), 1143–4, "Expression of the fusion protein . . . *Escherichia coli*"* Abstract 60.

Gatenby, Anthony A., et al., Eur. J. Biochem. (1987), 168(1), 227–31, "Coexpression of both the maize . . . in *escherichia coli*"* Abstract 61.

Stayton, Mark, M., et al., Nucleic Acids Res. (1986), 1424), 9781–96; "A novel chlorophyll a/b/binding . . . precursor protein"* Abstract 62.

Broeck, G. van den et al., Nature, UK, (1985) vol. 313, No. 6001, pp. 358–363, "Targeting of a foreign protein . . . carboxylase"* Abstract 27.

Van Montagu, et al., Prod. Agents Ther. Genie Genet., Symp Satell. (1986), Meeting Date 1985, 59–63, "Plant Genetic Engineering, Present Techniques & prospects"* Abstract 29.

Herrera–Estralla, Mol. Biol. Photosynth. Appar. (1985), 397–405. "Use of chimeric genes to study light–inducible . . . Carboxylase"* Abstract 30.

Wasmann C. C., et al., Annual Meeting of the American Society of Plant Physiologists, St. Louis, Missouri, Jul. 19–23, 1987, Plant Physiol 83 (4 Suppl). 1987, 55., "The Transit Peptide of the Precursor . . . Functional Regions"* Abstract 34.

Lubben, T.H., Proc Natl. Acad. Sci. USA 83 (15):5502–06 1986, "Efficient In–Vitro Import of a Cytosolic . . . Chloroplasts"* Abstract 35.

Keegstra K., et al., Symposium on Plant Membranes: Structure, Function, Biogenesis Held at the 16th Annual UCLS Meeting on Molecular and Cellular Biology, Feb. 8–13, 1987, J. Cell. Biochem Suppl 0 (11 Part B), 1987, 75, "Targeting of Proteins into Chloroplasts"* Abstract 36.

Kohorn B. D., et al., Plant physiol (Bethesda) 82 (4), 1172–1174, 1986, "Chloroplast Import of Light–Harvesting . . . Transit Peptides"* Abstract 38.

Karlin–Neuman, G.A., et al., EMBO (Eur. Mol. Biol. Organ) J, 5 (1) 9–14, 1986, "Transit Peptides of Neclear–Encoded . . . Acid Framework"* Abstract 39.

Stiekema, Willem J., et al. Nucleic Acids Res. (1983), 11(22), 8051–61, "Nucleotide Sequence Encoding . . . from *Lemna gibba* L.G–3"* Abstract 40.

Re. 36,449

# CHIMERIC GENE FOR THE TRANSFORMATION OF PLANTS

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

This is a continuation of application Ser. No. 846,211 filed on Mar. 24, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

The present invention relates to novel transit peptide DNA sequences, to novel chimeric genes and to their use in plants for conferring to them an increased tolerance to herbicides in general especially to those of the phosphonomethylglycine family. It also relates to the plant cells transformed by these genes, to the transformed plants regenerated from these cells as well as to the plants derived from crossbreedings using these transformed plants.

Glyphosate, sulfosate or fosametine are broad-spectrum systemic herbicides of the phosphonomethyl-glycine family. They act essentially as competitive inhibitors of 5-(enolpyruvyl)shikimate-3 phosphate synthase (EC 2.5.1.19) or EPSPS in relation to PEP (phosphoenolpyruvate). After their application to the plant, they are translocated inside the plant where they accumulate in the rapidly growing parts, in particular the caulinary and root apexes, causing the deterioration and even the destruction of sensitive plants.

Plastidial EPSPS, the main target of these products, is an enzyme of the aromatic amino acid biosynthesis pathway which is encoded by one or more nuclear genes and synthesised in the form of a cytoplasmic precursor and then imported into the plastids where it accumulates in its natural form.

The tolerance of plants to glyphosate and to products of the family is obtained by the stable introduction inside their genome of an EPSPS gene of plant or bacterial origin mutant or nonmutant with respect to the characteristics of the inhibition of the product of these gene by glyphosate. Given the mode of action of glyphosate and the degree of tolerance to glyphosate of the product of the genes used, it is useful to be able to express the product of translation of this gene so as to permit its substantial accumulation in plastids.

It is known, for example from U.S. Pat. No. 4,535,060, to confer to a plant a tolerance to a herbicide of the above-mentioned type, in particular N-(phosphonomethyl)glycine or glyphosate, by introducing into the plant genome a gene encoding an EPSPS carrying at least one mutation making this enzyme more resistant to its competitive inhibitor (glyphosate), after localisation of the enzyme in the plastidial compartment. However, these techniques need to be improved in order to achieve greater reliability in the use of these plants under agronomic conditions.

## SUMMARY OF THE INVENTION

In the present invention, "plant" is understood as meaning any differentiated multicellular organism capable of photosynthesis and "plant cell" any cell derived from a plant and capable of forming undifferentiated tissues such as calluses or differentiated tissues such as embryos or plant sections, plants or seeds.

The subject of the present invention is the production of transformed plants having an increased tolerance to herbicides in general and especially to those of the phosphonomethylglycine family by regenerating cells transformed by means of novel chimeric genes comprising a gene for tolerance to these herbicides. The invention also relates to these novel chimeric genes, to the novel transit peptides which they contain as well as to the plants containing them which are made more tolerant by an accumulation of the mutant enzyme, in its mature form, in the plants.

More particularly, the subject of the invention is a chimeric gene for conferring to plants an increased tolerance to a herbicide whose target is EPSPS, comprising, in the direction of transcription, a promoter region, a transit peptide region, a sequence of a gene encoding a glyphosate tolerance enzyme and an untranslated polyadenylation signal region at the 3' terminus, where the transit peptide region comprises, in the direction of transcription, a transit peptide of a plant gene encoding a plastid-localised enzyme, a partial sequence of the N-terminal mature part of a plant gene encoding a plastid-localised enzyme and then a second transit peptide of a plant gene encoding a plastid-localised enzyme.

The invention also relates to any DNA sequence of the transit peptide region defined above.

The transit peptides which can be used in the transit peptide region may be known per se and may be of plant origin, for example, derived from maize, sunflower, peas, tobacco or the like. The first and the second transit peptides may be identical, analogous or different. They may in addition each comprise one or more transit peptide units. A sequence derived from the SSU of the ribulose 1,5-diphosphate carboxylate oxygenase (RuBisCo) gene is preferably used.

The partial sequence of the N-terminal mature part is derived from a plant gene encoding a plastid-localised enzyme, such as for example a maize, sunflower or pea gene or the like, it being possible for the original plant species to be identical, analogous or different from that from which the first and second transit peptides are derived respectively. Furthermore, the partial sequence of the mature part may comprise a varying number of amino acids, generally from 10 to 40, preferably from 18 to 33. A sequence derived from the SSU of the ribulose 1,5-diphosphate carboxylase oxygenase (RuBisCO) gene is preferably used.

Construction of the entire transit region may be carried out in a manner known per se, in particular by fusion or any other suitable means. The role of this characteristic region is to enable the release of a mature, native protein with a maximum efficiency.

The coding sequence for herbicide tolerance which may be used in the chimeric gene according to the invention encodes a mutant EPSPS having a degree of glyphosate tolerance. This sequence, obtained in particular by mutation of the EPSPS gene, may be of bacterial origin, for example derived from Salmonella typhymurium (and called in the text which follows "AroA gene"), or of plant origin, for example from petunia or from tomatoes. This sequence may comprise one or more mutations, for example the Pro 101 to Ser mutation or alternatively the Gly 96 to Ala mutations.

The promoter region of the chimeric gene according to the invention may consist advantageously of at least one promoter on a fragment thereof of a gene which is expressed naturally in plants, that is to say promoters of viral origin such as that of 35S RNA of the cauliflower mosaic virus (CaMV35S) or of plant origin such as the small subunit of the ribulose 1,5-diphosphate carboxylate (RuBisCO) gene of a crop such as maize or sunflower.

The untranslated polyadenylation signal region at the 3' terminus of the chimeric gene according to the invention

| 3 | 4 |

may be any origin, for example bacterial, such as the nopaline synthase gene, or of plant origin, such as the small subunit of the maize or sunflower RuBisCO.

The chimeric gene according to the invention may comprise, in addition to the above essential parts, an untranslated intermediate region (linker) between the promoter region and the coding sequence which may be of any origin, bacterial, viral or plant.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

EXAMPLE 1

Construction of a Chimeric Gene

The construction of the chimeric gene according to the invention is carried out using the following elements:

1) "Double CaMV" promoter (that is to say part of which has been duplicated): The CaMV35S promoter was isolated by Odell et al (1985). A clone, pJO5-2, containing about 850 bp upstream of the site of initiation of transcription was cut with EcoRI-HindIII, the ends of this isolated fragment were made blunt using Klenow polymerase and the fragment inserted at the HindII site of the vector pUC19 (Yannish-Perron et al., 1985). This promoter was digested with ClaI, the ends filled using Klenow polymerase and then redigested with HindIII. A HindIII-EcoRV fragment, isolated from the same initial promoter, was introduced between these two sites. The promoter thus obtained possesses a double amplification region upstream of the regulatory elements of the CaMV35S promoter. It was introduced in the form of a HindIII-EcoRI fragment into the vector pRPA-BL 150 A alpha 2, described in French Patent Application 88/04130, cut with HindIII and EcoRI.

2) Transfer region: the two transit peptides as well as the mature protein elements used are derived from the cloned cDNA of the small subunit of the gene of maize RuBisCO whose gene has been described by Lebrun et al. (1987), and from the cloned cDNA of the small subunit of the gene of sunflower RuBisCO, isolated by Waksman et al. (1987). More specifically, the transit region, called optimised transit peptide, comprises, in the direction of translation.

a transit peptide of the small subunit of sunflower RuBisCO,

an N-terminal sequence of 22 amino acids of the mature part of the small subunit of maize RuBisCO,

a transit peptide of the small subunit of maize RuBisCO.

The construct using this optimised transfer peptide is called pRPA-BL 410.

Other similar sequences may be used which contain sequences of 10 to 40 and preferably 18 and 33 amino acids respectively.

In order to provide a comparative element, another construction was carried out using a first transit peptide and the same mature sequence part but without a second transit peptide, according to the prior art (pRPA-BL 294).

3) Structural gene: it is derived from the mutant gene at the position (Pro 101 to Ser) of EPSPS of Salmonella typhymurium isolated by Stalker et al. (1985). The pMG34-2 clone (provided by Calgene) was linearised with XbaI and then treated with Vigna radiata nuclease. After recutting with SmaI, the two blunt ends were ligated. The clone obtained possess an NcoI site in the initiator ATG as well as a 17-bp SalI site downstream of the stop codon. This clone was called pRPA-BL 104.

4) Polyadenylation signal region: the fragment is derived from the nopaline synthase gene of pTi37 (Bevan et al.,

1983). This site is contained in a 260-bp Mbol fragment (Fraley et al., 1983; Patent Application PCT 84/02913) which was treated with Klenow polymerase and cloned in the SmaI site of M13 mp 18 in order to introduce the BamHI and EcoRI sites at the 5' and 3' ends respectively.

After cutting with BamHI and treating with Vigna radiata nuclease followed by cutting with EcoRI and treating with Klenow polymerase, the resulting fragment was introduced in the vector p-BL 20 (cf. French Patent Application 88/04130), cut by XbaI and BamHI and treated with Klenow polymerase. After recutting with SalI and SstI, a fragment of about 0.4 kbp containing the 3' nos sequence on the side of the SalI site and the right end on the T-DNA side of the SstI site is obtained.

The assembly of the various elements was carried out in the following manner:

"Transit peptide of the SSU of the maize RuBiCO/AroA gene" fusion:

The transit peptide of the SSU of the maize RuBisCO gene is derived from a 192-bp EcoRI-SphI fragment obtained from the cDNA corresponding to the SSU gene of the maize RuBisCO gene, described by Lebrun et al. (1987), possessing an NcoI site spanning the initiation codon for translation and an SphI site corresponding to the cleavage site of the transit peptide.

Translational fusion is obtained between the maize transit peptide and the bacterial EPSPS gene by treating the SphI end with bacteriophage T4 polymerase and by ligating it with the Klenow polymerase-treated NcoI end of the AroA gene from pRPA-BL 104, recut with EcoRI.

Transit peptide of the SSU of maize RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene fusion.

Similarly, a 228-bp EcoRI-HindIII fragment of the cDNA of the SSU of the maize RuBisCO gene is ligated with the Klenow polymerase-treated NcoI end of the AroA gene from pRPA-BL 104 and recut with EcoRI. A translational fusion is obtained between the transient peptide of the SSU of maize RuBisCO, the 22 amino acids of the mature part of the SSU of maize RuBisCO and the bacterial EPSPS gene.

Transit peptide of the SSU of sunflower RuBisCO:

The fragment is derived from the cDNA isolated by Waksman and Freyssinet (1987). An SphI site was created at the cleavage site of the transit peptide according to the method of Zoller and Smith (1984). The transit peptide of the SSU of sunflower RuBisCO thus obtained is a 171-bp EcoRI-SphI fragment.

Transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene fusion:

The construct containing the transit peptide of the SSU of maize RuBisCO/sequence of 22 amino acids of the SSU of maize RuBisCO of the mature part of the maize gene fusion was cut with 171-bp EcoRI-SphI corresponding to the transit peptide of the SSU of sunflower RuBisCO. A resulting construct exhibits a substitution of the EcoRI-SphI fragments and is a translational fusion "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene".

The EcoRI-SalI fragment was ligated with the SalI-SstI fragment containing the 3' nos sequence and the right end of the T-DNA. The resulting EcoRI-SstI fragment, comprising "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene/3' nos/T-DNA right end", is substituted for the EcoRI-SstI fragment containing the right end of the T-DNA of the plasmid 150 A alpha 2 containing the

5

double CaMV promoter. The transcriptional fusion "double CaMV/transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the mature part of the SSU of maize RuBisCO/AroA gene/3' nos" in the vector 150 A alpha 2 was called pRPA-BL 294. "Transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of maize RuBisCO/transit peptide of the SSU of maize RuBisCO/AroA gene" fusion.

The above construct is cut with NcoI-HindIII, releasing the AroA gene. Next it is ligated with a 1.5 kbp NcoI-HindIII fragment containing the "transit peptide of the SSU of maize RuBisCO/AroA gene" fusion. A resulting construct exhibits a substitution of the NcoI-HindIII fragments and is a translational fusion "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene".

The EcoRI-SalI fragment was ligated with the SalI-SstI fragment containing the 3' nos sequence and the rights end of the T-DNA. The resulting EcoRI-SstI fragment comprising "transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene/3' nos/T-DNA right end" is substituted for the EcoRI-SstI fragment containing the right end of the T-DNA of the plasmid 150 A alpha 2 containing the double CaMV promoter. The transcriptional fusion "double CaMV/transit peptide of the SSU of sunflower RuBisCO/sequence of 22 amino acids of the SSU of the RuBisCO of the mature part of the maize gene/transit peptide of the SSU of maize RuBisCO/AroA gene/ 3' nos" in the vector 150 A alpha 2 was called pRPA-BL 410.

EXAMPLE 2

Resistance of the Transformed Plants

1. Transformation:

The vector is introduced into the nononcogenic agrobacterium strain EHA 101 (Hood et al., 1987) carrying the cosmid pTVK 291 (Komari et al., 1986). The transformation method is based on the procedure of Horsh et al. (1985).

2. Regeneration:

The regeneration of the tobacco PBD6 (source SEITA France) using foliar explants is carried out on a Murashige and Skoog (MS) basic medium containing 30 g/l of sucrose and 200 g/ml of kanamycin. The foliar explants are removed from greenhouse- or in vitro-grown plants and transformed according to the foliar disc method (Science 1985, Vol. 227, p. 1229–1231) in three successive stages: the first comprises the induction of shoots on an MS medium supplemented with 30 g/l of sucrose containing 0.05 mg/l of naphthylacetic acid (ANA) and 2 mg/l of benzylaminopurine (BAP), for 15 days. The shoots formed during this stage are then developed by culturing on an MS medium supplemented with 30 g/l of sucrose, but not containing hormone, for 10 days. The developed shoots are then removed and they are cultured on an MS planting medium containing half the content of salts, vitamins and sugars and not containing hormone. After about 15 days, the deeply-rooted shoots are placed in soil.

3. Measurement of the glyphosate tolerance:

a) In vitro: the tolerance is measured by weighting the mass of calluses extrapolated to 100 foliar discs of 0.5 cm in diameter, after 30 days of growth on an MS medium supplemented with 30 g/l of sucrose, 0.05 mg/l of naphthaleneacetic acid and 2 mg/l of BAP containing 35 ppm of glyphosate and 200 micrograms/ml of kanamycin. Under

6

these conditions, it is observed that for the tobacco plants modified by the chimeric gene of pRPA BL 410 according to the invention, the mass of calluses is 34 g whereas for the plants modified by the chimeric gene without a second transit peptide, the mass is only 12 g.

b) In vivo: 30 plants derived from the regeneration of the tobaccos transformed using pRPA-BL 294 and pRPA-BL 410 respectively are transferred to a greenhouse and treated at the 5-leaf stage by spraying with an aqueous suspension at a dose corresponding to 0.6 kg/ha of glyphosate (Round up). After 21 days, a phenotypic examination is carried out of the plants relative to untransformed control plants. Under these conditions, it is observed that the plants transformed using pRPA-BL 410 possess a negligible phytotoxicity whereas the control plants are completely destroyed; moreover, the plants transformed using a chimeric gene, which differs from the preceding one by the absence of a second transit peptide, possess a phytotoxicity of not less than 30% destruction.

These results clearly show the improvement brought by the use of a chimeric gene according to the invention for the same gene encoding the glyphosate tolerance.

The transformed plants according to the invention may be used as parents for producing lines and hybrids having an increased tolerance to glyphosate.

EXAMPLE 3

Spring colzas, Westar cultivar, resistant to glyphosate, were obtained using the method of BOULTER et al., 1990 (Plant Science, 70; 91–99), with pRPA-BL 410. These plants were resistant to a greenhouse treatment with glyphosate at 400 g a.s/ha, a treatment which destroys nontransgenic plants.

We claim:

1. A nucleic acid construct which codes for a polypeptide sufficient for localization of a gene product in a chloroplast of a plant cell which polypeptide comprises a fusion which in the direction of translation comprises a first chloroplast transit peptide from a ribulose-1,5-biphosphate carboxylate small subunit, an N-terminal domain of a mature ribulose-1,5-bisphosphate carboxylate small and subunit protein and a second chloroplast transit peptide from a ribulose-1,5-bisphosphate carboxylate small subunit.

2. The nucleic acid construct of claim 1 wherein said first chloroplast transit peptide and said second chloroplast transit peptide have identical amino acid sequences.

3. The nucleic acid construct of claim 1 wherein said first chloroplast transit peptide and said second chloroplastic transit peptides each have different amino acid sequences.

4. The nucleic acid construct of claim 1 wherein said first or second transit peptide is a transit peptide of a maize ribulose-1,5-bisphosphate carboxylate small subunit.

5. The nucleic acid construct of claim 1 wherein said N-terminal domain is an N-terminal domain of a mature maize ribulose-1,5-bisphosphate carboxylate small subunit.

6. The nucleic acid construct of claim 1 wherein said first or second transit peptide and said N-terminal domain are from the same 1,5-bisphosphate carboxylase small subunit protein.

7. The nucleic acid construct of claim 1 wherein said first or second transit peptide is a transit peptide of a sunflower ribulose-1,5-bisphosphate carboxylate small subunit.

8. The nucleic acid construct of claim 1 wherein said N-terminal domain is an N-terminal domain of mature sunflower ribulose-1,5-bisphosphate carboxylase small subunit.

Re. 36,449

7

9. The nucleic acid construct [of any] of claim[s] 1, [5, 6 or 8] wherein said N-terminal domain comprises about 10 to about 40 amino acids.

10. The nucleic acid construct [of any] of claim [1,] 5, [6 or 8] wherein said N-terminal domain comprises about 18 to about 33 amino acids.

11. A nucleic acid construct which codes for a polypeptide sufficient for localization of a gene product in a chloroplast of a plant cell which polypeptide comprises a fusion which in the direction of translation comprises a first chloroplast transit peptide from a sunflower ribulose-1,5-bisphosphate carboxylase small subunit, approximately 22 amino acids from the N-terminal region of a mature maize ribulose-1,5-bisphosphate carboxylate small subunit and a second chloroplast transmit peptide from a maize ribulose-1,5-bisphosphate carboxylate small subunit.

12. A plant which comprises in its genome a nucleic acid sequence encoding a transit peptide region, wherein the nucleic acid sequence encoding the transit peptide region comprises, in the direction of transcription,

a) a transit peptide sequence of a ribulose-1,5-bisphosphate carboxylase oxygenase small subunit,

b) a sequence encoding an N-terminal domain from a mature ribulose-1,5-bisphosphate carboxylase oxygenase small subunit, and

c) a transit peptide sequence of a ribulose-1,5-bisphosphate carboxylase oxygenase small subunit.

13. A plant as claimed in claim 12, wherein the N-terminal domain comprises 10–40 amino acids.

14. A plant as claimed in claim 13, wherein the N-terminal domain is from maize, sunflower, pea or tobacco.

8

15. A plant which contains in its genome a nucleic acid sequence encoding a transit peptide region, wherein the nucleic acid sequence encoding the transit peptide region comprises in the direction of transcription,

a) a transit peptide sequence of sunflower ribulose-1,5-bisphosphate carboxylase oxygenase small subunit,

b) a sequence encoding an N-terminal domain of a mature maize ribulose-1,5-bisphosphate carboxylase oxygenase small subunit, and

c) a transit peptide sequence of maize ribulose-1,5-bisphosphate carboxylase oxygenase small subunit.

16. A plant transformation vector comprising nucleic acid sequence encoding a transit peptide region, wherein the nucleic acid sequence encoding the transit peptide region comprises, in the direction of transcription,

a) a transit peptide sequence of a ribulose-1,5-bisphosphate carboxylase oxygenase small subunit,

b) a sequence encoding an N-terminal domain from a mature ribulose-1,5-bisphosphate carboxylase oxygenase, and

c) a transit peptide sequence of a ribulose-1,5-bisphosphate carboxylase oxygenase small subunit.

17. A plant transformation vector as claimed in claim 16, wherein the transit peptide sequence a) is a sunflower transit peptide sequence, the N-terminal domain comprises 10–40 amino acids from a mature ribulose-1,5-bisphosphate carboxylase oxygenase, and the transit peptide sequence c) is a maize transit peptide sequence.

\* \* \* \* \*

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on January 11, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Robin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on January 19, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1