REDACTED VERSION – PUBLICLY FILED

4,940,835

25

The glyphosate solution used was measured as pounds of glyphosate acid equivalents per acre, mixed as the glyphosate isopropylamine salt, with an ionic surfactant.

Four individual wild-type (non-transformed) petunia plants were selected for use as control plants. Four individual transformed plants containing the pMON546 vector were selected for use as kanamycin resistance as described in Horsch et al. 1985.

The control plants and the transformed plants were sprayed with the isopropylamine salt of glyphosate at the application level listed in Table 2 below; the experimental results obtained are also summarized in Table 2.

TABLE 2

| Plant Response to Glyphosate Spraying | | |
|---|---|---|
| Plant Type | Glyphosate Dose* | Visual Appearance |
| Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and started to flower |

*Acid Equivalent

As indicated in Table 2, the control plants were killed when sprayed with 0.4 pounds/acre of glyphosate. In contrast, the petunia plants which were transformed were healthy and viable after spraying with 0.8 pounds/acre. The transformed plants are more resistant to glyphosate exposure than the non-transformed control plants.

EXAMPLE 12: Gly^R Tomato Plants

Transformed tomato plants, VF36 variety are produced from sterile seedlings as described below.

Sterile seedlings of VF36 tomato are grown on water agar. Hypocotyls and cotyledons are excised and cultured for 2 days on MS medium containing B5 vitamins, 30 g/l sucrose and 1 mg/l benzyladenine and 0.1 mg/l indole acetic acid. The seedlings are then infected with the A. tumefaciens vector containing the chimeric EPSPS gene described in Example 2, by immersing for about 30 seconds in a culture of A. tumefaciens containing the chimeric EPSP synthase gene that had been diluted to 10^7 bacteria/ml. Explants are obtained by cutting sections from the seedlings. The explants are blotted dry and incubated as described previously in Example 2 except that the medium contains only 10% of standard concentration of MS salts. After 2 days of coculture, the explants are transferred to selective medium containing 100 μg/ml kanamycin. Transformed tomato plants grow from the explants. Leaves from these plants are tested for glyphosate resistance using a leaf callus assay described below.

Tomato leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene are incubated on callus medium described above containing 0.5 mM glyphosate. After 10 days the control leaves are completely inhibited and showed no

26

signs of callus growth; the leaves from plants transformed with the chimeric EPSPS gene vector produced callus.

EXAMPLE 13: Gly^R Tobacco Plants

Transformed tobacco plants (Samsun variety) were produced and grown by the method described in Example 4, substituting transformed tobacco leaf disks for transformed petunia leaf disks.

Tobacco plants were tested for glyphosate resistance using the method described for tomato plants in Example 5. Tobacco leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene were incubated on callus medium containing 0.5 mM glyphosate.

After 10 days the control tobacco leaves were completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSPS that the chimeric petunia EPSPS gene confers glyphosate resistance to tobacco plants.

EXAMPLE 14: Isolation of Petunia EPSPS Genomic Clone

In order to isolate the entire petunia EPSPS gene, the library of petunia genomic DNA was constructed as described in Example 1-G. Briefly, the chromosomal DNA from the MP4-G cell line was digested with BamHI and cloned into a phage vector, λMG14, to create a library. As described in Example 1-G, one phage clone λF7 was isolated which contains a 4.8 kb BglII fragment that is complementary to pMON9531 cDNA clone. To isolate the remainder of the gene, the genomic library was screened again using as probe the 1.6 kb cDNA insert from pMON9556. The plating of the library and the hybridization procedures were done as described in Example 1-G. Several positive signals were obtained. One isolate was selected for further analysis and was designated as the λF10 phage clone.

The DNA from λF10 was digested separately with BamHI, BglII, EcoRI and HindIII. The DNA was hybridized with nick-translated EPSPS sequences from pMON9531 and pMON9556 in a Southern blot procedure. This indicated that the complementary sequences from λF10 were on 4.8 kb, 2.0 kb and 3.8 kb BglII fragments. DNA sequence analysis of these fragments indicates that these three fragments together contain the entire gene which spans approximately 9 kb of petunia DNA and is interrupted by seven introns (FIG. 6). The promotor fragment of the EPSPS gene contained in the genomic clone, λF10, can be used to express the chimeric EPSPS cDNA or genomic sequences. The fragments containing the introns may also be used to construct additional chimeric EPSPS genes to obtain enhanced levels of the mRNA.

EXAMPLE 15: Isolation of Arabidopsis thaliana Genomic Clone

An Arabidopsis thaliana genomic bank was constructed by cloning size fractionated (15–20 kb), MboI partially digested DNA into BamHI cut lambda EMBL3. Approximately 10,000 plaques of phage from this library were screened with a nick-translated petunia EPSPS probe (pMON9566). A strongly hybridizing plaque, E1, was purified. Southern blots of the EPSPS probe to phage DNA digests identified two fragments which hybridized very strongly The first of these was a 1.0 kb HindIII fragment and the other was a 700 bp

A22

4,940,835

27

BamHI fragment Both of these fragments were sub-cloned into pUC119 and the DNA sequences of the inserts determined.

The sequence data indicated that the phage did contain the Arabidopsis EPSPS gene. The enzyme is highly homologous to the petunia enzyme over the area for which sequence was available. The BamHI fragment was used as a hybridization probe against the phage and Arabidopsis genomic DNA to identify restriction endonuclease fragments suitable for cloning the entire gene. Two BglII fragments of 6.0 and 3.2 kb were identified from the E1 phage clone which, together, contain the entire EPSPS gene. FIG. 6 summarizes the organization of the Arabidopsis clone and compares it to the organization of the Petunia EPSPS gene.

The DNA encoding the amino terminus of the protein is within the 6.0 kb BglII fragment. The exact translational start site can be determined by comparison of the amino acid sequence deduced from the nucleotide sequence to that of the petunia enzyme. Site directed mutagenesis can then be used to introduce a unique EcoRI site immediately upstream of the translational start codon. The entire gene can then be isolated as an EcoRI fragment. This EcoRI fragment can be inserted into the expression vector, pMON530, and the resulting vector used to overexpress the Arabidopsis EPSPS enzyme in plants.

EXAMPLE 16: Isolation of Tomato EPSP cDNA Clone

A cDNA library was constructed from RNA isolated from mature pistils of tomato (*Lycopersicum esculentum* variety VF36) by the methods of Huynh et al. (in: DNA Cloning Techniques: A Practical Approach, IRL Press, D. Glover ed., 1985) and Gubler and Hoffman (*Gene* 25:263–269, 1985). The library was plated on *E. coli* strain BNN102 and filter replicas were made. The filters were hybridized with the 1.9 kb BglII/ClaI fragment of pMON9563 that had been labeled with $^{32}$P (Feinberg and Vogelstein (*Anal. Biochem.* 132:6–13, 1983). Hybridizing plaques were isolated and rescreened by the same method to verify the presence of EPSPS cDNA. The full length tomato EPSPS cDNA was present on two EcoRI fragments of 250 and 1700 bp in one of the cDNA clones (PI). The 250 bp fragment was cloned into the EcoRI site of pUC119 forming pMON9596 The 1700 bp fragment was cloned into pUC19 forming pMON9589 The insert of pMON9596 was sequenced using a dideoxy sequencing kit purchased from Amersham to determine the sequence surrounding the start codon to facilitate mutagenesis. A BglII site was engineered 13 bases upstream of the translation start codon of pMON9596 by the method of Kunkel (Proc. Natl. Acad. Sci. USA 82:488–492, 1985) using the chemically synthesized oligonucleotide:

GCCATTTCTTGTGAAAAAGATCTT-CAGTTTTTC

The insert of the resulting plasmid, pMON9710, was sequenced to verify the correct mutation. The 70 bp BglII/EcoRI fragment of pMON9710 was inserted into pMON316 which had been digested with BglII and EcoRI mPON316 which had been digested with BglII and EcoRI creating pMON9720. The 1700 bp EcoRI fragment of pMON9589 was inserted into the EcoRI site of pMON9720 in the correct orientation to reconsti-

28

tute the EPSPS coding region resulting in pMON9721 (see FIG. 7).

This plasmid was inserted into *A. tumefaciens* cells which contained a helper plasmid, pGV3111-SE. The helper plasmid encodes certain enzymes which are necessary to cause DNA from pMON9721 to be inserted into plant cell chromosomes. It also contains a kanamycin resistance gene which functions in bacteria. *A. tumefaciens* cells containing pMON9721 are used in plant transformation experiments to produce glyphosate resistant cells and plants as previously described in Example 12.

EXAMPLE 17: Isolation of *Brassica napus* cDNA Clone

Total RNA was isolated from *Brassica napus* (cultivar Westar) flowers as follows. Flowers were frozen in liquid nitrogen. After liquid nitrogen had evaporated, flowers were homogenized in extraction buffer (1% tris-isopropylnapthalene sulfonic acid, 6% p-aminosalicylic acid, 100 mM Tris-HCl, pH 7.6, 50 mM EGTA, pH 7.5, 100 mM NaCl, 1% SDS and 50 mM 2-mercaptoethanol) and then extracted with equal volume of a 1:1 mixture of phenol/chloroform. The nucleic acids in the aqueous phase were precipitated with ethanol. The precipitate was dissolved in water and the RNA was precipitated twice with LiCl to a final concentration of 2M. The final RNA pellet was dissolved in water and the RNA was precipitated with ethanol. PolyA RNA was selected by olig-dT cellulose chromatography. The yield of polyA RNA was 1.0 μg/gram of flowers.

The library was constructed using polyA RNA from *Brassica napus* flowers and the method used is described in Example 16. The yield in the library was 90,000 plaques/3 μg polyA RNA. The library was plated at a density of 5000 plaques/plate. The phage DNA was transferred to nitrocellulose filters. The filters were hybridized under low stringency in 35% formamide, 5 X SSC, 300 μg/ml tRNA, 0.1% SDS at 37° C. The insert from pMON9556 was labeled with $^{32}$P by nick-translation and added to the hybridization solution at $2 \times 10^6$ cpm/ml. The filters were washed in 2×SSC at room temperature twice for 15 min each and once at 37° C. for 30 min. A number of positively hybridizing phage were obtained. These phage were picked and re-screened twice at lower plaque densities. The positively hybridizing phage were selected and those containing a full length *B. napus* EPSPS cDNA clone were chosen for further analysis. The full length *B. napus* EPSPS cDNA clone will be modified and inserted into a plant expression vector, pMON530, to create a chimeric CaMV 35S/*B. napus* EPSPS gene.

EXAMPLE 18: Petunia EPSPS Chloroplast Uptake Requires CTP Sequence

A full-length cDNA clone of EPSPS from *P. hybrida* was obtained as described in Example 1. This cDNA clone contains 27 nucleotides of the 5' untranslated leader, 1.5 kb which codes for the 72 amino acid transit peptide plus 444 amino acids of the mature enzyme, and 0.4 kb of the entire 3' flanking sequence. The full-length EPSPS cDNA was cloned as a 2.1 kb BglII-SalI fragment between the BamHI/SalI sites of the plasmid pGEM1 to give plasmid pMON6140 and into PGEM2 to give pMON6145. The EPSPS coding region is transcribed 5' to 3' from the T7 and SP6 promoters, respectively.

Plasmid DNA (pMON6140 and pMON6145) containing the full-length EPSPS cDNA was linearized at

4,940,835

29

a unique Pvu I site located in the 3' untranslated region. The linearized plasmid DNA was transcribed in vitro (uncapped) with SP6 and T7 polymerase essentially as described in Krieg et al, 1984. The standard reaction buffer contained 40 mM Tris-HCl (pH 7.9), 6 mM MgCl₂, 10 mM dithiothreitol, 2 mM spermidine, 80U RNasin ribonuclease inhibitor, 0.5 mM each of ATP, GTP, CTP and UTP, in a final reaction volume of 100 μl. The final RNA pellet was resuspended in 20 μl of sterile water and stored at −80° C. A standard translation reaction contained 100 μl of nuclease-treated rabbit reticulocyte lysate, 5.7 μl of a 19-amino acid mixture (minus methionine) at 1 mM each, 5.7 μl of RNA (total RNA transcripts derived from 0.63 μg of plasmid DNA), 16 μl RNasin (20U/μl) ribonuclease inhibitor, and 58.3 μl of [³⁵S]methionine (14–15mCi/ml). The in vitro translation reaction was run at 30° C. for 90 min. The translation products were stored frozen at −80° C.

Intact chloroplasts were isolated from lettuce (*Latuca sativa*, var. longifolia) by centrifugation in Percoll/ficoll gradients as modified from Bartlett et al (1982). The final pellet of intact chloroplasts was suspended in 0.5 ml of sterile 330 mM sorbitol in 50 mM Hepes-KOH, pH 7.7, assayed for chlorophyll (Arnon, 1949), and adjusted to the final chlorophyll concentration of 4 mg/ml (using sorbitol/Hepes). The yield of intact chloroplasts from a single head of lettuce was 3–6 mg chlorophyll. These chloroplasts were deemed homogeneous based on phase contrast and transmission electron-microscopy.

A typical 300 μl uptake experiment contained 5 mM ATP, 8.3 mM unlabeled methionine, 322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0), 50 μl reticulocyte lysate translation products, and intact chloroplasts from *L. sativa* (200 μg chlorophyll). The uptake mixture was gently rocked at room temperature (in 10×75 mm glass tubes) directly in front of a fiber optic illuminator set at maximum light intensity (150 Watt bulb). Aliquots of the uptake mix (50–125 μl ) were removed at various times and fractionated over 100 μl silicone-oil gradients (in 150 μl polyethylene tubes) by centrifugation at 11,000 ×g for 30 sec. Under these conditions, the intact chloroplasts form a pellet under the silicone-oil layer and the incubation medium (containing the reticulocyte lysate) floats on the surface. After centrifugation, the silicone-oil gradients were immediately frozen in dry ice. The chloroplast pellet was then resuspended in 50–100 μl of lysis buffer (10 mM Hepes-KOH pH 7.5, 1 mM PMSF, 1 mM benzamidine, 5 mM ε-amino-n-caproic acid, and 30 μg/ml aprotinin) and centrifuged at 15,000 ×g for 20 min to pellet the thylakoid membranes. The clear supernatant (stromal proteins) from this spin, and an aliquot of the reticulocyte lysate incubation medium from each uptake experiment, were mixed with an equal volume of 2X NaDodSO₄-PAGE sample buffer for electrophoresis (see below).

NaDodSO₄-PAGE was carried out according to Laemmli (1970) in 12% (w/v) acrylamide slab gels (60 mm×1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm×1.5 mm). The gels were fixed in 30% methanol and 10% acetic acid, dried under vacuum, and taken for direct autoradiography with Kodak XAR-5 X-ray film. Quantitation of bands on the X-ray film was performed using a Hoefer GS-300 scanning densitometer interfaced with a Spectra-Physics SP4100 recording/computer integrator.

To verify that precursor EPSPS (+CTP) is taken up and processed by chloroplasts, the total translation

30

products containing [³⁵S]methionine-labeled pre-EPSPS were incubated with freshly isolated, intact chloroplasts from *L. sativa*. The pre-EPSPS (+CTP) was rapidly translocated into chloroplasts and cleaved to the mature EPSPS of M𝚛α48 kDa. The NaDodSO₄-PAGE autoradiograph revealed the disappearance of the precursor EPSPS from the incubation medium, and the subsequent appearance of a lower molecular weight, mature form in the chloroplast fraction. Some of the mature EPSPS was also present in the incubation medium at 15 minutes due to chloroplast lysis. Post-uptake treatment of the incubation mixture with trypsin and chymotrypsin showed that the pre-EPSPS in the incubation medium was completely degraded, whereas the mature EPSPS in the chloroplast fraction was fully protected. These results indicate that EPSPS was translocated across the chloroplast envelope into a protease inaccessible space. Furthermore, subfractionation of the resolated chloroplasts indicated that the mature EPSPS was localized in the stromal, as opposed to thylakoid, fraction. Based on nucleotide sequence, the predicted molecular weight for the mature *P. hybrida* EPSPS is 47,790 daltons. The M𝚛α48 kDa polypeptide localized in the resolated chloroplast fraction co-migrated during NaDodSO₄-PAGE with the purified mature EPSPS of *P. hybrida*.

In order to show that the CTP is required for uptake, the mature enzyme (lacking the CTP) is isolated from the chloroplast stroma after an initial 15 minute uptake experiment. A mixture of stromal proteins (containing the labeled mature enzyme) was diluted with unlabeled reticulocyte lysate and used in a second uptake experiment with intact chloroplasts. The mature EPSPS (lacking the CTP) was not translocated into chloroplasts, or bound to the outer-envelope membrane, during a 15 minute incubation. As a control experiment, we found that the rate of uptake of pre-EPSPS into chloroplasts was unaffected by the addition of stromal proteins to the incubation mixture. From these data it is concluded that the CTP of EPSPS is required for uptake of the enzyme into chloroplasts.

### EXAMPLE 19: CTP of Petunia EPSPS Facilitates Chloroplast Uptake of Heterologous Protein

The following EPSPS experiments show that the CTP can target a heterologous protein to the stroma compartment. The 72-amino-acid transit peptide of EPSPS was fused to the mature ssRUBISCO from wheat. The mature wheat ssRUBISCO cDNA (Broglie et al 1983) was obtained as an SphI/PstI fragment of ~0.6 kb. This SphI/PstI fragment contains the entire mature wheat ssRUBISCO coding region of 128 amino acids (beginning at the N-Terminal methionine) and 200 bp of the 3' untranslated region. The mature ssRU-BISCO cDNA fragment was fused behind the *P. hybrida* EPSPS CTP cDNA fragment. This fusion was done by joining an EcoRI/SphI fragment of pMON6242 with the wheat ssRUBISCO cDNA. The construct pMON6242 is a derivative of pMON6140 and contains *P. hybrida* EPSPS with an engineered consensus cleavage site for ssRUBISCO. The cleavage site of pMON6140 (ser-val-ala-thr-ala-gln/lys) was changed to gly-gly-arg-val-ser-cys/met in pMON6242. This change introduces an in-frame SphI site which allows CTP switching between ssRUBISCO and EPSPS. The construct pMON6242 has previously been cloned into pGEM-2 and shown to give a chimeric precursor enzyme which is transported into chloro-

A24

4,940,835

**31**

plasts in vitro and proteolytically processed in the correct fashion.

The EcoRI/SphI fragment from pMON6242 was fused to the SphI site from wheat ssRUBISCO and cloned into plasmid pIBI to give pMON6149. In vitro transcription/translation of pMON6149 gave a single polypeptide of the predicted molecular weight for the fusion protein (~23 kD). Chloroplast import assays in vitro showed that the chimeric protein was transported into the stroma and proteolytically cleaved to a final product of ~15 kD (the ssRUBISCO has a molecular weight of 15 kD).

These results show that the EPSPS CTP alone confers sufficient information to target a heterologous protein to the chloroplast stroma.

REFERENCES

Adams, S. P. et al. (1983) *J. Amer. Chem. Soc.* 105: 661
Amrhein, N. et al. (1980) *Naturwissenschafter* 67: 356–357.
Arnon, D.I. (1949) *Plant Physiol.* 24,1–15
Ausubel, F. et al (1980) *Plant Mol. Bio. Newsletter* 1: 26–32.
Barinaga, M. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.
Bartlett, S. G., Grossman, A. R. & Chua N. H. (1982) in *Methods in Chloroplast Molecular Biology*, Elsevier Biomedical Press, New York, pp 1081–1091.
Bevan, M. et al. (1983) *Nature* 304: 184.
Broglie, R. et al. (1983) *Bio/Technology* 1: 55–61.
Comi, L. et al. (1983) *Science* 221: 370–371.
Davis, R. W. et al. (1980) *Advanced Bacterial Genetics*, Cold Spring Harbor Labs, N.Y.
DeCleene, M. and DeLey, J. (1976) *Bot. Review* 42: 389–466.
DePicker, A. et al. (1982) *J. Mol. Appl. Gen.* 1: 561.
Ditta, G. et al (1980) *Pro. Natl. Acad. Sci. Usa* 77:7347
Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081–1091.
Fraley, R. T. et al. (1983) *Proc. Natl. Acad. Sci. USA* 80: 4803.
Goldberg, R. B. et al., (1981) *Devel. Bio.* 83: 210–217.
Hernalsteens, J. P. et al. (1985), *EMBO Journal* 3: 3039–3041.
Herrera-Estrella, L. et al. (1983) *Nature* 303: 209
Hooykaas-Van Slogteren, G. M. S. et al. (1984) *Nature* 311: 763–764.
Horsch, R. B. and Jones, G. E. (1980) *In Vitro* 16: 50 103–108.
Horsch, R. B. et al. (1985) *Science* 227: 1229–1231.
Horsch, R. B. and Klee, H. J. (1986) *Proc. Natl. Acad. Sci USA* 83, 4428–4432.
Hunkapiller, M. W. et al. (1983a) *Methods Enzymol.* 91: 399–413.
Hunkapiller, M. W. et al. (1983b) *Methods Enzymol.* 91: 486–493.
Huynh, T. V. et al, (1985) in *DNA Cloning Techniques: A Practical Approach*, D. Glover (ed.), IRL Press, Oxford, England
Krieg, P. A. & Melton, D. A. (1984) *Nucleic Acids Res.* 12; 7057–7070.
Laemmli, U.K. (1970) *Nature* 227, 680–685.
Lizardi, P.M. (1982) "Binding and Recovery of DNA and RNA using NA-45 DEAE Membrane." Schleicher and Schuell, Inc., Keene, N.H.
Maniatis, T. et al. (1982) *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Labs, N.Y.

**32**

Maxam, A. M. and W. Gilbert (1977) *P.N.A.S. U.S.A.* 74: 560–564.
Meagher, R. B. et al. (1977) *Virology* 80: 362–375.
Messing, J. et al. (1981). *Nucleic Res.* 9: 309–321.
Messing, J. and J. Vieira (1982), *Gene* 19: 269–276.
Mousdale, D. M. and Coggins, J. R. (1984) *Planta* 160: 78–83.
Nafziger, E. D., et al (1984), *Plant Physiol.* 76, 571.
Mousdale, D. M. and Coggins, J. R. (1985) *Planta* 163: 241–294.
Rogers, S. G. et al. (1983) *Appl. Envir. Microbia.* 46: 37–43.
Rubin, J. et al. (1982) *Plant Phys.* 70: 833–839.
Scherer, et al. (1981) *Developmental Bia.* 86: 438–447.
Schimke, R. T., ed. (1982) *Gene Amplification.* Cold Spring Harbor Labs.
Smart, C. C., et al (1985), *J. Biol. Chem.* 30, 16338.
Southern, E.M. (1975) *J. Mol. Biol.* 98: 503–517.
Stalker, D. M. et al. (1985) *J. Biol. Chem.* 260: 4724–4728.
Steinrucken, H. and Amrhein, N. (1980) *Biochem. & Biophys. Res. Comm.* 94: 1207–1212.
Vieira, J. et al. (1982), *Gene* 19: 259–268.
Steinrucken, H. et al. (1985) *Arch. Biochem. Biophys.* (in press).
Young, R. A. and R. W. Davis. (1983), *Proc. Natl. Acad. Sci., USA* 80: 1194–1198.
Zoller, M. M. et al, (1983), *Methods Enzymol.*, 100, 468.

We claim:

1. A chimeric plant gene which comprises:
   (a) a promoter sequence which functions in plant cells;
   (b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and
   (c) a 3′ non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3′ end of the RNA;

the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

2. A chimeric gene of claim 1 in which the promoter sequence is a plant virus promoter sequence.

3. A chimeric gene of claim 2 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

4. A chimeric gene of claim 3 in which the promoter sequence is the CaMV35S promoter sequence.

5. A chimeric gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

7. A chimeric gene of claim 1 in which the chloroplast transit peptide is from a plant EPSPS gene.

8. A cloning or expression vector comprising a chimeric plant gene of claim 1.

9. A cloning or expression vector of claim 8 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

REDACTED VERSION – PUBLICLY FILED

4,940,835

33

10. A cloning or expression vector of claim 9 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

11. A cloning or expression vector of claim 10 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

12. A cloning or expression vector of claim 11 in which the promoter sequence is the CaMV35S promoter sequence.

13. A cloning or expression vector of claim 8 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

14. A cloning or expression vector of claim 8 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

15. A plant transformation vector which comprises a chimeric gene of claim 1.

16. A plant transformation vector of claim 15 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

17. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

18. A plant transformation vector of claim 17 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

19. A plant transformation vector of claim 18 in which the promoter sequence is the CaMV35S promoter sequence.

20. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

21. A plant transformation vector of claim 15 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

22. A glyphosate-resistant plant cell comprising a chimeric plant gene of claim 1.

23. A glyphosate-resistant plant cell of claim 22 in which the promoter sequence is a plant virus promoter sequence.

24. A glyphosate-resistant plant cell of claim 23 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMv).

25. A glyphosate-resistant plant cell of claim 24 in which the promoter sequence is the CaMV35S promoter sequence.

26. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

27. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

28. A glyphosate-resistant plant cell of claim 22 in which the chloroplast transit peptide is from a plant EPSPS gene.

29. A glyphosate-resistant dicotyledonous plant which has been regenerated from a glyphosate-resistant plant cell comprising the chimeric plant gene of claim 1.

30. A glyphosate-resistant plant of claim 29 in which the promoter sequence is a plant virus promoter sequence.

31. A glyphosate-resistant plant of claim 30 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

34

32. A glyphosate-resistant plant of claim 31 in which the promoter sequence is the CaMv35S promoter sequence.

33. A glyphosate-resistant plant of claim 29 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

34. A glyphosate-resistant plant of claim 29 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

35. A glyphosate-resistant plant cell of claim 29 in which the chloroplast transit peptide is from a plant EPSPS gene.

36. A method for producing a glyphosate-resistant dicotyledonous plant which comprises
    (a) transforming plant cells using an Agrobacterium transformation vector comprising a chimeric plant gene of claim 1; and
    (b) regenerating glyphosate-resistant plants from said transformed plant cells.

37. A method of claim 36 in which the chimeric plant gene comprises a plant virus promoter sequence.

38. A method of claim 37 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

39. A method of claim 38 in which the promoter sequence is the CaMV35S promoter sequence.

40. A method of claim 36 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

41. A method of claim 36 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

42. A method of claim 36 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

43. A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of claim 15.

44. A method of claim 43 in which the chimeric gene comprises a promoter sequence from a plant virus.

45. A method of claim 44 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

46. A method of claim 45 in which the promoter sequence is the CaMV35S promoter sequence.

47. A method of claim 43 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enol-pyruvylshikimate-3-phosphate synthase.

48. A method of claim 43 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

49. A method of claim 43 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

50. A glyphosate-resistant tomato cell of claim 22.

51. A glyphosate-resistant tobacco cell of claim 22.

52. A glyphosate-resistant oil seed rape cell of claim 22.

53. A glyphosate-resistant flax cell of claim 22.

54. A glyphosate-resistant soybean cell of claim 22.

55. A glyphosate-resistant sunflower cell of claim 22.

56. A glyphosate-resistant sugar beet cell of claim 54.

57. A glyphosate-resistant alfalfa cell of claim 22.

58. A glyphosate-resistant cotton cell of claim 22.

59. Plasmid pMON546, ATCC accession number 53213.

* * * * *

A26

REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| PLANT GENETIC SYSTEMS, N.V. and BIOGEN, INC., | § § § | CIVIL ACTION NO. 3:96 CV 2015 DJS |
| | § § | SEP 25  11 20 AM '00 CLERK U.S. DISTRICT COURT HARTFORD, CONN |
| Plaintiffs, | § § | SEPTEMBER 22, 2000 |
| v. | § § | |
| DEKALB GENETICS CORPORATION, | § § § | **OUTSIDE COUNSEL ONLY CONFIDENTIAL MATERIAL** |
| Defendant. | § | |

## DEKALB GENETICS CORPORATION'S PROPOSED FINDINGS OF FACT

John F. Lynch (ct 20042)
Thomas A. Miller  (ct 01493)
Daniel Shvodian (ct. 21427)
Shashi Kewalramani (ct. 21422)
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX  77057-2198
Tel:  (713) 787-1400
Fax:  (713) 787-1440

John C. Yavis, Jr.  (ct 04203)
Francis J. Brady  (ct 04296)
MURTHA, CULLINA, RICHTER
AND PINNEY
Cityplace I
185 Asylum Street
Hartford, CT  06103-3469
Tel:  (860) 240-6000
Fax:  (860) 240-6150

**Of Counsel:**

Donald L. Traut
DEKALB GENETICS CORPORATION
3100 Sycamore Rd.
DeKalb, IL  60115

**ATTORNEYS FOR DEFENDANT
DEKALB GENETICS CORPORATION**

REDACTED VERSION – PUBLICLY FILED

All of the plants disclosed in the '236 patent are members of the same dicot family, the nightshades. [Trial Tr. (Leemans) 378:2-379:1] The specification of the '236 patent does not mention corn (maize) or any other monocot.[2] [Trial Tr. (Leemans) 192:7-10]

FOF 27.    The '236 patent does not disclose any methods of transformation other than *Agrobacterium.* [Trial Tr. (Leemans) 153:3-8; PX 2 (DTX 3)] The *Agrobacterium* method described in the '236 patent employed leaf disks as the target tissue in the case of tobacco and tomato,[3] and tuber disks as the target tissue in the case of potato. [Messing Testimonial Declaration, pp. 3-4, Trial Tr. (Leemans) 237:16-238:6; PX 2 (DTX 3)]

FOF 28.    The leaf disk and tuber disk methods disclosed in the '236 patent for transforming tobacco, tomato, and potato could not be used to make fertile transgenic corn, rice, or wheat.[4] [Trial Tr. (Leemans) 439:12-21, 441:20-443:11, Trial Tr. (Botterman) 963:19-964:23, DeBlock Depo. Tr. June 10, 1998 92:8-13; DTX 430] The transformation methods disclosed in the '236 patent have never been used to transform one of the cereal monocots – corn, wheat, or rice. [Trial Tr. (Botterman) 1014:8-15, Messing

---

[2] The plant kingdom includes monocotyledons (monocots), dicotyledons (dicots), and polycotyledons (polycots). A monocot has one cotyledon, a dicot has two cotyledons, and a polycot has more than two cotyledons. [Trial Tr. (Leemans) 17:9-18:18] Cotyledons are the first leaves that appear when a plant seed germinates. [Trial Tr. (Leemans) 17:2-5] Tobacco, potato, and tomato are examples of dicots. Corn, rice, and wheat are *Graminaceous* monocots. [Trial Tr. (Leemans) 411:5-7] The conifers are polycots. [Trial Tr. (Leemans) 18:5-18]

[3] The '236 patent references a 1985 article by Horsch et al. published in the journal SCIENCE, which describes a leaf disk method for transformation of dicots by *Agrobacterium.* [PX 2 (DTX 3), col. 17, lines 38-40, DTX 43]

[4] A "fertile transgenic plant" is a plant that contains a foreign gene stably integrated in its genome, where the plant is capable of transmitting that foreign gene to its progeny. [Botterman Depo. Tr. June 2, 1998 26:11-22; D'Halluin Depo. Tr. June 4, 1998 32:15-25, July 16, 1997 (NC) 21:6-8, 21:12-22:9, 22:12-14, Goldman Depo. Tr. Jan. 28, 1999 217:10-22] Transient expression, on the other hand, occurs when the DNA does not integrate into the genome and is lost during the growth of the tissue or plant. [DeBlock Depo. Tr. June 9, 1998 15:6-16:12, Bouckaert Depo. Tr. June 8, 1998 164:24-165:11]

Testimonial Declaration, pp. 2-3] Even today, no one can use the leaf disk method disclosed in the '236 patent to create a transformed corn plant.[5] [Trial Tr. (Leemans) 376:22-24, 377:14-378:1]

### 2.    The File History

**FOF 29-35.  During prosecution of the '236 patent, the PTO examiner repeatedly rejected broader plant and seed claims (patent claims 8, 9, 12-15) because the disclosure in the specification was enabling only for dicots, and the applicants eventually acquiesced to that rejection.**

FOF 29.    The first rejection was in the Official Action dated April 17, 1989.  The examiner rejected the claims directed to plants, seeds, and plant cells (Claims 19-27) because they were not enabled:

> Claims 19-27 are rejected under 35 U.S.C. 112, first paragraph, as the disclosure is enabling only for claims limited to specific source cells or tissue of dicotyledonous plants in which transformation and regeneration have been shown.  See MPEP 706.03(n) and 706.03(z).

> In point of fact, there is a large body of evidence that regeneration can only be accomplished from cells or tissue derived from specific sources, such as immature embryos of leaf protoplasts, and with current technology, only with certain species and genotypes.  Further, evidence exists that only certain dicotyledonous plants can be regenerated after plant cell/tissue transformation in which the end product is a fertile transformed plant capable of sexually transmitting the desired trait.  Although gene transfer has been demonstrated with monocotyledonous plant protoplasts, there was at the time of filing, no report of plant regeneration from transformed monocot cells.  (see Goodman et al. (R) pages 52-53, left columns).  Actually, to date there is no evidence that fertile transgenic plants can be regenerated in most agronomic monocots, as in the case of **maize** or rice. . . .  Therefore, as plant transformation and regeneration is an unpredictable event, it would require an undue amount of experimentation to set forth the conditions necessary for plant cell transformation and/or plant regeneration for the different plants as broadly claimed in the instant application.

---

[5] A transformation protocol cannot readily be transferred from one plant species to another plant species. [Trial Tr. (D'Halluin) 1419:1-10, Botterman Depo. Tr. June 2, 1998 44:5-7, 10-13, 44:15-45:7]  A 1992 article written in large part by Dr. Botterman and co-authored by Drs. D'Halluin, DeBlock, Leemans, and others states that "it is not possible to give a general transformation procedure for different plant species." [Botterman Depo. Tr. June 2, 1998: 45:13-47:10; DTX 31, p. 417]

REDACTED VERSION – PUBLICLY FILED

> In any event, enablement must be complete as of the time of filing and cannot be supplemented by the advancing level of skill in the art subsequent to that essential date.

[PX 4, Tab 3 at 4-5 (emphasis added)]

**FOF 30.** In their response dated August 16, 1989, the applicants did not try to overcome this rejection by offering evidence that corn and rice could be transformed. Instead, the applicants canceled all of the plant and seed claims, and introduced new plant and seed claims that contained the limitation "and which is susceptible to infection by *Agrobacterium*." [PX 4, Tab 5 at 4, 6]

**FOF 31.** In a supplemental response dated November 3, 1989, however, applicants once again tried to get a broad plant claim by amending Claim 67 to remove the limitation "susceptible to infection by *Agrobacterium*" from the plant claim. In that same response, applicants added further "plant" and "seed" claims (Claims 71-77 and 83-90). [PX 4, Tab 8 at 1-4]

**FOF 32.** In an Official Action dated November 22, 1989, the examiner again rejected the plant and seed claims under Section 112, first paragraph, stating that the disclosure was enabling only for claims limited to "specific source cells or tissues of dicotyledonous plant [sic] in which transformation and regeneration have been shown . . ." [PX 4, Tab 9 at 2]

**FOF 33.** In response to this second rejection, the applicants filed a preliminary amendment in which they acquiesced to the examiner's enablement rejection. The applicants distinguished the plant cell claims from the plant and seed claims, and once again amended the claims such that all of the plant and seed claims contained the limitation "which are susceptible of infection by *Agrobacterium*." [PX 4, Tab 12 at 2-4].

**FOF 34.** In the Official Action dated November 19, 1990, the PTO again rejected the plant and seed claims. The examiner stated that the limitation that the applicants placed on the plant and seed claims – "susceptible to infection" – failed to limit the claims to "dicotyledonous plant cells," and that the art did not demonstrate that "infection of monocot" cells leads to transformation. [PX 4, Tab 13 at 2:4-

9

REDACTED VERSION – PUBLICLY FILED

fertile transgenic corn as the Holy Grail of plant biotechnology. [Trial Tr. (Fromm) 1849:16-251; DTX 71] Achievement of fertile transgenic corn was difficult because of the multiple components of the transformation process that had to be put into place properly. [Trial Tr. (Everett) 1933:15-1934:22]

### B. The '236 Patent Disclosure Does Not Enable Transgenic Corn, Wheat, or Rice

**FOF 50.**  As of March 11, 1986, one of ordinary skill in the art could not have made a fertile transgenic corn, wheat, or rice plant using the methods disclosed in the '236 patent. [Trial Tr. (Leemans) 380:14-382:9, 384:15-385:16, 388:8-390:23, 434:20-435:7]

**FOF 51.**  As of March 11, 1987, a person of ordinary skill in the art of plant molecular biology could not transform corn.  A major problem was how to introduce the DNA into corn cells that could then be regenerated into a fertile corn plant.  [Trial Tr. (Messing) 1039:6-15]

**FOF 52.**  As of March 11, 1987, no one had published the achievement of fertile transgenic corn plants [Trial Tr. (Botterman) 961:21-962:2], and there was no progeny data reported to evidence fertile transgenic corn by *Agrobacterium* transformation.  [Trial Tr. (Botterman) 989:6-18]

**FOF 53.**  As of March 11, 1987, a biochemist that read the '236 patent and understood everything in it would not know how to transform corn [Trial Tr. (Leemans) 127:15-20], and one of ordinary skill in the art could not have used the methods disclosed in the '236 patent to make a fertile transgenic corn, rice, or wheat plant.  [Trial Tr. (Leemans) 439:12-21, 441:20-443:11; DTX 430]

**FOF 54.**  As of March 11, 1987, a method did not exist for introducing the *bar* gene to make a fertile transgenic corn plant.  [Trial Tr. (Botterman) 966:13-967:9]

**FOF 55.**  Because the '236 patent did not enable a person of ordinary skill in the art to transform corn, wheat, or rice, the '236 patent fails to enable the full scope of the claims.

14

REDACTED VERSION – PUBLICLY FILED

3.    **Amount that licensor and licensee would have agreed upon if both had voluntarily tried to reach an agreement**

**FOF 311.** At the hypothetical negotiation, in late 1996, PGS/AgrEvo would have been willing to license the '236 patent to DEKALB for the established royalty rates. [Evans Testimonial Declaration, ¶ 80]

D.    **Conclusion for Reasonable Royalty – Established Royalty**

**FOF 312.** Under the license terms established by PGS/AgrEvo, DEKALB should pay no more than a single lump sum payment of $100,000 for use of the '236 patented technology as a selectable marker. DEKALB would have been entitled to a royalty free license for use of the '236 patented technology for weed control purposes. [Evans Testimonial Declaration, ¶ 24; Trial Tr. (Schmidt) 758:8-759:3; Conf. Trial Tr. (Schmidt) 35:10-35:14]

Respectfully submitted,

Dated: September 22, 2000

*Thomas A. Miller*

John F. Lynch (ct 20042)
Thomas A. Miller (ct 01493)
Daniel Shvodian (ct. 21427)
Shashi Kewalramani (ct. 21422)
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
Tel:    (713) 787-1400
Fax:    (713) 787-1440

John C. Yavis, Jr. (ct 04203)
Francis J. Brady (ct 04296)
MURTHA, CULLINA, RICHTER
AND PINNEY
Cityplace I
185 Asylum Street
Hartford, CT 06103-3469
Tel:    (860) 240-6000
Fax:    (860) 240-6150

**ATTORNEYS FOR DEFENDANT
DEKALB GENETICS CORPORATION**

REDACTED VERSION – PUBLICLY FILED

Of Counsel:

Donald L. Traut
DEKALB GENETICS CORPORATION
3100 Sycamore Rd.
DeKalb, IL  60115

T: 584129(CSPT01I.DOC)

REDACTED VERSION – PUBLICLY FILED



## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of **DEKALB GENETICS CORPORATION'S PROPOSED FINDINGS OF FACT** on all counsel of record on this 22ᴺᴰ day of September 2000, as follows:

James Wade                              VIA FEDERAL EXPRESS
Craig A. Raabe                          (SATURDAY DELIVERY)
ROBINSON & COLE
One Commercial Plaza
280 Trumbull Street
Hartford, CT  06103-3597
Tel:    (860) 275-8200
Fax:    (860) 275-8299

Regis E. Slutter                        VIA FEDERAL EXPRESS
BURNS, DOANE, SWECKER & MATHIS,         (SATURDAY DELIVERY)
L.L.P.
1737 King Street, Suite 500
Alexandria, VA  22314-2756
Tel:    (703) 836-6620
Fax:    (703) 836-2021


_____

T: 584129(CSPT011.DOC)

REDACTED VERSION – PUBLICLY FILED



REDACTED VERSION – PUBLICLY FILED

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PLANT GENETIC SYS v. DEKALB GENETICS

### No. 02-1011

### CERTIFICATE OF INTEREST

Counsel for the Defendant-Appellee DEKALB Genetics Corporation certifies the following:

1.    The full name(s) of every party represented by me are:

      DEKALB Genetics Corporation

2.    The name(s) of the real parties in interest represented by me are:

      DEKALB Genetics Corporation

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

      DEKALB Genetics Corporation is a wholly owned subsidiary of Monsanto Company, which is a publicly-traded company that is 85% owned by Pharmacia Corporation.

4.    The names of all law firms and the partners or associates that appeared for Monsanto Company in the trial court or are expected to appear in this court are:

John F. Lynch
Thomas A. Miller
Richard L. Stanley
Hemant H. Kewalramani
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
Telephone: 713.787.1400
Facsimile: 713.787.1440

i

REDACTED VERSION – PUBLICLY FILED

Daniel T. Shvodian
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, CA  94025
Telephone:  650.463.8241
Facsimile:  650.463.8400

John C. Yavis, Jr.
MURTHA CULLINA LLP
185 Asylum Street
Hartford, CT  06103-3469
Telephone:  860.240.6000
Facsimile:  860.240.6150

Paul Morico
Karen Tripp
Keith Willhelm
Danny Williams
Roderick Williams
ARNOLD, WHITE & DURKEE
750 Bering Drive
Houston, TX  77057

Teresa Bowles
Stephen Dellett
Amber Hatfield
Robert O'Keefe
David Parker
Willem Schuurman
ARNOLD, WHITE & DURKEE
600 Congress Avenue
Austin, TX  78701-3248

REDACTED VERSION – PUBLICLY FILED

William H. Champlin, III
Mark Connolly
Kevin Murphy
TYLER COOPER & ALCORN
CityPlace – 35th Floor
Hartford, CT  06103-3488
Telephone:  860.725.6200


Dated:  March 5, 2002

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
Counsel for Defendant-Appellee
DEKALB Genetics Corporation

REDACTED VERSION – PUBLICLY FILED

## DEKALB'S BRIEF IN OPPOSITION

DEKALB makes and sells transgenic corn seed that contains a foreign (heterologous) gene called the *bar* gene. PGS asserts that DEKALB infringes the '236 patent, which covers plant cells, plants, and seed transformed with that gene (but not the gene itself). However, when the '236 patent was filed on March 11, 1987, no methods existed for placing heterologous genes into monocot plants, including corn. The only transformation methods in the '236 patent utilize *Agrobacterium* as the means of DNA delivery and the only examples involve transforming dicot plants. The latter is not surprising. Plaintiffs' experts conceded that the disclosed *Agrobacterium* methods worked only on dicots and could not transform monocots when the '236 patent was filed.

The district court correctly followed *In re Goodman*, 11 F.3d 1046 (Fed. Cir. 1993), where claims to making mammalian peptides in all types of plant cells were rejected for not being enabled for monocots such as corn. Like the '236 patent, the *Goodman* specification disclosed only *Agrobacterium* transformation, which this Court agreed enabled transforming dicot plant cells, not all plant cells, as of Goodman's July 1985 filing date. Examining every method for transforming plant cells alleged to exist by March 1987, the district court evaluated the factors from *In re Wands*, 858 F.2d 731 (Fed. Cir. 1988), and independently found that no

REDACTED VERSION – PUBLICLY FILED

methodology had been developed by March 1987 which enabled one of ordinary skill to transform monocots without undue experimentation.

Just as the inventors in *Enzo Biochem, Inc. v. Calgene, Inc.*, 188 F.3d 1362 (Fed. Cir. 1999), could not perform their claimed invention beyond their actual examples, the inventors of the '236 patent were admittedly unable to transform any plants other than dicots as of its filing date. When fertile transgenic corn was first reported in 1990, it was achieved using microprojectile bombardment, which is entirely different from the *Agrobacterium* methods disclosed in the '236 patent. Despite devoting substantial resources, PGS could not make fertile transgenic corn plants for years, and first did so in 1990 using an electroporation technique rather than an *Agrobacterium* method. The first success in corn using *Agrobacterium* was achieved in the mid-1990's by a third party using techniques not known in March 1987 (and thus nowhere in the '236 patent).

Under *Goodman* and *Enzo*, the cell claims encompassing "all plants" were properly held invalid for requiring undue experimentation to practice the claimed invention in monocots. Unable to show clear error in the extensive underlying findings, PGS tries to show that the district court "legally erred" by not considering all the evidence and reversing the burden of proof. PGS also alleges that the '236 patent should have benefited from a "tempered" enablement standard for allegedly "pioneering" inventions. However, there is nothing pioneering about

non-enabled claims. Because the scope of enablement must be commensurate with the scope of the claims for all inventions, monocot transformation had to be enabled if "all plants" were encompassed by the cell claims.

Similarly, if the asserted plant and seed claims cover "all plants and seeds," those claims would be invalid for the same reasons that the cell claims directed to "all plants" are invalid. Recognizing that, the district court properly interpreted the plant and seed claims as of their filing date, and held that those claims are limited to dicots based on language added by amendment after a rejection during prosecution. As a result, the district court found no literal infringement by DEKALB's accused corn seed, and that prosecution history estoppel barred reliance on the doctrine of equivalents because any possible coverage of monocots had been surrendered.

## I.    STATEMENT OF THE ISSUES

1.    Whether the district court clearly erred in finding that transforming monocots such as corn using the *Agrobacterium*-based methods disclosed in the '236 patent or any other transformation method as of March 1987 would have required undue experimentation?

2.    Whether the asserted cell claims of the '236 patent directed to transforming all plants with the *bar* gene are invalid for lack of enablement under

REDACTED VERSION – PUBLICLY FILED

The parties agreed that the cell claims encompass cells in all types of plants.[1] A8; A4935(43-44)(Leemans); A4633-34. Moreover, those claims purport to encompass all plant cells whether in culture, plant tissue, fertile transgenic plants, or seeds. A3859-60(Botterman). Because DEKALB's accused corn seed is exclusively from plants stably transformed with the *bar* gene (and usually with other heterologous genes as well), DEKALB agreed that the asserted cell claims would be infringed, if such claims were valid. A5047(484).

The plant and seed claims contain the additional limitation that such plants and seeds be "susceptible to infection and transformation by *Agrobacterium* and capable of regeneration thereafter." A109. "Transformation by *Agrobacterium*" refers to a method by which the *bar* gene is introduced into the plant cell genome. A7. "Regeneration" is the laboratory process by which a plant cell or plant tissue is made into a plant from tissue culture. A4987(248)(Leemans). As of the filing of the '236 patent, only dicots could be transformed by *Agrobacterium* and regenerated into plants. A36.

---

[1]    The plant kingdom includes monocotyledons (monocots), dicoctyledons (dicots), and polycotyledons (polycots).    A5;    A4929(17-18)(Leemans). Cotyledons are the first leaves that appear when a seed germinates. A4929(17-18)(Leemans). Monocots are grass-like plants having one cotyledon, dicots are broadleaf plants exhibiting two cotyledons, and polycots are firs having more than two cotyledons. *Id.*; A5. Tobacco, potato and tomato are examples of dicots. A4954(118)(Leemans).    Corn, rice, and wheat are *Graminaceous* monocots. A5028(411)(Leemans).

REDACTED VERSION – PUBLICLY FILED

The case was tried to the bench over 13 trial days. Plaintiffs' witnesses included two inventors on the '236 patent, Dr. Leemans and Dr. Botterman. Dr. Botterman was designated as Plaintiffs' expert, and Dr. Leemans was treated as such. In addition, Dr. D'Halluin, who was commissioned to develop fertile transgenic corn for PGS by Leemans, testified for Plaintiffs. DEKALB's witnesses included Dr. Fromm (a third party witness) and Dr. Armstrong (a Monsanto employee), who explained their own activities in transforming corn during the relevant period. Dr. Messing and Dr. Everett were DEKALB's expert witnesses at trial.

On September 7, 2001, the district court held that the cell claims of the '236 patent were invalid for lack of enablement, and that the plant and seed claims were limited to dicots and thus were not infringed by DEKALB's corn seed literally or under the doctrine of equivalents. A1-38. The district court did not reach DEKALB's written description defense. A28 n.26. Final judgment was entered on the same day. A39. Only PGS appeals.