REDACTED VERSION – PUBLICLY FILED

2001)).[11]   Thus, summary judgment was similarly appropriate as to claim 4 of the '372 patent.

## VI.   CONCLUSION

For the reasons set forth above, the district court's summary judgment orders should be affirmed in all respects.

Dated: 6/12/2003

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
Counsel for Plaintiff-Appellant
Monsanto Company

---

[11] Because claim 4 of the '372 patent and claim 1 of the '565 patent are directed to the same subject matter, *Middleton v. 3M*, 311 F.3d 1384, 1388-89 (Fed. Cir. 2002), does not apply.

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 37(a)(7)(C), the undersigned hereby certifies that the foregoing [NON-CONFIDENTIAL] BRIEF FOR PLAINTIFF-APPELLEE MONSANTO COMPANY was generated using Microsoft Word 2000, which software reports that the portions of the brief not excluded by Fed. R. App. P. 37(a)(7)(iii) and Fed. Cir. R. 32(b), contain 13,962 words.

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I certify that an original and four (4) copies of the foregoing [NON-CONFIDENTIAL] BRIEF FOR PLAINTIFF-APPELLEE MONSANTO COMPANY were filed on this date via overnight delivery, to the Clerk's Office, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place NW, Washington D.C. 20439.

I also certify that two (2) true and correct copies of the foregoing [NON-CONFIDENTIAL] BRIEF FOR PLAINTIFF-APPELLEE MONSANTO COMPANY were served on this date via overnight delivery to:

Eric H. Weisblatt
Burns, Doane, Swecker & Mathis, L.L.P.
1737 King Street, Suite 500
Alexandria, Virginia 22313-1404
Tel: (703) 836-6620
Fax: (703) 836-2021

Counsel for Defendant-Appellant Bayer Bioscience N.V.

Date: _6/12/03_          _Carol P Zumbach_

A104

Dilip M. Shah - October 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 1

1          MONSANTO COMPANY and

2       MONSANTO TECHNOLOGY, LLC

3                VS.

4        SYNGENTA SEEDS, INC.,

5     SYNGENTA BIOTECHNOLOGY, INC.

6

7

8

9

10

11   VIDEOTAPED DEPOSITION OF DILIP M. SHAH

12

13

14

15          OCTOBER 7, 2005

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
Ace-Federal Reporters, Inc.

202-347-3700                                    800-336-6646

REDACTED VERSION – PUBLICLY FILED

Dilip M. Shah - October 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 2

```
1       IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF DELAWARE
3
4    MONSANTO COMPANY and
5    MONSANTO TECHNOLOGY, LLC,
6          PLAINTIFFS,
7    vs.         Civil Action No. 04-305-SLR
8    SYNGENTA SEEDS, INC.,   (Lead Case)
9    SYNGENTA BIOTECHNOLOGY, INC.,
10          DEFENDANTS.
11
12      CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14      VIDEOTAPED DEPOSITION OF DILIP M. SHAH, taken
15   on behalf of the Defendants, at the offices of Husch
16   & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600,
17   in the City of St. Louis, State of Missouri, on the
18   7th day of October, 2005, before Nancy N. Abdallah,
19   RPR, CCR, CSR (MO, IL) and Notary Public.
20
21
22
23
24
25
```

Page 4

```
1               INDEX
2                          PAGE
3    Examination by Mr. Levine         6
4
5
6            EXHIBITS
7                          PAGE
8    Deposition Exhibit 1          8
9    Deposition Exhibit 2          19
10   Deposition Exhibit 3          28
11   Deposition Exhibit 4          34
12   Deposition Exhibit 5          42
13   Deposition Exhibit 6          55
14   Deposition Exhibit 7          61
15   Deposition Exhibit 8          65
16   Deposition Exhibit 9          69
17   Deposition Exhibit 10         77
18   Deposition Exhibit 11         81
19   Deposition Exhibit 12         87
20   Deposition Exhibit 13         92
21   Deposition Exhibit 14         102
22   Deposition Exhibit 15         109
23   Deposition Exhibit 16         110
24   Deposition Exhibit 17         113
25   Deposition Exhibit 18         117
```

Page 3

```
1    APPEARANCES OF COUNSEL:
2
3    FOR THE PLAINTIFFS:
4      Mr. Stephen E. Edwards
5      Howrey LLP
6      1111 Louisiana, 25th Floor
7      Houston, TX 77002-5242
8
9    FOR THE DEFENDANTS:
10     Mr. Howard W. Levine
11     Mr. Sanya Sukduang
12     Finnegan Henderson Farabow
13     Garrett & Dunner, LLP
14     901 New York Avenue, NW
15     Washington, D.C. 20001-4413
16
17   THE VIDEOGRAPHER:
18     Mr. Steve Johnston
19     Gore Perry Gateway & Lipa Reporting Company
20     515 Olive Street, Suite 700
21     St. Louis, MO  63101
22
23
24
25
```

Page 5

```
1          EXHIBITS (Continued)           09:12:22
2                     PAGE              09:12:22
3    Deposition Exhibit 19    119      09:12:22
4    Deposition Exhibit 20    121      09:12:22
5    Deposition Exhibit 21    125      09:12:22
6    Deposition Exhibit 22    126      09:12:22
7    Deposition Exhibit 23    128      09:12:22
8    Deposition Exhibit 24    136      09:12:22
9    Deposition Exhibit 25    140      09:12:22
10   Deposition Exhibit 26    143      09:12:22
11   Deposition Exhibit 27    146      09:12:22
12   Deposition Exhibit 28    151      09:12:22
13                                     09:12:22
14                                     09:12:22
15                                     09:12:22
16                                     09:12:22
17                                     09:12:22
18                                     09:12:22
19                                     09:12:22
20                                     09:12:22
21                                     09:12:22
22                                     09:12:22
23                                     09:12:22
24                                     09:12:22
25                                     09:12:22
```

2 (Pages 2 to 5)

REDACTED VERSION – PUBLICLY FILED

# Pages A107 through A109 REDACTED

REDACTED VERSION – PUBLICLY FILED

Robert Bruce Horsch - September 2, 2005
Monsanto Company et al. v. Syngenta Seeds, Inc. et al.

Page 1

1          In the United States District Court

2            For the District of Delaware

3

4    Monsanto Company and

5    Monsanto Technology LLC,

6

7                 Plaintiffs,

8

9    vs.                    Civil Action No. 04-305-SLR

10                              (lead case)

11   Syngenta Seeds, Inc.,

12   Syngenta Biotechnology,

13   Inc.,

14

15                 Defendants.

16

17                 Restricted Confidential

18                 Videotape Deposition of

19                 Robert Bruce Horsch, Ph.D.

20                 On behalf of Defendants

21                 September 2, 2005

22

23

24

25

REDACTED VERSION – PUBLICLY FILED

Robert Bruce Horsch - September 2, 2005
Monsanto Company et al. v. Syngenta Seeds, Inc. et al.

Page 2

1    In the United States District Court
2    For the District of Delaware
3
4    Monsanto Company and
5    Monsanto Technology LLC,
6
7        Plaintiffs,
8
9    vs.        Civil Action No. 04-305-SLR
10            (lead case)
11   Syngenta Seeds, Inc.,
12   Syngenta Biotechnology,
13   Inc.,
14
15       Defendants.
16
17
18       Deposition of Robert Bruce Horsch, Ph.D.,
19   taken on behalf of the Defendants, at the offices of
20   Husch & Eppenberger, 190 Carondelet Plaza, Clayton,
21   Missouri, on September 2, 2005, before Faith A.
22   Olliges, RPR, RMR, CRR, Missouri CCR #807, and Notary
23   Public within and for the State of Missouri.
24
25

Page 3

1    APPEARANCES OF COUNSEL:
2
3        For the Plaintiffs:
4
5            Mr. Thomas A. Miller
6            Howrey, LLP
7            1111 Louisiana 25th
8            Houston, Texas 77002
9
10
11       For the Defendants:
12
13           Mr. Sanya Sukduang
14           Mr. Howard W. Levine
15           Finnegan Henderson Farabow Garrett &
16           Dunner, LLP
17           901 New York Avenue, NW
18           Washington, D.C. 20001-4413
19
20       Videographer:
21
22           Mr. John Gore
23           Gore, Perry, Gateway & Lipa Reporting
24           515 Olive St., Suite 700
25           St. Louis, Missouri 63101

Page 4

1                    INDEX
2                    PAGE
3
4
5    Examination by Mr. Sukduang        6
6    Examination by Mr. Miller        122
7
8
9        DEFENDANT'S HORSCH EXHIBIT INDEX
10   Exhibit 1                20
11   Exhibit 2                24
12   Exhibit 3                27
13   Exhibit 4                60
14   Exhibit 5                81
15   Exhibit 6                84
16   Exhibit 7                88
17   Exhibit 8                90
18   Exhibit 9                94
19   Exhibit 10               96
20   Exhibit 11               98
21   Exhibit 12              101
22   Exhibit 13              103
23   Exhibit 14              105
24   Exhibit 15              105
25   Exhibit 16              106

Page 5

1        DEFENDANT'S HORSCH EXHIBIT INDEX
2
3    Exhibit 17              108
4    Exhibit 18              110
5    Exhibit 19              111
6    Exhibit 20              112
7    Exhibit 21              113
8    Exhibit 22              115
9    Exhibit 23              115
10   Exhibit 24              118
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

REDACTED VERSION – PUBLICLY FILED

# Pages A112 through A114 REDACTED

REDACTED VERSION – PUBLICLY FILED

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4    - - - - - - - - - - - - - - - - - -

5   MONSANTO COMPANY and

6   MONSANTO TECHNOLOGY LLC

7              Plaintiffs

8   v.                    CA No. 04-305-SLR

9   SYNGENTA SEEDS, INC.,

10  SYNGENTA BIOTECHNOLOGY, INC.

11             Defendants

12   - - - - - - - - - - - - - - - - - -

13

14        VIDEOTAPED DEPOSITION of STEPHEN

15    ROGERS, PH.D., a witness called by counsel

16    for the Defendants, taken under the

17    provisions of the Federal Rules of Civil

18    Procedure, before Jill K. Ruggieri,

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public, at the

21    offices of Finnegan, Henderson, Farabow,

22    Garrett & Dunner, LLP, 55 Cambridge Parkway,

23    Cambridge, Massachusetts, taken on Tuesday,

24    September 13, 2005, commencing at 9:21 a.m.

25

REDACTED VERSION – PUBLICLY FILED

# Pages A116 through A117
# REDACTED

REDACTED VERSION – PUBLICLY FILED

Robert Fraley - October 10, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 1

In the United States District Court

For the District of Delaware


Monsanto Company and

Monsanto Technology LLC,


            Plaintiffs,


.vs.                     Civil Action No. 04-305-SLR

                          (lead case)

Syngenta Seeds, Inc.,

Syngenta Biotechnology,

Inc.,


            Defendants.


            Video Taped Deposition of

            Robert Fraley, Ph.D.

            On behalf of Defendants

            October 10, 2005

RESTRICTED CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
202-347-3700   Ace-Federal Reporters, Inc.   800-336-6646

a7493f42-efe8-44b3-aecb-75bb3b591c26

REDACTED VERSION – PUBLICLY FILED

Robert Fraley - October 10, 2005
Monsanto Company v. Syngenta Seeds, Inc.

---

Page 2

1    In the United States District Court
2      For the District of Delaware
3
4  Monsanto Company and
5  Monsanto Technology LLC,
6
7      Plaintiffs,
8
9  vs.          Civil Action No. 04-305-SLR
10             (lead case)
11 Syngenta Seeds, Inc.,
12 Syngenta Biotechnology,
13 Inc.,
14
15     Defendants.
16
17
18      Deposition of Robert Fraley, Ph.D., taken
19 on behalf of the Defendants, at the offices of Husch &
20 Eppenberger, 190 Carondelet Plaza, Clayton, Missouri,
21 on October 10, 2005, before Faith A. Olliges, RPR,
22 RMR, CRR, Missouri CCR #807, and Notary Public within
23 and for the State of Missouri.
24
25

---

Page 3

1  APPEARANCES OF COUNSEL:
2
3      For the Plaintiffs:
4
5          Ms. Susan K. Knoll
6          Howrey, LLP
7          1111 Louisiana 25th
8          Houston, Texas  77002
9
10
11     For the Defendants:
12
13         Mr. Sanya Sukduang
14         Mr. Howard W. Levine
15         Finnegan Henderson Farabow Garrett &
16         Dunner, LLP
17         901 New York Avenue, NW
18         Washington, D.C.  20001-4413
19
20     Videographer:
21
22         Mr. Curt Shaw
23         Gore, Perry, Gateway & Lipa Reporting
24         515 Olive St., Suite 700
25         St. Louis, Missouri  63101

---

Page 4

1                  INDEX
2                             PAGE
3
4
5  Examination by Mr. Levine          6
6  Examination by Ms. Knoll          99
7  Examination by Mr. Levine        103
8
9       DEFENDANT'S FRALEY EXHIBIT INDEX
10  Exhibit 1           14
11  Exhibit 2           16
12  Exhibit 3           26
13  Exhibit 4           27
14  Exhibit 5           32
15  Exhibit 6           36
16  Exhibit 7           41
17  Exhibit 8           42
18  Exhibit 9           42
19  Exhibit 10          46
20  Exhibit 11          51
21  Exhibit 12          65
22  Exhibit 13          68
23  Exhibit 14          74
24  Exhibit 15          76
25  Exhibit 16          83

---

Page 5

1   Exhibit 17          85
2   Exhibit 18          88
3   Exhibit 19          89
4   Exhibit 20          90
5   Exhibit 21          93
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

RESTRICTED CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
202-347-3700    Ace-Federal Reporters, Inc.    800-336-6646

a7493f42-efe8-44b3-aecb-75bb3b591c26

REDACTED VERSION – PUBLICLY FILED

# Pages A120 through A156
# REDACTED

REDACTED VERSION – PUBLICLY FILED

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 879814 | 7/7/86 | D. M. Shah | 07-21(381)A |

| EXAMINER |
| Spruill |
| ART UNIT | PAPER NUMBER |
| 124 | 8 |
| DATE MAILED: |

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) M Spruill                    (3) D Hoerner

(2) J Tassa                      (4) S Rogers

Date of Interview: 1/4/88

Type: ☐ Telephonic  ☒ Personal (copy is given to ☒ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: Photographs demonstrating necessity for chloroplast transit peptide to confer test tolerance

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: 51-32

Identification of prior art discussed: art of record in case

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: State of art at time of invention in terms of site of herbicide tolerance w/respect to EPSPS location in chloroplasts. The applicant agreed to use function language in claims. Plant claims per se discussed. Discussion for necessity of deposit. No agreement was reached with regard to patentability.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (REV. 1-84)

A157

Examiner's Signature

000531

JOHN E. TARCZA
PRIMARY EXAMINER
ART UNIT 124

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>           Richard L. Horwitz, Esquire
>           Potter Anderson & Corroon LLP
>           Hercules Plaza
>           1313 North Market Street
>           Wilmington, DE 19899-0951

I further certify that on January 19, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

### BY FEDERAL EXPRESS

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1