4,940,835

**13**

unknown at the time) remained bound to the phage DNA on the filter. The filters were analyzed by autoradiography after the final wash. After the first screening step, seven positively hybridizing signals appeared as black spots on the autoradiograms. These plaques were removed from the plates and replated on the fresh plates at a density of 100–200 plaques/plate. These plates were screened using the procedure described above. Four positively hybridizing phages were selected. DNA was isolated from each of these four clones and digested with EcoRI to determine the sizes of the cDNA inserts. The clone containing the largest cDNA insert, approximately 330 bp, was selected, and designated λE3. The cDNA insert from λE3 was inserted into plasmid pUC9 (Vieira 1981), and the resulting plasmid was designated pMON9531.

To provide confirmation that the pMON9531 clone contained the desired EPSPS sequence, the insert was removed from the pMON9531 clone by digestion with EcoRI. This DNA fragment was then sequenced by the chemical degradation method of Maxam 1977. The amino acid sequence deduced from the nucleotide sequence corresponded to the EPSPS partial amino acid sequence shown in Table 1.

### G. Creation of λF7 Genomic DNA Clone

In order to obtain the entire EPSPS gene, chromosomal DNA from the MP4-G cells line was digested with BamHI and cloned into a phage vector to create a library, which was screened using the partial EPSPS sequence from pMON9531 as a probe.

### (a) Preparation of MP4-G Chromosomal DNA Fragments

MG4-G cells were frozen and pulverized in a mortar with crushed glass in the presence of liquid nitrogen. The powdered cells were mixed with 8 ml/g of cold lysis buffer containing 8.0M urea, 0.35M NaCl, 0.05M Tris-HCL(pH 7.5), 0.02M EDTA, 2% sarkosyl and 5% phenol. The mixture was stirred with a glass rod to break up large clumps. An equal volume of a 3.1 mixture of phenol and chloroform containing 5% isoamyl alcohol was added. Sodium dodecyl sulfate (SDS) was added to a final concentration of 0.5%. The mixture was swirled on a rotating platform for 10–15 minutes at room temperature. The phases were separated by centrifugation at $6,000 \times g$ for 15 minutes. The phenol/-chloroform extraction was repeated. Sodium acetate was added to the aqueous phase to a final concentration of 0.15M and the DNA was precipitated with ethanol. The DNA was collected by centrifugation, dissolved in $1 \times$ TE (10 mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a CsCl-ethidium bromide gradient. The DNA was collected by puncturing the side of the tube with a 16 gauge needle. The ethidium bromide was extracted with CsCl-saturated isopropanol, and the DNA was dialyzed extensively against $1 \times$ TE. Approximately 400 $\mu$g of DNA was isolated from 12 g of cells.

MP4-G chromosomal DNA (10 $\mu$g) was digested to completion with 30 units of BamHI in a buffer containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$, 50 mM NaCl for 2 hours at 37° C. The DNA was extracted with phenol followed by extraction with chloroform and precipitated with ethanol. The DNA 0.5 $\mu$g/$\mu$l.

**14**

### (b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14

DNA from phage λMG14 (obtained from Dr. Maynard Olson of the Washington University School of Medicine, St. Louis, Mo.) was prepared by the method described in Maniatis 1982. 150 $\mu$g of DNA was digested to completion with BamHI in a buffer containing 10 mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM $MgCl_2$, 50 mM NaCl. The completion of the digest was checked by electrophoresis through 0.5% agarose gel. The phage DNA was then extracted twice with phenol-chloroform-isoamyl alcohol (25:24:1) and precipitated with ethanol. The DNA was resuspended in $1 \times$ TE at a concentration of 150 $\mu$g/ml. $MgCl_2$ was added to 10 mM and incubated at 42° C. for 1 hr to allow the cohesive ends of λDNA to reanneal. Annealing was checked by agarose gel electrophoresis.

After annealing, DNA was layered over a 38 ml (10–40%, w/v) sucrose gradient in a Beckman SW27 ultracentrifuge tube. The gradient solutions were prepared in a buffer containing 1M NaCl, 20 mM Tris-HCl (pH 8.0), 5 mM EDTA. 75 $\mu$g of DNA was loaded onto each gradient. The samples were centrifuged at 26,000 rpm for 24 hours at 15° C. in a Beckman SW 27 rotor. Fractions (0.5 ml) were collected from the top of the centrifuge tube and analyzed for the presence of DNA by gel electrophoresis. The fractions containing the annealed left and right arms of λDNA were pooled together, dialyzed against TE and ethanol-precipitated. The precipitate was washed with 70% ethanol and dried. The DNA was dissolved in TE at a concentration of 500 $\mu$g/ml.

The purified arms of the vector DNA and the BamHI fragments of MP4-G DNA were mixed at a molar ratio of 4:1 and 2:1 and ligated using T4DNA ligase in a ligase buffer containing 66 mM Tris-HCl, pH 7.5,5 mM MgCl, 5 mM DTT and 1 mM ATP. Ligations was carried out overnight at 15° C. Ligation was checked by agarose gel eletrophoresis. Ligated phage DNA carrying inserts of MP4-GDNA were packaged into phage capsids in vitro using commercially available packaging extracts (Promega Biotech, Madison, Wis.). The packaged phage were plated on 10 cm $\times$ 10 cm square plates of NZY agar in 0.7% agarose at a density of approximately 6000 plaques per plate using E. coli C600 cells. After overnight incubation at 37° C., the plaques had formed, and the plates were removed from the incubator and chilled at 4° C. for at least an hour. The agar plates were pressed against nitrocellulose filters for 30 minutes to transfer phages to the filters, and the phage DNA was affixed to the filters as described previously. Each filter was hybridized for 40 hours at 42° C. with approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA insert isolated from the pMON9531 clone, which had been nick-translated, using the procedure described in Maniatis 1982. The specific activity of the probe was $2–3 \times 10^8$ cpm/$\mu$g of DNA. Hybridization was carried out in a solution containing 50% formamide, $5 \times$ SSC, $5 \times$ Denhardt's solution, 200 $\mu$g/ml tRNA and 0.1% SDS. Filters were washed in $1 \times$ SSC, 0.2% SDS at 50° C. and autoradiographed. Several positive signals were observed, and matched with plaques on the corresponding plate. The selected plaques were lifted, suspended in SM buffer, and plated on NYZ agar. The replica plate screening process was repeated at lower densities until all the plaques on the plates showed positive signals.

4,940,835

15

One isolate was selected for further analysis and was designated as the λF7 phage clone.

### H. Creation of pMON9543 and pMON9556

The DNA from λF7 was digested (separately) with BamHI, BglII, EcoRI, and HindIII. The DNA was hybridized with a nick translated EPSPS sequence from pMON9531 in a Southern blot procedure. This indicated that the complementary sequence from λF7 was on a 4.8 kb BglII fragment. This fragment was inserted into plasmid pUC9 (Vieira 1982), replicated, nick translated, and used to probe the petunia cDNA library, using hybridization conditions as described in Example 1.G, using $10^6$ cpm per filter. A cDNA clone with a sequence that bound to the λF7 sequence was identified, and designated as pMON9543.

DNA sequence analysis (Maxam 1977) indicated that pMON9543 did not contain the stop codon or the 3' non-translated region of the EPSPS gene. Therefore, the EPSPS sequence was removed from pMON9543, nick translated, and used as a probe to screen the cDNA library again. A clone which hybridized with the EPSPS sequence was identified and designated as pMON9556. DNA sequence analysis indicated that the insert in this clone contained the entire 3' region of the EPSPS gene, including a polyadenylated tail. The 5' EcoRI end of this insert matched the 3' EcoRI end of the EPSPS coding sequence in pMON9531. An entire EPSPS coding sequence was created by ligating the EPSPS inserts from pMON9531 and pMON9556.

### I. Creation of pMON546 Vector with CaMV 35S/EPSPS Gene

The EPSPS insert in pMON9531 was modified by site-directed mutagenesis (Zoller et al, 1983) using an M13 vector (Messing 1981 and 1982) to create a BglII site in the 5' non-translated region of the EPSPS gene. The modified EPSPS sequence was isolated by EcoRI and BglII digestion, and inserted into a plant transformation vector, pMON530, to obtain pMON536, as shown in FIG. 2. pMON530, a derivative of pMON505 carrying the 35S-NOS cassette, was created by transferring the 2.3 kb StuI-HindIII fragment of pMON316 into pMON526. Plasmid pMON316 (see FIG. 5) is a co-integrating type intermediate vector with unique cleavage sites for the restriction endonucleases BglII, ClaI, KpnI, XhoI and EcoRI located between the 5' leader and the NOS polyadenylation signals. The cleavage sites provide for the insertion of coding sequences carrying their own translational initiation signals immediately adjacent to the CaMV 35S transcript leader sequence. The 316 plasmid retains all of the properties of pMON200 including spectinomycin resistance for selection in *E. coli* and *A. tumefaciens* as well as a chimeric kanamycin gene (NOS/NPTII/NOS) for selection of transformed plant tissue and the nopaline synthase gene for ready scoring of transformants and inheritance in progeny. Plasmid pMON526 is a simple derivative of pMON505 in which the SmaI site was removed by digestion with XmaI, treatment with Klenow polymerase and ligation. The resultant plasmid, pMON530 (FIG. 2) retains the properties of pMON505 and the 35S-NOS expression cassette now contains a unique cleavage site for SmaI between the promoter and poly-adenylation signals. The 1.62 kb EcoRI-EcoRI fragment from pMON9556 was then inserted into pMON536 to obtain pMON546. Since pMON530 already contained a 35S promoter from a cauliflower mosaic virus (CaMV) next to the

16

BglII site, this created a chimeric CaMV/EPSPS gene in pMON546.

As shown in FIG. 2, plasmid pMON546 contained (1) the CaMV 35S/EPSPS gene; (2) a selectable marker gene for kanamycin resistance (Kan$^R$); (3) a nopaline synthase (NOS) gene as a scorable marker; and (4) a right T-DNA border, which effectively caused the entire plasmid to be treated as a "transfer DNA" (T-DNA) region by *A. tumefaciens* cells. This plasmid was inserted into *A. tumefaciens* cells which contained a helper plasmid, pGV3111SE. The helper plasmid encodes certain enzymes which are necessary to cause DNA from pMON546 to be inserted into plant cell chromosomes. It also contains a kanamycin resistance gene which functions in bacteria.

A culture of *A. tumefaciens* containing pMON546 and pGV3111-SE was deposited with the American Type Culture Collection (ATCC) and was assigned ATCC accession number 53213. If desired, either one of these plasmids may be isolated from this culture of cells using standard methodology. For example, these cells may be cultured with *E. coli* cells which contain a mobilization plasmid, such as pRK2013 (Ditta 1980). Cells which become Spc$^R$/str$^R$, kan$^S$ will contain pMON546, while cells which become Kan$^R$, spc/str$^S$ will contain pGV3111-SE.

### Example 2: Gly$^R$ Petunia Cells

Leaf disks with diameters of 6 mm (¼ inch) were taken from surface-sterilized petunia leaves. These were cultivated on MS104 agar medium for 2 days to promote partial cell wall formation at the wound surfaces. They were then submerged in a culture of *A. tumefaciens* cells containing both pMON546 and GV3111-SE which had been grown overnight in Luria broth at 28° C., and shaken gently. The cells were removed from the bacterial suspension, blotted dry, and incubated upside down on filter paper placed over "nurse" cultures of tobacco cells, as described in Horsch 1981. After 2 or 3 days, the disks were transferred to petri dishes containing MS media with 500 μg/ml carbenicillin and 0, 0.1, 0.25, or 0.5 mM glyphosate (sodium salt), with no nurse cultures.

Control tissue was created using *A. tumefaciens* cells containing the helper plasmid pGV3111-SE and a different plant transformation vector, pMON505, which contained a T-DNA region with a NOS/NPTII/NOS kanamycin resistance gene and a NOS selectable marker gene identical to pMON546, but without the CaMV/EPSPS gene.

Within 10 days after transfer to the media containing glyphosate, actively growing callus tissue appeared on the periphry of all disks on the control plate containing no glyphosate. On media containing 0.1 mM glyphosate, there was little detectable difference between the control disks and the transformed tissue. At 0.25 mM glyphosate, there was very little growth of callus from control disks, while substantial growth of transformed tissue occurred. At 0.5 mM glyphosate, there was no callus growth from the control disks, while a significant number of calli grew from the transformed disks. This confirms that the CaMV/EPSPS gene conferred glyphosate resistance upon the transformed cells.

### Example 3: Gly$^R$ Tobacco Cells

Leaf disks were excised from tobacco plants (*N. tabacum*), and treated as described above with *A. tumefaciens* cells containing pMON546 (or pMON505, for con-

4,940,835

**17**

trol cells) and helper plasmid pGV3111-SE. The cells transformed with the CaMV/EPSPS gene created substantial amounts of callus tissue on 0.5 mM glyphosate, whereas the cells which did not contain that gene did not create any detectable callus tissue.

Example 4: Gly$^R$ Soybean Cells

Sterile hypocotyl pieces of *Glycine canescens*, a type of soybean, were infected with the *A. tumefaciens* strain containing the chimeric EPSPS gene as described in Example 2. Nurse culture plates were made which contained a medium of 10% of the normal level of MS salts (GIBCO), B5 vitamins, 3 g/l sucrose, 2 mg/l napthalene acetic acid, 1 mg/l benzyladenine, and 0.5 mM arginine. The pH was adjusted to 5.7 before autoclaving.

The infected soybean hypocotyls were incubated at 26° C. for two days and transferred to a similar medium (except that the MS salts were not diluted) and additionally containing 500 mg/l carbenicillin, 100 mg/l cefotaxime and 100 mg/l kanamycin. Under these conditions, only transformed soybean callus was able to grow.

Control tissue was produced using *A. tumefaciens* cells containing the helper Ti plasmid pTiT37-SE and a plant transformation vector pMON200. See Fraley et al, Biotechnology Vol. 3, 1985, described herein. The co-integrate pTiT37-SE contained a T-DNA region with a NOS/NPTII/NOS kanamycin resistance gene and a NOS scorable marker gene identical to pMON200, but without the CaMV 35S/EPSPS/NOS gene.

This disarmed nopaline-type Ti plasmid was created from pTiT37 in a manner analogous to that described by Fraley et al. (1985) for creating the pTiB6S3-SE disarmed octopine-type Ti plasmid. The general procedure is to replace most of the pTiT37 T-DNA with a selectable marker and pBR322 and LIH segments from pMON200 to provide a region of homology for recombination with pMON200 and derivatives. This replacement results in the deletion of the rightmost approximately 80 percent of the T-DNA including the phytohormone biosynthetic genes, nopaline synthase gene and the right border of the T-DNA.

The source of the pTiT37 sequences was the plasmid MINI-Ti described by deFramond et al. (Bio/Technology 1: 262, 1983). This plasmid is a convenient source; however, these same Ti plasmid segments could be obtained directly from the pTiT37 or related pTiC58 plasmid or from subclones of these plasmids isolated by others such as those described by Hepburn et al. (J. Mol. Appl. Genetics 2: 211–224, 1983) or Zahm et al. (Mol Gen Genet 194: 188–194, 1984).

Plasmid MINI-Ti is a derivative of pBR325 carrying the pTiT37 KpnI fragments 13b, 4 and 11 (deFramond et al., 1983) which are analogous to the pTiC58 KpnI fragments 13, 3 and 12 (Depicker et al., Plasmid 3: 193–211, 1980). The internal T-DNA sequences including the phytohormone biosynthetic genes and right border were removed from mini-Ti by digestion with HindIII and religation to produce pMON284. The pMON284 plasmid contains a unique KpnI site which was converted to a BamHI site by cleavage with KpnI and insertion of the following synthetic linker

```
5'-  CGGATCCGGTAC
     CATGGCCTAGGC
```

**18**

which contains a BamHI site (5'-GGATCC) in the center of the linker. A plasmid that contains this linker was isolated and called pMON293.

The pMON293 plasmid carries the following pTiT37 fragments adjacent to each other in inverted orientation with respect to their orientation in the Ti plasmid and joined through a BamHI linker. First is the KpnI site at the right end of the 13b fragment This fragment contains the left border of the pTiT37 T-DNA. Then comes the left end of the 13b fragment joined to the BamHI linker. Joined to this is the right end of the KpnI 11 fragment. This fragment contains Ti plasmid located to the right of the T-DNA and ends with a HindIII site that is the right end of the pTiC58 HindIII 2 fragment (Depicker et al., 1980). This is joined to the pBR325 derivative plasmid which also is fused to the KpnI site at the right end of the KpnI 13b fragment.

To introduce homology to pMON200 and a kanamycin resistance selectable marker for *A. tumefaciens* between the pTiT37 segments, we constructed plasmid pMON292. Plasmid pMON292 is a derivative of pMON113 which consists of the 2.6 kb pBR322 PvuII to HindIII fragment joined to the 1.7 kb BglII (nucleotide 1617) to HindIII (nucleotide 3390, Barker et al., *Plant Mol. Biology* 2: 335, 1983) fragment of octopine type T-DNA of pTiA6. This segment, called the LIH, has been previously described by Fraley et al. (1985). The BglII site was made flush with Klenow before ligation with the pBR322 segment.

Plasmid pMON113 was cleaved with HindIII, treated with Klenow and joined to the 1.2 kb AvaII fragment of Tn903 Oka et al. *J. Mol. Biol.* 147:217 (1981) (oriI) that had been treated with Klenow polymerase, ligated to synthetic BamHI linkers, digested with BamHI and treated again with Klenow polymerase. The resulting plasmid carrying the Tn903 kanamycin resistance determinant adjacent to the LIH segment was called pMON292.

The pMON200 homology region and bacterial kanamycin resistance marker were inserted between the pTiT37 segments by mixing pMON292 linearized by cleavage with HindIII with two fragments derived from pMON293: a 2.5 kb PvuII-BamHI fragment and a 4.5 kb fragment isolated after cleavage with HindIII, Klenow polymerase treatment, and cleavage with BamHI. The resulting plasmid, pMON313, carries the following fragments in this order. First, is the BamHI linker followed by a 4.5 kb KpnI-HindIII fragment derived from the right side of pTiT37 KpnI fragment 11. This is joined to the 750 bp HincII-HindIII segment of pBR322 followed by the 1.2 kb Tn903 segment encoding kanamycin resistance. This is followed by the LIH (HindIII-BglI) segment and the PvuII-HindIII segment of pBR322 that carries the origin of replication. Next, there is a 2.5 kb PvuII to KpnI fragment from the left end of the pTiT37 KpnI 13b fragment which contains the left border of the T-DNA. Finally, this is joined to the starting BamHI linker.

To introduce this DNA into Agrobacterium, pMON313 was cleaved with BamHI and mixed with pRK290 DNA that had been cleaved with BglII and treated with DNA ligase. A derivative of pRK290 carrying the pMON313 plasmid was isolated and called pMON318.

Plasmid pMON318 was introduced into *Agrobacterium tumefaciens* strain A208 which carries pTiT37 and a chromosomal chloramphenicol resistance by standard

4,940,835

19

20

bacterial mating methods using pRK2013 as a helper. This method and subsequent selection for the replacement of the T-DNA with the engineered T-DNA segment carried in pMON318 was exactly as described by Fraley et al. (1985) for the selection of the disarmed octopine-type pTiB6S3-SE plasmid.

The resultant disarmed pTiT37-SE plasmid contains the vir region intact and retains the left T-DNA border and approximately 1 kb of the T-DNA. This region of the T-DNA has not been reported to encode a transcript (Joos et al., *Cell* 32: 1057–1067, 1983. This is followed by the pBR322 segment and LIH and then the Tn903 kanamycin resistance. The Tn903 segment is joined to a 750 bp segment of pBR322 that is joined to the left end of the pTiC58 HindIII analog of the pTiT37 HindIII 2 fragment (Depicker et al., 1980). This fragment is located outside the right end of the pTiT37 T-DNA. The result is that over 90% of the T-DNA including the phytohormone biosynthetic genes responsible for crown gall disease production and right border are absent from the pTiT37-SE plasmid.

The pTiT37-SE plasmid is carried in a derivative of strain A208 which was selected for growth in 25 μg/ml chloramphenicol and this strain with the disarmed plasmid is called A208-SE or ASE. The A208-SE strain is used as a recipient for the pMON200 intermediate vector in the triple mating procedure in exactly the same manner as the 3111-SE strain (Fraley et al., 1985). This results in a co-integrate hybrid T-DNA consisting of the following from left to right: the pTiT37 left border and approximately 1 kb of sequence just inside the border, the pBR322 HindIII to PvuII segment, the pTiA6 BglII to HindIII LIH region, the pMON200 synthetic multilinker, the NOS/NPTII/NOS kanamycin resistance gene for selection in plants, the Tn7 spectinomycin/-streptomycin resistance determinant, the nopaline synthase gene as a scorable marker for plant cells, the right border of the pTiT37 T-DNA. The DNA between the two border sequences just described and any other DNA inserted into the analogous region of pMON200 and derivatives are transferred to plant cells during the transformation procedure.

After 14–17 days, soybean callus transformed with either the vector alone (pMON200 plasmid) or with the vector containing a chimeric EPSPS gene was transferred to petri dishes containing MS medium and 0, 0.5 mM or 1.0 mM glyphosate.

Within 18–20 days after transfer to the media containing glyphosate, actively growing callus tissue appeared in all dishes containing no glyphosate. On medium containing 0.5 mM glyphosate there was little growth in the dishes containing control callus, i.e., the callus contain the pMON200 vector alone, while some callus colonies containing the chimeric EPSPS gene described hereinbefore in FIG. 2 showed definite growth. At 1.0 mM glyphosate, there was no callus growth from the control tissues and again, some growth of the transformed callus containing the chimeric EPSPS gene. This confirms that the CaMV 35S/EPSPS/NOS gene conferred glyphosate resistance on the soybean cells.

EXAMPLE 5: Gly^R Cotton Cells

A plant transformation vector similar to pMON546 is prepared following the general procedure outlined in Example 1 except that the CTP/EPSPS coding sequence is obtained from cotton. Seeds of cotton (cultivator Delta Pine 50) are surface sterilized using sodium hypochlorite and germinated in vitro on a basal medium

in the dark. After 2 weeks hypocotyls and cotyledons are cut into pieces and inoculated with a tumorous strain of *A. tumefaciens* containing the above described transformation vector and helper plasmid pGV3111. After 3 days coculture on MS basal medium, the explants are transferred to the same medium with 500 mg/l carbenicillin to kill the bacteria. After 2 to 4 weeks, tumor tissue is transferred to the same medium containing 0.5 mM glyphosate.

Control tissue was produced using tumorous *A. tumefaciens* cells containing the helper plasmid pGV3111 and pMON200. Tissue transformed with the above-described transformation vector demonstrates glyphosate resistance by continuing growth while growth of pMON200 transformed tissue (control) and non-transformed tissue is inhibited.

EXAMPLE 6: Glx^R Oil Seed Rape cells

A plant transformation vector similar to pMON546 is prepared following the procedure outlined in Example 1 except that the CTP/EPSPS coding sequence is obtained from rape plant such as *Brassica napus* (see Example 17).

The four terminal intervals from *B. napus* plants (growth chamber grown in soil) are surface sterilized in sodium hypochlorite and cut into 5 mm sections. The upper surface of each piece is inoculated with an overnight liquid culture of *A. tumefaciens* containing the above described transformation vector and helper plasmid pTiT37-SE and incubated for 2 to 3 days on nurse culture plates containing 1/10 MS medium with 1 mg/l BA. The explants are then transferred to MS medium containing 1 mg/l BA, 500 mg/l carbenicillin and 100 mg/l kanamycin. After 3 to 6 weeks, leaf tissue from transgenic shoots that have developed is transferred to the same medium but with 0.5 mM glyphosate instead of the kanamycin to test for tolerance.

Control tissue is prepared using *A. tumefaciens* cells containing helper plasmid pTiT37-SE and vector pMON200. Transgenic tissue that expresses EPSPS are able to grow in the presence of glycophosphate while transformed and non-transformed controls are inhibited.

EXAMPLE 7: Gly^R Flax Cells

A plant transformation vector similar to pMON546 is prepared following the procedure outlined in Examples 1. and 14–17 except that the CTP/EPSPS coding sequence is obtained from flax.

Flax seeds are surface-sterilized with 70% ethanol, 25% Chlorox and water with sterile distilled water. The seeds are placed on solid MS medium and allowed to germinate in the light for 5–7 days. The hypocotyls are removed aseptically and inoculated with *A. tumefaciens* cells containing the above-described transformation vector and helper plasmid pTiB6S3-SE or pTiT37-SE and permitted to co-culture for 2 days on MS medium containing 1 mg/l benzylaminopurine, 0.02 mg/l naphthalene acetic acid and 4% sucrose. The hypocotyls are then placed on MS medium supplemented with 400 mg/l kanamycin and 500 mg/l carbenicillin. After 2 weeks, selection for transformed callus and shoots are evident. The original explant begins to turn brown and the non-transformed initially formed shoots bleach white. The selected callus and shoots are green and opine positive.

Control tissue is prepared using *A. tumefaciens* cells containing helper plasmid pTiB6S3-SE or pTiT37-SE

4,940,835

21

and vector pMON200. Selected callus transformed with the above-described EPSPS vector demonstrates resistance to glyphosate at concentrations between 5.0 and 20.0 mM. Control tissue bleaches and dies at these glyphosate levels.

EXAMPLE 8: Isolation of Mutant EPSPS Gene from E. coli

Cells of E. coli ATCC 11303 were transferred to medium A and incubated at 37° C.

| MEDIUM A | |
| --- | --- |
| 10 X MOPS medium | 50 ml |
| 50% glucose solution | 2 ml |
| 100 mM aminomethyl phosphonate | 2 ml |
| Thiamine (5 mg/ml), pH 7.4 | 1 ml |
| 100 mM Glyphosate (sodium salt) | 2 ml |
| Deionized water to | 500 ml |
| 10 X MOPS medium: Per 500 ml | |
| 1 M MOPS (209.3 g/l, pH 7.4 | 200 ml |
| 1 M Tricine/89.6 g/l, pH 7.4) | 20 ml |
| 0.01 M FeSO$_4$, 7H$_2$O (278.01 mg/100 ml) | 5 ml |
| 1.9 M NH$_4$Cl (50.18 g/500 ml) | 25 ml |
| .276 M K$_2$SO$_4$ (4.81 g/100 ml) | 5 ml |
| 0.5 mM CaCl$_2$, 2H$_2$O (7.35 mg/100 ml) | 5 ml |
| 0.528 M MgCl$_2$ (10.73 g/100 ml) | 5 ml |
| 5 M NaCl (292.2 g/l) | 50 ml |
| 0.5% L-Methionine (500 mg/100 ml) | 5 ml |
| micronutrients* | 5 µl |
| *Micronutrients in 25 ml H$_2$O | |
| ZnSO$_4$ (2.88 mg/ml) | 25 µl |
| MnCl$_2$ (1.58 mg/ml) | 250 µl |
| CuSO$_4$ (1.6 mg/ml) | 25 µl |
| CoCl$_2$ (7.14 mg/ml) | 25 µl |
| H$_3$BO$_3$ (2.47 mg/ml) | 250 µl |
| NH$_4$MO$_7$O$_{24}$ (3.71 mg/ml) | 25 µl |

After a week, a culture was obtained which could grow rapidly in the presence of high concentrations of glyphosate in the growth medium (10 mM or higher). Analysis of the EPSPS activity in the extracts of this culture and comparison of its glyphosate sensitivity with that of wild type E. coli revealed that the mutant organism had an altered EPSPS. The glyphosate sensitivity of EPSPS of mutant cells was significantly different from that of wild type. This mutant bacterium was designated E. coli 11303 SM-1. The aroA gene encoding EPSPS from this mutant bacterium was isolated as follows.

Isolation of aroA gene encoding EPSPS from E. coli

11303 SM-1: The DNA from this bacterium was isolated (Marmur, J. (1961) J. Mol. Biol. 3:208–218). Southern hybridization using E. coli K-12 aroA gene (Rogers et al., 1983) as the probe established that the aroA gene in the mutant bacterium was on a 3.5 Kb BglII-HindIII fragment. This fragment was cloned into the vector pKC7 (Rao, R. N. & Rogers, S. G. (1979), Gene, F. 7-9-82) and the resulting plasmid was used for transformation of E. coli. Transformed colonies were screened for their ability to grow in these conditions and were shown to contain the 3.5 Kb BglII-HindIII insert by hybridization with the E. coli K-12 aroA gene. This clone was designated pMON9538. An NdeI-EcoRI fragment of this insert which contains greater than 86% of the aroA gene from the mutant bacterium was cloned into an expression vector pMON6001, a derivative of pMON6001 described below) generating a hybrid EPSPS coding sequence carrying the E. coli K-12 aroA

22

coding sequence of E. coli K-12 and 11303 SM-1. This clone was designated pMON9540. The EPSPS produced by this hybrid aroA gene retained its glyphosate tolerance, suggesting that the mutation conferring glyphosate tolerance to EPSPS in 11303 SM-1 was localized within amino acids 53–427. The E. coli mutant EPSPS gene was incorporated into plant transformation vector with and without a chloroplast transit peptide in the following manner.

Plasmid pMON6001 is a derivative of pBR327 (Soberon et al., 1980) carrying the E. coli K12 EPSPS coding sequence expressed from two tandem copies of a synthetic phage lambda pL promoter. Plasmid pMON6001 was constructed in the following manner. First, pMON4 (Rogers et al., 1983) was digested with ClaI and the 2.5 kb fragment was inserted into a pBR327 that has also been cleaved with ClaI. The resulting plasmid, pMON8, contains the EPSPS coding sequence reading in the same direction as the beta-lactamase gene of pBR327.

To construct pMON25, a derivative of pMON8 with unique restriction endonuclease sites located adjacent to the E. coli EPSPS coding sequence, the following steps were taken. A deletion derivative of pMON4 was made by cleavage with BstEII and religation. The resultant plasmid, pMON7 lacks the 2 kb BstEII fragment of pMON4. Next, a 150 bp HinfI to NdeI fragment which encodes the 5′ end of the EPSPS open reading was isolated after digestion of pMON7 with NdeI and HinfI and electroelution following electrophoretic separation on an acrylamide gel. This piece was added to the purified 4.5 kb BamHI-NdeI fragment of pMON8 which contains the 3′ portion of the EPSPS coding sequence and a synthetic linker with the sequence:

5′-GATCCAGATCTGTTGTAAGGAGTCTAGACCATGG
GTCTAGACAACATTCCTCAGATCTGGTACCTTA

The resulting plasmid pMON25 contains the EPSPS coding sequence preceded by unique BamHI and BglII sites, a synthetic ribosome binding site, and unique XbaI and NcoI sites the latter of which contains the ATG translational initiator signal of the coding sequence.

To construct pMON6001, pMON25 was digested with BamHI and mixed with a synthetic DNA fragment containing a partial phage lambda pL sequence (Adams and Galluppi, 1986) containing BamHI sticky ends:

5′-GATCCTATCTCTGGCGGTGTTGACATAAATACCACTGGCGGTGATACTGAGCACATCG
GATAGAGACCGCCACAACTGTATTTATGGTGACCGCCACTATGACTCGTGTAGCCTAG

The resulting plasmid pMON6001 carries two copies of the synthetic phage lambda pL promoter fragments as direct repeats in the BamHI site of pMON25 in the correct orientation to promote transcription of the EPSPS coding sequence. The BglII-HindIII fragment from pMON6001 which contains the E. coli K-12 aroA gene was inserted into a pEMBL18+ vector and a EcoRI site was inserted at aa27 by site directed mutagenesis. This clone with the new EcoRI site was called pMON6530. The NdeI-BglII fragment (which includes the new EcoRI site) from pMON6530 was cloned into the NdeI-BglII digested pMON9540 to give pMON6531.

Plasmid pMON6012 is a simple derivative of pMON6001 created by cleavage of pMON6001 and EcoRI, treatment with large Klenow fragment of E. coli

4,940,835

23

DNA polymerase and ligation. This gave rise to pMON6010 which contains no EcoRI cleavage site. Plasmid pMON6012 was then created by digestion of pMON6010 with PvuII and insertion of a synthetic EcoRI linker:

```
5'-CCGGAATTCCGG
    GGCCTTAAGGCC
```

into the unique PvuII site near the end of the EPSPS coding sequence.

The 330bp EcoRI fragment of pMON9531 (was cloned into M13 mp9 creating a new plasmid M8017. Site directed mutagenesis was performed to introduce a BglII site in the leader sequence just 5' of the chloroplast transit peptide using the mutagenesis primer

```
5'-CCATTCTTGAAAGATCTAAAGATT-
    GAGGA
```

The mutagenized clone obtained is designated M13 M8020. The BglII-EcoRI fragment was cloned into BglII-EcoRI digested pMON530 creating pMON536. pMON536 is a pMON505 derivative (Horsch & Klee, 1985) carrying the 35S-NOS cassette created by transferring the 2.3 kb StuI-HindIII fragment of pMON316 into pMON505. pMON526 is a simple derivative of pMON505 in which the SmaI site was removed by digestion with XmaI, treatment with Klenow polymerase and ligation. The resultant plasmid, pMON530 (FIG. 2) retains the properties of pMON505 and the 35S-NOS expression cassette now contains a unique cleavage site for SmaI between the promoter and polyadenylation signals. The EcoRI fragment containing the aroA gene from pMON6031 was cloned into the EcoRI site of pMON536 creating pMON542.

The BglII-EcoRI fragment of pMON9540 which encodes the hybrid K12-SM1 EPSPS without the CTP was cloned into the BglII and EcoRI sites of pMON530 to create pMON8078.

Transformation of tobacco cells using pMON542 (construct with CTP) as previously described in Example 3 resulted in glyphosate resistance. Conversely, transformation of tobacco with pMON8078 (construct without CTP) failed to confer glyphosate resistance.

### EXAMPLE 9: Gly^R Potato Cells

Potato - Shoot tips of virus-free Russet Burbank are subcultured on media containing MS major and minor salts, 0.17 g/l sodium dihydrogen phosphate, 0.4 mg/l thiamine hydrochloride, 0.1 g/l inositol, 3% sucrose, 1.5 g/l Gelrite TM (Kelco, Co.) at pH 5.6. Cultures are grown at 24C in a 16 hour photoperiod. Shoots are used approximately 3–4 weeks after subculturing. Stem internodes are cut into approximately 8 mm lengths and split lengthwise, then the cut surface is smeared with Agrobacterium carrying vector pMON542 and helper plasmid pTiT37-SE which had been streaked on an LB agar plate and grown for a few days. Stem sections are placed cut side down on the surface of the medium containing MS salts, MS organics, 3% sucrose, 2.25 mg/l BA, 01186 mg/l NAA, 10 mg/l GA, 1.5 g/l Gelrite at pH 5.6. After 4 days, the stem explants are transferred to the same medium but with carbenicillin at 500 mg/l and kanamycin as the selective agent at 0 or 300 mg/l. Two weeks after inoculation, the explants are moved onto medium of the same composition but without NAA. Kanamycin at 300 mg/l was sufficient to prevent swelling and callusing of the infected explants

24

without killing the tissue. The transformed tissue appears as small outgrowths usually on the end of the explant. Transformed tissue exhibits substantial resistance to glyphosate.

### EXAMPLE 10: Gly^R Sunflower Cells

The following procedures are utilized to obtain transformed sunflower tissue and shoots. Tumors are incited on sterile sunflower seedlings. Sunflower seeds are surface sterilized with 40% Chlorox and sterile distilled water rinses. The seeds are germinated on an agar medium containing B5 salts, 0.5% sucrose and 0.8% agar. Seven-day old seedlings are inoculated with overnight cultures of Agrobacterium strains carrying pTiB6S3-SE by scoring the internode or stabbing the internode with a syringe and using another syringe to introduce the bacteria into the wound. Tumors form in 2–3 weeks. The tumors are removed from the seedlings and grown independently on MS medium without hormones. Transformed callus and shoots are also obtained following a different procedure. Seeds are surface sterilized and placed on the germination medium above. Germination is carried out in the light for 10 days. Hypocotyl segments, 2–3 mm are, excised and inoculated with Agrobacterium strains containing engineered constructs. The hypocotyls are co-cultured for 2 days on a medium containing MS salts and vitamins, 5 g/l KNO$_3$, 100 mg/l inositol, 40 mg/l adenine sulfate, 500 mg/l casamino acids, 1 mg/l NAA, 1 mg/l BA, 0.1 mg/l GA3, 30 mg/l sucrose and 8 gm/l agar. After co-culture, the hypocotyls are placed on the same medium but containing 300 mg/l kanamycin and 500 mg/l carbenicillin. After 2 weeks, the hypocotyls inoculated with strains containing the kanamycin resistance gene produce callus and regenerates on medium containing kanamycin while other hypocotyls do not.

A. tumefaciens containing binary vectors pMON546 and helper plasmid pTiB6S3-SE are used to produce tumors and callus and regenerated plants. The tumors exhibit tolerance to glyphosate at concentrations which bleach and kill control tumors which do not contain the glyphosate resistance gene. Non-tumorous callus likewise show tolerance to levels of glyphosate which kill callus without the glyphosate resistance gene. Transformed sunflower plants demonstrate tolerance to glyphosate sprayed at concentrations which kill wild type plants.

### EXAMPLE 11: Gly^R Petunia Plants

Transformed petunia plants were produced by regeneration from the transformed leaf disks of Example 2, by the procedure described in Horsch et al. 1985. The transformed plants obtained contained the pMON546 vector, described hereinbefore, which contains the CaMV 35S promoter fused to the wild-type petunia EPSPS gene.

Four individual representative transgenic seedlings were selected, grown and tested in the testing procedure described below, along with four individual non-transformed (wild-type) petunia seedlings.

The plants were grown in a growth medium in a growth chamber at 26° C. with 12 hours of light per day. The plants were fertilized weekly with a soluble fertilizer and watered as needed. The plants were sprayed at a uniform and reproducible delivery rate herbicide by use of an automated track sprayer.

4,940,835

25

The glyphosate solution used was measured as pounds of glyphosate acid equivalents per acre, mixed as the glyphosate isopropylamine salt, with an ionic surfactant.

Four individual wild-type (non-transformed) petunia plants were selected for use as control plants. Four individual transformed plants containing the pMON546 vector were selected for assay for kanamycin resistance as described in Horsch et al. 1985.

The control plants and the transformed plants were sprayed with the isopropylamine salt of glyphosate at the application level listed in Table 2 below; the experimental results obtained are also summarized in Table 2.

TABLE 2

| Plant Response to Glyphosate Spraying | | |
|---|---|---|
| Plant Type | Glyphosate Dose* | Visual Appearance |
| Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves that are growing with normal morphology, plants appear healthy and started to flower |

*Acid Equivalent

As indicated in Table 2, the control plants were killed when sprayed with 0.4 pounds/acre of glyphosate. In contrast, the petunia plants which were transformed were healthy and viable after spraying with 0.8 pound-s/acre. The transformed plants are more resistant to glyphosate exposure than the non-transformed control plants.

EXAMPLE 12: Gly$^R$ Tomato Plants

Transformed tomato plants, VF36 variety are produced from sterile seedlings as described below.

Sterile seedlings of VF36 tomato are grown on water agar. Hypocotyls and cotyledons are excised and cultured for 2 days on MS medium containing B5 vitamins, 30 g/l sucrose and 1·mg/l benzyladenine and 0.1 mg/l indole acetic acid. The seedlings are then infected with the *A. tumefaciens* vector containing the chimeric EPSPS gene described in Example 2, by immersing for about 30 seconds in a culture of *A. tumefaciens* containing the chimeric EPSP synthase gene that had been diluted to 10$^7$ bacteria/ml. Explants are obtained by cutting sections from the seedlings. The explants are blotted dry and incubated as described previously in Example 2 except that the medium contains only 10% of standard concentration of MS salts. After 2 days of coculture, the explants are transferred to selective medium containing 100 μg/ml kanamycin. Transformed tomato plants grow from the explants. Leaves from these plants are tested for glyphosate resistance using a leaf callus assay described below.

Tomato leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene are incubated on callus medium described above containing 0.5 mM glyphosate. After 10 days the control leaves are completely inhibited and showed no

26

signs of callus growth; the leaves from plants transformed with the chimeric EPSPS gene vector produced callus.

EXAMPLE 13: Gly$^R$ Tobacco Plants

Transformed tobacco plants (Samsun variety) were produced and grown by the method described in Example 4, substituting transformed tobacco leaf disks for transformed petunia leaf disks.

Tobacco plants were tested for glyphosate resistance using the method described for tomato plants in Example 5. Tobacco leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene were incubated on callus medium containing 0.5 mM glyphosate.

After 10 days the control tobacco leaves were completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSPS that the chimeric petunia EPSPS gene confers glyphosate resistance to tobacco plants.

EXAMPLE 14: Isolation of Petunia EPSPS Genomic Clone

In order to isolate the entire petunia EPSPS gene, the library of petunia genomic DNA was constructed as described in Example 1-G. Briefly, the chromosomal DNA from the MP4-G cell line was digested with BamHI and cloned into a phage vector, λMG14, to create a library. As described in Example 1-G, one phage clone λF7 was isolated which contains a 4.8 kb BglII fragment that was complementary to pMON9531 cDNA clone. To isolate the remainder of the gene, the genomic library was screened again using as probe the 1.6 kb cDNA insert from pMON9556. The plating of the library and the hybridization procedures were done as described in Example 1-G. Several positive signals were obtained. One isolate was selected for further analysis and was designated as the λF10 phage clone.

The DNA from λF10 was digested separately with BamHI, BglII, EcoRI and HindIII. The DNA was hybridized with nick-translated EPSPS sequences from pMON9531 and pMON9556 in a Southern blot procedure. This indicated that the complementary sequences from λF10 were on 4.8 kb, 2.0 kb and 3.8 kb BglII fragments. DNA sequence analysis of these fragments indicates that these three fragments together contain the entire gene which spans approximately 9 kb of petunia DNA and is interrupted by seven introns (FIG. 6). The promotor fragment of the EPSPS gene contained in the genomic clone, λF10, can be used to express the chimeric EPSPS cDNA or genomic sequences. The fragments containing the introns may also be used to construct additional chimeric EPSPS genes to obtain enhanced levels of the mRNA.

EXAMPLE 15: Isolation of *Arabidopsis thaliana* Genomic Clone

An *Arabidopsis thaliana* genomic bank was constructed by cloning size fractionated (15–20 kb), MboI partially digested DNA into BamHI cut lambda EMBL3. Approximately 10,000 plaques of phage from this library were screened with a nick-translated petunia EPSPS probe (pMON9566). A strongly hybridizing plaque, E1, was purified. Southern blots of the EPSPS probe to phage DNA digests identified two fragments which hybridized very strongly The first of these was a 1.0 kb HindIII fragment and the other was a 700 bp

4,940,835

27                                                                          28

BamHI fragment Both of these fragments were sub-
cloned into pUC119 and the DNA sequences of the
inserts determined.

The sequence data indicated that the phage did con-
tain the Arabidopsis EPSPS gene. The enzyme is highly
homologous to the petunia enzyme over the area for
which sequence was available. The BamHI fragment
was used as a hybridization probe against the phage and
Arabidopsis genomic DNA to identify restriction endo-
nuclease fragments suitable for cloning the entire gene.
Two BglII fragments of 6.0 and 3.2 kb were identified
from the E1 phage clone which, together, contain the
entire EPSPS gene. FIG. 6 summarizes the organization
of the Arabidopsis clone and compares it to the organi-
zation of the Petunia EPSPS gene.

The DNA encoding the amino terminus of the pro-
tein is within the 6.0 kb BglII fragment. The exact trans-
lational start site can be determined by comparison of
the amino acid sequence deduced from the nucleotide
sequence to that of the petunia enzyme. Site directed
mutagenesis can then be used to introduce a unique
EcoRI site immediately upstream of the translational
start codon. The entire gene can then be isolated as an
EcoRI fragment. This EcoRI fragment can be inserted
into the expression vector, pMON530, and the resulting
vector used to overexpress the Arabidopsis EPSPS
enzyme in plants.

EXAMPLE 16: Isolation of Tomato EPSP cDNA
Clone

A cDNA library was constructed from RNA isolated
from mature pistils of tomato (Lycopersicum esculentum
variety VF36) by the methods of Huynh et al. (in: DNA
Cloning Techniques: A Practical Approach, IRL Press,
D. Glover ed., 1985) and Gubler and Hoffman (Gene
25:263–269, 1985). The library was plated on E. coli
strain BNN102 and filter replicas were made. The filters
were hybridized with the 1.9 kb BglII/ClaI fragment of
pMON9563 that had been labeled with ³²P (Feinberg
and Vogelstein (Anal. Biochem. 132:6–13, 1983). Hy-
bridizing plaques were isolated and rescreened by the
same method to verify the presence of EPSPS cDNA.
The full length tomato EPSPS cDNA was present on
two EcoRI fragment of 250 and 1700 bp in one of the
cDNA clones (PI). The 250 bp fragment was cloned
into the EcoRI site of pUC119 forming pMON9596 The
1700 bp fragment was cloned into pUC19 forming
pMON9589 The insert of pMON9596 was sequenced
using a dideoxy sequencing kit purchased from Amer-
sham to determine the sequence surrounding the start
codon to facilitate mutagenesis. A BglII site was engi-
neered 13 bases upstream of the translation start codon
of pMON9596 by the method of Kunkel (Proc. Natl.
Acad. Sci. USA 82:488–492, 1985) using the chemically
synthesized oligonucleotide:

GCCATTTCTTGTGAAAAAGATCTT-.
CAGTTTTTC

The insert of the resulting plasmid, pMON9710, was
sequenced to verify the correct mutation. The 70 bp
BglII/EcoRI fragment of pMON9710 was inserted into
pMON316 which had been digested with BglII and
EcoRI pMON316 which had been digested with BglII
and EcoRI creating pMON9720. The 1700 bp EcoRI
fragment of pMON9589 was inserted into the EcoRI
site of pMON9720 in the correct orientation to reconsti-

tute the EPSPS coding region resulting in pMON9721
(see FIG. 7).

This plasmid was inserted into A. tumefaciens cells
which contained a helper plasmid, pGV3111-SE. The
helper plasmid encodes certain enzymes which are nec-
essary to cause DNA from pMON9721 to be inserted
into plant cell chromosomes. It also contains a kanamy-
cin resistance gene which functions in bacteria. A. tume-
faciens cells containing pMON9721 are used in plant
transformation experiments to produce glyphosate re-
sistant cells and plants as previously described in Exam-
ple 12.

EXAMPLE 17: Isolation of Brassica napus cDNA
Clone

Total RNA was isolated from Brassica napus (cultivar
Westar) flowers as follows. Flowers were frozen in
liquid nitrogen. After liquid nitrogen had evaporated,
flowers were homogenized in extraction buffer (1%
tris-isopropylnapthalene sulfonic acid, 6% p-aminosali-
cylic acid, 100 mM Tris-HCl, pH 7.6, 50 mM EGTA,
pH 7.5, 100 mM NaCl, 1% SDS and 50 mM 2-mercap-
toethanol) and then extracted with equal volume of a
1:1 mixture of phenol/chloroform. The nucleic acids in
the aqueous phase were precipitated with ethanol. The
precipitate was dissolved in water and the RNA was
precipitated twice with LiCl to a final concentration of
2M. The final RNA pellet was dissolved in water and
the RNA was precipitated with ethanol. PolyA RNA
was selected by olig-dT cellulose chromatography. The
yield of polyA RNA was 1.0 μg/gram of flowers.

The library was constructed using polyA RNA from
Brassica napus flowers and the method used is described
in Example 16. The yield in the library was 90,000 pla-
ques/3 μg polyA RNA. The library was plated at a
density of 5000 plaques/plate. The phage DNA was
transferred to nitrocellulose filters. The filters were
hybridized under low stringency in 35% formamide, 5
X SSC, 300 μg/ml tRNA, 0.1% SDS at 37° C. The
insert from pMON9556 was labeled with ³²P by nick-
translation and added to the hybridization solution at
2×10⁶ cpm/ml. The filters were washed in 2×SSC at
room temperature twice for 15 min each and once at 37°
C. for 30 min. A number of positively hybridizing phage
were obtained. These phage were picked and re-
screened twice at lower plaque densities. The positively
hybridizing phage were selected and those containing a
full length B. napus EPSPS cDNA clone were chosen
for further analysis. The full length B. napus EPSPS
cDNA clone will be modified and inserted into a plant
expression vector, pMON530, to create a chimeric
CaMV 35S/B. napus EPSPS gene.

EXAMPLE 18: Petunia EPSPS Chloroplast Uptake
Requires CTP Sequence

A full-length cDNA clone of EPSPS from P. hybrida
was obtained as described in Example 1. This cDNA
clone contains 27 nucleotides of the 5′ untranslated
leader, 1.5 kb which codes for the 72 amino acid transit
peptide plus 444 amino acids of the mature enzyme, and
0.4 kb of the entire 3′ flanking sequence. The full-length
EPSPS cDNA was cloned as a 2.1 kb BglII-SalI frag-
ment into the BamHI/SalI sites of the plasmid pGEM1
to give plasmid pMON6140 and into PGEM2 to give
pMON6145. The EPSPS coding region is transcribed 5′
to 3′ from the T7 and SP6 promoters, respectively.

Plasmid DNA (pMON6140 and pMON6145) con-
taining the full-length EPSPS cDNA was linearized at

4,940,835

29

a unique Pvu I site located in the 3' untranslated region. The linearized plasmid DNA was transcribed in vitro (uncapped) with SP6 and T7 polymerase essentially as described in Krieg et al, 1984. The standard reaction buffer contained 40 mM Tris-HCl (pH 7.9), 6 mM MgCl₂, 10 mM dithiothreitol, 2 mM spermidine, 80U RNasin ribonuclease inhibitor, 0.5 mM each of ATP, GTP, CTP and UTP, in a final reaction volume of 100 μl. The final RNA pellet was resuspended in 20 μl of sterile water and stored at −80° C. A standard translation reaction contained 100 μl of nuclease-treated rabbit reticulocyte lysate, 5.7 μl of a 19-amino acid mixture (minus methionine) at 1 mM each, 5.7 μl of RNA (total RNA transcripts derived from 0.63 μg of plasmid DNA), 16 μl RNasin (20U/μl ) ribonuclease inhibitor, 15 and 58.3 μl of [³⁵S]methionine (14–15mCi/ml). The in vitro translation reaction was run at 30° C. for 90 min. The translation products were stored frozen at −80° C.

Intact chloroplasts were isolated from lettuce (*Latuca sativa,* var. longifolia) by centrifugation in Percoll/ficoll 20 gradients as modified from Bartlett et al (1982). The final pellet of intact chloroplasts was suspended in 0.5 ml of sterile 330 mM sorbitol in 50 mM Hepes-KOH, pH 7.7, assayed for chlorophyll (Arnon, 1949), and adjusted to the final chlorophyll concentration of 4 25 mg/ml (using sorbitol/Hepes). The yield of intact chloroplasts from a single head of lettuce was 3–6 mg chlorophyll. These chloroplasts were deemed homogeneous based on phase contrast and transmission electron microscopy.

A typical 300 μl uptake experiment contained 5 mM ATP, 8.3 mM unlabeled methionine, 322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0), 50 μl reticulocyte lysate translation products, and intact chloroplasts from *L. sativa* (200 μg chlorophyll). The uptake mixture was 35 gently rocked at room temperature (in 10×75 mm glass tubes) directly in front of a fiber optic illuminator set at maximum light intensity (150 Watt bulb). Aliquots of the uptake mix (50–125 μl ) were removed at various times and fractionated over 100 μl silicone-oil gradients 40 (in 150 μl polyethylene tubes) by centrifugation at 11,000 ×g for 30 sec. Under these conditions, the intact chloroplasts form a pellet under the silicone-oil layer and the incubation medium (containing the reticulocyte lysate) floats on the surface. After centrifugation, the 45 silicone-oil gradients were immediately frozen in dry ice. The chloroplast pellet was then resuspended in 50–100 μl of lysis buffer (10 mM Hepes-KOH pH 7.5, 1 mM PMSF, 1 mM benzamidine, 5 mM ε-amino-n-caproic acid, and 30 μg/ml aprotinin) and centrifuged 50 at 15,000 ×g for 20 min to pellet the thylakoid membranes. The clear supernatant (stromal proteins) from this spin, and an aliquot of the reticulocyte lysate incubation medium from each uptake experiment, were mixed with an equal volume of 2X NaDodSO₄-PAGE 55 sample buffer for electrophoresis (see below).

NaDodSO₄-PAGE was carried out according to Laemmli (1970) in 12% (w/v) acrylamide slab gels (60 mm×1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm×1.5 mm). The gels were fixed in 30% methanol 60 and 10% acetic acid, dried under vacuum, and taken for direct autoradiography with Kodak XAR-5 X-ray film. Quantitation of bands on the X-ray film was performed using a Hoefer GS-300 scanning densitometer interfaced with a Spectra-Physics SP4100 recording/com-65 puter integrator.

To verify that precursor EPSPS (+CTP) is taken up and processed by chloroplasts, the total translation

30

products containing [³⁵S]methionine-labeled pre-EPSPS were incubated with freshly isolated, intact chloroplasts from *L. sativa.* The pre-EPSPS (+CTP) was rapidly translocated into chloroplasts and cleaved to the mature EPSPS of Mₐα48 kDa. The NaDodSO₄-PAGE autoradiograph revealed the disappearance of the precursor EPSPS from the incubation medium, and the subsequent appearance of a lower molecular weight, mature form in the chloroplast fraction. Some of the mature EPSPS was also present in the incubation medium at 15 minutes due to chloroplast lysis. Post-uptake treatment of the incubation mixture with trypsin and chymotrypsin showed that the pre-EPSPS in the incubation medium was completely degraded, whereas the mature EPSPS in the chloroplast fraction was fully protected. These results indicate that EPSPS was translocated across the chloroplast envelope into a protease inaccessible space. Furthermore, subfractionation of the resiolated chloroplasts indicated that the mature EPSPS was localized in the stromal, as opposed to thylakoid, fraction. Based on nucleotide sequence, the predicted molecular weight for the mature *P. hybrida* EPSPS is 47,790 daltons. The Mₐα48 kDa polypeptide localized in the resiolated chloroplast fraction co-migrated during NaDodSO₄-PAGE with the purified mature EPSPS of *P. hybrida.*

In order to show that the CTP is required for uptake, the mature enzyme (lacking the CTP) is isolated from the chloroplast stroma after an initial 15 minute uptake experiment. A mixture of stromal proteins (containing the labeled mature enzyme) was diluted with unlabeled reticulocyte lysate and used in a second uptake experiment with intact chloroplasts. The mature EPSPS (lacking the CTP) was not translocated into chloroplasts, or bound to the outer-envelope membrane, during a 15 minute incubation. As a control experiment, we found that the rate of uptake of pre-EPSPS into chloroplasts was unaffected by the addition of stromal proteins to the incubation mixture. From these data it is concluded that the CTP of EPSPS is required for uptake of the enzyme into chloroplasts.

EXAMPLE 19: CTP of Petunia EPSPS Facilitates Chloroplast Uptake of Heterologous Protein

The following EPSPS experiments show that the CTP can target a heterologous protein to the stroma compartment. The 72-amino acid transit peptide of EPSPS was fused to the mature ssRUBISCO from wheat. The mature wheat ssRUBISCO cDNA (Broglie et al 1983) was obtained as an SphI/PstI fragment of ~0.6 kb. This SphI/PstI fragment contains the entire mature wheat ssRUBISCO coding region of 128 amino acids (beginning at the N-Terminal methionine) and 200 bp of the 3' untranslated region. The mature ssRU-BISCO cDNA fragment was fused behind the *P. hybrida* EPSPS CTP cDNA fragment. This fusion was done by joining an EcoRI/SphI fragment of pMON6140 with the wheat ssRUBISCO cDNA. The construct pMON6242 is a derivative of pMON6140 and contains *P. hybrida* EPSPS with an engineered consensus cleavage site for ssRUBISCO. The cleavage site of pMON6140 EPSPS (ser-val-ala-thr-ala-gln/lys) was changed to gly-gly-arg-val-ser-cys/met in pMON6242. This change introduces an in-frame SphI site which allows CTP switching between ssRUBISCO and EPSPS. The construct pMON6242 has previously been cloned into pGEM-2 and shown to give a chimeric precursor enzyme which is transported into chloro-

4,940,835

31

plasts in vitro and proteolytically processed in the correct fashion.

The EcoRI/SphI fragment from pMON6242 was fused to the SphI site from wheat ssRUBISCO and cloned into plasmid pIBI to give pMON6149. In vitro transcription/translation of pMON6149 gave a single polypeptide of the predicted molecular weight for the fusion protein (~23 kD). Chloroplast import assays in vitro showed that the chimeric protein was transported into the stroma and proteolytically cleaved to a final product of ~15 kD (the ssRUBISCO has a molecular weight of 15 kD).

These results show that the EPSPS CTP alone confers sufficient information to target a heterologous protein to the chloroplast stroma.

## REFERENCES

Adams, S. P. et al. (1983) *J. Amer. Chem. Soc.* 105: 661

Amrhein, N. et al. (1980) *Naturwissenschafter* 67: 356–357.

Arnon, D.L (1949) *Plant Physiol.* 24,1–15

Ausubel, F. et al (1980) *Plant Mol. Bio. Newsletter* 1: 26–32.

Barinaga, M. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.

Bartlett, S. G., Grossman, A. R. & Chua N. H. (1982) in *Methods in Chloroplast Molecular Biology,* Elsevier Biomedical Press, New York, pp 1081–1091.

Bevan, M. et al. (1983) *Nature* 304: 184.

Broglie, R. et al. (1983) *Bio/Technology* 1: 55–61.

Comi, L. et al. (1983) *Science* 221: 370–371.

Davis, R. W. et al. (1980) *Advanced Bacterial Genetics,* Cold Spring Harbor Labs, N.Y.

DeCleene, M. and DeLey, J. (1976) *Bot. Review* 42: 389–466.

DePicker, A. et al. (1982) *J. Mol. Appl. Gen.* 1: 561.

Ditta, G. et al (1980) *Pro. Natl. Acad. Sci. Usa* 77:7347

Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081–1091.

Fraley, R. T. et al. (1983) *Proc. Natl. Acad. Sci. USA* 80: 4803.

Goldberg, R. B. et al., (1981) *Devel. Bio.* 83: 210–217.

Hernalsteens, J. P. et al. (1985), *EMBO Journal* 3: 3039–3041.

Herrera-Estrella, L. et al. (1983) *Nature* 303: 209

Hooykaas-Van Slogteren, G. M. S. et al. (1984) *Nature* 311: 763–764.

Horsch, R. B. and Jones, G. E. (1980) *In Vitro* 16: 103–108.

Horsch, R. B. et al. (1985) *Science* 227: 1229–1231.

Horsch, R. B. and Klee, H. J. (1986) *Proc. Natl. Acad. Sci USA* 83, 4428–4432.

Hunkapiller, M. W. et al. (1983a) *Methods Enzymol.* 91: 399–413.

Hunkapiller, M. W. et al. (1983b) *Methods Enzymol.* 91: 486–493.

Huynh, T. V. et al, (1985) in *DNA Cloning Techniques: A Practical Approach,* D. Glover (ed.), IRL Press, Oxford, England

Krieg, P. A. & Melton, D. A. (1984) *Nucleic Acids Res.* 12; 7057–7070.

Laemmli, U.K. (1970) *Nature* 227, 680–685.

Lizardi, P.M. (1982) "Binding and Recovery of DNA and RNA using NA-45 DEAE Membrane." Schleicher and Schuell, Inc., Keene, N.H.

Maniatis, T. et al. (1982) *Molecular Cloning: A Laboratory Manual,* Cold Spring Harbor Labs, N.Y.

32

Maxam, A. M. and W. Gilbert (1977) *P.N.A.S. U.S.A.* 74: 560–564.

Meagher, R. B. et al. (1977) *Virology* 80: 362–375.

Messing, J. et al. (1981). *Nucleic Acid.* 9: 309–321.

Messing, J. and J. Vieira (1982), *Gene* 19: 69–276.

Mousdale, D. M. and Coggins, J. R. (1984) *Planta* 160: 78–83.

Nafziger, E. D., et al (1984), *Plant Physiol,* 76, 571.

Mousdale, D. M. and Coggins, J. R. (1985) *Planta* 163: 241–294.

Rogers, S. G. et al. (1983) *Appl. Envir. Microbia.* 46: 37–43.

Rubin, J. et al. (1982) *Plant Phys.* 70: 833–839.

Scherer, et al. (1981) *Developmental Bio.*86: 438–447.

Schimke, R. T., ed. (1982) *Gene Amplification,* Cold Spring Harbor Labs.

Smart, C. C., et al (1985), *J. Biol. Chem,* 30, 16338.

Southern, E.M. (1975) *J. Mol. Biol.* 98: 503–517.

Stalker, D. M. et al. (1985) *J. Biol. Chem.* 260: 4724–4728.

Steinrucken, H. and Amrhein, N. (1980) *Biochem. & Biophys. Res. Comm.* 94: 1207–1212.

Vieira, J. et al. (1982), *Gene* 19: 259–268.

Steinrucken, H. (1985) *Arch. Biochem. Biophys. (in press).*

Young, R. A. and R. W. Davis. (1983), *Proc. Natl. Acad. Sci , USA* 80: 1194–1198.

Zoller, M. M. et al, (1983), *Methods Enzymol.,* 100, 468.

We claim:

1. A chimeric plant gene which comprises:
(a) a promoter sequence which functions in plant cells;
(b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and
(c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA;
the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

2. A chimeric gene of claim 1 in which the promoter sequence is a plant virus promoter sequence.

3. A chimeric gene of claim 2 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

4. A chimeric gene of claim 3 in which the promoter sequence is the CaMV35S promoter sequence.

5. A chimeric gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

7. A chimeric gene of claim 1 in which the chloroplast transit peptide is from a plant EPSPS gene.

8. A cloning or expression vector comprising a chimeric plant gene of claim 1.

9. A cloning or expression vector of claim 8 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

4,940,835

33

**10.** A cloning or expression vector of claim 9 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

**11.** A cloning or expression vector of claim 10 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**12.** A cloning or expression vector of claim 11 in which the promoter sequence is the CaMV35S promoter sequence.

**13.** A cloning or expression vector of claim 8 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**14.** A cloning or expression vector of claim 8 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**15.** A plant transformation vector which comprises a chimeric plant gene of claim 1.

**16.** A plant transformation vector of claim 15 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS.

**17.** A plant transformation vector of claim 15 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

**18.** A plant transformation vector of claim 17 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**19.** A plant transformation vector of claim 18 in which the promoter sequence is the CaMV35S promoter sequence.

**20.** A plant transformation vector of claim 15 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**21.** A plant transformation vector of claim 15 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**22.** A glyphosate-resistant plant cell comprising a chimeric plant gene of claim 1.

**23.** A glyphosate-resistant plant cell of claim 22 in which the promoter sequence is a plant virus promoter sequence.

**24.** A glyphosate-resistant plant cell of claim 23 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**25.** A glyphosate-resistant plant cell of claim 24 in which the promoter sequence is the CaMV35S promoter sequence.

**26.** A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**27.** A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**28.** A glyphosate-resistant plant cell of claim 22 in which the chloroplast transit peptide is from a plant EPSPS gene.

**29.** A glyphosate-resistant dicotyledonous plant which has been regenerated from a glyphosate-resistant plant cell comprising the chimeric plant gene of claim 1.

**30.** A glyphosate-resistant plant of claim 29 in which the promoter sequence is a plant virus promoter sequence.

**31.** A glyphosate-resistant plant of claim 30 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

34

**32.** A glyphosate-resistant plant of claim 31 in which the promoter sequence is the CaMv35S promoter sequence.

**33.** A glyphosate-resistant plant of claim 29 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**34.** A glyphosate-resistant plant of claim 29 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**35.** A glyphosate-resistant plant cell of claim 29 in which the chloroplast transit peptide is from a plant EPSPS gene.

**36.** A method for producing a glyphosate-resistant dicotyledonous plant which comprises
  (a) transforming plant cells using an Agrobacterium transformation vector comprising a chimeric plant gene of claim 1; and
  (b) regenerating glyphosate-resistant plants from said transformed plant cells.

**37.** A method of claim 36 in which the chimeric plant gene comprises a plant virus promoter sequence.

**38.** A method of claim 37 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**39.** A method of claim 38 in which the promoter sequence is the CaMV35S promoter sequence.

**40.** A method of claim 36 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**41.** A method of claim 36 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**42.** A method of claim 36 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

**43.** A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of claim 15.

**44.** A method of claim 43 in which the chimeric gene comprises a promoter sequence from a plant virus.

**45.** A method of claim 44 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

**46.** A method of claim 45 in which the promoter sequence is the CaMV35S promoter sequence.

**47.** A method of claim 43 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

**48.** A method of claim 43 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

**49.** A method of claim 43 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

**50.** A glyphosate-resistant tomato cell of claim 22.

**51.** A glyphosate-resistant tobacco cell of claim 22.

**52.** A glyphosate-resistant oil seed rape cell of claim 22.

**53.** A glyphosate-resistant flax cell of claim 22.

**54.** A glyphosate-resistant soybean cell of claim 22.

**55.** A glyphosate-resistant sunflower cell of claim 22.

**56.** A glyphosate-resistant sugar beet cell of claim 54.

**57.** A glyphosate-resistant alfalfa cell of claim 22.

**58.** A glyphosate-resistant cotton cell of claim 22.

**59.** Plasmid pMON546, ATCC accession number 53213.

* * * * *

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | C.A. NO. 04 C 50323 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SYNGENTA SEEDS, INC., | Judge Philip G. Reinhard |
| SYNGENTA BIOTECHNOLOGY, INC., | |
| GOLDEN HARVEST SEEDS, INC., | Magistrate Judge P. Michael Mahoney |
| GARWOOD SEED CO., | |
| GOLDEN SEED COMPANY, L.L.C., | |
| SOMMER BROS. SEED COMPANY, | |
| THORP SEED CO., AND | |
| JC ROBINSON SEEDS, INC. | |
| Defendants. | |

**DEKALB'S SECOND SUPPLEMENTAL RESPONSES TO SYNGENTA'S
INTERROGATORIES NOS. 1 & 2**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff DEKALB

Genetics Corporation ("DEKALB") provides these supplemental responses and objects to

Syngenta's Interrogatories Nos. 1 & 2 as follows:

**GENERAL OBJECTIONS**

1.    DEKALB objects to the Interrogatories to the extent that they are overly

broad and unduly burdensome and seek information that is neither relevant nor

reasonably calculated to lead to the discovery of admissible evidence.

# Exhibit 4
# REDACTED

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DEKALB GENETICS CORPORATION,

Plaintiff,

v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC.,
GOLDEN HARVEST SEEDS, INC.,
GARWOOD SEED CO.,
GOLDEN SEED COMPANY, L.L.C.,
SOMMER BROS. SEED COMPANY,
THORP SEED CO., AND
JC ROBINSON SEEDS, INC.,

Defendants.

C.A. NO. 04 C 50323

JURY TRIAL DEMANDED

Judge Philip G. Reinhard

Magistrate Judge P. Michael Mahoney

## DEKALB'S RESPONSES TO SYNGENTA'S THIRD SET OF INTERROGATORIES (NOS. 13-16)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff DEKALB Genetics Corporation ("DEKALB") responds and objects to Syngenta's Third Set of Interrogatories (Nos. 13-16) as follows:

## GENERAL OBJECTIONS

1.    DEKALB objects to the Interrogatories to the extent that they are overly broad and unduly burdensome and seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

# Exhibit 5
# REDACTED

**6**

# HOWREY LLP

1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
www.howrey.com

**Thomas A. Miller**
Partner
T 713.787.1483
F 713.787.1440
millert@howrey.com

December 20, 2005

FILES: 11914.0191 / 10687.0022

**VIA FACSIMILE: 202.408.4400**

Michael J. Flibbert, Esq.
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, D.C. 20001-4413

RE:    *Monsanto Company et al. v. Syngenta Seeds, Inc. et al.*
       No. 04-305 (SLR)
       *DEKALB Genetics Corporation v. Syngenta Seeds. Inc. et al.*
       No. 05-355 (SLR)

Dear Mike:

This is to confirm our meet-and-confer telephone conference yesterday regarding the upcoming claim construction submissions.

Plaintiffs will take the responsibility of preparing the joint claim construction submission due January 11. To facilitate the timely preparation of the joint submission, the parties are planning to exchange their respective drafts of proposed claim constructions and intrinsic evidence by close of business on January 6.

The parties will file their opening claim construction briefs on January 11. Responsive claim construction briefs will be filed February 2.

With respect to our substantive discussion of the parties' proposed claim constructions, I believe this is where things stand:

1.    The '835 patent: you will let us know whether Defendants will agree with our proposed construction of terms in the preamble of claim 1. I believe that I forgot to tell you in our conference yesterday that Plaintiffs will agree to Defendants' proposed construction of "transformed." All other terms in the asserted '835 patent claims are disputed.

2.    The '880 patent: you will let us know whether Defendants will agree with our proposed construction of terms in the preamble, paragraph (i), and paragraph (iii) of claim 1. Plaintiffs agree that claims 5-9 are dependent claims. All other terms in the asserted claims of the '880 patent are disputed.

DM_US\8292368.v1

12/20/05  16:40    HOWREY HOUSTON 750BERING 2ND FLR → F 佑E 暆 H 侚 ̇øÅE    NO.617  P003

# HOWREY LLP

Mr. Michael J. Flibbert
Page 2
December 20, 2005

3.    The '863 patent:  Defendants will let us know whether they will agree with Plaintiffs' proposed construction of terms in the preamble, "*zea mays*," "intact regenerable *zea mays* cells," and "transgenic plant" in claim 1.  Plaintiffs agree that claims 5 and 6 are dependent claims.  All other terms in the asserted claims are disputed.

Finally, it is Plaintiffs' position that the issues of claims 4-9 of the '880 patent and claims 5 and 6 of the '863 patent covering Defendants' activities regardless of whether Defendants made the R0 GA21 event and regardless of whether some steps of a claimed process were performed before the patents issued are infringement issues, not claim construction issues.  Please confirm your agreement with this.

Very truly yours,

*Thomas A. Miller*

Thomas A. Miller

TAM:bas

DM_US\8292368.v1

7

<u>Contention Interrogatory No. 9</u>

For each claim of each patent-in-suit, describe, on an element-by-element basis, DEKALB's contentions concerning the construction or interpretation of each claim element and each term used in the claim; state all bases for DEKALB's contentions regarding the construction or interpretation of each claim element and term; and identify all documents and relevant passages thereof that are relied upon in support of such contentions.

<u>RESPONSE to Contention Interrogatory No. 9</u>

Subject to and without waiving the general objections above, DEKALB responds as follows:

Under the law of *Markman v. Westview Instruments, Inc.*, the Court should consider the claims, specification, and prosecution history of the patent-in-suit. 52 F.3d 967, 979 (Fed. Cir. 1995), *aff'd*, 116 S.Ct. 1384 (1996). Extrinsic evidence may be used by the Court to understand the patent, but not for the purpose of varying or contradicting the terms of the claims. *Id.* at 981.

DEKALB contends that the language of the asserted claims of the patents-in-suit, and the claims to which they refer, is clear when interpreted in view of the specification and prosecution history. Further, DEKALB submits that certain extrinsic evidence supports these contentions.

DEKALB's contentions as to the meaning of the claim language as presently contemplated are set forth in the tables below. DEKALB is still in the process of formulating its contentions as to the meaning of the claim language of the patents-in-suit and may further supplement this response and supplant these tables with information disclosed in the expert reports. DEKALB also reserves the right to modify its contentions with respect to issues raised by any defendant in this or other DEKALB litigation pending in this Court during *Markman* phase claim construction. Asserted claims are denoted by an asterisk (*).

38

H: 304030(6%2_@911.DOC)

| | Claim Elements | Evidence |
|---|---|---|
| | plant to its progeny. | |
| | and imparts insect resistance thereto. | The term "insect resistance" is intended to have its ordinary and accepted meaning, for example, the dictionary meaning.   Examples of genes for conferring insect resistance are set forth in col. 6, lns. 35-36 and 41-42. |
| 9.* | The process of claim 6 wherein said DNA comprises a selectable marker gene or a reporter gene. | Selectable marker and reporter genes are discussed in the '877 patent at col. 6, ln. 43 - col. 7. ln. 8. |
| 10.* | The process of claim 9 wherein said selectable marker gene imparts herbicide resistance to said fertile transgenic *Zea mays* plant. | This claim requires that the selectable marker gene confer herbicide resistance.  See description for claim 1(iv) above. |

'880 Patent

| | Claim Elements | Evidence |
|---|---|---|
| 1.* | A process for producing a fertile transgenic *Zea mays* plant comprising the steps of | This phrase refers to a process for preparing a genetically engineered "transgenic" corn plant that is fertile and therefore capable of passing the engineered genetics to progeny ("subsequent generations").  '880 patent, col. 2, lns. 56-58; col. 3, lns. 44-67; col. 4, lns. 50-56.<br><br>"Transgenic" is defined at col. 4, lns. 57-63 of the '880 patent to "include any cell, cell line, callus, tissue, plant part, or plant, the genotype of which has been altered beneficially by the presence of heterologous DNA that was introduced into the genotype by a process of genetic engineering, or which was initially introduced into the genotype of a parent plant by such a process and was subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions."<br><br>"Plants regenerated from transformed callus are referred to as the R0 generation or R0 plants." '880 patent, col. 11, lns. 14-15.<br><br>"Comprising" is " open" language under the patent |

| Claim Elements | Evidence |
|---|---|
| | law which means "having at least the steps listed." Therefore, processes that are covered by this claim must comprise at least the steps listed in subparts (i)-(iii). However, processes that comprise additional steps are also within the scope of the claim. For example, a process of producing a fertile, transgenic inbred plant that involved practicing steps (i)-(iii) and then carrying out a series of breeding crosses to obtain descendant fertile transgenic *Zea mays* plants and seed is also covered by this claim. |
| (i)  bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, | "The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used." '880 patent, col. 6, lns. 14-18.<br><br>Regenerable maize cells are described generally at col. 5, ln. 15 - col. 6, ln. 18.<br><br>Examples of regenerable cells are also set forth in claim 3 to include cells of immature embryos.<br><br>Examples of microprojectile bombardment are discussed in the '880 patent, at col. 8, ln. 20 - col. 9, ln. 32.<br><br>"Intact regenerable *Zea mays* cells" refers to *Zea mays* cells having an intact cell wall, which are capable of being regenerated to form mature, fertile maize plants. Examples of regenerable cells are also set forth in claim 3 of the '880 patent, and include cells of immature embryos. Support for this interpretation may be found throughout the prosecution history of the application leading to the '880 patent, including at least the specification at col. 2, lines 31-54; col. 5, line 14 through col. 6, line 18; col. 8, lines 20-30; col. 9, lines 8-67; col. 10, line 53 through col. 11, line 9; and Examples I-III; claim 23 of the Preliminary Amendment filed 5/26/94; and the Response to Office Action filed 12/17/94 at pg. 2, third paragraph; pg. 3, second paragraph; and pg. 6, |

| Claim Elements | | Evidence |
|---|---|---|
| | | first paragraph. |
| (ii) | identifying or selecting a population of transformed cells, and | This claim element has an ordinary, unambiguous meaning to one of skill in the art.<br><br>Selection is discussed in the '880 patent at col. 9, ln. 34 - col. 10, ln. 51.<br><br>"Population of transformed cells" refers to a group of cells containing heterologous DNA. The term "population" indicates the possibility of a heterogeneous genetic complement. For example, different transformed cells within the population may contain different copy numbers of heterologous DNA. Support for this interpretation may be found throughout the prosecution history of the application leading to the '880 patent, including at least the specification at col. 4, lines 57-63; col. 5, lines 1-11; col. 5, line 14 through col. 6, line 18; col. 9, lines 36-67; col. 10, line 53 through col. 11, line 9; Examples I-III; and claim 23 of the Preliminary Amendment filed on 5/26/94. DEKALB further asserts that certain parts of this phrase are used according to their plain and ordinary meaning within the art. For example, the definition of "population" finds support at least in <u>Glossary of Plant Tissue Culture,</u> Danielle Donnelly and William Vidaver, Advances in Plant Sciences Series, Vol. 3, (ed. Theodore Dudley) Dioscorides Press, Portland, Oregon, 1988. |
| (iii) | regenerating a fertile transgenic plant therefrom, | This claim element has an ordinary, unambiguous meaning to one of skill in the art.<br><br>Regeneration is discussed in the '880 patent at col. 10, ln. 54 - col. 11, ln. 9. |

59

H: 304300(6SL@011.DOC)

| Claim Elements | Evidence |
|---|---|
| wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, | Transmission to progeny means that the plant must be able to transmit the DNA to subsequent generations. This is supported in the '880 application, as detailed below:<br><br>"The invention further relates to regenerated fertile mature maize plants obtained from transformed embryogenic tissue, transgenic seed produced therefrom, and R1 and subsequent generations." '880 patent, col. 3, lns. 64-7. This evidences that the invention is not limited to R0, R1, and R2 plants..<br><br>"The present invention is directed to the production of fertile transgenic plants and seeds of the species *Zea mays* and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom." '880 patent, col. 4, lns. 49-53. |
| and imparts herbicide resistance thereto. | The transgenic progeny exhibits some level of resistance to a herbicidal compound.<br><br>*See, e.g.,* '880 patent, col. 7, lns. 1-21; col. 11, lns. 20-27; col. 17, lns. 55 to col. 18, ln. 44.<br><br>*See also* Response dated 3/6/92, page 2, and Action dated 5/13/92, page 2, in prosecution of parent SN 07/974,379. |
| 3.* The process of claim 1 wherein the cells are derived from immature embryos. | This claim element has an ordinary, unambiguous meaning to one of skill in the art. |
| 4.* A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 | "Comprising" is " open" language under the patent law, which means "having at least the steps listed." Therefore, processes that are covered by this claim must comprise at least the steps listed in subparts (i)-(iii) of claim 1 and the additional step of obtaining progeny from a plant obtained by the process that has at least those steps. However, processes that comprise additional steps are also within the scope of the claim. For example, a process of producing a fertile transgenic inbred plant that involved practicing steps (i)-(iii) to obtain a transgenic plant as the |

60

| | Claim Elements | Evidence |
|---|---|---|
| | | starting material for a series of breeding crosses to obtain a descendant fertile transgenic *Zea mays* plant is also covered by this claim.<br><br>"Progeny transgenic *Zea mays* plant" as used in the claims denotes a descendant of any generation of an R0 plant. This is supported in the '880 application, as detailed below:<br><br>"The invention further relates to regenerated fertile mature maize plants obtained from transformed embryogenic tissue, transgenic seed produced therefrom, and R1 and subsequent generations." '880 patent, col. 3, lns. 64-7. This evidences that the invention is not limited to R0, R1, and R2 plants.<br><br>"The present invention is directed to the production of fertile transgenic plants and seeds of the species *Zea mays* and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom." '880 patent, col. 4 lns. 49-53. |
| | which comprise said DNA. | The heterologous DNA is present in the progeny plants. |
| 5.* | The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line. | This claim element has an ordinary, unambiguous meaning to one of skill in the art.<br><br>Breeding and preparation of transgenic progeny and seed is discussed in the '880 patent at col. 10, ln. 52 - col. 11, ln. 67. |
| 6.* | The process of claim 4 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed. | This claim element has an ordinary, unambiguous meaning to one of skill in the art.<br><br>Breeding and preparation of transgenic progeny and seed is discussed in the '880 patent at col. 10, ln. 52 - col. 11, ln. 67. |

61

H: 30400(65L@011.DOC)

| | Claim Elements | Evidence |
|---|---|---|
| 8.* | The process of claim 6 wherein seeds are obtained from said further progeny plants, and plants comprising said DNA are recovered from said seed. | This claim element has an ordinary, unambiguous meaning to one of skill in the art.<br><br>Breeding and preparation of transgenic progeny and seed is discussed in the '880 patent at col. 10, ln. 52 - col. 11, ln. 67. |
| 10 * | A process for producing a fertile transgenic *Zea mays* plant comprising the steps of | This phrase refers to a process for preparing a genetically engineered "transgenic" corn plant that is fertile and therefore capable of passing the engineered genetics to progeny ("subsequent generations"). '880 patent, col. 2, lns. 56-58; col. 3, lns. 44-67; col. 4, lns. 50-56.<br><br>"Transgenic" is defined at col. 4, lns. 57-63 of the '880 patent to "include any cell, cell line, callus, tissue, plant part, or plant, the genotype of which has been altered beneficially by the presence of heterologous DNA that was introduced into the genotype by a process of genetic engineering, or which was initially introduced into the genotype of a parent plant by such a process and was subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions."<br><br>"Plants regenerated from transformed callus are referred to as the R0 generation or R0 plants." '880 patent, col. 11, lns. 14-15.<br><br>"Comprising" is " open" language under the patent law, which means "having at least the steps listed." Therefore, processes that are covered by this claim must comprise at least the steps listed in subparts (i)-(iii). However, processes that comprise additional steps are also within the scope of the claim. For example, a process of producing a fertile transgenic inbred plant that involved practicing steps (i)-(iii) and then carrying out a series of breeding crosses to obtain descendant fertile transgenic *Zea mays* plants and seed is also covered by this claim. |
| (i) | bombarding intact regenerable *Zea mays* cells with DNA-coated | "The only actual requirement for the cells which are transformed is that after transformation they must be |

62

Subject to the above general objections, DEKALB has not apportioned damages between each of the patents-in-suit, and does not presently contend that infringement of any single patent-in-suit entitles it to twenty-five (25) percent of the damages.

Respectfully submitted,

Dated: 12/4/98

Roderick B. Williams
  Texas Bar No. 21573700
ARNOLD WHITE & DURKEE
750 Bering Drive
Houston, TX 77057
Telephone: (713) 787-1400
Facsimile: (713) 787-1440

David L. Parker
  Texas Bar No. 15475320
ARNOLD WHITE & DURKEE
1900 One American Center
600 Congress Avenue
Austin, TX 78701
Telephone: (512) 418-3000
Facsimile: (512) 474-7577

John J. Holevas
  Illinois Bar No. 06193167
WILLIAMS & MCCARTHY
321 West State Street
P.O. Box 219
Rockford, IL 61105-0219
Telephone: (815) 987-8900

OF COUNSEL:
John H. Witmer, Jr.
Donald L. Traut
DEKALB Genetics Corporation
3100 Sycamore Road
DeKalb, IL 60115

ATTORNEYS FOR PLAINTIFF

74

H:\04300\6SL\8011.DOC)