REDACTED VERSION – PUBLICLY FILED

carried out, or which were carried out at my direction and under
my supervision.

　　　　5.　　In accord with the methodology disclosed in the
Gordon-Kamm et al. paper, cells from embryogenic maize suspension
cultures were transformed with DNA encoding the bacterial gene
*bar* using microprojectile bombardment.  Transformed calli were
selected from the suspension cultures using the herbicide biala-
phos.  Integration of *bar* and activity of the enzyme phosphinoth-
ricin acetyltransferase (PAT) encoded by *bar* were confirmed in
all bialaphos-resistant callus lines.  Fertile transformed maize
plants ($R_0$) were regenerated, and of 53 progeny ($R_1$) tested, 29
had PAT activity.  All PAT-positive progeny analyzed, in fact,
contained *bar*.  Localized application of herbicide to leaves of
*bar*-transformed $R_0$ and $R_1$ plants resulted in no necrosis, con-
firming functional activity of PAT in the transgenic plants.  Co-
transformation experiments were performed using a mixture of two
plasmids, one encoding PAT and one containing the nonselected
gene encoding $\beta$-glucuronidase.  $R_0$ plants regenerated from co-
transformed callus expressed both genes.

　　　　6.　　In addition to the *bar* gene exemplified in our
paper, known selectable marker genes for use in connection with
the claimed method to impart herbicide resistance include a
mutant *aroA* gene which encodes an altered EPSP synthase protein,
thus conferring glyphosate resistance; a nitrilase gene such as
*bxn* from *Klebsiella Ozaenae* which confers resistance to bromoxy-
nil, and a mutant acetolactate synthase gene (ALS) which confers

SM 0000779

REDACTED VERSION – PUBLICLY FILED

imidazolinone, sulfonylurea or chlorsulfuron resistance (European Patent Application 154,204, 1985). Where a mutant EPSP synthase gene (aroA) is employed, additional benefit may be realized through the incorporation of a suitable chloroplast transit peptide as disclosed in European Patent Application 218,571, April 15, 1987. The utility of a number of these genes in the presently claimed method is also disclosed at page 11, paragraph 3 through page 12, paragraph 1 of the above-identified Lundquist et al. application.

7. Therefore, it is my opinion that one of skill in the art in possession of the methodologies disclosed and claimed in above-identified Lundquist et al. application would be enabled to produce transgenic *Zea mays* plants exhibiting useful levels of resistance to a wide variety of herbicidal compounds.

8. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this application or any patent issuing thereon.

Date: Feb 8, 1993

William J. Gordon-Kamm

4

SM 0000780

REDACTED VERSION – PUBLICLY FILED

27

REDACTED VERSION – PUBLICLY FILED

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Ronald C. Lundquist and David A. Walters | Examiner: | G. Benzion |
| Serial No.: | 07/508,045 | Art Unit: | 1804 |
| Filed: | April 11, 1990 | M&G: | 9696.3-US-01 |
| For: | FERTILE TRANSGENIC CORN PLANTS | | |

Box AF
Hon. Commissioner of Patents
    and Trademarks
Washington, D.C. 20231

### DECLARATION UNDER 37 CFR §1.132

Sir:

I, T. Michael Spencer, declare and say as follows:

1.     I am an Associate Scientist with DEKALB Plant Genetics in Mystic, Connecticut. I received a B.S. in Biology from Trinity College in Hartford, Connecticut in 1980. I received an M.S. in Plant Science from the University of Delaware in Newark, Delaware in 1987. I have authored or co-authored five papers since 1990 relating to maize transformation, including W.J. Gordon-Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," The Plant Cell, 2, 603 (July 1990). I am a named co-inventor on published PCT application no. PCT/US90/04462, "Methods and Compositions for the Production of Stable, Transformed, Fertile Monocot Plants and Cells Thereof."

2.     I have reviewed the above-identified application, Serial No. 7/508,045, which is assigned to DEKALB Plant Genetics, the Office Action mailed April

1

SM 0000835

REDACTED VERSION – PUBLICLY FILED

#27

14, 1993, and the Amendment enclosed herewith, and make this declaration in support of the patentability of the claims of the above-identified application, particularly claims 63-68.

3.    Glyphosate is a herbicide which would be extremely useful for post emergence control of weeds in corn (Zea mays) production. This herbicide provides broad spectrum weed control, yet is relatively harmless to the environment because it is readily broken down in the soil. However, Zea mays lacks resistance to glyphosate, which greatly limits its potential use. Development of novel Zea mays lines possessing glyphosate-resistance genes is made possible by the transformation methodology disclosed in the above-identified application. With respect to claims 28-29, it should also be noted that the glyphosate-resistance genes may also be employed as selectable marker genes for identification of transformed plants and cell lines.

4.    Glyphosate inhibits the action of the enzyme 5-enolpyruvylshikimate-3-phosphate synthase, which is commonly abbreviated EPSPS, ES-3-P synthase, or simply ESPS. ESPS is active in the aromatic amino acid biosynthetic pathway in plants. Inhibition of this enzyme leads to starvation for the amino acids phenylalanine, tyrosine, and tryptophan and secondary metabolites derived thereof. U.S. Patent 4,535,060 describes mutations in the ESPS encoding gene of *Salmonella typhimurium* (aroA) which yields ESPS which is resistant to glyphosate. The ESPS gene was also cloned from Zea mays and mutations similar to those found in the above mentioned aroA genes were introduced *in vitro*. Two examples are described below which were conducted at my direction or under my supervision which accomplished the stable introduction of these genes into Zea mays to confer glyphosate resistance. In the second example, the ESPS gene is employed as a selectable marker gene. All cited patents and publications are incorporated by reference herein.

5.    Example 1

A.    Certain mutated versions of the aroA gene are known which encode variant ESPS enzymes which are insensitive to glyphosate (Comai et al.,

2

SM 0000836

REDACTED VERSION – PUBLICLY FILED

Science, 221, 370 (1983)). Transformation studies were conducted employing pDPG238, a tandem bar-aroA construct comprising such a mutant aroA gene. It was constructed by ligating a blunt-ended 3.2 kb DNA fragment containing a mutant ESPS aroA expression unit (Barkai-Golan et al., Arch. Microbiol 116:119-124, 1978) to NdeI-cut pDPG165 that had been blunted and dephosphorylated (NdeI introduces a unique restriction cut approximately 200 bp down-stream of the Tr7 3'-end of the bar expression unit). E. coli cells containing plasmid DNA with aroA in both orientations relative to bar were identified. Individual pieces of the vector are as follows:

(i)    AroA Expression Unit (in order of linkage)

    a.    Promoter sequences from the Cauliflower Mosaic Virus genome. Odell, J.T., Nagy, F., and Chua, N.-H., Nature, 313, 810-812 (1985).

    b.    Enhancer sequences from the maize alcohol dehydrogenase gene. Callis, J., Fromm, M.E., Walbot, V., Genes Dev., 1, 1183-1200 (1987).

    c.    The aroA gene from Salmonella typhimurium which encodes 5-enolpyruvylshikimate 3-phosphate synthase (ESPS). Comai, L., Sen, L.C., Stalker, D.M., Science, 221, 370-371, (1983).

    d.    Transcript 7 terminator from Agrobacterium tumefaciens. Bevan, M., Barnes, W.M., Chilton, M.D., Nucleic Acid Research, 11, 369-385 (1983).

(ii).    Bar Expression Unit (in order of linkage)

    a.    Promoter sequences as above.

    b.    The bar gene from Streptomyces hygroscopicus which encodes phosphinothricin acetyltransferase (PAT). Cells expressing PAT are resistant to the herbicide Basta. White, J., Chang, S.-Y.P., Bibb, M.J., and Bibb, M.J., Nucl. Acid Research, 18, 1062 (1990).

    c.    Transcript 7 terminator from Agrobacterium tumefaciens. Bevan, M., Barnes, W.M., Chilton, M.D., Nucleic Acid Research, 11, 369-385 (1983).

    d.    Both expression units are in a pUC19 plasmid backbone.

3                    SM 0000837

REDACTED VERSION – PUBLICLY FILED

B.      pDPG238 was introduced into suspension culture cells of line
SC716.  Suspension culture cells were bombarded with gold particles coated with
pDPG238 using bombardment conditions as described in the specification.  Three
days post-bombardment, the cells were resuspended in liquid 409 medium (see M.A.
Stephens' Declaration, submitted herewith, for media compositions) at a density of 2
ml packed cell volume (PCV) per 25 ml medium.  Cells were subcultured to fresh 409
medium at the same density four days later.  After four additional days in liquid
medium, the cells were plated at low density (0.1 ml PCV/plate) on 227 medium
containing 1 mg/l bialaphos.  Bialaphos-resistant colonies were identified and
transferred to fresh selection medium about seven weeks post-bombardment.  The
transformation experiment yielded 4 bialaphos-resistant callus lines.  Results from
polymerase chain reaction (PCR) analysis demonstrated that three of the four callus
lines possessed the introduced aroA gene.  Protein extracts from one of the
transformed cell lines, designated A36K-20, were analyzed by Western blot for
expression of the aroA gene.  ESPS was detected in this line.

C.      A single plant was regenerated from callus line A36K-20 by
transferring callus growing on selection medium to 157 medium to promote somatic
embryo maturation.  After two weeks, tissue was transferred to 101 medium to
promote plantlet formation.  After about a month, a single plantlet was recovered from
this line and transferred to 501 medium in a Plant Con container for further rooting
and growth.  This plant was subsequently transferred to the greenhouse and grown to
maturity.  This $R_0$ plant was tested and found to be positive for the presence of ESPS
by Western blot.  An ear that developed on this plant was pollinated with pollen
collected from a nontransformed inbred plant.  Six kernels developed and embryos
were isolated from two of these kernels about 18 days post-pollination.  Embryos were
cultured until plants developed.  The two resulting $R_1$ plants (TGB-4 and TGB-5) were
analyzed by PCR for the presence of the aroA gene; both were positive for aroA
sequence.  The $R_1$ plants were also tested for the presence of ESPS by Western blot;
one of the two plants had detectable ESPS (TGB-5).

D.      An experiment was conducted to examine the level of resistance

4

REDACTED VERSION – PUBLICLY FILED

to glyphosate (Roundup®) of progeny of the aroA-expressing line TGB-5. The transformant possesses both the bar and aroA genes and is therefore expected to confer resistance to both Basta® and Roundup®. A single progeny of TGB-5, designated TGB-56 was crossed to four elite inbreds representing four different heterotic groups. The progeny were grown and self-pollinated to increase seed, and the resultant seeds were planted in two experiments. In the first experiment, plants were sprayed with 1.5 lb/A Basta® to confirm Mendelian segregation of the introduced DNA (Table 1).

TABLE1: Chi-Square Analysis of Segregation of Basta® Resistance

|  | Resistant | Susceptible | Chi-Square Value |
|---|---|---|---|
| (CD x TGB-56) - selfed | 128 | 56 | $\chi^2 = 1.22$ |
| (AW x TGB-56) - selfed | 129 | 52 | $\chi^2 = 1.10$ |
| (CN x TGB-56) - selfed | 136 | 48 | $\chi^2 = .075$ |
| (AF x TGB-56) - selfed | 107 | 44 | $\chi^2 = 1.17$ |

The data on Table 13 indicates that the segregation of Basta® resistance, in progeny resulting from four self pollinations, does not differ significantly from the expected 3:1 ratio.

E.    The remaining plants were divided into four blocks and sprayed with application rates of Roundup® of 2 oz/A, 4 oz/A, 8 oz/A, and 16 oz/A. All plants were killed in the 8 oz and 16 oz treatments. At 4 oz/A, a portion of the transformed plants were killed and a portion were stunted in growth. The ratio of dead plants to slow growing plants was not significantly different from the expected 3:1 ratio in progeny from the four self pollinations (Table 2). This indicated that a low level of

5                              SM 0000839

level of expression of the aroA gene had been attained which provides partial resistance to herbicide application.

Table 2: Chi-Square Analysis of Segregation of Roundup® Resistance

|  | Resistant | Susceptible | Chi-Square Value |
|---|---|---|---|
| (CD x TGB-56) - selfed | 63 | 26 | $\chi^2 = 0.739$ |
| (AW x TGB-56) - selfed | 66 | 30 | $\chi^2 = 1.680$ |
| (CN x TGB-56) - selfed | 64 | 25 | $\chi^2 = 0.005$ |
| (AF x TGB-56) - selfed | 53 | 30 | $\chi^2 = 4.430$ |

6.    Example 2

A.    In this example, additional transformation studies were conducted using a mutant maize ESPS gene. The mutant ESPS gene is a double mutant, containing the substitutions Thr for Ile at position 102 and Pro for Ser at position 106. Plasmids used in these experiments were constructed from an expression vector possessing this gene without a promoter (pDPG425).

B.    Seven plant expression vectors were constructed using the promoterless mutant maize ESPS expression vector (pDPG425). Seven promoters (± introns) were used in vector constructions using the mutant maize ESPS gene. A description of the construction of these vectors is presented below.

C.    Four vectors (pDPG434, 436, 441, and 443) were constructed by cloning four promoters into Smal-linearized pDPG425. Linearized pDPG425 was treated with calf alkaline phosphatase to prevent recircularization prior to ligation. The rice actin promoter and intron were isolated as a 1.5 kb HindIII fragment from pDPG421 (pDM302; Cao et al., Plant Cell Rep., 11, 586-591 (1992). The 35S/adh1 intron I promoter was isolated from pDPG208 as a 0.9 kb HindIII fragment. The 2X

6                    SM 0000840

Arabidopsis histone promoter was isolated as a 1.4 kb EcoRI/HindIII fragment from pDPG404. The 2X 35S/Arabidopsis histone promoter was isolated as a 1.8 kb EcoRI/HindIII fragment from pDPG405. The above-mentioned promoter fragments were T4 DNA polymerase-treated to create blunt ends prior to ligation into SmaI linearized pDPG425. To create pDPG447, a 2.1 kb EcoRI/NcoI α-tublin/adh1 intron I fragment was isolated from pDPG407 and ligated into EcoRI/NcoI digested pDPG425. The adh1 promoter and intron I were isolated from pDPG172, a derivative of pDPG140, as a 1.8 kb EcoRI fragment and ligated into EcoRI digested, calf alkaline phosphatase-treated pDPG425. The resulting plasmid was designated pDPG465. The 2X OCS promoter and adh1 intron VI were isolated from pDPG354 as a 0.6 kb SacI/NcoI fragment and ligated into SacI/NcoI digested pDPG425. This plasmid was designated pDPG467. A list of all of the mutant maize ESPS vectors that were constructed is shown in Table 3.

Table 3:     List of Mutant Maize ESPS-Synthase Plant Expression Vectors Constructed Using pDPG425 and Various Promoters

| DEKALB Plasmid Designation | Plant Expression Cassette |
|---|---|
| pDPG434 | actin - ESPS (I102+S106) - nos |
| pDPG436 | 35S/adh1 intron I - ESPS (I102+S106) - nos |
| pDPG441 | 2X Arabidopsis histone - ESPS (I102+S106) -nos |
| pDPG443 | 2X 35S/Arabidopsis histone - ESPS (I102+S106) - nos |
| pDPG447 | α-tubulin/adh1 intron I - ESPS (I102+S106) - nos |
| pDPG465 | 2X OCS/adh1 intron VI - ESPS (I102+S106) - nos |
| pDPG467 | adh1 promoter/adh1 intron I - ESPS (I102+S106) - nos |

SM 0000841

7

REDACTED VERSION – PUBLICLY FILED

D.    Mutant maize ESPS genes were introduced into AT824 suspension culture cells via microporojectile bombardment and glyphosate was used for selection of transformed cell lines. In this example, the mutant maize ESPS gene was carried by plasmid pDPG436. In this plasmid, the mutant maize ESPS expression cassette contains a 35S promoter/adh1 intron I combination and the nos 3' end. Following bombardment with gold particles coated with pDPG436, AT824 cells were cultured on 279 medium for four days. Subsequently, the cells were returned to liquid 401 medium, at a density of 2 ml packed cell volume (PCV) per 20 ml, and cultured for four days. The cells were then transferred, at a density of 2 ml PCV/20 ml, to fresh 401 medium containing 1 mM glyphosate and cultured for four days. The subculture into 401 plus 1mM glyphosate was repeated and, after four days, the cells were plated at a density of 0.1 ml PCV per 100 X 15 mm petri dish containing 279 plus 1 mM glyphosate.

E.    Six to eight weeks after bombardment, glyphosate-resistant colonies were removed from the selection plates and subcultured onto fresh 279 plus 1 mM glyphosate. Seven glyphosate-resistant callus lines were recovered in this example. Two randomly chosen callus lines were analyzed for the presence of the introduced DNA by Southern blot hybridization. Genomic DNA isolated from the callus lines was analyzed undigested or digested with Notl, which releases the mutant ESPS expression cassette from pDPG436. The callus DNA was probed with $^{32}$P-labelled nos fragment. The nos fragment was isolated as an approximately 250 bp Notl/Xbal fragment from pDPG425. The nos fragment was chosen as the probe to avoid background hybridization possible using an ESPS probe due to the presence of an endogenous maize ESPS gene. Genomic DNA from both callus lines was positive for hybridization to nos in both the undigested and Notl-digested samples. Both callus DNA samples contained nos-hybridizing bands identical in size to the 35S/adh1 intron I - ESPS - nos fragments released from pDPG436 upon digestion with Notl, as well as additional nos-hybridizing bands.

F.    In a second experiment, AT824 cells were bombarded with a mutant ESPS gene under control of the rice actin promoter and intron (Cao et al.,

8

REDACTED VERSION – PUBLICLY FILED

Plant Cell Rep., 11, 586-591 (1992)). The plasmid used, pDPG434, contains the rice actin 5' region, the mutant ESPS gene described in the previous example, and the nos 3' end. Bombarded AT824 cells were cultured and selected as described in the previous example. Thirteen glyphosate-resistant callus lines were isolated in this example. As in the previous example, two randomly chosen callus lines were analyzed for the introduced DNA by Southern blot hybridization. Using the same analysis as in the previous example, both callus lines were found to contain DNA sequence that hybridized to the nos probe, confirming introduction of, and selection for expression of, the introduced mutant ESPS gene.

G.    The above two examples clearly demonstrate the introduction and expression in cultured maize cells and plants of an ESPS gene which confers glyphosate resistance. Moreover, glyphosate was successfully used as the selection agent for identification of the transformed cell lines.

7.    I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statement may jeopardize the validity of the application or any patent issuing thereon.

_August 12, 1993_
Date

_T. Michael Spencer_ (signature)

T. Michael Spencer

9

SM 0000843

REDACTED VERSION – PUBLICLY FILED

28

REDACTED VERSION – PUBLICLY FILED



**UNITED STATE_ DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

07/974,379   11/10/92   LUNDQUIST

| R         EXAMINER |
|---|
| BENZION G |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 31 |

18M2/0727

MERCHANT, GOULD, SMITH, EDELL, WELTER &
SCHMIDT, P.A., ATTN: WARREN D. WOESSNER
3100 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402
This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

DATE MAILED:

07/27/94

☐ This application has been examined    ☒ Responsive to ~~communication filed on~~ *Interview of* 7/13/94    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire **2 (two)** month(s), _____days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.        2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.             4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☒ *2 th Review Elements*

**Part II   SUMMARY OF ACTION**

1. ☒ Claims  39, 41-42 + 47+48  _____ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims  39, 41-42 +47-48  *are allowable* ~~are allowed~~

4. ☐ Claims _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
    are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☒ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

SM 0000857

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

REDACTED VERSION – PUBLICLY FILED

#91

Serial No.     07/974,379                                              2 of 3
Art Unit       1804

5      Examiner Interview Summary Record.

          This is a summary of the telephonic interview of July 8, 1994 with Applicants' attorney
       Warren Woessner.

          Applicants' attorney urged that the specification provides more than an adequate written
       description of the plants produced by the claimed process. It is Applicants' position that all non-
10     native DNA, regardless of encoded function, can be employed to screen or select transgenic
       plants as the DNA per se can be localized and identified by in vitro methods (see specification at
       page 16). These arguments are convincing of the adequacy of the disclosure to satisfy the
       requirements of 35 U.S.C. § 112, first paragraph, re written description. As no commonly
       assigned application presents claims that are drawn to the instant process the examiner's
15     requirement set forth at page 2 of the previous Office Action for the assignee to identify who
       invented first is considered moot.

                 The following is an Examiner's Statement of Reasons for Allowance:

          The specification describes a method of genetic transformation in which embryonic
       maize callus is bombarded with DNA coated microprojectile. This process is capable of producing
20     fertile transgenic maize plants ($R_0$) to which the DNA of interest is transmitted through a sexual
       cycle to first generation ($R_1$) progeny. Exemplified in the specification, beginning at page 31, $R_0$
       plants transformed with DNA encoding hygromycin β-phosphotransferase (HPT) present a 1.05
       Kb band on a Southern blot assay corresponding to the HPT coding sequence. $R_1$ progeny
       evaluated by root elongation bioassay, etiolated leaf bioassay, and Southern blot assay confirm
25     that the primary regenerants and segregating progeny were genetically transformed with non-
       native DNA. These plants affected a new non-native plant phenotype corresponding to
       hygromycin resistance. Attention is drawn in claim 1, subpart (iii), which requires the DNA
       construct to be chromosomally integrated to allow identification or selection of the transgenic
       cell line. The above example, along with the that of β-glucuronidase and luciferase expression,
30     and the general discussion of art known and available DNA sequences, including herbicide
       resistance as a type of selectable or screenable marker, provides a sufficient written description
       of whole plants produced by the claimed process.

                                                              SM 0000858

REDACTED VERSION – PUBLICLY FILED

Serial No.    07/974,379                                        3 of 3
Art Unit      1804

5          Any comments considered necessary by applicant must be submitted no later than the
Payment of Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee.
Such submissions should be clearly labeled "Comments on Statement of Reasons for
Allowance."

           Any inquiry concerning this or earlier communication from the examiner should be
10   directed to Gary Benzion, Ph.D whose telephone number is (703) 308-1119. The examiner can
normally be reached on Monday-Friday from 8 AM to 4:30 PM.

           If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Elizabeth C. Weimer can be reach on (703-308-0254).

           Any inquiry of a general nature or relating to the status of this application should be
15   directed to the Group receptionist whose telephone number is (703) 308-0196.

           Papers related to this application may be submitted to Group 180 by facsimile
transmission. Papers should be faxed to Group 180 via the PTO Fax Center located in Crystal Mall
1. The faxing of such papers must conform with the notice published in the Official Gazette,
1096 OG 30 (November 15, 1989). The CM1 Fax Center number is (703)-305-3014.

20

Benzion
07/13/94

                                          GARY BENZION
                                          PRIMARY EXAMINER
                                          GROUP 1800


                                                    SM 0000859

REDACTED VERSION – PUBLICLY FILED

29

REDACTED VERSION – PUBLICLY FILED

S/N 08/677,695                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Ronald C. Lundquist et al. | Examiner: G. Benzion |
| Serial No.: | 08/677,695 | Group Art Unit: 1803 |
| Filed: | July 10, 1996 | Docket: 950.001US4 |
| Title: | METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS | |

## PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Prior to the first Office Action, please amend the above-identified application as follows:

### In the Claims

Cancel claims 19-22 and add the following claims:

23.     A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

24.     The process of claim 23 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

25.     The process of claim 23 wherein the cells are derived from immature embryos.

26.     The process of claim 23 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plants.

0002456

REDACTED VERSION – PUBLICLY FILED

27.  The process of claim 23 wherein said DNA is expressed so as to impart insect resistance to said progeny plants.

28.  The process of claim 27 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

29.  The process of claims 27 or 28 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

30.  A seed produced by said progeny plant of claim 23.

31.  A progeny *Zea mays* plant derived from the seed of claim 30, wherein said plant expresses said DNA.

32.  A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; (iii) regenerating a fertile transgenic plant therefrom; and (iv) obtaining a progeny plant from the fertile transgenic plant of step (iii), wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to said progeny plant.

33.  The process of claim 32 wherein said fertile transgenic plant of step (iii) is regenerated from transformed embryogenic tissue.

34.  The process of claim 32 wherein said regenerable *Zea mays* cells are derived from immature embryos.

35.  The process of claim 32 wherein said DNA is expressed so as to impart herbicide resistance to said progeny plant.

2

REDACTED VERSION – PUBLICLY FILED

36.     The process of claim 32 wherein said DNA is expressed so as to impart insect resistance to said progeny plant.

37.     The process of claim 36 wherein said DNA encodes a *Bacillus thuringiensis* endotoxin.

38.     The process of claims 36 or 37 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

39.     A seed produced by said progeny plant of claim 32.

40.     A progeny *Zea mays* plant derived from the seed of claim 39, wherein said plant expresses said DNA.

41.     A method of producing a fertile transgenic *Zea mays* plant, comprising:

   (a)     cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to yield a transgenic progeny plant;

   (b)     obtaining said transgenic progeny *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic progeny *Zea mays* plant to progeny plants.

42.     The method of claim 41 wherein said phenotypic characteristic is herbicide resistance.

3

REDACTED VERSION – PUBLICLY FILED

43. The method of claim 41 wherein said phenotypic characteristic is insect resistance.

44. The method of claim 43 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

45. The method of claims 43 or 44 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

46. A seed produced by said transgenic progeny plant of claim 41.

47. A progeny *Zea mays* plant derived from the seed of claim 46, wherein said plant expresses said DNA construct so that the progeny plant exhibits said phenotypic characteristics.

48. A method of producing a fertile transgenic inbred *Zea mays* plant, comprising:

    (a) cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to the transgenic progeny plants;

    (b) crossing a member of a nontransgenic inbred *Zea mays* line to said transgenic progeny plant;

    (c) recovering a fertile transgenic progeny plant that comprises said DNA construct; and

    (d) repeating steps (b) and (c) to yield said fertile transgenic inbred *Zea mays* plant, the genome of which has been altered by said DNA, wherein said DNA is expressed so that the transgenic inbred plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed

4

*Zea mays* plant which does not comprise said DNA construct, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

49.    The method of claim 48 wherein said phenotypic characteristic is herbicide resistance.

50.    The method of claim 48 wherein said phenotypic characteristic is insect resistance.

51.    The method of claim 50 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

52.    The method of claims 50 or 51 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

53.    A seed produced by said transgenic inbred *Zea mays* plant of claim 48.

54.    A progeny *Zea mays* plant derived from the seed of claim 53, wherein said plant expresses said DNA construct so that the progeny plant exhibits said one or more phenotypic characteristics.

55.    A method of producing a fertile transgenic hybrid *Zea mays* plant, comprising:

(a)    cultivating a fertile transgenic *Zea mays* plant produced by a process comprising (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles; (ii) identifying or selecting a population of transformed cells; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a normal sexual cycle of said transgenic plant to the progeny plants;

(b)    crossing a non-transgenic inbred *Zea mays* line with said transgenic *Zea Mays* plant, and

5

(c)    recovering said fertile transgenic hybrid *Zea mays* plant, the genome of which has been altered by the introduction of said DNA, wherein said DNA is expressed so that the transgenic hybrid plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant which does not comprise said DNA, and wherein the DNA is transmitted through a normal sexual cycle of the transgenic inbred *Zea mays* plant to progeny plants.

56.    The method of claim 55 wherein said phenotypic characteristic is herbicide resistance.

57.    The method of claim 55 wherein said phenotypic characteristic is insect resistance.

58.    The method of claim 57 wherein said DNA construct encodes a *Bacillus thuringiensis* endotoxin.

59.    The method of claims 57 or 58 wherein said DNA construct further comprises a selectable marker gene or a reporter gene.

60.    A seed produced by said fertile transgenic hybrid *Zea mays* plant of claim 55.

61.    A progeny *Zea mays* plant derived from the seed of claim 60, wherein said plant expresses said DNA construct so that the progeny plant exhibits said one or more phenotypic characteristics. .

62.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to glyphosate.

63.    The process of claim 62 wherein the DNA encodes ESPS synthase.

64.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to

6

REDACTED VERSION – PUBLICLY FILED

dalapon.

65.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to an imidazolinone herbicide.

66.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to a sulfonylurea herbicide.

67.    The process of claim 26, 35, 42, 49 or 56 wherein the DNA encodes resistance to bromoxynil.

68.    The process of claim 29, 38, 45, 52 or 59 wherein the selectable marker gene encodes antibiotic resistance.

69.    The process of claim 68 wherein the gene encodes resistance to bleomycin.

70.    The process of claim 68 wherein the gene encodes resistance to hygromycin.

71.    The process of claim 68 wherein the gene is the *hpt* gene.

72.    The process of claim 68 wherein the gene encodes resistance to neomycin, kanamycin or G418.

73.    The process of claim 72 wherein the gene is the *nptII* gene.

74.    The process of claim 72 wherein the gene is the *nptI* gene.

75.    The process of claim 29, 38, 45, 52 or 59 wherein the selectable marker gene encodes methotrexate resistance.

76.  The process of claim 75 wherein the gene is a dihydrofolate reductase gene.

77.  The process of claim 76 wherein the gene is a bacterial dihydrofolate reductase gene.

78.  The process of claim 76 wherein the gene is a eukaryotic dihydrofolate reductase gene.

79.  The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the chloramphenicol acetyltransferase gene.

80.  The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the beta-glucuronidase gene.

81.  The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the luciferase gene.

82.  The process of claim 81 wherein the reporter gene is a bacterial luciferase gene.

83.  The process of claim 81 wherein the reporter gene is a firefly luciferase gene.

84.  The process of claim 29, 38, 45, 52 or 59 wherein the reporter gene is the beta-galactosidase gene.

85.  The process of claim 27, 36, 43, 50 or 57 wherein the DNA encodes a protease inhibitor.

86.  The process of claim 85 wherein the DNA is the cowpea trypsin inhibitor gene.

87.  The process of claim 85 wherein the DNA is the potato proteinase inhibitor II gene.

## In the Specification

At page 11, line 20, after "in" please delete "Weising, supra." and insert -- Table 1

8

0002463

REDACTED VERSION – PUBLICLY FILED

-- and insert the following Table 1:

9

REDACTED VERSION – PUBLICLY FILED

Table 1: Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| **Animals** | | | | | |
| Drosophila heat shock gene hsp 70 | 5' hsp70/hnpIII3' ocs | tobacco (plants, tumors) | + | temperature-dependent and organ-specific | 308, 309 |
| Drosophila copia element LTR | 5' copia/cat | rice, wheat and sorghum (protoplasts) | (−) | transient, but strong | 245 |
| firefly luciferase gene | 5' CaMV 35S/luciferase cDNA/3' nos | tobacco (plants) | − | | 246, 247 |
| | 5' CaMV 19S/luciferase cDNA/3' nos | carrot (protoplasts) | (+) | transient | |
| | 5' deletion series | | | | |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (−) | not expressed | 293 |
| Human α-globin gene | 5' nos/α-globin | tobacco (plants) | (+) | incorrect transcript processing | 355 |
| Chicken α-actin gene | genomic | tobacco (tumors) | (−) | not expressed | 189 |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (+) | incorrect transcript processing | 189 |
| Mouse metallothionein gene (mmt) | 5' mmt/cat | tobacco (tumors) | (−) | not expressed | 9 |
| Mouse dihydrofolate reductase gene (DHFR) | 5' CaMV 35S/DHFR-cDNA/3' nos | Petunia (plants) | + | expression confers methotrexate resistance | 96 |
| Human growth hormone gene (hgh) | 5' CaMV 35S/hgh | tobacco (plants, tumors) | (+) | incorrect transcript processing | 239 |

10

0002465

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| | 5' nos/hgh/3' nos | tobacco and sunflower (tumors) | (+) | transcription, but neither processing nor translation | 20 |
| | 5' CaMV 35S/hgh/hgh 3' | tobacco (plants) | (+) | incorrect transcript polyadenylation | 167 |
| SV40 early genes | 5' SV40/cat | tobacco (tumors) | (−) | not expressed | 9 |
| | 5' CaMV 35S/cat/3' SV40 | tobacco (plants) | (+) | incorrect transcript polyadenylation | 167 |
| HSV thymidine kinase gene (tk) | 5' HSV/tk/cat | tobacco (tumors) | (−) | not expressed | 9 |
| Adenovirus type 5 E1A gene | 5' CaMV 35S/E1A/ 3' E1A/3' rbcS | tobacco (plants) | (+) | termination within rbcS, E1A polyadenylation site not used | 167 |
| **Yeast** | | | | | |
| Yeast ADH | genomic | tobacco (plants) | (−) | not expressed | 21 |
| **Plant virus** | | | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/TMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to TMV infection | 31, 236, 263 |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/AMVcDNA 5' CaMV 35S/AMVcDNA/ 3' nos | tobacco and tomato (plants) | + | expression confers enhanced resistance to AMV infection | 211, 342 |

11

0002466

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + | only A-components in tandem are able to replicate | 274, 326 |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/ CMVcDNA/ 3' nos | tobacco (plants) | + | expression confers enhanced resistance to CMV infection | 23 |
| **Plants**<br>Bean phaseolin gene | 5' ocs/phaseolin genomic | sunflower (tumors) | + | expressed and processed correctly | 230 |
| | genomic | tobacco (plants) | + | development-specific expression in seeds: targeting to protein bodies in endosperm and embryos | 131, 289 |
| | 5' phaseolin/phaseolin-cDNA/3' phaseolin | tobacco (tumors) | + | higher expression than using a genomic clone | 49 |
| | 5' phaseolin/maize zein/ 3' phaseolin | tobacco (plants) | + | development-specific zein gene expression in tobacco seeds. Zein accumulation | 158 |
| Bean phytohemagglutinin-L gene (*PHA-L*) | genomic | tobacco (plants) | + | development-specific expression in tobacco seeds | 362 |

12

0002467

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Soybean β-conglycinin gene (α subunit) | genomic 5' deletion series | Petunia (plants) | + | development-specific expression in Petunia seeds depending on 5' sequences | 25, 51 |
| | 5' CaMV 35S or 19S/ conglycinin/3' nos | Petunia (plants) | + | constitutive expression: 35S > 19S; 20 fold clonal variation | 204 |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | + | development-specific expression in seeds | 35 |
| Potato patatin gene | 5' patatin/cat/3' nos | potato (plants) | + | organ-specific expression in tubers | 343 |
| | 5' ST-LS.1/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. | 275 |

13

0002468

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Maize zein gene | genomic | sunflower (tumors) | (+) | transcription, but no detectable protein | 126, 217 |
| | 5' phaseolin/zein/3' phaseolin | tobacco (plants) | + | development-specific expression in tobacco seeds | 158 |
| Wheat glutenin genes | 5' glutenin/cat/3' nos | tobacco (plants) | + | development-specific expression in tobacco seeds | 60 |
| Wheat chlorophyll a/b-binding protein (cab) gene | genomic | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression in leaves | 201 |
| | 5' cab/cat | | | | |
| | 5' cab/5' CaMV 35S/cat/ | tobacco (plants) | + | phytochrome-regulated expression in leaves depending on 5' sequences | 233, 234 |
| | 3' rbcS | | | | |
| | 5' deletion series | | | | |

14

0002469

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Pea *cab* gene | 5' *cab/nptII*<br>5' *cab/5' nos/nptII* | tobacco (plants) | + | light-regulated, organ-and cell-specific expression; depending on enhancer/silencer-like 5' sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. | 303, 304, 305 |
| Petunia *cab* gene | 5' *cab/ocs*<br>5' *cab/nos* | Petunia and tobacco (plants) | + | clonal variation of expression (200 fold) independent of copy number and homo-/heterologous host genome | 171, 172 |
| Arabidopsis *cab* gene | 5' *cab/cat* | tobacco (plants) | + | light-regulated and organ-specific expression | 10 |
| Pea ribulose 1,5-Bisphosphate carboxylase small subunit gene (*rbcS*) E9 | genomic<br>5' *rbcS/cat*<br>5' deletion series | Petunia (tumors) | + | light-regulated expression dependent on 5' sequences | 38, 225 |

15

0002470

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| | genomic<br>5' deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression dependent on 5' sequences; 25-fold clonal variation | 232 |
| Pea *rbcS* 3.6 | 5' *rbcS/cat/*3' *nos*<br>5' deletion series | tobacco (tumors) | + | light-regulated expression dependent on enhancer-like 5' sequences | 152, 338 |
| | 5' *rbcS/rbcS* transit sequence/ *nptII* | tobacco (tumors and plants) | + | light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences | 200, 285, 349, 370 |
| | 5' *rbcS/nptII* | tobacco (plants) | + | light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor | 304 |

16

0002471

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Pea rbcS 3A, 3C | genomic | Petunia (plants) | + | regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state | 105 |
| Pea rbcS 3A, E9 | 5′ rbcS/5′ CaMV 35S/cat 5′ deletion series | Petunia and tobacco (plants) | + | light-regulated and organ-specific expression depending on enhancer- and silencer-like 5′ sequences | 106, 198 |
| Soybean rbcS | 5′ rbcS/nptII/3′ ocs | soybean (tumors) | + | light-regulated expression | 100 |
| | 5′ rbcS/nos | Kalanchoe (tumors) | + | light-regulated expression | 295 |
| | 5′ rbcS/nptII/3′ nos | Petunia (plants) | + | light-regulated expression mediated by phytochrome | 300 |
| Soybean, pea and Petunia rbcS | 5′ rbcS/nptII/3′ nos | tomato (plants) | + | expression stronger than directed by nos-promoter | 218 |

17

0002472

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Nicotiana plumbaginifolia rbcS 8B | 5' rbcS/cat | (tobacco and Petunia (plants) | + | light-regulated and organ-specific expression; 3-fold clonal variation independent of homo-/heterologous host genome | 262, 341 |
| Wheat rbcS | genomic 5' CaMV 35S/rbcS/3' rbcS | tobacco (plants) | (+) | no expression under the control of wheat promoter; CaMV 35S promoter is necessary | 182 |
| Potato ST-LS.1 gene | genomic; modified by exon tagging | potato and tobacco (plants) | + | light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo-/heterologous host. | 95, 322 |

18

0002473

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| | 5' ST-LS.I/patatin/3' patatin | tobacco (plants) | + | light-regulated and organ-specific expression depending on the ST-LS.I promoter sequences | 275 |
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5' chs(A)/nptII/3' chs(P); 5' deletion series | tobacco (plants) | + | UV-B-light-regulated expression dependent on enhancer-like 5' sequences | 180 |
| potato proteinase inhibitor II gene (PI II) | genomic; 5' PI II/cat/3' T-DNA gene 6b; 5' PI II/cat/3' PI II | tobacco (plants) | + | wound-inducible expression depending on 5' and 3' sequences; systemic spreading by transacting factors | 276, 337 |
| Soybean heat shock gene hs 6871 | genomic; 5' deletion series | sunflower (tumors) and tobacco (plants) | + | temperature-regulated expression depending on 5' sequences | 24, 284 |
| Soybean heat shock gene Gmhsp 17.5E | genomic; 5' deletion series | sunflower (tumors) | + | expression regulated by temperature and presence of cadmium and arsenite depending on 5' sequences | 139 |

19

0002474

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Maize heat shock gene hsp70 | genomic | Petunia (plants) | + temperature-regulated expression | 272 |
| Maize alcohol dehydrogenase I gene (AdhI) | 5' CaMV 35S/cat/AdhI intron/ 3' rbcS | tobacco (plants) | (+) maize AdhI intron is not removed from the transcript | 182 |
| | 5' AdhI/cat | tobacco (plants) and maize (protoplasts) | (+) anaerobically inducible cat-expression dependent on 5' AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. | 97, 98, 164, 366 |
| | 5' ocs/5' AdhI/cat | | | |
| | 5' CaMV 35S/5' AdhI/cat | | | |
| | 5' AdhI deletion series | | | |
| Maize sucrose synthase gene (ss) | 5' ss/nptII/3' ocs | wheat (protoplasts) | (+) transient expression | 373 |
| | 5' ss/nptII | maize (protoplasts) | (+) transient expression suspension-culture derived but not in leaf-derived protoplasts | 177 |
| Soybean β-tubulin gene | genomic | tobacco (plants) | + | 138 |
| cowpea trypsin inhibitor gene (CpTI) | 5' CaMV 35S/CpTI/3' nos | tobacco (plants) | + expression enhances resistance to insect pests | 153 |

20

0002475

REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | | References |
|---|---|---|---|---|---|
| Petunia EPSP synthase gene | 5' CaMV 35S/EPSP/3' nos | Petunia (plants) | + | 35S-directed EPSP overproduction confers glyphosate tolerance | 291 |
| | 5' T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (aroA) coding region | tobacco (plants) | + | expression of bacterial EPSP; targeting into chloroplasts; glyphosate tolerance | 84 |
| Soybean leghemoglobin gene lbc3 | genomic | tobacco (plants) | n.d. | | 310 |
| lbc3 | 5' lbc3/cat/3' lbc3 | Lotus corniculatus (plants) | + | development-specific and inducible expression only in nodules and only after infection by Rhizobium; dependence on 5' regulatory sequences | 170, 323, 324 |
| Nicotiana plumbaginifolia "insert 7" enhancer-like sequence | 5' insert 7/5' nos/nptII | tobacco (plants) | + | transient protoplast-specific overexpression of nptII | 163 |
| Nicotiana plumbaginifolia ATP synthase gene (atp2-1) β subunit | 5' CaMV 35S/atp2-1 signal sequence/cat | tobacco (plants) | + | cat enzyme is targeted into mitochondria | 34 |

21

0002476