REDACTED VERSION – PUBLICLY FILED

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Maize transposable elements Ac and Ds | Ac or Ds within borders of waxy locus | tobacco (tumors and shoots) | + Ac is capable of self-catalyzed transposition | 15, 16 |

Abbreviations:

| | |
|---|---|
| copia LTR | – long terminal repeat of copia transposable element |
| HSV | – Herpes simplex virus |
| Adh | – alcohol dehydrogenase gene |
| ST-LS 1 | – Solanum ruberosum leaf/stem-specific gene |
| EPSP | – 5-enolpyruvylshikimate-3-phosphate (gene) |
| lbc3 | – member of the leghemoglobin gene family |
| Ac, Ds | – maize transposable elements (activator, dissociation) |
| rbcS | – ribulose-1,5-bisphosphate carboxylase small subunit gene |
| cab | – chlorophyl a/b binding protein gene |
| nptII | – neomycin phosphotransferase II gene |
| ocs | – octopine synthase gene |
| nos | – nopaline synthase gene |
| cat | – chloramphenicol acetyltransferase gene |
| CaMV 35S, 19S | – cauliflower mosaic virus genes encoding 35S and 19S-transcript, respectively |
| genomic | – transferred construct contains the entire gene including 5' and 3' regions |

Mode of expression:

+ – correct expression of stably integrated gene

–

0002477

REDACTED VERSION – PUBLICLY FILED

23

(+)   —   transient expression, or transcription followed by incorrect processing and/or translation

(–)   —   gene is not transcribed

REDACTED VERSION – PUBLICLY FILED

At page 11, line 31, after "in" please delete "Weising et al., supra" and insert -- Table 2- -- and insert the following Table 2:

REDACTED VERSION – PUBLICLY FILED

- - Selectable marker and reporter genes in plant genetic transformation

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against |
|---|---|---|---|---|---|
| | | | Selectable marker | Scorable reporter | |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (nptI) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[1] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcystein[6] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | . | ++ | ? |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | . | hygromycin D[8] |
| Bleomycin resistance gene | Tn5 | ? | + | . | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) control plants are not killed by streptomycin | streptomycin[10] |
| aroA gene | Salmonella typhimurium | EPSP synthase | ++ | . | glyphosate[11] |
| bar gene | Streptomyces hygroscopicus | phosphinothricin acetyltransferase | ++ | . | phosphinothricin, bialaphos[12] |

0002480

REDACTED VERSION – PUBLICLY FILED

| β-galactosidase gene | E. coli | β-galactosidase | + | [13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | ++ | [14] |
| Bacterial luciferase gene | Vibrio harveyi | luciferase | ++ | [13] |
| Firefly luciferase gene | Photinus peralis | luciferase | ++ | [14] |

Only some representative references were chosen in case of the *nptII*, *nos*, *ocs* and *cat* genes.

Abbreviations
Tn        - transposon
DHFR      - dihydrofolate reductase
EPSP synthase - 5-enolpyruvylskikimate-3-phosphate synthase

[1] M. Bevan et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBO J., 8, 1681 (1984); I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[2] R.T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Pietrzak et al., Nucl. Acids Res., 14, 5857 (1986).

[3] M. DeBlock et al., EMBO J., 2, 1681 (1984); I. Herrera-Estrella et al., Nature, 303, 209 (1983).

[4] N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid., I. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[5] D.A. Eichholtz et al., Somat. Cell. Mol. Genet., 13, 67 (1987).

[6] G.A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Geve et al., Nature, 300, 752 (1982); A. Hoekema et al., Plant Mol. Biol., 5, 85 (1985); M.G. Koziel et al., J. Mol. Appl. Genet., 2, 549 (1981).

[7] J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).

[8] A.M. Lloyd et al., Science, 284, 464 (1986); P.I.M. Van den Hazen et al., Plant Mol. Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol. 5, 103 (1985).

[9] J. Hille et al., Plant Mol. Biol., 7, 171 (1986).

[10] J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).

[11] L. Comai et al., Nature, 317, 741 (1985); J.J. Inliatti et al., Biotechnology, 5, 726 (1987).

REDACTED VERSION – PUBLICLY FILED

[12] M. DeBlock et al., EMBO J., 6, 2513 (1987); C.I. Thompson et al., EMBO J., 6, 2519 (1987).

[13] G. Helmer et al., Biotechnology, 2, 520 (1984).

[14] D.R. Gallic et al., Nuc. Acids Res., 15, 8693 (1987); R.A. Jefferson et al., EMBO J., 6, 1901 (1987).

[15] C. Koncz et al., Mol. Gen. Genet., 204, 383 (1986).

[16] D.W. Ow et al., Science, 234, 856 (1986); D.W. Ow et al., PNAS USA, 84, 4870 (1987); C.D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).

At page 12, line 15, delete "Weising et al, supra" and insert -- Table 2 -- therefor.

At page 33, line 3, delete "Table 1" and insert --Table 3--.

At page 33, line 15, delete "Table 1" and insert --Table 3--.

At page 33, line 16, delete "TABLE 1" and insert --TABLE 3--.

At page 39, line 5, delete "Table 2" and insert --Table 4--.

At page 39, line 13, delete "TABLE 2" and insert -- TABLE 4 -- therefor.


## REMARKS

Claims 19-22 having been canceled and claims 23-87 having been added, the claims now pending in the application are claims 23-87.

The amendments to the specification at page 11, to add Table 1 and Table 2, are supported by the incorporated by reference into the application of K. Weising et al., Annu. Rev. Gent., 22, 421 (1988), at page 10, lines 30-31 of the specification. Table 1 appears in Weising as "Table 3" while Table 2 appears in Weising as "Table 1." The undersigned attorney for Applicants certifies that Table 1 and Table 2 are identical to Table 3 and Table 1 of the Weising et al. reference, respectively, with the exception that the citations to the literature given in the reference have been reproduced in full in Table 1.

New claims 23 and 32 are supported in the specification at page 6, lines 4-7 and lines 19-23; page 8, lines 1-2; page 14, lines 1-36 and at page 15, lines 1-17. New claims 24 and 33 are supported in the specification at page 7, lines 35-36. New claims 25 and 34 are supported in the specification at page 9, lines 7-11.

New claims 26, 35, 42, 49, and 56 are supported in the specification at page 11, lines 9-14 and at page 12, lines 6-8. New claims 27, 36, 43, 50 and 57 are supported in the specification at page 11, lines 11-14 and by original claim 8. New claims 28, 37, 44, 51 and 58 are supported in the specification at page 11, lines 15-16.

New claims 29, 38, 45, 52 and 59 are supported in the specification at page 10, lines 32-36; page 11, lines 24-27 and by originally filed claim 9. New claims 30, 39, 46, 53 and 60 are supported in the specification at page 5, lines 32-34; page 6, lines 15-17; page 7, lines 14-18 and by originally filed claim 13. New claims 31, 40, 47, 54 and 61 are supported in the specification

25

0002483

REDACTED VERSION – PUBLICLY FILED

at page 5, lines 32-34; page 6, lines 15-17; page 7, lines 14-18 and by originally filed claim 16.

New claim 41 is supported in the specification at page 5, lines 32-34; page 6, lines 15-17 and at page 7, lines 14-18. New claim 48 is supported in the specification at page 20, paragraph 1. New claim 55 is supported in the specification at page 19, lines 28-36 and at page 20, lines 1-17.

New claims 62, 64-67 and 75 are supported by the specification at page 12, lines 4-5.

New claim 63 is supported at page 11, lines 14-15 of the specification.

New claim 68 is supported by the specification at page 11, lines 29-30.

New claims 69, 74, 76-78, 81-82 and 84 are supported by Table 2.

New claim 70-71 are supported at page 6, lines 21-24 of the specification.

New claims 72-73 are supported at page 12, lines 1-3 of the specification.

New claim 79 is supported at page 12, line 16 of the specification.

New claim 80 is supported by the specification at page 23, lines 31-33.

New claim 83 is supported by the specification at page 24, lines 3-5.

New claim 85 is supported at page 11, line 13 of the specification.

New claims 86-87 are supported by Table 1.

0002484

REDACTED VERSION – PUBLICLY FILED

When the Examiner takes the application up for the first Office Action, consideration of these Amendments and Remarks presented herein is respectfully requested.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.

By their Representatives,

SCHWEGMAN, LUNDBERG,
WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date ___12 Nov 1996___  By _____

Warren D. Woessner, Ph.D.
Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on Nov. 12, 1996.

___SANDRA K. Amberson___

Name

_____

Signature

27

0002485

REDACTED VERSION – PUBLICLY FILED

30

REDACTED VERSION – PUBLICLY FILED

S/N 08/677,695                                                                      PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Ronald C. Lundquist et al.          Examiner: G. Benzion

Serial No.:   08/677,695                          Group Art Unit: 1803

Filed:        July 10, 1996                       Docket: 950.001US4

Title:        METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

RESPONSE TO RESTRICTION REQUIREMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

      This is in response to the Restriction Requirement mailed June 23, 1997. At page 2 of the Restriction Requirement, the Examiner failed to assign claims 32-38 to a Group. Applicants will assume that the Examiner meant to include claims 32-38 in Group I. Also at page 2 of the Restriction Requirement, the Examiner assigned claims 89-132 to Group II, and described these claims as drawn to a process for producing animal feed comprising a transgenic maize plant. The Examiner is respectfully requested to note that claims 111-112 and 115-132 do not belong to Group II as described by the Examiner. Claims 111-112 and 115-132 are directed to a process for producing human food comprising a transgenic *Zea mays* plant.

      Applicants provisionally elect with traverse Group I (claims 23-29, 32-38, 41-45, 48-52, and 55-59), directed to a process for producing a fertile transgenic *Zea mays* plant wherein the transgenic DNA is transmitted through a normal sexual cycle of the transgenic plant to progeny plants, and a method for producing a fertile transgenic *Zea mays* plant, a fertile transgenic inbred *Zea mays* plant or a fertile transgenic hybrid *Zea mays* plant comprising cultivating a fertile transgenic *Zea mays* plant produced by a process wherein the transgenic DNA is transmitted through a normal sexual cycle of the transgenic plant to progeny plants, and wherein the transgenic DNA is expressed so that the transgenic progeny plant exhibits one or more phenotypic characteristics that render it identifiable over the corresponding untransformed *Zea mays* plant.

      At pages 3-4 of the Restriction Requirement, the Examiner further required Applicants to elect a single disclosed species for prosecution on the merits. Applicants provisionally elect with traverse a selectable marker gene encoding antibiotic resistance wherein the gene encodes resistance to bleomycin, encodes resistance to hygromycin, is the *hpt* gene,

REDACTED VERSION – PUBLICLY FILED

RESPONSE TO RESTRICTION REQUIREMENT                                      Page 2
Serial Number: 08/677,695                                          Dkt: 950.001US4
Filing Date: July 10, 1996
Title:    METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

encodes resistance to neomycin, kanamycin or G418, is the *nptII* gene, or is the *nptI* gene. Claims 68-74 read on these species.

The Restriction Requirement is traversed on the basis that restriction requirements are optional in all cases. M.P.E.P. § 803. If the search and examination of all the claims can be made without serious burden, the examiner should examine it on the merits, even though it includes claims to distinct or independent inventions. M.P.E.P. § 803. The Examiner is respectfully requested to reconsider and withdraw the Requirement for Restriction.

The Examiner noted at 2 of the Restriction Requirement that the Amendment submitted November 19, 1996 is missing from the file. A copy of this amendment as transmitted November 12, 1996 is included. Also included is a copy of the postcard transmitted with the amendment, and returned by the Office stamped November 19, 1996.

The Examiner is invited to contact Applicants' Representatives, at the below-listed telephone number, if there are any questions regarding this Response or if prosecution of this application may be assisted thereby.

Respectfully submitted,

RONALD C. LUNDQUIST ET AL.,

By their Representatives,

SCHWEGMAN, LUNDBERG, WOESSNER & KLUTH, P.A.
P.O. Box 2938
Minneapolis, MN 55402
(612) 373-6903

Date  21 Aug  1997        By _____
WDW:dlp                          Warren D. Woessner
                                 Reg. No. 30,440

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Assistant Commissioner of Patents, Washington, D.C. 20231 on August 21, 1997.

Frances Essien                              Frances Essien
_____                   _____
Name                                         Signature

0002558

REDACTED VERSION – PUBLICLY FILED

31



REDACTED PER PROTECTIVE ORDER PUBLICLY FILED

US006946587B1

(12) **United States Patent**
Lundquist et al.

(10) Patent No.: **US 6,946,587 B1**
(45) Date of Patent: *Sep. 20, 2005

(54) **METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS**

(75) Inventors: **Ronald C. Lundquist**, Minnetonka, MN (US); **David A. Walters**, Bloomington, MN (US)

(73) Assignee: **DeKalb Genetics Corporation**, DeKalb, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/677,695**

(22) Filed: **Jul. 10, 1996**

**Related U.S. Application Data**

(63) Continuation of application No. 07/974,379, filed on Nov. 10, 1992, now Pat. No. 5,538,877, which is a continuation of application No. 07/467,983, filed on Jan. 22, 1990, now abandoned.

(51) Int. Cl.7 ...................... C12N 15/82; C12N 15/31; C12N 15/32; C12N 15/54; A01H 5/00

(52) U.S. Cl. .............. 800/293; 800/275; 800/288; 800/300.1; 800/302; 800/320.1; 435/194; 435/424; 435/430; 435/430.1; 435/470; 536/23.7; 536/23.71

(58) Field of Search .............................. 800/275, 288, 800/300.1, 302, 320.1, 293, 205; 435/194, 424, 430, 430.1, 470, 172.3, 172.1; 536/23.7, 23.71; 41/55, DIG. 1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,160 A | 1/1983 | Ziemelis | 71/117 |
| 4,399,216 A | 8/1983 | Axel et al. | 435/6 |
| 4,520,113 A | 5/1985 | Gallo et al. | 436/504 |
| 4,535,060 A | 8/1985 | Comai | 435/172 |
| 4,536,475 A | 8/1985 | Anderson | 435/172.3 |
| 4,559,301 A | 12/1985 | Turner | 435/76 |
| 4,559,302 A | 12/1985 | Ingolia | 435/76 |
| 4,581,847 A | 4/1986 | Hibberd et al. | 47/58 |
| 4,634,665 A | 1/1987 | Axel et al. | 435/68 |
| 4,642,411 A | 2/1987 | Hibberd et al. | 800/1 |
| 4,665,030 A | 5/1987 | Close | |
| 4,666,844 A | 5/1987 | Cheng | 435/240 |
| 4,683,202 A | 7/1987 | Mullis | 435/91 |
| 4,708,818 A | 11/1987 | Montagnier et al. | 435/5 |
| 4,727,028 A | 2/1988 | Santerre et al. | 435/240 |
| 4,743,548 A | 5/1988 | Crossway et al. | 435/172 |
| 4,761,373 A | 8/1988 | Anderson et al. | 435/172.3 |
| 4,806,483 A | 2/1989 | Wang | 435/240 |
| 4,885,357 A | 12/1989 | Larkins et al. | 530/373 |
| 4,886,878 A | 12/1989 | Larkins et al. | 536/26 |
| 4,940,835 A | 7/1990 | Shah et al. | 800/205 |
| 4,945,050 A | 7/1990 | Sanford et al. | 435/172.1 |
| 4,956,282 A | 9/1990 | Goodman et al. | 435/69.51 |
| 4,971,908 A | 11/1990 | Kishore et al. | 435/172 |
| 5,001,060 A | 3/1991 | Peacock et al. | 435/172 |
| 5,004,863 A | 4/1991 | Umbeck | 800/205 |

| | | | |
|---|---|---|---|
| 5,013,658 A | 5/1991 | Dooner et al. | 435/172.3 |
| 5,015,580 A | 5/1991 | Christou et al. | 435/172 |
| 5,034,322 A | 7/1991 | Rogers et al. | 435/172 |
| 5,036,006 A | 7/1991 | Sanford et al. | 435/170.1 |
| 5,049,500 A | 9/1991 | Arntzen et al. | 435/172 |
| 5,077,399 A | 12/1991 | Brauer et al. | 536/27 |
| 5,082,767 A | 1/1992 | Hatfield et al. | 435/6 |
| 5,094,945 A | 3/1992 | Comai | 435/172 |
| 5,097,093 A | 3/1992 | Vandeventer et al. | 800/200 |
| 5,110,732 A | 5/1992 | Benfey et al. | 435/172 |
| 5,134,074 A | 7/1992 | Gordon et al. | 435/240 |
| 5,145,777 A | 9/1992 | Goodman et al. | 435/172.3 |
| 5,164,310 A | 11/1992 | Smith et al. | 435/172.3 |
| 5,177,010 A | 1/1993 | Goldman et al. | 435/172 |
| 5,187,073 A | 2/1993 | Goldman et al. | 435/172 |
| 5,188,642 A | 2/1993 | Shah et al. | 47/58 |
| 5,188,958 A | 2/1993 | Moloney et al. | 435/240 |
| 5,196,342 A | 3/1993 | Donovan | 435/320.1 |
| 5,215,912 A | 6/1993 | Hoffman | 435/240.4 |
| 5,231,020 A | 7/1993 | Jorgensen et al. | 435/172.3 |
| 5,240,841 A | 8/1993 | Johnston et al. | 435/172.3 |
| 5,250,515 A | 10/1993 | Fuchs et al. | 514/12 |
| 5,254,799 A | 10/1993 | DeGrave et al. | 800/205 |
| 5,258,300 A | 11/1993 | Glassman et al. | 435/240 |
| 5,268,463 A | 12/1993 | Jefferson | 536/23 |
| 5,273,894 A | 12/1993 | Strauch et al. | 435/129 |
| 5,276,268 A | 1/1994 | Strauch et al. | 800/205 |
| 5,278,325 A | 1/1994 | Strep et al. | 554/12 |
| 5,290,924 A | 3/1994 | Last et al. | 536/241 |
| 5,310,667 A | 5/1994 | Eichholtz et al. | 435/172.3 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| AU | 80893/87 | 12/1988 | | C12N15/87 |
| CA | 2032443 A1 | 12/1990 | | C12N/15/87 |
| DE | 3738874 A1 | 11/1988 | | |
| DE | 3 738 874 A1 | 11/1988 | | A01H/1/06 |
| EP | 126537 A2 | 4/1983 | | |

(Continued)

OTHER PUBLICATIONS

Vasil et al. Theoretical and Applied Genetics 73: 793–798 (1987).*

Andrews, D.L., et al., "Characterization of the Lipid Acyl Hydrolase Activity of the Major Potato (*Solanum tuberosum*) Tuber Protein, Patatin, by Cloning and Abundant Expression in a Baculovirus Vector", *Biochem. J.*, 252, 199–206 (1988).*

(Continued)

*Primary Examiner*—David T. Fox
(74) *Attorney, Agent, or Firm*—Fulbright & Jaworski L.L.P.

(57) **ABSTRACT**

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants. The process comprises the microprojectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other gramineous cereal plants which have not proven stably transformable by other techniques.

**19 Claims, 10 Drawing Sheets**

REDACTED VERSION – PUBLICLY FILED

**US 6,946,587 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,350,689 A | 9/1994 | Shillito et al. | 435/240 |
| 5,352,605 A | 10/1994 | Fraley et al. | 435/240 |
| 5,371,003 A | 12/1994 | Murry et al. | 435/172 |
| 5,371,015 A | 12/1994 | Sanford et al. | 435/287 |
| 5,380,831 A * | 1/1995 | Adang et al. | 536/23.71 |
| 5,436,393 A | 7/1995 | Rocha-Sosa et al. | 800/205 |
| 5,464,763 A | 11/1995 | Schilperoort et al. | 435/172.3 |
| 5,484,956 A | 1/1996 | Lundquist et al. | 800/205 |
| 5,489,520 A | 2/1996 | Adams et al. | |
| 5,495,071 A | 2/1996 | Fischhoff et al. | 800/205 |
| 5,500,365 A | 3/1996 | Fischhoff et al. | 435/240.4 |
| 5,508,468 A | 4/1996 | Lundquist et al. | 800/205 |
| 5,538,877 A | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,538,880 A | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,550,318 A | 8/1996 | Adams et al. | |
| 5,554,798 A | 9/1996 | Lundquist et al. | 800/205 |
| 5,561,236 A | 10/1996 | Leemans et al. | |
| 5,565,347 A * | 10/1996 | Fillatti et al. | 435/172.3 |
| 5,567,600 A | 10/1996 | Adang et al. | |
| 5,567,862 A | 10/1996 | Adang et al. | |
| 5,576,203 A | 11/1996 | Hoffman | 435/172.3 |
| 5,578,702 A | 11/1996 | Adang | |
| 5,580,716 A | 12/1996 | Johnston et al. | 435/5 |
| 5,589,616 A | 12/1996 | Hoffman | |
| 5,595,733 A | 1/1997 | Carswell et al. | 424/93.21 |
| 5,596,131 A | 1/1997 | Horn et al. | 800/205 |
| 5,623,067 A | | Vanderkerckhove | 536/24.1 |
| 5,641,876 A | 6/1997 | McElroy et al. | 536/24.1 |
| 5,668,298 A * | 9/1997 | Waldron | 800/288 |
| 5,677,474 A | 10/1997 | Rogers | 800/205 |
| 5,693,507 A | 12/1997 | Daniell et al. | 435/172.3 |
| 5,780,708 A | 7/1998 | Lundquist et al. | 800/205 |
| 5,886,244 A | 3/1999 | Tomes et al. | 800/293 |
| 5,990,387 A | 11/1999 | Tomes et al. | 800/293 |
| 5,990,390 A | 11/1999 | Lundquist et al. | 800/302 |
| 6,013,863 A | 1/2000 | Lundquist et al. | 800/293 |
| 6,020,539 A | 2/2000 | Goldman et al. | 800/294 |
| 6,025,545 A | 2/2000 | Lundquist et al. | 800/293 |
| 6,258,999 B1 | 7/2001 | Tomes et al. | 800/300.1 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 131623 B1 | 1/1984 | |
| EP | 141373 A3 | 5/1985 | |
| EP | 0 142 924 A2 | 5/1985 | C12N/15/00 |
| EP | 154204 A2 | 9/1985 | |
| EP | 160390 A2 | 11/1985 | |
| EP | 193259 A1 | 9/1986 | |
| EP | 204549 A2 | 10/1986 | |
| EP | 202668 A2 | 11/1986 | |
| EP | 242236 A1 | 10/1987 | |
| EP | 242246 A1 | 11/1987 | |
| EP | 299552 A1 | 1/1988 | |
| EP | 257472 A2 | 3/1988 | |
| EP | 262971 A2 | 5/1988 | |
| EP | 0 269 601 A2 | 6/1988 | C12N/15/00 |
| EP | 270356 A2 | 6/1988 | |
| EP | 271408 | 6/1988 | |
| EP | 275069 A2 | 7/1988 | |
| EP | 280400 A2 | 8/1988 | |
| EP | 282164 A2 | 9/1988 | |
| EP | 289479 A2 | 11/1988 | |
| EP | 290395 A2 | 11/1988 | |
| EP | 292435 A1 | 11/1988 | |
| EP | 301749 A2 | 2/1989 | |
| EP | 353908 A2 | 7/1989 | |
| EP | 0 331 083 A2 | 9/1989 | C12N/15/00 |
| EP | 331855 A2 | 9/1989 | |
| EP | 334539 A2 | 9/1989 | |
| EP | 0 335 528 A2 | 10/1989 | C12N/15/00 |
| EP | 348348 A2 | 12/1989 | |
| EP | 0 348 348 A2 | 12/1989 | A01N/65/00 |
| EP | 442174 A1 | 4/1991 | |
| GB | 2159173 A | 11/1985 | |
| JP | 61-134343 | 5/1984 | |
| NL | 8801444 | 1/1990 | |
| WO | 85/01856 | 5/1985 | |
| WO | 85/02972 | 7/1985 | |
| WO | 85/02973 | 7/1985 | A01J/7/00 |
| WO | 86/01536 | 3/1986 | C12P/15/00 |
| WO | 86/03776 | 7/1986 | C12N/15/00 |
| WO | 87/04181 | 7/1987 | C12N/1/00 |
| WO | 87/05629 | 9/1987 | |
| WO | 88/08034 | 10/1988 | C12P/21/00 |
| WO | 89/04371 | 5/1989 | C12N/21/00 |
| WO | 89/10396 | 11/1989 | |
| WO | 89/11789 | 12/1989 | A01H/1/00 |
| WO | 89/12102 | 12/1989 | |
| WO | 90/01869 | 3/1990 | A01H/1/00 |
| WO | 90/02801 | 3/1990 | C12N/15/32 |
| WO | 90/10691 | 8/1990 | |

## OTHER PUBLICATIONS

Fromm, M.E., et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants", *BioTechnology, 8*, 833–839 (1990).*

Jaynes, J.M., et al., "Plant Protein Improvement by Genetic Engineering: Use of Synthetic Genes", *Trends in Biotechnology, 4*, 314–320 (Dec. 1986).*

Messing, J., "Corn Storage Protein: A Molecular Genetic Model", *Division of Energy Biosciences–Summaries of FY 1990 Activities*, p. 70, Abstract No. 135 (1990).*

"Bullets Transforms Plant Cells", *Agricell Report, 9*, 5, (Jul. 1987).*

"Catalog, Handbook of Fine Chemicals", *Aldrich Chem. Co.*, p. 508 (1988).*

"Cornell U. Gene Gun Hits Biotech Bullseye", *Agriculture Technology*, p. 13.*

"Dalapon", In: Merck Index, 11th Edition, S. Budavae, (ed), Merck and Co., pp. 405–406 (1989).*

"Dalapon", In: Merck Index, 11th Edition, S. Budavae, (ed), Merck and Co., pp. 405–406 (1989).*

EPO Notice Regarding Publication of Biobliographic Data for EPO 0485506.*

"Herbicide–Resistant Corn", *CT Academy of Science and Engineering, Case Reports, 5*, 6 (1990).*

International Search Report, PCT/US 90/09699, Mailed Aug. 16, 1995.*

International Search Report, PCT/US 90/04462, Mailed Jan. 15, 1991.*

Patent Family Record for Australian Patent 87 80 893.*

"Shotgunning DNA into Cells", *Genetic Engineering News*, (Jul.–Aug. 1987).*

M. J. Adang, et al., "Characterized Full–Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki* HD–73 and Their Toxicity to *Manduca sexta*", *Gene, 36*, 289–300 (1985).*

H. Ahokas, "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", *Theor. Appl. Genet., 77*, 469–472 (1989).*

H. Ahokes, "Electrophorectic transfection of cereal grain with exogenous nucleic acid", *Soc., biochem Biophys. Microbio. Fen., Biotieteen Paivat* (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).*

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 3

S. B. Altenbach, et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", *Plant Mol. Biol. 8*, 239–250 (1987).*

S. B. Altenbach, et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine–Rich Protein in Transgenic Plants", *Plant. Mol. Biol., 13*, 513–522 (1989).*

C. Ampe, et al., "The Amino–Acid Sequence of the 2S Sulphur–Rich Storage Protein Accumulation in Maize", *Theor. Appl. Genet.*, 78, 761–767 (1989).*

C. L. Armstrong, et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L–Proline", *Planta, 164*, 207–214 (1985).*

C. Armstrong, et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable Embryogenic Tissue Cultures in Maize", *Biol. Abstracts, 85*, Abstract 117662 (1988).

R. F. Barker, et al., "Nucelotide Sequence of the T–DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi5955", *Plant Mol. Biol., 2*, 335–350 (1983).

M. S. Benner, et al., "Genetic Analysis of Methionine–Rich Storage Protein Accumulation in Maize", *Theor. Appl. Genet., 78*, 761–767 (1989).

M. Bevan, et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", *Nature, 304*, 184–187 (1983).

M. Bevan, et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA", *Nuc. Acids Res., 11*, 369–385 (1983).

A. N. Binns, "Agrobacterium–mediated gene delivery and the biology of host range limitations", *Physiologia Plantarum, 79*, 135–139 (1990).

G. Booy, et al., "Attempted Pollen–Mediated Transformation of Maize", *J. Plant Physiol., 135*, 319–324 (1989).

M. I. Boulton, et al., "Specificity of Agrobacterium–mediated delivery of maize stread virus DNA to members of the Gramineae", *Plant Molecular Biology, 12*, 31–40 (1989).

J S Boyer, "Water Deficits and Photosynthesis", *In: Water Deficits and Plant Growth*, vol. IV, Kozlowski, T.T., (ed), Academic Press, New York, pp. 153–190 (1976).

W. J. Brill, "Agricultural Microbiology", *Scientific American, 245*, 199–215 (Sep. 1981).

V. Buchanan–Wollaston, et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", *J. of Cell. Biochem, 13D*, Abstract No. M503 (1989).

J. Callis, et al., "Introns Increase Gene Expression in Cultures Maize Cells", *Genes and Development, 1*, 1182–1200 (1987).

J. Cao, et al., "Transformation of Rice and Maize Using the Biolistic Process", In: *Plant Gene Transfer*, Alan R. Liss, Inc., pp. 21–33 (1990).

N. C. Carpita, "The Biochemistry of Growing Cell Walls", In: *Physiology of Cell Expansion During Plant Growth*, Cosgrove, D. J. et al, (eds) Am. Soc. Plant Physiol, pp. 28–100 (1987).

V. Chandler, et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", *The Plant Cell, i*, 1175–1183 (1989).

P. J. Charest, et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", *Plant Cell Reports, 7*, 628–631 (1989).

P. S. Chourcy, et al., "Callus Formation from Protoplasts of a Maize Cell Culture", *Theor. Appl. Genet. 59*, 341–344 (1981).

Christou, et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", *Theor. Appl. Genet. 79*, 337–341 (1990).

P. Christou, et al., "Opine Synthesis in Wild Type Plant Tissue", *Plant Physiol. 82*, 218–221 (1986).

P. Christou, et al., "Soybean Genetic Engineering–Commercial Production of Transgenic Plants", *Trends Biotechnol. 8*, 145–151 (1990).

P. Christou, et al., "Stable Transformation of Soybean Callus DNA–Coated Gold Particles", *Plant Physiol. 87*, 671–674 (1988).

C. C. Chu, et al., "Establishment of an Efficient Medium for Another Culture of Rice Through Comparative Experiments on the Nitrogen Sources", *Sci. Sein. (Peking)*, 13, 659–668 (1975).

F. Cocking, et al., "Gene Transfer in Cereals", *Science, 236*, 1259–1262 (1987).

Coe, et al., "The Genetics of Corn", In: *Corn and Corn Improvement,* 2nd Edition, Sprague, G.F. (ed.), American Soc. Agronomy, Inc., Madison, WI, p. 138 (1977).

L. Comai, et al., "Expression in Plants of a Mutant aroA Gene from *Salmonella typhimurium* Confers Tolerance to Glyphosate", *Nature, 317*, 741–744, (Oct. 1985).

Creisson, et al., "Agrobacterium—and microprojectile—Mediated Viral DNA Delivery into Barley Microspore–Derived Cutures", *Plant Cell Reports, 8*, 680–863 (Apr. 1990).

A. Crossway, et al., "Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts", *Mol. Gen. Genet., 202*, 179–185 (1986).

A. Darvill, et al., "The Primary Cell Walls of Flowering Plants", In: *The Biochemistry of Plants, vol. 1*, pp. 91–162 (1980).

B. Dauce–LeReverand, et al., "Improvement of *Escherichia coli* Strains Overproducing Lysine Using Recombinant DNA Techniques", *Eur. J. Appl. Microbiol. Biotechnol., 15*, 227–231 (1982).

M. De Block, et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme", *EMBO J., 6*, 2513–2518 (1987).

W. De Greef, et al., "Evaluation of herbicide resistance in transgenic crops under field conditions", *Bio/Technol, 7*, 61–64 (1989).

R. Dekeyser, et al., "Evaluation of Selectable Markers for Rice Transformation", *Plant Physiol, 90*, 217–223 (1989).

R. A. Dekeyser, et al., "Transient Gene Expression in Intact and Organized Rice Tissues", *The Plant Cell, 2*, 591–602 (1990).

Dewald, et al., "Plant regeneration from inbred maize suspensions", *VIIth International Congress on Plant Tissue and Cell Culture*, p. 12, Abstract No. A1–36 (Jun. 24–29, 1990).

J. R. Dewet, et al., "Cloning of Firefly Luciferase cDNA and the Expression of active Luiciferase in *Escherichia coli*", *Pro. Nat. Acad. Sci. USA, 82*, 7870–7873 (1985).

J.m. J. Dewet, et al., "Exogenous gene transfer in maize (*Zea mays*) using DNA–treated pollen", In: *The experimental manipulation of ovule tissues*, Chapman, G.P., et al(eds), Longman, New York, pp. 197–209 (1985).

D. A. Evans, et al., "Somaclonal Variation–Genetic Basis and Breeding Applications", *Trends Genet., 5*, 46–50 (1989).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 4

P. Fransz, et al., "Cytodifferentiation during callus initation and somatic embryogenesis in *Zea mays* L", Ph.D. thesis, U of Wageningen Press, The Netherlands (1988).

J. C. Freeling, et al., "Development Potentials of Maize Tissue Cultures", *Maydica, XXL,* 97–112 (Jul., 1977).

Freiberg, "More Researchers Discover Corn Transformation Technology", *AG Biotechnology News,* p. 26 (1990).

M. Fromm, et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroportion", *Proc. Nat. Acad. Sci. USA, 82,* 6824–5828 (1985).

M. E. Fromm, et al., "Stable Transformation of Maize after Gene Transfer by Electroporation", *Nature, 319,* 791–793 (1986).

S. C. Fry, "Introduction to the Growing Cell Wall", In: *The Growing Plant Cell Wall: Chemical and Metabolic Analysis,* Longman Scientific and Technical, New York, pp. 1–5, 102–109 (1988).

M. Geiser, et al., "The Hypervariable Region on the Genes Coding for Entomopathogenic Crystal Proteins of *Bacillus thuringiensis*: Nucleotide Sequence of the kurbd1 gene for subsp. *kurstaki* HD1", *Gene, 48,* 109–108 (1986).

S. A. Goff, et al., "Transactivation of Anthocyanin Biosynethic Genes Following Transfer of B Regulatory Genes into Maize Tissues", *EMBO J., 9,* 2517–2522 (1990).

W. J. Gordon–kamm, et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment", *J. Cellular Biochem., 13D,* p. 259, Abstract No. M122 (1989).

O. Gould, et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, *Beltwide Cotton production research conferences,* New Orleans, LA, p. 91 (1988).

A. Graves, et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*", *Plant Mol. Biol., 7,* 43–50 (1986).

C. Green, et al., "Plant Regeneration in Tissue Cultures of Maize", *Crop. Sci., 15,* 417–421 (1975).

C. Green, et al., "Plant Regeneration in Tissue Cultures in Maize", *In: Maize for Biological Research,* Sheridan, W., F., (ed) Plant Mol. Biol. Assoc., pp. 367–372 (1983).

C. Green, et al., "Somatic Cell Genetic System in Corn", *Advances in Gene Technology: Molecular Genetics of Plant and Animals,* Academic Press, Inc., pp. 147–157 (1983).

N. Grimsley, et al., "DNA Transfer from Agrobacterium to *Zea mays* or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", *Mol. Gen. Genet., 217,* 309–316 (1989).

L. Gritz, et al., "Plasmid–Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*", *Gene 25,* 179–188 (1983).

F. Guerineau, et al., "Sulfonamide Resistance Gene for Plant Transformation", *Plant Molecular Biology, 15,* 127–136 (1990).

H. Guilley, et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts", *Cell. 30,* 763–773 (Oct. 1982).

A. R. Hallauer, et al., "Corn Breeding", In: *Corn and Corn Improvement,* 3rd edition, Sprague, G.F., et al(eds), Agronomy Soc. Amer., pp. 463–564 (1988).

G. W. Haughn, "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", *Mol. Gen. Genet., 211,* 266–271 (1988).

R. M. Hauptman, et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants on the Gramineae", *Plant Physiol. 86,* 602–606 (1988).

L. Herrera–Estrella, et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", *In: Plant Molecular Biology Manual B1,* Kluwer Academic Publishers, Dordrecht, pp. 1–22, (1988).

L. M. Hoffman, et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", *Plant. Mol. Biol., 11,* 717–729 (1988).

L. M. Hoffman, et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", *EMBO J., 6,* 3213–3221 (1987).

H. Hofte, et al., "Insecticidal Crystal Proteins of *Bacillus thuringiensis*", *Microbiol. Rev., 53,* 242–255 (1989).

P. J. J. Hooykass, "Transformation of plant cell via Agrobacterium", *Plant Mol. Biol. 13,* 327–336 (1989).

M. Horn, et al., "Transgenic Plants of Orchard Grass(*Dactylis glomerata*L.) from Protoplasts", *Chem. Abstracts, 110,* p. 208, Abstract No. 89869a (1989).

M. Horn, et al., "Transgenic Plants of Orchardgras (*Dactylis glomerata*L.) from Protoplasts", *Plant Cell Reports, 7,* 469 (1988).

Y. Huang, et al., "Factors Influencing Stable Transformation of Maize Protoplasts by Electroporation", *Plant Cell, Tissue and Organ Culture, 18,* 281 (1989).

C. Imbric–milligan, et al., "Microcallus Growth from Maize Protoplasts", *Planta, 171,* 58–64 (1987).

R. Jefferson, "Assaying chimeric genes in plants: the GUS gene fusion system", *Plant Mol. Biol. Rep., 5,* 387–405 (1987).

R. Jefferson, et al., "B–Glucuronidase from *Escherichia coli* as a Gene–Fusion Marker", *Proc. Natl. Acad. Sci. USA, 83,* 8447–8451 (1986).

R. Jefferson, et al., "GUS Fusions: B–Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants", *EMBO J., 6,* 3901–3907 (1987).

M. M. Jobri, et al., "Genetic Approaches to Meristem Organization", In: *Maize for Biological Research,* W. F. Sheridan, (ed.), Plant Molecular Biology Association, pp. 301–310 (1982).

H. Jones, et al., "Recent Advances in Plant Electroporation", *Oxford Surveys of Plant Molecular and Cell Biol, 4,* 347–357 (1987).

H. Jones, et al., "Transcient Gene Expression in Electroporated Solanum Protoplasts", *Plant Mol. Biol., 13,* 503–511 (1989).

H. F. Kaeppler, et al., "Silicon Carbide Fiber–Mediated DNA Delivery into Plant Cells", *Plant Cell Rep., 9,* 415–418 (1990).

K. Kamo, et al., "Establishment and Characterization of Long–Term Embryonic Maize Callus and Cell Suspension Cultures", *Plant Sci., 45,* 111–117 (1986).

K. Kamo, et al., "Regeneration of *Zea mays* L. from Embryogenic Callus", *Bot. Gazz, 146,* 327–334 (1985).

K. N. Kao, et al., "Nutritional Requirements for Growth of *Vicia hajastana* Cells and Protoplasts at a Very Low Population Density in Liquid Media", *Planta, 126,* 105–110 (1978).

K. Kartha, et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", *Plant. Cell. Rep., 8,* 429–432 (1989).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 5

K. Kay, et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enchancer for Plant Genes", *Science*, 236, 1299–1302 (Jun. 5, 1977).

J. Kirihara, et al., "Differential Expression of a Gene for a Methionine–Rich Storage Protein in Maize", *Mol. Gen. Genet.*, 211, 477–484 (1988).

J. Kirihara, et al., "Isolation and Sequence of a Gene Encoding a Methionine–Rich 10–kD Zein Protein from Maize", *Gene*, 71, 359–370 (1988).

T. M. Klein, et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles", *Biol. Technol.*, 6, 559–563 (1988).

T. Klein, et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Mehtylation on Foreign Gene Expression", In: *Gene Manipulation In Plant Improvement II*, Gustafson, J.P., (ed.). Plenum Press, NY, pp. 265–266 (1990).

T Klein, et al., "Genetic Transformation of Maize Cells by Particle Bombardment", *Plant Physiol.* 91, 440–444 (1989).

T. M. Klein, et al., "High–Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", *Nature*, 327, 70–73 (1987).

T. Klein, et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", *Pro. Nat. Acad. Sci., USA*, 86, 6682–6685 (1989).

T. Klein, et al., "Transfer of Foreign Genes into Intact Maize Cells with High–Velocity Microprojectiles", *Pro. Nat. Acad. Sci. USA*, 85, 4305–4309 (1988).

M. Kozak, "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs", *Nuc. Acids. Res.*, 12, 857–871 (1984).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Inhibitator Codon that Modulates Translation by Eukaryotic Ribosomes", *Cell*, 44, 283–292 (1986).

C. Kuhlemeier, et al., "Regulation of Gene Expression in Higher Plants", *Ann. Rev. Plant Physiol.*, 38, 234–239 (1987).

P. Lazzeri, et al., "In Vitro Genetic Manipulation of Cereals and Grasses", *Ad. Cell Culture*, 6, 291–293 (1988).

J. S. Lee, et al., "Gene Transfer into Inact Cells of Tobacco by Electroporation", *Korean J. Gent.*, 11, 65–72 (1989).

J. Levitt, "Growth Regulators", In: *Introduction to Plant Physiology*, The C.V. Mosby Company, St. Louis, p. 241 (1969).

K. Lindsey, et al., "Electroporation of Cells", *Physiologia Plantarum*, 79, 168–172 (1990).

K. Lindsey, et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation", *Plant Cell. Rep.*, 8, 71–74 (1989).

K. Lindsey, et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", *Planta*, 172, 346–355 (1987).

K. Lindsey, et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar beet", *Plant Mol. Bio.*, 10, 43–52 (1987).

H. Lorz, et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", *Plant Breeding*, 100, 1–25 (1988).

C. Lu, et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(Zea mays L_", *Theor. Appl. Genet.* 66, 285–289 (1983).

C. Lu, et al., "Somatic Embryogenesis in Zea mays L", *Theor. Appl. Genet.* 62, 109–112 (1982).

S. Ludwig, et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", *Science*, 247, 449–450 (1990).

S. Ludwig, et al., "High Frequency Callus Formation from Maize Protoplasts", *Theor. Appl. Genet.*, 71, 344–350 (1985).

S. Ludwig, et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc–Homology Region", *Proc., Nat. Acad. Sci. USA*, 86, 7092–7096 (1989).

S. Ludwig, et al., "Maize R Gene Family: Tissue Specific Helix Loop Helix Proteins", *Cell*, 62, 849–851 (1990).

H. Lutcke, et al., "Selection of AUG Initiation Codons Differs in Plants and Animals", *EMBO J.*, 6, 43–48 (1987).

T. Masumura, et al., "cDNA Cloning of an mRNA Encoding a Sulfur–Rich 10 kDa Prolamin Polypeptide in Rice Seeds", *Plant Mol.*, 12, 123–130 (1989).

McCabe, et al., "Stable Transformation of Soybean (Glycine max) by Particle Acceration", *Bio/Technol*, 6, 923–926 (1988).

C. McDaniel, et al., "Cell–Lineage Patterns in the Shoot Meristem of the Germinating Maize Embryo", *Planta*, 175, 13–22 (1988).

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", *Plant Sci. Lett.*, 28, 337–348 (1982/83).

R. Mendel, et al., "Delivery of Foreign Genes to Intact Barley Cell by High–Velocity Microprojectiles", *Theor. Appl. Genet.* 78, 31–34 (1989).

B. V. Milborrow, "Abscisic Acid and Other Hormones", In: *The Physiology and Biochemistry of Drought Resistance in Plants*, Paleg, L.G. et al.(eds). Academic Press, New York, 347–388, (1981).

Morikawa, et al., "Gene Transfer into Intact Plant Cells by Electroporation Through Cell Walls and Membranes", *Gene*, 41, 121 (1986).

S. Morocz, et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated From a Highly Embryonic Suspension Culture", *Theor. Appl. Genet.*, 80, 721–726 (1990).

S. Morocz, et al., "Two Approaches to Rendering Zea mays L. Applicable to Tissue Culture Manipulations", *Abstracts VIIth Int. Cong. on Plant Tissue and Cell Culture*, Amsterdam A1–102, Abstract No. 209, p. 190 (1990).

T. Murakami, et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster", *Mol. Gen. Genet.* 205, 42–50, (1986).

T. Murashige, et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", *Physiol Plant*, 15, 473–497 (1962).

H. L. Murphy, "New Dekalb–Pfizer Seed Chief to Harvest R & D Breakthroughs", *Crain's Business Weekly*, pp. 38–39 (1990).

E. E. Murray, et al., "Codon usage in plant genes", *Nuc. Acids Res.*, 17, 477–498 (1989).

T. Nelson, "New Horses for Monocot Gene Jockeys", *The Plant Cell*, 2, 589 (1990).

R. S. Nelson, "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco mosaic Virus", *Bio/Technol*, 6, 403–409 (1988).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 6

M. Neuffer, et al., "Maize for Biological Research", *Plant Molec. Biol. Assoc.*, 19–30, (1988).

J. Odell, et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", *Nature, 313,* 810–811 (1985).

Y. Ohta, et al., "High-Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", *Pro. Nat. Acad. Sci. USA, 83,* 715–719 (1986).

Y. Ohta, et al., "Gene Manifestation of Exogenous DNA Applied to Self-Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self-Pollination Applying Exogenous DNA", *Jap. J. Breed., 30,* 184–185 (1980).

P. Ozias-akins, et al., "In vitro regeneration and genetic manipulation of grasses", *Physiol. Plant., 73,* 565–569 (1988).

P. Ozias-akins, et al., "Progress and Limitations in the Culture of Cereal Protoplasts", *Trends in Biotechnol, 2,* 119–123 (1984).

W. B. Parker, et al., "Selection and Characterization of Sethoxydim-Tolerant Maize Tissue Cultures", *Plant Physiol., 92,* 1220–1225 (1990).

K. Pederson, et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High Sulfure Zein Protein of M1 15,000", *J. Biol. Chem, 261,* 6279–6284 (1986).

R. L. Phillips, et al., "Cell/Tissue Culture and In Vitro Manipulation", In: *Corn and Corn Improvement,* 3rd edition, Sprague, G.F., et al, (eds.). Agronomy Soc. Amer., pp. 345–387 (1988).

R. L. Phillips, et al., "Elevated Protein-Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", *Cereal Chem, 62,* 213–218 (1985).

J. Poehlman, "Breeding Corn (Maize)", In: *Breeding Field Crops, 3rd edition,* AVI Publishing Co., Westport CN, pp. 452 (1986).

J. Poehlman, "Breeding Corn (Maize)", In: *Breeding Field Crops, 3rd edition,* AVI Publishing Co., Westport CN, pp. 469–471, 477–481 (1986).

I. Potrykus, et al., "Callus formation from Cell Culture Protoplasts of Corn (Zea mays L.)." *Theor. Appl. Genet.,* 54, 209–214 (1996).

I. Potrykus, et al., "Callus formation from stem protoplasts of corn (Zea mays L.)", *Mol. Gen. Genet. 156,* 347–350 (1977).

I. Potrykus, "Gene Transfer to Cereals: An Assessment", *BioTechnol., 8,* 53–542 (Jun. 1990).

I. Potrykus, "Gene Transfer to Cereals: Assessment", *Trends Biotechnol., 7,* 269–273 (Oct., 1989).

I. Potrykus, "Gene Transfer to Plants: Assesment and Perspectives", *Physiol. Plant, 79,* 125–134 (1990).

Potter, et al., "Enchancer-Dependent Expression of Human k Immunoglobulin Genes Introduced into Mouse Pre–B Lymphocytes by Electroporation", *Pro. Nat. Acad. Sci. USA,* 81, 7161 (1984).

L. M. Prioli, et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (Zea mays L)", *BioTechnol, 7,* 589–594 (Jun., 1989).

K. J. Puite, et al., "Electrofusion a Simple and Reproducible Technique in Somatic Hybridization of *Nicotiana plumbaginifolia* mutants", *Plant Cell Rep., 4,* 274–276 (1985).

C. A. Rhodes, "Corn: From Protoplasts to Fertile Plants", *BioTechnol., 7,* 548 (Jun., 1989).

C. A. Rhodes, et al., "Genectically Transformed Maize Plants from protoplasts", *Science, 240,* 204–207 (Apr. 8, 1988).

C. A. Rhodes, et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", *Biol Technol., 6,* 56–60 (Jan. 1988).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *Biol. Abstracts, 82,* p. AB–391, Abstract No. 3396 (1986).

F. Richaud, et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *J. Bacteriol, 166,* 297–300 (1986).

D. S. Robertson, "Loss of Mu Mutator Activity when Active Mu Systems are Transferred to Inbred Lines", *Maize Genetics Coop. Newsletter, 60,* 10 (1986).

M. C. Ross, et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", *J. Cell. Biochem., 13D,* p. 268, Abstract No. M149 (1989).

S. V. Sahi, et al., "Metabolites in Maize Which Affect Virulence Induction in *Agrobacterium tumefaciens*", *Plant Physiol, Supplement,* p. 86, Abstract No. 514 (1989).

J. C. Sanford, et al., "Attempted Pollen-Mediated Plant Transformation Employing Genomic Donor DNA", *Theor. Appl. Genet., 69,* 571–574 (1985).

J. C. Sanford, "Biolistic Plant Transformation", *Physiol. Plant., 79,* 206–209 (1990).

J. C. Sanford, et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Processs", *Particulate Sci. Technol, 5,* 27–37 (1987).

J. C. Sanford, "The Biolistic Process", *Trends Biotechnol, 6,* 299–302 (1988).

Sass, "Morphology: Development of the Caryopsis", In: *Corn and Corn Improvement, 2nd edition,* Sprauge, G.F., (ed), American Soc. Agronomy, p. 89, 98 (1977).

A. Schmidt, et al., "Media and environmental effects of phenolics production from tobacco cell cultures", *Chem. Abstracts,, 110,* p. 514, Abstract No. 230156z (1989).

K. Shigekawa, et al., "Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Intoduction of Macromoleucles into Cells", *BioTechniques, 6,* 742–751 (1988).

R. D. Shillito, et al., "High Efficiency Direct Gene Transfer to Plants", *Biol/Technol, 3,* 1099 (1985).

R. D. Shillito, et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize", *Biol/Technol, 7,* 581–587 (Jun., 1989).

K. Shimamoto, et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", *Nature, 338,* 274–278 (1989).

M. A. Shotwell, et al., "The Biochemistry of Plants—A Comprehensive Treatise", *The Biochemistry of Plants, vol. 15,* Marcus, A., (ed), Academic Press, Inc, San Diego, pp. 297–345 (1989).

R. Smith, et al., "Shoot apex explant from tranformation", *Plant Physiology (Suppl).* 86, 108, Abstract No. 646 (1988).

X. Soberon, et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", *Gene, 9,* 287–305 (1980).

Spencer, et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", *Theor. Appl. Genet., 79,* 625–631 (May, 1990).

T. M. Spencer, et al., "Fertile Transgenic Maize", Abstracts, *7th Annual Meeting, Mid Atlantic Plant Mol. Biol. Soc.,* p. 30 (1990).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 7

T. M. Spencer, et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos", Poster presentation, *FASEB Plant Gene Expression Conference,* Copper Mountain, Colorado (Aug. 8, 1989).

Sprague, et al., "Corn Breeding", In: *Corn and Corn Improvement,* Sprague, G. F. (ed.). American Society of Agronomy, Inc, Madison, WI, pp. 305, 320–323 (1977).

M. Sugiyama, et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for *Escherichia coli", Plasmid, 23,* 237–251 (1990).

C. Thompson, et al., "Characterization of the Herbicide–Resistance Gene bar from *Streptomyces hygroscopicus", EMBO J., 6,* 2519–2523 (1987).

D. T. Tomes, et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", *Plant Mol. Biol., 14,* 261–268 (Feb., 1990).

D. Twell, et al., "Transient Expression of chimeric genes delivered into Pollen by Microprojectile Bombardment", *Plant Physiol, 91,* 1271–1274 (1989).

E. Ulian, et al., "Transformation of Plants via the Shoot Apex", *In Vitro Cell Dev. Biol, 9,* 951–954 (1988).

S. Usami, et al., "Absence in Monocotyledonous Plants of the Diffusible Plant Factors including T–DNA Circularization and vir Gene Expression in Agrobacterium", *Mol. Gen. Genet, 209,* 221–226 (1987).

I. K. Vasil, et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", *IAPTC Abstracts,* 443, (1986).

I. K. Vasil, et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", *Cell Culture and Somatic Cell Genetics of Plants, vol. I,* Academic Press, pp. 152–158 (1984).

V. Vasil, et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of *Zea mays* L", *J. Plant Physiol, 124,* 399–408 (1986).

V. Walbot, et al., "Molecular genetics of corn", In: *Corn and Corn Improvement, 3rd edition,* Sprague, G.F., et al,(eds). American Soc. Agronomy, Madison, WI, pp. 389–430 (1988).

C. Waldron, et al., "Resistance to Hygromycin B", *Plant Mol. Biol., 5,* 103–108 (1985).

Y. Wang, et al., "Transient Expression of Foreign Genes in Rice, Wheat, and Soybean Cells following particle bombardment", *Plant Mol. Biol. 11,* 433–439 (1988).

K. Weising, et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applicatioins", *Ann. Rev. Genet.,* 22, 421–478 (1988).

J. White, et al., "A Cassette Containing the bar Gene of *Streptomyces hygroscopicus:* a Selectable Marker for Plant Transformation", *Nuc. Acid. Res., 18,* 1062 (1989).

H. Yang, et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", *Plant Cell Rep., 7,* 421 (1988).

C. Yanisch–perron, et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", *Gene, 33,* 103–119 (1985).

Y. Yugari, et al., "Coordinated End–Product Inhibition in Lysine Synthesis in *Escherichia coli.", Biochem. Biophys. Acta. 62,* 612–614 (1962).

Vasil, V., et al., "Regeneration of Plants from Embryogenic Suspension Culture Protoplasts of Wheat (*Triticum aestivum* L.)", *Bio/Technology, 8,* 429–434 (May 1990).

Datta, S.K., et al., "Genetically Engineered Fertile Indica–rice Recovered from Protoplasts", *Bio/Technology, 8,* 736–740 (Aug. 1990).

Abe, K., et al., "Molecular Cloning of a Cysteine Proteinase Inhibitor of Rice (Oryzacystatin)", *The Journal of Biological Chemistry, 262,* 16793–16797 (Dec. 15, 1987).

Anderson, J.M., et al., "The Encoded Primary Sequence of a Rice Seed ADP–glucose Pyrophosphorylase Subunit and Its Homology to the Bacterial Enzyme", *The Journal of Biological Chemistry, 264,* 12238–12242 (Jul. 25, 1989).

Bol, J.F., et al., "Plant Pathogenesis–Related Proteins Induced by Virus Infection", *Annu. Rev. Phytopathol., 28,* 113–138 (1990).

Depicker, A.G., et al., "A Negative Selection Scheme for Tobacco Protoplast–Derived Cells Expressing the T–DNA Gene 2", *Plant Cell Reports, 7,* 63–66 (1988).

Domoney, C., et al., "Cloning and Characterization of Complementary DNA for Convicilin, a Major Seed Storage Protein in *Pisum sativum* L.", *Planta, 159,* 446–453 (1983).

Dunn, G.M., et al., "Inheritance of Cyclic Hydroxamates in *Zea mays* L.", *Can. J. Plant Sci., 61,* 583–593 (Jul. 1981).

Gepts, P., et al., "Enhanced Available Methionine Concentration Associated with Higher Phaseolin Levels in Common Bean Seeds", *Theor. Appl. Genet., 69,* 47–53 (1984).

Guerrero, F.D., et al., "Turgor–Responsive Gene Transcription and RNA Levels Increase Rapidly When Pea Shoots are Wilted. Sequence and Expression of Three Inducible Genes", *Plant Mol. Biol., 15,* 11–26 (1990).

Hu, N.–T., et al., "Primary Structure of a Genomic Zein Sequence of Maize", *The EMBO Journal, 1,* 1337–1342 (1982).

Jaworski, J.G., et al., "A Cerulenin Insensitive Short Chain 3–Ketoacyl–Acyl Carrier Protein Synthase in *Spinacia oleracea* Leaves", *Plant Physiol., 90,* 41–44 (1989).

Josefsson, L.–G., et al., "Structure of a Gene Encoding the 1.7 S Storage Protein, Napin, from *Brassica napus*", *The Journal of Biological Chemistry, 262,* 12196–12201 (Sep. 5, 1987).

Kim, C.–S., et al., "Improvement of Nutritional Value and Functional Properties of Soybean Glycinin by Protein Engineering", *Protein Engineering, 3,* 725–731 (1990).

Malan, C., et al., "Correlation Between CuZn Superoxide Dismutase and Glutathione Reductase, and Environmental and Xenobiotic Stress Tolerance in Maize Inbreds", *Plant Science, 69,* 157–166 (1990).

Marks, M.D., et al., "Nucleotide Sequence Analysis of Zein mRNAs from Maize Endosperm", *The Journal of Biological Chemistry, 260,* 16451–16459 (Dec. 25, 1985).

Montoliu, L., et al., "A Tandem of α–Tubulin Genes Preferentially Expressed in Radicular Tissues from *Zea mays*", *Plant Molecular Biology, 14,* 1–15 (1989).

Mundy, J., et al., "Selective Expression of a Probable Amylase/Protease Inhibitor in Barley Aleurone Cells: Comparison to the Barley Amylase/Subtilisin Inhibitor", *Planta, 169,* 51–63 (1986).

O'Reilly, D.R., et al., "A Baculovirus Blocks Insect Molting by Producing Ecdysteroid UDP–Glycosyl Transferase", *Science, 245,* 1110–1112 (Sep. 8, 1989).

Smith, I.K., et al., "Properties and Functions of Glutathione Reductase in Plants", *Physiol. Plant., 77,* 449–456 (1989).

Viotti, A., et al., "Each Zein Gene Class Can Product Polypeptides of Different Sizes", *The EMBO Journal, 4,* 1103–1110 (1985).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 8

Werr, W., et al., "Structure of the Sucrose Synthase Gene on Chromosome 9 of *Zea mays* L.", *The EMBO Journal, 4,* 1373–1380 (1985).

Yenofsky, R.L., et al., "Isolation and Characterization of a Soybean (*Glycine max*) Lipoxygenase–3 Gene", *Mol. Gen. Genet., 211,* 215–222 (1988).

Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Culture in Maize", *Crop Science, 28,* 363–369 (1988).

Dure III, L., et al., "Common Amino Acid Sequence Domains Among the LEA Proteins of Higher Plants", *Plant Molecular Biology, 12,* 475–486 (1989).

Hong, B., et al., "Cloning and Characterization of cDNA Encoding a mRNA Rapidly–Induced by ABA in Barley Aleurone Layers", *Plant Molecular Biology, 11,* 495–506 (1988).

Mundy, J., et al., "Abscisic Acid and Water–Stress Induce the Expression of a Novel Rice Gene", *The EMBO Journal, 7,* 2279–2286 (1988).

Flavell, R., et al., "Prospects for Transforming Monocot Crop Plants", *Nature, 307,* 108–109 (Jan. 12, 1984).

Goodman, R.M. et al., "Gene Transfer in Crop Improvement", *Science, 236,* 48–54 (Apr. 3, 1987).

Paszkowski, J., et al., "Direct Gene Transfer to Plants", *The EMBO Journal, 3,* 2717–2722 (1984).

Potrykus, I., et al., "Direct Gene Transfer to Cells of a Graminaceous Monocot", *Mol. Gen. Genet., 199,* 183–188 (1985).

*In Vitro Cellular & Developmental Biology, 21,* Program Issue: Thirty–Sixth Annual Meeting of the Tissue Culture Association, New Orleans, LA, 88 p. (Mar. 1985).

*In Vitro Cellular & Developmental Biology, 23,* Program Issue: Thirty–Eighth Annual Meeting of the Tissue Culture Association, Washington, D.C., 93 p. (Mar. 1987).

*In Vitro Cellular & Developmental Biology, 24,* Program Issue: Thirty–Ninth Annual Meeting of the Tissue Culture Association, Las Vegas, NV, 92 p. (Mar. 1988).

*In Vitro Cellular & Developmental Biology, 25,* Program Issue: Fortieth Annual Meeting of the Tissue Culture Association, Orlando, Fl, 73 p. (Mar. 1989).

"European Firm Devises Insect–Resistant Plants", *Agricultural Biotechnology News, 1,* 6 (Mar.–Apr. 1986).

"Molecular Strategies for Crop Improvement", *Journal of Cellular Biochemistry,* Supplement 14e, List of Plenary and Poster Sessions, organized by Arntzen, C.J., et al., for The Keystone Conference on Molecular Strategies for Crop Plant Improvement, held at the 19th UCLA Symposia, 257 (1990).

Abbe, E.C., et al., "The Growth of the Shoot Apex in Maize: Embryogeny", *American Journal of Botany, 41,* 285–293 (Apr. 1954).

Adang, M.J., et al., "Expression of a *Bacillus thuringiensis* Insecticidal Crystal Protein Gene in Tobacco Plants", *Molecular Strategies for Crop Protection,* Arntzen, C.J., et al. (eds.), Alan R. Liss, Inc., New York, 345–353 (1987).

Anderson, P.C., et al., "Herbicide–Tolerant Mutants of Corn", *Genome, 31,* 994–999 (1989).

Angus, T.A., "Implications of Some Recent Studies of *Bacillus thuringiensis*—A Personal Purview", *Proceedings of the 4th International Colloquium on Insect Pathology,* College Park, MD, 183–189 (Aug. 25–28, 1970).

Armaleo, D., et al., "Biolistic Nuclear Tranformation of *Saccharomyces cerevisiae* and Other Fungi", *Curr. Genet., 17,* 97–103 (1990).

Aronson, A.I., et al., "*Bacillus thuringiensis* and Related Insect Pathogens", *Microbiological Reviews, 50,* 1–24 (Mar. 1986).

Aronson, J.N., et al., "Toxic Trypsin Digest Fragment from the *Bacillus thuringiensis* Parasporal Protein", *Applied and Environmental Microbiology, 53,* 416–421 (Feb. 1987).

Barton, K.A., et al., "*Bacillus thuringiensis* δ–Endotoxin Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects", *Plant Physiol., 85,* 1103–1109 (1987).

Birk, Y., et al., "Separation of a Tribolium–Protease Inhibitor from Soybeans on a Calcium Phosphate Column", *Biochem. Biophys. Acta, 67,* 326–328 (Feb. 12, 1963).

Bishop, D.H., et al., "Genetically Engineered Viral Insecticides—A Progress Report 1986–1989", *Pestic. Sci., 27,* 173–189 (1989).

Boynton, J.E., et al., "Chloroplast Transformation in Chlamydomonas with High Velocity Microprojectiles", *Science, 240,* 1534–1537 (Jun. 10, 1988).

Bryant, J.A., "At Last: Transgenic Cereal Plants from Genetically Engineered Protoplasts", *Trends in Biotechnology, 6,* 291–292 (Dec. 1988).

Burgerjon, A., et al., "Industrial and International Standardization of Microbial Pesticides—I. *Bacillus thuringiensis*", *Entomophaga, 22,* 121–129 (1977).

Busvine, J.R., *A Critical Review of the Techniques for Testing Insecticides,* Table of Contents, Commonwealth Agricultural Bureaux, Slough, England, iii–xi (1971).

Bytebier, B., et al., "T–DNA Organization in Tumor Cultures and Transgenic Plants of the Monocotyledon *Asparagus officinalis*", *Proc. Natl. Acad. Sci. USA, 84,* 5345–5349 (Aug. 1987).

Calabrese, D.M., et al., "A Comparison of Protein Crystal Subunit Sizes in *Bacillus thuringiensis*", *Canadian Journal of Microbiology, 26,* 1006–1010 (Aug. 1980).

Caplan, A., et al., "Introduction of Genetic Material into Plant Cells", *Science, 222,* 815–821 (Nov. 18, 1983).

Chaleff, R.S., "Induction, Maintenance, and Differentiation of Rice Callus Cultures on Ammonium as Sole Nitrogen Source", *Plant Cell Tissue Organ Culture, 2,* 29–37 (1983).

Christou, P., et al., "Inheritance and Expression of Foreign Genes in Transgenic Soybean Plants", *Proc. Natl. Acad. Sci. USA, 86,* 7500–7504 (Oct. 1989).

Cooksey, K.E., "Purification of a Protein from *Bacillus thuringiensis* Toxic to Larvae of Lepidoptera", *Biochem. J., 106,* 445–454 (1968).

De Block, M., et al., "Expression of Foreign Genes in Regenerated Plants and Their Progeny", *EMBO J., 3,* 1681–1689 (1984).

De Block, M., et al., "The Use of Phosphinotricin Resistance as a Selectable Marker in Tobacco Protoplast Transformation", In: *Progress in Plant Protoplast Research,* Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, 389–392 (Dec. 6–11, 1987).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 9

Denecke, J., et al., "Quantification of Transient Expression Levels of Genes Transferred to Plant Protoplasts by Electroporation", *Progress in Plant Protoplast Research*, Puite, K.J., et al., (eds.), Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, 337–338 (Dec. 6–11, 1987).

Duncan, D.R., et al., "The Production of Callus Capable of Plant Regeneration for Immature Embryos of Numerous *Zea mays* Genotypes", *Planta, 165*, 322–332 (1985).

Dunleavy, J.M., "*Curtobacterium plantarum* sp. nov. Is Ubiquitous in Plant Leaves and Is Seed Transmitted in Soybean and Corn", *International Journal of Systematic Bacteriology, 39*, 240–249 (Jul. 1989).

Dybvig, K., et al., "Transposition of Gram-Positive Transposon Tn916 in *Acholeplasma laidlawii* and *Mycoplasma pulmonis*", *Science, 235*, 1392–1394 (Mar. 13, 1987).

Edallo, S., et al., "Chromosomal Variation and Frequency of Spontaneous Mutation Associated with in vitro Culture and Plant Regeneration in Maize", *Maydica, 26*, 39–56 (1981).

Fast, P.G., et al., "*Bacillus thuringiensis* δ–Endotoxin: Evidence that Toxin Acts at the Surface of Susceptible Cells", *Experientia, 34*, 762–763 (1978).

Faust, R.M., et al., "Bacteria and Their Toxins as Insecticides", In: *Microbial and Viral Pesticides*, Kurstak, E., (ed.), Marcel Dekker, Inc., New York, 75–208 (1982).

Finkle, B.J., et al., "Growth and Regeneration of Alfalfa Callus Lines After Freezing in Liquid Nitrogen", *Plant Science, 42*, 133–140 (1985).

Finney, D.J., In: *Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve*, iii–ix (1952).

Fischoff, D.A., et al., "Insect Tolerant Transgenic Tomato Plants", *Bio/technology, 5*, 807–812 (1987).

Fukoto, T.R., "Physicochemical Aspects of Insecticidal Action", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 397–428 (1976).

Gallagher, S., "Progress and Promise of the Particle Gun", *Ag Biotechnology News, 6*, 12–13 (Mar.–Apr. 1989).

Gallie, D.R., et al., "The 5'–leader Sequence of Tobacco Mosaic Virus RNA Enhances the Expression of Foreign Gene Transcripts in Vitro and in Vivo", *Nucleic Acids Research, 15*, 3257–3273 (1987).

Gatehouse, A.M.R., et al., "Assessment of the Antimetabolic Effects of Trypsin Inhibitors from Cowpea (*Vigna unguiculata*) and Other Legumes on Development of the Bruchid Beetle *Callosobruchus maculatus*", *J. Sci. Food Agric., 34*, 345–350 (1983).

Genovesi, A.D., et al., "Embryogenesis in Callus Derived from Rice Microspores", *Plant Cell Reports, 1*, 257–260 (1982).

Georghiou, G.P., et al., "Factors Influencing the Evolution of Resistance", In: *Pesticide Resistance: Strategies and Tactics for Management*, Committee on Strategies for the Management of Pesticide Resistant Pest Populations, Board on Agriculture, National Research Council, National Academy Press, Washington, D.C., 157–169 (1986).

Gerlach, W.L., "Genetic Engineering: Its Place in Plant Breeding", In: *Plant Breeding and Genetic Engineering*, Zakri, A.H., (ed.), Society for the Advancement of Breeding Researches in Asia and Oceania, Bangi, Malaysia, 269–277 (1988).

Goldfarb, B., et al., "Transient Expression of Microprojectile–Introduced DNA in Douglas–Fir", *J. Cell. Biochem., 13D*, Abstract No. M121, p. 259 (1989).

Goldman, S.L., et al., "Transformation of *Zea mays* by *Agrobacterium tumefaciens*: Evidence for Stable Genetic Alterations", *Journal of Cellular Biochemistry, 11B*, Abstract No. F 202, p. 26 (1987).

Gordon, P.N., et al., "Plant Regeneration from Tissue Cultures of Maize", *Maize Genetics Cooperation Newsletter, 51*, 79–80 (Mar. 1, 1977).

Green, C.E., "New Developments in Plant Tissue Culture and Plant Regeneration", In: *Basic Biology of New Developments in Biotechnology*, Hollaender, A., et al., (eds.), Plenum Press, New York, 195–209 (1983).

Green, C.E., "Somatic Embryogenesis and Plant Regeneration from the Friable Callus of *Zea mays*", *Proceedings of the 5th International Congress on Plant Tissue & Cell Culture*, Tokyo, Japan, 107–108 (1982).

Haccius, B., "Question of Unicellular Origin of Non–Zygotic Embryos in Callus Cultures", *Phytomorphology, 28*, 74–81 (1978).

Harms, C.T., et al., "Regeneration of Plantlets from Callus Cultures of *Zea mays* L.", *Z. Pflanzenzuchtg, 77*, 347–351 (1976).

Hartree, E.F., "Determination of Protein: A Modification of the Lowry Method that Gives Linear Photometric Response", *Analytical Biochemistry, 48*, 422–427 (1972).

Harvey, W.R., et al., "Potassium Ion Transport ATPase in Insect Epithelia", *J. Exp. Biol., 106*, 91–117 (1983).

Heimpel, A.M., et al., "Recent Advances in the Knowledge of Some Bacterial Pathogens of Insects", *Proceedings of the Tenth International Congress of Entomology, vol. 4*, 711–722 (1959).

Heimpel, A.M., et al., "The Site of Action of Crystalliferous Bacteria in Lepidoptera Larvae", *Journal of Insect Pathology, 1*, 152–170 (1959).

Hernalsteens, J.–P., et al., "An Agrobacterium–Tranformed Cell Culture from the Monocot *Asparagus Officinalis*", *The EMBO Journal, 3*, 3039–3041 (Dec. 1984).

Hibberd, K.A., "Induction, Selection, and Characterization of Mutants in Maize Cell Cultures", In: *Cell Culture and Somatic Cell Genetics of Plants, vol. 1*, Vasil, I.K., (ed.), Academic Press, Inc., Orlando, FL, 571–576 (1984).

Hickle, L.A., et al., "Analytical Chemistry of *Bacillus thuringiensis*: An Overview", In: *Analytical Chemistry of Bacillus thuringiensis*, Hickle, L.A., et al., (eds.), Developed from a Symposium Sponsored by the Division of Agrochemicals at the 198th National Meeting of the American Chemical Society, Miami Beach, FL, vii–ix, 1–8 (Sep. 10–15, 1989).

Hilder, V.A., et al., "A Novel Mechanism of Insect Resistance Engineered into Tobacco", *Nature, 330*, 160–163 (Nov. 12, 1987).

Hodges, T.K., et al., "Genotype Specificity of Somatic Embryogenesis and Regeneration in Maize", *Bio/technology, 4*, 219–223 (Mar. 1986).

Hodges, T.K., et al., "Regeneration of Maize", In: *Biotechnology in Plant Science*, Zaitlin, M., et al., (ed.), Academic Press, Inc., Orlando, FL, 15–33 (1985).

Hoekema, A., et al., "Codon Replacement in the PGK1 Gene of *Saccharomyces cerevisiae*: Experimental Approach to Study the Role of Biased Codon Usage in Gene Expression", *Molecular and Cellular Biology, 7*, 2914–2924 (Aug. 1987).

Hofmann, C., et al., "Binding of the Delta Endotoxin from *Bacillus thuringiensis* to Brush–Border Membrane Vesicles of the Cabbage Butterfly (*Pieris Brassicae*)", *Eur. J. Biochem., 173*, 85–91 (1988).

REDACTED VERSION – PUBLICLY FILED

**US 6,946,587 B1**

Page 10

Hofmann, C., et al., "Specificity of *Bacillus thuringiensis* δ–Endotoxins is Correlated with the Presence of High–Affinity Binding Sites in the Brush Border Membrane of Target Insect Midguts", *Proc. Natl. Acad. Sci. USA*, 85, 7844–7848 (Nov. 1988).

Höfte, H., et al., "Monoclonal Antibody Analysis and Insecticidal Spectrum of Three Types of Lepidopteran–Specific Insecticidal Crystal Proteins of *Bacillus thuringiensis*", *Applied and Environmental Microbiology*, 54, 2010–2017 (Aug. 1988).

Höfte, H., et al., "Structural and Functional Analysis of a Cloned Delta Endotoxin of *Bacillus thuringiensis berliner* 1715", *Eur. J. Biochem.*, 161, 273–280 (1986).

Hollingworth, R.M., "The Biochemical and Physiological Basis of Selective Toxicity", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 431–506 (1976).

Horsch, R.B. et al., "A Simple and General Method for Transferring Genes into Plants", *Science*, 227, 1229–1231 (Mar. 8, 1985).

Huber, H.E., et al., "*Bacillus thuringiensis* δ–Endotoxin: Composition and Activation", In: *Pathogenesis of Invertebrate Microbial Diseases*, Davidson, E.W., (ed.), Allanheld, Osmun & Co. Publishers, Inc., Totowa, NJ, 209–234 (1981).

Huber–Lukac, M., et al., "Characterization of Monoclonal Antibodies to a Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki*", *Infection and Immunity*, 54, 228–232 (Oct. 1986).

Imbrie–Milligan, C.W., et al., "Microcallus Formation from Maize Protoplasts Prepared from Embryogenic Callus", *Planta*, 168, 395–401 (1986).

Jarrett, P., "Potency Factors in the delta–Endotoxin of *Bacillus thuringiensis* var. *aizawi* and the Significance of Plasmids in their Control", *Journal of Applied Bacteriology*, 58, 437–448 (1985).

Johnson, D.E., "Toxicity of *Bacillus thuringiensis* Entomocidal Protein Toward Cultured Insect Tissue", *Journal of Invertebrate Pathology*, 38, 94–101 (1981).

King, P., et al., "Maize", In: *Handbook of Plant Cell Culture, vol. 2*, Sharp, W.R., et al., (eds.), Macmillan Publishing Company, New York, 69–91 (1984).

Klein, T.M., et al., "Advances in Direct Gene Transfer into Cereals", In: *Genetic Engineering: Principles and Methods, vol. 11*, Setlow, J.K., (ed.), Plenum Publishing Corp., New York, 13–31 (1989).

Klein, T.M., et al., "Particle Gun Technology: A Novel Method for the Introduction of DNA into Living Cells", *Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"*, Poster, #28, Ithaca, NY, 25 (Jun. 23–27, 1985).

Klein, T.M., et al., "Stable Genetic Transformation of Intact Nicotiana Cells by the Particle Bombardment Process", *Proc. Natl. Acad. Sci. USA*, 95, 5502–5505 (Nov. 1988).

Knowles, B.H., et al., "Characterization and Partial Purification of a Plasma Membrane Receptor for *Bacillus thuringiensis* var. *kurstaki* Lepidopteran–Specific δ–Endotoxin", *J. Cell Sci.*, 83, 89–101 (1986).

Knowles, B.H., et al., "Lectin–Like Binding of *Bacillus thuringiensis* var. *kurstaki* Lepidopteran–Specific Toxin is an Initial Step in Insecticidal Action", *FEBS Letters*, 168, 197–202 (Mar. 1984).

Langridge, W.H., et al., "Electric Field Mediated DNA Transformation in Plant Protoplasts", *Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"*, Ithaca, NY, Poster #30, p. 25 (Jun. 23–27, 1985).

Leason, M., et al., "Inhibition of Pea Leaf Glutamine Synthetase by Methionine Sulphoximine, Phosphinothricin and Other Glutamate Analogues", *Biochemistry*, 21, 855–857 (1982).

Lee, B., "Cereal Transformation", *Planta Today*, 9–11 (Jan.–Feb. 1989).

Lörz, H., et al., "Gene Transfer to Cereal Cells Mediated by Protoplast Transformation", *Mol. Gen. Genet.*, 199, 178–182 (1985).

Lowe, K., et al., "Plant Regeneration via Organogenesis and Embryogenesis in the Maize Inbred Line B73", *Plant Science*, 41, 125–132 (1985).

Luckow, V.A., et al., "Trends in the Development of Baculovirus Expression Vectors", *Bio/Technology*, 6, 47–55 (Jan. 1988).

Lüthy, P., "Insecticidal Toxins of *Bacillus thuringiensis*", *FEMS Microbiology Letters*, 8, 1–7 (1980).

Mangano, M.L., et al., "Long–Term Cold Storage of Regenerable Maize Callus", *In Vitro Cellular and Developmental Biology*, 25, Abstract No. 224, p. 66A (Mar. 1989).

Merryweather, A.T., et al., "Construction of Genetically Engineered Baculovirus Insecticides Containing the *Bacillus thuringiensis* subsp. *kurstaki* HD–73 Delta Endotoxin", *Journal of General Virology*, 71, 1534–1544 (1990).

Molnar, S.J., et al., "Initiation of Totipotent Tissue Cultures from Undeveloped Axillary and Secondary Ears", *Maize Genetics Cooperation Newsletter*, 54, 52–53 (Mar. 31, 1980).

Murphy, D.W., et al., "*Bacillus thuringiensis* Enzyme–Digested Delta Endotoxin: Effect of Cultured Insect Cells", *Science*, 194, 954–956 (Nov. 26, 1976).

Nishiitsutsuji–Uwo, J., et al., "Mode of Action of *Bacillus thuringiensis* δ–Endotoxin: Effect on TN–368 Cells", *Journal of Invertebrate Pathology*, 34, 267–275 (1979).

Ochatt, S.J., et al., "Selection of Salt/Drought Tolerance using Isolated Protoplasts and Protoplast–Derived Calli of Colt Cherry (*Prunus avium x pseudocerasus*)", In: *Progress in Plant Protoplast Research*, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, The Netherlands, p. 391–392 (1988).

Oeda, K., et al., "Formation of Crystals of the Insecticidal Proteins of *Bacillus thuringiensis* subsp. *aizawai* IPL7 in *Escherichia coli*", *Journal of Bacteriology*, 171, 3568–3571 (Jun. 1989).

Park, W.D., et al., "High–Level, Sucrose–Inducible Expression of a Chimeric Patatin–GUS Gene In Leaf Explants of Transgenic Tobacco Plants", *Journal of Cellular Biochemistry*, 13D, Abstract No. M 343, p. 310 (Mar. 27–Apr. 7, 1989).

Perlak, F.J., et al., "Expression of *Bacillus thuringiensis* Proteins in Transgenic Plants", In: *Biotechnology, Biological Pesticides and Novel Plant–Pest Resistance for Insect Pest Management*, Roberts, D.W., et al., (eds.), Insect Pathology Resource Center, Boyce Thompson Institute for Plant Research, Cornel University, Ithaca, NY, 77–81 (1988).

Poehlman, J.M., et al., In: *Breeding Field Crops, 3rd Edition*, AVI Publishing Company, Inc., Westport, CT, 149–152 (1987).

US 6,946,587 B1

Page 11

Poethig, R.S., "Maize—The Plant and Its Parts", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Molecular Biology Association., Charlottesville, VA, 9–18 (1982).

Potrykus, I., et al., "Direct Gene Transfer: State of the Art and Future Potential", *Plant Molecular Biology Reporter, 3*, 117–128 (Summer 1985).

Randolph, L.F., et al., "Developmental Morphology of the Caryopsis in Maize", *Journal of Agricultural Research, 53*, 881–916 (Dec. 15, 1936).

Rhodes, C.A., et al., "Cytogenetic Stability of Aneuploid Maize Tissue Cultures", *Can. J. Genet. Cytol., 28*, 374–384 (1986).

Rhodes, C.A., et al., "Factors Affecting Tissue Culture Initiation from Maize Tassels", *Plant Science, 46*, 225–232 (1986).

Rice, T.B., "Tissue Culture Induced Genetic Variation in Regenerated Maize Inbreds", *Proceedings of the 37th Annual Corn & Sorghum Industry Research Conference*, 148–162 (1982).

Rosahl, S., et al., "Expression of a Tuber–Specific Storage Protein In Transgenic Tobacco Plants: Demonstration Of An Esterase Activity", *EMBO J., 6*, Press Limited, Oxford, England, 1155 (1987).

Roth, B.A., et al., "Genetic Regulation of Transient Expression of Maize Anthocyanin Pathway Genes Introduced into Intact Maize Tissues by Microprojectile Bombardment", *Journal of Cellular Biochemistry, 13D*, Abstract No. M 344, p. 310 (Mar. 27–Apr. 7, 1989).

Roush, R.T., et al., "Ecological Genetics of Insecticidal and Acaricide Resistance", *Ann. Rev. Entomol., 32*, 361–380 (1987).

Ryan, A.J., et al., "The Expression of the Napin Gene Under the Control of Its Own Promoter in Transgenic Tobacco Plants", *Journal of Cellular Biochemistry, 13D*, Abstract No. M 345, p. 310 (Mar. 27–Apr. 7, 1989).

Sanford, J.C., "The Biolistic Process", *Plant Physiology, 89*, Abstract No. 9, p. 2 (Apr. 1989).

Sanford, J.C., et al., "Delivery of DNA into Regenerable Tissues of Monocots, Using High–Velocity Microprojectiles", Grant Application No. .86–0183, United States Department of Agriculture, Science and Education, 57 p. (Feb. 27, 1986).

Sass, J.E., "Comparative Leaf Number in the Embryos of Some Types of Maize", *Iowa State Coll. J. Sci., 25*, 509–512 (1951).

Schafer, W., et al., "T–DNA Integration and Expression in a Monocot Crop Plant after Induction of Agrobacterium", *Nature, 327*, 529–532 (Jun. 11, 1987).

Schardl, C.L., et al., "Design and Construction of a Versatile System for the Expression of Foreign Genes in Plants", *Gene, 61*, 1–11 (1987).

Schnepf, H.E., et al., "Delineation of a Toxin–Encoding Segment of a *Bacillus thuringiensis* Crystal Protein Gene", *The Journal of Biological Chemistry, 260*, 6273–6280 (1985).

Shaner, D.L., et al., "Mechanism of Action of the Imidazolinones and Cell Culture Selection of Tolerant Maize", In: *Biotechnology in Plant Sciences*, Zaitlin, M., et al., (eds.), Academic Press, Orlando, FL, 287–299 (1985).

Sharman, B.C., "Developmental Anatomy of the Shoot of *Zea mays* L.", *Annals of Botany, VI*, 246–281 (Apr. 1942).

Shields, R., "Towards Insect–Resistant Plants", *Nature, 328*, 12–13 (Jul. 2, 1987).

Shivakumar, A.G., et al., "Vegetative Expression of the δ–Endotoxin Genes of *Bacillus thuringiensis* subsp. *kurstaki* in *Bacillus subtilis*", *Journal of Bacteriology, 166*, 194–204 (Apr. 1986).

Smith, G.E., et al., "Molecular Engineering of the *Autographa californica* Nuclear Polyhedrosis Virus Genome: Deletion Mutations Within the Polyhedrin Gene", *Journal of Virology, 46*, 584–593 (May 1983).

St. Julian, G., et al., "Bacteria, Spirochetes, and Rickettsia as Insecticides", *Annals of the New York Academy of Sciences, 217*, 65–75 (1973).

Stalker, D.M., et al., "Herbicide Resistance in Transgenic Plants Expressing a Bacterial Detoxification Gene", *Science, 242*, 419–422 (Oct. 21, 1988).

Stolle, C.A., et al., "Cellular Factor Affecting the Stability of β–globulin mRNA", *Gene, 62*, 65–74 (1988).

Strauch, E., et al., "Cloning of a Phosphinothricin N–Acetyltransferase Gene from *Streptomyces viridochromogenes* Tu494 and its Expression in *Streptomyces lividans* and *Escherichia coli*", *Gene, 63*, 65–74 (1988).

Stroo, H.F., et al., "Heterotrophic Nitrification in an Acid Forest Soil and by an Acid–Tolerant Fungus", *Applied and Environmental Microbiology, 52*, 1107–1111 (Nov. 1986).

Suprasanna, P., et al., "Plantlet Regeneration from Glume Calli of Maize (*Zea mays* L.)", *Theor. Appl. Genet., 72*, 120–122 (1986).

Thomas, W.E., et al., "Mechanisms of Action of *Bacillus thuringiensis* var *israelensis* Insecticidal δ–Endotoxin", *FEBS Letters, 154*, 362–368 (Apr. 1983).

Tojo, A., et al., "Dissolution and Degradation of *Bacillus thuringiensis* δ–Endotoxin by Gut Juice Protease of the Silkworm *Bombyx mori*", *Applied and Environmental Microbiology, 45*, 576–580 (Feb. 1983).

Tomes, D.T., "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets", In: *Cereal Tissue and Cell Culture*, Bright, S.W.J., et al., (eds.), Martinus Nijhoff/Dr. W. Junk, Amsterdam, The Netherlands, 175–203 (1985).

Tomes, D.T., "Initiation of Embryogenic Callus Cultures from Immature Embryos of Elite Corn (*Zea mays* L.) Germplasm", *In Vitro, 20*, Abstract No. 146, P. 276 (Mar. 1984).

Tomes, D.T., et al., "The Effect of Parental Genotype on Initiation of Embryogenic Callus from Elite Maize (*Zea mays* L.)) Germplasm", *Theor. Appl. Genet., 70*, 505–509 (1985).

Tomes, J.M., et al., "Regeneration of Plants from Mesocotyl Tissue Cultures of Immature Embryos of *Zea mays* L.", *Plant Science Letters, 17*, 339–344 (1980).

Vaeck, M., et al., "*Bacillus thuringiensis* Endotoxin Gene Expression and Insect Resistance in Higher Plants", *Pesticide Science, 20*, 319–320 (1987).

Vaeck, M., et al., "Engineering Improved Crops for Agriculture: Protection from Insects and Resistance to Herbicides", In: *Plant Gene Systems and Their Biology*, Key, J.L., et al., (eds.), Alan R. Liss, Inc., New York, 171–181 (1987).

Vaeck, M., et al., "Engineering of Insect Resistant Plants Using a *B. thuringiensis* Gene", *In: Molecular Strategies for Crop Protection*, New York, Alan R. Liss, Inc., 355–366 (1987).

Vaeck, M., et al., "Insect Resistance in Transgenic Plants Expressing *Bacillus thuringiensis* Toxin Gens", *An. Soc. Entomol. Brasil, 16*, 427–435, (1987).

US 6,946,587 B1

Page 12

Vaeck, M., et al., "Protein Engineering in Plants: Expression of *Bacillus thuringiensis* Insecticidal Protein Genes", *Cell Culture and Somatic Cell Genetics of Plants*, 6, 425–439, (1989).

Vaeck, M., et al., "Transgenic Plants Protected from Insect Attack", *Nature*, 328, 33–37, (Jul. 2, 1987).

van den Elzen, P.J., et al., "A Chimaeric Hygromycin Resistance Gene as a Selectable Marker in Plant Cells", *Plant Molecular Biology*, 5, 299–302, (1985).

van den Elzen, P.J., et al., "Simple Binary Vectors for DNA Transfer to Plant Cells", *Plant Molecular Biology*, 5, 149–154, (1985).

Van Lammeren, A.A., "Developmental Morphology and Cytology of the Young Maize Embryo (*Zea maysL*.)", *Acta Bot. Neerl.*, 35, 169–188 (Aug. 1986).

Vasil, I.K., "Isolation and Culture of Protoplasts of Grasses", *International Review of Cytology, Supplement 16*, Bourne, G.H., et al., (eds.), Academic Press, New York, 79–88 (1983).

Vasil, V., et al., "Histology of Somatic Embryogenesis in Cultured Immature Embryos of Maize (*Zea mays* L.)", *Protoplasma*, 127, 1–8 (1985).

Watson, S.A., "Corn Marketing, Processing and Utilization", *In: Corn and Corn Improvement, 3rd Edition*, Sprague, G.F., et al., (eds.), American Society of Agronomy, Inc., et al., Madison, WI, 881–939 (1988).

Weigel, Jr., R.D., et al., "Somatic Embryogenesis in Barley", *In Vitro*, 20, Abstract No. 147, p. 277 (Mar. 1984).

Weissinger, A., et al., "Maize Transformation via Microprojectile Bombardment", *In: Genetic Improvements of Agriculturally Important Crops*, Fraley, R.T., et al., (eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 21–25 (1988).

Weissinger, A., et al., "Microprojectile Bombardment for Maize Transformation", *In Vitro Cellular and Developmental Biology*, 23, Program Issue, 38th Annual Meeting of the Tissue Culture Association, Washington, D.C., Abstract No. 254 (Mar. 1987).

Wernicke, W., et al., "Adventitious Embryoid and Root Formation from Rice Leaves", *Z. Pflanzenphysiol. Bd.*, 103, 361–365 (1981).

Withers, L., et al., "Proline: A Novel Cryoprotectant for the Freeze Preservation of Cultured Cells of *Zea mays* L.", *Plant Physiology*, 64, 675–678 (1979).

Witt, D.P., et al., "Cytotoxicity of *Bacillus thuringiensis* δ–Endotoxins to Cultured Cf–1 Cells Does Not Correlate with In Vivo Activity Toward Spruce Budworm Larvae", *In: Fundamental and Applied Aspects of Invertebrate Pathology*, Samson, R.A., et al., (eds.), Fourth International Colloquium of Invertebrate Pathology, Wangingen, The Netherlands, 3–6 (Aug. 18–22, 1986).

Wohlleben, W., et al., "Nucleotide Sequence of the Phosphinothricin N–Acetyltransferase Gene from *Streptomyces viridochromogenes* Tü494 and Its Expression in *Nicotania tabacum*", *Gene*, 70, 25–37 (1988).

Wood, M., "Blast Those Genes!", *Agricultural Research*, 2 p. (Jun. 1989).

"Bullets Transform Plant Cells", *Agricell Report*, 9, 5, (Jul. 1987).

"Shotgunning DNA into Cells", *Genetic Engineering News*, (Jul./Aug. 1987).

H. Ahokas, "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", *Theor. Appl. Genet.*, 77, 469–472(1989).

H. Ahokes, "Electrophorectic transfection of cereal grain with exogenous nucleic acid", *Soc., biochem Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days)*, Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).

S. B. Altenbach, et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", *Plant Mol. Biol.*, 8, 239–250 (1987).

C. Ampe, et al., "The Amino–Acid Sequence of the 2S Sulphur–Rich from Seed of Brazil Nut (*Bertholletia excelsa* H.B.K.)", *Eur. J. Biochem.*, 159, 597–604 (1986).

C. Armstrong, et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable Embryogenic Tissue Culture in Maize", *Biol. Abstracts*, 85, Abstract No. 117662 (1988).

Barker, R. F., et al., "Nucleotide Sequence of the T–DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," *Plant Mol. Biol.*, 2, 335–350 (1983).

M. S. Benner, et al., "Genetic Analysis of Methionine–Rich Storage Protein Accumulation in Maize", *Theor. Appl. Genet.*, 78, 761–767 (1989).

M. Bevan, et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", *Nature*, 304, 184–187 (1983).

M. Bevan, et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA", *Nuc. Acids Res.*, 11, 369–385 (1983).

G. Booy, et al., "Attempted Pollen–Mediated Transformation of Maize", *J. Plant Physiol.*, 135, 319–324 (1989).

J. S. Boyer, et al., "Water Deficits and Photosynthesis," In: *Water Deficits and Plant Growth, vol. IV*, T. T. Kozlowski, (ed.), Academic Press, New York, pp. 153–190 (1976).

Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," *Genes and Development*, 1, 1183–1200 (1987).

J. Cao, et al., "Transformation of Rice and Maize Using the Biolistic Process", In: *Plant Gene Transfer*, Alan R. Liss, Inc., pp. 21–23 (1990).

V. Chandler, et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences", *The Plant Cell*, 1, 1175–1183 (1989).

P. Christou, et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", *Theor. Appl. Genet.*, 79, 337–341 (1990).

P. Christou, et al., "Stable Transformation of Soybean Callus DNA–Coated Gold Particles", *Plant Physiol.*, 87, 671–674 (1988).

Cocking, F., et al., "Gene Transfer in Cereals", *Science*, 236, 1259–1262 (1987).

G. Creissen, et al., "Agrobacterium—and microprojectile—Mediated Viral DNA Delivery into Barley Microspore–Derived Cutures", *Plant Cell Reports*, 8, 680–863 (Apr., 1990).

A. Crossway, et al., "Integrated of foreign DNA following microinjection of tobacco mesophyll protoplasts", *Mol. Gen. Genet.*, 202, 179–185 (1986).

M. De Block et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme", *EMBO J.*, 6, 2513–2518 (1987).

W. De Greef et al., "Evaluation of herbicide resistance in transgenic crops under field conditions", *Bio/Technol.*, 7, 61–64 (1989).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 13

R. Dekeyser, et al., "Evaluation of Selectable Markers for Rice Transformation", *Plant Physiol.,* 90, 217–223 (1989).

DeWald, et al., "Plant regeneration from inbred maize suspensions", *VIIth International Congress on Plant Tissue and Cell Culture,* Abstract No. A1–36, p. 12 (Jun. 24–29, 1990).

DeWet, J. R. et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli,*" *Proc. Nat. Acad. Sci. USA,* 82, 7870–7873 (1985).

D. A. Evans, et al., "Somaclonal Variation–Genetic Basis and Breeding Applications", *Trends Genet.,* 5, 46–50 (1989).

P. Fransz, et al., "Cytodifferentiation during callus initiation and somatic embryogenesis in *Zea mays* L", Ph. D. thesis, U of Wageningen Press, the Netherlands (1988).

J. C. Freeling, et al., "Development Potentials of Maize Tissue Cultures", *Maydica, XXL,* 97–112 (Jul 1977).

Fromm, M. E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," *Nature,* 319, 791–793 (1986).

M. E. Fromm, et al., "Expression of Gene Transfected into Monocot and Dicot Plant Cells by Electroporation", *Pro. Nat. Acad. Sci. USA,* 82, 5824–5828 (1985).

W. J. Gordon–kamm, et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment", *J. Cellular Biochem.,* 13D, Abstract No M122, p. 259 (1989).

J. Gould, et al., "Shoot Tip Culture as a Potential Transformation System", *Abstracts, Beltwide Cotton production research conferences,* New Orleans, LA, p. 91 (1988).

Graves, A., et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefacians,*" *Plant Mol. Biol.,* 7, 43–50 (1986).

Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," *Crop. Sci.,* 15, 417–421 (1975).

Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: *Maize for Biological Research,* Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367–372 (1982).

C. Green, et al., "Somatic Cell Genetic System in Corn", In: *Advances in Gene Technology: Molecular Genetics of Plant and Animals,* Academic Press, Inc., pp. 147–157 (1983).

N. Grimsley, et al., "DNA Transfer from Agrobacterium to *Zea mays* or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", *Mol. Gen. Genet.,* 217, 309–316 (1989).

Gritz, L., et al., "Plasmid–Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae,*" *Gene,* 25, 179–188 (1983).

Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," *Cell,* 30, 763–773 (Oct. 1982).

R. M. Hauptman, et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants on the Gramineae", *Plant Physiol.,* 86, 602–606 (1988).

L. M. Hoffman, et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", *Plant. Mol. Biol.,* 11, 717–729 (1988).

L. M. Hoffman, et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", *EMBO J.,* 6, 3213–3221 (1987).

P. J. J. Hooykaas, "Transformation of plant cell via Agrobacterium", *Plant Mol. Biol.,* 13, 327–336 (1989).

Horn, M., et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts," *Chem. Abstracts,* 110, p. 208, Abstract No. 89869a (1989).

R. Jefferson, "Assaying chimeric genes in plants: the GUS gene fusion system", *Plant Mol. Biol. Rep.,* 5, 387–405(1987).

R. Jefferson, et al., "B–Glucuronidase from *Escherichia coli* as a Gene–Fusion Marker", *Proc. Natl. Acad. Sci. USA,* 83, 8447–8451 (1986).

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," *Plant Mol. Biol. Rep.,* 5, 387–405 (1987).

K. Kamo, et al., "Establishment and Characterization of Long–Term Embryonic Maize Callus and Cell Suspension Cultures", *Plant Sci.,* 45, 111–117 (1986).

K. Kamo, et al., "Regeneration of *Zea mays* L. from Embryogenic Callus", *Bot. Gaz.,* 146, 327–334 (1985).

K. Kartha, et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", *Plant. Cell. Rep.,* 8, 429–432 (1989).

J. Kirhara, et al., "Differential Expression of a Gene for a Methionine–Rich Storage Protein in Maize", *Mol. Gen. Genet.,* 211, 477–484 (1988).

J. Kirihara, et al., "Isolation and Sequence of a Gene Encoding a Methionine–rich 10–kD Zein Protein from Maize", *Gene,* 71, 359–370 (1988).

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High–Velocity Microprojectiles", *Proc. Nat. Acad. Sci. USA,* 85, 4305–4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into *Zea mays* Cells by High Velocity Microprojectiles," *Biol Technol.,* 6, 559–563 (1988).

Klein, T., et al., "Genetic transformation of Maize Cells by Particle Bombardment," *Plant Physiol.,* 91, 440–444 (1989).

T. M. Klein, et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Mehtylation on Foreign Gene Expression", In: *Gene Manipulation in Plant Improvement II,* Gustafson, J.P., (ed), Plenum Press, NY, pp. 265–266 (1990).

T. M. Klein, et al., "High–Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", *Nature,* 327, 70–73 (1987).

T. Klein, et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", *Pro. Nat. Acad. Sci., USA,* 86, 6682–6685 (1989).

M. Kozak, "Point Mutations Define a Sequence Flanking the AUG Inhibitor Codon that Modulates Translation by Eukaryotic Ribosomes", *Cell,* 44, 283–292 (1986).

P. Lazzeri, et al., "In Vitro Genetic Manipulation of Cereals and Grasses", *Ad. Cell Culture,* 6, 291–293 (1988).

K. Lindsey, et al., "Electroporation of Cells", *Physiologia Plantarum,* 79, 168–172 (1990).

H. Lorz, et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", *Plant Breeding,* 100, 1–25 (1988).

C. Lu, et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(*Zea mays* L._", *Theor. Appl. Genet.,* 66, 285–289 (1983).

S. Ludwig, et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", *Science,* 257, 449–450 (1990).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 14

S. Ludwig et al., "High Frequency Callus Formation from Maize Protoplasts", *Theor. Appl. Genet.*, 71, 344–350 (1985).

S. Ludwig, et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc–Homology Region", *Proc., Nat. Acad. Sci. USA, 86*, 7092–7096 (1989).

S. Ludwig, et al., "Maize R Gene Family: Tissue Specific Helix Loop Proteins", *Cell, 62*, 849–851 (1990).

H. Lutcke, et al., "Selection of AUG Initiation Codons Differs in Plants and Animals", *EMBO J., 6*, 43–48 (1987).

T. Masamura, et al., "cDNA Cloning of an mRNA Encoding a Sulfur–Rich 10 kDa Prolamin Polypeptide in Rice Seeds", *Plant Mol., 12*, 123–130 (1989).

C. McDaniel, et al., "Cell–Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", *Planta, 175*, 13–22 (1988).

M. Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", *Plant Sci. Lett., 28*, 337–348 (1982/83).

R. Mendel, et al., "Delivery of Foreign Genes to Intact Barley Cell by High–Velocity Microprojectiles", *Theor. Appl. Genet., 78*, 31–34 (1989).

B. V. Milborrow, "Abscisic Acid and Other Hormones," In: *The Physiology and Biochemistry of Drought Resistance in Plants*, Paleg, L. G., et al., (eds.), Academic Press, New York, pp 347–388 (1981).

T. Murakami, et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster", *Mol. Gen. Genet., 205*, 42–50 (1986).

T. Nelson, "New Horses for Monocot Gene Jockeys", *The Plant Cell, 2*, 589 (1990).

M. Neuffer, et al., "Maize for Biological Research", *Plant Molec. Biol. Assoc.*, 19–30 (1988).

J. Odell, et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", *Nature, 313*, 810–811 (1985).

Y. Ohta, et al., "High–Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", *Pro. Nat. Acad. Sci. USA, 83*, 715–719 (1986).

Y. Okta, et al., "Gene Manfestation of Exogenous DNA Applied to Self–Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self–Pollination Applying Exogenous DNA", *Jap. J. Breed., 30*, 184–185 (1980).

P. Ozias–akins, et al., "In vitro regeneration and genetic manipulation of grasses", *Physiol. Plant., 73*, 565–569 (1988).

P. Ozias–akins, et al., "Progress and Limitations in the Culture of Cereal Protoplasts", *Trends in Biotechnol., 2*, 119–123 (1984).

K. Pederson, et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High Sulfure Zein Protein of M1 15,000", *J. Biol. Chem., 261*, 6279–6284 (1986).

R. L. Phillips, et al., "Cell/Tissue Culture and In Vitro Manipulation", In: *Corn and Corn Improvement*, 3rd edition, Sprague, G.F., et al, (eds.), Agronomy Soc. Amer., pp. 345–387 (1988).

R. L. Phillips, et al., "Elevated Protein–Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", *Cereal Chem, 62*, 213–218 (1985).

J. Poehlman, "Breeding Corn (Maize)", In: *Breeding Field Crops*, 3rd edition, AVI Publishing Co., Westport, CN, pp. 469–471, 477–481 (1986).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," *Bio/Technol., 8*, 535–542 (Jun. 1990).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," *Trends Biotechnol., 7*, 269–273 (Oct. 1989).

I. Potrykus, et al., "Callus formation from stem protoplasts of corn (*Zea mays* L.)", *Mol. Gen. Genet., 156*, 347–350 (1977).

L. M. Prioli, et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays* L)", *Bio/Technol., 7*, 589–594 (Jun. 1989).

Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts", *Science, 240*, 204–207 (Apr. 8, 1988).

Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," *Bio/ Technol., 6*, 56–60 (Jan. 1988).

C. A. Rhodes, "Corn: From Protoplasts to Fertile Plants", *Bio/Technol., 7*, 548 (Jun. 1989).

C. A. Rhodes, et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", *Biol Technol., 6*, 56–60 (Jan. 1988).

F. Richard, et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *Biol. Abstracts, 82*, p. AB–391, Abstract No. 3396 (1986).

F. Richard, et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *J. Bacteriol., 166*, 297–300 (1986).

M. C. Ross, et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", *J. Cell. Biochem., 13D*, Abstract No. M149, p. 268 (1989).

Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process", *Particulate Sci. Technol., 5*, 27–37 (1987).

J. C. Sanford, et al., "Attempted Pollen–Mediated Plant Transformation Employing Genomic Donor DNA", *Theor. Appl. Genet., 69*, 571–574 (1985).

J. C. Sanford, "Biolistic Plant Transformation", *Physiol. Plant., 79*, 206–209 (1990).

J.C. Sanford, "The Biolistic Process", *Trends Biotechnol., 6*, 299–302 (1988).

Sanford, J. C., et al., "Attempted Pollen–Mediated Plant Transformation Employing Genomic Donor DNA", *Theor. Appl. Genet., 69*, 571–574 (1985).

A. Schmidt, et al., "Media and environmental effects of phenolics production from tobacco cell cultures", *Chem. Abstracts., 110*, Abstract No. 230156z, p. 514 (1989).

R. D. Schillito, et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize", *Bio/Technol., 7*, 581–587 (Jun. 1989).

K. Shimamoto, et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", *Nature, 338*, 274–278 (1989).

R. Smith, et al., "Shoot apex explant for transformation", *Plant Physiology (Suppl.) 86*, Abstract No. 646, p. 108 (1988).

Spencer, et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", *Theor. Appl. Genet., 79*, 625–631 (May 1990).

REDACTED VERSION – PUBLICLY FILED

US 6,946,587 B1

Page 15

T. M. Spencer, et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos", Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (Aug. 8, 1989).

Sprague, et al., "Corn Breeding", In: *Corn and Corn Improvement*, Sprague, G. F. (ed.), American Society of Agronomy, Inc, Madison, WI, pp. 305, 320–323 (1977).

C. Thompson, et al., "Characterization of the Herbicide-Resistance Gene bar from *Streptomyces hygroscopicus*", *EMBO J.*, 6, 2519–2523 (1987).

D. T. Thomes, et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", *Plant Mol. Biol.*, 14, 261–268 (Feb. 1990).

D. Twell, et al., "Transient Expression of chimeric genes delivered into Pollen by Microprojectile Bombardment", *Plant Physiol.*, 91, 1271–1274 (1989).

E. Ulian, et al., "Transformation of Plants via the Shoot Apex", *In Vitro Cell Dev. Biol.*, 9, 951–954 (1988).

V. Vasil, et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of *Zea mays* L", *J. Plant Physiol.*, 124, 399–408 (1986).

V. Walbot, et al., "Molecular genetics of corn", In: *Corn and Corn Improvement*, 3rd edition, Sprague, G.F. et al,(eds), American Soc. Agronomy, Madison, WI, pp. 389–430 (1988).

C. Waldron, et al., "Resistance to Hygromycin B", *Plant Mol. Biol.*, 5, 103–108 (1985).

Y. Wang, et al., "Transient Expression of Foreign Genes in Rice, Wheat, and Soybean Cells following particle bombardment", *Plant Mol. Biol.*, 11, 433–439 (1988).

Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," *Ann. Rev. Genet.*, 22, 421–478 (1988).

J. White, et al., "A Cassette Containing the bar Gene of *Streptomyces hygroscopicus*: a Selectable Marker for Plant Transformation", *Nuc. Acid. Res.*, 18, 1062 (1989).

Botterman, J., et al., "Engineering Herbicide Resistance in Plants", *Trends in Genet.*, 4, 221–222 (Aug. 1988).

Datta, S.K., et al., "Isolated Microspore–Derived Plant Formation via Embryogenesis in *Triticum aestivum* L.", *Plant Sci.*, 48, 49–54 (1987).

Hooykaas–Van Slogteren, G.M.S., et al., "Expression of Ti Plasmid Genes in Monocotyledonous Plants Infected with *Agrobacterium tumefaciens*", *Nature*, 311, 763–764 (Oct. 25, 1984).

Ranch, J.P., et al., "Expression of 5–Methyltryptophan Resistance in Plants Regenerated from Resistant Cell Lines of *Datura innoxia*", *Plant Physiol.*, 71, 136–140 (1983).

Whiteley, H.R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in *Bacillus thuringiensis*," *Ann. Rev. Microbiol.*, 40, 549–576 (1986).

* cited by examiner

REDACTED VERSION – PUBLICLY FILED



FIG. 1A

FIG. 1B

REDACTED VERSION – PUBLICLY FILED

U.S. Patent        Sep. 20, 2005        Sheet 2 of 10        US 6,946,587 B1



FIG. 2A

FIG. 2B

REDACTED VERSION – PUBLICLY FILED

**U.S. Patent**      Sep. 20, 2005      Sheet 3 of 10      US 6,946,587 B1



FIG. 3A

REDACTED VERSION – PUBLICLY FILED

**U.S. Patent**     Sep. 20, 2005     Sheet 4 of 10     US 6,946,587 B1

FIG. 3B