REDACTED VERSION – PUBLICLY FILED

38

REDACTED VERSION – PUBLICLY FILED

Kenneth Keegstra

March 25, 2003

Chicago, IL

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF MISSOURI

3         EASTERN DIVISION

4       C.A. No. 4:01CV01825CDP

5    MONSANTO COMPANY and MONSANTO        )

6    TECHNOLOGY, LLC,                     )

7                    Plaintiffs,  )

8         vs.                            )

9    BAYER CROPSCIENCE, LP,              )

10                   Defendant.   )

11

12         The deposition of KENNETH KEEGSTRA,

13   Ph.D., called by the Defendant for examination,

14   taken pursuant to the Federal Rules of Civil

15   Procedure of the United States District Courts

16   pursuant to the taking of depositions, taken

17   before Linda D. Hansen, CSR, RDR, CRR, a Notary

18   Public within and for the County of DeKalb, State

19   of Illinois, at Suite 3500, 321 North Clark

20   Street, Chicago, Illinois, on Tuesday, March 25,

21   2003, commencing at 9:25 o'clock a.m.

22

23

24

25

RESTRICTED CONFIDENTIAL

MGA0059420

REDACTED VERSION – PUBLICLY FILED

# Exhibit 38
# REDACTED

REDACTED VERSION – PUBLICLY FILED

39

REDACTED VERSION – PUBLICLY FILED

763482

CASE NO. C-07-21-(256)A

NEW APPLICATION

AUG 7 1985

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of:

INVENTOR(S): DILIP M. SHAH, STEPHEN G. ROGERS, ROBERT B. HORSCH and ROBERT T. FRALEY

TITLE: GLYPHOSATE-RESISTANT PLANT CELLS

Enclosed are:

[X] Abstract, Specification, Claim(s), and attached Declaration.

[X] An Assignment of the invention to Monsanto Company, 800 North Lindbergh Boulevard, St. Louis, Missouri 63167 for recordation.

Also enclosed are:

[X] 3 sheet(s) of formal/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | | $300.00 |
|---|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | | |
| Claims | No. Filed | | No. Extra | Rate | |
| Independent | 5 - 3 = | | 2 | X $30.00 = | 60.00 |
| TOTAL | 25. - 20 = | | 5 | X $10.00 = | 50.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | | $ 20.00 |
| | | | | TOTAL FEE → | $430.00 |

[X] A triplicate copy of this transmittal paper is enclosed.

[X] Please charge the above calculated total fee to my Deposit Account No. 13-4125 . Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in addition to the above as well as all future fees set forth in 37 CFR 1.16 and 1.17 which may be required during the entire pendency of this Application, and credit any overcharges to Deposit Account No. 13-4125 [37 CFR 1.25(b)].

NOTE: THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE: August 7, 1985

Attorney of Record James W. Williams, Jr.

Registration No. 21,161

Telephone: (314) 694-5402

P02/L27/P83

0005002

REDACTED VERSION – PUBLICLY FILED



-1-          07-21(256)A

## GLYPHOSATE-RESISTANT PLANT CELLS

### BACKGROUND OF THE INVENTION

This invention is in the fields of genetic engineering, biochemistry, and plant biology.

5    N-phosphonomethylglycine has the following structure:

$$HO - \overset{O}{\underset{\parallel}{C}} - CH_2 - \overset{H}{\underset{\mid}{N}} - CH_2 - \overset{O}{\underset{\parallel}{P}} \overset{OH}{\diagdown} OH$$

10   This molecule is an acid, which can dissociate in aqueous solution to form phytotoxicant anions. Several anionic forms are known. As used herein, the name "glyphosate" refers to the acid and its anions. A mixture containing glyphosate as the active ingred-

15   ient, formulated as its isopropylamine salt, is sold as a herbicide by Monsanto Company under the trademark ROUNDUP®. Numerous other salts also have herbicidal properties, as exemplified by U.S. Patent No. 3,799,758 (Franz 1974) and various other patents.

20   Compositions comprising n-phosphonomethylglycine and salt-forming cations which increase the solubility of the n-phosphonomethylglycine in water are preferred.

     Glyphosate reportedly inhibits an enzyme called enolpyruvyl-shikimate-3-phosphate synthase

25   (EPSPS); see, e.g., Amrhein 1980, Steinrücken 1980, Mousdale 1984, and Rubin 1982 (note: a complete list of references is contained below, after the Examples). The EPSPS enzyme reportedly catalyzes the conversion of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-

30   3-phosphate, an intermediate in the biochemical pathway for creating three essential aromatic amino acids (tyrosine, phenylalanine, and tryptophan); see, e.g., Mousdale 1984. Rogers 1983 reports that overproduction of EPSPS in E. coli contributes to

35   glyphosate resistance in those cells.

S1365 08/09/85 763482        13-4125 1 101      300.00CH
S1366 08/09/85 763482        13-4125 1 102       60.00CH
S1367 08/09/85 763482        13-4125 1 103       50.00CH

REDACTED VERSION – PUBLICLY FILED

-2-            07-21(256)A

In plant cells, the EPSPS enzyme reportedly
functions in chloroplasts; see Mousdale 1985. In
general, chloroplasts are organelles that are dis-
persed throughout the cytoplasm of a plant cell.
5    Chloroplasts contain DNA which is believed to be
expressed into polypeptides inside the chloroplast.
However, the EPSPS polypeptide is encoded by chromo-
somal DNA rather than chloroplast DNA. The EPSPS gene
is transcribed into mRNA in the nucleus. The mRNA
10   leaves the nucleus, and is translated into a poly-
peptide in the cytoplasm. The polypeptide (or a
portion thereof) is transported into the chloroplast.

       At least one researcher has attempted to
create glyphosate-resistant cells by manipulating a
15   bacterial gene which encodes an EPSPS enzyme. As
described in EPO 115,673 (Comai; assigned to Calgene,
Inc.; priority date January 5, 1983) and in Comai
1983, a culture of Salmonella bacteria was contacted
with a mutagen (ethyl methanesulfonate). The bacteria
20   were screened for glyphosate resistance, and a rela-
tively resistant culture was selected. This culture
was analyzed, and determined to have a mutant form of
EPSPS with a substituted amino acid, as reported
in Stalker 1985. EPO 115,673 suggested that the
25   mutant EPSPS gene could be inserted into plant cells
to create glyphosate-resistant (Gly$^R$) plant cells.

       After the priority date of EPO 115,673,
methods and vectors were described which could be used
to insert foreign genes into plant cells (see, e.g.,
30   Fraley 1984, Herrera-Estrella 1984, Bevan 1984, and
PCT applications WO 84/02919 and 02920). In PCT
application WO 84/02913, methods were also described
for creating chimeric genes having bacterial EPSPS
coding sequences controlled by regulatory sequences
35   derived from genes which are active in plant cells.
Using these vectors and methodology, bacterial genes
such as the mutant Salmonella EPSPS gene mentioned

REDACTED VERSION – PUBLICLY FILED

-3-          07-21(256)A

above can be manipulated and expressed in plant cells.
However, despite the availability of vectors and
methods to insert the _Salmonella_ EPSPS gene into plant
cells, there have been no published reports that
5  mutant bacterial EPSPS genes as described in EPO
115,673 have been used effectively to create $Gly^R$
plant cells or plants.

      The object of this invention is to provide
a method of genetically transforming plant cells
10  which causes the cells to become resistant to
glyphosate and the herbicidal salts thereof.

## SUMMARY OF THE INVENTION

      This invention involves a cloning or
expression vector comprising a gene which encodes an
15  enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:

      (a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
20  cytoplasm of the plant cell into a chloroplast in the
plant cell, and

      (b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
25  which naturally occurs in plant cells.

      The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation

vectors, and subsequently into plant cells.  Plant
cells transformed by such genes have been shown to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

5    BRIEF DESCRIPTION OF THE DRAWINGS
        FIGURE 1 depicts the major steps used in
one preferred embodiment of this invention.
        FIGURE 2 depicts the creation of plasmid
pMON546, a plant transformation vector which contains
10   a chimeric CaMV/EPSPS gene.  It also depicts the
structure of pGV3111SE, a disarmed Ti plasmid with
vir genes which help insert the CaMV/EPSPS gene from
pMON546 into plant chromosomes.
        FIGURE 3 indicates the DNA sequence and the
15   amino acid sequence of the chloroplast transit peptide
from the petunia EPSPS gene and enzyme.

DETAILED DESCRIPTION OF THE INVENTION
        This invention involves a cloning or expre-
ssion vector which contains a gene which encodes
20   a form of EPSPS which can effectively confer glypho-
sate resistance ($Gly^R$) on plant cells.  The EPSPS gene
encodes a polypeptide which contains a chloroplast
transit peptide (CTP), which enables the EPSPS poly-
peptide (or an active portion thereof) to be trans-
25   ported into a chloroplast inside the plant cell.
        In one preferred embodiment, a gene which
encodes an EPSPS polypeptide containing a CTP was
obtained from petunia cells, using the steps indicated
in Figure 1.  Petunia cells were used because (1) they
30   grow quickly in relatively inexpensive media; (2) most
petunia cell lines can be easily regenerated into
differentiated plants; and (3) extensive genetic
mapping of petunia has already been done, which will

REDACTED VERSION – PUBLICLY FILED

-5-          07-21(256)A

facilitate genetic analysis of petunias transformed by
this method.  However, this invention is not limited
to petunia cells; any type of plant cell which can be
cultivated in tissue culture can be treated as
5    described below to amplify and isolate its EPSPS
enzyme and gene, using nutrient media and glyphosate
concentrations selected for that particular type of
plant cell.

          As described in Example 1.A, petunia cells
10   in a suspension culture were transferred into culture
medium containing 0.5 mM glyphosate. The large majo-
rity (estimated greater than 99%) of the cells were
killed, and the surviving cells were reproduced until
they formed a saturated suspension culture of cells.

15          Because plants vary in their sensitivity to
glyphosate, the concentrations of glyphosate used to
create a resistant cell line from a different type of
plant may vary. Suitable concentrations for use with
any particular cell type may be determined by routine
20   experimentation.

          The concentration of glyphosate was in-
creased 5 more times over a four month period, until
cells were obtained which could survive and reproduce
in 10 mM glyphosate.  The surviving cells were desig-
25   nated as the MP4-G cell line. These cells contained
about 15-20 copies of the EPSPS gene.

          As described in Example 1.B, the EPSPS
polypeptide was obtained and purified from the MP4-G
cell line; and its amino acid sequence was determined.
30   A portion of that sequence was selected because it had
a low degree of degeneracy, i.e., only a relatively
small number of codons could encode it.  The selected
partial amino acid sequence is shown in Table 1.
The possible DNA and mRNA codons which could encode

those amino acids were determined, as shown in Table
1.  Based upon the partial EPSPS amino acid sequence,
a degenerate mixture of radioactive probes was
constructed and tested as described in Examples 1.C

5   and 1.D.
        A library of bacteriophage clones having
DNA inserts derived from polyadenylated petunia mRNA
was created, as described in Example 1.E.  This
required extensive processing of the mRNA to create

10  double-stranded complementary DNA (ds cDNA), and
insertion of the ds cDNA fragments into suitable
vectors (such as lambda phages) for cloning.
        The cDNA library was screened with the
probe mixture, using the method described in Example

15  1.F. The clone that was selected for further analysis
was designated as pMON9531.  The DNA in this clone was
sequenced, and the results indicated that it contained
only part of the EPSPS coding sequence. To obtain the
complete EPSPS coding sequence, the pMON9531 clone was

20  used as a probe on a genomic DNA library, as described
in Example 1.G. A genomic clone with an EPSPS sequence
was identified and designated as λF7. That EPSPS
sequence was then used as a probe to screen the
petunia cDNA library again, and a clone was identified

25  and designated as pMON9556.  The EPSPS insert in the
pMON9556 clone contained the entire 3' end (including
a poly-adenylated tail) of the EPSPS sequence. It also
contained, at its 5' end, an EcoRI site which matched
the EcoRI 3' end of the pMON9531 clone.

30      The EPSPS insert in pMON9531 was isolated
and inserted into a plant transformation vector
(pMON530, which contained a 35S promoter from a cauli-
flower mosaic virus) to obtain pMON536, as shown in
Figure 2.  The EPSPS fragment from pMON9556 was then

35  inserted into pMON536 to create a chimeric CaMV/
EPSPS gene.  The plasmid which contains the chimeric

REDACTED VERSION – PUBLICLY FILED

-7-        07-21(256)A

gene was designated as pMON546.  It has been deposited
with the American Type Culture Collection (ATCC),
accession number 53213.

The CaMV promoter is stronger than the
natural EPSPS promoter in at least some types of
plants, i.e. it increases the transcription of higher
quantities of mRNA from chimeric genes compared to
the natural EPSPS promoter.  The high strength of the
chimeric CaMV/EPSPS gene is of great value in using
the EPSPS gene as a selectable marker in the labor-
atory.  However, when a chimeric gene is used to
transform regenerated plants for food production, the
level of production of EPSPS enzyme may be undesirably
high, since it diverts nucleotides, amino acids, and
substrates away from other desired biochemical path-
ways in the cells.  Therefore, to create a chimeric
gene with the optimal level of expression of EPSPS
synthase, it may be desirable to diminish the strength
of the chimeric CaMV/EPSPS gene.  This can be done by
various methods such as (1) random or site-specific
mutagenesis of the region prior to the transcription
start site; (2) insertion of a transcription termin-
ator in the 5' non-translated region of the gene; (3)
insertion of a spurious start codon in front of the
EPSPS start codon; or (4) insertion of a coding
sequence with a start codon and a stop codon in front
of the EPSPS start codon, to create a dicistronic
coding sequence.  Alternately, a different promoter
(such as an opine synthase promoter, a RUBISCO small
subunit promoter, or a promoter from a different type
of plant virus) may be ligated to the EPSPS coding
sequence to create a chimeric gene which has a desired
strength in any particular type of plant.  If
desired, more than one foreign EPSPS gene may be
inserted in to the chromosomes of a plant, by methods
such as repeating the transformation and selection
cycle more than once.

-8-            07-21(256)A

Plasmid pMON546 was inserted into
_Agrobacterium tumefaciens_ cells which contained a
helper plasmid, pGV3111SE.  The helper plasmid encodes
certain gene products which are necessary to transfer
the CaMV/EPSPS gene from pMON546 into plant cell
chromosomes.  It also contains a kanamycin resistance
gene which functions in bacteria. A culture of _A._
_tumefaciens_ C58C1 cells containing pMON546 and
pGV3111SE was deposited with the American Type Culture
Collection (ATCC) and was assigned ATCC accession
number 53213.  If desired, either one of these plasmids
may be isolated from this culture of cells using
standard methodology (see, e.g., Maniatis 1982), and
the EPSPS sequence may be removed from pMON546 and
ligated to other promoters or inserted into other
vectors if desired.

Other types of carrier plasmids, helper
plasmids, or transforming cells can also be used.
Certain types of plants (such as soybean) are not
highly susceptible to infection and transformation by
_A. tumefaciens_ cells; nevertheless, they can be
infected and transformed by some strains which are
naturally adapted to those host plants.  If desired,
a strain of _A. tumefaciens_ cells which is adapted to
any particular type of plant may be selected from
crown gall tumors on that type of plant, and
manipulated and used as described herein to insert
EPSPS genes into that particular type of plant.

For example, a strain of _A. tumefaciens_
cells designated as the A208 strain is capable of
transforming a number of soybean cultivars tested to
date.  That strain carries a Ti plasmid designated as
the pTiT37 plasmid.  The pTiT37 plasmid is a
nopaline-type plasmid, rather than an octopine-type
plasmid such as pGV3111SE.  The pTiT37 plasmid was
disarmed, and the resulting plasmid was designated as
pASE.  It can be used as either a helper plasmid or a

REDACTED VERSION – PUBLICLY FILED

-9-          07-21(256)A

crossover plasmid with plasmid pMON546.  A culture
of A. tumefaciens A208 cells containing the pASE
plasmid was deposited with the ATCC, and was assigned
accession number 53214.  This helper plasmid and
5    host cell is preferred for transforming cells from
soybean, alfalfa, and other legumes.

          The A. tumefaciens cells containing both
pMON546 and pGV3111SE were co-cultivated with leaf
disks taken from petunia leaves, under conditions
10    which allowed the T-DNA region from pMON546 to be
inserted into the chromosomes of the plant cells (see
Fraley 1983 and Horsch 1985).  The cells were culti-
vated on nutrient agar containing 0, 0.1, 0.25, or 0.5
mM glyphosate.  Control cells, which were treated
15    identically using plant transformation vectors which
did not contain the EPSPS gene, were also cultivated
on the same media.  All leaf disks generated callus
tissue on the plates containing no glyphosate.  At 0.1
mM glyphosate, ther was little detectable difference
20    between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth of
callus from control disks, while substantial growth of
transformed tissue occurred. At 0.5 mM glyphosate,
there was no callus growth from the control disks,
25    while a substantial number of calli grew from the
transformed disks.  This confirms that the CaMV/EPSPS
gene conferred substantial glyphosate resistance upon
the transformed cells.

          As used in the claims, a foreign gene
30    "confers a substantial degree of glyphosate resistance
upon a plant cell" if it allows a selectable fraction
of a culture of transformed plant cells to survive a
concentration of glyphosate which kills essentially
all untransformed cells from the same type of plant
35    under the same conditions.

-10-        07-21(256)A

After the EPSPS polypeptide from a gene of
this invention is translated from messenger RNA in the
cytoplasm of the transformed plant cell, it is
believed to be processed in the same manner as the
5   natural EPSPS polypeptide.  The CTP leader sequence is
believed to cause the polypeptide to be transported to
a chloroplast, and the CTP leader sequence encoded by
the plant-derived EPSPS gene is believed to be removed
from the remainer of the polypeptide so that an active
10  portion of the foreign EPSPS polypeptide exists and
functions inside the chloroplast.

There is no apparent significant homology
between the CTP sequence of the EPSPS polypeptide and
the published CTP sequence of another polypeptide, the
15  small subunit of ribulose bisphosphate carboxylase
(ssRUBISCO); see, e.g., Broglie (1983).  Although it
is not known whether a fusion peptide comprising (1) a
CTP sequence derived from a heterologous protein such
as ssRUBISCO, coupled to (2) a mature EPSPS sequence
20  derived from a bacterial or plant cell, might confer
some degree of glyphosate resistance upon a trans-
formed cell, removal of the CTP leader sequence from
the mature EPSPS sequence is preferred.

EPSPS genes which encode an enzyme with a
25  functional chloroplast transit peptide (which is
preferably removed from the mature EPSPS polypep-
tide) provide  useful selectable marker genes for
plant cell transformation, when transformed and
untransformed cells are contacted with appropriate
30  concentrations of glyphosate (which can be routinely

REDACTED VERSION – PUBLICLY FILED

-11-          07-21(256)A

determined for any type of plant). The conferrable
trait of glyphosate resistance may be particularly
useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
5    selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
10   be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
methods described in PCT WO84/02920 or otherwise known
to those skilled in the art.

15   The chimeric CaMV/EPSPS gene and the EPSPS
polypeptide with its CTP are likely to function
properly in a variety of different types of plant
cells. For example, A. tumefaciens cells containing
pMON546 and pGV3111SE were used to transform tobacco
20   cells, which are in an entirely different genus than
petunia cells. The transformed tobacco cells grew in
the presence of 0.5 mM glyphosate, whereas
untransformed tobacco cells grew only sparsely and
abnormally in the presence of 0.25 mM glyphosate, and
25   not at all in the presence of 0.5 mM.

The vectors of this invention can be used
to insert EPSPS genes with CTP sequences into any
type of plant which can be genetically transformed by
A. tumefaciens or A. rhiozogenes cells. This
30   includes virtually all dicots (see, e. g., DeCleene
1976) and some monocots (see Hooykaas-Van Slogteren
1984 and Hernalsteens 1985).

As known to those skilled in the art,
mutant and variant forms of EPSPS may be created by a
35   variety of processes. For example, cloning or
expression vectors may be mutagenized to alter one or

-12-            07-21(256)A

more amino acid residues in a EPSPS protein.  This
may be done on a random basis (e. g., by subjecting
the host cells to mutagenic agents such as X-rays,
ultraviolet light, or various chemicals), or by means
involving an exact predicted substitution of bases in
a DNA sequence.  Such mutant or variant EPSPS's can
be tested for any desired _in vivo_ or _in vitro_
activity by methods known to those skilled in the art.

  As used herein, a "cloning or expression
vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells.  Vectors include plasmids, cosmids,
viral DNA or RNA, "minichromosomes," etc.

  As used herein, "replicated from" includes
indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA.  It also includes DNA that is
synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
experimentally.

  The following examples further demonstrate
several preferred embodiments of this invention.
Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
herein.  Such equivalents are intended to be within
the scope of the claims.

<u>EXAMPLES</u>

<u>EXAMPLE 1: CREATION OF EPSPS VECTORS</u>

<u>A. Creation of MP4-G Cell Line</u>

  The starting cell line, designated as the
MP4 line, was derived from a Mitchell diploid petunia
(see, e.g., Ausubel 1980). The MP4 cells were sus-
pended in Murashige and Skoog (MS) culture media,

(GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5x10^6$ cells were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

The MP4-G cells were subsequently shown (by a Southern blot) to have about 15-20 copies of the EPSPS gene, due to a genetic process called "gene amplification" (see, e.g., Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSPS gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSPS gene and possibly other genes located near it on the chromosomes of the cells.

-14-          07-21(256)A

B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line
were harvested by vacuum filtration, frozen under
liquid $N_2$, and ground to a powder in a Waring blender.
5   The powder was suspended into 0.2 M tris-HCl, pH 7.8,
containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-
pyrrolidone.  The suspension was centrifuged at about
20,000 G for 10 min to remove cell debris. Nucleic
acids were precipitated from the supernatant by addition
10   of 0.1 volume of 1.4% protamine sulfate and discarded.
The crude protein suspension was purified
by five sequential steps (see Mousdale 1984 and
Steinrucken 1985) which involved:  (1)  ammonium
sulfate precipitation; (2) diethylaminoethyl cellulose
15   ion exchange chromatography; (3) hydroxyapatite
chromatography; (4) sizing on a phenylagarose gel; and
(5) sizing on a Sephacryl S-200 gel.
The purified EPSPS polypeptide was degraded
into a series of individual amino acids by Edman
20   degradation by a Model 470A Protein Sequencer (Applied
Biosystems Inc., Foster City, CA), using the methods
described in Hunkapiller 1983a.  Each amino acid
derivative was analyzed by reverse phase high perfor-
mance liquid chromatography, as described by Hunka-
25   piller 1983b, using a cyanopropyl column with over
22,000 theoretical plates (IBM Instruments, Walling-
ford CT). A partial amino acid sequence for petunia
EPSPS is indicated in Table 1.

-15-                07-21(256)A

TABLE 1

PETUNIA EPSPS SEQUENCES

|  | | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
| Amino acid: | | Gln | Pro | Ile | Lys | Glu | Ile |
| 5 | mRNA strand: | 5'-CAP | CCN | AUU | GAP | CAP | AUU |
| | | | | C | | | C |
| | | | | A | | | A |
| Complementary | | | | | | | |
| DNA strand: | | 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
| 10 | | | | G | | | G |
| | | | | U | | | U |
| Synthetic DNA Probes: | | | | | | | |
| EPSP1: | | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
| EPSP2: | | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| 15 | EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
| Exact mRNA Sequence: | | | | | | | |
| | | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

C. Synthesis of Probes

20    Using the genetic code, the amino acid
sequence indicated in Table 1 was used to determine
the possible DNA codons which are capable of coding
for each indicated amino acid.  Using this informa-
tion, three different probe mixtures were created and
designated as EPSP-1, EPSP-2, and EPSP-3, as shown in
25  Table 1. In this table, A, T, U, C, and G represent
the nucleotide bases: adenine, thymine, uracil,
cytosine and guanine.  The letters P, Q, and N are
variables; N represents any of the bases; P represents
purines (A or G); Q represents pyrimidines (U, T, or
30  C).

REDACTED VERSION – PUBLICLY FILED

-16-          07-21(256)A

All oligonucleotides were synthesized by
the method of Adams 1983. Whenever an indeterminate
nucleotide position (P, Q, or N) was reached, a
mixture of appropriate nucleotides was added to the
5    reaction mixture. Probes were labeled 20 pmol at a
time shortly before use with 100 uCi γ-[$^{32}$P]-ATP
(Amersham) and 10 units of polynucleotide kinase in 50
mM Tris-HCl, pH 7.5, 10 mM MgCl$_2$, 5 mM DTT, 0.1 mM
EDTA, and 0.1 mM spermidine. After incubation for 1
10   hr at 37°C, the probes were repurified on either a
20% acrylamide, 8 M urea gel or by passage over a 5
ml column of Sephadex G25 in 0.1 M NaCl, 10 mM
Tris-HCl, pH 7.5, 1 mM EDTA.

D. Preparation of mRNA and Preliminary
15       Testing of Probes
(a) Poly-A mRNA
        Total RNA was isolated from the MP4
(glyphosate sensitive) and MP4-G (glyphosate
resistant) cell lines as described by Goldberg 1981.
20   Total RNA was further sedimented through a CsCl
cushion as described by Depicker 1982. Poly-A mRNA
was selected by oligo-dT cellulose chromatography.
The yield of poly-A RNA was 1.1 micrograms (ug) per
gram of MP4 cells and 2.5 ug/gm of MP4-G cells.

25   (b) Gel Processing of RNA
        Ten ug of poly-A RNA from the MP4 or MP4-G
cell lines was precipitated with ethanol and re-
suspended in 1 x MOPS buffer (20 mM morpholino propane
sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM
30   EDTA, pH 8.0) containing 50% formamide and 2.2 M
formaldehyde. RNA was denatured by heating at 65°C
for 10 min. One-fifth volume of a loading buffer
containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol
blue and 0.4% xylene cyanol was then added. RNA was

REDACTED VERSION – PUBLICLY FILED

-17-                07-21(256)A

fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
bottom. HaeIII-digested ϕX174 DNA, labelled with
$^{32}P$, was run as a size standard. The DNA markers
5    indicated approximate sizes for the RNA bands.

(c) Transfer of RNA to Nitrocellulose
        RNA was transferred to nitrocellulose
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
the gels overnight using 20X SSC (1X SSC is 0.15 M
10   NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer. After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs. at 80°C.

(d) Preliminary Hybridization with Radioactive Probes
        Filters were prehybridized in 6 x SSC, 10 x
15   Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 ug/ml E. coli
transfer RNA at 50°C for 4 hrs. Hybridization was
carried out in the fresh solution containing 2 x $10^6$
20   cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C. The EPSP-3 probe was not tested since in
contained a codon (ATA) that is rarely used in the
petunia genome. Hybridization temperature (32°C)
used in each case was 10°C below the dissociation
25   temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture. The Td of
the probe was approximated by the formula 2°C x (A +
T) + 4°C x (G + C).

(e) Filter Washing
30       The filters were washed twice for 15-20 min at
room temperature in 6 x SSC and then for 5 min at
37°C with gentle shaking. Filters were then wrapped
in plastic film and autoradiographed for 12-14 hrs at

REDACTED VERSION – PUBLICLY FILED

-18-        07-21(256)A

-70°C with two intensifying screens. The filters
were then washed again for 5 min with gentle shaking
at a temperature 5°C higher than previously used.
The filters were autoradiographed again for 12-14 hrs.
5    The autoradiographs indicated that the probe EPSP-1
hybridized to an RNA of approximately 1.9 kb in the
lane containing the poly-A RNA from the MP4-G cell
line. No hybridization to this RNA was detected in
the lane containing the poly-A RNA from the MP4 cell
10   line. This result was attributed to overproduction
of EPSP synthase mRNA by the MP4-G cell line. The
probe EPSP-2, which differs from EPSP-1 by a single
nucleotide, showed barely detectable hybridization to
the 1.9 kb mRNA of the MP4-G cell line but hybridized
15   strongly to a 1.0 kb mRNA from both cell lines.
However, the 1.0 kb DNA was not sufficient to encode
a polypeptide of 50,000 daltons, and it is believed
that one of the sequences in the EPSP-2 probe hybrid-
ized to an entirely different sequence in the library.
20   These results suggested that degenerate probe mixture
EPSP-1 contained the correct sequence for EPSPS. This
mixture was used in all subsequent degenerate probe
hybridization experiments.

E. Preparation of λgt 10 cDNA library

25   (a) Materials Used
        AMV reverse transcriptase was purchased from
Seikagaku America, Inc., St. Petersburg, Florida;
the large fragment of DNA polymerase I (Klenow poly-
merase) was from New England Nuclear, Boston, MA; S1
30   nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England
Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Bethesda Research Labs, Gaithersburg, MD; and
35   all radioactive compounds were from Amersham,
Arlington Hts., IL.

0005020

The λgt10 vector (ATCC No. 40179) and
associated E. coli cell lines were supplied by Thanh
Huynh and Ronald Davis at Stanford University Medical
School (see Huynh 1985).  This vector has three
5   important characteristics: (1) it has a unique EcoRI
insertion site, which avoids the need to remove a
center portion of DNA from the phage DNA before
inserting new DNA; (2) DNA ranging in size from zero
to about 8,000 bases can be cloned using this vector;
10  and, (3) a library can be processed using E. coli
MA150 cells (ATCC No. 53104) to remove clones which do
not have DNA inserts.

(b) cDNA First Strand Synthesis
Poly-A mRNA was prepared as described in
15  Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5),
10 mM MgCl$_2$, 4 mM DTT, 40 mM KCl, 500 uM of d(AGCT)TP,
10 ug/ml dT$_{12\ 18}$ primer, and 27.5 units/ml RNasin.
In a 120 ul reaction volume, 70 units reverse
transcriptase were added per 5 ug of poly-A RNA.  One
20  reaction tube contained α-$^{32}$P-dCTP (5 uCi/120 ul
reaction) to allow monitoring of cDNA size and yield
and to provide a first strand label to monitor later
reactions.  In order to disrupt mRNA secondary
structure, mRNA in H$_2$O was incubated at 70°C for 3
25  min and the tube was chilled on ice.  Reverse
transcriptase was added and the cDNA synthesis was
carried out at 42°C for 60 min.  The reaction was
terminated by the addition of EDTA to 50 mM.  cDNA
yield was monitored by TCA precipitations of samples
30  removed at the start of the reaction and after 60
min.  Following cDNA synthesis, the cDNA existed as a
cDNA-RNA hybrid.  The cDNA-RNA hybrid was denatured
by heating the mixture in a boiling water bath for
1.5 min, and cooled on ice.

-20-            07-21(256)A

(c) Second Strand DNA Synthesis

Single-stranded cDNA was allowed to self-
prime for second strand synthesis. Both Klenow
polymerase and reverse transcriptase were used to
convert ss cDNA to ds cDNA. Klenow polymerase is
5    employed first since its 3'--5' exonuclease repair
function is believed to be able to digest non-flush
DNA ends generated by self-priming and can then
extend these flush ends with its polymerase
10   activity. Reverse transcriptase is used in addition
to Klenow polymerase, because reverse transcriptase
is believed to be less likely to stop prematurely
once it has bound to a template strand. The Klenow
polymerase reaction was in a final 100 ul volume
15   excluding enzyme. The reaction mix included 50 mM
HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 uM of each
dNTP and cDNA. To begin the reaction, 20 to 40 units
of Klenow polymerase (usually less than 5 ul) were
added and the tubes incubated at 15°C for 5 hrs. The
20   reaction was terminated by the addition of EDTA to 50
mM. The mix was extracted with phenol and the
nucleic acids were precipitated, centrifuged and
dried.

The reverse transcriptase reaction to
25   further extend the anti-complementary DNA strand was
performed as described for the reaction to originally
synthesize cDNA, except $dT_{10-18}$ primer and RNasin were
absent, and 32 units of reverse transcriptase were
used in a 120 ul reaction. The reaction was termin-
30   ated by the addition of EDTA to 50 mM. The mixture
was extracted with an equal volume of phenol and the
nucleic acid was precipitated, centrifuged and dried.

(d) S1 Nuclease Treatment

200 ul of 2 x S1 buffer (1 x S1 buffer is
35   30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM
$ZnCl_2$), 175 ul of $H_2O$ and 525 units of S1 nuclease

-21-          07-21(256)A

were added to the tubes containing 125 ul of the
second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
5    mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) Eco Rl Methylation Reaction
10          Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
15    linkers which were subsequently cleaved with EcoRI to
create cohesive overhangs at the termini.
          In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were
20    dissolved in 40 ul of 50 mM Tris pH 7.5, 1 mM EDTA, 5
mM DTT.  Four ul of 100 uM S-adenosyl-L-methionine
and 2 ul (80 units) of EcoRI methylase were added.
Tubes were incubated at 37°C for 15 min and then at
70°C for 10 minutes to kill the methylase.
25          It was subsequently discovered that the
methylation reaction described below was unsuccessful
in preventing EcoRI cleavage at an internal site
within the EPSPS coding region, apparently because of
inactive methylase reagent.  The cleavage of the
30    internal EcoRI site required additional steps to
isolate a full-length cDNA, as described below.  To
avoid those additional steps if another library is
created, the methylation reagents and reaction con-
ditions should be used simultaneously on the cDNA and
35    on control fragments of DNA, and protection of the
control fragments should be confirmed by EcoRI diges-
tion before digestion is performed on the cDNA.

0005023

-22-                    07-21(256)A

(f) DNA Polymerase 1 Fill-In Reaction

       To the tube containing 45 ul of cDNA (pre-
pared as described above) were added 5 ul of 0.1 M
$MgCl_2$, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA

5    polymerase I. The tube was incubated at room tempera-
ture for 10 min. The reaction was terminated by the
addition of EDTA to 25 mM. One microgram of uncut
λgt10 DNA was added as carrier and the mix was extrac-
ted with phenol/chloroform (1:1). The nucleic acid in

10   the mix was precipitated with phenol/chloroform (1:1).
The nucleic acid in the mix was precipitated with
ethanol, centrifuged and dried.

   (g) Ligation of EcoRI Linkers to Methylated ds cDNA

       Approximately 400 pmoles of EcoRI linkers

15   (5'CGGAATTCCG3') were dissolved in 9 ul of 20 mM
Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi
of $\alpha-^{32}P$-ATP (5000 Ci/mmole) and 2 units of T4
polynucleotide kinase. The oligonucleotides were
incubated at 37°C for 30 minutes to allow them to

20   anneal to each other, creating double-stranded,
blunt-ended linkers. 2 units of T4 polynucleotide
kinase and 1 ul of 10 mM ATP were added and incubated
at 37°C for an additional 30 min. The linkers were
stored at -20°C. The methylated DNA pellet was

25   resuspended in tubes containing 400 pmoles of the
kinased linkers. Ligation of the EcoRI linkers to the
methylated DNA was carried out by adding 1 ul of T4
ligase and incubating the reaction mixture at 12-14°C
for 2 days.

30   (h) Digestion with EcoRI to Create Cohesive Termini

       To 11 ul of the reaction product from
Example 1.E.(g), 10 ul of a solution containing 50 mM
Tris, pH 7.5, 10 mM $MgSO_4$, 200 mM NaCl were added.
T4 DNA ligase was heat inactivated by incubation at

35   70°C for 10 min. Forty units of EcoRI were added and
the incubation was carried out at 37°C for 3 hr. The

0005024

-23-                07-21(256)A

reaction was terminated by addition of EDTA to 50
mM. The sample was clarified by centrifugation and
applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

5          Free linkers (those not ligated to ds cDNA)
were removed from ds cDNA with attached linkers, to
prevent them from interfering with the insertion of
the desired ds cDNAs into the cloning vectors. AcA 34
resin (a mixture of acrylamide and agarose beads,
10   normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
glass wool. The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl. The ds cDNA
15   mixtures with ligated linkers and free linkers (~45
ul) was brought to 400 mM NaCl. 1 ul of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
applied to the column which was run in equilibration
buffer at room temperature. Ten 200 ul fractions were
20   collected. The BPB dye normally eluted from the
column in the sixth tube or later. Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

(j) Assembly of λgt10 clones

          The ds cDNA was mixed with 1 ug of EcoRI-cut
25   λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 ul of
10 mM Tris-HCl pH 7.5, 10 mM $MgCl_2$, 50 mM NaCl. To

REDACTED VERSION – PUBLICLY FILED

-24-            07-21(256)A

anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min. The mixture
was chilled on ice, and 0.5 ul each of 10 mM ATP, 0.1

5    M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added. The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA. The
resulting DNA was packaged into phage particles

10   in vitro using the method described by Scherer 1981.

(k) Removal of Phages Without Inserts
        Insertion of a cDNA into the EcoRI site of
λgt10 results in inactivation of the Cl gene. λgt10
phages with inactivated Cl genes (i.e., with inserts)

15   replicate normally in E. coli MA150 cells. By contrast,
λgt10 phages without inserts are unable to replicate
in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.
        The phages in the library were first repli-

20   cated in E. coli C600 (M$^+$R$^-$) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
tion system. A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M$^+$R$^+$) cells. The primary infec-

25   tion thus occurred in the M$^+$R$^-$ cells where all the
phages will grow, but successive rounds of replication
occurred in the MA150 cells which prevented the
replication of phages without inserts. The amplified
phage library was collected from the plates, and after

30   removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
screening experiments.

-25-          07-21(256)A

F. Screening of cDNA Library; Selection of pMON9531

      Approximately 6000 phages (each plate) were
spread on 10 cm x 10 cm square plates of solid NZY
agar (Maniatis 1982) with 0.7% agarose.  A translucent
5    lawn of E. coli MA150 cells was growing on the plates.
Areas where the phages infected and killed the
E. coli cells were indicated by clear areas called
"plaques", which were visible against the lawn of
bacteria after an overnight incubation of the
10    plates at 37°C.  Six plates were prepared in this
manner.  The plaques were pressed against pre-cut
nitrocellulose filters for about 30 min.  This formed
a symmetrical replica of the plaques.  To affix the
phage DNA, the filters were treated with 0.5 M NaOH
15    and 2.5 M NaCl for 5 min.  The filters were then
treated sequentially with 1.0 M Tris-HCl, pH 7.5 and
0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to
neutralize the NaOH.  They were then soaked in
chloroform to remove bacterial debris.  They were
20    then air-dried and baked under a vacuum at 80°C for 2
hr, and allowed to cool to room temperature.  The
filters were then hybridized with $^{32}$P-labelled EPSP-1
probe (2 x $10^6$ cpm/filter) as described in Example
1.D(e).  After 48 hr of hybridization, the filters were
25    washed in 6 x SSC at room temperature twice for 20
min and then at 37°C for 5 min.  These washes removed
non-specifically bound probe molecules, while probe
molecules with the exact corresponding sequence (which
was unknown at the time) remained bound to the phage
30    DNA on the filter.  The filters were analyzed by
autoradiography after the final wash.  After the
first screening step, seven positively hybridizing
signals appeared as black spots on the autoradiograms.

-26-          07-21(256)A

These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
5   izing phages were selected.  DNA was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
10  from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.
     To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by
15  digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
1977.  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
amino acid sequence shown in Table 1.

20  G. Creation of λF7 Genomic DNA Clone
     In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHl and cloned into a phage vector
to create a library, which was screened using the
25  partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments
     MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
nitrogen.  The powdered cells were mixed with 8 ml/g
30  of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal

-27-          07-21(256)A

volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added.  Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%.  The mixture was swirled on a
5    rotating platform for 10-15 minutes at room tempe-
rature.  The phases were separated by centrifugation
at 6,000 x g for 15 minutes.  The phenol/chloroform
extraction was repeated.  Sodium acetate was added to
the aqueous phase to a final concentration of 0.15M
10    and the DNA was precipitated with ethanol.  The DNA
was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient.  The DNA was
collected by puncturing the side of the tube with a
15    16 gauge needle.  The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE.  Approximately
400 ug of DNA was isolated from 12 g of cells.

MP4-G chromosomal DNA (10 ug) was digested
20    to completion with 30 units of BamHl in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$,
50 mM NaCl for 2 hours at 37°C.  The DNA was
extracted with phenol followed by extraction with
chloroform and precipitated with ethanol.  The DNA
25    fragments were suspended in 1 x TE at a concentration
of 0.5 ug/ul.

(b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
30    Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982.  150 ug of DNA was
digested to completion with BamHl in a buffer
containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
$MgCl_2$, 50 mM NaCl.  The completion of the digest was

0005029

REDACTED VERSION – PUBLICLY FILED

-28-                07-21(256)A

checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
precipiated with ethanol.  The DNA was resuspended in
5   1 x TE at a concentration of 150 ug/ml.  $MgCl_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.

      After annealing, DNA was layered over a 38
10  ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM
Tris-HCl (pH 8.0), 5 mM EDTA.  75 ug of DNA was loaded
onto each gradient.  The samples were centrifuged at
15  26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor.  Fractions (0.5ml) were collected from the top
of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis.  The fractions contain-
ing the annealed left and right arms of λDNA were
20  pooled together, dialyzed against TE and ethanol-
precipitated.  The precipitate was washed with 70%
ethanol and dried.  The DNA was dissolved in TE at a
concentration of 500 ug/ml.

      The purified arms of the vector DNA and the
25  BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using TfDNA ligase in
a ligase buffer containing 66 mM Tris-HCl, pH 7.5, 5 mM
MgCl, 5 mM DTT and 1 mM ATP.  Ligations was carried
out overnight at 15°C.  Ligation was checked by
30  agarose gel eletrophoresis.  Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
capsids _in vitro_ using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).

REDACTED VERSION – PUBLICLY FILED

-29-              07-21(256)A

The packaged phage were plated on 10 cm x 10 cm square
plates of NZY agar in 0.7% agarose at a density of
approximately 6000 plaques per plate using E. coli
C600 cells. After overnight incubation at 37°C, the
5    plaques had formed, and the plates were removed from
the incubator and chilled at 4°C for at least an
hour. The agar plates were pressed against
nitrocellulose filters for 30 minutes to transfer
phages to the filters, and the phage DNA was affixed
10   to the filters as described previously. Each filter
was hybridized for 40 hours at 42°C with
approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA
insert isolated from the pMON9531 clone, which had
been nick-translated, using the procedure described
15   in Maniatis 1982. The specific activity of the probe
was $2-3 \times 10^8$ cpm/ug of DNA. Hybridization was
carried out in a solution containing 50% formamide,
5x SSC, 5x Denhardt's solution, 200 ug/ml tRNA and
0.1% SDS. Filters were washed in 1 x SSC, 0.2% SDS
20   at 50°C and autoradiographed. Several positive
signals were observed, and matched with plaques on
the corresponding plate. The selected plaques were
lifted, suspended in SM buffer, and plated on NYZ
agar. The replica plate screening process was
25   repeated at lower densities until all the plaques on
the plates showed positive signals. One isolate was
selected for further analysis and was designated as
the λF7 phage clone.