REDACTED VERSION – PUBLICLY FILED

-30-            07-21(256)A

H. Creation of pMON9543 and pMON9556

       The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from
pMON9531 in a Southern blot procedure.  This
5   indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA
10  library, using hybridization conditions as described
in Example 1.G, using $10^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.

       DNA sequence analysis (Maxam 1977) indicated
15  that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick
translated, and used as a probe to screen the cDNA
library again.  A clone which hybridized with the
20  EPSPS sequence was identified and designated as
pMON9556.  DNA sequence analysis indicated that the
insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail.  The
5' EcoRI end of this insert matched the 3' EcoRI end
25  of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
inserts from pMON9531 and pMON9556.

-31-            07-21(256)A

I. Creation of pMON546 Vector with CaMV/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis using an M13 vector
(Messing 1981 and 1982) to create a BglII site in the
5' non-translated region of the EPSPS gene. The
5    modified EPSPS sequence was isolated by EcoRI and
BglII digestion, and inserted into a plant transfor-
mation vector, pMON530, to obtain pMON536, as shown in
Figure 2. The 1.62 kb EcoRI-EcoRI fragment from
pMON9556 was then inserted into pMON536 to obtain
10   pMON546. Since pMON530 already contained a 35S
promoter from a cauliflower mosaic virus (CaMV) next
to the BglII site, this created a chimeric CaMV/EPSPS
gene in pMON546.

15   As shown in Figure 2, plasmid pMON546
contained (1) the CaMV/EPSPS gene; (2) a selectable
marker gene for kanamycin resistance (Kan$^R$); (3) a
nopaline synthase (NOS) gene as a scorable marker; and
(4) a right T-DNA border, which effectively caused the
20   entire plasmid to be treated as a "transfer DNA"
(T-DNA) region by A. tumefaciens cells. This plasmid
was inserted into A. tumefaciens cells which con-
tained a helper plasmid, pGV3111SE. The helper plasmid
encodes certain enzymes which are necessary to cause
25   DNA from pMON546 to be inserted into plant cell
chromosomes. It also contains a kanamycin resistance
gene which functions in bacteria.

A culture of A. tumefaciens containing
pMON546 and pGV3111SE was deposited with the American
30   Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213. If desired, either one of these
plasmids may be isolated from this culture of cells

0005033

-32-          07-21(256)A

using standard methodology.  For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
Cells which become Spc/str$^R$, kan$^S$ will contain
5    pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111SE.

EXAMPLE 2: CREATION OF GLY$^R$ PLANT CELLS
A. Petunia Cells
         Leaf disks with diameters of 6 mm (1/4
10   inch) were taken from surface-sterilized petunia
leaves.  They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces.  They were then submerged in a
culture of A. tumefaciens cells containing both
15   pMON546 and GV3111SE which had been grown overnight
in Luria broth at 28°C, and shaken gently.  The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described
20   in Horsch 1981.  After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 ug/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.
         Control tissue was created using  A.tumefa-
25   ciens cells containing the helper plasmid (pGV3111SE)
and  a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPT2/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS
30   gene.
         Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control
plate containing no glyphosate.  On media containing
35   0.1 M glyphosate, there was little detectable
difference between the control disks and the

0005034

-33-        07-21(256)A

transformed tissue. At 0.25 mM glyphosate, there was
very little growth of callus from control disks, while
substantial growth of transformed tissue occurred. At
0.5 mM glyphosate, there was no callus growth from the
5    control disks, while a significant number of calli
grew from the transformed disks. This confirms that
the CaMV/EPSPS gene conferred glyphosate resistance
upon the transformed cells.

B. Tobacco Cells

10        Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above
with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111SE. The cells transformed with the CaMV/EPSPS
15    gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not
contain that gene did not create any detectable callus
tissue.

REFERENCES

20    Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661
Amrhein, N. et al. (1980) Naturwissenschafter 67:
        356-357.
Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1:
        26-32.
25    Barinaga, M. R. et al. (1981) "Methods for the Transfer
        of DNA, RNA and Protein to Nitrocellulose and Diazo-
        tized Paper Solid Supports", pub. by Schleicher and
        Schuell Inc., Keene NH.
Bevan, M. et al. (1983) Nature 304: 184.
30    Broglie, R. et al. (1983) Bio/Technology 1: 55-61.
Comai, L. et al. (1983) Science 221: 370-371.

REDACTED VERSION – PUBLICLY FILED

-34-                07-21(256)A

Davis, R.W. et al. (1980) <u>Advanced Bacterial Genetics</u>,
        Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) <u>Bot. Review 42</u>:
        389-466.

5   DePicker, A. et al. (1982) <u>J. Mol. Appl. Gen. 1</u>: 561.

Ditta, G. et al (1980) <u>Pro. Natl. Acad. Sci. Usa
        77</u>:7347

Fraley, R. T. et al. (1983) <u>Proc. Natl. Acad. Sci. USA
        80</u>: 4803.

10  Goldberg, R. B. et al., (1981) <u>Devel. Bio. 83</u>:
        201-217.

Hernalsteens, J. P. et al. (1985), <u>EMBO Journal 3</u>:
        3039-3041.

Herrera-Estrella, L. et al. (1983) <u>Nature 303</u>: 209

15  Hooykaas-Van Slogteren, G.M.S. et al. (1984)
        <u>Nature 311</u>: 763-764.

Horsch, R. B. and Jones, G.E. (1980) <u>In Vitro 16</u>:
        103-108.

Horsch, R. B. et al. (1985) <u>Science 227</u>: 1229-1231.

20  Hunkapiller, M.W. et al. (1983a) <u>Methods Enzymol. 91</u>:
        399-413.

Hunkapiller, M.W. et al. (1983b) <u>Methods Enzymol. 91</u>:
        486-493.

Huynh, T.V. et al, (1985) in <u>DNA Cloning Techniques:

25      A Practical Approach</u>, D. Glover
        (ed.), IRL Press, Oxford, England

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
        RNA using NA-45 DEAE Membrane." Schleicher and
        Schuell, Inc., Keene, NH.

30  Maniatis, T. et al. (1982) <u>Molecular Cloning: A
        Laboratory Manual</u>, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) <u>P.N.A.S. U.S.A.
        74</u>: 560-564.

Meagher, R. B. et al. (1977) <u>Virology 80</u>: 362-375.

35  Messing, J. et al. (1981). <u>Nucleic Res. 9</u>: 309-321.

Messing, J. and J. Vieira (1982), <u>Gene 19</u>: 69-276.

-35-             07-21(256)A

Mousdale, D. M. and Coggins, J. R. (1984) _Planta 160_: 78-83.

Mousdale, D. M. and Coggins, J. R. (1985) _Planta 163_: 241-294.

5  Rogers, S. G. et al. (1983) _Appl. Envir. Microbio. 46_: 37-43.

Rubin, J. et al. (1982) _Plant Phys. 70_: 833-839.

Scherer, et al. (1981) _Developmental Bio.86_: 438-447.

Schimke, R. T., ed. (1982) _Gene Amplification_, Cold
10     Spring Harbor Labs.

Southern, E.M. (1975) _J. Mol. Biol. 98_: 503-517.

Stalker, D. M. et al. (1985) _J. Biol. Chem. 260_: 4724-4728.

Steinrucken, H. and Amrhein, N. (1980)
15     _Biochem. & Biophys. Res. Comm. 94_: 1207-1212.

Vieira, J. et al. (1982), _Gene 19_: 259-268.

Steinrucken, H. et al. (1985) _Arch. Biochem. Biophys._ (in press).

Young, R. A. and R. W. Davis. (1983), _Proc. Natl._
20     _Acad. Sci., USA 80_: 1194-1198.

REDACTED VERSION – PUBLICLY FILED

763762

-36-            07-21(256)A

WHAT IS CLAIMED:

1. A cloning or expression vector comprising a gene which encodes a polypeptide which, when expressed in a plant cell:

5       (a) contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell; and,

10      (b) confers a substantial degree of glyphosate resistance upon the plant cell.

2. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide is derived from an EPSPS gene contained in a plant chromosome.

15      3. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide or a portion thereof is removed from the polypeptide inside the plant cell.

4. A cloning or expression vector of Claim 20 1 which encodes an EPSPS polypeptide which naturally exists in plant cells.

5. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

25      6. A cloning or expression vector of Claim 1 wherein the coding sequence is coupled to a heterologous promoter which is stronger in plant cells than a natural EPSPS promoter.

7. A cloning or expression vector of Claim 6 30 wherein the gene comprises a heterologous promoter derived from the genome of a virus.

8. A cloning or expression vector of Claim 7 wherein the heterologous promoter is derived from a cauliflower mosaic virus.

35      9. A cloning or expression vector of Claim 8 wherein the heterologous promoter comprises the CaMV 35S promoter.

REDACTED VERSION – PUBLICLY FILED

-37-          07-21(256)A

10. A cloning or expression vector comprising a gene with the following components:

a. a promoter sequence derived from a CaMV35S promoter; and

5     b. a coding sequence derived from a plant chromosome which encodes an EPSPS polypeptide comprising a chloroplast transit polypeptide.

11. A plant transformation vector comprising:

a. a gene which encodes a polypeptide

10    which, when expressed in a plant cell contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the

15    plant cell; and,

b. at least one T-DNA border; and,

c. at least one selectable marker gene which functions in <u>Agrobacterium tumefaciens</u> cells.

12. A plant transformation vector of Claim

20    11 comprising a chimeric gene comprising a CaMV35S promoter coupled to a coding sequence replicated from an EPSPS gene contained in a naturally occurring plant chromosome.

13. A plant transformation vector of Claim

25    12 contained in a culture of cells having ATCC number 53213.

14. A chimeric gene comprising:

a. a coding sequence which encodes a polypeptide which contains a chloroplast transit

30    peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of a plant cell into a chloroplast in the plant cell; and,

-38-                  07-21(256)A

b. a promoter sequence which is
heterologous with respect to the coding sequence, and
which is stronger than the promoter of an EPSPS gene
that naturally exists in one or more types of plant
5   cells.

15. A chimeric gene of Claim 14 wherein the
chloroplast transit peptide has substantially the
sequence shown in Figure 3.

16. A chimeric gene of Claim 14 wherein the
10   promoter sequence is derived from the genome of a
virus.

17. A chimeric gene of Claim 14 wherein the
promoter sequence comprises the CaMV 35S promoter.

18. A chimeric gene of Claim 14 wherein the
15   coding sequence is obtained from an EPSP synthase
gene which naturally exists in plant cells.

19. A plant cell which has been transformed
by a plant transformation vector of Claim 11.

20. A plant cell which has been transformed
20   by a plant transformation vector of Claim 12.

21. A plant cell which contains and expresses a
chimeric gene of Claim 12.

22. A plant cell of Claim 21 which is resistant
to about 0.5 mM of a salt of glyphosate.

25   23. A plant cell which contains and expresses a
chimeric gene of Claim 17.

24. A plant cell of Claim 23 which is resistant
to about 0.5 mM of a salt of glyphosate.

25. A method of selecting genetically
30   transformed plant cells, comprising:

a. inserting into the plant cells a gene
which encodes an EPSPS polypeptide comprising a
chloroplast transit peptide and which confers
a substantial degree of glyphosate resistance upon
35   the plant cells;

000504υ

REDACTED VERSION – PUBLICLY FILED

-39-                    07-21(256)A

      b. culturing the plant cells in the presence of a selected concentration of glyphosate which kills essentially all untransformed cells while allowing growth of a substantial fraction of the transformed cells; and

      c. selecting therefrom said genetically transformed plant cells.

REDACTED VERSION – PUBLICLY FILED

07-21(256)A

# GLYPHOSATE-RESISTANT PLANT CELLS

## Abstract of the Disclosure

This invention involves a cloning or
expression vector comprising a gene which encodes an
5    enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:

        (a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
10   cytoplasm of the plant cell into a chloroplast in the
plant cell, and

        (b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
15   which naturally occurs in plant cells.

        The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation
20   vectors, and subsequently into plant cells. Plant
cells transformed by such genes have been proven to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

REDACTED VERSION – PUBLICLY FILED

**40**

REDACTED VERSION – PUBLICLY FILED

PATENT APPLICATION SERIAL NO. 7  390

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
S0234 11/08/85 792390          13-4125 1 101     340.00CH
S0235 11/08/85 792390          13-4125 1 102      68.00CH
S0236 11/08/85 792390          13-4125 1 103      60.00CH
```

0005095

REDACTED VERSION – PUBLICLY FILED



NEW APPLICATIONS                                    CASE NO.  07-21-(323)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C.  20231

Sir:

    Transmitted herewith for filing is the patent application of:

INVENTOR(S):  DILIP M. SHAH, STEPHEN G. ROGERS, ROBERT B. HORSCH
             and ROBERT T. FRALEY
TITLE:        GLYPHOSATE-RESISTANT PLANT CELLS

Enclosed are:

[X] Abstract, Specification, Claim(s), ~~and x Executed Declaration~~

[ ] An Assignment of the invention to Monsanto Company, 800 North Lindbergh
    Boulevard, St. Louis, Missouri  63167 for recordation.

Also enclosed are:

[X]  _3_ sheet(s) of ~~formal~~/informal drawing(s).

[ ] A certified copy of _____ application.

[ ] Prior Art Statement (37 CFR 1.97)

[ ] Preliminary Amendment

The fees due are calculated as:

| Basic Filing Fee [37 CFR 1.16(a)] | | | | $340.00 |
|---|---|---|---|---|
| Additional Filing Fee [37 CFR 1.16(b), (c)] | | | | |
| Claims | No. Filed | No. Extra | Rate | |
| Independent | _5_ - 3 = | 2 | X $34.00 = | 68.00 |
| TOTAL | _25_ - 20 = | 5 | X $12.00 = | 60.00 |
| Assignment Recordation 37 CFR 1.21(h) | | | | |
| | | | TOTAL FEE → | $468.00 |

[X] A triplicate copy of this transmittal paper is enclosed.

[X] Please charge the above calculated total fee to my Deposit Account
    No. _13-4125_ . Order No. _____

[X] The Commissioner is hereby authorized and requested to charge any fees in
    addition to the above as well as all future fees set forth in 37 CFR 1.16 and
    1.17 which may be required during the entire pendency of this Application, and
    credit any overcharges to Deposit Account No. _13-4125_ [37 CFR 1.25(b)].

NOTE:  THIS AUTHORIZATION DOES NOT INCLUDE FEES REQUIRED UNDER 37 CFR 1.18.

DATE: _October 26, 1985_

                                           _James D. McNeil_
                              Attorney of Record James D. McNeil

                              Registration No. _26,204_

                              Telephone: _(314) 694-2832_

P02/L27/P83
R09/11/85                                **0005096**

REDACTED VERSION – PUBLICLY FILED

-1-    07-21-(323)A

MAIL ROOM 40 OCT 29 1985 PAT. & TRADE MARK OFF.

## GLYPHOSATE-RESISTANT PLANT CELLS

This application is a Continuation-in-Part of
application S. N. 763,482, filed August 7, 1985.

### BACKGROUND OF THE INVENTION

5          This invention is in the fields of genetic
engineering, biochemistry, and plant biology.

N-phosphonomethylglycine has the following
structure:

$$HO - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - \overset{\overset{\displaystyle H}{|}}{N} - CH_2 - \overset{\overset{\displaystyle O}{\|}}{P} \overset{\diagup OH}{\diagdown_{OH}}$$

This molecule is an acid, which can dissociate in
aqueous solution to form phytotoxicant anions.

15   Several anionic forms are known. As used herein, the
name "glyphosate" refers to the acid and its anions. A
mixture containing glyphosate as the active ingred-
ient, formulated as its isopropylamine salt, is sold
as a herbicide by Monsanto Company under the trademark

20   ROUNDUP[®]. Numerous other salts also have herbicidal
properties, as exemplified by U.S. Patent No.
3,799,758 (Franz 1974) and various other patents.
Compositions comprising n-phosphonomethylglycine and
salt-forming cations which increase the solubility of

25   the n-phosphonomethylglycine in water are preferred.

Glyphosate reportedly inhibits an enzyme
called enolpyruvyl-shikimate-3-phosphate synthase
(EPSPS); see, e.g., Amrhein 1980, Steinrucken 1980,
Mousdale 1984, and Rubin 1982 (note: a complete list

30   of references is contained below, after the Examples).
The EPSPS enzyme reportedly catalyzes the conversion
of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-
3-phosphate, an intermediate in the biochemical

0005097

REDACTED VERSION – PUBLICLY FILED

-1a-                07-21-(323)A

pathway for creating three essential aromatic amino
acids (tyrosine, phenylalanine, and tryptophan); see,
e.g., Mousdale 1984.  Rogers 1983 reports that
overproduction of EPSPS in E. coli contributes to
5    glyphosate resistance in those cells.

0005098

-2-             07-21(323)A

In plant cells, the EPSPS enzyme reportedly
functions in chloroplasts; see Mousdale 1985. In
general, chloroplasts are organelles that are dis-
persed throughout the cytoplasm of a plant cell.
Chloroplasts contain DNA which is believed to be
expressed into polypeptides inside the chloroplast.
However, the EPSPS polypeptide is encoded by chromo-
somal DNA rather than chloroplast DNA. The EPSPS gene
is transcribed into mRNA in the nucleus. The mRNA
leaves the nucleus, and is translated into a poly-
peptide in the cytoplasm. The polypeptide (or a
portion thereof) is transported into the chloroplast.

At least one researcher has attempted to
create glyphosate-resistant cells by manipulating a
bacterial gene which encodes an EPSPS enzyme. As
described in EPO 115,673 (Comai; assigned to Calgene,
Inc.; priority date January 5, 1983) and in Comai
1983, a culture of Salmonella bacteria was contacted
with a mutagen (ethyl methanesulfonate). The bacteria
were screened for glyphosate resistance, and a rela-
tively resistant culture was selected. This culture
was analyzed, and determined to have a mutant form of
EPSPS with a substituted amino acid, as reported
in Stalker 1985. EPO 115,673 suggested that the
mutant EPSPS gene could be inserted into plant cells
to create glyphosate-resistant (Gly$^R$) plant cells.

After the priority date of EPO 115,673,
methods and vectors were described which could be used
to insert foreign genes into plant cells (see, e.g.,
Fraley 1984, Herrera-Estrella 1984, Bevan 1984, and
PCT applications WO 84/02919 and 02920). In PCT
application WO 84/02913, methods were also described
for creating chimeric genes having bacterial EPSPS
coding sequences controlled by regulatory sequences
derived from genes which are active in plant cells.
Using these vectors and methodology, bacterial genes
such as the mutant Salmonella EPSPS gene mentioned

REDACTED VERSION – PUBLICLY FILED

-3-        ·07-21(323)A

above can be manipulated and expressed in plant cells. However, despite the availability of vectors and methods to insert the <u>Salmonella</u> EPSPS gene into plant cells, there have been no published reports that

5    mutant bacterial EPSPS genes as described in EPO 115,673 have been used effectively to create Gly$^R$ plant cells or plants.

The object of this invention is to provide a method of genetically transforming plant cells

10    which causes the cells to become resistant to glyphosate and the herbicidal salts thereof.

## SUMMARY OF THE INVENTION

This invention involves a cloning or expression vector comprising a gene which encodes an

15    enolpyruvyl shikimate phosphate synthase (EPSPS) polypeptide which, when expressed in a plant cell:

(a) contains a chloroplast transit peptide which causes the polypeptide, or an enzymatically active portion thereof, to be transported from the

20    cytoplasm of the plant cell into a chloroplast in the plant cell, and

(b) confers a substantial degree of glyphosate resistance upon the plant cell. One such gene has been derived from an EPSPS gene

25    which naturally occurs in plant cells.

The EPSPS coding sequence may be ligated to a strong promoter, such as the 35S promoter from cauliflower mosaic virus, to create a chimeric gene. Such genes can be inserted into plant transformation

-4-          07-21(323)A

vectors, and subsequently into plant cells. Plant
cells transformed by such genes have been shown to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

5   BRIEF DESCRIPTION OF THE DRAWINGS

        FIGURE 1 depicts the major steps used in
one preferred embodiment of this invention.

        FIGURE 2 depicts the creation of plasmid
pMON546, a plant transformation vector which contains
10   a chimeric CaMV/EPSPS gene. It also depicts the
structure of pGV3111SE, a disarmed Ti plasmid with
vir genes which help insert the CaMV/EPSPS gene from
pMON546 into plant chromosomes.

        FIGURE 3 indicates the DNA sequence and the
15   amino acid sequence of the chloroplast transit peptide
from the petunia EPSPS gene and enzyme.

DETAILED DESCRIPTION OF THE INVENTION

        This invention involves a cloning or expre-
ssion vector which contains a gene which encodes
20   a form of EPSPS which can effectively confer glypho-
sate resistance (Gly$^R$) on plant cells. The EPSPS gene
encodes a polypeptide which contains a chloroplast
transit peptide (CTP), which enables the EPSPS poly-
peptide (or an active portion thereof) to be trans-
25   ported into a chloroplast inside the plant cell.

        In one preferred embodiment, a gene which
encodes an EPSPS polypeptide containing a CTP was
obtained from petunia cells, using the steps indicated
in Figure 1. Petunia cells were used because (1) they
30   grow quickly in relatively inexpensive media; (2) most
petunia cell lines can be easily regenerated into
differentiated plants; and (3) extensive genetic
mapping of petunia has already been done, which will

0005101

REDACTED VERSION – PUBLICLY FILED

-5-            07-21(323)A

facilitate genetic analysis of petunias transformed by
this method.  However, this invention is not limited
to petunia cells; any type of plant cell which can be
cultivated in tissue culture can be treated as
5    described below to amplify and isolate its EPSPS
enzyme and gene, using nutrient media and glyphosate
concentrations selected for that particular type of
plant cell.

        As described in Example 1.A, petunia cells
10   in a suspension culture were transferred into culture
medium containing 0.5 mM glyphosate. The large majo-
rity (estimated greater than 99%) of the cells were
killed, and the surviving cells were reproduced until
they formed a saturated suspension culture of cells.

15        Because plants vary in their sensitivity to
glyphosate, the concentrations of glyphosate used to
create a resistant cell line from a different type of
plant may vary. Suitable concentrations for use with
any particular cell type may be determined by routine
20   experimentation.

        The concentration of glyphosate was in-
creased 5 more times over a four month period, until
cells were obtained which could survive and reproduce
in 10 mM glyphosate.  The surviving cells were desig-
25   nated as the MP4-G cell line. These cells contained
about 15-20 copies of the EPSPS gene.

        As described in Example 1.B, the EPSPS
polypeptide was obtained and purified from the MP4-G
cell line, and its amino acid sequence was determined.
30   A portion of that sequence was selected because it had
a low degree of degeneracy, i.e., only a relatively
small number of codons could encode it.  The selected
partial amino acid sequence is shown in Table 1.
The possible DNA and mRNA codons which could encode

–6–                    ´07-21(323)A

those amino acids were determined, as shown in Table
1. Based upon the partial EPSPS amino acid sequence,
a degenerate mixture of radioactive probes was
constructed and tested as described in Examples 1.C
5   and 1.D.

A library of bacteriophage clones having
DNA inserts derived from polyadenylated petunia mRNA
was created, as described in Example 1.E. This
required extensive processing of the mRNA to create
10   double-stranded complementary DNA (ds cDNA), and
insertion of the ds cDNA fragments into suitable
vectors (such as lambda phages) for cloning.

The cDNA library was screened with the
probe mixture, using the method described in Example
15   1.F. The clone that was selected for further analysis
was designated as pMON9531. The DNA in this clone was
sequenced, and the results indicated that it contained
only part of the EPSPS coding sequence. To obtain the
complete EPSPS coding sequence, the pMON9531 clone was
20   used as a probe on a genomic DNA library, as described
in Example 1.G. A genomic clone with an EPSPS sequence
was identified and designated as λF7. That EPSPS
sequence was then used as a probe to screen the
petunia cDNA library again, and a clone was identified
25   and designated as pMON9556. The EPSPS insert in the
pMON9556 clone contained the entire 3' end (including
a poly-adenylated tail) of the EPSPS sequence. It also
contained, at its 5' end, an EcoRI site which matched
the EcoRI 3' end of the pMON9531 clone.

30   The EPSPS insert in pMON9531 was isolated
and inserted into a plant transformation vector
(pMON530, which contained a 35S promoter from a cauli-
flower mosaic virus) to obtain pMON536, as shown in
Figure 2. The EPSPS fragment from pMON9556 was then
35   inserted into pMON536 to create a chimeric CaMV/
EPSPS gene. The plasmid which contains the chimeric

gene was designated as pMON546. It has been deposited with the American Type Culture Collection (ATCC), accession number 53213.

The CaMV promoter is stronger than the
5    natural EPSPS promoter in at least some types of plants, i.e. it increases the transcription of higher quantities of mRNA from chimeric genes compared to the natural EPSPS promoter. The high strength of the chimeric CaMV/EPSPS gene is of great value in using
10   the EPSPS gene as a selectable marker in the labor-atory. However, when a chimeric gene is used to transform regenerated plants for food production, the level of production of EPSPS enzyme may be undesirably high, since it diverts nucleotides, amino acids, and
15   substrates away from other desired biochemical path-ways in the cells. Therefore, to create a chimeric gene with the optimal level of expression of EPSPS synthase, it may be desirable to diminish the strength of the chimeric CaMV/EPSPS gene. This can be done by
20   various methods such as (1) random or site-specific mutagenesis of the region prior to the transcription start site; (2) insertion of a transcription termin-ator in the 5' non-translated region of the gene; (3) insertion of a spurious start codon in front of the
25   EPSPS start codon; or (4) insertion of a coding sequence with a start codon and a stop codon in front of the EPSPS start codon, to create a dicistronic coding sequence. Alternately, a different promoter (such as an opine synthase promoter, a RUBISCO small
30   subunit promoter, or a promoter from a different type of plant virus) may be ligated to the EPSPS coding sequence to create a chimeric gene which has a desired strength in any particular type of plant. If desired, more than one foreign EPSPS gene may be
35   inserted in to the chromosomes of a plant, by methods such as repeating the transformation and selection cycle more than once.

-8-            07-21(323)A

Plasmid pMON546 was inserted into
Agrobacterium tumefaciens cells which contained a
helper plasmid, pGV3111SE. The helper plasmid encodes
certain gene products which are necessary to transfer
5   the CaMV/EPSPS gene from pMON546 into plant cell
chromosomes. It also contains a kanamycin resistance
gene which functions in bacteria. A culture of A.
tumefaciens C58C1 cells containing pMON546 and
pGV3111SE was deposited with the American Type Culture
10  Collection (ATCC) and was assigned ATCC accession
number 53213. If desired, either one of these plasmids
may be isolated from this culture of cells using
standard methodology (see, e.g., Maniatis 1982), and
the EPSPS sequence may be removed from pMON546 and
15  ligated to other promoters or inserted into other
vectors if desired.

Other types of carrier plasmids, helper
plasmids, or transforming cells can also be used.
Certain types of plants (such as soybean) are not
20  highly susceptible to infection and transformation by
A. tumefaciens cells; nevertheless, they can be
infected and transformed by some strains which are
naturally adapted to those host plants. If desired,
a strain of A. tumefaciens cells which is adapted to
25  any particular type of plant may be selected from
crown gall tumors on that type of plant, and
manipulated and used as described herein to insert
EPSPS genes into that particular type of plant.

For example, a strain of A. tumefaciens
30  cells designated as the A208 strain is capable of
transforming a number of soybean cultivars tested to
date. That strain carries a Ti plasmid designated as
the pTiT37 plasmid. The pTiT37 plasmid is a
nopaline-type plasmid, rather than an octopine-type
35  plasmid such as pGV3111SE. The pTiT37 plasmid was
disarmed, and the resulting plasmid was designated as
pASE. It can be used as either a helper plasmid or a

REDACTED VERSION – PUBLICLY FILED

-9-                    07-21(323)A

crossover plasmid with plasmid pMON546. A culture
of A. tumefaciens A208 cells containing the pASE
plasmid was deposited with the ATCC, and was assigned
accession number 53214. This helper plasmid and
5   host cell is preferred for transforming cells from
soybean, alfalfa, and other legumes.

The A. tumefaciens cells containing both
pMON546 and pGV3111SE were co-cultivated with leaf
disks taken from petunia leaves, under conditions
10   which allowed the T-DNA region from pMON546 to be
inserted into the chromosomes of the plant cells (see
Fraley 1983 and Horsch 1985). The cells were culti-
vated on nutrient agar containing 0, 0.1, 0.25, or 0.5
mM glyphosate. Control cells, which were treated
15   identically using plant transformation vectors which
did not contain the EPSPS gene, were also cultivated
on the same media. All leaf disks generated callus
tissue on the plates containing no glyphosate. At 0.1
mM glyphosate, ther was little detectable difference
20   between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth of
callus from control disks, while substantial growth of
transformed tissue occurred. At 0.5 mM glyphosate,
there was no callus growth from the control disks,
25   while a substantial number of calli grew from the
transformed disks. This confirms that the CaMV/EPSPS
gene conferred substantial glyphosate resistance upon
the transformed cells.

As used in the claims, a foreign gene
30   "confers a substantial degree of glyphosate resistance
upon a plant cell" if it allows a selectable fraction
of a culture of transformed plant cells to survive a
concentration of glyphosate which kills essentially
all untransformed cells from the same type of plant
35   under the same conditions.

-10-                07-21(323)A

After the EPSPS polypeptide from a gene of
this invention is translated from messenger RNA in the
cytoplasm of the transformed plant cell, it is
believed to be processed in the same manner as the
5     natural EPSPS polypeptide.  The CTP leader sequence is
believed to cause the polypeptide to be transported to
a chloroplast, and the CTP leader sequence encoded by
the plant-derived EPSPS gene is believed to be removed
from the remainer of the polypeptide so that an active
10    portion of the foreign EPSPS polypeptide exists and
functions inside the chloroplast.

There is no apparent significant homology
between the CTP sequence of the EPSPS polypeptide and
the published CTP sequence of another polypeptide, the
15    small subunit of ribulose bisphosphate carboxylase
(ssRUBISCO); see, e.g., Broglie (1983).  Although it
is not known whether a fusion peptide comprising (1) a
CTP sequence derived from a heterologous protein such
as ssRUBISCO, coupled to (2) a mature EPSPS sequence
20    derived from a bacterial or plant cell, might confer
some degree of glyphosate resistance upon a trans-
formed cell, removal of the CTP leader sequence from
the mature EPSPS sequence is preferred.

EPSPS genes which encode an enzyme with a
25    functional chloroplast transit peptide (which is
preferably removed from the mature EPSPS polypep-
tide) provide  useful selectable marker genes for
plant cell transformation, when transformed and
untransformed cells are contacted with appropriate
30    concentrations of glyphosate (which can be routinely

0005107

-11-                    07-21(323)A

determined for any type of plant).  The conferrable
trait of glyphosate resistance may be particularly
useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
5   selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
10  be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
methods described in PCT WO84/02920 or otherwise known
to those skilled in the art.

15  The chimeric CaMV/EPSPS gene and the EPSPS
polypeptide with its CTP are likely to function
properly in a variety of different types of plant
cells.  For example, A. tumefaciens cells containing
pMON546 and pGV3111SE were used to transform tobacco
20  cells, which are in an entirely different genus than
petunia cells.  The transformed tobacco cells grew in
the presence of 0.5 mM glyphosate, whereas
untransformed tobacco cells grew only sparsely and
abnormally in the presence of 0.25 mM glyphosate, and
25  not at all in the presence of 0.5 mM.

The vectors of this invention can be used
to insert EPSPS genes with CTP sequences into any
type of plant which can be genetically transformed by
A. tumefaciens or A. rhiozogenes cells.  This
30  includes virtually all dicots (see, e. g., DeCleene
1976) and some monocots (see Hooykaas-Van Slogteren
1984 and Hernalsteens 1985).

As known to those skilled in the art,
mutant and variant forms of EPSPS may be created by a
35  variety of processes.  For example, cloning or
expression vectors may be mutagenized to alter one or

0005108

REDACTED VERSION – PUBLICLY FILED

-12-                · 07-21(323)A

more amino acid residues in a EPSPS protein.  This
may be done on a random basis (e. g., by subjecting
the host cells to mutagenic agents such as X-rays,
ultraviolet light, or various chemicals), or by means

5   involving an exact predicted substitution of bases in
a DNA sequence.  Such mutant or variant EPSPS's can
be tested for any desired _in vivo_ or _in vitro_
activity by methods known to those skilled in the art.

As used herein, a "cloning or expression
10  vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells.  Vectors include plasmids, cosmids,
viral DNA or RNA, "minichromosomes," etc.

As used herein, "replicated from" includes
15  indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA.  It also includes DNA that is
synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
20  experimentally.

The following examples further demonstrate
several preferred embodiments of this invention.
Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
25  herein.  Such equivalents are intended to be within
the scope of the claims.


<u>EXAMPLES</u>


<u>EXAMPLE 1: CREATION OF EPSPS VECTORS</u>


<u>A. Creation of MP4-G Cell Line</u>

30  The starting cell line, designated as the
MP4 line, was derived from a Mitchell diploid petunia
(see, e.g., Ausubel 1980). The MP4 cells were sus-
pended in Murashige and Skoog (MS) culture media,

REDACTED VERSION – PUBLICLY FILED

(GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5x10^6$ cells) were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

The MP4-G cells were subsequently shown (by a Southern blot) to have about 15-20 copies of the EPSPS gene, due to a genetic process called "gene amplification" (see, e.g., Schimke 1982). Although spontaneous mutations might have occurred during the replication of any cell, there is no indication that any mutation or other modification of the EPSPS gene occurred during the gene amplification process. The only known difference between the MP4 and the MP4-G cells is that the MP4-G cells contain multiple copies of an EPSPS gene and possibly other genes located near it on the chromosomes of the cells.

REDACTED VERSION – PUBLICLY FILED

-14-          07-21(323)A

### B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line
were harvested by vacuum filtration, frozen under
liquid $N_2$, and ground to a powder in a Waring blender.
5   The powder was suspended into 0.2 M tris-HCl, pH 7.8,
containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-
pyrrolidone. The suspension was centrifuged at about
20,000 G for 10 min to remove cell debris. Nucleic
acids were precipitated from the supernatant by addition
10   of 0.1 volume of 1.4% protamine sulfate and discarded.

The crude protein suspension was purified
by five sequential steps (see Mousdale 1984 and
Steinrucken 1985) which involved: (1) ammonium
sulfate precipitation; (2) diethylaminoethyl cellulose
15   ion exchange chromatography; (3) hydroxyapatite
chromatography; (4) sizing on a phenylagarose gel; and
(5) sizing on a Sephacryl S-200 gel.

The purified EPSPS polypeptide was degraded
into a series of individual amino acids by Edman
20   degradation by a Model 470A Protein Sequencer (Applied
Biosystems Inc., Foster City, CA), using the methods
described in Hunkapiller 1983a. Each amino acid
derivative was analyzed by reverse phase high perfor-
mance liquid chromatography, as described by Hunka-
25   piller 1983b, using a cyanopropyl column with over
22,000 theoretical plates (IBM Instruments, Walling-
ford CT). A partial amino acid sequence for petunia
EPSPS is indicated in Table 1.

REDACTED VERSION – PUBLICLY FILED

-15-                      07-21(323)A

TABLE 1

PETUNIA EPSPS SEQUENCES

|  |  | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|
| Amino acid: |  | Gln | Pro | Ile | Lys | Glu | Ile |
| 5 | mRNA strand: | 5'-CAP | CCN | AUU | GAP | CAP | AUU |
|  |  |  |  | C |  |  | C |
|  |  |  |  | A |  |  | A |
| Complementary |  |  |  |  |  |  |  |
| DNA strand: |  | 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
| 10 |  |  |  | G |  |  | G |
|  |  |  |  | U |  |  | U |

Synthetic DNA Probes:

|  |  | | | | | |
|---|---|---|---|---|---|---|
| EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
| EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |

Exact mRNA Sequence:

|  | | | | | |
|---|---|---|---|---|---|
| 5'-CAA | CCC | AUU | AAA | GAG | AUU |

C. Synthesis of Probes

       Using the genetic code, the amino acid
20   sequence indicated in Table 1 was used to determine
the possible DNA codons which are capable of coding
for each indicated amino acid.  Using this informa-
tion, three different probe mixtures were created and
designated as EPSP-1, EPSP-2, and EPSP-3, as shown in
25   Table 1. In this table, A, T, U, C, and G represent
the nucleotide bases: adenine, thymine, uracil,
cytosine and guanine.  The letters P, Q, and N are
variables; N represents any of the bases; P represents
purines (A or G); Q represents pyrimidines (U, T, or
30   C).

-16-          07-21(323)A

All oligonucleotides were synthesized by the method of Adams 1983. Whenever an indeterminate nucleotide position (P, Q, or N) was reached, a mixture of appropriate nucleotides was added to the
5    reaction mixture. Probes were labeled 20 pmol at a time shortly before use with 100 uCi $\gamma$-[$^{32}$P]-ATP (Amersham) and 10 units of polynucleotide kinase in 50 mM Tris-HCl, pH 7.5, 10 mM MgCl$_2$, 5 mM DTT, 0.1 mM EDTA, and 0.1 mM spermidine. After incubation for 1
10   hr at 37°C, the probes were repurified on either a 20% acrylamide, 8 M urea gel or by passage over a 5 ml column of Sephadex G25 in 0.1 M NaCl, 10 mM Tris-HCl, pH 7.5, 1 mM EDTA.

        D. Preparation of mRNA and Preliminary
15          Testing of Probes
        (a) Poly-A mRNA

            Total RNA was isolated from the MP4 (glyphosate sensitive) and MP4-G (glyphosate resistant) cell lines as described by Goldberg 1981.
20   Total RNA was further sedimented through a CsCl cushion as described by Depicker 1982. Poly-A mRNA was selected by oligo-dT cellulose chromatography. The yield of poly-A RNA was 1.1 micrograms (ug) per gram of MP4 cells and 2.5 ug/gm of MP4-G cells.

25   (b) Gel Processing of RNA

            Ten ug of poly-A RNA from the MP4 or MP4-G cell lines was precipitated with ethanol and re-suspended in 1 x MOPS buffer (20 mM morpholino propane sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM
30   EDTA, pH 8.0) containing 50% formamide and 2.2 M formaldehyde. RNA was denatured by heating at 65°C for 10 min. One-fifth volume of a loading buffer containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol blue and 0.4% xylene cyanol was then added. RNA was