REDACTED VERSION – PUBLICLY FILED

-17-        07-21(323)A

fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
bottom. HaeIII-digested ΦX174 DNA, labelled with
$^{32}$P, was run as a size standard. The DNA markers
5    indicated approximate sizes for the RNA bands.

(c) Transfer of RNA to Nitrocellulose
        RNA was transferred to nitrocellulose
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
the gels overnight using 20X SSC (1X SSC is 0.15 M
10    NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer. After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs at 80°C.

(d) Preliminary Hybridization with Radioactive Probes
        Filters were prehybridized in 6 x SSC, 10 x
15    Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 ug/ml E. coli
transfer RNA at 50°C for 4 hrs. Hybridization was
carried out in the fresh solution containing 2 x 10$^6$
20    cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C. The EPSP-3 probe was not tested since in
contained a codon (ATA) that is rarely used in the
petunia genome. Hybridization temperature (32°C)
used in each case was 10°C below the dissociation
25    temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture. The Td of
the probe was approximated by the formula 2°C x (A +
T) + 4°C x (G + C).

(e) Filter Washing
30        The filters were washed twice for 15-20 min at
room temperature in 6 x SSC and then for 5 min at
37°C with gentle shaking. Filters were then wrapped
in plastic film and autoradiographed for 12-14 hrs at

-18-          07-21(323)A

-70°C with two intensifying screens.  The filters
were then washed again for 5 min with gentle shaking
at a temperature 5°C higher than previously used.
The filters were autoradiographed again for 12-14 hrs.
5    The autoradiographs indicated that the probe EPSP-1
hybridized to an RNA of approximately 1.9 kb in the
lane containing the poly-A RNA from the MP4-G cell
line.  No hybridization to this RNA was detected in
the lane containing the poly-A RNA from the MP4 cell
10   line.  This result was attributed to overproduction
of EPSP synthase mRNA by the MP4-G cell line.  The
probe EPSP-2, which differs from EPSP-1 by a single
nucleotide, showed barely detectable hybridization to
the 1.9 kb mRNA of the MP4-G cell line but hybridized
15   strongly to a 1.0 kb mRNA from both cell lines.
However, the 1.0 kb DNA was not sufficient to encode
a polypeptide of 50,000 daltons, and it is believed
that one of the sequences in the EPSP-2 probe hybrid-
ized to an entirely different sequence in the library.
20   These results suggested that degenerate probe mixture
EPSP-1 contained the correct sequence for EPSPS.  This
mixture was used in all subsequent degenerate probe
hybridization experiments.

E. Preparation of λgt 10 cDNA library
25   (a) Materials Used
        AMV reverse transcriptase was purchased from
Seikagaku America, Inc., St. Petersburg, Florida;
the large fragment of DNA polymerase I (Klenow poly-
merase) was from New England Nuclear, Boston, MA; S1
30   nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England
Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Bethesda Research Labs, Gaithersburg, MD; and
35   all radioactive compounds were from Amersham,
Arlington Hts., IL.

REDACTED VERSION – PUBLICLY FILED

-19-          07-21(323)A

The λgt10 vector (ATCC No. 40179) and associated E. coli cell lines were supplied by Thanh Huynh and Ronald Davis at Stanford University Medical School (see Huynh 1985). This vector has three

5    important characteristics: (1) it has a unique EcoRI insertion site, which avoids the need to remove a center portion of DNA from the phage DNA before inserting new DNA; (2) DNA ranging in size from zero to about 8,000 bases can be cloned using this vector;

10    and, (3) a library can be processed using E. coli MA150 cells (ATCC No. 53104) to remove clones which do not have DNA inserts.

(b) cDNA First Strand Synthesis

Poly-A mRNA was prepared as described in

15    Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5), 10 mM $MgCl_2$, 4 mM DTT, 40 mM KCl, 500 uM of d(AGCT)TP, 10 ug/ml $dT_{12\ 18}$ primer, and 27.5 units/ml RNasin. In a 120 ul reaction volume, 70 units reverse transcriptase were added per 5 ug of poly-A RNA. One

20    reaction tube contained $\alpha-{}^{32}P$-dCTP (5 uCi/120 ul reaction) to allow monitoring of cDNA size and yield and to provide a first strand label to monitor later reactions. In order to disrupt mRNA secondary structure, mRNA in $H_2O$ was incubated at 70°C for 3

25    min and the tube was chilled on ice. Reverse transcriptase was added and the cDNA synthesis was carried out at 42°C for 60 min. The reaction was terminated by the addition of EDTA to 50 mM. cDNA yield was monitored by TCA precipitations of samples

30    removed at the start of the reaction and after 60 min. Following cDNA synthesis, the cDNA existed as a cDNA-RNA hybrid. The cDNA-RNA hybrid was denatured by heating the mixture in a boiling water bath for 1.5 min, and cooled on ice.

REDACTED VERSION – PUBLICLY FILED

-20-            07-21(323)A

(c) Second Strand DNA Synthesis

       Single-stranded cDNA was allowed to self-
prime for second strand synthesis. Both Klenow
polymerase and reverse transcriptase were used to
5  convert ss cDNA to ds cDNA. Klenow polymerase is
employed first since its 3'--5' exonuclease repair
function is believed to be able to digest non-flush
DNA ends generated by self-priming and can then
extend these flush ends with its polymerase
10  activity. Reverse transcriptase is used in addition
to Klenow polymerase, because reverse transcriptase
is believed to be less likely to stop prematurely
once it has bound to a template strand. The Klenow
polymerase reaction was in a final 100 ul volume
15  excluding enzyme. The reaction mix included 50 mM
HEPES, pH 6.9, 10 mM $MgCl_2$, 50 mM KCl, 500 uM of each
dNTP and cDNA. To begin the reaction, 20 to 40 units
of Klenow polymerase (usually less than 5 ul) were
added and the tubes incubated at 15°C for 5 hrs. The
20  reaction was terminated by the addition of EDTA to 50
mM. The mix was extracted with phenol and the
nucleic acids were precipitated, centrifuged and
dried.

       The reverse transcriptase reaction to
25  further extend the anti-complementary DNA strand was
performed as described for the reaction to originally
synthesize cDNA, except $dT_{10-18}$ primer and RNasin were
absent, and 32 units of reverse transcriptase were
used in a 120 ul reaction. The reaction was termin-
30  ated by the addition of EDTA to 50 mM. The mixture
was extracted with an equal volume of phenol and the
nucleic acid was precipitated, centrifuged and dried.

(d) S1 Nuclease Treatment

       200 ul of 2 x S1 buffer (1 x S1 buffer is
35  30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM
$ZnCl_2$), 175 ul of $H_2O$ and 525 units of S1 nuclease

0005117

REDACTED VERSION – PUBLICLY FILED

-21-                    07-21(323)A

were added to the tubes containing 125 ul of the
second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
5    mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) Eco R1 Methylation Reaction
10           Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
15    linkers which were subsequently cleaved with EcoRI to
create cohesive overhangs at the termini.
             In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were
20    dissolved in 40 ul of 50 mM Tris pH 7.5, 1 mM EDTA, 5
mM DTT.  Four ul of 100 uM S-adenosyl-L-methionine
and 2 ul (80 units) of EcoRI methylase were added.
Tubes were incubated at 37°C for 15 min and then at
70°C for 10 minutes to kill the methylase.
25           It was subsequently discovered that the
methylation reaction described below was unsuccessful
in preventing EcoRI cleavage at an internal site
within the EPSPS coding region, apparently because of
inactive methylase reagent.  The cleavage of the
30    internal EcoRI site required additional steps to
isolate a full-length cDNA, as described below.  To
avoid those additional steps if another library is
created, the methylation reagents and reaction con-
ditions should be used simultaneously on the cDNA and
35    on control fragments of DNA, and protection of the
control fragments should be confirmed by EcoRI diges-
tion before digestion is performed on the cDNA.

0005118

REDACTED VERSION – PUBLICLY FILED

-22-          07-21(323)A

(f) DNA Polymerase 1 Fill-In Reaction

To the tube containing 45 ul of cDNA (pre-
pared as described above) were added 5 ul of 0.1 M
MgCl₂, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA
5    polymerase 1. The tube was incubated at room tempera-
ture for 10 min. The reaction was terminated by the
addition of EDTA to 25 mM. One microgram of uncut
λgt10 DNA was added as carrier and the mix was extrac-
ted with phenol/chloroform (1:1). The nucleic acid in
10   the mix was precipitated with phenol/chloroform (1:1).
The nucleic acid in the mix was precipitated with
ethanol, centrifuged and dried.

(g) Ligation of EcoRI Linkers to Methylated ds cDNA

Approximately 400 pmoles of EcoRI linkers
15   (5'CGGAATTCCG3') were dissolved in 9 ul of 20 mM
Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi
of α-³²P-ATP (5000 Ci/mmole) and 2 units of T4
polynucleotide kinase. The oligonucleotides were
incubated at 37°C for 30 minutes to allow them to
20   anneal to each other, creating double-stranded,
blunt-ended linkers. 2 units of T4 polynucleotide
kinase and 1 ul of 10 mM ATP were added and incubated
at 37°C for an additional 30 min. The linkers were
stored at -20°C. The methylated DNA pellet was
25   resuspended in tubes containing 400 pmoles of the
kinased linkers. Ligation of the EcoRI linkers to the
methylated DNA was carried out by adding 1 ul of T4
ligase and incubating the reaction mixture at 12-14°C
for 2 days.

30   (h) Digestion with EcoRI to Create Cohesive Termini

To 11 ul of the reaction product from
Example 1.E.(g), 10 ul of a solution containing 50 mM
Tris, pH 7.5, 10 mM MgSO₄, 200 mM NaCl were added.
T4 DNA ligase was heat inactivated by incubation at
35   70°C for 10 min. Forty units of EcoRI were added and
the incubation was carried out at 37°C for 3 hr. The

REDACTED VERSION – PUBLICLY FILED

-23-            07-21(323)A

reaction was terminated by addition of EDTA to 50
mM. The sample was clarified by centrifugation and
applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

5          Free linkers (those not ligated to ds cDNA)
were removed from ds cDNA with attached linkers,
to prevent them from interfering with the insertion of
the desired ds cDNAs into the cloning vectors. AcA 34
resin (a mixture of acrylamide and agarose beads,
10    normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
glass wool. The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl. The ds cDNA
15    mixtures with ligated linkers and free linkers (~45
ul) was brought to 400 mM NaCl. 1 ul of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
applied to the column which was run in equilibration
buffer at room temperature. Ten 200 ul fractions were
20    collected. The BPB dye normally eluted from the
column in the sixth tube or later. Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

(j) Assembly of λgt10 clones

          The ds cDNA was mixed with 1 ug of EcoRI-cut
25    λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 ul of
10 mM Tris-HCl pH 7.5, 10 mM $MgCl_2$, 50 mM NaCl. To

REDACTED VERSION – PUBLICLY FILED

-24-            07-21(323)A

anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min.  The mixture
was chilled on ice, and 0.5 ul each of 10 mM ATP, 0.1
5    M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added.  The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA.  The
resulting DNA was packaged into phage particles
10   in vitro using the method described by Scherer 1981.

(k) Removal of Phages Without Inserts
         Insertion of a cDNA into the EcoRI site of
λgt10 results in inactivation of the C1 gene.  λgt10
phages with inactivated C1 genes (i.e., with inserts)
15   replicate normally in E. coli MA150 cells.  By contrast,
λgt10 phages without inserts are unable to replicate
in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.
         The phages in the library were first repli-
20   cated in E. coli C600 (M⁺R⁻) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
tion system.  A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M⁺R⁺) cells.  The primary infec-
25   tion thus occurred in the M⁺R⁻ cells where all the
phages will grow, but successive rounds of replication
occurred in the MA150 cells which prevented the
replication of phages without inserts.  The amplified
phage library was collected from the plates, and after
30   removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
screening experiments.

-25-          07-21(323)A

F. Screening of cDNA Library; Selection of pMON9531

Approximately 6000 phages (each plate) were
spread on 10 cm x 10 cm square plates of solid NZY
agar (Maniatis 1982) with 0.7% agarose. A translucent
5   lawn of E. coli MA150 cells was growing on the plates.
Areas where the phages infected and killed the
E. coli cells were indicated by clear areas called
"plaques", which were visible against the lawn of
bacteria after an overnight incubation of the
10   plates at 37°C. Six plates were prepared in this
manner. The plaques were pressed against pre-cut
nitrocellulose filters for about 30 min. This formed
a symmetrical replica of the plaques. To affix the
phage DNA, the filters were treated with 0.5 M NaOH
15   and 2.5 M NaCl for 5 min. The filters were then
treated sequentially with 1.0 M Tris-HCl, pH 7.5 and
0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to
neutralize the NaOH. They were then soaked in
chloroform to remove bacterial debris. They were
20   then air-dried and baked under a vacuum at 80°C for 2
hr, and allowed to cool to room temperature. The
filters were then hybridized with $^{32}$P-labelled EPSP-1
probe (2 x $10^6$ cpm/filter) as described in Example
1.D(e). After 48 hr of hybridization, the filters were
25   washed in 6 x SSC at room temperature twice for 20
min and then at 37°C for 5 min. These washes removed
non-specifically bound probe molecules, while probe
molecules with the exact corresponding sequence (which
was unknown at the time) remained bound to the phage
30   DNA on the filter. The filters were analyzed by
autoradiography after the final wash. After the
first screening step, seven positively hybridizing
signals appeared as black spots on the autoradiograms.

0005122

-26-        07-21(323)A

These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
izing phages were selected.  DNA was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.

        To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by
digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
1977.  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
amino acid sequence shown in Table 1.

G. Creation of λF7 Genomic DNA Clone
        In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHl and cloned into a phage vector
to create a library, which was screened using the
partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments
        MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
nitrogen.  The powdered cells were mixed with 8 ml/g
of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal

REDACTED VERSION – PUBLICLY FILED

-27-            07-21(323)A

volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added. Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%. The mixture was swirled on a
5    rotating platform for 10-15 minutes at room tempe-
rature. The phases were separated by centrifugation
at 6,000 x g for 15 minutes. The phenol/chloroform
extraction was repeated. Sodium acetate was added to
the aqueous phase to a final concentration of 0.15M
10   and the DNA was precipitated with ethanol. The DNA
was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient. The DNA was
collected by puncturing the side of the tube with a
15   16 gauge needle. The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE. Approximately
400 ug of DNA was isolated from 12 g of cells.
          MP4-G chromosomal DNA (10 ug) was digested
20   to completion with 30 units of BamHl in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$,
50 mM NaCl for 2 hours at 37°C. The DNA was
extracted with phenol followed by extraction with
chloroform and precipitated with ethanol. The DNA
25   fragments were suspended in 1 x TE at a concentration
of 0.5 ug/ul.

     (b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
          DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
30   Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982. 150 ug of DNA was
digested to completion with BamHl in a buffer
containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
$MgCl_2$, 50 mM NaCl. The completion of the digest was

REDACTED VERSION – PUBLICLY FILED

-28-                 07-21(323)A

checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
precipiated with ethanol.  The DNA was resuspended in
5   1 x TE at a concentration of 150 ug/ml.  MgCl$_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.
        After annealing, DNA was layered over a 38
10  ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM
Tris-HCl (pH 8.0), 5 mM EDTA.  75 ug of DNA was loaded
onto each gradient.  The samples were centrifuged at
15  26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor.  Fractions (0.5ml) were collected from the top
of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis.  The fractions contain-
ing the annealed left and right arms of λDNA were
20  pooled together, dialyzed against TE and ethanol-
precipitated.  The precipitate was washed with 70%
ethanol and dried.  The DNA was dissolved in TE at a
concentration of 500 ug/ml.
        The purified arms of the vector DNA and the
25  BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using T4DNA ligase in
a ligase buffer containing 66 mM Tris-HCl, pH 7.5, 5 mM
MgCl, 5 mM DTT and 1 mM ATP.  Ligations was carried
out overnight at 15°C.  Ligation was checked by
30  agarose gel eletrophoresis.  Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
capsids _in vitro_ using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).

-29-                07-21(323)A

The packaged phage were plated on 10 cm x 10 cm square plates of NZY agar in 0.7% agarose at a density of approximately 6000 plaques per plate using E. coli C600 cells.  After overnight incubation at 37°C, the
5   plaques had formed, and the plates were removed from the incubator and chilled at 4°C for at least an hour.  The agar plates were pressed against nitrocellulose filters for 30 minutes to transfer phages to the filters, and the phage DNA was affixed
10  to the filters as described previously.  Each filter was hybridized for 40 hours at 42°C with approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA insert isolated from the pMON9531 clone, which had been nick-translated, using the procedure described
15  in Maniatis 1982.  The specific activity of the probe was $2-3 \times 10^8$ cpm/ug of DNA.  Hybridization was carried out in a solution containing 50% formamide, 5x SSC, 5x Denhardt's solution, 200 ug/ml tRNA and 0.1% SDS.  Filters were washed in 1 x SSC, 0.2% SDS
20  at 50°C and autoradiographed.  Several positive signals were observed, and matched with plaques on the corresponding plate.  The selected plaques were lifted, suspended in SM buffer, and plated on NYZ agar.  The replica plate screening process was
25  repeated at lower densities until all the plaques on the plates showed positive signals.  One isolate was selected for further analysis and was designated as the λF7 phage clone.

0005126

-30-                07-21(323)A

## H. Creation of pMON9543 and pMON9556

The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from
5    pMON9531 in a Southern blot procedure.  This
indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA
10   library, using hybridization conditions as described
in Example 1.G, using $10^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.

DNA sequence analysis (Maxam 1977) indicated
15   that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick
translated, and used as a probe to screen the cDNA
library again.  A clone which hybridized with the
20   EPSPS sequence was identified and designated as
pMON9556.  DNA sequence analysis indicated that the
insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail.  The
5' EcoRI end of this insert matched the 3' EcoRI end
25   of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
inserts from pMON9531 and pMON9556.

0005127

REDACTED VERSION – PUBLICLY FILED

-31-                    ´07-21(323)A

### 1. Creation of pMON546 Vector with CaMV/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis using an M13 vector
(Messing 1981 and 1982) to create a BglII site in the
5' non-translated region of the EPSPS gene. The
5    modified EPSPS sequence was isolated by EcoRI and
BglII digestion, and inserted into a plant transfor-
mation vector, pMON530, to obtain pMON536, as shown in
Figure 2. The 1.62 kb EcoRI-EcoRI fragment from
pMON9556 was then inserted into pMON536 to obtain
10   pMON546. Since pMON530 already contained a 35S
promoter from a cauliflower mosaic virus (CaMV) next
to the BglII site, this created a chimeric CaMV/EPSPS
gene in pMON546.

15        As shown in Figure 2, plasmid pMON546
contained (1) the CaMV/EPSPS gene; (2) a selectable
marker gene for kanamycin resistance (Kan$^R$); (3) a
nopaline synthase (NOS) gene as a scorable marker; and
(4) a right T-DNA border, which effectively caused the
20   entire plasmid to be treated as a "transfer DNA"
(T-DNA) region by A. tumefaciens cells. This plasmid
was inserted into A. tumefaciens cells which con-
tained a helper plasmid, pGV3111SE. The helper plasmid
encodes certain enzymes which are necessary to cause
25   DNA from pMON546 to be inserted into plant cell
chromosomes. It also contains a kanamycin resistance
gene which functions in bacteria.

A culture of A. tumefaciens containing
pMON546 and pGV3111SE was deposited with the American
30   Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213. If desired, either one of these
plasmids may be isolated from this culture of cells

-32-          07-21(323)A

using standard methodology. For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
Cells which become Spc/str$^R$, kan$^S$ will contain
5   pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111SE.

EXAMPLE 2: CREATION OF GLY$^R$ PLANT CELLS
A. Petunia Cells
          Leaf disks with diameters of 6 mm (1/4
10   inch) were taken from surface-sterilized petunia
leaves. They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces. They were then submerged in a
culture of A. tumefaciens cells containing both
15   pMON546 and GV3111SE which had been grown overnight
in Luria broth at 28°C, and shaken gently. The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described
20   in Horsch 1981. After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 ug/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.
          Control tissue was created using A.tumefa-
25   ciens cells containing the helper plasmid (pGV3111SE)
and a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPT2/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS
30   gene.
          Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control
plate containing no glyphosate. On media containing
35   0.1 M glyphosate, there was little detectable
difference between the control disks and the

0005129

-33-          07-21(323)A

transformed tissue.  At 0.25 mM glyphosate, there was
very little growth of callus from control disks, while
substantial growth of transformed tissue occurred.  At
0.5 mM glyphosate, there was no callus growth from the
control disks, while a significant number of calli
grew from the transformed disks.  This confirms that
the CaMV/EPSPS gene conferred glyphosate resistance
upon the transformed cells.

B. Tobacco Cells

Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above
with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111SE.  The cells transformed with the CaMV/EPSPS
gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not
contain that gene did not create any detectable callus
tissue.

REFERENCES

Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661
Amrhein, N. et al. (1980) Naturwissenschafter 67:
      356-357.
Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1:
      26-32.
Barinaga, M. R. et al. (1981) "Methods for the Transfer
      of DNA, RNA and Protein to Nitrocellulose and Diazo-
      tized Paper Solid Supports", pub. by Schleicher and
      Schuell Inc., Keene NH.
Bevan, M. et al. (1983) Nature 304: 184.
Broglie, R. et al. (1983) Bio/Technology 1: 55-61.
Comai, L. et al. (1983) Science 221: 370-371.

-34-                07-21(323)A

Davis, R.W. et al. (1980) <u>Advanced Bacterial Genetics</u>,
        Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) <u>Bot. Review 42</u>:
        389-466.

5  DePicker, A. et al. (1982) <u>J. Mol. Appl. Gen. 1</u>: 561.

Ditta, G. et al (1980) <u>Pro. Natl. Acad. Sci. Usa</u>
        <u>77</u>:7347

Fraley, R. T. et al. (1983) <u>Proc. Natl. Acad. Sci. USA</u>
        <u>80</u>: 4803.

10 Goldberg, R. B. et al., (1981) <u>Devel. Bio. 83</u>:
        201-217.

Hernalsteens, J. P. et al. (1985), <u>EMBO Journal 3</u>:
        3039-3041.

Herrera-Estrella, L. et al. (1983) <u>Nature 303</u>: 209

15 Hooykaas-Van Slogteren, G.M.S. et al. (1984)
        <u>Nature 311</u>: 763-764.

Horsch, R. B. and Jones, G.E. (1980) <u>In Vitro 16</u>:
        103-108.

Horsch, R. B. et al. (1985) <u>Science 227</u>: 1229-1231.

20 Hunkapiller, M.W. et al. (1983a) <u>Methods Enzymol. 91</u>:
        399-413.

Hunkapiller, M.W. et al. (1983b) <u>Methods Enzymol. 91</u>:
        486-493.

Huynh, T.V. et al, (1985) in <u>DNA Cloning Techniques</u>:
25      <u>A Practical Approach</u>, D. Glover
        (ed.), IRL Press, Oxford, England

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
            RNA using NA-45 DEAE Membrane." Schleicher and
            Schuell, Inc., Keene, NH.

30 Maniatis, T. et al. (1982) <u>Molecular Cloning: A</u>
        <u>Laboratory Manual</u>, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) <u>P.N.A.S. U.S.A.</u>
        <u>74</u>: 560-564.

Meagher, R. B. et al. (1977) <u>Virology 80</u>: 362-375.

35 Messing, J. et al. (1981). <u>Nucleic Res. 9</u>: 309-321.

Messing, J. and J. Vieira (1982), <u>Gene 19</u>: 69-276.

-35-                07-21(323)A

Mousdale, D. M. and Coggins, J. R. (1984) Planta 160:
      78-83.

Mousdale, D. M. and Coggins, J. R. (1985) Planta 163:
      241-294.

5   Rogers, S. G. et al. (1983) Appl. Envir. Microbio. 46:
      37-43.

Rubin, J. et al. (1982) Plant Phys. 70: 833-839.

Scherer, et al. (1981) Developmental Bio.86: 438-447.

Schimke, R. T., ed. (1982) Gene Amplification, Cold
10          Spring Harbor Labs.

Southern, E.M. (1975) J. Mol. Biol. 98: 503-517.

Stalker, D. M. et al. (1985) J. Biol. Chem. 260:
      4724-4728.

Steinrucken, H. and Amrhein, N. (1980)
15       Biochem. & Biophys. Res. Comm. 94: 1207-1212.

Vieira, J. et al. (1982), Gene 19: 259-268.

Steinrucken, H. et al. (1985) Arch. Biochem. Biophys.
      (in press).

Young, R. A. and R. W. Davis. (1983), Proc. Natl.
20          Acad. Sci., USA 80: 1194-1198.

-36-            07-21(323)A

WHAT IS CLAIMED:

1. A cloning or expression vector comprising a gene which encodes a polypeptide which, when expressed in a plant cell:

5  (a) contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell; and,

10  (b) confers a substantial degree of glyphosate resistance upon the plant cell.

2. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide is derived from an EPSPS gene contained in a plant chromosome.

15  3. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide or a portion thereof is removed from the polypeptide inside the plant cell.

4. A cloning or expression vector of Claim 20 1 which encodes an EPSPS polypeptide which naturally exists in plant cells.

5. A cloning or expression vector of Claim 1 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

25  6. A cloning or expression vector of Claim 1 wherein the coding sequence is coupled to a heterologous promoter which is stronger in plant cells than a natural EPSPS promoter.

7. A cloning or expression vector of Claim 6 30 wherein the gene comprises a heterologous promoter derived from the genome of a virus.

8. A cloning or expression vector of Claim 7 wherein the heterologous promoter is derived from a cauliflower mosaic virus.

35  9. A cloning or expression vector of Claim 8 wherein the heterologous promoter comprises the CaMV 35S promoter.

0005133

REDACTED VERSION – PUBLICLY FILED

-37-                07-21(323)A

10. A cloning or expression vector comprising a gene with the following components:

a. a promoter sequence derived from a CaMV35S promoter; and

5      b. a coding sequence derived from a plant chromosome which encodes an EPSPS polypeptide comprising a chloroplast transit polypeptide.

11. A plant transformation vector comprising:

a. a gene which encodes a polypeptide

10 which, when expressed in a plant cell contains a chloroplast transit peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of the plant cell into a chloroplast in the

15 plant cell; and,

b. at least one T-DNA border; and,

c. at least one selectable marker gene which functions in Agrobacterium tumefaciens cells.

12. A plant transformation vector of Claim

20 11 comprising a chimeric gene comprising a CaMV35S promoter coupled to a coding sequence replicated from an EPSPS gene contained in a naturally occurring plant chromosome.

13. A plant transformation vector of Claim

25 12 contained in a culture of cells having ATCC number 53213.

14. A chimeric gene comprising:

a. a coding sequence which encodes a polypeptide which contains a chloroplast transit

30 peptide which causes the polypeptide, or a portion thereof which has EPSPS enzymatic activity, to be transported from the cytoplasm of a plant cell into a chloroplast in the plant cell; and,

REDACTED VERSION – PUBLICLY FILED

-38-                07-21(323)A

b. a promoter sequence which is heterologous with respect to the coding sequence, and which is stronger than the promoter of an EPSPS gene that naturally exists in one or more types of plant

5    cells.

15. A chimeric gene of Claim 14 wherein the chloroplast transit peptide has substantially the sequence shown in Figure 3.

16. A chimeric gene of Claim 14 wherein the
10   promoter sequence is derived from the genome of a virus.

17. A chimeric gene of Claim 14 wherein the promoter sequence comprises the CaMV 35S promoter.

18. A chimeric gene of Claim 14 wherein the
15   coding sequence is obtained from an EPSP synthase gene which naturally exists in plant cells.

435/240        19. A plant cell which has been transformed by a plant transformation vector of Claim 11.

20. A plant cell which has been transformed
20   by a plant transformation vector of Claim 12.

21. A plant cell which contains and expresses a chimeric gene of Claim 12.

22. A plant cell of Claim 21 which is resistant to about 0.5 mM of a salt of glyphosate.

25        23. A plant cell which contains and expresses a chimeric gene of Claim 17.

24. A plant cell of Claim 23 which is resistant to about 0.5 mM of a salt of glyphosate.

25. A method of selecting genetically
30   transformed plant cells, comprising:

a. inserting into the plant cells a gene which encodes an EPSPS polypeptide comprising a chloroplast transit peptide and which confers a substantial degree of glyphosate resistance upon
35   the plant cells;

REDACTED VERSION – PUBLICLY FILED

-39-                    07-21(323)A

    b. culturing the plant cells in the presence of a selected concentration of glyphosate which kills essentially all untransformed cells while allowing growth of a substantial fraction of the transformed cells; and

5

    c. selecting therefrom said genetically transformed plant cells.

0005136

-40-        07-21-(323)A

## EXAMPLE 3

## Production of Gly$^R$ Soybean Plant Cells

Sterile hypocotyl pieces of Glycine
canescens, a type of soybean, were infected with the
5    A. tumefaciens strain containing the chimeric EPSPS
gene as described in Example 2.  Nurse culture plates
were made which contained a medium of 10% of the
normal level of MS salts (GIBCO), B5 vitamins,
3 g/l sucrose, 2 mg/l nahpthalene acetic acid, 1 mg/l
10   benzyladenine, and 0.5 mM arginine.  The pH was
adjusted to 5.7 and the nurse plates autoclaved.
The infected soybean hypocotyls were
incubated at 26°C for two days and transferred to a
similar medium (except that the MS salts were not
15   diluted) and additionally containing 50 mg/l
carbenicillin, 100 mg/l cefotaxime and 100 mg/l
kanamycin.  Under these conditions, only transformed
soybean callus was able to grow.
Control tissue was produced using
20   A. tumefaciens cells containing the helper Ti plasmid
pTiByS3-SE and a plant transformation vector
pMON200.  See Fraley et al, Biotechnology Vol. 3,
1985, described herein.  The co-integrate pTiB6S3-SE
contained a T-DNA region with a NOS/NPTII NOS
25   kanamycin resistance gene and a NOS scorable marker
gene identical to pMON200, but without the
CaMV/EPSPS/NOS gene.
After 14-17 days, soybean callus transformed
with either the vector alone (pMON200 plasmid)
30   or with the vector containing a chimeric EPSP
synthase gene was transferred to petri dishes
containing MS medium and 0, 0.5 mM or 1.0 mM
glyphosate.

REDACTED VERSION – PUBLICLY FILED

-41-        07-21-(323)A

Within 7-10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appaeared in all dishes containing no glyphosate.
On medium containing 0.5 mM glyphosate there was
5    little growth in the dishes containing control callus,
i.e., the callus contain the pMON200 vector alone, and
extensive growth in the dishes of the transformed
callus containing chimeric EPSPS gene described
hereinbefore in Figure 2.  At 1.0 mM glyphosate, there
10   was no callus growth from the control tissueishes, and
significant growth of the transformed callus.  This
confirms that the CaMV/EPSPS/NOS gene conferred
glyphosate resistance on the soybean cells.


EXAMPLE 4

Production of Gly$^R$ Petunia Plants

15

Transformed petunia plants were produced by
regeneration from the transformed leaf disks of
Example 2, by the procedure described in Horsch et al
1985.  The transformed plants obtained contained the
20   pMON546 vector, described hereinbefore, which
contains the CaMV 35S promoter fused to the wild-type
petunia EPSP synthase gene.
Four individual representative transgenic
seedlings were selected, grown and tested in the
25   testing procedure described below, along with four
individual non-transformed (wild-type) petunia
seedlings.
The plants were grown in a growth medium
in a growth chamber at 26°C with 12 hours of light per
30   day.  The plants were fertilized weekly with a soluble
fertilizer and watered as needed.  The plants were
sprayed at a uniform and reproducible delivery rate
herbicide by use of an automated track sprayer.


0005138

REDACTED VERSION – PUBLICLY FILED

-42-        07-21-(323)A

The glyphosate solution used was measured as pounds of glyphosate acid equivalents per acre, mixed as the glyphosate isopropylamine salt, with an ionic surfactant.

5        Four individual wild-type (non-transformed) petunia plants were selected for use as control plants.  Four individual transformed plants containing the pMON546 vector were selected by kanamycin resistance as described in Horsch et al 10    1985.

The control plants and the transformed plants were sprayed with the isopropylamine salt of glyphosate at the application level listed in Table 1 below; the experimental results obtained are 15    summarized in Table 1.

REDACTED VERSION – PUBLICLY FILED

-43-        07-21-(323)A

<u>Table 1</u>

<u>Plant Response to Glyphosate Spraying</u>

|  | <u>Plant Type</u> | <u>Glyphosate Dose</u> | <u>Visual Appearance</u> |
|---|---|---|---|
| 5 | Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| 10 | Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| 15 | Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and |
| 20 |  |  | started to flower |

-44-        07-21-(323)A

   As indicated in Table 1, the control plants
were killed when sprayed with 0.4 pounds/acre of
glyphosate.  In contrast, the petunia plants which
were transformed were healthy and viable after
5 spraying with 0.8 pounds/acre.  The transformed
plants are more resistant to glyphosate exposure than
the non-transformed control plants.

<u>EXAMPLE 5</u>

<u>Production of Gly$^R$ Tomato Plants</u>

10   Transformed tomato plants, VF36 variety
were produced from sterile seedlings as described
below.

   Sterile seedlings of VF36 tomato were grown
on water agar.  Hypocotyls and cotyledons were
15 excised and cultured for 2 days on MS medium
containing B5 vitamins, 30 g/l sucrose and 1 mg/l
benzyladenine and 0.1 mg/l indole acetic acid.  The
seedlings were then infected with the <u>A. tumefaciens</u>
vector containing the chimeric EPSPS gene described
20 in Example 2, by immersing for about 30 seconds in a
culture of <u>A. tumefaciens</u> containing the chimeric
EPSP synthase gene that had been diluted to $10^7$
bacteria/ml. Explants were obtained by cutting
sections from the seedlings. The explants were blotted
25 dry and incubated as described previously in Example 2
except that the medium contained only 10% of standard
concentration of MS salts.  After 2 days of
coculture, the explants were transferred to selective
medium containing 100 ug/ml kanamycin.  Transformed
30 tomato plants grew from the explants. Leaves
from these plants were tested for glyphosate
resistance using a leaf callus assay described below.

-45-        07-21-(323)A

Tomato leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSP synthase gene were incubated on callus medium described above containing 0.5 mM glyphosate.
5    After 10 days the control leaves were completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSP synthase gene vector produced callus. This demonstrates that the chimeric petunia EPSP synthase
10    gene confers glyphosate resistance to tomato plants.

<u>EXAMPLE 6</u>

<u>Production of Gly$^R$ Tobacco Plants</u>

Transformed tobacco plants (Samsuon variety) were produced and grown by the method described in
15    Example 4, substituting transformed tobacco leaf disks for transformed petunia leaf disks.

Tobacco plants were tested for glyphosate resistance using the method described for tomato plants in Example 5. Tobacco leaf fragments from
20    plants containing vector alone (pMON200) or the pMON546 chimeric E-PSP synthase gene were incubated on callus medium containing 0.5 mM glyphosate.

After 10 days the control tobacco leaves were completely inhibited and showed no signs of
25    callus gorwth; the leaves from plants transformed with the chimeric EPSP synthase that the chimeric petunia EPSPS synthase gene confers glyphosate resistance to tobacco plants.

0005142

REDACTED VERSION – PUBLICLY FILED

-46-                    07-21(323)A

## GLYPHOSATE-RESISTANT PLANT CELLS
### Abstract of the Disclosure

This invention involves a cloning or
expression vector comprising a gene which encodes an
5       enolpyruvyl shikimate phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell:

(a) contains a chloroplast transit peptide
which causes the polypeptide, or an enzymatically
active portion thereof, to be transported from the
10      cytoplasm of the plant cell into a chloroplast in the
plant cell, and

(b) confers a substantial degree of
glyphosate resistance upon the plant cell.
One such gene has been derived from an EPSPS gene
15      which naturally occurs in plant cells.

The EPSPS coding sequence may be ligated to
a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation
20      vectors, and subsequently into plant cells. Plant
cells transformed by such genes have been proven to
confer a substantial degree of glyphosate resistance
upon transformed plant cells.

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to:
Commissioner of Patents and Trademarks, Washington, D.C.
20231, on _Oct 26, 1985_

_James P. Mc Neil_      _Oct 26, 1985_
Attorney for Applicants          Date

Registration No. _26,204_

REDACTED VERSION – PUBLICLY FILED

41

REDACTED VERSION – PUBLICLY FILED

# Exhibit 41
# REDACTED

REDACTED VERSION – PUBLICLY FILED

42

REDACTED VERSION – PUBLICLY FILED

# Exhibit 42
# REDACTED