REDACTED VERSION – PUBLICLY FILED

**43**

REDACTED VERSION - PUBLICLY FILED



REGULAR UTILITY

Form PTO-436,
8/77

4940835

879814

PATENT NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 879,814 | 07/07/86 | 435 | | 189 | |

P. M. SHAH, CREVE COEUR, MO; STEPHEN G. ROGERS, CHESTERFIELD, MO; R A. HORSCH, ST. LOUIS, MO; ROBERT T. FRALEY, ST. LOUIS, MO.

CONTINUING DATA*********************
THIS APPLN IS A CIP OF  06/792,390 10/29/85 ABN
WHICH IS A CIP OF  06/763,482 08/07/85 ABN

*   N/PCT APPLICATIONS************

FOREIGN FILING LICENSE GRANTED 08/08/86

| | | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| | | | MO | 7 | 32 | 13 | $ 790.00 | 07-21(381)A |

Thomas P. McBride, Dennis R. Hoerner
Monsanto Company - BB4F
700 Chesterfield Village Parkway
St. Louis, Missouri  63198

GLYPHOSATE RESISTANT PLANTS

This is to certify that annexed hereto
is a true copy from the records of the
United States Patent and Trademark Office
of the File Wrapper and Contents of the
file identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*A. L. Jackson*

Certifying Officer

Date  SEP -7 1994

0005200

REDACTED VERSION – PUBLICLY FILED

-43-            07-21(381)A

EXAMPLE 8: Isolation of Mutant EPSPS gene from E. coli

Cells of E. coli ATCC 11303 were transferred to medium A and incubated at 37°C.

MEDIUM A

| | | |
|---|---|---|
| 5 | 10 X MOPS medium | 50 ml |
| | 50% glucose solution | 2 ml |
| | 100 mM aminomethyl phosphonate | 2 ml |
| | Thiamine (5mg/ml), pH 7.4 | 1 ml |
| | 100 mM Glyphosate (sodium salt) | 2 ml |
| 10 | Deionized water to | 500 ml |

10 X MOPS medium:

Per 500 ml

| | | |
|---|---|---|
| | 1 M MOPS (209.3g/l, pH 7.4) | 200 ml |
| | 1 M Tricine/89.6g/l, pH 7.4) | 20 ml |
| 15 | 0.01 M $FeSO_4$,$7H_2O$ (278.0l mg/100ml) | 5 ml |
| | 1.9 M $NH_4Cl$ (50.18g/500ml) | 25 ml |
| | .276 M $K_2SO_4$ (4.81g/100ml) | 5 ml |
| | 0.5 mM $CaCl_2$, $2H_2O$ (7.35mg/100ml) | 5 ml |
| | 0.528 M $MgCl_2$ (10.73g/100ml) | 5 ml |
| 20 | 5 M NaCl (292.2g/l) | 50 ml |
| | 0.5% L-Methionine (500mg/100ml) | 5 ml |
| | micronutrients* | 5 µl |

| | | |
|---|---|---|
| | * Micronutrients   in 25 ml $H_2O$ | |
| | $ZnSO_4$ (2.88mg/ml) | 25 µl |
| 25 | $MnCl_2$ (1.58mg/ml) | 250 µl |
| | $CuSO_4$ (1.6 mg/ml) | 25 µl |
| | $CoCl_2$ (7.14mg/ml) | 25 µl |
| | $H_3BO_3$ (2.47mg/ml) | 250 µl |
| | $NH_4MO_7O_{24}$ (3.71mg/ml) | 25 µl |

0005246

-44-           07-21(381)A

After a week, a culture was obtained which could grow
rapidly in the presence of high concentrations of
glyphosate in the growth medium (10 mM or higher).
Analysis of the EPSPS activity in the extracts of
this culture and comparison of its glyphosate
sensitivity with that of wild type E. coli revealed
that the mutant organism had an altered EPSPS.  The
glyphosate sensitivity of EPSPS of mutant cells was
significantly different from that of wild type.
This mutant bacterium was designated E. coli 11303 SM-1.
The aroA gene encoding EPSPS from this mutant bacterium
was isolated as follows.

        Isolation of aroA gene encoding EPSPS from
E. coli 11303 SM-1:  The DNA from this bacterium was
isolated (Marmur, J. (1961) J. Mol. Biol. 3:208-218).
Southern hybridization using E. coli K-12 aroA gene
(Rogers et al., 1983) as the probe established that the
aroA gene in the mutant bacterium was on a 3.5 Kb
BglII-HindIII fragment.  This fragment was cloned into
the vector pKC7 (Rao, R.N. & Rogers, S. G. (1979), Gene,
F. 7-9-82) and the resulting plasmid was used for trans-
formation of E. coli.  Transformed colonies were screened
for their ability to grow in these conditions and
were shown to contain the 3.5Kb BglII-HindIII insert
by hybridization with the E. coli K-12 aroA gene.  This
clone was designated pMON9538.  An NdeI-EcoRI fragment
of this insert which contains greater than 86% of the
aroA gene from the mutant bacterium was cloned into an
expression vector (pMON6012, a derivative of pMON6001
described below) generating a hybrid EPSPS coding
sequence carrying the E. coli K-12 aroA coding sequence
of E. coli K-12 and 11303 SM-1.  This clone was
designated pMON9540.  The EPSPS produced by this
hybrid aroA gene retained its glyphosate tolerance,

REDACTED VERSION – PUBLICLY FILED

-45-          07-21(381)A

suggesting that the mutation conferring glyphosate
tolerance to EPSPS in 11303 SM-1 was localized within
amino acids 53-427.  The E. coli mutant EPSPS gene was
incorporated into plant transformation vector with
5   and without a chloroplast transit peptide in the
following manner.

Plasmid pMON6001 is a derivative of pBR327
(Soberon et al., 1980) carrying the E. coli K12 EPSPS
coding sequence expressed from two tandem copies of
10  a synthetic phage lambda pL promoter.  Plasmid
pMON6001 was constructed in the following manner.  First,
pMON4 (Rogers et al., 1983) was digested with ClaI and
the 2.5 kb fragment was inserted into a pBR327 that has
also been cleaved with ClaI.  The resulting plasmid,
15  pMON8, contains the EPSPS coding sequence reading
in the same direction as the beta-lactamase gene of
pBR327.

To construct pMON25, a derivative of pMON8 with
unique restriction endonuclease sites located adjacent to
20  the E. coli EPSPS coding sequence, the following steps
were taken.  A deletion derivative of pMON4 was made by
cleavage with BstEII and religation.  The resultant
plasmid, pMON7 lacks the 2 kb BstEII fragment of pMON4.
Next, a 150 bp HinfI to NdeI fragment which encodes the
25  5' end of the EPSPS open reading was isolated after
digestion of pMON7 with NdeI and HinfI and electroel-
tution following electrophoretic separation on an
acrylamide gel.  This piece was added to the purified
4.5 kb BamHI-NdeI fragment of pMON8 which contains
30  the 3' portion of the EPSPS coding sequence and a
synthetic linker with the sequence:

          5'-GATCCAGATCTGTTGTAAGGAGTCTAGACCATGG
              GTCTAGACAACATTCCTCAGATCTGGTACCTTA

T 0460X

REDACTED VERSION – PUBLICLY FILED

-46-          07-21(381)A

The resulting plasmid pMON25 contains the EPSPS coding
sequence preceded by unique BamHI and BglII sites, a
synthetic ribosome binding site, and unique XbaI and
NcoI sites the latter of which contains the ATG trans-
5     lational initiator signal of the coding sequence.
      To construct pMON6001, pMON25 was digested
with BamHI and mixed with a synthetic DNA fragment
containing a partial phage lambda pL sequence (Adams
and Galluppi, 1986) containing BamHI sticky ends:

10    5'-GATCCTATCTCTGGCGGTGTTGACATAAATACCACTGGCGGTGATACTGAGCACATCG
      GATAGAGACCGCCACAACTGTATTTATGGTGACCGGCCACTATGACTCGTGTAGCCTAG

The resulting plasmid pMON6001 carries two copies of the
synthetic phage lambda pL promoter fragments as direct
repeats in the BamHI site of pMON25 in the correct
15    orientation to promote transcription of the EPSPS coding
sequence.  The BglII-HindIII fragment from pMON6001
which contains the E. coli K-12 aroA gene was inserted
into a pEMBL18+ vector and a EcoRI site was inserted
at aa27 by site directed mutagenesis.  This clone
20    with the new EcoRI site was called pMON6530.  The
NdeI-BglII fragment (which includes the new EcoRI site)
from pMON6530 was cloned into the NdeI-BglII digested
pMON9540 to give pMON6531.
      Plasmid pMON6012 is a simple derivative of
25    pMON6001 created by cleavage of pMON6001 and EcoRI,
treatment with large Klenow fragment of E. coli
DNA polymerase and ligation.  This gave rise to
pMON6010 which contains no EcoRI cleavage site.
Plamid pMON6012 was then created by digestion of
30    pMON6010 with PvuII and insertion of a synthetic
EcoRI linker:

                5'-CCGGAATTCCGG
                   GGCCTTAAGGCC

                    0005249

REDACTED VERSION – PUBLICLY FILED

-47-                07-21(381)A

into the unique PvuII site near the end of the EPSPS
coding sequence.

5    The 330bp EcoRI fragment of pMON9531 (was
cloned into M13 mp9 creating a new plasmid M8017.
Site directed mutagenesis was performed to introduce a
BglII site in the leader sequence just 5' of the
chloroplast transit peptide using the mutagenesis
primer

    5'-CCATTCTTGAAAGATCTAAAGATTGAGGA

10   The mutagenized clone obtained is designated M13 M8020.
The BglII-EcoRI fragment was cloned into BglII-EcoRI
digested pMON530 creating pMON536. pMON530 is a
pMON505 derivative (Horsch & Klee, 1985) carrying
the 35S-NOS cassette created by transferring the 2.3 kb
15   StuI-HindIII fragment of pMON316 into pMON526. Plasmid
pMON526 is a simple derivative of pMON505 in which the
SmaI site was removed by digestion with XmaI, treatment
with Klenow polymerase and ligation. The resultant
plasmid, pMON530 (Fig. 2) retains the properties of
20   pMON505 and the 35S-NOS expression cassette now con-
tains a unique cleavage site for SmaI between the
promoter and polyadenylation signals. The EcoRI
fragment containing the aroA gene from pMON6031
was cloned into the EcoRI site of pMON536 creating
25   pMON542.

    The BglII-EcoRI fragment of pMON9540 which
encodes the hybrid K12-SM1 EPSPS without the CTP was
cloned into the BglII and EcoRI sites of pMON530 to
create pMON8078.

30   Transformation of tobacco cells using pMON542
(construct with CTP) as previously described in Example 3
resulted in glyphosate resistance. Conversely, transfor-
mation of tobacco with pMON8078 (construct without CTP)
failed to confer glyphosate resistance.

0005250

REDACTED VERSION – PUBLICLY FILED

44

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF | ) |
| | ) |
| DILIP M. SHAH, ET AL. | ) GROUP ART UNIT: 124 |
| | ) |
| SERIAL NO.: 879,814 | ) EXAMINER: Murray Spruill |
| | ) |
| FILED: July 7, 1986 | ) January 21, 1988 |
| | ) |
| TITLE: GLYPHOSATE-RESISTANT | ) |
| PLANTS | ) |

RECEIVED

FEB 11 1988

GROUP 120

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D. C., 20231 on *Jan 21, 1988*
Dennis R. Hoerner, Jr.
Registration No. 30,914

_____ Date 1/21/88

AMENDMENT "A"

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

This amendment is in response to the Official Action
mailed August 21, 1987 setting a shortened statutory period
for response to expire November 21, 1987.  This paper is
deemed timely filed by virtue of the provisions of
37 C.F.R. 1.8 and a request for a two month extension of
time under 37 C.F.R. 1.136(a) submitted herewith with the
requisite fee.

In response to the Official Action please amend the
above-identified application as follows:

P 30013  02/08/88  879814          13-4125  030  103      324.00CH

0005314

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

IN THE CLAIMS

Cancel Claims 1-32 without prejudice.

Add the following new Claims 33-91:

33. A chimeric plant gene which comprises:

   (a) a promoter sequence which functions in plant cells;

   (b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and

   (c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA;

the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

34. A chimeric gene of Claim 33 in which the promoter sequence is a plant virus promoter sequence.

35. A chimeric gene of Claim 34 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

36. A chimeric gene of Claim 35 in which the promoter sequence is the CaMV35S promoter sequence.

37. A chimeric gene of Claim 33 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

38. A chimeric gene of Claim 33 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

39. A chimeric gene of Claim 33 in which the chloroplast transit peptide is from a plant EPSPS gene.

40. A cloning or expression vector comprising a chimeric plant gene of Claim 33.

41. A cloning or expression vector of Claim 40 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

42. A cloning or expression vector of Claim 41 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

43. A cloning or expression vector of Claim 42 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

44. A cloning or expression vector of Claim 43 in which the promoter sequence is the CaMV35S promoter sequence.

45. A cloning or expression vector of Claim 40 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

46. A cloning or expression vector of Claim 40 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

0005316

07-21(381)A

47. A plant transformation vector which comprises a chimeric gene of Claim 33.

48. A plant transformation vector of Claim 47 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

49. A plant transformation vector of Claim 47 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

50. A plant transformation vector of Claim 49 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

51. A plant transformation vector of Claim 50 in which the promoter sequence is the CaMV35S promoter sequence.

52. A plant transformation vector of Claim 47 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

53. A plant transformation vector of Claim 47 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

54. A glyphosate-resistant plant cell comprising a chimeric plant gene of Claim 33.

55. A glyphosate-resistant plant cell of Claim 54 in which the promoter sequence is a plant virus promoter sequence.

56. A glyphosate-resistant plant cell of Claim 55 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

0005317

-4-

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

57. A glyphosate-resistant plant cell of Claim 56 in which the promoter sequence is the CaMV35S promoter sequence.

58. A glyphosate-resistant plant cell of Claim 54 in which the coding sequence encodes a mutant 5-enolpyruvylshi-kimate-3-phosphate synthase.

59. A glyphosate-resistant plant cell of Claim 54 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

60. A glyphosate-resistant plant cell of Claim 54 in which the chloroplast transit peptide is from a plant EPSPS gene.

61. A glyphosate-resistant plant which has been regenerated from a glyphosate-resistant plant cell transformed with a Agrobacterium transformation vector comprising the chimeric plant gene of Claim 39.

62. A glyphosate-resistant plant of Claim 61 in which the promoter sequence is a plant virus promoter sequence.

63. A glyphosate-resistant plant of Claim 62 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

64. A glyphosate-resistant plant of Claim 63 in which the promoter sequence is the CaMV35S promoter sequence.

65. A glyphosate-resistant plant of Claim 61 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

0005318

07-21(381)A

66. A glyphosate-resistant plant of Claim 64 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

67. A glyphosate-resistant plant cell of Claim 64 in which the chloroplast transit peptide is from a plant EPSPS gene.

68. A method for producing a glyphosate-resistant plant which comprises

    (a)  transforming plant cells using an *Agrobacterium* transformation vector comprising a chimeric plant gene of Claim 33; and

    (b)  regenerating glyphosate-resistant plants from said transformed plant cells.

69. A method of Claim 68 in which the chimeric plant gene comprises a plant virus promoter sequence.

70. A method of Claim 69 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

71. A method of Claim 70 in which the promoter sequence is the CaMV35S promoter sequence.

72. A method of Claim 68 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvyl-shikimate-3-phosphate synthase.

73. A method of Claim 68 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

0005319

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

74. A method of Claim 68 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

75. A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of Claim 27.

76. A method of Claim 75 in which the chimeric gene comprises a promoter sequence from a plant virus.

77. A method of Claim 76 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

78. A method of Claim 77 in which the promoter sequence is the CaMV35S promoter sequence.

79. A method of Claim 75 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvyl-shikimate-3-phosphate synthase.

80. A method of Claim 75 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

81. A method of Claim 75 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

82. A glyphosate-resistant tomato cell of Claim 54.

83. A glyphosate-resistant tobacco cell of Claim 54.

84. A glyphosate-resistant oil seed rape cell of Claim 54.

85. A glyphosate-resistant flax cell of Claim 54.

86. A glyphosate-resistant soybean cell of Claim 54.

0005320

-77

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

87. A glyphosate-resistant sunflower cell of Claim 54.

88. A glyphosate-resistant sugar beet cell of Claim 54.

89. A glyphosate-resistant alfalfa cell of Claim 54.

90. A glyphosate-resistant cotton cell of Claim 54.

91. Plasmid pMON546, ATCC accession number 53213.

---

## REMARKS

Applicants' attorney appreciated the courtesy extended by Examiners Spruill and Tarcza during the interview on January 4. The discussion during the interview was helpful in clarifying the basis of the rejections. Claims 1-32 have been cancelled and new Claims 33-91 submitted for consideration by the Examiner. It is believed that Claims 33-91 are depositive of the concerns expressed by the Examiner and are allowable in their present form. Reconsideration of the Examiner's rejections in the Official Action is therefore requested in view of the above amendments and following remarks.

### REJECTIONS UNDER 35 U.S.C. 101

Claims 1-21 are provisionally rejected under 35 U.S.C. 101 as claiming the same invention as that of either co-pending application Serial Numbers 763,482 or 792,390. These two previously filed applications are being abandoned in favor of the present application. Copies of the Express Abandonment documents are attached. Hence, withdrawal of the above rejection is requested.

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

## REJECTIONS UNDER 35 U.S.C. 102(e)

Claims 1-21 are provisionally rejected under 35 U.S.C. 102(e) as being anticipated by either co-pending application Serial Numbers 763,482 or 792,390. As discussed with the Examiner in a telephone interview, the inventive entities are the same in all three pending applications. Therefore, a rejection under 35 U.S.C. 102(e) is not appropriate. In any event, the previously filed applications are being abandoned. Withdrawal of the rejection under 35 U.S.C. 102(e) is requested.

## LIST OF PRIOR ART CITED BY APPLICANT

The list of references contained in the present specification are primarily provided for the convenience of the reader as well as for completeness in the description of how to make and use the claimed invention. Attached to this amendment is a list of prior art references (completed form PTO-1449) which Applicants believe are material to the patentability of the subject claims and are not yet of record. Applicants request these references (PTO-1449) be made of record in addition to those already relied upon by the Examiner. The relevance of each of these references is discussed in this response. Copies of the references are included for the convenience of the Examiner.

## REJECTION UNDER 35 U.S.C. 112, FIRST PARAGRAPH

The specification is objected to and Claims 1-32 stand rejected under 35 U.S.C. 112, first paragraph. The Examiner states that the specification is defective because it is not clear that the deposit meets all the criteria set

0005322

-9-

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

forth in MPEP 608.01 (p)C.  Although Applicants maintain
that the instant specification is enabling even in the
absence of the instant deposit, Applicants also recognize
that the deposited material pMON546SE (ATCC 53213) contains
the petunia EPSPS gene which may be used to isolate other
EPSPS genes in the manner taught and demonstrated in the
specification thereby reducing the amount of work necessary
to make and use the claimed invention.

As discussed during the interview of January 4, it is
now the policy of the PTO, as announced by Mr. Charles van
Horn, to permit a principal attorney of record to provide
the assurances enumerated by the Examiner.

Hence, the undersigned attorney represents that (a)
during the pendency of the application, access to the inven-
tion will be afforded to the Commissioner upon request;
(b) that all restrictions upon availability to the public
will be irrevocably removed upon the grant of a U.S. patent;
and (c) that the deposit will be maintained in a public
depository for a period of 30 years or 5 years after the
last request or for the effective life of a U.S. patent
issued on this application, whichever is longer.  A copy of
the deposit contract with the ATCC is provided for entry
into the file wrapper.  As noted on the ATCC contract deposit
was made August 2, 1985, prior to the priority date of the
instant application, and the viability of the deposited
cultures confirmed on September 8, 1986.  Hence, withdrawal
of this rejection under 35 U.S.C. 112, first paragraph is
solicited.

0005323

-10-

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

Claim 6 stands rejected under 35 U.S.C. 112, first paragraph. The rejection states that the disclosure is enabling only for claims limited to CaMV promoters. Applicants respectfully traverse the above rejection in view of the following remarks.

As discussed during the interview, it is well established that the function of plant promoters is independent of the plant gene in which they are found. That is for example, a nopaline synthase promoter would drive a heterologous coding sequence (e.g. CTP/EPSPS coding sequence) in addition to the natural nopaline synthase coding sequence. It is equally well established that as of the earliest priority date (8/7/85) of the present application plant molecular biology had progressed to a state wherein it was within the skill of the art to isolate plant promoters and integrate the promoter into a functional chimeric plant gene construct.

Claim 33 describes one aspect of the present invention; that is, a chimeric gene which expresses a CTP/EPSPS fusion polypeptide. As discussed at the interview, the claim has been written to functionally describe the requirements of a suitable plant promoter. In the broadest sense, a suitable promoter will be any promoter that functions in plants since this promoter would drive the chimeric gene, produce more EPSPS and as a result make the plant cell more resistant to glyphosate herbicide. In some cases one may need more elevated constitutive expression or possibly tissue specific expression.

0005324

-11-

07-21(381)A

The exact level of expression of the chimeric gene will depend on how sensitive the untransformed crop plant is to glyphosate, the sensitivity of the weeds one wishes to control in the presence of the transformed glyphosate-resistant plant as well as the sensitivity of the EPSPS encoded by the chimeric gene.  It is submitted that the selection of a promoter is straightforward since all that is required is routine optimization of variables which those skilled in the art, with the guidance provided by the specification, could achieve without undue experimentation.

Claims 22-30 are rejected under 35 U.S.C. 112, first paragraph.  Claims 22-30 describe methods for producing glyphosate-resistant plants and glyphosate-resistant plants per se.  The rejection is based on the conclusion that gene transfer via *Agrobacterium* and subsequent plant regeneration has not been demonstrated to be reliable in all plant species.

Newly submitted Claims 61-67 and 68-74 are directed toward glyphosate-resistant plants and methods for producing such plants, respectively.  In each instance the transformation means is limited to *Agrobacterium* mediated transformation.  It is well documented that plants susceptible to gene transfer via *Agrobacterium* are also capable of regeneration using conventional explants.  Claims 54-60 and 75-91 are directed toward glyphosate-resistant plant cells and methods for producing such plant cells, respectively.  Although, *Agrobacterium* transformation is more efficient in plant species susceptible to such transformation, other means described in the specification such as free DNA delivery are effective for plant cells not susceptible to *Agrobacterium*

0005325

-12-

07-21(381)A

transformation. Hence, no limitation as to the means of
transformation is necessary in these claims. Withdrawal of
the above rejection is requested.

### REJECTION UNDER 35 U.S.C. 112, SECOND PARAGRAPH

Claims 2, 6-8, 10, 11, 14-16, 31 and 32 are rejected
under 35 U.S.C. 112, second paragraph as being indefinite
for failing to particularly point out and distinctly claim
what the subject matter which Applicants regard as the
invention.

The newly submitted claims are devoid of such language
as "derived from", "an EPSPS gene ... chromosome" and "DNA
containing ... or fragment thereof". Furthermore, the sub-
ject matter of Claim 31 and 32 has been withdrawn reserving
the right to pursue such subject matter in a divisional
application.

It is respectfully submitted that the pending claims
are not vague or indefinite. Indeed, they define the
invention with the requisite particularity and definiteness
to enable those skilled in the art to determine the scope
of the claimed invention.

### REJECTION UNDER 35 U.S.C. 102(b)/103

Claims 17-21 are rejected under 35 U.S.C. 102(b) as
being anticipated by Amrhein et al. or Nafziger et al. or,
in the alternative as being obvious over these references.
This rejection is traversed in view of the following remarks.

0005326

07-21(381)A

Claims 54-60 correspond to original Claims 17-21. Claims 54-60 embrace glyphosate-resistant plant cell which contain a chimeric gene of Claim 33. Inasmuch as the instant plant cell claims have the inherent limitation that they contain a chimeric gene wherein the promoter and CTP/EPSPS coding sequences are from different sources they can not be anticipated by the mutant cells of Amrhein or Nafziger et al. since there is no disclosure that would suggest that the glyphosate resistance is imparted by such a chimeric gene as taught and claimed herein.

Moreover, the Nafzinger et al. reference discloses that in addition to elevated EPSPS activity in the adapted cells there were also increased levels of free amino acids. The authors conclude that the elevated levels of aromatic amino acids, which may confer resistance, suggest that control of the shikimate pathway may be altered in adapted cells. The work of Amrhein et al. discloses that in the glyphosate adapted cells of *Corydalis sempervirens* other protein levels are elevated in addition to EPSPS levels (Smart et al., J. of Biol. Chem. (1985) 260, 30, pp. 16338-16346). It is submitted that the cumulative teaching of the above references is that the observed glyphosate resistance is the result of a complex alteration in the aromatic acid pathway and certainly does not suggest that glyphosate resistance may be imparted by only introducing the chimeric gene of the present invention. Withdrawal of this rejection is therefore requested.

0005327

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

<u>REJECTION UNDER 35 U.S.C. 103</u>

Claims 1, 2 and 9 are rejected under 35 U.S.C. 103 as being unpatentable over Comai in view of Van den Broeck. The rejection is traversed in view of the following remarks.

Comai discloses a mutant bacterial aroA gene which is tolerant to glyphosate. Comai suggests, but does not demonstrate, that expression of this gene in plants under the necessary regulatory signals would impart glyphosate resistance.

Van den Broeck discloses that a gene product (neomycin phosphotransferase) may be imported into the chloroplast by using an N-terminal chloroplast transit peptide fusion with the protein. The rejection then states:

> "... as the DNA sequence for glyphosate resistance EPSPS was known, and had been specified for use in plants, and a method, via TDNA, for transformation of a plant cell with a chimaeric gene and transport of the fusion peptide into chloroplasts had been demonstrated, it would have been obvious to the ordinary artisan to form a fusion protein with a transit peptide and the EPSPS gene to confer glyphosate resistance on plant cells."

Applicants submit that the above rejection is improper for the following reasons.

Prior to the present invention it was unknown whether the concept of over expression of EPSPS or that expression of a glyphosate-resistant mutant EPSPS would impart enhanced glyphosate tolerance since glyphosate herbicide was reported to have targets other than EPSPS, see for example Lee, T.T., <u>J. Plant Growth Regul.</u> (1982) 1:37-48. Indeed, it has been reported that three sensitive targets of glyphosate action exist: cytosolic EPSPS, plastidic EPSPS and the cytosolic

0005328

-15-

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

DAHP synthase-Co.  The author goes on to caution that a
scenario in which glyphosate-resistant plants are produced
by cloning a tolerant EPSPS into a crop plant may be over-
simplistic.  The author concludes that successful introduction
of glyphosate-resistant genes into plants by genetic engi-
neering may well need to take into consideration the
existence of more than a single glyphosate target in more
than one subcellular location (see Jensen, R. A., Physiol.
Plant. (1985) 66:164-168 as well as Rubin et al. Plant
Physiol. (1982) 70, 833-839; Cole et al., Weed Research
(1983) 23, 173-183; and Rubin et al., Plant Physiol. (1984)
75, 839-845).

Furthermore, since enzymatic activity for the shiki-
mate pathway enzymes had been reported to be both in the
cytoplasm and in the chloroplast it was not known whether the
EPSPS was encoded by a nuclear gene or a cytoplasmic gene;
see for example Mousdale et al. Planta (1985) 163:241-249,
'dAmato, T. A. et al. Planta (1984) 162:104-108, Rothe, G. M.
et al. Planta (1983) 157:358-366, Jensen, R. A. Physiol.
Plant (1985) 66:164-168, Singh, B. K., et al. (1985) Arch. of
Biochem. & Bioph. 243:2 pp. 374-384, and Saijo et al. Agric.
Biol. Chem. (1979) 43, (7), pp. 1427-1432.  If the EPSPS gene
had been found to be of chloroplastic origin, how would one
transform a plant with such a gene?  Fortunately, this was
not the case.  After determining that the natural EPSPS gene
was of nuclear origin and contained a chloroplast transit
peptide, it was still uncertain whether overproduction of
the EPSPS would impart glyphosate tolerance.  The small sub-

0005329

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

unit of ribulose 1,5-bisphosphate carboxylase was reported
to be degraded when imported into the chloroplast in the
absence of sufficient amounts of chloroplast synthesized
large subunit (see Schmidt et al. P.N.A.S. USA (1983) 80,
2632-2636).

Returning again to the statement in support of the
rejection, if it were obvious to target the EPSPS to the
chloroplast, why did Comai et al. not do it?  See Stalker et
al., J. Biol. Chem. (1985) 260:8:pp 4724-4728 and Science
(1986) 231:1360-1361.

In November of 1984, Calgene's Director of Research,
suggested that it may be necessary to express the bacterial
EPSPS gene in the chloroplast as well as the cytoplasm.
Thereby again supporting the need for cytoplasmic expression.
See Biotechnology (1984) November pp 944.  (Calgene, Inc. is
the assignee of USP 4,535,060 issued to Comai.)

The present inventors found that it is possible to
direct the cloned EPSPS to the chloroplast and that by doing
so a better means of glyphosate tolerance results.  Futher-
more, the present inventors found that cytoplasmic expression
of the EPSPS gene was not necessary.  Example 8 of the
application (pp. 43-47) details the comparison between
cytoplasmic expression and chloroplastic targeted expression
of EPSPS and supports the superior results obtained using
the chimeric gene of the present invention.  Visual represen-
tation (photographs) of this comparison were shown to the
Examiner during the interview of January 4.

0005330

-17-

07-21(381)A

Recently it has been reported (Genetic Engineering News, November 1987) that scientists at Calgene have followed the teachings of the instant application. In describing the work of Comai et al. relating to non-targeted EPSPS expression the author states:

> "...Although these results were successful as far as getting the gene into a plant and securing its expression (the gene was also transmitted through seed), regenerated plants showed only partial herbicide tolerance when exposed to herbicide levels characteristic of normal use. Viable commercial tolerance was not achieved, and thus the model failed ..."

The author further stated:

> "In a refinement of their first model, Calgene scientist prepared a construction in which the mutant AroA gene was ligated to a plant leader sequence (plant DNA encoding a signal sequence which, in this case, would direct transport of the protein into chloroplasts). This construction was successful, directing localization of the bacterial enzyme to the chloroplasts where it produced a level of glyphosate tolerance suitable for a commercial model."

It is respectfully submitted that the present invention as claimed is nonobvious over the art of record. Moreover, assuming for arguments' sake that chloroplast directed EPSPS expression was "obvious to try" one could not conclude that the observed superior tolerance would be expected.

It is submitted that Comai and Van den Broeck is an improper combination of references which can only be justified with the knowledge of the instant inventors' work. Withdrawal of the above rejection is deemed proper and is earnestly solicited.

0005331

-18-

ILED

07-21(381)A

REJECTION UNDER 35 U.S.C. 103 – SECONDARY REFERENCES

As discussed during the interview of January 4, the secondary references do not render any of the pending claims obvious, alone or in combination with the primary references. Indeed, it is clear that these references do not provide the inadequacies of the primary references. Specifically, the secondary references fail to provide the requisite linkage between the primary references since they do not teach the observed outcome (superior tolerance) as the concatenate result of chloroplast targeted EPSPS expression. Indeed, the secondary references alone or in combination fail to remove the uncertainties of the art as a whole (at the time of the invention) as to whether EPSPS expression at any location in the cell would result in glyphosate resistance.

Claims 5-7 and 12 are rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck as applied to Claims 1, 2 and 9 above and further in view of Koziel et al. Applicants traverse for the following reasons.

Applicants agree that the use of the CaMV promoters as plant gene promoters is known. However, as stated above it was not known that the EPSPS gene was chloroplast directed and furthermore in the absence of the Applicants' showing of improved results there would be no incentive to combine the teachings of the above references and make the cloning or expression vectors (now embraced in Claims 40-46). Withdrawal of this rejection is therefore requested.

Claims 22-30 are rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck in view of Koziel et al. and further in view of DeBlock. Applicants

0005332

-19-

07-21(381)A

traverse this rejection in view of the following remarks.
The secondary reference by Koziel and DeBlock can not make
up the deficiencies of the primary references.  In view of
the arguments provided above, it is respectfully submitted
that the above rejection is improper since there is no
incentive to transform plant cells with the chimeric gene of
the present invention in face of all the uncertainties
described earlier.  Withdrawal of the rejection is requested.

Claim 8 is rejected under 35 U.S.C. 103 as being
unpatentable over Comai and Van den Broeck in view of Koziel
and Guilley et al.  The Guilley et al. reference does not
disclose the deficiencies of the primary reference as
discussed above.  Hence, the rejection is not proper and
should be withdrawn for the above reasons.

Claims 3, 4, 31 and 32 are rejected under
35 U.S.C. 103 as being unpatentable over Comai and Van den
Broeck as applied above and further in view of Amrhein et al.
and Mazur et al.  The inadequacies of the primary references
are discussed above.  Also noted above is the fact that all
that can be concluded from the Amrhein reference in light of
Natzinger is that in both cases glyphosate resistance of the
adapted cells was accompanied by increased EPSPS activity.
That is not to demonstrate that the overproduction of EPSPS
would produce glyphosate resistance for the reasons discussed
above (Jensen, (1985) supra).  Hence, in view of all the
uncertainties there is no clear incentive to do what the
inventors have done.  Having withdrawn the subject matter of
original Claims 31 and 32, withdrawal of the above rejection
is proper and earnestly solicited.

0005333

-20-

REDACTED VERSION – PUBLICLY FILED

07-21(381)A

Claims 10, 11, 13 and 18-21 are rejected under 35 U.S.C. 103 as being unpatentable over Comai and Van den Broeck in view of Amrhein et al. and Mazur and further in view of Koziel and Guilley et al. The shortcomings and uncertainties surrounding the Comai, Van den Broeck and Amrhein references have been previously discussed. It is respectfully submitted that in face of these uncertainties it was nonobvious and quite unexpected that expression of the chimeric gene (Claims 33-39) in plant cells (54-60) would yield such improved resistance as compared with the cytoplasmic expression suggested by Comai. Withdrawal of this rejection is requested.

In summary, it is submitted that glyphosate resistance in plant cells and plants via expression of a chimeric gene which expresses a CTP/EPSPS polypeptide is clearly patentable over the art of record. Claims 33-91 as now submitted are believed to meet the requirements of Title 35 U.S.C. and allowance of these claims is respectfully solicited. Applicants acknowledge the need to submit formal drawings and will do so upon allowance of pending claims.

If the Examiner believes a telephonic interview would facilitate prompt allowance of the pending claims, he is encouraged to call the undersigned attorney at (314) 537-6099.

Respectfully submitted,

Dennis R. Hoerner, Jr.
Attorney for Applicants
Registration No. 30,914

Monsanto Company
700 Chesterfield Village Parkway
St. Louis, Missouri 63198
(314) 537-6099

0005334

-21-

REDACTED VERSION – PUBLICLY FILED

### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on January 11, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on January 19, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*