IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and MONSANTO )
TECHNOLOGY LLC,              )
                             )
         Plaintiffs,         )
                             )
    v.                       ) Civ. No. 04-305-SLR
                             )
SYNGENTA SEEDS, INC. and     )
SYNGENTA BIOTECHNOLOGY, INC.,)
                             )
         Defendants.         )

**O R D E R**

At Wilmington this 23d day of January, 2006, having conferred with counsel and having reviewed the transcripts from the September, November, December and January discovery conferences;

IT IS ORDERED that Monsanto's request for further document production relating to the FFYBES project is granted, to the following extent. The relevance of these documents relates to the transgenic seed market and Syngenta's efforts to compete in that market. Therefore, on or before **February 3, 2006,** Syngenta shall produce (to the extent it has not already done so) all documents (including emails) that refer or relate to the FFYBES project in the context of the transgenic seed market.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge