# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 04-305-SLR |
| v. | ) (Consolidated) |
| | ) |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## MONSANTO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") respectfully move this Court for an Order compelling production of documents. The grounds for this motion are more fully set forth in Monsanto's Opening Brief in Support of Motion to Compel Production of Documents filed contemporaneously herewith.

Respectfully submitted,

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
Scott Flick
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

Dated: January 25, 2006

716906

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 25, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on January 25, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY  10022-6069 | Garrett & Dunner, L.L.P. |
| rschwed@shearman.com | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |
| | michael.flibbert@finnegan.com |
| | don.burley@finnegan.com |
| | howard.levine@finnegan.com |

　　　　　　　　　　　　　　　　 /s/ David E. Moore
　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　dmoore@potteranderson.com

700765