THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYNGENTA SEEDS, INC.,

        Plaintiff,

       v.

MONSANTO COMPANY, *et al*,

        Defendants.

C.A. No. 04-305-SLR
(Consolidated)

## NOTICE OF SUBPOENA DUCES TECUM

TO:   John W. Shaw
       Karen E. Keller
       Young Conaway Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Defendants Monsanto Company and Monsanto Technology, by their counsel,

have issued  subpoenas duces tecum with accompanying schedules of documents requests

(attached hereto as Exhibits1-21), which have been or will be served, on the third parties

listed below.

The subpoenas command each third party to produce documents and things,

pursuant to Rule 45, Fed. R. Civ. P., concerning the categories identified in Schedule A

attached to each subpoena.  The document production will take place within 30 days of

service of the subpoenas, at the offices of Howrey LLP, 1299 Pennsylvania Ave. NW,

Washington, DC 20004, or at such alternative date, time, and place as may be mutually

agreed upon by counsel.

The subpoenaed parties are:

| | |
|---|---|
| Bayside Seeds LLC<br>259 Bowker Rd.<br>Munger, MI 48747<br>Ex. 1 | Caliber Seed Seed Co.<br>67755 205th Street<br>Darwin, MN 55324<br>Ex. 2 |
| Midstate Genetics Inc.<br>1372 Heritage Ave. NW<br>Hutchinson, MN 55350<br>Ex. 3 | Miller Hybrids, Inc.<br>2858 470th St. SW<br>Iowa City, IA 52240<br>Ex. 4 |
| MSN MidWest Seed Network<br>PO Box 128<br>Bloomfield, NE 68718<br>Ex. 5 | AgReliant Genetics LLC<br>1122 E. 169th Street<br>Westfield, IN 46074<br>Ex. 6 |
| Fielder's Choice<br>306 N. Main Street<br>PO Box 898<br>Monticello, IN 47960<br>Ex. 7 | Beck's Superior Hybrids, Inc.<br>6767 East 276th Street<br>Atlanta, IN 46031<br>Ex. 8 |
| Agventure, Inc.<br>P.O. Box 29<br>Kentland, IN 47951<br>Ex. 9 | Producers Hybrids<br>P.O. Box C<br>Battle Creek, NE 67815<br>Ex. 10 |
| Hoegemeyer Hybrids, Inc.<br>175 Hoegemeyer Rd.<br>Hooper, NE 68031<br>Ex. 11 | Heartland Hybrids<br>P.O. Box J<br>Dassel, MN 55325<br>Ex. 12 |
| Kruger Seed Co.<br>Box A<br>Dike, IA 50624<br>Ex. 13 | Dairyland Seed Co., Inc.<br>P.O. Box 958<br>West Bend, WI 53095-0958<br>Ex. 14 |
| Renk Seeds<br>6800 Wilburn Rd.<br>Sun Prairie, WI 53590<br>Ex. 15 | Doebler's Pennsylvania Hybrids, Inc.<br>202 Tiadaghton Avenue<br>Jersey Shore, PA 17740<br>Ex. 16 |
| Legend Seeds, Inc.<br>P.O. Box 241<br>De Smet, SD 57231<br>Ex. 17 | Southern States Cooperative, Inc.<br>6606 West Broad St.<br>Richmond, VA 23230-1717<br>Ex. 18 |
| Paul M. Hamann<br>RR1, Box 94<br>Fountain, MN 55935<br>Ex. 19 | Hefty Seed Co.<br>120 North Highway 17<br>Renwick, IA 50577<br>Ex. 20 |

| Kaltenberg Seed Farms<br>5506 State Road 19<br>P.O. Box 278<br>Waunakee, WI 53597-0278<br>Ex. 21 | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 383-6610 (facsimile)

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

By:____/s/ David E. Moore_____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiffs Monsanto Company
and Monsanto Technology LLC*

Dated:  January 27, 2006
717163/ 28128

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 27, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 27, 2006, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
michael.flibbert@finnegan.com
don.burley@finnegan.com
howard.levine@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765