# EXHIBIT 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 11

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 12

US005728925A

# United States Patent [19]

## Herrera-Estrella et al.

[11] Patent Number: 5,728,925

[45] Date of Patent: Mar. 17, 1998

[54] **CHIMAERIC GENE CODING FOR A TRANSIT PEPTIDE AND A HETEROLOGOUS POLYPEPTIDE**

[75] Inventors: **Luis Herrera-Estrella; Guido Van Den Broeck**, both of Gent; **Marc Van Montagu**, Brussel, all of Belgium; **Peter Schreier; Jeff Schell**, both of Cologne, Germany; **Hans J. Bohnert**, Tucson, Ariz.; **Anthony R. Cashmore**, Woodside; **Michael P. Timko**, New York, both of N.Y.; **Albert P. Kausch**, Durham, N.H.

[73] Assignees: **Plant Genetic Systems, N.V.**, Brussels, Belgium; **Bayer A.G.**, Leverkusen, Germany

[21] Appl. No.: **430,257**

[22] Filed: **Apr. 28, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 267,306, Jun. 29, 1994, abandoned, which is a continuation of Ser. No. 26,213, Mar. 1, 1993, abandoned, which is a continuation of Ser. No. 794,635, Nov. 18, 1991, abandoned, which is a continuation of Ser. No. 480,343, Feb. 14, 1990, abandoned, which is a continuation of Ser. No. 755,173, Jul. 15, 1985, abandoned.

[30] **Foreign Application Priority Data**

Dec. 28, 1984 [GB] United Kingdom ................ 8432757
Jan. 7, 1985 [GB] United Kingdom ................ 8500336

[51] Int. Cl.[6] ...................... **A01H 5/00; A01H 5/10; C12N 15/62; C12N 15/82**

[52] U.S. Cl. .................... **800/205;** 800/250; 435/69.7; 435/69.8; 435/70.1; 435/172.3; 435/240.4; 536/23.4; 536/24.1

[58] Field of Search ...................... 435/69.7, 69.8, 435/70.1, 172.3, 240.4, 320.1; 800/205, 250; 536/23.4, 24.1

[56] **References Cited**

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0193259 | 9/1986 | European Pat. Off. ........ C12N 15/00 |
| 0218571 | 4/1987 | European Pat. Off. ........ C12N 15/00 |
| 0356061 | 2/1990 | European Pat. Off. . |
| WO84/02913 | 8/1984 | WIPO ...................... C12N 15/00 |

#### OTHER PUBLICATIONS

Gould et al., *Plant Physiol.*, vol. 95, pp. 426–434 (1991).
Wong et al., *Plant Molecular Biology*, vol. 20, pp. 81–93 (1992).
Keegstra, *Cell*, vol. 56, pp. 247–253 (1989).

Oakes et al., *Bio/Technology*, vol. 9, pp. 982–986 (Oct. 1991).
"Gene Manipulation Plant Improvement," Stadler Genet. Symp. 16th, pp. 577–603 (1984).
Herrera-Estrella et al., "Photoregulation of Nuclear Gene Expression," Abstracts of papers Presented at the 1984 meeting on Molecular Biology of the Photosynthetic Apparatus, May 9–13, 1984.
Douglas et al., *Proc. Natl. Acad. Sci.*, vol. 81, pp. 3983–3987 (1984).
Hurt et al., *FEBS*, vol. 178. No. 2. pp. 306–310 (1984).
Kalderon et al., *Nature*, vol. 311, pp. 33–38 (1984).
Cheung et al., *Proc. Natl. Acad. Sci.*, vol. 85, pp. 391–395 (1988).
Smeekens et al., *TIBS*, vol. 15, No. 73–76 (1990).
Horsch et al., *Science* vol. 223, p. 496 (1984).
Lewin. R., *Science*, vol. 237, p. 1570 (1987).
Reeck et al., *Cell*, vol. 50, p. 667 (1987).
Schell and Van Montagu, "Regulated Expression of Foreign Gene of Plants", *Molecular Developmental Biology*, pp. 3–13 (1986).
Schreier et al. *EMBO J.*, vol. 4, No. 1, pp. 25–32 (1985).
Cocking et al. *Nature*, vol. 293, No. 5830, pp. 265–270 (1981).
Broglie et al. 1984, Science 224:838–843.
Broglie et al. 1983. Bio/Technology 1:55–61.
Henera–Estrella et al. 1984, Nature 310:115–120.
DeBlock et al. 1984, EMBO J 3(8)[2] 1681–1689.
Ellis, R. 1984, Chloroplast Biogenesis. Cambridge University Press: Cambridge, England. pp.1–9.
Hirschberg et al. 1983. Science 222:1346–1349.
Goodman et al. 1987. Science 236:48–54.
Murai et al. 1983. Science 222:476–482.
Shields, R. 1984, Nature 310:98.
Shields, S. 1985, Nature 317:668.
Joos, H. et al. (1983) Cell 32:1057–1067, Genetic Avalgeioq T–DNA transcriptions in kopaleine cebemgalls.

*Primary Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

[57] **ABSTRACT**

Chimaeric DNA sequence which encodes: 1) a transit peptide of a cytoplasmic precursor of a chloroplast protein or polypeptide of a plant and 2) a protein or polypeptide that is heterologous to the transit peptide. The chimaeric DNA sequence can be used as a vector for transforming a plant cell so that a chimaeric precursor of the heterologous protein or polypeptide is produced in the cytoplasm of the cell and the chimaeric precursor then transports the heterologous protein or polypeptide in vivo into a chloroplast of the cell.

**43 Claims, 16 Drawing Sheets**



FIG. IA

FIG. 1B

FIG. 8B

-57

-1 ↓ +1

Met... Ser Asn Gly Gly Arg Val Lys Met Cys Met Gln Val Trp Pro Pro Ile Gly Lys Lys...

Met....Ser Asn Gly Gly Arg Val Lys Cys Met AspPro Ala Asn Leu Ala Trp Ile Glu

rbcS Promotor

ATG

NPTII



**Figure 2**



FIG. 3



Figure 4

## Figure 5A



## Figure 5B





Figure 6A



FIG. 6B



**Figure 7**

FIG. 8A





Figure 9



**Figure 10**



Figure 11



Figure 12



Figure 13



FIG. 14