# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 5

US005538880A

# United States Patent [19]

## Lundquist et al.

[11] Patent Number: 5,538,880

[45] Date of Patent: * Jul. 23, 1996

[54] **METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS**

[75] Inventors: **Ronald C. Lundquist**, Minnetonka; **David A. Walters**, Bloomington, both of Minn.

[73] Assignee: **DeKalb Genetics Corporation**, St. Paul, Minn.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,538,877.

[21] Appl. No.: 249,458

[22] Filed: **May 26, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 974,379, Nov. 10, 1992, which is a continuation of Ser. No. 467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.$^6$ .................... C12N 15/00; C12N 15/05; A01H 1/06; A01H 4/00

[52] U.S. Cl. .................... 435/172.3; 435/172.1; 435/240.48; 435/240.49; 935/52; 935/55; 935/67; 935/85; 800/205; 800/235; 800/DIG. 56

[58] Field of Search .................... 435/172.3, 172.1, 435/240.4, 240.45, 240.49, 287; 800/205, 235; 935/52, 53, 55, 67, 85

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis .................... 71/117 |
| 4,559,302 | 12/1985 | Ingolia .................... 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. .................... 47/58 |
| 4,665,030 | 5/1987 | Close .................... 435/240 |
| 4,666,844 | 5/1987 | Cheng .................... 435/240 |
| 4,727,028 | 2/1988 | Santerre et al. .................... 435/240.2 |
| 4,806,483 | 2/1989 | Wang .................... 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. .................... 800/205 |
| 5,049,500 | 9/1991 | Arntzen et al. .................... 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0126537A2 | 4/1983 | European Pat. Off. | A61K 9/52 |
| 0141373A3 | 5/1985 | European Pat. Off. | A01G 7/00 |
| 0154204A2 | 9/1985 | European Pat. Off. | C12N 15/00 |
| 0160390A2 | 11/1985 | European Pat. Off. | A01H 15/10 |
| 0204549A2 | 10/1986 | European Pat. Off. | C12N 15/00 |
| 0202668A2 | 11/1986 | European Pat. Off. | C12N 5/02 |
| 0242236A1 | 10/1987 | European Pat. Off. | C12N 15/00 |
| 0242246A1 | 11/1987 | European Pat. Off. | C12N 15/00 |
| 0299552A1 | 1/1988 | European Pat. Off. | C12N 15/00 |
| 0262971A2 | 5/1988 | European Pat. Off. | A01H 1/02 |
| 0270356A2 | 6/1988 | European Pat. Off. | C12N 15/00 |
| 0275069A2 | 7/1988 | European Pat. Off. | C12N 15/00 |
| 0280400A2 | 8/1988 | European Pat. Off. | A01C 1/06 |
| 0282164A2 | 9/1988 | European Pat. Off. | C12N 5/00 |
| 0292435A1 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0289479A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0290395A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0301749A2 | 2/1989 | European Pat. Off. | C12N 15/00 |
| 0334539A2 | 9/1989 | European Pat. Off. | C12N 15/00 |
| 0331855A2 | 9/1989 | European Pat. Off. | C12M 3/00 |
| 0348348A2 | 12/1989 | European Pat. Off. | A01H 65/00 |
| 04421741 | 4/1991 | European Pat. Off. | C12N 15/82 |

| | | | |
|---|---|---|---|
| 3738874A1 | 11/1988 | Germany | A01H 1/06 |
| 8801444 | 1/1990 | Netherlands | C12N 15/87 |
| 2159173 | 11/1985 | United Kingdom | C12N 15/00 |
| WO85/01856 | 5/1985 | WIPO | A01B 76/00 |
| WO85/02972 | 7/1985 | WIPO | A01C 1/06 |
| WO87/05629 | 9/1987 | WIPO | C12N 15/00 |
| WO89/04371 | 5/1989 | WIPO | C12N 21/00 |
| WO89/12102 | 12/1989 | WIPO | C12N 15/00 |
| WO90/10691 | 8/1990 | WIPO | C12N 5/00 |

### OTHER PUBLICATIONS

"Bullets" Transform Plant Cells, *Agricell Report*, 9, 5 (Jul. 1987).

"Shotgunning DNA into Cells," *Genetic Engineering News*, (Jul./Aug. 1987).

Ahokes, H. "Electrophoretic transfection of cereal grains with exogenous nucleic acid," Soc. Biochem. Biophys. Microbio. Fen., Bioticteen Paivat (Bioscience Days), Technical University of Helsinki, Espoo, p. 2 (1989).

Armstrong, C. L., et al., "Genetic and cytogenetic variation in plants regenerated from organogenic and friable, embryonic tissue cultures of maize," *Biological Abstracts*, vol. 85, Abstract No. 117662 (1988).

Barker, R. F., et al., "Nucleotide Sequence of the T–DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," *Plant Mol. Biol.*, 2, 335–350 (1983).

Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," *Nature*, 304, 184–187 (1983).

Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA," *Nuc. Acids Res.*, 11, 369–385 (1983).

Booy, G., et al., "Attempted Pollen–Mediated Transformation of Maize," *J. Plant Physiol.*, 135, 319–324 (1989).

Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," *Genes and Development*, 1, 1183–1200 (1987).

Cao, J., et al., "Transformation of Rice and Maize using the Biolistic Process," In: *Plant Gene Transfer*, Alan R. Liss, Inc., pp. 21–33 (1990).

Chandler, V. L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous Isolation of B Utilizing R Genomic Sequences," *The Plant Cell*, 1, 1175–1183 (1989).

Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," *Theor. Appl. Genet.*, 79, 337–341 (1990).

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth

[57] **ABSTRACT**

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants. The process comprises the microjectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

**18 Claims, 10 Drawing Sheets**

5,538,880

21

appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

### V. Confirmation of Transformed Callus

A Southern blot was prepared from DNA from the line 24C. As shown in FIG. 6B, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

### VI. Plant Regeneration and Production of Seed

The line 24C along with unselected control callus were placed onto RM5 medium to regenerate plants as in Example I. After 16 d the callus was transferred to R5 medium as in Example I.

### EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. 5' of the fusion gene are located segments of DNA from the CaMV 35S and nopaline synthase promoters. 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done:

| | |
|---|---|
| 9 × pHYGI1/pMS533 | Potential positive treatment |
| 2 × TE prep | Control treatment |

After bombardment the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material

22

and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R to hygromycin.

### COMPARATIVE EXAMPLE A

The basic procedures of Examples I-III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 2 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Summary of Comparative Example A | | | | | | |
| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | — | — |
| Sieved | pCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic Zea mays plant comprising the steps of (i) bombarding intact regenerable Zea mays cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide resistance thereto.

2. The process of claim 1 wherein the fertile transgenic Zea mays plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 which comprise said DNA.

5. The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

6. The process of claim 4 comprising obtaining seed from

5,538,880

23

said progeny and obtaining further progeny plants comprising said DNA from said seed.

7. The process of claim 5 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

8. The process of claim 6 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

9. The process of claim 7 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

10. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, wherein the DNA imparts insect resistance thereto

11. The process of claim 10 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

24

12. The process of claim 10 wherein the cells are derived from immature embryos.

13. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 10, which comprise said DNA.

14. The process of claim 13 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

15. The process of claim 13 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed.

16. The process of claim 14 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

17. The process of claim 15 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

18. The process of claim 16 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

*    *    *    *    *

# EXHIBIT 6

US006013863A

# United States Patent [19]

Lundquist et al.

[11] Patent Number: 6,013,863

[45] Date of Patent: Jan. 11, 2000

[54] FERTILE TRANSGENIC CORN PLANTS

[75] Inventors: Ronald C. Lundquist, Minnetonka; David A. Walters, Bloomington, both of Minn.

[73] Assignee: Dekalb Genetics Corporation, Dekalb, Ill.

[21] Appl. No.: 08/844,555

[22] Filed: Apr. 21, 1997

**Related U.S. Application Data**

[62] Division of application No. 08/677,695, Jul. 10, 1996, which is a continuation of application No. 07/974,379, Nov. 10, 1992, Pat. No. 5,538,877, which is a continuation of application No. 07/467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.[7] ............... C12N 15/00; C12N 15/82; A01H 1/06; A01H 4/00

[52] U.S. Cl. ............... 800/293; 800/278; 800/288; 800/300; 435/430; 435/285.3

[58] Field of Search ............... 800/205, 200, 800/250, DIG. 56, 293, 278, 288; 47/58, DIG. 1; 435/172.3, 172.1, 412, 424, 430, 430.1, 287, 285, 285.3

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis ............... 71/117 |
| 4,399,216 | 8/1983 | Axel et al. ............... 435/6 |
| 4,520,113 | 5/1985 | Gallo et al. ............... 436/504 |
| 4,535,060 | 8/1985 | Comai ............... 435/172.3 |
| 4,536,475 | 8/1985 | Anderson ............... 435/172.3 |
| 4,559,301 | 12/1985 | Turner ............... 435/76 |
| 4,559,302 | 12/1985 | Ingolia ............... 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. ............... 47/58 |
| 4,634,665 | 1/1987 | Axel et al. ............... 435/68 |
| 4,642,411 | 2/1987 | Hibberd et al. ............... 800/1 |
| 4,665,030 | 5/1987 | Close ............... 435/240 |
| 4,666,844 | 5/1987 | Cheng ............... 435/240 |
| 4,683,202 | 7/1987 | Mullis ............... 435/91 |
| 4,708,818 | 11/1987 | Montagnier et al. ............... 435/5 |
| 4,727,028 | 2/1988 | Santerre et al. ............... 435/240.2 |
| 4,743,548 | 5/1988 | Crossway et al. ............... 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. ............... 435/172.3 |
| 4,806,483 | 2/1989 | Wang ............... 435/240.49 |
| 4,885,357 | 12/1989 | Larkins et al. ............... 530/373 |
| 4,886,878 | 12/1989 | Larkins et al. ............... 536/26 |
| 4,940,835 | 7/1990 | Shah et al. ............... 800/205 |
| 4,945,050 | 7/1990 | Sanford et al. ............... 435/172.1 |
| 4,956,282 | 9/1990 | Goodman et al. ............... 435/69.51 |
| 4,971,908 | 11/1990 | Kishore et al. ............... 435/172.1 |
| 5,001,060 | 3/1991 | Peacock et al. ............... 435/172.3 |
| 5,004,863 | 4/1991 | Umbeck ............... 800/205 |
| 5,013,658 | 5/1991 | Dooner et al. ............... 435/172.3 |
| 5,015,580 | 5/1991 | Christou et al. ............... 435/172.3 |
| 5,034,322 | 7/1991 | Rogers et al. ............... 435/172.3 |
| 5,036,006 | 7/1991 | Sanford et al. ............... 435/170.1 |
| 5,049,500 | 9/1991 | Arntzen et al. ............... 435/172.3 |
| 5,077,399 | 12/1991 | Brauer et al. ............... 536/27 |
| 5,082,767 | 1/1992 | Hatfield et al. ............... 435/6 |
| 5,094,945 | 3/1992 | Comai ............... 435/172.3 |
| 5,110,732 | 5/1992 | Benfey et al. ............... 435/172.3 |
| 5,134,074 | 7/1992 | Gordon et al. ............... 435/240.4 |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| B-80893/87 | 12/1988 | Australia | ............... C12N 15/00 |
| 2032443 A1 | 12/1990 | Canada | ............... C12N 15/87 |
| 0 126 537 A2 | 4/1983 | European Pat. Off. | |
| 0 131 623 B1 | 1/1984 | European Pat. Off. | ............... C12N 15/11 |
| 0 141 373 A3 | 5/1985 | European Pat. Off. | ............... A01G 7/00 |
| 0 142 924 A2 | 5/1985 | European Pat. Off. | ............... C12N 15/00 |
| 0 154 204 A2 | 9/1985 | European Pat. Off. | ............... C12N 15/00 |
| 0 160 390 A2 | 11/1985 | European Pat. Off. | ............... A01H 15/10 |
| 0 174 791 A2 | 3/1986 | European Pat. Off. | ............... C12N 15/00 |
| 0 189 707 A2 | 8/1986 | European Pat. Off. | ............... C12N 15/00 |
| 0 193 259 A1 | 9/1986 | European Pat. Off. | ............... C12N 15/00 |
| 0 204 549 A2 | 10/1986 | European Pat. Off. | ............... C12N 15/00 |
| 0 202 668 A2 | 11/1986 | European Pat. Off. | ............... C12N 5/02 |
| 0 242 236 A1 | 10/1987 | European Pat. Off. | ............... C12N 15/00 |
| 0 242 246 A1 | 10/1987 | European Pat. Off. | ............... C12N 15/00 |
| 0 299 552 A1 | 1/1988 | European Pat. Off. | ............... C12N 15/00 |
| 0 257 472 A2 | 3/1988 | European Pat. Off. | ............... C12N 15/00 |
| 0 262 971 A2 | 5/1988 | European Pat. Off. | ............... A01H 1/02 |
| 0 269 601 A2 | 6/1988 | European Pat. Off. | ............... C12N 15/00 |
| 0 270 356 A2 | 6/1988 | European Pat. Off. | ............... C12N 15/00 |
| 0 271 408 A2 | 6/1988 | European Pat. Off. | ............... C12N 15/00 |
| 0 275 069 A2 | 7/1988 | European Pat. Off. | ............... C12N 15/00 |

(List continued on next page.)

**OTHER PUBLICATIONS**

U.S. application No. 07/392,176, Adams et al., Aug. 9, 1989.
U.S. application Ser. No. 07/205,155, Entitled "Stable Transformation of Plant Cells", pp 1–29, Filed Jun. 10, 1988.
"'Bullets' Transform Plant Cells", *Agricell Report*, 9 (Jul. 1987).
Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., p. 508 (1988).
"Cornell U. Gene Gun Hits Biotech Bullseye", *Agriculture Technology*, p. 13.
"Dalapon", Merck Index, 11th Edition, Budavae, S., (ed.), Merck and Co., pp. 405–406 (1989).
Dialog Search of Japanese Patent No. 61-134343 (1986).
EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992).
"Herbicide–Resistant Corn", *CT Academy of Science and Engineering, Case Reports*, 5, 6 (1990).
International Search Report, PCT/US 90/04462, mailed Jan. 15, 1991.
International Search Report, PCT/US 94/09699, mailed Aug. 16, 1995.
Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.
Office Action dated Mar. 8, 1990, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.
Patent Family Record for Australian Patent 8780893.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth, P.A.

[57] **ABSTRACT**

A process of preparing fertile transgenic *Zea mays* plants is provided wherein said plants are resistant to the herbicide glyphosate, as well as processes for preparing seed, human food or animal feed therefrom.

8 Claims, 6 Drawing Sheets

6,013,863

29

work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXT11 was the plasmid and methotrexate the selection agent.

TABLE 4

| Summary of Comparative Example A | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pITYG11 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTX11 pBII221 | 8 | 3 | 103 | — | — |
| Sieved | PCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a screenable marker gene; (ii) selecting a population of transformed cells

30

expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

2. The process of claim 1 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. The process of claim 1 wherein said DNA encodes an EPSP synthase.

5. The process of claim 1 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant.

6. The process of claim 5 further comprising obtaining seed from one of said progeny plants.

7. A process for producing seed comprising:

(a) providing a fertile transgenic *Zea mays* produced by the process of claim 1, plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

(b) cultivating said transgenic *Zea mays* plant;

(c) obtaining seed from said cultivated *Zea mays* plant.

8. The process of claim 7 wherein the DNA encodes an EPSP synthase.

* * * * *

# EXHIBIT 7

# United States Patent [19]

## Shah et al.

[11] Patent Number: **4,940,835**

[45] Date of Patent: **Jul. 10, 1990**

[54] **GLYPHOSATE-RESISTANT PLANTS**

[75] Inventors: Dilip M. Shah, Creve Coeur; Stephen G. Rogers, Chesterfield; Robert B. Horsch; Robert T. Fraley, both St. Louis, all of Mo.

[73] Assignee: Monsanto Company, St. Louis, Mo.

[21] Appl. No.: 879,814

[22] Filed: Jul. 7, 1986

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 792,390, Oct. 29, 1985, abandoned, which is a continuation-in-part of Ser. No. 763,482, Aug. 7, 1985, abandoned.

[51] Int. Cl.$^5$ ...................... A01H 1/04; C12N 15/00; C12N 5/00; C07H 15/12

[52] U.S. Cl. .................................. 800/205; 435/172.3; 435/240.4; 435/320; 536/27; 935/35; 935/47; 935/48; 935/64; 935/67; 800/DIG. 44; 800/DIG. 43; 800/DIG. 26; 800/DIG. 14; 800/DIG. 17; 800/DIG. 63; 800/DIG. 27; 800/DIG. 24; 800/230; 800/DIG. 67

[58] Field of Search ...................... 435/172.3, 68, 317, 435/240, 240.4, 320; 536/27; 47/58; 800/1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/317 |
| 4,769,061 | 9/1988 | Comai | 71/86 |

#### FOREIGN PATENT DOCUMENTS

0115673  8/1984  European Pat. Off. ............ 935/14

#### OTHER PUBLICATIONS

Smart et al., *J. of Biol. Chem* (1985) 260, 30, pp. 16338–16346.
Lee, T. T., *J. Plant Growth Regul* (1982) 1:37–48.
Jensen, R. A., *Physiol. Plant* (1985) 66:164–168.
Rubin et al., *Plant Physiol.* (1982) 70, 833–839.
Mousdale et al., *Planta* (1985) 163:241–249.
'dAmato, T. A., et al., *Planta* (1984) 162:104–108.
Rothe, G. M., et al. *Planta* (1983) 157:358–366.
Singh et al., *Arch. of Biochem & Bioph.* (1985) 243:2 pp. 374–384.
Saijo et al., *Agric. Biol. Chem* (1979) 43 (7) pp. 1427–1432.
Schmidt et al., *P.N.A.S.* (1983) 80, 2632–2636.

Stalker et al., *J. Biol. Chem* (1985) 260:8 pp. 4724–4728.
Science (1986) 231: 1360–1361.
Biotechnology (1984) Nov., pp. 944.
Cole et al., Weed Research (1983) 23, 173–183.
Rubin et al. *Plant Physiol.* (1984)75, pp. 839–945.
Guilley et al. (1982) "Transcription of CAMV DNA. . ." Cell 30: 763–73.
Mazur et al. (1985) "Cloning Herbicide. . . " World Biotech Rep 2: 97–108.
Goodman et al. (1987) "Gene Transfer in Crop. . ." Science 236: 48–54.
Amrhein et al. (1983) "Biochemical Basis For. . ." FEBS Letters 157: 191–6.
Najziger et al. (1984) "Selection & Characterization. . ." Plant Physiol 76: 571–4.
Vanden Broeck et al. (1985) "Targeting of. . ." Nature 313: 358–63.
Koziel et al. (1984) "A Cauliflower Mosiac Virus. . ." J. Mol. Appl. Genet 2: 549–62.
Rogers et al (1983) Appl. Environ Microbiol 46 : 37–43.
Comai et al. (1983) Science 221: 370–1.

*Primary Examiner*—Charles F. Warren
*Assistant Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Dennis R. Hoerner, Jr.; James W. Williams, Jr.; Larry R. Swaney

[57] **ABSTRACT**

This invention involves a cloning or expression vector comprising a gene which encodes 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) polypeptide which, when expressed in a plant cell contains a chloroplast transit peptide which allows the polypeptide, or an enzymatically active portion thereof, to be transported from the cytoplasm of the plant cell into a chloroplast in the plant cell, and confers a substantial degree of glyphosate resistance upon the plant cell and plants regenerated therefrom.

The EPSPS coding sequence may be ligated to a strong promoter, such as the 35S promoter from cauliflower mosaic virus, to create a chimeric gene. Such genes can be inserted into plant transformation vectors, and subsequently introduced into plant cells. Plant cells transformed using such genes and plants regenerated therefrom have been shown to exhibit a substantial degree of glyphosate resistance.

**59 Claims, 8 Drawing Sheets**



4,940,835

**31**

plasts in vitro and proteolytically processed in the correct fashion.

The EcoRI/SphI fragment from pMON6242 was fused to the SphI site from wheat ssRUBISCO and cloned into plasmid pIBI to give pMON6149. In vitro transcription/translation of pMON6149 gave a single polypeptide of the predicted molecular weight for the fusion protein (~23 kD). Chloroplast import assays in vitro showed that the chimeric protein was transported into the stroma and proteolytically cleaved to a final product of ~15 kD (the ssRUBISCO has a molecular weight of 15 kD).

These results show that the EPSPS CTP alone confers sufficient information to target a heterologous protein to the chloroplast stroma.

### REFERENCES

Adams, S. P. et al. (1983) *J. Amer. Chem. Soc.* 105: 661

Amrhein, N. et al. (1980) Naturwissenschafter 67: 356–357.

Arnon, D.I. (1949) Plant Physiol. 24, 1–15

Ausubel, F. et al (1980) *Plant Mol. Bio. Newsletter* 1: 26–32.

Barinaga, M. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.

Bartlett, S. G., Grossman, A. R. & Chua N. H. (1982) in *Methods in Chloroplast Molecular Biology*, Elsevier Biomedical Press, New York, pp 1081–1091.

Bevan, M. et al. (1983) *Nature* 304: 184.

Broglie, R. et al. (1983) *Bio/Technology* 1: 55–61.

Comi, L. et al. (1983) *Science* 221: 370–371.

Davis, R. W. et al. (1980) *Advanced Bacterial Genetics*, Cold Spring Harbor Labs, N.Y.

DeCleene, M. and DeLey, J. (1976) *Bot. Review* 42: 389–466.

DePicker, A. et al. (1982) *J. Mol. Appl. Gen.* 1: 561.

Ditta, G. et al (1980) *Pro. Natl. Acad. Sci. Usa* 77:7347

Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081–1091.

Fraley, R. T. et al. (1983) *Proc. Natl. Acad. Sci. USA* 80: 4803.

Goldberg, R. B. et al., (1981) Devel. Bio. 83: 210–217.

Hernalsteens, J. P. et al. (1985), *EMBO Journal* 3: 3039–3041.

Herrera-Estrella, L. et al. (1983) Nature 303: 209

Hooykaas-Van Slogteren, G. M. S. et al. (1984) *Nature* 311: 763–764.

Horsch, R. B. and Jones, G. E. (1980) *In Vitro* 16: 103–108.

Horsch, R. B. et al. (1985) *Science* 227: 1229–1231.

Horsch, R. B. and Klee, H. J. (1986) *Proc. Natl. Acad. Sci USA* 83, 4428–4432.

Hunkapiller, M. W. et al. (1983a) *Methods Enzymol.* 91: 399–413.

Hunkapiller, M. W. et al. (1983b) *Methods Enzymol.* 91: 486–493.

Huynh, T. V. et al, (1985) *in DNA Cloning Techniques: A Practical Approach*, D. Glover (ed.), IRL Press, Oxford, England

Krieg, P. A. & Melton, D. A. (1984) Nucleic Acids Res. 12; 7057–7070.

Laemmli, U.K. (1970) Nature 227, 680–685.

Lizardi, P.M. (1982) "Binding and Recovery of DNA and RNA using NA-45 DEAE Membrane." Schleicher and Schuell, Inc., Keene, N.H.

Maniatis, T. et al. (1982) *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Labs, N.Y.

**32**

Maxam, A. M. and W. Gilbert (1977) *P.N.A.S. U.S.A.* 74: 560–564.

Meagher, R. B. et al. (1977) *Virology* 80: 362–375.

Messing, J. et al. (1981). *Nucleic Res.* 9: 309–321.

Messing, J. and J. Vieira (1982), *Gene* 19: 69–276.

Mousdale, D. M. and Coggins, J. R. (1984) Planta 160: 78–83.

Nafziger, E. D., et al (1984), *Plant Physiol,* 76, 571.

Mousdale, D. M. and Coggins, J. R. (1985) *Planta* 163: 241–294.

Rogers, S. G. et al. (1983) *Appl. Envir. Microbio.* 46: 37–43.

Rubin, J. et al. (1982) *Plant Phys.* 70: 833–839.

Scherer, et al. (1981) *Developmental Bio.* 86: 438–447.

Schimke, R. T., ed. (1982) *Gene Amplification,* Cold Spring Harbor Labs.

Smart, C. C., et al (1985), *J. Biol. Chem,* 30, 16338.

Southern, E.M. (1975) *J. Mol. Biol.* 98: 503–517.

Stalker, D. M. et al. (1985) *J. Biol. Chem.* 260: 4724–4728.

Steinrucken, H. and Amrhein, N. (1980) *Biochem. & Biophys. Res. Comm.* 94: 1207–1212.

Vieira, J. et al. (1982), *Gene* 19: 259–268.

Steinrucken, H. et al. (1985) *Arch. Biochem. Biophys. (in press).*

Young, R. A. and R. W. Davis. (1983), *Proc. Natl. Acad. Sci , USA* 80: 1194–1198.

Zoller, M. M. et al, (1983), *Methods Enzymol.,* 100, 468.

We claim:

1. A chimerio plant gene which comprises:

(a) a promoter sequence which functions in plant cells;

(b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and

(c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA;

the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene.

2. A chimerio gene of claim 1 in which the promoter sequence is a plant virus promoter sequence.

3. A chimeric gene of claim 2 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

4. A chimeric gene of claim 3 in which the promoter sequence is the CaMV35S promoter sequence.

5. A chimerio gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

7. A chimeric gene of claim 1 in which the chloroplast transit peptide is from a plant EPSPS gene.

8. A cloning or expression vector comprising a chimeric plant gene of claim 1.

9. A cloning or expression vector of claim 8 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

4,940,835

33

10. A cloning or expression vector of claim 9 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

11. A cloning or expression vector of claim 10 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

12. A cloning or expression vector of claim 11 in which the promoter sequence is the CaMV35S promoter sequence.

13. A cloning or expression vector of claim 8 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

14. A cloning or expression vector of claim 8 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

15. A plant transformation vector which comprises a chimeric gene of claim 1.

16. A plant transformation vector of claim 15 in which the chimeric plant gene encodes a chloroplast transit peptide of a plant EPSPS gene.

17. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a promoter sequence from a plant virus.

18. A plant transformation vector of claim 17 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

19. A plant transformation vector of claim 18 in which the promoter sequence is the CaMV35S promoter sequence.

20. A plant transformation vector of claim 15 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

21. A plant transformation vector of claim 15 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

22. A glyphosate-resistant plant cell comprising a chimeric plant gene of claim 1.

23. A glyphosate-resistant plant cell of claim 22 in which the promoter sequence is a plant virus promoter sequence.

24. A glyphosate-resistant plant cell of claim 23 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

25. A glyphosate-resistant plant cell of claim 24 in which the promoter sequence is the CaMV35S promoter sequence.

26. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

27. A glyphosate-resistant plant cell of claim 22 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

28. A glyphosate-resistant plant cell of claim 22 in which the chloroplast transit peptide is from a plant EPSPS gene.

29. A glyphosate-resistant dicotyledonous plant which has been regenerated from a glyphosate-resistant plant cell comprising the chimeric plant gene of claim 1.

30. A glyphosate-resistant plant of claim 29 in which the promoter sequence is a plant virus promoter sequence.

31. A glyphosate-resistant plant of claim 30 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

34

32. A glyphosate-resistant plant of claim 31 in which the promoter sequence is the CaMv35S promoter sequence.

33. A glyphosate-resistant plant of claim 29 in which the chimeric plant gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

34. A glyphosate-resistant plant of claim 29 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

35. A glyphosate-resistant plant cell of claim 29 in which the chloroplast transit peptide is from a plant EPSPS gene.

36. A method for producing a glyphosate-resistant dicotyledonous plant which comprises

(a) transforming plant cells using an Agrobacterium transformation vector comprising a chimeric plant gene of claim 1: and

(b) regenerating glyphosate-resistant plants from said transformed plant cells.

37. A method of claim 36 in which the chimeric plant gene comprises a plant virus promoter sequence.

38. A method of claim 37 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

39. A method of claim 38 in which the promoter sequence is the CaMV35S promoter sequence.

40. A method of claim 36 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

41. A method of claim 36 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

42. A method of claim 36 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

43. A method for producing a glyphosate-resistant plant cell which comprises transforming the plant cell with a plant transformation vector of claim 15.

44. A method of claim 43 in which the chimeric gene comprises a promoter sequence from a plant virus.

45. A method of claim 44 in which the promoter sequence is a promoter sequence from cauliflower mosaic virus (CaMV).

46. A method of claim 45 in which the promoter sequence is the CaMV35S promoter sequence.

47. A method of claim 43 in which the chimeric gene comprises a coding sequence encoding a mutant 5-enolpyruvylshikimate-3-phosphate synthase.

48. A method of claim 43 in which the coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants.

49. A method of claim 43 in which the coding sequence encodes the chloroplast transit peptide from a plant EPSPS gene.

50. A glyphosate-resistant tomato cell of claim 22.

51. A glyphosate-resistant tobacco cell of claim 22.

52. A glyphosate-resistant oil seed rape cell of claim 22.

53. A glyphosate-resistant flax cell of claim 22.

54. A glyphosate-resistant soybean cell of claim 22.

55. A glyphosate-resistant sunflower cell of claim 22.

56. A glyphosate-resistant sugar beet cell of claim 54.

57. A glyphosate-resistant alfalfa cell of claim 22.

58. A glyphosate-resistant cotton cell of claim 22.

59. Plasmid pMON546, ATCC accession number 53213.

* * * * *

# EXHIBIT 8

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY