# EXHIBIT 4

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 6

OMB Approved 0520-0001
Exp rn 12.31.86

DEPOSITION
EXHIBIT
Klein 2
RW  1-19-98

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

GRANT APPLICATION

**FOR OFFICE USE ONLY**

| PROPOSAL NO. | DATE RECEIVED |
|---|---|
| PROGRAM AREA CODE | PROPOSAL CODE |

| 1. LEGAL NAME OF ORGANIZATION TO WHOM AWARD SHOULD BE MADE | 3. NAME OF AUTHORIZED REPRESENTATIVE | 4. TELEPHONE NO. (Include area code) |
|---|---|---|
| Cornell University | Frank C. Feocco | 607-255-5741 |

| 2. ORGANIZATIONAL ADDRESS (City, complete mailing address & Zip code — include County) | 5. ADDRESS OF AUTHORIZED REPRESENTATIVE (If different from item 2) |
|---|---|
| 123 Day Hall Ithaca, NY 14853 Tompkins County | |

6. TITLE OF PROPOSAL (Maximum 80 characters)

Delivery of DNA into Regenerable Tissues of Monocots, Using High-Velocity Microprojectile

| 7. PROGRAM TO WHICH YOU ARE APPLYING (Refer to Federal Register Announcement) | 8. PROGRAM AREA (Refer to Federal Register Announcement) |
|---|---|
| USDA Competitive Grants Research Program | Biotechnology/Mol. Biol./3.1 |

| 9. IRS NO. | 10. CONGRESSIONAL DISTRICT NO. | 11. EXISTING S&E AWARD NO. |
|---|---|---|
| 15-600 2250 | 28th | ☒ NEW  ☐ RENEWAL (Specify): |

| 12. PERIOD OF PROPOSED PROJECT DATES | 13. NO. OF MONTHS | 14. FUNDS REQUESTED FROM S&E (Form S&E-55) |
|---|---|---|
| From: 8/1/86  Through: 7/31/88 | 24 | $ 251,682 |

**PRINCIPAL INVESTIGATOR(S)**

| 15. P.I. #1 NAME (First, middle, last) | 17. P.I. #1 TELEPHONE NO. (Include area code) |
|---|---|
| John C. Sanford | 315-787-2395 |

| 16. BUSINESS ADDRESS (Include Department & Zip code) | 18. P.I. #2 NAME (First, middle, last) |
|---|---|
| Dept. Horticultural Sciences Hedrick Hall Cornell University/ Geneva, NY 14456 | Ted Klein |
| | 19. P.I. #3 NAME (First, middle, last) |
| | Ray Wu |

20. TYPE OF PERFORMING ORGANIZATION (Check one only)

| | | | |
|---|---|---|---|
| 01 ☐ USDA/S&E Laboratory | | 07 ☐ Public University or College (Non-land Grant) | |
| 02 ☐ Other Federal Research Laboratory | | 08 ☐ Private Profit making | |
| 03 ☐ State Agricultural Experiment Station (SAES) | | 09 ☐ Private Non-profit | |
| 04 ☒ Land Grant University 1862 | | 10 ☐ State or Local Government | |
| 05 ☐ Land Grant University 1890 or Tuskegee Institute | | 11 ☐ Veterinary School or College | |
| 06 ☐ Private University or College | | 12 ☐ Other (Specify): | |

| 21. Will the work in this proposal deal with recombinant DNA? | 22. Will the work in this proposal deal with human subjects? |
|---|---|
| ☐ NO  ☒ YES | ☒ NO  ☐ YES (Complete Form S&E-662) |

| 23. Will this proposal be sent to any other Federal Agency? |
|---|
| ☒ NO  ☐ YES (List acronyms) |

**CERTIFICATION AND ACCEPTANCE**

*We, the undersigned, certify that the information contained herein is true and complete to the best of our knowledge, and accept as to any grant awarded, the obligation to comply with the terms and conditions of Science and Education in effect at the time of the award.*

| SIGNATURE OF PRINCIPAL INVESTIGATOR(S) | | DATE |
|---|---|---|
| *Theodore Klein* *Ray Wu* | | 2/27/86 |

| SIGNATURE OF AUTHORIZED ORGANIZATIONAL REPRESENTATIVE (Same as item 3) | TITLE | DATE |
|---|---|---|
| | | |

Form S & E - 661    (Aug 81)

MGA0080484

Delivery of DNA into Regenerable Tissues of Monocots
Using High-Velocity Microprojectiles

Investigators:                    John C. Sanford
                                  Theodore M. Klein
                                  Ray Wu

### Summary

We have developed an entirely new method for introducing DNA into plant cells. Small tungsten particles (refered to as microprojectiles) can be accelerated to high velocities with a device termed a particle gun. The velocities attained by the microprojectiles are sufficient to permit their penetration of cell walls and membranes in a non-lethal manner. Using epidermal cells of *Allium cepa* as a model system, we have demonstrated that large numbers of cells can be penetrated simultaneously and that most (>90%) of these cells survive bombardment. Several (1 to 10) microprojectiles can routinely be observed within living cells and these microprojectiles generally move in conjunction with the cytoplasmic stream. DNA- or RNA- coated microprojectiles can be accelerated into plant cells. Using the particle gun, we have shown that RNA from tobacco mosaic virus can be delivered in a biologically active form to large numbers of cells simultaneously. Using a plasmid that contains the chloramphenicol acetyltransferase gene, we have demonstrated the genetic transformation of intact monocot tissue using the particle gun.

The advantages of this new method are numerous. Because substantial amounts of DNA are mechanically deposited in the cell, high rates of transformation can be achieved without the use of an infectious agent. Thus the complexities and host range problems associated with the *Agrobacterium* system are entirely avoided. In addition, genetic material can be delivered to many cells simultaneously, as they occur in their natural state in embryogenic or organogenic tissue. The ability to efficiently deliver DNA to these tissues should greatly facilitate the regeneration of transformed plants of species that currently cannot be regenerated from protoplasts. We feel that the particle gun process may prove pivitol for the genetic engineering of many important monocots (specifically the cereal crops) and might eventually provide a universally applicable process to transform plants.

To date most of our experience is with *A. cepa*. Our new efforts will focus on factors affecting the efficiency of transformation of epidermal cells of *A. cepa* with the particle gun. Various parameters (i.e., conditions used to bind DNA to the microprojectiles, number and velocity of the microprojectiles used to bombard the tissue, etc.) will be optimized for efficient transformation. Concurrent with this work, we will initiate research with another model system, tobacco, which is highly amenable to growth and regeneration *in vitro*. In an effort to recover plants transformed with the particle gun, we will bombard leaf discs and callus with microprojectiles that have been coated with a plasmid that harbors a selectable marker that confers resistance to kanamycin. Subsequently, the tissue will be transferred to a medium that promotes regeneration. Transformation will be confirmed using nopaline assays and Southern hybridizations. We then plan to expand our findings from model systems to agriculturally important species such as corn and rice. Embryogenic or potentially embryogenic tissue of these species will be bombarded at various stages of development. Immature embryos, meristematic shoot tips, and the callus derived from embryos and anthers are all potential target tissue. The transformed tissue will be propagated *in vitro* and we will attempt to recover transformed plants from this tissue.

MGA0080485

Delivery of DNA into Regenerable Tissues of Monocots Using

High-Velocity Microprojectiles

## Introduction

We have developed a new method for the delivery of genetic material into plant cells which eliminates the need for the enzymatic removal of cell walls and which permits the transformation of plant cells and tissue, *in situ*. Methods have been developed to adsorb genetic material to the surface of microscopic (as small as 0.5 μm in diameter), high-density projectiles. Using one of several acceleration devices (hereafter refered to as particle guns) that we have designed and built, these microprojectiles can be accelerated to very high velocities, permiting them to penetrate the cuticle, wall, and membrane of plant cells. We have shown that microprojectiles can enter the cytoplasm of monocot cells in a nonlethal manner and can deliver genetic material to cells in an intact, biologically active form.

The overall objective of the research described in this proposal is to demonstrate the general utility of the particle gun as a tool for delivering genetic material into intact plant cells. We will initially use onion and tobacco as model systems for specific reasons that will be explained in a following section of this proposal. Subsequent work will focus on the introduction of genes into regenerable tissue of important grain species (corn and rice). Leaf tissue, scutellar tissues, and embryogenic callus will be bombarded with microprojectiles coated with plasmid DNA containing genes coding for readily detectable or selectable markers. Bombarded tissue will then be assayed for the detectable marker or placed on a suitable medium that will promote the growth of callus or the regeneration of plantlets from cells that have been transformed with the selectable marker.

## Rationale and Significance

There are two basic requirements which must be met before a crop can be genetically engineered to incorporate a trait that has potential agronomic significance. Firstly, techniques must be available for the efficient delivery of foreign DNA into recipient cells. Secondly, it must be possible to regenerate whole plants from the transformed cells. The following brief review focuses on the progress which has been made towards transforming and regenerating cells of monocotyledons.

Transformation of monocots:

Several techniques are available to successfully transfer genes into protoplasts of monocot species. Using techniques similar to those applied to tobacco protoplasts, Lörz and coworkers (1985) suspended protoplasts of *Triticum monococcum* in a solution of plasmid DNA. Because this plasmid harbored a gene that inactivates kanamycin, cells which integrated the foreign DNA could grow in the presence the antibiotic. Out of $18 \times 10^6$ protoplasts plated on kanamycin containing media, only 10 resistant colonies could be recovered. Similar results were obtained by Potrykus et al (1985a) after coincubating protoplasts of *Lolium multiflorum* with plasmid that contained a selectable kanamycin resistance gene.

Electrical impulses can be used to permeabilize membranes and permit more efficient introduction of genetic information into plant protoplasts. This process, termed electroporation, has been used to transfer genes into protoplasts of *Zea mays* (Fromm et. al., 1985). Although these workers were unable to estimate transformation efficiencies, detectable levels of chloramphenicol acetyltransferase (CAT) activity were found in extracts of $3 \times 10^6$ protoplasts. Recently, in the laboratory of one of the P. I.'s, the transfer of CAT gene into protoplasts of rice, wheat, and sorghum has been achieved by electroporation (Ou-Lee and Wu, unpublished results). Other techniques that offer some potential for delivering genetic material into cells of Graminaceous species are microinjection (Steinbiss and Stabel, 1983) and liposome uptake (Fraley, et al., 1982).

The limitation of all of the above techniques is that they are restricted to suspensions of protoplasts. None of the methods described thus far appear to be of great value for the genetic engineering of cereal crops. Although genes can be transferred to Graminaceous protoplasts using various delivery systems, these techniques are severly hampered by the difficulties of regenerating whole plants from protoplasts of such species (Vasil, 1983a; Potrykus et al., 1985b).

*Agrobacterium* has the ability to transfer plasmid DNA into intact, potentially regenerable plant cells. Techniques have been perfected so that this system represents an established, routine procedure for a few species such as tobacco and tomato (Barton and Chilton, 1983). Agrobacterial-mediated transformations are generally considered to be limited to dicots, except for several specific monocotyledonous species. For example, T-DNA transfer to *Asparagus*, *Chlorophytum*, and *Narcissus* has been reported (Hernalsteens, et al., 1984; Hooykaas-Van Slogteren et al., 1984). Inoculation of these species resulted in tumorous proliferations in *Asparagus* and small swellings in *Chlorophytum*, and *Narcissus*. In these reports, attempts were not made to regenerate whole plants from the transformed cells. As of this writing, there have been no reports of gene transfer from *Agrobacterium* to plants of the Graminaē family. It is likely that the utilization of *Agrobacterium* as a vector for the transfer of genes to important monocots of the Graminae family will be impractical or impossible because of the restricted host range of the bacteria.

Tissue culture of Graminae:

In contrast to the extreme recalcitrance of protoplasts of Graminaceous species to regeneration, mature plants can readily be regenerated from embryogenic callus derived from various explants (Vasil, 1982b; Tomes, 1985). Embryogenic callus proliferates from epidermal and sub-epidermal cells of the scutellum of immature embryos of *Zea mays* (Vasil et al., 1985). After about 1 to 2 weeks, the embryos that have formed on the surface of this callus can be transferred to media that promotes the proliferation of embryogenic callus or to media that promotes regeneration (Green and Phillips, 1975; Lu, et al., 1982; Lowe et al.,1985). Recently, Duncan and coworkers (1985) found that many economically important genotypes of corn readily form embryogenic callus. Typically 50% of the immature embryos produce embryogenic callus when plated on the appropriate media. In some genotypes, most notably H99 and PA91, virtually all of the embryos proliferate into embryogenic callus when transferred to fresh media (Duncan, personel communication). Rice can also be regenerated from embryogenic callus derived from leaf tissue (Wernicke, 1981; Yan and Zhao, 1982), leaf sheath tissue (Bhattacharya and Sen, 1980) immature embryos, mature seed (Heyser et al., 1983), and anthers

MGA0080487

(Genovesi and Magill, 1982; Chaleff, 1983; Schaeffer et al., 1984). Techniques which would permit the delivery of genetic material directly into cells of embryogenic callus (or cells that give rise to embryogenic callus) would be of great value. Such a technique would greatly facilitate the recovery of whole plants from transformed cells.

This brief review indicates that although genes can be transfered to protoplasts of important cereal crop plants, tremendous obstacles remain for the regeneration of whole plants from these protoplasts. It would be of great advantage if genes can be transfered to intact cells directly, thus by-passing the difficulties of regenerating plants from protoplasts. The intact cells or tissues that are potentially regenerable do not appear to be amenable to the gene delivery systems that are currently available. However, since the particle gun method can be used to deliver DNA to cells and tissues *in situ*, it should be possible to introduce foreign genes into cells that can be regenerated into callus and whole plants.

<u>Preliminary Experiments Conducted</u>

<u>Introducing projectiles into cells with the particle gun</u>:

Several mechanisms for the acceleration of small, dense particles (or microprojectiles) have been developed by one of the P. I.'s (John Sanford) in coordination with Dr. Edward Wolf, the director of The National Submicron Resource Facility at Cornell. The four methods diagrammed in Figure 1 have been used to accelerate microprojectiles to velocities that permit their penetration of the cuticle, wall, and plasma membrane of plant cells. All the designs are somewhat effective, but the mechanism illustrated in Figure 1c and shown in greater detail in Figure 2 most effectively accelerates microprojectiles to velocities necessary for their penetration and entry into plant cells. This device is capable of accelerating tungsten microspheres to initial velocities of about 1400 to 3400 ft per second, depending on the strength of the gun powder charge used. About 0.5 mg of tungsten particles (available in average diameters of 0.6 to 4 μm) is placed on the front surface of a cylindrical nylon projectile (5 mm diameter, 8 mm length) as a dry powder or in suspension in 2 to 3 μl of water. A gun powder charge, detonated with a firing pin, is used to accelerate the nylon projectile down the barrel of the device. The vents in the barrel provide an outlet for the air in front of the nylon projectile and the hot gases from the gun powder charge that are behind the nylon projectile. The tungsten particles continue toward the target cells through a 1 mm aperture in a steel plate designed to stop the nylon projectile. Target cells are placed about 10 cm from the end of the device.

We are currently designing and constructing an improved version of the particle gun. The plans for this device are given in Figure 3. The major design change is the incorporation of a sterile vacuum chamber into which the microprojectiles are accelerated. Operation in a partial vacuum (i.e., 0.3 atmosphere) will allow the microprojectiles to maintain their velocity over a longer distance since their deceleration is primarily caused by air resistance. Other features of the improved particle gun will make the device easier to use and maintain aseptically. Several barrels will be available for the chamber so that one barrel can be cleaned and sterilized while another is used to bombard a sample. Another feature included in the design is a remote controlled mechanical arm that can open and close the lid of a petri dish after the chamber is closed and the partial vacuum applied.

MGA0080488

We initially chose *Allium cepa* (onion) as a model monocot plant species because of its large, chloroplast-free epidermal cells which are easily stripped away from bulb scales as a single layer of cells. The efficiency with which projectiles penetrate and enter epidermal cells of this species can be readily assessed by optical sectioning. Figure 4 shows the surface of an epidermal cell from an *A. cepa* bulb scale following bombardment with tungsten projectiles 4 μm in diameter. Several projectiles can be seen on the surface of this cell. By focusing into the same cell to a depth of approximately 20 to 40 μm, it can be seen that a tungsten projectile had penetrated the cuticle, wall, and membrane of the cell and entered the interior of that cell (Figure 5). Many cells can be bombarded simultaneously (Figure 7) and about 90 per cent of the cells in a 1 cm² area of *A. cepa* epidermal tissue (about 2000 cells) typically contain projectiles following bombardment. Projectiles can also be observed in sub-epidermal tissue following bombardment. Microprojectile velocities currently attainable with the particle gun permit limited penetration into onion tissue to a depth of 120 μm, or 4 cell layers. Thus, sufficient momentum is produced to allow a single microprojectile to pierce 7 cell wall and membrane layers.

Once in the cell, most (50 to 75%) of the projectiles can be observed to move in conjunction with the cytoplasmic stream. Cells can survive penetration by multiple projectiles. Apparently the lesions formed by the microprojectiles in the cell membrane are small and seal rapidly. Figure 6 shows a living epidermal cell with 9 tungsten particles in its interior. Up to 29 projectiles have been observed within a single living cell. However, viability of the cells (as determined by the maintenance of cytoplasmic streaming for an extended period of time following bombardment) is adversely affected by penetration by a large number of projectiles. Cell survival is 95% or greater among cells containing less than 11 projectiles while many of the cells that contain larger numbers of projectiles do not survive (Figure 12). By controlling the quantity of tungsten particles which land on the surface of the cells, the number of projectiles penetrating the tissue can be controlled such that high rates of viability can routinely be maintained. Except for the presence of the tungsten particles, bombarded cells do not visually differ from untreated cells and remain viable for as long as untreated cells when observed for up to 2 weeks (the length of time the tissue was maintained).

We have done extensive work with *A. cepa* epidermal tissue and are now very familiar with the experimental conditions (i e., the quantity of microprojectiles accelerated into tissue, the distance of the tissue from the end of the particle gun, and the sizes of projectiles that can be used effectively) that lead to optimal penetration and cell survival. We have recently initiated experiments to determine if smaller cells can survive penetration by microprojectiles. Work with cotyledon tissue of rice and wheat indicates that microprojectiles with an average diameter of 1.2 μm can pierce these cells and enter them in a nonlethal manner. Initial studies indicate that the penetrating capabilities of the microprojectiles can be enhanced if tissues are bombarded in a partial vacuum. We have found that all of the plant tissue that we have studied can survive a partial vacuum of approximately 0.3 atmosphere, as long as they are covered with a thin film of water to prevent their desiccation. Figures 8 and 9 show living rice and wheat cells that have been penetrated by relatively small microprojectiles. In addition, we have found that tobacco epidermal cells can tolerate penetration by microprojectiles (not shown). These results clearly indicate that delivery of foreign substances into living plant cells by this method should be applicable to numerous species and will not be limited to *A. cepa* cells.

MGA0080489

5

We have recently done experiments to determine if the particle gun can be used under aseptic conditions. Since it is constructed of stainless steel, the barrel and stopping plate of the particle gun can be flamed with ethanol. The nylon macroprojectile is sterilized in 70% ethanol and the tungsten microprojectiles can be autoclaved. All solutions that are placed on the front surface of the nylon macroprojectile are sterilized prior to use. Thus, firing tungsten projectiles into agar-solidified tissue culture media containing sucrose (2%) did not lead to visible microbial growth after at least 7 days. It is therefore clear that we can utilize the particle gun under aseptic conditions for tissue culture applications.

Introducing RNA and DNA into intact cells with the particle gun:

Effective methods for precipitating genetic material on the surface of the tungsten spheres have been developed. Precipitation with calcium and spermidine permits efficient adsorption and concentration of DNA to the spheres. By electrophoretic analysis, we estimate that one 4 μm sphere can hold approximately $10^{-2}$ pg of DNA on its surface, equivalent to 1000 molecules of a ten-kb plasmids per sphere. The DNA on the surface of the sphere can readily be visualized microscopically by staining with DAPI (Figure 10), a fluorescent dye specific for nucleic acids (Coleman and Goff, 1985). The DAPI-DNA labeled tungsten particles are observed to fluoresce in onion epidermal cells following bombardment. Once in the cell, the microprojectiles fluoresce for only a short time, suggesting that material diffuses from the surface of the microprojectiles. The nucleus of many of these cells begin to fluoresce after about 5 to 10 minutes, indicating that the DAPI, and therefore probably the DNA from the spheres, became associated with the nucleus. These results demonstrate that considerable amounts of DNA can be introduced into large numbers of intact cells simultaneously with particle gun technologies.

We have conducted experiments to determine if nucleic acids can be delivered to plant cells in a biologically active form. RNA was isolated (Zaitlin, 1979) from tobacco mosaic virus (TMV) strain $U_1$ and adsorbed to the surface of 4 μm tungsten projectiles. To accomplish the adsorption, 2 μl of a TMV-RNA solution (2 μg of RNA per microliter of distilled water) was added to 18 μl of a suspension of tungsten projectiles (0.01 g of tungsten per milliliter of distilled water). The RNA was precipitated by the addition of 7.5 μl of a 0.25M calcium chloride solution and the resulting suspension was centrifuged for 30 min at 13,000 g. TMV-RNA coated projectiles were used to bombard A. cepa epidermal tissue with the particle gun. Following bombardment, the tissue was incubated for 48 h at 21 C. Expression of the viral RNA was monitored by microscopic examination of the bombarded cells for the presence of viral inclusion bodies (Figure 11) which are crystallized virus particles that often take the form of hexagonal plates or clusters of such plates (Christie and Edwardson, 1977). About 30 to 40% of the cells containing projectiles (or nearly 30% of the total number of cells) in a 1 cm² area of tissue contained inclusion bodies (refer to Table 1 of the enclosed pre-print). These distinctive crystalline inclusions have never been observed in the thousands of cells we have examined in unbombarded tissue or in tissue bombarded with naked projectiles. As an additional control, TMV-RNA was precipitated with $CaCl_2$ as described above, except the tungsten particles were not included in the preparation. The resulting suspension was spread with a glass rod over a 1 cm² area of A. cepa epidermal tissue either before or after bombardment with naked spheres. Inclusion bodies were not observed in these samples indicating that the RNA did not simply enter the cells through openings formed by the passage of the spheres through the cell wall. In addition, inclusion bodies were not observed in A. cepa epidermal cells after TMV-RNA coated projectiles (30 μl of a preparation produced as described above) were spread over a 1 cm² area of tissue with a glass rod. These results clearly show that

MGA0080490

the particle gun can deliver nucleic acids in a biologically active form to a large number of cells simultaneously. The efficiency of delivery observed here is comparable to that found for TMV-RNA delivery to protoplasts by liposome uptake (Fraley et al., 1982; Fukunaga et al., 1981) or electrofusion (Nishiguchi et al., 1986).

We have most recently demonstrated that the particle gun can be used to deliver DNA to plant cells and that the DNA is subsequently expressed. Using methods similar to those described above, we have coated tungsten microprojectiles with plasmid (pS35-CAT) containing a gene that codes for the synthesis of chloramphenicol acetyltransferase (CAT). The gene is under the control of a strong promoter derived from cauliflower mosaic virus, the 35S promoter (Olszewski et al., 1982). The DNA-coated projectiles were used to bombard 13 sections of *A. cepa* epidermal tissue, each having an area of about 1 cm$^2$ (there are approximately 2000 cells per square cm of tissue). As controls, 13 sections of *A. cepa* epidermal tissue were left unbombarded or were bombarded with either naked tungsten microprojectiles or tungsten microprojectiles coated with pUC13 not containing the CAT gene. The tissue was then incubated for 3 days. CAT activity was assayed in extracts of the tissues by adding $^{14}$C-chloramphenicol and acetyl CoA and incubating the reaction mixture for 30 min. Products were separated by thin layer chromatography and detected with autoradiography (Gorman et al., 1982). Figure 13 shows the developed autoradiogram. Tissues bombarded with the CAT gene clearly expressed CAT activity, while controls had negligible activity. This experiment has been performed twice with similar results. These findings indicate that the particle gun not only can be used to deliver genetic material to monocotyledonous plant cells, but that the foreign gene is expressed in the synthesis of a biologically active foreign protein. We have therefore demonstrated that the particle gun can be used to transform monocot cells *in situ*, as they occur within intact tissues.

## Experimental Plan for this Proposal

We are greatly encouraged by these proof-of-concept experiments and are convinced that this approach can eventually be used to transform nearly all cell types and potentially many tissue types. However, we realize that a great deal of developmental research is still required. We first plan to complete the *A. cepa* work by monitoring the efficiency of transformation of cells with DNA introduced by the particle gun and determining the factors that can influence these efficiencies. After completing the *A. cepa* research, we plan to extend our findings to *Nicotiana*. Although *Nicotiana* is not a monocot, it will be used as a model system for demonstrating the utility of the particle gun for the production of stably transformed callus and whole plants. *Nicotiana tabacum* is chosen because of the ease of culturing and regenerating this species using standard protocols.

After the basic aspects of particle gun-mediated transformations have been studied with onion and tobacco, we will apply the concept of gene delivery with the particle gun to two important grain crops (corn and rice). Our techniques will be optimized for bombardment of tissues and cells chosen for their potential for regeneration to whole plants. Eventually, further refinements will be made with the hope of developing a system applicable for the transformation of other grain species. When this technology is fully mature, it is our hope that it will be the system of choice for transforming most plant species.

MGA0080491

Plasmids:

pRSV-CAT: The plasmid with an easily identifiable gene product used for our preliminary studies is one that carries the CAT gene (Morelli et al., 1985). This plasmid includes the following components: (a) a 941 bp region including the 35S promoter from cauliflower mosaic virus (Guilley et al., 1982), (b) a 900 bp long region coding for the chloramphenicol acetyltransferase (CAT) activity (Alton and Vapnek, 1979), (c) a 700 bp region carrying the rbcS 3' noncoding sequences and the transcription termination region, and (d) a derivative of the pUC13 plasmid in which the HincII site was changed to a ClaI, and the plasmid was linearized by digestion with EcoRI and ClaI. The composite plasmid (5280 bp), designated p35S-CAT, was constructed and kindly provided to us by Dr. G. Morelli (Morelli et al., 1985). Using electroporation with protoplasts, one of the P. I.'s (R. W.) has already demonstrated that this plasmid integrates into the genome of at least two species of Graminae (rice and wheat) and is expressed.

pLGV neo: A plasmid with a kanamycin resistance selectable marker, pLGV23 neo (De Block et al., 1984) was kindly provided by Dr. M. van Montagu. This chimeric plasmid contains the promoter of the nos gene and the coding sequence of neomycin phosphotransferase II (neo) from Tn5. Various plasmids with similar selectable markers which are used for plant transformation are also available to us.

Continuation of <em>A. cepa</em> work:

We will continue to use <em>A. cepa</em> as one of our model systems, because we have successfully demonstrated transformation and because we can reproducibley obtain high rates of penetration and viability after bombardment. We plan to study cellular transformation efficiencies by using labeled antibodies to the CAT protein using modifications of the methods that are routinely performed in animal transformation systems (Gorman et al., 1982). By this method we can precisely and rapidly determine the percentage of cells that have been transformed. This ability will greatly help us to study those factors affecting transformation effeciency. Epidermal cells will be bombarded with tungsten microprojectiles coated with plasmid containing the CAT gene as described in the Progress section of this proposal. After incubating the tissue for 3 days, the tissue will be fixed and thin sections prepared (Coleman and Pratt, 1974; Baumgartner et al., 1981). The thin sections will then be treated with antibodies against the CAT protein. After washing, the antibody will be visualized with either FITC-labeled IgG or with the biotinylated peroxidase system, and counts of transformed cells will be made. Dr. C. Gorman has kindly supplied us with the CAT antibody which she has been using in her studies of animal cell transformation (Gorman et al., 1982).

Alternatively, an autoradiographic method will be used to determine the number of cells that are transformed in a given area of <em>A. cepa</em> epidermal tissue. Three days after bombardment with the appropriate plasmid, $^{14}$C labeled chloramphenicol will be added to the tissue. After about 2 hours, the tissue will be incubated with a 100-fold excess of unlabeled chloramphenicol for 3 to 10 minutes and washed extensively to remove residual radiolabeled substrate. It should be possible to wash out the unused substrate from the cells since it is an uncharged molecule. The products of chloramphenicol acetyltransferase (1-acetyl chloramphenicol, 3-acetyl chloramphenicol, and 1.3-diacetyl chloramphenicol) would be difficult to wash out from the cells since they are charged molecules. After washing, the epidermal layers will be dried and autoradiographs should reveal those cells

MGA0080493

containing the protein products of the CAT gene. These techniques should yield data on the actual number of transformed cells and will help us to accurately determine the efficiency of particle gun-mediated transformations under various experimental conditions.

There are numerous factors which may affect the efficiency of transformation in *A. cepa*. For example, bombarding the same piece of tissue several times may greatly enhance the degree to which the CAT gene is expressed in the tissue. To test this, we will bombard 1 $cm^2$ sections of *A. cepa* epidermal tissue either 1, 2, 3, or 4 times with microprojectiles coated with p35S-CAT. The relative effects of these treatments on specific activity will be determined by performing the CAT enzyme assay on the bombarded tissue. Differences in the actual numbers of cells that are transformed will be determined using either the immunochemical or radiochemical technique described above. Changes in the techniques used to adsorb DNA to the tungsten microprojectiles may influence the quality and extent of binding, which may in turn affect the levels of CAT enzyme that are produced in the bombarded tissue. As was outlined in the Progress section of this proposal, we routinely use $2.5M$ $CaCl_2$ and $0.1M$ spermidine to bind DNA to the microprojectiles. Under the conditions that we employ, these concentrations give relatively good binding as revealed by microscopic observation following DAPI staining. Optimizing the quantity of DNA that is bound to the microprojectiles may not necessarily lead to optimal transformation efficiencies since other factors such as de-adsorption and resolubilization in the cellular environment may be highly significant. We therefore plan to determine the influence of various parameters used to bind DNA to the microprojectiles on transformation efficiencies. The concentrations of $CaCl_2$, spermidine, and DNA (p35S-CAT) will be varied in the binding procedure and the resulting DNA-coated microprojectiles will be used to bombard a specified area of epidermal tissue. In addition, the length of time that the suspension of microprojectiles and precipitated DNA are centrifuged together can be varied to study the influence of this parameter on transformation efficiency. Following incubation, the relative differences in transformation efficiencies between treatments will be determined by the radiochemical CAT assay. Differences in the actual number of cells transformed will be determined with either immunochemical or autoradiographic techniques.

Transformation of *Nicotiana* :

Tobacco will serve as a model system to expand upon our findings with *A. cepa*. Thin sections consisting of epidermis and 2 to 4 layers of accompanying sub-epidermal tissue can easily be removed from leaf tissue. We have found that this tissue is suitable for optical sectioning with the light microscope and viability can readily be determined by the maintenance of cytoplasmic streaming. In our preliminary experiments, penetration and cell survival have been observed in this system.

Conditions will be varied so that optimal cellular penetration by the microprojectiles and cell viability following bombardment are reproducibly obtained. Using microprojectiles 1.2 or 2.4 μm in diameter and leaf tissue of a known age and developmental stage, we will determine the optimal distance for the placement of the tissue from the end of the particle gun. This distance will be varied from 5 to 15 cm in the air and under a partial vacuum (0.3 atmosphere). After the ideal distance is determined for each size of microprojectile, the optimal quantity of microprojectiles accelerated at the tissue will be established. Between 0.05 and 0.5 mg of tungsten particles will be loaded into the device. Various strength gun powder charges and degrees of vacuum will also be tested to

MGA0080494

optimize microprojectile velocities and the efficiency of penetration by the microprojectiles. Following bombardment. penetration by the microprojectiles and the viability of the cells will be determined microscopically.

After the above parameters have been established, we will determine if the particle gun can be used to transform *Nicotiana*. Specific plasmids will be coated to the surface of tungsten microprojectiles having a specific average diameters of between 1.2 μm and 2.4 μm. using methods that we have already established. To accomplish the adsorption, 20 μl of a DNA solution (0.25 μg of DNA per μl of TE buffer) is added to 20 μl of a suspension of tungsten projectiles (10 mg of tungsten per milliliter of distilled water). The DNA is precipitated by the addition of 100 μl of a calcium chloride solution (2.5*M*) and 40 μl of a spermidine solution (0.1*M*). The resulting suspension is centrifuged in an Eppendorf tube for 60 min at 13,000 g at 4 C. The presence of DNA on the surface of the tungsten particles can be confirmed with DAPI staining. Before using the particle gun to bombard plant tissue with the tungsten microprojectiles, the nylon macroprojectile, gun, and vacuum chamber can be thoroughly sterilized with 70% ethanol. The particle gun assembly can be kept within a sterile hood with laminar air flow to help maintain aseptic conditions. Between firings, the gun will be cleaned with ethanol.

We will accelerate tungsten microprojectiles coated with the plasmid p35S-CAT into leaf tissue. Both young leaf tissue, *in situ*, as it occurs on the plant and excised leaf discs will be bombarded. The leaf discs will be maintained in a humidifier after bombardment while the intact leaf tissue will simply be left on the plant. The presence of the CAT enzyme will be determined using the radiochemical enzyme assay used successfully with *A.cepa* epidermal tissue.

To determine if transformed tissue can be regenerated from material treated with the particle gun, leaf discs will be bombarded with microprojectiles coated with a plasmid (pLGV23 neo) which contains the selectable kanamycin resistance gene. The particle gun. associated solutions. and plant tissue will be sterilized prior to use. If it is found that surface sterilizing the leaf kills many epidermal cells, then the leaf will be surface sterilized and a thin epidermal layer with several accompanying sub-epidermal layers will be excised. The sub-epidermal cells will then be targets for the microprojectiles. Selection and regeneration protocols will then be followed. A very reliable system has been described by Horsch and coworkers (1985) for regeneration of tobacco from cells of leaf discs that have been transformed with *Agrobacterium*, and this system is used routinely in the laboratory of one of us (J. S.). Following treatment with the microprojectiles, the leaf disc will be transferred to semi-solid media that induces growth and shoot regeneration. After 2 to 3 days the tissue will be transferred to the same media but supplemented with kanamycin at a concentration of about 300 μg per mL. Shoots that develop from the callus in 2 to 4 weeks will be transferred to root inducing medium containing kanamycin. After roots appear the plantlets can be transplanted to soil. *Nicotiana tabacum* will also be used as a model system for the transformation of callus cells that are potentially regenerable. Callus can be initiated using standard techniques (Gamborg et al., 1979; Wernicke and Thomas, 1980). The degree to which microprojectiles penetrate these cells will be determined by fixing thin sections (about 2 to 3 cell layers thick) and viewing them under the light microscope. Following bombardment with the kanamycin resistance gene, the tissue can be transferred to selective shoot inducing medium and then to medium promoting root formation.

Transformation will be confirmed by nopaline assays and Southern hybridizations. The nopaline assays, dot blots, and Southern hybridizations have been extensively used in the laboratory of one of us (R. W.).

Transformation of *Zea mays* using the particle gun:

Existing callus proliferation and plant regeneration systems for maize make this species very well suited for experiments with the particle gun. Callus can readily be produced from scutellar tissue of immature embryos of *Zea mays*. Under the appropriate culture conditions, the callus of some genotypes is highly embryogenic and can be maintained for long periods of time (Duncan et al., 1985; Hibberd, 1984). Using favorable media and genotypes, up to 50% of the immature embryos plated can produce regenerable callus (Duncan et al., 1985). For some genotypes (i.e., H99 and PA91), 100% of the embryos give rise to embryogenic callus when plated on the appropriate medium, and the resulting callus is so embryogenic that the entire surface of the callus becomes covered with embryoids (D. R. Duncan, personal communications). Most encouraging is the fact that recent studies of the somatic embryogenesis of maize demonstrate that scutellar epidermal cells cells, callus surface cells, and cells just below the surface develop into embryoids (Vasil et al., 1985). These cells are relatively large (20 to 40 μm in diameter) and should be amenable to penetration by the microprojectiles. Thus the cells that give rise to embryos are highly accessible for penetration by microprojectiles accelerated with the particle gun. Dr. Duncan has agreed to supply us with stable embryogenic cultures of H99 and PA91.

With the particle gun, we plan to introduce genes that code for easily assayable or selectable markers into embryogenic or potentially embryogenic corn tissue. We will bombard the following tissues: 1) scutellar tissue of immature embryos, 2) pre-embryogenic callus derived from immature embryos, and 3) embryogenic callus which has formed embryoids. Immature embryos can be asceptically removed from immature caryopses using standard techniques (Green and Philips, 1975; King and Shimamoto, 1984). The immature embryo will then be placed on a glass slide with the embryonic axis facing downwards. The tissue will be positioned so that regions known to give rise to callus (i. e., the coleorhizal end of the scutellum) will be subjected to bombardment by the incoming microprojectiles. To prevent desiccation of the cells under reduced atmospheric pressure (about 0.3 atmosphere) the embryo will be covered with a thin layer of water. The embryo can then be placed in the vacuum chamber and the particle gun aimed so that the 'spray' of particles exiting the gun will impact on the scutellum. As stated previously, the optimal size and quantity of microprojectiles used and the optimal distance of the tissue from the end of the gun will be determined in preliminary experiments for each type of tissue.

Experiments will first involve the introduction of plasmids containing the chloramphenicol acetyltransferase (CAT) gene into cells of the scutellum using techniques similar to those found successful for *A. cepa* epidermal cells. Following bombardment with the microprojectiles, the embryos will be incubated for 2 to 3 days to permit production of the CAT enzyme. The presence of CAT activity can be determined in tissue extracts using standard techniques. Embryos (5 to 20) can be pooled to perform one enzyme assay. Experiments to introduce a selectable marker into cells of the scutellum will also be performed. Following bombardment as described above but with plasmid pGLV23 neo, the tissue will be transferred to callus proliferation media which does not contain

kanamycin (for example, maintenance medium D of Duncan et al., 1985). About 2 days will be allowed for the production of the kanamycin phoshotransferase enzyme in the bombarded tissue. The embryo will then be transferred to maintenance media containing kanamycin. Preliminary experiments will be performed to determine the minimum concentration of kanamycin that inhibits callus growth by plating immature embryos on maintenance medium containing either 0, 50, 100, 200, or 500 μg of kanamycin per ml of media. Sufficient quantities of callus will be produced to perform nopaline assays and dot blots to confirm the presence of the introduced gene in the kanamycin resistant plant material.

Transformed callus can be transferred from maintenance media to media that promotes the generation of callus capable of embryogenesis. Callus capable of embryogenesis can be visually selected and then transferred again to regeneration media. Embryos that develop from the callus can then be transferred to MS medium (Murashige and Skoog, 1962) lacking growth regulators.

Another promising target tissue that we will bombard is young callus that has not yet differentiated into embryogenic callus. Immature embryos will be plated on callus maintenance medium and allowed to grow for periods ranging from 5 to 14 days. The callus that forms will then be transferred to a sterile petri dish, covered with a thin layer of water, and bombarded under reduced atmospheric conditions with 1.2 μm projectiles coated with either the CAT plasmid or plasmid containing the kanamycin resistance gene. In the case of bombardment with the CAT plasmid, the callus can be transferred back to the maintenance medium for 2 to 7 days. The presence of the CAT enzyme can then be determined as previously described. For callus bombarded with the kanamycin resistance gene, the tissue can be transferred to maintenance medium including a pre-determined concentration of kanamycin. The callus will be allowed to proliferate and embryogenic portions of the callus will be transferred to fresh medium supplemented with kanamycin. Any resulting plantlets will then be transferred to regeneration medium.

Callus tissue which has already differentiated into embryogenic callus will be bombarded with plasmid containing the kanamycin resistance gene. The bombarded tissue will be allowed to proliferate for several days on medium lacking kanamycin. Each piece of embryogenic callus that is bombarded will have hundreds of embryoids on its surface, each capable of giving rise to embryogenic callus or plantlets when subcultured on the appropriate medium. In some experiments, the entire callus will be transferred to medium containing kanamycin. After 2 weeks, the callus will be transferred to callus maintenance medium containing kanamycin and subsequently to media that promotes regeneration.

Suspension cultures of maize can be produced from embryogenic callus (Green, 1982) and such cells give rise to embryogenic callus when plated on solid medium. These suspension cells can also be bombarded with projectiles coated with plasmid harboring the kanamycin resistance gene. A suspension culture will be spun down and about $10^6$ cells added per milliliter of cooled alginate. The alginate-cell mixture will be spread on a glass slide and allowed to harden. These immobilized cells should then be suitable for bombardment. The bombarded cells will then be transferred to kanamycin containing medium after several days of incubation on kanamycin free medium. Presumably only those cells that are expressing the introduced gene will be capable of growth and embryogenesis in the medium supplemented with kanamycin.

MGA0080497

In addition to the above-stated tissues, we would eventually like to bombard corn meristematic tissues. Dr. D. B. Walden and associates have done extensive studies on corn floral meristem (Cheng et al., 1983). They have developed highly effective means for culturing primordial floral meristems into mature flowers and gametophytes. Effective means have been developed by these researchers to use the *in vitro* generated gametophytes for *in vitro* fertilization to produce viable seed (Ramen et al., 1980). Primordial floral meristems constitute large targets (0.5 to 1 cm in diameter) whose surfaces are covered with large numbers of spikelet primordia. Bombardment of such tissues with pLGVneo would be followed by culture into mature flowers in the presence of kanamycin. Resulting gametophytes can then be used for *in vitro* fertilization. Because the gametophytes will have developed in the presence of kanamycin, the only viable gametophytes should be kanamycin resistant, deriving from transformed sectors of the meristem. Resulting transformed progeny should therefore be non-chimeric, and seedlings will be readily screened for kanamycin resistance. This work will be done in collaboration with Dr. Walden.

Transformation of *Oryzae sativa* with the particle gun:

The basic research methods we have outlined for corn are clearly applicable to other monocot systems where regeneration from tissue is possible. We plan to extend our studies to rice, as time permits.

Embryogenic callus will be induced from anthers (Genovesi and Magill, 1982), immature embryos, and mature seed (Heyser et al., 1983). The callus will be bombarded with plasmids harboring the selective kanamycin resistance marker either before or just after embryoids begin to form. In addition, we will attempt to bombard the immature embryo (primarily the scutellum) to introduce genes into these cells before they divide. Preliminary experiments will be performed to optimize microprojectile penetration in a manner described for the other systems discussed in this proposal. Space does not permit us to reiterate as detailed an outline for rice, but the approach will obviously be similar as for corn.

Electron and Light Microscopy for the Study of Microprojectiles in Cells:

Some of our experiments will involve bombarding tissue with microprojectiles (<0.6 μm) that are difficult to visualize within a cell with the light microscope. We will employ electron microscopy to detect these very small particles within cells. The electron microscope will also be used for tissues that are not suitable for optical sectioning with the light microscope. In addition, we are very interested in the nature of the cell lesion associated with penetration. Using freeze fracturing and conventional electron microscopic techniques, the lesions on the cell surface produced by the microprojectiles will be investigated. The interaction of the microprojectiles with the cytoplasm will also be studied at the light and electron microscopy levels. The movement of the microprojectiles in relation to the nucleus, cytoplasm, and organelles will be studied. This work will be done in collaboration with Dr. M. Parthasarathy of Cornell.

Personnel

   This grant is intended to support a post-doc, a technician, and a part-time lab aide.

   The post-doc, Dr. Ted Klein, has been working on the particle gun concept for two years in Dr. Sanford's lab, under a special grant from the Cornell Biotechnology Institute. He has pioneered this new field of biological research and is uniquely qualified to continue this project (see enclosed C.V. and pre-print). A part-time lab aide will be essential, to free Dr. Klein from some of the most routine and tedious aspects of this work. Dr. Klein will focus his attention on the various aspects of the accelerators, the cells, and their interaction. Technical support is required for the molecular biology and tissue culture aspects of this work. A full-time technical line will be shared between Dr. Wu's lab and Dr. Sanford's lab. Plasmid preparations, CAT assays, and DNA hybridization will be conducted in Dr. Wu's lab. Routine tissue culture work will be done in Dr. Sanford's lab (i.e. tobacco), while the more demanding tissue culture work (i.e. with monocots) will be done in Dr. Wu's lab.

   Dr. Cao Jun, a new post-doctoral associate in Dr. Wu's lab received his Ph.D. under Dr. M.C. Rush. He has substantial monocot tissue culture expertise and has helped develop highly efficient methods for regenerating rice plantlets from immature panicle tissues. He will be actively involved with this project and will provide invaluable tissue culture expertise.

Facilities and Equipment:

1.  Dr. Sanford: My lab has already been heavily involved in particle gun research. I have more than 900 sq. ft. of PI lab space, divided into four rooms. One room (208 sq. ft.) is entirely dedicated to particle gun research, and houses four different types of particle acceleration devices, an Olympus microscope system with UV and Nomarski optics, and various lab equipment. (An advanced integrated particle gun system is under construction which will facilitate experimentation in a sterile chamber using partial vacuums.) A second lab (240 sq. ft.) is dedicated to tissue culture, and contains incubators, air shakers, an autoclave, a 4' biosafety hood, etc. A third lab (356 sq. ft.) is set up as a general wet lab with work space for at least 4 people and is used for DNA work. A fourth lab (102 sq. ft.) is used as an equipment room, and contains centrofuges, ovens, freezers, refrigerators, and various electrophoresis equipment. In addition to these resources, the department has two additional laminar flow hoods and two growth rooms which are available to me. TEM and SEM facilities are available at both the Geneva and the Ithaca campus.

   For growing plants before and after transformation, I have over 1,300 sq. ft. of greenhouse space, including a PI greenhouse with high intensity lights (we have been very successful in growing and crossing corn in this house).

2.  Dr. Wu: An advanced particle gun device will be supplied to Dr. Wu's lab, similar to the device being installed in Dr. Sanford's lab. This will allow simultaneous bombardment experiments to proceed in both labs.

MGA0080499

## Concluding Statement

We wish to point out that within the laboratories of the P. L's, we are very familiar with all of the techniques and methods required for carrying out the experiments described in this proposal. We also have or can readily obtain all the materials (e. g., plasmids, plant materials) for carrying out the experiments. We are confident that we will be successful in carrying out the experiments as proposed, and that we will be able to extend our findings in *A. cepa* to agriculturally important grain species. We believe that the contribution of this work will be far reaching.

The general facilities of the SEction of Biochemistry, Molecular and Cell Biology at Cornell University are available to Dr. Wu. They include an amino acid analyzer, a DNA synthesizer, electrophoresis and chromatography apparatus, preparative and analytic ultracentrifuges, scintillation counters, fermenters, a dark room, a cold room, cell culture rooms, etc. A P2 laboratory for recombinant DNA work is available (W202-204).

With respect to laboratory space, twelve scientists can be accommodated in Dr. Wu's laboratory. He now has five postdoctoral fellows, two technicians and four graduate students working in his laboratory.

Permanent equipment in his laboratory includes a Beckman scintillation counter, a Sorvall RC2B centrifuge, two shared Beckman L75 ultracentrifuges, six Eppendorf centrifuges, four bench top clinical centrifuges, on microscope, two $CO_2$ incubators, one shaking incubator, two shaking water baths, two balances, one shared spectrophotometer, five fraction collectors, two evaporators, twelve power supplies, and a number of electrophoresis aparati, heating blocks and water baths.

## Collaborative Arrangements:

In addition to the personnel directly supported by this grant, we have the continuing support and advice of Dr. Ed Wolf, Professor of Electrical Engineering and Director of the National Submicron Facility. As co-inventor of the particle gun process, Dr. Wolf intends to continue to utilize his expertise in sub-micron structures and engineering, to develop better versions of the particle gun, and to test new acceleration principles. Dr. Wolf is presently supporting and directing work to produce a more advanced particle gun research device for use in our labs. Dr. Wolf and Dr. Sanford have plans to apply to NSF for additional funds to study engineering aspects of the particle gun (see attached letter).

Dr. D.B. Walden, Professor of Plant Sciences, University of Western Ontario, has agreed to collaborate with us in the studies relating to the bombarding of meristematic tissues of corn. He has agreed to instruct us in his methods of floral meristem isolation, culture, and subsequent in vitro pollination. He has also indicated that he is eager to prepare and bombard meristems in his own lab, using our technology, and in collaboration with us (see attached letter).

Dr. M. Parthasarathy, Professor of Plant Biology, Cornell, has agreed to collaborate with us in the study of penetration efficiencies and related cellular damage, using Cornell's SEM and TEM electron microscope facility (see attached letter). A $2,000 user fee is included in the second year's budget for this purpose.

MGA0080501

Figure 1: 4 acceleration mechanisms for use in particle gun design:
    a. Acceleration in an air stream.
    b. Acceleration by transferred impulse.
    c. Acceleration by macroprojectile.
    d. Acceleration by electric fields.





**Figure 2:** Basic particle gun design currently in use. This design involves acceleration of micro-projectiles on the face of a nylon macro-projectile. The macro-projectile is accelerated by ballistic means and is stopped by a steel plate.

PLATE TO STOP NYLON PROJECTILE

TARGETS, CELLS OR TISSUE

VENTS

MICRO-PROJECTILES

NYLON MACRO-PROJECTILE

BLANK CHARGE

FIRING PIN

MGA0080503

Figure 3:   Crude sketch of particle gun system currently being fabricated.
This system includes an easily cleaned, sterilized and loaded,
electronically-fired gun assembly, a non-sterile vacuum chamber
for receiving gun discharge gases, a sterile vacuum chamber for
cellular bombardment, a spring-loaded stopping plate, a baffle,
and a sample platform.



MGA0080504

Figure 4:  Several 4 micron tungsten spheres on the surface of an onion epidermal cell, following particle gun bombardment.

Figure 5:  A 4 micron tungsten sphere inside the same cell shown in Figure 4, focusing 20-40 microns below the cell's surface.

Figure 6:  Nine 4-micron tungsten spheres inside a single living onion cell.  (Up to 29 micro-projectiles have been observed in a single living cell.)

Figure 7:  Most cells in a bombarded area contain 1-10 microprojectiles. More than 90% of the cells in a 1 cm$^2$ area contain spheres.



Figure 4.



Figure 5.



Figure 6.



Figure 7.

MGA0080506

Figure 8:  A 1.5 micron tungsten sphere inside a living epidermal cell of a
bombarded cotyledon of rice.

Figure 9:  A 1.5 micron tungsten sphere inside a living epidermal cell of a
bombarded cotyledon of wheat.

Figure 10:  Four micron tungsten spheres fluoresce brightly when coated
with DNA and stained with DAPI (uncoated spheres do not
fluoresce).

Figure 11:  TMV viral inclusion body crystals in onion cells, following
bombardment, seen in clusters of distinctive hexagonal plates
2-10 microns in diameter.

MGA0080507



Figure 8.



Figure 9.



Figure 10.

Figure 11.

MGA0080508

Figure 12:  Survival rates of onion cells after penetration, is very high, except when penetrated by an excessive number of particles.



MGA0080509

Figure 13:   CAT assay autoradiograph.  First lane is bacterial control,
             with very strong CAT activity.  Lanes 2 and 3 are negative
             controls representing unbombarded onion, and onion bombarded
             with pUC 13 control plasmid.  Lanes 4 and 5 are extracts
             from onion bombarded with p 35S:CAT plasmid.  The lower
             spots are unreacted chloramphenicol substrate.  The upper
             (three) bands are the acetylated forms of the substrate.
             (Upper bands indicate CAT enzyme activity in extract.)
             The onions bombarded with p 35S:CAT clearly have CAT
             activity.



1,3-diacetyl chloramphenicol
3-acetyl chloramphenicol
1-acetyl chloramphenicol

chloramphenicol

1          2          3          4          5



**National Research
and Resource Facility
for Submicron Structures**
Knight Laboratory. Cornell University
Ithaca, NY 14853   (607)256-2329

February 25, 1986

Office of the Director

Prof. John C. Sanford
108 Hedrick Hall
Department of Horticultural Sciences
New York State Agricultural Experimental Station
Geneva, NY 14456

Dear John:

I wish to express my continued excitement and commitment to our collaboration on the delivery of foreign substances into living cells using our particle gun method. I was very pleased to make available $10,000 in order for this research to proceed with matching state funds. I am pleased to inform you that the design of an improved particle gun is now completed with the essential specifications we agreed to earlier. With regard to still other future improvements for accelerating submicron particles, I plan to propose to various agencies, NSF in particular, for the continued engineering and testing of advanced particle delivery systems.

It is my hope that we will be able to continue to secure complementary funding for this research program as it evolves. In particular, I am very supportive of your present proposal to USDA, and hope that it will be funded.

In closing, I would like to compliment Dr. Ted Klein for his excellent progress over the last year. I think both he and Nelson Allen have made superb contributions and we are fortunate to have them on this program.

With best regards,

Edward D. Wolf
Director and
Professor of Electrical Engineering

 Cornell University

Division of Biological Sciences
Section of Plant Biology

Plant Science Building
Ithaca, NY 14853-5908

607/256-4477

February 25, 1986

Dr. John Sanford
Geneva Experiment Station
108 Hedrick Hall, Geneva

Dr. R. Wu
Biochemistry, Cell and Molecular Biology
W201 Wing Hall, Cornell University

Dr. T. Klein
Geneva Experiment Station
225 Hedrick Hall, Geneva

Dear Drs. Sanford, Wu and Klein:

   I have read through your USDA proposal on the delivery
of DNA into regenerable tissue of monocots using high-
velocity microprojectiles and find it both an innovative
and exciting project.  I shall be happy to cooperate in the
project as far as cytological aspects are concerned.  While
I anticipate no changes other than supplies for work that
might involve light microscopy, an annual fee of $2000 should
be budgeted for the use of the Electronmicroscopy facility.

                    Sincerely yours,

                    M.V. Parthasarathy
                    Professor of Plant Biology
                    Director, EM Facility

MVP:lg

MGA0080512

## Literature Cited

Alton, N. K., and D. Vapnek. (1979) *Nature*  282,864.

Barton, K. A. and M. D. Chilton. (1983) *Methods in Enzymology*  101,527.

Bhattacharya, P. and S. K. Sen. (1980) *Theor. Appl. Genet.* 58,87.

Baumgartner, B., K. T. Tokuyasu, and M. J. Chrispeels (1981) *Planta* 150,419.

Chaleff, R. S. (1983) *Plant Cell Tissue Organ Culture*  2,29.

Cheng, P. C., R. I. Greyson, and D. B. Walden. (1983) *Amer. J. Bot.* 70,450.

Christie, A. W. and J. R. Edwardson. (1977) *Light and Electron Microscopy of Plant Virus Inclusions, Florida Agricultural Monograph Series Number 9* (University of Florida, Gainsville).

Coleman, A. W. and J. L. Goff. (1985) *Stain Technol.* 60,145.

Coleman, R. A., and L. H. Pratt (1974) *J. Histochem. Cytochem.* 22,1039.

De Block, M., L. Herrera-Estrella, M. van Montagu, J. Schell, and P. Zambryski. (1984) *EMBO J.* 3,16681.

Duncan, D. R., M. E. Williams, B. E. Zehr, and J. M. Widholm. (1985) *Planta* 165,322.

Fraley, R. T., S. L. Dellaporta, and D. Papahadjopoulos. (1982) *Proc. Natl. Acad. Sci. USA* 79,1859.

Fromm, M., L. P. Taylor, and V. Walbot. (1985) *Proc. Nat. Acad. Sci. USA* 82,5824.

Fukunaga, Y., T. Nagata, and I. Takebe (1981) *Virology* 113,752.

Genovesi, A. D. and Magill. (1982) *Plant Cell Reports* 1,257.

Gorman, M. C., G. T. Merlino, M. C. Willingham, I. Pastan, B. Howard. (1982) *Proc. Natl. Acad. Sci. USA*  79,6777.

Green, C. E. (1982) in *Plant Tissue Culture 1982*. Fujiwara, A. ed. (Japanese Association for Plant Tissue Culture, Tokyo) pp107-108.

Green, C. E. and R. L. Philips. (1975) *Crop Sci.* 15,417.

Guilley, H., R. K. Dudley, G. Jonard, E. Balazs, and K. E. Richards. (1982) *Cell* 30,763.

Hermeisteens, J.-P., L. Thia-Toong, J. Schell, and M. Van Montagu. (1984) EMBO J. 3,3039.

Heyser, J. W., T. A. Dykes, K. J. DeMott, and M. W. Nabors. (1983) *Plant Sci. Letters* 29:175.

Hibberd, K. A. (1984) in *Cell Culture and Genetics of Plants* I. K. Vasil, Ed. (Academic Press, New York) pp. 571-576.

Hooykaas-Van Slogteren, G. M. S., P. J. J. Hooykaas, and R. A. Schilperoort. (1984) *Nature* 311,763.

King, P., and K. Shimamoto (1984) in *Handbook of Plant Cell Culture, vol. 2, Crop Species.* W. R. Sharp, D. A. Evans, P. V. Ammirato, and Y. Yamada,
Eds. (Macmillan, New York) pp. 69-91.

Lörz, H., B. Baker, and J. Schell. (1985) *Mol. Gen. Genet.* 199,178.

Lowe, K., D. B. Taylor, P. Ryan, and K. E. Paterson. (1985) *Plant Sci.* 41,125.

Lu, C., I. K. Vasil, and P Ozias-Aakins. (1982) *Theor. Appl. Genet.* 62,109.

Morelli, G., F. Nagy, R. T. Fraley, S. G. Rogers, and N. H. Chau. (1985) *Nature* 315,200.

Nishiguchi, M., W. H. R. Langridge, A. A. Szalay, M. Zaitlin. (1986) *Plant Cell Reports* In press.

Olszewski, G., G. Hagen, and T. J. Guilfoyle. (1982) *Cell* 29,395.

Potrykus, I., M. Saul, J. Paszkowski, and R. D. Shillito. (1985a) *Mol. Gen Genet.* 199,183.

Potrykus, I., R. D. Shillito, M. W. Saul, and J. Paszkowski. (1985b) *Plant Mol. Biol. Reporter* 3,117.

Raman, K., D. B. Walden, and R. I. Greyson. (1980) *J. Heredit.* 71,311.

Schaeffer, G. W., T. F. Sharpe Jr., And P. B. Cregan. (1984) *Theor. Appl. Genet.* 67,383.

Steinbiss, H.-H., and P. Stabel. (1983) *Protoplasma* 116,223.

Tomes, D. T., (1985) in *Cereal Tissue and Cell Culture* S. W. J. Bright and M. G. K. Jones, Eds. (Martinus Nijhoff, Boston) pp.175-203.

Vasil, I. K., (1983a) *Int. Rev. Cytol. Suppl.* 16,79.

Vasil, I. K.,. (1983b) in *Plant Tissue Culture 1982.* Fujiwara, A. ed. (Japanese Association for Plant Tissue Culture, Tokyo), pp. 101-104.

Vasil, V., C.-Y. Lu, and I. K. Vasil. (1985) *Protoplasma* 127,1.

MGA0080514

Wernicke, W., R. Brettell, T. Wakizura, I. Potrykus. (1981) Z. *Pflanzenphysiol.* 103,361.

Yan, C. J. and Q. H. Zhao. (1982) *Plant Sci. Letters* 25,187.

Zaitlin, M. (1979) in *Nucleic Acids in Plants, vol. 2.* eds. Hall, T. C., and J. W. Davis. (CRC Press, Boca Raton) pp. 31-64.

Professional Vita:

John C. Sanford
Assistant Professor/Cornell University

I. Personal Data

Business address:   Horticultural Sciences, Hedrick Hall
Cornell University
Geneva, New York 14456
Telephone: 315-787-2395

Date of Birth:   June 28, 1950

II. Education:

| University of: | Degree: | Date: | Major: |
|---|---|---|---|
| Minnesota – St. Paul | BS | 1976 | Horticulture |
| Wisconsin – Madison | MS | 1978 | Plant Breeding/Plant Genetics |
| Wisconsin – Madison | Ph.D. | 1980 | Plant Breeding/Plant Genetics |

Current Research

An important gap exists between molecular and cellular plant biology versus whole plant biology. That gap must be bridged conceptually and physically if breakthroughs on the molecular and cellular levels are going to have any relevance to basic and applied problems on the whole plant level. The main thrust of my research is to work at the interface between molecular genetics and plant breeding, to bridge that gap. My central research objectives currently involve a) development of new transformation technologies and b) methods of genetically engineering plant resistances.

Publications relating to genetics and biotechnology

Sanford, J.C. and R.E. Hanneman. 1982. A possible heterotic threshold in the potato and its implications for breeding. Theoretical and Applied Genetics. 61:151-159.

Sanford, J.C. and R.E. Hanneman. 1982. Large yield differences between reciprocal families of Solanum tuberosum. Euphytica 31:1-12.

Sanford, J.C. and R.E. Hanneman. 1982. Intermating of potato haploids and spontaneous sexual polyploidization - effects on heterozygosity. Am. Pot. J. 59:407-414.

Sanford, J.C. 1982. Pollen studies using a laser microbeam. In D.L. Mulcahy and E. Ottaviano (eds.) Pollen: Biology and Implications for Breeding, Proceedings of the International Symposium on Pollen Biology p. 107-115.

MGA0080516

Sanford, J.C. 1983. Ploidy Manipulations in Fruit Breeding. In J. Janick and J.N. Moore (eds.) Methods in Fruit Breeding. Purdue University Press, West Lafayette, IN pp. 100-123.

Sanford, J.C., Y.S. Chyi, and B.I. Reisch. 1983. Attempted "Egg Transformation" in Lycopersicon esculentum. Theoretical and Applied Genetics. 67:553-558.

Sanford, J.C., Chyi, Y.S., and B.I. Reisch. 1984. An attempt to induce "egg transformation" in Lycopersicon esculentum using irradiated pollen. Theoretical and Applied Genetics. 67:553-558.

Sanford, J.C., Chyi, Y.S., and B.I. Reisch. 1984. Attempted "egg transformation" in Zea mays L., using irradiated pollen. Theoretical and Applied Genetics 68:269-275.

Chyi, Y.S., J.C. Sanford, and B.I. Reisch. 1984. Further attempts to induce "egg transformation" using irradiated pollen. Theoretical Applied Genetics 68:277-283.

Sanford, J.C., N.F. Weeden, and Y.S. Chyi. 1984. Regarding the novelty and breeding value of protoplast-derived variants of Russet Burbank (Solanum tuberosum L.). Euphytica 33:709-715.

Sanford, J.C., K. Skubik, and B.I. Reisch. 1984. Attempted transformation in tomato and corn, using incubation of pollen with genomic DNA. Theor. Appl. Genet. 69:571-574.

Sanford, J.C., and S.A. Johnston. 1985. The concept of parasite-derived resistance. J. Theor. Biol. 113:395-405.

Chyi, Y.S. and J.C. Sanford. 1985. "Egg transformation" induced by irradiated pollen in Nicotiana: a re-examination. Theor. Appl. Genet. 70:433-439.

Sanford, J.C. and K.A. Skubik. 1985. Attempted pollen mediated transformation with Ti-plasmids. In: D.L. Mulcahy (ed.). Biotechnology and Ecology of Pollen. Proceedings of International Symposium. (in press).

Simon, C.J. and J.C. Sanford. 1985. Prospects for pollen cell selection for resistance to various chemical agents. In: D.L. Mulcahy (ed.). Biotechnology and Ecology of Pollen. Proceedings of International Symposium. (in press).

Klein, T.M., J.C. Sanford, and E.D. Wolf. 1986. The use of high-velocity microprojectiles for the delivery of foreign substances into living cells. (submitted to Science).

Grumet, R., S.A. Johnston, and J.C. Sanford. 1986. A demonstration of pathogen-derived resistance using E. coli and the phage, QB. (submitted to Science).

MGA0080517

<u>Invited Papers</u>

Sanford, J.C., Y.S. Chyi, and B.I. Reisch.  1984.  Attempts to elucidate
    the phenomenon of "egg transformation" as mediated by irradiated pol-
    len.  Symposium on Plant Biotechnology – Gene transfer through non-
    traditional means.  ASA national meetings.  Nov. 25-30, Las Vegas.
    1984.  Agronomy Abstracts published by ASA, p.87.

Sanford, J.C.  1985.  Regarding early claims of pollen-mediated transforma-
    tion.  Forest and Crop Biotechnology – Progress and Prospects.  April
    18-20, 1985.  Syracuse, N.Y.  Springer Verlag (in press).

<u>Patents Pending</u>

1.  Particle Gun and Method for Transporting Substances into Living Cells
    and Tissues.
2.  Methods for Genetically Engineering Resistance to Viruses and Other
    Parasites.

MGA0080518

Wu, Ray
163-28-15-6

CURRICULUM VITAE: Ray Wu

BIRTH DATE: August 14, 1928    PLACE OF BIRTH: Peking, China

DEGREES: B.S.  Chemistry, University of Alabama, 1950
         Ph.D. Biochemistry, University of Pennsylvania, 1955

WORK EXPERIENCE:

| Period | Position |
|---|---|
| 8/1972-present | Professor, Section of Biochemistry, Molecular and Cell Biology, Cornell University, Ithaca, NY |
| 2/1972-8/1972 | Visiting Associate Professor, Department of Biology and Chemistry, MIT, Cambridge, MA |
| 9/1966-1/1972 | Associate Professor, Section of Biochemistry, Molecular and Cell Biology, Cornell University, Ithaca, NY |
| 7/1971-12/1971 | Visiting Scientist, MRC Laboratory of Molecular Biology (with Dr. F.Sanger), Cambridge, England |
| 9/1965-8/1966 | Visiting Investigator, Biochemistry Department (with Dale Kaiser), Stanford University, CA |
| 7/1957-6/1966 | Assistant; Associate; Associate Member, Department of Biochemistry, Public Health Research Institute of the City of New York, Inc. |
| 1955-1957 | Damon Runyon Postdoctoral Fellow, Cancer Research (with Dr. Efraim Racker), Department of Biochemistry, Public Health Research Institute of the City of New York, Inc. |

PUBLICATIONS:

165 original research papers. Contributed chapters in 11 books.
Edited four books:
    "Recombinant DNA" (Wu, R., ed.) Vol. 68 of Methods of Enzymology,
        Academic Press, 1979;
    "Genetic Engineering Techniques" (Huang, P.C., Kuo, T.T., and Wu, R.,
        eds.), Academic Press, 1982;
    "Recombinant DNA", Part B and Part C (Wu, R., Grossman, L. and
        Moldave, K., eds.), Vol. 100 and Vol. 101 of Methods of Enzymology,
        Academic Press, 1983.

PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

American Society of Biological Chemists (1960)
American Association for the Advancement of Science (1960)
American Chemical Society (1955)

HONORS AND AWARDS:

| Period | Description |
|---|---|
| 1984-1987 | Member, Board of Scientific Counselors, National Cancer Institute |
| 1984-1986 | Member, Panel of Scientific Advisors, UNIDO International Center for Genetic Engineering and Biotechnology |
| 1983-present | Honorary Professorship at Fudan University (Shanghai) |
| 1982, 1983 | E. Lilly Research Fellowship Award |
| 1982 | Elected Fellow, The Chinese Academy of Sciences, Taiwan |
| 1982 | Research Grant Reviewer, NIH Biochemistry Study Section |
| 1976-1978 | Chairman, Section of Biochemistry, Molecular and Cell Biology |
| 1971-1972 | National Science Foundation Senior Postdoctoral Fellowship |
| 1955-1957 | Damon Runyon Postdoctoral Fellow in Cancer Research |

MGA0080519

Wu, Ray
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

PUBLICATIONS: (selected publications between 1981-1985)

128. Scarpulla, R.C., Agne, K.M. and Wu, R. (1981) Isolation and Structure of A Rat Cytochrome c Gene. J. Biol. Chem. 256, 6480-6486.

130. Deng, G.R. and Wu, R. (1981) An Improved Procedure for Utilizing Terminal Transferase to Add Homopolyers to the 3' Termini of DNA. Nucleic Acids Res. 9, 4173-4187.

132. Scarpulla, R.C., Agne, K.M. and Wu, R. (1982) Cytochrome c Gene-Related Sequences in Mammalian Genomes. Proc. Natl. Acad. Sci., USA 79, 739-743.

135. Brousseau, R., Scarpulla, R., Sung, W., Hsiung, H.M., Narang, S.A. and Wu, R. (1982) Synthesis of a Human Insulin Gene. V. Enzymatic Assembly, Cloning and Characterization of the Human Proinsulin DNA. Gene 17, 279-289.

137. Lau, L.F., Roberts, J.W. and Wu, R. (1982) Transcription Terminates at λtR1 in Three Clusters. Proc. Natl. Acad. Sci., USA 79, 6171-6175.

139. Scarpulla, R.C. and Wu, R. (1983) Nonallelic Members of the Cytochrome c Multigene Family of the Rat May Arise Through Different Messenger RNAs. Cell 32, 473-482.

143. Guo, L.H., Yang, R.C.A. and Wu, R. (1983) An Improved Strategy for Rapid Direct Sequencing of Both Strands of Long DNA Molecules Clones in a Plasmid. Nucleic Acids Res. 11, 5521-5540.

144. Yang, R., Fristensky, B., Deutch, A.H., Huang, R.C., Tan, Y.H., Narang, S.A. and Wu, R. (1983) The Nucleotide Sequence of a New Human Repetitive DNA Consists of Eight Tandem Repeats of 66 Base Pairs. Gene 25, 59-66.

148. Limbach, K.J. and Wu, R. (1983) Isolation and Characterization of Two Alleles of the Chicken Cytochrome c Gene. Nucleic Acids Res. 11, 8931-8950.

150. Lau, L.F., Roberts, J.W., Wu, R., Georges, F. and Narang, S.A. (1984) A Potential Stem-Loop Structure and the Sequence CAAUCAA in the Transcript are Insufficient to Signal ρ-dependent Transcription Termination at λtR1. Nucleic Acids Res. 12, 1287-1299.

153. Guo, L.H., Stepien, P.P., Tso, J.Y., Brousseau, R., Narang, S., Thomas, D.Y. and Wu, R. (1984) Synthesis of Human Insulin Gene VIII. Construction of Expression Vectors for Fused Proinsulin Production in Escherichia coli. Gene 29, 251-254.

154. Kao, T.H., Moon, E. and Wu, R. (1984) Cytochrome Oxidase Subunit II Gene of Rice has an Insertion Sequence Within the Intron. Nucleic Acids Res. 12, 7305-7315.

159. Wu, R., Wu, N.H., Zahre, H., Georges, F. and Narang, S. (1984) Purification and Sequence Analysis of Synthetic Oligodeoxyribonucleotides. In "Oligonucleotide Synthesis, A Practical Approach" (Gait, M.J., ed.). IRL Press, Oxford, pp. 135-151.

162. Limbach, K.J. and Wu, R. (1985) Characterization of a Mouse Somatic Cytochrome c Gene and Three Cytochrome c Pseudogenes. Nucleic Acids Res. 13, 617-630.

163. Limbach, K.J. and Wu, R. (1985) Characterization of Two Drosophila melanogaster Cytochrome c Genes and Their Transcripts. Nucleic Acids Res. 13, 631-644.

164. Tso, J.Y., Sun, X.H., Kao, T.H., Reece, K.S. and Wu, R. (1985) Isolation and Characterization of Rat and Human Glyceraldehyde-3-Phosphate Dehydrogenase cDNAs: Genomic Complexity and Molecular Evolution of the Gene. Nucleic Acids Res. 13, 2485-2502.

165. Moon, E., Kao, T.H. and Wu, R. (1985) Pea Cytochrome Oxidase Subunit II Gene has No Intron and Generates Two mRNA Transcripts with Different 5'-termini. Nucleic Acids Res. 13, 3195-3212.

MGA0080520

Curriculum Vitae

Theodore M. Klein,   Postdoctoral Associate
Department of Horticultural Sciences
Hedrick Hall
Geneva, NY 14456

Date of birth: March 11, 1954

Education:

McGill University, B. S., Botany, 1976.

The University of Connecticut, M. S., Plant Science (Microbiology minor) 1982.

Cornell University, Ph. D., Agronomy (Microbiology minor), 1985.

Publications:

Klein, T. M. and J. S. Koths. 1980. Urease, protease, and acid phosphatase in soil continuously cropped to corn by conventional or no-tillage methods. *Soil Biol. Biochem.* 12:293-294.

Klein, T. M., J. P. Kreitinger, and M. Alexander. 1983. Nitrate formation in acid forest soils from the Adirondacks. *Soil Sci. Soc. Am. J.* 47:506-508.

Klein, T. M., N. J. Novick, J. P. Kreitinger, and M. Alexander. 1984. Simultaneous inhibition of carbon and nitrogen mineralization in a forest soil by simulated acid precipitation. *Bull. Environ. Contamination Toxicol.* 32:698-703.

Novick, N. J., T. M. Klein, and M. Alexander. 1984. Effect of simulated acid rain on nitrogen mineralization and nitrification in forest soils. *Water, Air and Soil Pollut.* 23:317-330.

Klein, T. M. and M. Alexander. 1985. Effect of the quantity and duration of application of simulated acid precipitation on nitrogen mineralization and nitrification in a forest soil. *Water, Air and Soil Pollut.* In press.

Kreitinger, J. P., T. M. Klein, N. J. Novick, and M. Alexander. 1985. Nitrification and characteristics of nitrifying microorganisms in an acid forest soil. *Soil Sci. Soc. Am. J.* 49:1407-1410.

Klein, T. M. and M. Alexander. 1986. Bacterial inhibitors in lake water. *Applied Environ. Microbiol.* Accepted for publication.

Stroo, H. F., T. M. Klein, and M. Alexander. 1986. Heterotrophic nitrification in an acid forest soil and isolation of a fungus capable of nitrite production under acidic conditions. *Soil Sci. Soc. Am. J.* Submitted for publication.

Klein, T. M., J. C. Sanford, and E. D. Wolf. 1986. The use of high-velocity microprojectiles for the delivery of foreign substances into living cells. *Science* Submitted for publication.

MGA0080521

TOTAL

U S DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROPOSAL BUDGET

OMB Approved 0520-0001
Expires 12/31/86

| ORGANIZATION AND ADDRESS | DURATION PROPOSED | S&E USE ONLY |
|---|---|---|
| Office of Sponsored Programs<br>Cornell University<br>123 Day Hall / Ithaca, NY 14853 | Months: __24__<br>**FUNDS<br>REQUESTED BY<br>PROPOSER** | Months: _____<br>**FUNDS<br>APPROVED BY<br>S&E**<br>*(If different)* |
| PRINCIPAL INVESTIGATOR(S)/PROJECT DIRECTOR(S)<br>Sanford, Klein, and Wu. | | |

| | | S&E FUNDED WORK MONTHS | | | | |
|---|---|---|---|---|---|---|
| | | Calendar | Academic | Summer | $ | $ |
| A. Salaries and Wages | | | | | | |
| 1. No. of Senior Personnel | | | | | | |
| a. ___ (Co)-PI(s)/PD(s) | | | | | | |
| b. ___ Senior Associates | | | | | | |
| 2. No. of Other Personnel (Non-Faculty) | | | | | | |
| a. _1_ Research Associates-Postdoctorate | 24 | | | | 45,150 | |
| b. ___ Other Professionals | | | | | | |
| c. ___ Graduate Students | | | | | | |
| d. ___ Pre-Baccalaureate Students | | | | | | |
| e. ___ Secretarial-Clerical | | | | | | |
| f. _2_ Technical, Shop, and Other | | | | | 44,500 | |
| Total Salaries and Wages ➤ | | | | | 89,650 | |
| B. Fringe Benefits (If charged as Direct Costs) | | | | | 22,413 | |
| C. Total Salaries, Wages, and Fringe Benefits (A plus B) ➤ | | | | | 112,063 | |
| D. Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | | | 20,000 | |
| E. Materials and Supplies | | | | | 28,000 | |
| F. Travel | | | | | | |
| 1. Domestic (Including Canada) | | | | | 2,000 | |
| 2. Foreign (List destination and amount for each trip.) | | | | | | |
| G. Publication Costs/Page Charges | | | | | 500 | |
| H. Computer (ADPE) Costs | | | | | | |
| I. All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statements and budget, should be explained in full in proposal.) | | | | | 2,000 | |
| J. Total Direct Costs (C through I) ➤ | | | | | 164,563 | |
| K. Indirect Costs (Specify rate(s) and basis(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus bases.) | | | | | 87,124 | |
| L. Total Direct and Indirect Costs (J plus K) ➤ | | | | | 251,687 | |
| M. Less Residual Funds (If applicable) ➤ | | | | | | |
| N. TOTAL AMOUNT of this REQUEST (L minus M) ➤ | | | | | $ 251,687 | $ |
| O. COST SHARING ➤ | | | | | $ 5,254 | ▓▓▓▓▓ |

NOTE: Signatures required only for Revised Budget    *This is Revision No.* ➤

| NAME AND TITLE<br>(TYPE OF PRINT) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

Form S&E-55   (Aug 81)

MGA0080522

PART I

U S DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

OMB Approved 0570-0001
Expires 12/31/86

## PROPOSAL BUDGET

| ORGANIZATION AND ADDRESS | | | | DURATION PROPOSED | S&E USE ONLY |
|---|---|---|---|---|---|
| Office of Sponsored Programs Cornell University 123 Day Hall / Ithaca, NY 14853 | | | | Months: 12 | Months: |
| | | | | FUNDS REQUESTED BY PROPOSER | FUNDS APPROVED BY S&E |
| PRINCIPAL INVESTIGATOR(S)/PROJECT DIRECTOR(S) Sanford, Klein, and Wu. | | | | | (IT different) |

| | | S&E FUNDED WORK MONTHS | | | |
|---|---|---|---|---|---|
| A. Salaries and Wages | | Calendar | Academic | Summer | |
| 1. No. of Senior Personnel | | | | | |
| a. ___ (Co)-PI(s)/PD(s) · · · · · · · · | | | | | $ |
| b. ___ Senior Associates · · · · · · · | | | | | |
| 2. No. of Other Personnel (Non-Faculty) | | | | | |
| a. 1 Research Associates-Postdoctorate | | 12 | | | 21,500 |
| b. ___ Other Professionals · · · · · · | | | | | |
| c. ___ Graduate Students · · · · · · · | | | | | |
| d. ___ Pre-Baccalaureate Students · · · · | | | | | |
| e. ___ Secretarial-Clerical · · · · · · | | | | | |
| f. 2 Technical, Shop, and Other · · · · | | | | | 21,000 |
| Total Salaries and Wages · · · · · · ➤ | | | | | 42,500 |

| | | | |
|---|---|---|---|
| B. Fringe Benefits (If charged as Direct Costs) 25% | | | 10,625 |
| C. Total Salaries, Wages, and Fringe Benefits (A plus B) · · · · · · ➤ | | | 53,125 |
| D. Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | 10,000 |
| E. Materials and Supplies | | | 15,000 |
| F. Travel | | | |
| 1. Domestic (Including Canada) · · · · · · · · · | | | 500 |
| 2. Foreign (List destination and amount for each trip.) | | | |
| G. Publication Costs/Page Charges | | | |
| H. Computer (ADPE) Costs | | | |
| I. All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statements and budget, should be explained in full in proposal.) | | | |
| J. Total Direct Costs (C through I) · · · · · · · · · · ➤ | | | 78,625 |
| K. Indirect Costs (Specify rate(s) and base(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus bases.) (see attached sheets) | | | 40,455 |
| L. Total Direct and Indirect Costs (J plus K) · · · · · · · · · ➤ | | | 119,080 |
| M. Less Residual Funds (If applicable) · · · · · · · · · · ➤ | | | |
| N. TOTAL AMOUNT of this REQUEST (L minus M) · · · · · · · ➤ | | $ | 119,080 | $ |
| O. COST SHARING · · · · · · · · · · ➤ $ 2,495 | | | |

NOTE: Signatures required only for Revised Budget

This is Revision No. ➤

| NAME AND TITLE (Type or print) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

MGA0080523

New York State Agricultural Experiment
Station at Geneva

Submitted to ___USDA___
              (Agency)

Title Use of Particle Gun Technologies

Principal Investigator  J.C. Sanford

Department  Horticultural Sciences

BUDGET JUSTIFICATION

Indirect Cost Detail

| | Period | | Period |
|---|---|---|---|
| | 8/1/66 - 6/30/87 | | Year 1<br>7/1/87 - 6/30/88 |

**TOTAL DIRECT COSTS**  $ 73,071 | | $ 6,990

**Minus Exclusions:**

Fringe Benefits (Statutory only) ($ 9760 )   ($ 885 )
GRA Exclusion                                 ($ 033 )
Capital Equipment ($ 0167 )
(Statutory - over $200/1 yr.)
(Endowed - over $500/2 yr.)
Use of Cornell Computing
  Services               ($    )   ($    )
MSC Facility Use Costs    ($    )   ($    )
Subcontracts over $25,000 ($    )   ($    )

Subtotal - Exclusions     ($ 18,907 )        ($ 1,718 )

**Modified Total Direct Costs (MTDC)**  $ 53,166 | | $ 4,034

                                        Geneva Allowable
Times the Indirect Cost Rate   (74.0)   (73.0)           77.0   (77.0)

**INDIRECT COSTS**   34,990   (39,231)   3,109   (3112)

COST SHARING   2,207   | | 200



MGA0080524

U.S. DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROPOSAL BUDGET

OMB Approved 0520-0001
Expires 12/31/86

**ORGANIZATION AND ADDRESS**
Office of Sponsored Programs
Cornell University
123 Day Hall / Ithaca, NY 14853

**PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR(S)**
Sanford, Klein, and W...

| | DURATION PROPOSED | S&E USE ONLY |
|---|---|---|
| | Months: 12 FUNDS REQUESTED BY PROPOSER | Months: FUNDS APPROVED BY S&E (If different) |

| A. Salaries and Wages | S&E FUNDED WORK MONTHS | | | | |
|---|---|---|---|---|---|
| | Calendar | Academic | Summer | | |
| 1. No. of Senior Personnel | | | | | |
| a. ___ (Co)-PI(s)-PD(s) | | | | $ | $ |
| b. ___ Sen or Associates | | | | | |
| 2. No. of Other Personnel (Non-Faculty) | | | | | |
| a. 1 Research Associates-Postdoctorate | 12 | | | 23,650 | |
| b. ___ Other Professionals | | | | | |
| c. ___ Graduate Students | | | | | |
| d. ___ Pre-Baccalaureate Students | | | | | |
| e. ___ Secretarial-Clerical | | | | | |
| f. 2 Technical, Shop, and Other | | | | 23,500 | |
| Total Salaries and Wages | | | | 47,150 | |
| B. Fringe Benefits (If charged as Direct Costs) 25% | | | | 11,788 | |
| C. Total Salaries, Wages, and Fringe Benefits (A plus B) | | | | 58,938 | |
| D. Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | | 10,000 | |
| E. Materials and Supplies | | | | 13,100 | |
| F. Travel | | | | | |
| 1. Domestic (Including Canada) | | | | 1,500 | |
| 2. Foreign (List destination and amount for each trip.) | | | | | |
| G. Publication Costs/Page Charges | | | | 500 | |
| H. Computer (ADPE) Costs | | | | | |
| I. All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statements and budget, should be explained in full in proposal.) | | | | 2,000 | |
| J. Total Direct Costs (C through I) | | | | 85,038 | |
| K. Indirect Costs (Specify rate(s) and base(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus bases.) (see attached sheets) | | | | 46,669 | |
| L. Total Direct and Indirect Costs (J plus K) | | | | 132,607 | |
| M. Less Residual Funds (If applicable) | | | | | |
| N. TOTAL AMOUNT of this REQUEST (L minus M) | | | | $ 132,607 | $ |
| O. COST SHARING | | | | $ 2,759 | |

NOTE: Signatures required only for Revised Budget    *This is Revision No.*

| NAME AND TITLE (Type or print) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

Form S&E-55   (Aug 81)



**BUDGET JUSTIFICATION**

**Indirect Cost Detail**

New York State Agricultural Experiment
Station at Geneva

Submitted to ___USDA___
               (Agency)

Title Use of Particle Gun Technology

Principal Investigator John C. Sanford

Department Horticultural Sciences

|  | Period<br>11/1/87 – 6/30/88 | YEAR 2 | Period<br>7/1/88 – 7/1/88 |
|---|---|---|---|
| TOTAL DIRECT COSTS | $ 74,776 | | $ ___ |

Minus Exclusions:

| | Period | | YEAR 2 |
|---|---|---|---|
| Fringe Benefits (statutory only) | ($10,000) | | ($ 902) |
| GRA Exclusion | ($ 9,167) | | ($ 833) |
| Capital Equipment<br>(statutory – over $200/1 yr.)<br>(Endowed – over $500/2 yr.) | ($ ) | | ($ ) |
| Use of Cornell Computing<br>Services | ($ ) | | ($ ) |
| NSC Facility Use Costs | ($ ) | | ($ ) |
| Subcontracts over $25,000 | ($ ) | | ($ ) |
| Subtotal – Exclusions | ($ 19,973) | | ($ 1,015) |
| Modified Total Direct Costs (MTDC) | $ 58,803 | | $ 2,525 |

Generra Allowable

| | | |
|---|---|---|
| Times the Indirect Cost Rate | 72.5    (76.0) | 75.7    (76.0) |
| INDIRECT COSTS | 42,632   (45,160) | 4,019   (4,007) |
| COST SHARING | 2,529 | 2.89 |

MGA0080526

Budget Justification:

This budget requests support for a post-doc, a technician, and a lab-aide. Also requested are sufficient supplies for the two labs to perform the necessary tissue culture, molecular biology, and particle bombardment work. We estimate that each of our labs will expend $625 per month on expendables. We plan to process and assay a large amount of cultured tissues and expect sizeable bills for media, plates, radioisotopes, antibodies, etc. Particle bombardment costs include custom-made nylon macro-projectiles, custom-made nylon cushions, and tungsten and gold microprojectiles. Substantial chemical costs are also anticipated for the electron microscope work. Capital equipment funds are principally meant to cover particle gun fabrication and modification costs. A second advanced prototype will be fabricated for Dr. Wu's lab using the capital equipment funds. We find that the particle gun assembly is continuously undergoing experimental modification, and that custom-fabrication costs are very high. A Cornell user-fee of $2,000 is required in the second year for SEM and TEM studies of bombarded cells (see attached letter from Dr. Parthasarathy). Cornell overhead costs and cost sharing are computed on separate sheets.

MGA0080527

OMB App. 0·en 2520-0001
Expires 12/31-86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROTECTION OF HUMAN SUBJECTS

STATEMENT OF POLICY — Safeguarding the rights and welfare of human subjects at risk in activities supported by Science and Education is the responsibility of the institution to which support is provided. In order to provide for the adequate discharge of this responsibility, USDA policy requires a formal assurance that appropriate committees in each institution will carry out both initial review of proposals and continuing review of supported projects. The Department also requires certification of such reviews. Procedures which meet Department of Health and Human Services (DHHS) requirements will meet USDA requirements (Secretary's Memorandum No. 1755 and PL 93–348 as implemented by Part 46 of Title 45 of the Code of Federal Regulations, as amended (45CFR46.).

| 1. INSTITUTION | 2. TYPE |
| --- | --- |
| Cornell University | ☒ ORIGINAL  ☐ FOLLOW UP  ☐ REVISION |
| | 3. PROJECT NUMBER (If known) |

**4. TITLE**

Delivery of DNA into regenerable tissues of monocots, using high velocity microprojectiles.

**5. PRINCIPAL INVESTIGATOR**

John C. Sanford

**6. Check the following applicable statement:**

☒ A — This project does not include activities involving human subjects.

☐ B — This project includes activities involving human subjects but can in no way be considered at risk. _____ (Initials)
(If this statement is checked, the person signing this form must also initial in the space provided.)

☐ C — This project, which includes activities involving human subjects, is pending review by an institutional committee as provided by our assurance. Certification of completion of the review will be provided as soon as possible. (Certification will be re-submitted on Form S&E–84, identified as "Follow up" in item 2, and checked in box "D")

☐ D — This project includes activities involving human subjects. Our institutional committee reviewed and approved it on _____ , in accordance with our assurance approved by S&E and/or DHHS. The project will be subject to continuing review as provided for in that assurance.

| 7. SIGNATURE OF AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | TITLE | DATE |
| --- | --- | --- |
| | | |

**FOR OFFICE USE ONLY**

Form S&E–84    (Aug 81)

MGA0080528

OMB Approved 0520-0001
Expires 12/31/86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## SPECIAL CONSIDERATIONS

NOTE: Check appropriate statements. Supply additional information when necessary.

☑ This project does not involve human subjects.

☐ This project involves human subjects.

    ☐ It was approved by the Institutional Review Board on _____
                                                                    (date)

    ☐ It is scheduled for review by the Institutional Review Board on _____
                                                                           (date)

See DHHS regulations regarding the use of human subjects, appearing in Title 45, Code of Federal Regulations, Part 46, Subtitle A.

☐ This project does not involve recombinant DNA research.

☑ This project involves recombinant DNA research.

Supply appropriate documents as required by NIH *Guidelines for Research Involving Recombinant DNA Molecules* (45 FR 60105 - 60131 and subsequent revisions.)

ADDITIONAL INFORMATION

Form S & E - 662    (Aug 81)

MGA0080529

OMB Approved 06-20-0001
Expires 11/31/86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## CURRENT AND PENDING SUPPORT

INSTRUCTIONS: • Record information for the preceding period · this will help S&E
analyze shifts in research support, (Concurrent submission of a proposal to other organi-
zations will not prejudice its review by S&E.) • All current research to which principal
investigator(s) and other senior personnel have committed a portion of their time must be
listed, whether or not salary for the person involved is included in the budget(s) of the
various projects. • Provide analogous information for all proposed research which is
being considered by, or which will be submitted in the near future to, other possible
sponsors including other USDA programs.

| NAME (List P.I., No. 1 first) | CURRENT | PENDING | PROJECT NUMBER AND AGENCY | AMOUNT Code: T=Total A=Annual | EXPIRATION DATE OF GRANT | PERCENT OF EFFORT COMMITTED | TITLE OF PROJECT |
|---|---|---|---|---|---|---|---|
| John Sanford, Ed Wolf, and Ted Klein | X | | Cornell Biotechnology Institute | $ 25,000 | 6/31/86 | | Particle gun technology · · · |
| John Sanford | X | | Greatbatch Genas. Inc. | 123,700 | 6/30/87 | | Synthesis of genes coding for unique peptides · · · |
| Dennis Gonsalves and John Sanford | X | | USDA Competitive Grants | 200,000 | 6/30/88 | | Genetic engineering of resistance potyviruses. |
| Dennis Gonsalves and John Sanford | X | | Cornell Biotechnology Institute | 49,650 | 6/30/88 | | Plant transformation with anti-sense cDNA of · · · |

MGA0080530

OMB Approved 0520-0001
Expires 12/31/86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## CURRENT AND PENDING SUPPORT

INSTRUCTIONS: • Record information for the preceding period - this will help S&E analyze shifts in research support. [Concurrent submission of a proposal to other organizations will not prejudice its review by S&E.] • All current research to which principal investigator[s] and other senior personnel have committed a portion of their time must be listed, whether or not salary for the person involved is included in the budget of the various projects. • Provide analogous information for all proposed research which is being considered by, or which will be submitted in the near future to, other possible sponsors including other USDA programs.

| NAME• [Last P.I. No./ First] | CURRENT | PENDING | PROJECT NUMBER AND AGENCY | AMOUNT Code: Total / Annual | EXPIRATION DATE OF GRANT | PERCENT OF EFFORT COMMITTED | TITLE OF PROJECT |
|---|---|---|---|---|---|---|---|
| Ray Wu | ✓ | | Rockefeller Foundation | 108,990 | 1/86 – 12/86 | | Cloning, Characterization and Transferring Genes in Rice |
| Ray Wu | | ✓ | NIH GM29179-06 | 163,906 | 4/1/86– 3/31/91 | | DNA Sequence Analysis of Eucaryotic Cytochrome c Genes |

MGA0080531

1

The Use of High-Velocity Microprojectiles for the Delivery of Foreign Substances into

Living Cells

T. M. KLEIN, J. C. SANFORD, E. D. WOLF

It is demonstrated that high velocity micro-projectiles can act as vehicles for the delivery of macromolecules into cells. Using a device termed a particle gun, small tungsten projectiles were accelerated to high velocities, allowing them to penetrate plant cell walls and membranes and enter into the cell's cytoplasm in a nonlethal manner. About 90% of the cells in a 1 cm$^2$ area of *Allium cepa* epidermal tissue (about 2000 cells) were observed to contain tungsten projectiles in their interiors following bombardment with the particle gun. Some tungsten projectiles have sufficient momentum to penetrate *A. cepa* bulb tissue to a depth of about 120 um and can enter cells as deep as the third subepidermal layer. Typically, 80 to 95% of the penetrated cells remained viable and projectiles within cells often moved in conjunction with the cytoplasmic stream. Ribonucleic acid isolated from tobacco mosaic virus was adsorbed to the surface of the tungsten projectiles and these projectiles were accelerated into *A. cepa* epidermal tissue. Delivery and expression of the RNA was monitored by microscopically examining the cells for the presence of viral inclusion bodies after incubating the tissue for 48 h. From 23 to 44 % of the cells possessing projectiles also harbored viral inclusions, indicating that the particle gun can efficiently deliver nucleic acids to large numbers of cells, *in situ*, simultaneously. This new method of delivering macromolecules into living cells and tissues should have diverse scientific applications.

T. M. Klein, J. C. Sanford, Department of Horticultural Science, New York State Agricultural Experiment Station, Cornell University, Geneva, NY 14456.

E. D. Wolf, National Research Facility for Submicron Structures, Cornell University, Ithaca, NY 14653.

Methods which facilitate the transfer of macromolecules into living cells are critical for numerous genetic, cytological, and biochemical studies (1). We have developed a new method for the delivery of foreign substances into cells which employs a device we term a "particle gun". In developing this method, we reasoned as follows: 1) small projectiles, when accelerated to high velocities, should be able to pierce cell membranes and cell walls and thereby enter the cell's cytoplasm; 2) lesions at the cell's surface resulting from such penetration could be as small or smaller than lesions resulting from microinjection (2), and such lesions might be capable of rapid self-sealing; 3) the projectile being accelerated into the cell might constitute the desired foreign substance itself, or the projectile might carry the foreign substance on its surface or in its interior; 4) large numbers of cells could be affected simultaneously, *in situ*, with minimal disruption, eliminating the need for cell wall removal, tissue maceration, *in vitro* cell culture, or single cell manipulations.

In order to test this concept, we developed numerous particle acceleration devices. The acceleration device we are currently using is diagrammed in Fig. 1. This device is capable of accelerating tungsten microspheres to velocities of about 430 m sec[-1] (3). About 0.5 mg of tungsten particles (average diameter 4 um, General Electric Corp., Refractory Metals Division, Cleveland, OH) is placed on the front surface of a cylindrical nylon projectile (5 mm diameter, 8 mm length) as a dry powder or in suspension in 2 to 3 ul of water. A gun powder charge (GY22AC, gray extra light, No.1, Speed Fasteners Inc., St. Louis, MO), detonated with a firing pin, is used to accelerate the nylon projectile down the barrel of the device. The tungsten particles continue toward the target cells through a small 1 mm aperture in a steel plate designed to stop the nylon projectile. Target cells are placed about 10 to 15 cm from the end of the device.

We have chosen to use *Allium cepa* as a model plant species because of its large, chloroplast-free epidermal cells which are easily stripped away from bulb scales as a single layer. The efficiency with which projectiles penetrate and enter epidermal cells of this species can be readily assessed by optical sectioning. Figure 2 shows both the surface and interior of an epidermal cell from an *A. cepa* bulb scale following bombardment with tungsten projectiles 4 um in diameter. Several projectiles can be seen on the surface of this cell (Fig. 2a). By focusing into the same cell to a depth of approximately 40 um, it can be seen that a tungsten projectile had penetrated the cuticle, wall, and membrane of the cell and had entered the interior of that cell (Fig. 2b). Many cells can be bombarded simultaneously and about 90 per cent of the cells in a 1 cm[2] area of *A. cepa* epidermal tissue (about 2000 cells) typically contain projectiles following bombardment. Projectiles can also be observed in subepidermal tissue following bombardment. Projectile velocities currently attainable with the particle gun permit limited penetration into onion tissue to a depth of 120 um, or 4 cell layers. Thus, sufficient kinetic energy is produced to allow a single microprojectile to pierce 7 cell wall and membrane layers.

Once in the cell, most (50 to 75%) of the projectiles can be observed to move in conjunction with the cytoplasmic stream. The motion of the projectiles is generally smooth as opposed to the saltatory movement of small (0.3-0.5 um) particles microinjected into animal cells (4). In some cases, cytoplasm builds up behind the projectile and, while flowing around it, appears to push the projectile foward. In other instances, an appreciable amount of cytoplasm does not accumulate behind the projectile and the projectile moves at a rate equivalent to the cytoplasmic stream with which it is associated. The mechanism causing the motility of these relatively large, dense foreign particles seems particularly intriguing and a thorough study of their motion may provide insights into cytoplasmic streaming and the transport of organelles in plant cells.

MGA0080533

Cells can survive penetration by multiple projectiles. Apparently the lesions formed by the microprojectiles in the cell membrane are small and seal rapidly. Figure 3c shows a living epidermal cell with 9 tungsten particles in its interior. Up to 29 projectiles have been observed within a single living cell. However, viability of the cells (as determined by the maintenance of cytoplasmic streaming following bombardment) is adversely affected by penetration by a large number of projectiles. Cell survival is 95% or greater among cells containing less than 11 projectiles while many of the cells that contain larger numbers of projectiles do not survive (Fig. 3). By controlling the quantity of tungsten particles which land on the surface of the cells, the number of projectiles penetrating the tissue can be controlled such that high rates of viability can routinely be maintained. Except for the presence of the tungsten particles, bombarded cells do not differ visually from untreated cells and remain viable for as long as tissue which was not bombarded (up to 2 weeks).

RNA was isolated (5) from tobacco mosaic virus (TMV) strain $U_1$ and adsorbed to the surface of 4 um tungsten projectiles. To accomplish the adsorption, 2 ul of a TMV-RNA solution (2 ug of RNA per microliter of distilled water) was added to 18 ul of a suspension of tungsten projectiles (0.01 g of tungsten per milliliter of distilled water). The RNA was precipitated by the addition of 7.5 ul of a 0.25 $M$ $CaCl_2$ solution and the resulting suspension was centrifuged for 30 min at 13,000 g. The particles were resuspended and 3 ul of the suspension was placed on the front surface of the nylon projectile. Centrifugation brings the RNA precipitate into close association with the tungsten surfaces and results in uniform adsorption which can be visualized by staining with the fluorescent dye DAPI (6) (Fig. 4). A similar technique has been used to adsorb DNA to the surface of the tungsten particles. Such DAPI-DNA labeled tungsten particles have been observed to fluoresce in onion epidermal cells following bombardment demonstrating the effective delivery of DNA into these cells. Once in the cell, projectiles fluoresce for only a short time, suggesting that material diffuses from the surface of the sphere.

TMV-RNA coated projectiles were used to bombard A. cepa epidermal tissue with the particle gun. Following bombardment, the tissue was incubated for 48 h at 21° C. Expression of the viral RNA was monitored by microscopic examination of the bombarded cells for the presence of viral inclusion bodies (Fig. 5) which are crystalized virus particles that often take the form of hexagonal plates or clusters of such plates (7). About 30 to 40% of the cells containing projectiles (or nearly 30% of the total number of cells) in a 1 $cm^2$ area of tissue contained inclusion bodies (Table 1). These distinctive crystalline inclusions have never been observed in the thousands of cells we have examined in unbombarded tissue or in tissue bombarded with naked projectiles. As an additional control, TMV-RNA was precipitated with $CaCl_2$ as described above, except the tungsten particles were not included in the preparation. The resulting suspension was spread with a glass rod over a 1 $cm^2$ area of A. cepa epidermal tissue either before or after bombardment with naked spheres. Inclusion bodies were not observed in these samples indicating that the RNA did not simply enter the cells through openings formed by the passage of the spheres through the cell wall. In addition, inclusion bodies were not observed in A. cepa epidermal cells after TMV-RNA coated projectiles (30 ul of a preparation produced as described above) were spread over a 1 $cm^2$ area of tissue with a glass rod. These results clearly show that the particle gun can deliver nucleic acids in a biologically active form to a large number of cells simultaneously. The rates of infection observed here are comparable to that found for TMV-RNA delivery to protoplasts by liposome uptake (8) or electroporation (9).

The particle gun should offer several significant advantages for delivering nucleic acids to plant cells and may be of particular value for species that cannot be genetically

MGA0080534

engineered successfully with existing techniques. Although several delivery systems have been used to transfer genes into dicotyledonous plant species (1, 10), these techniques have not proven useful for the production of whole, transformed plants of Graminaceous species such as rice, wheat, or corn. The utilization of *Agrobacterium* as a vector for the transfer of genes to important monocots is currently limited by the restricted host range of the bacteria (11). Genes have been transferred to protoplasts of *Triticum monococcum* and *Lolium multiflorum* by coincubation with plasmid DNA (12) and to *Zea mays* by electroporation (13) but these techniques are hampered by the difficulties of regeneration of whole plants from protoplasts. One appealing feature of the particle gun is that it allows treatment of cells whose walls are intact. Because the obstacle of regenerating whole plants from protoplasts may be circumvented, the genetic engineering of important grain species may be facilitated. Furthermore, delivery of nucleic acids to plant cells by the particle gun should not be hampered by species restrictions as is apparently the case for agrobacterial mediated delivery. Also of significance is the fact that many cells can be treated simultaneously, *in situ*, making the transformation of regenerable portions of plants such as meristematic or embryonic tissue conceivable.

In addition to having potential value for the delivery of nucleic acids into plant cells, the particle gun may be a useful tool for numerous other applications, such as animal cell transformation, and the intracellular delivery of a wide range of biologically significant molecules (i.e., antibodies and enzymes) suitable for a variety of studies on diverse cell types.

## REFERENCES AND NOTES

1. J. E. Celis, A. Graessmann, A. Loyter, Eds., *Transfer of Cell Constituents into Eukaryotic Cells* (Plenum, New York, 1980); H. H. Steinbiss and W. Broughton, *Int. Rev. Cytol. Suppl.* 16,191 (1983).

2. A. Graessmann. H. Wolf, G. W. Bornkammm, *Proc. Nat. Acad. Sci.USA* 77,433 (1980).

3. The velocity of 430 m sec$^{-1}$ actually represents the velocity of the nylon macro-projectile as it exits the barrel of the device. A chronograph was used to estimate velocities.

4. R. J. Adams and D. Bray, *Nature* 303,718 (1983); M. C. Beckerle, *J. Cell Biol.* 98,2126 (1984).

5. M. Zaitlin, in *Nucleic Acids in Plants, vol. 2*. T. C. Hall and J. W. Davis, Eds. (CRC Press, Boca Raton, 1979) pp. 31-64.

6. A. W. Coleman and J. L. Goff, *Stain Technol.* 60,145 (1985).

7. R. G. Christie and J. R. Edwardson, *Light and Electron Microscopy of Plant Virus Inclusions, Florida Agricultural Experiment Station Monograph Series, Number 9* (University of Florida, Gainesville, 1977).

8. Y. Fukunaga, T. Nagata, I. Takebe, *Virology* 113.752 (1981); R. T. Fraley, S. L. Dellaporta, D. Papahadjopoulos, *Proc. Nat Acad. Sci. USA* 79,1859 (1982).

9. M. Nishiguchi, W. H. R. Langridge, A. A. Szalay, and M. Zaitlin, *Plant Cell Reports*, In press.

10. K. A. Barton and M. D. Chilton, in *Recombinant DNA. Methods in Enzymology.* (Academic Press, NY, 1983) pp. 527-539.

11. J.-P. Hernalsteens. L. Thia-Toong, J. Schell, M. Van Montagu, *EMBO J.* 3,3039(1984).

12. H. Lörz, B. Baker, J. Schell, *ibid* p. 183 (1985); I. Potrykus, M. V. Saul, J. Petruska, J. Paszkowski, R. D. Shillito, *Mol. Gen. Genet.* 199,183 (1985).

13. M. Fromm, L. P. Taylor, V. Walbot, *Proc. Nat. Acad. Sci. USA* 82,5824 (1985).

MGA0080535

5

14. Supported by a grant from the Cornell Biotechnology Institute. We thank M. Zaitlin and M. Nishiguchi for the TMV-RNA and N. Allen for input on the design of the particle gun and its actual construction.

Table 1. Percent of *A. cepa* epidermal cells containing TMV inclusion bodies following bombardment with projectiles to which TMV-RNA was previously adsorbed. About 50 microscope fields at 500x were observed for each piece of tissue 48 h after bombardment of a 1 cm$^2$ area of tissue.

| | No. of cells containing projectiles | | |
|---|---|---|---|
| Trial | without inclusions | with inclusions | % |
| 1 | 44 | 34 | 43.6 |
| 2 | 85 | 35 | 29.2 |
| 3 | 168 | 98 | 36.8 |
| 4 | 257 | 76 | 22.8 |
| 5 | 147 | 52 | 26.1 |

MGA0080536

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY