# EXHIBIT 8

# RESEARCH

# INHERITANCE AND EXPRESSION OF CHIMERIC GENES IN THE PROGENY OF TRANSGENIC MAIZE PLANTS

Michael E. Fromm[1,2]*, Fionnuala Morrish[1,2], Charles Armstrong[3], Rosalind Williams[1], John Thomas[1], and Theodore M. Klein[1,4]

[1]Plant Gene Expression Center, USDA/UC Berkeley, 800 Buchanan St., Albany, CA 94710. [2]Current Address: Plant Sciences, Monsanto Company, 700 Chesterfield Village Pkwy, St. Louis. MO 63198. [3]Plant Sciences, Monsanto Company, 700 Chesterfield Village Pkwy, St. Louis. MO 63198. [4]Current Address: E. I. DuPont. Medical Products Division. B-100 Box 122, Lab 102. Glasgow, DE 19702. *Corresponding author.

We obtained transgenic maize plants by using high-velocity microprojectiles to transfer genes into embryogenic cells. Two selectable genes were used to confer resistance to either chlorsulfuron or phosphinothricin, and genes encoding either *E. coli* β-glucuronidase or firefly luciferase were used as markers to provide convenient assays for transformation. When regenerated without selection, only two of the eight transformed embryogenic calli obtained produced transgenic maize plants. With selection, transgenic plants were obtained from three of the other eight calli. One of the two initial lines produced 15 fertile transgenic plants. The progeny of these plants contained and expressed the foreign genes. Luciferase expression could be visualized, in the presence of added luciferin, by overlaying leaf sections with color film.

The most successful gene transfer techniques for dicots have been difficult to apply to the agriculturally important cereals[1,2]. This is primarily due to the cereals limited susceptibility to infection by *Agrobacterium*[3,4] and to difficulties in regenerating fertile cereal plants from protoplasts[5] Although there has been some recent progress in these areas[6–13], a general and reproducible technique for obtaining transgenic cereal plants is still needed The high-velocity microprojectile gun might meet these requirements since it has been used to stably transform both monocot[14] and dicot cells[15–17]. Here we report using DNA-coated microprojectiles to stably transform embryogenic maize cells, which were subsequently regenerated into fertile maize plants.

## RESULTS

Selectable marker plasmids and tissue culture selections. Four different plasmids were used for gene transfer experiments (Fig. 1) pBARGUS uses the CaMV 35S promoter, which has been shown to function in stably transformed maize cells[18], to express the BAR gene from



**FIGURE 1** The structures of the maize selectable marker plasmids. The construction of these plasmids will be described elsewhere (Fromm et al., in preparation) The CaMV 35S promoter, attached to the Adh1 intron I fragment, is used to express the chlorsulfuron-resistant ALS cDNA or the firefly luciferase gene. The Adh1 promoter, attached to the Adh1 first intron, is used to express the GUS coding region The native ALS gene had a single point mutation introduced into its coding region to confer resistance to chlorsulfuron. Symbols: CaMV 35S pro, cauliflower mosaic virus 35S promoter; Adh1 intron 1, intron 1 of maize alcohol dehydrogenase I; ALS, acetolactate synthase; NOS 3', nopaline synthase polyadenylation region; LUC, firefly luciferase coding region; BAR, BAR coding region; GUS, GUS coding region; Kan[r], kanamycin resistance gene for selection in *E coli*

CONFIDENTIAL

MGA0056707

*S. hygroscopicus* as a selectable marker[19] The gene product of the BAR gene, phosphinothricin acetyltransferase (PAT), acetylates phosphinothricin[20] (PPT) PPT stops cell growth by inhibition of glutamine synthase, but the acetylation of PPT by the PAT activity in transformed cells allows them to grow in the presence of PPT[19]. pBARGUS also carries the *E. coli* GUS gene expressed from the maize alcohol dehydrogenase 1 (Adh1) promoter[14]. The GUS gene provides a convenient screenable marker as GUS expressing cells become blue[21,22] in the presence of 5-bromo-4-chloro-3-indolyl-β-D-glucuronide (XGLUC)

Two of the other plasmids, pALS and pALSLUC (Fig. 1), use the CaMV 35S promoter to express a chlorsulfuron-resistant form of the maize acetolactate synthase (ALS) cDNA (M. Fromm, in preparation) Chlorsulfuron (CS) inhibits ALS, thus preventing the synthesis of the branched chain amino acids leucine, isoleucine and valine[23]. Expression of either the tobacco or *Arabidopsis* ALS gene, containing the same CS-resistant mutation as was introduced into the maize ALS cDNA, has conferred CS resistance in transgenic tobacco[24,25]. pALS contains only the ALS chimeric gene, while pALSLUC also contains a gene that uses the CaMV 35S promoter to express the firefly luciferase coding region[26] The fourth plasmid pALSgenLUC (Fig. 1) contains the firefly luciferase gene and a genomic clone of the maize ALS gene that expresses a CS-resistant form of the ALS enzyme (M. Fromm, in preparation). Luciferase expression from either pALSLUC or pALSgenLUC provides a convenient assay[27] to help confirm that the CS-resistant cells are transformed.

Maize embryogenic suspension cultures, either B73×A188[28] or a B73×A188 derivative (C Armstrong, in preparation), were bombarded with tungsten microprojectiles coated with either pALS, pALSLUC, or pALSgenLUC DNA, using previously described bombardment conditions[14,15,29,30] After 2 to 12 days in non-selective liquid N6 media[31] the bombarded suspension culture cells were plated onto agarose-solidified N6 media containing 50 nM CS. The cells were transferred to new CS media after 3 weeks, and the growth of CS-resistant calli could be distinguished from the limited growth of the non-transformed cells 6 to 8 weeks after bombardment (Fig. 2a).

A total of 33 bombardments in four different experiments produced six independently derived transformed calli: pALS-1, pALSLUC-2 to -5, and pALSgenLUC-6 All of the transformed calli still appeared embryogenic (for example, see Fig 2b) Portions of the CS-resistant calli

were assayed for firefly luciferase expression[27]. All five calli transformed with either pALSLUC or pALSgenLUC expressed luciferase in the transgenic calli (Table 1) The one callus. pALS-1. which had been bombarded with a mixture of pALS and a luciferase expressing plasmid (pAILN; see ref. 27) was negative for luciferase expression (Table 1). but did contain pALS DNA (see below) An additional CS-resistant callus did not contain transforming DNA and appears to have resulted from a spontaneous mutation, presumably in one of the endogenous ALS genes[32].

Three petri dishes of B73×A188 embryogenic callus tissue were bombarded with microprojectiles coated with pBARGUS DNA After 5 days on N6 media, the bombarded callus tissue was placed on the same media lacking proline and casein hydrolysate, and containing 0 05 mg/l PPT as a selective agent. The callus pieces were transferred to fresh selective media containing 0.1 mg/l PPT every 3 to 4 weeks and after 4 months resistant calli were evident. Small pieces of the PPT resistant calli were tested for GUS activity by placing the tissue in a solution containing XGLUC and screening for blue cells[21]. Two such embryogenic calli. pBARGUS-7 (Fig 2c) and −8. were identified and propagated for subsequent analysis and regeneration.

Analysis of transgenic calli and R0 plants. DNA was isolated from the eight transgenic callus lines and analyzed by the polymerase chain reaction (PCR) technique[33]. The PCR primers were complementary to the CaMV 35S/Adh1 intron portion of the plasmid DNAs used for transformation (Fig. 1) Amplification of the DNA of all eight transgenic calli revealed the expected 490 bp fragment (Fig. 3). DNA blots of the amplified fragments hybridized to radioactive CaMV 35S probe confirming the identity of the 490 bp fragment (data not shown).

After propagating the transgenic calli on selective or nonselective media to increase the amount of tissue, a portion of each callus was used to initiate plant regeneration[20,34]. Although embryogenic in appearance, pALSLUC-5 and pALSgenLUC-6 transgenic calli did not form mature embryos. The other six transgenic calli contained somatic embryos (for example, see Fig. 2b) that could be regenerated into plantlets that developed into mature plants in the greenhouse (Fig. 2d–f).

pALSLUC-2 callus produced luciferase positive plants after regeneration (Table 1). However, seventeen pALSLUC-2 plants became yellow and did not develop to maturity. Only 1 pALSLUC-2 plant reached maturity and produced

TABLE 1 Summary of enzymatic and DNA analyses of transgenic calli and R0 plants regenerated without selection

| Plasmid-callus # | Calli | | | Immature Plants | | Mature Plants | |
|---|---|---|---|---|---|---|---|
| | Enzyme Assay | PCR | | Number of plants | Luciferase Positive | Fertile | PCR of DNA[c] |
| pALS-1 | LUC− | + | | 28 | ND[a] | 28 | 0/28 |
| pALSLUC-2 | LUC+ | + | | 18 | 3/4 | 1[b] | ND |
| pALSLUC-3 | LUC+ | + | | 15 | 15/15 | 15 | 7/7 |
| pALSLUC-4 | LUC+ | + | | 4 | 0/4 | 0 | ND |
| pALSLUC-5 | LUC+ | + | | 0 | | | |
| pALSgenLUC-6 | LUC+ | + | | 0 | | | |
| pBARGUS-7 | GUS+ | + | | 150 | ND | 150 | 0/150 |
| pBARGUS-8 | GUS+ | + | | 2 | ND | 2 | 0/2 |

[a]ND: not determined
[b]17 of the 18 pALSLUC-2 plants became yellow and stopped developing The one fertile plant did not express luciferase and presumably arose from non-transformed cells in the callus.
[c]The number of plants positive for the transforming DNA/total plants assayed. using the polymerase chain reaction to analyze the isolated DNA.

CONFIDENTIAL

MGA0056708



**FIGURE 2** Production of transgenic maize plants. (a) A CS resistant sector growing out of CS sensitive cells after 8 weeks on CS media; (b) A CS-resistant, luciferase-expressing embryogenic maize callus transformed with pALSLUC DNA; (c) Embryogenic maize callus transformed with pBARGUS and incubated with XGLUC to visualize GUS expression; (d) A germinating embryo derived from embryogenic callus (e) Transgenic plantlets in plastic boxes (f) Transgenic fertile plants regenerated from pALSLUC-3 and that express luciferase; (g) A transgenic ear that was pollinated and set seed; (h) Progeny plants, half of which are transgenic and express luciferase; (i) Normal, white light photograph of luciferase expressing and control leaves; (j) Same leaves as in panel i, except that the luciferase expressing and control leaves were in 1 mM luciferin and no external light source was present

progeny This plant and its progeny did not contain luciferase activity, and the progeny did not contain pALSLUC-2 DNA (data not shown), indicating that the R0 plant was derived from non-transformed cells in the pALSLUC-2 callus

Four transgenic calli, pALS-1, pALSLUC-4, pBARGUS-7 and pBARGUS-8 produced plants that did not contain enzyme activities or DNAs indicative of transformation (Table 1). These calli evidently consisted of chimeras of transformed and untransformed cells Apparently, there was preferential regeneration of the non-transformed cells in the chimeric embryogenic tissue This preference was most dramatic in the plants from pBARGUS-7, where

CONFIDENTIAL

MGA0056709



**FIGURE 3** PCR analysis of the DNA from transgenic calli. DNA isolated from callus tissue served as template for PCR amplification using 4 primers. Two primers recognized the CaMV 35S promoter/Adh1 intron 1 fragment present in all the plasmids used for transformation. These primers should amplify a 490 bp fragment, whose position is indicated by an arrow. The other two primers recognize the endogenous ALS gene and should produce a 710 bp fragment. The 710 bp fragment serves as a control to indicate that the PCR was successful for each sample. Lanes: 1, PCR without added template DNA; 2, non-transformed callus DNA; 3–9, DNA from transgenic calli. The positions of lambda DNA digested with PstI are indicated in base pairs.

150 non-transgenic plants were produced from callus tissue that appeared to consist of at least 50% GUS positive cells (Fig. 2c).

These initial regeneration events were from calli that were not under selection immediately prior to regeneration into plants. Recently, we have found that maintaining the PPT selection during the regeneration protocol gives

**TABLE 2** Enzymatic and DNA analysis of the R1 progeny from pALSLUC-3 R0 plants

| R0 Parent | LUC[+] Plants/ Total Assayed[a] | Average LUC[b] of LUC[+] Plants | PCR Positive[c] | |
|---|---|---|---|---|
| | | | LUC[+] | LUC[-] |
| CA | 0/2 | | ND | ND |
| CB | 2/5 | 20,572 | 1/1 | 0/1 |
| CC | 6/20 | 94.960 | 3/3 | 0/1 |
| CD | 3/10 | 25.792 | 1/1 | 0/1 |
| CE | 9/13 | 180.716 | ND | ND |
| CG | 12/36 | 121.513 | 3/3 | 0/3 |
| CH | 12/19 | 45,214 | 6/6 | 0/3 |
| CK | 1/2 | 22.146 | ND | ND |
| CO | 5/6 | 34.682 | ND | ND |
| CP | 3/7 | 22.643 | ND | ND |
| Total | 53/120 | | 14/14 | 0/9 |

[a]The number of luciferase positive progeny plants/total number analyzed, where the R0 plants were fertilized with non-transformed pollen.
[b]The average luciferase value of the luciferase positive plants, in light units per 400 μg of protein from leaf extracts. Luciferase negative samples had values equal to those from untransformed plants.
[c]The number of progeny, divided into luciferase expressing (LUC[+]) or non-expressing groups (LUC[-]), that contain pALSLUC DNA/total number assayed by PCR. Only the luciferase expressing group was found to contain pALSLUC DNA. ND, not determined.

mature embryos that are positive for GUS expression when incubated in XGLUC solution (data not shown) The plantlets from these embryos were positive for pBARGUS DNA when analyzed by Southern hybridization (45 positives of 45 plants analyzed; data not shown). Additionally, we have found that maintaining the CS selection during the regeneration of pALS-1 calli results in the recovery of plants that contain pALS DNA when analyzed by PCR (5 positives of 5 analyzed; data not shown). Therefore, selection during the regeneration process has allowed us to recover transgenic plants (currently being grown in the greenhouse) from pBARGUS-7, -8 and pALS-1 calli, while these calli produced only non-transformed plants when regenerated without selection.

pALSLUC-3 callus produced 15 mature plants (Fig. 2f) that expressed luciferase (Table 1). DNA blots of BamHI digested DNA from these plants showed a constant ratio of the bands from the endogenous ALS gene to those from the introduced ALS gene from pALSLUC (Fig. 4), indicating they consisted entirely of transformed cells. All of the pALSLUC-3 plants produced ears and partially feminized tassels The tassels contained mature anthers but did not shed noticeable pollen. However, the ovules in the tassel and ear produced seeds (Fig. 2g) when fertilized with pollen from a non-transformed plant.

**Analysis of transgenic progeny plants.** Embryos were dissected from the immature tassels of some of the tassels and ears because endosperm development appeared to be slower than normal. The embryos were germinated in vitro on N6 media without hormones, and the plantlets returned to the greenhouse. The R1 progeny from the pALSLUC-3 R0 plants were examined for luciferase expression (Table 2). Assays of the leaves showed luciferase expression in 44% of the progeny, very close to the 50% expected from seeds fertilized with pollen from a non-transformed plant. PCR analysis of DNA isolated from leaves of some of the progeny (Table 2) indicated that all the luciferase expressing plants contained the transforming pALSLUC DNA (14/14) while none of the luciferase negative plants did (0/9).

DNA blot analysis of the R1 progeny, using a luciferase probe, showed co-segregation of the same pattern of bands as the parental callus (Fig. 5). Additionally, the luciferase probe hybridized to DNA larger than 25 kb when uncut DNA was used (Fig. 5, lane 10), indicating the transforming plasmid was integrated into the chromosomal DNA. These data indicate that the DNA was stably maintained in the progeny and indicate that there was only one integration site since the three hybridizing bands co-segregate in the 12 plants analyzed (Fig. 5, and data not shown).

A leaf of one of the progeny that expressed the highest levels of luciferase was bathed in 1 mM luciferin and placed under film to visualize luciferase expression[25]. All parts of the leaf appeared to be expressing luciferase, although not at exactly the same levels (Fig. 2j). A control leaf, which was placed adjacent to the luciferase expressing leaf (Fig. 2i), did not show any light emission.

Transgenic progeny also contained CS-resistant ALS enzymatic activity that was not present in the non-transgenic sibling plants (Table 3). Additionally, preliminary results with spraying transgenic and non-transgenic plants with a $7 \times 10^{-5}$ M CS solution indicate that the transgenic plants continue to grow normally, while the non-transgenic plants show yellowing and stunted growth (data not shown). Thus, both the ALS and LUC genes seem to be expressed in the transgenic progeny plants.

The transgenic R1 plants had normal tassels and shed normal amounts of fertile pollen (data not shown). Thus the initial male sterility of the R0 plants was not due to the

CONFIDENTIAL

MGA0056710

transferred genes, but was probably related to the age of the embryogenic suspension culture.

## DISCUSSION

These experiments demonstrate that gene transfer by microprojectiles can result in stably transformed embryogenic maize cells. Most of the PPT or CS resistant calli recovered were still embryogenic indicating these selective agents do not destroy the embryogenic capacity of the cells. We obtained eight independent transgenic calli in five different experiments with three different cell lines. Although all three cell lines were derived from A188×B73 hybrid genotypes, we expect this approach will be applicable to any maize genotype that can form embryogenic cultures.

Six of these transformed callus lines regenerated into plants. Initially, only two of these lines gave transgenic plants; the other four lines yielded non-transformed plants, indicating that the original calli consisted of both transformed and non-transformed cells. The chimeric nature of the transgenic calli is not surprising given the multicellular target initially bombarded and the mild selective conditions used. The initial selection protocols used the lowest effective amount of CS or PPT in order to minimize any detrimental effects on the regenerability of the transformed calli. These conditions apparently allow non-transgenic cells to be protected by the transgenic cells in the callus, allowing the non-transgenic cells to proliferate while under selection.

The problem of non-transgenic plants regenerating from chimeric transgenic calli was solved recently by using PPT and CS selections during regeneration. Under these conditions, we recovered transgenic plantlets from three of the four callus lines that initially gave nontransgenic plants. (These plants are currently being grown to maturity). The CaMV 35S promoter is apparently expressed at sufficient levels in the right types of cells to confer resistance in the callus, embryo and plantlet stages of regeneration, as well as in the plant. Taken together with the firefly luciferase expression data, these results suggest that the CaMV 35S promoter will be useful for the expression of selectable markers and genes in maize plants, as has been found in maize callus cells[7,14,18].

Of the two cell lines that initially produced transgenic plants, only one gave rise to fertile plants that transmitted the new genes to their progeny. This line gave rise to multiple fertile plants. When these were pollinated by a non-transformed plant, 1:1 co-segregation of luciferase expression and the transforming pALSLUC DNA was observed in 44% of the progeny, very close to the 50% expected. The transferred genes were stably maintained and expressed in the progeny as has been found in other plant transformation systems[4,12,17,36]. Although the initial R0 plants were male sterile. The R1 transgenic progeny plants were male fertile. This shows that the initial sterility was not associated with the transformation event and was probably associated with the age of the suspension culture.

Improvements in the frequency of transformation, in the selection protocol, and in the regenerability of the target cells should lead to an increased frequency of obtaining fertile, transgenic maize plants. The demonstrations of microprojectile-mediated stable transformation of non-regenerable[14] and regenerable maize cells indicates that more difficult target cells such as those in maize meristems might also be possible to transform. Additionally, since transient gene expression requires both gene transfer and gene expression, and has been demonstrated in a number of cereals[37-39], it seems likely that microprojectiles can be used to stably transform these other cereals



**FIGURE 4** DNA blot analysis of pALSLUC-3 R0 plants. BamHI digested DNA was electrophoresed on 0.8% agarose, transferred to a nylon membrane and hybridized with radioactive ALS probe. The 2.2 kb probe hybridized to the endogenous ALS genes and those of the introduced pALSLUC DNA (arrows). Lanes: 1–6, pALSLUC-3 R0 plants; 7, pALSLUC-3 callus; 8, untransformed A188×B73 embryogenic callus. The positions of lambda DNA digested with HindIII are indicated in kilobases.

as well. The availability of a reproducible, general system for producing transgenic plants will greatly facilitate the analysis and manipulation of gene expression in the cereals.

**TABLE 3** Acetolactate synthase activity in progeny (R1) segregating for the pALSLUC transforming DNA

| Plant[a] | ALS Enzymatic Activity[b] | | |
|---|---|---|---|
| | (nmoles acetoin/ mg protein/hr) | | Percent CS-Resistant |
| | 0 CS | $10^{-7}$ M CS | |
| LUC+, PCR+ | | | |
| CC-AE | 7.5 | 7.9 | 105% |
| CC-AF | 7.9 | 9.4 | 118% |
| CC-AG | 13.9 | 11.2 | 81% |
| CH-12 | 9.2 | 7.9 | 86% |
| CH-26 | 14.8 | 10.6 | 72% |
| LUC−, PCR− | | | |
| CC-AD | 9.2 | 2.5 | 27% |
| CC-AJ | 14.6 | 2.1 | 14% |
| CC-AK | 5.8 | 1.9 | 32% |
| CH-10 | 19.8 | 2.5 | 13% |
| CH-28 | 28.5 | 4.6 | 16% |

[a] R1 progeny plants that had been previously screened for luciferase activity and pALSLUC DNA by PCR. The first two letters indicate the parent R0 plant.

[b] ALS assays were performed as described in Experimental Protocol. Control samples were acidified prior to the addition of the extract and these values subtracted from each sample. The values are the mean of two samples, each containing 2 mg of protein. Assays were done at 37°C without chlorsulfuron or with $10^{-7}$ M chlorsulfuron, to determine the amount of chlorsulfuron-resistant enzyme present.

CONFIDENTIAL

MGA0056711



**FIGURE 5** DNA blot of pALSLUC-3 R1 progeny of two R0 plants. BamHI digested DNA isolated from R1 leaves was electrophoresed, blotted, and hybridized with radioactive luciferase probe. Lanes: 1. 10 pg digested pALSLUC plasmid; 2. nontransgenic control plant DNA; 3, pALSLUC-3 callus; 4–9, R1 progeny from either pALSLUC-3 -CC or -CG R0 parent plants; 10, uncut pALSLUC-3-CC-AE DNA (lane 5 contains the same DNA digested with BamHI). The results of assaying the same plants for luciferase expression. + or −, is indicated at the bottom of the gel lanes.

## EXPERIMENTAL PROTOCOL

**Plasmids and cell lines.** The plasmids used in this study are shown in Figure 1 and will be described in detail elsewhere (Fromm et al., in preparation). Immature embryos were used to initiate embryogenic callus as described[28,34]. Friable, embryogenic calli were grown on agarose solidified N6 media [N6 salts[31], pH 5 8, 2% sucrose, 100 mg/l casein hydrolysate, 100 mg/l myoinositol, 1 3 mg/l nicotinic acid, 0 5 mg/l each of thiamine-HCl, pyridoxine, and calcium pantothenate] containing 25 mM proline and 1 or 2 mg/l 2,4-D. Suspension cultures were initiated by placing friable embryogenic callus in 40 ml of N6 media in a 125 ml erlenmeyer flask and subculturing every 3 days. The A188×B73 callus line, the A188×B73 and the B73×A188 derivative suspension cultures had been initiated 5, 5, and 13 months prior to the transformation experiments, respectively

**Gene transfer and selection of transformed cells.** Embryogenic callus or suspension cells were bombarded with 1 μm tungsten microprojectiles using a Biolistics particle acceleration device (Dupont, DE) and the DNA precipitation conditions previously described[14,15,29,30]. Two to 12 days after bombardment, the cells were placed on agarose solidified N6 media containing 50 nM chlorsulfuron (for pALS, pALSLUC or pALSgenLUC) or media containing 0.05 μg/ml PPT and lacking proline and casein hydrolysate (for pBARGUS) and selected as described in the text

**Plant regeneration.** Regeneration was initiated by placing the transformed callus tissue on N6 media with 0.1 mg/l 2,4-D for 7 to 10 days. Somatic embryos were then placed on N6 media containing 6% sucrose and lacking hormones for an additional 7 to 10 days. Embryos showing a shoot apex were transferred to MS media without 2,4-D [MS salts[40], pH 5.8, 2% sucrose and vitamins and inositol as described above for the N6 medium] and placed in a lighted growth room. Germinated plantlets were placed in plastic boxes (Magenta) containing the same media. Once the plants reached the third or fourth leaf stage, they were transferred to soil (2 parts vermiculite to 1 part potting soil) and placed in a mist chamber for up to 1 week prior to transfer to the greenhouse. Plants were tested for resistance to CS by spraying with a $7 \times 10^{-5}$ M CS solution (in 80% acetone, 5% glycerol, 15% water, 0.2% Tween-20).

**Enzyme assays.** Callus or leaf tissue was ground in a cold mortar and pestle and luciferase enzyme activity was measured as described[37] using a luminometer (Monolight 2001, Analytical Luminescence Labs). Leaves from untransformed plants gave a slight background reading that was not dependent upon added luciferin. ALS activity was measured as described[41] except that

crude extracts were assayed directly. GUS activity in cells was observed in situ by incubation with XGLUC in GUS assay buffer[23]. To visualize in situ luciferase expression, the back surface of the leaf was abraded with 400 grit carbide paper, soaked in 5 ml of luciferase assay buffer[37], covered with a 0.5 mil polyethylene sheet followed by a sheet of Kodak Ektachrome 200 film[35] and exposed for 3 hr

**DNA isolation and analysis.** DNA was isolated from callus and leaf tissue using a CTAB protocol[42]. For PCR analysis, 2 to 5 μg of DNA was heat denatured at 95°C for 8 min prior to starting the PCR cycles. The complete PCR mixture was UV treated for 5 min[43] prior to adding the DNA template. The primers that recognize the maize ALS gene, either the endogenous gene or the chimeric genes, were 5'-CGACGACGCCCACTGTCACTGC-3' and 5'-TCCTCCCACCTGCACCACCAT-3' and are expected to give a 710 bp product. This 710 bp band served as a positive internal control for an effective PCR, as some samples did not yield any bands. The primer that hybridizes to the CaMV 35S promoter was 5'-GATGCCTCTGCCGACAGTGGTC-3' and the AdhJ intron 1 primer was 5'-CCAGACTGTCGGATGGACCA-CAC-3'. These two primers should yield a 490 bp product that is diagnostic for the transforming plasmids. The PCR cycle was 1 min at 94°C, 2 min at 60°C and 2 min at 72°C, for a total of 30 cycles. For DNA blot analyses, 5 to 10 μg of DNA was digested overnight with BamHI restriction endonuclease, electrophoresed on a 0 8% agarose gel and transferred to a nylon membrane filter (Hybond, Amersham). The blots were hybridized with [32]P-radioactive probes made from agarose gel purified fragments of either the 2.2 kb ALS cDNA fragment or the 1 8 kb luciferase fragment (Fig 1), that were labeled by the random priming method[41].

Received 7 June 1990; accepted 27 June 1990.

## Acknowledgments

The authors thank Andrew Watson for excellent technical assistance, Rob Horsch and Chuck Gasser for helpful discussions, Reinhard Hehl and Peter Quail for critically reading the manuscript, Bob Wong for graphics work, Theresa Chew and Joseph Bradley for assistance with media preparation, and E I Dupont Co. for loan of the particle gun. This work was supported by the U.S. Department of Agriculture and Monsanto Co.

## References

1. Davey, M R., Rech, E. L., and Mulligan, B J. 1989. Direct DNA transfer to plant cells. Plant Mol Biol 13:273–285
2. Potrykus, I. 1990. Gene transfer to cereals: An assessment Bio/Technology 8:535–542
3. Goodman, R. M., Hauptli, H., Crosswav, A. and Knauf, V. C 1987. Gene transfer in crop improvement. Science 236:48–54.
4. Hooykaas, P. J. J. 1989. Transformation of plant cells via Agrobacterium. Plant Mol. Biol. 13:327–336.
5. Vasil, I. K. 1988. Progress in the regeneration and genetic manipulation of cereals crops. Bio/Technology 6:397–402
6. Rhodes, C. A., Lowe, K. S., and Ruby, K. L. 1988. Plant regeneration from protoplasts isolated from embryogenic maize cell cultures. Bio/Technology 6:56–60.
7. Rhodes, C. A., Pierce, D. A., Mettler, I. J., Mascarenhas, D., and Detmer, J. 1988. Genetically transformed maize plants from protoplasts. Science 240:204–207.
8. Boulton, M. I., Buchholz, W. G, Marks, M. S., Markham, P. G., and Davies, J. W. 1989. Specificity of Agrobacterium-mediated delivery of maize streak virus DNA to members of the Gramineae. Plant Mol Biol 12:31–40.
9. Grimsley, N. Hohn, B., Ramos, C., Kado, C. and Rogowsky, P. 1989. DNA transfer from Agrobacterium to Zea mays or Brassica by agroinfection is dependent on bacterial virulence functions. Mol. Gen. Genet. 217:309–316.
10. Prioli, L. M. and Sondahl, M. R. 1989. Plant regeneration and recovery of fertile plants from protoplasts of maize Zea mays L. Bio/Technology 7:589–594
11. Shillito, R. D., Carswell, G. K., Johnson, C. M. DiMaio, J. J. and Harms, C. T. 1989. Regeneration of fertile plants from protoplasts of elite inbred maize. Bio/Technology 7:581–587.
12. Shimamoto, K., Terada, R., Izawa, T., and Fujimoto, H. 1989. Fertile transgenic rice plants regenerated from transformed protoplasts. Nature 338:274–276
13. Raineri, D. M. Botuno, P., Gordon, M. P., and Nester, E. W. 1990. Agrobacterium-mediated transformation of rice Oryza sativa L. Bio/Technology 8:33–38.
14. Klein, T. M., Kornstein, L., Sanford, J. C. and Fromm, M. E. 1989. Genetic transformation of maize cells by particle bombardment. Plant Physiol. 91:440–444.
15. Klein, T. M., Harper, E. C. Svab, Z., Sanford, J. C., Fromm, M. E., and Maliga, P. 1988. Stable genetic transformation of intact Nicotiana cells by the particle bombardment process. Proc. Natl. Acad. Sci. USA 85:8502–8505.
16. McCabe, D. E., Swain, W. F., Marinell, B. J., and Christou, P. 1988. Stable transformation of soybean Glycine Max by particle acceleration.

MGA0056712

Bio/Technology 6:923–926.

17  Tomes D, Weissinger A K, Ross M, Higgins R, Drummond, B J, Schaaf S, Malone-Schoneberg J, Staebell M, Flynn, P, Anderson J, and Howard J 1990. Transgenic tobacco plants and their progeny derived by microprojectile bombardment of tobacco leaves. Plant Mol. Biol. 14:261–268.

18  Fromm, M, Taylor L P, and Walbot, V. 1986. Stable transformation of maize after gene transfer by electroporation. Nature 319:791–793.

19  De Block, M, Botterman, J, Vandewiele, M, Dockx, J, Thoen C, Gossele, V, Movva, N R, Thompson, C, van Montagu, M, and Leemans, J 1987. Engineering herbicide resistance in plants by expression of a detoxifying enzyme. EMBO J. 6:2513–2518.

20  Thompson, C J, Movva, N R, Tizard, R, Crameri, R, Davies, J E, Lauwereys, M, and Botterman, J 1987. Characterization of the herbicide-resistance gene bar from Streptomyces hygroscopicus. EMBO J. 6:2519–2523.

21  Jefferson, R A, Kavanagh, T A, and Bevan, M W 1987. GUS fusions: Beta-glucuronidase as a sensitive and versatile gene fusion marker in higher plants. EMBO J. 6:3901–3907.

22  Jefferson, R A 1989. The GUS reporter gene system. Nature 342:837–838.

23  Chaleff, R S and Mauvais, C J 1984. Acetolactate synthase is the site of action of two sulfonylurea herbicides in higher plants. Science 224:1443–1445.

24  Lee, K Y, Townsend, J, Tepperman, J, Black, M, Chui, C F, Mazur, B, Dunsmir, P, and Bedbrook, J 1988. The molecular basis of sulfonylurea herbicide resistance in tobacco. EMBO J. 7:1241–1248.

25  Haughn, G W, Smith, J, Mazur, B, and Somerville, C 1987. Transformation with a mutant Arabidopsis acetolactate synthase gene renders tobacco resistant to sulfonylurea herbicides. Mol. Gen. Genet. 211:266–271.

26  de Wet, J R, Wood, K V, DeLuca, M, and Helinski, D R 1987. Firefly luciferase gene: structure and expression in mammalian cells. Molec. Cell. Biol. 7:725–737.

27  Callis, J, Fromm, M, and Walbot, V 1987. Introns increase gene expression in cultured maize cells. Genes and Develop. 1:1183–1200.

28  Hodges, T K, Kamo, K K, Imbrie, C W, and Becwar, M R 1986. Genotype specificity of somatic embryogenesis and regeneration in maize. Bio/Technology 4:219–223.

29  Klein, T M, Fromm, M E, Weissinger, A, Tomes, D, Schaaf, S, Sletten, M, and Sanford, J C 1988. Transfer of foreign genes into intact maize cells with high-velocity microprojectiles. Proc. Natl. Acad. Sci. USA 85:4305–4309.

30  Klein, T M, Gradziel, T, Fromm, M E, and Sanford, J C 1988. Factors influencing gene delivery into Zea mays cells by high-velocity microprojectiles. Bio/Technology 6:559–563.

31  Chu, C C, Wang, C C, Sun, C S, Hsu, C, Yin, K C, Chu, C Y, and Bi, F Y 1975. Establishment of an efficient medium for anther culture of rice through comparative experiments on the nitrogen sources. Sci. Sin. Peking 18:659–688.

32  Chaleff, R S and Bascomb, N F 1987. Genetic and biochemical evidence for multiple forms of acetolactate synthase in Nicotiana tabacum. 210:33–38.

33  Saiki, R K, Scharf, S, Faloona, F, Mullis, K B, Horn, G T, Erlich, H A, and Arnheim, N 1985. Enzymatic amplification of beta-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230:1350–1354.

34  Armstrong, C L and Green, C E. 1985. Establishment and maintenance of friable, embryogenic maize callus and the involvement of L-proline. Planta 164:207–214.

35  Ow, D W, Wood, K V, DeLuca, M, de Wet, J R, Helinski, D R, and Howell, S H 1986. Transient and stable expression of the firefly luciferase gene in plant cells and transgenic plants. Science 234:856–859.

36  Christou, P, Swain, W F, Yang, N-S, and McCabe, D E 1989. Inheritance and expression of foreign genes in transgenic soybean plants. Proc. Natl. Acad. Sci. USA 86:7500–7504.

37  Wang, Y C, Klein, T M, Fromm, M, Cao, J, Sanford, J C, and Wu, R 1988. Transformation of rice, wheat and soybean by the particle bombardment method. Plant Mol. Biol. 11:433–439.

38  Oard, J H, Paige, D F, Simmonds, J A, and Gradziel, T M 1990. Transient gene expression in maize, rice, and wheat cells using an airgun apparatus. Plant Physiol. 92:334–339.

39  Kartha, K K, Chibbar, R N, Georges, F, Leung, B, Caswell, K, Kendall, E, and Qureshi, J 1989. Transient expression of chloramphenicol acetyltransferase CAT in barley cell cultures and immature embryos through microprojectile bombardment. Plant Cell Rep. 8:429–432.

40  Murashige, T, and Skoog, F 1962. A revised medium for rapid growth and bioassays with tobacco tissue cultures. Plant Physiol. 15:473–497.

41  Muhitch, M J 1988. Acetolactate synthase activity in developing maize Zea mays L. kernels. Plant Physiol. 86:23–27.

42  Lassner, M. W., Peterson, P., and Yoder, J. I 1989. Simultaneous amplification of multiple DNA fragments by polymerase chain reaction in the analysis of transgenic plants and their progeny. Plant Mol. Biol. Rep. 7:116–128.

43  Sarkar, G. and Sommer, S S 1990. Shedding light on PCR contamination. Nature 343:27.

44  Feinberg, A. P. and Vogelstein, B. 1983 A technique for radiolabeling DNA restriction fragments to high specific activities. Anal. Biochem. 132:6–13.



# SPINFERM®
# Cell Culture Systems

**Long-term cell culture in perfusion mode**

To qualify and excel in the field of cell culture, your equipment must be able to comply readily with rising technical standards and tighter regulatory limits.

The MBR Spinferm system—featuring a highly efficient method of cell retention—is designed to enable you to meet just these challenges

## MBR BIO REACTOR AG
Werkstrasse 4, CH-8620 Wetzikon, Switzerland
Telephone 01-931 21 71, Telex 875 133 mbr ch, Telefax 01-930 01 26

USA Office:
Sulzer Biotech Systems, 230 Crossways Park Drive, Woodbury, NY 11797.
Tel. 516-921 7373, Tx 497 4189 SBS WDB, Fax 516-921 7684

Member of ◆SULZER CHEMTECH

BIOTECHNICA '90, Hanover, 18-20 Sept 1990, Stand F45

Write In No. 161 on Reader Service Card

CONFIDENTIAL                                        MGA0056713

# EXHIBIT 9

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 10

# FACTORS INFLUENCING GENE DELIVERY INTO *ZEA MAYS* CELLS BY HIGH-VELOCITY MICROPROJECTILES

This material has been produced with permission of the copyright owner. Further reproduction is prohibited.

T. M. Klein*, T. Gradziel†, M. E. Fromm, and J. C. Sanford†

Plant Gene Expression Center, USDA-ARS, 800 Buchanan Street, Albany, CA 94710. †Department of Horticultural Sciences, Cornell University, Geneva, NY 14456. *Corresponding author.

Factors influencing the efficiency of DNA delivery into suspension culture cells of *Zea mays* by the particle bombardment process were studied using a chimeric gene coding for the production of β-glucuronidase. Two days following bombardment with plasmid-coated microprojectiles, expression of the β-glucuronidase gene was detected with the synthetic substrate 5-bromo-4-chloro-3-indolyl-β-D-glucuronic acid, which, upon cleavage, forms a blue precipitate visually detectable within affected cells. The number of cells expressing β-glucuronidase was about 30 times greater when the cells were bombarded on a filter paper support than when they were bombarded while covered by liquid media without such a support. The efficiency of gene delivery was also significantly affected by the velocity of the microprojectile and the number of microprojectiles used for bombardment, and the concentration of $CaCl_2$ and spermidine used to adsorb DNA to the microprojectiles. In addition to cell cultures, the particle bombardment process was also used to deliver the β-glucuronidase gene to intact cells on the surface of excised *Z. mays* embryos. The results indicate that delivery by high-velocity microprojectiles may be useful for the stable transformation of monocot species.

Production of whole, transformed plants of species of the Graminae family has proven difficult, primarily because of the limitations of DNA-transfer techniques and the problems associated with the regeneration of protoplasts to whole plants. Techniques such as electroporation[1], direct DNA uptake[2], liposome fusion[3], and microinjection[4] generally require the enzymatic removal of cell walls. Although progress has been made toward regenerating protoplasts of rice[5,6] and corn[7], the efficiency of the process is still rather low and for most grain species successful regeneration has yet to be reported. Potential exists for the utilization of *Agrobacterium*[8] and viruses[9] as vectors for the introduction of foreign nucleic acids to regenerable cells of cereal species but as of yet such techniques have not yielded transformed plants. Therefore, the development of techniques that can efficiently deliver DNA directly into intact cells and tissues possessing the potential for regeneration into whole plants would be beneficial for further progress toward the genetic transformation of the Graminae. In addition, such direct delivery techniques would be of value for the study of transient gene expression in various intact tissues.

We have previously shown that small tungsten particles can be accelerated to velocities that permit the penetration of intact cells[10,11]. By coating these microprojectiles with DNA, they can be used as a means for the transfer of foreign genetic material into intact cells and tissues. The utility of this biolistic (biological ballistic) process has been demonstrated for DNA delivery to the mitochondria[12] and nucleus (S. Johnston, personal communication) of yeast, the chloroplast[13] and nucleus (K. Kindle, personal communication) of *Chlamydomonas*, epidermal tissue of *Allium cepa*[10], and suspension cultures of *Zea mays*[14]. Some of the important parameters necessary for DNA delivery into *Z. mays* cells by microprojectiles have been determined using a chimeric gene coding for the production of chloramphenicol acetyltransferase (CAT). For example, high levels of CAT expression were detected in suspension cultures following bombardment with DNA-coated tungsten particles with an average diameter of 1.2 μm but not with 0.6- or 2.4-μm particles[14]. Although CAT expression was readily detected following bombardment with plasmid-bearing microprojectiles, it remains unclear as to the number and type of cells that were actually expressing the foreign gene. In this report we employ the particle bombardment process to deliver a chimeric β-glucuronidase (GUS) gene[15,16] into suspension cultures of *Z. mays*. A reaction product of the GUS enzyme can be detected histochemically using a synthetic substrate and therefore the number of cells that receive the foreign gene can be visually determined. Using this system, we have optimized some of the bombardment conditions (i.e., distance, degree of vacuum, quantity of microprojectiles, etc.) that are critical for the efficient delivery of DNA by high-velocity microprojectiles.

## RESULTS AND DISCUSSION

**Delivery of GUS-encoding plasmid DNA.** Initial attempts to deliver GUS-encoding plasmid DNA (pAI-1GusN) into intact BMS cells involved bombardment of suspension cells that were covered with a thin layer of liquid medium. The cells were thus bombarded without being anchored to the surface of the petri plate. Following bombardment with 1.2-μm microprojectiles, cells expressing the GUS enzyme were observed after addition of the artificial substrate. In some cases, a dense blue precipitate was observed throughout the interior of single cells (Fig. 1A) and this precipitate was confined within the cell. In other cases, aggregates comprised of up to about 20 cells stained densely blue (Fig. 1B). The number of cells within

CONFIDENTIAL

MGA0008493

these aggregates that actually harbor the foreign gene is not known and there are several possible explanations for their formation. Each cell comprising an aggregate may have been penetrated and subsequently expressed the GUS gene. Alternatively, only one or several of the cells in the clump expressed the foreign gene, but these cells were expressing to such an extent that enzyme or reaction products diffused or leaked from the cells causing poor localization. Another possibility is that the enzyme, but not the GUS gene, was transferred to daughter cells upon division. Because the number of cells actually expressing the foreign gene within the aggregates is not clear, each blue spot (whether an aggregate or a single cell) was considered as one expression unit.

For cells bombarded in liquid medium, the mean number of expression units observed was 10.5 (n=10, S. E.=1.1, Range=0 to 32). None of the samples bombarded with naked microprojectiles or microprojectiles coated with pUC8 (the vector used to construct pAI(GusN) exhibited blue cells or cell aggregates. These results indicated that the GUS gene was delivered into intact maize cells by microprojectiles but the efficiency of transfer was low (about 1 in $10^6$).

**Cell size.** The size of cells expressing GUS activity following bombardment was examined to determine if small cells survive penetration by the microprojectiles. Previous research with the particle gun indicated that the large epidermal cells of *Allium cepa* readily survive penetration by microprojectiles[10]. A portion of the cells in the BMS suspension cultures are relatively large with dimensions of about 50 to 75 by 100 to 150 μm. Therefore there was a possibility that the CAT expression that had been previously observed in BMS suspension cultures[14] was the result of penetration of these very large cells. Observations using the GUS marker indicate that this is not the case. Although some large cells were stained blue, the cells expressing the GUS gene were typically ovoid in shape with diameters of about 15 to 50 μm. These results indicate that survival of penetration is not limited to abnormally large cells and readily occurs in relatively small cell types.

**Anchoring cells.** Observation of the cells following bombardment indicated that a portion of the sample was lost due to dispersal caused by the impact of the microprojectile preparation on the suspension of cells. Since the cells that were lost during bombardment might represent many of the cells that had been penetrated by the microprojectiles, methods to anchor the cells during bombardment were investigated. A simple means of anchoring the cells involved the use of filter paper as a support to hold the cells in place. Not only did the fibers of the filter act to anchor the cells during bombardment but the subsequent incubation and staining of the cells could be performed directly on the filter paper. The importance of anchoring the cells during bombardment becomes apparent when the efficiency of gene delivery is monitored. For 10 replicates, an average of 323.3 expression units were observed (S. E.=71.6, Range=231 to 457). 30 times greater than was observed when the cells were bombarded directly in liquid medium. In the area of the filter where most of the penetration leading to expression occurred (about 1 cm²), the frequency of gene delivery was about $2\times10^{-3}$. This value assumes that the GUS-expressing aggregates are the result of penetration of only one cell. Controls bombarded with uncoated or pUC8-coated microprojectiles did not yield blue cells. All subsequent experiments were performed with the filter paper support.

**Effect of microprojectile volume.** Other factors that may influence "blow away" of cells were investigated. One such factor is the volume of microprojectile preparation that is loaded on the macroprojectile and which subsequently impacts the cells. An experiment was conducted to determine the optimal quantity of the DNA-microprojectile preparation that was loaded onto the leading face of the polyethylene macroprojectile (Fig. 2A). GUS expression was highest when relatively small volumes (1.25 or 2.5 μl) of the preparation were used. In this experiment, increasing the volume to 5.0 or 10.0 μl led to a drastic reduction in the number of expression units observed. The impact of the larger quantities clearly caused severe loss from the central zone of the filter paper.

**Effect of DNA quantity.** The quantity of DNA adsorbed to the microprojectiles was varied between 0.5 and 8.0 μg of DNA per mg of tungsten (or between 39 and 625 ng of DNA per bombardment, assuming that all of the added DNA is adsorbed to the microprojectiles) (Fig. 2B). Over 100 expression units were detected when bombardments were carried out with as little as 0.5 μg of DNA per mg of tungsten (39 ng of DNA per bombardment). The greatest number of expression units was observed when 2.0 μg of DNA per mg of tungsten was used. Increasing the quantity of DNA above 2.0 μg per μg tungsten did not result in the appearance of larger numbers of expression units. Relatively high concentrations of DNA resulted in severe aggregation of the microprojectiles and the resulting aggregates were not readily dispersed by sonication. Large aggregates of microprojectiles apparently were not effective for DNA delivery.

**Effect of CaCl₂ and spermidine.** The concentration of CaCl₂ and spermidine that was used to precipitate DNA to the surface of the microprojectiles influenced the efficien-



**FIGURE 1** A. Micrograph of a GUS-expressing BMS cell following bombardment with plasmid-coated microprojectiles, incubation for 48 hours, and treatment with a substrate whose product can be visually detected. B. An aggregate of about 10 cells that stained blue following bombardment (bar=20 μm).

**TABLE 1** The influence of quantity and size of the microprojectiles used for bombardment on the appearance of cell aggregates that stained blue following treatment with the synthetic substrate.

| Quantity of microprojectiles (μg/μl) | Diameter of microprojectiles (μm) | | |
|---|---|---|---|
| | 0.6 | 1.2 | 2.4 |
| | (Proportion of aggregates as % of total expression units) | | |
| 3.1 | ND[1] | 1.0 | ND |
| 6.2 | 0 | 1.2 | 0 |
| 15.6 | 0 | 2.4 | 0 |
| 31.2 | 0 | 5.4 | 5.9 |
| 46.8 | 0 | 7.9 | 4.5 |
| 62.5 | 0 | 5.5 | 7.8 |
| 78.1 | ND | 12.0 | ND |

[1]Not determined.

CONFIDENTIAL

MGA0008494

cy of DNA delivery. Eliminating CaCl₂ from the tungsten-DNA preparation resulted in poor DNA delivery with an average of only 3 expression units per treatment (Fig. 2C). Bombardment with microprojectiles prepared in 0.12 M CaCl₂ yielded about a 10 fold increase in the number of expression units. Delivery of the GUS plasmid was highest when CaCl₂ concentrations were between 0.24 and 1.9 M. Increasing the concentration to 2.4 M resulted in a decline in the number of expression units that were observed. The addition of spermidine to the DNA-tungsten preparation also had a marked effect on DNA delivery (Fig. 2D). Relatively few expression units were observed when the concentration of spermidine was 1.53 mM or lower. At spermidine concentrations between 7.69 and 76.9 mM the number of expression units observed was between 100 and 300. Other methods for binding DNA to the microprojectiles should be investigated since it may be possible to further optimize this parameter. It is apparent that



**FIGURE 2** The influence of several bombardment variables on the transient expression of β-glucuronidase in BMS cell cultures. A. Effect of the volume of the tungsten-DNA preparation placed loaded on the face of the macroprojectile. B. Influence of the quantity of DNA adsorbed to 1.2-μm microprojectiles. C. Influence of the concentration of CaCl₂ used in the adsorption of DNA to the microprojectiles. D. Influence of the concentration of spermidine used in the adsorption of DNA to the microprojectiles. E. Effect of particle size and the quantity of particles used for bombardment.

adsorption of the DNA directly to the surface of the microprojectiles is necessary for efficient DNA delivery. The precipitation procedure may also be of importance since the condensed material may be less susceptible to degradation by intracellular nucleases. It also seems apparent that rates of desorption of the introduced DNA should influence subsequent expression. Desorption within the cell may be influenced by the manner in which DNA is adsorbed to the microprojectiles.

**Optimal number and size of microprojectiles.** An experiment was performed to determine the optimal quantity and size of microprojectiles used for the bombardment of BMS cells. In this experiment the volume of the microprojectile-DNA preparation used to bombard the cells was kept constant at 2.5 μl. Figure 2E shows the number of expression units that were observed following bombardment with different quantities of pAI₁GusN-coated microprojectiles with diameters of either 0.6, 1.2, or 2.4 μm. Over 500 expression units were observed when bombardment was performed with DNA-tungsten preparations containing between about 30 to 60 μg of the 1.2-μm particles per μl. Bombardment with either smaller or larger quantities resulted in the appearance of fewer expression units. Microprojectiles with an average diameter of 0.6 or 2.4 μm were less efficient for gene delivery than the 1.2-μm microprojectiles. For the 2.4-μm microprojectiles, the highest number of expression units (163±14) was observed when the concentration of tungsten was 62.5 μg per μl. Decreasing the quantity of 2.4-μm microprojectiles below 62.5 μg per μl resulted in the appearance of relatively few expression units. Only 1 to 17 expression units were observed following bombardment with 0.6-μm microprojectiles. These results are in general agreement with previous work using the CAT marker with BMS cell cultures[13], although CAT expression was below detectable limits when bombardments were carried out with 0.6- or 2.4-μm microprojectiles. Small differences (ie., 0.1-0.2 μm) in diameter should influence the ability of the microprojectile to penetrate cell walls and membranes. Therefore it is likely that we have not yet determined the optimal microprojectile size for DNA delivery. Such a determination must await the production of more uniformly sized powders with precisely controlled diameters.

The area of the filter paper over which expression units appeared tended to increase with increasing quantities of 1.2-μm microprojectiles. Very high quantities (about 50 to 80 μg per μl) of microprojectiles resulted in a broader coverage, but created a zone of dead cells in the center of the filter caused by the impact of an excess of microprojectiles. Although *Allium cepa* epidermal cells can survive penetration by many microprojectiles[10], it is not clear how many penetration events can be tolerated by smaller cell types such as those found in the BMS suspension cultures.

The frequency of cell aggregates versus single cells that stained blue was not constant between treatments and depended on the number of microprojectiles used to bombard the sample. Expression units were considered as aggregates only if all the cells of the aggregate were stained to an equal intensity and were comprised of at least 5 cells. Only 1 per cent of the expression units occurred as aggregates when the concentration of 1.2-μm microprojectiles was 3 μg per μl (Table 1). This proportion tended to increase with the use of larger numbers of microprojectiles. For example, 12 per cent of the expression units appeared as aggregates when the microprojectile concentration was 78 μg per μl. A similar trend was observed with the 2.4-μm microprojectiles. Only single, isolated blue cells were observed when bombardments

CONFIDENTIAL.

MGA0008495

were conducted with the 0.6-μm microprojectiles.

We feel that the uniformly stained GUS-expressing aggregates were probably not the result of poor localization of the enzyme or reaction product since the blue color in these cases was often confined within the densely stained cells. In addition, cells adjacent to the GUS-expressing aggregates were often not stained. These results suggest that each of the cells within the GUS-expressing aggregates received the foreign gene and that the likelihood that such closely situated penetrations occur increases with the impact of larger numbers of microprojectiles. If each of the cells within the cell aggregates are expressing the GUS gene, it suggests that the microprojectiles impact the target tissue at small dispersed clumps. It also suggests that the tendency for the microprojectiles to be accelerated as diffuse clumps increases as more microprojectiles are used. Such a nonuniform or clustered dispersion pattern is apparent when the pattern of microprojectile impact is observed on filter paper that was bombarded without cells.

**Effects of vacuum and distance.** Parameters that influenced the velocity of the microprojectiles affected their ability to deliver DNA. One such factor is the degree of vacuum in the sample chamber during bombardment





**FIGURE 3**A. The influence of the degree of vacuum in the sample chamber during microprojectile acceleration on the transient expression of the GUS gene in BMS cells. B. Effect of the distance between the stopping plate and target cells on the delivery of the GUS gene.



**FIGURE 4** GUS expression on the surface of the scutellum of a maize embryo. The blue spots visualized with a dissecting microscope generally represented expression of a single central cell with staining being less intense in a radial arrangement away from the central cell (bar=0.5 mm).

(Fig. 3A). The largest numbers of expression units were observed at the highest vacuum tested (28 in. of Hg). The number of cells expressing the foreign gene dropped dramatically when the vacuum was below 20 in. of Hg with only a few blue spots being observed in the absence of a vacuum. The increase in efficiency with increasing vacuum is probably due to the reduction of air resistance that both the macroprojectile and microprojectiles encounter, thereby increasing their velocity. The increased velocity of the microprojectiles results in greater efficiency of penetration of cell walls and membranes.

Figure 3B shows the influence of distance between the cells being bombarded and the stopping plate at the end of the particle gun. Highest numbers of expression units were observed when the sample was 6 cm from the stopping plate. The number of expression units decreased as the distance between the cells and particle accelerator was increased. Relatively few expression units were detected when samples were bombarded at a distance of 17 cm. These results are not surprising since the microprojectile's final velocity is related to air resistance. The deceleration of the microprojectile that is caused by air resistance increases as distance is increased.

**Delivery of GUS-encoding plasmid DNA to immature embryos of *Z. mays*.** In addition to the bombardment of tissue culture cells, we have used the particle gun to deliver GUS encoding plasmid to the surface cells of immature embryos of *Z. mays* (Fig. 4). After bombardment with 1.2-μm microprojectiles and treatment with the GUS substrate, up to 23 blue spots could be visualized on the scutellum with the aid of a dissecting microscope. These relatively large blue spots were clearly the result of diffusion from a densely stained central cell. Some of the blue spots arose from the penetration of cells 1 or 2 layers below the surface; GUS expression in these cases led to the appearance of spherical blue spots localized below the surface of the scutellum. Penetration of several cell layers of an intact tissue by microprojectiles has been previously observed in *A. cepa* bulb tissue.[10] In addition to the large blue spots observed with the dissecting scope, many (about 30 to 50) single cells expressing the GUS gene could be observed under higher magnification. These results indicate that the particle bombardment process can be used for gene delivery to plant cells with diameters of about 10 μm, a size more typical of cells that have potential for regeneration. Because embryos and embryogenic callus can be generated from the surface of maize scutellum[13], this tissue will be a prime target for future attempts to deliver selectable markers with the particle gun. Additionally, the ability to deliver DNA to this and presumably other intact tissues should aid in the study of tissue specific gene expression.

Recent results (manuscript in preparation) indicate that stably transformed cultures of maize and tobacco can be recovered by gene transfer with microprojectiles using the optimized parameters that are detailed in the present study. Our finding that small as well as large cells survive penetration as indicated by expression of the transferred GUS gene suggests that small embryogenic cells should be capable of continued division. Coupled with continued improvements in the efficiency of the particle bombardment process, this gives us reason to believe that stable transformation leading to the recovery of whole plants is possible.

## EXPERIMENTAL PROTOCOL.

**Plasmids and plant material.** The 6.5 kb plasmid pAI'GusN consists of the alcohol dehydrogenase 1 promoter, a fragment from intron 1 of the Adh 1 gene[14], a GUS coding region[15], and the nopaline synthase polyadenylation region inserted into pUC8. Suspension cultures of *Zea mays* cv. Black Mexican Sweet

CONFIDENTIAL

MGA0008496

were kindly provided by V. Walbot (Stanford University). The cultures were grown in Murashige and Skoog salts[19] supplemented with 2,4-D (2 mg·l⁻¹), sucrose (30 g·l⁻¹) and B5 vitamins[20]. The cells were maintained on a rotary shaker (100 rpm) and were split 1:1 with fresh media every 3 days.

**Bombardment of suspension cells.** Two methods were used to prepare the suspension cells for bombardment with the microprojectiles. In the first method, cells were collected on filter paper with the use of a Buchner funnel, and 100 mg (fresh weight) of tissue was placed in a 3.5 cm petri plate. The cells were evenly distributed over the surface of the plate by dispersing them in 0.5 ml of fresh media. In the second method, the cells were distributed over the surface of a piece of filter paper. To accomplish this, about 100 mg of tissue (fresh weight) was collected on filter paper (Whatman #4, 5.5 cm) by vacuum filtration of 3 ml of suspension culture (1 × 10⁶ cells per ml). The cells were collected in such a way that they were evenly layered over the surface of the filter paper. It is important that the layer of cells applied to the filter be as thin as possible. Three layers of filter paper were moistened with 1.4 ml of MS media and centered in a 7.5 cm petri dish. The filter paper bearing the cells was then placed over the 3 layers of filter paper. The samples were bombarded with tungsten particles coated with DNA as previously described[?] except some of the parameters (ie., distance of the cells from the particle gun, degree of vacuum, quantity of microprojectiles, etc.) were varied as discussed in the text. Unless otherwise stated, cells were bombarded 10 cm from the end of the barrel of the particle gun. The vacuum in the sample chamber was 28 inches of Hg during the bombardment. In all the experiments at least 3 replicates were performed per treatment. To adsorb pAI7GUSN to the microprojectiles, 5 µl of DNA (1 µg per µl of TE buffer, pH 7.7) was added to 25 µl of a suspension of tungsten particles (0.05 g per ml distilled water) in a 1.5-ml Eppendorf tube. Following addition of the DNA, CaCl₂ (25 µl of a 2.5 M solution) and spermidine free base (10 µl of a 0.1 M solution) were added to the suspension. After 10 min the particles settled to the bottom of the tube and a portion of the supernatant (25 µl) was removed. The final microprojectile preparation therefore contains 31 µg of tungsten per µl of suspension and 4 µg of DNA per mg of tungsten. The clumps of particles were dispersed by briefly (1 sec) touching the outside of the Eppendorf tube to the probe (horn type) of a sonicator. Immediately after sonication, 2.5 µl of the tungsten-DNA suspension was placed on the front surface of a cylindrically shaped polvethylene macroprojectile. The macroprojectile was then placed into the barrel of the particle gun and accelerated as previously described[11]. To determine the optimal quantity and size of microprojectiles used for bombardment, the concentration of particles in the tungsten-DNA preparation was varied between 9.1 and 78.1 µg per ml while the DNA to tungsten ratio was held constant at 1 µg of DNA per mg of tungsten. In this experiment, adsorption of DNA to the microprojectiles employed the same quantities of CaCl₂ and spermidine as stated above.

**Analysis of GUS expression in BMS cells.** Following bombardment, the cells were incubated either in fresh liquid media or on the filter paper on which they were bombarded. The cells bombarded without the filter paper support were transferred from the petri dish to 5 ml of fresh media in a 15-ml polypropylene tube and incubated at 27°C on a rotary shaker (100 rpm). After 48 hours cells were harvested for analysis by centrifugation at 8,000 × g for 10 min. The supernatant was removed and the cells were transferred to a glass microscope slide. The synthetic substrate, 5-bromo-4-chloro-3-indolyl-β-D-glucuronic acid (Research Organics), was used to detect GUS expression. The substrate mixture contained potassium ferricyanide (5 mM), potassium ferrocyanide (5 mM), the GUS substrate (0.5% w/v), sodium phosphate buffer (0.1 M, pH 7.0), and Triton x-100 (0.06% v/v). The substrate mixture (0.2 ml) was added to the cells and the mixture spread over the surface of the slide. The sample was incubated in a humidified chamber for 24 h at 22°C and then analyzed microscopically for cells that had developed the blue precipitate. The precipitate is formed as a result of the dimerization of the indoxyl derivative of the enzymatically cleaved substrate[b]. Cells bombarded on filter paper were subsequently left on the filter and incubated for 48 h at 22°C in a petri plate that was sealed with parafilm. The top filter with cells was then transferred to a petri dish onto which 7.5 µl of the GUS substrate was previously spotted such that the filter paper adsorbed the substrate evenly over its entire area. The petri dish was then sealed and incubated for 24 h at 22°C. The cells on the filter paper were then observed with a microscope and the number of individual cells or aggregates of cells that developed the blue

precipitate were counted. Each blue spot (whether a single, isolated cell or an aggregate of cells) was counted as one "expression unit."

**Bombardment of Z. mays embryos.** Immature embryos about 2 mm in length were collected 16 days after fertilization from kernels of genotype A188. About 30 embryos, with either the scutellum or embryo axis facing upward, were placed on agar medium in the center of a petri dish such that they covered an area of 2 cm². The medium consisted of N6 basal salts and vitamins[21] supplemented with 20 mM proline, 2,4-D (2 mg·l), sucrose (20 g/l), and agar (8 g/l) at pH 5.8. The embryos were bombarded with 1.2-µm microprojectiles as described and incubated for 48 hours at 28°C. The embryos were then removed from the agar medium and soaked in the GUS substrate for 12 hours.

**Acknowledgments**

This research was supported by grants from the Cornell Biotechnology Program and the US Department of Agriculture.

Received 25 January 1988; accepted 25 February 1988.

**References**

1. Fromm, M. E.; Taylor, L. P., and Walbot, V. 1986. Stable transformation of maize after gene transfer by electroporation. Nature 319 719-793.
2. Lorz, H., Baker, B., and Schell, J. 1985. Gene transfer to cereal cells mediated by protoplast transformation. Molec. Gen. Genet. 199:178-182.
3. Fralev, R. T., Dellaporta, S. L., and Papahadjopoulos, D. 1982. Liposome-mediated delivery of tobacco mosaic virus RNA into tobacco protoplasts: a sensitive assay for monitoring liposome-protoplast interactions. Proc. Natl. Acad. Sci. USA 79:1859-1863.
4. Crossway, A., Oakes, J. V., Irvine, J. M., Ward, B., Knauf, V. C., and Shewmaker, C. K. 1985. Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts. Mol. Gen. Genet. 202:179-185.
5. Abdullah, R., Cocking, E. C., and Thompson, J. A. 1986. Efficient plant regeneration from rice protoplasts through somatic embryogenesis. BioTechnology 4:1087-1090.
6. Fujimura, T., Sakurai, M., Akagi, H., Negishi, T., and Hirose, A. 1985. Regeneration of rice plants from protoplasts. Plant Tissue Cult. Lett 2:74-75.
7. Rhodes, C. A., Lowe, K. S., and Ruby, K. L. 1988. Plant regeneration from protoplasts isolated from embryogenic maize cell cultures BioTechnology 6:56-60.
8. Grimsley, N., Hohn, T., Davies, J. W., and Hohn, B. 1987. Agrobacterium-mediated delivery of infectious maize streak virus into maize plants. Nature 325:177-179.
9. Brisson, N. and Hohn, T. 1986. Plant virus vectors: cauliflower mosaic virus. Methods in Enzymol. 4:1087-1090.
10. Klein, T. M., Wolf, E. D., Wu, R., and Sanford, J. C. 1987. High-velocity microprojectiles for delivering nucleic acids into living cells. Nature 327:70-73.
11. Sanford, J. C., Klein, T. M., Wolf, E. D., and Allen, N. 1987. Delivery of substances into cells and tissues using a particle bombardment process. Particulate Sci. Technol. 5:27-37.
12. Johnston, S. A., Anziano, P., Shark, K. B., Sanford, J. C., and Butow, R. A. 1988. Transformation of yeast mitochondria by bombardment of cells with microprojectiles. Science, submitted.
13. Boynton, J. E., Gillham, N. W., Harris, E. H., Hosler, J. P., Johnson, A. M., Jones, A. R., Randolph-Anderson, B. L., Robertson, D., Klein, T. M., Shark, K. B., and Sanford, J. C. 1988. Chloroplast transformation in Chlamydomonas using high-velocity microprojectiles. Science, submitted.
14. Klein, T. M., Fromm, M. E., Weissinger, A., Tomes, D., Schaaf, S., Sletten, M., and Sanford, J. C. 1988. Transfer of foreign genes into intact maize cells using high-velocity microprojectiles. Proc. Natl. Acad. Sci. USA, in press.
15. Jefferson, R. A., Burgess, S. M., and Hirsh, D. 1986. β-Glucuronidase from Escherichia coli as a gene-fusion marker. Proc. Natl. Acad. Sci. USA 83:8447-8451.
16. Jefferson, R. A., Kavanagh, T. A., and Bevan, M. W. 1987. GUS fusions: β-glucuronidase as a sensitive and versatile gene fusion marker in higher plants. EMBO J. 6:3901-3907.
17. Armstrong, C. L. and Green, C. E. 1985. Establishment and maintenance of friable, embryogenic maize callus and the involvement of L-proline. Planta 164:207-214.
18. Callis, J., Fromm, M. E., and Walbot, V. 1987. Introns increase chimeric gene expression in maize. Genes and Development 1:1183-1200.
19. Murashige, T. and Skoog, F. 1962. A revised medium for rapid growth and bioassays with tobacco tissue cultures. Physiol. Plant. 15:473-497.
20. Gamborg, O. L., Miller, R. A., and Ojima, K. 1968. Nutrient requirements of a suspension culture of soybean root cells. Exp. Cell Res. 50:151-158.
21. Chu, C. C., Wang, C. C., Sun, C. S., Hus, C., Yin, K. C., and Chu, C. Y. 1975. Establishment of an efficient medium for anther culture of rice through comparative experiments on the nitrogen source. Sci. Sin. 18:659-668.

CONFIDENTIAL                    MGA0008497

# EXHIBIT 11

*Proc. Natl. Acad. Sci. USA*
Vol. 85, pp 4305–4309, June 1988
Botany

# Transfer of foreign genes into intact maize cells with high-velocity microprojectiles

(gene transfer/cell culture)

THEODORE M. KLEIN*, MICHAEL FROMM[†], ARTHUR WEISSINGER[‡], DWIGHT TOMES[‡], STEVE SCHAAF[‡], MARGIT SLETTEN[‡], AND JOHN C. SANFORD*

*Department of Horticultural Sciences, Cornell University, Geneva, NY 14556; [†]Plant Gene Expression Center, U.S. Department of Agriculture–ARS, 800 Buchanan Street, Albany. CA 94710; and [‡]Pioneer Hi-Bred International. Department of Biotechnology Research, Johnston, IA 50131

*Communicated by William L. Brown, November 2, 1987*

ABSTRACT    This report describes a process for delivering foreign genes into maize cells that does not require the removal of cell walls and is capable of delivering DNA into embryogenic and nonembryogenic tissues. Plasmid harboring a chimeric chloramphenicol acetyltransferase (CAT) gene was adsorbed to the surface of microscopic tungsten particles (microprojectiles). These microprojectiles were then accelerated to velocities sufficient for penetrating the cell walls and membranes of maize cells in suspension culture. High levels of CAT activity were consistently observed after bombardment of cell cultures of the cultivar Black Mexican Sweet, which were comparable to CAT levels observed after electroporation of protoplasts. Measurable increases in CAT levels were also observed in two embryogenic cell lines after bombardment. Gene expression was observed only when an intron from the alcohol dehydrogenase 1 gene of maize was ligated between the 35S promoter and the CAT coding region. CAT activity was detected in cell cultures bombarded with microprojectiles with an average diameter of 1.2 $\mu$m, but not after bombardment with microprojectiles 0.6 or 2.4 $\mu$m in diameter. Bombarding the same sample several times was found to markedly enhance CAT activity. These results demonstrate that the particle bombardment process can be used to deliver foreign DNA into intact cells of maize. Because this process circumvents the difficulties associated with regenerating whole plants from protoplasts, the particle bombardment process may provide significant advantages over existing DNA delivery methods for the production of transgenic maize plants. In addition, the process should be of value for studying transient and stable gene expression within intact cells and tissues.

Methods for transferring foreign nucleic acids into plant cells have helped advance basic studies of gene expression (1) and have permitted the introduction of agriculturally important traits in some crop species (2). Although the production of transgenic plants has become routine for some plant species (3), the genetic transformation of most cereal crops has proven to be difficult. Many of the methods available for delivery of exogenous DNA into cells of higher plants [i.e., electroporation (4) or calcium phosphate coprecipitation (5)] currently require removal of the cell wall as a necessary part of the transformation system. Although progress has been made in regenerating plants from protoplasts of rice (6, 7), the regeneration of cereal protoplasts remains difficult and time consuming at best. Isolated cells of tobacco with intact walls have been microinjected and regenerated to produce transgenic plants (8) but microinjection is likely to be limited to single cell systems in which the potential for regeneration of the injected cells is very high. Transfer of DNA mediated by

*Agrobacterium tumefaciens* provides a desirable alternative to protoplast-dependent systems in many dicotyledonous species but use of the bacterium for transforming important cereal crops has thus far been hindered by the limited host range of the bacterium (3). For these reasons, an efficient system for delivering genetic material directly into intact and regenerable tissues might generally aid in the recovery of genetically transformed plants and might specifically enhance our ability to genetically engineer cereal crop species.

Sanford and coworkers (9) have developed a method whereby substances can be delivered into cells of intact tissues via a particle bombardment process. Small high-density particles (microprojectiles) are accelerated to high velocity by a particle gun apparatus. These microprojectiles have sufficient momentum to penetrate plant cell walls and membranes and can carry DNA or other substances into the interior of bombarded cells. It has been demonstrated that such microprojectiles can enter cells without causing cell death and that they can effectively deliver foreign genes into intact epidermal tissue of *Allium cepa* (10). However, it has not previously been shown that the particle bombardment process could be extended beyond the very large-celled *Allium* model system to economically important species that have cells of a more typical size.

We specifically wished to determine the feasibility of using the particle bombardment process for delivering exogenous DNA into intact cells of maize and to examine some of the variables that may influence the efficiency of such delivery. The capacity of maize to produce embryogenic cell cultures (11) made this species a particularly attractive candidate for genetic transformation by the particle bombardment process. Suspension cultures derived from the cultivar Black Mexican Sweet (BMS) and two embryogenic suspensions were bombarded with microprojectiles coated with plasmid harboring a chimeric chloramphenicol acetyltransferase (CAT) gene. We have found that high velocity microprojectiles are able to carry DNA into intact maize cells and that foreign DNA can then be expressed at high levels.

## MATERIALS AND METHODS

**Plasmids.** The plasmids used in this study have been described (12) and their structures are shown in Fig. 1. The plasmid pCaMVI₁CN consists of the 35S promoter from cauliflower mosaic virus, a fragment (*Bcl* I/*Bam*HI) from the alcohol dehydrogenase intron 1 (Adh1), a CAT coding region, and the nopaline synthase polyadenylylation region. The plasmid pCaMVCN is identical to pCaMVI₁CN but lacks the Adh1 intron fragment.

**Plant Materials.** Embryogenic suspension cultures 3-86-17 and 13-217 were derived from type II embryogenic callus

---

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Abbreviations: CAT, chloramphenicol acetyltransferase; BMS, Black Mexican Sweet maize cultivar.

MGA0058071

4306·  Botany: Klein *et al.*                                    *Proc. Natl. Acad. Sci. USA 85 (1988)*





FIG. 1.  Diagram of pCaMVCN and CaMVI₁CN showing the source of the DNA fragments used in construction of the plasmid. pCaMVN was derived from pCAMVneo (4) by replacement of the neomycin phosphotransferase coding region with that of the CAT coding region. The addition of the *Bcl* I/*Bam*HI Adh1 intron fragment to the *Bam*HI site at the 5' end of the CAT coding region yielded pCaMVI₁CN (12)  B, *Bam*HI; Bc, *Bcl* I; Bg, *Bgl* II; E, *Eco*RI; H, *Hind*III; X, *Xba* I.  Amp, ampicillin; kb, kilobase(s).

(13). The callus was initiated from a maize inbred designated R21 (for line 3-86-17) or B73 × G35 (for line 13-217). Inbred R21 was derived from a regenerated plant from a long-term callus culture of public inbred B73 and is very similar to B73. Both R21 and G35 are proprietary inbred lines of Pioneer Hi Bred International (Johnston, IA). Suspension cultures of the cultivar BMS were obtained from V. Walbot (Stanford University). Suspension cultures were maintained in Murashige and Skoog (MS) medium (14) supplemented with 2,4-dinitrophenol (2 mg/liter) and sucrose (30 g/liter). The suspension cultures were passed through a 710-µm sieve 7 days prior to the experiment, and the filtrate was maintained in MS medium. In preparation for bombardment with the microprojectiles, cells were harvested from suspension culture by vacuum filtration on a Buchner funnel (Whatman no. 614). The same cell batch from each genotype was used within each experiment.

**Particle Bombardment of Suspension Cultures.** The particle gun device and general methods for bombardment of cells with microprojectiles have been described (9, 10). Before bombardment, cells (100 mg fresh weight) were placed in a

3.3-cm Petri dish. The cells were dispersed in 0.5 ml of fresh culture medium to form a thin layer of cells covered by a film of medium. The uncovered Petri dish was placed in the sample chamber and a vacuum pump was used to decrease the pressure in the chamber to 0.1 atm (1 atm = 101.3 kPa) (operation in a partial vacuum allows the microprojectiles to maintain their velocity over a longer distance, since air resistance is an important factor in their deceleration).

Unless otherwise noted, the cells were bombarded with tungsten particles with an average diameter of 1.2 µm (GTE Sylvania). In one experiment, cells were also bombarded with microprojectiles with an average diameter of 0.6 µm (GTE Sylvania) or 2.4 µm (General Electric). Plasmid DNA was adsorbed to the microprojectiles by adding 5 µl of DNA (1 µg per µl of TE buffer, pH 7.7; 0.1 M) to 25 µl of a suspension of tungsten particles (0.05 g per ml of distilled water) in a 1.5-ml Eppendorf tube. CaCl₂ (25 µl of a 2.5 M solution) and spermidine free base (10 µl of a 0.1 M solution) were then added to the suspension. Particles became agglomerated and settled to the bottom of the Eppendorf tube ≈10 min after addition of CaCl₂ and spermidine. Most of the supernatant (45 µl) was then removed and the particles were deagglomerated by briefly (1 sec) touching the outside of the Eppendorf tube to the probe (horn type) of a sonicator (Heat System/Ultrasonics, Plainview, NY). Five microliters of the resulting suspension of microprojectiles was then placed on the front surface of a cylindrical polyethylene macroprojectile. The macroprojectile was then placed into the barrel of the particle gun device and a blank gun powder charge (no. 1 gray extra light; Speed Fasteners, Saint Louis) was loaded into the barrel behind the macroprojectile. A firing pin device was used to detonate the gun powder charge, accelerating the macroprojectile down the barrel of the device where it impacts with a stopping plate. Upon impact, the microprojectiles are propelled from the front surface of the macroprojectile and continue toward the cells through a small aperture in the stopping plate. The cells were positioned 15 cm from the end of the barrel of the particle gun. After bombardment, the Petri dish was removed from the apparatus and the cells were transferred to 5 ml of fresh medium in a 15-ml polypropylene tube. The cells were then maintained in this tube with agitation at 27°C until harvested for analysis. Controls consisted of cells bombarded with microprojectiles lacking DNA.

In one set of experiments, the cells were treated either with a medium of high osmotic potential or with a mixture of medium and mineral oil during bombardment. In the first case, 100 mg of BMS cells was dispersed in 0.5 ml of MS medium supplemented with mannitol (0.4 M), 30 min prior to bombardment. After particle bombardment, the cells were left in the mannitol-containing medium for an additional 30 min, after which they were resuspended in 5 ml of standard MS medium. In the second case, the cells were dispersed in an emulsion of either 0.1 ml of sterile mineral oil and 0.5 ml of MS medium, 0.2 ml of mineral oil and 0.4 ml of MS medium, or 0.6 ml of MS medium lacking mineral oil. After bombardment, the cells were suspended in 5 ml of MS medium.

**CAT Assays.** Analyses of CAT activity were performed 96 hr after bombardment. Tissue extracts were prepared by sedimenting the cells at ≈13,000 × *g* for 10 min in a 1.5-ml Microfuge tube. The supernatant was removed and 100 µl of buffer (0.25 M Tris·HCl, pH 7.8) was added to the pellet. The sample was homogenized on ice for ≈2 min with a disposable polypropylene pestle (Kontes) driven at 300 rpm by an electric motor. After grinding, the sample was Vortex mixed briefly to complete the extraction of soluble protein. Cell debris was removed by centrifugation at 13,000 × *g* in a Microfuge at 4°C for 10 min. The supernatant was decanted and normalized to a volume of 200 µl with the Tris·HCl buffer.

MGA0058072

Botany: Klein *et al.*

*Proc. Natl. Acad. Sci. USA 85* (1988)    4307



FIG. 2. Detection of CAT reaction products by TLC and autoradiography 4 days after bombardment of BMS suspension cultures. Lanes: a, c, and e, bombardment with 1.2-μm projectiles coated with pCaMVI₁CN; b, d, and f, bombardment with naked projectiles; g, unreacted chloramphenicol substrate; h, positive control—products produced by purified bacterial CAT enzyme (0.010 unit). The positions of detected chloramphenicol (CAP) and the enzymatic products 1-acetylchloramphenicol (1-AcCAP) and 3-acetylchloramphenicol (3-AcCAP) are shown.

The CAT activity in the extracts was determined as reported (15) except the samples were heated at 60°C for 12 min before addition of substrates. The reaction mixture was incubated for 1.5 hr at 37°C, and reaction products were extracted from the mixture with 300 μl of cold ethyl acetate, air dried, and resuspended in 20 μl of ethyl acetate for spotting on TLC plates (Baker, Phillipsburg, NJ). After TLC resolution of chloramphenicol and its acetylated derivatives by using chloroform/methanol (95:5), autoradiograms of the TLC plates were made (60-hr exposure at 22°C; DuPont Cronex film).

Quantitative results were obtained by scintillation counting of separated spots of chloramphenicol and its acetylated derivatives, and the percentage conversion to acetylated products was calculated. CAT activity (1 unit of CAT catalyzes the acetylation of 1 ng of chloramphenicol per min at 37°C) was determined by comparison with a standard curve of acetylation conversions obtained with purified bacterial CAT (P-L Biochemicals). Protein in the cell extracts was determined according to Bradford (16). CAT activity was standardized on the basis of units of CAT activity per mg of soluble protein.

## RESULTS

CAT activity was compared in suspension cell cultures of BMS after bombardment with naked microprojectiles and

Table 1. Introduction of DNA into BMS maize suspension cells by using high-velocity microprojectiles

| Exp. | Mean CAT activity | | -fold increase | F test* |
|---|---|---|---|---|
| | Treatment | Control | | |
| 1 | 5.7 (36.1) (n = 10) | 0.1 (1.8) | 20.1 | 0.00 (0.00) |
| 2 | 1.8 (19.3) (n = 4) | 0.0 (0.9) | 21.4 | 0.17 (0.11) |
| 3 | 4.3 (34.7) (n = 3) | 0.0 (0.2) | 173.5 | 0.10 (0.06) |
| 4 | 1.5 (12.1) (n = 2) | 0.0 (0.2) | 85.5 | 0.10 (0.26) |

In each experiment, BMS cells were bombarded with 1.2-μm tungsten particles that were coated with pCaMVI₁CN (treatment) or left uncoated (control). n, Number of replicates in each experiment. CAT activity is expressed as enzyme units (×10³) per mg of protein (percentage chloramphenicol converted to its acetylated derivatives shown in parentheses). Calculation of the -fold increase of treatment over control was based on percentage conversion.
*Probability that the difference between treatment and control is due only to chance, based on analysis of variance by F test.

microprojectiles coated with pCaMVI₁CN. As shown in Fig. 2 and Table 1, increases in CAT activity were consistently observed in the treatments involving the pCaMVI₁CN plasmid. The induced levels of CAT activity were typically 20- to 200-fold greater than the CAT activity in the controls. CAT activity in BMS was monitored over a 4-day period following bombardment with microprojectiles coated with pCaMVI₁-CN. Expression of the introduced CAT gene was detectable 24 hr after bombardment and was still high after 96 hr of incubation (data not shown). CAT activity was also measured after 96 hr in BMS cells bombarded with pCaMVCN (no intron). Expression in these cells was not greater than background levels found in cells bombarded with uncoated microprojectiles. Consequently, all subsequent experiments were performed with the pCaMVI₁CN plasmid.

The postbombardment CAT activity of two embryogenic cell suspensions clearly revealed that DNA was being delivered into these cell lines, but generally at lower rates than observed in BMS (Table 2).

Samples of BMS were subjected to repeated bombardments with plasmid-coated microprojectiles. Multiple bombardments of the same sample clearly produced higher levels of CAT activity than did single bombardments (Table 3, Fig. 3). Triple bombardment was seen to increase CAT activity in a similar manner in the embryogenic line 3-86-17 (Fig. 3).

The effect of microprojectile diameter was examined by monitoring CAT expression after bombardment with different particle sizes (Table 4). BMS suspensions were bombarded with microprojectiles that were 0.6, 1.2, or 2.4 μm in diameter. Significant levels of CAT activity were only found in cells bombarded with microprojectiles with an average diameter of 1.2 μm.

Table 2. Delivery of DNA into cell suspensions of embryogenic (3-217, 3-86-17) and nonembryogenic (BMS) cell lines

| Line | Mean CAT activity | | -fold increase |
|---|---|---|---|
| | Treatment | Control | |
| BMS | 1.6 (7.7) (n = 3) | 0.1 (0.5) (n = 1) | 15.4 |
| 13-217 | 0.1 (0.7) (n = 2) | 0.0 (0.3) (n = 1) | 2.3 |
| 3-86-17 | 0.2 (1.7) (n = 2) | 0.0 (0.4) (n = 1) | 4.3 |

Particles were either coated with pCaMVI₁CN (treatment) or without DNA (control). CAT activity is expressed as enzyme units (×10³) per mg of protein (with percentage conversion in parentheses), as measured 96 hr after bombardment. The -fold increase was calculated based on conversion rates.

MGA0058073

4308    Botany: Klein *et al.*    *Proc. Natl. Acad. Sci. USA 85* (1988)

Table 3.  Effect of multiple bombardments on BMS

| | Mean CAT activity | | -fold increase |
| Bombardments | Treatment | Control | |
|---|---|---|---|
| 1 | 3.5 (28.3) (n = 4) | 0.0 (00.2) (n = 1) | 141.5 |
| 2 | 11.0 (57.0) (n = 2) | 0.0 (00.2) (n = 1) | 285.0 |
| 3 | 13.5 (70.0) (n = 2) | 0.0 (00.2) (n = 1) | 350.0 |

Particles (1.2 $\mu$m) were coated either with pCaMVI$_1$CN (treatment) or without DNA (control). CAT activity is expressed as enzyme units ($\times 10^2$) per mg of protein (with percentage conversion in parentheses). The -fold increase was calculated based on percentage conversion.

Two treatments that could potentially limit the damage to cells caused by microprojectile penetration were evaluated. To reduce turgor pressure, cells were incubated in MS medium containing 0.4 M mannitol prior to bombardment. It was observed that the osmotically adjusted cells exhibited a substantially lower level of CAT activity than cells maintained in the normal MS medium during bombardment (data not shown). In another experiment, sterile mineral oil was added to the cell suspensions such that many cells became coated with a layer of oil. Addition of different amounts of mineral oil to cell suspensions did not enhance CAT activity in relation to cells bombarded in normal culture medium (data not shown).

## DISCUSSION

Consistently high levels of CAT activity were found in cell cultures of BMS after bombardment with microprojectiles coated with plasmid bearing a chimeric CAT gene (pCaMVI$_1$-CN). The levels of CAT expression in cells bombarded with pCaMVI$_1$CN-coated microprojectiles were often 200-fold greater than in controls and were comparable to CAT levels previously observed in bombarded onion tissue (10). The dramatic increase in CAT activity after bombardment was not unlike that previously seen in protoplasts of BMS electroporated with this plasmid (13, 17). These results unambiguously demonstrate that high-velocity microprojectiles can be used to carry foreign genes into intact cells of

Table 4.  Effect of microprojectile diameter on DNA delivery into BMS cells

| | Mean CAT activity | | -fold increase |
| Size, $\mu$m | Treatment | Control | |
|---|---|---|---|
| 0.6 | 0.0 (0.2) | 0.0 (0.2) | 1.0 |
| 1.2 | 1.5 (17.1) | 0.0 (0.2) | 85.8 |
| 2.4 | 0.0 (0.3) | 0.0 (0.2) | 2.5 |

Particles were coated either with pCaMVCN (treatment) or without DNA (control). CAT activity is expressed as enzyme units ($\times 10^2$) per mg of protein (with percentage conversion in parentheses). The -fold increase was calculated based on percentage conversion.

maize. However, bombardment with pCaMVCN-coated microprojectiles (lacking the Adh1 intron) failed to induce obvious increases in CAT activity. In electroporation experiments with BMS protoplasts, this same plasmid induces detectable levels of CAT activity, although at only one-tenth the level induced by the same construct with the Adh1 intron placed between the CAT coding region and 35S promoter (13). The fact that the intron-containing construct was necessary to detect expression after particle bombardment may suggest that DNA delivery by microprojectiles to intact cells by the present technology is still less efficient than DNA delivery to protoplasts by electroporation.

The fact that CAT activity was readily detectable in BMS and two embryogenic suspension cultures suggests that the particle bombardment process may be used in diverse genotypes or tissue types. While the experiments summarized in Table 2 indicate that particle bombardment may be less efficient in embryogenic cell lines than in BMS, more recent experiments indicate that bombardment parameters can be adjusted so that CAT levels can be achieved in embryogenic cell lines that are equal to those observed in BMS.

Numerous variables can be further optimized to increase the efficiency of delivery by the particle bombardment process. For example, repeated bombardment of the same sample led to marked increases in CAT expression. This suggests that modifications in the number and spatial distribution of particles that impact the target tissue may increase the number of cells that are penetrated and that receive DNA. Optimization of these factors should be possible by design changes in the macroprojectile and stopping plate of the particle gun apparatus.



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | Treatment | |
| 0.24 | 10.48 | 70.96 | 0.21 | 12.91 | 26.44 | 0.12 | 18.43 | % Conversion | |
| 0.00 | 0.60 | 6.30 | 0.00 | 0.70 | 1.50 | 0.00 | 1.00 | Units × 10² | |

FIG. 3.  Effects of multiple bombardment on CAT activities, as revealed by TLC and autoradiography. Lanes: a, single bombardment of a BMS cell suspension with microprojectiles lacking DNA; b, single bombardment of a BMS cell suspension with pCaMVI$_1$CN-coated microprojectiles; c, triple bombardment of a BMS cell suspension with pCaMVI$_1$CN-coated particles; d, single bombardment of a 3-86-17 embryogenic cell suspension with microprojectiles lacking DNA; e, single bombardment of a 3-86-17 embryogenic cell suspension with pCaMVI$_1$CN-coated microprojectiles; f, triple bombardment of a 3-86-17 embryogenic cell suspension with pCaMVI$_1$CN-coated microprojectiles; g, unreacted chloramphenicol substrate; h, positive control—purified bacterial CAT enzyme (0.010 unit). Percentage conversion represents proportion of total radioactivity recovered as products—units of CAT activity are defined in the text. The positions of unreacted chloramphenicol (CAP) and the enzymatic products 1-acetylchloramphenicol (1-AcCAP) and 3-acetylchloramphenicol (3-AcCAP) are shown.

MGA0058074

Botany: Klein *et al.*
*Proc. Natl. Acad. Sci. USA 85* (1988)    4309

The size of the microprojectiles used for bombardment clearly influenced levels of CAT activity. Although tungsten particles with an average diameter of 1.2 $\mu$m proved superior to the other two sizes tested in this study, optimal particle size has yet to be determined and may differ for specific cell types. Particles that are too small may fail to penetrate certain cells, while particles that are too large will be lethal to others. Factors other than cell size, such as thickness of the cell wall or abundance of intracellular nucleases, may also affect the efficiency of transformation by microprojectiles.

One factor we felt would be important to cell survival was osmotic pressure. We assumed that it would be desirable to reduce turgor pressure and thereby limit the loss of cell cytoplasm through lesions in the cell wall formed by microprojectile penetration. Such osmotic adjustment is often essential in microinjection experiments. Experiments in which mannitol was used to increase the osmotic pressure of the surrounding medium indicate that this was not beneficial but was actually deleterious. Reductions in turgor pressure may have decreased the efficiency of microprojectile penetration.

It was also thought that a layer of oil over the cells might improve viability by helping to seal lesions after penetration. Mineral oil did not change CAT expression in bombarded cells. It is possible that the viscosity of the oil reduced the velocity of the microprojectiles, thereby reducing penetration efficiency and counteracting any beneficial effect.

Numerous bombardment and culture variables remain to be determined and optimized. These variables include the distance that the cells are placed from the aperture of the stopping plate, the velocity at which the microprojectiles impact the cells, the degree of vacuum within the sample chamber during bombardment, and the size and shape of the microprojectiles. The optimal mode of DNA absorption to the projectiles and better ways to optimally distribute and anchor cells before bombardment also need to be determined.

The particle bombardment process should offer several significant advantages for delivering nucleic acids to plant cells and may be of particular value for species in which efficient transformation and protoplast regeneration systems do not presently exist. One appealing feature of the particle bombardment process is that it allows treatment of cells whose walls are intact. Because the obstacle of regenerating whole plants from protoplasts may be circumvented, the genetic engineering of important grain species may be facilitated. Transient assays of genes introduced into cells by the particle bombardment process should also aid in studies of gene expression in economically important monocots, particularly since it may be possible to deliver genes to cells within intact tissues. The particle bombardment process may thus make investigations of tissue-specific gene expression possible without the need for regenerating whole plants.

We thank Nelson Allen and Edward Wolf for their efforts in the continuing evolution of the particle gun apparatus and Sheila Maddock for supplying the embryogenic cell cultures. This work was supported by grants from the U.S. Department of Agriculture and the Cornell Biotechnology Program.

1. Kuhlemeier, C., Green, P. J. & Chau, N.-H. (1987) *Annu. Rev. Plant Physiol.* 38, 221–257.
2. Goodman, R. M., Hauptli, H., Crossway, A. & Knauf, V. C. (1987) *Science* 236, 48–54.
3. Fraley, R. T., Rogers, R. B. & Horsch, R. B. (1986) *CRC Crit. Rev. Plant Sci.* 4, 1–46.
4. Fromm, M., Taylor, L. P. & Walbot, V. (1986) *Nature (London)* 319, 791–793.
5. Lörz, H., Baker, B. & Schell, J. (1985) *Mol. Gen. Genet.* 199, 178–182.
6. Fujimura, T., Sakurai, M., Akagi, H., Negishi, T. & Hirose, A. (1985) *Plant Tissue Cult. Lett.* 2, 74–75.
7. Abdullah, R., Cocking, E. C. & Thompson, J. A. (1986) *Bio/Technology* 4, 1087–1090.
8. Crossway, A., Oakes, J. V., Irvine, J. M., Ward, B., Knauf, V. C. & Shewmaker, C. K. (1986) *Mol. Gen. Genet.* 202, 179–185.
9. Sanford, J. C., Klein, T. M., Wolf, E. D. & Allen, N. (1987) *Particle Sci. Technol.* 5, 27–37.
10. Klein, T. M., Wolf, E. D., Wu, R. & Sanford, J. C. (1987) *Nature (London)* 327, 70–73.
11. Kamo, K. K. & Hodges, T. K. (1986) *Plant Sci. Lett.* 45, 111–117.
12. Callis, J., Fromm, M. & Walbot, V. (1987) *Genes Dev.* 1, 1183–1200.
13. Green, C. E., Armstrong, C. L. & Anderson, P. C. (1983) in *Molecular Genetics of Plants and Animals*, eds. Downey, K., Voellmy, R. M., Fazelahmad, A. & Schultz, J. (Academic, New York), Vol. 20, pp. 147.
14. Murashige, T. & Skoog, F. (1962) *Physiol. Plant.* 15, 473–497.
15. Gorman, C. M., Moffat, L. F. & Howard, B. H. (1982) *Mol. Cell. Biol.* 2, 1044–1051.
16. Bradford, M. M. (1976) *Anal. Biochem.* 72, 248–254.
17. Fromm, M., Taylor, L. P. & Walbot, V. (1985) *Proc. Natl. Acad. Sci. USA* 82, 5824–5828.

MGA0058075