THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SYNGENTA SEEDS, INC., *et al*,  )<br>  )<br>Defendants.  )<br>  ) | C.A. No. 04-305-SLR<br>(Consolidated)<br><br>**PUBLIC VERSION** |

**DECLARATION OF JOHN J. ROSENTHAL IN SUPPORT OF**
**MONSANTO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
Scott Flick
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company and*
*Monsanto Technology LLC*

Dated: January 25, 2006
Public Version Dated: February 1, 2006
717889

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | C.A. No. 04-908-SLR |
| v. | ) | (Consolidated) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.* | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF JOHN J. ROSENTHAL IN SUPPORT OF MONSANTO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

I, JOHN ROSENTHAL, declare as follows:

1. I am a partner at Howrey LLP, counsel of record for defendant-counterclaimant Monsanto Company.

2. A true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Bates Nos. SYN-AT-001938548–50 is attached hereto as Exhibit 1. The document was produced from the files of Erik Dunder, who, upon information and belief, is a scientist. The document bears a "restricted confidential" stamp that Syngenta Seeds and/or its counsel placed upon the document pursuant to the provisions of the Amended Stipulated Protective Order, dated November 18, 2005. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2





3.  A true and correct copy of an e-mail is attached hereto as Exhibit 2.

4.  A true and correct copy of the Declaration of Ed Resler in Support of Syngenta AG's and Participation AG's Motion to Dismiss is attached hereto as Exhibit 3.

5.  A true and correct copy of the Supplemental Declaration of Ed Resler in Support of Syngenta AG's and Participation AG's Motion to Dismiss is attached hereto as Exhibit 4.

6.  The following is a list of the 147 allegedly privileged documents that Syngenta has requested the return of as "inadvertently produced":

|    | Date of Recall | Action      | Bates Range        |
|----|----------------|-------------|--------------------|
| 1  | 8/16/2005      | Patent Case | SYN 084608-84619   |
| 2  | 8/16/2005      | Patent Case | SYN 123540         |
| 3  | 8/16/2005      | Patent Case | SYN 084797-84805   |
| 4  | 8/22/2005      | Patent Case | SYN 127089-127094  |
| 5  | 8/25/2005      | Patent Case | SYN 023036         |
| 6  | 8/25/2005      | Patent Case | SYN 002092-2095    |
| 7  | 8/25/2005      | Patent Case | SYN 002713-2714    |
| 8  | 8/25/2005      | Patent Case | SYN 070045-70046   |
| 9  | 9/2/2005       | Patent Case | SYN 112560         |
| 10 | 10/7/2005      | Patent Case | SYN 23034-35       |
| 11 | 10/7/2005      | Patent Case | SYN 96708-96712    |
| 12 | 10/7/2005      | Patent Case | SYN 96959-96962    |
| 13 | 10/11/2005     | Patent Case | SYN 138901-908     |
| 14 | 10/28/2005     | Patent Case | SYN 96821-823      |
| 15 | 10/28/2005     | Patent Case | SYN 137111-113     |

| 16 | 10/28/2005 | Patent Case | SYN 52807-820 |
|----|------------|-------------|---------------|
| 17 | 11/22/2005 | Antitrust Case | SYN-AT 000019902 – 03 |
| 18 | 11/22/2005 | Antitrust Case | SYN-AT 001921177 – 1186 |
| 19 | 11/22/2005 | Antitrust Case | SYN-AT 000951889 - 901 |
| 20 | 11/22/2005 | Antitrust Case | SYN-AT 00759878 - 90 |
| 21 | 11/22/2005 | Antitrust Case | SYN-AT 002254330 - 32 |
| 22 | 11/22/2005 | Antitrust Case | SYN-AT 002256432 - 506 |
| 23 | 11/22/2005 | Antitrust Case | SYN-AT 002256717 - 20 |
| 24 | 11/22/2005 | Antitrust Case | SYN-AT 000870264 - 67 |
| 25 | 11/22/2005 | Antitrust Case | SYN-AT 001395670 - 71 |
| 26 | 11/22/2005 | Antitrust Case | SYN-AT 002257241 – 42 |
| 27 | 11/22/2005 | Antitrust Case | SYN-AT 002257547 |
| 28 | 11/22/2005 | Antitrust Case | SYN-AT 002257558 - 61 |
| 29 | 11/22/2005 | Antitrust Case | SYN-AT 002257562 |
| 30 | 11/22/2005 | Antitrust Case | SYN-AT 002257564 |
| 31 | 11/22/2005 | Antitrust Case | SYN-AT 000841930 |
| 32 | 11/22/2005 | Antitrust Case | SYN-AT 000023744 - 47 |
| 33 | 11/22/2005 | Antitrust Case | SYN-AT 000053684 - 87 |
| 34 | 11/22/2005 | Antitrust Case | SYN-AT 000019310 - 504 |
| 35 | 11/22/2005 | Antitrust Case | SYN-AT 000019505 |
| 36 | 11/22/2005 | Antitrust Case | SYN-AT 001106013 - 52 |
| 37 | 11/22/2005 | Antitrust Case | SYN-AT 002112656 - 89 |
| 38 | 11/22/2005 | Antitrust Case | SYN-AT 002112619 - 52 |
| 39 | 11/22/2005 | Antitrust Case | SYN-AT 002112486 - 525 |
| 40 | 11/22/2005 | Antitrust Case | SYN-AT 002138342 - 60 |
| 41 | 11/22/2005 | Antitrust Case | SYN-AT 001900777 - 816 |
| 42 | 11/22/2005 | Antitrust Case | SYN-AT 002138307 - 40 |
| 43 | 11/22/2005 | Antitrust Case | SYN-AT 001106139 - 57 |
| 44 | 11/22/2005 | Antitrust Case | SYN-AT 001106113 - 38 |
| 45 | 11/22/2005 | Antitrust Case | SYN-AT 001106079 - 112 |
| 46 | 11/22/2005 | Antitrust Case | SYN-AT 001106053 - 78 |
| 47 | 11/22/2005 | Antitrust Case | SYN-AT 000021574 - 99 |
| 48 | 11/22/2005 | Antitrust Case | SYN-AT 001919367 - 407 |
| 49 | 11/22/2005 | Antitrust Case | SYN-AT 001919326 - 66 |
| 50 | 11/22/2005 | Antitrust Case | SYN-AT 000021471 - 510 |
| 51 | 11/22/2005 | Antitrust Case | SYN-AT 000021425 - 69 |
| 52 | 11/22/2005 | Antitrust Case | SYN-AT 000054172 - 205 |
| 53 | 11/22/2005 | Antitrust Case | SYN-AT 000054110 - 49 |
| 54 | 11/22/2005 | Antitrust Case | SYN-AT 000054068 - 107 |
| 55 | 11/22/2005 | Antitrust Case | SYN-AT 000054014 - 58 |
| 56 | 11/22/2005 | Antitrust Case | SYN-AT 000327401 - 34 |

| | | | |
|---|---|---|---|
| 57 | 11/22/2005 | Antitrust Case | SYN-AT 000708991 - 92 |
| 58 | 11/22/2005 | Antitrust Case | SYN-AT 000797748 - 49 |
| 59 | 12/1/2005 | Patent Case | SYN 100503 |
| 60 | 12/1/2005 | Patent Case | SYN 113109-110 |
| 61 | 12/1/2005 | Patent Case | SYN 100691 |
| 62 | 1/3/2006 | Antitrust Case | SYN-AT 001938548 - 550 |
| 63 | 1/3/2006 | Antitrust Case | SYN-AT 001385822 |
| 64 | 1/4/2006 | Antitrust Case | SYN-AT 001211443 - 1459 |
| 65 | 1/4/2006 | Antitrust Case | SYN-AT 001374233 - 4249 |
| 66 | 1/4/2006 | Antitrust Case | SYN-AT 001952040 - 2057 |
| 67 | 1/4/2006 | Antitrust Case | SYN-AT 001211401 – 1416 |
| 68 | 1/24/2006 | Antitrust Case | SYN-AT 000919950 - 58 |
| 69 | 1/24/2006 | Antitrust Case | SYN-AT 000920019 – 21 |
| 70 | 1/24/2006 | Antitrust Case | SYN-AT 000920022 - 23 |
| 71 | 1/24/2006 | Antitrust Case | SYN-AT 000920749 - 52 |
| 72 | 1/24/2006 | Antitrust Case | SYN-AT 001919416 |
| 73 | 1/24/2006 | Antitrust Case | SYN-AT 000037287 - 308 |
| 74 | 1/24/2006 | Antitrust Case | SYN-AT 000038350 - 52 |
| 75 | 1/24/2006 | Antitrust Case | SYN-AT 001421307 - 08 |
| 76 | 1/24/2006 | Antitrust Case | SYN-AT 000931237 |
| 77 | 1/24/2006 | Antitrust Case | SYN-AT 000054486 |
| 78 | 1/24/2006 | Antitrust Case | SYN-AT 000054488 |
| 79 | 1/24/2006 | Antitrust Case | SYN-AT 000055191 |
| 80 | 1/24/2006 | Antitrust Case | SYN-AT 001922355 – 56 |
| 81 | 1/24/2006 | Antitrust Case | SYN-AT 000812810 - 13 |
| 82 | 1/24/2006 | Antitrust Case | SYN-AT 000349748 - 50 |
| 83 | 1/24/2006 | Antitrust Case | SYN-AT 000382537 - 58 |
| 84 | 1/24/2006 | Antitrust Case | SYN-AT 001029148 - 49 |
| 85 | 1/24/2006 | Antitrust Case | SYN-AT 000448997 - 9036 |
| 86 | 1/24/2006 | Antitrust Case | SYN-AT 001563539 - 41 |
| 87 | 1/24/2006 | Antitrust Case | SYN-AT 000504241 - 45 |
| 88 | 1/24/2006 | Antitrust Case | SYN-AT 001931987 - 94 |
| 89 | 1/24/2006 | Antitrust Case | SYN-AT 000604623 - 33 |
| 90 | 1/24/2006 | Antitrust Case | SYN-AT 001211324 - 35 |
| 91 | 1/24/2006 | Antitrust Case | SYN-AT 001933418 - 22 |
| 92 | 1/24/2006 | Antitrust Case | SYN-AT 001952028 - 39 |
| 93 | 1/24/2006 | Antitrust Case | SYN-AT 001772494 - 95 |
| 94 | 1/24/2006 | Antitrust Case | SYN-AT 002145907 - 16 |
| 95 | 1/24/2006 | Antitrust Case | SYN-AT 002148652 - 54 |
| 96 | 1/24/2006 | Antitrust Case | SYN-AT 000711115 - 18 |
| 97 | 1/24/2006 | Antitrust Case | SYN-AT 002252770 - 75 |
| 98 | 1/24/2006 | Antitrust Case | SYN-AT 000712367 - 69 |

| 99  | 1/24/2006 | Antitrust Case | SYN-AT 001379807 - 76  |
|-----|-----------|----------------|------------------------|
| 100 | 1/24/2006 | Antitrust Case | SYN-AT 000735845 - 94  |
| 101 | 1/24/2006 | Antitrust Case | SYN-AT 000739088 - 92  |
| 102 | 1/24/2006 | Antitrust Case | SYN-AT 000743415       |
| 103 | 1/24/2006 | Antitrust Case | SYN-AT 000744414       |
| 104 | 1/24/2006 | Antitrust Case | SYN-AT 000744415 - 19  |
| 105 | 1/24/2006 | Antitrust Case | SYN-AT 001382923 - 33  |
| 106 | 1/24/2006 | Antitrust Case | SYN-AT 001385661 - 62  |
| 107 | 1/24/2006 | Antitrust Case | SYN-AT 001385711 - 12  |
| 108 | 1/24/2006 | Antitrust Case | SYN-AT 001385743       |
| 109 | 1/24/2006 | Antitrust Case | SYN-AT 001385923 - 24  |
| 110 | 1/24/2006 | Antitrust Case | SYN-AT 001385971       |
| 111 | 1/24/2006 | Antitrust Case | SYN-AT 001385972 - 78  |
| 112 | 1/24/2006 | Antitrust Case | SYN-AT 001393112 - 13  |
| 113 | 1/24/2006 | Antitrust Case | SYN-AT 000811371 - 72  |
| 114 | 1/24/2006 | Antitrust Case | SYN-AT 000812810 - 13  |
| 115 | 1/24/2006 | Antitrust Case | SYN-AT 002257548 - 49  |
| 116 | 1/24/2006 | Antitrust Case | SYN-AT 002262649 - 53  |
| 117 | 1/24/2006 | Antitrust Case | SYN-AT 002262694 - 701 |
| 118 | 1/24/2006 | Antitrust Case | SYN-AT 002262773 - 834 |
| 119 | 1/24/2006 | Antitrust Case | SYN-AT 002263520 - 21  |
| 120 | 1/24/2006 | Antitrust Case | SYN-AT 001402885 - 89  |
| 121 | 1/24/2006 | Antitrust Case | SYN-AT 000879453 - 58  |
| 122 | 1/24/2006 | Antitrust Case | SYN-AT 000692029 - 31  |
| 123 | 1/24/2006 | Antitrust Case | SYN-AT 000692045 - 56  |
| 124 | 1/24/2006 | Antitrust Case | SYN-AT 000694997 - 5000|
| 125 | 1/24/2006 | Antitrust Case | SYN-AT 000702521 - 29  |
| 126 | 1/24/2006 | Antitrust Case | SYN-AT 000702592 - 93  |
| 127 | 1/24/2006 | Antitrust Case | SYN-AT 000702641 - 45  |
| 128 | 1/24/2006 | Antitrust Case | SYN-AT 000702663       |
| 129 | 1/24/2006 | Antitrust Case | SYN-AT 001372695 - 705 |
| 130 | 1/24/2006 | Antitrust Case | SYN-AT 001934070 - 4361|
| 131 | 1/24/2006 | Antitrust Case | SYN-AT 000360151 - 54  |
| 132 | 1/24/2006 | Antitrust Case | SYN-AT 000037205       |
| 133 | 1/24/2006 | Antitrust Case | SYN-AT 000037286       |
| 134 | 1/24/2006 | Antitrust Case | SYN-AT 00037310 - 12   |
| 135 | 1/24/2006 | Antitrust Case | SYN-AT 000037206 - 52  |
| 136 | 1/24/2006 | Antitrust Case | SYN-AT 000922545 - 68  |
| 137 | 1/24/2006 | Antitrust Case | SYN-AT 000037287 - 308 |
| 138 | 1/24/2006 | Antitrust Case | SYN-AT 000990375 - 94  |
| 139 | 1/24/2006 | Antitrust Case | SYN-AT 000990395 - 417 |
| 140 | 1/24/2006 | Antitrust Case | SYN-AT 000255034 - 120 |

| 141 | 1/24/2006 | Antitrust Case | SYN-AT 000255121 - 82 |
| 142 | 1/24/2006 | Antitrust Case | SYN-AT 000255183 - 237 |
| 143 | 1/24/2006 | Antitrust Case | SYN-AT 000642835 - 73 |
| 144 | 1/24/2006 | Antitrust Case | SYN-AT 000642874 - 96 |
| 145 | 1/24/2006 | Antitrust Case | SYN-AT 000645117 - 215 |
| 146 | 1/24/2006 | Antitrust Case | SYN-AT 001319576 - 97 |
| 147 | 1/24/2006 | Antitrust Case | SYN-AT 001385739 - 40 |

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 25, 2006.

John J. Rosenthal, Esq.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 1, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on February 1, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>rschwed@shearman.com | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC 20001-4413<br>michael.flibbert@finnegan.com<br>don.burley@finnegan.com<br>howard.levine@finnegan.com |

　　　　　　　　　　　　　　　　　　*/s/ David E. Moore*
　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

700765