IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-305 SLR<br>)  (Lead Case)<br>)<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>) |
| DEKALB GENETICS CORPORATION,<br><br>      PLAINTIFF,<br>V.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., ET AL.<br><br>      DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
ANSWERING BRIEF IN OPPOSITION TO
SYNGENTA'S MOTION FOR SUMMARY JUDGMENT OF
<u>NON-INFRINGEMENT OF THE LUNDQUIST PATENTS</u>**

VOLUME 1 OF 2  (Exhibits 1-29)

| | |
|---|---|
| OF COUNSEL:<br><br>Susan K. Knoll<br>Thomas A. Miller<br>Melinda Patterson<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br>(713) 787-1400<br><br>Dated:  January 26, 2006<br>Public Version Dated:  February 1, 2006 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys For Monsanto Company,<br>Monsanto Technology LLC, and<br>DEKALB Genetics Corporation* |

## TABLE OF CONTENTS

| Description | Exhibit |
|---|---|
| Monsanto/Golden Harvest RoundUp Ready® License and Seed Services Agreement | 1 |
| Monsanto/Garst RoundUp Ready® License and Seed Services Agreement | 2 |
| Edward Resler 30(b)(6) Deposition Exhibit 23 | 3 |
| Edward Resler 30(b)(6) Deposition Exhibit 24 | 4 |
| Excerpts from Edward Resler 30(b)(6) Deposition Taken on September 1, 2005 | 5 |
| Rob Wilde 30(b)(6) Deposition Exhibit 57 | 6 |
| Excerpts from Rob Wilde 30(b)(6) Deposition Taken on October 7, 2005 | 7 |
| Jeffrey Stein Deposition Exhibit 4 | 8 |
| Excerpts from Jeffrey Stein Deposition Taken on September 28, 2005 | 9 |
| Syngenta Media Release Dated May 12, 2004 | 10 |
| Syngenta Media Release Dated June 25, 2004 | 11 |
| Klevorn Deposition Exhibit 21 | 12 |
| Alan F. Hawkins Deposition Exhibit 10 | 13 |
| Excerpts from Alan F. Hawkins Deposition Taken October 13, 2005 | 14 |
| Parker 30(b)(6) Deposition Exhibit 6 | 15 |
| Excerpt from the Deposition of Erik Martin Dunder | 16 |
| Cross License and Settlement Agreement | 17 |
| Koziel et al., "Field Performance of Elite Transgenic Maize Plants Expressing an Insecticidal Protein Derived from *Bacillus Thuringiensis*," Bio/Technology Vol. 11 194 (1993) | 18 |
| U.S. Patent 5,484,956 | 19 |

| | |
|---|---|
| Special Master Report Regarding Pioneer's Motion for Summary Judgment That U.S. Patent No. 5,484,956 Is Not Infringed | 20 |
| Syngenta's Second Supplemental Response to Dekalb's Second Set of Interrogatory Nos. 6 and 10 | 21 |
| Rebuttal Rule 26(a)(2) Expert Report of Eric Ward, Ph.D. | 22 |
| H.R. 6286, 98th Congress (2d Session 1984) | 23 |
| S. 1535, 98th Congress (1st Session 1983) | 24 |
| S. 1841, 98th Congress (1st Session 1983) | 25 |
| Patent Law Improvements Act: Hearing Before the Subcommittee on Patents, Copyrights and Trademarks of the Comm. on the Judiciary, 98th Congress (1984) | 26 |
| Patent Equity Act, H. Rpt. 99-807, 99th Congress (2nd Session 1986) | 27 |
| Process Patent Amendments Act of 1987, H. Rpt. 100-60, 100th Congress (1st Session 1987) | 28 |
| Special Master Report Regarding Motions for Summary Judgment As to Mycogen's Liability Under 25 U.S.C. § 271(g) | 29 |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 1, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on February 1, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
　　Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

／s／ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com