# EXHIBIT 30

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**