# EXHIBIT 3

**Page 2033**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

1
2
3  PLANT GENETIC SYSTEMS      ) Civil Action No.
        Plaintiff             )
4                             ) 3:96cv2015(DJS)
   VS                         )
5                             ) DATE: July 26, 2000
   DEKALB GENETICS CORP.      )
6        Defendant    )
                        Federal Building
7                       Hartford, Connecticut
8
9       BEFORE THE HONORABLE DOMINIC J. SQUATRITO, U.S.D.J.
10
11  APPEARANCES:
12  Eric H. Weisblatt, Esq.
    Regis Slutter, Esq.
13  Craig Raabe, Esq.
    Jon Redway, Esq.
14  R. Danny Huntington
    George R. Hovanec, Jr., Esq.
15  Representing the Plaintiff
16  John F. Lynch, Esq.
    Thomas A. Miller, Esq.
17  Daniel Shvodian, Esq.
    Hemant Kewalramani, Esq.
18  Donald L. Traut, Esq.
    John C. Yavis, Jr., Esq.
19  Representing the Defendant
20
21
22
23       Wendy J. Allen, RPR
          450 Main Street
24       Hartford, CT  06103
          (413) 427-9915
25

**Page 2034**

1       THE COURT:  I think the way we'll proceed today is
2   we'll start with the plaintiff, and we may or may not take a
3   short break after that, and then we'll go with the defendant.
4       I've received something from the defendant, and have
5   received a group of papers also from the plaintiff. May I
6   have another copy of what the plaintiff handed out, if you
7   have them there?
8       From the plaintiff I have A Protoplast Is a Plant
9   Cell Without a Cell Wall, plaintiff's list of core exhibits,
10  and then another document that says If Claim Is Valid,
11  DEKALB's Accused Products Infringe. Anything else?
12      MR. WEISBLATT:  Yes, Your Honor.
13      THE COURT:  And the only thing I have from DEKALB is
14  this booklet that I'm showing you, which says DEKALB Closing
15  Argument. All right.
16      Now, if you want, sir, just go through this slowly
17  with me, Mr. Weisblatt, and anything you want to show me, show
18  me. Take your time. If you need a little more time, that's
19  okay, too. I see this as leading me into whatever written
20  arguments you're going to give me at a later date, and this is
21  my last chance to sort of ask you questions where I may not
22  understand what you're trying to tell me.  Okay.
23      MR. WEISBLATT:  Yes, Your Honor.
24      In this litigation DEKALB attacks the validity of an
25  issued United States patent. The law creates a burden for

**Page 2035**

1   DEKALB to persuade you by clear and convincing evidence of
2   every element of its invalidity defense. Because of the way
3   the law has assigned that burden, much of the record in this
4   case revolved around the sole defense put forward by DEKALB.
5   We believe that that sole defense is legally flawed, factually
6   unsupported, and in no way, when the record is considered as a
7   whole, did DEKALB meet its burden of proving its sole defense
8   by clear and convincing evidence.
9       But because of that burden --
10      THE COURT:  What's its sole defense?
11      MR. WEISBLATT:  The sole defense in this case is
12  that every infringing species must be enabled at the time the
13  application was filed.
14      THE COURT:  Every infringing species.
15      MR. WEISBLATT:  In fact, the record is replete with
16  evidence put forth by DEKALB that every infringing species
17  must be the subject of a working example, so that one of
18  ordinary skill merely has to read the patent and nothing else
19  in order to make and use the infringing species.
20      Now, because that is the sole defense and because it
21  was their burden, much of the record focused on that defense,
22  but now is the time to step back, I think, and remember what
23  this case is about, and what is the invention that led to the
24  issuance of the patent in suit.
25      There seems to be little dispute that the co-workers

**Page 2036**

1   at PGS and BIOGEN have come up with a pioneering invention.
2   They discovered a gene that when inserted into a plant cell
3   protected the plant from what have come to be called
4   glufosinate-based herbicides. That is, on a cellular level,
5   every plant cell, nearly every plant cell, I've now been
6   educated, undertakes glutamine synthetase.
7       We talked about that at some length. A
8   glufosinate-based herbicide interferes with glutamine
9   synthase. The plant cell continues its normal biological
10  process with one important exception. The ammonia that it
11  makes naturally begins to build up because the glutamine
12  synthase has been interrupted, and that's the only way the
13  plant cell can get rid of ammonia.
14      What the inventors discovered, what they added to
15  the body of knowledge for which the constitution says they are
16  entitled to a reward for a patent, was the discovery that you
17  could put a gene in a plant, in a plant cell, spray or
18  inoculate or contact that plant or plant cell with the
19  glufosinate herbicide, and it wouldn't die. Importantly, it's
20  cellular based. That is, every plant cell that has glutamine
21  synthase will die if it's hit with glufosinate-based herbicide
22  like LIBERTY.
23      So that means the invention is applicable to every
24  plant cell that you can successfully put it into. It's not
25  limited by the way the herbicide works, because the herbicide

1  Claim 8 was limited to dicots, and they said but monocots were
2  equivalent to dicots.  That would be the only way you'd get to
3  a doctrine of equivalents analysis.
4      You see, you don't get to doctrine of equivalents
5  until you say, well, what I have here is a claim, and
6  something that falls a little bit outside the claim, but it's
7  really the same as what's in the claim.  So in other words,
8  before you even invoke the doctrine of equivalents, you have
9  to come to a conclusion that the claim slightly misses,
10  slightly misses what you're trying to say infringes.
11      But this is where the PGS story is totally
12  inconsistent.  They come right out of the blocks and say hey,
13  corn is susceptible to infection, so Claim 8 is literally
14  infringed.  And they say under Claim 1, that covers
15  everything.
16      You see, there is no doctrine of equivalents
17  analysis.  If you have to construe the claim the same way for
18  validity as infringement, then you never get -- this whole
19  doctrine of equivalents analysis is a diversion.  It doesn't
20  exist.
21      The inquiry in this case is a simple one.  Leemans
22  and Botterman filed an application.  At the time that they
23  filed it, what did they enable?  What could a person of
24  ordinary skill in the art do based on what they put down in
25  their patent?

1  transform, or reasonably tell people how to transform.  And
2  that's the issue.
3      So all the bar gene business that we're talking
4  about is saved for the other claims, when they can claim that
5  the bar gene is so wonderful.  That is what we're dealing with
6  in another lawsuit.  This lawsuit is a lawsuit about plants,
7  and it's a lawsuit about cells.
8      And in the context of what we've seen here, there is
9  no way that on the day this was filed, or on the day we've
10  selected, March 11, 1987, that on that day a person of
11  ordinary skill in the art could by picking this up and using
12  his ordinary skill make a transformed fertile transgenic corn
13  plant, or even make corn cells that were regenerable.
14      The issue, Your Honor, as I said many times, and I
15  told Your Honor that the issues in this case are issues that
16  circulate around enablement.  Recognizing that written
17  description is a subset of enablement, there is a bedrock
18  legal principle everybody agrees with, a patent must enable
19  the full scope of the invention as of the filing date.  March
20  11, 1987.  There's a complimentary principle that the patent's
21  description must allow persons of ordinary skill to recognize
22  that the inventors invented what they claimed to have
23  invented.
24      In both instances I think the evidence is clear and
25  convincing that the patent is invalid.  Could one of ordinary

1      Number 2, would a person of ordinary skill in the
2  art reading the patent come away with the notion that they had
3  invented a way of transforming monocots?
4      Now, let's get to this issue, this isn't a patent
5  about monocots, this isn't a patent about plants, this isn't a
6  patent about transformation.  That is not true.  In the
7  original patent application filed, there are claims to the bar
8  gene, to a DNA fragment for subsequent transformation of
9  cells, coding for a polypeptide having LIBERTY resistance, if
10  you will, phosphinothricin acetyl transferase activity,
11  etcetera.
12      So they tried to get claims, and Lord knows, they're
13  probably still trying today in the patent office to get claims
14  to the bar gene.  If they had a claim to the bar gene, this
15  lawsuit would not be going forward, but there's a problem with
16  that, and we don't have to go into it.
17      They don't have a claim to the bar gene here.  What
18  they have a claim here to is to transforming cells with the
19  bar gene and transforming plants with the bar gene.  And they
20  can't get a claim to cells they were not able or didn't
21  reasonably teach people to transform, and they can't get a
22  claim to plants that they couldn't transform and reasonably
23  teach people to transform.
24      Now, I should say, I said "and", I meant "or".  They
25  can't get a claim to cells or plants that they couldn't

1  skill have taken a copy of the '236 specification on March 11,
2  1987, and with her or his background transformed a
3  Graminaceous plant?  Here's the answer.  The answer is no, and
4  the inventors told you that.
5      THE COURT:  But they did to potatoes, tobacco and
6  tomato, right?
7      MR. LYNCH:  That's true, Your Honor, they do to
8  tomatoes, tobacco and potato.  And at that time there was
9  known in the art, and everyone has acknowledged, a problem in
10  how are we going to transform the Graminaceous crops.
11      So here's a problem lying on the doorstep.  So that
12  means that anybody at that point in time could take any gene
13  they wanted, if you use their logic, and preempt every
14  valuable gene that was known in the Graminaceous crops.  Why?
15  Because they did potato, tomato and tobacco?
16      That is the kind of overreaching that the written
17  description requirement was trying to prevent.  And if the
18  bargain on a patent is we will give you a 17 or 20 year from
19  filing date monopoly if you tell us how to do something, what
20  they're doing here is trying to enforce a monopoly against
21  corn.
22      But we had Jan Leemans saying pre Goldman he
23  couldn't do it, using the methods disclosed in the '236
24  patent.  And I'm referring the Court to Defendant's Trial
25  Exhibit 430.  As of March 11, 1986, he couldn't do it based on

# EXHIBIT 4

US006107546A

# United States Patent [19]

## De Greve et al.

[11] Patent Number: 6,107,546

[45] Date of Patent: Aug. 22, 2000

[54] **TRANSFORMATION VECTORS ALLOWING EXPRESSION OF TRUNCATED BT2 ENDOTOXINS IN PLANTS**

[75] Inventors: **Henri Marcel Jozef De Greve**, Brussels, Belgium; **Maria Benita Leonor Fernandez Salgado**, Iguala, Mexico; **Marc Charles Ernest Van Montagu**, Brussels, Belgium; **Mark Albert Vaeck**, Zemst, Belgium; **Marcus Florent Oscar Zabeau**, Ghent, Belgium; **Jan Jozef August Leemans**, Heusden, Belgium; **Hermanus Fransiscus Paulus Hofte**, Ghent, Belgium

[73] Assignee: **Aventis CropScience N.V.**, Ghent, Belgium

[21] Appl. No.: 08/462,875

[22] Filed: **Jun. 5, 1995**

### Related U.S. Application Data

[62] Division of application No. 08/446,486, May 22, 1995, Pat. No. 5,545,565, which is a continuation of application No. 08/133,965, Oct. 8, 1993, abandoned, which is a division of application No. 08/014,148, Feb. 5, 1993, Pat. No. 5,317,096, which is a division of application No. 07/555,828, Jul. 23, 1990, Pat. No. 5,254,799, which is a continuation of application No. 06/821,582, Jan. 22, 1986, abandoned, which is a continuation-in-part of application No. 06/692,759, Jan. 18, 1985, abandoned.

[51] Int. Cl.[7] ......................... C12N 5/14; C12N 15/82
[52] U.S. Cl. .............................. 800/279; 435/468
[58] Field of Search ................... 435/172.3, 240.7, 435/69.1, 468, 320.1; 47/58; 800/205, 278, 279, 298, 302; 536/23.71

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,010,001 | 4/1991 | Pollock | 435/69.1 |
| 5,110,905 | 5/1992 | Witt et al | 530/350 |
| 5,578,702 | 11/1996 | Adang | 530/350 |
| 5,710,020 | 1/1998 | Adang | 435/69.1 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 093 062 | 11/1983 | European Pat. Off. | |
| 0 122 791 | 10/1984 | European Pat. Off. | |
| 0 130 047 | 1/1985 | European Pat. Off. | |
| 0 153 166 | 8/1985 | European Pat. Off. | |
| 0 145 338 | 6/1986 | European Pat. Off. | |
| 0 186 379 | 7/1986 | European Pat. Off. | |
| 0 193 259 | 9/1986 | European Pat. Off. | |
| 206613 | 12/1986 | European Pat. Off. | |
| 0 359 472 | 3/1990 | European Pat. Off. | |
| 451878 | 10/1991 | European Pat. Off. | |
| 185005 | 1/1992 | European Pat. Off. | |
| 0142924 | 5/1995 | European Pat. Off. | C12N 15/00 |
| 83/01176 | 4/1983 | WIPO | |
| 84/02913 | 8/1984 | WIPO | |
| 84/02919 | 8/1984 | WIPO | |
| 84/02920 | 8/1984 | WIPO | |
| 86/01536 | 3/1986 | WIPO | |

### OTHER PUBLICATIONS

Stam M, et al. "The silence of genes in transgenic plants." Ann. Bot. 79: 3–12, 1997.

Koziel MG, et al "Optimizing expression of transgenes with an emphasis on post–transcriptional events." Plant Mol. Biol. 32: 393–405, 1996.

Smith CJS, et al. "Antisense RNA inhibition of polygalacturonase gene expression in transgenic tomatoes." Nature 334: 724–726, Aug. 25, 1988.

*Applied and Environmental Micobiology*, H. Wabiko, et al., Mar. 1985, pp. 706–708, Only Part of the Protoxin Gene of *Bacillus thuringiensis* subsp. *berliner* 1715 is Necessary for Insecticidal Activity.

*Nature*, "Transgenic Plants Protected from Insect Attack", vol. 328, Jul. 2, 1987.

*Plant Physiol*, "*Bacillus thuringiensis* δ–Endotoxins Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects", (1987) 85, pp. 1103–1109.

*Science*, "Gene Transfer in Crop Improvements", vol. 236, pp. 48–54 Apr. 3, 1987.

*The EMBO Journal*, "Protein Fusions with the Kanamycin Resistance Gene from Transposon Tn5", vol. 3, No. 13, pp. 3317–3322, 1984.

*Gene*, "Characterized Full–Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringienus* subsp. *kurstaki* HD–73 and Their Toxicity to *Manduca sexta*", 36 (1985) 289–300.

*The EMBO Journal*, "An Agrobacterium–Transformed Cell Culture from the Monocot *Asparagus Officinalis*", vol. 3, No. 13, pp. 3039–3041, 1984.

*Bio/Technology*, "Field Performance of Transgenic Tomato Plants Expressing the *Bacillus thuringiensis* Var. *Kurstaki* Insect Control Protein", vol. 7, pp. 1265–1268, 1989.

Abstract of First International Congress, Plant Molecular Biology, Savannah, GA Oct. 1985.

*Microbiological Reviews*, "Insecticidal Crystal Proteins of *Bacillus thuringiensis*", pp. 242–255, Jun. 1989.

*The Journal of Bacteriology*, Structural Similarity Between the Lepidoptera– and Diptera–Specific Insecticidal Endotoxin Genes of *Bacillus thuringiensis* subsp. "*kurstaki*" and "*israelensis*", vol. 166, No. 3, pp. 801–811, Jun. 1986.

*Biotechnology*, "Insect Tolerant Transgenic Tomato Plants", vol. 5, pp. 807–813, 1987.

(List continued on next page.)

Primary Examiner—Amy J. Nelson
Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis, L.L.P.

[57] **ABSTRACT**

Novel transformation vectors containing novel chimeric genes allow the introduction of exogenous DNA fragments coding for truncated *Bacillus thuringiensis* Bt2 polypeptide toxins and expression of the chimeric gene in plant cells and their progeny after integration into the plant cell genome. Transformed plant cells and their progeny exhibit stably inherited polypeptide toxin expression useful for protecting said plant cells and their progeny against Lepidopteron insect pests and in controlling said insect pests.

**12 Claims, 53 Drawing Sheets**

6,107,546

61

## TABLE 17

Percentage mortality and mean weight of Manduca sexta larvae after a certain period of feeding on tobacco leaves from plants transformed with pGS1151. Complete results from the 2 independent Experiments I and II (Tables 15 and 16) are compiled. Kanamycin resistance levels of the plants expressing the Bt:NPT2 fusion protein are also given (ug/ml Km on which good callus growth still occurs).

| Plant No. | Km$^R$ (ug/ ml Km) | % Mortality Exp. I (after 168 h) | Exp. II (after 118 h) (or 120 h*) | Mean Weight Surviving Larvae (mg/larva) Exp. I (after 168 h) |
|---|---|---|---|---|
| N21-3 | 200 | 15 | N.T. | 34.0 |
| 5 | 200 | 30 | N.T. | 52.4 |
| 11 | 500 | 100 | 100 | — |
| 12 | 500 | 40 | N.T. | 16.6 |
| 16 | 200 | 45 | N.T. | 25.3 |
| 17 | 500 | 75 | N.T. | 13.4 |
| 18 | 500 | 85 | 95 | 9.0 |
| 23 | 500 | 90 | 100* | 12.5 |
| 29 | 200 | 55 | N.T. | 21.9 |
| 32 | 200 | 50 | N.T. | 27.4 |
| 33 | 500 | 40 | N.T. | 27.7 |
| 35 | 500 | 85 | 90 | 18.7 |
| 40 | 200 | 20 | N.T. | 28.6 |
| 41 | 200 | 15 | N.T. | 29.1 |
| 42 | 500 | 55 | N.T. | 18.7 |
| 43 | 500 | 75 | 90 | 15.5 |
| 45 | 200 | 30 | N.T. | 13.7 |
| 50 | 500 | 75 | 100 | 10.7 |
| 53 | 500 | 90 | 100* | 12.5 |
| 56 | 200 | 20 | 75 | 22.4 |
| Controls: | | | | |
| N21-102 | — | N.T. | 0* | N.T. |
| 104 | — | N.T. | 0* | N.T. |
| 107 | — | 15 | 5* | 44.1 |

N.T. = Not Tested

## TABLE 18

Frequency of Nopaline Positive Plants in the F$_1$ Generation Derived from Transformed Tobacco Plants

| Plant No of Parental Plant | Age of the Seedlings Tested (wks) | Total Number of Plants Tested | Nopaline Positive | % Nopaline Positives |
|---|---|---|---|---|
| 147-8 | 3 | 74 | 56 | 76% |
| | 7 | 13 | 11 | 85% |
| 10-1 | 3 | 25 | 20 | 80% |
| | 7 | 9 | 7 | 78% |
| 163-9 | 3 | 66 | 18(*) | 27% |
| | 7 | 107 | 81 | 76% |
| 174 | 6 | 45 | 43 | 95% |

(*)Nopaline Signal Very Weak

What is claimed is:

1. A method for protecting a plant cell from Lepidopteran insects, comprising producing in said plant cell an insecticidal amount of a truncated protein comprising an at least 60 kD fragment of the protein of FIG. 13, wherein said truncated protein is toxic to Lepidopteran insects.

2. The method according to claim 1, wherein said cell is in a plant.

62

3. The method according to claim 1, wherein said cell comprises a DNA molecule which comprises a promoter region operably linked to a DNA encoding said truncated protein.

4. The method according to claim 3, wherein said promoter region is an inducible promoter region, a tissue-specific promoter region, a nopaline synthase promoter region, a promoter region of a ribulose bisphosphate carboxylase small subunit gene, a promoter region of a TR-DNA gene, or a Cauliflower Mosaic Virus 35S promoter region.

5. A method for protecting a plant from Lepidopteran insects, comprising growing a plant in a field, wherein said plant produces an insecticidal amount of a truncated protein comprising an at least 60 kD fragment of the protein of FIG. 13 in cells of said plant, wherein said truncated protein is toxic to Lepidopteran insects.

6. The method according to claim 5, wherein said cells comprise a DNA molecule which comprises a promoter region operably linked to a DNA encoding said truncated protein.

7. The method according to claim 6, wherein said promoter region is an inducible promoter region, a tissue-specific promoter region, a nopaline synthase promoter region, a promoter region of a ribulose bisphosphate carboxylase small subunit gene, a promoter region of a TR-DNA gene, or a Cauliflower Mosaic Virus 35S promoter region.

8. A method for producing an insecticidal amount of a truncated Bacillus thuringiensis toxin in a plant cell, comprising stably inserting into a plant cell a DNA molecule which comprises a promoter region operably linked to a DNA encoding said toxin, wherein said toxin comprises an at least 60 kD fragment of the protein of FIG. 13.

9. The method according to claim 8, wherein said promoter region is an inducible promoter region, a tissue-specific promoter region, a nopaline synthase promoter region, a promoter region of a ribulose bisphosphate carboxylase small subunit gene, a promoter region of a TR-DNA gene, or a Cauliflower Mosaic Virus 35S promoter region.

10. The method according to claim 8 further comprising regenerating a plant from said plant cell.

11. A method for producing a plant that is protected from Lepidopteran insects, comprising

stably inserting into a plant cell a DNA molecule which comprises a promoter region operably linked to a DNA encoding a truncated Bacillus thuringiensis toxin, wherein said toxin comprises an at least 60 kD fragment of the protein of FIG. 13, and

regenerating a plant from said plant cell.

12. The method according to claim 11, wherein said promoter region is an inducible promoter region, a tissue-specific promoter region, a nopaline synthase promoter region, a promoter region of a ribulose bisphosphate carboxylase small subunit gene, a promoter region of a TR-DNA gene, or a Cauliflower Mosaic Virus 35S promoter region.

*  *  *  *  *

# EXHIBIT 5

Case 1:04-cv-00305-SLR    Document 261    Filed 03/04/2008    Page 8 of 10

US005767372A

# United States Patent [19]

## De Greve et al.

[11] Patent Number: 5,767,372

[45] Date of Patent: *Jun. 16, 1998

[54] TRANSFORMATION VECTORS ALLOWING EXPRESSION OF FOREIGN POLYPEPTIDE ENDOTOXINS FROM *BACILLUS THURINGIENSIS* IN PLANTS

[75] Inventors: **Henri Marcel Jozef De Greve.** Brussels, Belgium; **Maria Benita Leonor Fernandez Salgado**, Iguala, Mexico; **Marc Charles Ernest Van Montagu**, Brussels, Belgium; **Mark Albert Vaeck**, Zemst, Belgium; **Marcus Florent Oscar Zabeau**, Gent, Belgium; **Jan Jozef August Leemans**, Heusden, Belgium; **Hermanus Fransiscus Paulus Hofte**, Gent, Belgium

[73] Assignee: **Plant Genetic Systems, N.V.**, Gent, Belgium

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,545,565 and 5,254,799.

[21] Appl. No.: 463,308

[22] Filed: Jun. 5, 1995

### Related U.S. Application Data

[62] Division of Ser. No. 446,486, May 22, 1995, Pat. No. 5,545,565, which is a continuation of Ser. No. 133,965, Oct. 8, 1993, abandoned, which is a division of Ser. No. 14,148, Feb. 5, 1993, Pat. No. 5,317,096, which is a division of Ser. No. 555,828, Jul. 23, 1990, Pat. No. 5,254,799, which is a continuation of Ser. No. 821,582, Jan. 22, 1986, abandoned, which is a continuation-in-part of Ser. No. 692,759, Jan. 18, 1985, abandoned.

[51] Int. Cl.[6] ............................ A01H 4/00; C12N 5/14; C12N 15/32

[52] U.S. Cl. ............... 800/205; 536/23.71; 435/320.1; 435/419

[58] Field of Search ................. 435/320.1, 419; 536/23.71; 800/205

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,010,001 | 4/1991 | Pollock | 435/69.1 |
| 5,110,905 | 5/1992 | Witt et al. | 530/350 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 093 062 | 11/1983 | European Pat. Off. | |
| 0 122 791 | 10/1984 | European Pat. Off. | |
| 0 130 047 | 1/1985 | European Pat. Off. | |
| 0142924 | 5/1985 | European Pat. Off. | C12N 15/00 |
| 0 153 166 | 8/1985 | European Pat. Off. | |
| 0 145 338 | 6/1986 | European Pat. Off. | |
| 0 186 379 | 7/1986 | European Pat. Off. | |
| 0 193 259 | 9/1986 | European Pat. Off. | |
| 0 359 472 | 3/1990 | European Pat. Off. | |
| 185005 | 1/1992 | European Pat. Off. | |
| 83/01176 | 4/1983 | WIPO | |
| 84/02913 | 8/1984 | WIPO | |
| 84/02919 | 8/1984 | WIPO | |
| 84/02920 | 8/1984 | WIPO | |
| 86/01536 | 3/1986 | WIPO | |

### OTHER PUBLICATIONS

Hofte et al. (Jun. 1989) Microbiological Reviews 53: 242–255.

Barnes (Oct. 1985) Abstracts of the 1st International Congress on Plant Molecular Biology; Savannah, GA, USA, Abstract No. OR–21–10.

*Nature*, "Transgenic Plants Protected from Insect Attack", vol. 328, Jul. 2, 1987.

*Plant Physiol.*, "*Bacillus thuringiensis* δ-Endotoxins Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects". (1987) 85, pp. 1103–1109.

*Science*, "Gene Transfer in Crop Improvements", vol. 236, pp. 48–54 Apr. 3, 1987.

*The EMBO Journal*, "Protein Fusions with the Kanamycin Resistance Gene from Transposon Tn5", vol. 3, No. 13, pp. 3317–3322, 1984.

*Gene*, "Characterized Full–Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringienus* subsp. kurstaki HD–73 and Their Toxicity to Manduca sexta", 36 (1985) 289–300.

*The EMBO Journal*, "An Agrobacterium–Transformed Cell Culture from the Monocot Asparagus Officinalis", vol. 3, No. 13, pp. 3039–3041, 1984.

*Bio/Technology*, "Field Performance of Transgenic Tomato Plants Expressing the *Bacillus thuringiensis* Var. Kurstaki Insect Control Protein", vol. 7, pp. 1265–1268, 1989.

Abstract of First International Congress, Plant Molecular Biology, Savannah, GA Oct. 1985.

*Microbiological Reviews*, "Insecticidal Crystal Proteins of *Bacillus thuringiensis*", pp. 242–255, Jun. 1989.

*The Journal of Biological Chemistry*, "Delineation of a Toxin–Encoding Segment of a *Bacillus thuringiensis* Crystal Protein Gene", vol. 260, No. 10, pp. 6273–6280.

*The Journal of Bacteriology*, "Structural Similarity Between the Lepidoptera–and Diptera–Specific Insecticidal Endotoxin Genes of *Bacillus thuringiensis* subsp. kurstaki and israelensis", vol. 166, No. 3, pp. 801–811, Jun. 1986.

*Biotechnology*, "Insect Tolerant Transgenic Tomato Plants", vol. 5, pp. 807–813, 1987.

*Proc. Natl. Acad. Sci.*, "Expression of Bacterial Genes in Plant Cells", vol. 80, pp. 4803–4807, Aug. 1983.

*The EMBO Journal*, "Chloroplast Transformation by Agrobacterium Tumefaciens", vol. 4, No. 6, pp. 1367–1372, 1985.

(List continued on next page.)

*Primary Examiner*—Che S. Chereskin
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, LLP

[57] **ABSTRACT**

Novel transformation vectors containing novel chimeric genes allow the introduction of exogenous DNA fragments coding for polypeptide toxins produced by *Bacillus thuringiensis* or having substantial sequence homology to a gene coding for a polypeptide toxin as described herein and expression of the chimeric gene in plant cells and their progeny after integration into the plant cell genome. Transformed plant cells and their progeny exhibit stably inherited polypeptide toxin expression useful for protecting said plant cells and their progeny against certain insect pests and in controlling said insect pests.

**19 Claims, 53 Drawing Sheets**

5,767,372

113                                    114

-continued

( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 12 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..12
        ( D ) OTHER INFORMATION: /note= "stop coding region of snu
            301 gene, including stop codon"

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO: 43:

TTCTAAGTTA  TA                                                    1 2

( 2 ) INFORMATION FOR SEQ ID NO: 44:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 14 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: double
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i x ) FEATURE:
                ( A ) NAME/KEY: misc_feature
                ( B ) LOCATION: 1..14
                ( D ) OTHER INFORMATION: /note= "stop coding region of snu
                    301 gene, modified to create a BglII site"

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO: 44:

TTCTAAGATC  TATA                                                  1 4

We claim:

1. A chimeric gene, comprising:

a) a first DNA encoding an about 60–80 kD insecticidal protein fragment of a Bacillus thuringiensis insecticidal crystal protein; and

b) a promoter region and a 3' non-translated region comprising a polyadenylation signal, said promoter and 3' non-translated regions allowing the DNA to be expressed in a plant cell.

2. The chimeric gene of claim 1, wherein the crystal protein has a toxicity to Lepidopteran insects.

3. The chimeric gene of claim 1, wherein the insecticidal protein fragment is of a crystal protein of Bacillus thuringiensis berliner 1715, of Bacillus thuringiensis kurstaki or of Bacillus thuringiensis sotto.

4. The chimeric gene of claim 1, wherein the insecticidal protein fragment is of the Bt2 crystal protein with the amino acid sequence of SEQ ID No.1.

5. The chimeric gene of claim 1, wherein the promoter region is a tissue-specific or inducible promoter region, or is a promoter region of a nopaline synthase gene, a ribulose bisphosphate carboxylase small subunit gene, a TR-DNA gene, or a Cauliflower Mosaic Virus 35S gene.

6. The chimeric gene of claim 1, wherein the 3' non-translated region is from an octopine synthase gene, a T-DNA gene 7, a nopaline synthase gene or a ribulose bisphosphate carboxylase small subunit gene.

7. The chimeric gene of claim 1, which further comprises a second DNA encoding an enzyme capable of being expressed in a plant cell and the expression of which can be identified in the cell; the second DNA fragment being fused to the first DNA fragment so that the first and second DNAs encode a fusion polypeptide.

8. The chimeric gene of claim 7, wherein the second DNA encodes a selectable or scorable marker.

9. The chimeric gene of claim 8, wherein the second DNA encodes a neomycin phosphotransferase.

10. The chimeric gene of claim 1, which further comprises a second DNA encoding a transit peptide upstream of said first DNA encoding said insecticidal protein fragment so that a transit peptide-insecticidal protein fragment fusion protein is encoded by said chimeric gene.

11. The chimeric gene of claim 1, wherein said DNA encodes an about 60 kD insecticidal protein fragment that has been truncated near a trypsin cleavage site of the insecticidal crystal protein.

12. The chimeric gene of claim 1, wherein said coding region encodes an about 60 kD protein fragment of the Bt2 protein of SEQ ID No. 1 that has been truncated near a trypsin cleavage site of the protein.

13. A plant comprising the chimeric gene of claim 1, stably inserted into the genome of the plant.

14. A chimeric gene comprising:

(1) a coding region comprising a DNA encoding an about 60 kD active toxin of the Bt2 insecticidal crystal protein of SEQ ID No. 1,

(2) a promoter region and a 3' non-translated region comprising a polyadenylation signal, wherein said coding region is under control of said promoter region, and wherein expression of said coding region in cells of a plant renders said plant cells insecticidal.

5,767,372

115

**15.** The chimeric gene of claim **14,** wherein said coding region encodes a fusion protein of an insecticidal fragment of about 60 to about 80 kD of the Bt2 protein of SEQ ID No. 1 and a selectable marker protein.

**16.** The chimeric gene of claim **14,** wherein said coding region encodes a fusion protein of an insecticidal fragment of about 60 to about 80 kD of the Bt2 protein of SEQ ID No. 1 and a transit peptide.

116

**17.** The chimeric gene of claim **14** including a translation initiation site comprising the sequence ATGGATCCC wherein the codon ATG in this sequence is the start codon.

**18.** A plant cell comprising an about 60–80 kD toxic fragment of the BT2 protein of SEQ ID No. 1.

**19.** The plant cell of claim **18** wherein said toxic fragment is a trypsin digestion fragment.

\* \* \* \* \*