# EXHIBIT 6

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 11

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 12

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT 13

Arch Microbiol (1984) 137:121—123

Archives of
# Microbiology
© Springer-Verlag 1984



# Insensitivity of 5-enolpyruvylshikimic acid-3-phosphate synthase to glyphosate confers resistance to this herbicide in a strain of *Aerobacter aerogenes*

STEPHEN R. PADGETTE

A. Schulz, D. Sost, and N. Amrhein

Lehrstuhl für Pflanzenphysiologie, Ruhr-Universität Bochum, D-4630 Bochum, Federal Republic of Germany

**Abstract.** The broadspectrum herbicide glyphosate (N-[phosphonomethyl]glycine), an inhibitor of the shikimate pathway enzyme 5-enolpyruvyl-shikimic acid-3-phosphate (EPSP)-synthase, inhibits the growth of *Aerobacter aerogenes* and causes the excretion of shikimic acid-3-phosphate. A strain of *A. aerogenes*, resistant to inhibition of growth by glyphosate, was isolated and found to have a glyphosate-insensitive EPSP-synthase and to no longer excrete shikimic acid-3-phosphate in the presence of glyphosate. Partial identity of EPSP-synthases from the glyphosate-sensitive and -resistant *A. aerogenes* strains was demonstrated by immunological procedures.

**Key words:** *Aerobacter aerogenes* — Glyphosate — 5-Enolpyruvyl-shikimic acid-3-phosphate synthase — Resistance

Our previous work has shown (Steinrücken and Amrhein 1980; Amrhein et al. 1980, 1981, 1982; Holländer-Czytko and Amrhein 1983), that the broadspectrum, non-selective herbicide glyphosate (N-[phosphonomethyl]glycine) is a potent and specific competitive inhibitor of the shikimate pathway enzyme 5-enolpyruvylshikimic acid-3-phosphate (EPSP) synthase (= 3-phosphoshikimate-1-carboxylvinyltransferase, EC 2.5.1.19) from bacteria and higher plants. It causes accumulation (in plants) or excretion (in bacteria) of large amounts of shikimic acid and/or shikimic acid-3-phosphate, one of the substrates of EPSP-synthase. The enzyme from *Aerobacter aerogenes* has been purified to homogeneity and its interaction with glyphosate been studied in detail (Steinrücken 1982; Steinrücken and Amrhein in preparation). Similar work with the EPSP-synthase activity of the purified pentafunctional *arom* multienzyme complex from *Neurospora crassa* has been published (Boocock and Coggins 1983); it confirmed that the inhibition by glyphosate is competitive with respect to the EPSP-synthase substrate phosphoenolpyruvate. Our hypothesis that growth inhibition of bacteria and cultured plant cells by glyphosate is due to the inhibition of EPSP-synthase is supported by our recent finding that *A. aerogenes*, as well as cultured cells of the higher plant *Corydalis sempervirens*, which had developed glyphosate-tolerance during continuous cultivation in the presence of high concentrations of glyphosate, possessed a greatly increased EPSP-synthase activity (Amrhein et al. 1983). Likewise, Rogers et al. (1983) have recently demonstrated that glyphosate-tolerant *Escherichia coli* can be obtained by increasing the gene dosage of EPSP-synthase. We now wish to report the isolation of a glyphosate-resistant strain of *A. aerogenes*, which has a glyphosate-insensitive EPSP-synthase activity.

## Materials and methods

The source of the *Aerobacter aerogenes* (= *Klebsiella pneumonia*) strain and its cultivation have been described previously (Amrhein et al. 1983). The minimal medium was, however, supplemented with 0.25%, rather than 0.5% glucose. References to the extraction and assay of EPSP-synthase, as well as shikimic acid and its 3-phosphate, are also given by Amrhein et al. (1983). EPSP-synthase from *A. aerogenes*, strain 62-1, was purified to apparent homogeneity following the protocol of Steinrücken (1982), and antisera against the enzyme were obtained from rabbits immunized according to Weiler and Zenk (1976) and used without further purification. Double-immunodiffusion (Ouchterlony 1949) was carried out on $2.6 \times 7.6$ cm microscopic slides covered with 0.8% agarose in 20 mM Na-barbital buffer, pH 8.6, for 24 h at room temperature.

For the selection of glyphosate-resistant *A. aerogenes*, cells from the late logarithmic phase of growth ($3.7 \times 10^9$ cells $ml^{-1}$) were diluted $1:10^6$ with minimal medium, and 0.1 ml of the diluted cell suspension was plated on 1.5% Difco Bacto agar in Petri dishes (8.5 cm diameter) containing minimal medium, 0.25% glucose, and 5 mM glyphosate, pH 6.0. Glyphosate was omitted from control plates. The plates were incubated for 20 h at 36°C.

## Results and discussion

Wild type *Aerobacter aerogenes*, in the absence of glyphosate, grow with a generation time of 57 min. Neither shikimic acid, nor its 3-phosphate, were detectable in the medium during the stationary phase of growth (Table 1). In the presence of 5 mM glyphosate the onset of exponential growth was delayed and the generation time increased to 110 min. Shikimic acid-3-phosphate and, to lesser extent, free shikimic acid were found in the medium (Table 1). No measurable growth occurred when the bacteria were transferred to medium containing 50 mM glyphosate.

*Offprint requests to:* N. Amrhein

*Abbreviation:* EPSP-synthase, 5-enolpyruvylshikimic acid-3-phosphate synthase (EC 2.5.1.19; 3-phosphoshikimate 1-carboxylvinyltransferase)

MGP 0051799

122

**Table 1.** Growth parameters of *A. aerogenes* strains, either sensitive or resistant to glyphosate, and excretion of shikimic acid (phosphate). Bacteria were inoculated at an initial density of $3.7 \times 10^7$ cells ml$^{-1}$. Shikimic acid (phosphate) concentrations in the media were termined in the early stationary phase of growth

| Addition to medium | Mean doubling time (min) | Concentration (µM) in medium | |
|---|---|---|---|
| | | Shikimic acid | Shikimic acid 3-phoshate |
| *Sensitive strain* | | | |
| None (control) | 57 | 0 | 0 |
| 5 mM Glyphosate | 110 | 122 | 779 |
| 50 mM Glyphosate | no growth within 3 days | not measured | not measured |
| *Resistant strain* | | | |
| None (control) | 61 | 0 | 0 |
| 5 mM Glyphosate | 60 | 0 | 0 |
| 50 mM Glyphosate | 60 | 0 | 0 |



ig. 1. a Effect of glyphosate on EPSP-synthase activities in crude extracts from wild type (O———O) or glyphosate-resistant (●———●) *Aerobacter aerogenes*, (100 % = 70 pkat). Glyphosate was added to the incubation mixture without pre-incubation. ±SD are given for n = 8 from two separate experiments. b Effect of antiserum against purified glyphosate-sensitive EPSP-synthase from *A. aerogenes*, strain 62-1, on EPSP-synthase activities in crude extracts from wild type (O———O) or glyphosate-resistant (●———●) *A. aerogenes*. Crude extracts (50 µl, containing 500 pkat EPSP-synthase activity) were mixed with 50 µl antiserum, suitably diluted in 0.15 M NaCl, and then incubated for 30 min at 4°C. Samples of 10 µl of this mixture were then employed in the assay of EPSP-synthase. ±SD are given for n = 8 from two separate experiments

As is evident from Fig. 1a, EPSP-synthase in crude extracts from the wild type was inhibited by glyphosate ($I_{50} \sim 60 \mu M$) in the same way as the enzyme from the previously used mutant 62-1 (Steinrücken and Amrhein 1980), in which prephenate formation from chorismate and the utilization of anthranilate are blocked (Gibson and Gibson 1964). The precipitation lines of crude wild type extract and of purified EPSP-synthase from strain 62-1 which formed in the double-diffusion assay with an antiserum raised against EPSP-synthase from strain 62-1, were connected by smooth curves (Fig. 2) indicating an apparent structural identity of the EPSP-synthases from the two strains. Furthermore, the antiserum inhibited the EPSP-synthase in crude extracts of the wild type (Fig. 1b). About 50 % inhibition were observed at a ratio of 4 µl antiserum per nkat EPSP-synthase activity. A pre-immune serum was neither reactive in the double-diffusion, nor in the EPSP-synthase assay (data not shown).



**Fig. 2.** Double-diffusion assay of EPSP-synthase preparations. The center well contained 6 µl of antiserum against purified EPSP-synthase from *A. aerogenes* strain 62-1. The peripheral wells contained *1* and *4* crude extract from glyphosate-resistant strain (170 µg protein; 130 pkat); *2* and *5* crude extract from glyphosate sensitive strain (360 µg protein; 234 pkat); *3* partially (1,000 ×) purified EPSP-synthase from *A. aerogenes*, strain 62-1 (0.66 µg; 260 pkat); *6* Blank. The enzyme solutions contained 200 mM Tris-HCl, pH 7.8, and 5 mM mercaptoethanol in 25 µl total volume

When wild type cells were diluted as outlined in Materials and methods and plated on agar, 370 colonies developed in the absence of glyphosate, while in the presence of 5 mM glyphosate only a single colony formed within the 20 h incubation period. This colony was transferred to liquid medium containing 5 mM glyphosate and was routinely subcultured into this medium. EPSP-synthase activity in crude extracts from this strain was found to be insensitive to inhibition by glyphosate at concentrations up to 50 mM (Fig. 1a). The strain grew equally well in the absence or presence of 5 or 50 mM glyphosate with doubling times nearly identical to that of the parental strain growing in the absence of glyphosate, and did not release detectable amounts of either shikimic acid-3-phosphate or the free acid into the medium (Table 1). The resistant strain retained its characteristics through more than 100 generations of growth in the absence of glyphosate (data not shown). In the double-diffusion assay, a spur developed, when either wild type extract or purified EPSP-synthase and an extract from the resistant strain were placed in neighbouring wells (Fig. 2), indicating some change in the antigenic determinants of the resistant strain's EPSP-synthase. This conclusion is supported by the finding that a ratio of a 12 µl antiserum per nkat EPSP-synthase activity was required to give 50 % inhibition of the glyphosate-insensitive enzyme (Fig. 1b).

We have shown that resistance to inhibition of growth by glyphosate in a strain of *A. aerogenes* can be related to the presence of a glyphosate-insensitive EPSP-synthase activity. The immunological data indicate that EPSP-synthases from the parental strain and from the resistant strain have similar, but not identical, antigenic determinants. Work is in progress to determine the nature of the differences between the enzymes from these two sources. Previously, we have de-

MGP 0051800

MGA0026306

onstrated that *A. aerogenes*, adapted to growth in presence f 5 mM glyphosate, possessed a greatly increased level of PSP-synthase activity, which was still subject to inhibition y glyphosate (Amrhein et al. 1983). Thus, either a reduced or ished) affinity of glyphosate for EPSP-synthase, or an pp...t overproduction of this enzyme can render *A. erogenes* insensitive to glyphosate. This is further and naequivocal proof that growth inhibition by glyphosate is a onsequence of the inhibition of EPSP-synthase. When the xperiments described here had been completed, Comai et al. 983) reported on the isolation of glyphosate-resistant utants in *Salmonella thyphimurium* that map in the *aroA* ocus, which codes for EPSP-synthase. The mutant enzyme as less sensitive to glyphosate, and when introduced into *scherichia coli*, the mutation conferred resistance to the erbicide. Unequivocal proof that the *herbicidal* activity of lyphosate is exclusively due to inhibition of EPSP-synthase mains to be established, but the evidence available from the udies with bacteria suggests that a plant possessing a lyphosate-insensitive EPSP-synthase might well be resistant o the herbicide.

*cknowledgements*. We thank Dr. E. W. Weiler for advice concerning the immunological procedures. Support by the Deutsche orschungsgemeinschaft (Bonn) and the Monsanto Agricultural roducts Co. (St. Louis, MO, USA) is gratefully acknowledged.

eferences

mrhein N, Deus B, Gehrke P, Steinrücken HC (1980) The site of the inhibition of the shikimate pathway by glyphosate. II. Interference of glyphosate with chorismate formation *in vivo* and *in vitro*. Plant Physiol 66:830—834

m⁻ ʼ N, Deus B, Gehrke P, Holländer H, Schab J, Schulz A, rücken HC (1981) Interference of glyphosate with the shikimate pathway. Proc Plant Growth Regul Soc America 8:99—106

Amrhein N, Holländer-Czytko H. Leifeld J, Schulz A, Steinrücken HC. Topp H (1982) Inhibition of the shikimate pathway by glyphosate. In: Boudet AM, Ranjeva R (eds) Journées internationales d'études et assemblées générales. Bulletin de Liaison, vol 11. Groupe Polyphenols, Toulouse, pp 21—30

Amrhein N, Johänning D, Schab J, Schulz A (1983) Biochemical basis for glyphosate-tolerance in a bacterium and a plant tissue culture. FEBS-Letters 157:191—196

Boocock MR. Coggins JR (1983) Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate. FEBS-Letters 154:127—133

Comai L. Sen LC, Stalker DM (1983) An altered *aroA* gene product confers resistance to the herbicide glyphosate. Science 221:370—371

Gibson MI, Gibson F (1964) Preliminary studies on the isolation and metabolism of an intermediate in aromatic biosynthesis: chorismic acid. Biochem J 90:248—261

Holländer-Czytko H, Amrhein N (1983) Subcellular compartmentation of shikimic acid and phenylalanine in buckwheat cell suspension cultures grown in the presence of shikimate pathway inhibitors. Plant Sci Lett 29:89—96

Ouchterlony Ö (1949) Antigen-antibody reactions in gels. Acta Path Microbiol Scand 26:507—515

Rogers SG, Brand LA, Holder SB, Sharps ES, Brackin MJ (1983) Amplification of the *aroA* gene from *Escherichia coli* results in tolerance to the herbicide glyphosate. Appl Environmental Microbiol 46:37—43

Steinrücken HC (1982) Zur Wirkungsweise des Herbizides Glyphosat; Einfluß auf die 5-Enolpyruvylshikimisäure-3-phosphat-Synthase aus *Aerobacter aerogenes* 62-1. Doctoral Dissertation. Ruhr-Universität, Bochum

Steinrücken HC, Amrhein N (1980) The herbicide glyphosate is a potent inhibitor of 5-enolpyruvylshikimic acid-3-phosphate synthase. Biochem Biophys Res Commun 94:1207—1212

Weiler EW, Zenk MH (1976) Radioimmunoassay for the determination of digoxin and related compounds in *Digitalis lanata*. Phytochemistry 15:1537—1545

Received September 19, 1983/Accepted October 8, 1983

MGP 0051801

MGA0026307

# EXHIBIT 14

ARCHIVES OF BIOCHEMISTRY AND BIOPHYSICS
Vol. 282, No. 2, November 1, pp. 433–436, 1990

# Substitution of Gly-96 to Ala in the 5-Enolpyruvylshikimate 3-Phosphate Synthase of *Klebsiella pneumoniae* Results in a Greatly Reduced Affinity for the Herbicide Glyphosate[1]

Dietrich Sost and Nikolaus Amrhein[2]

*Lehrstuhl für Pflanzenphysiologie, Ruhr-Universität Bochum, 4630 Bochum, Federal Republic of Germany*

Received May 9, 1990, and in revised form July 3, 1990

The *aroA* gene of *Klebsiella pneumoniae* encoding the shikimate pathway enzyme 5-enolpyruvylshikimate 3-phosphate (EPSP) synthase, which is the target of the herbicide glyphosate, was cloned and sequenced from both the wild-type and the glyphosate-resistant mutant *K. pneumoniae* K1, which possesses a glyphosate-insensitive EPSP synthase. Both genes were expressed in *Escherichia coli* and were capable of complementing an auxotrophic *aroA* mutation. The transformed cells showed increased tolerance to glyphosate due to the overproduction of either the mutant or the wild type EPSP synthase. Nucleotide sequence analysis of the *K. pneumoniae aroA* gene indicated a protein-coding region of 427 amino acids with a derived $M_r$ for the EPSP synthase of 45,976. Comparison of the two *aroA* alleles showed a single base change resulting in a substitution of Gly-96 to Ala in the deduced amino acid sequence. By comparison with other known EPSP synthase sequences the mutation was shown to be located in a highly conserved region, indicating that this region is essential for the binding of the herbicide glyphosate. © 1990 Academic Press, Inc.

5-Enolpyruvylshikimate 3-phosphate (EPSP)[3] synthase (= 3-phosphoshikimate 1-carboxyvinyltransferase; EC 2.5.1.19) catalyzes the sixth step in the shikimate pathway, which is unique in bacteria, fungi, and plants, and leads to the biosynthesis of the aromatic amino acids and a multitude of other aromatic compounds. This enzyme has been shown to be the target of the widely used nonselective herbicide glyphosate (1); for review see (2). Work from several laboratories has shown two target-related mechanisms of glyphosate tolerance: one mechanism involves overproduction of a glyphosate-sensitive EPSP synthase, which confers glyphosate tolerance to bacteria, plant cell cultures, and differentiated plants (3–5). In the second mechanism, glyphosate-tolerant EPSP synthases have been identified in mutant strains of *Salmonella typhimurium* (6), *Klebsiella pneumoniae* (7), and *Escherichia coli* (8), as well as in various pseudomonads (9). The mutant EPSP synthase from the glyphosate-tolerant strain of *K. pneumoniae* (designated strain K1) has been characterized to some extent (10). Compared with the wild type enzyme, the mutant enzyme had increased $K_m$ values for both substrates, i.e., shikimate 3-phosphate (4.3-fold increase) and phosphoenolpyruvate (16-fold increase), while the $K_i$ values for glyphosate were 1 $\mu$M and 8 mM, respectively (11). Furthermore, the mutant enzyme was more acidic (pI 4.1) than the wild type enzyme (pI 4.6), and it was generally less stable (e.g., at increased temperature, during purification, etc.) (10). Similar differences were reported for glyphosate-tolerant mutant EPSP synthases from *E. coli* and *Petunia hybrida* (2, 8), while it was claimed that the catalytic efficiency of the *S. typhimurium* mutant enzyme was not affected by the mutation (12). Replacement of Pro-101 in the *S. typhimurium* enzyme by Ser was responsible for the 9-fold increased $I_{50}$ for glyphosate (13).

In this paper, we report the molecular basis for the glyphosate resistance of the EPSP synthase of *K. pneumoniae* strain K1. We have constructed λ gene banks of both *K. pneumoniae* wild type and K1 DNA and isolated *aroA* positive clones. The *aroA* genes were further subcloned in pBR322 to examine complementation of an *aroA E. coli* strain. The genes were sequenced and a

[1] This research was supported by a grant from the Deutsche Forschungsgemeinschaft, Bonn, FRG.

[2] To whom correspondence should be addressed at present address: Institute of Plant Sciences, Swiss Federal Institute of Technology, Sonneggstr. 5, 8092 Zürich, Switzerland.

[3] Abbreviation used: EPSP, 5-enolpyruvylshikimate 3-phosphate.

0003-9861/90 $3.00
Copyright © 1990 by Academic Press, Inc.
All rights of reproduction in any form reserved.

433

MGP 0051317

MGA0026138

434 SOST AND AMRHEIN



**FIG. 1.** Restriction maps of λ clones, and strategy for the subcloning of aroA genes. Restriction maps of DS31 (derived from the glyphosate-sensitive wild type of K. pneumoniae) and of DS21 (derived from the glyphosate-insensitive strain K1 of K. pneumoniae) are shown. pDS31 and pDS32 were constructed by inserting EcoRI and HindIII restriction fragments, respectively, of DS31 into pBR322. Correspondingly, pDS21 and pDS22 were constructed from DS21.

point mutation, which is responsible for the glyphosate-insensitive phenotype of the mutant, was identified.

## MATERIALS AND METHODS

*Materials.* [α-32P] dATP was purchased from Amersham-Buchler, Braunschweig. Restriction endonucleases were obtained from Bethesda Research Laboratories. The λ *in vitro* packaging kit "Giga-pack Plus" from Genofit, Heidelberg. Glyphosate (free acid, analytical grade) was the gift of Monsanto Co. (St. Louis, MO). Pharmacia, Freiburg supplied T4 DNA ligase, the 32P sequencing kit, deaza 32P sequencing mixes, and the T7 sequencing kit.

The *K. pneumoniae* strains have been described previously (7). *E. coli* DSK8 is a *hsdR⁻* derivative of AB2829 (14), which was constructed via P1 transduction (15) using *E. coli* LCK8 (*E. coli* Genetic Stock Center, Yale University, New Haven, CT) as donor.

*E. coli* K803 (16) was used as host for λ cloning and JM103 (17) as host for M13 cloning.

The λ vector EMBL4 (18) was used to construct the gene banks from *K. pneumoniae* DNA, pBR322 (19) as vector for subcloning and expression of the aroA-genes, and the paired vectors M13mp18/19 (20) were used for sequencing. The aroA gene from *E. coli*, located on a 2-kbp BamHl/HindIII fragment from plasmid pMON6001 (S. G. Rogers, unpublished), the gift of Dr. S. G. Rogers, Monsanto Co., was used as probe for identification of the *Klebsiella* aroA genes.

*Methods.* High molecular weight DNA from *K. pneumoniae* was isolated according to (21) and plasmid and phage DNA according to (22). DNA restriction and ligation and the lambda *in vitro* packaging were performed as recommended by the suppliers' specifications. Transformation of *E. coli* with plasmid DNA was carried out according to protocol 3 (23). EPSP synthase activity was assayed in crude bacterial extracts as described in (24). M13-DNA sequencing (25) was carried out with the 32P sequencing kit in combination with the deaza 32P sequencing mixes or with the T7 sequencing kit as recommended by Pharmacia. Electrophoresis was carried out on 6% polyacrylamide/8 M urea linear or buffer gradient gels (0.4 × 20 × 40 cm). All other methods were used according to (22).

## RESULTS

*K. pneumoniae* DNA was partially digested with *EcoRI* and ligated into EMBL4. *EcoRI* was used for cloning because DNA digested with this enzyme showed a single hybridization signal of 9 kbp in Southern blots with the *E. coli* aroA gene isolated from pMON6001 as hybridization probe (data not shown). Therefore, the complete aroA gene was located on this fragment. After

*in vitro* packaging of the ligation products the libraries contained 10⁵ independent clones. Screening of approximately 2000 plaques per library with the *E. coli* probe resulted in the detection of a single positive clone in each library. The clones, DS31 (wild type) and DS21 (K1), were purified to homogeneity and the DNA was further characterized by restriction analysis (Fig. 1).

The 9-kbp *EcoRI* and the 4.2-kbp *HindIII* fragments were subcloned into pBR322, generating pDS31 and pDS21 (*EcoRI*) and pDS32 and pDS22 (*HindIII*), respectively (Fig. 1), and used to complement the aroA⁻, *hsdR⁻* strain DSK8. All transformants were able to grow on minimal medium and tolerated 10 mM glyphosate concentrations in the medium. The tolerance in DSK8/pDS21 and DSK8/pDS22 was attributed to the expression of the glyphosate-insensitive EPSP synthase while in DSK8/pDS31 and DSK8/pDS32 the tolerance was due to the overexpression of the sensitive enzyme (Table I). In comparable experiments, in which the aroA gene from *E. coli* was cloned into the multicopy plasmid pBR322 and expressed in *E. coli*, an increased tolerance to glyphosate due to a 17-fold overproduction of the EPSP synthase had previously been observed (4).

The overall strategy for nucleotide sequence analysis of the aroA gene of *K. pneumoniae* wild type is shown in Fig. 2. Both complementary strands were sequenced. Any region of ambiguity appearing in the dideoxy sequencing gels was resequenced using either deaza sequencing mixes or the T7 sequencing kit until the nucleotides in the respective region were resolved. The sequences were linked up using the computer program of Mount and Conrad (26). A similar strategy was employed to sequence the K1 aroA gene locus. The com-

### TABLE I

Activity of EPSP Synthase in the Absence and Presence of Glyphosate in Crude Extracts from the Bacterial Strains Used in This Study

| Extract | EPSP synthase activity | |
|---|---|---|
| | Specific activity (nkat/mg protein) | Activity in presence of 5 mM glyphosate (% of control) |
| *K. pneumoniae* wild type | 0.49 | 0 |
| *K. pneumoniae* K1 | 0.48 | 101 |
| *E. coli* DSK8 | 0 | — |
| *E. coli* DSK8/pBR322 | 0 | — |
| *E. coli* DSK8/pDS31 | 18.2 | 0 |
| *E. coli* DSK8/pDS32 | 15.6 | 0 |
| *E. coli* DSK8/pDS21 | 7.13* | 96 |
| *E. coli* DSK8/pDS22 | 8.62* | 99 |

* The lower EPSP synthase activity extracted from transformants carrying the aroA gene coding for the glyphosate-insensitive enzyme (pDS21/22) as compared to those carrying the wild-type allele is attributed to the increased instability of the mutant enzyme (10).

MGP 0051318

MGA0026139



5-ENOLPYRUVYLSHIKIMATE 3-PHOSPHATE SYNTHASE FROM *K. pneumoniae* 435



FIG. 2. Strategy for the sequence analysis of the *aroA* gene from *K. pneumoniae*. The sequence representing the coding region is indicated by the hatched box. Vertical bars represent restriction sites of the endonucleases used; horizontal arrows indicate the direction and extent of sequence determination.

plete nucleotide sequences along with the deduced amino acid sequences for the EPSP synthase are shown in Fig. 3. The putative amino acid sequence of the wild type enzyme is 427 codons in length with $M_r$ of 45,976. This value is in fair agreement with the $M_r$ of 42,500 determined by SDS–polyacrylamide gel electrophoresis (10). Comparison of the nucleotide sequences of the mutant and the wild type *aroA* alleles identified a single base substitution at position 287. This exchange of G to C resulted in a Gly-96 to Ala substitution in the derived amino acid sequence (Fig. 3). The glyphosate-insensitive phenotype of the K1 EPSP synthase must be attributed to this mutation, because no other base substitutions could be detected.

## DISCUSSION

In this study, we have characterized the *aroA* alleles of *K. pneumoniae* wild type and the glyphosate-resistant strain K1. In sequencing the *aroA* gene, no promoter-like sequences upstream from the start codon were found. However, the last 100 bp of another open reading frame were detected (data not shown), which showed 80% homology to the corresponding region of the *serC* gene from *E. coli* (27). These data indicate that the *aroA* gene of *K. pneumoniae*, like the corresponding genes of *E. coli* (27) and *S. typhimurium* (28), is located on a mixed function operon. This conclusion is supported by the observation that in another glyphosate-tolerant strain of *K. pneumoniae*, which overproduces EPSP synthase, the *serC* gene product 3-phosphoserine aminotransferase also had an increased activity (R. Pipke and N. Amrhein, unpublished).

Gasser et al. (29) have recently constructed a phylogenetic tree of EPSP synthases of bacterial, fungal, and plant origin based on the then known six sequences (two from each kingdom). The *K. pneumoniae* EPSP synthase amino acid sequence fits very well into this tree by showing 88% homology with the respective sequences of the closely related *E. coli* (30) and *S. typhimurium* (13),

54% homology with the respective sequences of the higher plant enzymes (*P. hybrida* (29), *Lycopersicon esculentum* (29), *Arabidopsis thaliana* (31)), and 44% homology with the respective domain of the fungal *arom* complex (*Saccharomyces cerevisiae* (32), *Aspergillus nidulans* (33)). The relationship with the recently published sequence of the EPSP synthase of *Bordetella pertussis* (34) presents, however, difficulties since this sequence shares only 54% homology with the other

FIG. 3. The complete nucleotide sequence of the *K. pneumoniae aroA* gene and the deduced amino acid sequence of EPSP synthase. Nucleotides are numbered in the 5′ to 3′ direction beginning with the first ATG triplet encoding the N-terminal methionine (numbers on the left). Numbers of amino acid positions are given on the right. The mutation in the allele of *K. pneumoniae* K1, which results in a glyphosate-insensitive enzyme, is shown at nucleotide 287. The amino acid substitution (Gly-96 to Ala) resulting from the mutation is indicated by the box.

MGP 0051319

MGA0026140

436    SOST AND AMRHEIN

known bacterial sequences. Amino acids which are conserved between all known sequences of EPSP synthases are distributed along the entire length of the peptide. As already pointed out by Gasser et al. (29), two regions with relatively long conserved stretches exist. These are amino acids 18 to 34 and 90 to 103 as numbered in the *Klebsiella* sequence. For both regions data are now available concerning their possible function. Chemical modification studies (35, 36) and site-directed mutagenesis (37) led to the suggestion that the first conserved region is involved in substrate and inhibitor binding and may be part of the active center of EPSP synthase. The second conserved region is of interest because a Pro-101 to Ser substitution in the EPSP synthase of *S. typhimurium* (13) or a Gly-96 to Ala substitution in the EPSP synthase of *K. pneumoniae* (this work) reduces the enzyme's affinity to glyphosate. While this region appears to be essential for glyphosate binding to the enzyme, the available data do not allow a conclusion as to whether glyphosate binds directly to it. Affinity labeling of the binding site by a glyphosate analogue or derivative appears not to be possible due to the stringent structural requirements for the compound to act as an inhibitor.

Analysis of predicted secondary structures of this region (38) in the wild-type and mutant *K. pneumoniae* EPSP synthases revealed that a $\beta$-turn at position 96 is a likely structural element of the wild-type enzyme, whereas the substitution of Gly-96 to Ala would favor a continuous $\alpha$-helix. However, only the elucidation of the three-dimensional structures of both enzymes will give a definitive answer.

## ACKNOWLEDGMENT

We thank Dr. S. G. Rogers, Monsanto Co., St. Louis, for the plasmid pMON 6001.

## REFERENCES

1. Steinrücken, H. C., and Amrhein, N. (1980) *Biochem. Biophys. Res. Commun.* **94,** 1207–1212.
2. Kishore, G. M., and Shah, D. M. (1988) *Annu. Rev. Biochem.* **57,** 627–663.
3. Amrhein, N., Johänning, D., Schab, J., and Schulz, A. (1983) *FEBS Lett.* **157,** 191–196.
4. Rogers, S. G., Brand, L. A., Holder, S. B., Sharps, E. S., and Brackin, M. J. (1983) *Appl. Environ. Microbiol.* **46,** 37–43.
5. Shah, D. M., Horsch, R. B., Klee, H. J., Kishore, G. M., Winter, J. A., Turner, N. E., Hironaka, C. M., Sanders, P. R., Gasser, C. S., Aykent, S. A., Siegel, N. R., Rogers, S. G., and Fraley, R. T. (1986) *Science* **233,** 478–481.
6. Comai, L., Sen, L. C., and Stalker, D. M. (1983) *Science* **221,** 370–371.
7. Schulz, A., Sost, D., and Amrhein, N. (1984) *Arch. Microbiol.* **137,** 121–123.
8. Kishore, G. M., Brundage, L., Kolk, K., Padgette, S. R., Rochester, D., Huynh, Q. K., and Della Cioppa, G. (1986) *Fed. Proc. Amer. Soc. Exp. Biol.* **45,** 1506.
9. Schulz, A., Krüper, A., and Amrhein, N. (1985) *FEMS Microbiol. Lett.* **28,** 297–301.
10. Sost, D., Schulz, A., and Amrhein, N. (1984) *FEBS Lett.* **173,** 238–242.
11. Schulz, A. (1986) PhD Thesis, Ruhr-University, Bochum.
12. Comai, L., Facciotti, D., Hiatt, W. R., Thompson, G., Rose, R. E., and Stalker, D. M. (1985) *Nature (London)* **317,** 741–744.
13. Stalker, D. M., Hiatt, W. R., and Comai, L. (1985) *J. Biol. Chem.* **260,** 4724–4728.
14. Pittard, J., and Wallace, B. J. (1966) *J. Bacteriol.* **91,** 1494–1508.
15. Silhavy, T. J., Berman, M. L., and Enquist, L. W. (1984) *Experiments with Gene Fusions,* Cold Spring Harbor Laboratory, Cold Spring Harbor, NY.
16. Wood, W. B. (1966) *J. Mol. Biol.* **16,** 118–133.
17. Messing, J., Crea, R., and Seeburg, P. H. (1981) *Nucleic Acids Res.* **9,** 309–321.
18. Frischauf, A. M., Lehrach, H., Poustka, A., and Murray, N. (1983) *J. Mol. Biol.* **179,** 827–842.
19. Bolivar, F., Rodriguez, R. L., Greene, P. J., Betlach, M. C., Heynecker, H. L., and Boyer, H. W. (1977) *Gene* **2,** 95–113.
20. Norrander, J., Kempe, T., and Messing, J. (1983) *Gene* **26,** 101–106.
21. Thomas, C. A., Berns, K. J., and Kelly, T. J. (1966) *in* Procedures in Nucleic Acid Research (Cantoni, G. L., and Davis, D. R. Eds), pp. 535–540.
22. Maniatis, T., Fritsch, E. F., and Sambrook, J. (1982) *Molecular Cloning: A Laboratory Manual,* Cold Spring Harbor Laboratory, Cold Spring Harbor, NY.
23. Hanahan, D. (1985) *in* DNA Cloning (Glover, D. M., Ed.) Vol. I, pp. 109–135, IRL Press, Oxford.
24. Steinrücken, H. C., and Amrhein, N. (1984) *Eur. J. Biochem.* **143,** 341–349.
25. Messing, J. (1983) *in* Methods in Enzymology (Wu, R., Grossman, L., and Moldave, K., Eds.), Vol. 101, pp. 20–79, Academic Press, San Diego.
26. Mount, D. W., and Conrad, B. (1986) *Nucleic Acids Res.* **14,** 443–454.
27. Duncan, K., and Coggins, J. R. (1986) *Biochem. J.* **234,** 49–57.
28. Hoiseth, S. K., and Stocker, B. A. D. (1985) *J. Bacteriol.* **163,** 335–361.
29. Gasser, C. S., Winter, J. A., Hironaka, C. M., and Shah, D. M. (1988) *J. Biol. Chem.* **263,** 4280–4289.
30. Duncan, K., Lewendon, A., and Coggins, J. R. (1984) *FEBS Lett.* **170,** 59–63.
31. Klee, H. J., Muskopf, Y. M., and Gasser, C. S. (1987) *Mol. Gen. Genet.* **210,** 437–442.
32. Duncan, K., Edwards, R. M., and Coggins, J. R. (1987) *Biochem. J.* **246,** 375–386.
33. Charles, I. G., Keyte, J. W., Brammar, W. J., Smith, M., and Hawkins, A. R. (1986) *Nucleic Acids Res.* **14,** 2201–2213.
34. Maskell, D. J., Morrissey, P., and Dougan, G. (1988) *J. Bacteriol.* **170,** 2467–2471.
35. Huynh, Q. K., Kishore, G. M., and Bild, G. S. (1988) *J. Biol. Chem.* **263,** 735–739.
36. Padgette, S. R., Smith, C. E., Huynh, Q. K., and Kishore, G. M. (1988) *Arch. Biochem. Biophys.* **266,** 254–262.
37. Huynh, Q. K., Bauer, S. C., Bild, G. S., Kishore, G. M., and Borgmeyer, J. R. (1988) *J. Biol. Chem.* **263,** 11,636–11,639.
38. Chou, P. Y., and Fasman, G. D. (1978) *Annu. Rev. Biochem.* **47,** 251–276.

MGP 0051320



# EXHIBIT 15

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# RESEARCH PAPERS/

# PRODUCTION OF TRANSGENIC SOYBEAN PLANTS USING *AGROBACTERIUM*-MEDIATED DNA TRANSFER

Maud A. W. Hinchee, Dannette V. Connor-Ward, Christine A. Newell, Raymond E. McDonnell, Shirley J. Sato, Charles S. Gasser, David A. Fischhoff, Diane B. Re, Robert T. Fraley, and Robert B. Horsch

Monsanto Co., 700 Chesterfield Village Parkway, St. Louis, MO 63198.

Transgenic soybean plants have been produced using an *Agrobacterium*-mediated gene transfer system. This procedure relied on a regeneration protocol in which shoot organogenesis was induced on cotyledons of soybean genotypes selected for susceptibility to *Agrobacterium*. Cotyledon explants were inoculated with *Agrobacterium tumefaciens* pTiT37-SE harboring pMON9749 (conferring kanamycin resistance and β-glucuronidase "GUS" activity) or pTiT37-SE::pMON894 (conferring kanamycin resistance and glyphosate tolerance) and cultured on shoot induction medium containing kanamycin. Plantlets were tested for gene insertion 3–4 months post-inoculation. Approximately 6% of the shoots (8 plants to date) produced on the kanamycin-selected cotyledons were transgenic based on assays for GUS expression, kanamycin resistance or glyphosate tolerance. Progeny from two of these plants demonstrated co-segregation of kanamycin resistance and either GUS expression or glyphosate tolerance in a 3:1 ratio indicating a single insert inherited in a Mendelian fashion.

Recently field crop species such as tomato[1,2], oil seed rape[3], cotton[4] and flax[5] have been genetically modified using *Agrobacterium*-mediated transformation. Soybean (*Glycine max* (L.) Merr.) is a good target for genetic improvement via plant transformation. As a source of oil and high-protein meal, soybean is grown on 34 million hectares in the United States and Brazil. In the United States alone the soybean crop value is estimated at 11 billion dollars. Only a few plant introductions have given rise to the major cultivars grown in the U.S., and this narrow germplasm base has limited soybean breeding. Modification of soybean using genetic engineering techniques would facilitate the rapid development of new varieties with traits such as herbicide resistance, disease resistance, or seed quality improvement in a manner unobtainable by traditional breeding methods or tissue culture-induced variation. Genes have been transferred to soybean protoplasts by electroporation of free DNA[6,7]. However, regeneration technology for soybean has not progressed such that regenerated plants can be produced from protoplasts. Soybean shoot organogenesis occurs from tissues such as cotyledonary nodes[8–10] and primary leaves[11] of seedlings, while somatic embryogenesis occurs from immature embryos and cotyledons[12–16] of developing seeds.

*Agrobacterium*-mediated transformation has been the best method available for DNA transfer to tissue explants. This method depends on the susceptibility of the target crop to *Agrobacterium* as well as the availability of a regeneration procedure in which *Agrobacterium* transformation can be targeted to cells capable of regeneration. Soybean, although demonstrated to be a host for *A. tumefaciens*[17], is relatively resistant to infection compared to the crop species mentioned above. In order to produce soybean tumors of significant size, soybean cultivars and *Agrobacterium* strains have been screened in order to find the optimal compatible response[18–21]. Successful transformation of *in vitro* soybean leaves[22], cotyledons[19], and protoplasts[23] has been demonstrated.

We report here the production of transgenic soybean plants using *Agrobacterium*-mediated transformation. Three parameters were critical in developing the soybean transformation protocol: (1) The use of cultivars susceptible to *Agrobacterium* transformation (2) The development of a regeneration response from soybean cotyledons, and (3) The enrichment for transformed tissue by kanamycin selection. The β-glucuronidase gene, a histochemical marker for transformed cells[24], served as a rapid and accurate method of developing a transformation protocol for soybean. In addition, the expression of a petunia mutated 5-enolpyruvylshikimic acid 3-phosphate (EPSP) synthase gene which confers tolerance to glyphosate, the active ingredient in the herbicide Roundup®, is demonstrated in a transgenic soybean plant. These results are significant steps towards the development of transgenic soybean varieties with valued-added traits.

## RESULTS

**Regeneration of cotyledon explants.** Soybean cotyledons can be used as an explant source for the efficient production and recovery of regenerated plants. Seventy to 100% of cotyledon explants cultured in B5BA medium produced numerous adventitious shoots at the proximal end of the cotyledon explant. These shoots did not result

MGP 00500979

MGA0025800

from the growth of axillary buds on an already existing shoot, but were formed adjacent to one another in a *de novo* fashion within 3 weeks on the shoot induction medium (Fig. 1A, 1B). Adventious shoot formation occurred as long as the explants remained on the $B_5BA$ medium, and new shoots formed adjacent to the base of previously initiated shoots. Shoots elongated over the next 4 to 12 weeks following the transfer of the regenerating cotyledons to hormone-free $B_50$ medium. Elongated shoots were removed and placed on $1/2B_50$ medium contained in glass vials or sterile plastic centrifuge tubes (Fig. 1C). Roots formed readily on all shoots within 3 weeks. Approximately 70% of the rooted shoots (plantlets) continued to grow when transferred to pots containing vermiculite, and 50% of these were capable of growing to maturity in the greenhouse after transfer to soil (Fig. 1D). This regeneration protocol produced shoots on the cotyledons of all soybean genotypes tested. The degree of the regeneration response varied among the genotypes examined.

Selection of soybean genotypes for *Agrobacterium*-mediated transformation. One hundred soybean cultivars, chosen for their relative genetic diversity, were screened for their *in vitro* response to *A. tumefaciens*-mediated transformation. Hypocotyls from all cultivars grew callus on MS NAA/K, so this medium was chosen for use in the screen for *Agrobacterium* susceptibility. The susceptibility response was determined by scoring the number of soybean hypocotyls which were capable of producing callus on MS NAA/K containing 100 mg $l^{-1}$ kanamycin after inoculation and co-culture with *A. tumefaciens* pTiT37-SE[25]::pMON273[26]. The construction pMON273, which contains a chimeric neomycin phospho-transferase II (NPT II) gene with the cauliflower mosaic virus (CaMV) 35S promoter and the NOS 3' polyadenylation signal, confers resistance to the antibiotic kanamycin. Hypocotyl explants transformed with *A. tumefaciens* pTiT37-SE::pMON120[27] (a construction which does not confer kanamycin resistance) never callused on the medium containing kanamycin. Callus which grew on kanamycin was positive for both nopaline production and NPT II activity. Seven soybean cultivars of the 100 screened were selected to be included in Table 1 in order to show the range of cultivar response. The cultivars Maple Presto, Peking and Delmar were identified as the most responsive cultivars, and these cultivars were used in subsequent



**FIGURE 1** Regeneration of soybean plants from cotyledon explants. A. Adventitious shoots forming at the base of a cotyledon after 3 weeks in culture. B. Free-hand section of the same region as in (A) that shows the *de novo* initiation of multiple shoot primordia. C. Plantlet. D. Fertile regenerated plant.

MGP  0050980

MGA0025801

transformation experiments.

*Agrobacterium*-mediated transformation of cotyledon explants. Cotyledon explants did not demonstrate efficient selection for kanamycin-resistant callus as did the smaller hypocotyl explants. In order to determine the efficacy of *Agrobacterium* transformation of cotyledon explants and to determine if transformation could be targeted to the tissues competent to regenerate, the β-glucuronidase (GUS) gene was used as a histochemical marker for transformed cells. The vector pMON9749 containing a chimeric GUS gene with a CaMV 35S promoter and NOS 3′ polyadenylation signal was constructed for expression in plants (Fig. 2). The vector was integrated into the disarmed Ti plasmid *A. tumefaciens* pTiT37-SE. Soybean cotyledon explants were inoculated with *A. tumefaciens* pTiT37-SE::pMON9749 and assayed for GUS activity after 3 weeks of culture on B₅BA medium containing kanamycin. Transformed cells were identified after the hydrolytic action of the GUS enzyme converted the substrate 5-bromo-4-chloro-3-indolyl glucuronide (X-Gluc) into an insoluble blue precipitate in the cell cytoplasm[24]. In free-hand sections of the cotyledons, multiple GUS-positive callus sectors were identified in callus associated with the excision wound site. Some of these GUS-positive callus sectors were observed in the regeneration competent region adjacent to an incipient shoot primordium (Fig. 3A). The utility of the cotyledon explant in targeting *Agrobacterium*-mediated transformation to the regenerating cell population was more clearly demonstrated when several GUS positive shoot primordia were found (Fig. 3B). Similar shoot primordia and callus on cotyledons transformed with the pMON200[27] construct without the GUS gene did not react positively after the X-Gluc reaction (Fig. 3C). GUS analysis provided evidence for shoot transformation several months before plants could be analyzed and significantly accelerated the development of the cotyledon transformation protocol.

Production of transgenic soybean plants. Kanamycin selection was beneficial in producing transgenic soybean plants from cotyledon explants. Kanamycin (200–300 mg l⁻¹) severely restricted but did not always completely inhibit callusing and regeneration from control cotyledon explants. However, kanamycin selection did enrich for the growth of transformed tissue in soybean cotyledon explants. More GUS positive soybean callus was formed when cotyledon explants transformed with pMON9749 were cultured on B₅BA containing kanamycin than when cultured on medium without kanamycin (Fig. 4). The amount of GUS positive callus was indicative of the amount of callus transformed with pMON9749. This result was obtained in 4 repetitions using several soybean cultivars, and shows that the growth of cells transformed with pMON9749 became competitive with the growth of wild type cells in the presence of kanamycin.

Kanamycin selection was also beneficial in the recovery of transgenic soybean plantlets. In experiments in which soybean cotyledon explants were inoculated and co-cultured with *Agrobacterium* containing pMON9749 or pMON894 (similar to pMON273, but confers glyphosate tolerance in addition to kanamycin resistance; see Experimental Protocol), regenerating soybean plantlets were assayed for transformation in several ways. Plantlets from explants inoculated with *Agrobacterium* containing pMON9749 were positive for NPT II activity and the ability of their leaf tissue to callus on MS19 containing 100 mg l⁻¹ kanamycin in addition to expressing GUS (Fig. 5, Table 2). Plantlets from explants inoculated with *Agrobacterium* containing pMON894 were positive for kanamycin resistance in a manner identical to pMON9749 plantlets, but also produced leaf tissue which callused in the pres-



FIGURE 2 Structure of pMON9749. pMON9749 is an integrating plant transformation vector in which the GUS gene is driven by the 35S promoter of cauliflower mosaic virus. pMON9749 was constructed as follows: A Hind III/Eco RI fragment of pRAJ260[45] containing the GUS coding sequence was inserted into Hind III/Eco RI digested Bluescript KS+ (Stratagene, La Jolla, CA) resulting in pMON9948. The gene was removed from pMON9948 on a Cla I/Eco RI fragment, and was inserted into pMON316[25] that had been digested with the same enzymes. *NOS-NPTII-NOS*, a marker allowing for selection of kanamycin resistant plant cells; *Tn7 Spec R*, bacterial spectinomicin resistance gene from transposon Tn7; *RB*, the right border of the pTiT37 T-DNA; *35S*, the 35S promoter from the cauliflower mosaic virus; *3′*, the poly-(A) addition region of the nopaline synthase gene.







FIGURE 3 β-glucuronidase (GUS) histolocalization in free-hand sections of cotyledon explants 3 weeks after *Agrobacterium* transformation. A. GUS positive callus sector (GS) in cotyledon transformed with pMON9749; sector position is adjacent to an incipient shoot primordium (arrow). B. Two GUS positive shoot primordia (arrows) produced by a cotyledon transformed with pMON9749. C. Shoot primordium produced by a control cotyledon inoculated with *A. tumefaciens* pTiT37-SE::pMON200; no positive staining for GUS is present.

MGP 0050981

MGA0025802

ence of 1.0 glyphosate (Fig. 5). Transgenic soybean plantlets were identified in 6 separate experiments in which immediate kanamycin selection was utilized following *Agrobacterium* co-culture. Of 128 soybean plantlets produced from kanamycin-selected soybean cotyledons, 8 (6%) were identified as being transgenic (Table 2). This was not the case when cotyledons inoculated with *A. tumefaciens* pTiT37-SE::pMON9749 were cultured on medium without kanamycin. One hundred shoots produced independently from 202 non-selected cotyledon explants did not yield a single transgenic plantlet. Transgenic soybean plantlets were identified after a total time of 3–4 months in culture. Of the initial 8 transgenics produced, two plants are currently growing in a greenhouse and another two have set seed. All four of these plants are of the cultivar Peking.

Expression of petunia mutant EPSP synthase cDNA in a transgenic soybean. Leaves of a transgenic soybean plant containing pMON894 had an EPSP synthase specific activity (nmol min$^{-1}$ mg protein$^{-1}$) of 30 while wild type leaves had a EPSP synthase specific activity of 7. In addition, the EPSP synthase activity of the transgenic plant was unaffected by the presence of 0.5 mM glyphosate which completely inhibited the endogenous EPSP synthase activity in wild type leaves. The 4-fold activity and glyphosate tolerance of the EPSP synthase enzyme found in the transgenic plant indicated expression of the chimeric petunia mutant EPSP synthase cDNA in pMON894. The R$_1$ progeny of this plant are currently being tested for their whole plant glyphosate tolerance in a spray assay in the greenhouse.

Analysis of transgenic progeny. Of 14 selfed R$_1$ progeny from a pMON9749 transgenic soybean plant, 11 cosegregated for GUS and NPT activity (Fig. 6). This is approximately a 3:1 segregation ratio indicating the presence of a single T-DNA locus. Southern analysis confirmed that these progeny plants contained the inserted DNA fragment necessary to confer these genetic traits. Southern hybridization was performed on 6 of the R$_1$ progeny to assay for the presence and copy number of pMON9749 T-DNA in the plants. Two of the progeny analyzed were negative for GUS and NPT II, the other four were positive. Genomic DNA digested with Hind III was hybridized with a labeled pMON9749 probe. The four R$_1$ plants that were enzyme positive showed strong hybridization with the probe at a level consistent with one or a few copies of the T-DNA (Fig. 7). All of the hybridizing plants showed the same pattern of putative T-DNA junction fragments indicating that there are no silent copies of the T-DNA segregating independently of the active copy. The junction fragment pattern is consistent with a single site of T-DNA insertion. This positive hybridization result and the correlation between enzyme activity and T-DNA in the R$_1$ progeny are evidence that this pMON9749 transgenic soybean plant was generated by the expected *Agrobacterium*-mediated events. A pMON894 plant also produced progeny which co-segregated in a 3:1 ratio for kanamycin resistance and glyphosate tolerance.

## DISCUSSION

Transgenic soybean plants have been obtained within 3–4 months by a procedure which uses *Agrobacterium*-mediated DNA transfer. The transgenic nature of these R$_0$ plants was confirmed by expression of introduced traits (GUS, NPT II, and/or a mutated petunia EPSP synthase) in leaves and in progeny. Southern hybridization analysis of the progeny of one pMON9794 plant showed segregation for the expected DNA fragments. The development of the soybean transformation protocol





**FIGURE 4** The effect of kanamycin selection on the growth of GUS positive cotyledon callus 3 weeks after *A. tumefaciens* pTiT37-SE::pMON9749 co-culture. A. Free-hand section showing GUS positive callus sectors (arrows) in cotyledon tissue produced on B$_5$BA containing 300 mg l$^{-1}$ kanamycin. B. Free-hand section showing GUS positive callus sectors (arrows) in cotyledon tissue produced on B$_5$BA without kanamycin.







**FIGURE 5** Assays for the expression of introduced genes in transgenic soybean leaves. A. Positive GUS histochemical reaction at wounded regions of a leaflet transformed with pMON9749. Poor substrate penetration limits GUS enzyme activity visualization to tissues immediately adjacent to a cut surface. B. A leaf piece from a pMON9749 transgenic plantlet is callusing on MS19 containing 100 mg l$^{-1}$ kanamycin while nontransgenic leaf tissue does not. C. The petri dish on the left shows a leaf from a transgenic pMON894 plant which is callusing on MS19 containing 1.0 mM glyphosate; the other two leaves without callus are from nontransgenic plantlets. The petri dish on the right shows the callusing response from leaves of the same plantlets on MS19 without glyphosate.

MGP 0050982

MGA0025803

relied upon the variation of several parameters such as soybean cultivar, Agrobacterium strain, explant source, and antibiotic selection. Evaluation of these parameters was facilitated by the use of the GUS histochemical marker, since the effect of different treatments could be assessed in tissues long before plantlets could be analyzed.

The cultivars which were used in the soybean transformation protocol were those determined to be most susceptible to Agrobacterium transformation. This was critical since soybean is a relatively poor host for Agrobacterium. Wang and co-workers reported that only 2.5% of nearly 1000 soybean cultivars were susceptible to tumor induction by Agrobacterium[18]. However, the transformation of soybean cells does not always result in the formation of a tumor[28]. A screen to identify susceptible soybean genotypes was developed based on the ability of cultivars to produce kanamycin-resistant callus after Agrobacterium transformation. The A. tumefaciens strain A208 carrying the disarmed nopaline plasmid pTiT37-SE was the vector chosen for this screen since A208 is highly virulent on soybean[20]. The cultivars Delmar, Maple Presto and Peking produced significantly more kanamycin-resistant callus than did other cultivars after transformation with A. tumefaciens strain pTiT37-SE::pMON273. The cultivar Peking had been previously identified as a genotype which was susceptible to Agrobacterium based on tumor formation[19,20], and this cultivar's in vitro response to Agrobacterium correlated with its in vivo response.

The cotyledon regeneration system proved to be an excellent vehicle for the production of transgenic soybean plants. Shoot formation was rapid and prolific, and a large proportion of these shoots developed into fertile plants. In addition, this explant allowed Agrobacterium transformation to be targeted to regeneration competent tissue. Other regeneration systems for soybean (cotyledonary node[8-10], primary leaf[11], and immature embryo[12-16]) have not yet been reported as yielding transgenic plants via Agrobacterium-mediated transformation. In these systems, Agrobacterium transformation may be targeted to cells which do not readily regenerate. Transformation of protoplasts eliminates the targeting problems associated with tissue explants, and soybean protoplasts have been transformed by either Agrobacterium[23] or electroporation of free DNA[67]. Unfortunately, plant regeneration from soybean protoplasts is not yet possible.

Kanamycin selection enriched for the transformed cell population, and facilitated the production of transgenic soybean shoots. Visualization of GUS in transformed cells clearly demonstrated that soybean cells transformed with pMON9749 grew better than without. This selection aided in the production of transgenic shoots by allowing transformed cells to grow into tissues capable of initiating multicellular shoot primordia. Kanamycin resistance has proven to be a nearly universal selectable marker for transformed plant cells since it has been effective in the transformation of plant species as diverse as oil seed rape[3], lettuce[29], and corn[30].

The genetic modification of soybean through biotechnology has considerable agricultural value. Soybean is a major food source that is grown on more acres world-wide than any other dicotyledonous crop. The limited genetic base in domestic soybean cultivars has restricted the power of traditional breeding methods to develop varieties with improved or value-added traits. The development of herbicide resistant soybean cultivars would provide simpler and more effective weed control in soybean fields. The glyphosate resistant soybean plant produced using this soybean transformation protocol is an example of the speed in which new agronomic traits can now be introduced into soybean cultivars.

### EXPERIMENTAL PROTOCOL

**Regeneration.** Soybean (Glycine max (L.) Merr.) seedlings were aseptically germinated 4–10 days on 0.8% Difco purified agar at 25°C under a photoperiod of 16:8 (cool white fluorescent light at 40 μEn s[−1]). After washing in soapy water, rinsing in distilled water, and placing in 70% ethanol for 2 min; seeds were transferred to 50% Chlorox for 10–13 minutes followed by rinsing 5 times with sterile distilled water. Seeds were soaked in an aqueous Captan solution for 1 hour before transfer to the germination medium. After germination, cotyledons were removed and placed adaxial side down on B$_5$BA medium. B$_5$BA medium is composed of B$_5$ salts[31], 20 mg/l sucrose, 1.15 mg l[−1] benzyladenine (BA), and 8 gl[−1] Difco purified agar, at pH 5.8 prior to autoclaving. Cotyledon explants were transferred to B$_5$0 medium (identical to B$_5$BA but without the BA) after 3–4 weeks.



**FIGURE 6** Dot blot showing NPT II activity in leaves of 14 R1 progeny of a pMON9749 transgenic soybean plant. Dots A–G are nontransgenic leaves; 1–14 are leaves of progeny 1–14, respectively. Those progeny which were GUS positive are designated by an asterisk (*).

MGP  00509783

MGA0025804

These and all other cultured explants were maintained under the same environmental conditions as the germinating seedlings. Cotyledon explants producing shoots were subcultured every 4 weeks onto fresh $B_{30}$ medium. Elongating shoots were removed and placed on $1/2B_{30}$ medium (half the major and minor salts of $B_{30}$ medium) in capped glass vials or in sterile 50 ml disposable plastic centrifuge tubes. Plantlets (rooted shoots) were moved to vermiculite in 2" pots after several new leaves had been produced. These plantlets were then placed in a plastic container which the lid was gradually opened to harden them off prior to growing in the greenhouse. Plantlets that had produced new leaves after hardening off were transplanted into soil and grown in the greenhouse for flowering and seed set.

Bacterial strains. Inoculations were made with *Agrobacterium tumefaciens* strain A208 carrying cointegrates of a disarmed nopaline plasmid (pTiT37-SE[25] or derivatives) and the intermediate plant transformation vectors pMON120[27], 200[27], 273[28], 9749 (Fig. 2), and 894. The integrating plant transformation vector pMON894 contains a chimeric gene for kanamycin resistance similar to that in pMON273. It also includes a gene for glyphosate tolerance. This gene consists of a coding sequence for a mutant form of petunia EPSP synthase cDNA with a reduced affinity for glyphosate which is driven by the CaMV 35S promoter with a duplication of the enhancer region[32] (H. Klee and M. Hayford, unpublished results).

Cultivar screen. Soybean seeds of 100 different soybean cultivars and plant material were aseptically germinated for 5 days on 0.8% Difco purified agar. Hypocotyls were cut into 5 mm segments, and inoculated[34] with *A. tumefaciens* pTiT37-SE::pMON273. The hypocotyl segments were co-cultured with *Agrobacterium* for 2 days on 1/10 SH medium (1/10 the major and minor salts of SH[34]) prior to being placed on MS NAA/K medium containing 500 mg l$^{-1}$ carbenicillin with or without 100 mg l$^{-1}$ kanamycin. MS NAA/K medium is composed of MS salts and organics[33] with 2.15 mg l$^{-1}$ kinetin and 4.68 mg l$^{-1}$ napthalene acetic acid (NAA). Each cultivar sample was represented by 20–40 segments. The hypocotyl segments remained on MS NAA/K for 4 weeks prior to scoring. The number of hypocotyls which produced callus was counted as well as the number of independent calli per explant.

Cotyledon explant transformation. Cotyledon explants of soybean cultivars Delmar, Maple Presto, and Peking were prepared as for regeneration. Transformation with *A. tumefaciens* pTiT37-SE::pMON9749 and pTiT37-SE::pMON894 was carried out as described for the hypocotyls in the cultivar screen. Inoculated cotyledons were cultured as described for cotyledon regeneration, except that the $B_3BA$ medium contained 500 mg l$^{-1}$ carbenicillin and 100 mg l$^{-1}$ cefotaxime with or without 200–300 mg l$^{-1}$ kanamycin. Elongated shoots were cultured in $B_{30}$ medium containing the same kanamycin concentration as the $B_3BA$ medium.

Expression assays. β-glucuronidase (GUS) enzyme activity was located histochemically in unfixed free-hand sections as described by Jefferson[24]. After the histochemical reaction was complete, the sections were fixed in FAA (10% formalin, 5% glacial acetic acid, 42.5% ethanol) for 1 day and cleared in 70% ethanol. The presence of nopaline was assayed by paper electrophoresis[26]. Neomycin phosphotransferase II (NPT II) activity was determined by the dot blot procedure described by McDonnell and co-workers[37]. Kanamycin resistance was assayed by the ability of leaf tissue to produce callus on MS19 medium containing 500 mg l$^{-1}$ carbenicillin, 100 mg l$^{-1}$ cefotaxime, and 100 mg l$^{-1}$ kanamycin. MS19 medium is composed of MS salts and organics with 2 mg l$^{-1}$ BA and 0.5 mg l$^{-1}$ NAA. Whole or cut leaflets were placed on the medium, and if callusing occurred within 4 weeks leaflets were scored as resistant. Nontransgenic leaf tissue failed to callus on this medium. A similar phenotypic assay was performed for glyphosate resistance, except that 1.0 mM glyphosate was included in the medium instead of the kanamycin.

EPSP synthase activity assay. Fresh, young leaves (1 g wet wt) of soybean plants were quickly frozen in liquid nitrogen and macerated in 1 ml of extraction buffer (100 mM Tris-HCl, 1 mM EDTA, 5 mM DTT, 5 mM sodium ascorbate, 1 mM benzamidine hydrochloride, 1 mg ml$^{-1}$ bovine serum albumin, 10% glycerol, 0.1 g ml$^{-1}$ polyvinylpyrrolidone (PVPP), pH 7.1) with a mortar and pestle. The homogenate was centrifuged at 10,000xg for 10 mins at 4°C to remove cell debris. The supernatant was passed through a Sephadex G-50 column equilibrated with a buffer similar to the extraction buffer but lacking PVPP, bovine serum albumin and ascorbate. The filtrate from the column was used for both enzyme and protein analysis. EPSP synthase enzyme

**TABLE 1** Callusing response of soybean hypocotyl segments after inoculation and co-culture with *A. tumefaciens* pTiT37-SE :: pMON273 and subsequent culture on MS NAA/K containing 100 mg l$^{-1}$.

| Cultivar | Total Number | Number Callusing | Total Number Calli |
|---|---|---|---|
| Maple Presto | 35 | 13 | 22 |
| Peking | 35 | 13 | 19 |
| Delmar | 30 | 10 | 18 |
| PI 181537 | 35 | 7 | 10 |
| Cutler 71 | 35 | 5 | 5 |
| Altona | 28 | 3 | 5 |
| Hartz 5370 | 18 | 0 | 0 |

**TABLE 2** Production of transgenic soybean plants from six experiments in which cotyledon explants were transformed with *A. tumefaciens* pTiT37-SE :: pMON9749 or pMON894 and immediately selected with 200 – 300 mg l$^{-1}$ kanamycin. The regeneration response with kanamycin selection is represented as the number of regenerating cotyledons over the total number of cotyledons cultured. Plantlets were designated transgenic by three different assays. Transgenic pMON9749 plants had leaves which were positive in the GUS histochemical reaction and the NPT II dot blot in addition to producing callus on MS19 containing 100 mg l$^{-1}$ kanamycin. Transgenic pMON894 plants had the same positive responses in the NPT II dot blot and the kanamycin callusing assay, but also produced leaves which callused on MS19 containing 1.0 mM glyphosate.

| Construct | Number regenerating/Total | Number of Plantlets | Number transgenic |
|---|---|---|---|
| 9749 | 7/43 | 6 | 1* |
| 9749[†] | 6/130 | 13 | 1 |
| 9749 | 18/88 | 6 | 2 |
| 894 | 21/242 | 35 | 1 |
| 894 | 43/247 | 13 | 1* |
| 894 | 194/650 | 55 | 2 |

\* Progeny analysis described in text.
† This experiment utilized the cultivar Maple Presto, all other experiments shown utilized the cultivar Peking.



FIGURE 7 Southern hybridization analysis of soybean progeny. DNA was isolated from some of the progeny shown in Figure 6, digested with Hind III, separated by agarose gel electrophoresis, blotted to a nylon membrane and hybridized with labeled pMON9749. Lane 1, nontransformed soybean DNA plus 250 pg of digested pMON9749; lane 2, nontransformed soybean DNA; lanes 3–8, soybean progeny 1,5,6,8,13, and 14, respectively. The arrow at the left indicates the position of an internal 2.1 kb pMON9749 fragment that contains the GUS coding sequence. The faintly hybridizing bands seen in lanes 3 and 6 (GUS and NPT II negative progeny) are due to contamination by positive DNA in adjacent lanes. The variations in hybridization intensity in the positive progeny (lanes 4, 5, 7 and 8) are due to unequal DNA loading.

MGP  0050984

MGA0025805

activity was assayed using the HPLC radioassay described previously[55]. Protein was determined by the method of Bradford[50]. EPSP synthase activity is expressed as the specific activity, which is the nmol of EPSP formed $min^{-1}$ mg protein$^{-1}$ in the extract. In order to evaluate the level of EPSP synthase expressed from the EPSP synthase gene in pMON894, enzyme assays were performed in the presence of 0.5 mM glyphosate. Under these conditions, the endogenous EPSP synthase activity was completely inhibited while the mutant EPSP synthase activity resulting from the gene in pMON894 was uninhibited.

Southern hybridization analysis. DNA was prepared from soybean leaf tissue essentially by the method of Murray and Thompson[46]. For Southern hybridization analysis. DNA was digested with Hind III and separated by agarose gel electrophoresis. The gel was treated with three volumes of 0.25 M HCl for 15 mins. DNA fragments were transferred to a Zeta-Probe nylon membrane by capillary transfer with 0.4 M NaOH[41]. The membrane was neutralized by washing in 2X SSC and then prehybridized by incubation for 4 hrs at 60°C in a solution containing 0.25 M sodium phosphate, pH 7.2, 7% SDS, 1% bovine serum albumin, and 1 mM EDTA. For the hybridization probe, plasmid pMON9749 was labeled with $^{32}$P-dCTP by the method of Feinberg and Vogelstein[12]. Hybridization was performed for 20 hrs at 60°C in fresh solution of the same composition as for prehybridization but containing also 10$^6$ dpm per ml of labeled pMON9749. Following hybridization, the membrane was washed twice at room temperature and twice at 60°C in 20 mM sodium phosphate, pH 7.2, 1% SDS, 1 mM EDTA. Autoradiography was performed with an intensifying screen.

### Acknowledgements

We gratefully acknowledge Harry Klee, Maria Hayford, Dilip Shah and Ganesh Kishore for the development of the pMON894 vector and Xavier Delannay and Brad LaVallee for assistance with progeny analysis of greenhouse-grown plants. Valerie London is to be thanked for her valuable assistance in medium preparation. We also wish to thank Joyce Fry, Michael Byrne, Paulette Pierson, Dalia Kudirka, Susan Colburn, Evelyn White, Nannette Bruce, Martha Wright, Michael Carnes, and Robert Kaufman for their past contributions to soybean transformation at Monsanto. Richard Jefferson was most helpful in his discussions on the use of GUS as a histochemical marker.

Received 28 May 1988; accepted 10 June 1988.

### References

1. McCormick, S., Niedermeyer, J., Fry, J., Barnason, A., Horsch, R., and Fraley, R. 1986. Leaf disc transformation of cultivated tomato (*L. esculentum*) using *Agrobacterium tumefaciens*. Plant Cell Reports 5:81–84.
2. Fillati, J. J., Kiser, J., Rose, R., and Comai, L. 1987. Efficient transfer of a glyphosate tolerance gene into tomato using a binary *Agrobacterium tumefaciens* vector. Bio/Technology 5:726–730.
3. Fry, J., Barnason, A., and Horsch, R. B. 1987. Transformation of *Brassica napus* with *Agrobacterium tumefaciens* based vectors. Plant Cell Reports 6:321–325.
4. Umbeck, P., Johnson, G., Barton, K., and Swain, W. 1987. Genetically transformed cotton (*Gossypium hirsutum* L.) plants. Bio/Technology 5:263–266.
5. Basiran, N., Armitage, P., Scott, R. J., and Draper, J. 1987. Genetic transformation of flax (*Linum usitatissimum*) by *Agrobacterium tumefaciens*: regeneration of transformed shoots via a callus phase. Plant Cell Reports 6:396–399.
6. Christou, P., Murphy, J. E., and Swain, W. F. 1982. Stable transformation of soybean by electroporation and root formation from transformed callus. Proc. Natl. Acad. Sci. USA. 84:3962–3966.
7. Lin, W., Odell, J. T., and Schreiner, R. M. 1987. Soybean protoplast culture and direct gene uptake and expression by cultured soybean protoplasts. Plant Physiol. 84:856–861.
8. Cheng, T-Y., Saka, H., and Voqui-Dinh, T. H. 1980. Plant regeneration from soybean cotyledonary node segments in culture. Plant Science Letters 19:91–99.
9. Wright, M. S., Kochler, S. M., Hinchee, M. A., and Carnes, M. G. 1986. Plant regeneration by organogenesis in *Glycine max*. Plant Cell Reports 5:150–154.
10. Barwale, U. B., Meyer, M. M. Jr., and Widholm, J. M. 1986. Screening of *Glycine max* and *Glycine soja* genotypes for multiple shoot formation at the cotyledonary node. Theor. Appl. Genet. 72:423–428.
11. Wright, M. S., Ward, D. V., Hinchee, M. A., Carnes, M. G., and Kaufman, R. J. 1987. Regeneration of soybean (*Glycine max* L. Merr.) from cultured primary leaf tissue. Plant Cell Reports 6:83–89.
12. Ranch, J. P., Oglesby, L., and Zielinski, A. C. 1985. Plant regeneration from embryo-derived tissue cultures of soybeans. In Vitro Cell. & Dev. Biol. 21:653–658.
13. Lazzeri, P. A., Hildebrand, D. F., and Collins, G. B. 1985. A procedure for plant regeneration from immature cotyledon tissue of soybean. Plant Mol. Biol. Rep. 3:160–167.
14. Ghazi, T. D., Cheema, H. V., and Nabors. M. W. 1986. Somatic

# Do you invest in Biotech Stocks?

IF YOU DO, OR ARE THINKING ABOUT IT, *Biotech Investor* will help you pick biotech stocks with the best growth potential. In addition, each month it examines key issues that are shaping the industry's future and tracks the vital statistics of over 100 biotech stocks.

Read by leading biopharmaceutical companies, financial institutions and investment bankers, *Biotech Investor* is one of the industry's most respected publications.

See for yourself. Call 212-397-4400 or write to us for a complimentary copy of *Biotech Investor.*



*Published by Casdin Associates, Inc.*

BIOTECH INVESTOR • 251 West 57th St. • NY, NY 10019 • 212-397-4400

Write in No. 224 on Reader Service Card



# Thermal Microscope Stage

Maintains specimen at any temperature between −20° and +100°C

Fits most standard microscopes

Temperature control is automatic

sensortek INC.

154 HURON AVENUE, CLIFTON NJ 07013, USA • Tel: 201-779-5577

Write in No. 56 on Reader Service Card

MGP 0050985



# Process Liquid Samples

- Emulsification/ Homogenization of Immiscible Liquids
- Dispersion and Deagglomeration of Particulates
- Degassing of Solvents and Samples
- Cell Disruption/ Wall Removal
- Solubilizing Samples

## with ULTRASONIC POWER

### SONICATOR™ Ultrasonic Processors



**Standard Processors:** Complete set up for open batch processing. Wide range of attachments to meet varied sample cooling and processing needs. Units for laboratory, pilot scale, and production applications.



**Continuous Flow Cell:** Attaches directly to ultrasonic probe for processing on a continuous flow through basis.



**Cup Horn:** Ultrasonic processing without probe intrusion allows processing in sealed vessels with continuous cooling. Especially useful when working with radioactive, pathogenic, or other hazardous samples.

## HEAT SYSTEMS —ULTRASONICS
INCORPORATED



1938 New Highway, Farmingdale, NY 11735 □ Telex 14-3101

**For application assistance and information call Heat Line:**
800/645-9846, in New York 516/694-9555, Telex: 14-3101

Write in No. 239 on Reader Service Card

embryogenesis and plant regeneration from embryogenic callus of soybean. *Glycine max* L. Plant Cell Reports 5:152–156.

15. Barwale, U. B., Kerns, H. R., and Widholm, J. M. 1986. Plant regeneration from callus cultures of several soybean genotypes via embryogenesis and organogenesis. Planta 167:173–181.

16. Hammat, N. and Davey, M. R. 1987. Somatic embryogenesis and plant regeneration from cultured zygotic embryos of soybean (*Glycine max* L. Merr.). J. Plant Physiol. 128:219–226.

17. Pedersen, H. C. Christiansen, J., and Wyndaele, R. 1983. Induction and *in vitro* culture of soybean crown gall tumors. Plant Cell Reports 2:201–204.

18. Wang, L. Yin, G., Luo, J., Lei, B., Wang, T., Yao, Z., Li, X., Shao, Q., Jiang, X., and Zhou, Z. 1983. Proceedings First Internat. Symp. of Soybean in Tropical and Subtropical Countries

19. Owens, L. D. and Cress, D. E. 1985. Genotypic variability of soybean response to *Agrobacterium* strains harboring the Ti or Ri plasmids. Plant Physiol. 77:87–94.

20. Byrne, M. C., McDonnell, R. E., Wright, M. S., and Carnes, M. G. 1987. Strain and cultivar specificity in the *Agrobacterium*-soybean interaction. Plant Cell, Tissue and Organ Culture 8:3–15.

21. Hood, E. E., Chilton, W. S., Chilton, M-D., and Fraley, R. T. 1986. T-DNA and opine synthetic loci in tumors incited by *Agrobacterium tumefaciens* A281 on soybean and alfalfa plants. J. Bacteriol. 168:1283–1290.

22. Kudirka, D. T., Colburn, S. M., Hinchee, M. A., and Wright, M. S. 1986. Interactions of *Agrobacterium tumefaciens* with soybean (*Glycine max* (L.) Merr.) leaf explants in tissue culture. Can. J. Genet. Cytol. 28:808–817.

23. Baldes, R., Moos, M., and Geider, K. 1987. Transformation of soybean protoplasts from permanent suspension cultures by cocultivation with cells of *Agrobacterium tumefaciens*. Plant Mol. Biol. 9:135–145.

24. Jefferson, R. A. 1987. Assaying chimeric genes in plants: the GUS gene fusion system. Plant Mol. Biol. Rep. 5:387–405.

25. Rogers, S. G., Klee, H. J., Horsch, R. B., and Fraley, R. T. 1987. Improved vectors for plant transformation: expression cassette vectors and new selectable markers. Methods in Enzymology 153:253–277.

26. Sanders, P. R., Winter, J. A., Barnason, A. R., Rogers, S. G., and Fraley, R. T. 1987. Comparison of cauliflower mosaic virus 35S and nopaline synthase promoters in transgenic plants. Nucleic Acids Research 15:1543–1558.

27. Fraley, R. T., Rogers, S. G., Horsch, R. B., Eichholtz, D. A., Flick, J. S., Fink, C. L., Hoffman, N. L., and Sanders, P. R. 1985. The SEV system: a new disarmed Ti plasmid vector system for plant transformation. BioTechnology 3:629–635.

28. Faccioti, D., O'Neal, J. K., Lee, S., and Shewmaker, C. K. 1985. Light-inducible expression of a chimeric gene in soybean tissue transformed with *Agrobacterium*. BioTechnology 3:241–246.

29. Michelmore, R., Marsh, E., Seely, S., and Landry, B. 1987. Transformation of lettuce (*Lactuca sativa*) mediated by *Agrobacterium tumefaciens*. Plant Cell Reports 6:439–442.

30. Rhodes, C. A., Pierce, D. A., Mettler, I. J., Mascarenhas, D., and Detmer, J. J. 1988. Genetically transformed maize plants from protoplasts. Science 240:204–207.

31. Gamborg, O. L., Miller, R. A., and Ojima, K. 1968. Nutrient requirements of suspension cultures of soybean root cells. Exp. Cell Res. 50:152–158.

32. Kay, R., Chan, A., Daly, M., and McPherson, J. 1987. Duplication of CaMV 35S promoter sequences creates a strong enhancer for plant genes. Science 236:1299–1302.

33. Horsch, R. B., Fry, J. E., Hoffmann, N. L., Eichholtz, D., Rogers, S. G., and Fraley, R. T. 1985. A simple and general method for transferring genes into plants. Science 227:1229–1231.

34. Schenk, R. U. and Hildebrandt, A. C. 1972. Medium and techniques for induction and growth of monocotyledonous and dicotyledonous plant cell cultures. Can. J. Bot. 50:199–204.

35. Murashige, T. and Skoog, F. 1962. A revised medium for rapid growth and bioassays with tobacco tissue cultures. Physiol. Plant. 15:473–497.

36. Otten, L. and Schilperoort, R. A. 1978. A rapid microscale method for the detection of lysopine and nopaline dehydrogenase activities. Biochim. Biophys. Acta 527:497–500.

37. McDonnell, R. E., Clark, R. D., Smith, W. A., and Hinchee, M. A. 1987. A simplified method for the detection of neomycin phosphotransferase II activity in transformed plant tissues. Plant Mol. Biol. Rep. 5:380–386.

38. della-Cioppa, G., Bauer, S. C., Klein, B. K., Shah, D. M., Fraley, R. T., and Kishore, G. M. 1987. Targeting a herbicide-resistant enzyme from *Escherichia coli* to chloroplasts of higher plants. BioTechnology 5:579–584.

39. Bradford, M. M. 1976. A rapid and sensitive method for the quantification of microgram quantities of protein utilizing the principle of protein-dye binding. Anal. Biochem. 72:248–254.

40. Murray, M. G. and Thompson, W. F. 1980. Rapid isolation of high molecular weight plant DNA. Nucleic Acids Res. 8:4321–4325.

41. Reed, K. C. and Mann, D. A. 1985. Rapid transfer of DNA from agarose gels to nylon membranes. Nucleic Acids Res. 13:7207–7221.

42. Feinberg, A. P. and Vogelstein, B. 1983. A technique for radiolabeling DNA restriction endonuclease fragments to high specific activity. Analytical Biochemistry 132:6–13.

43. Jefferson, R. A., Burgess, S. M., and Hirsch, D. 1986. β-glucuronidase from *Escherichia coli* as a gene fusion marker. Proc. Natl. Acad. Sci. USA 83:8447–8151.

MGP 0050986

MGA0025807

# EXHIBIT 17

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 18

# United States Patent [19]

## Comai

[11]  Patent Number:  **4,535,060**

[45]  Date of Patent:  **Aug. 13, 1985**

[54] **INHIBITION RESISTANT 5-ENOLPYRUVYL-3-PHOSPHOSHIKIMATE SYNTHETASE, PRODUCTION AND USE**

[75] Inventor:  Luca Comai, Davis, Calif.

[73] Assignee:  Calgene, Inc., Davis, Calif.

[21] Appl. No.:  455,634

[22] Filed:  Jan. 5, 1983

[51] Int. Cl.³ ............... C12N 15/00; C12N 1/20; C12N 1/00; C12P 19/34

[52] U.S. Cl. ................ 435/172.3; 435/172.1; 435/91; 435/253; 435/317; 435/232; 536/27; 935/14; 935/29; 935/72

[58] Field of Search ............ 435/91, 172.3, 193, 435/253, 317, 240, 879, 183, 232, 172.1, 172.2; 536/27

[56]    **References Cited**

### U.S. PATENT DOCUMENTS

3,957,587  5/1976  Armbruster et al. ........ 435/172.1 X
4,237,224  12/1980  Cohen et al. ................ 435/172.3 X
4,278,765  7/1981  Debabov et al. ............. 435/172.3

### FOREIGN PATENT DOCUMENTS

0035831  9/1981  European Pat. Off. ........... 435/172

### OTHER PUBLICATIONS

*Biochemistry of Bacterial Growth* (Eds. Mandelstam et al.), 3rd Ed., pp. 278–282, 1982.

Rogers, S. G. et al., *Appl. Environ. Microbiol.*, vol. 46(1), pp. 37–43, 1983.

Comai, L. et al., *Science*, vol. 221, pp. 370–371, 1983.

Meyers, et al., Journal of Bacteriology, vol. 124(3), pp. 1227–1235 (Dec. 1975).

Roisch et al., Hoppe–Seyler's Zeitschrift Für Physiological Chemistry, vol. 361(7), pp. 1049–1058, (Jul. 1980).

*Genetic Maps*, vol. 2, Jun. 1982, Stephen J. O'Brien (Ed), Cold Spring Harbor Laboratory, pp. 108–121.

*Primary Examiner*—Thomas G. Wiseman
*Assistant Examiner*—Jayme A. Huleatt
*Attorney, Agent, or Firm*—Bertram I. Rowland

[57]    **ABSTRACT**

Enhanced resistance to glyphosate, an inhibitor of the aromatic amino acid biosynthesis pathway, is imparted to a glyphosate sensitive host. A mutated aroA gene is employed which expresses 5-enolpyruvyl-3-phosphoshikimate synthetase (EC: 2.5 1.19) (ES-3-P synthetase) Methods are provided for obtaining the aroA mutation which provides the enzyme resistant to inhibition by glyphosate, means for introducing the structural gene into a sensitive host, as well as providing a method of producing the enzyme.

The *E. coli* strain C600(pPMG1) has been deposited at the A.T.C.C. on Dec. 14, 1982 and been given A.T.C.C. accession no. 39256.

**8 Claims, No Drawings**



DEFENDANTS'
EXHIBIT
0131
1:97CV1138

EXHIBIT
PX 1441
5 DK 9/17/98

4,535,060

## 1

### INHIBITION RESISTANT 5-ENOLPYRUVYL-3-PHOSPHOSHIKIMATE SYNTHETASE, PRODUCTION AND USE

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

Hybrid DNA technology provides new opportunities for preparing a wide variety of novel compounds having enhanced or unique properties. Cellular life is dependent upon the ability to perform enzyme reactions which provide energy for the cell and produce components essential to the cell's viability. Where a number of cells coexist in relative proximity, it has been frequently of interest to be able to select for one group of cells as against the other group of cells. This mode of selection has found extensive use in hybrid DNA technology in selecting for transformants and transductants.

For the most part, antibiotic resistance has been employed as a marker which is introduced into the cell in conjunction with one or more other structural genes of interest. There are numerous other situations, where one is interested in selecting for cells, where a group of cells is undesired. Coming within such categories are such diverse situations as oncogenesis, where one wishes to selectively destroy tumor cells, in the use of herbicides, where one wishes to select for a crop plant as against a weed, and in therapy against pathogens, where one wishes to destroy an invading microorganism while having minimal effect on the host. The opportunity to introduce DNA in a form where it can express enhanced resistance to a biocidal agent permits one to use enhanced amounts of the biocidal reagents while protecting the host against any detrimental effect from the biocide or biostat.

In those situations, where protection is afforded by producing an enzyme which is insensitive to the biocide or can destroy the biocide, the mutated gene affords a new product which can have a wide variety of useful properties. Enzymes can be used as labels, particularly in diagnostic assays, for the production of products. in assaying for substrates and inhibitors, purification, and the like. The ability to modify an enzyme's specificity can allow for the catalysis of reactions otherwise not available to the enzyme, enhanced activity of the enzyme, or enhanced selectivity of the enzyme.

#### 2. Brief Description of the Prior Art

Hollander and Amrheim, *Plant Physiol.* (1980) 66:823–829; Amrheim et al., ibid. (1980) 66:830–834 and Steinrueken and Amrheim, *Biochem. Biophys. Res. Comm.* (1980) 94:1207–1212, report the biochemical characterization of a target site for glyphosate. This site was identified as a step of the shikimic acid pathway present in plants and bacteria in providing the precursor to aromatic amino acids.

### SUMMARY OF THE INVENTION

Novel DNA sequences and constructs are provided which can be used for expression of an enzyme in the shikimic acid pathway, which enzyme has reduced sensitivity to glyphosate. The sequences and constructs can be used for producing the enzyme, which finds use in a wide variety of applications as a label in assays and in the production of its normal product and in providing protection to a cellular host from glyphosate. A method is provided for producing the mutated enzyme.

## 2

### DESCRIPTION OF SPECIFIC EMBODIMENTS

In accordance with the subject invention. DNA sequences are provided which express a glyphosate resistant enzyme in the shikimic acid metabolic pathway, particularly the enzyme which catalyzes the conversion of phosphoenolpyruvate and 5-phosphoshikimic acid to 5-enolpyruvyl-3-phosphoshikimic acid. The enzyme is 5-enolpyruvyl-3-phosphoshikimate synthetase (EC: 2.5.1.19) (hereinafter referred to as "ES-3-P synthetase"). The structural gene expresses an enzyme which is strongly resistant to glyphosate (N-phosphonomethyl glycine), so that the enzyme is active in the presence of significant amounts of glyphosate and can impart glyphosate resistance to a glyphosate sensitive cell in which the structural gene can be expressed. DNA constructs are provided which include the structural gene sequence for expression of the glyphosate resistant ES-3-P synthetase, which constructs may be introduced into a variety of hosts in a variety of ways and depending upon the nature of the construct and the host, may be present as an episomal element or integrated into the host chromosome.

The structural gene providing the glyphosate resistant ES-3-P synthetase can be obtained as a mutation in the aroA gene of a glyphosate sensitive host. The host may be mutagenized in a variety of ways, either physically or chemically, and mutants selected by their glyphosate resistance. In addition, mutants may be further selected by cotransduction with aroA, so as to change an aroA auxotroph to prototrophy.

The mutagenized glyphosate resistant hosts are mutagenized a second time and selected at a higher level of glyphosate resistance, as well as the ability to cotransduce to change an aroA⁻ host to aroA⁺. The resultant glyphosate resistant hosts are then used to produce a genomic bank, where the intact structural gene may be obtained on fragments of 25 Kb or less. Initially, the genomic bank must be introduced into an appropriate host, so that glyphosate resistance may be selected and the genomic fragment excised from the episomal element for further genetic manipulation to provide for a fragment less than about 5.5 Kb containing the intact structural gene for ES-3-P synthetase.

Once the fragment has been isolated, the fragment or portions of the fragment may then be used as probes for selecting for structural genes providing for glyphosate resistant ES-3-P synthetase. The structural genes of interest will be on fragments of less than about 5 Kb, preferably less than about 2 Kb and will include at least a portion of the aroA structural gene, usually the entire aroA structural gene. The fragment will be able to complement a wide variety of aroA mutations, transferring prototrophy to aroA auxotrophs. The DNA sequence may come from either prokaryotes or eukaryotes. Illustrative prokaryotes and eukaryotes include bacteria such as Salmonella and Escherichia. fungi, such as Aspergillus and yeast, plants, algae. such as green and blue-green algae. etc., particularly cells which are glyphosate sensitive.

The DNA sequence containing the structural gene expressing the glyphosate resistant ES-3-P synthetase may be joined to a wide variety of other DNA sequences for introduction into an appropriate host cell. The companion sequence will depend upon the nature of the host, the manner of introduction of the DNA sequence into the host, and whether episomal maintenance or integration is desired

4,535,060

| 3 | 4 |

For prokaryotic hosts, a wide variety of vectors exist which may be used for introduction of the DNA sequence into a prokaryotic host. DNA sequences include a wide variety of plasmids, such as pBR322, pA-CYC184, pMB9, pRK290, etc.; cosmids, such as pVK100, or by transduction, using a virus, e.g. P22, etc.

For eukaryotic hosts, a wide variety of techniques may be employed for DNA introduction into the host, such as transformation with $Ca^{++}$-precipitated bare DNA, a plasmid or a minichromosome, which DNA can be replicated and the structural gene expressed in the host, or introduction into the host as the structural gene and flanking regions by direct insertion, e.g. micropipette, whereby the DNA may be integrated into the host genome. Alternatively, episomal elements may be employed, such as tumor inducing plasmids, e.g., Ti, Ri or fragments thereof or viruses, e.g., CaMV, TMV or fragments thereof, which are not lethal to the host, and where the structural gene is present in such episomal elements in a manner allowing for expression of the structural gene. Particularly of interest are fragments having the replication function and lacking other functions such as oncogenesis, virulence, etc.

The first stage of the subject invention is the development of a DNA sequence which is capable of expressing a glyphosate resistant protein which is capable of fulfilling the function of ES-3-P synthetase. An appropriate host is employed which is glyphosate sensitive, can be grown in vitro, and has the capability of expressing the ES-3-P synthetase structural gene to provide the desired enzyme. It is not necessary that the host which is ultimately to be provided with glyphosate resistance be the same as the host which is mutagenized. As already indicated, the glyphosate resistance may be provided as a result of having a stable episomal element or by a recombination event resulting in integration of the structural gene coding for the glyphosate resistant ES-3-P synthetase. Either prokaryotic or eukaryotic hosts may be employed for the mutagenesis, the host being chosen based on its glyphosate resistance, ease of selection, efficiency of growth, and utility of the mutagenized structural gene for use in the ultimate host.

Conveniently, mutagenesis may be achieved by a wide variety of conventional techniques, either physical or chemical. Chemical mutagenic agents include ethyl methanesulfonate, diazo reagents, e.g. N-nitroso, N-methyl glycine, psoralens, etc. Physical mutagenic agents include ultraviolet light, X-rays, etc.

Since the parent cell is glyphosate sensitive, selection can be carried out by selecting for glyphosate resistance. Glyphosate resistance may be as a result of a number of different types of changes in the cell and in order to ensure that the mutagen provides an enzyme which is glyphosate resistant, it is necessary to establish that the mutation has occurred in the aroA gene. This can be achieved by employing cotransduction to an aroA auxotroph and selecting for glyphosate resistance and aroA+.

Cotransduction can be achieved with a wide variety of viruses (including phage) which are capable of transferring DNA from the genome of the host to another host in which the virus is temperate. In this manner, one can transduce a second host, employ an appropriate lysate, and select for the transduced host with glyphosate resistance, as well as aroA prototrophy. The resulting modified cells may now be mutagenized again or as many additional times as desired, repeating the transfers and selecting for continuously enhanced glyphosate

resistance. Desirably, a host should be capable of multiplying in the presence of at least about 0.5 mg/ml of glyphosate, preferably in the presence of about 1 mg/ml glyphosate and even more preferred in the presence of at least 1.5 mg/ml glyphosate in a nutrient medium without the presence of aromatic amino acid in the nutrient medium.

When the desired level of glyphosate resistance has been achieved, the mutagenized aroA locus may be isolated and cloned. Depending upon the choice of restriction enzyme, either partial or complete digestion will be employed. Alternatively, one could initially isolate the gene from a genomic library by subcloning employing aroA complementation. The gene could then be mutagenized as described above or by in vitro mutagenesis, changing one or more codons. The mutagenized gene may then be excised and gene fragments isolated.

The resulting fragments may then be cloned employing an appropriate cloning vector. Cloning can be carried out in an appropriate unicellular microorganism, e.g. a bacterium such as E. coli. Desirably, one may use a cosmid, where partial or complete digestion provides fragments having about the desired size. For example, the cosmid pVK100 may be partially digested with BglII and may be ligated to the fragments resulting from a Sau3A digestion of the genome of a glyphosate resistant cell. Packaging will insure that only fragments of the desired size will be packaged and transduced into the host organism.

The host organism may be selected for glyphosate resistance and/or aroA+. The recipient strains may be modified to provide for appropriate genetic traits which allow for selection of transductants. In microorganisms, the transductants may be used for conjugation to other microorganisms, using a mobilizing plasmid as required. Various techniques may then be used for reducing the size of the fragment containing the structural gene for the glyphosate resistant ES-3-P synthetase. For example, the cosmid vector may be isolated, cleaved with a variety of restriction endonucleases, e.g. BglII, HindIII, et cetera, and the resulting fragments cloned in an appropriate vector, conveniently the cosmid vector previously used. A fragment of less than about 5.5 Kb, usually less than about 5 Kb, conveniently less than 2 Kb, can be cloned and provide for aroA complementation and the glyphosate resistant ES-3-P synthetase.

The enzyme may be produced from any convenient source, either prokaryotic or eukaryotic. Where secretion is not obtained, the enzyme may be isolated by lysing the cells and isolating the ES-3-P synthetase according to known ways. Useful ways include chromatography, electrophoresis, affinity chromatography, or the like. Conveniently, N-phosphonomethyl glycine may be conjugated through an appropriate functionality, e.g., the carboxyl group to an insoluble support and used as a packing for the isolation of the ES-3-P synthetase. The purified enzyme can be used in a wide variety of ways. It may be used directly in assays for phosphoenolpyruvate, 3-phosphoshikimic acid and for glyphosate. Alternatively, the subject enzyme can find use as a label in diagnostic assays, by being conjugated to an analyte of interest, e.g. a hapten or antigen, as such assays are described in U.S. Pat. Nos. 3,817,837; 3,654,090 and 3,850,752. The methods of conjugation, as well as the determination of the concentration of an analyte are described in extensive detail in these patents,

4,535,060

| 5 | 6 |

and the appropriate portions of the disclosure are incorporated herein by reference.

The DNA sequence encoding for the glyphosate resistant ES-3-P synthetase may be used in a variety of ways. The DNA sequence may be used as a probe for isolation of wild type or mutated ES-3-P synthetase. Alternatively, the DNA sequence may be used for integration by recombination into a host to provide for the production by the host of glyphosate resistance.

With plant cells, the structural gene may be introduced into a plant cell nucleus by micropipette injection for integration by recombination into the host genome. Alternatively, temperate viruses may be employed into which the structural gene may be introduced for introduction into a plant host. Where the structural gene has been obtained from a source having regulatory signals which are not recognized by the plant host, it may be necessary to introduce the appropriate regulatory signals for expression. Where a virus or plasmid, e.g. tumor inducing plasmid, is employed and has been mapped, a restriction site can be chosen which is downstream from a promoter into which the structural gene may be inserted at the appropriate distance from the promoter. Where the DNA sequences have not been sequenced, one can chew back for various times with a exonuclease, such as Bal31 or restrict. Methods for introducing viruses and plasmids into plants are amply described in the literature. (Matzke and Chilton, J. of Molecular and Applied Genetics (1981) 1:39–49.)

By modifying plants with glyphosate resistant ES-3-P synthetase, one can use glyphosate as a herbicide with a wide variety of crops at concentrations which ensures the substantially complete or complete removal of weeds, while leaving the crop relatively unaffected. In this manner, substantial economies can be achieved in that fertilizers may be more efficiently utilized, and the detrimental effects resulting from the presence of weeds avoided.

The glyphosate resistant mutated ES-3-P synthetase will have a $K_d$ which is at least about 10 fold greater than the wild type enzyme from the host. The specific activity at 28° C. at concentrations of from about 1–10 times $K_m$, for 3-phosphoshikimic acid will be at least about twice for the mutated synthetase as compared to the enzyme from the original strain. At a concentration of $10 \times$ Km of 3-phosphoshikimate and $5 \times 10^{-3}$M glyphosate, the inhibition of the mutated synthetase will be less than half, preferably less than a quarter of the inhibition of the synthetase from the original strain.

The following examples are offered by way of illustration and not by way of limitation.

## EXPERIMENTAL

### Materials and Methods

Media and Bacterial Strains
The bacterial strains used are listed in Table 1

TABLE 1

| | Bacterial Strains | |
|---|---|---|
| Designation | Pertinent genotype/ phenotype | Origin/reference |
| *S. typhimur- ium* | | |
| TA831 | aroA + hisF645 | Ames |
| A1 | aroA1 | [b] |
| A124 | aroA124 | [b] |
| A148 | aroA148 | [b] |
| STK1 | aroA + | P22TTA831 − A1. this work |

TABLE 1-continued

| | Bacterial Strains | |
|---|---|---|
| Designation | Pertinent genotype/ phenotype | Origin/reference |
| CTF3 | aroA +, Pmg[c] | P22TA831/ EMS × A1. this work |
| CT7 | aroA +. Pmg | EMS × A1. this work P22CTF3/ EMS + A1. this work |
| *E. coli* | | |
| HB101 | recA, hsdR | B. Bachmann[c] |
| WAE2 | hsdR2, hsdA + | B. Bachmann |
| SK472 | serB22. zjj-202::Tn10 | S. Kushner |
| AB2829 | aroA hsdR + | B. Bachmann |
| AB1321 | aroA hsdR + | B. Bachmann |
| JF568 | aroA hsdR + | B. Bachmann |
| LCK8 | hsdR2. zjj-202::Tn10 | P1SK472 × WAE02. this work |
| LC1 | aroA hsdR2. zjj-202::Tn10 | P1LCK8 × JF568. this work |
| LC2 | aroA hsdR2. zjj-202::Tn10 | P1LCK8 × AB1321. this work |
| LC3 | aroA hsdR2. zjj-202::Tn10 | P1LLK8 × AB2829. this work |
| NS428 | | [d] |
| NS433 | | [d] |

[a]Nishioka et al., Genetics (1967) 56: 341–351.
[b]Gollub et al., J. Biol. Chem. (1967) 242: 5323–5328.
[c]Bachmann, *E. coli* Genetic Stock Center. Dept. of Human Genetics. Yale University, New Haven, Connecticut.
[d]Enquist, L. & N. Sternberg, Meth. Enzymol., 1979, 281–298 (Academ. Pr., NY)

### Selection and Testing for Glyphosate Resistance

Glyphosate was added to M9 medium after autoclaving. For selection experiments, a commercial solution of glyphosate was used. Resistant mutants were isolated by plating bacterial suspensions in M9 broth or on M9 solid medium supplemented with varying amounts of glyphosate. The level of resistance achieved by the mutants was scored by three types of tests: a spot test, consisting of toothpicking a small colony from a nonselective to a selective medium; a streak test, consisting of streaking cells on a selective plate to obtain single colonies; and growth curves, to determine the kinetics of growth in liquid medium supplemented with glyphosate.

### DNA Transformation and Transduction of Packaged Cosmid DNA

DNA transformation was performed according to Mandel and Higa, J. Mol. Biol. (1970) 53:159–162. Competent cells were stored at −70° C. in 15% glycerol. Cells for transduction of packaged cosmid DNA were grown to late log phase in 1 ml of LB broth supplemented with 0.4% maltose. Cells were pelleted and resuspended in 0.1 ml of 10 mM MgSO4 to which was added 20–100 μl of a packaged cosmid suspension. Phage particles were allowed to absorb to cells for 20 min. at 37° C. Transductants were allowed to express for one hour at 37° C. with aeration in 2 ml of LB broth and subsequently plated on selective medium. Using either type of packaging extract, $2 \times 10^5$ cosmids/μg of insert DNA were routinely obtained. Biotec preparations were rated at $10^8$ phages/μg of ligated native lambda DNA while the subject extracts were rated at $10^7$.

### Enzyme Preparation and Assay for ES-3-P Synthetase

*S. typhimurium* strains CT7 and STK1 were grown with aeration for 24 hours at 37° C. in M9 broth. Cells were harvested by centrifugation at 4° C., washed twice with M9 salts, resuspended in 0.01M Tris-HCl (pH 8.2) and sheared with a French press at 20,000 psi. The homogenate was centrifuged at 16,000 g for 40 min and

7
4,535,060
8

the supernatant treated with 2% protamine sulfate (1.0 ml of 2% protamine sulfate for every 35 mg of protein). The precipitate was removed by centrifugation at 18,000×g for 35 min. resuspended and used for enzyme assays. Activity of the enzyme was determined by measuring the rate of release of inorganic phosphate (Heinonen and Lahti, Anal. Biochem. (1981) 113:313–317).

A typical assay mixture contained 150 μmole maleic acid buffer (pH 5.6), 2.88 μmole phosphoenolpyruvate, 4.08 μmole 3-phosphoshikimate and the enzyme fraction in a total volume of 1.5 ml. The reaction was started by addition of the enzyme after pre-incubation of the assay mixture at 37° C. for 5 min. Aliquots were taken at timed intervals and mixed immediately with the reagents for phosphate analysis. The low pH of the reagent (1.25N H₂SO₄) terminated enzyme activity.

## RESULTS

Isolation of Glyphosate Resistant Mutants Mapping in the aroA Locus

S. typhimurium strain TA831 did not form colonies on solid M9 medium containing more than 200 μg/ml of glyphosate. For initial selection the concentration of 350 μg/ml for screening glyphosate resistant mutants was chosen. Spontaneous mutants appeared at a frequency of 5×10⁻⁸ per cell plated. In none of ten independent mutants tested did glyphosate resistance cotransduce with aroA.

To improve the chances of finding aroA mutants, chemical mutagenesis was employed, as well as an enrichment step in which glyphosate resistant mutants mapping in aroA were selected on 35.0 μg/ml glyphosate by cotransduction. After mutagenesis of S. typhimurium strain TA831 with ethyl methanesulfonate, the frequency of glyphosate resistant mutants was 1×10⁻⁴ per cell plated. Two groups of 10,000 mutants originating from independent mutagenesis experiments were used to prepare a mixed lysate of P22. This was then used to transduce S. typhimurium strain A1. Cells were plated on M9 medium and M9 plus glyphosate. The number of colonies appearing on glyphosate plates was one hundredth of those appearing on M9 alone. None (<10⁻⁵) appeared when a phage lysate from unmutagenized strain TA831 was used. Ten glyphosate resistant mutants were tested and all cotransduced with aroA. These results suggest that about 1% of all mutations conferring glyphosate resistance mapped close to, or in, aroA. One of the mutants was chosen for further characterization and was designated strain CTF3. By a spot test it was resistant to 350 μg/ml of glyphosate. A second cycle of mutagenesis was carried out on strain CTF3 to obtain a higher level of resistance to glyphosate. Ten cultures were treated with ethyl methanesulfonate, and plated on 1 mg/ml of glyphosate. Resistant colonies appeared with a frequency of 10⁻⁶ per cell plated. Ten thousand mutants were again pooled for each mutagenesis group and lysates prepared from each pool used to transduce strain A1. Transductants were selected on M9 and M9-supplemented with 1 mg/ml glyphosate. Selection for aroA+ gave 10⁻⁵ transductants per cell plated. Selection for aroA+, glyphosate resistant cells gave a transduction frequency of 10⁻⁸ In fifteen of twenty transductants tested, glyphosate resistance cotransduced with aroA. From these results it was deduced that approximately 1×10⁻³ mutations obtained in the mutagenesis of strain CTF3 mapped close, or in, the aroA locus. The phenotype expressed by these mutants is designated Pmgʳ No significant

difference in resistance levels was detected among fifteen separate mutants. All formed colonies in 48 hours when streaked on M9 medium containing 2 mg/ml of glyphosate. Mutant CT7 was chosen for further characterization. Pmgʳ in this strain cotransduced 97–99% of the time with aroA1, aroA126 and aroA248.

Mechanism of Glyphosate Resistance

Resistance to glyphosate mediated by a mutation(s) at the aroA locus could result from altered regulation leading to overproduction of 5-enolpyruvyl-3-phosphoshikimate synthetase or to a structural alteration of the enzyme. To distinguish between these two hypotheses, in vitro enzyme preparations were assayed from Salmonella strains STK1 and CT7 which are the wild type and mutant strain respectively. 5-Enolpyruvyl-3-phosphoshikimate synthetase activities from wild type and glyphosate resistant mutants differed by Km for 3-phosphoshikimate, Kd for glyphosate, and at high concentration of 3-phosphoshikimate, by specific activity. These results are summarized in Table 2.

## TABLE 2[a]

| Source[c] | Specific activity[b] 3-P-shikimate, conc. M | | Km 3-P-shikimate | Kd glyphosate |
|---|---|---|---|---|
| | 3.4 × 10⁻⁴ | 3.4 × 10⁻³ | | |
| STK 1 | 0.7 × 10⁻⁶ | 1.7 × 10⁻⁶ | 3.4 × 10⁻⁶ | 2.2 × 10⁻⁵ |
| CT7 | 1.1 × 10⁻⁶ | 3.7 × 10⁻⁶ | 2.8 × 10⁻³ | 1.9 × 10⁻⁴ |

[a]Enzyme preparations were obtained as described in Materials and Methods. Phosphoenolpyruvate was 2.5 × 10⁻¹ M in all assays.
[b]pj - mi⁻¹-sec.⁻¹-μg protein⁻¹
[c]Cells of the wild type, STK1 and of the glyphosate resistant mutant, CT7 were grown in minimal medium to early stationary phase.

The above assays were performed on enzyme preparations obtained from cells grown in minimal medium. To determine whether the enzyme of the glyphosate resistance mutant was differentially regulated during glyphosate induced stress, STK1, the wild type, and CT7, the mutant, were grown in minimal medium supplemented, respectively, with 70 μg/ml and 1000 μg/ml of glyphosate. These conditions give approximately 20–30% growth inhibition The specific activity of preparations from cells grown in the presence of glyphosate was 10% higher than that found in preparations from cells grown without glyphosate. This increase in activity was exhibited both by STK1 and CT7, ruling out that in the glyphosate resistant mutant, the enzyme would be overproduced in response to glyphosate.

The growth kinetics of both S. typhimurium and E. coli strains with wild type and mutant aroA locus were investigated. In minimal medium strains of either genus harboring the aroA-Pmgʳ allele only exhibited a 15% lower growth rate than the isogenic line harboring either the wild type allele, or both wild type and Pmgʳ alleles. At 100 μg/ml glyphosate, wild type E. coli showed 40% inhibition of growth rate. At one mg/ml glyphosate, no growth was observed. The aroA E. coli strain LCJ harboring pPMG1 (to be described subsequently) was not significantly inhibited at 2000 μg/ml of glyphosate.

Cloning of the aroA and aroA Pmgʳ Locus

Chromosomal DNA from strain CT7 was partially digested with the restriction endonuclease Sau3A. pVK100, a low copy number. 23 Kb cosmid vector (Knauf and Nester, Plasmid (1982) 8:45–54), was partially digested with BglII to avoid excision of the cos site which is on a BglII fragment Equal amounts of

9

4,535,060

10

vector and insert DNA were mixed, ligated, and packaged in lambda capsids as described in Methods. Analysis of random transductants from the bank revealed that 60% of them harbored cosmid DNA of the expected size (45 Kb), consisting of the vector pVK100 and an average chromosomal insert of 20–25 Kb. To isolate the aroA-Pmg' gene *E. coli* aroA mutants were complemented. Due to the presence of Salmonella DNA the bank did not transduce hsdR+ strains of *E. coli*. Three *E. coli* strains were constructed which were both aroA and hsdR. For this purpose strain SK472, in which zjj202::Tn10 is linked to hsdR+, was used. By transducing zjj202::In10 in strain WA802 and selecting for tetracycline resistant, serine auxotrophic, restriction deficient recombinants, zjj202::Tn10 was linked to the hsdR2 allele. This was introduced into three different aroA mutants by selection for Tn10. The three new strains derived from JF568, AB1321 and AB2829 were, respectively, designated LC1, LC2 and LC3. LC3 was chosen for further experiments since it had the lowest aroA+ reversion rate. After transduction of the Salmonella CT7 DNA bank into strain LC3, 500 kanamycin resistant transductants were screened for growth on minimal medium. Two aroA+ clones were found. When tested for glyphosate resistance they were found to be as resistant as strain CT7. Plasmid DNA was isolated from these clones and both harbored a 45 Kb cosmid which by preliminary restriction endonuclease analysis were found to be similar. One of the two plasmids (pPMG1) was chosen for further characterization.

When introduced by transformation into the appropriate *E. coli* strains, pPMG1 complemented all aroA mutations tested (see Table 1); in addition, it conferred glyphosate resistance to all strains into which it was introduced, either aroA or aroA+. By conjugation, using pRK2013 (Ditta et al., PNAS USA (1980) 77:7347–7351) as a mobilizing factor, pPMG1 was introduced into *S. typhimurium* strains A1, A124 and A148 where it conferred an aroA+ Pmg' phenotype. Enzymatic characterization of aroA+ *E. coli* transformants confirmed the phenotypic response, since ES-3-P synthetase activity in these strains was indistinguishable from that in strain CT7. It was concluded that the aroA-Pmg' gene was cloned. The wild type aroA allele was also cloned using a similar protocol. Two cosmids were isolated from a bank of STK1 DNA. They carried a common region of approximately 10 Kb and were designated pAROA1 and pAROA2.

To subclone the aroA-Pmg' gene, plasmid pPMG1 was digested with the restriction endonuclease BglII. Three insert fragments were found that were 10, 9.6 and 1.6 Kb in size, respectively. Plasmid pPMG1 was digested to completion with BglII, ligated in vitro and the DNA transformed into strain LC2 selecting for aroA complementation. Clones were screened and plasmids containing the 10 Kb BglII fragment in both orientations relative to the vector pVK100 were identified. Plasmids pPMG5 and pPMG6 complemented aroA *E. coli* strains and conferred high levels of glyphosate resistance. Further subcloning was accomplished by digesting plasmid pPMG5 with BglII and HindIII and ligating in vitro. Strain LC2 was transformed and colonies

which were aroA+ and kanamycin sensitive were selected. Analysis of plasmids contained in these clones showed a 5.5 Kb BglII/HindIII Salmonella DNA segment that complements aroA *E. coli* strains and confers high levels of glyphosate resistance (approx. 2 mg/ml). This plasmid was designated pPMGII. An electrophoresis gel indicated that plasmids pPMG1, pPMG5 and pPMGII as well as pAROA1 (a plasmid containing the wild type Salmonella aroA+ allele) all contain the 5.5 Kb BglII/HindIII DNA segment.

In accordance with the subject invention, herbicidal resistance can be imparted to a sensitive host to provide for enhanced protection of the cells of the host. In addition, mutant enzymes can be produced which can find utility in a wide variety of situations involving enzymes as labels, for the measurement of various compounds, as well as for the production of products, where the enzyme may be free of inhibition from contaminants which inhibit or interfere with the enzyme catalyzed reaction. In addition, DNA sequences are provided which can be used for probing both wild type and mutated genes expressing ES-3-P synthetase. Furthermore, a method is provided demonstrating a technique for mutating an enzyme in order to modify a selectable property and obtaining genes expressing such an enzyme.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be obvious that certain changes and modifications may be practiced within the scope of the appended claims.

What is claimed is:

1. A culture of cells consisting essentially of cells containing glyphosate resistant 5-enolpyruvyl-3-phosphoshikimate synthetase having at least one mutation originating from in vitro mutation in the aro locus for the structural gene expressing said synthetase, wherein glyphosate inhibition of said synthetase containing said mutation is less than about one-half of the synthetase of the original strain prior to mutation.

2. A culture of cells according to claim 1, wherein said structural gene is on an episomal element.

3. A culture of cells according to claim 2, wherein said cells are prokaryotic.

4. A DNA sequence of less than 5 Kb having a structural gene coding for a glyphosate resistant 5-enolpyruvyl-3-phosphoshikimate synthetase.

5. A DNA sequence according to claim 4, having a mutation originating from in vitro mutation, wherein glyphosate inhibition of said synthetase containing said mutation is less than about one-half of the synthetase of the original strain prior to mutation.

6. A DNA sequence according to claim 5, wherein said synthetase is mutated prokaryotic synthetase.

7. A DNA construct comprising a DNA sequence according to claim 4 and a replication system capable of replication in a cellular host.

8. A DNA construct according to claim 7, wherein said replication system is recognized by a prokaryotic host.

*  *  *  *  *

65

# EXHIBIT 19

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 20



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 077021,405 | 03/04/87 | VAECK | H | MBU 1.1 17 |

```
┌                          ┐
  IAN C. MC LEOD
  531 N. CLIPPERT STREET, STE. B
  LANSING, MI 48912
└                          ┘
```

| EXAMINER |
|---|
| PEETTA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 185 | 4 |

DATE MAILED: 06/27/88

This is a communication from the examiner in charge of your application

COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined   [ ] Responsive to communication filed on _____   [ ] This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. [X] Notice of References Cited by Examiner, PTO-892.
2. [X] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449.
4. [ ] Notice of Informal Patent Application, Form PTO-152
5. [ ] Information on How to Effect Drawing Changes, PTO-1474.
6. [ ] _____

**Part II    SUMMARY OF ACTION**

1. [ ] Claims _1—52_____ are pending in the application.

      Of the above, claims _49_____ are withdrawn from consideration.

2. [ ] Claims _____ have been cancelled.

3. [ ] Claims _____ are allowed.

4. [X] Claims _1—48 and 50—52_____ are rejected.

5. [ ] Claims _____ are objected to.

6. [X] Claims _1—52_____ are subject to restriction or election requirement.

7. [X] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on _____. These drawings are [ ] acceptable; [ ] not acceptable (see explanation).

10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed _____, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application, serial no. _____; filed on _____

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

PTOL-326 (Rev. 7-82)                                EXAMINER'S ACTION

Serial No.  021405                        -2-

Art Unit    185


The Group and/or Art Unit location of your application in the PTO has changed.  To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 185.

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I.  Claims 1-48 and 50-52, drawn to chimeric genes, hybrid plasmids containing said genes, cyonobacteria containing said plasmids as insecticidal compositions, classified in Class 435, subclass 172.3.

II.  Claim 49, drawn to a method of controlling mosquitoes, classified in Class 424, subclass 92.

The inventions are distinct, each from the other, because of the following reasons:

Inventions I and II are related as product and process of use.

The inventions are distinct if either (1) the process for using the product as claimed can be practiced with another and materially different product, or (2) the product as claimed can be used in a materially different process of using the product. MPEP 806.05(h).

In this case, the product as claimed can be used in a materially different process such as a method to produce the 130 kDa peptide in highly purified form.

Because these inventions are distinct for the reasons given above and have acquired a separate status in the art as shown by their recognized divergent sub-

Serial No.  021405                        -3-

Art Unit    185

ject mater restriction for examination purposes as indi-

cated is proper.

During a telephone conversation with Mr. McCleod on

June 2, 1988 a provisional election was made with tra-

verse to prosecute the invention of I, claims 1-48 and

50-52. Affirmation of this election must be made by

applicant in responding to this Office action.  Claim 49

withdrawn from further consideration by the examiner as

being drawn to a nonelected invention.  See 37 CFR

1.142(b).

Applicant should submit a completed form PTO-1449,

"List of Prior Art Cited by Applicant," along with

copies of all prior art known to applicant in order to

comply with 37 CFR 1.56.

The following is a quotation of the first paragraph

of 35 U.S.C. 112:

The specification shall contain a written descrip-
tion of the invention, and of the manner and pro-
cess of making and using it, in such full, clear,
concise, and exact terms as to enable any person
skilled in the art to which it pertains, or with
which it is most nearly connected, to make and use
the same and shall set forth the best mode con-
templated by the inventor of carrying out his
invention.

The specification is objected to under 35 U.S.C.

112, first paragraph, as failing to provide an adequate

written description of the invention and failing to pro-

vide an enabling disclosure.

The invention appears to employ a novel microorga-

Serial No.  021405                    -4-

Art Unit    185


nism expressing the B+8 gene.  In view of the nature of
the biological material, it is unclear if the written
description is sufficiently repeatable to avoid the
need of a deposit.  Further, it is unclear if the writ-
ten description alone is sufficient to provide an
enabling disclosure because it is unknown if the
starting materials were readily available to the public
at the time of the invention.

It appears that deposit of plasmids pMU388, pIBN10,
pBIK1188 and pBTI1188 was made in this application as
filed as noted on page 22 in the specification.  It is
deemed that deposit of plasmid pRBC4 is also required in
order to satisfy the enablement requirements of 35 USC
112, first paragraph.

In order for a deposit to meet all of the criteria
set forth in MPEP 608.01(p)C, applicant or applicant's
representative may provide assurance of compliance with
the requirements of 35 USC 112, first paragraph, in the
form of a declaration averring that:

(a)  during the pendency of this application,
access to the invention will be afforded to the
Commissioner upon request;

(b)  the all restrictions upon the availability
to the public will be _irrevocably_ removed upon
granting or the patent; and

(c)  that the deposit will be permanently main-
tained in public depository for a period of 30
years or 5 years after the last request or for

Serial No.  021405                        -5-

Art Unit    185

the effective life of the patent, whichever is longer.

The specification lacks enablement with regard to claims drawn to a chimeric gene capable of being expressed in Cyanobacteria, a hybrid vector carrying said chimeric gene, a Cyanobacterium transformed with said chimeric gene and said vector and an insecticidal composition comprised of an insect controlling amount of transformed Cyanobacterium.  No evidence is presented in the specification that the DNA constructs are expressed in transformed Synechocystis 6803 or that such transformants can be effectively used as an insecticidal composition.  No evidence is presented in the specification that the chimeric gene comprising a promoter operably linked to a fusion of a DNA fragment encoding a <u>Bacillus</u> insecticidal protein and a DNA fragment such as <u>neo</u> coding for an enzyme capable of serving as a selectable matter in cyanobacteria results in the expression of a fusion protein having these activities.

Claims 1-48 and 50-52 are rejected under 35 U.S.C. 112, first paragraph, for the reasons set forth in the above objection to the specification.

Claims 1-48 and 50-51 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Serial No.  021405                    -6-

Art Unit    185


Claims 1, 16 and 33 are vague and indefinite with
regard to the organization of the elements comprising
the claimed chimeric gene.  A more clear recitation of
the apparently intended concept would be to define how
the claimed elements are operably linked for effective
expression.

Claims 50 and 51 are vague and indefinite in the
recitation of "transformed Cyanobacteria and their pro-
geny" because it is not clear with what the claimed
Cyanobacteria are transformed.

Claim 1 is confusing in the recitation of "a pro-
tein having substantial sequence homology thereto,"
because DNA, not the encoded protein, would exhibit
homology to the claimed DNA fragment.

Claims 1-48 and 50-51 are rejected under 35 U.S.C.
112, first paragraph, as the disclosure is enabling only
for claims limited in accordance with the as filed spe-
cification.  See MPEP 706.03(n) and 706.03(z).

Undue experimentation would be required to practice
the invention as claimed drawn broadly to any chimeric
gene capable of being expressed in any Cyanobacterium
comprising any promoter and a DNA fragment encoding any
insecticidally active protein produced by a Bacillus
strain or said DNA fragment fused to a DNA sequence
encoding any enzyme capable of being expressed in

Serial No. 021405

Art Unit    185

Cyanobacteria and permitting identification of transformants; any hybrid vector carrying said chimeric gene; any Cyanobacterium transformed with said chimeric gene and an insecticidal composition effective in controlling any insect comprised of an insect controlling amount of any transformed Cyanobacteria. Undue experimentation would be required due to the lack of working examples and guidance in the specification, unpredictability in the art, breadth of the claims and amount of experimentation required Ex parte Forman (230 USPQ 546).

Experimentation that would be required to practice the invention as claimed includes cloning and testing of presumptive promoter sequences, cloning of genes encoding insecticidal proteins produced by Bacillus, sequencing of said genes and fusing said genes to promoter sequences, development of transformation protocols for the Cyanobacteria encompassed by the claims, etc. It is uncertain that any gene encoding an insecticidal protein produced by Bacillus will be expressed in any Cyanobacterium due to differences in codon usage, instability of mRNA or protein product, lethality of the protein product, etc. It is uncertain that any gene encoding an insecticidal protein produced by Bacillus will be expressed in any Cyanobacterium at sufficiently high levels that the transformed Cyanobacterium can be

Serial No. 021405

Art Unit   185

-8-

used as an insecticidal composition. The claims encom-
pass a DNA fragment encoding any insecticidally active
truncated form of the protein or a sequence having
substantial homology thereto. However, the specifica-
tion provides no guidance as to where to truncate or
introduce mutations into the diverse DNA fragments
encompassed by the claim. The claims encompass any DNA
fragment encoding an enzyme which can be used to iden-
tify Cyanobacteria transformants fused to the DNA
fragment encoding the insecticidally active protein.
However, no guidance is provided as to how to fuse the
many different DNA sequences encompassed by the claimed.
The hybrid protein may not be active due to improper
folding of the expressed product, precipitation _in vivo_,
etc.

The following is a quotation of 35 U.S.C. 103 which
forms the basis for all obviousness rejections set forth
in this Office action:

A patent may not be obtained though the invention
is not identically disclosed or described as set
forth in section 102 of this title, if the dif-
ferences between the subject matter sought to be
patented and the prior art are such that the sub-
ject matter as a whole would have been obvious at
the time the invention was made to a person having
ordinary skill in the art to which said subject
matter pertains. Patentability shall not be nega-
tived by the manner in which the invention was
made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not

Serial No.  021405                    -9-

Art Unit    185

preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

Claims 1-6, 16-21, 33-38, 47-48 and 52 are rejected
under 35 U.S.C. 103 as being unpatentable over
Dzelzkalns et al (R) in view of Sekar (S) or Sekar et al
(T) and Ganesan et al (U).

Dzelzkalns et al teach a chimeric gene capable of
being expressed in Cyanobacteria composed of a DNA
fragment comprising a promoter region which is effective
for expression of a DNA fragment in Cyanobacteria
operably linked to the structural gene encoding
chloramphenicol acetyl transferase (CAT).  Dezelzkalns
et al further teach a hybrid vector carrying said chi-
meric gene and the cyanobacterium Anacystis transformed
with said chimeric gene.

The chimeric gene, vector and transformed host of
Dzelzkalns et al differ form that claimed in the instant
application in that applicants claim a chimeric gene in
which the structural gene encodes a protein which is
produced by Bacillus thuringiensis, B.t var israelensis,
or B. sphaericus.  However, Sekar or Sekar et al and
Ganesan et al teach genes encoding insecticidally active
proteins produced by Bacillus.  Thus, in the absence of
unexpected results, it would have been obvious to one of

Serial No.  021405                    -10-

Art Unit    185


ordinary skill in the art at the time the invention was
made to substitute the gene(s) taught by the secondary
references for the CAT structural gene of the constructs
of Dzelzkalns et al in order to obtain expression of
these <u>Bacillus</u> genes in transformed cyanobacteria.
Accordingly, the invention as a whole was <u>prima facie</u>
obvious in the absence of unexpected results.

    Claims 7, 22 and 39 rejected under 35 U.S.C. 103 as
being unpatentable over Dzelzkalns et al (R) in view of
Sekar (S) or Sekar et al (T) and Ganesan et al (U) as
applied to claims 1-6, 16-21, 33-38, 47-48 and 52 above,
and further in view of Friedberg et al (as admitted in
specification, page 18, lines 18-21) or Miller et al
(S').

    Friedberg et al teach that the lambda $P_L$ promoter
induces expression in cyanobacteria.  Accordingly, it
would have been obvious to one of ordinary skill at the
time the invention was made to substitute the $P_L$ pro-
moter for the functionally equivalent promoter taught by
Dzelzkalns et al in order to obtain expression of the
<u>Bacillus</u> gene encoding insecticidally active proteins in
transformed cyanobacteria.

    Claims 8-9, 23-24 and 40-41 rejected under 35
U.S.C. 103 as being unpatentable over Dzelzkalns et al
(R) in view of Sekar (S) or Sekar et al (T) and Ganesan

Serial No.  021405                    -11-

Art Unit    185


et al (U) as applied to claims 1-6, 16-21, 33-38, 47-48

and 52 above, and further in view of Nierzwicki-Bauer et

al (R') and Nierzwicki-Bauer et al (S').

    Nierzwicki-Bauer et al (R' and S') teach the

rubisco operon of Anabaena including the nucleotide

sequence of its promoter.  Accordingly, it would have

been obvious to one of ordinary skill in the art at the

time the invention was made to substitute the DNA

sequence from the Anabaena rubisco operon comprising its

promoter, or the equivalent sequence cloned by DNA

hybridization from the closely related Synechocystis

using methods well known in the art at the time the

invention was made, for the functionally equivalent pro-

moter taught by Dzelzkalns et al.   in order to obtain

expression of the Bacillus genes encoding insecticidally

active proteins in transformed cyanobacteria.

    Claims 10-14, 25-29 and 42-46 are rejected under 35

U.S.C. 103 as being unpatentable over Dzelzkalns et al

(R) in view of Sekar (S) or Sekar et al (T) and Ganesan

et al (U) as applied to claims 1-6, 16-21, 33-38, 47-48

and 52 above, and further in view of Chauvat et al (T')

and Reiss et al (U').

    Chauvat et al teach that the gene encoding neomycin

phosphotransferase (neo) can be used as a selectable

maker in Synechocystis transformations.  Reiss et al

Serial No.  021405                    -12-

Art Unit    185


teach that proper fusion of neo to a heterologous gene
will result in a fusion protein product that has Neo
activity.  Accordingly, in the absence of unexpected
results, at the time the invention was made, it would
have been obvious to one of ordinary skill in the art to
fuse the Bacillus genes encoding the insecticidal pro-
tein to the neo gene in order to obtain a fusion protein
which serves as a selectable marker in cyanobacteria and
has insecticidal activity.

Claims 30-32 rejected under 35 U.S.C. 103 as being
unpatentable over Dzelzkalns et al (R) in view of Sekar
(S) or Sekar et al (T) and Ganesan et al (U) as applied
to claims 1-6, 16-21, 33-38, 47-48 and 52 above, and
further in view of Kolowsky et al (R'').

Kolowsky et al teach plasmid constructions designed
for the transformation of Synechoccus by homologous
recombination.  The plasmids contain a bacterial repli-
cation origin allowing growth and isolation from bacterial
hosts.  The plasmids carry a chromosomic fragment of
cyanobacterial DNA within which is placed a foreign DNA
sequence.  The foreign DNA sequence is made resident on
the cyanobacterial chromosome by a homologous recom-
bination event.  Accordingly, it would have been obvious
to one of ordinary skill at the time the invention was
made to place the chimeric gene within a cyanobacterial

Serial No.  021405                        -13-

Art Unit   185


chromosomal DNA sequence in order to introduce said gene

into the cyanobacterial chromosome by a homologous

recombination event.

   Claims 50-51 rejected under 35 U.S.C. 103 as being

unpatentable over Dzelzkalns et al (R) in view of Sekar

(S) or Sekar et al (T) and Ganeson et al (U) as applied

to claims 1-6, 16-21, 33-38, 47-48 and 52 above, and

further in view of Barnes et al (A).

   Branes et al teach use of cellular hosts as a pesti-

cidal composition.  A heterologous gene encoding a

Bacillus insecticidal protein is introduced into a

cellular host where said gene is expressed and within which

said protein accumulates.  The recombinant host cells

are then used as a pesticidal composition.  Accordingly,

it would have been obvious to one of ordinary skill at

the time the invention was made to use the transformed

cyanobacterial cells in which the Bacillus insecticidal

protein had accumulated, as a pesticidal composition as

taught by Barnes et al.

   Applicants are requested to make it of record as to

whether the Ph.D. thesis of Chanun Angsuthanasombat

(page 22) is prior art to the claimed invention of the

instant application.

   Any inquiry concerning this communication should be
directed to Richard C. Peet at telephone number
703-557-5995.

RcP
Peet:meb
6/16/88

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 187



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/021,405 | 03/04/87 | VAECK | H | HSO-1.1-17 |

IAN C. MC LEOD
531 N. CLIPPERT STREET, STE. B
LANSING, MI 48912

| EXAMINER |
|---|
| PEETER |

| ART UNIT | PAPER NUMBER |
|---|---|
| 185 | 4 |

DATE MAILED: 06/27/88

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire **3** month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☒ Notice of References Cited by Examiner, PTO-892.   2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449   4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474   6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☐ Claims __1 - 52_____ are pending in the application.

   Of the above, claim/ __49_____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims __1 - 48 and 50 - 52_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☒ Claims __1 - 52_____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____ These drawings are ☐ acceptable;
   ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____
    has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However,
    the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are
    corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO
    EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

-2-

Serial No.  021405

Art Unit    185

    The Group and/or Art Unit location of your
application in the PTO has changed.  To aid in corre-
lating any papers for this application, all further
correspondence regarding this application should be
directed to Group Art Unit 185.

    Restriction to one of the following inventions is
required under 35 U.S.C. 121:

    I.  Claims 1-48 and 50-52, drawn to chimeric genes,
hybrid plasmids containing said genes, cyonobacteria
containing said plasmids as insecticidal compositions,
classified in Class 435, subclass 172.3.

    II.  Claim 49, drawn to a method of controlling
mosquitoes, classified in Class 424, subclass 92.

    The inventions are distinct, each from the other,
because of the following reasons:

    Inventions I and II are related as product and pro-
cess of use.

    The inventions are distinct if either (1) the pro-
cess for using the product as claimed can be practiced
with another and materially different product, or (2)
the product as claimed can be used in a materially dif-
ferent process of using the product. MPEP 806.05(h).

    In this case, the product as claimed can be used in
a materially different process such as a method to pro-
duce the 130 kDa peptide in highly purified form.

    Because these inventions are distinct for the
reasons given above and have acquired a separate status
in the art as shown by their recognized divergent sub-

Serial No.   021405                          -3-

Art Unit    185

ject mater restriction for examination purposes as indi-
cated is proper.

During a telephone conversation with Mr. McCleod on
June 2, 1988 a provisional election was made with tra-
verse to prosecute the invention of I, claims 1-48 and
50-52. Affirmation of this election must be made by
applicant in responding to this Office action. Claim 49
withdrawn from further consideration by the examiner as
being drawn to a nonelected invention. See 37 CFR
1.142(b).

Applicant should submit a completed form PTO-1449,
"List of Prior Art Cited by Applicant," along with
copies of all prior art known to applicant in order to
comply with 37 CFR 1.56.

The following is a quotation of the first paragraph
of 35 U.S.C. 112:
The specification shall contain a written descrip-
tion of the invention, and of the manner and pro-
cess of making and using it, in such full, clear,
concise, and exact terms as to enable any person
skilled in the art to which it pertains, or with
which it is most nearly connected, to make and use
the same and shall set forth the best mode con-
templated by the inventor of carrying out his
invention.

The specification is objected to under 35 U.S.C.
112, first paragraph, as failing to provide an adequate
written description of the invention and failing to pro-
vide an enabling disclosure.

The invention appears to employ a novel microorga-

Serial No. 021405                    -4-

Art Unit   185

nism expressing the B+8 gene.  In view of the nature of the biological material, it is unclear if the written description is sufficiently repeatable to avoid the need of a deposit.  Further, it is unclear if the written description alone is sufficient to provide an enabling disclosure because it is unknown if the starting materials were readily available to the public at the time of the invention.

It appears that deposit of plasmids pMU388, pIBN10, pBIK1188 and pBTI1188 was made in this application as filed as noted on page 22 in the specification.  It is deemed that deposit of plasmid pRBC4 is also required in order to satisfy the enablement requirements of 35 USC 112, first paragraph.

In order for a deposit to meet all of the criteria set forth in MPEP 608.01(p)C, applicant or applicant's representative may provide assurance of compliance with the requirements of 35 USC 112, first paragraph, in the form of a declaration averring that:

(a)  during the pendency of this application, access to the invention will be afforded to the Commissioner upon request;

(b)  the all restrictions upon the availability to the public will be _irrevocably_ removed upon granting or the patent; and

(c)  that the deposit will be permanently maintained in public depository for a period of 30 years or 5 years after the last request or for

Serial No.  021405                              -5-

Art Unit    185

the effective life of the patent, whichever is
longer.

The specification lacks enablement with regard to
claims drawn to a chimeric gene capable of being
expressed in Cyanobacteria, a hybrid vector carrying
said chimeric gene, a Cyanobacterium transformed with
said chimeric gene and said vector and an insecticidal
composition comprised of an insect controlling amount of
transformed Cyanobacterium.  No evidence is presented in
the specification that the DNA constructs are expressed
in transformed Synechocystis 6803 or that such transfor-
mants can be effectively used as an insecticidal com-
position.  No evidence is presented in the specification
that the chimeric gene comprising a promoter operably
linked to a fusion of a DNA fragment encoding a <u>Bacillus</u>
insecticidal protein and a DNA fragment such as <u>neo</u>
coding for an enzyme capable of serving as a selectable
matter in cyanobacteria results in the expression of a
fusion protein having these activities.

Claims 1-48 and 50-52 are rejected under 35 U.S.C.
112, first paragraph, for the reasons set forth in the
above objection to the specification.

Claims 1-48 and 50-51 are rejected under 35 U.S.C.
112, second paragraph, as being indefinite for failing
to particularly point out and distinctly claim the sub-
ject matter which applicant regards as the invention.

Serial No. 021405                    -6-

Art Unit    185


    Claims 1, 16 and 33 are vague and indefinite with
regard to the organization of the elements comprising
the claimed chimeric gene.  A more clear recitation of
the apparently intended concept would be to define how
the claimed elements are operably linked for effective
expression.

    Claims 50 and 51 are vague and indefinite in the
recitation of "transformed Cyanobacteria and their pro-
geny" because it is not clear with what the claimed
Cyanobacteria are transformed.

    Claim 1 is confusing in the recitation of "a pro-
tein having substantial sequence homology thereto,"
because DNA, not the encoded protein, would exhibit
homology to the claimed DNA fragment.

    Claims 1-48 and 50-51 are rejected under 35 U.S.C.
112, first paragraph, as the disclosure is enabling only
for claims limited in accordance with the as filed spe-
cification.  See MPEP 706.03(n) and 706.03(z).

    Undue experimentation would be required to practice
the invention as claimed drawn broadly to any chimeric
gene capable of being expressed in any Cyanobacterium
comprising any promoter and a DNA fragment encoding any
insecticidally active protein produced by a Bacillus
strain or said DNA fragment fused to a DNA sequence
encoding any enzyme capable of being expressed in

Serial No.  021405

Art Unit   185

Cyanobacteria and permitting identification of transformants; any hybrid vector carrying said chimeric gene; any Cyanobacterium transformed with said chimeric gene and an insecticidal composition effective in controlling any insect comprised of an insect controlling amount of any transformed Cyanobacteria.  Undue experimentation would be required due to the lack of working examples and guidance in the specification, unpredictability in the art, breadth of the claims and amount of experimentation required Ex parte Forman (230 USPQ 546).

Experimentation that would be required to practice the invention as claimed includes cloning and testing of presumptive promoter sequences, cloning of genes encoding insecticidal proteins produced by Bacillus, sequencing of said genes and fusing said genes to promoter sequences, development of transformation protocols for the Cyanobacteria encompassed by the claims, etc. It is uncertain that any gene encoding an insecticidal protein produced by Bacillus will be expressed in any Cyanobacterium due to differences in codon usage, instability of mRNA or protein product, lethality of the protein product, etc.  It is uncertain that any gene encoding an insecticidal protein produced by Bacillus will be expressed in any Cyanobacterium at sufficiently high levels that the transformed Cyanobacterium can be

Serial No.  021405                              -8-

Art Unit   185

used as an insecticidal composition.  The claims encom-

pass a DNA fragment encoding any insecticidally active

truncated form of the protein or a sequence having

substantial homology thereto.  However, the specifica-

tion provides no guidance as to where to truncate or

introduce mutations into the diverse DNA fragments

encompassed by the claim.  The claims encompass any DNA

fragment encoding an enzyme which can be used to iden-

tify Cyanobacteria transformants fused to the DNA

fragment encoding the insecticidally active protein.

However, no guidance is provided as to how to fuse the

many different DNA sequences encompassed by the claimed.

The hybrid protein may not be active due to improper

folding of the expressed product, precipitation _in vivo_,

etc.

   The following is a quotation of 35 U.S.C. 103 which
forms the basis for all obviousness rejections set forth
in this Office action:

   A patent may not be obtained though the invention
   is not identically disclosed or described as set
   forth in section 102 of this title, if the dif-
   ferences between the subject matter sought to be
   patented and the prior art are such that the sub-
   ject matter as a whole would have been obvious at
   the time the invention was made to a person having
   ordinary skill in the art to which said subject
   matter pertains.  Patentability shall not be nega-
   tived by the manner in which the invention was
   made.

   Subject matter developed by another person, which
   qualifies as prior art only under subsection (f)
   and (g) of section 102 of this title, shall not

Serial No.  021405                    -9-

Art Unit   185


preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

Claims 1-6, 16-21, 33-38, 47-48 and 52 are rejected

under 35 U.S.C. 103 as being unpatentable over

Dzelzkalns et al (R) in view of Sekar (S) or Sekar et al

(T) and Ganesan et al (U).

Dzelzkalns et al teach a chimeric gene capable of

being expressed in Cyanobacteria composed of a DNA

fragment comprising a promoter region which is effective

for expression of a DNA fragment in Cyanobacteria

operably linked to the structural gene encoding

chloramphenicol acetyl transferase (CAT).  Dezelzkalns

et al further teach a hybrid vector carrying said chi-

meric gene and the cyanobacterium Anacystis transformed

with said chimeric gene.

The chimeric gene, vector and transformed host of

Dzelzkalns et al differ form that claimed in the instant

application in that applicants claim a chimeric gene in

which the structural gene encodes a protein which is

produced by Bacillus thuringiensis, B.t var israelensis,

or B. sphaericus.  However, Sekar or Sekar et al and

Ganesan et al teach genes encoding insecticidally active

proteins produced by Bacillus.  Thus, in the absence of

unexpected results, it would have been obvious to one of

Serial No.  021405                    -10-

Art Unit    185


ordinary skill in the art at the time the invention was
made to substitute the gene(s) taught by the secondary
references for the CAT structural gene of the constructs
of Dzelzkalns et al in order to obtain expression of
these Bacillus genes in transformed cyanobacteria.
Accordingly, the invention as a whole was prima facie
obvious in the absence of unexpected results.

Claims 7, 22 and 39 rejected under 35 U.S.C. 103 as
being unpatentable over Dzelzkalns et al (R) in view of
Sekar (S) or Sekar et al (T) and Ganesqn et al (U) as
applied to claims 1-6, 16-21, 33-38, 47-48 and 52 above,
and further in view of Friedberg et al (as admitted in
specification, page 18, lines 18-21) or Miller et al
$(S^{l_1})$.

Friedberg et al teach that the lambda $P_L$ promoter
induces expression in cyanobacteria.  Accordingly, it
would have been obvious to one of ordinary skill at the
time the invention was made to substitute the $P_L$ pro-
moter for the functionally equivalent promoter taught by
Dzelzkalns et al in order to obtain expression of the
Bacillus gene encoding insecticidally active proteins in
transformed cyanobacteria.

Claims 8-9, 23-24 and 40-41 rejected under 35
U.S.C. 103 as being unpatentable over Dzelzkalns et al
(R) in view of Sekar (S) or Sekar et al (T) and Ganesqn

Serial No.  021405                    -11-

Art Unit    1B5

et al (U) as applied to claims 1-6, 16-21, 33-38, 47-48
and 52 above, and further in view of Nierzwicki-Bauer et
al (R') and Nierzwicki-Bauer et al (S').

Nierzwicki-Bauer et al (R' and S') teach the
rubisco operon of Anabaena including the nucleotide
sequence of its promoter. Accordingly, it would have
been obvious to one of ordinary skill in the art at the
time the invention was made to substitute the DNA
sequence from the Anabaena rubisco operon comprising its
promoter, or the equivalent sequence cloned by DNA
hybridization from the closely related Synechocyst is
using methods well known in the art at the time the
invention was made, for the functionally equivalent pro-
moter taught by Dzelzkalns et al.   n order to obtain
expression of the Bacillus genes encoding insecticidally
active proteins in transformed cyanobacteria.

Claims 10-14, 25-29 and 42-46 are rejected under 35
U.S.C. 103 as being unpatentable over Dzelzkalns et al
(R) in view of Sekar et al (S) or Sekar et al (T) and Ganesqn
et al (U) as applied to claims 1-6, 16-21, 33-38, 47-48
and 52 above, and further in view of Chauvat et al (T')
and Reiss et al (U').

Chauvat et al teach that the gene encoding neomycin
phosphotransferase (neo) can be used as a selectable
maker in Synechocystis transformations.  Reiss et al

Serial No.  021405                    -12-

Art Unit    185


teach that proper fusion of <u>neo</u> to a heterologous gene
will result in a fusion protein product that has Neo
activity.  Accordingly, in the absence of unexpected
results, at the time the invention was made, it would
have been obvious to one of ordinary skill in the art to
fuse the <u>Bacillus</u> genes encoding the insecticidal pro-
tein to the <u>neo</u> gene in order to obtain a fusion protein
which serves as a selectable marker in cyanobacteria and
has insecticidal activity.

    Claims 30-32 rejected under 35 U.S.C. 103 as being
unpatentable over Dzelzkalns et al (R) in view of Sekar
(S) or Sekar et al (T) and Ganesan et al (U) as applied
to claims 1-6, 16-21, 33-38, 47-48 and 52 above, and
further in view of Kolowsky et al (R'').

    Kolowsky et al teach plasmid constructions designed
for the transformation of <u>Synechoccus</u> by homologous
recombination.  The plasmids contain a bacterial repli-
cation origin allowing growth and isolation from bacterial
hosts.  The plasmids carry a chromosomic fragment of
cyanobacterial DNA within which is placed a foreign DNA
sequence.  The foreign DNA sequence is made resident on
the cyanobacterial chromosome by a homologous recom-
bination event.  Accordingly, it would have been obvious
to one of ordinary skill at the time the invention was
made to place the chimeric gene within a cyanobacterial

Serial No.  021405                           -13-

Art Unit    185


chromosomal DNA sequence in order to introduce said gene

into the cyanobacterial chromosome by a homologous

recombination event.

   Claims 50-51 rejected under 35 U.S.C. 103 as being

unpatentable over Dzelzkalns et al (R) in view of Sekar

(S) or Sekar et al (T) and Ganeson et al (U) as applied

to claims 1-6, 16-21, 33-38, 47-48 and 52 above, and

further in view of Barnes et al (A).

   Branes et al teach use of cellular hosts as a pesti-

cidal composition.  A heterologous gene encoding a

<u>Bacillus</u> insecticidal protein is introduced into a

cellular host where said gene is expressed and within which

said protein accumulates.  The recombinant host cells

are then used as a pesticidal composition.  Accordingly,

it would have been obvious to one of ordinary skill at

the time the invention was made to use the transformed

cyanobacterial cells in which the <u>Bacillus</u> insecticidal

protein had accumulated, as a pesticidal composition as

taught by Barnes et al.

   Applicants are requested to make it of record as to

whether the Ph.D. thesis of Chanun Angsuthanasombat

(page 22) is prior art to the claimed invention of the

instant application.

   Any inquiry concerning this communication should be
directed to Richard C. Peet at telephone number
703-557-5995.


RcP
Peet:meb
6/16/88

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAM
ART UNIT 185