# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# HOWREY LLP

1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
www.howrey.com

**Melinda L. Patterson**
Partner
T 713 787 1592
F 713 787 1440
pattersonm@howrey.com

File 11914.0191.000000

December 12, 2005

VIA HAND-DELIVERY

Howard W. Levine, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

Re:     C.A. No. 04-305-SLR; *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*;
In the U.S. District Court for the District of Delaware

C.A. No. 05-355-SLR; *DeKALB Genetics Corporation v. Syngenta Seeds, Inc., et al.*; In the U.S. District Court for the District of Delaware

Dear Howard:

As Tom Miller advised you, we object to Syngenta's use and citation of the declaration of Dr. Michel LeBrun in the expert report of Barry Bruce, and we will object to testimony about this matter at trial. We are providing, however, a surrebuttal report of Dr. Keegstra on a contingent basis to be offered in rebuttal should Dr. Bruce be allowed to testify about the LeBrun declaration to which we intend to object.

Sincerely,

Melinda L. Patterson

MLP:pjw
Encl.
cc via facsimile (w/o encl.):
   Richard L. Horwitz, Esq.
   David Moore, Esq.
   POTTER ANDERSON & CORROON LLP
   Fax No. (302) 658-1192

   John Shaw, Esq.
   YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.
   Fax No. (302) 571-1253

AMSTERDAM   BRUSSELS   CHICAGO   HOUSTON   IRVINE   LONDON
LOS ANGELES   MENLO PARK   NORTHERN VIRGINIA   PARIS   SAN FRANCISCO   WASHINGTON, DC

# EXHIBIT 5

**From:**        Miller, Tom
**Sent:**        Wednesday, January 11, 2006 12:10 PM
**To:**          scott.popma@finnegan.com
**Subject:**     Your January 9 letter

Dear Scott:

In the absence of any follow up from you to our telecon of January 9, this is to advise you that Plaintiffs do not agree to withdraw the portions of their expert reports discussed in your January 9 letter.

Very truly yours,

Thomas A. Miller

1

# EXHIBIT 6

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                 IN AND FOR THE DISTRICT OF DELAWARE

 3                               - - -

 4    MONSANTO COMPANY and        :      CIVIL ACTION
      MONSANTO TECHNOLOGY LLC,    :
 5                                :
                  Plaintiffs      :
 6                                :
              vs.                 :
 7                                :
      SYNGENTA SEEDS, INC. and    :
 8    SYNGENTA BIOTECHNOLOGY,     :
      INC.,                       :
 9                                :
                  Defendants      :    NO. 04-305 (SLR)
10
                                     - - -
11
      DEKALB GENETICS CORPORATION, :
12                                :
                  Plaintiff      :
13                                :
          v.                      :
14                                :
      SYNGENTA SEEDS, INC.,       :
15                                :
                  Defendant      :  NO. 05-355 (SLR)
16
                                   - - -
17
                                     Wilmington, Delaware
18                                   Wednesday, September 7, 2005
                                     4:30 o'clock, p.m.
19
                                   - - -
20
      BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
21
                                   - - -
22

23

24                                     Valerie J. Gunning
                                       Official Court Reporter
25
```

1    corn that Syngenta is taking to market.

2            The reason, your Honor, that we're seeking this

3    discovery is because from the documents that we have seen,

4    there were technical problems with the products that Syngenta

5    tried to develop internally, like the TT8500 product.  And

6    what Syngenta did instead was they dropped their internal

7    efforts to develop a glyphosate-resistant corn product and

8    instead they obtained GA21 corn from a couple of our

9    licensees, Monsanto's licensees, and used that to bring GA --

10   their own GA21 corn products to market.

11           Our position is that that is relevant to two

12   issues.  One, it's relevant to obviousness.  Syngenta has

13   asserted that the patents in suit are obvious and when a

14   defendant or anybody tries and fails to make their own

15   product and instead copies the plaintiffs' product, and I

16   can't think of any -- any definition more clear of copying

17   than actually taking our product and using it.  That is

18   evidence of nonobviousness.

19           It also goes to the issue of willful infringement

20   because copying, and in the context of willful infringement,

21   you look at the entirety of the circumstances.  It's relevant

22   to the willfulness issue as well.

23           So we have asked for a 30(b)(6) witness on that

24   topic.  And frankly, your Honor, we have tried to get some of

25   this discovery through fact witnesses, non-30(b)(6) fact

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

EXHIBIT 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 11



HOWREY LLP

1111 Louisiana, 25th Floor
Houston. Texas 77002-5242
www.howrey.com

**Stephen E. Edwards**
Partner
T 713 787 1416
F 713 787 1440
edwardss@howrey.com

August 10, 2005

FILE: 11914.0191 000000

**VIA FACSIMILE: 202.408.4400**

Sanya Sukduang
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

RE:     *Monsanto Company et al. v. Syngenta Seeds, Inc. et al.*
        Civil Action No. 04-305 (SLR)

        *DEKALB Genetics Corporation v. Syngenta Seeds, Inc. et al,*
        Civil Action No. 05-355-(SLR)

Dear Sanya:

In response to Syngenta's request to depose Xavier Delannay, we have determined that Dr. Delannay is available for deposition in our offices in Houston on September 1. Please confirm this date with me at your earliest convenience.

Very truly yours,

Stephen E. Edwards

SEE:vsn

DM_US\8238468 v1

# EXHIBIT 12

# HOWREY LLP

1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
www howrey com

**Melinda L. Patterson**
Partner
T 713 787 1592
F 713 787 1440
pattersonm@howrey.com

September 7, 2005

FILE:  11914 0191 000000

**VIA FACSIMILE: 202.408.4400**

Sanya Sukduang
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

RE:     *Monsanto Company et al. v. Syngenta Seeds, Inc. et al.*
         Civil Action No. 04-305 (SLR)

         *DEKALB Genetics Corporation v. Syngenta Seeds, Inc. et al,*
         Civil Action No. 05-355-(SLR)

Dear Sanya:

This letter is to confirm that Syngenta has withdrawn its request for the deposition of Xavier Delannay.

Very truly yours,

Melinda L. Patterson

MLP:vsn

DM_US\8250009 v1

EXHIBIT 13

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 14

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY