REDACTED VERSION – PUBLICLY FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-305-SLR (lead case) |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| DEKALB GENETICS CORPORATION, | ) ) | |
| Plaintiff, | ) ) | **CONTAINS RESTRICTED** |
| v. | ) ) | **CONFIDENTIAL** **INFORMATION SUBJECT TO** |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | **PROTECTIVE ORDER - FILED UNDER SEAL** |
| Defendants. | ) ) | |

## SYNGENTA'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT THAT THE '880 AND '863 PATENTS ARE NOT INVALID IN VIEW OF THE WORK, PUBLICATIONS, OR DISCLOSURES OF KLEIN ET AL.

Of counsel:
Michael J. Flibbert
Howard W. Levine
Jennifer A. Johnson
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Attorneys for Defendants

Dated: January 26, 2006

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

# TABLE OF CONTENTS

I.      INTRODUCTION ................................................................................................1

II.     NATURE AND STAGE OF PROCEEDINGS ...................................................3

III.    SUMMARY OF THE ARGUMENT ..................................................................3

IV.     STATEMENT OF FACTS ..................................................................................5

        A.      The Claims of the '880 Patent ..................................................................5

        B.      Drs. Klein and Sanford Conceived of the Three-Step Process of Claim
                1 of the '880 Patent Years Before Lundquist and Walters .......................7

                1.      The Grant Application Discloses Bombarding Regenerable
                        Corn Tissue ...................................................................................8

                2.      The Grant Application Discloses Selecting Transformed Cells .................9

                3.      The Grant Application Discloses Regenerating Fertile
                        Transgenic Herbicide-Resistant Plants ......................................10

        C.      Dr. Klein Diligently Worked Towards Fertile Transgenic Herbicide-
                Resistant Corn Plants ..............................................................................10

        D.      Many Scientists Generated Fertile Transgenic Corn at the Same Time
                Using the Gene Gun and Klein's Method ................................................15

        E.      Dr. Lundquist and Mr. Walter's Contacts With Drs. Klein and Sanford ..............16

V.      ARGUMENT ....................................................................................................18

        A.      Significant Factual Inquiries Preclude Summary Judgment that the
                Claims of the '880 Patent Are Not Invalid Under § 102(g) Based on
                Klein's Grant Application ........................................................................18

                1.      Dr. Klein's Grant Application Constitutes a Conception ............................18

                2.      Dr. Klein Conceived Each Element of Claim 1 of the '880
                        Patent...........................................................................................23

                3.      It Did Not Take Extensive Research to Reduce Klein's
                        Conception to Practice .................................................................24

        B.      The Grant Application Is § 102(b) Prior Art .........................................28

        C.      The '880 and '863 Patents Are Obvious in Light of Klein 1988a and
                1988b.........................................................................................................30

REDACTED VERSION – PUBLICLY FILED

1. The '880 Patent Is Obvious in Light of Klein 1988a and 1988b................30

2. The '863 Patent Is Also Obvious...............................................................32

D. The Lundquist '880 and '863 Patents Are Invalid Under § 102(f) ........................33

VI. CONCLUSION.............................................................................................................36

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Acromed Corp. v. Sofamor Danek Group, Inc.*,
     253 F.3d 1371 (Fed. Cir. 2001)................................................................................33

*Amgen, Inc. v. Chugai Pharm. Co.*,
     927 F.2d 1200 (Fed. Cir. 1991)........................................................................19, 20

*Amgen Inc. v. Hoechst Marrion Roussel*,
     314 F.3d 1313 (Fed. Cir. 2003)................................................................................31

*Anderson v. Liberty Lobby, Inc.*,
     477 U.S. 242 (1986)...........................................................................................17, 18

*Bristol-Myers Squibb Co. v. Ben Venue Labs., Inc.*,
     246 F.3d 1368 (Fed. Cir. 2001)................................................................................29

*Burroughs Wellcome Co. v. Barr Labs., Inc.*,
     40 F.3d 1223 (Fed. Cir. 1994)......................................................................... passim

*In re Dow Chemical Co.*,
     837 F.2d 469 (Fed. Cir. 1988)..................................................................................31

*Ecolochem, Inc. v. S. Cal. Edison Co.*,
     227 F.3d 1361 (Fed. Cir. 2000)................................................................................31

*Ethicon, Inc. v. United States Surgical Corp.*,
     135 F.3d 1456 (Fed. Cir. 1998).........................................................................34-35

*Fiers v. Revel*,
     984 F.2d 1164 (Fed. Cir. 1993)........................................................................19, 20

*In re Fulton*,
     391 F.3d 1195 (Fed. Cir. 2004)................................................................................32

*Gambro Lundia AB v. Baxter Healthcare Corp.*,
     110 F.3d 1573 (Fed. Cir. 1997)................................................................................35

*Hedgewick v. Akers*,
     497 F.2d 905 (C.C.P.A. 1974) ................................................................................35

*Helifix Ltd. v. Blok-Lok, Ltd.*,
     208 F.3d 1339 (Fed. Cir. 2000)................................................................................30

*Hitzeman v. Rutter,*
    243 F.3d 1345 (Fed. Cir. 2001)................................................................21, 22, 23

*In re Jolley,*
    308 F.3d 1317 (Fed. Cir. 2002)................................................................18, 19, 28

*Meitzner v. Corth,*
    410 F.2d 433 (C.C.P.A. 1969) ................................................................22, 23

*Monon Corp. v. Stoughton Trailers, Inc.,*
    239 F.3d 1253 (Fed. Cir. 2001)................................................................18

*Pannu v. Iolab Corp.,*
    155 F.3d 1344 (Fed. Cir. 1998)................................................................33, 35

*Rasmusson v. SmithKline Beecham Corp.,*
    413 F.3d 1318 (Fed. Cir. 2005)................................................................29, 30

*Sakraida v. AG Pro, Inc.,*
    425 U.S. 273 (1976)................................................................32

*Sewall v. Walters,*
    21 F.3d 411 (Fed. Cir. 1994)................................................................18

*In re Tansel,*
    253 F.2d 241 (C.C.P.A. 1958) ................................................................19

### DOCKETED CASES

*DeKalb Corp. v. Syngenta Seeds, Inc.,*
    No. 04-CV-50323 (N.D. Ill. filed July 27, 2004) ................................................................3

*Monsanto Co. v. Syngenta Seeds, Inc.,*
    No. 04-CV-0305 (D. Del. filed May 12, 2004) ................................................................3

### FEDERAL STATUTES AND RULES

35 U.S.C. § 102................................................................ passim

35 U.S.C. § 102(b)................................................................ passim

35 U.S.C. § 102(f)................................................................ passim

35 U.S.C. § 102(g)................................................................ passim

35 U.S.C. § 103................................................................ passim

35 U.S.C. §112 ...........................................................................................................28, 29, 32

35 U.S.C. § 256 ....................................................................................................................35

Fed. R. Civ. P. 56..................................................................................................................17

## INDEX OF EXHIBITS

| Appendix Pages | Description |
|---|---|
| A1-25 | U.S. Patent No. 5,538,880 |
| A26-60 | U.S. Patent No. 6,013,863 |
| A61-64 | 12/7/2005 Deposition Transcript of Dr. John Finer |
| A65-83 | 1/19/1998 Deposition Transcript of Dr. Ted Klein |
| A84-87 | Declaration of Dr. John Sanford, dated 2/4/1997 |
| A88 | Schedule for Dr. Sanford's Visit to MGI |
| A89-141 | USDA Grant Application, "Delivery of DNA into Regenerable Tissues of Monocots Using High-Velocity Microprojectiles" |
| A142-148 | 5/4/1998 Deposition Transcript of Dr. Sally Rockey |
| A149-153 | 12/9/2005 Deposition Transcript of Dr. Paul Christou |
| A154-157 | Klein et al., *High-velocity microprojectiles for delivering nucleic acids into living cells*, Nature, 327: 70-73 (1987) |
| A158-162 | Klein et al., *Factors influencing gene delivery into* zea mays *cells by high-velocity microprojectiles*, Bio/Technology, 6:599-63 (1988) |
| A163-167 | Klein et al., *Transfer of foreign genes into intact maize cells with high-velocity microprojectiles*, Proc. Natl. Acad. Sci. USA, 85:4305-09 (1988) |
| A168-173 | 1/22/1998 Deposition Transcript of Dr. Ted Klein |
| A174-183 | Fromm, *Production of transgenic maize plants with microprojectile-mediated gene transfer*, The Maize Handbook (Freeling & Walbot, eds.), pp. 677-84 (1994) |
| A184-188 | 1/20/1998 Deposition Transcript of Dr. Ted Klein |
| A189-192 | 1/21/1998 Deposition Transcript of Dr. Ted Klein |
| A193-230 | U.S. Patent No. 5,550,318 |
| A231-235 | DeKalb's Supplemental Response to Interrogatory No. 6 |
| A236-251 | Affidavit of Mr. Michael Spencer, dated 12/19/01 |
| A252-255 | Rebuttal Expert Witness Report of Dr. Michael Fromm |
| A256-260 | Klein et al., *Genetic transformation of maize cells by particle bombardment*, Plant Physiology, 91:440-44 (1989) |
| A261-267 | 8/24/2005 Deposition Transcript of Dr. Michael Fromm |
| A268-274 | Fromm et al., *Inheritance and expression of chimeric genes in the progeny of transgenic maize plants*, Bio/Technology, 8:833-39 (1990) |
| A275-279 | 9/28/2005 Deposition Transcript of Dr. Charles Armstrong |
| A280-284 | 10/14/2005 Deposition Transcript of Dr. Michael Spencer |
| A285-293 | 10/5/2005 Deposition Transcript of Dr. Ronald Lundquist |
| A294 | Confidentiality Agreement, dated 10/30/1986 |
| A295 | Contact Report by Dr. Ronald Lundquist, dated 10/30/1986 |
| A296-298 | 9/20/2005 Deposition Transcript of Mr. David Walters |
| A299-302 | Monthly Progress Report, Transformation, dated 9/8/1988 |
| A303-304 | Laboratory Notebook B 024 of Dr. Ronald Lundquist |
| A305-362 | U.S. Patent No. 6,040,497 |

REDACTED VERSION – PUBLICLY FILED

| A363-393 | Weising et al., *Foreign genes in plants: transfer, structure, expression, and applications*, Annual Review of Genetics, 22:421-77 (1988) |
|---|---|
| A394-399 | 12/16/2005 Deposition Transcript of Dr. Michael Fromm |
| A400-420 | Syngenta's Second Supplemental Response to DeKalb's Second Set of Interrogatories (Nos. 6 & 10) |

## I.    INTRODUCTION

Defendants (collectively "Syngenta") submit that the asserted claims of U.S. Patent Nos. 5,538,880 ("the '880 patent") and 6,013,863 ("the '863 patent"), naming Ronald Lundquist and David Walters as inventors, are invalid in view of evidence that will be presented at trial relating to the prior discovery by Dr. Ted Klein. As explained in detail below, while working in Dr. Sanford's laboratory at Cornell University, Klein conceived of the subject matter claimed in the '880 patent years before Lundquist and Walters and diligently reduced the conception to practice ("the Klein prior invention"). The Klein prior invention was disclosed in a grant application Klein and Sanford submitted to the U.S. Department of Agriculture ("Grant application") and in a series of articles ("the Klein articles") published from 1987 through 1990.

Klein's Grant application and the Klein articles evidence conception, and thus priority of invention, thereby anticipating the asserted '880 claims under 35 U.S.C. § 102(g). In addition, Klein's prior invention was disclosed to Lundquist before Lundquist's conception, which invalidates the '880 claims under § 102(f). And the Grant application is published prior art under § 102(b), again anticipating the '880 claims and rendering obvious, under § 103, the asserted claims of both the '880 and '863 patents.

Despite the obviously factual nature of the various grounds of invalidity based on the Klein prior invention, Plaintiffs (collectively "Monsanto") move for summary judgment that none of these prior activities and disclosures constitutes invalidating prior art. For example, Monsanto attacks the sufficiency of the Klein conception to support prior invention under § 102(g), and labels the Grant application as merely a "research plan" or "a hope" of obtaining fertile transgenic corn that fails to evidence prior conception by Klein. But the Grant application in fact describes Klein's discovery of using the "gene gun" to achieve genetic transformation of plants, including corn, by (i) bombarding plant cells with DNA to transform the cells, (ii)

selecting transformed cells, and (iii) regenerating plants from the cells. The Klein articles, published before the filing dates of the '880 patents, demonstrate Klein's diligent reduction of his method to practice. The three-step process of bombardment, selection and regeneration is the very method for making transgenic corn broadly claimed by Lundquist and Walters.

Monsanto argues that the Klein prior art does not invalidate the '880 and '863 claims because Lundquist and Walters allegedly needed to change specific parameters of the method disclosed by Klein to obtain fertile transgenic corn. Monsanto argues that Lundquist and Walters changed the specific DNA concentrations to be bombarded, used a different selectable marker gene, and did not use the exact same regenerable corn cells.

However, Monsanto's argument only confirms that seeking summary judgment of patent validity over the Klein prior art is wholly inappropriate. Monsanto's motion must fail because Monsanto (1) ignores the actual breadth of the claims at issue, which are not limited by the specific "changes" alleged by Monsanto, (2) confuses conception with reduction to practice and thus fails to refute Syngenta's basic contentions of invalidity because of Klein's prior invention under § 102(f) and (g), and (3) does not provide a basis for eliminating the Klein Grant and articles as prior art against the asserted '880 and '863 claims under § 102 or § 103 apart from § 102(g). Most importantly, and dispositive of its motion in any event, Monsanto disregards that conception, undue experimentation, inventorship, derivation, anticipation and/or obviousness are all fact-intensive inquiries, which are subject to disputes that the Court would have to resolve to reach the conclusion of validity or invalidity.

Plainly, in the circumstances of this case, the issues raised by Monsanto's motion are not at all amenable to summary judgment in Monsanto's favor, as is fully shown below. Accordingly, Monsanto's motion for summary judgment should be denied.

## II.    NATURE AND STAGE OF PROCEEDINGS

This is a patent case involving three patents asserted by the Plaintiffs.

On May 12, 2004, Syngenta announced that it had acquired rights to GA21 corn technology from Bayer CropScience, a successor of Rhone-Poulenc Agro, S.A. ("RPA"). The same day, Monsanto Company, together with Monsanto Technology LLC, sued Syngenta for infringement of the '835 patent in this Court. *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 04-CV-0305 (D. Del. filed May 12, 2004) ("the Shah action").

On July 27, 2004, DeKalb, a wholly owned subsidiary of Monsanto Company, sued Syngenta in the Northern District of Illinois, alleging that Syngenta had infringed U.S. Patent Nos. 5,538,880 and 6,013,863 to Lundquist and Walters in connection with Syngenta's proposed marketing of GA21 corn. *DeKalb Corp. v. Syngenta Seeds, Inc.*, No. 04-CV-50323 (N.D. Ill. filed July 27, 2004) ("the Lundquist action"). This motion responds to the Plaintiffs' opening brief that the Lundquist patents are not invalid.

The Shah and Lundquist actions both charged Syngenta with patent infringement in the use of GA21 corn, which is a genetically modified corn tolerant to the herbicide glyphosate. Due to the overlapping issues, Syngenta moved to transfer the Lundquist action to this Court. On May 19, 2005, the Illinois district court granted Syngenta's motion to transfer. Docket Item ("D.I.") 92. This Court consolidated the Shah and Lundquist actions on August 23, 2005. D.I. 111. The parties completed all discovery on December 19, 2005. *Id.*

## III.    SUMMARY OF THE ARGUMENT

1. Dr. Klein's Grant application describes the methodology for using a gene gun to achieve genetic transformation of plants, including corn, by (i) bombarding plant cells with DNA to transform the cells, (ii) selecting transformed cells, and (iii) regenerating plants from the cells. The Klein articles, published before the filing date of the '880 patent, demonstrate Klein's

diligent reduction of this transformation method. The three-step process of bombardment, selection and regeneration is the very method for making transgenic corn broadly claimed by Lundquist and Walters. The asserted claims of the '880 patent are thus invalid under 35 U.S.C. § 102(g). Monsanto's attacks on Dr. Klein's Grant application raise numerous issues of disputed fact, including whether "extensive experimentation" is necessary to practice Dr. Klein's method. Such factual issues are not appropriately resolved on summary judgment.

2. Monsanto does not dispute in its summary judgment motion that Dr. Klein's Grant application was made publicly available in 1987. The Grant application discloses each element of claim 1 of the '880 patent and constitutes prior art under 35 U.S.C. § 102(b). Monsanto's challenge to the Grant application as an enabling reference are contrary to established law and raise genuine issues of material fact that preclude summary judgment.

3. Dr. Klein's articles published in 1988 allowed one skilled in the art to practice the invention set forth in the asserted claims of the '880 and '863 patents. Indeed, three separate groups used the parameters set forth in the 1988 papers to conduct experiments leading to fertile transgenic corn within months after the 1988 articles were published. Accordingly, the 1988 articles render the asserted claims of both patents obvious under 35 U.S.C. § 103. Monsanto's challenges to these references again raise disputed issues of material fact that cannot be resolved on summary judgment.

4. Dr. Klein communicated his conception of a method for transforming fertile transgenic corn to Dr. Lundquist. As such, the asserted claims of the '880 patent are invalid under 35 U.S.C. § 102(f). Inventorship and derivation under § 102(f) raise extensive fact issues not properly resolved on summary judgment.

## IV.     STATEMENT OF FACTS

### A.     The Claims of the '880 Patent

The '880 patent describes producing fertile transgenic corn by bombarding corn cells with a selectable marker gene, selecting the cells that contain the selectable marker, and regenerating plants from such transformed cells. '880 patent at Example 1 (A19-22). The inventors of the '880 patent are Dr. Lundquist and Mr. Walters. These two individuals were employed by a company named Molecular Genetics Inc. ("MGI") when they performed the work underlying the '880 patent. MGI was later bought by DeKalb (one of the plaintiffs in this case). Monsanto alleges that Lundquist and Walters first obtained fertile transgenic corn plants resistant to hygromycin, a well-known antibiotic, in December 1989. *See* D.I. 200 at p. 3.[1]

In its motion for summary judgment, Monsanto argues that Dr. Lundquist and Mr. Walters generated fertile transgenic plants using a "workable combination of target tissue, bombardment conditions, selection conditions, and regeneration procedures." *Id.* at p. 6. For example, Monsanto emphasizes the importance of using the antibiotic hygromycin as the selective agent, the doubling of DNA concentration for the bombardment step, the specific type of regenerable cells bombarded, and the positioning of the recipient cells 5 cm below the stopping plate. *Id.* at pp. 6-7.

The '880 patent, however, neither claims this "workable combination" of parameters, nor states that *only* this particular "workable combination" will result in fertile transgenic corn. Instead, the inventors chose to define their invention as a three-step process ***without any limitation*** as to the specific bombardment conditions, selective agent, selection conditions,

---

[1] D.I. 200 refers to the Opening Brief in Support of Plaintiffs' Motion for Summary Judgment That the '880 and '863 Patents Are Not Invalid Under 35 U.S.C. §§ 102 or 103 in View of the Work, Publications, or Disclosures of Klein et al.

regenerable cells used, etc.  Claim 1 broadly recites a generalized process for creating fertile

transgenic herbicide-resistant corn and does not disclose any specific parameters:

> 1.    A process for producing a fertile transgenic *Zea mays* plant comprising the
> steps of (i) *bombarding* intact regenerable *Zea mays* cells with DNA-coated
> microprojectiles, (ii) *identifying or selecting* a population of transformed cells,
> and (iii) *regenerating* a fertile transgenic plant therefrom, wherein said DNA is
> transmitted through a complete sexual cycle of said transgenic plant to its
> progeny, and imparts herbicide resistance thereto.

'880 patent at col. 22 (A24) (emphasis added).[2]  Contrary to Monsanto's assertions, this very

method, as discussed in detail below, was specifically conceived by Dr. Ted Klein (and his

collaborators) years before any priority date that Monsanto could possibly claim for the '880

patent.  As Dr. Finer, Monsanto's proffered expert, stated:

> Q. Okay.  Did Lundquist and Walters invent microprojectile bombardment?
>
> A. No, they did not.
>
> Q.  Did Lundquist and Walters invent the step of selecting transformed cells
> following microprojectile bombardment?
>
> A. No.
>
> Q.  Did Lundquist and Walters invent the step of regenerating transgenic plants
> following microprojectile bombardment and selection?
>
> A. No.

12/7/05 Finer Dep. Tr. 102 (A63).  Indeed, the specification of the '880 patent *cites the work of*

*Dr. Klein* as providing the parameters for the bombardment process.  '880 patent at col. 8, line 60

to col. 9, line 7 (A17-18).  Dr. Klein and his collaborators diligently reduced his conception to

---

[2] Asserted claims 4-9 all depend from claim 1, thereby incorporating all of its elements
and merely add steps already appreciated by those of skill in the art, such as "obtaining progeny"
and "crossing . . . with an inbred line."  As acknowledged in the '880 patent, such steps have been
practiced by farmers for generations and do not impart patentability to the method claimed in the
'880 patent.  *See* '880 patent at col. 11, lines 61-67 (A19).  Monsanto does not argue otherwise or
assert that claims 4-9 do not stand or fall with claim 1.

practice (publishing each step along the way) and obtained fertile transgenic corn using his method in 1990.

### B. Drs. Klein and Sanford Conceived of the Three-Step Process of Claim 1 of the '880 Patent Years Before Lundquist and Walters

Before the work of Dr. Klein, it was not possible to transform monocot plant cells. Although dicot cells could be transformed using *Agrobacterium*, monocot cells were not susceptible to infection by *Agrobacterium* and could not be transformed to stably integrate a foreign gene into the cell's genome. *See* 1/19/98 Klein Dep. Tr. at 64 (A76). This all began to change in 1986-87. Dr. John Sanford had previously invented a "gene gun" that "shoots" DNA-coated "bullets" into cells. *See* MGA0045401 (A84); MGA0080485 (A90). Dr. Ted Klein joined the laboratory of Dr. John Sanford, and together they set out to use this important new technology to create transgenic monocot plants, which were recalcitrant to the previously known transformation methods. *See* MGA0045402 (A85); *see* 1/19/98 Klein Dep. Tr. 12 (A68).

Drs. Klein and Sanford detailed their experimental approach to generating transgenic monocots, including corn, in a grant application submitted to the USDA. They submitted their proposal, entitled "Delivery of DNA into Regenerable Tissues of Monocots Using High Velocity Microprojectile Bombardment" (referred to herein as the "Grant application") and the USDA found the research worthy of funding. *See* MGA0080484-536 (A89-141). This Grant application, dated February 27, 1986, was made publicly available in 1987. 5/4/98 Rockey Dep. Tr. 11-14 (A145-48). The Grant application specifically discloses the steps for bombarding regenerable corn cells to obtain a fertile transgenic plant. 1/19/98 Klein Dep. Tr. 27 (A71).

Specifically, the Grant application lays out a protocol for bombarding regenerable corn cells[3] with DNA conferring resistance to kanamycin (which like hygromycin, is a well-known antibiotic) and regenerating fertile transgenic corn plants from the transformed cells. MGA0080496-97 (A101-02); *see* 1/19/98 Klein Dep. Tr. 72-73 (A77-78).  Dr. Klein's Grant application demonstrates conception of each element of claim 1 of the '880 patent.  And as Syngenta's expert Dr. Christou accurately stated, "at the time the grant application was submitted, Sanford and Klein had in mind the procedure that would—or the methodology that would lead them to fertile transgenic corn."  12/9/05 Christou Dep. Tr. 93 (A151).

### 1.    The Grant Application Discloses Bombarding Regenerable Corn Tissue

As mentioned above, element (i) of claim 1 of the '880 patent recites "(i) bombarding intact regenerable *Zea mays* [corn] cells with DNA-coated microprojectiles."  Dr. Klein conceived of this step long before Dr. Lundquist and Mr. Walters.  The "Summary" of the Grant application notes that "[s]mall tungsten particles (referred to as microprojectiles) can be accelerated to high velocities with a device termed a particle gun. . . .  DNA- or RNA- coated microprojectiles can be accelerated into plant cells."  MGA0080485 (A90).  The Grant application includes numerous conditions of the bombardment process, such as the quantity and diameter of the tungsten particles, the process for coating the particles, the distance of the cells from the end of the gene gun, and the use of a stopping plate.  MGA0080488-90 (A93-95).

The Grant application reports success with bombarding onion, rice and wheat, and explains that "[t]hese results clearly indicate that delivery of foreign substances into living plant cells by this method should be applicable to numerous species and will not be limited to *A. cepa*

---

[3] Regenerable corn cells are capable of growing into an entire corn plant under appropriate conditions.

[onion] cells." MGA0080489 (A94). The Grant application also discusses the particular type of tissue that should be used as a target and specifically contemplates bombarding *regenerable corn cells* with the DNA-coated microprojectiles, such as "*embryogenic corn tissue.*" MGA0080496 (A101) (emphasis added).[4] The Grant application proposes target tissues known to regenerate into plants, such as "1) scutellar tissue of immature embryos, 2) pre-embryogenic callus derived from immature embryos, and 3) embryogenic callus which has formed embryoids." MGA0080496 (A101); 1/19/98 Klein Dep. Tr. 27-28, 30 (A71-72). The Grant application also proposes bombarding corn suspension cultures, which were also known to regenerate into plants. MGA0080497 (A102); 1/19/98 Klein Dep. Tr. 30-31 (A72-73).

### 2.    The Grant Application Discloses Selecting Transformed Cells

Element (ii) of claim 1 of the '880 patent recites "(ii) identifying or selecting a population of transformed cells." Dr. Klein previously conceived this step as well. In the "Transformation of *Zea mays* using the particle gun" section of the Grant application, Dr. Klein specifically describes introducing genes for "*selectable markers* into embryogenic or potentially embryogenic corn tissue." MGA0080496 (A101) (emphasis added). The Grant application contemplates bombarding regenerable corn cells with DNA conferring resistance to the antibiotic kanamycin,[5] and further acknowledges the ability to use other selectable markers: "[v]arious [DNA] plasmids with similar selectable markers which are used for plant transformation are also available to us." *Id.*; MGA0080492 (A97). The Grant application also includes other details of the selection process, such as (1) determining the minimum concentration of selective agent

---

[4] The specific tissue used by Lundquist and Walters to obtain fertile transgenic corn was embryogenic corn tissue.

[5] Syngenta asserts that antibiotics, such as kanamycin and hygromycin are not herbicides. Monsanto, however, asserts that they are herbicides. If this Court finds that antibiotics are herbicides, the disclosure of kanamycin as a selectable marker in the Grant application meets the herbicide-resistant limitation of claim 1 of the '880 patent.

necessary to kill untransformed cells; (2) incubating the bombarded cells in media without the selection agent for two days, to allow time to express the protein conferring resistance; and (3) transferring the cells to media containing the selection agent for selection. MGA0080497 (A102); *see also* 12/9/05 Christou Dep. Tr. at 149-150 (A152-53).

### 3. The Grant Application Discloses Regenerating Fertile Transgenic Herbicide-Resistant Plants

Dr. Klein, also conceived of the final step of claim 1 of the '880 patent, "(iii) regenerating a fertile transgenic plant therefrom." The Grant application specifically states that "[b]ombarded tissue will then be assayed for the detectable marker or placed on a suitable medium that will promote the growth of the callus *or the regeneration of plantlets from cells that have been transformed with the selectable marker.*" MGA0080486 (A91) (emphasis added). The Grant application also acknowledges that "[e]xisting callus proliferation and plant regeneration systems for *maize* make this species very well suited for experiments with the particle gun." MGA0080496 (A101) (emphasis added). In fact, regeneration of whole corn plants from cells was routine, even when the Grant application was submitted in 1986. *See* 1/19/98 Klein Dep. Tr. 25, 35-37 (A70, 74-75). Lundquist and Walters even stated in the specification of the '880 patent that "regeneration techniques are well known and not critical to the present invention" and "any technique which accomplishes the regeneration and produces fertile plants may be used." '880 patent at col. 11, lines 6-9 (A19).

### C. Dr. Klein Diligently Worked Towards Fertile Transgenic Herbicide-Resistant Corn Plants

Dr. Klein and his collaborators worked diligently towards reducing his conception to practice. Rather than keeping his activities private, as one would do in a corporation, Dr. Klein (working with the USDA) published all his results. While Monsanto mischaracterizes these experiments as failures, they were actually carefully planned experiments that demonstrated each

successful step taken by Dr. Klein in reducing his conception to practice. 1/22/98 Klein Dep. Tr. 525-26 (A170-71). Dr. Klein "started out with the procedure that was disclosed in the USDA grant application and went through and achieved specific milestones which I consider significant in getting to fertile transgenic corn. On the way, he and his collaborators had to alter parameters, but in my mind, I appreciate the fact that the original idea and the methodology within reason is laid out in the USDA grant application." 12/9/05 Christou Dep. Tr. at 93 (A151).

In Klein et al., *High-velocity microprojectiles for delivering nucleic acids into living cells*, Nature, 327: 70-73 (1987) ("Klein 1987"), Drs. Klein and Sanford report for the first time "that nucleic acids can be delivered into plant cells using high-velocity microprojectiles." MGA0012429 (A154). This seminal paper describes transforming monocot onion cells with DNA coding for the screenable marker CAT. *See id.* Klein 1987 states that the disclosed bombardment method for transformation "may be of particular value for those species that cannot be genetically engineered successfully with existing techniques . . . such as rice, wheat, or *corn*." MGA0012430-31 (A155-56) (emphasis added). Furthermore, the authors specifically describe the usefulness of bombarding regenerable tissues, such as meristems and embryogenic callus, in generating transgenic plants. MGA0012431 (A156).

In September 1987, Dr. Klein joined the laboratory of Dr. Fromm at the USDA. 1/19/98 Klein Dep. Tr. 8 (A67). Drs. Klein, Sanford, and Fromm published two papers in 1988 that discuss additional steps taken to reduce the conception set forth in the Grant application to practice: Klein et al., *Factors influencing gene delivery into* zea mays *cells by high-velocity microprojectiles*, Bio/Technology, 6:559-63 (1988) ("Klein 1988a"), and Klein et al., *Transfer of foreign genes into intact maize cells with high-velocity microprojectiles*, Proc. Natl. Acad. Sci.

USA, 85:4305-09 (1988) ("Klein 1988b").[6]  1/22/98 Klein Dep. Tr. 525-26 (A170-71).  As articulated in the Grant application, these two papers disclose successfully bombarding Black Mexican Sweet ("BMS") corn cells[7] and immature A188 corn embryos (regenerable corn cells) with the screenable markers GUS and CAT.  MGA008493 (A158); MGA008497 (A162); 8/24/05 Fromm Dep. Tr. 73-76 (A263-64).  Additionally, the papers disclose the optimal settings of several variables, such as DNA concentration and velocity of the microprojectiles.  MGA0008493 (A158); MGA0058071 (A163).  Klein 1988a stated that "transformed cultures of maize . . . can be recovered by gene transfer with microprojectiles using the optimized parameters that are detailed in the present study," and further suggested the recovery of transgenic plants.  MGA00084961 (A161).  Klein 1988b unambiguously states that "[t]hese results demonstrate that the particle bombardment process can be used to deliver foreign DNA into intact cells of maize.  Because this process circumvents the difficulties associated with regenerating whole plants from protoplasts, the particle bombardment process may provide significant advantages over existing DNA delivery methods for the production of transgenic maize plants."  MGA0058071 (A163).  In fact, Dr. Klein characterized the 1988b paper as "using the gene gun . . . for the purpose of demonstrating high levels of gene expression in embryogenic tissue.  The purpose of that is to then be able to have parameters . . . to produce fertile transgenic corn."  1/20/98 Klein Dep. Tr. 275 (A187); 1/21/98 Klein Dep. Tr. 458-59 (A191-92).

The parameters used in the 1988a and 1988b papers were ultimately used by Drs. Klein, Sanford and Fromm in their successful production of fertile transgenic corn.  The parameters

---

[6] MGA0008493-97 (A158-62); MGA0058071 (A163-67).

[7] BMS corn cells, although unable to renegerate into whole plants, are useful as a model system because they are 100 times easier to transform than other corn cells.  Fromm, *Production of transgenic maize plants via microprojectile-mediated gene transfer*, The Maize Handbook (Freeling & Walbot, eds.), pp. 677-84 (1994) (A174-83) at p. 681 (A180).

were also used by Lundquist and Walters in obtaining fertile transgenic corn, and also by a Mr.

Spencer working at DeKalb (before DeKalb purchased MGI).[8]   Indeed, Klein 1988b was

published June 1988.  Within the next year, *all three groups had bombarded embryogenic corn*

*cells using the parameters set forth therein, and all three groups succeeded in obtaining fertile*

*transgenic corn.*[9]

Dr. Klein continued his work towards achieving fertile transgenic corn plants, as

described in Klein et al., *Genetic transformation of maize cells by particle bombardment*, Plant

Physiology, 91:440-44 (1989) ("Klein 1989") (MGA0012417-21) (A256-60).  This publication

disclosed the transformation of BMS cells with selectable marker genes.  MGA0012417 (A256).

Specifically, Dr. Klein bombarded BMS cells with microprojectiles carrying DNA coding for the

selectable marker *nptII* (which provides resistance to kanamycin) and succeeded in stably

incorporating the DNA into the cell's genome.  MGA0012417-19 (A256-58); 8/24/05 Fromm

Dep. Tr. 76-80 (A264-65).  As a result of this work, Dr. Klein stated that, "with the appropriate

selectable or screenable markers, it should be possible to recover transformed calli from

bombarded tissues or cultures of maize and other cereals that have the potential to develop into

whole plants."  MGA0012420 (A259).

Dr. Klein, while still at the USDA, achieved the goal stated in the Grant application of

obtaining fertile transgenic corn.  Fromm et al., *Inheritance and expression of chimeric genes in*

*the progeny of transgenic maize plants*, Bio/Technology, 8:833-39 (1990) ("Klein 1990")

---

[8] Mr. Spencer's patent, U.S. Patent No. 5,550,318, cites Klein 1989 for the bombardment conditions used, which in turn cites Klein 1988a and 1988b.  *See* U.S. Patent No. 5,550,318 at col. 23, line 1-4 (A219); MGA0012417 (A256).

[9] Lundquist and Walters carried out their bombardment in February 1989 (DeKalb's Supplemental Response to Interrogatory No. 6 at p. 5 (A234)); Spencer at DeKalb carried out his bombardment in March 1989 (MGA002692-93 at ¶ 20 (A243-44)); and Klein and Fromm carried out their bombardment in June of 1989 (11/22/05 Rebuttal Expert Witness Report of Dr. Fromm at p. 48 (A254)).

(MGA0056707-13) (A268-74) described the recovery of fertile transgenic herbicide-resistant corn plants using Klein's microprojectile bombardment method. MGA0056707 (A268); *see* 8/24/05 Fromm Dep. Tr. 88-90 (A266-67); 9/28/05 Armstrong Dep. Tr. 83-84 (A278); 1/19/98 Klein Dep. Tr. 101-02, 106-09 and 112 (A79, 80-82, 83). In June 1989, Dr. Klein (and his collaborators) bombarded selectable marker genes conferring resistance to the herbicides chlorsulfuron and phosphinothricin into corn cells previously known to be regenerable. MGA0056707-08 (A268-69); 1/20/98 Klein Dep. Tr. 143 (A186); 11/22/05 Rebuttal Expert Witness Report of Dr. Fromm at p. 48 (A254). Dr. Klein and colleagues used the bombardment conditions set forth in Klein 1988a, 1988b, and 1989 for their successful bombardments leading to the generation of fertile transgenic corn plants. 9/28/05 Armstrong Dep. Tr. 84-85, 87-88 (A278-79); 8/24/05 Fromm Dep. Tr. 89-90 (A266-67).[10] They produced fifteen R0 fertile transgenic plants resistant to the herbicide chlorsulfuron. MGA0056710 (A271). Progeny from these plants also contained the transgene, as demonstrated by Southern blot analysis. *Id.*[11]

Given the resources available to Dr. Klein, and the fact that corn had not been previously transformed, achieving this goal in roughly three years was "pretty excellent progress." 1/19/98 Klein Dep. Tr. 102 (A79). Moreover, in discussing this series of papers, Dr. Klein noted that "it's a whole series of steps, each one being optimized at each step" and that all the papers had "the goal in mind of transforming important crop species," which in Dr. Klein's words was a

---

[10] Monsanto argues in its brief at p. 13 that Syngenta's expert testified that the method used in Klein 1990 was different than that of the earlier papers and the Grant application. But, while the exact parameters may be slightly different, the method was the same, as demonstrated by Dr. Christou's testimony that "the key word here is 'embryogenic' which in my mind translates to regenerable. And both the grant application and Dr. Fromm's paper used regenerable cultures. And in my mind, this is the key." 12/9/05 Christou Dep. Tr. 147 (A152).

[11] In § IV.C of its brief, Monsanto tries to separate the work of Fromm from that of Klein. The fact is, as testified to by Dr. Fromm, Klein and Fromm were collaborators and Klein is listed as an author on the 1990 paper. *See* 12/16/05 Fromm Dep. Tr. 127-131 (A398-99). The 1990 paper demonstrates the reduction to practice of Klein's conception in the Grant application.

"sequential thing." 1/22/98 Klein Dep. Tr. 525-26 (A170). As the publications discussed above illustrate, Dr. Klein conceived of a method for obtaining fertile transgenic herbicide-resistant corn plants in his USDA Grant application, published in 1987, and systematically carried out the necessary work to reduce his conception to practice, leading to the accomplishment of this goal in 1990.

### D.    Many Scientists Generated Fertile Transgenic Corn at the Same Time Using the Gene Gun and Klein's Method

Dr. Klein (and his collaborators), and Lundquist and Walters, were not the only scientists to create fertile transgenic corn plants in the late-1980s/early-1990s using the gene gun and Klein's methodology. Scientists at DeKalb (before DeKalb purchased MGI), also had been provided the gene gun by Dr. Sanford and succeeded in obtaining fertile transgenic corn resistant to the herbicide bialaphos at almost exactly the same time as Klein and Lundquist and Walters. *See* MGA0045403 (A86). According to an affidavit submitted to the U.S. Patent and Trademark Office in connection with an interference, Mr. Spencer (a scientist at DeKalb) began working on developing fertile transgenic herbicide-resistant corn in October 1988. 10/14/05 Spencer Dep. Tr. 204-05 (A282); MGA0002689-92 at ¶¶ 9-18 (A240-43). By March 1989, he had the *bar* gene, which conferred resistance to bialaphos, the embryogenic corn suspension culture used, the bombardment and bialaphos selection approaches, and the ability to regenerate plants from transformed and selected corn callus. 10/14/05 Spencer Dep. Tr. 204-07, 210-13 (A282-83); MGA0002692 at ¶ 19 (A243). Mr. Spencer carried out the bombardment, using the parameters set forth in Klein 1988a and 1988b, that led to fertile transgenic corn on March 14, 1989. MGA002692-93 (A243-44); *see* U.S. Patent No. 5,550,318 at col. 23, line 1-4 (A219); *see also, supra*, fn.7. The remainder of this affidavit details Mr. Spencer's progress to achieving fertile

transgenic herbicide-resistant corn plants on December 22, 1989—within days of the work of

Lundquist and Walters. MGA0002689-99 (A240-250).

In fact, in a previous litigation, Dr. Klein was asked about the convergence of obtaining

transgenic corn using the gene gun and the bombardment method:

> Q. [W]ould it be accurate to say that within the span of a couple of months you had DeKalb Plant Genetics, Monsanto, and the USDA Plant Gene Expression Center all announcing that they had succeeded in producing fertile transgenic corn plants?
>
> A. Yes.
>
> Q. Now, is it surprising to you that within a span of several months three groups independently reported on producing fertile transgenic corn plants?
>
> A. No.
>
> Q. Why not?
>
> A. Because they had—all these groups had access to the tools necessary to achieve that goal of producing a fertile transgenic corn plant.
>
> Q. What were those tools?
>
> A. Tissue culture technique, the resistance genes, and the gene gun.

1/22/98 Klein Dep. Tr. 591-92 (A172-73).

### E.    Dr. Lundquist and Mr. Walter's Contacts With Drs. Klein and Sanford

In addition to publishing the details of their method, Drs. Klein and Sanford also gave

lectures and had meetings where they described the details of their method to third parties. *In

particular, Drs. Klein and Sanford disclosed the bombardment method and its use in corn to

Dr. Lundquist.* Specifically, Dr. Lundquist, upon hearing about the gene gun, contacted Dr.

Sanford and traveled to New York to discuss the gun on October 30, 1986. 10/5/05 Lundquist

Dep. Tr. 38-39, 41 (A288). During this trip, Dr. Lundquist entered into a confidentiality

agreement with Dr. Sanford and the two proceeded to discuss the gene gun. *See id.* at 40-41

(A288); DKLB039434 (A294).    According to Dr. Sanford, "Ted Klein and John Sanford show[ed] Ron [Lundquist] how gun works," and "reveal[ed] our own biolistic corn transformation data." MGA0045403 (A86).    Upon returning from this trip, Dr. Lundquist authored a trip report, which noted that Dr. Sanford submitted the USDA Grant application. *See* DKLB158816 (A295).

A few months later, Dr. Sanford visited Dr. Lundquist at MGI and gave a seminar about their microprojectile bombardment technology. *See* 10/5/05 Lundquist Dep. Tr. 52 (A289); MGA0045527 (A88).    Dr. Sanford sent Dr. Lundquist a gene gun on August 29, 1988. MGA0045403 (A86); 10/5/05 Lundquist Dep. Tr. 62 (A291).

Necessarily, both the '880 patent and Dr. Lundquist's own notebook acknowledge the contributions of Drs. Klein and Sanford.    As mentioned above, the '880 patent references the Klein 1988a and Klein 1988b publications for the parameters for using the gene gun. *See, e.g.*, '880 patent, col. 8, lines 60 to col. 9, line 1 (A17-18); *see* 9/20/05 Walters Dep. Tr. 55-57 (A298).    And Dr. Lundquist and Mr. Walters admitted to using the protocol set forth in Klein 1988b for their initial bombardment experiments. *See* 10/5/05 Lundquist Dep. Tr. 65-66 (A291-92); 9/20/05 Walters Dep. Tr. 55-57 (A298); DKLB032393 (A302).    Finally, in summarizing the experiment leading to Example 1 of the '880 patent, Dr. Lundquist's notebook stated that the bombardment was performed with the

10/5/05 Lundquist Dep. Tr. 84 (A293);

MAP0034628 (A304).

**Redacted**

17