6,013,863

21

intron between the 35S promoter and the coding sequence of pBI221 (Jefferson et al. 1987). A map of pBII221 is provided as FIG. 2.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as a negative control.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

III. DNA Delivery Process

The embryogenic maize callus line AB12 was subcultured 7 to 12 d prior to microprojectile bombardment. AB12 was prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60×15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels throughout the bombardment process. Twenty six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein, et al (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0° C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice throughout the bombardment process.

All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M CaCl₂, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 ul. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGI1 and pBII221; two tubes contained both plasmids pCHN1-1 and pBII221; and one tube contained only plasmid pLUC-1.

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 ul of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process. Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, N.Y.). They were sterilized as described by the supplier. The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the microprojectile instrument, with the stopping plate in the slot below the barrel. Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed. A 7×7 cm square rigid wire mesh with 3×3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment. Tungsten/DNA preparations were sonicated as described by Biolistics, Inc. and 2.5 ul was pipetted onto the top of the macroprojectiles. The instrument was operated as described by the manufacturer. The following bombardments were performed:

2×pBII221 prep To determine transient expression frequency

10×pHYGI1/pBII221 As a potential positive treatment for transformation

10×pCHN1-1/pBII221 As a potential positive treatment for transformation

4×pLUC-1 Negative control treatment

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no

22

hygromycin) and the callus cultured at 26° C. in the dark. After 2 d this callus was then transferred plate for plate into 35×10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100. These were incubated at 37° C. for 3 d after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred with the other bombarded plates. These plates were discarded after counting since the GUS assay is destructive.

IV. Selection Process

Hygromycin B (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml Hygromycin B in water when the media had cooled to 45° C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/l hygromycin B, (five pieces of callus per plate). These are referred to as round 1 selection plates. Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin. This tissue was subcultured every 2–3 weeks onto nonselective medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media. All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/pBII221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated callus and one of control callus, were placed in GUS assay buffer at 37° C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 d in assay buffer this tissue was scored for GUS expression.

| TREATMENT | REPLICATE | OBSERVATIONS |
|---|---|---|
| pLUC-1 | | no blue cells |
| pHYGI1/pBII221 | | 11 single cells |
| | | 1 four cell cluster |
| | plate 2 | 5 single cells |
| pCHN1-1/pBII221 | plate 1 | 1 single cell |
| | | 2 two cell clusters |
| | plate 2 | 5 single cells |
| | | 1 two cell cluster |
| | | 2 clusters of 8–10 cells |

After 21 d on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 d on round 3 selection plates both the round 2 and round 3 sets of selection plates were checked for viable sectors of callus. Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221. The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was

6,013,863

23

from the round 2 group of plates. Both lines were then transferred to F medium without hygromycin.

After 19 d on F medium without hygromycin the line 3AA grew very little whereas the line 6L grew rapidly. Both were transferred again to F medium for 9 d. The lines 3AA and 6L were then transfered to F medium containing 15 mg/l hygromycin for 14 d. At this point, line 3AA was observed to be of very poor quality and slow growing. The line 6L however grew rapidly on F medium with 15 mg.l hygromycin. In preparation for an inhibition study of the line 6L on hygromycin, the line was then subcultured to F medium without hygromycin.

After 10 d on F medium an inhibition study of the line 6L was initiated. Callus of 6L was transfered onto F medium containing 0, 10, 30, 100, and 250 mg/l hygromycin B. Five plates of callus were prepared f or each concentration and each plate contained ten approximately 50 mg pieces of callus. one plate of unselected control ti ssue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygromycin. The name of the line 6L was changed at this time from 6L to PH1 (Positive Hlygromycin transformant 1).

Additional sectors were recovered at various time points from the round 2 and 3 selection plates. None of these were able to grow in the presence of hygromycin for multiple rounds, i.e. two or three subcultures.

V. Confirmation of transformed callus

To show that the PHi callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37° C. 15 min. Samples were centrifuged at 8K for 10 min. at 4° C. The supernatant was pipetted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4 M ammonium acetate, pH 5.2. Isopropanol, 6 ml, was added, the tubes shaken, and the samples incubatcd at –20° C. for 15 min. The DNA was pelleted in a Beckman TJ-6 centrifuge at the maximum speed for 5 min. at 4° C. The supernatant was discarded and the pellet was dissolved in 500 ul TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 ul 4.4 M ammonium acetate, pH 5.2 and 700 ul isopropanol were added. This was incubated at –20° C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 EM EDTA).

The isolated DNA (10 ug) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15 V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated by soaking the gel twice in 0.25 M HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5 M NaOH/1.0 M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6×SSC (20×SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80° C. for 2 hrs under vacuum. Prehybridization treatment of the

24

membrane was done in 6×SSC, 10×Denhardt's solution, 1% SDS, 50 ug/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per cm² of membrane. Prehybridization was carried out at 42° C. overnight.

A 32P labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the suppliers instructions with 32P-dCTP (1CN Radiochemicals). The template DNA used was the 1055 bp BamHI fragment of pHYGI1, which is the HPT coding sequence. The fragment was gel purified and cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6×SSC, 1% SDS, 50 ug/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe ($10^7$ CPM/50ug template). The hybridization was carried out at 42° C. overnight.

The membrane was washed twice in 50 ml 6×SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6×SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml 1×SSC, 1% SDS 30 min. at 42° C., and finally in 500 ml 0.1×SSC 1% SDS 60 min. at 65° C. Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens. As shown in FIG. 3, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present. No band was observed for control callus.

VI. Plant Regeneration and Production of Seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine HCl 0.5 mg/l, 2,4-D 0.75 mg/l, sucrose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc. San Diego).

After 14 d on RM5 medium the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RMT medium, except that 2,4-D is omitted. These were cultured in the dark for 7 d at 26° C. and transferred to a liaht regime of 14 hours light and 10 hours dark for 14 d at 26° C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite after 14 and 21 d. Plants were grown in vermiculite for 7 or 8 d before transplanting into soil and grown to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on leaf DNA from three randomly chosen Ro plants of PH1. As shown in FIG. 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred lines A188, B73 and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1–2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and from 0 to 32 seeds per ear when PH1 was the male parent.

VII. Analysis of the R1 Progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

(A) Root Elongation Bioassay

6,013,863

25

Seed was sterilized in a 1:1 dilution of commercial bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlenmeyer flasks and rinsed 3 times in sterile water and imbibed overnight in sterile water containing 50 mg/ml captan by shaking at 150 rpm.

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laboratories) containing 3 sheets of $H_2O$ saturated germi-

26

coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in FIG. 5, two out of seven progeny of PH1 plant 3 were transgeflic as were three out of eight progeny of PH1 plant 10. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 3.

TABLE 3

| | | | | ANALYSIS OF PH1 R1 PLANTS | | | | |
|---|---|---|---|---|---|---|---|
| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.1 | + | ND | + | 4.1 | − | ND | ND |
| 3.2 | − | ND | − | 4.2 | − | ND | ND |
| 3.3 | − | ND | − | 4.3 | − | ND | ND |
| 3.4 | − | ND | − | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
| | | | | 2.1 | − | ND | − |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | ND |
| 10.3 | − | − | ND | 1.3 | − | − | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |
| 10.5 | − | − | − | 1.5 | − | − | ND |
| 10.6 | − | − | − | 1.6 | − | − | ND |
| 10.7 | − | − | − | 1.7 | − | − | ND |
| 10.8 | ND | + | + | 1.8 | − | − | ND |

KEY: + = transgenic; − = nontransgenic; ND = not done

nation paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 d.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26° C. for 4 d.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 1.

(B) Etiolated leaf bioassay

After the root tips were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 d. At this point 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hr. Each plate contained duplicate sections of each shoot. They were then incubated in a light regimen of 14 hours light 10 hours dark at 26° C. for 48 hr, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hygromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 3.

(C) Southern Blots

Seedling form the bioassays were transplanted to sail and are growing to sexual maturity. DNA was isolated from 0.8 g of leaf tissue after about 3 weeks and probed with the HPT

EXAMPLE II

The procedure of Example I was repeated with minor modifications.

I. Plant Lines and Tissue Cultures

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

III. DNA delivery process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25, ul 2.5 M $CaCl_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

| 2 × pBII221 prep | For transient expression |
|---|---|
| 7 × pHYGI1 prep | Potential positive treatment |
| 3 × TE prep | Negative control treatment |

After all the bombardments were performed, the callus from the pBII221 treatments was transferred plate to plate to F medium as five 50 mg pieces. After 2 d the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

A56

6,013,863

27

IV. Selection of Transformed Callus

After bombardment the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 13 d the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 d, but at this time appeared close to dead. All of the callus was transfered from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example 1 in which only viable sectors were transferred and the round 2 plates reserved.

At 58 d post-bombardment three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A, and 55A.

After 15 d on maintenance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance was plated to F medium having 60 mg/l hygromycin.

After 19 d on 60 mg/l hygromycin the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead, and the line 55A was very close. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 d on 60 mg/l hygromycin the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to to F 60 mg/l hygromycin.

At 88 d post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 d. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 d of culture, the callus line 13E appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

V. Confirmation of Transformed Callus

A Southern blot was prepared from DNA from the line 24C. As shown in FIG. 6, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

VI. Plant Regeneration and Production of Seed

The line 24C along with unselected control callus were placed onto RM5 medium to regenerate plants as in

28

Example 1. After 16 d the callus was transferred to R5 medium as in Example I.

EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. 5' of the fusion gene are located segments of DNA from the CaMV 35S and nopaline synthase promoters. 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

9×pHYGI1/pMS533 Potential positive treatment

2 ×TE prep Control treatment

After bombardment the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R to hygromycin.

COMPARATIVE EXAMPLE A

The basic procedures of Examples I–III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 4 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to

6,013,863

29

work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 4

| | | | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
|---|---|---|---|---|---|---|
| Recip. Tissue | Plasmids | Recov. Period | | | | |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | — | — |
| Sieved | PCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a screenable marker gene; (ii) selecting a population of transformed cells expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

2. The process of claim **1** wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

3. The process of claim **1** wherein the cells are derived from immature embryos.

4. The process of claim **1** wherein said DNA encodes an EPSP synthase.

5. The process of claim **1** further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant.

6. The process of claim **5** further comprising obtaining seed from one of said progeny plants.

7. A process for producing seed comprising:

(a) providing a fertile transgenic *Zea mays* produced by the process of claim **1**, plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

(b) cultivating said transgenic *Zea mays* plant;

(c) obtaining seed from said cultivated *Zea mays* plant.

8. The process of claim **7** wherein the DNA encodes an EPSP synthase.

*    *    *    *    *

30

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,013,863                                    Page 1 of 2
DATED         : January 11, 2000
INVENTOR(S)   : Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 10,
Line 12, delete the comma and insert a prime sign, therefor.
Line 73, delete "ST.L.1" and insert -- ST.LS.1 --, therefor.

Column 11,
Line 44, delete "Nicatiana" and insert -- Nicotiana --, therefor.

Column 13-14,
In the first two rows of Table 2, delete all four occurences of "ncomycin" and
insert -- neomycin --, therefor.
In the second to last row and first column of Table 2, delete "luciterase" and
insert -- luciferase --, therefor.
Footnote 1, add a space between "EMBO" and "J", both occurrences.
Footnote 2, add a space between "PNAS" and "USA".
Footnote 2, underline "Nucl. Acids Res., 14,".
Footnote 3, underline "EMBO J., 3," and "Nature, 303,".
Footnote 4, underline "Nature, 310,", "ibid.," and "EMBO J., 2,".
Footnote 5, delete "Somat. Cell, Mol. Genet." and replace with -- Somat. Cell.
Mol. Genet., 13, --therefore.
Footnote 6, underline "Theor, Appl. Genet., 66", Nature, 300,", "Plant Mol.
Biol., 5," and "J. Mol. Appl. Genet., 2".
Footnote 7, underline "EMBO J., 4,", "Nuc. Acids Res., 14," and "EMBO J., 2,".
Footnote  8, underline "Science, 284" and "Plant Mol. Biol., 5," both occurrences.
Footnote 9, underline "Plant Mol. Biol., 2,".
Footnote 10, underline "Mol. Gen. Genet., 210,".
Footnote 11, underline "Nature, 317" and "Biotechnology, 5,".
Footnote 12, underline "EMBO J., 6," both occurrences.
Footnote 13, underline "Biotechnology, 2,".
Footnote 14, underline "Nuc. Acids Res., 15" and "EMBO J., 6,".
Footnote 15, underline "Mol. Gen. Genet., 204,".
Footnote 16, underline "Science, 234,", "PNAS USA", and "Nucl. Acids Res., 15,".

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,013,863                              Page 2 of 2
DATED          : January 11, 2000
INVENTOR(S)  : Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 29,
Line 29, delete "screenable" and insert -- selectable --, therefor.

Column 30,
Line 21, insert "plant" before -- produced --.
Line 22, insert "said" before -- plant --.

Signed and Sealed this

Twenty-third Day of October, 2001

*Nicholas P. Godici*

Attest:

Attesting Officer

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

A60

John Finer - December 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.,

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3    MONSANTO COMPANY and          )

4    MONSANTO TECHNOLOGY           )

5    LLC,                          )

6                                  )

7          Plaintiffs,             )

8                                  )    Civil Action

9                                  )    No. 04-305-SLR

10   v.                            )    (lead case)

11                                 )

12   SYNGENTA SEEDS, INC.,         )

13   SYNGENTA BIOTECHNOLOGY,       )

14   INC.,                         )

15                                 )

16         Defendants.             )

17   ********************************************************

18          VIDEOTAPED ORAL DEPOSITION OF

19                  JOHN FINER

20              December 7, 2005

21   ****************************************************

22         *** RESTRICTED - CONFIDENTIAL ***

23       *** SUBJECT TO PROTECTIVE ORDER ***

24

25   REPORTED BY:  SUSAN P. MILLER, RDR, CRR, CBC

John Finer - December 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.,

Page 2

1  VIDEOTAPED ORAL DEPOSITION OF JOHN FINER,
2  produced as a witness at the instance of the
3  Defendants, and duly sworn, was taken in the above
4  styled and numbered cause on Wednesday, December 7,
5  2005, from 9:06 a.m. to 5:39 p.m., before Susan
6  Perry Miller, RDR, CRR, CBC, Notary Public in and
7  for the State of Texas, reported via Machine
8  Shorthand with Realtime Computer Translation and
9  reported at the offices of Howrey LLP, 1111
10 Louisiana, 25th Floor, Houston, Texas, pursuant to
11 notice, the Federal Rules of Civil Procedure, and/or
12 any provisions stated on the record.
13        APPEARANCES
14 FOR PLAINTIFFS:
15     HOWREY, LLP
16       1111 Louisiana
17       25th Floor
18       Houston, Texas  77002-5242
19       (T) 713.787.1592
20       (F) 713.787.1440
21       By:  Mr. Donald H. Mahoney III
22           mahoneyt@howrey.com
23           Mr. Thomas A. Miller
24           MillerT@howrey.com
25

Page 3

1  APPEARENCE (CONTINUED):
2
3
4  FOR DEFENDANTS:
5      FINNEGAN HENDERSON FARABOW
6      GARRETT & DUNNER, LLP
7      901 New York Avenue, NW
8      Washington, DC  20001-4413
9        (T) 202.408.4000
10       (F) 202.408.4400
11       By:  Mr. Michael J. Flibbert
12           michael.flibbert@finnegan.com
13           Mr. Jared S. Cohen
14           jared.cohen@finnegan.com
15
16
17
18 VIDEOGRAPHER:
19
20     Mr. Jerry Sorsdal
21
22
23     ***********************
24
25

Page 4

1        STIPULATIONS
2
3        VIDEOTAPED ORAL DEPOSITION OF JOHN
4  FINER, taken on December 7, 2005, pursuant to
5  notice, the Applicable Rules of Civil Procedure,
6  and/or any provisions stated on the record.
7
8        The Original Transcript or a
9  condensed copy thereof with the Original Signature
10 Page of this deposition will be sent to Mr. Donald
11 H. Mahoney III, Counsel for Plaintiffs Monsanto and
12 DeKalb, in order that the witness may read and sign
13 the deposition, pursuant to the Applicable Rules of
14 Civil Procedure.
15
16        ****************************
17
18
19
20
21
22
23
24
25

Page 5

1        INDEX
2  VIDEOTAPED ORAL DEPOSITION OF
3  JOHN FINER, TAKEN ON 12/07/2005
4
5  APPEARANCES                          2
6  STIPULATIONS                         4
7  PRELIMINARY PROCEEDINGS                  8
8
9  EXAMINATION OF JOHN FINER:
10 BY MR. FLIBBERT:                 9
11 BY MR. MAHONEY:                  279
12 BY MR. FLIBBERT:                 292
13
14 REPORTER'S CERTIFICATION             299
15
16
17    Index of Videotapes
18 Tape 1            8
19 Tape 2            89
20 Tape 3            171
21 Tape 4            240
22
23
24
25

2 (Pages 2 to 5)

**A63 - A64**

**Redacted**

Klein, Theodore (1998-1-19    15-13)

```
00001
  1              IN THE UNITED STATES DISTRICT COURT         FOR THE NORTHERN
DISTRICT OF ILLINOIS
  2                      WESTERN DIVISION
  3  DE KALB GENETICS CORP.               )
  4                                        )                    Plaintiff,    )
  5      96 C 50112                        ) Civil Action No.v.
     )
  6                                        )PIONEER HI-BRED INTERNATIONAL,    )
  7                                        )                  Defendant.      )
  8  ------------------------------)DE KALB GENETICS CORP.                   )
  9                                        )                    Plaintiff,    )
 10      96 C 50113                        ) Civil Action No.v.
     )
 11                                        )PIONEER HI-BRED INTERNATIONAL,    )
 12                                        )                  Defendant.      )
 13  ------------------------------)DE KALB GENETICS CORP.                   )
 14                                        )                    Plaintiff,    )
 15      96 C 50114                        ) Civil Action No.v.
     )
 16                                        )CIBA-GEIGY CORPORATION, et al.,   )
 17                                        )                  Defendants.     )
 18
 19
 20          DEPOSITION OF THEODORE M. KLEIN, Ph.D.
 21
 22  -------------------------------------------------
 23              WILCOX & FETZER    1330 King Street - Wilmington, Delaware
19801
 24                      (302) 655-0477
00002
  1  DE KALB GENETICS CORP.               )                                  )
  2                    Plaintiff,         )                                  ) Civil
Action No.
  3  v.                                   )      96 C 50169
     )
  4  NORTHRUP KING CO., d/b/a             )SANDOZ SEEDS CO.,                  )
  5                                        )                  Defendant.      )
  6  ------------------------------)DE KALB GENETICS CORP.                   )
  7                                        )                    Plaintiff,    )
  8      96 C 50239                        ) Civil Action No.v.
  9                                        )PIONEER HI-BRED INTERNATIONAL,    )
 10                                        )                  Defendant.      )
 11  ------------------------------)DE KALB GENETICS CORP.                   )
 12                                        )                    Plaintiff,    )
 13      96 C 50240                        ) Civil Action No.v.
 14                                        )PIONEER HI-BRED INTERNATIONAL,    )
 15                                        )                  Defendant.      )
 16  ------------------------------)DE KALB GENETICS CORP.                   )
 17                                        )                    Plaintiff,    )
 18      96 C 50241                        ) Civil Action No.v.
 19                                        )CIBA-GEIGY CORPORATION,           )
 20                                        )                  Defendant.      )
 21
 22
 23
 24
00003
  1  MYCOGEN PLANT SCIENCE                )INCORPORATED, a Delaware           )
  2  corporation, and AGRIGENETICS,       )INC., a Delaware corporation,      )
                                     Page 1
```

```
                    Klein, Theodore (1998-1-19   15-13)
 3                                    )              Plaintiffs,   )
 4                                    ) Civil Action No.v.
    )   96 C 50284
 5                                    )DE KALB GENETICS CORP.               )
 6                                    )               Defendant.            )
 7        ------------------------------)DE KALB GENETICS CORP.             )
 8                                    )              Plaintiff,            )
 9                                    ) Civil Action No.v.
    )   96 C 50287
10                                    )CIBA-GEIGY CORPORATION,              )
11                                    )               Defendant.            )
12        ------------------------------)DE KALB GENETICS CORP.             )
13                                    )              Plaintiff,            )
14                                    ) Civil Action No.v.
    )   96 C 50288
15                                    )PIONEER HI-BRED INTERNATIONAL,  )
16                                    )               Defendant.            )
17        ------------------------------)
18 DE KALB GENETICS CORP.            )                                )
19                  Plaintiff,        )                                )   Civil
Action No.
20    v.                             )    96 C 50289
    )
21 NORTHRUP KING CO., d/b/a          )SANDOZ SEEDS CO.,              )
22                                    )              Defendant.      )
23
24
```

□00004
1            Deposition of THEODORE M. KLEIN, PH. D.taken pursuant to notice at
the law offices of
2    Richards, Layton & Finger, One Rodney Square,Wilmington, Delaware, beginning
at 10:15 a.m. on
3    Monday, January 19, 1998, before Robert W. Wilcox,Sr., Registered
Professional Reporter and Notary
4    Public.
5    APPEARANCES:
6            DAVID L. PARKER, ESQ.        WILLIAM SCHUURMAN, ESQ.
7            Arnold, White & Durkee        1900 One American Center
8            600 Congress Avenue          Austin, Texas  78701
9            for DeKalb Genetics Corp.,
10           RONALD A. WAWRZYN, ESQ.       RICHARD C. PEET, ESQ.
11           Foley & Lardner              777 E. Wisconsin Avenue
12           Milwaukee, Wisconsin 53202          -and-
13           BRIAN P. O'SHAUGHNESSY, ESQ.    Burns, Doane, Swecker & Mathis
14           P.O. Box 1404                Alexandria, Virginia  22313
15           for Pioneer Hi-Bred International,
16           WILLIAM P. DI SALVATORE ESQ.    White & Case LLP
17           1155 Avenue of the Americas     New York, New York  10036
18           for Ciba-Geigy Corporation,
19           ALLAN W. JANSEN, ESQ.        VICKI G. NORTON, ESQ.
20           Lyon & Lyon, L.L.P.          3200 Park Center Drive
21           Costa Mesa, California 92636         for Mycogen Plant Science,
Incorporated
22           and Agrigenetics, Inc.,
23
24
□00005
1    APPEARANCES (CONT'D):
2            RONALD J. BROWN, ESQ.        Dorsey & Whitney
3            220 South 6th Street         Minneapolis, Minnesota  55402
4            for Northrup King Co.
5            BARBARA SIEGELL, ESQ.        DuPont Legal
6            Barley Mill Plaza, P11-1170      P.O. Box 80011
                           Page 2

Klein, Theodore (1998-1-19   15-13)

19   researcher with USDA at their Plant Gene Expression
20   Center in Albany, California.  I was there working
21   with Dr. Michael Fromm.
22      Q.   What was the time period in which you were in
23   the Plant Gene Expression Center in Albany,
24   California?
00008
1      A.   That was from about September 1987 to
2   August --
3      Q.   You can refer to your curriculum vitae if
4   that would help you refresh your recollection.
5      A.   September '87 to about October '89 I was with
6   them.  And I worked with Dr. Fromm and some other
7   folks on maize transformation and other aspects of
8   plant molecular biology.
9      Q.   And prior to the Plant Gene Expression
10   Laboratory?
11      A.   Right.  I was a postdoctoral associate with
12   John Sanford at Cornell University for about three
13   years prior to that.
14      Q.   When did you start in John Sanford's lab as a
15   post-doc?
16      A.   I think September '84.  Yes.  With John, you
17   know, we developed the gene gun.
18      Q.   And you were in John Sanford's lab until what
19   time?
20      A.   Until about August '87.
21      Q.   And prior to joining John Sanford's lab where
22   were you --
23      A.   I did my Ph.D. at Cornell in Dr. Martin
24   Alexander's lab.
00009
1      Q.   What were the time periods that you were in
2   that laboratory?
3      A.   Since about 1979 to 1985 or so.  1984.
4      Q.   What was the research that you conducted
5   while you were a Ph.D. graduate student?
6      A.   That was in the realm of soil microbiology,
7   studying certain aspects of nitrogen metabolism in
8   soil.
9      Q.   Is it fair to say that was in the area of
10   microbiology?
11      A.   Yes.
12      Q.   And can you briefly describe the various
13   projects that you worked on while you were a post-doc
14   in John Sanford's lab?
15      A.   Sure.  Well, I met John.  I was looking for a
16   job and, you know, finishing up my Ph.D., looking to
17   sort of get into some new areas.  And John was
18   advertising for a post-doc.  And I went up to speak to
19   him in Geneva.
20           He described to me the new concept that
21   he was working on involving transfer of DNA into
22   cells.  This looked to me to be like a potentially
23   revolutionary technique.  His concept, as you probably
24   know, involves accelerating small particles to high
00010
1   velocities such that they can penetrate the cell wall
2   and membrane of intact tissues.  His concept was to
3   use this to deliver DNA into plant cells.  Beyond that
4   he had visions of it being used for other
5   applications, including medical applications and to
6   transform all sorts of cell types.  But I was more
Page 4

**A67**

Klein, Theodore (1998-1-19    15-13)

7   interested in staying with the agricultural aspects of
8   the gene gun.
9             So when I got there basically the
10  concept was in place.  John had done some preliminary
11  experiments indicating that yes, cells could survive
12  impact by microprojectiles using a couple of different
13  concepts for accelerating particles, and it was my
14  task basically to develop that technique with the help
15  of John and Dr. Ed Wolf at Cornell and Nelson Allen, a
16  machinist at Cornell.
17        Q.   Did you assist in developing the gene gun
18  itself?
19        A.   Yes.
20        Q.   And did you assist in doing transformations
21  of plant cells with the gene gun?
22        A.   Yes.
23        Q.   Did you collaborate with anyone outside of
24  Dr. Sanford's lab during the period that you were a
00011
1   post-doc with him?
2         A.   Yes.  We collaborated with several groups in
3   the realm of -- for example, one collaboration was on
4   chloroplast transformation in chlamydomonas, an
5   algae.  So that was the first demonstration of
6   chloroplast transformation ever.
7         Q.   Can you identify the individuals you
8   collaborated with?
9         A.   Sure.  Dr. Boynton and a guy named Gillham.
10  It was their lab that we collaborated with.  Other
11  collaborations involved working with Dr. Stephan
12  Johnson on yeast transformation.  Initially our first
13  major collaboration was probably with Dr. Ray Wu at
14  Cornell University, and the purpose of that
15  collaboration really was to give us a better
16  stronghold in the molecular biology area.  So John was
17  gearing up the lab to do these kinds of things, in
18  other words, make constructs, design genes, grow DNA,
19  which we could do that, but then assays for gene
20  expression, this kind of stuff.
21            At the time I started I think it's safe
22  to say that John's lab was not really a molecular
23  biology lab.  So we felt we needed that input and so
24  we set up -- John et up a collaboration with Dr. Wu,
00012
1   who is a renown plant molecular biologist.
2         Q.   Who was at Cornell?
3         A.   Who was at Cornell, right.  The other major
4   collaboration -- is that enough information about
5   that?
6             The other major collaboration was, of
7   course, with Pioneer on corn transformation.  We had
8   basically demonstrated that we could achieve transient
9   expression in onion cells and were looking for a major
10  system to work with.  And, of course, our goal, one of
11  my goals initially, was to transform major crops such
12  as corn.
13        Q.   When did you begin the collaboration --
14        A.   You'll have to remind -- I think it was
15  sometime in 1985, but there are documents.
16        Q.   I was going to ask you when did you undertake
17  the collaboration with the group in North Carolina to
18  transform chloroplasts.
19        A.   I can't remember.  Is that okay?
                              Page 5

**A68**

Klein, Theodore (1998-1-19    15-13)

20    Q.    Did you collaborate with Dr. Earle?
21    A.    Yes.  Thanks for reminding me.  We had
22  collaboration with Dr. Lisa Earle at Cornell.  She was
23  a noted tissue culture researcher at that time doing
24  research in maize tissue culture.

00013
1    Q.    Referring to your curriculum vitae which is
2  marked as Klein Exhibit 1, how many publications are
3  identified there that are in refereed peer reviewed
4  journals?
5    A.    All right.  I'd say about 22.
6    Q.    What is a peer reviewed --
7    A.    22 in the realm of plant molecular biology.
8    Q.    What is a peer reviewed scientific journal?
9    A.    A peer reviewed scientific journal basically
10  is a journal which publishes scientific articles that
11  deal with technical nature.  You submit an article
12  detailing results of experiments to this journal, and
13  the editor of the journal sends out copies of that
14  article to your peers, which would be other scientists
15  familiar with that type of research.  And they would
16  go over the research with pretty much a fine tooth
17  comb, criticizing things.  It has to pass their muster
18  before it would be accepted for publication in the
19  journal.
20    Q.    Including the time period that you worked on
21  your Ph.D. at Cornell University, how many years have
22  you been engaged in scientific research?
23    A.    How many years including Cornell?
24    Q.    Including your time at Cornell.

00014
1    A.    Well, geez, let's see.  Including Cornell?
2  Well, since -- a lot.  Since about, you know, 1980 or
3  so.  Even before then.  Over twenty years.
4    Q.    Over twenty years?
5    A.    Yes.
6    Q.    And what percent of your time as an employee
7  at DuPont are you engaged in scientific research?
8    A.    Well, probably 95 percent of my time.
9    Q.    And without going into any details of what
10  projects you're working on, what is the general area
11  of research that you're engaged in at DuPont?
12    A.    Currently I'm working with transformation
13  protocols for soybean, is my main area of research at
14  the moment.
15    Q.    And have you worked generally on corn
16  transformation while at DuPont?
17    A.    Yes.  I think about my first four years or so
18  were focusing on corn transformation.
19    Q.    To the best of your recollection, are there
20  any other groups that you collaborated with during the
21  time period that you were a post-doc in Dr. Sanford's
22  lab?
23    A.    There were some minor types of things of
24  people coming into the lab wanting to try things with

00015
1  the gun.  For example, someone named Karen Kindle from
2  Cornell came to use the gun again on chlamydomonus.
3  We worked a little bit with a guy named Gary Harman
4  who was there at Geneva on fungal transformation.  To
5  the best of my recollection, that's about it.
6    Q.    And the work that was done with Dr. Kindle,
7  was that directed towards chloroplast transformation

Page 6

**A69**

Klein, Theodore (1998-1-19    15-13)

22  question, please?
23           Let me just restate the question.
24  BY MR. PEET:
00023
1      Q.    State whether or not to the best of your
2  recollection the USDA told you that they would not
3  fund your renewal request because the method for
4  transforming plant cells worked.
5           MR. PARKER:  That's still a leading
6  question and I will object to it on that basis, and
7  continue to do so.
8           MR. PEET: You can go ahead and answer,
9  though.
10     A.    From what I remember, again, we demonstrated
11  it worked, the concept, and that's a big reason why
12  the grant was not funded.
13     Q.    What effect did the failure of the renewal
14  request have on your research at that
15  time?
16           MR. PARKER:  Objection.  Foundation.
17     A.    Well, it didn't have much effect on my
18  research.  Just tell me I better look for a job pretty
19  fast.
20     Q.    Did you have funding to continue your
21  research in Dr. Sanford's lab without the renewal?
22     A.    I'm trying to remember.  We were getting some
23  money from Cornell as well, but I'm a little cloudy as
24  to when this grant ended who was paying me.  I just
00024
1  can't remember.
2      Q.    Let me direct your attention to page 1 of the
3  1986 grant application.  It's marked as page 1.  It's
4  actually the third page of the papers which you have
5  in front of you.  And direct your attention to the
6  section entitled "Rationale and Significance."
7      A.    Page 3?
8      Q.    It's marked as page 1 at the top right-hand
9  corner but it's actually --
10     A.    Okay.  Sure.
11     Q.    The section is entitled "Rationale and
12  Significance."  I'd wonder if you'd just take a look
13  at that section to just refresh your recollection.
14  The section reads "There are two basic requirements
15  which must be met before a crop can be genetically
16  engineered to incorporate a trait that has potential
17  agronomic significance.  Firstly, techniques must be
18  available for the efficient delivery of foreign DNA
19  into recipient cells.  Secondly, it must be possible
20  to regenerate whole plants from the transformed
21  cells."
22           In 1986 did you have an efficient
23  delivery system for introducing foreign DNA into corn
24  cells?
00025
1      A.    I think yes, I think we did.
2      Q.    And in 1986 was it possible to regenerate
3  whole plants from transformed cells?
4      A.    Absolutely.
5      Q.    What technique did you have in 1986 for
6  introducing DNA into regenerable corn cells?
7      A.    Gene transfer by particle bombardment, you
8  know, the gene gun.
9      Q.    What are the steps for introducing DNA into
Page 10

Klein, Theodore (1998-1-19    15-13)

10  regenerable corn cells by particle bombardment which
11  are described in the 1986 grant?
12        A.    What are the steps that's described here?
13        Q.    Yes.
14        A.    I'd have to look.
15        Q.    Please.  Take your time to refresh your
16  recollection.
17        A.    what did we write?  So what are the steps for
18  transforming maize to put down here.  The first thing
19  you need to do is establish a tissue culture system, a
20  regenerable tissue culture system, which would involve
21  propagating maize callus in vitro from particular X
22  plants of corn, immature embryos, propogating that
23  material so you would have sufficient material to
24  perform experiments.  Once you had that established or
00026
1   maybe while you were establishing that you would be
2   doing tests with the gene gun to optimize gene
3   transfer, okay, to maximize the number of cells that
4   would be penetrated and express a foreign gene.
5              A third aspect would be -- I'm not sure
6   we talked about it here, but it would be like
7   selection.  In other words, simply bombarding tissue
8   en masse, you still need some way to recover the
9   transformed cell.  So you might be able to get away
10  without that, but it would increase efficiency if you
11  could kill all the non-transgenic, non-transformed
12  tissue.  If you can kill all of that and just have at
13  least a portion of the cells that were penetrated with
14  the particles survive, you'd be able to propagate
15  that.
16              So you'd need genes that confer
17  resistance to particular drugs or compounds or
18  herbicides.  And you'd have to work out conditions for
19  that as well.  And then -- so you'd have to bombard
20  the material with marker genes, selectable marker
21  genes, and then propagate transgenic material from the
22  callus or suspension cultures, we talk about
23  suspensions as well, and regenerate plants from that
24  transgenic callus.
00027
1         Q.    Does the 1986 grant teach/disclose the steps
2   for bombarding regenerable corn cells to obtain a
3   fertile transgenic plant?
4         A.    Yes, it does.
5         Q.    The first step that you described is making
6   regenerable cells.  where in the grant application do
7   you describe how to make regenerable corn cells?
8         A.    I guess on page 2 there is a review of tissue
9   culture of Graminae.  So that includes corn.  And I
10  believe most of this probably deals with corn.  So
11  there is a number of references here that would
12  probably show you how to do this.
13        Q.    what are the specific targets for
14  transformation that are described in the 1986 USDA
15  grant application?
16        A.    Well, I'm sure there is callus, corn callus,
17  maize, embryogenic maize.  On page 10 it lists -- I
18  guess the third paragraph, it says that we will
19  bombard scutellar tissue of immature embryos, corn
20  embryo, sort of pre-embryogenic callus derived from
21  immature embryos, and embryogenic callus which has
22  formed embryoids.  And then we also --
                        Page 11

Klein, Theodore (1998-1-19    15-13)

23    Q.    Just so the record is clear, you're referring
24  to the third full paragraph on page 10; is that
☐00028
 1  correct?
 2    A.    Yes.
 3    Q.    That's the second paragraph underneath the
 4  heading "Transformation of Zea mays using the particle
 5  gun." Is that correct?
 6    A.    Yes.
 7    Q.    Please describe what is scutellar tissue of
 8  immature embryos?
 9    A.    The corn seed has the endosperm and the
10  embryo, and within the embryo there is the embryo
11  axis, which is a chute basically in the root, initials
12  the baby parts of the plant, and then sort of
13  surrounding that is a tissue that helps supply
14  nutrients to that growing material. And that's the
15  scutellum.
16    Q.    And what is meant by "pre-embryogenic callus"
17  which is referred to in the third full paragraph of
18  page 10 of the USDA grant?
19    A.    Well, a means of generating tissue cultures
20  of maize involves excising an immature embryo from the
21  seed using a scalpel when it's only a couple of
22  millimeters in length and placing that on media that
23  contains 2,4-D, a plant growth regulator. When it's
24  placed there, after a certain number of days depending
☐00029
 1  on the genotype you'd find that the cells on the
 2  scutellar surface and down below the surface will
 3  begin to divide and grow, and this division and this
 4  tissue that grows is called callus.
 5          In this case we were trying to specify,
 6  I think, that we were going to bombard as the material
 7  is just emerging from the scutellum and division is
 8  taking place, and that would be before they're
 9  structures that would be recognizable somatic embryos
10  on that callus.
11    Q.    What is embryogenic callus which has formed
12  embryoids?
13    A.    Well, that would be maybe callus -- well,
14  this is what we meant. Callus that we had excised
15  from the scutellum and placed on medium that we'd be
16  able to propagate. And by that time you'd normally
17  see structures on the callus that's indicative of
18  somatic embryogenesis. In other words, there are
19  these structures in the callus that look like a maize
20  embryo from a plant, but at a very early stage of
21  development, you know, just several days after
22  pollination, maybe three or four days after
23  pollination, let's say. So they are embryos, but they
24  are small. So we call them embryoids.
☐00030
 1    Q.    In 1986 was it known that you could
 2  regenerate corn plants from these embryoids?
 3    A.    Absolutely.
 4    Q.    And in 1986 was it known that you could
 5  regenerate plants derived from scutellar tissue of
 6  immature embryos?
 7    A.    Sure.
 8    Q.    And in 1986 was it known that you could
 9  regenerate plants from pre-embryogenic callus derived
10  from immature embryos?

Page 12

A72

Klein, Theodore (1998-1-19    15-13)

11    A.    Yes.
12    Q.    Is the tissue culture derived from scutellar
13 tissue of immature embryos a regenerable tissue
14 culture?
15    A.    Yes.
16    Q.    Is the tissue culture derived from pre-
17 embryogenic callus derived from immature embryos a
18 regenerable callus?
19    A.    Yes.
20    Q.    Is the embryogenic callus which has formed
21 embryoids a regenerable tissue?
22    A.    Yes.  Sure.
23    Q.    Did the 1986 grant application identify
24 suspension culture cells as a target for
00031
1 transformation?
2    A.    Yes.
3    Q.    Can you identify in the grant application
4 where that is discussed?
5    A.    It looks like on page 11 it starts -- the
6 last paragraph starts with "Suspension cultures of
7 maize..."
8    Q.    This is the last paragraph on page 11 of the
9 1986 grant application that you're pointing to?
10    A.    Yes.
11    Q.    What do you describe there as the purpose of
12 using suspension culture cells in your process for
13 making fertile transgenic maize plants?
14    A.    Why would we use suspension cultures?
15    Q.    Yes.
16    A.    Well, we'd use suspensions because when
17 you're looking for a tissue to transform, the idea was
18 that you'd want as many actively dividing cells as
19 possible, material that's growing.  In other words,
20 just because tissue is increasing in mass doesn't mean
21 that there's necessarily a lot of dividing cells.  So
22 our thought was that a suspension culture would be a
23 really good source, maybe the best, for dividing
24 cells.
00032
1    Q.    Was it known in 1986 how to make corn
2 suspension cultures?
3    A.    Yes.
4    Q.    Was it known in 1986 that it was possible to
5 regenerate plants from suspension culture cells?
6    A.    Yes.
7    Q.    Does the 1986 grant identify meristamatic
8 tissue as a target for Biolistic bombardment for the
9 production of fertile transgenic corn plants?
10    A.    Yes, absolutely.
11    Q.    And where in the 1986 grant is that
12 discussed?
13    A.    Page 12.
14    Q.    Where on page 12?
15    A.    The first paragraph.  I recognize
16 Dr. Walden's name right away.
17    Q.    Why do you recognize Dr. Walden?
18    A.    Because he works with meristamatic tissue.
19    Q.    In 1986 was it possible to regenerate plants
20 from meristamatic tissue?
21    A.    Absolutely.
22    Q.    Returning to page 2 of the 1986 grant, page 2
23 marked at the top right-hand corner, I'd like to
                                Page 13

**A73**

Klein, Theodore (1998-1-19   15-13)

24   direct your attention to the paragraph which is under
☐00033
1   the heading "Tissue Culture of Graminae."
2        A.    Mm-hmm.
3        Q.    You state "...mature plants can readily be
4   regenerated from embryogenic callus derived from
5   various explants."
6        A.    Mm-hmm.
7        Q.    And cite Vasil 1982b and Tomes 1985.
8        A.    Mm-hmm.
9        Q.    what was the significance of those two
10  references?
11       A.    I'd really have to go back and look at those,
12  but I'm sure that they would discuss generating
13  embryogenic callus from various explants.
14            MR. PEET: I'd like to mark this for
15  identification as Klein Exhibit 3.
16            (Klein Deposition Exhibit No. 3 was
17  marked for identification.)
18            THE WITNESS:  We might want to take a
19  break soon.
20            MR. PEET: Do you want to take a break?
21            THE WITNESS:  Why not?
22            (A brief discussion was had off the
23  record.)
24            (A brief recess was taken.)
☐00034
1                         - - - -
2            THEODORE M. KLEIN, PH. D., resumes
3            THE VIDEOTAPE TECHNICIAN:  we're back on
4   the record at approximately 11:30 a.m.
5            MR. PARKER:  I'd like to just make one
6   statement for the record.  This is David Parker.  I
7   want to clarify on the record that Mr. Schuurman and
8   myself are here only representing Dekalb in the
9   Northern District of Illinois action.
10  BY MR. PEET:
11       Q.    Dr. Klein, I'd like to direct your attention
12  to Klein Exhibit 3, an article by Tomes which is cited
13  in the 1986 grant application, Klein Exhibit 2, on
14  page 2 of the grant.
15            I wonder if you could take a moment to
16  look through that article just to refresh your
17  recollection.
18       A.    Okay.
19       Q.    After reviewing Klein Exhibit 3, the Tomes
20  article that's before you, is this article the article
21  which is cited on page 2 of your 1986 grant?
22       A.    Yes.
23       Q.    Is the author of this paper, D. T. Tomes,
24  someone that you know?
☐00035
1        A.    Yes.
2        Q.    Did you collaborate with Dr. Tomes?
3        A.    Yes.
4        Q.    To the best of your recollection, during what
5   time period did you collaborate with Dr. Tomes?
6        A.    I think we got together sometime in 1986,
7   early '86.
8        Q.    And at that time do you know whether --
9   strike that.
10       A.    I remember where I first --
11       Q.    Let me ask this question:  During the time
                         Page 14

A74

Klein, Theodore (1998-1-19    15-13)

12    that you collaborated with Dr. Tomes, who was he
13    employed by?
14        A.    Pioneer Hi-Bred.
15        Q.    Why did you refer to the Tomes 1985 article,
16    Klein Exhibit 3, in your 1986 grant application?
17        A.    We referred to it because it was an excellent
18    review of the state of the art for corn tissue culture
19    at that time.
20        Q.    Does the article teach and describe how to
21    regenerate corn plants from embryogenic callus?
22        A.    Yes.
23        Q.    I'd like to direct your attention to page 178
24    of the Tomes article identified as Klein Exhibit 3.
00036
1        A.    Yes. Got it.
2        Q.    On page 178 the Tomes article describes Type
3    I and Type II callus. What is Type I corn callus?
4        A.    Well, not to be flippant about it, but there
5    are no really good words to describe the appearance of
6    these cultures. In other words, tissue culture
7    experts even have trouble communicating what a
8    particular phenotype is, how the material looks.
9    Actually when I was just going through this I happened
10   to -- my eye did hit on Type I and Type II callus.
11   So it describes it right here. Can I just read this?
12       Q.    Yes.
13       A.    This is as good as I'll be able to do.
14   "Type I E callus" -- or embryogenic callus; I put
15   those words in -- "is described as compact, opaque,
16   relatively slow growing and structurally complex, but
17   capable of long-term regeneration either by
18   organogenesis or embryogenesis."
19       Q.    Before you go on, do you agree with
20   Dr. Tomes' description of Type I callus?
21       A.    Yes. Yes, I do. And I can read his
22   description of Type II callus.
23       Q.    Please.
24       A.    That's "friable, rapidly growing, structural
00037
1    less compact with more clearly formed somatic embryos
2    often consisting of a somatic embryo born on a
3    suspensor-like structure."
4        Q.    Do you agree with Dr. Tomes' description of
5    what Type II callus is in his article?
6        A.    Yes.
7        Q.    Was it known in 1986 how to regenerate corn
8    plants from Type I callus?
9        A.    Yes.
10       Q.    Was it known in 1986 how to regenerate corn
11   plants from Type II callus?
12       A.    Yes.
13       Q.    Do all genotypes of maize produce Type II
14   callus?
15       A.    No.
16       Q.    In 1986 was it known which corn genotypes
17   produce Type II callus?
18       A.    Yes.
19       Q.    Which type of callus did you use in 1986 for
20   bombardment to produce transgenic corn cells?
21       A.    In 1986 that would -- if we're referring to
22   our collaboration with Dwight --
23       Q.    That's Dr. Tomes.
24       A.    -- and Arthur Weissinger, that would be Type
Page 15

A75

Klein, Theodore (1998-1-19    15-13)

5    after lunch.
6                    (A brief discussion was had off the
7    record.
8                    (The deposition recessed for lunch at
9    12:40 o'clock p.m. until 2:00 o'clock p.m. this same
10   day.)
11                        - - - - -
12                   THEODORE M. KLEIN, PH. D., resumes
13                   THE VIDEOTAPE TECHNICIAN:  we're back on
14   the record at approximately 1:57 p.m.
15   BY MR. PEET:
16        Q.    Good afternoon, Dr. Klein.  What is
17   agrobacterial mediated transformation?
18        A.    Agrobacterial mediated transformation uses
19   Agrobacterium which is, as I said before, a naturally
20   occurring plant pathogen.  It infects its host and in
21   so doing it transfers a small part of its gnome to the
22   plant cell.  And there are certain genes on that piece
23   of DNA that cause the infected plant cell to become
24   tumorous, to form what's called a gall.
□00064
1                    So scientists have taken Agrobacterium
2    and engineered that small piece of the gnome such that
3    it doesn't cause a disease, but they are able to use
4    that so-called T-DNA as a means of transferring
5    foreign DNA from the bacterium to the plant cell.
6         Q.    In 1986 was it possible to transform corn
7    cells to produce fertile transgenic plants by
8    agrobacterial mediated transformation?
9         A.    No.
10        Q.    why did you want to circumvent the use of
11   protoplasts for plant transformation?
12        A.    Protoplasts are cells from plant tissue that
13   by enzymatic digestion the cell wall is removed.  So
14   they are single, free floating cells.  It's easy to
15   get DNA into those cells, but very difficult in the
16   case back then of corn to regenerate a fertile
17   transgenic plant because there are many steps.
18        Q.    By "back then" are you referring to --
19   strike that.  what date are you referring to by "back
20   then"?
21        A.    Any time prior to 1990 let's say.  For sure.
22        Q.    And in 1986 was it possible to use
23   protoplasts for transformation to produce fertile
24   transgenic plants?
□00065
1         A.    Not to my knowledge.
2         Q.    I'd like to refer back to Figure 3 in your
3    1986 grant again, Klein Exhibit 2.  what role did the
4    screen play in the Biolistic apparatus?
5         A.    The idea of the screen was really twofold.
6    The main reason was the gene gun at that time used a
7    plastic bullet made out of polyethylene to carry the
8    microprojectiles that were on the front surface of
9    that polyethylene bullet.  That bullet would come
10   crashing down the barrel until it hit a stopping
11   plate.  It would hit that stopping plate.  That
12   stopping plate would basically stop the
13   macroprojectile, but the particles would be able to
14   continue to the target cells.  But upon impact of that
15   polyethylene bullet with the stopping plate parts of
16   the macroprojectile polyethylene bullet, parts would
17   shred off.  So there would be high velocity, large
                        Page 26

A76

Klein, Theodore (1998-1-19    15-13)

19    Q.    Who showed you those notes?
20    A.    I should be able to remember his name.  It
21 might come back to me.  He's not there now.
22    Q.    These were notes taken by DeKalb employees
23 who were present --
24    A.    Yes.
□00071
1    Q.    -- at your seminar?
2    A.    Yes.
3          MR. PARKER:  Objection.  Leading.
4    Q.    When was the seminar held which the DeKalb
5 scientists attended?
6    A.    Right.  I'm pretty sure that was probably the
7 summer of 1986.  I'm not sure if that type of thing
8 would be on here.  I could get the abstract to you of
9 that talk, but I don't remember exactly when it was.
10    Q.    You don't remember exactly when it was?
11    A.    What year that Agronomy Society meeting was.
12    Q.    I'd like to direct your attention to page 6
13 of the 1986 USDA grant, Klein Exhibit 2.  That's page
14 6 of the grant.
15    A.    Page 6?
16    Q.    Yes.
17    A.    Yes.
18    Q.    The first full paragraph refers to p35 CAT.
19 What does CAT refer to?
20    A.    CAT refers to chloramphenicol acetyl-
21 transferase, which is an enzyme that is used in gene
22 expression studies as a reporter gene.  So that if
23 that protein is produced within the cell, there is a
24 simple enzymatic assay to detect the presence of that
□00072
1 foreign enzyme.
2    Q.    Was CAT known in 1986?
3    A.    Yes.
4    Q.    And p35, what does that refer to?
5    A.    That refers to a promoter.  So that's the
6 part of the gene that drives expression of the gene.
7 And that refers to the 35S promoter from a plant
8 virus, cauliflower mosaic virus, which was at that
9 time probably the strongest promoter expressing
10 foreign genes in plants.
11    Q.    Why did you bombard plant cells with p35
12 CAT?
13    A.    It was for experimental purposes.  In other
14 words, there would be a system to verify that foreign
15 genes can be delivered -- not only delivered to
16 intact plant cells, but for that foreign gene to be
17 expressed and a protein to be produced.
18    Q.    In the 1986 grant do you describe use of a
19 selectable marker?
20    A.    In relation to corn transformation?  Yes.  On
21 page 11 we talk about trying to optimize things using
22 kanamycin, which is a drug that kills plant cells.
23 And so there is a gene that's available that can
24 inactivate kanamycin.  So we were planning to use
□00073
1 kanamycin as a selective agent.
2    Q.    Why would you use a selectable marker for a
3 method of making transgenic corn plants by bombardment
4 of regenerate cells?
5    A.    Bombardment or for that matter just about any
6 other general transfer method requires some means of
Page 29

Klein, Theodore (1998-1-19    15-13)

7    identifying or at least enriching for those transgenic
8    cells.  So upon bombardment it is only a subset of the
9    cells that receive foreign DNA, really only the cells
10   on the surface.  So there is a mass of cells that
11   haven't received any foreign DNA.  And if you were to
12   grow that material without selection, the
13   non-transformed material, the non-transgenic tissue,
14   would just swab any chance of seeing -- of recovering
15   the transgenic cells, unless you were able to screen
16   large numbers.  So if you're able to kill off all the
17   non-transgenic tissue and just leave the transgenic
18   population, grow that, propagate that, that would be a
19   means of enriching for transformation events.
20        Q.    Referring to page 7 of the grant --
21        A.    Yes.
22        Q.    -- what is pLGV neo?
23        A.    That's a plasmid that contains plant
24   promoter, and, going back, I'm not sure what promoter
☐00074
1    that might have been back then, driving expression of
2    a neomycin phosphotransferase gene, which is a gene
3    that produces a protein that reacts with neomycin or
4    kanamycin to inactivate it.
5         Q.    Does pLGV neo carry a selectable marker?
6         A.    Yes.  I think the neo refers to -- I know
7    the neo refers to neomycin phosphotransferase, which
8    would be the neo.  The kanamycin resistance gene.
9         Q.    Did you successfully use plasmid pLGV neo to
10   bombard corn cells to obtain a kanamycin-resistant,
11   transgenic corn cell line?
12        A.    Not in John's lab.  When I was in Michael
13   Fromm's lab we used it.  It worked very well with
14   something called BMS cells, black Mexican sweet cells,
15   which is nonembryogenic material.  You can't
16   regenerate a plant from it.  And we tried to use it
17   with embryogenic material, but I was unsuccessful at
18   using it.
19        Q.    To the best of your knowledge, has anyone
20   used the kanamycin resistance gene as a selectable
21   marker to produce fertile transgenic corn cells by
22   particle bombardment?
23        A.    I believe there are other groups that have,
24   and specifically I'm not sure.  I think there are some
☐00075
1    folks that have used it.
2              MR. PEET: I'd like to mark this as Klein
3    Deposition Exhibit 7.
4              (Klein Deposition Exhibit No. 7 was
5    marked for identification.)
6              THE WITNESS:  I've looked at it.
7    BY MR. PEET:
8         Q.    The article which I've handed you, Klein
9    Exhibit 7, is a paper published in Plant Molecular
10   Biology in 1994.  Do you recognize what A188 times B73
11   is?
12        A.    Yes.
13        Q.    What is that?
14        A.    It would be just simply a cross of A188, the
15   genotypes A188 and B73.  And callus in this case was
16   generated from immature embryos derived from that
17   cross.
18             MR. PARKER:  Have we established that
19   this witness has ever seen this article before?
Page 30

Klein, Theodore (1998-1-19     15-13)

00101
1  into embryogenic corn callus.
2      Q.   And what's the basis of that conclusion?
3      A.   The levels of CAT activity were higher in the
4  samples treated with the CAT plasmid than in the
5  control.
6      Q.   Why does the control contain any CAT
7  activity?
8      A.   There can be background levels of activity.
9      Q.   And the control in this experiment is
10  indicated as in which line of the table?
11     A.   The first line of data.
12     Q.   The treatment indicated on bombarded is the
13  control?
14     A.   Yes.
15     Q.   When did you obtain your first fertile
16  transgenic maize plant using the gene gun to bombard
17  regenerable corn cells?
18     A.   That would be at USDA in Albany, California
19  in Michael Fromm's lab.
20     Q.   When did you obtain the first transgenic
21  fertile maize plant based upon bombardment of
22  regeneralable callus?
23     A.   I'm going to look at my CV again.  It would
24  probably be in the spring or so of '89, I believe.

00102
1      Q.   Is that transgenic plant described in any
2  publication?
3      A.   Yes.  It's in Biotechnology paper from, I
4  believe, 1990.
5      Q.   Mm-hmm.  How many years after submitting the
6  1986 grant application did elapse before you obtained
7  your first transgenic fertile maize plant?
8      A.   About two and a half years or so, I believe.
9  Wait.  Yes, roughly.
10     Q.   As a research scientist with many years of
11  experience, state whether or not you consider three
12  years to be rapid progress in achieving a fertile
13  transgenic corn plant given the resources that were
14  available to you.
15          MR. SCHUURMAN:  I would object to that
16  as being vague.
17     A.   From my own viewpoint, yes, it was pretty
18  excellent progress, if I might say so myself.
19     Q.   Why do you consider this three years which
20  elapsed between the time you submitted the 1986 USDA
21  grant and the time you obtained your first transgenic
22  corn plant to be rapid progress given the resources
23  that were available to you at the time?
24     A.   Well, I can start with the fact that in 1986

00103
1  we were just developing the technology.  In other
2  words, there were a whole host of parameters that we
3  really needed to work through at that time to achieve
4  the levels of transient expression that we felt would
5  be suitable to even start to consider doing stable
6  maize transformation experiments.  Okay.
7          So there is optimizing the gun,
8  optimizing the size of the particles, distance.  Many
9  of these things we did in collaboration with Dwight
10  and Arthur, these optimization experiments.  And even
11  after we established those gun parameters it would be
12  necessary, especially going to a new lab like Mike's,
                            Page 41