Klein, Theodore (1998-1-19   15-13)

13    Mike Fromm's, the whole tissue culture aspect of the
14    process, we sort of had to start there, you know, for
15    ourselves from in some ways from scratch.  In other
16    words, start generating cultures there and build up
17    enough material for bombardments, working with
18    different selectable markers, determining which ones
19    might be suitable in our hands.  And then there is
20    also the inevitable contaminated experiment and things
21    that go wrong, too.
22        Q.   What do you mean by "contamination"?
23        A.   Well, all this type of work has to be done
24    under aseptic conditions, in other words, basically
00104
1    sterile conditions, so that the tissue cultures are
2    not infected by contaminating microorganisms.  That's
3    inevitable in these kinds of experiments.
4        Q.   Does that typically happen in a tissue
5    culture lab, that you will routinely obtain
6    contamination?
7        A.   Unfortunately, yes, this happens.
8        Q.   During the move from Dr. Sanford's lab to the
9    Plant Gene Expression Lab in Albany did you have
10    downtime because of the move?
11        A.   Absolutely.
12        Q.   In terms of how long it takes to do each step
13    in the process of Biolisticly bombardly regenerable
14    cells to produce a fertile transgenic maize plant, for
15    example, how long does it take to start a suspension
16    culture cell line for bombardment?
17        A.   Well, first you have to grow a corn plant,
18    which can take a couple of months.  And then you have
19    to excise the embryos and grow those on media.  And
20    that can take three or four months at least really to
21    build up enough material to do a suitable number of
22    experiments.  That's just the beginning.  And then, of
23    course, there are bombardments.  They take -- really
24    in the process the actual bombardment is the
00105
1    relatively trivial amount of work once you have the
2    parameters worked out.
3              Following bombardment it could take two
4    or three months to recover a transgenic cell line or
5    transgenic cell lines, and after that it could easily
6    take six to eight months to regenerate a small
7    plantlet.  And that has to be grown to a stage where
8    seed is produced.  And that can be another two months
9    or so.  So you're looking at -- you know, it could be
10    well over, you know, a year and a half to two years.
11        Q.   Is the scenario that you have just described
12    in your view a best case scenario?
13        A.   Actually, yes, especially when you're just
14    starting from ground zero, in other words, and you
15    don't know what the selection parameters might be or
16    how much transient material you need to produce before
17    you even try to regenerate something.  I would say
18    that is a pretty aggressive schedule.
19        Q.   So under ideal conditions without any delays
20    what is the total time it would take to obtain a
21    fertile transgenic maize plant if one started by
22    preparing regenerable corn suspension culture cells
23    for transformation with the gene gun?
24        A.   We'd have to add it up.  So let's say maybe
00106

Page 42

**A80**

Klein, Theodore (1998-1-19    15-13)

1   five months to make the culture.  I come up with
2   something like 15 to 18 months as a pretty quickly
3   moving type of thing.
4       Q.   Mm-hmm.
5               MR. PEET: I'd like to mark this as Klein
6   Exhibit 11 for identification, please.
7               (Klein Deposition Exhibit No. 11 was
8   marked for identification.)
9   BY MR. PEET:
10      Q.   Just take a moment or as much time as you
11  need to refresh your recollection regarding this
12  publication.
13      A.   Okay.
14      Q.   Klein Exhibit 11 is a publication from the
15  journal Biotechnology published in 1990 in which you
16  are listed as a co-author.  Did you assist in the
17  writing of this article?
18      A.   Yes.
19      Q.   Did you participate as a scientist in
20  generating the data which is reported in this
21  article?
22      A.   Yes.
23      Q.   Where was the work done which is described in
24  this Biotechnology article, Klein Exhibit 11?
□00107
1       A.   The plant transformation experiments were all
2   done at the Plant Gene Expression Center, USDA Plant
3   Gene Expression Center, in Albany, California.  Cell
4   cultures that we used in these experiments, some of
5   the experiments at least, were produced by Chuck
6   Armstrong at Monsanto.
7       Q.   Mm-hmm.  Earlier I asked you when you
8   obtained your first fertile transgenic maize plant by
9   microparticle bombardment.  You indicated that a
10  report regarding that fertile transgenic plant was
11  contained in a Biotechnology article.  Is this the
12  Biotechnology article you were referring to?
13      A.   Yes, mm-hmm.
14      Q.   Can you identify for me the designation which
15  you gave to the callus which gave rise to the fertile
16  transgenic plants that are described in this article?
17      A.   I think they were given just the designation
18  of pALSLUC-1, -2, -3, etcetera.  Also there is
19  pBARGUS, again -1, -2, I think.
20      Q.   What does ALS refer to?
21      A.   ALS refers to acetolactate synthase, which is
22  a gene in the amino acid biosynthetic pathway.
23      Q.   Is ALS a selectable marker?
24      A.   Yes.
□00108
1       Q.   And what does LUC refer to?
2       A.   LUC refers to luciferase, which is a
3   screenable marker.  That luciferase gene is a gene
4   from fireflies that produces light so you can -- is
5   that good enough?
6       Q.   Is luciferase or LUC a selectable marker?
7       A.   That would be more a screenable marker.
8       Q.   And what does a BAR or B-A-R to?
9       A.   Basta resistance.
10      Q.   And is BAR a selectable marker?
11      A.   Selectable marker, yes.
12      Q.   And what is Basta?
13      A.   Basta is a herbicide.  And Basta resistance
                        Page 43

**A81**

Klein, Theodore (1998-1-19    15-13)

14  gene can inactivate the herbicide Basta.
15     Q.    And what is GUS or G-U-S?
16     A.    GUS again refers to beta-glucoronidase, which
17  is a screenable marker.
18     Q.    I'd like to direct your attention to Table 1
19  and specifically to the plasmid callus number
20  pALSLUC-3.  Why is that callus designated with the ALS
21  letters?
22     A.    Because we used the ALS gene as a selectable
23  marker with chlorsulfuron as a selectable agent.
24     Q.    And is chlorsulfuron a herbicide?
00109
1     A.    Yes.
2     Q.    And why does this designation also refer to
3  LUC?
4     A.    Because on the same plasmid there is both --
5  two genes were present, the ALS gene and the
6  luciferase gene.
7     Q.    Is the plasmid which was used to generate by
8  particle bombardment the callus referred to as
9  ALSLUC-3 described in the Biotechnology paper?
10     A.    Yes, it is.
11     Q.    Where is that plasmid described?
12     A.    Figure 1, the first plasmid.
13     Q.    What cells were bombarded with the pALSLUC
14  plasmid?
15     A.    Embryogenic suspension cultures.
16     Q.    And what genotype of corn cells were used?
17     A.    Callus derived from a cross of B73 by A188.
18     Q.    And was B73 times A188 a well-known corn line
19  at the time that you conducted these experiments?
20     A.    Yes.
21     Q.    When was that corn line first described?
22     A.    When was the corn line first described?
23     Q.    Strike that question.
24     A.    I'd have to look at the literature.
00110
1     Q.    On page 834, column 2, you refer to using
2  maize embryogenic suspension cultures, either B73
3  times A188 or a B73 times A188 derivative.  And next
4  to the reference to B73 times A188 there is a note to
5  reference 28.  Why did you cite reference 28?
6     A.    Because they specifically used that cross in
7  that paper.
8     Q.    And what paper is that?
9     A.    It's Hodges.
10     Q.    When was that published?
11     A.    1986.
12     Q.    Mm-hmm.
13     A.    But, you know, it was used by others before
14  then.  In fact, some of the papers we looked at
15  specified B73 by A188.
16     Q.    Mm-hmm.  Who assisted you in the experiments
17  which are described in the Biotechnology paper?
18     A.    Well, Mike Fromm did a lot of the experiments
19  himself as well, including coating the genes that were
20  used in the plasmids, the selectable markers, and a
21  lot of the analysis of the transgenics.  Fionnuala
22  Morrish was a post-doc that was working in the lab,
23  and most of her work was focused on using the Basta
24  resistance gene for bombardments.  Ros Williams,
00111
1  Rosalind Williams, and John Thomas were technicians
Page 44

Klein, Theodore (1998-1-19    15-13)

2    that helped with the tissue culture.  And then there
3    was myself doing experiments.
4        Q.    I note that Charles Armstrong is also listed
5    as an author.
6        A.    Mm-hmm.  He wasn't in the lab.  He was a
7    collaborator because of his strong knowledge in maize
8    tissue culture.
9        Q.    Who provided the tissue cultures that you
10   used for these experiments?
11       A.    Chuck Armstrong provided some of them, but
12   I'm not sure -- we also had our own cultures as
13   well.  So I'm not sure which were used for which
14   experiments.
15       Q.    And who was responsible for maintaining those
16   cultures that you had?
17       A.    Several of us did that.  I was responsible
18   for some of it.
19       Q.    I'd like to direct your attention to the
20   Experimental Protocol section on page 838 of the
21   Biotechnology 1990 paper, Klein Exhibit 11.  Under the
22   section that is bolded and "Gene Transfer and
23   selection of transformed cells," you state
24   "Embryogenic callus or suspension cells were

00112
1    bombarded with one micron tungsten micro projectiles
2    using a Biolistics particle acceleration device
3    (DuPont, Delaware) and the DNA precipitation
4    conditions previously described."
5        And you refer to articles 14, 15, 29 and
6    30 in the references section of the paper.  Why did
7    you refer to those papers?
8        A.    Because those papers provide information
9    detailing the DNA precipitation procedures.  So
10   basically we used the same protocols as were described
11   in those papers.
12       Q.    Do those papers that are referred to in 14,
13   15, 29 and 30 of the references section of the
14   Biotechnology paper provide a description of the
15   transformation conditions that were used in doing the
16   particle bombardments described in the 1990 paper?
17       A.    Essentially, yes.  Just the bombardment part
18   of the process would be described in those other
19   papers.
20       Q.    Thus, in indicating or referencing these
21   papers in the methodology section you are also
22   referencing the conditions, the bombardment
23   conditions, that were described in those papers?
24       A.    Yes.

00113
1        Q.    So in the experiments that you did, the
2    particle bombardment experiments to transform
3    regenerable corn cells to produce fertile transgenic
4    plants, the conditions which you used are those that
5    are described in the references 14, 15, 29 and 30 of
6    the --
7            MR. SCHUURMAN:  I object to that as
8    leading.
9        Q.    -- references section of the paper?
10       A.    Yes.
11           MR. PEET: I'd like to mark this as Klein
12   Exhibit 12.
13           (Klein Deposition Exhibit No. 12 was
14   marked for identification.)
                                        Page 45

A83



# Declaration

I, John Sanford, Associate Professor of Horticultural Sciences, of Cornell University, Geneva, NY 14456, am an expert in the areas of genetics, plant breeding, and plant genetic engineering. I have been doing full-time research in this area for over 16 years. My special expertise is in the area of plant genetic transformation and the engineering of resistance to parasites. My C.V. is attached.

I do declare the following:

I am aware that numerous companies have applied for and have obtained or will soon obtain broad patents regarding the use of the biolistic process in transforming particular crop species, in particular - corn. Several of these companies are suing each other, and several have approached me asking me to serve as a paid expert witness. I have declined all these offers, and present this declaration without any financial compensation, without obligation to any other party, without any financial or vested interest in the outcome of the pending lawsuits, and without bias toward any of the parties involved.

In 1983, in conjunction with Dr. Ed Wolf, I conceived a new concept, which has since been called the biolistic process, or the "gene gun". With technical help from Mr. Nelson Allen, we did a simple proof of concept experiment late in 1983. Early in 1984, I wrote a patent application which resulted in a series of issued patents, beginning with US patent #4,945,050.

As clearly delineated in that patent, this new process was inherently a 'universal' gene delivery system, which would allow delivery of DNA into any cell or tissue which could be exposed to particle bombardment. As that patent points out, particle bombardment could readily be performed on any species whether animal or plant (including both monocots or dicots). It further pointed out that any tissue or cell type could be bombarded, including plant meristems, pollen, callus, cell suspensions, and intact plant parts. The concept of bombarding whatever plant cells or tissues happen to be most regenerable for a certain species was inherent in the invention, and was actually the rationale for developing the process in the first place. Therefore, given the gene gun



MGA0045401

concept and any regenerable plant cell or tissue, it would be obvious to anyone in the field to bombard the regenerable material, in order to recover transgenic plants. Likewise it would be obvious to optimize conditions to maximize cell survival after bombardment (as the process in traumatic to the cell), and to use a selectable gene and a corresponding selection mechanism; to eliminate non-transformed cells or plants and eventually allow recovery of transformed plants. This would require work for each new species being transformed, but would not require undue experimentation.. This truth is clearly demonstrated by the fact that as biolistic devices became available to various parties, each party in turn readily used the apparatus to transform the species of their interest. Typically such success came within 1-2 years of receiving the device, which in terms of the time required for plant transformation, can be considered to be essentially immediate success. Yet many parties that used the biolistic process and biolistic device now claim that such use for their specific application was not obvious, and was therefore patentable, in the broadest sense possible. In my expert opinion, these broad claims are not valid, and transformation of corn and other plant species was simply the logical extension of what was already known by at least June 23, 1986, when we filed a CIP patent application which included the demonstration of transient biolistic transformation of embryogenic corn callus. To support this assertion, I would like to record here the chronology of some of the work done in my own lab, as it related to such claims, especially in regard to corn transformation. Attached are specific documents which verify these dates.

_1983_ - Ed Wolf and myself conceive of the biolistic process. December - our first demonstration that particles can be accelerated into plant cells.

_1984_ - I write the patent. Grant from Cornell Biotechnology Institute won. Ted Klein hired. Work progresses. Nov. 13 - patent filed. Nov. 28 - first public disclosure in presentation at ASA meetings. Nov. 30 - non-confidential seminar at Monsanto.

_1985_ - June 23 - biolistic poster and abstract at Cornell Symposium. Oct. 15 - public lecture on biolistic process at Cornell Symposium. Oct. 24 - collaboration with Ray Wu on rice transformation begins.

_1986_ - February 27- USDA grant proposal submitted - outlining monocot (corn and rice) transformation protocols. March 25 - I approached Dr. Lisa Earle to get embryogenic callus of corn. Ted demonstrates transient biolistic transformation of embryogenic corn. June 23 - CIP patent filed, showing improvements and transient biolistic corn transformation. July 31 - Extensive

MGA0045402

disclosure of biolistic process at the Fine Particle Society meeting. July or Aug. - Formation of Biolistics,Inc.  Sept. or Oct. - Biolistics,Inc. licenses patent rights from Cornell.  Oct. 1. 1986 - correspondence with Dwight Tomes regarding collaboration.  Oct. 15 - Collaborative agreement and joint inventorship agreement for first Cornell/Pioneer experiment signed.  Oct. 16, first corn experiment with Pioneer done. Oct. 30 - confidentiality agreement with Ron Lundquist of MGI, Ted Klein and John Sanford show Ron how gun works, reveal our own biolistic corn transformation data. Dec. - ASA poster and abstract.

1987 - March 5 - The evidence of stable transformation of corn, generated in collaboration with Pioneer, submitted to USDA. May 7 - publication in Nature. May 14 - Biolistics, Inc./Pioneer collaborative agreement signed (they are first company to get one of Biolistics' guns - shipped 5/20/87). Nov. 11 - gun shipped under Biolistics/Agracetus collaborative agreement. Under these collaborative research agreements, Biolistics provided all the information and technical advice we were able to provide, including all our own unpublished findings involving corn.

1988 - May 1988 - Corn paper published - BioTechnology. Early 1988 - PNAS paper co-authored with Pioneer. Beginning in 1988, Biolistics began to lease guns to Universities and Companies. In each case we provided unlimited access to our biolistic knowledge base, with each leasee benefiting from our experience. Shipping dates for companies involved in plant transformation are listed below. These dates essentially represent the earliest date that these companies could have begun biolistic research on corn.

>  Jan. 14 - Calgene
>  June 22 - Ciba-Geigy
>  Aug. 8 - Monsanto
>  Aug. 10 - Garst Seed co.
>  Aug. 15 - Dekalb/Pfizer Genetics
>  Aug. 29 - Molecular Genetics
>  Nov. 18 - Enichem
>  Dec. 7 - BioTechnica
>  Dec. 14 - UpJohn

1989 - Jan. 13 - DuPont
>  Jan. 25 - Plant Cell Research Inst.

MGA0045403

Once the apparatus were delivered to the above companies, and technical instruction on how to use them for plant transformation was provided; these companies all proceeded to employ the technology successfully. Why then should any of them be able to claim that they invented biolistic transformation of corn? What was their inventive act? None of these parties conceived of biolistic transformation of corn until years after my own lab conceived of it, spoke publicly about it, and published on it. My own lab had already shown that genes could be biolistically delivered into embryogenic corn cells well before any of these parties even had access to their first biolistic device. Pioneer helped us to prove stable biolistic transformation of regenerable corn cells, however we had already initiated collaborative experiments involving regenerable corn callus with Dr. Lisa Earle of Cornell - if we had focused on that collaboartion it would have proved the same thing. Pioneer's contribution in this regard was valuable but not necessary, and was technical and not inventive in nature. Given the number of labs that were developing corn regeneration systems at that time, if we had not collaborated with Dr. Earle or Pioneer, we would have certainly collaborated with someone else, to demonstrate stable biolistic corn transformation. Practically everyone with regenerable corn callus was asking my lab to help them transform their material, and as history now attests, any one of those systems would have worked. In my expert opinion, the currently contested patents involving the biolistic transformation of corn do not reflect who _invented_ something first, but rather who had first access to our apparatus, and who was most aggressive in patent filing.

In light of all the above, it should be clear that by the latter half of 1986 it had become obvious to many in the field to biolistically transform corn. All that was really needed was access to a biolistic device. Therefore, it is my strong opinion that all claims filed after June 23, 1986, which broadly claim biolistic transformation of corn, should be dis-allowed.

This is my honest, expert opinion on the matters stated above. I do swear that this declaration is to the best of my ability true in all its aspects.

Signed this 4th day of February, 1997.

John Sanford

MGA0045404

Schedule for John Sanford

January 27, 1987

| | |
|---|---|
| 9:00 a.m. | Arrive at MGI |
| 9:00 - 10:00 a.m. | Tour Facilities - Ron Lundquist, Sr. Scientist |
| 10:00 - 11:00 a.m. | Seminar - "Particle Gun Mediated Transformation of Plants" - R & D Conference Room |
| 11:00 - 11:30 a.m. | Ken Hibberd, Sr. Scientist |
| 11:30 - 12:00 a.m. | George Baran, Sr. Sicentist |
| 12:00 - 1:30 p.m. | Lunch - Ron Lundquist, Nancy Dwan, Bill Pilacinski |
| 1:30 - 2:30 p.m. | Round table discussion - R & D Conference Room #1 |
| 2:30 - 3:00 p.m. | Bill Pilacinski, Sr. Scientist |
| 3:00 - 4:00 p.m. | Ron Lundquist, Sr. Scientist |
| 4:00 p.m. | Depart |

A88

MGA0045527

OMB Approved 0520-0001
Expires 12.31.86

DEPOSITION
EXHIBIT
Klein 2
RW 1·19·98

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

GRANT APPLICATION

| FOR OFFICE USE ONLY | |
|---|---|
| PROPOSAL NO. | DATE RECEIVED |
| PROGRAM AREA CODE | PROPOSAL CODE |

**1. LEGAL NAME OF ORGANIZATION TO WHOM AWARD SHOULD BE MADE**
Cornell University

**3. NAME OF AUTHORIZED REPRESENTATIVE**
Frank L. Feocco

**4. TELEPHONE** (Include area code)
607-255-5011

**2. ORGANIZATIONAL ADDRESS** (Give complete mailing address & Zip code — include County)

123 Day Hall
Ithaca, NY 14853
Tompkins County

**5. ADDRESS OF AUTHORIZED REPRESENTATIVE** (If different from item 2)

**6. TITLE OF PROPOSAL** (Maximum 80 characters)
Delivery of DNA into Regenerable Tissues of Monocots, Using High-Velocity Microprojectile

**7. PROGRAM TO WHICH YOU ARE APPLYING** (Refer to Federal Register Announcement)
USDA Competitive Grants Research Program

**8. PROGRAM AREA** (Refer to Federal Register Announcement)
Biotechnology/Mol. Biol./3.1

| **9. IRS NO.** | **10. CONGRESSIONAL DISTRICT NO.** | **11. EXISTING S&E AWARD NO.** |
|---|---|---|
| 15-600 2250 | 28th | ☒ NEW  ☐ RENEWAL (Specify) |

| **12. PERIOD OF PROPOSED PROJECT DATES** | **13. NO. OF MONTHS** | **14. FUNDS REQUESTED FROM S&E** (Form S&E-65) |
|---|---|---|
| From: 8/1/86  Through: 7/31/88 | 24 | $ 251,682 |

**PRINCIPAL INVESTIGATOR(S)**

**15. P.I. #1 NAME** (First, middle, last)
John C. Sanford

**17. P.I. #1 TELEPHONE NO.** (Include area code)
315-737-2395

**16. BUSINESS ADDRESS** (Include Department & Zip code)
Dept. Horticultural Sciences
Hedrick Hall
Cornell University/ Geneva, NY 14456

**18. P.I. #2 NAME** (First, middle, last)
Ted Klein

**18. P.I. #3 NAME** (First, middle, last)
Ray Wu

**20. TYPE OF PERFORMING ORGANIZATION** (Check one only)

- 01 ☐ USDA/S&E Laboratory
- 02 ☐ Other Federal Research Laboratory
- 03 ☐ State Agricultural Experiment Station (SAES)
- 04 ☒ Land Grant University 1862
- 05 ☐ Land Grant University 1890 or Tuskegee Institute
- 06 ☐ Private University or College
- 07 ☐ Public University or College (Non-land Grant)
- 08 ☐ Private Profit making
- 09 ☐ Private Non-profit
- 10 ☐ State or Local Government
- 11 ☐ Veterinary School or College
- 12 ☐ Other (Specify):

**21. Will the work in this proposal deal with recombinant DNA?**
☐ NO  ☒ YES

**22. Will the work in this proposal deal with human subjects?**
☒ NO  ☐ YES (Complete Form S&E-662)

**23. Will this proposal be sent to any other Federal Agency?**
☒ NO  ☐ YES (List acronyms)

*CERTIFICATION AND ACCEPTANCE*

*We, the undersigned, certify that the information contained herein is true and complete to the best of our knowledge, and accept as to any grant awarded, the obligation to comply with the terms and conditions of Science and Education in effect at the time of the award.*

**SIGNATURE OF PRINCIPAL INVESTIGATOR(S)**
Theodore Klein    Ray Wu

**DATE**
2/27/86

**SIGNATURE OF AUTHORIZED ORGANIZATIONAL REPRESENTATIVE** (Same as item 3)

**TITLE**

**DATE**

Form S&E-661    (Aug 81)

MGA0080484

Delivery of DNA into Regenerable Tissues of Monocots
Using High-Velocity Microprojectiles

Investigators:                          John C. Sanford
                                        Theodore M. Klein
                                        Ray Wu

## Summary

We have developed an entirely new method for introducing DNA into plant cells.
Small tungsten particles (refered to as microprojectiles) can be accelerated to high velocities
with a device termed a particle gun. The velocities attained by the microprojectiles are
sufficient to permit their penetration of cell walls and membranes in a non-lethal manner.
Using epidermal cells of *Allium cepa* as a model system, we have demonstrated that large
numbers of cells can be penetrated simultaneously and that most (>90%) of these cells
survive bombardment. Several (1 to 10) microprojectiles can routinely be observed within
living cells and these microprojectiles generally move in conjunction with the cytoplasmic
stream. DNA- or RNA- coated microprojectiles can be accelerated into plant cells. Using
the particle gun, we have shown that RNA from tobacco mosaic virus can be delivered in a
biologically active form to large numbers of cells simultaneously. Using a plasmid that
contains the chloramphenicol acetyltransferase gene, we have demonstrated the genetic
transformation of intact monocot tissue using the particle gun.

The advantages of this new method are numerous. Because substantial amounts of
DNA are mechanically deposited in the cell, high rates of transformation can be achieved
without the use of an infectious agent. Thus the complexities and host range problems
associated with the *Agrobacterium* system are entirely avoided. In addition, genetic
material can be delivered to many cells simultaneousy, as they occur in their natural state in
embryogenic or organogenic tissue. The ability to efficiently deliver DNA to these tissues
should greatly facilitate the regeneration of transformed plants of species that currently
cannot be regenerated from protoplasts. We feel that the particle gun process may prove
pivitol for the genetic engineering of many important monocots (specifically the cereal
crops) and might eventually provide a universally applicable process to transform plants.

To date most of our experience is with *A. cepa*. Our new efforts will focus on
factors affecting the efficiency of transformation of epidermal cells of *A. cepa* with the
particle gun. Various parameters (i.e., conditions used to bind DNA to the
microprojectiles, number and velocity of the microprojectiles used to bombard the tissue,
etc.) will be optimized for efficient transformation. Concurrent with this work, we will
initiate research with another model system, tobacco, which is highly amenable to growth
and regeneration *in vitro*. In an effort to recover plants transformed with the particle gun,
we will bombard leaf discs and callus with microprojectiles that have been coated with a
plasmid that harbors a selectable marker that confers resistance to kanamycin.
Subsequently, the tissue will be transferred to a medium that promotes regeneration.
Transformation will be confirmed using nopaline assays and Southern hybridizations. We
then plan to expand our findings from model systems to agriculturally important species
such as corn and rice. Embryogenic or potentially embryogenic tissue of these species will
be bombarded at various stages of development. Immature embryos, meristematic shoot
tips, and the callus derived from embryos and anthers are all potential target tissue. The
transformed tissue will be propagated *in vitro* and we will attempt to recover transformed
plants from this tissue.

MGA0080485

1

Delivery of DNA into Regenerable Tissues of Monocots Using

High-Velocity Microprojectiles

## Introduction

We have developed a new method for the delivery of genetic material into plant cells which eliminates the need for the enzymatic removal of cell walls and which permits the transformation of plant cells and tissue, *in situ*. Methods have been developed to adsorb genetic material to the surface of microscopic (as small as 0.5 μm in diameter), high-density projectiles. Using one of several acceleration devices (hereafter refered to as particle guns) that we have designed and built, these microprojectiles can be accelerated to very high velocities, permiting them to penetrate the cuticle, wall, and membrane of plant cells. We have shown that microprojectiles can enter the cytoplasm of monocot cells in a nonlethal manner and can deliver genetic material to cells in an intact, biologically active form.

The overall objective of the research described in this proposal is to demonstrate the general utility of the particle gun as a tool for delivering genetic material into intact plant cells. We will initially use onion and tobacco as model systems for specific reasons that will be explained in a following section of this proposal. Subsequent work will focus on the introduction of genes into regenerable tissue of important grain species (corn and rice). Leaf tissue, scutellar tissues, and embryogenic callus will be bombarded with microprojectiles coated with plasmid DNA containing genes coding for readily detectable or selectable markers. Bombarded tissue will then be assayed for the detectable marker or placed on a suitable medium that will promote the growth of callus or the regeneration of plantlets from cells that have been transformed with the selectable marker.

## Rationale and Significance

There are two basic requirements which must be met before a crop can be genetically engineered to incorporate a trait that has potential agronomic significance. Firstly, techniques must be available for the efficient delivery of foreign DNA into recipient cells. Secondly, it must be possible to regenerate whole plants from the transformed cells. The following brief review focuses on the progress which has been made towards transforming and regenerating cells of monocotyledons.

### Transformation of monocots:

Several techniques are available to successfully transfer genes into protoplasts of monocot species. Using techniques similar to those applied to tobacco protoplasts, Lörz and coworkers (1985) suspended protoplasts of *Triticum monococcum* in a solution of plasmid DNA. Because this plasmid harbored a gene that inactivates kanamycin, cells which integrated the foreign DNA could grow in the presence the antibiotic. Out of $18 \times 10^6$ protoplasts plated on kanamycin containing media, only 10 resistant colonies could be recovered. Similar results were obtained by Potrykus et al (1985a) after coincubating protoplasts of *Lolium multiflorum* with plasmid that contained a selectable kanamycin resistance gene.

MGA0080486

2

Electrical impulses can be used to permeabilize membranes and permit more efficient introduction of genetic information into plant protoplasts. This process, termed electroporation, has been used to transfer genes into protoplasts of *Zea mays* (Fromm et. al., 1985). Although these workers were unable to estimate transformation efficiencies, detectable levels of chloramphenicol acetyltransferase (CAT) activity were found in extracts of $3 \times 10^6$ protoplasts. Recently, in the laboratory of one of the P. I.'s, the transfer of CAT gene into protoplasts of rice, wheat, and sorghum has been achieved by electroporation (Ou-Lee and Wu, unpublished results). Other techniques that offer some potential for delivering genetic material into cells of Graminaceous species are microinjection (Steinbiss and Stabel, 1983) and liposome uptake (Fraley, et al., 1982).

The limitation of all of the above techniques is that they are restricted to suspensions of protoplasts. None of the methods described thus far appear to be of great value for the genetic engineering of cereal crops. Although genes can be transferred to Graminaceous protoplasts using various delivery systems, these techniques are severly hampered by the difficulties of regenerating whole plants from protoplasts of such species (Vasil, 1983a; Potrykus et al., 1985b).

*Agrobacterium* has the ability to transfer plasmid DNA into intact, potentially regenerable plant cells. Techniques have been perfected so that this system represents an established, routine procedure for a few species such as tobacco and tomato (Barton and Chilton, 1983). Agrobacterial-mediated transformations are generally considered to be limited to dicots, except for several specific monocotyledonous species. For example, T-DNA transfer to *Asparagus, Chlorophytum,* and *Narcissus* has been reported (Hernalsteens, et al., 1984; Hooykaas-Van Slogteren et al., 1984). Inoculation of these species resulted in tumorous proliferations in *Asparagus* and small swellings in *Chlorophytum,* and *Narcissus.* In these reports, attempts were not made to regenerate whole plants from the transformed cells. As of this writing, there have been no reports of gene transfer from *Agrobacterium* to plants of the Graminaē family. It is likely that the utilization of *Agrobacterium* as a vector for the transfer of genes to important monocots of the Graminae family will be impractical or impossible because of the restricted host range of the bacteria.

Tissue culture of Graminae:

In contrast to the extreme recalcitrance of protoplasts of Graminaceous species to regeneration, mature plants can readily be regenerated from embryogenic callus derived from various explants (Vasil, 1982b; Tomes, 1985). Embryogenic callus proliferates from epidermal and sub-epidermal cells of the scutellum of immature embryos of *Zea mays* (Vasil et al., 1985). After about 1 to 2 weeks, the embryos that have formed on the surface of this callus can be transferred to media that promotes the proliferation of embryogenic callus or to media that promotes regeneration (Green and Phillips, 1975; Lu, et al., 1982; Lowe et al.,1985). Recently, Duncan and coworkers (1985) found that many economically important genotypes of corn readily form embryogenic callus. Typically 50% of the immature embryos produce embryogenic callus when plated on the appropriate media. In some genotypes, most notably H99 and PA91, virtually all of the embryos proliferate into embryogenic callus when transferred to fresh media (Duncan, personal communication). Rice can also be regenerated from embryogenic callus derived from leaf tissue (Wernicke, 1981; Yan and Zhao, 1982), leaf sheath tissue (Bhattacharya and Sen, 1980) immature embryos, mature seed (Heyser et al., 1983), and anthers

MGA0080487

3

(Genovesi and Magill, 1982; Chaleff, 1983; Schueffer et al., 1984). Techniques which would permit the delivery of genetic material directly into cells of embryogenic callus (or cells that give rise to embryogenic callus) would be of great value. Such a technique would greatly facilitate the recovery of whole plants from transformed cells.

This brief review indicates that although genes can be transfered to protoplasts of important cereal crop plants, tremendous obstacles remain for the regeneration of whole plants from these protoplasts. It would be of great advantage if genes can be transfered to intact cells directly, thus by-passing the difficulties of regenerating plants from protoplasts. The intact cells or tissues that are potentially regenerable do not appear to be amenable to the gene delivery systems that are currently available. However, since the particle gun method can be used to deliver DNA to cells and tissues *in situ*, it should be possible to introduce foreign genes into cells that can be regenerated into callus and whole plants.

### Preliminary Experiments Conducted

#### Introducing projectiles into cells with the particle gun:

Several mechanisms for the acceleration of small, dense particles (or microprojectiles) have been developed by one of the P. I.'s (John Sanford) in coordination with Dr. Edward Wolf, the director of The National Submicron Resource Facility at Cornell. The four methods diagrammed in Figure 1 have been used to accelerate microprojectiles to velocities that permit their penetration of the cuticle, wall, and plasma membrane of plant cells. All the designs are somewhat effective, but the mechanism illustrated in Figure 1c and shown in greater detail in Figure 2 most effectively accelerates microprojectiles to velocities necessary for their penetration and entry into plant cells. This device is capable of accelerating tungsten microspheres to initial velocities of about 1400 to 3400 ft per second, depending on the strength of the gun powder charge used. About 0.5 mg of tungsten particles (available in average diameters of 0.6 to 4 μm) is placed on the front surface of a cylindrical nylon projectile (5 mm diameter, 8 mm length) as a dry powder or in suspension in 2 to 3 μl of water. A gun powder charge, detonated with a firing pin, is used to accelerate the nylon projectile down the barrel of the device. The vents in the barrel provide an outlet for the air in front of the nylon projectile and the hot gases from the gun powder charge that are behind the nylon projectile. The tungsten particles continue toward the target cells through a 1 mm aperture in a steel plate designed to stop the nylon projectile. Target cells are placed about 10 cm from the end of the device.

We are currently designing and constructing an improved version of the particle gun. The plans for this device are given in Figure 3. The major design change is the incorporation of a sterile vacuum chamber into which the microprojectiles are accelerated. Operation in a partial vacuum (i.e., 0.3 atmosphere) will allow the microprojectiles to maintain their velocity over a longer distance since their deceleration is primarily caused by air resistance. Other features of the improved particle gun will make the device easier to use and maintain aseptically. Several barrels will be available for the chamber so that one barrel can be cleaned and sterilized while another is used to bombard a sample. Another feature included in the design is a remote controlled mechanical arm that can open and close the lid of a petri dish after the chamber is closed and the partial vacuum applied.

MGA0080488

We initially chose *Allium cepa* (onion) as a model monocot plant species because of its large, chloroplast-free epidermal cells which are easily stripped away from bulb scales as a single layer of cells. The efficiency with which projectiles penetrate and enter epidermal cells of this species can be readily assessed by optical sectioning. Figure 4 shows the surface of an epidermal cell from an *A. cepa* bulb scale following bombardment with tungsten projectiles 4 um in diameter. Several projectiles can be seen on the surface of this cell. By focusing into the same cell to a depth of approximately 20 to 40 um, it can be seen that a tungsten projectile had penetrated the cuticle, wall, and membrane of the cell and entered the interior of that cell (Figure 5). Many cells can be bombarded simultaneously (Figure 7) and about 90 per cent of the cells in a 1 cm$^2$ area of *A. cepa* epidermal tissue (about 2000 cells) typically contain projectiles following bombardment. Projectiles can also be observed in sub-epidermal tissue following bombardment. Microprojectile velocities currently attainable with the particle gun permit limited penetration into onion tissue to a depth of 120 um, or 4 cell layers. Thus, sufficient momentum is produced to allow a single microprojectile to pierce 7 cell wall and membrane layers.

Once in the cell, most (50 to 75%) of the projectiles can be observed to move in conjunction with the cytoplasmic stream. Cells can survive penetration by multiple projectiles. Apparently the lesions formed by the microprojectiles in the cell membrane are small and seal rapidly. Figure 6 shows a living epidermal cell with 9 tungsten particles in its interior. Up to 29 projectiles have been observed within a single living cell. However, viability of the cells (as determined by the maintenance of cytoplasmic streaming for an extended period of time following bombardment) is adversely affected by penetration by a large number of projectiles. Cell survival is 95% or greater among cells containing less than 11 projectiles while many of the cells that contain larger numbers of projectiles do not survive (Figure 12). By controlling the quantity of tungsten particles which land on the surface of the cells, the number of projectiles penetrating the tissue can be controlled such that high rates of viability can routinely be maintained. Except for the presence of the tungsten particles, bombarded cells do not visually differ from untreated cells and remain viable for as long as untreated cells when observed for up to 2 weeks (the length of time the tissue was maintained).

We have done extensive work with *A. cepa* epidermal tissue and are now very familiar with the experimental conditions (i.e., the quantity of microprojectiles accelerated into tissue, the distance of the tissue from the end of the particle gun, and the sizes of projectiles that can be used effectively) that lead to optimal penetration and cell survival. We have recently initiated experiments to determine if smaller cells can survive penetration by microprojectiles. Work with cotyledon tissue of rice and wheat indicates that microprojectiles with an average diameter of 1.2 um can pierce these cells and enter them in a nonlethal manner. Initial studies indicate that the penetrating capabilities of the microprojectiles can be enhanced if tissues are bombarded in a partial vacuum. We have found that all of the plant tissue that we have studied can survive a partial vacuum of approximately 0.3 atmosphere, as long as they are covered with a thin film of water to prevent their desiccation. Figures 8 and 9 show living rice and wheat cells that have been penetrated by relatively small microprojectiles. In addition, we have found that tobacco epidermal cells can tolerate penetration by microprojectiles (not shown). These results clearly indicate that delivery of foreign substances into living plant cells by this method should be applicable to numerous species and will not be limited to *A. cepa* cells.

MGA0080489

We have recently done experiments to determine if the particle gun can be used under aseptic conditions. Since it is constructed of stainless steel, the barrel and stopping plate of the particle gun can be flamed with ethanol. The nylon macroprojectile is sterilized in 70% ethanol and the tungsten microprojectiles can be autoclaved. All solutions that are placed on the front surface of the nylon macroprojectile are sterilized prior to use. Thus, firing tungsten projectiles into agar-solidified tissue culture media containing sucrose (2%) did not lead to visible microbial growth after at least 7 days. It is therefore clear that we can utilize the particle gun under aseptic conditions for tissue culture applications.

Introducing RNA and DNA into intact cells with the particle gun:

Effective methods for precipitating genetic material on the surface of the tungsten spheres have been developed. Precipitation with calcium and spermidine permits efficient adsorption and concentration of DNA to the spheres. By electrophoretic analysis, we estimate that one 4 μm sphere can hold approximately $10^{-2}$ pg of DNA on its surface, equivalent to 1000 molecules of a ten-kb plasmids per sphere. The DNA on the surface of the sphere can readily be visualized microscopically by staining with DAPI (Figure 10), a fluorescent dye specific for nucleic acids (Coleman and Goff, 1985). The DAPI-DNA labeled tungsten particles are observed to fluoresce in onion epidermal cells following bombardment. Once in the cell, the microprojectiles fluoresce for only a short time, suggesting that material diffuses from the surface of the microprojectiles. The nucleus of many of these cells begin to fluoresce after about 5 to 10 minutes, indicating that the DAPI, and therefore probably the DNA from the spheres, became associated with the nucleus. These results demonstrate that considerable amounts of DNA can be introduced into large numbers of intact cells simultaneously with particle gun technologies.

We have conducted experiments to determine if nucleic acids can be delivered to plant cells in a biologically active form. RNA was isolated (Zaitlin, 1979) from tobacco mosaic virus (TMV) strain $U_1$ and adsorbed to the surface of 4 μm tungsten projectiles. To accomplish the adsorption, 2 μl of a TMV-RNA solution (2 μg of RNA per microliter of distilled water) was added to 18 μl of a suspension of tungsten projectiles (0.01 g of tungsten per milliliter of distilled water). The RNA was precipitated by the addition of 7.5 μl of a 0.25M calcium chloride solution and the resulting suspension was centrifuged for 30 min at 13,000 g. TMV-RNA coated projectiles were used to bombard *A. cepa* epidermal tissue with the particle gun. Following bombardment, the tissue was incubated for 48 h at 21 C. Expression of the viral RNA was monitored by microscopic examination of the bombarded cells for the presence of viral inclusion bodies (Figure 11) which are crystallized virus particles that often take the form of hexagonal plates or clusters of such plates (Christie and Edwardson, 1977). About 30 to 40% of the cells containing projectiles (or nearly 30% of the total number of cells) in a 1 cm² area of tissue contained inclusion bodies (refer to Table 1 of the enclosed pre-print). These distinctive crystalline inclusions have never been observed in the thousands of cells we have examined in unbombarded tissue or in tissue bombarded with naked projectiles. As an additional control, TMV-RNA was precipitated with $CaCl_2$ as described above, except the tungsten particles were not included in the preparation. The resulting suspension was spread with a glass rod over a 1 cm² area of *A. cepa* epidermal tissue either before or after bombardment with naked spheres. Inclusion bodies were not observed in these samples indicating that the RNA did not simply enter the cells through openings formed by the passage of the spheres through the cell wall. In addition, inclusion bodies were not observed in *A. cepa* epidermal cells after TMV-RNA coated projectiles (30 μl of a preparation produced as described above) were spread over a 1 cm² area of tissue with a glass rod. These results clearly show that

MGA008049O

6

the particle gun can deliver nucleic acids in a biologically active form to a large number of cells simultaneously. The efficiency of delivery observed here is comparable to that found for TMV-RNA delivery to protoplasts by liposome uptake (Fraley et al., 1982; Fukunaga et al., 1981) or electrofusion (Nishiguchi et al., 1986).

We have most recently demonstrated that the particle gun can be used to deliver DNA to plant cells and that the DNA is subsequently expressed. Using methods similar to those described above, we have coated tungsten microprojectiles with plasmid (pS35-CAT) containing a gene that codes for the synthesis of chloramphenicol acetyltransferase (CAT). The gene is under the control of a strong promoter derived from cauliflower mosaic virus, the 35S promoter (Olszewski et al., 1982). The DNA-coated projectiles were used to bombard 13 sections of *A. cepa* epidermal tissue, each having an area of about 1 cm$^2$ (there are approximately 2000 cells per square cm of tissue). As controls, 13 sections of *A. cepa* epidermal tissue were left unbombarded or were bombarded with either naked tungsten microprojectiles or tungsten microprojectiles coated with pUC13 not containing the CAT gene. The tissue was then incubated for 3 days. CAT activity was assayed in extracts of the tissues by adding $^{14}$C-chloramphenicol and acetyl CoA and incubating the reaction mixture for 30 min. Products were separated by thin layer chromatography and detected with autoradiography (Gorman et al., 1982). Figure 13 shows the developed autoradiogram. Tissues bombarded with the CAT gene clearly expressed CAT activity, while controls had negligible activity. This experiment has been performed twice with similar results. These findings indicate that the particle gun not only can be used to deliver genetic material to monocotyledonous plant cells, but that the foreign gene is expressed in the synthesis of a biologically active foreign protein. We have therefore demonstrated that the particle gun can be used to transform monocot cells *in situ*, as they occur within intact tissues.

### Experimental Plan for this Proposal

We are greatly encouraged by these proof-of-concept experiments and are convinced that this approach can eventually be used to transform nearly all cell types and potentially many tissue types. However, we realize that a great deal of developmental research is still required. We first plan to complete the *A. cepa* work by monitoring the efficiency of transformation of cells with DNA introduced by the particle gun and determining the factors that can influence these efficiencies. After completing the *A. cepa* research, we plan to extend our findings to *Nicotiana*. Although *Nicotiana* is not a monocot, it will be used as a model system for demonstrating the utility of the particle gun for the production of stably transformed callus and whole plants. *Nicotiana tabacum* is chosen because of the ease of culturing and regenerating this species using standard protocols.

After the basic aspects of particle gun-mediated transformations have been studied with onion and tobacco, we will apply the concept of gene delivery with the particle gun to two important grain crops (corn and rice). Our techniques will be optimized for bombardment of tissues and cells chosen for their potential for regeneration to whole plants. Eventually, further refinements will be made with the hope of developing a system applicable for the transformation of other grain species. When this technology is fully mature, it is our hope that it will be the system of choice for transforming most plant species.

MGA0080491

7

Plasmids:

pRSV-CAT: The plasmid with an easily identifiable gene product used for our preliminary studies is one that carries the CAT gene (Morelli et al., 1985). This plasmid includes the following components: (a) a 941 bp region including the 35S promoter from cauliflower mosaic virus (Guilley et al., 1982), (b) a 900 bp long region coding for the chloramphenicol acetyltransferase (CAT) activity (Alton and Vapnek, 1979), (c) a 700 bp region carrying the rbcS 3' noncoding sequences and the transcription termination region, and (d) a derivative of the pUC13 plasmid in which the HincII site was changed to a ClaI, and the plasmid was linearized by digestion with EcoRI and ClaI. The composite plasmid (5280 bp), designated p35S-CAT, was constructed and kindly provided to us by Dr. G. Morelli (Morelli et al., 1985). Using electroporation with protoplasts, one of the P. I.'s (R. W.) has already demonstrated that this plasmid integrates into the genome of at least two species of Graminae (rice and wheat) and is expressed.

pLGV neo: A plasmid with a kanamycin resistance selectable marker, pLGV23 neo (De Block et al., 1984) was kindly provided by Dr. M. van Montagu. This chimeric plasmid contains the promoter of the nos gene and the coding sequence of neomycin phosphotransferase II (neo) from Tn5. Various plamids with similar selectable markers which are used for plant transformation are also available to us.

Continuation of A. cepa work:

We will continue to use A. cepa as one of our model systems, because we have successfully demonstrated transformation and because we can reproducibley obtain high rates of penetration and viability after bombardment. We plan to study cellular transformation efficiencies by using labeled antibodies to the CAT protein using modifications of the methods that are routinely performed in animal transformation systems (Gorman et al., 1982). By this method we can precisely and rapidly determine the percentage of cells that have been transformed. This ability will greatly help us to study those factors affecting transformation effeciency. Epidermal cells will be bombarded with tungsten microprojectiles coated with plasmid containing the CAT gene as described in the Progress section of this proposal. After incubating the tissue for 3 days, the tissue will be fixed and thin sections prepared (Coleman and Pratt, 1974; Baumgartner et al., 1981). The thin sections will then be treated with antibodies against the CAT protein. After washing, the antibody will be visualized with either FITC-labeled IgG or with the biotinylated peroxidase system, and counts of transformed cells will be made. Dr. C. Gorman has kindly supplied us with the CAT antibody which she has been using in her studies of animal cell transformation (Gorman et al., 1982).

Alternatively, an autoradiographic method will be used to determine the number of cells that are transformed in a given area of A. cepa epidermal tissue. Three days after bombardment with the appropriate plasmid, $^{14}$C labeled chloramphenicol will be added to the tissue. After about 2 hours, the tissue will be incubated with a 100-fold excess of unlabeled chloramphenicol for 3 to 10 minutes and washed extensively to remove residual radiolabeled substrate. It should be possible to wash out the unused substrate from the cells since it is an uncharged molecule. The products of chloramphenicol acetyltransferase (1-acetyl chloramphenicol, 3-acetyl chloramphenicol, and 1.3-diacetyl chloramphenicol) would be difficult to wash out from the cells since they are charged molecules. After washing, the epidermal layers will be dried and autoradiographs should reveal those cells

MGA0080492

MGA0080493

8

containing the protein products of the CAT gene. These techniques should yield data on the actual number of transformed cells and will help us to accurately determine the efficiency of particle gun-mediated transformations under various experimental conditions.

There are numerous factors which may affect the efficiency of transformation in *A. cepa*. For example, bombarding the same piece of tissue several times may greatly enhance the degree to which the CAT gene is expressed in the tissue. To test this, we will bombard 1 cm² sections of *A. cepa* epidermal tissue either 1, 2, 3, or 4 times with microprojectiles coated with p35S-CAT. The relative effects of these treatments on specific activity will be determined by performing the CAT enzyme assay on the bombarded tissue. Differences in the actual numbers of cells that are transformed will be determined using either the immunochemical or radiochemical technique described above. Changes in the techniques used to adsorb DNA to the tungsten microprojectiles may influence the quality and extent of binding, which may in turn affect the levels of CAT enzyme that are produced in the bombarded tissue. As was outlined in the Progress section of this proposal, we routinely use $2.5M$ $CaCl_2$ and $0.1M$ spermidine to bind DNA to the microprojectiles. Under the conditions that we employ, these concentrations give relatively good binding as revealed by microscopic observation following DAPI staining. Optimizing the quantity of DNA that is bound to the microprojectiles may not necessarily lead to optimal transformation efficiencies since other factors such as de-adsorption and resolubilization in the cellular environment may be highly significant. We therefore plan to determine the influence of various parameters used to bind DNA to the microprojectiles on transformation efficiencies. The concentrations of $CaCl_2$, spermidine, and DNA (p35S-CAT) will be varied in the binding procedure and the resulting DNA-coated microprojectiles will be used to bombard a specified area of epidermal tissue. In addition, the length of time that the suspension of microprojectiles and precipitated DNA are centrifuged together can be varied to study the influence of this parameter on transformation efficiency. Following incubation, the relative differences in transformation efficiencies between treatments will be determined by the radiochemical CAT assay. Differences in the actual number of cells transformed will be determined with either immunochemical or autoradiographic techniques.

Transformation of *Nicotiana* :

Tobacco will serve as a model system to expand upon our findings with *A. cepa*. Thin sections consisting of epidermis and 2 to 4 layers of accompanying sub-epidermal tissue can easily be removed from leaf tissue. We have found that this tissue is suitable for optical sectioning with the light microscope and viability can readily be determined by the maintenance of cytoplasmic streaming. In our preliminary experiments, penetration and cell survival have been observed in this system.

Conditions will be varied so that optimal cellular penetration by the microprojectiles and cell viability following bombardment are reproducibley obtained. Using microprojectiles 1.2 or 2.4 μm in diameter and leaf tissue of a known age and developmental stage, we will determine the optimal distance for the placement of the tissue from the end of the particle gun. This distance will be varied from 5 to 15 cm in the air and under a partial vacuum (0.3 atmosphere). After the ideal distance is determined for each size of microprojectile, the optimal quantity of microprojectiles accelerated at the tissue will be established. Between 0.05 and 0.5 mg of tungsten particles will be loaded into the device. Various strength gun powder charges and degrees of vacuum will also be tested to

A99

MGA0080494

optimize microprojectile velocities and the efficiency of penetration by the microprojectiles. Following bombardment, penetration by the microprojectiles and the viability of the cells will be determined microscopically.

After the above parameters have been established, we will determine if the particle gun can be used to transform *Nicotiana*. Specific plasmids will be coated to the surface of tungsten microprojectiles having a specific average diameters of between 1.2 μm and 2.4 μm, using methods that we have already established. To accomplish the adsorption, 20 μl of a DNA solution (0.25 μg of DNA per μl of TE buffer) is added to 20 μl of a suspension of tungsten projectiles (10 mg of tungsten per milliliter of distilled water). The DNA is precipitated by the addition of 100 μl of a calcium chloride solution (2.5$M$) and 40 μl of a spermidine solution (0.1$M$). The resulting suspension is centrifuged in an Eppendorf tube for 60 min at 13,000 g at 4 C. The presence of DNA on the surface of the tungsten particles can be confirmed with DAPI staining. Before using the particle gun to bombard plant tissue with the tungsten microprojectiles, the nylon macroprojectile, gun, and vacuum chamber can be thoroughly sterilized with 70% ethanol. The particle gun assembly can be kept within a sterile hood with laminar air flow to help maintain aseptic conditions. Between firings, the gun will be cleaned with ethanol.

We will accelerate tungsten microprojectiles coated with the plasmid p35S-CAT into leaf tissue, both young leaf tissue, *in situ*, as it occurs on the plant and excised leaf discs will be bombarded. The leaf discs will be maintained in a humidifier after bombardment while the intact leaf tissue will simply be left on the plant. The presence of the CAT enzyme will be determined using the radiochemical enzyme assay used successfully with *A.cepa* epidermal tissue.

To determine if transformed tissue can be regenerated from material treated with the particle gun, leaf discs will be bombarded with microprojectiles coated with a plasmid (pLGV23 neo) which contains the selectable kanamycin resistance gene. The particle gun, associated solutions, and plant tissue will be sterilized prior to use. If it is found that surface sterilizing the leaf kills many epidermal cells, then the leaf will be surface sterilized and a thin epidermal layer with several accompanying sub-epidermal layers will be excised. The sub-epidermal cells will then be targets for the microprojectiles. Selection and regeneration protocols will then be followed. A very reliable system has been described by Horsch and coworkers (1985) for regeneration of tobacco from cells of leaf discs that have been transformed with *Agrobacterium*, and this system is used routinely in the laboratory of one of us (J. S.). Following treatment with the microprojectiles, the leaf disc will be transferred to semi-solid media that induces growth and shoot regeneration. After 2 to 3 days the tissue will be transferred to the same media but supplemented with kanamycin at a concentration of about 300 μg per ml. Shoots that develop from the callus in 2 to 4 weeks will be transferred to root inducing medium containing kanamycin. After roots appear the plantlets can be transplanted to soil. *Nicotiana tabacum* will also be used as a model system for the transformation of callus cells that are potentially regenerable. Callus can be initiated using standard techniques (Gamborg et al., 1979; Wernicke and Thomas, 1980). The degree to which microprojectiles penetrate these cells will be determined by fixing thin sections (about 2 to 3 cell layers thick) and viewing them under the light microscope. Following bombardment with the kanamycin resistance gene, the tissue can be transferred to selective shoot inducing medium and then to medium promoting root formation.

MGA0080495

Transformation will be confirmed by nopaline assays and Southern hybridizations. The nopaline assays, dot blots, and Southern hybridizations have been extensively used in the laboratory of one of us (R. W.).

Transformation of _Zea mays_ using the particle gun:

Existing callus proliferation and plant regeneration systems for maize make this species very well suited for experiments with the particle gun. Callus can readily be produced from scutellar tissue of immature embryos of _Zea mays_. Under the appropriate culture conditions, the callus of some genotypes is highly embryogenic and can be maintained for long periods of time (Duncan et al., 1985; Hibberd, 1984). Using favorable media and genotypes, up to 50% of the immature embryos plated can produce regenerable callus (Duncan et al., 1985). For some genotypes (i.e., H99 and PA91), 100% of the embryos give rise to embryogenic callus when plated on the appropriate medium, and the resulting callus is so embryogenic that the entire surface of the callus becomes covered with embryoids (D. R. Duncan, personal communications). Most encouraging is the fact that recent studies of the somatic embryogenesis of maize demonstrate that scutellar epidermal cells cells, callus surface cells, and cells just below the surface develop into embryoids (Vasil et al., 1985). These cells are relatively large (20 to 40 μm in diameter) and should be amenable to penetration by the microprojectiles. Thus the cells that give rise to embryos are highly accessible for penetration by microprojectiles accelerated with the particle gun. Dr. Duncan has agreed to supply us with stable embryogenic cultures of H99 and PA91.

With the particle gun, we plan to introduce genes that code for easily assayable or selectable markers into embryogenic or potentially embryogenic corn tissue. We will bombard the following tissues: 1) scutellar tissue of immature embryos, 2) pre-embryogenic callus derived from immature embryos, and 3) embryogenic callus which has formed embryoids. Immature embryos can be asceptically removed from immature caryopses using standard techniques (Green and Philips, 1975; King and Shimamoto, 1984). The immature embryo will then be placed on a glass slide with the embryonic axis facing downwards. The tissue will be positioned so that regions known to give rise to callus (i. e., the coleorhizal end of the scutellum) will be subjected to bombardment by the incoming microprojectiles. To prevent desiccation of the cells under reduced atmospheric pressure (about 0.3 atmosphere) the embryo will be covered with a thin layer of water. The embryo can then be placed in the vacuum chamber and the particle gun aimed so that the 'spray' of particles exiting the gun will impact on the scutellum. As stated previously, the optimal size and quantity of microprojectiles used and the optimal distance of the tissue from the end of the gun will be determined in preliminary experiments for each type of tissue.

Experiments will first involve the introduction of plasmids containing the chloramphenicol acetyltransferase (CAT) gene into cells of the scutellum using techniques similar to those found successful for _A. cepa_ epidermal cells. Following bombardment with the microprojectiles, the embryos will be incubated for 2 to 3 days to permit production of the CAT enzyme. The presence of CAT activity can be determined in tissue extracts using standard techniques. Embryos (5 to 20) can be pooled to perform one enzyme assay. Experiments to introduce a selectable marker into cells of the scutellum will also be performed. Following bombardment as described above but with plasmid pGLV23 neo, the tissue will be transferred to callus proliferation media which does not contain

kanamycin (for example. maintenance medium D of Duncan et al., 1985). About 2 days will be allowed for the production of the kanamycin phoshotransferase enzyme in the bombarded tissue. The embryo will then be transferred to maintenance media containing kanamycin. Preliminary experiments will be performed to determine the minimum concentration of kanamycin that inhibits callus growth by plating immature embryos on maintenance medium containing either 0, 50, 100, 200, or 500 µg of kanamycin per ml of media. Sufficient quantities of callus will be produced to perform nopaline assays and dot blots to confirm the presence of the introduced gene in the kanamycin resistant plant material.

Transformed callus can be transferred from maintenance media to media that promotes the generation of callus capable of embryogenesis. Callus capable of embryogenesis can be visually selected and then transferred again to regeneration media. Embryos that develop from the callus can then be transferred to MS medium (Murashige and Skoog, 1962) lacking growth regulators.

Another promising target tissue that we will bombard is young callus that has not yet differentiated into embryogenic callus. Immature embryos will be plated on callus maintenance medium and allowed to grow for periods ranging from 5 to 14 days. The callus that forms will then be transferred to a sterile petri dish, covered with a thin layer of water, and bombarded under reduced atmospheric conditions with 1.2 µm projectiles coated with either the CAT plasmid or plasmid containing the kanamycin resistance gene. In the case of bombardment with the CAT plasmid, the callus can be transferred back to the maintenance medium for 2 to 7 days. The presence of the CAT enzyme can then be determined as previously described. For callus bombarded with the kanamycin resistance gene, the tissue can be transferred to maintenance medium including a pre-determined concentration of kanamycin. The callus will be allowed to proliferate and embryogenic portions of the callus will be transferred to fresh medium supplemented with kanamycin. Any resulting plantlets will then be transferred to regeneration medium.

Callus tissue which has already differentiated into embryogenic callus will be bombarded with plasmid containing the kanamycin resistance gene. The bombarded tissue will be allowed to proliferate for several days on medium lacking kanamycin. Each piece of embryogenic callus that is bombarded will have hundreds of embryoids on its surface, each capable of giving rise to embryogenic callus or plantlets when subcultured on the appropriate medium. In some experiments, the entire callus will be transferred to medium containing kanamycin. After 2 weeks, the callus will be transferred to callus maintenance medium containing kanamycin and subsequently to media that promotes regeneration.

Suspension cultures of maize can be produced from embryogenic callus (Green, 1982) and such cells give rise to embryogenic callus when plated on solid medium. These suspension cells can also be bombarded with projectiles coated with plasmid harboring the kanamycin resistance gene. A suspension culture will be spun down and about $10^6$ cells added per milliliter of cooled alginate. The alginate-cell mixture will be spread on a glass slide and allowed to harden. These immobilized cells should then be suitable for bombardment. The bombarded cells will then be transferred to kanamycin containing medium after several days of incubation on kanamycin free medium. Presumably only those cells that are expressing the introduced gene will be capable of growth and embryogenesis in the medium supplemented with kanamycin.

MGA0080497

In addition to the above-stated tissues, we would eventually like to bombard corn meristematic tissues. Dr. D. B. Walden and associates have done extensive studies on corn floral meristems (Cheng et al., 1983). They have developed highly effective means for culturing primordial floral meristems into mature flowers and gametophytes. Effective means have been developed by these researchers to use the *in vitro* generated gametophytes for *in vitro* fertilization to produce viable seed (Ramen et al., 1980). Primordial floral meristems constitute large targets (0.5 to 1 cm in diameter) whose surfaces are covered with large numbers of spikelet primordia. Bombardment of such tissues with pLGVneo would be followed by culture into mature flowers in the presence of kanamycin. Resulting gametophytes can then be used for *in vitro* fertilization. Because the gametophytes will have developed in the presence of kanamycin, the only viable gametophytes should be kanamycin resistant, deriving from transformed sectors of the meristem. Resulting transformed progeny should therefore be non-chimeric, and seedlings will be readily screened for kanamycin resistance. This work will be done in collaboration with Dr. Walden.

### Transformation of *Oryzae sativa* with the particle gun:

The basic research methods we have outlined for corn are clearly applicable to other monocot systems where regeneration from tissue is possible. We plan to extend our studies to rice, as time permits.

Embryogenic callus will be induced from anthers (Genovesi and Magill, 1982), immature embryos, and mature seed (Heyser et al., 1983). The callus will be bombarded with plasmids harboring the selective kanamycin resistance marker either before or just after embryoids begin to form. In addition, we will attempt to bombard the immature embryo (primarily the scutellum) to introduce genes into these cells before they divide. Preliminary experiments will be performed to optimize microprojectile penetration in a manner described for the other systems discussed in this proposal. Space does not permit us to reiterate as detailed an outline for rice, but the approach will obviously be similar as for corn.

### Electron and Light Microscopy for the Study of Microprojectiles in Cells:

Some of our experiments will involve bombarding tissue with microprojectiles (<0.6 μm) that are difficult to visualize within a cell with the light microscope. We will employ electron microscopy to detect these very small particles within cells. The electron microscope will also be used for tissues that are not suitable for optical sectioning with the light microscope. In addition, we are very interested in the nature of the cell lesion associated with penetration. Using freeze fracturing and conventional electron microscopic techniques, the lesions on the cell surface produced by the microprojectiles will be investigated. The interaction of the microprojectiles with the cytoplasm will also be studied at the light and electron microscopy levels. The movement of the microprojectiles in relation to the nucleus, cytoplasm, and organelles will be studied. This work will be done in collaboration with Dr. M. Parthasarathy of Cornell.

MGA0080498

## Personnel

This grant is intended to support a post-doc, a technician, and a part-time lab aide.

The post-doc, Dr. Ted Klein, has been working on the particle gun concept for two years in Dr. Sanford's lab, under a special grant from the Cornell Biotechnology Institute. He has pioneered this new field of biological research and is uniquely qualified to continue this project (see enclosed C.V. and pre-print). A part-time lab aide will be essential, to free Dr. Klein from some of the most routine and tedious aspects of this work. Dr. Klein will focus his attention on the various aspects of the accelerators, the cells, and their interaction. Technical support is required for the molecular biology and tissue culture aspects of this work. A full-time technical line will be shared between Dr. Wu's lab and Dr. Sanford's lab. Plasmid preparations, CAT assays, and DNA hybridization will be conducted in Dr. Wu's lab. Routine tissue culture work will be done in Dr. Sanford's lab (i.e. tobacco), while the more demanding tissue culture work (i.e. with monocots) will be done in Dr. Wu's lab.

Dr. Cao Jun, a new post-doctoral associate in Dr. Wu's lab received his Ph.D. under Dr. M.C. Rush. He has substantial monocot tissue culture expertise and has helped develop highly efficient methods for regenerating rice plantlets from immature panicle tissues. He will be actively involved with this project and will provide invaluable tissue culture expertise.

## Facilities and Equipment:

1. **Dr. Sanford:** My lab has already been heavily involved in particle gun research. I have more than 900 sq. ft. of P1 lab space, divided into four rooms. One room (208 sq. ft.) is entirely dedicated to particle gun research, and houses four different types of particle acceleration devices, an Olympus microscope system with UV and Nomarski optics, and various lab equipment. (An advanced integrated particle gun system is under construction which will facilitate experimentation in a sterile chamber using partial vacuums.) A second lab (240 sq. ft.) is dedicated to tissue culture, and contains incubators, air shakers, an autoclave, a 4' biosafety hood, etc. A third lab (356 sq. ft.) is set up as a general wet lab with work space for at least 4 people and is used for DNA work. A fourth lab (102 sq. ft.) is used as an equipment room, and contains centrofuges, ovens, freezers, refrigerators, and various electrophoresis equipment. In addition to these resources, the department has two additional laminar flow hoods and two growth rooms which are available to me. TEM and SEM facilities are available at both the Geneva and the Ithaca campus.

For growing plants before and after transformation, I have over 1,300 sq. ft. of greenhouse space, including a P1 greenhouse with high intensity lights (we have been very successful in growing and crossing corn in this house).

2. **Dr. Wu:** An advanced particle gun device will be supplied to Dr. Wu's lab, similar to the device being installed in Dr. Sanford's lab. This will allow simultaneous bombardment experiments to proceed in both labs.

MGA0080499