## Concluding Statement

We wish to point out that within the laboratories of the P. I.'s, we are very familiar with all of the techniques and methods required for carrying out the experiments described in this proposal. We also have or can readily obtain all the materials (e. g., plasmids, plant materials) for carrying out the experiments. We are confident that we will be successful in carrying out the experiments as proposed, and that we will be able to extend our findings in *A. cepa* to agriculturally important grain species. We believe that the contribution of this work will be far reaching.

MGA0080500

The general facilities of the SEction of Biochemistry, Molecular and Cell Biology at Cornell University are available to Dr. Wu. They include an amino acid analyzer, a DNA synthesizer, electrophoresis and chromatography apparatus, preparative and analytic ultracentrifuges, scintillation counters, fermenters, a dark room, a cold room, cell culture rooms, etc. A P2 laboratory for recombinant DNA work is available (W202-204).

With respect to laboratory space, twelve scientists can be accommodated in Dr. Wu's laboratory. He now has five postdoctoral fellows, two technicians and four graduate students working in his laboratory.

Permanent equipment in his laboratory includes a Beckman scintillation counter, a Sorvall RC2B centrifuge, two shared Beckman L75 ultracentrifuges, six Eppendorf centrifuges, four bench top clinical centrifuges, on microscope, two $CO_2$ incubators, one shaking incubator, two shaking water baths, two balances, one shared spectrophotometer, five fraction collectors, two evaporators, twelve power supplies, and a number of electrophoresis aparati, heating blocks and water baths.

## Collaborative Arrangements:

In addition to the personnel directly supported by this grant, we have the continuing support and advice of Dr. Ed Wolf, Professor of Electrical Engineering and Director of the National Submicron Facility. As co-inventor of the particle gun process, Dr. Wolf intends to continue to utilize his expertise in sub-micron structures and engineering, to develop better versions of the particle gun, and to test new acceleration principles. Dr. Wolf is presently supporting and directing work to produce a more advanced particle gun research device for use in our labs. Dr. Wolf and Dr. Sanford have plans to apply to NSF for additional funds to study engineering aspects of the particle gun (see attached letter).

Dr. D.B. Walden, Professor of Plant Sciences, University of Western Ontario, has agreed to collaborate with us in the studies relating to the bombarding of meristematic tissues of corn. He has agreed to instruct us in his methods of floral meristem isolation, culture, and subsequent in vitro pollination. He has also indicated that he is eager to prepare and bombard meristems in his own lab, using our technology, and in collaboration with us (see attached letter).

Dr. M. Parthasarathy, Professor of Plant Biology, Cornell, has agreed to collaborate with us in the study of penetration efficiencies and related cellular damage, using Cornell's SEM and TEM electron microscope facility (see attached letter). A $2,000 user fee is included in the second year's budget for this purpose.

Figure 1:  4 acceleration mechanisms for use in particle gun design:
a.  Acceleration in an air stream.
b.  Acceleration by transferred impulse.
c.  Acceleration by macroprojectile.
d.  Acceleration by electric fields.



MGA0080502

**Figure 2:** Basic particle gun design currently in use. This design involves acceleration of micro-projectiles on the face of a nylon macro-projectile. The macro-projectile is accelerated by ballistic means and is stopped by a steel plate.

PLATE TO STOP NYLON PROJECTILE

TARGETS, CELLS OR TISSUE

VENTS

MICRO-PROJECTILES

NYLON MACRO-PROJECTILE

FIRING PIN

BLANK CHARGE

MGA0080503

Figure 3:    Crude sketch of particle gun system currently being fabricated. This system includes an easily cleaned, sterilized and loaded, electronically-fired gun assembly, a non-sterile vacuum chamber for receiving gun discharge gases, a sterile vacuum chamber for cellular bombardment, a spring-loaded stopping plate, a baffle, and a sample platform.



MGA0080504

Figure 4:  Several 4 micron tungsten spheres on the surface of an onion epidermal cell, following particle gun bombardment.

Figure 5:  A 4 micron tungsten sphere inside the same cell shown in Figure 4, focusing 20-40 microns below the cell's surface.

Figure 6:  Nine 4-micron tungsten spheres inside a single living onion cell. (Up to 29 micro-projectiles have been observed in a single living cell.)

Figure 7:  Most cells in a bombarded area contain 1-10 microprojectiles. More than 90% of the cells in a 1 $cm^2$ area contain spheres.

MGA0080505



Figure 4.



Figure 5.



Figure 6.



Figure 7.

MGA0080506

Figure 8:  A 1.5 micron tungsten sphere inside a living epidermal cell of a
           bombarded cotyledon of rice.

Figure 9:  A 1.5 micron tungsten sphere inside a living epidermal cell of a
           bombarded cotyledon of wheat.

Figure 10: Four micron tungsten spheres fluoresce brightly when coated
           with DNA and stained with DAPI (uncoated spheres do not
           fluoresce).

Figure 11: TMV viral inclusion body crystals in onion cells, following
           bombardment, seen in clusters of distinctive hexagonal plates
           2-10 microns in diameter.

MGA0080507



Figure 8.



Figure 9.



Figure 10.



Figure 11.

MGA0080508

Figure 12:   Survival rates of onion cells after penetration, is very high, except when penetrated by an excessive number of particles.



MGA0080509

Figure 13: CAT assay autoradiograph. First lane is bacterial control, with very strong CAT activity. Lanes 2 and 3 are negative controls representing unbombarded onion, and onion bombarded with pUC 13 control plasmid. Lanes 4 and 5 are extracts from onion bombarded with p 35S:CAT plasmid. The lower spots are unreacted chloramphenicol substrate. The upper (three) bands are the acetylated forms of the substrate. (Upper bands indicate CAT enzyme activity in extract.) The onions bombarded with p 35S:CAT clearly have CAT activity.

1,3-diacetyl chloramphenicol
3-acetyl chloramphenicol
1-acetyl chloramphenicol

chloramphenicol




1        2        3        4        5

MGA0080510



**national Research
and Resource Facility
for submicron structures**
Knight Laboratory. Cornell University
Ithaca. NY 14853   (607)256-2329

February 25, 1986

Office of the Director

Prof. John C. Sanford
108 Hedrick Hall
Department of Horticultural Sciences
New York State Agricultural Experimental Station
Geneva, NY  14456

Dear John:

I wish to express my continued excitement and commitment to our collaboration on the delivery of foreign substances into living cells using our particle gun method. I was very pleased to make available $10,000 in order for this research to proceed with matching state funds. I am pleased to inform you that the design of an improved particle gun is now completed with the essential specifications we agreed to earlier. With regard to still other future improvements for accelerating submicron particles, I plan to propose to various agencies, NSF in particular, for the continued engineering and testing of advanced particle delivery systems.

It is my hope that we will be able to continue to secure complementary funding for this research program as it evolves. In particular, I am very supportive of your present proposal to USDA, and hope that it will be funded.

In closing, I would like to compliment Dr. Ted Klein for his excellent progress over the last year. I think both he and Nelson Allen have made superb contributions and we are fortunate to have them on this program.

With best regards,

Edward D. Wolf
Director and
Professor of Electrical Engineering

A116

MGA0080511

 Cornell University · Division of Biological Sciences
Section of Plant Biology

Plant Science Building
Ithaca, NY 14853-5908

607/256-4477

February 25, 1986

Dr. John Sanford
Geneva Experiment Station
108 Hedrick Hall, Geneva

Dr. R. Wu
Biochemistry, Cell and Molecular Biology
W201 Wing Hall, Cornell University

Dr. T. Klein
Geneva Experiment Station
225 Hedrick Hall, Geneva

Dear Drs. Sanford, Wu and Klein:

I have read through your USDA proposal on the delivery
of DNA into regenerable tissue of monocots using high-
velocity microprojectiles and find it both an innovative
and exciting project. I shall be happy to cooperate in the
project as far as cytological aspects are concerned. While
I anticipate no changes other than supplies for work that
might involve light microscopy, an annual fee of $2000 should
be budgeted for the use of the Electronmicroscopy facility.

Sincerely yours,

M.V. Parthasarathy
Professor of Plant Biology
Director, EM Facility

MVP:lg

A117

MGA0080512

Literature Cited

Alton, N. K., and D. Vapnek. (1979) *Nature* 282,864.

Barton, K. A. and M. D. Chilton. (1983) *Methods in Enzymology* 101,527.

Bhattacharya, P. and S. K. Sen. (1980) *Theor. Appl. Genet.* 58,87.

Baumgartner, B., K. T. Tokuyasu, and M. J. Chrispeels (1981) *Planta* 150,419.

Chaleff, R. S. (1983) *Plant Cell Tissue Organ Culture* 2,29.

Cheng, P. C., R. I. Greyson, and D. B. Walden. (1983) *Amer. J. Bot.* 70,450.

Christie, A. W. and J. R. Edwardson. (1977) *Light and Electron Microscopy of Plant Virus Inclutions, Florida Agricultural Monograph Series Number 9* (University of Florida, Gainsville).

Coleman, A. W. and J. L. Goff. (1985) *Stain Technol.* 60,145.

Coleman, R. A., and L. H. Pratt (1974) *J. Histochem. Cytochem.* 22,1039.

De Block, M., L. Herrera-Estrella, M. van Montagu, J. Schell, and P. Zambryski. (1984) *EMBO J.* 3,16681.

Duncan, D. R., M. E. Williams, B. E. Zehr, and J. M. Widholm. (1985) *Planta* 165,322.

Fraley, R. T., S. L. Dellaporta, and D. Papahadjopoulos. (1982) *Proc. Natl. Acad. Sci. USA* 79,1859.

Fromm, M., L. P. Taylor, and V. Walbot. (1985) *Proc. Nat. Acad. Sci. USA* 82,5824.

Fukunaga, Y., T. Nagata, and I. Takebe (1981) *Virology* 113,752.

Genovesi, A. D. and Magill. (1982) *Plant Cell Reports* 1,257.

Gorman, M. C., G. T. Merlino, M. C. Willingham, I. Pastan, B. Howard. (1982) *Proc. Natl. Acad. Sci. USA* 79,6777.

Green, C. E. (1982) in *Plant Tissue Culture 1982*. Fujiwara, A. ed. (Japanese Association for Plant Tissue Culture, Tokyo) pp107-108.

Green, C. E. and R. L. Philips. (1975) *Crop Sci.* 15,417.

Guilley, H., R. K. Dudley, G. Jonard, E. Balazs, and K. E. Richards. (1982) *Cell* 30,763.

MGA0080513

Hernalsteens, J.-P., L. Thia-Toong, J. Schell, and M. Van Montagu. (1984) EMBO J. 3,3039.

Heyser, J. W., T. A. Dykes, K. J. DeMott, and M. W. Nabors. (1983) *Plant Sci. Letters* 29:175.

Hibberd, K. A. (1984) in *Cell Culture and Genetics of Plants* I. K. Vasil, Ed. (Academic Press, New York) pp. 571-576.

Hooykaas-Van Slogteren, G. M. S., P. J. J. Hooykaas, and R. A. Schilperoort. (1984) *Nature* 311,763.

King, P., and K. Shimamoto (1984) in *Handbook of Plant Cell Culture, vol. 2, Crop Species,* W. R. Sharp, D. A. Evans, P. V. Ammirato, and Y. Yamada,
        Eds. (Macmillan, New York) pp. 69-91.

Lörz, H., B. Baker, and J. Schell. (1985) *Mol. Gen. Genet.* 199,178.

Lowe, K., D. B. Taylor, P. Ryan, and K. E. Paterson. (1985) *Plant Sci.* 41,125.

Lu, C., I. K. Vasil, and P Ozias-Aakins. (1982) *Theor. Appl. Genet.* 62,109.

Morelli, G., F. Nagy, R. T. Fraley, S. G. Rogers, and N. H. Chau. (1985) *Nature* 315,200.

Nishiguchi, M., W. H. R. Langridge, A. A. Szalay, M. Zaitlin. (1986) *Plant Cell Reports* In press.

Olszewski, G., G. Hagen, and T. J. Guilfoyle. (1982) *Cell* 29,395.

Potrykus, I., M. Saul, J. Paszkowski, and R. D. Shillito. (1985a) *Mol. Gen Genet.* 199,183.

Potrykus, I., R. D. Shillito, M. W. Saul, and J. Paszkowski. (1985b) *Plant Mol. Biol. Reporter* 3,117.

Raman, K., D. B. Walden, and R. I. Greyson. (1980) *J. Heredit.* 71,311.

Schaeffer, G. W., T. F. Sharpe Jr., And P. B. Cregan. (1984) *Theor. Appl. Genet.* 67,383.

Steinbiss, H.-H., and P. Stabel. (1983) *Protoplasma* 116,223.

Tomes, D. T., (1985) in *Cereal Tissue and Cell Culture* S. W. J. Bright and M. G. K. Jones, Eds. (Martinus Nijhoff, Boston) pp.175-203.

Vasil, I. K., (1983a) *Int. Rev. Cytol. Suppl.* 16,79.

Vasil, I. K., (1983b) in *Plant Tissue Culture 1982.* Fujiwara, A. ed. (Japanese Association for Plant Tissue Culture, Tokyo), pp. 101-104.

Vasil, V., C.-Y. Lu, and I. K. Vasil. (1985) *Protoplasma* 127,1.

MGA0080514

Wernicke, W., R. Brettell, T. Wakizura, I. Potrykus. (1981) Z. *Pflanzenphysiol.* 103,361.

Yan, C. J. and Q. H. Zhao. (1982) *Plant Sci. Letters* 25,187.

Zaitlin, M. (1979) in *Nucleic Acids in Plants, vol.* 2. eds. Hall, T. C., and J. W. Davis. (CRC Press, Boca Raton) pp. 31-64.

A120

MGA0080515

Professional Vita:

John C. Sanford
Assistant Professor/Cornell University

## I. Personal Data

Business address:  Horticultural Sciences, Hedrick Hall
Cornell University
Geneva, New York  14456
Telephone:  315-787-2395

Date of Birth:  June 28, 1950

## II. Education:

| University of: | Degree: | Date: | Major: |
|---|---|---|---|
| Minnesota – St. Paul | BS | 1976 | Horticulture |
| Wisconsin – Madison | MS | 1978 | Plant Breeding/ Plant Genetics |
| Wisconsin – Madison | Ph.D. | 1980 | Plant Breeding/ Plant Genetics |

## Current Research

An important gap exists between molecular and cellular plant biology
versus whole plant biology. That gap must be bridged conceptually and
physically if breakthroughs on the molecular and cellular levels are going
to have any relevance to basic and applied problems on the whole plant
level. The main thrust of my research is to work at the interface between
molecular genetics and plant breeding, to bridge that gap. My central
research objectives currently involve a) development of new transformation
technologies and b) methods of genetically engineering plant resistances.

## Publications relating to genetics and biotechnology

Sanford, J.C. and R.E. Hanneman. 1982. A possible heterotic threshold in
the potato and its implications for breeding. Theoretical and Applied
Genetics. 61:151–159.

Sanford, J.C. and R.E. Hanneman. 1982. Large yield differences between
reciprocal families of Solanum tuberosum. Euphytica 31:1–12.

Sanford, J.C. and R.E. Hanneman. 1982. Intermating of potato haploids and
spontaneous sexual polyploidization – effects on heterozygosity. Am.
Pot. J. 59:407–414.

Sanford, J.C. 1982. Pollen studies using a laser microbeam. In D.L.
Mulcahy and E. Ottaviano (eds.) Pollen: Biology and Implications for
Breeding, Proceedings of the International Symposium on Pollen Biology
p. 107–115.

MGA0080516

Sanford, J.C. 1983. Ploidy Manipulations in Fruit Breeding. In J. Janick and J.N. Moore (eds.) Methods in Fruit Breeding. Purdue University Press, West Lafayette, IN pp. 100-123.

Sanford, J.C., Y.S. Chyi, and B.I. Reisch. 1983. Attempted "Egg Transformation" in Lycopersicon esculentum. Theoretical and Applied Genetics. 67:553-558.

Sanford, J.C., Chyi, Y.S., and B.I. Reisch. 1984. An attempt to induce "egg transformation" in Lycopersicon esculentum using irradiated pollen. Theoretical and Applied Genetics. 67:553-558.

Sanford, J.C., Chyi, Y.S., and B.I. Reisch. 1984. Attempted "egg transformation" in Zea mays L., using irradiated pollen. Theoretical and Applied Genetics 68:269-275.

Chyi, Y.S., J.C. Sanford, and B.I. Reisch. 1984. Further attempts to induce "egg transformation" using irradiated pollen. Theoretical Applied Genetics 68:277-283.

Sanford, J.C., N.F. Weeden, and Y.S. Chyi. 1984. Regarding the novelty and breeding value of protoplast-derived variants of Russet Burbank (Solanum tuberosum L.). Euphytica 33:709-715.

Sanford, J.C., K. Skubik, and B.I. Reisch. 1984. Attempted transformation in tomato and corn, using incubation of pollen with genomic DNA. Theor. Appl. Genet. 69:571-574.

Sanford, J.C., and S.A. Johnston. 1985. The concept of parasite-derived resistance. J. Theor. Biol. 113:395-405.

Chyi, Y.S. and J.C. Sanford. 1985. "Egg transformation" induced by irradiated pollen in Nicotiana: a re-examination. Theor. Appl. Genet. 70:433-439.

Sanford, J.C. and K.A. Skubik. 1985. Attempted pollen mediated transformation with Ti-palsmids. In: D.L. Mulcahy (ed.). Biotechnology and Ecology of Pollen. Proceedings of International Symposium. (in press).

Simon, C.J. and J.C. Sanford. 1985. Prospects for pollen cell selection for resistance to various chemical agents. In: D.L. Mulcahy (ed.). Biotechnology and Ecology of Pollen. Proceedings of International Symposium. (in press).

Klein, T.M., J.C. Sanford, and E.D. Wolf. 1986. The use of high-velocity microprojectiles for the delivery of foreign substances into living cells. (submitted to Science).

Crumet, R., S.A. Johnston, and J.C. Sanford. 1986. A demonstration of pathogen-derived resistance using E. coli and the phage, QB. (submitted to Science).

A122

MGA0080517

Invited Papers

Sanford, J.C., Y.S. Chyi, and B.I. Reisch. 1984. Attempts to elucidate
the phenomenon of "egg transformation" as mediated by irradiated pol-
len. Symposium on Plant Biotechnology – Gene transfer through non-
traditional means. ASA national meetings. Nov. 25-30, Las Vegas.
1984. Agronomy Abstracts published by ASA, p.87.

Sanford, J.C. 1985. Regarding early claims of pollen-mediated transforma-
tion. Forest and Crop Biotechnology – Progress and Prospects. April
18-20, 1985. Syracuse, N.Y. Springer Verlag (in press).

Patents Pending

1. Particle Gun and Method for Transporting Substances into Living Cells
   and Tissues.
2. Methods for Genetically Engineering Resistance to Viruses and Other
   Parasites.

A123

MGA0080518

Wu, Ray
165-28-15-6

CURRICULUM VITAE: Ray Wu

BIRTH DATE: August 14, 1928      PLACE OF BIRTH: Peking, China

DEGREES:  B.S.  Chemistry, University of Alabama, 1950
          Ph.D.  Biochemistry, University of Pennsylvania, 1955

WORK EXPERIENCE:

| | |
|---|---|
| 8/1972-present | Professor, Section of Biochemistry, Molecular and Cell Biology, Cornell University, Ithaca, NY |
| 2/1972-8/1972 | Visiting Associate Professor, Department of Biology and Chemistry, MIT, Cambridge, MA |
| 9/1966-1/1972 | Associate Professor, Section of Biochemistry, Molecular and Cell Biology, Cornell University, Ithaca, NY |
| 7/1971-12/1971 | Visiting Scientist, MRC Laboratory of Molecular Biology (with Dr. F.Sanger), Cambridge, England |
| 9/1965-8/1966 | Visiting Investigator, Biochemistry Department (with Dale Kaiser), Stanford University, CA |
| 7/1957-6/1966 | Assistant; Associate; Associate Member, Department of Biochemistry, Public Health Research Institute of the City of New York, Inc. |
| 1955-1957 | Damon Runyon Postdoctoral Fellow, Cancer Research (with Dr. Efraim Racker), Department of Biochemistry, Public Health Research Institute of the City of New York, Inc. |

PUBLICATIONS:

165 original research papers. Contributed chapters in 11 books.
Edited four books:
   "Recombinant DNA" (Wu, R., ed.) Vol. 68 of Methods of Enzymology,
        Academic Press, 1979;
   "Genetic Engineering Techniques" (Huang, P.C., Kuo, T.T., and Wu, R.,
        eds.), Academic Press, 1982;
   "Recombinant DNA", Part B and Part C (Wu, R., Grossman, L. and
        Moldave, K., eds.), Vol. 100 and Vol. 101 of Methods of Enzymology,
        Academic Press, 1983.

PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

American Society of Biological Chemists (1960)
American Association for the Advancement of Science (1960)
American Chemical Society (1955)

HONORS AND AWARDS:

| | |
|---|---|
| 1984-1987 | Member, Board of Scientific Counselors, National Cancer Institute |
| 1984-1986 | Member, Panel of Scientific Advisors, UNIDO International Center for Genetic Engineering and Biotechnology |
| 1983-present | Honorary Professorship at Fudan University (Shanghai) |
| 1982, 1983 | E. Lilly Research Fellowship Award |
| 1982 | Elected Fellow, The Chinese Academy of Sciences, Taiwan |
| 1982 | Research Grant Reviewer, NIH Biochemistry Study Section |
| 1976-1978 | Chairman, Section of Biochemistry, Molecular and Cell Biology |
| 1971-1972 | National Science Foundation Senior Postdoctoral Fellowship |
| 1955-1957 | Damon Runyon Postdoctoral Fellow in Cancer Research |

MGA0080519

Wu, Ray
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

PUBLICATIONS: (selected publications between 1981-1985)

128.  Scarpulla, R.C., Agne, K.M. and Wu, R. (1981) Isolation and Structure of
      A Rat Cytochrome c Gene.  J. Biol. Chem. 256, 6480-6486.

130.  Deng, G.R. and Wu, R. (1981) An Improved Procedure for Utilizing Terminal
      Transferase to Add Homopolyers to the 3' Termini of DNA.  Nucleic Acids
      Res. 9, 4173-4187.

132.  Scarpulla, R.C., Agne, K.M. and Wu, R. (1982) Cytochrome c Gene-Related
      Sequences in Mammalian Genomes.  Proc. Natl. Acad. Sci., USA 79, 739-743.

135.  Brousseau, R., Scarpulla, R., Sung, W., Hsiung, H.M., Narang, S.A. and
      Wu, R. (1982) Synthesis of a Human Insulin Gene.  V. Enzymatic Assembly,
      Cloning and Characterization of the Human Proinsulin DNA.  Gene 17,
      279-289.

137.  Lau, L.F., Roberts, J.W. and Wu, R. (1982) Transcription Terminates at
      λt$_{R1}$ in Three Clusters.  Proc. Natl. Acad. Sci., USA 79, 6171-6175.

139.  Scarpulla, R.C. and Wu, R. (1983) Nonallelic Members of the Cytochrome c
      Multigene Family of the Rat May Arise Through Different Messenger RNAs.
      Cell 32, 473-482.

143.  Guo, L.H., Yang, R.C.A. and Wu, R. (1983) An Improved Strategy for Rapid
      Direct Sequencing of Both Strands of Long DNA Molecules Clones in a
      Plasmid.  Nucleic Acids Res. 11, 5521-5540.

144.  Yang, R., Fristensky, B., Deutch, A.H., Huang, R.C., Tan, Y.H., Narang,
      S.A. and Wu, R. (1983) The Nucleotide Sequence of a New Human Repetitive
      DNA Consists of Eight Tandem Repeats of 66 Base Pairs.  Gene 25, 59-66.

148.  Limbach, K.J. and Wu, R. (1983) Isolation and Characterization of Two
      Alleles of the Chicken Cytochrome c Gene.  Nucleic Acids Res. 11,
      8931-8950.

150.  Lau, L.F., Roberts, J.W., Wu, R., Georges, F. and Narang, S.A. (1984) A
      Potential Stem-Loop Structure and the Sequence CAAUCAA in the Transcript
      are Insufficient to Signal ρ-dependent Transcription Termination at
      λtR1.  Nucleic Acids Res. 12, 1287-1299.

153.  Guo, L.H., Stepien, P.P., Tso, J.Y., Brousseau, R., Narang, S., Thomas,
      D.Y. and Wu, R. (1984) Synthesis of Human Insulin Gene VIII.  Construc-
      tion of Expression Vectors for Fused Proinsulin Production in Escherichia
      coli.  Gene 29, 251-254.

154.  Kao, T.H., Moon, E. and Wu, R. (1984) Cytochrome Oxidase Subunit II Gene
      of Rice has an Insertion Sequence Within the Intron.  Nucleic Acids Res.
      12, 7305-7315.

159.  Wu, R., Wu, N.H., Zahre, H., Georges, F. and Narang, S. (1984) Purifica-
      tion and Sequence Analysis of Synthetic Oligodeoxyribonucleotides.  In
      "Oligonucleotide Synthesis, A Practical Approach" (Gait, M.J., ed.).
      IRL Press, Oxford, pp. 135-151.

162.  Limbach, K.J. and Wu, R. (1985) Characterization of a Mouse Somatic
      Cytochrome c Gene and Three Cytochrome c Pseudogenes.  Nucleic Acids
      Res. 13, 617-630.

163.  Limbach, K.J. and Wu, R. (1985) Characterization of Two Drosophila
      melanogaster Cytochrome c Genes and Their Transcripts.  Nucleic Acids
      Res. 13, 631-644.

164.  Tso, J.Y., Sun, X.H., Kao, T.H., Reece, K.S. and Wu, R. (1985) Isolation
      and Characterization of Rat and Human Glyceraldehyde-3-Phosphate Dehydro-
      genase cDNAs: Genomic Complexity and Molecular Evolution of the Gene.
      Nucleic Acids Res. 13, 2485-2502.

165.  Moon, E., Kao, T.H. and Wu, R. (1985) Pea Cytochrome Oxidase Subunit II
      Gene has No Intron and Generates Two mRNA Transcripts with Different
      5'-termini.  Nucleic Acids Res. 13, 3195-3212.

A125

MGA0080520

Curriculum Vitae

Theodore M. Klein,   Postdoctoral Associate
Department of Horticultural Sciences
Hedrick Hall
Geneva, NY 14456

Date of birth: March 11, 1954

Education:

McGill University, B. S., Botany, 1976.

The University of Connecticut, M. S., Plant Science (Microbiology minor) 1982.

Cornell University, Ph. D., Agronomy (Microbiology minor), 1985.

Publications:

Klein, T. M. and J. S. Koths. 1980. Urease, protease, and acid phosphatase in
soil continuously cropped to corn by conventional or no-tillage methods.
*Soil Biol. Biochem.* 12:293-294.

Klein, T. M., J. P. Kreitinger, and M. Alexander. 1983. Nitrate formation in acid
forest soils from the Adirondacks. *Soil Sci. Soc. Am. J.* 47:506-508.

Klein, T. M., N. J. Novick, J. P. Kreitinger, and M. Alexander. 1984.
Simultaneous inhibition of carbon and nitrogen mineralization in a forest soil by
simulated acid precipitation. *Bull. Environ. Contamination Toxicol.* 32:698-703.

Novick, N. J., T. M. Klein, and M. Alexander. 1984. Effect of simulated acid
rain on nitrogen mineralization and nitrification in forest soils. *Water, Air and Soil
Pollut.* 23:317-330.

Klein, T. M. and M. Alexander. 1985. Effect of the quantity and duration of
application of simulated acid precipitation on nitrogen mineralization and nitrification
in a forest soil. *Water, Air and Soil Pollut.* In press.

Kreitinger, J. P., T. M. Klein, N. J. Novick, and M. Alexander. 1985.
Nitrification and characteristics of nitrifying microorganisms in an acid forest soil.
*Soil Sci. Soc. Am. J.* 49:1407-1410.

Klein, T. M. and M. Alexander. 1986. Bacterial inhibitors in lake water. *Applied
Environ. Microbiol.* Accepted for publication.

Stroo, H. F., T. M. Klein, and M. Alexander. 1986. Heterotrophic nitrification in
an acid forest soil and isolation of a fungus capable of nitrite production under acidic
conditions. *Soil Sci. Soc. Am. J.* Submitted for publication.

Klein, T. M., J. C. Sanford, and E. D. Wolf. 1986. The use of high-velocity
microprojectiles for the delivery of foreign substances into living cells. *Science*
Submitted for publication.

A126

MGA0080521

TOTAL

U S DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROPOSAL BUDGET

OMB Approve 0520-0001
Expires 12/31 86

| ORGANIZATION AND ADDRESS | DURATION PROPOSED | S&E USE ONLY |
|---|---|---|

Office of Sponsored Programs
Cornell University
123 Day Hall / Ithaca, NY  14853

Months: 24

PRINCIPAL INVESTIGATOR(S)/PROJECT DIRECTOR(S)

Sanford, Klein, and Wu.

FUNDS REQUESTED BY PROPOSER

FUNDS APPROVED BY S&E

(If different)

| A. Salaries and Wages | S&E FUNDED WORK MONTHS | | | | |
|---|---|---|---|---|---|
| | Calendar | Academic | Summer | $ | $ |
| 1  No. of Senior Personnel | | | | | |
| a. ___ (Co) - PI(s)/PD(s) · · · · · · | | | | | |
| b. ___ Senior Associates · · · · · | | | | | |
| 2. No. of Other Personnel (Non-Faculty) | | | | | |
| a. _1_ Research Associates-Postdoctorate | 24 | | | 45,150 | |
| b ___ Other Professionals · · · · · | | | | | |
| c. ___ Graduate Students · · · · · | | | | | |
| d. ___ Pre-Baccalaureate Students · · · | | | | | |
| e. ___ Secretarial-Clerical · · · · · | | | | | |
| f. _2_ Technical, Shop, and Other · · | | | | 44,500 | |
| Total Salaries and Wages · · · · · · · · ▶ | | | | 89,650 | |
| B.  Fringe Benefits (If charged as Direct Costs) | | | | 22,413 | |
| C.  Total Salaries, Wages, and Fringe Benefits (A plus B) · · ▶ | | | | 112,063 | |
| D.  Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | | 20,000 | |
| E.  Materials and Supplies | | | | 28,000 | |
| F.  Travel | | | | | |
| 1. Domestic (including Canada) · · · · · · · · · · · | | | | 2,000 | |
| 2. Foreign (List destination and amount for each trip.) | | | | | |
| G.  Publication Costs/Page Charges | | | | 500 | |
| H.  Computer (ADPE) Costs | | | | | |
| I.  All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statements and budget, should be explained in full in proposal.) | | | | 2,000 | |
| J.  Total Direct Costs (C through I) · · · · · · · · · · ▶ | | | | 164,563 | |
| K.  Indirect Costs (Specify rate(s) and base(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus bases.) | | | | 87,124 | |
| L.  Total Direct and Indirect Costs (J plus K) · · · · · · · · ▶ | | | | 251,687 | |
| M.  Less Residual Funds (If applicable) · · · · · · · · · · ▶ | | | | | |
| N.  TOTAL AMOUNT of this REQUEST (L minus M) · · · · · · · ▶ | | | | $  251,687 | $ |
| O.  COST SHARING · · · · · · · · · · · · · ▶ | | | | $ 5,254 | |

NOTE:  Signatures required only for Revised Budget

This is Revision No. ▶

| NAME AND TITLE (Type or print) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

Form S&E-55   (Aug 81)

MGA0080522

U S DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROPOSAL BUDGET

OMB Approved 0570-0001
Expires 12/31/86

**ORGANIZATION AND ADDRESS**
Office of Sponsored Programs
Cornell University
123 Day Hall / Ithaca, NY  14853

**PRINCIPAL INVESTIGATOR(S)/PROJECT DIRECTOR(S)**
Sanford, Klein, and Wu.

| | DURATION PROPOSED | S&E USE ONLY |
|---|---|---|
| | MONTHS: 12 | |
| | FUNDS REQUESTED BY PROPOSER | FUNDS APPROVED BY S&E (IF different) |

| | | S&E FUNDED WORK MONTHS | | | | |
|---|---|---|---|---|---|---|
| | | Calendar | Academic | Summer | | |
| A. | Salaries and Wages | | | | $ | $ |
| | 1. No. of Senior Personnel | | | | | |
| | a. ___ (Co)-PI(s)/PD(s) | | | | | |
| | b. ___ Senior Associates | | | | | |
| | 2. No. of Other Personnel (Non-Faculty) | | | | | |
| | a. 1 Research Associates/Postdoctorate | 12 | | | 21,500 | |
| | b. ___ Other Professionals | | | | | |
| | c. ___ Graduate Students | | | | | |
| | d. ___ Pre-Baccalaureate Students | | | | | |
| | e. ___ Secretarial-Clerical | | | | 21,000 | |
| | f. 2 Technical, Shop, and Other | | | | | |
| | Total Salaries and Wages | | | | 42,500 | |
| B. | Fringe Benefits (If charged as Direct Costs) 25% | | | | 10,625 | |
| C. | Total Salaries, Wages, and Fringe Benefits (A plus B) | | | | 53,125 | |
| D. | Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | | 10,000 | |
| E. | Materials and Supplies | | | | 15,000 | |
| F. | Travel | | | | | |
| | 1. Domestic (Including Canada) | | | | 500 | |
| | 2. Foreign (List destination and amount for each trip.) | | | | | |
| G. | Publication Costs/Page Charges | | | | | |
| H. | Computer (ADPE) Costs | | | | | |
| I. | All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statement and budget, should be explained in full in proposal.) | | | | | |
| J. | Total Direct Costs (C through I) | | | | 78,625 | |
| K. | Indirect Costs (Specify rate(s) and base(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus base.) (see attached sheets) | | | | 40,455 | |
| L. | Total Direct and Indirect Costs (J plus K) | | | | 119,080 | |
| M. | Less Residual Funds (If applicable) | | | | | |
| N. | TOTAL AMOUNT of this REQUEST (L minus M) | | | | $ 119,080 | $ |
| O. | COST SHARING | | | $ 2,495 | | |

NOTE:  Signatures required only for Revised Budget

This is Revision No. ▶

| NAME AND TITLE (Type or print) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

A128

MGA0080523



New York State Agricultural Experiment
Station at Geneva

BUDGET JUSTIFICATION

Indirect Cost Detail

Submitted to ___USDA___
(Agency)

Title Use of Particle Gun Technologies

Principal Investigator  J.C. Sanford

Department  Horticultural Sciences

Period
8/1/86 - 6/30/87

Period
7/1/87 - 7/30/88

YEAR 1

**TOTAL DIRECT COSTS**          $ 72,073          $ 6,???

**Minus Exclusions:**

Fringe Benefits (statutory only)  ($ 9760)          ($ 005)

GRA Exclusion  (     )          ($ 033)

Capital Equipment  ($ 9167)          ($     )
(Statutory - over $200/1 yr.)
(Endowed - over $500/2 yr.)

Use of Cornell Computing
Services  ($     )          ($     )

MSC Facility Use Costs  ($     )          ($     )

Subcontracts over $25,000  ($     )          ($     )

**Subtotal - Exclusions**          ($ 18,907)          ($ 1,110)

**Modified Total Direct Costs (MTDC)**          $ 53,166          $ 4,834

Times the Indirect Cost Rate          Geneva Allowable

(73.0)          72.5  $ 76,0)

**INDIRECT COSTS**          38,950          (39,231)          3,205          $13,5)

**COST SHARING**          2,207          208