YEAR 1

U.S. DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## PROPOSAL BUDGET

OMB Approved 0520-0001
Expires 12/31/86

**ORGANIZATION AND ADDRESS**
Office of Sponsored Programs
Cornell University
123 Day Hall / Ithaca, NY  14853

**PRINCIPAL INVESTIGATOR(S)/PROJECT DIRECTOR(S)**
Sanford, Klein, and M...

| DURATION PROPOSED | S&E USE ONLY |
|---|---|
| Months: 12 | Months: ___ |
| FUNDS REQUESTED BY PROPOSER | FUNDS APPROVED BY S&E (If different) |

| | S&E FUNDED WORK MONTHS | | | | |
|---|---|---|---|---|---|
| A. Salaries and Wages | Calendar | Academic | Summer | | |
| 1. No. of Senior Personnel | | | | | |
| a. ___ (Co) - PI(s), PD(s) | | | | $ | $ |
| b. ___ Senior Associates | | | | | |
| 2. No. of Other Personnel (Non-Faculty) | | | | | |
| a. 1 Research Associates-Postdoctorate | 12 | | | | 23,650 |
| b. ___ Other Professionals | | | | | |
| c. ___ Graduate Students | | | | | |
| d. ___ Pre-Baccalaureate Students | | | | | |
| e. ___ Secretarial-Clerical | | | | | |
| f. 2 Technical, Shop, and Other | | | | | 23,500 |
| Total Salaries and Wages | | | | | 47,150 |

| | | | |
|---|---|---|---|
| B. Fringe Benefits (If charged as Direct Costs)   25% | | | 11,788 |
| C. Total Salaries, Wages, and Fringe Benefits (A plus B) | | | 58,938 |
| D. Nonexpendable Equipment (Attach supporting data. List items and dollar amounts for each item.) | | | 10,000 |
| E. Materials and Supplies | | | 13,100 |
| F. Travel | | | |
| 1. Domestic (Including Canada) | | | 1,500 |
| 2. Foreign (List destination and amount for each trip.) | | | |
| G. Publication Costs/Page Charges | | | 500 |
| H. Computer (ADPE) Costs | | | |
| I. All Other Direct Costs (Attach supporting data. List items and dollar amounts. Details of subcontracts, including work statements and budget, should be explained in full in proposal.) | | | 2,000 |
| J. Total Direct Costs (C through I) | | | 85,038 |
| K. Indirect Costs (Specify rate(s) and base(s) for on/off campus activity. Where both are involved, identify itemized costs included in on/off campus bases.)  (see attached sheets) | | | 46,669 |
| L. Total Direct and Indirect Costs (J plus K) | | | 132,607 |
| M. Less Residual Funds (If applicable) | | | |
| N. TOTAL AMOUNT of this REQUEST (L minus M) | | $ 132,607 | $ |
| O. COST SHARING | | $ 2,759 | |

NOTE: Signatures required only for Revised Budget        This is Revision No. ____

| NAME AND TITLE (Type or print) | SIGNATURE | DATE |
|---|---|---|
| PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR | | |
| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | | |

Form S&E-58   (Aug 81)



New York State Agricultural Experiment
Station at Geneva

**BUDGET JUSTIFICATION**

**Indirect Cost Detail**

Submitted to ___USDA___
              (Agency)

Title Bar of Particle Gun Technology . . .

Principal Investigator  John C. Sanford

Department  Horticultural Sciences

Period
11/1/87 - 6/30/88

Period
7/1/88 - 7/0/88

YEAR 2

**TOTAL DIRECT COSTS**                    $ 78,776                      $ [  ]

**Minus Exclusions:**

Fringe Benefits (statutory only)   ($ 10,000 )        ($ 912 )
GRA Exclusion                                         ($ 633 )
Capital Equipment                  ($ 9,167 )
(Statutory - over $200/1 yr.)
(Endowed - over $500/2 yr.)
Use of Cornell Computing           ($   )            ($   )
  Services
MSC Facility Use Costs             ($   )            ($   )
Subcontracts over $25,000          ($   )            ($   )

**Subtotal - Exclusions**          ($ 19,913 )                  ($ 1,817 )

**Modified Total Direct Costs (MTDC)**   $ 58,863                $ 2,367

                          Genova Allowable

Times the Indirect Cost Rate      72.5    $ (76.8)       72.5    $ (76.8)

**INDIRECT COSTS**                42,676   (45,160)      6,013   (4,567)

**COST SHARING**                    2,529                          200

Budget Justification:

This budget requests support for a post-doc, a technician, and a lab-aide. Also requested are sufficient supplies for the two labs to perform the necessary tissue culture, molecular biology, and particle bombardment work. We estimate that each of our labs will expend $625 per month on expendables. We plan to process and assay a large amount of cultured tissues and expect sizeable bills for media, plates, radioisotopes, antibodies, etc. Particle bombardment costs include custom-made nylon macro-projectiles, custom-made nylon cushions, and tungsten and gold microprojectiles. Substantial chemical costs are also anticipated for the electron microscope work. Capital equipment funds are principally meant to cover particle gun fabrication and modification costs. A second advanced prototype will be fabricated for Dr. Wu's lab using the capital equipment funds. We find that the particle gun assembly is continuously undergoing experimental modification, and that custom-fabrication costs are very high. A Cornell user-fee of $2,000 is required in the second year for SEM and TEM studies of bombarded cells (see attached letter from Dr. Parthasarathy). Cornell overhead costs and cost sharing are computed on separate sheets.

MGA0080527

OMB Approval 0520-0001
Expires 12/31/86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

PROTECTION OF HUMAN SUBJECTS

STATEMENT OF POLICY — Safeguarding the rights and welfare of human subjects at risk in activities supported by Science and Education is the responsibility of the institution to which support is provided. In order to provide for the adequate discharge of this responsibility, USDA policy requires a formal assurance that appropriate committees in each institution will carry out both initial review of proposals, and continuing review of supported projects. The Department also requires certification of such reviews. Procedures which meet Department of Health and Human Services (DHHS) requirements will meet USDA requirements (Secretary's Memorandum No. 1755 and PL 93-348 as implemented by Part 46 of Title 45 of the Code of Federal Regulations, as amended (45 CFR 46)).

| 1. INSTITUTION | 2. TYPE |
|---|---|
| Cornell University | ☒ ORIGINAL ☐ FOLLOW UP ☐ REVISION |
| | 3. PROJECT NUMBER *(If known)* |

4. TITLE

Delivery of DNA into regenerable tissues of monocots, using high velocity microprojectiles.

5. PRINCIPAL INVESTIGATOR

John C. Sanford

6. Check the following applicable statement:

☒  A — This project does not include activities involving human subjects.

☐  B — This project includes activities involving human subjects but can in no way be considered at risk.  _____ *(Initials)*
*(If this statement is checked, the person signing this form must also initial in the space provided.)*

☐  C — This project, which includes activities involving human subjects, is pending review by an institutional committee as provided by our assurance. Certification of completion of the review will be provided as soon as possible. *(Certification will be re-submitted on Form S&E-84, identified as "Follow up" in item 2, and checked in box "D")*

☐  D — This project includes activities involving human subjects. Our institutional committee reviewed and approved it on _____, in accordance with our assurance approved by S&E and/or DHHS. The project will be subject to continuing review as provided for in that assurance.

| 7. SIGNATURE OF AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | TITLE | DATE |
|---|---|---|
| | | |

FOR OFFICE USE ONLY

Form S&E-84   (Aug 81)

A133

MGA0080528

OMB Approved 0570-0001
Expires 12.31.86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## SPECIAL CONSIDERATIONS

NOTE: Check appropriate statements. Supply
additional information when necessary.

---

☒ This project does not involve human subjects.

☐ This project involves human subjects.

    ☐ It was approved by the Institutional Review Board on _____
                                                      (date)

    ☐ Is scheduled for review by the Institutional Review Board on _____
                                                          (date)

See DHHS regulations regarding the use of human subjects, appearing in Title 45, Code of Federal Regulations,
Part 46, Subtitle A.

☐ This project does not involve recombinant DNA research.

☒ This project involves recombinant DNA research.

Supply appropriate documents as required by NIH *Guidelines for Research Involving Recombinant DNA Molecules*
(45 FR 60'08-60'31 and subsequent revisions.)

---

ADDITIONAL INFORMATION

Form S&E-682   (Aug 81)

MGA0080529

OMB Approved 06.20.0001
(Expires 12/31/86)

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## CURRENT AND PENDING SUPPORT

INSTRUCTIONS: • Record information for the preceding period - this will help S&E analyze shifts in research support. If recurrent submission of a proposal to other urgent items will not need prejudice its review by S&E.) • All current research to which principal investigator(s) and other senior personnel have committed a portion of their time must be listed, whether or not salary for the person involved is included in the budget of the various projects. • Provide analogous information for all proposed research which is being considered by, or which will be submitted in the near future to, other involved sponsors including other USDA programs.

| NAME (Last, First) | ANSWERS YES/NO | PROJECT NUMBER AND AGENCY | AMOUNT Code T=Total A=Annual | EXPIRATION DATE OF GRANT | PERCENT OF EFFORT COMMITTED | TITLE OF PROJECT |
|---|---|---|---|---|---|---|
| John Sanford, Ed Wolf, and Ted Klein | X | Cornell Biotechnology Institute | 25,000 | 6/31/86 | | Particle gun technology . . . |
| John Sanford | X | Greatbatch GenAg. Inc. | 123,700 | 6/30/87 | | Synthesis of genes coding for unique peptides . . . |
| Dennis Gonsalves and John Sanford | X | USDA Competitive Grants | 200,000 | 6/30/88 | | Genetic engineering of resistance potyviruses. |
| Dennis Gonsalves and John Sanford | X | Cornell Biotechnology Institute | 49,650 | 6/30/88 | | Plant transformation with anti-sense cDNA of . . . |

A135

MGA0080530

OMB Approval 05-20-0001
Expires 12/31/86

UNITED STATES DEPARTMENT OF AGRICULTURE
SCIENCE AND EDUCATION

## CURRENT AND PENDING SUPPORT

INSTRUCTIONS: ● Record information for the preceding period — this will help S&E analyze shifts in research support. (Concurrent submission of a proposal to other organizations will not preclude its review by S&E.) ● All current research to which the principal investigator(s) and other tenure personnel have committed a portion of their time must be listed, whether or not salary for the person involved is included in the budgets of the various projects. ● Provide malignant information for all proposed research which is being considered by, or which will be submitted in the near future to, other sponsor including other USDA programs.

| NAME. (Last P.I. No. First) | | PROJECT NUMBER AND AGENCY | AMOUNT (Cash — Total Annual) | EXPIRATION DATE OF GRANT | PERCENT OF EFFORT COMMITTED | TITLE OF PROJECT |
|---|---|---|---|---|---|---|
| | CURRENT | PENDING | | | | |
| Ray Wu | ✓ | | Rockefeller Foundation | 108,990 | 1/86 – 12/86 | | Cloning, Characterization and Transferring Genes in Rice |
| Ray Wu | | | NIH GM29179-06 | 163,906 | 4/1/86– 3/31/91 | | DNA Sequence Analysis of Eucaryotic Cytochrome c Genes |

MGA0080531

The Use of High-Velocity Microprojectiles for the Delivery of Foreign Substances into Living Cells

## T. M. KLEIN, J. C. SANFORD, E. D. WOLF

It is demonstrated that high velocity micro-projectiles can act as vehicles for the delivery of macromolecules into cells. Using a device termed a particle gun, small tungsten projectiles were accelerated to high velocities, allowing them to penetrate plant cell walls and membranes and enter into the cell's cytoplasm in a nonlethal manner. About 90% of the cells in a 1 cm² area of *Allium cepa* epidermal tissue (about 2000 cells) were observed to contain tungsten projectiles in their interiors following bombardment with the particle gun. Some tungsten projectiles have sufficient momentum to penetrate *A. cepa* bulb tissue to a depth of about 120 um and can enter cells as deep as the third subepidermal layer. Typically, 80 to 95% of the penetrated cells remained viable and projectiles within cells often moved in conjunction with the cytoplasmic stream. Ribonucleic acid isolated from tobacco mosaic virus was adsorbed to the surface of the tungsten projectiles and these projectiles were accelerated into *A. cepa* epidermal tissue. Delivery and expression of the RNA was monitored by microscopically examining the cells for the presence of viral inclusion bodies after incubating the tissue for 48 h. From 23 to 44 % of the cells possessing projectiles also harbored viral inclusions, indicating that the particle gun can efficiently deliver nucleic acids to large numbers of cells, *in situ*, simultaneously. This new method of delivering macromolecules into living cells and tissues should have diverse scientific applications.

T. M. Klein, J. C. Sanford, Department of Horticultural Science, New York State Agricultural Experiment Station, Cornell University, Geneva, NY 14456.

E. D. Wolf, National Research Facility for Submicron Structures, Cornell University, Ithaca, NY 14653.

MGA0080532

2

Methods which facilitate the transfer of macromolecules into living cells are critical for numerous genetic, cytological, and biochemical studies (1). We have developed a new method for the delivery of foreign substances into cells which employs a device we term a "particle gun". In developing this method, we reasoned as follows: 1) small projectiles, when accelerated to high velocities, should be able to pierce cell membranes and cell walls and thereby enter the cell's cytoplasm; 2) lesions at the cell's surface resulting from such penetration could be as small or smaller than lesions resulting from microinjection (2), and such lesions might be capable of rapid self-sealing; 3) the projectile being accelerated into the cell might constitute the desired foreign substance itself, or the projectile might carry the foreign substance on its surface or in its interior; 4) large numbers of cells could be affected simultaneously, *in situ*, with minimal disruption, eliminating the need for cell wall removal, tissue maceration, *in vitro* cell culture, or single cell manipulations.

In order to test this concept, we developed numerous particle acceleration devices. The acceleration device we are currently using is diagrammed in Fig. 1. This device is capable of accelerating tungsten microspheres to velocities of about 430 m sec$^{-1}$ (3). About 0.5 mg of tungsten particles (average diameter 4 um, General Electric Corp., Refractory Metals Division, Cleveland, OH) is placed on the front surface of a cylindrical nylon projectile (5 mm diameter, 8 mm length) as a dry powder or in suspension in 2 to 3 ul of water. A gun powder charge (GY22AC, gray extra light, No.1, Speed Fasteners Inc., St. Louis, MO), detonated with a firing pin, is used to accelerate the nylon projectile down the barrel of the device. The tungsten particles continue toward the target cells through a small 1 mm aperture in a steel plate designed to stop the nylon projectile. Target cells are placed about 10 to 15 cm from the end of the device.

We have chosen to use *Allium cepa* as a model plant species because of its large, chloroplast-free epidermal cells which are easily stripped away from bulb scales as a single layer. The efficiency with which projectiles penetrate and enter epidermal cells of this species can be readily assessed by optical sectioning. Figure 2 shows both the surface and interior of an epidermal cell from an *A. cepa* bulb scale following bombardment with tungsten projectiles 4 um in diameter. Several projectiles can be seen on the surface of this cell (Fig. 2a). By focusing into the same cell to a depth of approximately 40 um, it can be seen that a tungsten projectile had penetrated the cuticle, wall, and membrane of the cell and had entered the interior of that cell (Fig. 2b). Many cells can be bombarded simultaneously and about 90 per cent of the cells in a 1 cm² area of *A. cepa* epidermal tissue (about 2000 cells) typically contain projectiles following bombardment. Projectiles can also be observed in subepidermal tissue following bombardment. Projectile velocities currently attainable with the particle gun permit limited penetration into onion tissue to a depth of 120 um, or 4 cell layers. Thus, sufficient kinetic energy is produced to allow a single microprojectile to pierce 7 cell wall and membrane layers.

Once in the cell, most (50 to 75%) of the projectiles can be observed to move in conjunction with the cytoplasmic stream. The motion of the projectiles is generally smooth as opposed to the saltatory movement of small (0.3-0.5 um) particles microinjected into animal cells (4). In some cases, cytoplasm builds up behind the projectile and, while flowing around it, appears to push the projectile forward. In other instances, an appreciable amount of cytoplasm does not accumulate behind the projectile and the projectile moves at a rate equivalent to the cytoplasmic stream with which it is associated. The mechanism causing the motility of these relatively large, dense foreign particles seems particularly intriguing and a thorough study of their motion may provide insights into cytoplasmic streaming and the transport of organelles in plant cells.

**A138**

MGA0080533

Cells can survive penetration by multiple projectiles. Apparently the lesions formed by the microprojectiles in the cell membrane are small and seal rapidly.   Figure 3e shows a living epidermal cell with 9 tungsten particles in its interior. Up to 29 projectiles have been observed within a single living cell. However, viability of the cells (as determined by the maintenance of cytoplasmic streaming following bombardment) is adversely affected by penetration by a large number of projectiles. Cell survival is 95% or greater among cells containing less than 11 projectiles while many of the cells that contain larger numbers of projectiles do not survive (Fig. 3f). By controlling the quantity of tungsten particles which land on the surface of the cells, the number of projectiles penetrating the tissue can be controlled such that high rates of viability can routinely be maintained. Except for the presence of the tungsten particles, bombarded cells do not differ visually from untreated cells and remain viable for as long as tissue which was not bombarded (up to 2 weeks).

RNA was isolated (5) from tobacco mosaic virus (TMV) strain $U_1$ and adsorbed to the surface of 4 um tungsten projectiles. To accomplish the adsorption, 2 ul of a TMV-RNA solution (2 ug of RNA per microliter of distilled water) was added to 18 ul of a suspension of tungsten projectiles (0.01 g of tungsten per milliliter of distilled water). The RNA was precipitated by the addition of 7.5 ul of a 0.25 $M$ $CaCl_2$ solution and the resulting suspension was centrifuged for 30 min at 13,000 g. The particles were resuspended and 3 ul of the suspension was placed on the front surface of the nylon projectile.  Centrifugation brings the RNA precipitate into close association with the tungsten surfaces and results in uniform adsorption which can be visualized by staining with the fluorescent dye DAPI (6) (Fig. 3g). A similar technique has been used to adsorb DNA to the surface of the tungsten particles.  Such DAPI-DNA labeled tungsten particles have been observed to fluoresce in onion epidermal cells following bombardment demonstrating the effective delivery of DNA into these cells. Once in the cell,  projectiles fluoresce for only a short time,  suggesting that material diffuses from the surface of the sphere.

TMV-RNA coated projectiles were used to bombard A. cepa epidermal tissue with the particle gun. Following bombardment, the tissue was incubated for 48 h at 21° C. Expression of the viral RNA was monitored by microscopic examination of the bombarded cells for the presence of viral inclusion bodies (Fig. 3h) which are crystalized virus particles that often take the form of hexagonal plates or clusters of such plates (7). About 30 to 40% of the cells containing projectiles (or nearly 30% of the total number of cells) in a 1 $cm^2$ area of tissue contained inclusion bodies (Table 1). These distinctive crystalline inclusions have never been observed in the thousands of cells we have examined in unbombarded tissue or in tissue bombarded with naked projectiles. As an additional control, TMV-RNA was precipitated with $CaCl_2$ as described above, except the tungsten particles were not included in the preparation. The resulting suspension was spread with a glass rod over a 1 $cm^2$ area of A. cepa epidermal tissue either before or after bombardment with naked spheres. Inclusion bodies were not observed in these samples indicating that the RNA did not simply enter the cells through openings formed by the passage of the spheres through the cell wall. In addition, inclusion bodies were not observed in A. cepa epidermal cells after TMV-RNA coated projectiles (30 ul of a preparation produced as described above) were spread over a 1 $cm^2$ area of tissue with a glass rod.  These results clearly show that the particle gun can deliver nucleic acids in a biologically active form to a large number of cells simultaneously. The rates of infection observed here are comparable to that found for TMV-RNA delivery to protoplasts by liposome uptake (8) or electroporation (9).

The particle gun should offer several significant advantages for delivering nucleic acids to plant cells and may be of particular value for species that cannot be genetically

MGA0080534

4

engineered successfully with existing techniques. Although several delivery systems have been used to transfer genes into dicotyledonous plant species (1, 10), these techniques have not proven useful for the production of whole, transformed plants of Graminaceous species such as rice, wheat, or corn. The utilization of *Agrobacterium* as a vector for the transfer of genes to important monocots is currently limited by the restricted host range of the bacteria (11). Genes have been transferred to protoplasts of *Triticum monococcum* and *Lolium multiflorum* by coincubation with plasmid DNA (12) and to *Zea mays* by electroporation (13) but these techniques are hampered by the difficulties of regeneration of whole plants from protoplasts. One appealing feature of the particle gun is that it allows treatment of cells whose walls are intact. Because the obstacle of regenerating whole plants from protoplasts may be circumvented, the genetic engineering of important grain species may be facilitated. Furthermore, delivery of nucleic acids to plant cells by the particle gun should not be hampered by species restrictions as is apparently the case for agrobacterial mediated delivery. Also of significance is the fact that many cells can be treated simultaneously, *in situ*, making the transformation of regenerable portions of plants such as meristematic or embryonic tissue conceivable.

In addition to having potential value for the delivery of nucleic acids into plant cells, the particle gun may be a useful tool for numerous other applications, such as animal cell transformation, and the intracellular delivery of a wide range of biologically significant molecules (i.e., antibodies and enzymes) suitable for a variety of studies on diverse cell types.

## REFERENCES AND NOTES

1. J. E. Celis, A. Graessmann, A. Loyter, Eds., *Transfer of Cell Constituents into Eukaryotic Cells* (Plenum, New York, 1980); H. H. Steinbiss and W. Broughton, *Int. Rev. Cytol. Suppl.* 16,191 (1983).
2. A. Graessmann, H. Wolf, G. W. Bornkammm, *Proc. Nat. Acad. Sci.USA* 77,433 (1980).
3. The velocity of 430 m sec$^{-1}$ actually represents the velocity of the nylon macro-projectile as it exits the barrel of the device. A chronograph was used to estimate velocities.
4. R. J. Adams and D. Bray, *Nature* 303,718 (1983); M. C. Beckerle, *J. Cell Biol.* 98,2126 (1984).
5. M. Zaitlin, in *Nucleic Acids in Plants, vol. 2.* T. C. Hall and J. W. Davis, Eds. (CRC Press, Boca Raton, 1979) pp. 31-64.
6. A. W. Coleman and J. L. Goff, *Stain Technol.* 60,145 (1985).
7. R. G. Christie and J. R. Edwardson, *Light and Electron Microscopy of Plant Virus Inclusions, Florida Agricultural Experiment Station Monograph Series, Number 9* (University of Florida, Gainesville, 1977).
8. Y. Fukunaga, T. Nagata, I. Takebe, *Virology* 113.752 (1981); R. T. Fraley, S. L. Dellaporta, D. Papahadjopoulos, *Proc. Nat Acad. Sci. USA* 79,1859 (1982).
9. M. Nishiguchi, W. H. R. Langridge, A. A. Szalay, and M. Zaitlin, *Plant Cell Reports,* in press.
10. K. A. Barton and M. D. Chilton, in *Recombinant DNA. Methods in Enzymology.* (Academic Press, NY, 1983) pp. 527-539.
11. J.-P. Hernalsteens, L. Thia-Toong, J. Schell, M. Van Montagu, *EMBO J.* 3,3039(1984).
12. H. Lörz, B. Baker, J. Schell, *ibid* p. 183 (1985); I. Potrykus, M. V. Saul, J. Petruska, J. Poszkowski, R. D. Shillito, *Mol. Gen. Genet.* 199,183 (1985).
13. M. Fromm, L. P. Taylor, V. Walbot, *Proc. Nat. Acad. Sci. USA* 82,5824 (1985).

MGA0080535

5

14. Supported by a grant from the Cornell Biotechnology Institute. We thank M. Zaitlin and M. Nishiguchi for the TMV-RNA and N. Allen for input on the design of the particle gun and its actual construction.

Table 1. Percent of *A. cepa* epidermal cells containing TMV inclusion bodies following bombardment with projectiles to which TMV-RNA was previously adsorbed. About 50 microscope fields at 500x were observed for each piece of tissue 48 h after bombardment of a 1 cm² area of tissue.

| Trial | No. of cells containing projectiles | | % |
|---|---|---|---|
| | without inclusions | with inclusions | |
| 1 | 44 | 34 | 43.6 |
| 2 | 85 | 35 | 29.2 |
| 3 | 168 | 98 | 36.8 |
| 4 | 257 | 76 | 22.8 |
| 5 | 147 | 52 | 26.1 |

A141

MGA0080536

68923.0
( ꓘMSsjg

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF ILLINOIS

3               WESTERN DIVISION

4    - - - - - - - - - - - - - -x

5    DEKALB GENETICS              :

6    CORPORATION,                 :

7               Plaintiff,        :    Civil Action Numbers

8         vs.                     :    96--C-50114

9    CIBA-GEIGY CORPORATION, and:

10   MYCOGEN CORPORATION,         :

11   including its operating      :

12   Subsidiaries AGRIGENETICS, :

13   INC. (d/b/a MYCOGEN SEEDS) :

14   and MYCOGEN PLANT SCIENCE, :

15   INC.,                        :

16               Defendants.      :

17   - - - - - - - - - - - - - -x

18

19          DEPOSITION OF SALLY J. ROCKEY

20        UPON WRITTEN INTERROGATORIES

21                    Washington, D.C.

22                    Monday, May 4, 1998

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700                    410-684-2550

A142

68923.0
( ˀMSsjg

2

1      Deposition of SALLY J. ROCKY, called for

2  examination upon written interrogatories pursuant to

3  notice of deposition, on Monday, May 4, 1998, in

4  Washington, D.C. at the offices of Dr. Sally J.

5  Rockey, 901 D Street, S.W., at 9:00 a.m. before

6  BRENDA M. SMONSKEY, a Notary Public within and for

7  the District of Columbia, when were present on behalf

8  of the respective parties:

9

10

11          RICHARD A. NAKASHIMA, ESQ.

12          Arnold, White & Durkee

13          1900 One American Center

14          600 Congress Avenue

15          Austin, Texas  78701

16          (512) 418-3032

17          On behalf of Plaintiff DeKalb Genetics

18

19

20

21                          -- continued --

22

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700                410-684-2550

A143

68923.0
MSsjg

3

```
 1   APPEARANCES (CONTINUED):

 2

 3           DAVID C. VAN DYKE, ESQ.

 4           Cassiday, Schade & Gloor

 5           20 North Wacker Drive

 6           Suite 1050

 7           Chicago, Illinois  60606-2903

 8           (312) 641-3100

 9           On behalf of Defendant Ciba-Geigy

10

11           M. HOWARD SILVERSTEIN, ESQ.

12           Office of General Counsel

13           United States Department of

14             Agriculture

15           Washington, D. C.  20250-1400

16           (202) 720-5474

17           On behalf of the Deponent

18

19

20

21

22
```

CR
BMS

11

1    regulations to ensure the costs of the grant are

2    appropriate and reasonable.

3            Once it is signed in that shop, it becomes

4    an award and the paperwork is sent to the institution

5    who applied for the grant.

6            At that point, then, the grant in 1986-1987

7    would have appeared in public in the red book, which

8    is in this document here which describes the title of

9    the grant, the institution and the applicant's name.

10       Q    Once a grant is funded, does the USDA list

11   the grant by title, institution, and investigator's

12   name, and proposal number in any publication?

13       A    Yes.    That is -- in 1986-1987 it was

14   referred to as the "red book," which the official

15   title, the "Food and Agriculture Competitively

16   Awarded Research and Education Grants," fiscal year

17   1986 or '87.

18            MR. NAKASHIMA:  I will object to that last

19   question as vague in its use of the word

20   "publication."

21            THE WITNESS:  We do have questions about

22   that later.

CR
BMS

12

1      Q     Are you familiar with the "Food and

2   Agriculture Competitively Awarded Research and

3   Education Grants" book, (a/k/a the "red book")?

4      A     Yes.

5      Q     Is that published by the USDA?

6      A     Yes.

7      Q     Was it being published by the USDA in

8   1986-1987?

9      A     Yes.

10     Q     Was the "red book" available to the public

11  in 1986-1987?

12     A     Yes.

13     Q     Describe how a member of the public could

14  obtain a copy of a grant listed in the red book in

15  1986.

16     A     Do you mean a copy of the red book itself

17  or the grant itself?

18          MR. NAKASHIMA:  I don't think we can

19  clarify it.

20          MR. VAN DYKE:  I don't think we can clarify

21  it, Doctor.

22          THE WITNESS:  They would have to go through

CR
BMS

13

1    Freedom of Information to receive a copy.

2        Q    Are you familiar with the use of the

3    Freedom of Information Act ("FOIA"), 45 CFR Section

4    612 et seq. to obtain copies of grant proposals that

5    were funded and listed in the red book?

6            MR. SILVERSTEIN:  I have a problem with

7    that question.  45 CFR Section 612 et seq. is not the

8    FOIA.

9            MR. VAN DYKE:  I can certainly represent to

10   you that she can answer it with or without that.  I

11   can delete that portion for the purpose of the

12   question with you, Howard, but I can't alter it

13   here.

14           THE WITNESS:  I am familiar with it.

15       Q    Referring to Exhibit "B" attached, can you

16   identify this document?  What is it?

17       A    It is an application for funding from our

18   program.

19           MR. NAKASHIMA:  I object to the last

20   question on foundation.  Also, for the record, it

21   appears that some redactions have been made in this

22   document.

CR
EMS

14

1        Q       Referring to Exhibit "C" attached, can you

2   identify this document?  What is it?

3        A       This is the red book.

4        Q       Turning your attention to page 46 of

5   Exhibit "C," is Proposal No. 8601836 by Dr. John

6   Sanford of Cornell University indexed by title,

7   institution and investigator's name and proposal

8   number?

9        A       What was the question?

10       Q       Turning your attention to page 46 of

11  Exhibit "C" --

12       A       Oh, yes.  Is it indexed?  Yes, it is.

13       Q       How could the public have gotten a copy of

14  Proposal No. 8601836 after finding it indexed in the

15  1987 red book?

16              MR. NAKASHIMA:  Objection; presumes facts

17  not in evidence and foundation.

18              THE WITNESS:  Do I answer that?

19              MR. VAN DYKE:  Yes.

20              THE WITNESS:  By going through Freedom of

21  Information.

22              MR. VAN DYKE:  Thank you, Doctor.

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
PAUL CHRISTOU

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - -x

MONSANTO COMPANY and MONSANTO:

TECHNOLOGY LLC,                    :

        Plaintiff,        : Civil Action Number

   vs.                          : 04-305-SLR

SYNGENTA SEEDS, INCORPORATED :

and SYNGENTA BIOTECHNOLOGY,  :

INCORPORATED                      :

       Defendant.        :

- - - - - - - - - - - - - - -x

DEKALB GENETICS CORPORATION, :

       Plaintiff,        : Civil Action Number

   vs.                          : 1:05 CV 355-SLR

SYNGENTA SEEDS, INCORPORATED :

and SYNGENTA BIOTECHNOLOGY,  :

INCORPORATED,                     :

       Defendants.       :

- - - - - - - - - - - - - - -x

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF

PAUL CHRISTOU

Washington, DC

Friday, December 9, 2005
REPORTED BY: CARMEN SMITH
        Job No. 54927

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
PAUL CHRISTOU

---

Page 2

1    Restricted Confidential Video Deposition of PAUL
2    CHRISTOU, called for examination pursuant to notice
3    of deposition, on Friday, December 9, 2005, in
4    Washington, DC, at the offices of Finnegan,
5    Henderson, Farabow, Garrett & Dunner, 901 New York
6    Avenue NW, at 8:58 a.m., before CARMEN SMITH, a
7    Notary Public within and for the District of
8    Columbia, when were present on behalf of the
9    respective parties:
10
11           THOMAS MILLER, ESQ.
12           Howrey LLP
13           1111 Louisiana, 25th Floor
14           Houston, Texas 77002-5242
15           713-787-1483
16           On behalf of Plaintiffs
17
18       JENNIFER A. JOHNSON, Ph.D., ESQ.
19       MICHAEL FLIBBERT, ESQ.
20       SANYA SUKDUANG, ESQ.
21       Finnegan Henderson Farabow Garrett & Dunner
22       901 New York Avenue NW
23       Washington, DC 20001-4413
24       202-408-4377
25       On behalf of Defendants

---

Page 3

1         PROCEEDINGS
2         VIDEO OPERATOR: On the record with tape
3    number 1 of the videotaped deposition of Paul
4    Christou, taken on behalf of the plaintiff in the
08:57:29 5    matter of Monsanto Company and Monsanto Technology
6    LLC versus Syngenta Seeds, Incorporated and Syngenta
7    Biotechnology, Incorporated, Civil Action Number
8    04-305-SLR, and in the matter of DeKalb Genetics
9    Corporation versus Syngenta Seeds, Incorporated and
08:57:58 10    Syngenta Biotechnology, Incorporated, Civil Action
11    Number 1:05 CV 355-SLR, in the United States
12    District Court for the District of Delaware.
13         This deposition is being held at the law
14    offices of Finnegan Henderson, located at 901 New
08:58:23 15    York Avenue, Northwest, in Washington, D.C., on
16    December 9, 2005 at approximately 8:58 a.m.
17         My name is T.J. O'Toole, I am the
18    certified legal video specialist, representing
19    Sunbelt Reporting and Litigation Services. The
08:58:43 20    court reporter is Carmen Smith.
21         Will counsel please identify themselves
22    and indicate which parties they represent.
23         MR. MILLER: Tom Miller with Howrey, and
24    I'm representing plaintiffs Monsanto and DeKalb.
08:58:58 25         MR. SUKDUANG: Sanya Sukduang, with

---

Page 4

1    Finnegan Henderson, representing defendant Syngenta
2    Seeds and Syngenta Biotechnology.
3         MS. JOHNSON: Jennifer Johnson of Finnegan
4    Henderson, also representing defendants.
08:59:09 5         VIDEO OPERATOR: Thank you. Will the
6    court reporter please swear in the witness.
7         Whereupon,
8              PAUL CHRISTOU
9    was called as a witness and, having first been duly
08:59:21 10    sworn, was examined and testified as follows:
11              EXAMINATION
12         BY MR. MILLER:
13         Q  Could you tell us your full name and your
14    current residence address, please.
08:59:25 15         A  My name is Paul Christou, and I reside in
16    the city of Lleida, Spain.
17         Q  I'm going to hand you, to begin the
18    deposition, what I've marked as Exhibits 1 and 2.
19         (Christou Exhibits 1 and 2 identified.)
08:59:43 20         THE WITNESS: Thank you.
21         BY MR. MILLER:
22         Q  Are those copies of the expert reports
23    that you have submitted in this case, Dr. Christou?
24         A  Yes, they are.
08:59:50 25         MR. SUKDUANG: And Tom, before we go on, I

---

Page 5

1    just want to mark this transcript restricted
2    confidential, subject to the protective order.
3         BY MR. MILLER:
4         Q  If you would look at the first exhibit,
09:00:00 5    Exhibit 1, there's a copy of your CV attached to it.
6    And my question to you simply is, is that a correct
7    copy of your current CV? I believe it's Exhibit A.
8         A  Yes. I'm pretty sure it is, other than
9    perhaps a few recent publications that may have come
09:00:24 10    out or perhaps another two or three lectures I've
11    given over the last month or so, I think, at
12    national meetings, but other than that, I believe
13    it's correct.
14         Q  Where are you currently employed?
09:00:42 15         A  I'm employed by the Catalan government,
16    which is the regional government in a province in
17    Spain, and I work at the Agricultural University of
18    the city of Lleida.
19         Q  And what's your position there?
09:01:02 20         A  I'm a research professor.
21         Q  What research do you do?
22         A  I conduct research generally in the area
23    of plant biotechnology, with special emphasis on the
24    genetic transformation of cereal crops, primarily
09:01:23 25    maze, rice and wheat. I'm interested in the

2  (Pages 2 to 5)

997daceb-8999-4b02-8ec8-21edda380787

A150

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
PAUL CHRISTOU

| Page 90 |
| --- |

148.

2    A   Okay.

3    Q   Do you see that, beginning at line 4,

4   you're being asked questions about the August 1988

11:20:02 5   time period of the M5 project proposal?

6    A   Yes, I do.

7    Q   And then the question is asked at line 10,

8   "The use of hygromycin as a selection agent was

9   known as of the time of this proposal; correct?"

11:20:19 10     And you answer, "For corn?"

11    Then the question is, "To try it for

12   corn."

13    Then you answer, "To try in corn."

14    And then you say, "If I remember

11:20:31 15   correctly, and I may not, the other papers I have

16   seen do not use hygromycin. The others use

17   kanamycin or PPT or ALS. Isn't that so?"

18    Do you see that?

19    A   Yes, I do.

11:20:45 20    Q   Do you have any reason to disagree with

21   that testimony?

22    A   Not at all.

23    Q   So as of today and as of this time that

24   you testified in 2004, you were not aware of any

11:20:55 25   publications that reported the use of hygromycin as

| Page 91 |
| --- |

1   a selection agent for corn; right?

2    A   That is -- that is correct. Thank you for

3   refreshing my memory.

4    Q   I know this is difficult, I keep jumping

11:21:15 5   around, but I have to jump again.

6    A   No, it's no problem.

7    Q   Go back to your Exhibit 1 report.

8    A   Can I put 13 away?

9    Q   Yes, for the time being, yes.

11:21:31 10     Go to page 24, please. And there's a

11   footnote at the bottom of that page in which you say

12   that you disagree with the proposition that

13   simultaneous conception and reduction to practice

14   applies to claims 4 to 5 of the '880 patent. Do you

11:21:53 15   see that?

16    A   Yes, I do.

17    Q   And you say you disagree for the reasons

18   expressed in the following paragraphs. Which

19   paragraphs are you referring to, and what are your

11:22:07 20   reasons for disagreeing that simultaneous conception

21   and reduction to practice applies?

22    A   May I take a moment to --

23    Q   Yes.

24    A   -- review this? It may take me a minute

11:22:19 25   or two, if it's okay.

| Page 92 |
| --- |

1    Q   That's fine.

2    (Witness reviewed the document.)

3    A   Yes. The paragraphs I refer to are the

4   ones that make reference to the work of Sanford and

11:23:38 5   Klein, starting with the USDA grant application and

6   all subsequent paragraphs that delineate the steps

7   that Klein was involved in up to the point when he

8   developed fertile transgenic corn.

9    Q   Okay. And you're talking about,

11:24:02 10   basically, section A, beginning on page 25?

11    A   Section A, and I haven't reviewed B or C.

12    Q   Well, B doesn't concern Klein.

13    A   That is true.

14    Q   Okay. So are you really talking about

11:24:23 15   section A?

16    A   Primarily, yes.

17    Q   Then summarize for me what your reasons

18   are for concluding that simultaneous conception and

19   reduction to practice does not apply to claims 4 to

11:24:41 20   5.

21    A   Again, I'll do that based on my own

22   understanding and not --

23    Q   Sure.

24    A   -- involving any legal principles.

11:24:51 25    Q   Understood.

| Page 93 |
| --- |

1    A   Okay. I recall reviewing the Sanford and

2   Klein USDA proposal in some detail, and I noted that

3   in that proposal, Drs. Sanford and Klein addressed

4   what I consider to be the elements that I would view

11:25:25 5   as being important in -- on the way to achieving

6   fertile transgenic corn. That is what I would like

7   to say for the USDA grant application.

8    And then subsequently, if we look at the

9   papers that I cited in the subsequent paragraphs,

11:25:49 10   what these papers indicate is that Sanford and --

11   primarily Klein, rather, followed -- started out

12   with the procedure that was disclosed in the USDA

13   grant application and went through and achieved

14   specific milestones which I consider significant in

11:26:15 15   getting to fertile transgenic corn.

16    On the way, he and his collaborators had

17   to alter parameters, but in my mind, I appreciate

18   the fact that the original idea and the methodology

19   within reason is laid out in the USDA grant

11:26:39 20   application.

21    So to summarize, I believe that at the

22   time the grant application was submitted, Sanford

23   and Klein had in mind the procedure that would -- or

24   the methodology that would lead them to fertile

11:26:59 25   transgenic corn.

24 (Pages 90 to 93)

997daceb-8999-4b02-8ec8-21edda380787

A151

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
PAUL CHRISTOU

## Page 146

1    incorrect; is that right?

2    A  Can you please repeat that?

3    Q  If the court decides that hygromycin is a

4    herbicide, then your opinion that Lundquist and

13:37:59 5    Walters did not conceive of a method of making

6    herbicide-resistant corn is incorrect?

7    A  No. I would not agree with that, because

8    if -- and let's assume that the court decides that

9    hygromycin is a herbicide. Then if we -- then along

13:38:19 10    the same lines, we should also accept that kanamycin

11    is also a herbicide.

12        So if I apply linear logic, I would say

13    kanamycin -- hygromycin is a herbicide, kanamycin is

14    a herbicide, kanamycin is disclosed in the grant

13:38:34 15    application.

16        So I would still maintain that my position

17    is correct.

18    Q  You testified previously that kanamycin

19    has never been used as a selective marker to make

13:38:47 20    fertile transgenic corn; right?

21    A  That is correct.

22    Q  Okay. Okay. Now, let's go over the

23    differences between materials that were disclosed in

24    the grant application and what's described in the

13:39:09 25    Exhibit 18 article.

## Page 147

1    A  Okay.

2    Q  The two corn genotypes that were described

3    in the grant application were H99 and PA91; right?

4    A  Yes, that is correct.

13:39:29 5    Q  Okay. The grant application did not

6    mention the genotypes that are described in the

7    Exhibit 18 article that were used at the USDA; is

8    that right? And I'll refer to you specifically what

9    I'm talking about.

13:39:50 10    A  Okay.

11    Q  On the second page in the left column of

12    Exhibit 18 it states that Fromm and his group used

13    B73 by A188 or B73 by A188 derivative. Do you see

14    that?

13:40:07 15    A  Yes, I do.

16    Q  Those were not described in the grant

17    application.

18    A  That is correct. However, in my mind,

19    that is not a material difference because the key

13:40:23 20    words here -- the key word here is "embryogenic,"

21    which in my mind translates to regenerable. And

22    both the grant application and Dr. Fromm's paper

23    used regenerable cultures. And in my mind, this is

24    the key.

13:40:40 25        I really am not too concerned about the

## Page 148

1    name genotypes, either in the grant application or

2    in Dr. Fromm's paper.

3    Q  You previously agreed with me that there

4    was a substantial difference between type 1 callus

13:40:58 5    and tape 2 callus for purposes of their use in corn

6    transformation; is that right?

7    A  I certainly did.

8    Q  Okay.

9    A  Yes.

13:41:05 10    Q  And the H99 and PA91 genotypes that are

11    described in the grant application produce a type 1

12    callus, whereas the genotypes that are described in

13    the Fromm article, Exhibit 18, produce type 2

14    callus; is that right?

13:41:26 15        MR. SUKDUANG:  Objection; compound.

16        THE WITNESS:  I agree.

17        BY MR. MILLER:

18    Q  You agree that the target tissues that

19    were bombarded by the USDA reported in Exhibit 18

13:41:52 20    were not covered with a layer of water and they were

21    not embedded in alginate; is that right?

22    A  I would have to agree with that, yes.

23    Q  And would you also agree that the vectors

24    that were reported in Exhibit 18 that were used by

13:42:16 25    Dr. Fromm and his group were not the same vectors

## Page 149

1    that were reported in the grant application?

2    A  I also agree.

3    Q  Would you also agree that the selectable

4    marker that was reported in the grant application,

13:42:36 5    the neo gene, was different from the selectable

6    markers that were used in the work that's described

7    in Exhibit 18, the bar gene and the ALS gene?

8    A  Certainly agree that the selectable marker

9    was different, so -- sorry.

13:42:55 10    Q  Go ahead.

11    A  However, what is material to me, again, is

12    the use of a selectable marker.

13    Q  Were the selection conditions that

14    Dr. Fromm's group used different from the selection

13:43:09 15    conditions that are described in the grant

16    application?

17    A  Could you qualify, please, what you mean

18    by "different"?

19    Q  I'm talking about the time -- duration of

13:43:23 20    selection, the timing of the selection, the

21    concentration of the selection agent. Were those

22    things all different as between Exhibit 18, the

23    Fromm article, and the grant application?

24    A  I understand. Thank you. Yes, of course

13:43:43 25    they are different. And to me that is not

38 (Pages 146 to 149)

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
PAUL CHRISTOU

Page 150

1  surprising, because people involved in genetic
2  transformation of any plant would use variations of
3  different conditions for each different selectable
4  marker.
13:44:00  5       And this is why we carry out what we call
6  kill curves, which not only determine the level of
7  the selectable -- the selective agent we will use in
8  a transformation experiment, which varies from
9  compound to compound, but also we test the timing
13:44:18  10  and the developmental stage of the tissue we are
11  going to test.
12       So by default, if the selectable agent --
13  if the selective agent is different, the conditions
14  would also need to be different.
13:44:46  15       Q   Okay. Now I want you to turn to another
16  section of your report, and it is -- it's paragraph
17  97. In the last two lines of that paragraph, you
18  indicate that "Klein, as evidenced by his
19  publications, continuously worked toward his goal
13:45:41  20  during the intervening period," and I believe by
21  that you mean the period from February 1986 to 1990;
22  is that right?
23       A   That is correct, yes.
24       Q   What evidence are you relying on for your
13:45:58  25  assertion that he worked continuously during the

Page 151

1  period February 1986 to 1990?
2       A   Okay. I believe all the evidence is shown
3  in this section of my expert report, and I'll be
4  happy to summarize that evidence for you, if you
13:46:20  5  would like me to do so.
6       Q   Are you relying on Dr. Klein's articles to
7  show that he worked continuously?
8       MR. SUKDUANG:  Dr. Christou, if you need
9  to review your expert report, please do so.
13:46:51  10       THE WITNESS:  I'm relying on all the
11  information that I've cited in the relevant
12  paragraphs of my expert report in this section, that
13  would include Dr. Klein's papers, plus all the other
14  evidence that I've cited in this section.
13:47:09  15       BY MR. MILLER:
16       Q   What other evidence?
17       A   For example, deposition testimony of
18  either Dr. Klein or Dr. Fromm, things of that
19  nature.
13:47:27  20       Q   Well, I note in paragraph 97 of your
21  report, you say that "as evidenced by his
22  publications, he worked continuously toward this
23  goal"; correct?
24       A   That is correct.
13:47:40  25       Q   Your position is that his publications

Page 152

1  show that he worked continuously?
2       A   Yes, I agree with that.
3       Q   All right. Now, the publications that
4  you're relying on are the publications cited in this
13:47:53  5  section of your report; right?
6       A   That is correct.
7       Q   And what you're citing in this section of
8  your report is a 1987 publication, which is in
9  paragraph 87; right?
13:48:09  10       A   I'm sorry, 87?
11       Q   87.
12       A   That is correct.
13       Q   And you're relying on an '88 -- 1988
14  article that you cite in paragraph 88; correct?
13:48:34  15       A   That is correct.
16       Q   You're relying on another 1988 article
17  that you cite in paragraph 89 of your report; right?
18       A   That is correct.
19       Q   You're relying on an article from 1989
13:48:52  20  that you cite in paragraph 92 of your report; right?
21       A   I see that, yes.
22       Q   And then finally, you're relying on the
23  1990 paper, Exhibit 18 that we just marked that you
24  cite in paragraph 93; right?
13:49:09  25       A   That is accurate.

Page 153

1       Q   Okay. So those are all of the articles
2  that you're relying on; right?
3       A   That is correct. That is correct.
4       Q   That's five articles; right?
13:49:20  5       A   Fine.
6       Q   You have no way of knowing, based on those
7  articles, whether Dr. Klein had a six-month hiatus
8  from his efforts during the years February 1986
9  through 1990, do you?
13:49:37  10       A   No, I do not.
11       Q   Did you review any scientific reports or
12  laboratory notebooks to support your opinion that
13  Dr. Klein worked continuously from February 1986 to
14  1990 to produce fertile transgenic corn?
13:50:05  15       MR. SUKDUANG:  Objection; compound.
16       THE WITNESS:  I do not believe so.
17       BY MR. MILLER:
18       Q   Could you find Exhibit 3, please? That's
19  Dr. Fromm's report.
13:50:33  20       A   I've got it.
21       Q   Previously you testified you couldn't
22  remember whether you've reviewed that report; right?
23       A   Yes.
24       Q   Were you told by your counsel that
13:50:45  25  Dr. Fromm prepared a report in which he responded to

39 (Pages 150 to 153)

Sunbelt Reporting & Litigation Services
361 882-0763 Corpus    713 667-0763 Houston    214 747-0763 Dallas

997daceb-8999-4b02-8ec8-21edda380787

A153

LETTERSTONATURE          NATURE VOL. 327 7 MAY 1987

200K –

116K –

Fig. 3   Time course of phosphorylation of adenylate cyclase by protein kinase C. Size markers, $M_r$.

Methods   Bovine brain (caudate) adenylate cyclase was purified by modification[?] of the procedures described in Fig. 1 legend. The final material was >95% pure as judged by its specific activity (11.5 μmol min⁻¹ mg⁻¹) and SDS–PAGE[?]. The 160K peptide of adenylate cyclase obtained by this procedure was incubated with protein kinase C in the presence of 10 mM Tris-HCl, pH 7.2, 100 mM NaCl, 6 mM $MgCl_2$, 0.1 mM $CaCl_2$, 0.1 mg ml⁻¹ phosphatidylserine, 25 nM $NaH_2PO_4$, 0.1 mM TPA and 0.025 mM [γ-³²P]ATP ( = 2,500 c.p.m. pmol⁻¹) at 25 °C for the indicated periods. The protein kinase C was prepared, as described by Uchida et al., from porcine brain[?]. Because the adenylate cyclase was stored in 5 mM Tween 60, phosphorylation reactions were conducted in mixed micelles (phosphatidylserine/Tween 60) and the TPA concentration (0.1 mM) was chosen to give >1 molecule of TPA per micelle. The kinase activity was >95% dependent on $CaCl_2$, phosphatidylserine and TPA and the preparation was free of cAMP-, cGMP- or $Ca^{2+}$/calmodulin-dependent protein kinase activity. Reactions were stopped by dilution with ice-cold 100 mM NaCl, 10 mM Tris-HCl, pH 7.4 and phosphorylated samples were further purified on a 0.5 ml wheat-germ agglutinin-agarose column to remove contaminating phosphoproteins. The samples were then electrophoresed on a 6% SDS-polyacrylamide gel. After drying and autoradiography the gels were cut and counted to determine the stoichiometry.

other hand, Nabika et al.[23] have found that in vascular smooth muscle cells, angiotensin II also enhances cyclic AMP accumulation stimulated by isoprenaline and vasoactive intestinal peptide. To probe the possible physiological significance of the phosphorylation mechanism proposed here, such cell systems might be useful models. They could be used to examine directly whether effects on responsiveness of adenylate cyclase mediated by receptors coupled to phosphatidylinositol breakdown can be correlated with phosphorylation of the enzyme. Together with previous findings on the regulation of receptor function by phosphorylation[24], the results presented in this paper delineate further the complexity and variety of mechanisms that have evolved to regulate cellular sensitivity to hormone and drug actions.

We thank Donna Addison for help with the manuscript and Dr K. B. Seamon, NIH, for the 1,9-dideoxyforskolin.

Received 16 January; accepted 2 March 1987.

1. Yoshinaka, Y. Nature 304, 452–454 (1983).
2. M. Berridge & Irvine, R. F. Nature 312, 315–321 (1984).
3. Cassel, D. et al. J. biol. Chem. 257, 9309–9313 (1982).
4. Katada, T., Tahai, T., Tanuto, V., Minute, R. & Nishizuka, Y. J. biol. Chem. 260, 3585–3593 (1985).
5. Saben, D. R., Namb, P., Peers, J. R. & LeRowne, R. J. Biochim. Biophys. Res. Commun. 126, 433–439 (1984).
6. Sahler, D. J., Pisano, J. E., Ruoho, A. & Johnson, G. L. Proc. natn. Acad. Sci. U.S.A. 81, 4316–4320 (1984).
7. Sahler, D. R., Jeffs, R. A., Daniel, R., Namb, P. & LeRowne, R. J. Arch. Biochim. Biophys. 244, 373–381 (1984).
8. Bell, J. D., Buxton, L. L. & Brunton, L. L. J. biol. Chem. 260, 2625–2628 (1985).
9. Seamon, K. B., Pietgen, W. & Daly, J. W. Proc. natn. Acad. Sci. U.S.A. 78, 3363–3367 (1981).
10. Binder, J. L. & Neer, E. J. J. biol. Chem. 260, 2432–2439 (1985).
11. Yoshimasa, T. et al. (cited).
12. Pfeuffer, E., Dreher, R. M. & Metzler, H. & Pfeuffer, T. Proc. natn. Acad. Sci. U.S.A. 82, 3086–3090 (1985).
13. Conssen, F., Haiota, J. D., Alkeri, J. & Monteson, A. Proc. natn. Acad. Sci. U.S.A. 82, 4716–4720 (1985).
14. Pfeuffer, E., Metzen, S. & Pfeuffer, T. EMBO J. 4, 3675–3679.
15. Seager, R. E., Hirashima & Rosenberg, C. B. & Seamon, D. R. Biochem. J. 25, 2376–2731 (1981).
16. Seager, M. D. J. Am. Chem. Soc. 1973, 1982–1984.
17. Seamon, K. B., Vaillancourt, R., Edwards, M. & Daly, J. W. Proc. natn. Acad. Sci. U.S.A. 81, 5081–5085 (1984).
18. Sahey, D. R., Seamon, B. H. Couse, M. G. & LeRowne, R. J. J. biol. Chem. 261, 3166 (1985).
19. Jakobs, K. H., Bauer, S. & Watanabe, Y. Eur. J. Biochem. 151, 425–430 (1985).
20. Gilman, A. G., Watanabe, Y., Binder, S. & Jakobs, K. H. Eur. J. Biochem. 151, 431–437 (1985).
21. Ozawa, M. C. & Onah, P. J. Neurochim. 47, 180–187 (1986).
22. Sugden, D., Vanecek, J., Klein, D. C., Thomas, T. P. & Anderson, W. R. Nature 314, 359–361 (1985).
23. Nabika, T., Naro, P., Yamori, Y., Lovenberg, W. & Endo, J. Biochim. Biophys. Res. Commun. 131, 30–36 (1985).
24. Sahey, D. R. & LeRowne, R. J. Nature 321, 124–129 (1985).
25. Lacombe, U. K. Nature 227, 680–685 (1970).
26. Bohen, A. E. & Hauser, W. M. Biochim. J 133, 529–536 (1973).
27. Uchida, T. & Filburn, C. R. J. biol. Chem. 254, 12311–12314 (1984).

---

# High-velocity microprojectiles for delivering nucleic acids into living cells

T. M. Klein*, E. D. Wolf†, R. Wu‡ & J. C. Sanford*

* Department of Horticultural Sciences, New York State Agricultural Experiment Station, Cornell University, Geneva, New York 14456, USA
† Departments of † Electrical Engineering and ‡ Biochemistry, Cornell University, Ithaca, New York 14853, USA

We report here a novel phenomenon, namely that nucleic acids can be delivered into plant cells using high-velocity microprojectiles. This research was conducted in the hope of circumventing some of the inherent limitations of existing methods for delivering DNA into plant cells[1-4]. After being accelerated, small tungsten particles (microprojectiles) pierce cell walls and membranes and enter intact plant cells without killing them. Microprojectiles were used to carry RNA or DNA into epidermal tissue of onion, and these molecules were subsequently expressed genetically. This approach can therefore be used to study the transient expression of foreign genes in an intact tissue. It remains to be shown that smaller cell types, as are found in regenerable plant tissues, can be stably transformed by this method. If this proves possible, it would appear to provide a broadly applicable transformation mechanism capable of circumventing the host-range restrictions of Agrobacterium tumefaciens[4], and the regeneration problems of protoplast transformation[1-5].

Several devices for accelerating small particles to high velocities have been designed and tested[6]. The device (particle gun) illustrated in Fig. 1a was used to accelerate tungsten microprojectiles (spherical particles 4 μm in diameter) into intact epidermal cells of Allium cepa (onion) (Fig. 1b and c). Many cells can be bombarded simultaneously and about 90% of the cells in a 1-cm² of A. cepa epidermal tissue (~2,000 cells) typically contain microprojectiles following bombardment. Cells from A. cepa can survive penetration by many microprojectiles (Fig. 1d). However, the viability of cells (as determined by the maintenance of cytoplasmic streaming for at least 24 h after bombardment) is adversely affected by penetration by a large number of microprojectiles (Fig. 2).

To demonstrate that nucleic acid can be delivered into cells by this method, RNA isolated from tobacco mosaic virus (TMV) strain U₁ was adsorbed to the surface of 4-μm tungsten particles before their acceleration into A. cepa cells. Expression of the viral RNA was monitored by examining the bombarded cells microscopically for the presence of viral inclusion bodies (crystallized virus particles[7]) 3 days after treatment. Crystalline material, in the form of hexagonal plates, round plates and needles, was observed in the cytoplasm and vacuole of 30–40% of the cells that contained microprojectiles (Table 1). These distinctive crystalline inclusions were never observed in unbombarded tissue or in tissue bombarded with microprojectiles containing no nucleic acid. The observed percentage of cells expressing TMV following bombardment was comparable to

MGA0012429

C 0 2 4 4 0 3 0 X 2