







Fig. 1 a, Schematic diagram of the particle gun. About 0.05 mg of tungsten particles (average diameter 4 μm, General Electric Corp, Cleveland, Ohio) is placed on the front surface of a cylindrical nylon projectile (diameter, 5 mm; length, 8 mm) as a suspension in 1–2 μl of water. A gun powder charge (GY22AC, grey extra light, No. 1, Speed Fasteners Inc., St Louis, Missouri), detonated with a firing pin, is used to accelerate the nylon projectile down the barrel of the device. The tungsten particles continue toward the target cells through a small 1-mm aperture in a steel plate designed to stop the nylon projectile. The tungsten microprojectiles leave the particle gun with an initial velocity of about 430 m s$^{-1}$. This value was determined by allowing the nylon microprojectile to leave the barrel of the device and estimating its velocity in flight with a chronograph (Ohler Research, Austin, Texas). The target cells are placed ~10–15 cm from the end of the device. b–d, Nomarski micrographs of A. cepa epidermal cells following bombardment with tungsten microprojectiles 4 μm in diameter. The epidermal layer was stripped from the underlying bulb tissue before bombardment. b, Cell with 3 microprojectiles on its surface (one arrowed); c, microprojectile (arrowed) within the same cell as revealed by focusing 40 μm below the surface of the cell; d, Eight microprojectiles (one arrowed) in the interior of a living cell. Scale bar, 20 μm.



that reported for the delivery of TMV RNA into protoplasts by liposome uptake[9,10] or electroporation[11].

Using the particle gun, DNA can be delivered into intact plant cells, and this can result in transient expression of a foreign gene. Tungsten microprojectiles were coated with plasmid (p35S-CAT)[12] containing a gene that encodes chloramphenicol acetyltransferase (CAT). These microprojectiles were used to bombard 1-cm$^2$ sections of A. cepa epidermal tissue. Extracts from epidermal tissue bombarded with microprojectiles coated with p35S-CAT showed very high levels of CAT activity with most of the chloramphenicol being converted to its acetylated derivatives during the assay (Fig. 3). Strong CAT activity was detected in extracts from as little as a single 1-cm$^2$ piece of bombarded epidermal tissue (~2,000 cells) whereas control tissue showed negligible CAT activity.

These findings indicate that particle bombardment can be used to deliver RNA or DNA into large numbers of intact plant cells simultaneously and that the foreign nucleic acids introduced by this process can subsequently be expressed. The introduction of DNA into A. cepa epidermal tissue by the particle bombardment process should be a useful tool for the study of transient expression of foreign nucleic acids in plant cells. The process does not require cell culture or the pretreatment of the recipient tissue in any way and only small quantities of DNA are needed (about 0.1 μg per treatment). Because the preparation of particles and the bombardment of tissue can be rapid, many nucleic acid samples can be tested in a short period of time.

Particle bombardment may eventually prove useful for the transformation of other plant species and may be of particular

DKB 0.2441

MGA0012430

Case 1:04-cv-00305-SLR  Document 267-9  Filed 02/02/2006  Page 1 of 7

LETTERS TO NATURE

NATURE VOL. 327 2 MAY 1987



Fig. 2 Relationship between cell survival and the number of microprojectiles within a cell. Bar (solid lines), total cells; shaded part of bar, living cells. Three 1-cm² sections of *A. cepa* epidermal tissue were bombarded as described in Fig. 1. About 100 cells from each section were analysed microscopically for viability (based on the maintenance of cytoplasmic streaming) and the number of microprojectiles in these cells were counted. Data from the three sections of tissue were pooled.

Table 1 The delivery of TMV RNA to *A. cepa* cells by accelerated microprojectiles

| Trial | Cells containing microprojectiles without inclusions | with inclusions | Proportion penetrated cells with inclusion bodies (%) |
|---|---|---|---|
| 1 | 44 | 34 | 43.6 |
| 2 | 85 | 35 | 29.2 |
| 3 | 168 | 98 | 36.8 |
| 4 | 257 | 76 | 22.8 |
| 5 | 147 | 52 | 26.1 |

*A. cepa* epidermal cells were scored for presence of TMV inclusion bodies following bombardment with microprojectiles to which TMV RNA has previously been adsorbed. About 50 microscope fields (× 500) were observed within a 1-cm² area of tissue for each trial.
Methods. For adsorption of RNA to the tungsten microprojectiles, 2 μl of a TMV RNA solution (2 μg of RNA per μl of distilled water) were added to 18 μl of a suspension of tungsten microprojectiles (10 mg of tungsten per ml of distilled water). The RNA was precipitated by the addition of 2.5 μl of 0.25 M CaCl₂ solution and the resulting suspension was centrifuged for 30 min at 13,000g. The particles were resuspended and 2 μl of the suspension was placed on the front surface of the nylon projectile. Centrifugation brings the RNA precipitate into close association with the tungsten surfaces and results in uniform adsorption which can be visualized by staining with the fluorescent dye DAPI²². Following bombardment the tissue was incubated for 3 days at 21 °C.

value for those species that cannot be genetically engineered successfully with existing techniques. Although several delivery systems have been used to transfer genes into various dicotyledonous plant species[1,2,13,14], these techniques have not yet been useful for the production of whole, transformed plants of graminaceous species such as rice, wheat, or corn. Although there is evidence that *Agrobacterium* can transfer DNA to *Zea mays*[15], *Asparagus*[16], *Chlorophytum* and *Narcissus*[17], the efficient use of this agent for the transfer of genes to monocots may be hampered by the restricted host range of the bacterium[1]. Genes have been transferred to protoplasts of the monocots *Triticum monococcum* and *Lolium multiflorum* by incubation with plasmid DNA[2,4] and to *Zea mays*[5] and *Oryza sativa*[18] by electroporation, but these techniques are restricted by the difficulties of regenerating whole plants from protoplasts of most monocot species[19,20]. The particle bombardment process should not suffer from the host-range limitations of infectious agents



Fig. 3 CAT activity from *A. cepa* epidermal tissue bombarded with microprojectiles coated with plasmid harbouring the CAT gene. Lane a, positive control: a colony of *E. coli* carrying pBR325 was sonicated in 1 ml of buffer and centrifuged at 10,000g for 5 min. The supernatant (10 μl) was used for the CAT assay. Lane b, untreated epidermal tissue (10 pooled sections); lane c, epidermal tissue (10 pooled sections) bombarded with naked microprojectiles; lane d, epidermal tissue (10 pooled sections) bombarded with microprojectiles coated with pUC13. Lane e, microprojectiles (30 μl of a suspension prepared as described in the text) were rubbed over the surface of each of 10 sections of epidermal tissue which were pooled for the assay. Lane f-i, epidermal tissue (10 sections pooled for each assay) bombarded with microprojectiles coated with p35S-CAT; lane j: epidermal tissue (one section for the assay) bombarded with p35S-CAT. CAP, chloramphenicol; 3-AcCAP and 1-AcCAP, monoacetylated forms of chloramphenicol. The plasmid (p35S-CAT), which has been previously described[12], includes the following components: a 941-basepair (bp) region including the 35S promoter from cauliflower mosaic virus[23]; a 900-bp region encoding the CAT activity[24]; a 700-bp region carrying the 3' noncoding sequences and the transcription termination region of the ribulose bisphosphate carboxylase gene and a derivative of the pUC13 plasmid in which the HincII site was changed to a ClaI site. The resulting construct is 5.3 kilobases (kb) long. The plasmid p35S-CAT was grown in *Escherichia coli*, isolated by phenol extraction, and purified by CsCl/ethidium bromide density-gradient centrifugation[25]. The microprojectiles were coated by adding 10 μl of the plasmid DNA (1.0 μg of DNA per μl of TE buffer, pH 7.7) to 100 μl of a suspension of tungsten microprojectiles (0.1 g of tungsten per ml of distilled water). The DNA was precipitated by the addition of 100 μl of a CaCl₂ solution (2.5 M) and 40 μl of a spermidine solution (free base, 0.1 M). The resulting suspension was centrifuged for 30 min at 13,000g. *A. cepa* epidermal tissue (1-cm² sections) was then bombarded with the DNA-coated microprojectiles (2 μl of the suspension placed in the middle of the front surface of the nylon macroprojectile). Assays of CAT activity were performed on extracts prepared from tissue that had been incubating for 3 days following bombardment with the microprojectiles. Tissue extracts were prepared by placing the epidermal sections in an Eppendorf tube (1.5 ml) with 100 μl Tris-HCl (0.25 M, pH 7.8) and grinding the tissue with a pellet pestle mixer (Kontes). CAT activity in the extracts was determined in 30-min assays as previously reported[26], except that the amount of ¹⁴C-chloramphenicol was decreased to 0.1 μCi per assay[18]. All the radioactivity in the Eppendorf tube (~170,000 c.p.m. in each assay) was spotted on the thin-layer chromatography (TLC) plate (Chromagram, Kodak). After resolution of chloramphenicol and its acetylated derivatives by chromatography, an autoradiogram (12-h exposure) was made. Quantitative results were obtained by scintillation counting of separated spots of chloramphenicol and its acetylated derivatives, and the conversion calculated.

such as *Agrobacterium* and the problems associated with systems that require regeneration of plants from protoplasts might be circumvented by bombarding regenerable tissues such as meristems or embryogenic callus with DNA-bearing microprojectiles. To accomplish this, the particle bombardment process must be refined so that cells much smaller (10-20 μm) than those of *A. cepa* epidermal tissue can be penetrated by microprojectiles.

This work was supported by grants from the Cornell Biotechnology Program, the US Department of Agriculture, and the Rockefeller Foundation. We thank N. Allen for input on the

DKB 012442

MGA0012431

design of the particle gun and its construction, M. Zaitlin and M. Nishiguchi for TMV RNA, and M. McCann for technical assistance with the CAT assays.

Received 7 January; accepted 2 March 1987.

1. Fraley, R. T., Rogers, S. G. & Horsch, R. B. CRC crit. Rev. Pl. Sci. 4, 1-46 (1986).
2. Sanisbury, H. H. & Broughton, W. Int. Rev. Cytol. (Suppl.) 16, 191-207 (1983).
3. Lörz, H., Baker, B. & Schell, J. Molec. gen. Genet. 199, 178-182 (1985).
4. Potrykus, I., Saul, M. V., Petruska, J., Paszkowski, J. & Shillito, R. D. Molec. gen. Genet. 199, 183-188 (1985).
5. Fromm, M., Taylor, L. P. & Walbot, V. Proc. natn. Acad. Sci. U.S.A. 82, 5824-5828 (1985).
6. De la Peña, A., Lörz, H. & Schell, J. Nature 325, 274-276 (1987).
7. Sanford, J. C., Klein, T. M., Wolf, E. D. & Allen, N. Particle Sci. Technol. (in the press).
8. Chernin, F. G. & Edwardson, J. R. Light and Electron Microscopy of Plant Virus Inclusions, Florida Agric. Exp. Station Monograph Ser. 9 (University of Florida, Gainesville, 1977).
9. Takanami, Y., Nagata, T. & Tokobe, I. Virology 113, 752-760 (1981).
10. Fraley, R. T., DeRogoma, S. L. & Papahadjopoulos, D. Proc. natn. Acad. Sci. U.S.A. 76, 1859-1863 (1982).
11. Nishiguchi, M., Langridge, W. H. R., Szalay, A. A. & Zaitlin, M. Pl. Cell Rep. 5, 57-60 (1986).
12. Morelli, G., Nagy, F., Fraley, R. T., Rogers, S. G. & Chua, N.-H. Nature 315, 200-204 (1985).
13. Crossway, A. et al. Molec. gen. Genet. 202, 179-185 (1986).
14. Bruce, N. & Hoha, T. Arch. Enzym. 118, 659-663 (1986).
15. Grumsky, N., Hoha, T., Dienes, J. W. & Hoha, B. Nature 325, 177-179 (1987).
16. Hirashizuka, J.-P., Tsai-Tsong, L., Schell, J. & Van Montagu, M. EMBO J. 3, 3039-3041 (1984).
17. Hooykaas-Van Slogteren, G. M. S., Hooykaas, P. J. J. & Schilperoort, R. A. Nature 311, 763-764 (1984).
18. Ou-Lee, T. M., Turgeon, R. & Wu, R. Proc. natn. Acad. Sci. U.S.A. 83, 6815-6819 (1986).
19. Vasil, I. K. Int. Rev. Cytol. (Suppl.) 16, 79-88 (1983).
20. Potrykus, I. & Shillito, R. Meth. Enzym. 118, 549-578 (1986).
21. Zaitlin, M. in Nucleic Acids in Plants Vol. 2 (eds Hall, T. C. & Davies, J. W.) 31-64 (CRC Press, Boca Raton, Florida, 1979).
22. Coleman, A. W. & Goff, L. J. Stain Technol. 60, 145-154 (1985).
23. Hohn, T., Richards, K. & Lebeurier, G. Current Topics Microbiol. Immun. 96, 193-236 (1982).
24. Ahoa, N. & Vapnek, D. Nature 282, 864-869 (1979).
25. Maniatis, T., Fritsch, E. F. & Sambrook, J. Molecular Cloning: a Laboratory Manual (Cold Spring Harbor Laboratory, New York, 1982).
26. Gorman, C. M., Moffat, L. F. & Howard, B. H. Molec. cell. Biol. 2, 1044-1051 (1982).



## Determination of bacteriophage λ tail length by a protein ruler

### Isao Katsura

Department of Biophysics and Biochemistry, Faculty of Science, University of Tokyo, Hongo, Tokyo, Japan

How the size and shape of living structures are determined by genetic information is one of the fundamental problems in biology. Here I describe a study in which the size of a biological supramolecular structure was changed in a predictable way by in vitro genetics, with the size both before and after manipulation being exactly determined. I have studied the tail of bacteriophage λ, whose length is determined by the length of the 'ruler protein', the product of gene H. The length of the tail can be decreased or increased by deleting the middle part of gene H or by forming a small duplication there, and the length of the tail is proportional to the size of the protein. These results can be regarded as a special case of protein engineering[1], namely supramolecular protein engineering.

Previous work[2] has shown that some λ mutants in vivo that have small in-frame deletions in gene H produce viable phage particles with a tail slightly shorter than wild-type. This proves that gene H determines the tail length and gives strong evidence for a scheme in which its product (abbreviated as gpH) is a ruler that measures length during tail assembly. The question arose from that work regarding the structure-function relationship of gpH, which has at least three functions: tail assembly, tail-length determination and DNA injection[2]. It also led to interest in the relationship between the length of gpH and the length of the tail, and whether it is possible to change the tail length over a much wider range of sizes.

In this study, deletion and duplication mutants in gene H of λ phage were isolated in the following way. First, a fragment of λ DNA containing gene H was cloned in the plasmid pBR322 (ref. 3). Then, either a deletion (of one of a number of sizes)

FIG. 1 Production of deletion (del.) and duplication (dup.) mutants in gene H of λ phage by in vitro mutagenesis. a, Production of deletions in cloned gene H. The BclI fragment (base numbers 9,361-13,820[5]) of λ DNA containing gene H was inserted into the BamHI site of pBR322 (ref. 3), where the direction of the λ sequence in the hybrid plasmid was counter-clockwise on the conventional map of pBR322. Then it was cleaved at the unique HpaI site (I in the figure), digested to various extents with Bal31 exonuclease, and self-ligated with T4 DNA ligase. b, Production of a duplication in cloned gene H. The 5.5-kilobase (kb) fragment from the same hybrid plasmid cleaved with HpaI (I) and AvaI (A) and the 3.8-kb fragment from cleavage with PvuII (II) and AvaI were purified by electrophoresis in an 0.7% agarose gel and joined together with T4 DNA ligase. c, Introduction of cloned gene H having a deletion or duplication mutation (H') into the λ genome. Cells of E. coli H197 polA supF (λcIts857 Sam7) were transformed with the plasmids shown in a and b using selection for ampicillin resistance (Ap$^r$). (They were plated with tryptone top agar on LA plates with magnesium[5] containing also 50 μg ml$^{-1}$ ampicillin and incubated for 24 h at 32 °C.) Because these plasmids, having the replication origin of ColE1[3], cannot replicate in E. coli polA (ref. 11), the transformants were those in which the plasmids were inserted by homologous recombination into gene H of the λ prophage (right-hand top row of c). The efficiency of transformation was about 10 colonies per μg DNA. The ampicillin-resistant lysogens were cultured in M9A medium[5] and subjected to heat-induction of the prophage. The λ DNA having the plasmid insertions (at top left in the second row of c) was too long to be packaged into λ phage particles. The packaged DNA molecules were those from which the inserted plasmids had been excised by homologous recombination. Through insertion and excision the wild-type gene H of the original λ genome was replaced by the mutated gene H of the plasmids with a certain probability. Therefore, the lysates contained both wild-type and H deletion (or duplication) phages (bottom left on the second row of c). E. coli W3350 Su$^-$ was lysogenized by these phages. Lysogens having the H deletion or H duplication prophage were distinguished from those having wild-type prophage by their inability to produce active phage after heat induction. It is not completely excluded that phages having a deletion or duplication in gene H may form plaques, but none of the phages of this study did so. (See ref. 12 for detailed methods of genetic engineering and ref. 5 for the test of defective prophage mutants.)

DKB C12443

MGA0012432

# FACTORS INFLUENCING GENE DELIVERY INTO ZEA MAYS CELLS BY HIGH-VELOCITY MICROPROJECTILES

This material has been produced with permission of the copyright owner. Further reproduction is prohibited.

T. M. Klein*, T. Gradziel†, M. E. Fromm, and J. C. Sanford†

Plant Gene Expression Center, USDA-ARS, 800 Buchanan Street, Albany, CA 94710. †Department of Horticultural Sciences, Cornell-University, Geneva, NY 14456. *Corresponding author.

Factors influencing the efficiency of DNA delivery into suspension culture cells of Zea mays by the particle bombardment process were studied using a chimeric gene coding for the production of β-glucuronidase. Two days following bombardment with plasmid-coated microprojectiles, expression of the β-glucuronidase gene was detected with the synthetic substrate 5-bromo-4-chloro-3-indoyl-β-D-glucuronic acid, which, upon cleavage, forms a blue precipitate visually detectable within affected cells. The number of cells expressing β-glucuronidase was about 30 times greater when the cells were bombarded on a filter paper support than when they were bombarded while covered by liquid media without such a support. The efficiency of gene delivery was also significantly affected by the velocity of the microprojectile and the number of microprojectiles used for bombardment, and the concentration of $CaCl_2$ and spermidine used to adsorb DNA to the microprojectiles. In addition to cell cultures, the particle bombardment process was also used to deliver the β-glucuronidase gene to intact cells on the surface of excised Z. mays embryos. The results indicate that delivery by high-velocity microprojectiles may be useful for the stable transformation of monocot species.

Production of whole, transformed plants of species of the Graminae family has proven difficult, primarily because of the limitations of DNA-transfer techniques and the problems associated with the regeneration of protoplasts to whole plants. Techniques such as electroporation[1], direct DNA uptake[2], liposome fusion[3], and microinjection[4] generally require the enzymatic removal of cell walls. Although progress has been made toward regenerating protoplasts of rice[5,6] and corn[7], the efficiency of the process is still rather low and for most grain species successful regeneration has yet to be reported. Potential exists for the utilization of Agrobacterium[8] and viruses[9] as vectors for the introduction of foreign nucleic acids to regenerable cells of cereal species but as of yet such techniques have not yielded transformed plants. Therefore, the development of techniques that can efficiently deliver DNA directly into intact cells and tissues possessing the potential for regeneration into whole plants would be beneficial for further progress toward the genetic transformation of the Graminae. In addition, such direct delivery techniques would be of value for the study of transient gene expression in various intact tissues.

We have previously shown that small tungsten particles can be accelerated to velocities that permit their penetration of intact cells[10,11]. By coating these microprojectiles with DNA, they can be used as a means for the transfer of foreign genetic material into intact cells and tissues. The utility of this biolistic (biological ballistic) process has been demonstrated for DNA delivery to the mitochondria[12] and nucleus (S. Johnston, personal communication) of yeast, the chloroplast[13] and nucleus (K. Kindle, personal communication) of Chlamydomonas, epidermal tissue of Allium cepa[10], and suspension cultures of Zea mays[14]. Some of the important parameters necessary for DNA delivery into Z. mays cells by microprojectiles have been determined using a chimeric gene coding for the production of chloramphenicol acetyltransferase (CAT). For example, high levels of CAT expression were detected in suspension cultures following bombardment with DNA-coated tungsten particles with an average diameter of 1.2 µm but not with 0.6- or 2.4-µm particles[14]. Although CAT expression was readily detected following bombardment with plasmid-bearing microprojectiles, it remains unclear as to the number and type of cells that were actually expressing the foreign gene. In this report we employ the particle bombardment process to deliver a chimeric β-glucuronidase (GUS) gene[15,16] into suspension cultures of Z. mays. A reaction product of the GUS enzyme can be detected histochemically using a synthetic substrate and therefore the number of cells that receive the foreign gene can be visually determined. Using this system, we have optimized some of the bombardment conditions (i.e., distance, degree of vacuum, quantity of microprojectiles, etc.) that are critical for the efficient delivery of DNA by high-velocity microprojectiles.

## RESULTS AND DISCUSSION

**Delivery of GUS-encoding plasmid DNA.** Initial attempts to deliver GUS-encoding plasmid DNA (pAI-₁GusN) into intact BMS cells involved bombardment of suspension cells that were covered with a thin layer of liquid medium. The cells were thus bombarded without being anchored to the surface of the petri plate. Following bombardment with 1.2-µm microprojectiles, cells expressing the GUS enzyme were observed after addition of the artificial substrate. In some cases, a dense blue precipitate was observed throughout the interior of single cells (Fig. 1A) and this precipitate was confined within the cell. In other cases, aggregates comprised of up to about 20 cells stained densely blue (Fig. 1B). The number of cells within

CONFIDENTIAL    A158    MGA0008493

these aggregates that actually harbor the foreign gene is not known and there are several possible explanations for their formation. Each cell comprising an aggregate may have been penetrated and subsequently expressed the GUS gene. Alternatively, only one or several of the cells in the clump expressed the foreign gene, but these cells were expressing to such an extent that enzyme or reaction products diffused or leaked from the cells causing poor localization. Another possibility is that the enzyme, but not the GUS gene, was transferred to daughter cells upon division. Because the number of cells actually expressing the foreign gene within the aggregates is not clear, each blue spot (whether an aggregate or a single cell) was considered as one expression unit.

For cells bombarded in liquid medium, the mean number of expression units observed was 10.5 (n=10, S.E.=1.1, Range=0 to 32). None of the samples bombarded with naked microprojectiles or microprojectiles coated with pUC8 (the vector used to construct pAI$_1$GusN) exhibited blue cells or cell aggregates. These results indicated that the GUS gene was delivered into intact maize cells by microprojectiles but the efficiency of transfer was low (about 1 in $10^6$).

Cell size. The size of cells expressing GUS activity following bombardment was examined to determine if small cells survive penetration by the microprojectiles. Previous research with the particle gun indicated that the large epidermal cells of *Allium cepa* readily survive penetration by microprojectiles[10]. A portion of the cells in the BMS suspension cultures are relatively large with dimensions of about 50 to 75 by 100 to 150 μm. Therefore there was a possibility that the CAT expression that had been previously observed in BMS suspension cultures[14] was the result of penetration of these very large cells. Observations using the GUS marker indicate that this is not the case. Although some large cells were stained blue, the cells expressing the GUS gene were typically ovoid in shape with diameters of about 15 to 50 μm. These results indicate that survival of penetration is not limited to abnormally large cells and readily occurs in relatively small cell types.

Anchoring cells. Observation of the cells following bombardment indicated that a portion of the sample was lost due to dispersal caused by the impact of the microprojectile preparation on the suspension of cells. Since the cells that were lost during bombardment might represent many of the cells that had been penetrated by the microprojectiles, methods to anchor the cells during bombardment were investigated. A simple means of anchoring the cells involved the use of filter paper as a support to hold the cells in place. Not only did the fibers of the filter act to anchor the cells during bombardment but the subsequent incubation and staining of the cells could be performed directly on the filter paper. The importance of anchoring the cells during bombardment becomes apparent when the efficiency of gene delivery is monitored. For 10 replicates, an average of 323.3 expression units were observed (S.E.=71.6, Range=231 to 457), 30 times greater than was observed when the cells were bombarded directly in liquid medium. In the area of the filter where most of the penetration leading to expression occurred (about 1 cm$^2$), the frequency of gene delivery was about $2 \times 10^{-3}$. This value assumes that the GUS-expressing aggregates are the result of penetration of only one cell. Controls bombarded with uncoated or pUC8-coated microprojectiles did not yield blue cells. All subsequent experiments were performed with the filter paper support.

Effect of microprojectile volume. Other factors that may influence "blow away" of cells were investigated. One such factor is the volume of microprojectile preparation that is loaded on the macroprojectile and which subsequently impacts the cells. An experiment was conducted to determine the optimal quantity of the DNA-microprojectile preparation that was loaded onto the leading face of the polyethylene macroprojectile (Fig. 2A). GUS expression was highest when relatively small volumes (1.25 or 2.5 μl) of the preparation were used. In this experiment, increasing the volume to 5.0 or 10.0 μl led to a drastic reduction in the number of expression units observed. The impact of the larger quantities clearly caused severe loss from the central zone of the filter paper.

Effect of DNA quantity. The quantity of DNA adsorbed to the microprojectiles was varied between 0.5 and 8.0 μg of DNA per mg of tungsten (or between 39 and 625 ng of DNA per bombardment, assuming that all of the added DNA is adsorbed to the microprojectiles) (Fig. 2B). Over 100 expression units were detected when bombardments were carried out with as little as 0.5 μg of DNA per mg of tungsten (39 ng of DNA per bombardment). The greatest number of expression units was observed when 2.0 μg of DNA per mg of tungsten was used. Increasing the quantity of DNA above 2.0 μg per μg tungsten did not result in the appearance of larger numbers of expression units. Relatively high concentrations of DNA resulted in severe aggregation of the microprojectiles and the resulting aggregates were not readily dispersed by sonication. Large aggregates of microprojectiles apparently were not effective for DNA delivery.

Effect of CaCl$_2$ and spermidine. The concentration of CaCl$_2$ and spermidine that was used to precipitate DNA to the surface of the microprojectiles influenced the efficien-



FIGURE 1A. Micrograph of a GUS-expressing BMS cell following bombardment with plasmid-coated microprojectiles, incubation for 48 hours, and treatment with a substrate whose product can be visually detected. B. An aggregate of about 10 cells that stained blue following bombardment (bar=20 μm).

TABLE 1 The influence of quantity and size of the microprojectiles used for bombardment on the appearance of cell aggregates that stained blue following treatment with the synthetic substrate.

| Quantity of microprojectiles (μg/μl) | Diameter of microprojectiles (μm) | | |
|---|---|---|---|
| | 0.6 | 1.2 | 2.4 |
| | (Proportion of aggregates as % of total expression units) | | |
| 3.1 | ND[1] | 1.0 | ND |
| 6.2 | 0 | 1.2 | 0 |
| 15.6 | 0 | 2.4 | 0 |
| 31.2 | 0 | 5.4 | 5.9 |
| 46.8 | 0 | 7.9 | 4.5 |
| 62.5 | 0 | 5.5 | 7.8 |
| 78.1 | ND | 12.0 | ND |

[1]Not determined.

CONFIDENTIAL   A159   MGA0008494

Case 1:04-cv-00305-SLR    Document 267-9    Filed 02/02/2006    Page 6 of 7

cy of DNA delivery. Eliminating $CaCl_2$ from the tungsten-DNA preparation resulted in poor DNA delivery with an average of only 3 expression units per treatment (Fig. 2C). Bombardment with microprojectiles prepared in 0.12 M $CaCl_2$ yielded about a 10 fold increase in the number of expression units. Delivery of the GUS plasmid was highest when $CaCl_2$ concentrations were between 0.24 and 1.9 M. Increasing the concentration to 2.4 M resulted in a decline in the number of expression units that were observed. The addition of spermidine to the DNA-tungsten preparation also had a marked effect on DNA delivery (Fig. 2D). Relatively few expression units were observed when the concentration of spermidine was 1.53 mM or lower. At spermidine concentrations between 7.69 and 76.9 mM the number of expression units observed was between 100 and 300. Other methods for binding DNA to the microprojectiles should be investigated since it may be possible to further optimize this parameter. It is apparent that adsorption of the DNA directly to the surface of the microprojectiles is necessary for efficient DNA delivery. The precipitation procedure may also be of importance since the condensed material may be less susceptible to degradation by intracellular nucleases. It also seems apparent that rates of desorption of the introduced DNA should influence subsequent expression. Desorption within the cell may be influenced by the manner in which DNA is adsorbed to the microprojectiles.

**Optimal number and size of microprojectiles.** An experiment was performed to determine the optimal quantity and size of microprojectiles used for the bombardment of BMS cells. In this experiment the volume of the microprojectile-DNA preparation used to bombard the cells was kept constant at 2.5 µl. Figure 2E shows the number of expression units that were observed following bombardment with different quantities of $pAI_1GusN$-coated microprojectiles with diameters of either 0.6, 1.2, or 2.4 µm. Over 500 expression units were observed when bombardment was performed with DNA-tungsten preparations containing between about 30 to 60 µg of the 1.2-µm particles per µl. Bombardment with either smaller or larger quantities resulted in the appearance of fewer expression units. Microprojectiles with an average diameter of 0.6 or 2.4 µm were less efficient for gene delivery than the 1.2-µm microprojectiles. For the 2.4-µm microprojectiles, the highest number of expression units ($163 \pm 14$) was observed when the concentration of tungsten was 62.5 µg per µl. Decreasing the quantity of 2.4-µm microprojectiles below 62.5 µg per µl resulted in the appearance of relatively few expression units. Only 1 to 17 expression units were observed following bombardment with 0.6-µm microprojectiles. These results are in general agreement with previous work using the CAT marker with BMS cell cultures[11], although CAT expression was below detectable limits when bombardments were carried out with 0.6- or 2.4-µm microprojectiles. Small differences (ie., 0.1–0.2 µm) in diameter should influence the ability of the microprojectile to penetrate cell walls and membranes. Therefore it is likely that we have not yet determined the optimal microprojectile size for DNA delivery. Such a determination must await the production of more uniformly sized powders with precisely controlled diameters.

The area of the filter paper over which expression units appeared tended to increase with increasing quantities of 1.2-µm microprojectiles. Very high quantities (about 50 to 80 µg per µl) of microprojectiles resulted in a broader coverage, but created a zone of dead cells in the center of the filter caused by the impact of an excess of microprojectiles. Although *Allium cepa* epidermal cells can survive penetration by many microprojectiles[19], it is not clear how many penetration events can be tolerated by smaller cell types such as those found in the BMS suspension cultures.

The frequency of cell aggregates versus single cells that stained blue was not constant between treatments and depended on the number of microprojectiles used to bombard the sample. Expression units were considered as aggregates only if all the cells of the aggregate were stained to an equal intensity and were comprised of at least 5 cells. Only 1 per cent of the expression units occurred as aggregates when the concentration of 1.2-µm microprojectiles was 3 µg per µl (Table 1). This proportion tended to increase with the use of larger numbers of microprojectiles. For example, 12 per cent of the expression units appeared as aggregates when the microprojectile concentration was 78 µg per µl. A similar trend was observed with the 2.4-µm microprojectiles. Only single, isolated blue cells were observed when bombardments



FIGURE 2 The influence of several bombardment variables on the transient expression of β-glucuronidase in BMS cell cultures. A. Effect of the volume of the tungsten-DNA preparation placed loaded on the face of the macroprojectile. B. Influence of the quantity of DNA adsorbed to 1.2-µm microprojectiles. C. Influence of the concentration of $CaCl_2$ used in the adsorption of DNA to the microprojectiles. D. Influence of the concentration of spermidine used in the adsorption of DNA to the microprojectiles. E. Effect of particle size and the quantity of particles used for bombardment.

CONFIDENTIAL    A160    MGA0008495

were conducted with the 0.6-μm microprojectiles.

We feel that the uniformly stained GUS-expressing aggregates were probably not the result of poor localization of the enzyme or reaction product since the blue color in these cases was often confined within the densely stained cells. In addition, cells adjacent to the GUS-expressing aggregates were often not stained. These results suggest that each of the cells within the GUS-expressing aggregates received the foreign gene and that the likelihood that such closely situated penetrations occur increases with the impact of larger numbers of microprojectiles. If each of the cells within the cell aggregates are expressing the GUS gene, it suggests that the microprojectiles impact the target tissue as small dispersed clumps. It also suggests that the tendency for the microprojectiles to be accelerated as diffuse clumps increases as more microprojectiles are used. Such a nonuniform or clustered dispersion pattern is apparent when the pattern of microprojectile impact is observed on filter paper that was bombarded without cells.

Effects of vacuum and distance. Parameters that influenced the velocity of the microprojectiles affected their ability to deliver DNA. One such factor is the degree of vacuum in the sample chamber during bombardment (Fig. 3A). The largest numbers of expression units were observed at the highest vacuum tested (28 in. of Hg). The number of cells expressing the foreign gene dropped dramatically when the vacuum was below 20 in. of Hg with only a few blue spots being observed in the absence of a vacuum. The increase in efficiency with increasing vacuum is probably due to the reduction of air resistance that both the macroprojectile and microprojectiles encounter, thereby increasing their velocity. The increased velocity of the microprojectiles results in greater efficiency of penetration of cell walls and membranes.

Figure 3B shows the influence of distance between the cells being bombarded and the stopping plate at the end of the particle gun. Highest numbers of expression units were observed when the sample was 6 cm from the stopping plate. The number of expression units decreased as the distance between the cells and particle accelerator was increased. Relatively few expression units were detected when samples were bombarded at a distance of 17 cm. These results are not surprising since the microprojectile's final velocity is related to air resistance. The deceleration of the microprojectile that is caused by air resistance increases as distance is increased.

Delivery of GUS-encoding plasmid DNA to immature embryos of Z. mays. In addition to the bombardment of tissue culture cells, we have used the particle gun to deliver GUS encoding plasmid to the surface cells of immature embryos of Z. mays (Fig. 4). After bombardment with 1.2-μm microprojectiles and treatment with the GUS substrate, up to 23 blue spots could be visualized on the scutellum with the aid of a dissecting microscope. These relatively large blue spots were clearly the result of diffusion from a densely stained central cell. Some of the blue spots arose from the penetration of cells 1 or 2 layers below the surface; GUS expression in these cases led to the appearance of spherical blue spots localized below the surface of the scutellum. Penetration of several cell layers of an intact tissue by microprojectiles has been previously observed in A. cepa bulb tissue.[10] In addition to the large blue spots observed with the dissecting scope, many (about 30 to 50) single cells expressing the GUS gene could be observed under higher magnification. These results indicate that the particle bombardment process can be used for gene delivery to plant cells with diameters of about 10 μm, a size more typical of cells that have potential for regeneration. Because embryos and embryogenic callus can be generated from the surface of maize scutellum[17], this tissue will be a prime target for future attempts to deliver selectable markers with the particle gun. Additionally, the ability to deliver DNA to this and presumably other intact tissues should aid in the study of tissue specific gene expression.

Recent results (manuscript in preparation) indicate that stably transformed cultures of maize and tobacco can be recovered by gene transfer with microprojectiles using the optimized parameters that are detailed in the present study. Our finding that small as well as large cells survive penetration as indicated by expression of the transferred GUS gene suggests that small embryogenic cells should be capable of continued division. Coupled with continued improvements in the efficiency of the particle bombardment process, this gives us reason to believe that stable transformation leading to the recovery of whole plants is possible.




FIGURE 3 A. The influence of the degree of vacuum in the sample chamber during microprojectile acceleration on the transient expression of the GUS gene in BMS cells. B. Effect of the distance between the stopping plate and target cells on the delivery of the GUS gene.



FIGURE 4 GUS expression on the surface of the scutellum of a maize embryo. The blue spots visualized with a dissecting microscope generally represented expression of a single central cell with staining being less intense in a radial arrangement away from the central cell (bar=0.5 mm).

### EXPERIMENTAL PROTOCOL

Plasmids and plant material. The 6.5 kb plasmid pAI'GusN consists of the alcohol dehydrogenase 1 promoter, a fragment from intron 1 of the Adh 1 gene[18], a GUS coding region[15], and the nopaline synthase polyadenylation region inserted into pUC8. Suspension cultures of Zea mays cv. Black Mexican Sweet

CONFIDENTIAL        A161        MGA0008496