Klein, Theodore (1998-1-22   15-33)

```
11  articles were inaccurate?
12     A.   They could be.
13     Q.   That they didn't reflect what your actual
14  opinion was?
15          MR. JANSEN:  Objection, lack of
16  foundation.  It's compound, counsel.
17     A.   I think that they give my best impressions at
18  the time that they were written.
19     Q.   Now, isn't it true, Dr. Klein, that none of
20  these articles -- sorry.  I took them away from you.
21     A.   I have these.
22     Q.   What did I take here?  These are -- I'm
23  sorry.  I got them mixed up.  There we go.
24          Now, isn't it true, Dr. Klein, that none
```
□00525
```
 1  of these articles reflected by Exhibits 69 through 76
 2  and published from 1987 to 1990 show that you had been
 3  successful in obtaining fertile transgenic corn by any
 4  technique, including bombardment?
 5     A.   That was absolutely not the point of the
 6  papers.
 7     Q.   Mm-hmm.
 8     A.   Again, that's not the point of the papers.
 9  So it's not a relevant question.
10     Q.   So you weren't attempting --
11     A.   It would be like giving me a novel, a Tom
12  Sawyer novel, and asking me if that had stable
13  transformation in it.  These articles, again, are in a
14  lot of ways a series of experiments starting from the
15  very early inception of the gene gun, just about when
16  John conceived of it, John and Ed Wolf, from when they
17  conceived of it, reviewing that literature, to finding
18  that, yes, we can get genes into onion cells; yes,
19  cells survive particle bombardment.  One, they discuss
20  can we apply DNA to particles?  Yes, we can.  And have
21  that stick to the particles in the bombardment
22  process?  Yes, we can get transient expression in
23  tissues, onion and corn tissues.  So it's a whole
24  series of steps, each one being optimized at each
```
□00526
```
 1  step.  Okay?
 2          So that's the main points of these
 3  papers and with the goal in mind of transforming
 4  important crop species.  And that's really -- it's a
 5  sequential thing.
 6     Q.   The fact remains, Dr. Klein, that none of
 7  these articles show that you had achieved that goal,
 8  correct, as of the time that they were authored?
 9          MR. PEET:  Objection, mischaracterizes
10  the testimony.
11     A.   I would characterize it like this:  They
12  achieved the goals that the papers set out to
13  accomplish.
14     Q.   The fact remains none of these articles show
15  that you had achieved fertile transgenic corn?
16     A.   But that's not the purpose of the articles.
17     Q.   Irrespective of the purpose, isn't it true
18  that none of these show fertile transgenic corn?
19          MR. JANSEN:  Asked and answered.
20     A.   I think I've answered.
21     Q.   I want a straight answer to my question.
22          Do any of these articles show fertile
23  transgenic corn?
```

Page 13

A170

Klein, Theodore (1998-1-22   15-33)

```
 24            MR. JANSEN:  Counsel, you're badgering
00527
  1  the question.  It's been asked.  It's been answered.
  2       A.   Again, that's not the purpose of the
  3  articles.
  4       Q.   And that's not an answer to my question.  My
  5  question is:  Do they show fertile transgenic corn?
  6       A.   My question to you is:  Is that the purpose
  7  of the article?
  8       Q.   I assume you were working towards obtaining
  9  fertile transgenic corn during this time frame?
 10       A.   Yes, I was working towards them.
 11       Q.   And none of these articles show fertile
 12  transgenic corn, do they?
 13            MR. JANSEN:  Asked and answered.
 14       A.   It's not the purpose of the articles.
 15       Q.   Do any of these articles show fertile
 16  transgenic corn?
 17       A.   The articles discuss how these techniques can
 18  be used potentially to achieve that goal, but
 19  specifically there is not a seed from a transgenic
 20  plant in these papers.  But, again, the techniques
 21  described in these papers are components of a system
 22  for maize transformation.
 23       Q.   Well, you say that there is no seeds
 24  disclosed.  But there is not even a transgenic plant
00528
  1  disclosed, is there, in any of these articles?
  2       A.   Again, we didn't even -- that's not the
  3  purpose of the papers.  I mean, I can't answer any
  4  better than that.
  5       Q.   Okay.  And isn't it true, Dr. Klein, that
  6  none of these papers showed that you had even
  7  successfully regenerated a transgenic corn plant,
  8  fertile or otherwise; correct?
  9            MR. PEET:  Objection, lack of
 10  foundation.
 11       A.   Again, we didn't even try that.  It wasn't
 12  even attempted in these papers because, you know, we
 13  were -- that was not the purpose of the papers.
 14       Q.   Now, in fact, during the time frame that
 15  these papers report on, 1987 to early 1990, isn't it
 16  true --
 17            MR. DI SALVATORE:  Counsel, excuse me.
 18            MR. JANSEN:  Let me finish my question.
 19            MR. DI SALVATORE:  These papers --
 20            MR. JANSEN:  Let me finish my question.
 21  You hold your objections.  State your objections on
 22  the record.
 23            MR. DI SALVATORE:  Finish the question,
 24  counsel.
00529
  1            MR. PARKER:  I won't stand for any more
  2  of those interruptions.  I'm warning you.
  3            MR. DI SALVATORE  I want the record to be
  4  clear.
  5            MR. PARKER:  I'm going to --
  6            MR. DI SALVATORE:  You can warn me all
  7  you want.  State your question, counsel.
  8            MR. PARKER:  We'll go over to the
  9  magistrate if you're going to keep interrupting me
 10  like this.
 11            MR. DI SALVATORE:  Be clear as to what
```

Page 14

A171

Klein, Theodore (1998-1-22   15-33)

```
 24     Q.   And was another Biotechnica, Inc.?
00590
  1     A.   Yes.
  2     Q.   And in this article do you see the section in
  3  which the author states "The race to develop
  4  transgenic corn has been intense.  Last January,
  5  researchers at Biotechnica, Inc., in Minnetonka,
  6  Minnesota, announced that they had got there first."
  7  Do you see that?
  8     A.   Where is that?
  9     Q.   That's a little less than halfway down in the
 10  first column --
 11     A.   Oh, yes.
 12     Q.   -- on page 630 of the article.
 13     A.   Mm-hmm.
 14     Q.   Is it consistent with your recollection that
 15  in January of 1990 Biotechnica announced that they had
 16  gotten fertile transgenic corn plants?
 17     A.   I really can't remember when they announced
 18  that.
 19     Q.   And then in addition to DeKalb Plant Genetics
 20  and Biotechnica, do you see a reference in the third
 21  column to the Plant Gene Expression Center at the
 22  USDA?
 23     A.   Yes.
 24     Q.   And would you agree from a review of this
00591
  1  article that all three companies had indicated success
  2  in producing fertile transgenic corn plants?
  3     A.   Yes.
  4     Q.   Now would you look back at your Klein
  5  Deposition Exhibit 25?
  6     A.   What was that again?
  7     Q.   Your Deposition Exhibit 25.
  8     A.   Yes.
  9     Q.   Let me read a portion of a paragraph in the
 10  first column of that exhibit.  It says "As recently as
 11  a couple of months ago, BioTechnica Agriculture
 12  announced that it had made the world's first discovery
 13  of genetic corn transformation, and said they expected
 14  this breakthrough to eventually propel them into the
 15  ranks of a major hybrid corn company in the years
 16  ahead."  Do you see that?
 17     A.   Mm-hmm.
 18     Q.   Then from this statement would it be accurate
 19  to say that within the span of a couple of months you
 20  had DeKalb Plant Genetics, Monsanto and the USDA Plant
 21  Gene Expression Center all announcing that they had
 22  succeeded in producing fertile transgenic corn
 23  plants?
 24          MR. PARKER:  Objection, leading.
00592
  1     A.   Yes.
  2     Q.   Now, is it surprising to you that within a
  3  span of several months three groups independently
  4  reported on producing fertile transgenic corn plants?
  5     A.   No.
  6     Q.   Why not?
  7     A.   Because they had -- all these groups had
  8  access to the tools necessary to achieve that goal of
  9  producing a fertile transgenic corn plant.
 10     Q.   What were those tools?
 11     A.   Tissue culture technique, the resistance
```

Page 39

**A172**

Klein, Theodore (1998-1-22   15-33)

12  genes, and the gene gun.
13    Q.   And specifically with respect to DeKalb, is
14  it accurate to say that you gave a seminar in July of
15  1988 in which you identified or indicated your use of
16  A188 by B73 as a tissue culture?
17    A.   Yes.
18    Q.   And from your notebook, Deposition Exhibit
19  24, which I think we talked about yesterday, did you
20  find an indication that in August of 1988 the group
21  you were working with was using the BAR gene as a
22  selective marker?
23    A.   Yes.
24    Q.   And is that the same gene that DeKalb used?
00593
 1    A.   Yes.
 2         MR. PARKER: Objection, foundation.
 3    Q.   Now, going back to Exhibit 82, the author
 4  describes what DeKalb did and says "They used a gene
 5  gun to propel genes directly into whole cells,
 6  shooting them through the box-like cell wall."  Do you
 7  know who designed the gene gun?
 8    A.   Yes.
 9    Q.   Who?
10    A.   John Sanford, myself, and others at Cornell.
11    Q.   The author goes on to say "The gun, she says,
12  shoots metallic microprojectiles coated with DNA that
13  codes for an enzyme that endows corn with herbicide
14  resistance."
15         Do you know whose idea it was initially
16  to use a gun to shoot metallic projectiles coated with
17  DNA?
18    A.   John Sanford and Ed Wolf.
19    Q.   You were asked a number of questions about
20  your publications and repeated questions about whether
21  your publications evidenced fertile transgenic corn
22  plants or transgenic plants.  Do you recall some of
23  those questions?
24    A.   Yes, sure.
00594
 1    Q.   What was the thrust of your publications?
 2  What were you trying to accomplish?  Were you trying
 3  to identify the production of fertile transgenic corn
 4  plants?  Were you trying to provide a road map for
 5  researchers to produce those plants?  Or did you have
 6  some other purpose in mind?
 7         MR. PARKER: Objection, leading.
 8    A.   It was really to provide the foundation of a
 9  gene gun-based technology for transformation of corn
10  and other crop species.
11    Q.   Now, based on what you know about the work
12  done at Monsanto and the USDA and the work reported on
13  in The Plant Cell article and the work done at
14  Biotechnica, do you have an opinion as to whether
15  those three groups followed the road map that you laid
16  out?
17    A.   Yes.  Absolutely.
18    Q.   They did?
19    A.   Yes.
20         MR. PARKER: Objection, foundation.
21         MR. BROWN:  I have no further
22  questions.
23         THE VIDEOTAPE TECHNICIAN:  Going off the
24  record at approximately 2:02 p.m.

Page 40

**A173**

Michael Freeling    Virginia Walbot
Editors

# The Maize Handbook

With 120 Illustrations, 1 in color



Springer-Verlag
New York Berlin Heidelberg London Paris
Tokyo Hong Kong Barcelona Budapest



Fromm
Exhibit 5
8-24-05
Susan Perry Miller, CSR, RDR, CRR



EXHIBIT
Fromm-46
2-26-98

Michael Freeling
Department of Plant Biology
University of California
Berkeley, CA 94720 USA

Virginia Walbot
Department of Biological Sciences
Stanford University
Stanford, CA 94305 USA

Library of Congress Catalog-in-Publication Data
The Maize handbook / Michael Freeling, Virginia Walbot, editors.
   p.  cm.
   Includes bibliographical references and index.
   ISBN 0-387-97826-7 (New York).—ISBN 3-540-97826-7 (Berlin)
   1. Corn—Handbooks, manuals, etc.  2. Corn—Biotechnology—
Handbooks, manuals, etc.  I. Freeling, Michael.  II. Walbot, Virginia.
   SB191.M2M3275  1993
   633.1'5—dc20                                                                92-32462

Printed on acid-free paper.

© 1994 Springer-Verlag New York, Inc.
All rights reserved. This work may not be translated or copied in whole or in part without the written permission of the publisher (Springer-Verlag New York, Inc., 175 Fifth Avenue, New York, NY 10010, USA), except for brief excerpts in connection with reviews or scholarly analysis. Use in connection with any form of information storage and retrieval, electronic adaptation, computer software, or by similar or dissimilar methodology now known or hereafter developed is forbidden.
The use of general descriptive names, trade names, trademarks, etc., in this publication, even if the former are not especially identified, is not to be taken as a sign that such names, as understood by the Trade Marks and Merchandise Marks Act, may accordingly be used freely by anyone.

Acquiring Editor: Robert Garber
Production managed by Henry Krell; manufacturing supervised by Vincent Scelta.
Typeset using the editors' Microsoft Word files by Impressions, Inc., Ann Arbor, MI.
Color separations and printing of the insert by New England Book Components,
   Hingham, MA.
Printed and bound by Edwards Brothers, Inc., Ann Arbor, MI.
Printed in the United States of America.

9 8 7 6 5 4 3 2 1

ISBN 0-387-97826-7 Springer-Verlag New York Berlin Heidelberg
ISBN 3-540-97826-7 Springer-Verlag Berlin Heidelberg New York



*Initiation, Maintenance, and Plant Regeneration of Type II Callus* 677

and regeneration of fertile transgenic plants. Plant Cell 2: 603-618

Kamo KK, Hodges TK (1986) Establishment and characterization of embryogenic maize callus and cell suspension cultures. Plant Sci 45: 111-117

Murashige T, Skoog F (1962) A revised medium for rapid growth and bioassays with tobacco tissue cultures. Physiol Plant 15: 473-497

Shillito RD, Carswell GK, Johnson CM, DiMaio JJ, Harms CT (1989) Regeneration of fertile plants from protoplasts of elite inbred maize. Bio/Technology 7: 581-587

Songstad DD, Armstrong CL, Petersen WL (1991) AgNO$_3$ increases type II callus production from immature embryos of maize inbred B73 and its derivatives. Plant Cell Rep 9: 699-702

## 122

# Production of Transgenic Maize Plants via Microprojectile-Mediated Gene Transfer

MICHAEL FROMM

This chapter describes the rationale and techniques for producing transgenic maize plants. The emphasis will be on a basic understanding of how to develop a system for producing transgenic plants rather than a specific protocol. [Table 122.1 lists references for various protocols.] This is because the specific details are changing rapidly and depend on the availability to the investigator of the specific reagents. However, the basic principles remain the same and a good understanding of these will allow the investigator to effectively apply the latest technical improvements.

The technique used to transfer DNA into plant cells is the high velocity microprojectiles method. The DNA-coated, 1-μm tungsten or gold particles are accelerated by a microprojectile gun, of which there are several designs available. The critical aspect is that the particle gun transfers particles and DNA efficiently into the target cells, as measured by the transient and stable transformation assays described below. Any particle acceleration

The Maize Handbook—M. Freeling, V. Walbot, eds.
© 1994 Springer-Verlag, New York, Inc.

**678** CELL CULTURE PROTOCOLS

TABLE 122.1. References for maize transformation protocols

| Topic | References, sources, components* |
|---|---|
| Particle gun designs | |
|   Air rifle | 13 |
|   Electric discharge | 2, 11 |
|   Gunpowder | 6–10 |
|   Helium | 15 |
| Microprojectile/DNA preparations | 2, 6–11, 13–15, 17 |
| Plasmids | |
|   C1 and B anthocyanin genes | 5 |
|   GUS genes for corn | 7, 12 |
|   Bar gene selectable marker | 3, 4, 6, 14, 16 |
| EG5 BMS cell line | 1 |
| BMS transformation | 10, 14 |
| Transgenic plant production | 4, 6 |
| Herbicide sources | |
|   BASTA herbicide formulation | 18 |
|   Pure PPT | 19 |
|   Herbiace herbicide formulation | 20 |
|   Pure Bialaphos | 20 |
| PAT enzyme and leaf assay | 3, 6, 14, 16 |
| Media | |
|   BMS media | 21 |
|   N6 media | 22 |

*References, sources, components:

1. Chourey PS, Zurawski DB (1981) Callus formation from protoplasts of a maize culture. Theor Appl Genet 59: 341–344.
2. Christou P, Swain WF, Yang, N-S, McCabe DE (1989) Inheritance and expression of foreign genes in transgenic soybean plants. Proc Natl Acad Sci USA 86: 7500–7504.
3. De Block M, Botterman J, Vandewiele M, Dockx J, Thoen C, Gossele V, Movva NR, Thompson C, van Montagu M, Leemans J (1987) Engineering herbicide resistance in plants by expression of a detoxifying enzyme. EMBO J 6: 2513–2518.
4. Fromm ME, Morrish F, Armstrong C, Williams R, Thomas J, Klein TM (1990) Inheritance and expression of chimeric genes in the progeny of transgenic maize plants. Bio/Technology 8: 833–839.
5. Goff SA, Klein TA, Roth BA, Fromm ME, Cone KC, Radicella JP, Chandler VL (1990) Transactivation of anthocyanin biosynthetic genes following transfer of the B regulatory genes into maize tissues. EMBO J 9: 2517–2522.
6. Gordon-Kamm WJ et al (1990) Transformation of maize cells and regeneration of fertile transgenic plants. Plant Cell 2: 603–618.

*Production of Transgenic Maize Plants via Microprojectile-Mediated Gene Transfer*    **679**

TABLE 122.1. (Continued)

7. Klein TM, Gradziel T, Fromm ME, Sanford JC (1988) Factors influencing gene delivery into Zea mays cells by high-velocity microprojectiles. Bio/Technology 6: 559–563.
8. Klein TM, Fromm ME, Weissinger A, Tomes D, Schaaf S, Sletten M, Sanford JC (1988) Transfer of foreign genes into intact maize cells with high-velocity microprojectiles. Proc Natl Acad Sci USA 85: 4305–4309.
9. Klein TM, Harper EC, Svab Z, Sanford JC, Fromm ME, Maliga P (1988) Stable genetic transformation of intact Nicotiana cells by the particle bombardment process. Proc Natl Acad Sci USA 85: 8502–8505.
10. Klein TM, Kornstein L, Sanford JC, Fromm ME (1989) Genetic transformation of maize cells by particle bombardment. Plant Physiol 91: 440–444.
11. McCabe DE, Swain WF, Marinell BJ, Christou P (1988) Stable transformation of soybean Glycine max by particle acceleration. Bio/Technology 6: 923–926.
12. McElroy D, Zhang W, Cao J, Wu R (1990) Isolation of an efficient actin promoter for use in rice transformation. Plant Cell 2: 163–172.
13. Oard JH, Paige DF, Simmonds JA, Gradziel TM (1990) Transient gene expression in maize, rice, and wheat cells using an airgun apparatus. Plant Physiol 92: 334–339.
14. Spencer TM, Gordon-Kamm WJ, Daines RJ, Start WG, Lemaux PG (1990) Bialaphos selection of stable transformants from maize cell culture. Theor Appl Genet 79: 625–631.
15. Sanford JC et al (1991) An improved helium-driven biolistic device. Technique J Meth Cell Molec Biol 3: 3–16.
16. Thompson CJ, Movva NR, Tizard R, Crameri R, Davies JE, Lauwereys M, Botterman J (1987) Characterization of the herbicide-resistance gene bar from *Streptomyces hygroscopicus*. EMBO J 6: 2519–2523.
17. Tomes D, Weissinger AK, Ross M, Higgins R, Drimmond BJ, Schaaf S, Malone-Schoneberg J, Staebell M, Flynn P, Anderson J, Howard J (1990) Transgenic tobacco plants and their progeny derived by microprojectile bombardment of tobacco leaves. Plant Molec Biol 14: 261–268.
18. Hoechst Celanese Corp, Somerville NJ.
19. Cresent Chemical Co. Inc, 1324 Motor Parkway, Hauppauge, New York 11788, phone (516) 348-0333; catalog #35605 glufosinate ammonium (CAS #77182-82-2, 1 g $89.00).
20. Meija Seika Kaisha, Ltd. Pharmaceutical Research Center, Morooka-CHO, Kohoku-ku, Yokohama 222, Japan.
21. BMS media. 4.4 g MS salts (Gibco); 0.25 mg/liter each of thiamine HCl, pyridoxine, and calcium pantothenate and 1.3 mg/liter niacin; 2 mg/liter 2,4-D; 0.13 g/liter L-asparagine; 0.1 g/liter inositol; 20 g/liter sucrose; 0.2% GELRITE or 0.6% agarose; adjust pH to 5.8 before autoclaving.
22. N6 medium: 4.0 g/liter Chu ($N_6$) basal salts (Sigma C-1416), 1.0 ml/liter Eriksson's Vitamin Mix (1,000× stock made from Sigma E-1511 Powder), 0.5 mg/liter thiamine HCl, 20 g/liter sucrose, 1 mg/liter 2,4-D, 2.88 g/liter L-proline (only with Bialaphos selection, not with PPT selection), 0.1 g/liter vitamin-free casamino acids, 0.2% GELRITE or 0.6% agarose; adjust pH to 5.8 before autoclaving. (Add sterile herbicides after autoclaving and cooling to 55°C.)

device that meets these efficiency criteria is suitable. (The Dupont PDS 1000 and PDS 2000 work well in the author's experience.) The particle/DNA mixture is also an important parameter and several of the published protocols (see Table 122.1) should be evaluated by the rapid transient assays described below to determine which works best for you.

Basically, the protocol for the production of transgenic corn plants uses microprojectiles to transfer genes into embryogenic maize cells, a selectable marker gene system to recover these transgenic cells, and a regeneration system to convert the transgenic calli into fertile plants. This system is reproducible and is in use in a number of laboratories. However, it should be understood that this is still a difficult procedure that involves considerable tissue culture effort and experience with the microprojectile gun. Initially, one should expect to spend at least 40 hours of labor for each line of fertile transgenic plants produced.

There are two types of gene transfer assays: transient and stable transformation assays. After gene transfer, the majority of the introduced plasmid DNA persists as free plasmid DNA in the nucleus for a period of 7 days or so. During its transient existence in the cell, the introduced DNA is transcribed into mRNA and translated into protein given the appropriate regulatory signals. Transient gene expression is very useful to measure gene transfer efficiency because results can be obtained in 2 days and the efficiency can be quantified. Furthermore, the actual cells expressing the introduced DNA can be visualized with the $\beta$-glucuronidase (GUS) or anthocyanin genes described below.

In a small percentage of the cells, typically 1–5% of those transiently expressing the new DNA, the plasmid DNA will integrate into chromosomes. If these cells continue to divide, they grow into stably transformed calli containing the plasmid DNA. The bombarded cells of some cultures divide better than others, so the actual ratio of transiently expressing cells to stably transformed cells varies from 5% down to very small values, approaching zero in some cases. Thus, while transiently expressing cells are a good measure of the efficiency of gene transfer, they are not entirely predictive of stable transformation frequencies between different cultures. However, higher transient frequencies in a particular culture seem to correlate with better stable transformation frequencies in that culture system.

Two particularly useful reporter genes for transient assays are the *E. coli vidA* (GUS) gene and the anthocyanin regulatory genes *C1* and *B* (*Lc* or *R*), expressed from the CaMV 35S promoter. In the case of GUS, the cells can be stained with the substrate 5-bromo-4-chloro-3-indolyl $\beta$-D-glucuronic acid (XGLUC), which turns the GUS-expressing cells blue. The *B* and *C1* anthocyanin regulatory genes induce the endogenous maize anthocyanin structural genes, if present, and this results in purple-anthocyanin-pigmented cells. (This anthocyanin response is genotype-dependent, in that all the anthocyanin structural genes must be present. Most nonpigmented maize lines will respond, particularly the most common A188 or A188 × B73 cultures). [Editors' Note: Most modern inbred lines of maize are *c1* and *r-r* but contain all of the required enzyme-encoding genes. See Coe et al. (1988) for further details, in *Corn and Corn Improvement*.] Note that while the GUS reaction product diffuses out and colors multiple cells, the purple anthocyanin pigment is vacuolar and should be restricted to a single cell. In either case, these genes allow the efficiency of gene transfer to be measured as the number of pigmented cells 2 days after