ind PDS
nportant
valuated
or you.
rojectiles
recover
to fertile
lowever.
iderable
should
roduced.
n assays.
plasmid
e in the
iven the
ure gene
can be
sualized

ssing the
tinue to
mbarded
pressing
oaching
e of the
rmation
articular
culture

A (GUS)
e CaMV
-bromo-
ng cells
ocyanin
ls. (This
al genes
ne most
lines of
Coe et
he GUS
pigment
low the
ys after

bombardment. This allows someone to optimize their skills with the particle gun quickly. Bombardment of embryogenic callus cultures should produce several hundred to several thousand spots. (Note: you need a dissecting microscope to see the anthocyanin-pigmented cells.) The number of spots reflects both the gene transfer efficiency and the expression level of the plasmid transferred—a poorly expressed plasmid will not produce very many colored cells.

Once you can use the particle gun efficiently as measured by transient assays, the next step is to use a nonregenerable Black Mexican Sweet (BMS) suspension culture as the target for stable transformation studies. This will require the use of a selectable marker plasmid (discussed below) and selection for a period of 4–8 weeks. The reason for using BMS cells for training is that BMS cells are at least 100-fold easier to transform relative to regenerable embryogenic cells. This allows even suboptimal procedures to produce positive transformation results while at the same time providing a useful training exercise in selection conditions that will be applicable to the regenerable cells. Additionally, learning to routinely transform BMS cells is a valuable skill as many gene expression questions can be answered in this system quickly and efficiently. Note that anthocyanin induction by expression of the *Cl* and *B* cDNAs is very dependent on the BMS culture source, with the EG5 BMS culture working the best (Table 122.1).

There are a number of selectable markers available, preferably expressed from the vectors that give the highest expression. The ideal selectable marker allows the transgenic corn cells to grow rapidly in the presence of a metabolic inhibitor that prevents the growth of all the nontransgenic neighboring cells. The more efficient this process the quicker the growth of the transgenic calli can be observed and the less labor required to reach this stage. The essence of the selection dilemma is that initially the transgenic cell is surrounded by nontransgenic cells. Stringent selection pressure will cause these neighboring cells to die too quickly, and this will kill the rare transgenic cells, too. Therefore, the selection pressure and selective agent need to be mild enough, at least initially, so that the unhealthy nontransgenic cells do not inhibit the division of the transgenic cells. As the number of transgenic cells increases, this gets to be less of a problem. Because the stable transformation efficiency is low, quite a large number of cells are bombarded. These cells can rapidly grow into more plates of tissue than can be easily handled, so a selective agent that effectively inhibits growth quickly helps reduce the amount of tissue culture labor required to recover the transgenic calli.

The various selectable markers used successfully in monocots are genes encoding the neomycin phosphotransferase II, hygromycin phosphotransferase, acetolactate synthase (ALS), and phosphinothricin acetyltransferase (PAT) activities. Of these, I would recommend using the bar gene encoding the PAT enzyme. The ALS gene is a very efficient marker in tissue culture but appears to have a detrimental effect in some of the transgenic plants. The bar gene-encoded PAT enzyme detoxifies, via acetylation, the herbicide phosphinothricin (PPT), the active ingredient in the herbicide BASTA. An alternative active form of this herbicide is bialaphos: PPT with two alanyl groups attached. Bialaphos is activated to PPT in the plant cell and is then acetylated by the PAT activity. There

**682** CELL CULTURE PROTOCOLS

are relatively convenient enzyme assays for PAT activity, and the plants can be scored phenotypically by painting a leaf with the herbicide.

In addition to the experience with transient and stable transformation systems above, one needs to learn how to establish embryogenic maize callus and suspension cultures. This is fully discussed in other chapters in this volume. The use of A188 and A188 hybrids, such as A188 · B73, greatly facilitates the embryogenic response, and success at establishing embryogenic callus cultures is likely on the first attempt. Establishing embryogenic suspension cultures is more difficult and takes several months.

The following protocol for producing transgenic corn plants assumes that embryogenic callus or a suspension culture has been established recently, within 1–6 months for callus cultures and 3–9 months for suspension cultures. (As the cultures get older, plant regeneration and fertility decrease). The protocol also assumes that transient assays have been used to obtain efficient gene transfer conditions and that BMS stable transformations have been carried out to demonstrate that the vector and selection system are functioning properly. This protocol assumes that the bar gene is being used as the selectable marker. The use of a selectable marker plasmid with a second gene that expresses GUS facilitates identifying the transgenic calli. Alternatively, co-transformation with a second plasmid encoding GUS can be used.

## PROTOCOL FOR PRODUCING TRANSGENIC MAIZE PLANTS

### Day 1. Bombardment of the Target Cells

1. Place embryogenic callus on N6 agarose medium or suspension cultures on paper filters on N6 agarose medium. Try to make a thin lawn of tissue in a circle of about 5 cm diameter. (Because gene transfer is on the surface of the tissue, the extra thickness just gives extra cells to select against.)

2. Bombard the tissues with the DNA-microprojectile preparation and particle gun parameters that gave the best transient assay results. Up to three bombardments of the same sample can often increase the transformation efficiency.

### Days 1–14. Start Selection on Media Containing Bialaphos

1. Allow the bombarded cells to grow without selection pressure for 1–14 days, typically 2–7 days. This step is probably an important variable and several different times might be chosen to find out what works best for a given culture. Suspension culture cells can be placed back in suspension during this time or grown on solid media.

2. Transfer the cells to medium containing Bialaphos. (Note that PPT is not effective when the medium contains amino acids, while Bialaphos is effective even with amino acids present.) The recommended starting point is 1 mg/liter Bialaphos (1 mg/liter Bialaphos active ingredient if using a herbicide formulation). Usually the cells will

continue to grow the first time they are placed on selective media as they have a metabolic reserve pool and the Bialaphos takes some time to become effective. This growth is cell density-dependent, with higher densities giving more growth.

## Week 3–4. Transfer Cells to Fresh Selective Media

When the cell density on the first selection plates becomes too much for further efficient selection (more than 25% of the tissue size of the maximum number of cells that can grow on the same media without Bialaphos), replate the cells by gently flattening and spreading the tissues on fresh selective plates (one original plate will end up on several new plates to reduce the tissue density) containing 1–3 mg/liter Bialaphos. This second plating will usually inhibit cell growth enough to observe growth of the transgenic calli above the background of "flat" nongrowing cell clusters.

## Weeks 6–10. Isolate Individual Transgenic Calli

Transgenic calli become obvious by their faster growth and size at this stage. Pick obviously growing calli onto fresh selective plates. Observe the remaining calli on the selective plate to see if slower-growing transgenic calli appear later. Sometimes, if too much growth has occurred, all the cells must be replated to fresh selective plates to allow 12 weeks for transgenic calli to appear.

## Weeks 8–12. Increase Amount of Individual Transgenic Calli

Continue to grow individual callus lines on selective media to increase the amount of material to initiate large-scale regeneration efforts. Once resistant calli have been obtained it is important to verify that they are transgenic, at least when establishing the system, as it takes some time to regenerate the plants and analyze them. These tests should simply confirm that the calli are transgenic, with the more extensive analysis saved for the plants. The easiest first test is to measure enzyme activities, especially if the selectable marker plasmid also carried a second scorable marker like the GUS gene in pBARGUS, or was co-transformed with the GUS gene. However, the GUS gene might not always be present or expressed, so PAT assays of the bar gene selectable marker are also possible. Alternatively, the DNA can be analyzed by PCR or Southern Blot. (Note that the anthocyanin markers are still unproven as visual markers when expressed from promoters other than their own in stably transformed embryogenic cells—these should be used cautiously, if at all, until proven to be nondetrimental to the cells and plants.)

## Weeks 10–14. Start the Regeneration Process

The regeneration process is identical to published procedures for nontransgenic calli except that selective pressure is usually maintained. The key concern is that some of the transgenic calli consist of a mixture of transgenic and nontransgenic cells. This can lead

**684    CELL CULTURE PROTOCOLS**

to a predominance of nontransgenic plants during regeneration. Fortunately, selection pressure during regeneration inhibits the nontransgenic shoots and facilitates the recovery of the transgenic plants. Some of the calli appear to consist entirely of transgenic cells and give rise to transgenic plants without selection pressure. Probably the best strategy is to regenerate both with and without selection, using PPT or Bialaphos levels similar to those used to originally recover the calli (1–3 mg/liter). If you obtain plants on selection, they most likely are transgenic. If you only obtain plants without selection, you might need to screen the plants. Fortunately, the BASTA leaf painting assay is easy and gives results in 3 days on which plants are transgenic. Alternatively, enzymatic or DNA analysis can be performed.

### Weeks 14–18. Regeneration Produces Plantlets

The most difficult step is getting the plantlets into soil and into the greenhouse. The cuticle of the plants is very thin after the high-humidity conditions in tissue culture. Therefore, high-humidity conditions need to be used when first transplanted to soil. This is followed by a slow lowering of humidity before transfer to the greenhouse. Fortunately, humidity control can be achieved with simple closed plastic containers, with gradual opening of the system to the air by progressively propping open the lid over several days.

### Months 6–7. Plants Reach Fertility

Quite frequently transgenic plants are male and female fertile. However, tissue-culture-derived plants are often male sterile. Even in the cases where the transgenic plants are male fertile, it is a good idea to cross the transgenic ear with pollen from a normal non-tissue-culture-derived plant to increase the vigor of the progeny. Self-pollinations can be done in the next generation.

A less-frequent problem encountered in plants regenerated from older tissue culture lines is that the endosperm does not develop fully, causing the kernels to abort 2–3 weeks after fertilization. This problem can be recognized by noticing that the seeds stop enlarging [it does not damage the ear to peel back the husk to look at the kernels, and then just cover the ear again] and that they seem hollow when pressed. Dissection will show that the endosperm has stopped growing or even shriveled. Fortunately, the embryo is normal and can be rescued by dissection and germination in the medium used for the regeneration process.

### Months 7–9. Transgenic R1 Seeds Obtained

They can be stored and germinated as normal maize seeds.

## ACKNOWLEDGMENTS

Many of the ideas and protocols developed for maize transformation were in collaboration with Chuck Armstrong, Arlene Barnason, Briana Dennehey, Beate Hairston, Ted Klein, Fionnuala Morrish, and Bill Petersen.

Klein, Theodore (1998-1-20    15-15)

00133
1            IN THE UNITED STATES DISTRICT COURT        FOR THE NORTHERN
DISTRICT OF ILLINOIS
2                    WESTERN DIVISION
3  DE KALB GENETICS CORP.          )
4                                  )              Plaintiff,      )
5                                  ) Civil Action No.v.
   )    96 C 50112
6                                  )PIONEER HI-BRED INTERNATIONAL,  )
7                                  )              Defendant.      )
8  ------------------------------)DE KALB GENETICS CORP.          )
9                                  )              Plaintiff,      )
10 )    96 C 50113                 ) Civil Action No.v.
11                                 )PIONEER HI-BRED INTERNATIONAL,  )
12                                 )              Defendant.      )
13 ------------------------------)DE KALB GENETICS CORP.          )
14                                 )              Plaintiff,      )
15 )    96 C 50114                 ) Civil Action No.v.
16                                 )CIBA-GEIGY CORPORATION, et al.,  )
17                                 )              Defendants.     )
18
19
20         DEPOSITION OF THEODORE M. KLEIN, PH. D.
21
22  -------------------------------------------------
23              WILCOX & FETZER   1330 King Street - Wilmington, Delaware
19801
24                 (302) 655-0477
00134
1  DE KALB GENETICS CORP.          )                              )
2                Plaintiff,        )                              )  Civil
Action No.
3  v.                              )    96 C 50169
   )
4  NORTHRUP KING CO., d/b/a        )SANDOZ SEEDS CO.,             )
5                                  )              Defendant.      )
6  ------------------------------)DE KALB GENETICS CORP.          )
7                                  )              Plaintiff,      )
8                                  ) Civil Action No.v.
   )    96 C 50239
9                                  )PIONEER HI-BRED INTERNATIONAL,  )
10                                 )              Defendant.      )
11 ------------------------------)DE KALB GENETICS CORP.          )
12                                 )              Plaintiff,      )
13 )    96 C 50240                 ) Civil Action No.v.
14                                 )PIONEER HI-BRED INTERNATIONAL,  )
15                                 )              Defendant.      )
16 ------------------------------)DE KALB GENETICS CORP.          )
17                                 )              Plaintiff,      )
18 )    96 C 50241                 ) Civil Action No.v.
19                                 )CIBA-GEIGY CORPORATION,       )
20                                 )              Defendant.      )
21
22
23
24
00135
1  MYCOGEN PLANT SCIENCE           )INCORPORATED, a Delaware      )
2  corporation, and AGRIGENETICS,  )INC., a Delaware corporation,  )
                                    Page 1

**A184**

```
                           Klein, Theodore (1998-1-20    15-15)
  3                                       )               Plaintiffs,    )
  4                                       )  Civil Action No.v.
     )    96 C 50284
  5                                       )DE KALB GENETICS CORP.               )
  6                                       )               Defendant.           )
  7       -----------------------------)DE KALB GENETICS CORP.               )
  8                                       )               Plaintiff,           )
  9                                       )  Civil Action No.v.
     )    96 C 50287
 10                                       )CIBA-GEIGY CORPORATION,              )
 11                                       )               Defendant.           )
 12       -----------------------------)DE KALB GENETICS CORP.               )
 13                                       )  Plaintiff,           )
 14                                       )  Civil Action No.v.
     )    96 C 50288
 15                                       )PIONEER HI-BRED INTERNATIONAL,       )
 16                                       )               Defendant.           )
 17       -----------------------------)                                    )
 18  DE KALB GENETICS CORP.               )                       )        )  Civil
 19                        Plaintiff,      )
Action No.
 20  v.                                    )    96 C 50289
     )
 21  NORTHRUP KING CO., d/b/a     )SANDOZ SEEDS CO.,               )
 22                                       )               Defendant.           )
 23
 24
```

□00136
 1              Deposition of THEODORE M. KLEIN, PH. D.taken pursuant to notice at
the law offices of
 2  Richards, Layton & Finger, One Rodney Square,Wilmington, Delaware, beginning
at 9:35 a.m. on
 3  Tuesday, January 20, 1998, before Robert W. Wilcox,Sr., Registered
Professional Reporter and Notary
 4  Public.
 5  APPEARANCES:
 6          DAVID L. PARKER, ESQ.          Arnold, White & Durkee
 7            1900 One American Center        600 Congress Avenue
 8            Austin, Texas  78701        for DeKalb Genetics Corp.,
 9          RONALD A. WAWRZYN, ESQ.
 10         RICHARD C. PEET, ESQ.          Foley & Lardner
 11           777 E. Wisconsin Avenue         Milwaukee, Wisconsin  53202
 12             -and-     BRIAN P. O'SHAUGHNESSY, ESQ.
 13         Burns, Doane, Swecker & Mathis        P.O. Box 1404
 14           Alexandria, Virginia  22313        for Pioneer Hi-Bred
International,
 15         WILLIAM P. DI SALVATORE ESQ.
 16         White & Case LLP      1155 Avenue of the Americas
 17           New York, New York  10036        for Ciba-Geigy Corporation,
 18         ALLAN W. JANSEN, ESQ.
 19         VICKI G. NORTON, ESQ.          Lyon & Lyon, L.L.P.
 20           3200 Park Center Drive          Costa Mesa, California  92636
 21           for Mycogen Plant Science, Incorporated        and Agrigenetics,
Inc.,
 22
 23
 24

□00137
 1  APPEARANCES (CONT'D):
 2          RONALD J. BROWN, ESQ.          Dorsey & Whitney
 3            220 South 6th Street         Minneapolis, Minnesota  55402
 4            for Northrup King Co.
 5          BARBARA SIEGELL, ESQ.          DuPont Legal
                                           Page 2

**A185**

Klein, Theodore (1998-1-20   15-15)

6    Q.    What was the hybridization probe that was
7  used in this experiment?
8    A.    In this case the luciferase probe was used, I
9  believe.
10    Q.    And how do you distinguish the control from
11  the transformed plant?
12    A.    In this case the control should have no
13  hybridizing bands because corn does not have its own
14  luciferase gene.  And so the presence of these bands
15  in the other lines indicates that indeed the
16  luciferase gene is present.
17    Q.    To the best of your recollection, when was
18  the bombardment done which gave rise to the
19  transformed R0 plant designated pALSLUC-3?
20    A.    Probably sometime in early '88, I would say,
21  or so.
22    Q.    And on what basis do you conclude that that
23  bombardment was done in early '88?
24    A.    Well, I left USDA Plant Gene Expression
00143
1  Center in like the summer of '89.  It was probably
2  more like maybe the summer of '88, around there.  In
3  other words, when I was leaving the Plant Gene
4  Expression Center we already had plantlets from that.
5    Q.    Plantlets from what?
6    A.    Luciferase positive plants from material that
7  was bombarded with pALSLUC.  So the selection
8  experiments and everything else probably were for that
9  particular -- those particular plants were probably
10  initiated like in the summer of '88, I believe.
11    Q.    Okay.
12    A.    The dates I'm really not good at.
13    Q.    Yesterday you testified that Dr. Sanford's
14  gene gun was a revolutionary technique.  Is that your
15  belief today?
16    A.    Absolutely.
17          MR. PARKER:  Objection, misstates the
18  testimony from yesterday and leading.
19    Q.    Dr. Klein, did you testify yesterday that
20  Dr. Sanford's gene gun technique was a revolutionary
21  technique?
22    A.    As I recall, yes --
23          MR. PARKER:  Objection.  Leading and
24  again misstates the witness.
00144
1          MR. BROWN:  Let the witness finish his
2  objection, counsel.
3          MR. PARKER:  I have to get my objection
4  out before the witness answers.  That's the problem
5  here.  The witness is answering before I'm allowed to
6  object.  Is it inappropriate?
7          MR. BROWN:  It's inappropriate for you
8  to make an objection during the witness' answer.  If
9  you chose not to make an objection before the witness
10  answered, wait until he answers to make your
11  objection.
12          MR. PARKER:  I think, if we can go back
13  and play the tape, you'd find very clearly that the
14  witness began answering before the question was
15  ending.  I was trying to --
16          MR. PEET: Let's just continue.
17          MR. PARKER:  I was trying to allow
18  Mr. Peet to finish his objection.

Page 5

**A186**

Klein, Theodore (1998-1-20    15-15)

```
 7              MR. DI SALVATORE:  Objection.
 8              MR. JANSEN:  Objection.  Lack of
 9  foundation.  Mischaracterizes the witness' prior
10  testimony.  Also argumentative.
11              MR. DI SALVATORE:  The question was
12  asked and answered.
13      Q.   I don't think they like my question, do you?
14      A.   I like your question.  I'll answer it if you
15  want.
16      Q.   Okay.
17      A.   What was the question?
18              (The requested portion was read.)
19              THE WITNESS:  Again, I just say that's
20  not the purpose of this article, that the purpose is
21  specifically to show gene transfer and levels of gene
22  transfer that are possible.  It suggests the type of
23  tissue that you would use.  It demonstrates the
24  parameters that you would use to bombard that tissue.
00274
 1  And that's all I can say about it because that's the
 2  purpose of it.
 3  BY MR. PARKER:
 4      Q.   Now, when you say that wasn't the purpose of
 5  it, do you mean that wasn't the purpose to prepare
 6  fertile transgenic corn --
 7      A.   That was the purpose of --
 8      Q.   -- that is shown in this 1988 PNAS article?
 9              MR. PEET: Objection.
10      A.   I disagree with that.
11      Q.   I'm trying to clarify what you meant when you
12  said that wasn't the purpose.
13      A.   When did I say that?
14              MR. PARKER:  Could you go back and read
15  his answer to him?
16              MR. DI SALVATORE:  It would help if you
17  asked the question and let him answer it.
18              THE WITNESS:  Ask me -- I don't want to
19  go into a long lecture.
20              MR. PARKER:  Could you go back where he
21  said, "that wasn't the purpose of this paper"?
22              (The requested portion was read.)
23              THE WITNESS:  That's the purpose of it.
24              MR. PEET: Is there a question now?
00275
 1              MR. PARKER:  There will be.
 2  BY MR. PARKER:
 3      Q.   When you said, again, "that's not the purpose
 4  of it," my question is:  What were you referring to
 5  when you said that's not the purpose?
 6              MR. PEET: Objection.  Asked and answered
 7  and vague.
 8              MR. PARKER:  I just want to know what
 9  this witness meant by his answer.  I'm trying to
10  unvague his answer.
11      A.   Let me say it one more time.
12      Q.   All right.
13      A.   That the experiments in this paper describe
14  using the gene gun and optimizing parameters with the
15  gene gun for the purpose of demonstrating high levels
16  of gene expression in embryogenic tissue.  The purpose
17  of that is to then be able to have parameters that you
18  can use to produce fertile transgenic corn.
19      Q.   Right.  But the purpose of the PNAS article
```

Page 57

**A187**

Klein, Theodore (1998-1-20    15-15)

20  was not to demonstrate the preparation of fertile
21  transgenic corn, correct?
22          MR. PEET: Objection.
23      A.    I would say it was one of the steps.  Its
24  purpose is to demonstrate, again, one of the prime
00276
1   most important parts of the production of fertile
2   transgenic plants.
3       Q.    And I'd like you to confirm for me that this
4   June 1988 PNAS article does not show the obtaining of
5   a fertile transgenic corn plant?
6       A.    Right.  That's true.  I would agree with
7   that.
8       Q.    Now, you mentioned --
9       A.    And that's not -- that's all I have to say.
10      Q.    You're going to say that's not the point of
11  it?
12          MS. SIEGELL:  No.
13      A.    No.  I'm not going to say...
14      Q.    Now, I believe you testified that this paper
15  shows very high level of expression in embryogenic
16  tissues?
17      A.    Mm-hmm.
18      Q.    Where does it show very high levels of
19  expression in embryogenic tissues?
20      A.    I would say figure 3.  Some of those lanes
21  are embryogenic tissue.
22      Q.    Well, such as in column D?  That was lacking
23  DNA?
24      A.    D is control.  Probably E and F.
00277
1       Q.    Well, in fact, in Table 2 you measure the
2   level of expression, correct, on the previous page?
3       A.    Right.  That's probably one of our first
4   experiments.
5       Q.    And Table 2, which is much more quantitative
6   than Figure 3 -- correct -- Figure 3 is not intended
7   to be a quantitative experiment, is it?
8       A.    Sure, it is.  I mean --
9       Q.    Don't you have to cut out the spots and
10  measure --
11      A.    People put it on a densitometer too and just
12  visualize the spots as well.
13      Q.    Sort of eyeball it?
14      A.    Yes.
15      Q.    But isn't Table 2, in fact, the more
16  quantitative assay?
17      A.    It gives specific numbers.
18      Q.    And in Table 2 aren't you, in fact, reporting
19  at least an order of magnitude lower expression of
20  these genes and the embryogenic tissues as compared
21  with the nonregenerable BMS tissue?
22          MR. DI SALVATORE:  Objection to the
23  form.  The document says what it says.  Why don't you
24  read what the document says.  Take your time,
00278
1   Dr. Klein, and review it.
2       A.    It looks like we're getting infinitely higher
3   activity in the treatments than in the control.  So
4   we're doing pretty well.
5       Q.    Well, infinitely higher because you report
6   zero in the control; right?
7       A.    Yes.
                                Page 58

**A188**

Klein, Theodore (1998-1-21   15-39)

```
00307
 1          IN THE UNITED STATES DISTRICT COURT        FOR THE NORTHERN
DISTRICT OF ILLINOIS
 2                    WESTERN DIVISION
 3  DE KALB GENETICS CORP.       )
 4                               )                   Plaintiff,     )
 5                               )  Civil Action No.v.
    )   96 C 50112
 6                               )PIONEER HI-BRED INTERNATIONAL,   )
 7                               )                   Defendant.    )
 8  -----------------------------)DE KALB GENETICS CORP.           )
 9                               )                   Plaintiff,    )
10                               )  Civil Action No.v.
    )   96 C 50113
11                               )PIONEER HI-BRED INTERNATIONAL,   )
12                               )                   Defendant.    )
13  -----------------------------)DE KALB GENETICS CORP.           )
14                               )                   Plaintiff,    )
15                               )  Civil Action No.v.
    )   96 C 50114
16                               )CIBA-GEIGY CORPORATION, et al., )
17                               )                   Defendants.   )
18
19
20          DEPOSITION OF THEODORE M. KLEIN, PH. D.
21
22  ----------------------------------------------------
23                   WILCOX & FETZER   1330 King Street - Wilmington, Delaware
19801
24                   (302) 655-0477
00308
 1  DE KALB GENETICS CORP.        )                            )
 2                   Plaintiff,   )                            )  Civil
Action No.
 3  v.                            )    96 C 50169
    )
 4  NORTHRUP KING CO., d/b/a      )SANDOZ SEEDS CO.,           )
 5                               )                   Defendant. )
 6  -----------------------------)DE KALB GENETICS CORP.       )
 7                               )                   Plaintiff,  )
 8                               )  Civil Action No.v.
    )   96 C 50239
 9                               )PIONEER HI-BRED INTERNATIONAL, )
10                               )                   Defendant.  )
11  -----------------------------)DE KALB GENETICS CORP.        )
12                               )                   Plaintiff,  )
13                               )  Civil Action No.v.
    )   96 C 50240
14                               )PIONEER HI-BRED INTERNATIONAL, )
15                               )                   Defendant.  )
16  -----------------------------)DE KALB GENETICS CORP.        )
17                               )                   Plaintiff,  )
18                               )  Civil Action No.v.
    )   96 C 50241
19                               )CIBA-GEIGY CORPORATION,       )
20                               )                   Defendant.  )
21
22
23
24
00309
 1  MYCOGEN PLANT SCIENCE         )INCORPORATED, a Delaware     )
 2  corporation, and AGRIGENETICS,)INC., a Delaware corporation, )
                                 Page 1
```

**A189**

```
                    Klein, Theodore (1998-1-21  15-39)
     3                         )                Plaintiffs,   )
     4                         ) Civil Action No.v.
         )  96 C 50284
     5                         )DE KALB GENETICS CORP.        )
     6                         )                Defendant.    )
     7  ---------------------------)DE KALB GENETICS CORP.    )
     8                         )                Plaintiff,    )
     9                         ) Civil Action No.v.
         )  96 C 50287
    10                         )CIBA-GEIGY CORPORATION,       )
    11                         )                Defendant.    )
    12  ---------------------------)DE KALB GENETICS CORP.    )
    13                         )                Plaintiff,    )
    14                         ) Civil Action No.v.
         )  96 C 50288
    15                         )PIONEER HI-BRED INTERNATIONAL,)
    16                         )                Defendant.    )
    17  ---------------------------)
    18  DE KALB GENETICS CORP.     )                          )
    19                Plaintiff,   )                          ) Civil
Action No.
    20  v.                         )   96 C 50289
         )
    21  NORTHRUP KING CO., d/b/a    )SANDOZ SEEDS CO.,        )
    22                         )                Defendant.    )
    23
    24
```

☐00310
```
     1       Continued videotape deposition ofTHEODORE M. KLEIN, PH. D. taken
pursuant to notice at
     2  the law offices of Richards, Layton & Finger, OneRodney Square, Wilmington,
Delaware, beginning at 9:30
     3  a.m. on Wednesday, January 21, 1998, before Robert W.Wilcox, Sr., Registered
Professional Reporter and
     4  Notary Public.
     5  APPEARANCES:
     6       DAVID L. PARKER, ESQ.        MARK B. WILSON, ESQ.
     7       Arnold, White & Durkee       1900 One American Center
     8        600 Congress Avenue         Austin, Texas  78701
     9        for DeKalb Genetics Corp.,
    10       RICHARD C. PEET, ESQ.        Foley & Lardner
    11        777 E. Wisconsin Avenue       Milwaukee, Wisconsin  53202
    12          -and-        BRIAN P. O'SHAUGHNESSY, ESQ.
    13       Burns, Doane, Swecker & Mathis      P.O. Box 1404
    14        Alexandria, Virginia  22313       for Pioneer Hi-Bred
International,
    15       WILLIAM P. DI SALVATORE ESQ.
    16       White & Case LLP       1155 Avenue of the Americas
    17        New York, New York  10036       for Ciba-Geigy Corporation,
    18       ALLAN W. JANSEN, ESQ.
    19       Lyon & Lyon, L.L.P.       3200 Park Center Drive
    20        Costa Mesa, California  92636        for Mycogen Plant Science,
Incorporated
    21       and Agrigenetics, Inc.,
    22
    23
    24
```

☐00311
```
     1  APPEARANCES (CONT'D):
     2       RONALD J. BROWN, ESQ.        Dorsey & Whitney
     3        220 South 6th Street         Minneapolis, Minnesota  55402
     4        for Northrup King Co.
     5       BARBARA SIEGELL, ESQ.        DuPont Legal
                                 Page 2
```

Klein, Theodore (1998-1-21    15-39)

```
 9    you see that?
10         A.    Yes.
11         Q.    Who is S. J. Peloquin?
12         A.    He was a professor at the University of
13    Wisconsin.  So he's a member of the National Academy
14    of Sciences, or was.  And so you would send a paper to
15    him and he would distribute it to referees.
16         Q.    Okay.  In Exhibit 63, as I indicated, that
17    was communicated on August 15th, 1988, on the last
18    page of it, it says in this paragraph, Dr. Klein --
19         A.    Yes, okay.
20         Q.    -- "Recent experiments using bombardment
21    parameters similar to those described in this report
22    have allowed the recovery of stably transformed callus
23    from suspension culture cells of maize (unpublished
24    data)."
```

000458

```
 1                   First of all, is that a true statement?
 2         A.    Yes.
 3         Q.    And do you recall what that data was?
 4         A.    I believe it was in embryogenic cultures of
 5    maize.
 6         Q.    And this work would have been the work at the
 7    USDA?
 8         A.    Yes.
 9         Q.    Now, do you recall, Dr. Klein, that
10    previously we had marked for identification Exhibits
11    12 and 13?  They should be in your stack there.
12         A.    Yes.
13         Q.    Why don't you pull them out for a second?
14                   And Exhibit 12, again, is the May 1988
15    article in Biotechnology and Exhibit 1 is the June '88
16    article in the proceedings of the National Academy of
17    Sciences?
18         A.    Yes.
19         Q.    And, again, you were an author on both those
20    articles?
21         A.    Yes.
22         Q.    And, in fact, you were the lead author on
23    both those articles; correct?
24         A.    Yes.
```

000459

```
 1         Q.    And the purpose of those two articles,
 2    Exhibits 12 and 13, was to disclose to individuals in
 3    the article the procedures necessary for the
 4    transformation of maize cells.
 5         A.    Yes.
 6                   MR. PARKER:  Objection, leading.
 7         Q.    And that was procedures that would be useful
 8    for the production of a fertile transgenic maize
 9    plant?
10         A.    Yes.
11                   MR. PARKER:  Same objection.
12         Q.    Do you believe that based upon the teachings
13    in Exhibits 12 and 13 a person of skill in the art as
14    of at least the latest of the publication dates, June
15    of '88, reading these articles would be able to
16    perform experiments wherein the result would be the
17    preparation of a fertile transgenic maize plant?
18         A.    Yes.
19         Q.    Using the information in Exhibits 12 and 13?
20         A.    Yes, assuming that they had further knowledge
21    of maize tissue culture.  Yes.
```

Page 61

**A191**

Klein, Theodore (1998-1-21    15-39)

22    Q.    But that was the maize tissue culture
23  articles, for example, that you had referred to?
24    A.    Yes.
00460
1    Q.    For example, the Tomes article?
2    A.    Yes.
3    Q.    And, indeed, do you recall that you referred
4  to these articles, Exhibits 12 and 13, in your article
5  No. 11, which is the article with Dr. Fromm?
6    A.    That's correct.
7         MR. PARKER:  Objection, leading.
8    Q.    Let me mark as Exhibit No. 64 a document
9  which bears the Bates number D409.
10         Do you recognize that document?
11         (Klein Deposition Exhibit No. 64 was
12  marked for identification.)
13         THE WITNESS:  Yes.
14  BY MR. JANSEN:
15    Q.    What is Exhibit 64?
16    A.    It's a letter from Stephen Johnson from Duke
17  University to myself.
18    Q.    And what is the subject matter of the
19  letter?
20    A.    It's discussing results from yeast
21  experiments, yeast transformation experiments by
22  particle bombardment.
23    Q.    Let's see it for one second, Dr. Klein.
24         In the letter Dr. Johnson says, "Well,
00461
1  we finally have something that is near completion."
2  Do you recall what that was?
3    A.    I think the paper that he was preparing
4  relating to the yeast results.
5    Q.    And did Duke eventually successfully
6  transform yeast?
7    A.    Yes.  Well, we did it first at Cornell in
8  collaboration with Stephen Johnson.  And then they got
9  a gun and continued that work.  So they put all that
10  data together into a publication that was published in
11  Current Genetics.
12    Q.    Do you recall when that successful
13  transformation of yeast occurred?
14    A.    Again, it was while John Sanford was down at
15  Duke University.
16    Q.    Do you recall what period of time Dr. Sanford
17  was down at Duke University?
18    A.    No, not really.  I don't recall the exact
19  time we did those experiments.
20    Q.    Okay.  Let me hand you a document marked for
21  identification as Deposition Exhibit No. 65, and ask
22  if you recognize this document.
23         (Klein Deposition Exhibit No. 65 was
24  marked for identification.)
00462
1         MR. JANSEN:  Yes.
2  BY MR. JANSEN:
3    Q.    What is Exhibit 65?
4    A.    It's a review article published in Genetic
5  Engineering Principles and Methods.
6    Q.    And you're the author of Exhibit 65, or
7  you're one of authors?
8    A.    One of the authors, yes.
9    Q.    And this has a publication, a copyright date
Page 62

**A192**

US005550318A

# United States Patent [19]

## Adams et al.

[11] **Patent Number:** 5,550,318

[45] **Date of Patent:** Aug. 27, 1996

[54] **METHODS AND COMPOSITIONS FOR THE PRODUCTION OF STABLY TRANSFORMED, FERTILE MONOCOT PLANTS AND CELLS THEREOF**

[75] Inventors: **Thomas R. Adams**, No. Stonington; **Sheryl A. Chambers**, Groton; **Richard J. Daines**, Ledyard; **William J. Gordon-Kamm**; **Albert P. Kausch**, both of Stonington; **Peggy G. Lemaux**, Mystic; **Catherine J. Mackey**, Old Lyme, all of Conn.; **Mary L. Mangano**, Westerly, R.I.; **James V. O'Brien**, Mystic, Conn.; **Thomas B. Rice**, Waterford, Conn.; **T. Michael Spencer**, Mystic, Conn.; **William G. Start**, North Stonington, Conn.; **Nancy G. Willetts**, Niantic, Conn.

[73] Assignee: **Dekalb Genetics Corporation**, Dekalb, Ill.

[21] Appl. No.: **565,844**

[22] Filed: **Aug. 9, 1990**

### Related U.S. Application Data

[63] Continuation of Ser. No. 513,298, Apr. 17, 1990, abandoned.

[51] Int. Cl.⁶ ............................. C12N 15/00; C12N 15/82; A01H 1/06; A01H 4/00
[52] U.S. Cl. ................................. 800/205; 800/DIG. 56; 435/172.1; 435/172.3; 435/240.4
[58] Field of Search ....................................... 800/200, 205; 47/58; 435/172.1, 172.3, 240.4, 240.5, 172.1, 13, 287

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis | 504/323 |
| 4,399,216 | 8/1983 | Axel et al. | 435/6 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 80893/87 | 12/1988 | Australia . | |
| 126537 | 4/1983 | European Pat. Off. . | |
| 0141373 | 5/1985 | European Pat. Off. . | |
| 0154204 | 9/1985 | European Pat. Off. . | |
| 0160390 | 11/1985 | European Pat. Off. . | |
| 0193259 | 9/1986 | European Pat. Off. . | C12N 15/00 |
| 0204549 | 10/1986 | European Pat. Off. . | C12N 15/00 |
| 0292435 | 11/1986 | European Pat. Off. . | |
| 0202668 | 11/1986 | European Pat. Off. .) | |

(List continued on next page.)

### OTHER PUBLICATIONS

Beermann et al., "Tyrosinase as a marker for transgenic mice," *Nucleic Acids Research*, 19(4):958, 1991.

Gordon-Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," *The Plant Cell*, 2:603–618, Jul., 1990.

Perl et al., "Bacterial Dihydrodipicolinate Synthase and Desensitized Aspartate Kinase: Two Novel Selectable Markers for Plant Transformation," *Bio/Technology*, 11:715–718, Jun., 1993.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57] **ABSTRACT**

This invention relates to a reproducible system for the production of stable, genetically transformed maize cells, and to methods of selecting cells that have been transformed. One method of selection disclosed employs the Streptomyces bar gene introduced by microprojectile bombardment into embryogenic maize cells which were grown in suspension cultures, followed by exposure to the herbicide bialaphos. The methods of achieving stable transformation disclosed herein include tissue culture methods and media, methods for the bombardment of recipient cells with the desired transforming DNA, and methods of growing fertile plants from the transformed cells. This invention also relates to the transformed cells and seeds and to the fertile plants grown from the transformed cells and to their pollen.

**16 Claims, 11 Drawing Sheets**



**5,550,318**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,559,301 | 12/1985 | Ingolia et al. | 435/76 |
| 4,581,847 | 4/1986 | Hibberd | 47/58 |
| 4,634,665 | 1/1987 | Axel et al. | 435/68 |
| 4,665,030 | 5/1987 | Close | 198/431 |
| 4,666,844 | 5/1987 | Cheng | 435/240.5 |
| 4,683,202 | 7/1987 | Mullis | 435/91 |
| 4,727,028 | 2/1988 | Santerre | 435/240.2 |
| 4,761,373 | 8/1988 | Anderson et al. | 435/172.3 |
| 4,806,483 | 7/1989 | Wang | 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. | 435/172.3 |
| 5,004,863 | 4/1991 | Umbeck | 800/205 |
| 5,015,580 | 6/1991 | Christou et al. | 435/172.3 |
| 5,049,500 | 9/1991 | Arnizen et al. | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,187,073 | 2/1993 | Goldman et al. | 435/172.3 |
| 5,350,689 | 9/1994 | Shillito et al. | 435/240.47 |
| 5,352,605 | 10/1994 | Franley et al. | 435/240.4 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0242236 | 10/1987 | European Pat. Off. | |
| 0242246 | 10/1987 | European Pat. Off. | |
| 0275069 | 1/1988 | European Pat. Off. | |
| 0299552 | 1/1988 | European Pat. Off. | |
| 0257472A2 | 3/1988 | European Pat. Off. | |
| 0262971 | 4/1988 | European Pat. Off. | |
| 0270356 | 6/1988 | European Pat. Off. | |
| 0280400 | 8/1988 | European Pat. Off. | |
| 0282164 | 9/1988 | European Pat. Off. | |
| 0290395 | 11/1988 | European Pat. Off. | |
| 0289479 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0301749 | 2/1989 | European Pat. Off. | |
| 0359617 | 8/1989 | European Pat. Off. | |
| 0334539 | 9/1989 | European Pat. Off. | |
| 0331855 | 9/1989 | European Pat. Off. | C12N 3/00 |
| 0348348A2 | 12/1989 | European Pat. Off. | |
| 0348348 | 12/1989 | European Pat. Off. | |
| 0360750A2 | 3/1990 | European Pat. Off. | |
| 0424047A1 | 4/1991 | European Pat. Off. | |
| 0442174A1 | 4/1991 | European Pat. Off. | C12N 15/82 |
| 0442175A1 | 8/1991 | European Pat. Off. | |
| 0452269A2 | 10/1991 | European Pat. Off. | |
| 0469273A1 | 2/1992 | European Pat. Off. | |
| 0485970A3 | 5/1992 | European Pat. Off. | C12N 15/82 |
| 0589110A1 | 3/1994 | European Pat. Off. | A01N 63/02 |
| 2661421 | 10/1991 | France | |
| 3738874 | 11/1988 | Germany | |
| 4013099A1 | 10/1991 | Germany | C12N 15/82 |
| 8801444 | 1/1990 | Netherlands | |
| 2159115 | 11/1985 | United Kingdom | |
| WO85/01856 | 11/1983 | WIPO | |
| WO85/02973 | 7/1985 | WIPO | |
| WO87/05629 | 9/1987 | WIPO | |
| WO89/04371 | 5/1989 | WIPO | C12N 21/00 |
| WO89/12102 | 12/1989 | WIPO | |
| WO90/10691 | 8/1990 | WIPO | C12N 5/00 |
| WO91/02071 | 2/1991 | WIPO | 435/172.3 |
| WO91/10725 | 7/1991 | WIPO | 435/172.3 |
| WO92/06205 | 4/1992 | WIPO | |
| WO92/12250 | 7/1992 | WIPO | C12N 15/82 |
| WO93/07278 | 4/1993 | WIPO | C12N 15/82 |
| WO93/19190 | 9/1993 | WIPO | C12N 15/82 |

OTHER PUBLICATIONS

Perlak et al., "Modification of the coding sequence enhances plant expression of insect control protein genes," *Proc. Natl. Acad. Sci. USA,* 88:3324–3328, Apr., 1991.

Spencer et al., "Segregation of transgenes in maize," *Plant Molecular Biology,* 18:201–210, 1992.

Sugiyama et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for *Escherichia coli*," *Plasmid,* 23:237–241, 1990.

Wong et al., "*Arabidopsis thaliana* small subunit leader and transit peptide enhance the expression of *Bacillus thuringiensis* proteins in transgenic plants," *Plant Molecular Biology,* 20:81–93, 1992.

International Search Report dated Aug. 16, 1995.

Potrykus, Physiologia Plantarum 79:125–134, 1990.

Ahokas, Theor Appl Genet, 77:460–472, 1989.

Schmidt et al., Chem Abstracts, 110:514–515, Abstract 230156, 1989.

Horn et al., Chem Abstracts, 110:208, Abstract 89869A, 1989.

DeWalk et al., Abstract A1–36, 7th International Congress on Plant Tissue and Cell Culture, Amsterdam, 24–29 Jun., 1990.

Ahokes, Soc Biochem Biophys, Microbio, Fenn., Biotieteen Paivat (Bioscience Days), Abstracts, Techn Univ of Helsinki, Espoo, p. 2, 1989.

Francois et al., Bio Abstr, 82:(1):AB–391, Abstract 3396.

Graves and Goldman, Plant Mol Biol, 7:43–50, 1986.

Genetic Technology News, Mar. 1990. vol. 10 #3.

Genetic Engineering Letter, Apr. 1990. vol. 10 #8.

Genetic Technology News, May 1990. vol. 10 #5.

Genetic Technology News, Jul. 1990. vol. 10 #7.

Genetic Technology News, Jul. 1991. vol. 11 #7.

Clark, AG Consultant, Jul. 1990. p. 12.

Bio/Technology, Jun. 1990. p. 490.

Biotechnology News, Apr. 1990. p. 2.

Nelson, The Plant Cell, 2:589, 1990.

Agri Newsletter, Oct./Nov. 1990. p. 3.

Agricultural Genetics Report, Mar./Apr. 1990.

Connecticut Academy of Science and Engineering, 5(4), 1990. p. 6.

Spencer et al., Poster Presentation, Faseb Plant Gene Expression Conference, Copper Mountain, Colorado, Aug. 6–11, 1989.

Chicago Tribune, Apr. 1990.

Sanford et al., Theor Appl Genet, 69:571–574, 1985.

Booy et al., J Plant Physiol, 135:319–324, 1989.

Walbot et al., Molecular Genetics of Corn, Ag. Mono., 18:389–430, 1988.

McDaniels et al., Planta, 175:13–22, 1988.

Waldron et al., "Resistance to Hygromycin B," *Plant Molecular Biology,* 5:103–108, 1985.

Phillips and McClure, "Elevated Protein–Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine," *Cereal Chemists,* 62(3):213–218, 1985.

Horn et al., "Transgenic plants of Orchardgrass (*Dactylis glomerata L.*) from protoplasts," *Plant Cell Reports,* 7:569–472, 1988.

Lindsey and Jones, "Electroporation of cells," *Phyrsiologia Plantarum,* 79:168–172, 1990.

Dialog Search Report, Patent Family Record for Australian Patent 8780893.

Goff et al., "Transactivation of anthocyanin biosynthetic genes following transfer of B regulatory genes into maize tissues," *The EMBO Journal,* 9(8):2517–2522, 1990.

Green & Rhodes, "Plant Regeneration in Tissue Cultures of Maize," In: *Maize for Biological Research,* William F. Sheridan, Ed., University of North Dakota, Grand Forks, North Dakota, 1982.

A194

**5,550,318**

Page 3

Shen & Hohn, "Amplification and expression of the β–glucuronidase gene in maize plants by vectors based on maize streak virus," *The Plant Journal,* 5(2):227–236, 1994.

Wan & Lemaux, "Generation of Large Numbers of Independently Transformed Fertile Barley Plants," *Plant Physiol.,* 104:37–48, 1994.

Moffat, Science, 249:630, Aug. 10, 1990.

Vasil, Bio/Technology, 8:797, 1990.

Fromm et al., Bio/Technology, 8:833–839, 1990.

Ludwig et al., Cell, 62:849–851, 1990.

Potrykus, Bio/Technology, 8:535–542, Jun. 1990.

Stanford, Physiol. Plantarum, 79:206–209, 1990.

Cristou et al., Trends Biotech Techniques, 8:145–151, 1990.

Creissen et al., Plant Cell Reports, 8:680–683, Apr., 1990.

Tomes et al., Plant Mol Biol, 14:261–268, Feb., 1990.

Tomes, 26th Annual Corn Breeders School, Annual Meeting Proceedings, U. Illinois, Feb. 26–27, 1990, pp. 7–8.Ludwig et al., Science, 247:449–450, 1990.

Spencer et al., Theor Appl Genet, 79:625–631, May, 1990.

Christou et al., Theor Appl Genet, 79:337–341, 1990.

White et al., Nucleic Acids Res, 18:1062, 1989.

Prioli et al., Bio/Technology, 7:589–594, 1989.

Shimamoto et al., Nature, 338:274–276, 1989.

Potrykus, Tibtech, 7:269–273, 1989.

Shillito et al., Bio/Technology, 7:581–587, 1989.

Dekeyser et al., Plant Physiol, 90:217–223, 1989.

De Greef et al., Bio/Technology, 7:61–64, 1989.

Kartha et al., Plant Cell Reports, 8:429–432, 1989.

Mendel et al., Theor Appl Genet, 78:31–34, 1989.

Twell et al., Plant Physiol, 91:1270–1274, 1989.

Chandler et al., The Plant Cell, 1:1175–1183, 1989.

Ludwig et al., PNAS, 86:7092–7096, 1989.

Klein et al., PNAS, 86:6681–6685, 1989.

Hooykaas, Plant Mol Biol, 13:327–336, 1989.

Evans, Trends Genet, 5:46–50, 1989.

Klein et al., Plant Physiol, 91:440–444.

*Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in Zea Mays L.,* Fransz, P. F, Ph.D. Thesis, U. of Wageningen Press, the Netherlands, 1988.

Rhodes et al., Science, 240:204–207, 1988.

Ulian et al., In Vitro Cellul & Dev Biol, No. 9:951–954, 1988.

Hauptmann et al., Plant Physiol, 86:602–606, 1988.

Klein et al., Bio/Technology, 6:559–563, 1988.

Christou et al., Plant Physiol, 87:671–674, 1988.

McCabe et al., Bio/Technology, 6:923–926, 1988.

Stanford, Trends in Biotechnology, 6:299–302, 1988.

Wang et al., Plant Mol Biol, 11:433–439, 1988.

Klein et al., PNAS, 85:4305–4309, 1988.

Rhodes et al., Bio/Technology, 6:56–60, 1988.

Smith et al., Plant Physiology (Suppl) 86:108, Abstract 646, 1988.

Gould et al., Beltwide Cotton Production Research Conferences, Jan 3–8, 1988, New Orleans, La, Abstract on p. 91, "Shoot Tip Culture as a Potential Transformation System".

Lutchke et al., EMBO J, 6:43–48, 1987.

Jefferson, Plant Mol Biol Reporter, 5:387–405, 1987.

Callis et al., Genes & Devel, 1:1183–1200, 1987.

Thompson et al., EMBO J, 6:2519–2523, 1987.

De Block et al., EMBO J, 6:2513–2518, 1987.

Stanford et al., Particulate Sci & Technology, 5:27–37, 1987.

Klein et al., Nature, 327:70–73, 1987.

News article in Agricell Report, Jul., 1987, p. 5.

News brief in Gen. Eng. News, Jul./Aug., 1987.

Kamo et al., Plant Science, 45:111–117, 1986.

Vasil et al., J Plant Physiol, 124:399–408, 1986.

Kozak, Cell, 44:283–292, 1986.

Jefferson et al., PNAS, 83:8447–8451, 1986.

Poehlman, *Breeding Field Crops,* 3rd Ed, AVI Publ Co, Inc Westport, CT, 1986, pp. 469–481.

Murakami et al., Mol Gen Genet, 205:42–50, 1986.

Ludwig et al., Theor Appl Genet, 71:344–350, 1985.

Odell et al., Nature, 313:810–811, 1985.

Ozias–Akins et al., Trends in Biotechnology, 2:119–123, 1984.

Vasil et al., Theor Appl Genet, 66:285–289, 1983.

Barker et al., Plant Mol Biol, 2:335–350, 1983.

Bevan et al., Nature, 304:184–187, 1983.

Bevan et al., Nucl Acid Res, 11:369–385, 1983.

Green et al., *Advances in Gene Technology: Molecular Genetics of Plants and Animals,* Academic Press, Inc., 1983, pp. 147–157.

Meadows, Plant Sci Letters, 28:337–348, 1982/1983.

Green et al., *Maize for Biological Research,* A Special Publictn of the Plant Molecular Biology Assoc, 1982, pp. 367–372.

Potrykus et al., Theor Appl Genet, 54:209–214, 1979.

Potrykus et al., Molec Gen Genet, 156:347–350, 1977.

Sprague et al., *Corn and Corn Improvement,* Ed. G. F. Sprague, No. 18 in Agronomy Series, Pub by American Soc of Agronomy, Inc, Madison, WI, 1977, pp. 305, 320–323.

Green et al., Crop Science, 15:417–421, 1975.

Cao et al., Plant Gene Transfer, pp. 21–33, 1990 *Transformation of Rice and Maize using the Biolistic Process.*

Gordon–Kamm et al., J Cellular Biochem, Suppl 13D, Mar. 27–Apr. 7, 1989, p. 259, Abstract M122.

Armstrong et al., Biol Abstracts, vol. 85, 1988, Abstract 117642.

Ross et al., J. Cell Biochem, Suppl 13D, 1989, Abstract M149.

Gordon–Kamm et al., The Plant Cell, 2:603–618, 1990.

Robbins–Roth et al., Bioworld, Nov./Dec., 1990, pp. 30–36.

*GTN Market Forecast* article in Genetic Technology News, Oct., 1990, pp. 8 & 11.

H. Lee Murphy, Crain's Business Weekly, pp. 38–39, 1990.

PCT Search Report PCT/US90/04462 Jan. 15, 1991.

Walbot et al., Molecular Genetics of corn, Ag. Mono., 18:389–430, 1988.

Merck Index, 11th ed., pp. 405–406 (1983).

Aldrich Chemical Company Catalogue, p. 508 (1988).

Freeling et al., Maydica, 21:97, 1976 pp. 97–112.

Chourey et al., Theor. Appl. Genetics, 59:341, 1981.

Guilley et al., Cell, 30:763–773, 1982.

Gritz & Davies, Gene, 25:179–188, 1983.

de Wet et al., PNAS, 82:7870–7873, 1985.

Kamo et al., Bot. Gaz., 146:327–334, 1985.

Richaud et al., J. Bacteriol, 166(1):297–300, 1986.

Ampe et al., Eur. J. Biochem., 159:597–604, 1986.

Fromm et al., Nature, 319:791–793, 1986.

Pedersen et al., J. Biol. Chem., 261(14):6279–6284, 1986.

Vasil et al., IAPTC Abstracts, 443, 1986.

Imbrie–Milligan et al., Planta, 171:58, 1987.

Altenbach et al., Plant Mol. Biol., 8:239–250, 1987.

Cocking et al., Science, 236:1259–1262, 1987.

Hoffman et al., EMBO, 6:3212–3221, 1987.

Jefferson et al., EMBO J., 6:3901–3907, 1987.

Hoffman et al., Plant Molecular Biology, 11:717–729, 1988.

Kirihara et al., Gene, 71:359–370, 1988.

Kirihara et al., Mol. Gen. Genet., 211:477–484, 1988.

**A195**

**5,550,318**
Page 4

Neuffer, Maize for Biological Research, Plant Mol. Biol. Assoc., 19, 1988.

K. Weising et al., Ann. Rev. of Genetics, 22:421–477, 1988.

Altenbach et al., Plant Mol. Biol., 13:513–522, 1989.

Benner et al., Theor. Appl. Genet., 78:761–316, 1989.

Grimsley et al., Molec. Gen. Genet., 217:309–316, 1989.

Masumura et al., Plant Mol. Biol., 12:123–130, 1989.

Rhodes, Biotechnology, 7:548, 1989.

Christou et al., Trends in Biotechnology, 8:145, 1990.

Okta et al., Jap. J. Breed, 30 (Suppl. 2) pp. 184–185, 1980.

Messing, Division of Energy BioSciences—Summaries of FY 1990 Activities, Abstract # 135, p. 70, 1990.

Morocz et al., IAPTC Conference Proceedings, Abstract # 209, p. 190, 1990.

Farm Science Outlook, Prairie Farmer, 20 Feb., 1990.

Dialog Search Abstract of a Japanese Patent, No. 61,134, 343, 1986.

Lazzeri & Lörz, "In Vitro Genetic Manipulation of Cereals and Grasses," Advances in Cell Culture, 6:291–325, 1988.

Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign–Gene Expression," Gene Manipulation in Plant Improvement II, Ed. Gustafson, J. P., Plenum Press, New York, 1990, pp. 265–266 only supplied.

Crossway et al., "Integration of Foreign DNA Following Microinjection of Tobacco Mesophyll Protoplasts," Mol. Gen. Genet., 202:179–185, 1986.

Jähne et al., Regeneration of Fertile Plants from Protoplasts Derived from Embryogenic Cell Suspensions of Barley (Hordeum vulgare L.)," Plant Cell Reports, 10:1–6, 1991.

Ozias–Akins & Vasil, "In Vitro Regeneration and Genetic Maniuplation of Grasses," Physio. Plant., 73:565–569, 1988.

Fromm et al., "Expression of Genes Transferrred into Monocot and Dicot Plant Cells by Electroporation," Proc. Natl. Acad. Sci. USA, 82:5824–5828, 1985.

Lörz et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals," Plant Breeding, 100:1–25, 1988.

Brunke & Meeusen, "Insect Control with Genetically Engineered Crops,"Trends in Biological Science, 16, 1991, abstract only.

Freibert, "More Researchers Discover Corn Transformation Technology,"AG Biotechnology News.

Investor's Daily, Apr. 19, 1990.

Gunset, "Corn Farmers See Economic, Environmental Gold in Designer Genes," Chicago Tribune, Jan. 21, 1991, Business Section, p. 1, Zone C.

Looker, "DeKalb Claims Success in Effort to Alter Genetic Makeup of Corn," The Des Moines Register, Apr. 19, 1990, pp. 6S & 9S only.

Bishop, "Two Teams Place Genes into Corn," The Wall Street Journal, Apr. 19, 1990, p. B1, col 6.

Steimel, "Corn Breeders Stalk Perfect Hybrid," Rockford Register Star, Aug. 6, 1990.

"Cornell U. Gene Gun Hits Biotech Bullseye," Agriculture.

Kreitlow, "Genetic Engineering 'Breakthrough' Disputed," Cedar Rapids Gazette, Apr. 20, 1990.

Brill, "Agricultural Microbiology," Scientific American, Sep. 1981, pp. 199–215.

Ohta. (1986) "High Efficiency genetic transformation of maize by mixture of pollen and exogenous DNA" PNAS. vol 83. pp. 715–719.

Phillips et al. (1988) "Cell/tissue Culture and In Vitro Manipulation" in Corn and Corn Improvement. Agronomy Monograph #18, 3rd Ed. ASA publications Madison Wl. pp. 345–387.

Gelväm (1987) Biotechnology news & views, Plant Mol. Biol. 8:355–359.

Poehlman (1987) Breeding Field Crops AVI Publishing Co. p. 452.

Robertson (1986) Maize Genetic Coop. Newsletter vol 60. p. 10.

Soss (1987) Corn & Corn Improvement 2nd ed. ASA pub #18 p. 98.

Coe et al. (1987) Corn & Corn Improvement 2nd ed. ASA pub #18 p. 138.

Levitt (1969) Intro to plant physiology Mosby Co. p. 241.





FIG.1C



FIG.1D

A198



**FIG.1F**



**FIG.1G**



FIG.2A



FIG.2B



FIG.8

U.S. Patent        Aug. 27, 1996        Sheet 5 of 11        5,550,318



FIG.3



FIG.4

A201



FIG.5



FIG.6



## FIG.7A



## FIG.7B



FIG.9A



FIG.9B