UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.      :      5,550,318

DATED           :      August 27, 1996

INVENTOR(S)     :      Adams et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In claim 16, column 44 , line 62, delete "3" and insert --9-- therefor.

Signed and Sealed this

Ninth Day of December, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

A230

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 04-305-SLR |
| SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | |
| Defendants. | ) ) | |
| DEKALB GENETICS CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-355-SLR |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., AND<br>JC ROBINSON SEEDS, INC. | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## DEKALB'S SUPPLEMENTAL RESPONSES TO SYNGENTA'S SECOND SET OF INTERROGATORIES (NOS. 6-12)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff DEKALB Genetics Corporation ("DEKALB") responds and objects to Syngenta's Second Set of Interrogatories (Nos. 6-12) as follows:

# A232 - A235

# Redacted

PATENT INTERFERENCE

Filed on behalf of:  ADAMS *et al.*

Filed by:       Michael F. Borun, Esq.
                Lead Counsel for ADAMS *et al.*
                MARSHALL, GERSTEIN & BORUN
                6300 Sears Tower
                233 South Wacker Drive
                Chicago, Illinois  60606-6357
Telephone:      (312) 474-6300
Facsimile:      (312) 474-0448
E-mail:         mborun@marshallip.com

## UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE BOARD OF PATENT APPEALS
## AND INTERFERENCES
(Administrative Patent Judge Joan Ellis)

ADAMS ET AL.
**Junior Party**
(U.S. Patent No. 5,550,318)

v.

LEEMANS
**Senior Party**
(U.S. Serial No. 08/473,221)

**Patent Interference No. 103,924**

**Adams et al. v. Leemans**
**Interference No. 103,924**
**Adams Affidavit Exhibit 13**

### PDR0050395
**OUTSIDE COUNSEL ONLY**

Adams Record  120

Ex45

**MGA0002685**

PATENT INTERFERENCE
Attorney Docket No. 29507 10026

Filed on behalf of:  ADAMS *et al.*

Filed by:      Michael F. Borun, Esq.
               Lead Counsel for ADAMS *et al.*
               MARSHALL, GERSTEIN & BORUN
               6300 Sears Tower
               233 South Wacker Drive
               Chicago, Illinois 60606-6357
Telephone:     (312) 474-6300
Facsimile:     (312) 474-0448
E-mail:        mborun@marshallip.com

## UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE BOARD OF PATENT APPEALS
## AND INTERFERENCES
(Administrative Patent Judge Joan Ellis)

ADAMS ET AL.
**Junior Party**
(U.S. Patent No. 5,550,318)

v.

LEEMANS
**Senior Party**
(U.S. Serial No. 08/473,221)

Patent Interference No. 103,924

## AFFIDAVIT OF T. MICHAEL SPENCER

Adams Record  121

PDR0050396

OUTSIDE COUNSEL ONLY

MGA0002686

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 2

The following affidavit of T. Michael Spencer is submitted pursuant to 37 C.F.R. § 1.672 in support of the junior party's (Adams *et al.*) contention that it is entitled to priority of invention relative to the applicant Leemans, U.S. patent application serial no. 08/473,221. The affidavit relates facts and events known to Mr. Spencer, all occurring in the United States, concerning the conception and reduction to practice of a fertile transgenic corn plant in which a functional *bar* gene (encoding an enzyme which makes the plant resistant to a herbicide containing the compound phosphinothricin, or "PPT") has been stably integrated into the corn plant's genome. Supporting the affidavit are one or more Adams Documentary Exhibits (hereinafter "ADX"), identified herein.

## I, T. MICHAEL SPENCER, DECLARE AND STATE:

1.   I am a citizen of the United States of America and currently reside at 11 Ivy Road, Mystic, Connecticut 06355.

2.   I am a named inventor of the subject matter claimed in U.S. Patent No. 5,550,318, which issued on August 27, 1996, and am familiar with the subject matter disclosed therein.

3.   I submit this affidavit for the purpose of relating facts known to me, all of which occurred in the United States, concerning the conception and reduction to practice of a fertile transgenic corn plant in which a functional *bar* gene (encoding an enzyme which makes the plant resistant to a herbicide containing the compound phosphinothricin, or "PPT") has been stably integrated into the corn plant's genome (hereinafter referred to as a "fertile transgenic corn plant").

4.   I received a Bachelor of Science Degree in Biology from Trinity College in Hartford, Connecticut in May 1980, and a Master of Science Degree in Plant Science from the University of Delaware in May 1987. In February 1987, I joined the Plant Biotechnology Department at American Cyanamid Corporation in Princeton, New Jersey as a Biologist working in the area of herbicide-tolerant wheat and barley. In July 1988, I joined Dekalb-Pfizer Genetics (hereinafter "Dekalb-Pfizer") at Pfizer's research facility in Groton,

Adams Record 122

PDR0050397
OUTSIDE COUNSEL ONLY

MGA0002687

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 3

Connecticut, as an Assistant Scientist in the corn transformation group. In February 1990, I was promoted to Associate Scientist, working in the area of transformation and analysis of transgenic tissues in plants and cell cultures. In January of 1990, the Dekalb seed business was renamed Dekalb Plant Genetics, Inc., a wholly owned subsidiary of Dekalb Genetics Corporation (hereinafter "Dekalb"). At this time, I became an employee of Dekalb, although my day-to-day duties and activities did not change. In October 1992, Dekalb's Groton, Connecticut laboratories were relocated to the Dekalb Discovery Research Facility in Mystic, Connecticut, but again my duties and activities did not change. In 1993, Dekalb Plant Genetics, Inc. was merged into Dekalb Genetics Corporation. In April 1994, I was promoted to Project Scientist responsible for coordinating and implementing laboratory efforts to develop herbicide-resistant maize. In 1995, I became a Manager of Regulatory Affairs at Dekalb responsible for obtaining domestic and foreign governmental regulatory approval of transgenic seed products. Since April 1997, I have held the position of Project Leader responsible for transformation technology at Dekalb, and subsequently Monsanto, which acquired Dekalb in 1998.

5.    My contributions to the development of a fertile transgenic corn plant at Dekalb-Pfizer and later Dekalb included preparing corn tissue cultures for bombardment, developing and carrying out bombardment experiments on those cultures, developing and carrying out various selection protocols on bombarded cells, and conducting biochemical, genetic, and molecular analyses of transgenic cell cultures and plants.

6.    In July 1988, I was provided with a laboratory notebook, specifically Research Notebook No. 17,452, which was issued to my supervisor at the time, Dr. Peggy G. Lemaux. I used this laboratory notebook to record the methods used in, and the results of, experiments that I either performed or helped to perform, between the period beginning when I arrived at Dekalb-Pfizer in July 1988 through September 1989. All of the laboratory notebook pages cited herein as Adams Documentary Exhibits are true and accurate copies of those pages from my laboratory notebooks. Each of the entries on those laboratory notebook pages is an

**PDR0050398**
OUTSIDE COUNSEL ONLY                    Adams Record  123

MGA0002688

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 4

entry made by me (unless otherwise noted herein) on the date at the beginning of the entry, or, where such a date was not entered, no later than the date of my signature at the bottom of the page.

7.    In September 1989, I was provided with another laboratory notebook, specifically Research Notebook No. 18,873, which was issued to my supervisor at the time, Dr. Lemaux. I used this laboratory notebook to record the methods used in, and the results of, the experiments that I either performed or helped to perform, between September 1989 through December 1991.

8.    Between the time I arrived at Dekalb-Pfizer in July 1988 and through December 1991, I received and reviewed quarterly reports of Dekalb-Pfizer's and Dekalb's Plant Genetics group relating to the development of a fertile transgenic corn plant. I prepared drafts of various sections of these quarterly reports.

9.    On or about October 6, 1988, Dr. Lemaux gave me a sample of the chemical compound bialaphos. We discussed the use of bialaphos as a selectable marker in corn and agreed that as a first step I would use the bialaphos to generate data for a corn cell "kill curve."

10.    As I recorded at the time in my laboratory notebook my understanding was (and is) that bialaphos is a compound produced by the microorganism *Streptomyces hygroscopicus*, and is a tripeptide antibiotic composed of phosphinothricin ("PPT"), an analogue of L-glutamic acid, and two L-alanine residues. Upon removal of the L-alanine residues by intracellular peptidases in a plant cell, the PPT inhibits the enzyme glutamine synthetase ("GS"), which is involved in ammonia metabolism. The inhibition of GS by PPT causes a rapid accumulation of ammonia and leads to growth inhibition and eventually cell death. [ADX 1167.]

PDR0050399
OUTSIDE COUNSEL ONLY

11.    My understanding was and is that *Streptomyces hygroscopicus* also produces an enzyme called phosphinothricin acetyl transferase ("PAT"), which is encoded by the *bar* gene. The

Adams Record  124

MGA0002689

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 5

PAT enzyme inactivates PPT by acetylating the free amino group of PPT. PAT is not normally expressed in plants such as corn. However, when the *bar* gene is inserted into plant cells and PAT is expressed therefrom, the inactivation of PPT by PAT prevents the growth inhibition and cell death caused by exposure of the cells to bialaphos. [ADX 1168.]

12.     At the time we decided to test the *bar* gene, there were several reasons to believe that transformation with *bar* and selection with bialaphos could not be successfully used as a selectable marker for generating fertile transgenic corn plants. In general, success in using this system for the selection of monocots was unexpected because of the major difficulties which had been encountered in the transformation of cereals. *See, e.g.,* Potrykus (1989) Trends Biotechnol. 7:269-273. [ADX 1026.] Other selection agents, for example kanamycin, hygromycin, and methotrexate, had been successfully used to recover stable transformants from several dicot species and from suspension cultures of non-embryogenic corn cells like Black Mexican Sweet, but numerous embryogenic cultures of monocot species (such as corn) exhibited high levels of endogenous resistance to these agents. *See, e.g.,* Spencer *et al.* (1990) Theor. Appl. Genet. 79:625-631. [ADX 1169.] We had been unsuccessful in our previous efforts using kanamycin or G418 to reproducibly select transformed resistant cells or to generate fertile transgenic plants from embryogenic corn cell cultures bombarded with the *neo* (kanamycin resistance) gene. [ADX 1168.] Moreover, we did not know whether bialaphos would sufficiently inhibit the growth of corn cells at low concentrations, or whether the *bar* gene would be expressed at sufficiently high levels to overcome the toxic effects of bialaphos. Moreover, there was the possibility that when bombarded corn cell cultures were placed on culture medium containing bialaphos, the high levels of ammonia produced and released by non-transformed cells (which constituted the majority of the bombarded cells) could "overwhelm" the transformed cells, such that selection and regeneration of the transformed cells would be difficult if not impossible.

PDR0050400
OUTSIDE COUNSEL ONLY

13.     Despite the very real possibility of failure that accompanied the use of the bialaphos selection system, we decided that it merited exploration. As a first step, I conducted "kill curve"

Adams Record  125

MGA0002690

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 6

experiments to determine the concentration of bialaphos that would significantly inhibit the growth of non-transformed corn cells, but would not completely inhibit the growth of, or kill, those corn cells transformed with the *bar* gene. On October 6, 1988, I prepared culture medium ("medium 201") containing the following concentrations of bialaphos: 0.3, 1, 3, 10, 30, and 100 milligrams per liter (mg/L), and placed each medium formulation in separate plates. [ADX 1167, 1168, 1170.]

14.    On October 11, 1988, I immobilized corn cells from two separate flasks of a corn cell suspension culture designated "GII(1x6)716" onto separate pieces of Whatman #1 filter paper, and placed the filters into culture media containing varying concentrations of bialaphos. [ADX 1171.] After nine days, I transferred individual colonies growing on the filters directly onto solid culture medium containing the same concentration of bialaphos. [ADX 1172.]

15.    On November 10, 1988, I terminated this bialaphos "kill curve" experiment. I observed that growth of the corn cells was inhibited even at the lowest concentration of bialaphos used in the experiment (*i.e.*, 0.3 mg/L). [ADX 1172.]

16.    On October 27, 1988, I prepared media for a second bialaphos "kill curve" experiment, using "medium 227" containing the same concentrations of bialaphos as in the first experiment. [ADX 1173.] On October 28, 1988, I placed filters, on which corn cells derived from an "(AFx1)82 (AS)" artificial suspension cell line (which I received from my co-worker Richard Daines) had been immobilized, onto the various bialaphos media preparations. [ADX 1174.]

17.    On November 5, 1988, this second bialaphos "kill curve" experiment had to be terminated due to contamination of the cultures. I initiated a repeat of the experiment using a "(1x6)716 AS" corn cell suspension culture on November 8, 1988. After nine days, I picked clumps of cells from each filter and transferred them directly onto solid culture medium containing

Adams Record 126

PDR0050401
OUTSIDE COUNSEL ONLY

MGA0002691

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 7

the same concentration of bialaphos. This repeat experiment was terminated on December 8, 1988. [ADX 1175.]

18.    During each of the bialaphos "kill curve" experiments, I observed the degree to which the growth of the cells was inhibited by the presence of increasing concentrations of bialaphos. After about four weeks, no growth was apparent on plates containing bialaphos in an amount of 10 mg/L or higher, and bialaphos inhibited the growth of corn cells even at low concentrations. [ADX 1170, 1172.] The results of these experiments eventually showed that growth inhibition was dependent upon, among other things, the concentration of bialaphos present in the culture medium. Based on this finding, I believed that bialaphos showed significant potential as a selective agent in corn suspension cell transformation experiments. Information derived from the "kill curves" described above was used to determine an appropriate concentration of bialaphos suitable for selecting corn cells that had been transformed with the *bar* gene.

19.    With the choice of *bar* as a selectable marker and bialaphos as a selective agent, by March 14, 1989, I believe that our corn transformation group at Dekalb-Pfizer had successfully developed all of the materials and approaches that we subsequently used to generate the first fertile transgenic *bar* corn plant. That is, by March 14, 1989, we had developed: (i) the embryogenic "SC82" corn cell suspension culture (also referred to as "GII(1x6)82" or "GII(A188xB73)82"); (ii) the microprojectile bombardment approach that was used by Dr. Gordon-Kamm and Mr. Daines to transform SC82 cells with the *bar* gene on March 14, 1989; (iii) the bialaphos selection approach that I used to identify and isolate the corn callus tissue expressing the *bar* gene that resulted from the bombardment; and (iv) the approach that was used by Ms. Mangano to regenerate a plant from that transformed and selected corn callus tissue by August 30, 1989.

PDR0050402
OUTSIDE COUNSEL ONLY

20.    On March 14, 1989, four petri dishes, each containing a piece of Whatman filter paper on which were immobilized corn suspension cells of the "GII(1x6)82" cell line (also referred

Adams Record  127

MGA0002692

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 8

to as the "GII(A188xB73)82" or "SC82" cell line) were bombarded with the *bar* gene via microprojectile bombardment. [ADX 1176, 1177.]

21.    On March 14, 1989, I transferred the bombarded cells from the four filters into a flask containing 20 milliliters (ml) of a liquid culture medium designated "409" to which had been added 5 ml of "conditioned media," *i.e.*, liquid culture medium in which corn cells had previously been grown. [ADX 1176, 1178.]

22.    On or about March 21, 1989, I transferred approximately 0.5 mL of packed cells from the flask by vacuum-filtration onto each of several 7-cm-diameter Whatman #4 filters and overlayed the filters onto solid culture medium containing either 1 mg/L or 3 mg/L bialaphos. I transferred the filters on which the cells were growing to fresh solid culture medium approximately every seven days thereafter. [ADX 1178.]

23.    Over the following weeks, I observed that the cells growing on the filters overlaying solid culture medium containing 1 mg/L bialaphos were growing only about 30 to 50% as fast as cells growing on filters overlaying non-selective solid culture medium. After about three to four weeks, I transferred individual clumps of cells growing on the filters on medium containing 1 mg/L bialaphos directly onto solid culture medium having an identical composition. [ADX 1177, 1178.]

24.    On May 1, 1989, I took a portion of cells from two of the individual callus tissue clumps growing on the solid culture medium containing 1 mg/L bialaphos and extracted the protein from the cells using a scintered glass homogenizer. [ADX 1179.] I then performed an assay for phosphinothricin acetyl transferase ("PAT") activity on each of those extracts, along with several controls. The assay involved incubating each protein extract sample with PPT and a compound called acetyl coenzyme A ("acetyl coA") that had previously been labelled on its acetyl group with a radioactive isotope of carbon called "[14]C." If a protein extract sample contained active PAT enzyme, the enzyme would transfer the [14]C-labeled acetyl group from

PDR0050403

OUTSIDE COUNSEL ONLY

Adams Record  128

MGA0002693

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 9

the acetyl coA to the PPT to yield a $^{14}$C-labelled acetyl-PPT compound. The presence of $^{14}$C in the PPT, and thus the presence of PAT in the protein extract, could be detected by separating the reaction products on a thin-layer chromatography ("TLC") plate and overlaying the TLC plate with X-ray film (*i.e.*, to produce an autoradiogram). In the TLC analysis, droplets of the reaction mixture were placed along one edge of a glass plate coated with a thin layer of silica gel adsorbent. This glass edge was then dipped in a solvent/buffer which carried the different products of the reaction (*i.e.*, acetyl coA and acetyl-PPT) up the thin layer at different rates. This selective separation of the reaction products permitted me to determine whether $^{14}$C-acetyl-PPT was present in each reaction mixture, and therefore whether PAT was present in the corresponding plant tissue extracts.

25.   On May 5, 1989, based on the autoradiogram resulting from the PAT assay conducted on May 1, 1989, I was able to conclude that the callus tissues exhibited PAT activity. [ADX 1180, 1181.]

26.   On May 22, 1989, I conducted another PAT assay, essentially as described above, on protein extracts from callus tissues other than the two analyzed in the May 1, 1989 assay. On May 23, 1989, I concluded from the results of the TLC assay that five of the seven isolates contained PAT activity, and that the two isolates that were not positive for PAT were "questionable," *i.e.*, that these two calli were "very slow growers" and therefore may not have been resistant to bialaphos. [ADX 1182.]

27.   On May 22, 1989, I provided callus tissues which were expressing the *bar* gene, as evidenced by the results of the May 5, 1989 PAT assay described above, to my co-worker, Ms. Mary Lou Mangano, so that she could attempt to regenerate plants from these tissues.

28.   On June 15, 1989, my laboratory assistant, Ms. Anita McNeil, extracted genomic DNA from 9 separate callus tissue isolates derived from suspension cultures bombarded on March 13 and 14, 1989. One of these tissues was internally designated "B3-14-9." The "B3-14-9"

Adams Record  129

PDR0050404

OUTSIDE COUNSEL ONLY

MGA0002694

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 10

designation refers to the ninth bombardment that occurred on March 14, 1989. On June 16, 1989, I estimated the concentration of DNA in these samples by looking at their relative ethidium bromide staining intensity following agarose gel electrophoresis. [ADX 1183.]

29.    On June 20, 1989, Ms. McNeil repeated the extraction of genomic DNA from the 9 separate callus tissue isolates derived from suspension cultures bombarded on March 13 and  14, 1989. One of these was these isolates was from the tissue designated "B3-14-9." On June 21, 1989, I estimated the concentration of DNA in these samples by looking at their relative ethidium bromide staining intensity following agarose gel electrophoresis. [ADX 1184.]

30.    On June 30, 1989 I generated protein extracts from nine separate callus tissue isolates that were derived from the suspension cultures bombarded on March 14, 1989. One of these isolates was from the tissue designated "B3-14-9." I conducted a PAT assay on these isolates essentially as described above. [ADX 1185.] On July 5, 1989 the results of these PAT assays indicated that "all isolates are positive for PAT activity except B3-14-5." [ADX 1186.]

31.    On July 5, 1989, I performed an *EcoRI/HindIII* restriction enzyme digest on the samples of DNA that had been extracted by Ms. McNeil on June 15 and June 20, 1989, respectively, as described above, as well as on samples of DNA extracted by one of my co-workers, William Start. One of the DNA samples was derived from the tissue designated "B3-14-9." Later that day, I ran a "diagnostic gel" on those digested DNA samples to determine if the restriction enzyme digest had gone to completion. [ADX 1186.]

32.    On July 8, 1989, I loaded a portion of each sample described in ¶ 31 above on an agarose gel and electrophoresed the samples overnight. On July 9, 1989, I took a photograph of the gel after staining it with ethidium bromide. I also calculated the volume of a sample of *bar* DNA that would be necessary to constitute the equivalent of 1 copy of the gene. [ADX 1187 at p. 262.]

Adams Record  130

**PDR0050405**

OUTSIDE COUNSEL ONLY

MGA0002695

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 11

33.  On July 10, 1989 I labelled a sample of the *bar* gene DNA (a *SmaI bar* fragment) that I had obtained from William Start with the radioactive isotope ${}^{32}$P. [ADX 1188.] I used this labeled *bar* in a "Southern Blot" assay on July 10-14, 1989 to determine whether the *bar* gene was present in the "(1x6)82" genomic DNA samples described in ¶ 31 above. [ADX 1189.]

34.  In the "Southern Blot" assays, the DNA extracted from a tissue sample was digested with one or more restriction enzymes (which cut the DNA at sequence-specific sites, thus creating many fragments of varying lengths). The digestion products were then electrophoresed through an agarose gel to effect a size separation of the fragments across the length of the gel. The separated DNA fragments were then transferred from the agarose gel to a nylon membrane by capillary action. The transferred DNA was then immobilized on the membrane to create an exact replica of the pattern of DNA fragments as they existed in the gel following electrophoresis. The membrane was then incubated in a buffer solution containing a labelled DNA probe whose nucleotide sequence was complementary to the DNA sequence of interest, in this case the *bar* gene, to be detected in the samples. The experimental conditions under which this process was conducted were selected and controlled so as to permit the labelled probe to hybridize to the sequence of interest, if that sequence was present in a sample, while avoiding the hybridization of the probe to other, perhaps similar, sequences that may have been present in the sample. Once the labelled probe had been permitted to hybridize to its complementary sequence, if any, in the samples immobilized on the filter, the excess probe was washed away in a series of wash steps. Then, a piece of X-ray film was placed next to the membrane for a period of time from several hours to several days. Over these time periods, the label attached to the probe exposed the X-ray film over the positions where the label had hybridized to the fragment(s) in those samples containing fragments with complementary sequences. When the X-ray film was developed (to create an "autoradiogram"), these regions appeared as darkened "bands" on the film. The presence of these "bands" in the developed autoradiogram indicate that the sequence of interest was

Adams Record 131

PDR0050406
OUTSIDE COUNSEL ONLY

MGA0002696

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 12

present in the sample(s). By comparing the location of these "bands" to the locations of DNA fragments of known size in the gel, such as an isolated fragment containing the *bar* gene, one can determine the size of the fragment in the sample in which the sequence of interest is located. In carrying out the Southern Blot assays referred to in this affidavit, I essentially followed the procedures described in Gordon-Kamm *et al.* (1990) <u>The Plant Cell</u> <u>2</u>:603-618 [ADX 1016], which were essentially those described in Shure *et al.* (1983) <u>Cell</u> <u>35</u>:225-233 [ADX 1190] with only minor modifications.

35.    On July 15, 1989, I froze the callus tissue samples from which the DNA samples described in ¶ 31 above were derived. One of these samples was the callus tissue designated "B3-14-9." [ADX 1191.]

36.    On July 17, 1989, Ms. McNeil extracted chromosomal DNA from each of these callus tissue isolates. [ADX 1191.] On July 18, 1989, I estimated the DNA concentration of these chromosomal DNA samples by conducting agarose gel electrophoresis. [ADX 1191.] I then digested each DNA sample using a mixture of the restriction enzymes *Eco*RI and *Hind*III; loaded a portion of each restriction digest reaction into separate lanes on an agarose gel, and performed electrophoresis to determine that each sample had undergone complete digestion. [ADX 1192.]

37.    From July 20 to July 26, 1989, I conducted a Southern Blot assay on these samples. [ADX 1193.] On July 26, 1989, based upon the information gained from the results of the Southern Blot assay, I was able to conclude that the callus tissues derived from the corn cells bombarded on March 13 and 14, 1989, including the callus tissue designated "B3-14-9," contained the *bar* gene stably integrated into the corn cell genome. [ADX 1194.]

38.    On July 28 and 29, 1989, I conducted a PAT assay on "'organized green' tissue" samples from three callus tissues that had been undergoing regeneration by Ms. Mangano for approximately two months. One of these regenerated tissue samples was derived from the

Adams Record  132

**PDR0050407**
OUTSIDE COUNSEL ONLY

MGA0002697

Interference No. 103.924
Affidavit of T. Michael Spencer
Page 13

tissue designated "B3-14-9." [ADX 1195.] From the results of the PAT assay I concluded that PAT was being expressed in these regenerating tissues.

39.  On August 2-3, 1989 I conducted a PAT assay on a protein extract obtained from the leaf of a plantlet regenerated from the "B3-14-4" tissue by Ms. Mangano. [ADX 1196.] The result of this assay indicated that the "B3-14-4" plantlet was expressing PAT enzyme activity. [ADX 1196, 1197.]

40.  On August 28, 1989, Ms. McNeil extracted chromosomal DNA from 3 callus tissues derived from cells bombarded on March 13 and 14, 1989, including the "B3-14-9" callus tissue. [ADX 1198.] On August 30, 1989, I digested each of these DNA samples using several combinations of restriction enzymes. [ADX 1199.] From August 31 to September 11, 1989, I analyzed these samples for the presence of the *bar* gene using a Southern Blot assay. [ADX 1200.] The results of this Southern Blot assay indicated that each of the tissues contained the *bar* gene.

41.  On October 31, 1989, I collected leaves from parent ($R_0$) plants that had been regenerated from cells bombarded on March 13 and 14, 1989 by Ms. Mangano, including the plant designated "B3-14-9 #7." I extracted genomic DNA from these plant leaf samples (as well as from the original callus tissues from which these plants had been regenerated) and electrophoresed a portion of each DNA sample on an agarose gel. [ADX 1201.]

42.  On November 2, 1989, I generated protein extracts from the husk leaves of parent ($R_0$) plants that had been regenerated from cells bombarded on March 13 and 14, 1989, including the husk leaves from the plant designated "B3-14-9 #7." I ran a PAT assay on each of these samples. [ADX 1202.] On November 3, 1989, the autoradiogram from the PAT assay indicated that the leaf sample from the "B3-14-9 #7" plant contained PAT activity, and thus that the "B3-14-9 #7" plant was expressing PAT and thus contained a functional *bar* gene. [ADX 1202, 1203.]

Adams Record 133

PDR0050408
OUTSIDE COUNSEL ONLY

MGA0002698

Interference No. 103.924
Affidavit of T. Michael Spencer
Page 14

43.    On November 5, 1989, I conducted an *EcoRI/HindIII* restriction enzyme digest on each of the DNA samples that I had prepared on October 31, 1989, including the sample from the plant designated "B3-14-9 #7" and separated those digested samples by agarose gel electrophoresis. [ADX 1204.] On November 6-7, 1989, I conducted Southern Blot assays on these samples to detect the presence of the *bar* gene. [ADX 1205, 1206 (Figure 2).]

44.    On November 15, 1989, I conducted *EcoRI/HindIII* and *EcoRI/BamHI* restriction enzyme digests on some of the genomic DNA samples I had prepared on October 27, 1989, including the sample from the plant designated "B3-14-9 #7." [ADX 1207.] On November 16, 1989, I ran portions of these digested DNA samples, along with DNA samples from these plants that had not been digested, using agarose gel electrophoresis, and conducted a Southern Blot assay to determine the presence of the *bar* gene. [ADX 1207.] On December 1 and 4, 1989 I developed the autoradiogram resulting from this analysis. [ADX 1208, 1206 (Figure 3).]

45.    On December 21, 1989, I conducted a PAT assay on a protein extract from the leaf of an $R_1$ plant designated "Henry," which was the tassel seed embryo rescue progeny of the parent $R_0$ plant designated "B3-14-9 #7." [ADX 1209.] On December 22, 1989 the autoradiogram from this assay indicated that "Henry" was expressing PAT activity, and thus that "Henry" contained a functional copy of the *bar* gene. [ADX 1209, 1210 at p. 85.]

46.    On January 2, 1990, I isolated genomic DNA from a leaf of the $R_0$ plant designated "B3-14-9 #7." [ADX 1211.] On January 8, 1990, I isolated genomic DNA from the leaf of "Henry," the $R_1$ progeny of the $R_0$ plant designated "B3-14-9 #7." [ADX 1212.] On January 11, 1990, I digested each of these DNA samples with either *EcoRI/HindIII* or *SmaI* restriction enzymes. [ADX 1213.] From January 11-16, 1990 I conducted a Southern Blot assay on these digested samples to determine the presence of the *bar* gene. [ADX 1213.] On January 16, 1990, I determined from the results of the Southern Blot assay that the plant designated "Henry" contained a copy of the *bar* gene. [ADX 1213.] This confirmed the results of the PAT assay I conducted on December 21-22, 1989 on the "Henry" plant leaf. [ADX 1213, 1210 at p. 85 and Figure 1.]

Adams Record  134
PDR0050409
OUTSIDE COUNSEL ONLY

MGA0002699

Interference No. 103,924
Affidavit of T. Michael Spencer
Page 15

47.    I declare that all statements made herein are of my own knowledge, are true, and that all statements made on information and belief are believed to be true, and further that these statements are made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the instant patent and related patents.


Dated: December _M_, 2001                    _____
                                              T. Michael Spencer

Adams Record  135

**PDR0050410**
OUTSIDE COUNSEL ONLY

MGA0002700

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | C.A. NO. 04-305 SLR<br>(LEAD CASE) |
| DEKALB GENETIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | C.A. No. 05-355 SLR<br><br>**CONTAINS RESTRICTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

## REBUTTAL EXPERT WITNESS REPORT OF DR. MICHAEL E. FROMM

# A253 - A255

# Redacted

C29

Plant Physiol. (1989) 91, 440–444
0032-0889/89/91/0440/05/$01.00/0

Received for publication April 6, 1989
and in revised form May 24, 1989

# Genetic Transformation of Maize Cells by Particle Bombardment

Theodore M. Klein*, Laura Kornstein, John C. Sanford, and Michael E. Fromm

Plant Gene Expression Center, U.S. Department of Agriculture-Agricultural Research Service/University of
California at Berkeley, Albany, California 94710 (T.M.K., L.K., M.E.F.); and Department of Horticultural Sciences,
Cornell University, Hedrick Hall, Geneva, New York 14456 (J.C.S.)

## ABSTRACT

Intact maize cells were bombarded with microprojectiles bearing plasmid DNA coding for selectable (neomycin phosphotransferase [NPT II]) and screenable (β-glucuronidase [GUS]) marker genes. Kanamycin-resistant calli were selected from bombarded cells, and these calli carried copies of the NPT II and GUS genes as determined by Southern blot analysis. All such calli expressed GUS although the level of expression varied greatly between transformed cell lines. These results show that intact cells of important monocot species can be stably transformed by microprojectiles.

Bombardment of intact cells and tissues with DNA-coated microprojectiles (13) may represent a general scheme for the transformation of plants and should circumvent some of the inherent constraints of methods that utilize protoplasts (5) or Agrobacterium (12). Previous work based on the analysis of transient gene expression has shown that microprojectiles can be used for the delivery of DNA to a wide range of intact plant cells and tissues including those from onion, maize, tobacco (13–16), rice, wheat, and soybean (22). Stable transformation by particle bombardment has been shown in tobacco (16) and soybean (18). In this report we demonstrate that stably transformed cells of maize can be recovered from intact cells bombarded with microprojectiles coated with plasmid DNA containing a kanamycin resistance marker. We also show that the β-glucuronidase (GUS) marker (11) can be used in maize cells to visually screen kanamycin-resistant calli to verify their transformed nature.

## MATERIALS AND METHODS

### Plasmids

The plasmid pNGI (8.2 kb) contains both a neomycin phosphotransferase II (NPT II) and a β-glucuronidase (GUS) gene cloned in pUC8 (Fig. 1). The GUS gene comprises the promoter and intron 1 (nucleotides 1–1775) from the Alcohol dehydrogenase 1 (Adh1) gene of maize (6), a GUS coding region consisting of the PstI fragment from pRAJ260 (10), and a modified 3' end from the nopaline synthase gene (8). The NPT II gene in pNGI was derived from pCaMVNEO (7) and is composed of the 35S promoter from cauliflower mosaic

virus, the NPT II coding region, and the nopaline synthase 3' end. pCaMVNEO (2) is similar to pCaMVNEO except it contains the Adh1 intron 1 between the 35S promoter and NPT II coding region.

### Bombardment of Cells

The suspension culture of Z. mays cv Black Mexican Sweet (BMS; ATCC No 54022) was maintained in MS media as previously described (9). The bombardment (15) and subsequent selection (9) of kanamycin-resistant clones was performed as detailed previously. Briefly, 2 mL of suspension culture (about $2 \times 10^5$ cells) was distributed over the surface of a filter paper (Whatman No. 4, 5.5 cm in diameter). The filter paper bearing the cells was placed over three layers of filter paper to which 2.5 mL of MS media had been added. The cells were then bombarded under a partial vacuum with tungsten particles (average diameter 1.2 μm) to which DNA was adsorbed using a calcium-spermidine precipitation procedure (15). Following bombardment, the cells were washed from the filter with 6 mL of MS medium into a 10 cm Petri dish. The Petri dish was sealed and then incubated in the dark at 26°C. After 2 d, 6 mL of fresh medium containing 300 μg of kanamycin per mL was added to each Petri dish and half of the volume was transferred to a fresh dish. After 1 week the culture was again diluted twofold with fresh medium containing 150 μg of kanamycin per mL and half the culture transferred to a new Petri dish. Subsequent additions of fresh medium containing kanamycin were made at 2 week intervals until the majority of cells in the culture clearly ceased to grow. This generally occurred after 4 to 6 weeks of selection. The cells were then transferred from the liquid medium to a membrane filter supported on a cellulose adsorbent pad (Gelman) that was on agarose-solidified MS medium containing 100 μg/mL kanamycin. Calli that developed on the filter were transferred to agarose-solidified medium supplemented with kanamycin after they had reached a diameter of about 0.5 cm.

### GUS Assays

The presence of the GUS enzyme in the transformants was visualized using a histochemical reaction (11). A small amount of a kanamycin-resistant callus was placed into the well of a microtiter dish containing 200 μL of GUS assay solution (5-bromo-4-chloro-3-indoyl-β-D-glucuronic acid [X-

DKB 012428

gluc, Research Organics], 2 mM potassium ferricyanide, 0.05 mM potassium ferrocyanide, 0.05 mM, Triton X-100, 0.1% [v/v] sodium phosphate buffer, 0.1 M, pH 7.0. After 12 h the calli were observed for the development of a blue color indicative of GUS expression (11). Levels of GUS activity were determined using the fluorometric enzyme assay with 4-methylumbelliferyl-β-D glucuronide (MUG) as the substrate. The extraction buffer used was as described by Jefferson (11) except the concentration of Triton X-100 was reduced to 0.01%. Methyl umbelliferyl levels in the reaction mixture were determined after 15, 45, and 75 min of incubation. Protein in tissue extracts was quantified according to Bradford (1).

### DNA Isolation and Hybridization Analysis

Genomic DNA was isolated as described (3). The isolated DNA (8 µg) was digested for 3 h using a three- to fourfold excess of restriction enzyme and electrophoresed in 0.8% agarose gels. The DNA was transferred (20) to nylon membranes (Hybond N, Amersham) which were then illuminated with UV light (254 nm) for 5 min. DNA fragments for probes were isolated from 1% low-melting agarose gel (SeaPlaque, FMC) and labeled with [$^{32}$P]dCTP by the random-hexamer primer method (7). For detection of the NPT II gene, genomic DNA was digested with BamHI. The resulting blots were hybridized to the 1.0 kb NPT II fragment from BamHI-digested pNGI. The presence of the GUS gene was detected by digesting genomic DNA with EcoRI and HindIII. The Southern blots were hybridized to a 1.8 kb GUS coding region derived from a SalI to EcoRI digest of pRAJ260.

### RESULTS

Maize cells from a suspension culture of BMS were bombarded with tungsten microprojectiles coated with plasmid DNA (pNGI) that contains both the NPT II and GUS genes (Fig 1). The cells were allowed to grow for 2 d before transferring them to liquid medium containing kanamycin.



**Figure 1.** Structure of pNGI. H, HindIII; Bam, BamHI; R1, EcoRI.

After 4 to 6 weeks in the liquid medium containing kanamycin, the microcalli were transferred to a membrane disc on solid medium containing kanamycin at 100 µg/mL (9). Calli resistant to kanamycin continue to proliferate under these selective conditions, while nontransformed cells stop dividing. Up to 117 kanamycin-resistant calli were recovered from a single bombardment of about 2 × 10⁵ cells. For eight independent bombardments, the average number of kanamycin-resistant calli recovered was 56. Kanamycin-resistant calli were not recovered from unbombarded samples.

In one set of experiments a comparison was made between the number of kanamycin-resistant colonies recovered following bombardment with pCaMVINEO and pCaMVNEO, which is identical to pCaMVINEO but lacks the Adh1 intron. The presence of the Adh1 intron between the promoter and coding region has been shown to increase transient expression of the NPT II gene in maize (2). Similar numbers of kanamycin-resistant calli were recovered following bombardment with pCaMVINEO, pCaMVNEO, and pNGI. Apparently the level of expression of the gene that lacks the intron is sufficient to confer resistance to kanamycin. pCaMVINEO and pCaMVNEO were linearized by digestion with EcoRI prior to their adsorption to microprojectiles and acceleration into maize cells. We found that linearization did not increase the frequency of transformation in relation to supercoiled plasmid.

The kanamycin-resistant calli were treated with X-gluc and observed for the development of the blue color indicative of GUS expression (11). Triton X-100 was present in the substrate mixture to permit X-gluc to pass through the cell membrane. All kanamycin-resistant isolates had at least some GUS-expressing cells while blue cells were not observed in unbombarded samples (Fig. 2). The staining pattern of the calli ranged from virtually all of the cells turning blue in some samples to those samples with only a few blue cells (Fig. 2). Samples that strongly expressed GUS often exhibited a 'patchy' distribution of GUS expression with densely stained aggregates of cells interspersed with aggregates that were only faintly blue. The levels of GUS expression in the kanamycin-resistant calli as determined with X-gluc are expressed qualitatively in Table I.

The variation in GUS expression may have been the result of differences in the ability of the substrate to diffuse into the detergent-treated calli. Therefore, GUS expression in extracts from kanamycin-resistant calli was analyzed quantitatively using the fluorometric substrate, MUG (Table I). Levels of GUS expression, as assayed with the fluorometric substrate, generally corresponded with the degree of staining observed with the histochemical substrate indicating that the low levels of GUS expression as detected by the histochemical assay were not caused by a lack of penetration of the substrate into the cells.

To verify the transformed nature of the kanamycin-resistant calli, hybridization analyses were performed to probe for the presence of the NPT II coding region. Genomic DNA from the calli was digested with BamHI which should release a 1.0 kb NPT II fragment from the transforming pNGI plasmid DNA (see Fig. 1). The Southern blot containing the transferred genomic DNA was hybridized with radioactive probe

DKB 012429



Figure 2. GUS expression in kanamycin-resistant calli that were recovered from cells bombarded with pNGI. The tissue was treated with the histochemical substrate X-gluc. A, An isolate that expressed high levels of GUS; B, an isolate that expressed little GUS activity. The arrow points to one of the few blue cells in this isolate.

Table I. GUS Expression in Kanamycin-Resistant Calli as Determined Qualitatively by Histochemical Staining Using X-gluc or Quantitatively by an Enzyme Assay Using MUG as the Substrate

Also given is the number of intact copies of the GUS gene present in the various isolates

| Sample | GUS Staining (qualitative estimate[a]) | GUS Activity × 10[-1] | GUS Copy No. |
|---|---|---|---|
| | | pmol MU/μg protein/min | |
| 1-1 | 3 | 104 | 8 |
| 1-4 | 4 | 172 | 2 |
| 1-5 | 2 | 18 | 2 |
| 1-9 | 2 | 50 | 8 |
| 1-14 | 3 | 98 | 1 |
| 1-15 | 2 | 17 | 10 |
| 2-1 | 1 | 5 | 10 |
| 2-2 | 1 | 8 | 5 |
| 2-3 | 2 | 14 | 1 |
| 2-5 | 2 | 12 | 1 |
| 2-8 | 4 | 94 | 8 |

[a] Calli were qualitatively evaluated for their level of GUS expression following treatment with X-gluc with a value of four representing isolates that uniformly and densely stained blue and a value of 1 representing weak expression with only a few blue cells present in the isolate. Calli that had GUS staining values of 2 or 3 had some densely stained aggregates of cells interspersed among aggregates that exhibited little or no staining. Untransformed BMS calli had no detectable GUS activity when analyzed with either X-gluc or MUG.

prepared from the NPT II-coding region. All of the kanamycin-resistant calli tested yielded a 1.0 kg band that comigrated with the 1.0 kb NPT II fragment from BamHI-digested pNGI DNA (Fig. 3A). Copy number reconstructions indicated that most of the transformants contained from 1 to 8 intact copies of the NPT II gene per haploid genome. Occasionally isolates with less than 1 copy of the NPT II gene were recovered (for example, isolate 2-5, Fig. 3A) indicating that some of the kanamycin-resistant calli could be chimeras containing nontransformed cells. Most of the calli analyzed had additional rearranged copies integrated into the genome. Unbombarded tissue did not contain DNA that hybridized to the NPT II probe (Fig. 3A, lane pNGI-0).

Southern blot analyses were also performed to determine the copy number and structure of the GUS gene in the kanamycin-resistant calli. Digestion of pNGI with EcoRI and HindIII releases the 3.8 kb GUS gene (Fig. 1). Southern blots of genomic DNA digested with EcoRI and HindIII were hybridized to a 1.8 kb fragment of the GUS coding region. All of the kanamycin-resistant calli tested contained both intact and rearranged copies of the GUS gene (Fig. 3B) with the number of rearranged sequences often exceeding the number of intact copies. The number of intact copies of the GUS gene varied from 1 to 10 in the transformed calli. Unbombarded calli did not contain DNA that hybridized to the GUS probe. The GUS DNA is maintained in the calli after 1 year of growth in culture as indicated by GUS expression using X-gluc as the substrate.

DKB 012430

MGA0012419

GENETIC TRANSFORMATION OF MAIZE CELLS                    443



Figure 3. Analysis of the NPT II and GUS gene structures in maize calli transformed with pNGI DNA. DNA was isolated from kanamycin-resistant calli 12 weeks after bombardment. The DNA was digested with either BamHI (A) or EcoRI and HindIII (B), separated by electrophoresis in a 0.8% agarose gel and transferred to nylon membranes. A radioactive NPT II (A) or GUS (B) probe was hybridized to the DNA on the membrane and the hybridizing sequences visualized by autoradiography. The position of HindIII digested size markers (kb) is indicated between the two panels. The lanes designated pNGI contain the indicated amount (pg) of pNGI DNA digested with either BamHI (A) or EcoRI and HindIII (B) as well as 8 μg of similarly digested DNA from untransformed maize callus. Since the haploid genome of maize is 5 × 10⁹ bp, 10 and 50 pg of pNGI represents 0.8 and 4 gene copies, respectively. Digestion of pNGI with BamHI releases a 1.0 kb hybridizing fragment while digestion with EcoRI and HindIII releases a 3.8 kb GUS gene hybridizing fragment.

## DISCUSSION

Stably transformed calli of maize can readily be recovered following bombardment of intact cells with DNA-bearing microprojectiles. The frequency of transformation found in this study (about 1 in 5000 of the cells treated with microprojectiles) was similar to that previously found for microprojectile-mediated transformation of intact tobacco (16) and soybean (4) cells. The frequency of transformation by microprojectiles is comparable to that observed for methods used for the transformation of plant protoplasts such as electroporation (9) and PEG-mediated delivery (17). Recently, as a result of improved methods for the culture of protoplasts, transformed plants of several cereal species have been produced by gene delivery to protoplasts. For example, transgenic rice plants have been obtained by electroporation-mediated delivery of DNA to protoplasts (21). Transgenic maize plants have also been recovered by gene transfer to protoplasts, but the regenerated plants were sterile (19). In spite of this progress, regeneration of most cereal species from protoplasts is still difficult and therefore the pursuit of alternative approaches for plant transformation is necessary. Microprojectile-mediated transfer represents a means for delivering DNA into intact cells within tissues. Therefore, with the appropriate selectable or screenable markers, it should be possible to recover transformed calli from bombarded tissues or cultures of maize and other cereals that have the potential to develop into whole plants. Improvements in transformation efficiencies as a result of further refinements in the design of microprojectiles and acceleration devices will aid in the recovery of transformed plants of recalcitrant species.

## ACKNOWLEDGEMENTS

This work was supported by Pioneer Hi-Bred Inc. and the US Department of Agriculture-Agricultural Research Service.

## LITERATURE CITED

1. Bradford MM (1976) A rapid and sensitive method for quantitation of microgram quantities of protein utilizing the principle of protein-dye binding. Anal Biochem 72: 248-254

2. Callis J, Fromm M, Walbot V (1987) Introns increase chimeric gene expression in maize. Genes Dev 1: 1183-1200

3. Chilton MD, Tepfer D, Petit A, David C, Casse-Delbart F, Temple J (1982) Agrobacterium rhizogenes inserts T-DNA into genomes of the host plant root cells. Nature 295: 432-434

4. Christou P, McCabe DE, Swain WF (1988) Stable transformation of soybean callus by DNA-coated gold particles. Plant Physiol 87: 671-674

5. Cocking EC, Davey MR (1987) Gene transfer in cereals. Science 236: 1259-1262

6. Dennis ES, Gerlach WL, Pryor AJ, Bennetzen JL, Inglis A, Llewellyn D, Sachs MM, Ferl RJ, Peacock WJ (1984) Molecular analysis of the alcohol dehydrogenase (Adh1) gene of maize. Nucleic Acid Res 12: 3983-4000

7. Feinberg AP, Vogelstein B (1983) A technique for radiolabeling DNA restriction endonuclease fragments to high specific activity. Anal Biochem 132: 6-13

8. Fromm ME, Taylor LP, Walbot V (1985) Expression of genes transferred into monocot and dicot plant cells by electroporation. Proc Natl Acad Sci USA 82: 5824-5828

9. Fromm ME, Taylor LP, Walbot V (1986) Stable transformation of maize after gene transfer by electroporation. Nature 319: 791-795

10. Jefferson RA, Burgess SM, Hirsh D (1986) β-Glucuronidase from Escherichia coli as a gene-fusion marker. Proc Natl Acad Sci USA 83: 8447-8451

11. Jefferson RA, Kavanagh TA, Bevan MW (1987) GUS fusions: β-glucuronidase as a sensitive and versatile gene fusion marker in higher plants. EMBO J 6: 3901-3907

12. Klee H, Horsch R, Rogers S (1987) Agrobacterium-mediated plant transformation and its further applications to plant biology. Annu Rev Plant Physiol 38: 467-486

13. Klein TM, Wolf ED, Wu R, Sanford JC (1987) High-velocity microprojectiles for delivery of nucleic acids into living cells. Nature 327: 70-73

14. Klein TM, Fromm ME, Weissinger A, Tomes D, Schaaf S, Sletten M, Sanford JC (1988) Transfer of foreign genes into intact maize cells using high-velocity microprojectiles. Proc Natl Acad Sci USA 85: 4305-4309

15. Klein TM, Gradziel T, Fromm ME, Sanford JC (1988) Factors influencing gene delivery into Zea mays cells by high-velocity microprojectiles. Bio/Technology 6: 559-563

16. Klein TM, Harper EC, Svab Z, Sanford JC, Fromm ME, Maliga P (1988) Stable genetic transformation of intact Nicotiana cells by the particle bombardment process. Proc Natl Acad Sci USA 85: 8502-8505

17. Lörz H, Baker B, Schell J (1985) Gene transfer to cereal cells

DKB 012431

MGA0012420