mediated by protoplast transformation. Mol Gen Genet 199:
178-182

18. McCabe DE, Swain WF, Martinell BJ, Christou P (1988) Stable
transformation of soybean (Glycine max) by particle accelera-
tion. Bio/Technology 6: 923-926

19. Rhodes CA, Pierce DA, Mettler IJ, Mascarenhas D, Detmer J
(1988) Genetically transformed maize plants from protoplasts.
Science 240: 204-207

20. Southern EM (1975) Detection of specific sequences among

DNA fragments separated by gel electrophoresis. J Mol Biol
98: 503-517

21. Toriyama K, Arimoto Y, Uchimiya H, Hinata K (1988) Trans-
genic rice plants after direct gene transfer into protoplasts. Bio/
Technology 6: 1072-1074

22. Wang Y-C, Klein TM, Fromm ME, Cao J, Sanford JC, Wu R
(1988) Transient expression of foreign genes in rice, wheat and
soybean cells following particle bombardment. Plant Molec
Biol 11: 433-439

DKB 012432

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and          )

MONSANTO TECHNOLOGY           )

LLC,                          )

        Plaintiffs,          )

                )          Civil Action

                )          No. 04-305-SLR

v.                            )          (lead case)

                )

SYNGENTA SEEDS, INC.,         )

SYNGENTA BIOTECHNOLOGY,       )

INC.,                         )

        Defendants.          )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED ORAL DEPOSITION OF

MICHAEL FROMM

08/24/2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* DESIGNATED CONFIDENTIAL \*\*\*

REPORTED BY:  SUSAN P. MILLER, RDR, CRR, CBC

Michael Fromm - August 24, 2005
Monsanto Company v. Syngenta Seeds, INC.,

---

**Page 2**

1     VIDEOTAPED ORAL DEPOSITION OF MICHAEL
2    FROMM, produced as a witness at the instance of the
3    Defendants, and duly sworn, was taken in the above
4    styled and numbered cause on Wednesday, 08/24/2005,
5    from 9:02 a.m. to 1:27 p.m., before Susan Perry
6    Miller, RDR, CRR, CBC, Notary Public in and for the
7    State of Texas, reported via Machine Shorthand with
8    Realtime Computer Translation and reported at the
9    offices of Howrey LLP, 1111 Louisiana, 25th Floor,
10   Houston, Texas, pursuant to notice, the Federal
11   Rules of Civil Procedure, and/or any provisions
12   stated on the record.
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1              APPEARANCES
2    FOR PLAINTIFFS:
3       HOWREY, LLP
4       1111 Louisiana
5       25th Floor
6       Houston, Texas  77002-5242
7       (T) 713.787.1592
8       (F) 713.787.1440
9       By:  Mr. Thomas A. Miller
10          MillerT@howrey.com
11
12   FOR DEFENDANTS:
13      FINNEGAN HENDERSON FARABOW
14      GARRETT & DUNNER, LLP
15      901 New York Avenue, NW
16      Washington, DC  20001-4413
17      (T) 202.408.4000
18      (F) 202.408.4400
19      By:  Mr. Howard W. Levine
20          howard.levine@finnegan.com
21          Ms. Jennifer A. Johnson, Ph.D.
22          jennifer.johnson@finnegan.com
23
24
25

---

**Page 4**

1              APPEARANCES
2
3
4    VIDEOGRAPHER:
5
6       Mr. Mike Davis
7
8
9       **********************
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 5**

1              STIPULATIONS
2
3       VIDEOTAPED ORAL DEPOSITION OF
4    MICHAEL FROMM, taken on 08/24/2005, pursuant to
5    notice, the Federal Rules of Civil Procedure, and/or
6    any provisions stated on the record.
7
8       Signature of the witness was waived
9    by agreement of the witness and agreement of the
10   parties at the time of the deposition.  The Original
11   Deposition Transcript will be delivered to Mr.
12   Howard W. Levine, Custodial Attorney.
13
14
15      *************************
16
17
18
19
20
21
22
23
24
25

---

2 (Pages 2 to 5)

# A263 - A267

# Redacted

# RESEARCH

# INHERITANCE AND EXPRESSION OF CHIMERIC GENES IN THE PROGENY OF TRANSGENIC MAIZE PLANTS

Michael E. Fromm[1,2]*, Fionnuala Morrish[1,2], Charles Armstrong[3], Rosalind Williams[1], John Thomas[1], and Theodore M. Klein[1,4]

[1]Plant Gene Expression Center, USDA/UC Berkeley, 800 Buchanan St., Albany, CA 94710. [2]Current Address: Plant Sciences, Monsanto Company, 700 Chesterfield Village Pkwy, St. Louis, MO 63198. [3]Plant Sciences, Monsanto Company, 700 Chesterfield Village Pkwy, St. Louis, MO 63198. [4]Current Address: E. I. DuPont, Medical Products Division, B-100 Box 122, Lab 102, Glasgow, DE 19702. *Corresponding author.

We obtained transgenic maize plants by using high-velocity microprojectiles to transfer genes into embryogenic cells. Two selectable genes were used to confer resistance to either chlorsulfuron or phosphinothricin, and genes encoding E. coli β-glucuronidase or firefly luciferase were used as markers to provide convenient assays for transformation. When regenerated without selection, only two of the eight transformed embryogenic calli obtained produced transgenic maize plants. With selection, transgenic plants were obtained from three of the other eight calli. One of the two initial lines produced 15 fertile transgenic plants. The progeny of these plants contained and expressed the foreign genes. Luciferase expression could be visualized, in the presence of added luciferin, by overlaying leaf sections with color film.



**FIGURE 1** The structures of the maize selectable marker plasmids. The construction of these plasmids will be described elsewhere (Fromm et al., in preparation). The CaMV 35S promoter, attached to the Adh1 intron 1 fragment, is used to express the chlorsulfuron-resistant ALS cDNA or the firefly luciferase gene. The Adh1 promoter, attached to the Adh1 first intron, is used to express the GUS coding region. The native ALS gene had a single point mutation introduced into its coding region to confer resistance to chlorsulfuron. Symbols: CaMV 35S pro, cauliflower mosaic virus 35S promoter; Adh1 intron 1, intron 1 of maize alcohol dehydrogenase 1; ALS, acetolactate synthase; NOS 3', nopaline synthase polyadenylation region; LUC, firefly luciferase coding region; BAR, BAR coding region; GUS, GUS coding region; Kan', kanamycin resistance gene for selection in E. coli

The most successful gene transfer techniques for dicots have been difficult to apply to the agriculturally important cereals[1,2]. This is primarily due to the cereals limited susceptibility to infection by Agrobacterium[3,4] and to difficulties in regenerating fertile cereal plants from protoplasts[5]. Although there has been some recent progress in these areas[6-13], a general and reproducible technique for obtaining transgenic cereal plants is still needed. The high-velocity microprojectile gun might meet these requirements since it has been used to stably transform both monocot[14] and dicot cells[15-17]. Here we report using DNA-coated microprojectiles to stably transform embryogenic maize cells, which were subsequently regenerated into fertile maize plants.

## RESULTS

**Selectable marker plasmids and tissue culture selections.** Four different plasmids were used for gene transfer experiments (Fig. 1). pBARGUS uses the CaMV 35S promoter, which has been shown to function in stably transformed maize cells[18], to express the BAR gene from

CONFIDENTIAL    A268    MGA0056707

*S. hygroscopicus* as a selectable marker[19]. The gene product of the BAR gene, phosphinothricin acetyltransferase (PAT), acetylates phosphinothricin[20] (PPT). PPT stops cell growth by inhibition of glutamine synthase, but the acetylation of PPT by the PAT activity in transformed cells allows them to grow in the presence of PPT[19]. pBARGUS also carries the *E. coli* GUS gene expressed from the maize alcohol dehydrogenase 1 (Adh1) promoter[14]. The GUS gene provides a convenient screenable marker as GUS expressing cells become blue[21,22] in the presence of 5-bromo-4-chloro-3-indolyl-β-D-glucuronide (XGLUC).

Two of the other plasmids, pALS and pALSLUC (Fig. 1), use the CaMV 35S promoter to express a chlorsulfuron-resistant form of the maize acetolactate synthase (ALS) cDNA (M. Fromm, in preparation). Chlorsulfuron (CS) inhibits ALS, thus preventing the synthesis of the branched chain amino acids leucine, isoleucine and valine[23]. Expression of either the tobacco or *Arabidopsis* ALS gene, containing the same CS-resistant mutation as was introduced into the maize ALS cDNA, has conferred CS resistance in transgenic tobacco[24,25]. pALS contains only the ALS chimeric gene, while pALSLUC also contains a gene that uses the CaMV 35S promoter to express the firefly luciferase coding region[26]. The fourth plasmid pALSgenLUC (Fig. 1) contains the firefly luciferase gene and a genomic clone of the maize ALS gene in a CS-resistant form of the ALS enzyme (M. Fromm, in preparation). Luciferase expression from either pALS-LUC or pALSgenLUC provides a convenient assay[27] to help confirm that the CS-resistant cells are transformed.

Maize embryogenic suspension cultures, either B73×A188[28] or a B73×A188 derivative (C. Armstrong, in preparation), were bombarded with tungsten microprojectiles coated with either pALS, pALSLUC, or pALSgen-LUC DNA, using previously described bombardment conditions[14,15,29,30]. After 2 to 12 days in non-selective liquid N6 media[31] the bombarded suspension culture cells were plated onto agarose-solidified N6 media containing 50 nM CS. The cells were transferred to new CS media after 3 weeks, and the growth of CS-resistant calli could be distinguished from the limited growth of the non-transformed cells 6 to 8 weeks after bombardment (Fig. 2a).

A total of 33 bombardments in four different experiments produced six independently derived transformed calli: pALS-1, pALSLUC-2 to -5, and pALSgenLUC-6. All of the transformed calli still appeared embryogenic (for example, see Fig. 2b). Portions of the CS-resistant calli

were assayed for firefly luciferase expression[27]. All five calli transformed with either pALSLUC or pALSgenLUC expressed luciferase in the transgenic calli (Table 1). The one callus, pALS-1, which had been bombarded with a mixture of pALS and a luciferase expressing plasmid (pAILN; see ref. 27) was negative for luciferase expression (Table 1), but did contain pALS DNA (see below). An additional CS-resistant callus did not contain transforming DNA and appears to have resulted from a spontaneous mutation, presumably of the endogenous ALS genes[32].

Three petri dishes of B73×A188 embryogenic callus tissue were bombarded with microprojectiles coated with pBARGUS DNA. After 5 days on N6 media, the bombarded callus tissue was placed on the same media lacking proline and casein hydrolysate, and containing 0.05 mg/l PPT as a selective agent. The callus pieces were transferred to fresh selective media containing 0.1 mg/l PPT every 3 to 4 weeks and after 4 months resistant calli were evident. Small pieces of the PPT resistant calli were tested for GUS activity by placing the tissue in a solution containing XGLUC and screening for blue cells[21]. Two such embryogenic calli, pBARGUS-7 (Fig. 2c) and -8, were identified and propagated for subsequent analysis and regeneration.

**Analysis of transgenic calli and R0 plants.** DNA was isolated from the eight transgenic callus lines and analyzed by the polymerase chain reaction (PCR) technique[33]. The PCR primers were complementary to the CaMV 35S/Adh1 intron portion of the plasmid DNAs used for transformation (Fig. 1). Amplification of the DNA of all eight transgenic calli revealed the expected 490 bp fragment (Fig. 3). DNA blots of the amplified fragments hybridized to radioactive CaMV 35S probe confirming the identity of the 490 bp fragment (data not shown).

After propagating the transgenic calli on selective or nonselective media to increase the amount of tissue, a portion of each callus was used to initiate plant regeneration[28,34]. Although embryogenic in appearance, pALSLUC-5 and pALSgenLUC-6 transgenic calli did not form mature embryos. The other six transgenic calli contained somatic embryos (for example, see Fig. 2b) than could be regenerated into plantlets that developed into mature plants in the greenhouse (Fig. 2d–f).

pALSLUC-2 callus produced luciferase positive plants after regeneration (Table 1). However, seventeen pALSLUC-2 plants became yellow and did not develop to maturity. Only 1 pALSLUC-2 plant reached maturity and produced

**TABLE 1** Summary of enzymatic and DNA analyses of transgenic calli and R0 plants regenerated without selection.

| Plasmid-callus # | Calli | | Immature Plants | | Mature Plants | |
|---|---|---|---|---|---|---|
| | Enzyme Assay | PCR | Number of plants | Luciferase Positive | Fertile | PCR of DNA[c] |
| pALS-1 | LUC− | + | 28 | ND[a] | 28 | 0/28 |
| pALSLUC-2 | LUC+ | + | 18 | 3/4 | 1[b] | ND |
| pALSLUC-3 | LUC+ | + | 15 | 15/15 | 15 | 7/7 |
| pALSLUC-4 | LUC+ | + | 4 | 0/4 | 0 | ND |
| pALSLUC-5 | LUC+ | + | 0 | | | |
| pALSgenLUC-6 | LUC+ | + | 0 | | | |
| pBARGUS-7 | GUS+ | + | 150 | ND | 150 | 0/150 |
| pBARGUS-8 | GUS+ | + | 2 | ND | 2 | 0/2 |

[a]ND, not determined.
[b]17 of the 18 pALSLUC-2 plants became yellow and stopped developing. The one fertile plant did not express luciferase and presumably arose from non-transformed cells in the callus.
[c]The number of plants positive for the transforming DNA/total plants assayed, using the polymerase chain reaction to analyze the isolated DNA.



progeny. This plant and its progeny did not contain luciferase activity, and the progeny did not contain pALSLUC-2 DNA (data not shown), indicating that the R0 plant was derived from non-transformed cells in the pALSLUC-2 callus.

Four transgenic calli, pALS-1, pALSLUC-4, pBARGUS-7 and pBARGUS-8 produced plants that did not contain enzyme activities or DNAs indicative of transformation (Table 1). These calli evidently consisted of chimeras of transformed and untransformed cells. Apparently, there was preferential regeneration of the non-transformed cells in the chimeric embryogenic tissue. This preference was most dramatic in the plants from pBARGUS-7, where

**FIGURE 2** Production of transgenic maize plants. (a) A CS resistant sector growing out of CS sensitive cells after 8 weeks on CS media; (b) A CS-resistant, luciferase-expressing embryogenic maize callus transformed with pALSLUC DNA; (c) Embryogenic maize callus transformed with pBARGUS and incubated with XGLUC to visualize GUS expression; (d) A germinating embryo derived from embryogenic callus (e) Transgenic plantlets in plastic boxes (f) Transgenic fertile plants regenerated from pALSLUC-3 and that express luciferase; (g) A transgenic ear that was pollinated and set seed; (h) Progeny plants, half of which are transgenic and express luciferase; (i) Normal, white light photograph of luciferase expressing and control leaves; (j) Same leaves as in panel i, except that the luciferase expressing and control leaves were in 1 mM luciferin and no external light source was present.

CONFIDENTIAL

MGA0056709



**FIGURE 3** PCR analysis of the DNA from transgenic calli. DNA isolated from callus tissue served as template for PCR amplification using 4 primers. Two primers recognized the CaMV 35S promoter/Adh1 intron 1 fragment present in all the plasmids used for transformation. These primers should amplify a 490 bp fragment, whose position is indicated by an arrow. The other two primers recognize the endogenous ALS gene and should produce a 710 bp fragment. The 710 bp fragment serves as a control to indicate that the PCR was successful for each sample. Lanes: 1, PCR without added template DNA; 2, non-transformed callus DNA; 3–9, DNA from transgenic calli. The positions of lambda DNA digested with PstI are indicated in base pairs.

150 non-transgenic plants were produced from callus tissue that appeared to consist of at least 50% GUS positive cells (Fig. 2c).

These initial regeneration events were from calli that were not under selection immediately prior to regeneration into plants. Recently, we have found that maintaining the PPT selection during the regeneration protocol gives

**TABLE 2** Enzymatic and DNA analysis of the R1 progeny from pALSLUC-3 R0 plants.

| R0 Parent | LUC+ Plants/ Total Assayed[a] | Average LUC[b] of LUC+ Plants | PCR Positive[c] LUC+ | PCR Positive[c] LUC− |
|---|---|---|---|---|
| CA | 0/2 | | ND | ND |
| CB | 2/5 | 20,572 | 1/1 | 0/1 |
| CC | 6/10 | 94,960 | 3/3 | 0/1 |
| CD | 3/10 | 25,792 | 1/1 | 0/1 |
| CE | 9/13 | 180,716 | ND | ND |
| CG | 12/36 | 121,513 | 3/3 | 0/3 |
| CH | 12/19 | 45,214 | 6/6 | 0/3 |
| CK | 1/2 | 22,146 | ND | ND |
| CO | 5/6 | 34,682 | ND | ND |
| CP | 3/7 | 22,643 | ND | ND |
| Total | 53/120 | | 14/14 | 0/9 |

[a]The number of luciferase positive progeny plants/total number analyzed, where the R0 plants were fertilized with non-transformed pollen.
[b]The average luciferase value of the luciferase positive plants, in light units per 400 μg of protein from leaf extracts. Luciferase negative samples had values equal to those from untransformed plants.
[c]The number of progeny, divided into luciferase expressing (LUC+) or non-expressing groups (LUC−), that contain pALS-LUC DNA/total number assayed by PCR. Only the luciferase expressing group was found to contain pALSLUC DNA. ND, not determined.

mature embryos that are positive for GUS expression when incubated in XGLUC solution (data not shown). The plantlets from these embryos were positive for pBARGUS DNA when analyzed by Southern hybridization (45 positives of 45 plants analyzed; data not shown). Additionally, we have found that maintaining the CS selection during the regeneration of pALS-1 calli results in the recovery of plants that contain pALS DNA when analyzed by PCR (5 positives of 5 analyzed; data not shown). Therefore, selection during the regeneration process has allowed us to recover transgenic plants (currently being grown in the greenhouse) from pBARGUS-7, -8 and pALS-1 calli, while these calli produced only non-transformed plants when regenerated without selection.

pALSLUC-3 callus produced 15 mature plants (Table 1) that expressed luciferase. DNA blots of BamH1 digested DNA from these plants showed a constant ratio of the bands from the endogenous ALS gene to those from the introduced ALS gene from pALSLUC (Fig. 4), indicating they consisted entirely of transformed cells. All of the pALSLUC-3 plants produced ears and partially feminized tassels. The tassels contained mature anthers but did not shed noticeable pollen. However, the ovules in the tassel and ear produced seeds (Fig. 2g) when fertilized with pollen from a non-transformed plant.

**Analysis of transgenic progeny plants.** Embryos were dissected from the immature seeds of some of the tassels and ears because endosperm development appeared to be slower than normal. The embryos were germinated *in vitro* on N6 media without hormones, and the plantlets returned to the greenhouse (Fig. 2h). These R1 progeny from the pALSLUC-3 R0 were examined for luciferase expression (Table 2). Assays of the leaves showed luciferase expression in 44% of the progeny, very close to the 50% expected from seeds fertilized with pollen from a non-transformed plant. PCR analysis of DNA isolated from leaves of some of the progeny (Table 2) indicated that all the luciferase expressing plants contained the transforming pALSLUC DNA (14/14) while none of the luciferase negative plants did (0/9).

DNA blot analysis of the R1 progeny, using a luciferase probe, showed co-segregation of the same pattern of bands as the parental callus (Fig. 5). Additionally, the luciferase probe hybridized to DNA larger than 25 kb when uncut DNA was used (Fig. 5, lane 10), indicating the transforming plasmid was integrated into the chromosomal DNA. These data indicate that the DNA was stably maintained in the progeny and indicate that there was only one integration site since the three hybridizing bands co-segregate in the 12 plants analyzed (Fig. 5, and data not shown).

A leaf of one of the progeny that expressed the highest levels of luciferase was bathed in 1 mM luciferin and placed under film to visualize luciferase expression[55]. All parts of the leaf appeared to be expressing luciferase, although not at exactly the same levels (Fig. 2j). A control leaf, which was placed adjacent to the luciferase expressing leaf (Fig. 2i), did not show any light emission.

Transgenic progeny also contained CS-resistant ALS enzymatic activity that was not present in the non-transgenic sibling plants (Table 3). Additionally, preliminary results with spraying transgenic and non-transgenic plants with a $7 \times 10^{-5}$ M CS solution indicate that the transgenic plants continue to grow normally, while the non-transgenic plants show yellowing and stunted growth (data not shown). Thus, both the ALS and LUC genes seem to be expressed in the transgenic progeny plants.

The transgenic R1 plants had normal tassels and shed normal amounts of fertile pollen (data not shown). Thus the initial male sterility of the R0 plants was not due to the

CONFIDENTIAL

A271

MGA0056710

transferred genes, but was probably related to the age of the embryogenic suspension culture.

## DISCUSSION

These experiments demonstrate that gene transfer by microprojectiles can result in stably transformed embryogenic maize cells. Most of the PPT or CS resistant calli recovered were still embryogenic indicating these selective agents do not destroy the embryogenic capacity of the cells. We obtained eight independent transgenic calli in five different experiments with three different cell lines. Although all three cell lines were derived from A188×B73 hybrid genotypes, we expect this approach will be applicable to any maize genotype that can form embryogenic cultures.

Six of these transformed callus lines regenerated into plants. Initially, only two of these lines gave transgenic plants; the other four lines yielded non-transformed plants, indicating that the original calli consisted of both transformed and non-transformed cells. The chimeric nature of the transgenic calli is not surprising given the multicellular target initially bombarded and mild selective conditions used. The initial selection protocols used the lowest effective amount of CS or PPT in order to minimize any detrimental effects on the regenerability of the transformed calli. These conditions apparently allow non-transgenic cells to be protected by the transgenic cells in the callus, allowing the non-transgenic cells to proliferate while under selection.

The problem of non-transgenic plants regenerating from chimeric transgenic calli was solved recently by using PPT and CS selections during regeneration. Under these conditions, we recovered transgenic plantlets from three of the four callus lines that initially gave nontransgenic plants. (These plants are currently being grown to maturity). The CaMV 35S promoter is apparently expressed at sufficient levels in the right types of cells to confer resistance in the callus, embryo and plantlet stages of regeneration, as well as in the plant. Taken together with the firefly luciferase expression data, these results suggest that the CaMV 35S promoter will be useful for the expression of selectable markers and genes in maize plants, as has been found in maize callus cells[7,14,18].

Of the two cell lines that initially produced transgenic plants, only one gave rise to fertile plants that transmitted the new genes to their progeny. This line gave rise to multiple fertile plants. When these were pollinated by a non-transformed plant, 1:1 co-segregation of luciferase expression and the transforming pALSLUC DNA was observed in 44% of the progeny, very close to the 50% expected. The transferred genes were stably maintained and expressed in the progeny as has been found in other plant transformation systems[4,12,17,36]. Although the initial R0 plants were male sterile, the R1 transgenic progeny plants were male fertile. This shows that the initial sterility was not associated with the transformation event and was probably associated with the age of the suspension culture.

Improvements in the frequency of transformation, in the selection protocol, and in the regenerability of the target cells should lead to an increased frequency of obtaining fertile, transgenic maize plants. The demonstrations of microprojectile-mediated stable transformation of non-regenerable[14] and regenerable maize cells indicates that more difficult target cells such as those in maize meristems might also be possible to transform. Additionally, since transient gene expression requires both gene transfer and gene expression, and has been demonstrated in a number of cereals[37-39], it seems likely that microprojectiles can be used to stably transform these other cereals



**FIGURE 4** DNA blot analysis of pALSLUC-3 R0 plants. BamHI digested DNA was electrophoresed on 0.8% agarose, transferred to a nylon membrane and hybridized with radioactive ALS probe. The 2.2 kb probe hybridized to the endogenous ALS genes and those of the introduced pALSLUC DNA (arrows). Lanes: 1–6, pALSLUC-3 R0 plants; 7, pALSLUC-3 callus; 8, untransformed A188×B73 embryogenic callus. The positions of lambda DNA digested with HindIII are indicated in kilobases.

as well. The availability of a reproducible, general system for producing transgenic plants will greatly facilitate the analysis and manipulation of gene expression in the cereals.

**TABLE 3** Acetolactate synthase activity in progeny (R1) segregating for the pALSLUC transforming DNA.

| Plant[a] | ALS Enzymatic Activity[b] | | |
|---|---|---|---|
| | (nmoles acetoin/ mg protein/hr) | | Percent CS-Resistant |
| | 0 CS | $10^{-7}$ M CS | |
| LUC[+], PCR[+] | | | |
| CG-AE | 7.5 | 7.9 | 105% |
| CG-AF | 7.9 | 9.4 | 118% |
| CG-AG | 13.9 | 11.2 | 81% |
| CH-12 | 9.2 | 7.9 | 86% |
| CH-26 | 14.8 | 10.6 | 72% |
| LUC[−], PCR[−] | | | |
| CG-AD | 9.2 | 2.5 | 27% |
| CG-AJ | 14.6 | 2.1 | 14% |
| CG-AK | 5.8 | 1.9 | 32% |
| CH-10 | 19.8 | 2.5 | 13% |
| CH-28 | 28.5 | 4.6 | 16% |

[a] R1 progeny plants that had been previously screened for luciferase activity and pALSLUC DNA by PCR. The first two letters indicate the parent R0 plant.
[b] ALS assays were performed as described in Experimental Protocol. Control samples were acidified prior to the addition of the extract and these values were subtracted from each sample. The values are the mean of two samples, each containing 2 mg of protein. Assays were done at 37°C without chlorsulfuron or with $10^{-7}$ M chlorsulfuron, to determine the amount of chlorsulfuron-resistant enzyme present.

CONFIDENTIAL

A272

MGA0056711



**FIGURE 5** DNA blot of pALSLUC-3 R1 progeny of two R0 plants. BamHI digested DNA isolated from R1 leaves was electrophoresed, blotted, and hybridized with radioactive luciferase probe. Lanes: 1, 10 pg BamHI digested pALSLUC plasmid; 2, nontransgenic control plant DNA; 3, pALSLUC-3 callus; 4–9, R1 progeny from either pALSLUC-3 -CC or -CG R0 parent plants; 10, uncut pALSLUC-3-CC-AE DNA (lane 5 contains the same DNA digested with BamHI). The results of assaying the same plants for luciferase expression, + or −, is indicated at the bottom of the gel lanes.

## EXPERIMENTAL PROTOCOL

**Plasmids and cell lines.** The plasmids used in this study are shown in Figure 1 and will be described in detail elsewhere (Fromm et al., in preparation). Immature embryos were used to initiate embryogenic callus as described[28,34]. Friable, embryogenic calli were grown on agarose solidified N6 media [N6 salts[51], pH 5.8, 2% sucrose, 100 mg/l casein hydrolysate, 100 mg/l myoinositol, 1.3 mg/l nicotinic acid, 0.25 mg/l each of thiamine-HCl, pyridoxine, and calcium pantothenate] containing 25 mM proline and 1 or 2 mg/l 2,4-D. Suspension cultures were initiated by placing friable embryogenic callus in 40 ml of N6 media in a 125 ml erlenmyer flask and subculturing every 3 days. The A188×B73 callus line, the A188×B73 and the B73×A188 derivative suspension cultures had been initiated 5, 15, and 13 months prior to the transformation experiments, respectively.

Gene transfer and selection of transformed cells. Embryogenic callus or suspension cells were bombarded with 1 μm tungsten microprojectiles using a Biolistics particle acceleration device (Dupont, DE) and the DNA precipitation conditions previously described[14,15,29,30]. Two to 12 days after bombardment, the cells were placed on agarose solidified N6 media containing 50 nM chlorsulfuron (for pALS, pALSLUC or pALSgenLUC) or media containing 0.05 μg/ml PPT and lacking proline and casein hydrolysate (for pBARGUS) and selected as described in the text.

**Plant regeneration.** Regeneration was initiated by placing the transformed callus tissue on N6 media with 0.1 mg/l 2,4-D for 7 to 10 days. Somatic embryos were then placed on N6 media containing 6% sucrose and lacking hormones for an additional 7 to 10 days. Embryos displaying a shoot apex were transferred to MS media without 2,4-D [MS salts[49], pH 5.8, 2% sucrose and vitamins and inositol as described above for the N6 medium] and placed in a lighted growth room. Germinated plantlets were placed in plastic boxes (Magenta) containing the same media. Once the plants reached the third or fourth leaf stage, they were transferred to soil (2 parts vermiculite to 1 part potting soil) and placed in a mist chamber for up to 1 week prior to transfer to the greenhouse. Plants were tested for resistance to CS by spraying with a $7 \times 10^{-5}$ M CS solution (in 80% acetone, 5% glycerol, 15% water, 0.2% Tween-20).

**Enzyme assays.** Callus or leaf tissue was ground in a cold mortar and pestle and luciferase enzyme activity was measured as described[27] using a luminometer (Monolight 2001, Analytical Luminescence Labs). Leaves from untransformed plants gave a slight background reading that was not dependent upon added luciferin. ALS activity was measured as described[41] except that

crude extracts were assayed directly. GUS activity in cells was observed *in situ* by incubation with XGLUC in GUS assay buffer[21]. To visualize *in situ* luciferase expression, the back surface of the leaf was abraded with 400 grit carbide paper, soaked in 5 ml of luciferase assay buffer[27], covered with a 0.5 mil polyethylene sheet followed by a sheet of Kodak Ektachrome 200 film[35] and exposed for 3 hr.

**DNA isolation and analysis.** DNA was isolated from callus and leaf tissue using a CTAB protocol[42]. For PCR analysis, 2 to 5 μg of DNA was heat denatured at 95°C for 8 min prior to starting the PCR cycles. The complete PCR mixture was UV treated for 5 min[45] prior to adding the DNA template. The primers that recognize the maize ALS gene, either the endogenous gene or the chimeric genes, were 5'-CGACGACCCACTGTCACTGC-3' and 5'-TCCTCCCACTGCACCACCAT-3' and are expected to give a 710 bp product. This 710 bp band served as a positive internal control for an effective PCR, as some samples did not yield any bands. The primer that hybridizes to the CaMV 35S promoter was 5'-GATGCCTCTGCCCGACAGTGGTC-3' and the Adh1 intron 1 primer was 5'-CCAGACTGTCGGATGGACCA-CAC-3'. These two primers should yield a 490 bp product that is diagnostic for the transforming plasmids. The PCR cycle was 1 min at 94°C, 2 min at 60°C and 2 min at 72°C, for a total of 30 cycles. For DNA blot analyses, 5 to 10 μg of DNA was digested overnight with BamHI restriction endonuclease, electrophoresed on a 0.8% agarose gel and transferred to a nylon membrane filter (Hybond, Amersham). The blots were hybridized with $^{32}$P-radioactive probes made from agarose gel purified fragments of either the 2.2 kb ALS cDNA fragment or the 1.8 kb luciferase fragment (Fig. 1), that were labeled by the random priming method[41].

Received 7 June 1990; accepted 27 June 1990.

## Acknowledgments

The authors thank Andrew Watson for excellent technical assistance, Rob Horsch and Chuck Gasser for helpful discussions, Reinhard Hehl and Peter Quail for critically reading the manuscript, Bob Wong for graphics work, Theresa Chew and Joseph Bradley for assistance with media preparation, and E. I. Dupont Co. for loan of the particle gun. This work was supported by the U.S. Department of Agriculture and Monsanto Co.

## References

1. Davey, M. R., Rech, E. L., and Mulligan, B. J. 1989 Direct DNA transfer to plant cells. Plant Mol. Biol. 13:273–285.
2. Potrykus, I. 1990. Gene transfer to cereals: An assessment. Bio/Technology 8:535–542.
3. Goodman, R. M., Hauptli. H., Crossway, A. and Knauf, V. C. 1987. Gene transfer in crop improvement. Science 236:48–54.
4. Hoovkaas, P. J. 1989. Transformation of plant cells via *Agrobacterium*. Plant Mol. Biol. 13:327–336.
5. Vasil, I. K. 1988 Progress in the regeneration and genetic manipulation of cereals crops. Bio/Technology 6:397–402
6. Rhodes, C. A., Lowe, K. S., and Ruby, K. L. 1988. Plant regeneration from protoplasts isolated from embryogenic maize cell cultures. Bio/Technology 6:656–60.
7. Rhodes, C. A., Pierce, D. A., Mettler, I. J., Mascarenhas, D., and Detmer, J. 1988. Genetically transformed maize plants from protoplasts. Science 240:204–207.
8. Boulton, M. I., Buchholz, W. G., Marks. M. S., Markham, P. G., and Davies, J. W. 1989 Specificity of *Agrobacterium*-mediated delivery of maize streak virus DNA to members of the Gramineae. Plant Mol. Biol. 12:31–40.
9. Grimsley, N., Hohn. B., Ramos, C., Kado, C., and Rogowsky, P. 1989. DNA transfer from *Agrobacterium* to *Zea mays* or *Brassica* by agroinfection is dependent on bacterial virulence functions. Mol. Gen. Genet 217:309–316.
10. Prioli, L. M. and Sondahl, M. R. 1989. Plant regeneration and recovery of fertile plants from protoplasts of maize *Zea mays* L. Bio/Technology 7:589–594.
11. Shillito, R. D., Carswell, G. K., Johnson, C. M., DiMaio, J. J., and Harms, C. T. 1989. Regeneration of fertile plants from protoplasts of elite inbred maize. Bio/Technology 7:581–587.
12. Shimamoto, K., Terada, R., Izawa, T., and Fujimoto. H. 1989. Fertile transgenic rice plants regenerated from transformed protoplasts. Nature 338:274–276.
13. Raineri, D. M., Bottino, P., Gordon, M. P., and Nester, E. W. 1990. *Agrobacterium*-mediated transformation of rice *Oryza sativa* L. Bio/Technology 8:33–38.
14. Klein, T. M., Kornstein, L., Sanford, J. C., and Fromm. M. E. 1989. Genetic transformation of maize cells by particle bombardment. Plant Physiol. 91:440–444.
15. Klein, T. M., Harper, E. C., Svab, Z., Sanford, J. C., Fromm. M. E., and Maliga, P. 1988. Stable genetic transformation of intact *Nicotiana* cells by the particle bombardment process. Proc. Natl. Acad. Sci. USA. 85:8502–8505.
16. McCabe, D. E., Swain, W. F., Marinell, B. J., and Christou, P. 1988. Stable transformation of soybean *Glycine Max* by particle acceleration.

Bio/Technology 6:923–926.
17  Tomes, D., Weissinger, A. K., Ross, M., Higgins, R., Drummond, B. J., Schaaf., S., Malone-Schoneberg, J., Staebell, M., Flynn, P., Anderson, J., and Howard, J. 1990. Transgenic tobacco plants and their progeny derived by microprojectile bombardment of tobacco leaves. Plant Mol. Biol. 14:261–268.
18  Fromm, M., Taylor, L. P., and Walbot, V. 1986. Stable transformation of maize after gene transfer by electroporation. Nature 319:791–793.
19  De Block, M., Botterman, J., Vandewiele, M., Dockx, J., Thoen, C., Gossele, V., Movva, N. R., Thompson, C., van Montagu, M., and Leemans, J. 1987. Engineering herbicide resistance in plants by expression of a detoxifying enzyme. EMBO J. 6:2513–2518.
20  Thompson, C. J., Movva, N. R., Tizard, R., Crameri, R., Davies, J. E., Lauwereys, M., and Botterman, J. 1987. Characterization of the herbicide-resistance gene bar from Streptomyces hygroscopicus. EMBO J. 6:2519–2523.
21  Jefferson, R. A., Kavanagh, T. A., and Bevan, M. W. 1987. GUS fusions: Beta-glucuronidase as a sensitive and versatile gene fusion marker in higher plants. EMBO J. 6:3901–3907.
22  Jefferson, R. A. 1989. The GUS reporter gene system. Nature 342:837–838.
23  Chaleff, R. S. and Mauvais, C. J. 1984. Acetolactate synthase is the site of action of two sulfonylurea herbicides in higher plants. Science 224:1443–1445.
24  Lee, K. Y., Townsend, J., Tepperman, J., Black, M., Chui, C. F., Mazur, B., Dunsmir, P., and Bedbrook, J. 1988. The molecular basis of sulfonylurea herbicide resistance in tobacco. EMBO J. 7:1241–1248.
25  Haughn, G. W., Smith, J., Mazur, B., and Somerville, C. 1987. Transformation with a mutant Arabidopsis acetolactate synthase gene renders tobacco resistant to sulfonylurea herbicides. Mol. Gen. Genet. 211:266–271.
26  de Wet, J. R., Wood, K. V., DeLuca, M., and Helinski, D. R. 1987. Firefly luciferase gene: structure and expression in mammalian cells. Molec. Cell. Biol. 7:725–737.
27  Callis, J., Fromm, M., and Walbot, V. 1987. Introns increase gene expression in cultured maize cells. Genes and Develop. 1:1183–1200.
28  Hodges, T. K., Kamo, K. K., Imbrie, C. W., and Becwar, M. R. 1986. Genotype specificity of somatic embryogenesis and regeneration in maize. Bio/Technology 4:219–223.
29  Klein, T. M., Fromm, M. E., Weissinger, A., Tomes, D., Schaaf, S., Sletten, M., and Sanford, J. C. 1988. Transfer of foreign genes into intact maize cells with high-velocity microprojectiles. Proc. Natl. Acad. Sci. USA. 85:4305–4309.
30  Klein, T. M., Gradziel, T., Fromm, M. E., and Sanford, J. C. 1988. Factors influencing gene delivery into Zea mays cells by high-velocity microprojectiles. Bio/Technology 6:559–563.
31  Chu, C. C., Wang, C. C., Sun, C. S., Hsu, C., Yin, K. C., Chu, C. Y., and Bi, F. Y. 1975. Establishment of an efficient medium for anther culture of rice through comparative experiments on the nitrogen sources. Sci. Sin. Peking. 18:659–688.
32  Chaleff, R. S. and Bascomb, N. F. 1987. Genetic and biochemical evidence for multiple forms of acetolactate synthase in Nicotiana tabacum. 210:33–38.
33  Saiki, R. K., Scharf, S., Faloona, F., Mallis, K. B., Horn, G. T., Erlich, H. A., and Arnheim, N. 1985. Enzymatic amplification of beta-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230:1350–1354.
34  Armstrong, C. L. and Green, C. E. 1985. Establishment and maintenance of friable embryogenic maize callus and the involvement of L-proline. Planta 164:207–214.
35  Ow, D. W., Wood, K. V., DeLuca, M., de Wet, J. R., Helinski, D. R., and Howell, S. H. 1986. Transient and stable expression of the firefly luciferase gene in plant cells and transgenic plants. Science 234:856–859.
36  Christou, P., Swain, W. F., Yang, N-S., and McCabe, D. E. 1989. Inheritance and expression of foreign genes in transgenic soybean plants. Proc. Natl. Acad. Sci USA 86:7500–7504.
37  Wang, Y. C., Klein, T. M., Fromm, M., Cao, J., Sanford, J. C., and Wu. R. 1988. Transformation of rice, wheat and soybean by the particle bombardment method. Plant Mol. Biol. 11:433–439.
38  Oard, J. H., Paige, D. F., Simmonds, J. A., and Gradziel, T. M. 1990. Transient gene expression in maize, rice, and wheat cells using an airgun apparatus. Plant Physiol. 92:334–339.
39  Kartha, K. K., Chibbar, R. N., Georges, F., Leung, B., Caswell, K., Kendall, E., and Qureshi, J. 1989. Transient expression of chloramphenicol acetyltransferase CAT in barley cell cultures and immature embryos through microprojectile bombardment. Plant Cell Rep. 8:429–432.
40  Murashige, T. and Skoog, F. 1962. A revised medium for rapid growth and bioassays with tobacco tissue cultures. Plant Physiol. 15:473–497.
41  Muhitch, M. J. 1988. Acetolactate synthase activity in developing maize Zea mays L. kernels. Plant Physiol. 86:23–27.
42  Lassner, M. W., Peterson, P., and Yoder, J. I. 1989. Simultaneous amplification of multiple DNA fragments by polymerase chain reaction in the analysis of transgenic plants and their progeny. Plant Mol. Biol. Rep. 7:116–128.
43  Sarkar, G. and Sommer, S. S. 1990. Shedding light on PCR contamination. Nature 343:27.
44  Feinberg, A. P. and Vogelstein, B. 1983. A technique for radiolabeling DNA restriction fragments to high specific activities. Anal. Biochem. 132:6–13.



# SPINFERM®
# Cell Culture Systems

### Long-term cell culture in perfusion mode

To qualify and excel in the field of cell culture, your equipment must be able to respond readily with rising technical standards and tighter regulatory limits.

The MBR Spinferm system—featuring a highly efficient method of cell retention—is designed to enable you to meet just these challenges.

## MBR BIO REACTOR AG

Werkstrasse 4, CH-8620 Wetzikon, Switzerland
Telephone 01 -931 21 71, Telex 875 133 mbr ch, Telefax 01 -930 01 26

USA Office:
Sulzer Biotech Systems, 230 Crossways Park Drive, Woodbury, NY 11797, Tel. 516-921 7373, Tx 497 4189 SBS WDB, Fax 516-921 7684

Member of ◆ SULZER CHEMTECH

BIOTECHNICA '90, Hanover, 18-20 Sept. 1990, Stand F45

**Write in No. 161 on Reader Service Card**

CONFIDENTIAL                               A274                              MGA0056713

Case 1:04-cv-00305-SLR    Document 267-16    Filed 02/02/2006    Page 12 of 25

Charles L. Armstrong - September 28, 2005
Monsanto Company et al. v. Syngenta Seeds, Inc. et al.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - x
MONSANTO COMPANY and          : Civil Action Number
MONSANTO TECHNOLOGY LLC,       : 04-305(SLR)
        Plaintiffs,            :
     vs.                       :
SYNGENTA SEEDS, INC.,          :
SYNGENTA BIOTECHNOLOGY, INC.,  :
ET AL.,                        :
        Defendants.           :
- - - - - - - - - - - - - - x
DEKALB GENETICS CORPORATION,   : 05-355(SLR)
        Plaintiff,            :
     vs.                       :
SYNGENTA SEEDS, INC.,          :
SYNGENTA BIOTECHNOLOGY, INC., :
ET AL.,                        :
        Defendants.           :
- - - - - - - - - - - - - - x
```

CONFIDENTIAL VIDEO DEPOSITION OF

CHARLES L. ARMSTRONG

Clayton, Missouri

Wednesday, September 28, 2005

REPORTED BY:

J. BRYAN JORDAN

# A276 - A279

# Redacted

Case 1:04-cv-00305-SLR    Document 267-16    Filed 02/02/2006    Page 14 of 25

T. Michael Spencer - October 14, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------)

MONSANTO COMPANY and MONSANTO                    )

TECHNOLOGY, LLC                                  )

    Plaintiff,                               ) Civ. Action No.

                               ) 04-305 SLR

               vs.                       )

                               ) (lead case)

SYNGENTA SEEDS, INC., SYNGENTA                   )

BIOTECHNOLOGY, INC., et al.,                     )

    Defendants.                              )

------------------------------------)

DEKALB GENETICS CORPORATION,                     )

    Plaintiff,                               ) Civ. Action No.

                               ) 04-355 SLR

               vs.                       )

SYNGENTA SEEDS, INC.,                            )

SYNGENTA BIOTECHNOLOGY, INC., et al.,)

    Defendants.                              )

------------------------------------)

   VIDEOTAPED ORAL DEPOSITION OF:  T. MICHAEL SPENCER

T. Michael Spencer - October 14, 2005
Monsanto Company v. Syngenta Seeds, Inc.

| Page 2 | |
|---|---|
| 1 | DATE: OCTOBER 14, 2005 |
| 2 | HELD AT: |
| 3 | HILTON MYSTIC |
| 4 | 20 COOGAN BOULEVARD |
| 5 | MYSTIC, CONNECTICUT |
| 6 | - - - |
| 7 | RESTRICTED CONFIDENTIAL |
| 8 | |
| 9 | Reporter: Sandra V. Semevolos, RMR, CRR, LSR #74 |
| 10 | ACE FEDERAL REPORTERS |

| Page 4 | |
|---|---|
| 1 | APPEARANCES (continued): |
| 2 | |
| 3 | Also Present: |
| 4 | Joseph Castelot |
| 5 | Video Operator |
| 6 | Ace Federal Reporters |

Page 3

1  APPEARANCES:
2  Representing the Plaintiff:
3    HOWREY, LLP
4    1111 Louisiana, 25th Floor
5    Houston, Texas 77002
6    713.787.1400
7      BY: MELINDA PATTERSON, ESQ.
8      E-Mail: pattersonm@howrey.com
9
10 Representing the Defendants:
11   FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
12   901 New York Avenue
13   Washington, DC 20001-4413
14   202.408.4000
15     BY: SANYA SUKDUANG, ESQ.
16     E-Mail: sanya.sukduang@finnegan.com
17     BY: JENNIFER A. JOHNSON, ESQ.
18     E-Mail: jennifer.johnson@finnegan.com

Page 5

1              INDEX
2  EXAMINATION
3  Witness Name                    Page
4  T. Michael Spencer
5
6    Direct By Mr. Sukduang ...................... 13
7  Cross By Ms. Patterson ...................... 242
8  Redirect By Mr. Sukduang ...................... 256
9  Recross By Ms. Patterson ............ 260
10 Further Redirect By Mr. Sukduang .......... 261
11
12 SPENCER DEPOSITION EXHIBITS (Marked for identification)
13              Page
14 Spencer Exhibit 1 Marked ...................... 14
15 T. Michael Spencer CV
16
17 Spencer Exhibit 2 Marked ...................... 24
18 Transcript of a jury trial dated August 29th,
19 2000, In The United States District Court For The
20 Middle District of North Carolina, between
21 Plaintiff Rhone-Poulenc Agro and Defendant
22 Monsanto Company and DeKalb Genetics Corporation

2 (Pages 2 to 5)

**A282 - A284**

**Redacted**

Ronald C. Lundquist - October 5, 2005
Dekalb Genetics Corporation v. Syngenta Seeds, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------x

DEKALB GENETICS CORPORATION,    : Civil Action No.

               Plaintiff,    : 05-355 (SLR)

   vs.    :

SYNGENTA SEED, INC.,    :

SYNGENTA BIOTECHNOLOGY, INC.,  :

ET AL.,    :

        Defendants.    :

-------------------------------x

MONSANTO COMPANY and    : 04-305(SLR)

MONSANTO TECHNOLOGY LLC,    :

           Plaintiffs,    :

   vs.    :

SYNGENTA SEED, INC.,    :

SYNGENTA BIOTECHNOLOGY, INC.,  :

ET AL.,    :

        Defendants.    :

-------------------------------x

   RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF

       RONALD C. LUNDQUIST, Ph.D.

         Minneapolis, MN

         Wednesday, October 5, 2005

REPORTED BY:  BRANDI N. BIGALKE

**A286 - A295**

**Redacted**

David A. Walters - September 20, 2005
Monsanto Company v. Syngenta Seeds, INC.,

Page 1

1                    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF DELAWARE

3      - - - - - - - - - - - - - - - - - - - - - - - - - )

4      MONSANTO COMPANY and MONSANTO   )

5      TECHNOLOGY, LLC                 )

6                                      )

7           Plaintiff,                 ) Civil Action No.

8                                      )

9           vs.                        ) 04-305-SLR

10                                     ) (lead case)

11     SYNGENTA SEEDS, INC., SYNGENTA  )

12     BIOTECHNOLOGY, INC.,            )

13                                     )

14          Defendants.                )

15     - - - - - - - - - - - - - - - - - - - - - - - - - )

16     VIDEOTAPED ORAL DEPOSITION OF:  DAVID A. WALTERS

17                 DATE:  SEPTEMBER 20, 2005

18                       HELD AT:

19                    HILTON MYSTIC

20                 20 COOGAN BOULEVARD

21                 MYSTIC, CONNECTICUT

22                       - - -

23             DESIGNATED CONFIDENTIAL

24

25     Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #74

David A. Walters - September 20, 2005
Monsanto Company v. Syngenta Seeds, INC.,

Page 2

1 APPEARANCES:
2 Representing the Plaintiff:
3    HOWREY, LLP
4    1111 Louisiana, 25th Floor
5    Houston, Texas 77002
6    713.787.1400
7
8    BY: THOMAS A. MILLER, ESQ.
9
10
11 Representing the Defendants:
12    FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
13    901 New York Avenue
14    Washington, DC 20001-4413
15    202.408.4000
16
17    BY: SANYA SUKDUANG, ESQ.
18    E-Mail: sanya.sukduang@finnegan.com
19    BY: JENNIFER A. JOHNSON, ESQ.
20    E-Mail: jennifer.johnson@finnegan.com
21
22
23 Also Present:
24    Joseph Castelot
25    Video Operator

Page 3

1    INDEX
2 EXAMINATION
3 Witness Name                Page
4 David A. Walters
5    Direct By Mr. Sukduang ...................... 8
6
7 WALTER DEPOSITION EXHIBITS (Marked for identification)
8                          Page
9 Exhibit No. 1 Marked ........................... 17
10 Document entitled "Third Quarter Progress Report
11 Maize Transformation" dated October 5th, 1988,
12 Nos. DKLB 032394 through DKLB 032397
13
14 Exhibit No. 2 Marked ........................... 19
15 Laboratory Notebook, Nos. MAP 0034511 through MAP
16 0034564
17
18 Exhibit No. 3 Marked ........................... 29
19 Laboratory Notebook, Nos. MAP 0033612 through MAP
20 0033665
21
22 Exhibit No. 4 Marked ........................... 33
23 Laboratory Notebook, Nos. MAP 0033666 through MAP
24 0033721
25

Page 4

1    INDEX (Continued)
2
3 Exhibit No. 5 Marked ........................... 39
4 Laboratory Notebook, Nos. MAP 0033722 through MAP
5 0033775
6
7 Exhibit No. 6 Marked ........................... 46
8 U.S. Patent Number 5,538,880, issued on July 23, 1986
9
10 Exhibit No. 7 Marked ........................... 48
11 Document that has Utility Serial Number 08249458
12 filed on 5/26/1994
13
14 Exhibit No. 8 Marked ........................... 61
15 Transcript of the trial between Plaintiffs DeKalb
16 Genetics Corporation versus Pioneer Hi-Bred
17 International dated February 13, 2001
18
19 Exhibit No. 9 Marked ........................... 68
20 Document Nos. DKLB 245391 through DKLB 245395
21
22
23
24
25

Page 5

1    INDEX (Continued)
2
3 Exhibit No. 10 Marked ........................... 71
4 A paper entitled "Transformation and Inheritance
5 of a Hygromycin Phosphotransferase Gene in Maize
6 Plants," published in Plant Molecular Biology
7
8 Exhibit No. 11 Marked ........................... 76
9 United States Patent Number 6,013,863 issued
10 January 11, 2000
11
12 Exhibit No. 12 Marked ........................... 77
13 Document titled "File Wrapper for U.S. Patent
14 Number 6,013,863"
15
16 Exhibit No. 13 Marked ........................... 89
17 Deposition transcript of a David Walters dated
18 September 9, 1997, in the case captioned "DeKalb
19 Genetics Corporation V. Pioneer Hi-Bred
20 International, Mycogen Corporation, Ciba-Geigy
21 and Northrup King"
22
23 Exhibit No. 14 Marked ........................... 92
24 Document, Nos. DKLB 294109 through DKLB 294411
25

2 (Pages 2 to 5)

# A298 - A304

# Redacted

US006040497A

# United States Patent [19]

## Spencer et al.

[11] Patent Number: **6,040,497**

[45] Date of Patent: **Mar. 21, 2000**

[54] **GLYPHOSATE RESISTANT MAIZE LINES**

[75] Inventors: **Michael Spencer**, Mystic, Conn.; **Rita Mumm**, Tolono; **Jeff Gwyn**, Mahomet, both of Ill.

[73] Assignee: **Dekalb Genetics Corporation**, Dekalb, Ill.

[21] Appl. No.: **08/832,078**

[22] Filed: **Apr. 3, 1997**

[51] Int. Cl.[7] ............................. C12N 15/00; C12N 15/82; A01H 10/06; A01H 4/00

[52] U.S. Cl. ...................... 800/288; 800/278; 800/300.1; 800/320.1; 800/275; 800/266; 536/24.1

[58] Field of Search ................................. 800/320.1, 275, 800/266, 300, 300.1, 288, 278; 435/412, 424, 430, 430.1; 536/24.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,535,060 | 8/1985 | Comai | 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. | 435/172.3 |
| 4,769,061 | 9/1988 | Comai | 71/86 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |
| 4,971,908 | 11/1990 | Kishore et al. | 435/172.1 |
| 5,034,322 | 7/1991 | Rodgers et al. | 435/172.3 |
| 5,068,193 | 11/1991 | Comai | 435/252.3 |
| 5,094,945 | 3/1992 | Comai | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,188,642 | 2/1993 | Shah et al. | 47/58 |
| 5,436,389 | 7/1995 | Pfund | 800/200 |
| 5,484,956 | 1/1996 | Lundquist et al. | 800/205 |
| 5,554,798 | 9/1996 | Lundquist et al. | 800/205 |
| 5,641,664 | 6/1997 | D'Halluin et al. | 435/172.3 |
| 5,641,876 | 6/1997 | McElroy et al. | 536/24.1 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 242 236 | 1/1987 | European Pat. Off. . |
| 0 242 246 | 3/1987 | European Pat. Off. . |
| 0 218 571 | 4/1987 | European Pat. Off. . |
| 0 290 395 | 11/1988 | European Pat. Off. . |
| 0 348 348 | 6/1989 | European Pat. Off. . |
| 0 360 750 | 9/1989 | European Pat. Off. . |
| 0 353 908 | 2/1990 | European Pat. Off. . |
| 0 469 273 | 6/1991 | European Pat. Off. . |
| 2 661 421 | 4/1991 | France . |
| WO 87/05629 | 9/1987 | WIPO . |
| WO 91/02071 | 2/1991 | WIPO . |
| WO 91/09948 | 7/1991 | WIPO . |
| WO 91/10725 | 7/1991 | WIPO . |
| WO 92/04449 | 3/1992 | WIPO . |
| WO 97/4103 | 2/1997 | WIPO . |
| WO 97/23634 | 7/1997 | WIPO . |

### OTHER PUBLICATIONS

Padgette et al. J. Bio. Chem. vol 266, No. 33, pp. 22364–22369, Nov. 1991.

McElroy et al., "Isolation of an Efficient Actin Promoter for Use in Rice Transformation," *The Plant Cell,* 2:163–171, 1990.

Padgette et al., "New Weed Control Opportunities: Development of Soybeans with a Roundup Ready™ Gene," In: *Herbicide–Resistant Crops,* Stephen O. Duke, Editor, Lewis Publishers, Boca Raton, Chapter 4, p. 53–84, 1996.

Amrhein et al., "Biochemical Basis for Glyphosate—Tolerance in a Bacterium and a Plant Tissue Culture," *FEBS,* 157(1):191–196, Jun. 1983.

Anderson, W. *Weed Science: Principles,* 2nd ed., West Publishing Company, St. Paul, pp. 13–15 (1983).

Ashton, F., et al. *Mode of Action of Herbicides,* John Wiley & Sons, New York, pp. vii–viii (1981).

Balthazor and Hallas, "Glyphosate–Degrading Microorganisms from Industrial Activated Sludge," *Applied and Environmental Microbiology,* 51(2):432–434, Feb. 1986.

Bishop, "Two Teams Place Genes Into Corn," The Wall Street Journal, Apr. 1990.

Chasan, "Transforming Maize Transformation," *The Plant Cell,* 4:1463–1464, Dec. 1992.

Christou, "Genetic Transformation of Crop Plants Using Microprojectile Bombardment," *The Plant Journal,* 2(3):275–281, 1992.

Christou, McCabe, and Swain, "Stable Transformation of Soybean Callus by DNA–Coated Gold Particles," *Plant Physiol.,* 87:671–674, 1988.

Clark, "Biotech Advance in Corn: Gunslinging Researchers Fire Marker Genes into Corn," *Ag Consultant,* p. 12, Jul. 1990.

Cocking and Davey, "Gene Transfer in Cereals," *Science,* 236:1259–1262, Jun. 1987.

Comai et al., "Expression in Plants of a Mutant aroA Gene from *Salmonella typhimurium* Confers Tolerance to Glyphosate," *Nature,* 317:741–744, Oct. 1985.

Comai, Sen and Stalker, "An Altered aroA Gene Product Confers Resistance to the Herbicide Glyphosate," *Science,* 221:370–371, Jul. 1983.

"Corn Plants Genetically Engineered to Express Wheat Germ Agglutinin (WGA) Genes, in Order to Confer Resistance to the European Corn Borer (*Ostrinia nubilalis*) and Tolerance to Glugosinate Herbicides," Pioneer's Application for Release Into the Environment Under 7 C.F.R. 340.

d'Amato et al., "Subcellular Localization of Chorismate–Mutase Isoenzymes in Protoplasts from Mesophyll and suspension–Cultured Cells of *Nicltiana silvestris,*" *Planta,* 162:104–108, 1984.

D'Halluin et al., "Transgenic Maize Plants by Tissue Electroporation," *The Plant Cell,* 5:1495–1505, Dec. 1992.

De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme," *The EMBO Journal,* 6(9):2513–2518, 1987.

De Block, De Brouwer, and Tenning, "Transformation of *Brassica napus* and *Brassica oleracea* Using *Agrobacterium tumerfaciens* and the Expression of the bar and neo Genes in the Transgenic Plants," *Plant Physiol.,* 91:694–701, 1989.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57] **ABSTRACT**

Methods and compositions relating to glyphosate resistant maize plants, including the GA21, GG25, GJ11 and FI117 transformation events, are disclosed. The plants of the invention represent a significant advance, in that they allow direct control of weeds in the field with glyphosate

**63 Claims, 21 Drawing Sheets**

**6,040,497**

Page 2

## OTHER PUBLICATIONS

Evans, "Somaclonal Variation Genetic Basis and Breeding Applications," *Reviews,* 5(2):46–50, Feb. 1989.

Fishbein, Editor & Publisher, "Two Teams Succeed in Putting Foreign Genes in Corn Plants," *Genetic Engineering Letter,* 10(8):3, Apr. 1990.

Fransz, de Ruijter, and Schel, "Isoenzymes as Biochemical and Cytochemical Markers in Embryogenic Callus of Maize (*Zea mays* L.)," *Plant, Cell Reports,* 8:67–70, 1989.

Fromm, "Gene Guns Succeed in Altering Corn," *Biotechnology News,* 10(11):2–3, Apr. 1990.

Fromm, "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic maize Plants," Bio/Technology, 8:833–839, Sep. 1990.

"Genetically Engineered Corn: Breakthrough Brings Market Closer," *Genetic Technology News,* p. 8 and 11, Oct. 1990.

"Genetic Engineering Advance Announced For Corn Plants," Investor's Daily, Apr. 19, 1990.

Goodman, et al., "Gene Transfer in Crop Improvements," *Science,* 236:48–54, Apr. 1987.

Gordon–Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," *The Plant Cell,* 2:603–618, Jul. 1990.

Guilley et al., "Transcription of Cauliflower Mosaic Virus DNA; Detection of Promoter Sequences, and Characterization of Transcripts," *Cell,* 30:763–773, Oct. 1982.

Gunset, "Corn Farmers Sell Economic, Environmental Gold in Designer Genes," Chicago Tribune, p. 1, Jan. 21, 1991.

Gunset, "Genetic Advance May Transform Corn," Chicago Tribune, Apr. 19, 1990.

Hallas, Hahn and Korndorfer, "Characterization of Microbial Traits Associated with Glyphosate Biodegradation in Industrial Activated Sludge," *Journal of Industrial Microbiology,* 3:377–385, 1988.

Howe, "Development of Glyphosate as a Selectable Marker for the Production of Fertile Transgenic Corn Plants," *In Vitro Cellular & Developmental Biology,* p. 124A, P–1136.

Jacob et al., "Metabolism of Glyphosate in Pseudomonas sp. Stran Lbr," *Applied and Environmental Microbiology,* 54(12):2953–2958, Dec. 1988.

Jensen, R.A., "The Shikimate/Arogenate pathway: Link Between Carbohydrate Metabolism and Secondary Metabloism," *Physiol. Plant.,* 66:164–168, 1985.

"Keystone Crops," *Agricultural Genetics Report,* Mar./Apr. 1990.

Klein et al., "Applications of the particle Gun in Plant Biology," Du Pont De Nemours & Co., Medical products Dept., Glasgow Site, Newark, Delaware, 19714–6101; U.S. Department of Agriculture–ARS/UC Berkeley, Plant Gene Expression Center, Albany, California, 94710.

Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment," *Plant Physiol.,* 91:440–444, 1989.

Klein et al., Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign–Gene Expression, Gene manipulation in Plant improvement II, p. 265–266, Editor J.P. Gustafson, Plenum Press, New York, 1990.

Koziel et al., "A Cauliflower Mosaic Virus Promoter Directs Expression of Kanamycin Resistance in Morphogenic Transformed Plant Cells," *Journal of Molecular and Applied Genetics,* 2:549–562, 1984.

Leemans, J., "Genetic Engineering for Sterility Control," *In Vitro Cellular & Developmental Biology,* Mar. 1992, 28(3).

Liu et al., "Degradation of the Herbicide Glyphosate by Member of the Family Rhizobiaceae," *Applied and Environmental Microbiology,* 57(6):1799–1804, Jun. 1991.

Mariani et al., "The Production and Analysis of Genetically–Engineered Male–Sterile Plants of Maize," *In Vitro Cellular & Developmental Biology,* 28(3), Part II, Mar. 1992, Poster 46.

Marshall, Kirkwood and Martin, "Studies on the Mode of Action of Asulamm Aminotriazole and Glyphosate in *Equisetum arvense* L. (Field Horsetail). II: The Metabolism of [$^{14}$C]Asulam, [$^{14}$C]Aminotriazole and [$^{14}$C]Glyphosate," *Pestic. Sci.,* 18:65–77, 1987.

Moffat, "Corn Transformed," *Science,* 249:630, 1990.

Mousdale and Coggins, "Subcellular Localization of the Common Shikimate–Pathway Enzymes in *Pisum savitum* L.," *Planta,* 163:241–249, 1985.

Murakami et al., The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus:* Molecular Cloning and Characterization of the Gene Cluster, *Mol. Gen. Genet.,* 205:42–50, 1986.

Nafziger et al., "Selection and Characterization of a Carrollt Cell line Tolerant to Glyphosate," *Plant Physiol.,* 76:571–574, 1984.

Netzer, W.J., "Engineering Herbicide Tolerance: When Is It Worthwhile?," Bio/Technology, 2(11):939–944, Nov. 1984.

Omirulleh et al., "Activity of a Chimeric Promoter with the Doubled CaMV 35S Enhancer Element in Protoplast–Derived Cells and Transgenic Plants in Maize," *Plant Molecular Biology,* 21:415–428, 1993.

Park, "Selection of Maize Transformants from Shoot Apex Cultures Cocultivated with Argobacterium Containing the bar Gene," In Vitro Cellular & Developmental Biology, Jun. 5–9, 1993 Town & Contry Hotel San Diego, California.

Phillips et al., "Cell/Tissue Culture and In Vitro Manipulation," In Corn and Corn Improvement 3rd Edition, Editors Sprague and Dudley, American Society of Agronomy, Inc., Crop Science Society of America, Inc., and Soil Science Society of America, Inc., Madison, Wisconsin, USA, 1988.

Pipke and Amrhein, "Degradation of the Phosphonate Herbicide Glyphosate by *Arthrobacter atrocyaneus* ATCC 13752," *Applied and Environmental Microbiology,* 54(5):1293–1296, May 1988.

Rice, "DeKalb Genetics Transforms Corn with Herbicide–Resistance Gene," *Genetic Technology News,* 10(5) May 1990.

Rodgers et al., "Amplification of the aroA Gene from *Escherichia coli* Results in Tolerance to the Herbicide Glyphosate," *Applied and Environmental Microbiology,* 46(1):37–43, Jul. 1983.

Ross and Tomes, "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," *J. Cell. Biochem.,* Supplemental 13D, p. 268, 1989.

Rothe et al., "Evidence for an Intra– and Extraplastidic Pre–Chorismate Pathway," *Planta,* 157:358–366, 1983.

Rubin et al., "Enzymological Basis for herbicidal Action of Glyphosate," *Plant Physiol.,* 70:833–839, 1982.

Rubin et al., "Glyphosate Inhibition of 5–Enolpyruvylshikimate 3–Phosphate Synthase from Suspension–Cultured Cells of *Nicotiana silvestris,*" *Plant Physiol.,* 75:839–845, 1984.

Saijo and Takeo, "Some Properties of the Initial Four Enzymes Involved in Shikimic Acid Biosynthesis in Tea Plant," *Agric. Biol. Chem.,* 43(7):1427–1432, 1979.

**6,040,497**

Page 3

Schmidt and Mishkind, "Rapid Degradation of Unassembled Ribulose 1,5 Bisphosphate Carboxylase Small Subunits in Chloroplasts," *Proc. Natl. Acad. Sci.,* 80:2632–2636, 1983.

Schowanek and Verstraete, "Phosphonate Utilization by Bacterial Cultures and Enrichments from Environmental Samples," *Applied and Environmental Microbiology,* 56(4):895–903, Apr. 1990.

Shah et al., "Engineering herbicide Tolerance in Transgenic Plants," *Science,* 233:478–481, Jul. 1986.

Singh, Connelly and Conn, "Chorismate Mutase isoenzymes from *Sorghum bicolor:* Purification and Properties," *Archives of Biochemistry and Biophysicis,* 243(2):374–384, 1985.

Smart et al., "Selective Overproduction of 5–enol–Pyruvylshikimic Acid 3–Phosphate Synthase in a Plant Cell Culture Which Tolerates High Doses of the Herbicide Glyphosate," *The Journal of Biological Chemistry,* 260(30):16338–16346, Dec. 1985.

Spencer et al., "Bialaphos Selection of Stable Transformants from Maize Cell Culture," *Theor. Appl. Genet.,* 79:625–631, 1990.

Spencer et al., "Fertile Transgenic Maize," p. 30 Seventh Annual Meeting of the Mid–Atlantic Plant Molecular Biology Society, Aug. 16 & 17, 1990, University of Maryland College Park.

Spencer et al., "Segregation of Transgenes in Maize," *Plant Molecular Biology,* 18:201–210, 1992.

Spencer et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the herbicide Bialaphos," Department of Plant Genetics, Dekalb/Pfizer Genetics, Groton, CT 06340.

Stalker, Hiatt and Comai, "A Single Amino Acid Substitution in the Enzyme 5–Enolpyruvylshikimate–3–Phosphate synthase Confers Resistance to the Herbicide Glyphosate," The Journal of Biological Chemistry, 260(8):4724–4728, Apr. 1985.

Sun, M., "Engineering Crops to Resist Week Killers," *Science,* 231:1360–1361, Mar. 1986.

Thompson et al., "Characterization of the Herbicide–Resistance Gene bar from *Steptomyces hygroscopicus,"* *The EMBO Journal,* 6(9);2519–2523, 1987.

Van den Broeck et al., "Targeting of a Foreign Protein to Chloroplasts by Fusion to the Transit Peptide from the Small Subunit of Ribulose 1,5 Biphosphate Carboxylase," *Nature,* 313:358–363, Jan. 1985.

Wan and Lemaux, "Generation of Large Numbers of Independently Transformed Fertile Barley Plants," Plant Physiol., 104:37–48, 1994.

Wan et al., "Maize Transformation and Regeneration of Transgenic Plants by Microprojectile Bombardment of Type I Callus," *In Vitro Cellular & Developmental Biology,* 28(3), Part II, Mar. 1992.

Weidhase et al., "Utilization of Glyphosate by Pseudomonas sp. GS," *Zentralbl. Mikrobiol.,* 145:433–438, 1990.

Weising et al., "Foreign Genes in Plants: Transfer, Structure, Expression, and Applications," *Annu. Rev. Genet.,* 22:421–477, 1988.

White et al., "A Cassette Containing the bar Gene of *Streptomyces hygroscopicus:* A Selectable Marker for Plant Transformation," *Nucleic Acids Research,* 18(4):1062, Dec. 1989.



FIG. 1