

FIG. 2



FIG. 3



Polylinker1:  4.26/SacI.BstXI.SacII.XmaIII.NotI.XbaI.SpeI.BamHI.

FIG. 4

A311



FIG. 5A

FIG. 5B

U.S. Patent          Mar. 21, 2000          Sheet 6 of 21          6,040,497



FIG. 6



FIG. 7

| HYBRID | EVENT | MEAN ELH 10 DAT V4 ROUNDUP APPLICATION | | | | | | | MALE STERILE |
| | | 0X | 1X | Diff | RANK | 4X | Diff | RANK | |
|--------|-------|------|------|------|------|------|------|------|------|
| DK580  | GA21  | 104.1 | 102.4 | 1.7 | 1 | 102.3 | 1.8 | 1 | None |
|        | FI117 | 100.1 | 97.7 | 2.3 | 2 | 97.7 | 2.4 | 2 | None |
|        | GJ11  | 105.0 | 102.4 | 2.6 | 3 | 98.6 | 6.5 | 3 | None |
|        | GG25  | 105.5 | 99.4 | 6.2 | 4 | 97.3 | 8.3 | 4 | None |
| DK626  | GA21  | 98.8 | 97.1 | 1.8 | 3 | 97.9 | 1.0 | 1 | None |
|        | FI117 | 96.4 | 91.3 | 5.1 | 4 | 92.7 | 3.7 | 3 | None |
|        | GJ11  | 96.0 | 96.8 | -0.8 | 1 | 94.0 | 2.0 | 2 | None |
|        | GG25  | 99.5 | 97.8 | 1.6 | 2 | 93.1 | 6.4 | 4 | None |

FIG. 8A

A314

|        |       | MEAN ELH 10 DAT V8 ROUNDUP APPLICATION |       |      |       |      |       |      | MALE |
|--------|-------|-------|-------|------|-------|------|-------|------|------|
| HYBRID | EVENT | 0X    | 1X    | Diff | RANK  | 4X   | Diff  | RANK | STERILE |
| DK580  | GA21  | 142.7 | 139.6 | 3.1  | 3     | 139.2 | 3.5  | 2    | None |
|        | FI117 | 143.4 | 139.5 | 3.9  | 4     | 139.1 | 4.3  | 3    | None |
|        | GG25  | 141.4 | 139.8 | 1.6  | 2     | 136.5 | 5.0  | 4    | Yes  |
|        | GJ11  | 139.3 | 139.3 | 0.0  | 1     | 137.3 | 2.0  | 1    | Yes  |
| DK626  | GA21  | 134.8 | 139.2 | -4.4 | 1     | 134.0 | 0.8  | 1    | None |
|        | FI117 | 135.4 | 134.2 | 1.3  | 4     | 132.1 | 3.3  | 4    | None |
|        | GJ11  | 135.7 | 137.7 | -2.0 | 2     | 133.1 | 2.6  | 3    | Yes  |
|        | GG25  | 135.5 | 136.6 | -1.0 | 3     | 134.0 | 1.6  | 2    | Yes  |

FIG. 8B

| LEVEL 1 | | LEVEL 2 | | DIFFERENCE | Prob>T |
|---|---|---|---|---|---|
| HYBRID | RU*@ TIMING | HYBRID | RU*@TIMING | (LEV. 1 - LEV.2) | |
| DK580 | 0X | DK580 FI117 | 0X | -16.60 | 0.0339 |
| DK580 | 0X | DK580 FI117 | 4X@V4 | 11.33 | 0.1468 |
| DK580 FI117 | 0X | DK580 FI117 | 4X@V4 | 27.97 | 0.0004 |
| DK580 | 0X | DK580 GA21 | 0X | 3.67 | 0.6378 |
| DK580 | 0X | DK580 GA21 | 4X@V4 | -5.35 | 0.4923 |
| DK580 GA21 | 0X | DK580 GG21 | 4X@V4 | -9.02 | 0.2478 |
| DK580 | 0X | DK580 GG25 | 0X | -4.13 | 0.5957 |
| DK580 | 0X | DK580 GG25 | 4X@V4 | -3.50 | 0.6531 |
| DK580 GG25 | 0X | DK580 GG25 | 4X@V4 | 0.63 | 0.9352 |
| DK580 | 0X | DK580 GJ11 | 0X | -9.43 | 0.2267 |
| DK580 | 0X | DK580 GJ11 | 4X@V4 | -6.05 | 0.4376 |
| DK580 GJ11 | 0X | DK580 GJ11 | 4X@V4 | 3.38 | 0.6640 |

FIG.9A

A316

| LEVEL 1 | | LEVEL 2 | | DIFFERENCE | Prob>T |
|---|---|---|---|---|---|
| HYBRID | RU*@ TIMING | HYBRID | RU*@TIMING | (LEV. 1 - LEV.2) | |
| DK626 | 0X | DK626 FI117 | 0X | -11.10 | 0.1559 |
| DK626 | 0X | DK626 FI117 | 4X@V8 | 5.12 | 0.5113 |
| DK626 FI117 | 0X | DK626 FI117 | 4X@V8 | 16.20 | 0.0388 |
| DK626 | 0X | DK626 GA21 | 0X | -2.58 | 0.7401 |
| DK626 | 0X | DK626 GA21 | 4X@V8 | -9.63 | 0.2171 |
| DK626 GA21 | 0X | DK626 GG21 | 4X@V8 | -7.05 | 0.3658 |
| DK626 | 0X | DK626 GG25 | 0X | -6.93 | 0.3738 |
| DK626 | 0X | DK626 GG25 | 4X@V8 | 23.97 | 0.0024 |
| DK626 GG25 | 0X | DK626 GG25 | 4X@V8 | 30.90 | 0.0001 |
| DK626 | 0X | DK626 GJ11 | 0X | 1.70 | 0.8272 |
| DK626 | 0X | DK626 GJ11 | 4X@V8 | 27.62 | 0.0005 |
| DK626 GJ11 | 0X | DK626 GJ11 | 4X@V8 | 25.92 | 0.0011 |

FIG.9B

A317



FIG.10



FIG. 11A          FIG. 11B

A319



FIG. 11C

```
1    MASISSSVAT VSRTAPAQAN MVAPFTGLKS NAAFPTTKKA NDFSTLPSNG

51   GGRVQCMQVW PAYGNKKFET LSYLPPLSMA PTVMMASSAT AVAPFQGLKS

101  TASLPVARRS SRSLGNVSNG GRIRCMAGAE EIVLQPIKEI SGTVKLPGSK

151  SLSNRILLIA ALSEGTTVVD NLLNSEDVHY MLGALRTLGL SVEADKAAKR

201  AVVVGCGGKF PVEDAKEEVQ LFLGNAGIAM RSLTAAVTAA GGNATYVLDG

251  VPRMRERPIG DLVVGLKQLG ADVDCFLGTD CPPVRVNGIG GLPGGKVKLS

301  GSISSQYLSA LLMAAPLALG DVEIEIIDKL ISIPVVEMTL RLMERFGVKA

351  EHSDSWDRFY IKGGQKYKSP KNAYVEGDAS SASYFLAGAA ITGGTVTVEG

401  CGTTSLQGDV KFAEVLEMMG AKVTWTETSV TVTGPPREPF GRKHLKAIDV

451  NMNKMPDVAM TLAVVALFAD GPTAIRDVAS WRVKETERMV AIRTELTKLG

501  ASVEEGPDYC IITPPEKLNV TAIDTYDDHR MAMAFSLAAC AEVPVTIRDP

551  GCTRKTFPDY FDVLSTFVKN
```

FIG. 12

FIG. 13-2

FIG. 13-4

FIG. 13-1

FIG. 13-3

FIG. 13

963019 Test Map Example

| REP | ROW | COL1 | COL2 | COL3 | COL4 | COL5 | COL6 | COL7 | COL8 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 4 | DK580<br>GA21<br>T-4X@V4 | DK580<br>GA21<br>T-4X@V8 | DK580<br>GA21<br>T-1X@V8 | DK580<br>GA21<br>T-1X@V4 | DK580<br><br>N-OX | DK580<br>GA21<br>T-OX | DK626<br>GJ11<br>T-4X@V4 | DK626<br>GJ11<br>T-1X@V8 |
| 3 | 3 | DK580<br>F1117<br>T-1X@V4 | DK580<br>F1117<br>T-1X@V4 | DK580<br><br>N-OX | DK580<br>F1117<br>T-OX | DK580<br>F1117<br>T-4X@V4 | DK580<br>F1117<br>T-4X@V8 | DK626<br>GA21<br>T-1X@V8 | DK626<br>GA21<br>T-4X@V4 |
| 3 | 2 | DK580<br>GG25<br>T-1X@V8 | DK580<br>GG25<br>T-4X@V8 | DK580<br>GG25<br>T-OX | DK580<br>GG25<br>T-1X@V4 | DK580<br><br>N-OX | DK580<br>GG25<br>T-4X@V4 | DK626<br>GG25<br>T-1X@V4 | DK626<br>GG25<br>T-4X@V8 |
| 3 | 1 | DK580<br><br>N-OX | DK580<br>GJ11<br>T-4X@V4 | DK580<br>GJ11<br>T-1X@V4 | DK580<br>GJ11<br>T-4X@V4 | DK626<br>GJ11<br>T-OX | DK626<br>GJ11<br>T-1X@V8 | DK626<br>F1117<br>T-4X@V8 | DK626<br>F1117<br>T-OX |
| 2 | 4 | DK580<br>GJ11<br>T-OX | DK580<br>GJ11<br>T-1X@V4 | DK580<br><br>N-OX | DK580<br>GJ11<br>T-4X@V4 | DK580<br>GJ11<br>T-1X@V4 | DK580<br>GJ11<br>T-4X@V4 | DK626<br>GJ11<br>T-1X@V8 | DK626<br>GJ11<br>T-1X@V4 |
| 2 | 3 | DK580<br>GG21<br>T-4X@V4 | DK580<br>GA21<br>T-1X@V8 | DK580<br>GA21<br>T-4X@V4 | DK580<br>GA21<br>T-OX | DK580<br><br>N-OX | DK580<br>GA21<br>T-1X@V4 | DK626<br><br>N-OX | DK626<br>GG25<br>T-OX |
| 2 | 2 | DK580<br>GG25<br>T-1X@V8 | DK580<br><br>N-OX | DK580<br>GG25<br>T-4X@V4 | DK580<br>GG25<br>T-1X@V4 | DK580<br>GG25<br>T-OX | DK580<br>GG25<br>T-4X@V8 | DK626<br>F1117<br>T-4X@V4 | DK626<br>F1117<br>T-OX |
| 2 | 1 | DK580<br>F1117<br>T-4X@V8 | DK580<br><br>N-OX | DK580<br>F1117<br>T-OX | DK580<br>F1117<br>T-1X@V8 | DK580<br>F1117<br>T-1X@V8 | DK580<br>F1117<br>T-4X@V4 | DK626<br>GA21<br>T-4X@V4 | DK626<br><br>N-OX |

FIG. 13-1

A323

| COL9 | COL10 | COL11 | COL12 |
|---|---|---|---|
| DK626 | DK626<br>GJ11<br>T-4X@V8 | DK626<br>GJ11<br>T-0X | DK626<br>GJ11<br>T-1X@V4 |
| N-0X | DK626<br>GA21<br>T-0X | DK626<br>GA21<br>T-1X@V4 | DK626<br>GA21<br>T-4X@V8 |
| DK626 | DK626<br>GG25<br>T-1X@V8 | DK626<br>GG25<br>T-4X@V4 | DK626 |
| N-0X | DK626<br>F1117<br>T-4X@V4 | DK626<br>N-0X | N-0X |
| DK626<br>GG25<br>T-0X | DK626<br>GJ11<br>T-4X@V4 | DK626 | DK626<br>F1117<br>T-1X@V4 |
| DK626<br>F1117<br>T-1X@V8 | DK626<br>GG25<br>T-1X@V8 | N-0X | DK626<br>GJ11<br>T-0X |
| DK626<br>GJ11<br>T-4X@V8 | DK626<br>F1117<br>T-4X@V8 | DK626<br>GG25<br>T-1X@V4 | DK626<br>GG25<br>T-4X@V4 |
| DK626<br>GG25<br>T-4X@V8 | DK626<br>GA21<br>T-1X@V4 | DK626<br>F1117<br>T-1X@V8 | DK626 |
| DK626<br>F1117<br>T-1X@V4 | DK626<br>F1117<br>T-4X@V8 | DK626<br>GA21<br>T-0X | N-0X |
| DK626<br>GA21<br>T-4X@V8 | DK626<br>GA21<br>T-1X@V8 | | DK626<br>GA21<br>T-1X@V4 |

FIG. 13-2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | DK580 GA21 T-4X@V8 | DK580 N-0X | DK580 GA21 T-1X@V8 | DK580 GA21 T-4X@V4 | DK580 GA21 T-1X@V4 | DK580 GA21 T-0X | DK580 GA21 T-4X@V4 | DK626 GA21 T-4X@V8 |
| 4 | | | | | | | | |
| 4 | | | | | | | | |
| 3 | DK580 F1117 T-4X@V4 | DK580 F1117 T-1X@V4 | DK580 | DK580 F1117 T-1X@V8 | DK580 F1117 T-0X | DK580 F1117 T-4X@V8 | DK626 F1117 T-1X@V4 | DK626 F1117 T-4X@V8 |
| 3 | | | | | | | | |
| 3 | | | | | | | | |
| 2 | DK580 GJ11 T-4X@V8 | DK580 GJ11 T-4X@V4 | DK580 GJ11 T-0X | DK580 | DK580 GJ11 T-1X@V4 | DK580 GJ11 T-1X@V8 | DK626 GG25 T-4X@V4 | DK626 GG25 T-4X@V8 |
| 2 | | | | N-0X | | | | |
| 2 | | | | | | | | |
| 1 | DK580 N-0X | DK580 GG25 T-0X | DK580 GG25 T-4X@V4 | DK580 GG25 T-4X@V8 | DK580 GG25 T-1X@V4 | DK580 GG25 T-1X@V8 | DK580 GJ11 T-4X@V4 | DK626 GJ11 T-1X@V8 |
| 1 | | | | | | | | |
| 1 | | | | | | | | |

FIG. 13-3

A325

| | | | |
|---|---|---|---|
| DK626 GA21 T-0X | DK626 GA21 T-1X@V4 | DK626 GA21 T-1X@V8 | DK626 N-0X |
| DK626 FI117 T-4X@V4 | DK626 | DK626 FI117 T-1X@V8 | DK626 FI117 T-0X |
| DK626 GG25 T-0X | DK626 | DK626 GG25 T-1X@V8 | DK626 GG25 T-1X@V4 |
| DK626 GJ11 T-0X | DK626 GJ11 T04X@V8 | DK626 GJ11 T01X@V4 | DK626 N-0X |

## FIG. 13-4



FIG. 14



FIG. 15

6,040,497

| 1 | 2 |

## GLYPHOSATE RESISTANT MAIZE LINES

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to transgenic maize plants which are resistant to the herbicide glyphosate. More specifically, it relates to the maize transformation events GA21, GG25, FI117 and GJ11.

2. Description of the Related Art

Chemical weed control is a powerful tool of our technological age. Long known as one of the most arduous of agricultural operations, weed killing has taken on an entirely new aspect as chemical after chemical is added to the arsenal of herbicides. The U.S. has led the world in production and use of herbicides and as a result yields of maize, soybeans, cotton, sugar beets, and many other crops have increased since 1945, in some cases 100% or more. Thus while use of fertilizers and new high-yielding crop varieties have contributed greatly to the "green revolution" chemical weed control has been at the forefront in technological achievement.

A particularly useful type of herbicide is one having a broad spectrum of herbicidal activity. Use of such herbicides obviates the need for application of multiple herbicides. The problem with such herbicides is that they typically have a deleterious effect on any crops which are exposed to the herbicide. One way to overcome this is to produce transformed crop plants with genes which is confer resistance to certain broad spectrum herbicides.

Recent advances in genetic engineering have provided the requisite tools to transform plants to contain foreign genes. Plants may, therefore, be produced which have unique characteristics of agronomic importance. Certainly, weed control via herbicide tolerance is one such advantageous trait which is highly cost effective and environmentally compatible. Herbicide-tolerant plants may reduce the need for tillage to control weeds, thereby effectively reducing soil erosion. Further, herbicide resistant plants can reduce the number of different herbicides applied in the field.

One herbicide which is the subject of much investigation in this regard is N-phosphonomethyl-glycine, commonly referred to as glyphosate. Glyphosate inhibits the shikimic acid pathway which leads to the biosynthesis of aromatic compounds including amino acids and vitamins. Specifically, glyphosate inhibits the conversion of phospho-enolpyruvic acid and 3-phosphoshikimic acid to 5-enolpyruvyl-3-phosphoshikimic acid by inhibiting the enzyme 5-enolpyruvyl-3-phosphoshikimic acid synthase (EPSP synthase or EPSPS).

It has been shown that glyphosate tolerant plants can be produced by introducing, into the genome of the plant, the capacity to produce a higher level of EPSP synthase which enzyme is preferably glyphosate tolerant (Shah et al., 1986). The introduction into plants of glyphosate degradation gene (s) can provide a means of conferring glyphosate tolerance to plants and/or to augment the tolerance of transgenic plants already expressing a glyphosate tolerant EPSP synthase depending upon the physiological effects of the degradation products.

Glyphosate metabolism (degradation) has been examined in a wide variety of plants and little degradation has been reported in most of those studies. In those instances where degradation has been reported, the initial breakdown product is usually aminomethylphosphonate (AMPA) (Coupland, 1985; Marshall et al., 1987). In these instances, it is not clear if glyphosate is metabolized by the plant or by the contaminating microbes on the leaf surface to which glyphosate was applied. AMPA has been reported to be much less phytotoxic than glyphosate for most plant species (Franz, 1985) but not for all plant species (Maier, 1983; Tanaka et al., 1986). Glyphosate degradation in soils is much more extensive and rapid (Torstensson, 1985). The principal breakdown product identified is AMPA (Rueppel et al., 1977; Nomura and Hilton, 1977); a phosphonate that can be metabolized by a wide variety of microorganisms (Zeleznick et al., 1963; Mastalerz et al., 1965; Cook et al., 1978; Daughton et al., 1979a; 1979b; 1979c; Wackett et al., 1987a). A number of pure cultures of bacteria have been identified that degrade glyphosate by one of the two known routes (Schowanek and Verstraete, 1990; Weidhaas et al., 1990; Liu et al., 1991). A route involving a "C—P lyase" that degrades glyphosate to sarcosine and inorganic orthophosphate (Pi) has been reported for a Pseudomonas sp. (Shinabarger and Braymer, 1986; Kishore and Jacob, 1987) and an Arthrobacter sp. (Pipke et al., 1987b). Pure cultures capable of degrading glyphosate to AMPA have been reported for a Flavobacterium sp. (Balthazor and Hallas, 1986), for a Pseudomonas sp. (Jacob et al., 1988) and for Arthrobacter atrocyaneus (Pipke and Amrhein, 1988). In addition, a large number of isolates that convert glyphosate to AMPA have been identified from industrial activated sludges that treat glyphosate wastes (Hallas et al., 1988). However, the number and nature of bacterial genes responsible for these degradations have not been heretofore determined nor have the gene(s) been isolated.

The development of plants resistant to the herbicidal compound glyphosate has been a goal in the engineering of many plant species (U.S. Pat. No. 4,769,061). The development of glyphosate resistant tobacco plants was reported by Comai et al., (1985). Herbicide resistance was conferred on plants by expression of an aroA gene derived from Salmonella typhimurium encoding a glyphosate resistant form of the enzyme EPSP synthase. In addition, glyphosate resistant soybeans were produced (Monsanto, APHIS petition 93-258-01p). Methods for production of glyphosate resistant corn plants also have been described (WO 95/06128; U.S. Pat. No. 5,554,798). Similarly, a glyphosate oxidoreductase gene has been described for use in conferring glyphosate resistance (U.S. Pat. No. 5,463,175).

The ultimate goal in producing transgenic glyphosate resistant maize plants is to provide plants which may be treated with glyphosate at a level sufficient for killing weeds, without a deleterious effect on yield or fertility. In this respect, the prior art has failed. There is, therefore, a great need in agriculture for maize plants which can be directly sprayed in the field with glyphosate, thereby killing weeds, but otherwise not producing a deleterious effect on the crop itself.

### SUMMARY OF THE INVENTION

The present invention seeks to overcome deficiencies in the prior art by providing fertile transgenic maize plants which can be treated with glyphosate in the field without a resulting loss in yield or fertility. Therefore, one aspect of the present invention relates to a fertile transgenic maize plant comprising a chromosomally incorporated expression cassette. In particular embodiments the expression cassette comprises: (i) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106, and (ii) a promoter active in maize operably linked to said EPSPS gene, wherein the yield of said fertile transgenic maize plant is not affected by a glyphosate

6,040,497

3

application rate that affects the yield of a maize plant lacking said modified maize gene.

In another aspect, the maize plant may comprise a promoter which is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter. In one embodiment, the plant may comprise an expression cassette which is derived from pDPG434, pDPG427 or pDPG443. The expression cassette may, in particular embodiments, be further be defined as pDPG434, and the maize plant may be further defined as comprising a transformation event selected from the group consisting of GA21 and FI117. The maize plant comprising the FI117 transformation event may further be defined as comprising a bar gene.

In yet another aspect, the maize plant may comprise a pDPG427 expression cassette and may be further defined as comprising the transformation event GG25, or may comprise an expression cassette of pDPG443 and the maize plant may be further defined as comprising the transformation event GJ11. The invention is intended to include the progeny and seeds of the above maize plants, as well as the seeds of the progeny.

Still yet another aspect of the current invention comprises a method of preparing a fertile transgenic maize plant. The method comprises: (i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells; (iii) selecting recipient cells comprising a chromosomally incorporated expression cassette; (iv) regenerating plants from said selected cells; and (v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize lacking said modified maize gene.

The method may comprise any method of contacting including, but not limited to, microprojectile bombardment, electroporation, or Agrobacterium-mediated transformation. Said selecting may comprise treating recipient cells with glyphosate. The promoter may be selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter. In particular embodiments, said expression cassette may be derived from pDPG434, pDPG427 and pDPG443. The expression cassette may, in particular, be pDPG434 and the maize plant may be further defined as comprising a transformation event selected from the group consisting of GA21 and FI117. In the method, the transformation event may also be FI117, and said maize plant may further defined as comprising an bar gene. The expression cassette may also be pDPG427, and the maize plant may be further defined as comprising the transformation event GG25. The method also includes an expression cassette of pDPG443 where the maize plant may be further defined as comprising the transformation event GJ11.

In still yet another aspect, the invention is a fertile transgenic maize plant prepared according to a method comprising: (i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient

4

cells; (iii) selecting recipient cells comprising a chromosomally incorporated expression cassette; (iv) regenerating plants from said selected cells; and (v) identifying a fertile transgenic maize, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize lacking said modified maize gene. The maize may have a promoter selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter. The expression cassette may be derived from pDPG434, pDPG427 and pDPG443. The invention includes progeny and seeds of the fertile transgenic maize plant, as well as seeds of the progeny of the maize plant.

Still yet another aspect of the current invention is a glyphosate resistant, inbred, fertile maize plant comprising chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene. The promoter may be selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter. The expression cassette may be derived from pDPG434, pDPG427 and pDPG443. In particular embodiments the inbred maize plant may be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another aspect of the current invention is a glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising: (i) obtaining a fertile transgenic maize plant comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding, an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) crossing said fertile transgenic maize plant with a second maize plant lacking said expression cassette to obtain a third maize plant comprising said expression cassette; and (iii) backcrossing said third maize plant to obtain a backcrossed fertile maize plant; wherein said modified EPSPS gene is inherited through a male parent. In particular embodiments the second maize plant is an inbred. The third maize plant may be a hybrid. The maize plant may, in particular embodiments be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another embodiment of the invention is a glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising: (i) obtaining a fertile transgenic maize plant comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and (ii) crossing said fertile transgenic maize plant with a second maize plant lacking said expression cassette to obtain a third maize plant comprising said expression cassette; wherein said modified EPSPS gene is inherited through a female parent. In particular embodiments, the second maize plant may be an inbred, and the third maize plant may be a hybrid. The maize plant may, in particular embodiments, be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another aspect of the invention is a glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising: (i) obtaining a fertile

6,040,497

| 5 | 6 |

transgenic maize plant comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) crossing said fertile transgenic maize plant with a second maize plant to obtain a third maize plant comprising said expression cassette; and (iii) backcrossing said third maize plant to obtain a backcrossed fertile maize plant; wherein said modified EPSPS gene is inherited through a female parent. In particular embodiments, the maize plant may be an inbred and the third maize plant may be a hybrid. In one embodiment the maize plant may be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another aspect of the current invention is a glyphosate resistant, hybrid maize plant comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene. In one embodiment, the promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter and the expression cassette is derived from pDPG434, pDPG427 and pDPG443. The maize plant may, in particular embodiments, be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another aspect of the invention is a glyphosate resistant, hybrid, transgenic maize plant prepared according to the method comprising crossing a first and second inbred maize plant, wherein one of said first and second inbred maize plants comprises a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene. In one embodiment, the promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CMV 35S-Arabidopsis histone promoter, and said expression cassette is derived from pDPG434, pDPG427 and/or pDPG443. The maize plant may, in particular embodiments, be further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

Still yet another aspect of the invention is a glyphosate resistant, crossed fertile transgenic maize plant prepared by a process comprising: (i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) crossing said fertile transgenic maize plant with a second maize plant to obtain a third maize plant comprising said expression cassette; and (iii) crossing said third fertile transgenic maize plant with a fourth maize plant to obtain a fifth transgenic maize plant comprising said expression cassette. In one embodiment, the second and fourth maize plants have the same genotype. In another embodiment the second and fourth maize plants have different genotypes.

Still yet another aspect of the invention is seed of a fertile, transgenic maize plant, said seed comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene, said seed prepared by a process comprising the steps of: (i) obtaining a parental fertile, transgenic maize plant comprising a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (ii) breeding said parental plant with a second fertile maize plant to produce a plurality of progeny fertile, transgenic maize plants, said progeny maize plants including plants that express a chromosomally incorporated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS product having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; (iii) selecting from said progeny maize plants a plant having resistance to glyphosate; and (iv) obtaining seed from said selected progeny maize plant. In one embodiment the progeny maize plants are two generations removed from the parental transgenic maize plant.

The progeny maize plants having resistance to glyphosate may be selected by testing plants for resistance to glyphosate at an application rate of 1× (1× is equivalent to 16 ounces of Roundup™ per acre). The progeny maize plants having resistance to glyphosate may be selected by testing plants for resistance to glyphosate at an application rate of 4×. In a particular embodiment, the second fertile maize plant is a non-transgenic maize plant. The second fertile maize plant may be pollinated with pollen from a male parental transgenic maize plant. The parental maize plant may be pollinated with pollen from said second fertile maize plant and wherein said parental maize plant is a female parental transgenic maize plant.

Still yet another aspect of the invention is a method of increasing the yield of corn in a field comprising: (i) planting fertile transgenic maize plants transformed with an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and (ii) applying glyphosate to said field at an application rate that inhibits the yield of a maize plant that does not comprise said modified maize gene, wherein the yield of said fertile transgenic maize plant is not affected by said glyphosate application. In particular embodiments, the glyphosate application rate may be 1×, 2× or 4×.

Still yet another aspect of the invention is a method of inhibiting weed growth in a corn field comprising: (i) planting fertile transgenic maize plants transformed with an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and (ii) applying glyphosate to said field at an application rate that inhibits the yield of a maize plant that does not comprise said modified maize gene, wherein the yield of said fertile transgenic maize plant is not affected by said glyphosate application. In particular embodiments, the glyphosate application rate may be 1×, 2×, or 4×.

Still yet another aspect of the invention is a method of growing corn comprising: (i) planting fertile transgenic maize plants transformed with an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and (ii) treating said corn with glyphosate at an application rate that inhibits the yield of a

6,040,497

**7**

maize plant that does not comprise said modified maize gene, wherein the yield of said fertile transgenic maize plant is not affected by said glyphosate application. In particular embodiments, the application rate may be, 1x, 2x or 4x.

It is clear that the ability to provide even a single fertile, transgenic corn line is generally sufficient to allow the introduction of the transgenic component (e.g., recombinant DNA) of that line into a second corn line of choice. This is because by providing fertile, transgenic offspring, the practice of the invention allows one to subsequently, through a series of breeding manipulations, move a selected gene from one corn line into an entirely different corn line. Therefore, the current invention is intended to include any maize plant, from any generation which has one or more transgenes comprising a GA21, GJ11, GG25 or FI117 transformation event, and includes the seeds thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1. Plasmid map of pDPG165. Restriction sites are shown and locations are indicated in base pairs.

FIG. 2. Plasmid map of pDPG427. Restriction sites used for Southern blot analyses are shown and locations are indicated in base pairs.

FIG. 3. Plasmid map of pDPG434. Restriction sites used for Southern blot analyses are shown and locations are indicated in base pairs.

FIG. 4. Plasmid map of pDPG443. Restriction sites used for Southern blot analyses are shown and locations are indicated in base pairs.

FIGS. 5A and 5B. (Scanned image) Southern blot analysis to determine the number of transgene insertions in GA21. A: Lane 1 contains GA21 DNA digested with EcoRV. Lane 2 contains non-transformed control DNA digested with EcoRV. Lane 3 contains pDPG434 digested with NotI. The blot was probed with the 3.4 kb NotI fragment from pDPG434. B: The blot shown in A was stripped and reprobed with a 324 bp fragment of the mutant EPSPS gene.

FIG. 6. (Scanned image) Southern blot analysis to estimate the copy number and integrity of the mutant EPSPS Gene. Lane 1 contains GA21 DNA digested with EcoRI/XbaI. Lane 2 contains nontransformed control DNA digested with EcoRI/XbaI. Lane 3 contains pDPG434 digested with EcoRI/XbaI. The blot was probed with the 324 bp EPSPS gene PCR fragment.

FIG. 7. (Scanned image) Southern blot analysis to confirm the lack of plasmid backbone sequence in GA21. Genomic DNA of a bla gene transformed plant (lane 1), a GA21 plant (lane 2), and plasmid DNA of pDPG427 was digested with BglII. The blot was probed with a 1.7 SspI/AflIII kb fragment from pBluescript SK(−) that contains the ColE1 origin of replication and the bla gene.

FIGS. 8A and 8B. Effect of glyphosate application on the growth and fertility of DK580 and DK626 BC₄ hybrids of GA21, FI117, GG25 and GJ11 transformation events. Treatments consisted of glyphosate applications at the 0x, 1x and 4x rates (1x×=16 ounces of Roundup Ultra™/acre). Mean ELH (extended leaf height in centimeters) was measured 10 days after glyphosate application. A. Effects of glyphosate application at the V4 stage of development. B. Effects of glyphosate application at the V8 stage of development.

FIGS. 9A and 9B. Yield effect of glyphosate application on DK580 and DK626 hybrids with the FI117, GA21, GG25 and GJ11 transformation events. Comparisons are made between the 4 transformation events in each of the two hybrids both with and without glyphosate application.

**8**

Additionally, comparisons are made between each of the hybrids with the introgressed transformation event versus the hybrid without the transformation event. A. Comparisons of effect of glyphosate application on the yield of DK580 hybrids when applied at V4. B. Effect of glyphosate application on the yield of DK626 hybrids when applied at V8.

FIG. 10. (Scanned image) Southern blot analysis to detect transgene insertions GA21. FI117. GG25 and GJ11. Southern blot of BglII digested genomic DNA (lanes 2,5,10,11,12) and plasmid DNA (lane 13). Blot was probed with the 0.27 kb nos 3' polyadenlylation region from the nopaline synthase gene of *Agrobacterium tumefaciens* (Bevan, 1984). Lanes 2, 5, 10 and 11 contain genomic DNA from plants having the FI117, GA21, GG25 and GJ11 transformation events, respectively. Lane 12 contains negative control DNA from a non-transformed maize plant and lane 13 contains pDPG427 plasmid DNA.

FIGS. 11A, 11B and 11C: (Scanned image) Southern blot analysis to detect transgene insertions GA21, GG25 and GJ11 using various restriction enzymes. Genomic DNA of a non-transformed control plant (lane 1) as well as GA21, GG25 and GJ11 (lanes 2, 3 and 4, respectively) transformation event containing plants was digested with various restriction enzymes and probed with a PCR generated 324 bp fragment of the EPSPS gene (see example 8 for generation of EPSPS fragment). DNA was digested with EcoRI (FIG. 11A), SphI (FIG. 11B) and SacI.(FIG. 11C).

FIG. 12: Deduced amino acid sequence of the mutant corn EPSPS Protein. Sequence includes the OTP transit peptide isolated from corn and sunflower ribulose-1,5-bis phosphate carboxylase oxygenase (RuBisCo) genes, (amino acids 1–125 are the transit peptide).

FIGS. 13, 13-1, 13-2, 13-3, and 13-4: Field layout for study of glyphosate resistance in GA21, GG25, FI117 and GJ11 DK580 and DK626 hybrids. The repetition (1-3), column (COL1-COL12), row (1-4), hybrid (DK580 or DK626), transformation event (GA21, FI117, GG25, or GJ11), transformed or non-transformed status (N or T), glyphosate application level (0x, 1x or 4x), and developmental stage at glyphosate application (V4 or V8), are given. Tests were conducted in Dekalb, Ill., and Thomasboro, Ill. during 1996. All rows were planted at double normal planting density, i.e., 60 seeds per row, because hybrids segregated 1:1 for the glyphosate resistance trait. Sprayed plants were thinned to 30 plants per row no sooner than 7 days after application of glyphosate at a time when glyphosate susceptible plants could be identified. Unsprayed plots were thinned to 30 plants per row at the same time.

FIG. 14. Plasmid map of pDPG425. Major components and restriction sites are shown and locations are indicated in kilobase pairs.

FIG. 15. Plasmid map of pDPG405. Major components and restriction sites are shown and locations are indicated in base pairs.

DETAILED DESCRIPTION OF THE INVENTION

In addition to direct transformation of a particular genotype with a mutant EPSPS gene, glyphosate resistant plants may be made by crossing a plant having a mutant EPSPS gene to a second, glyphosate sensitive plant. "Crossing" a plant to provide a plant line having an increased yield relative to a starting plant line, as disclosed herein, is defined as the techniques that result in a mutant EPSPS gene being introduced into a plant line by crossing a starting line with

6,040,497

**9**

a donor plant line that comprises a mutant EPSPS gene. To achieve this one would, generally, perform the following steps:

    (a) plant seeds of the first (starting line) and second (donor plant line that comprises a mutant EPSPS gene) parent plants;

    (b) grow the seeds of the first and second parent plants into plants that bear flowers;

    (c) pollinate the female flower of the first parent plant with the pollen of the second parent plant; and

    (d) harvest seeds produced on the parent plant bearing the female flower.

Backcross conversion is herein defined as the process including the steps of:

    (a) crossing a plant of a first genotype containing a desired gene, DNA sequence or element to a plant of a second genotype lacking said desired gene, DNA sequence or element;

    (b) selecting one or more progeny plant containing the desired gene, DNA sequence or element;

    (c) crossing the progeny plant to a plant of the second genotype; and

    (d) repeating steps (b) and (c) for the purpose of transferring said desired gene, DNA sequence or element from a plant of a first genotype to a plant of a second genotype.

Introgression of a DNA element into a plant genotype is defined as the result of the process of backcross conversion. A plant genotype into which a DNA sequence has been introgressed may be referred to as a backcross converted genotype, line, inbred, or hybrid. Similarly a plant genotype lacking said desired DNA sequence may be referred to as an unconverted genotype, line, inbred, or hybrid.

It is contemplated that glyphosate resistant plants may be obtained by transfer of the DNA sequence comprising a mutant EPSPS gene and adjacent plant genomic DNA sequences from FI117, GA21, GG25 and GJ11 mutant EPSPS gene transformed donor plants to a recipient plant whereby the recipient plant has increased tolerance to the herbicide glyphosate following introduction of the mutant EPSPS gene-encoding DNA segment. The DNA sequence may further be transferred to other genotypes through the process of backcross conversion and the glyphosate resistance of said backcross converted plants, or hybrids derived therefrom, is increased relative to the unconverted plant. The mutant EPSPS gene integration events, as well as the associated vector DNA, may be used as genetic markers in marker assisted breeding for the purpose of selecting maize plants with increased herbicide resistance.

I. Herbicide Control of Weeds

Chemical weed control is a science that involves knowledge in the fields of chemistry and biology, some familiarity with reactions of plants to phytotoxic agents, and at least observational experience in the responses of common weeds and crops to herbicides. Weed and crop ecology and appreciation of the factors determining selectivity, tolerance, and susceptibility are important. And finally, one needs a vast backlog of detailed information concerning the role of weed control in practical agriculture.

Weeds pose a threat to human health and welfare. They reduce the yield and value of crops; as well as increasing production and harvesting costs. The principal means by which weeds cause these effects are:

    1. Competing with crop plants for the essentials of growth and development.

    2. Production of toxic or irritant chemicals that cause human or animal health problems.

**10**

    3. Production of immense quantities of seed or vegetative reproductive parts or both that contaminate agricultural products and perpetuate the species in agricultural lands.

    4. Production on agricultural and nonagricultural lands of vast amounts of vegetation that must be disposed of.

In nonagricultural areas, weeds are often considered more of a nuisance than a threat; but even in this case weeds are a potential human hazard. Weed pollen may cause hay fever or other allergies, and toxic chemicals present in their sap or on their leaves may cause skin irritations or rashes when brushed against. Some substances produced by weeds are deadly when ingested. Weeds tend to hide tools and equipment, switches and valves, irrigation gates, and even holes in the ground. Dense, moisture-holding weed growth aids in the deterioration of wooden structures and the rusting of metal fences, buildings, and immobile machinery. Dead, dry weeds constitute a fire hazard, subject to ignition by a spark, a carelessly tossed cigarette, or even a piece of glass reflecting sunlight. Weeds reduce the enjoyment of recreation areas. They impede the flow of water in waterways and hamper water traffic especially in tropical and subtropical regions.

In agricultural lands, weeds reduce crop yields and quality, interfere with harvesting, and increase the time and costs involved in crop production. Weeds harbor insects and plant disease organisms; and in some cases, they serve as essential alternate hosts for these pests. Some weeds are undesirable in hay, pastures, and rangelands because of the mechanical injury that they inflict on livestock. Woody stems, thorns, and stiff seed awns cause injury to the mouth and digestive tract of livestock; and the hairs and fibers of some plants tend to ball up and obstruct the intestines, especially in horses, causing serious problems. Ingested by milk cows, some weeds such as ragweeds, wild garlic (*Allium vineale* L.), and mustard, among others, impart a distinctly distasteful odor or flavor to milk and butter. Barbed seed dispersal units may become so entangled in the wool of sheep as to greatly diminish its market value. Parasitic plants, such as dodder (Cuscuta sp.), broomrape (Orobanche sp.), and witchweed, rob their host plants of organic foodstuffs.

Weeds may additionally serve as host plants for pests of agriculture. Examples of weeds that serve as hosts for plant pests are cited below. Pepperweed and tansymustard (Descurainia sp.) maintain large populations of diamondback moths during the late fall, winter, and spring; they are also hosts to the turnip aphid and green peach aphid. Several weed species by the nightshade family (Solanaceae) are hosts to insects that commonly attack eggplant, pepper, potato, and tomato; for example, horsenettle (*Solanum carolinense* L.) is a host of the Colorado potato beetle, and black nightshade (*S. nigrum* L.) is a host of the cabbage looper. Morning-glory is an important host of insects attacking sweet potato, especially the highly destructive sweet potato weevil. Ragweed serves as a host for Mansonia mosquitoes, an insect vector for the human diseases encephalitis and rural filariasis. European barberry (*Berberis vulgaris* L.) is an essential host of the wheat stem rust in the northern wheat regions of the United States. Goosegrass (*Eleusine induce* [L.] Great.) and purple nutsedge are hosts of barley yellow dwarf virus. Currants and gooseberries (Ribes sp.) are hosts for white pine blister rust.

One crop which is highly reliant on chemical control of weeds is corn. Corn has been grown on 60 million to 83 million acres per year in the period from 1982 to 1993. In 1993, fifteen states had corn acreage in excess of one million