<table><tr><td>41</td><td>42</td></tr></table>

bombardment. Cells were plated on solid 279 medium 0–8 hours before bombardment (about 0.5 ml packed cell volume per filter).

DNA was precipitated onto gold particles as follows. A stock solution of gold particles was prepared by adding 60 mg of 0.7 μm or 1 μm gold particles to 1000 μl absolute ethanol and incubating for at least 3 hours at room temperature followed by storage at −20° C. Twenty to thirty five μl sterile gold particles were centrifuged in a microcentrifuge for 1 min. The supernatant was removed and one ml sterile water was added to the tube, followed by centrifugation at 2000 rpm for 5 minutes. Microprojectile particles were resuspended in 30 μl of DNA solution containing about 10–20 μg of the NotI restricted pDPG434 mutant EPSPS expression cassette. Two hundred twenty microliters sterile water, 250 μl 2.5 M $CaCl_2$ and 50 μl spermidine were added. The mixture was thoroughly mixed and placed on ice, followed by vortexing at 4 C. for 10 minutes and centrifugation at 500 rpm for 5 minutes. The supernatant was removed and the pellet resuspended in 600 μl absolute ethanol. Following centrifugation at 500 rpm for 5 minutes the pellet was resuspended in 36 μl of absolute ethanol and was allowed to settle for 4 minutes. Ten μl of the particle preparation were dispensed on the surface of the flyer disk and the ethanol was allowed to dry completely. The particles were then accelerated by a helium blast of approximately 1100 psi using the DuPont Biolistics PDS1000He particle bombardment device.

Following bombardment with gold particles coated with the pDPG434 expression cassette, AT824 cells were cultured on 279 medium (Table 2) for four days. Subsequently, the cells were returned to liquid 401 medium (Table 2), at a density of about 2 ml packed cell volume (PCV) per 20 ml, and cultured for four days. The cells were then transferred, at a density of 2 ml PCV/20 ml, to fresh 401 medium containing 1 mg/L bialaphos (bialaphos was accidently used instead of glyphosate at this stage) and cultured for four days. The subculture was repeated, this time into 401 plus 1 mM glyphosate, and after four days the cells were plated at a density of about 0.1 ml PCV per 100×20 mm petri dish containing 279 plus 1 mM glyphosate. Six to eight weeks after bombardment, glyphosate resistant colonies were removed from the selection plates and subcultured onto fresh 279 plus 1 mM glyphosate. Thirty five glyphosate resistant callus lines were recovered in this example. Approximately 96 plants were regenerated from 18 of the transgenic callus lines.

Example 3

Stable Transformation of AT824 Cells by Electroporation

Maize suspension culture cells were enzyme treated and electroporated using conditions described in Krzyek et al. (U.S. Pat. No. 5,384,956). AT824 suspension culture cells, three days post subculture, were sieved through 1000 μm stainless steel mesh and washed, 1.5 ml packed cells per 10 ml, in incubation buffer (0.2 M mannitol, 0.1% bovine serum albumin, 80 mM calcium chloride, and 20 mM 2-(N-morpholino)-ethane sulfonic acid, pH 5.6). Cells were then treated for 90 minutes in incubation buffer containing 0.5% pectolyase Y-23 (Seishin Pharmaceutical, Tokyo, Japan) at a density of 1.5 ml packed cells per 5 ml of enzyme solution. During the enzyme treatment, cells were incubated in the dark at approximately 25° C. on a rotary shaker at 60 rpm. Following pectolyase treatment, cells were washed once with 10 ml of incubation buffer followed by three washes with electroporation buffer (10 mM HEPES, 0.4 mM mannitol). Cells were resuspended in electroporation buffer at a density of 1.5 ml packed cells in a total volume of 3 ml.

Linearized plasmid DNA, about 60 μg of NotI excised EPSPS expression cassette from pDPG427 (GG25) or pDPG443 (GJ11); or 100 μg of whole pDPG165 and pDPG434 (FI117) plasmid DNA (50 μg from each plasmid), was added to 0.5 ml aliquots of electroporation buffer. The DNA/electroporation buffer was incubated at room temperature for approximately 10 minutes. To these aliquots, 0.5 ml of suspension culture cells/electroporation buffer (containing approximately 0.25 ml packed cells) were added. Cells and DNA in electroporation buffer were incubated at room temperature for approximately 10 minutes. One half ml aliquots of this mixture were transferred to the electroporation chamber (Puite, 1985) which was placed in a sterile 60×15 mm petri dish. Cells were electroporated with a 70, 100, or 140 volt (V) pulse discharged from a 140 microfarad (μf) capacitor.

Approximately 10 minutes post-electroporation, cells were diluted with 2.5 ml 409 medium containing 0.3 M mannitol. Cells were then separated from most of the liquid medium by drawing the suspension up in a pipet, and expelling the medium with the tip of the pipet placed against the petri dish to retain the cells. The cells, and a small amount of medium (approximately 0.2 ml) were dispensed onto a filter (Whatman #1, 4.25 cm) overlaying solid 279 medium (Table 2) containing 0.3 M mannitol. After about five days, the tissue and the supporting filters were transferred to 279 medium containing 0.2 M mannitol. After about six days, tissue and supporting filters were transferred to 279 medium without mannitol.

Example 4

Regeneration of AT824 Transformants

Transformants were produced as described in Example 2 and Example 3. For regeneration, tissue was maintained on maintenance medium (279) containing 1 mM glyphosate or 1 mg/L bialaphos. Subsequently transformants were subcultured one to three times, but usually twice on 189 medium (first passage in the dark and second passage in low light) and once or twice on 101 medium in petri dishes before being transferred to 501 or 607 medium in Plant Cons. Variations in the regeneration protocol are normal based on the progress of plant regeneration. Hence some of the transformants were first routinely subcultured on maintenance medium, followed by twice on 189 medium, once or twice on 101 medium, followed by transfer to 501 or 607 medium in Plant Cons8. As shoots developed on 101 medium, the light intensity was increased by slowly adjusting the distance of the plates from the light source located overhead. All subculture intervals were for about 2 weeks at about 24° C. Transformed plants that developed shoots roots were transferred to soil.

Plantlets in soil were incubated in an illuminated growth chamber and conditions were slowly adjusted to adapt or condition the plantlets to the drier and more illuminated conditions of the greenhouse. After adaptation/conditioning in the growth chamber, plants were transplanted individually to 5 gallon pots of soil in the greenhouse.

Example 5

Regeneration of Glyphosate Resistant Line FI117 Using Bialaphos Selection

Cells of AT824 were electroporated with plasmids pDPG165 and pDPG434 as described in example 3. In this

case, co-transformation with the bar gene-containing plasmid pDPG165 allowed for selection on bialaphos. Following recovery and after the tissue had grown for about four days on 279 medium, the tissue on each filter was transferred to a flask containing about 20 ml of liquid 401 medium containing 1 mg/L bialaphos. Four days later, tissue in each flask was transferred to a new flask containing about 20 ml fresh 401 medium containing 1 mg/L bialaphos. Three days later the cells were plated at a density of about 0.1 ml PCV per 100×20 mm petri dish containing 279 medium plus 1 mg/L bialaphos. Approximately 34 bialaphos resistant callus lines were selected in this example, at a frequency of 17 callus lines per electroporation. Approximately 48 plants were regenerated from 18 callus lines. Screening of plants for glyphosate resistance was subsequently carried out as described in example 5.

Example 6

Screening Transgenic Plants for Glyphosate Resistance

Plants regenerated from callus lines GA21, GG25, GJ11, and FI117 ($R_0$ generation), which each contained the mutant EPSPS gene, were crossed to nontransgenic inbred plants in the greenhouse. The progeny of these crosses were expected to segregate 1:1 for the herbicide resistance trait. Glyphosate resistance was evaluated in the progeny of the $R_0$ crosses ($R_1$ generation) in a greenhouse by application of Roundup™ brand (Monsanto) glyphosate at a rate of 16 oz./acre. Transgenic lines that exhibited resistance to glyphosate were selected and again backcrossed to a nontransgenic inbred. The resulting progeny were then screened for glyphosate resistance in field tests. From these tests, the GA21, FI117, GG25 and GJ11 transformation events were selected for further study based their glyphosate resistant phenotype.

Example 7

Isolation of Genomic Corn DNA

Glyphosate resistant corn lines GA21, FI117, GG25 and GJ11 were crossed to various inbred lines to facilitate hybrid development as described in example 14. Genomic DNA used for Southern blot analyses was isolated from the resulting backcrossed plants. The backcross populations consisted of plants that were segregating 1:1 for the GA21, FI117, GG25 or GJ11 insertion. Positive and negative GA21 segregants were identified by polymerase chain reaction (PCR) using oligonucleotide primers specific to the pDPG434 fragment used for transformation. Negative segregants served as nontransgenic control plants. The PCR primers used for the analysis spanned the mutant EPSPS-nos junction and generated a 192 bp fragment. The sequence of the upper primer located on the mutant EPSPS gene is 5'-ACGTACGACGACCACAGGATG-3' (SEQ ID NO:1). The sequence of the lower primer located in nos is 5'-GCAAGACCGGCAACAGGATTC-3' (SEQ ID NO:2). Genomic DNA was isolated from positive and negative plants as described in Dellaporta et al., (1983). DNA was isolated from field-grown and greenhouse-grown plants.

Example 8

DNA Probe Preparation and Hybridization

DNA fragments used for probe preparation were isolated by gel-purification of restriction digests of plasmid DNA or were generated by PCR. The mutant EPSPS PCR fragment used as a probe was generated using primers that produce a 324 bp fragment internal to the EPSPS gene. This fragment initiates approximately 400 bp down stream from the start codon. The primer sequences used to generate this fragment are: 5'-TTTGGCTCTTGGGGATGTG-3' (SEQ ID NO:3) (upper) and 5'-TTACGCTAGTCTCGGTCCAT-3' (SEQ ID NO:4)(lower). Probes were labeled with $^{32}P$ using the random priming method (Boehringer Mannheim) and purified using Quik-Sep® spin columns (Isolab Inc., Akron, Ohio). Blots were prehybridized at 65° C. for 1–2 hours and hybridized with denatured probe for approximately 18 hours at 65° C. Prehybridization and hybridization solution consisted of 5× SCP, 2× Denhardt's Solution, 0.05 M Tris, pH 8.0, 0.2% SDS, 10 mM EDTA, 100 mg/l dextran sulfate, and 125 µg/ml denatured salmon sperm DNA. Following hybridization, blots were washed 4 times for 10 min. in 0.25× SCP/0.2% SDS. Membranes were blotted dry and visualized by autoradiography. To reprobe blots, probes were removed by treating blots in 0.05 M NaOH/0.2% SDS for 10 min. followed by neutralization in 0.2 M Tris, pH 7.5/0.2% SDS/0.1× SCP for 20 minutes at approximately 25° C.

Approximately 10 µg of genomic DNA was used for each restriction digest. DNA was digested with restriction enzymes according to the manufacturer's recommendations (Boehringer Mannheim, Indianapolis, Ind.). DNA was separated on TAE gels (0.04 M Tris-acetate, 0.001 M EDTA) containing 0.8% agarose. Southern blotting (Southern, 1975) was performed using Magnacharge™ membrane (Micron Separations Inc., Westborough, Mass.) and the DNA was cross-linked to the membrane using UV light and membranes were baked for 2 hrs. in a vacuum oven at 80° C.

Example 9

Copy Number and Integrity of the Mutant EPSPS Transgene in GA21

Corn line GA21 was analyzed to determine the number of insertions of the pDPG434 NotI EPSPS fragment used for transformation. GA21 genomic DNA was digested with a restriction enzyme that does not cut within the NotI EPSPS fragment used for transformation and probed with the entire NotI EPSPS fragment. For this analysis, GA21 DNA and nontransformed control DNAs were digested with EcoRV and probed with the NotI EPSPS fragment from pDPG434. NotI digested pDPG434 was included as a positive control at the level of approximately one copy per genome. For GA21, a single band of approximately 15 kb hybridized to the probe, indicating that a single insertion of the plasmid DNA fragment used for transformation had occurred (FIG. 5A). Some additional hybridization was observed in GA21 and nontransformed control DNA; this result was expected given that the probe used contained the transit peptide sequence (which includes maize DNA) and the mutant maize EPSPS gene. Both of these sequences are expected to hybridize to nontransformed maize DNA due to the presence of endogenous sequences with homology to the probe sequence.

To further clarify the presence of a single insertion of the pDPG434 plasmid fragment in GA21, the probe was removed from the blot shown in FIG. 5A and the blot was rehybridized using a small DNA fragment internal to the mutant EPSPS gene. The 324 bp EPSPS probe hybridized strongly to the same approximately 15 kb band in GA21 DNA, indicating the presence of a single insertion of the NotI EPSPS fragment used for transformation (FIG. 5B).

Using the 324 bp EPSPS probe, hybridization to two smaller molecular weight bands was observed in both GA21 and nontransformed control DNA, indicating the presence of endogenous copies of the native EPSPS gene.

To determine if the mutant EPSPS gene in glyphosate resistant corn line GA21 was intact and to estimate copy number, genomic DNA from a GA21 transformant, non-transformed control DNA, and pDPG434 were digested with EcoRI/XbaI and probed with the 324 bp EPSPS probe. This restriction enzyme digest releases a fragment of approximately 1.8 kb from pDPG434 that contains the OTP sequence and the mutant EPSPS gene (FIG. 3). EcoRI/XbaI digested pDPG434 was run on the gel to approximate one copy of the EcoRI/XbaI OTP-EPSPS sequence per genome. The 324 bp mutant EPSPS probe was found to hybridize to an approximately 1.8 kb fragment in GA21 and the pDPG434 digests, but not in the digest of nontransformed control DNA (FIG. 6). This result demonstrates that the 1.8 kb OTP-EPSPS fragment present on pDPG434 is intact in glyphosate resistant corn line GA21. Comparison of the hybridization intensity of the pDPG434 digest to the digest of GA21 DNA indicates the presence of approximately two copies of the OTP-EPSPS sequence in GA21 (FIG. 6).

Example 10

Lack of Plasmid Backbone Sequences in GA21

To confirm the lack of plasmid backbone sequences containing the ColE1 origin of replication and the bla gene encoding β-lactamase, DNA from a transgenic corn line containing a single copy of bla, DNA from a GA21 plant, and plasmid DNA were digested with BglII and probed with a 1.7 kb SspI/AflIII fragment from pBluescript SK(−) (Stratgene, La Jolla, Calif.) containing ColE1 and bla. The plasmid used, pDPG427, is identical to pDPG434 but contains a maize histone promoter instead of the rice actin promoter. As expected, no hybridization to the GA21 DNA was observed. Also as expected, hybridization to an approximately 5 kb band in the DNA from the bla-positive plant and from pDPG427 was observed (FIG. 7).

Example 11

Construction of Plasmids pDPG165, pDPG434 and pDPG443

DNA segments encoding the bar gene were constructed into plasmid pDPG165 (FIG. 1) essentially as described in U.S. patent application Ser. No. 08/113,561, filed Aug. 25, 1993, which is specifically incorporated herein by reference in its entirety. The bar gene was cloned from *Streptomyces hygroscopicus* (White et al., 1990) and exists as a 559-bp SmaI fragment in the plasmid pIJ4101. The sequence of the coding region of this gene is identical to that published (Thompson et al., 1987). To create plasmid pDPG165, the SmaI fragment from pIJ4104 was ligated into a pUC19-based vector containing the Cauliflower Mosaic Virus (CaMV) 35S promoter (derived from pBI221.1. provided by R. Jefferson, Plant Breeding Institute, Cambridge, England), a polylinker, and the transcript 7 (Tr7) 3' end from *Agrobacterium tumefaciens* (3' end provided by D. Stalker, Calgene, Inc., Davis, Calif.).

The plasmids pDPG434 (FIG. 3) and pDPG443 (FIG. 4) were constructed by cloning the respective promoters into SmaI-linearized pDPG425 (FIG. 14). Linearized vectors were treated with calf alkaline phosphatase to prevent recircularization prior to ligation. The rice actin promoter and intron were isolated as a 1.5 kb HindIII fragment from pDPG421 (pDM302; Cao et al., Plant Cell Rep (1992) 11:586–591). The 2× 35S/Arabidopsis histone promoter was isolated as a 1.8 kb EcoRI/HindIII fragment from pDPG405 (FIG. 15). The above mentioned promoter fragments were $T_4$ DNA polymerase-treated to create blunt ends prior to ligation into SmaI linearized pDPG425 (Rhone Poulenc Agrochimie). The fourth plasmid used, pDPG427 (FIG. 2), was obtained from Rhone Poulenc Agrochimie. A list of plasmids used in the current invention as well as the components of the plasmids is given in Table 4. A list of components of pDPG434 is shown in Table 5.

Example 12

Effect of Glyphosate Application on the Growth and Fertility of DK580 and DK626 Hybrids of FI117, GA21, GG25 and GJ11

$BC_4$ hybrids of DK580 and DK626 were produced containing one of the FI117, GA21, GG25 or GJ11 transformation events as described in example 14. Comparisons of the effect of glyphosate application on growth (mean extended leaf height) and male fertility was compared at both the V4 and V8 developmental stage. The developmental scale that was used to rate the corn plants is well known in the art, and is described in Special Report No. 48, Iowa State University of Science and Technology, Cooperative Extension Service, Ames, Iowa. Each of the hybrids was studied at both the V4 and V8 stage using 0× glyphosate (i.e. water only), 1× glyphosate, or 4× glyphosate (the 1× level corresponds to 16 ounces/acre of Roundup Ultra™).

Tests were designed as four row, 3 rep., split-split-plot with main plots as hybrids, subplots as transformant sources (i.e. GA21, GG25, FI117, and GJ11) and subplots as timing/rate combinations (FIG. 12). Statistical methods for design and analysis of data derived from experimental field plots are described in Gomez and Gomez, (1984). Tests were conducted in Dekalb, Ill., and Thomasboro, Ill. during 1996. All rows were planted at double normal planting density, i.e., 60 seeds per row, because hybrids segregated 1:1 for the glyphosate resistance trait. Sprayed plants were thinned to 30 plants per row no sooner than 7 days after application of Roundup at a time when Roundup susceptible plants could be identified. Unsprayed plots were thinned to 30 plants per row at the same time. At 5–10 days after herbicide application, the following data was collected in each row: number of dead plants, number of damaged plants, and number of normal plants. After thinning, the mean extended leaf height was measured on 10 resistant plants per plot. During the remainder of the growing season the following agronomic data was collected: early stand count, seedling vigor, final stand count, plant height, ear height, intactness, stay green, number of barren plants, number of male-sterile plants, number of dropped ears, number of root lodged plants, number of stalks lodged plants, shelled grain weight, per cent grain moisture at harvest, and test weight.

The results show that all 4 transformation events gave significant resistance to glyphosate at both the 1× and 4× application levels (FIGS. 7A, 7B). Overall, the GA21 transformation event yielded the most efficacious resistance, in that at the 4× application level, 3 of the 4 GA21 treatments (FIGS. 7A, 7B) had the greatest mean extended leaf heights. Additionally, all 4 of the GA21 treatments yielded male fertile plants. At the V8 stage of application, only GJ11 and GJ25 treatments yielded male sterile plants (FIG. 8B), while at the V4 stage of application all plants were male fertile (FIG. 8A).

### Example 13

**Yield Effect of Glyphosate Application on DK580 and DK626 Hybrids of FI117, GA21, GG25 and GJ11 Transformation Events**

Four DK580 and four DK626 hybrids, each containing a different mutant EPSPS transgene from one of the GA21, FI117, GJ11 or GG25 transformation events, were field tested for possible effects on yield with glyphosate application as described in Example 12, with treatments as shown in FIG. 12. Hybrids were produced as described in example 14.

Yield estimates were computed using shelled grain weights, adjusted to 15.5% moisture. Data were analyzed using the SAS PROC MIXED and PROC SUM procedures. Only hybrids to which no glyphosate was applied were compared in order to remove any effects of herbicide application rates and/or weed competition on grain yield. The discussion herein will concentrate on results relating to grain yield.

FIG. 9A shows that when glyphosate is applied at the V4 stage, significant decreases in yield are not observed for 3 of the 4 DK580 hybrids. Further, in the case of the GA21 transformation event, the treatment group had a higher yield, although the difference was not found to be statistically significant. The differences in yield between DK580 hybrids with the introgressed mutant EPSPS transformation event relative to the hybrid without the event was significant only for the FI117 event. In this case, the glyphosate resistant hybrid had a higher yield than the corresponding non-resistant hybrid. The results demonstrate that glyphosate may be applied to three of the four DK580 hybrids at the V4 developmental stage without a corresponding decrease in yield.

Comparisons of the effect of glyphosate application on yield in each of the DK626 hybrids at the V8 developmental stage are given in FIG. 9B. The results demonstrate that even at the V8 stage, no significant loss in yield is observed upon a 4x rate of glyphosate application in either the GA21 or the FI117 introgressed DK626 hybrid. Further, the GA21 hybrid again realized a gain in yield relative to untreated controls of the same genetic background.

### Example 14

**Introgression of GA21, FI117, GG25, and GJ11 Into Elite Inbreds and Hybrids of Maize**

Backcrossing can be used to improve an inbred plant. Backcrossing transfers a specific desirable trait from one inbred source to an inbred that lacks that trait. This can be accomplished, for example, by first crossing a superior inbred (A) (recurrent parent) to a donor inbred (non-recurrent parent), which carries the appropriate gene(s) for the trait in question. The progeny of this cross are first selected in the resultant progeny for the desired trait to be transferred from the non-recurrent parent, then the selected progeny are mated back to the superior recurrent parent (A). After five or more backcross generations with selection for the desired trait, the progeny are hemizygous for loci controlling the characteristic being transferred, in this case a mutant EPSPS transgene, but are like the superior parent for most or almost all other genes. The last backcross generation would be selfed to give progeny which are pure breeding for the gene(s) being transferred, i.e. a GA21, GG25, GJ11, and/or FI117 transformation event.

Therefore, through a series a breeding manipulations, a selected gene encoding a mutant EPSPS may be moved from one corn line into an entirely different corn line without the need for further recombinant manipulation. Introduced transgenes are valuable in that they behave genetically as any other corn gene and can be manipulated by breeding techniques in a manner identical to any other corn gene. Exemplary procedures of this nature have been successfully carried out by the inventors. In these backcrossing studies, the transformants GA21, FI117, GG25, and GJ11 were each introgressed into the elite inbred lines FBLL (U.S. patent application Ser. No. 08/181,708, filed Jan. 14, 1994) and NL054B (U.S. patent application Ser. No. 08/595,549, filed Feb. 6, 1996) by backcrossing, although conversion to many more inbreds is currently in progress. Using these inbreds as female parents, two such exemplary hybrids were produced, DK626 and DK580. These hybrids were field tested for yield and other agronomic characteristics as well as herbicide tolerance.

The elite inbreds FBLL and NL054B were each back-crossed four times to the GA21, FI117, GJ11 and GG25 transformants. At each backcross generation plants containing the mutant EPSPS gene were identified based on resistance to a 1x application of glyphosate. Following four generations of backcrossing to a recurrent elite inbred parent, it is anticipated that the transformed line will be present in a genetic background that is at least 93% identical to the recurrent parent (FBLL or NL054B). Following backcross conversion, the plants were self-pollinated twice in order to identify plants homozygous for the introgressed gene of interest, i.e., the GA21, FI117, GJ11 and GG25 insertion events. Hybrids were produced by crossing the FBLL and NL054B inbred parents, which contained an insertion event of the GA21, FI117, GJ11 or GG25, to a non-transformed inbred male parent. DK580 hybrids were produced by a cross of FBLL to MBZA (U.S. patent application Ser. No. 08/182,616, filed Jan. 14, 1994) and DK626 hybrids were produced by a cross of NL054B by MM402A (U.S. patent application Ser. No. 08/181,019, filed Jan. 13, 1994), thereby yielding hybrids which were hemizygous for the respective transformation event.

### Example 15

**Marker Assisted Breeding**

The identification of maize lines that are bred for increased glyphosate resistance may be readily assisted by using a mutant EPSPS gene integration event from the GA21, GG25, FI117 or GJ11 transformation events. Techniques for isolating nucleic acids and proteins are well known to those of skill in the art (Sambrook et al., 1989), and may be used in conjunction with the integration events of the present invention to selectively segregate plants that have increased glyphosate resistance.

It is contemplated that mutant EPSPS gene integration events will be useful as DNA probes for marker assisted breeding. In the process of marker assisted breeding, DNA sequences are used to follow desirable agronomic traits (Tanksley et al., 1989) in the process of plant breeding. Therefore, assays which indicate the presence mutant EPSPS integration events of the current invention can be used for identification of plants with enhanced glyphosate resistance.

Marker assisted breeding using a mutant EPSPS gene integration event is undertaken as follows. Seed of plants with desired yield are planted in soil in the greenhouse or in the field. Leaf tissue is harvested from the plant for preparation of DNA at any point in growth at which approxi-

mately one gram of leaf tissue can be removed from the plant without compromising the viability of the plant. Genomic DNA is isolated using procedure modified from Shure et al. (1983). Approximately one gram of leaf tissue from a seedling is lypholyzed overnight in 15 ml polypropylene tubes. Freeze-dried tissue is ground to a power in the tube using a glass rod. Powdered tissue is mixed thoroughly with 3 ml extraction buffer (7.0 urea, 0.35 M NaCl, 0.05 M Tris-HCl ph 8.0, 0.01 M EDTA, 1% sarcosine). Tissue/buffer homogenate is extracted with 3 ml phenol/chloroform. The aqueous phase is separated by centrifugation, and precipitated twice using 1/10 volume of 4.4 M ammonium acetate pH 5.2, and an equal volume of isopropanol. The precipitate is washed with 75% ethanol and resuspended in 100–500 $\mu$l TE (0.01 M Tris-HCl, 0.001 M EDTA, pH 8.0). Genomic DNA is digested with a 3-fold excess of restriction enzymes, electrophoresed through 0.8% agarose (FMC), and transferred (Southern, 1975) to Nytran (Schleicher and Schuell) using 10× SCP (20 SCP: 2M NaCl, 0.6 M disodium phosphate, 0.02 M disodium EDTA).

One of skill in the art will recognize that many different restriction enzymes will be useful and the choice of restriction enzyme will depend on the DNA sequence of the mutant EPSPS gene integration event that is used as a probe and the DNA sequences in the maize genome surrounding the mutant EPSPS gene integration event. For a probe, one will want to use DNA or RNA sequences which will hybridize to DNA from the plasmid DNA of the integration event. The transformation event—plasmid combinations used herein are, for example, GA21-pDPG434, GG25-pDPG427, GJ11-pDPG443, and FI117-pDPG434 and pDPG165. One will select a restriction enzyme that produces a DNA fragment following hybridization that is identifiable as that mutant EPSPS gene integration event.

It is expected that one or more restriction enzymes will be used to digest genomic DNA either singly or in combinations. Filters are prehybridized in 6× SCP, 10% dextran sulfate, 2% sarcosine, and 500 $\mu$g/ml denatured salmon sperm DNA and $^{32}$P-labeled probe generated by random priming (Feinberg & Vogelstein, 1983). Hybridized filters are washed in 2× SCP, 1% SDS at 65° for 30 minutes and visualized by autoradiography using Kodak XAR5 film. Those of skill in the art will recognize that there are many different ways to isolate DNA from plant tissues and that there are many different protocols for Southern hybridization that will produce identical results. Those of skill in the art will recognize that a Southern blot can be stripped of radioactive probe following autoradiography and re-probed with a different mutant EPSPS gene integration event probe. In this manner one may identify each of the various mutant EPSPS gene integration events that is present in the plant.

Each lane of the Southern blot represents DNA isolated from one plant. Through the use of multiplicity of mutant EPSPS gene integration events as probes on the same genomic DNA blot, the integration event composition of each plant may be determined. Correlations are established between the contributions of particular integration events to increasing the herbicide resistance of the plant. Only those plants that contain the desired combination of integration events are advanced to maturity and used for pollination. DNA probes corresponding to mutant EPSPS gene integration events are useful markers during the course of plant breeding to identify and combine particular integration events without having to grow the plants and assay the plants for agronomic performance.

Example 16

General Methods for Assays

DNA analysis was performed as follows. Genomic DNA was isolated using a procedure modified from Shure, et al., 1983. Approximately 1 gm callus tissue was ground to a fine powder in liquid nitrogen using a mortar and pestle. Powdered tissue was mixed thoroughly with 4 ml extraction buffer (7.0 M urea, 0.35 M NaCl, 0.05 M Tris-HCl pH 8.0, 0.01 M EDTA, 1% sarcosine). Tissue/buffer homogenate was extracted with 4 ml phenol/chloroform. The aqueous phase was separated by centrifugation, passed through Miracloth, and precipitated twice using 1/10 volume of 4.4 M ammonium acetate, pH 5.2 and an equal volume of isopropanol. The precipitate was washed with 70% ethanol and resuspended in 200–500:1 TE (0.01 M Tris-HCl, 0.001 M EDTA, pH 8.0). Plant tissue may also be employed for the isolation of DNA using the foregoing procedure.

The presence of a gene in a transformed cell may be detected through the use of polymerase chain reaction (PCR). Using this technique specific fragments of DNA can be amplified and detected following agarose gel electrophoresis. For example the mutant EPSPS gene may be detected using PCR. Two hundred to 1000 ng genomic DNA is added to a reaction mix containing 10 mM Tris-HCl pH 8.3, 1.5 mM MgCl$_2$, 50 mM KCl, 0.1 mg/ml gelatin, 200 $\mu$M each dATP, dCTP, dGTP, dTTP, 0.5 $\mu$M each forward and reverse DNA primers, 20% glycerol, and 2.5 units Taq DNA polymerase. The primer sequences are (upper) 5'-TTTGGCTCTTGGGGATGTG-3' and (lower) 5'-TTACGCTAGTCTCGGTCCAT-3'. The reaction is run in a thermal cycling machine as follows: 3 minutes at 94 C., 39 repeats of the cycle 1 minute at 94 C., 1 minute at 50 C., 30 seconds at 72 C., followed by 5 minutes at 72 C. Twenty $\mu$l of each reaction mix is run on a 3.5% NuSieve gel in TBE buffer (90 mM Tris-borate, 2 mM EDTA) at 50V for two to four hours. Using these primers a 324 base pair fragment of the mutant EPSPS transgene is amplified.

For Southern blot analysis genomic DNA was digested with a 3-fold excess of restriction enzymes, electrophoresed through 0.8% agarose (FMC), and transferred (Southern, 1975) to Nytran (Schleicher and Schuell) using 10× SCP (20× SCP: 2 M NaCl, 0.6 M disodium phosphate, 0.02 M disodium EDTA). Filters were prehybridized at 65° C. in 6× SCP, 10% dextran sulfate, 2% sarcosine, and 500 $\mu$g/ml heparin (Chomet et al., 1987) for 15 min. Filters were hybridized overnight at 65 C. in 6× SCP containing 100 $\mu$g/ml denatured salmon sperm DNA and 32P-labeled probe. Filters were washed in 2× SCP, 1% SDS at 65 C. for 30 min. and visualized by autoradiography using Kodak XAR5 film. For rehybridization, the filters were boiled for 10 min. in distilled H$_2$O to remove the first probe and then prehybridized as described above.

Example 17

Weed Control in Agricultural Fields of Glyphosate Resistant Maize Plants

Roundup™ is a commercial formulation of glyphosate manufactured and sold by the Monsanto Company. The amount of Roundup™ (glyphosate) which is applied to an agricultural field in which glyphosate resistant maize plants grow depends on the particular weed or spectrum of weeds present in the field and for which control is desired. Herbicide application rates may typically range from four ounces of Roundup™ to 256 ounces Roundup™ per acre (the 1× rate is equivalent to 16 ounces per acre of Roundup™, i.e., 64 ounces/acre is 4×). Preferably, from 8 ounces to 128 ounces per acre of Roundup™ are applied to an agricultural field in which glyphosate resistant maize plants are present. More preferably, from about 16 ounces to about 64 ounces per acre of Roundup™ may be applied to the field. An

6,040,497

| 51 | 52 |

application of Roundup™ in excess of the 1× rate, including 1×, 2×, 3×, 4× and greater, is sufficient to kill maize plants which do not have an expressed copy of the mutant EPSPS gene, and will additionally kill a wide spectrum of weeds.

An initial field application of glyphosate is typically carried out between about the V3 to V5 stages of development and will typically consist of about a 2× application. The application rate may be increased or decreased as needed, based on the abundance and/or type of weeds being treated. Depending on the location of the field and weather conditions, which will influence weed growth and the type of weed infestation, it may be desirable to conduct further glyphosate treatments. The second glyphosate application will typically consist of about a 2× glyphosate application made between the V6 and V8 stage of maturity. Again the treatment rate may be adjusted based on field conditions. Such methods of application of herbicides to agricultural crops are well known in the art and are summarized in general in Anderson, (1983).

A farmer may also apply a combination of herbicides including Roundup™, to a field in which glyphosate resistant maize plants are present. Combination of herbicides are referred to as "tank mixes." A second herbicide is supplied in combination with Roundup™ in order to complement the activity of Roundup™ and thereby increase the efficiency of weed control. For example, Roundup™ may be applied to a field of glyphosate resistant maize plants in conjunction with a herbicide with residual activity, such as a triazine herbicide, in order to provide longer lasting weed control. One herbicide which may be particularly useful in mixture with glyphosate is acetochlor. It is contemplated that Roundup™ may be applied to an agricultural field comprising glyphosate resistant maize plants in conjunction with one or more of the herbicides listed in Table 1. It is understood that the list of herbicides in Table 1 is not limiting and one of skill in the art will know the identity of other herbicidal chemicals which a farmer could apply to a field in combination with Roundup™.

A farmer may wish to apply glyphosate to a field for weed control at any time during the growth of the corn plant at which time the farmer desires to control weed growth. Preferably, glyphosate is applied to the field during vegetative growth of the maize plants, i.e., prior to the onset of flowering. Roundup™ may be applied to glyphosate resistant plants in the field at any stage of development, including between the V1 and V10 stages (the developmental scale is described in, "How a Corn Plant Grows", Special Report No. 48, Iowa State University of Science and Technology, Cooperative Extension Service, Ames, Iowa) of vegetative growth. More preferably, Roundup™ is applied to the field at the V2, V3, V4, V5, V6, V7 or V8 stages of vegetative growth, and most preferably at the V4, V5, V6, V7 or V8 stages of growth of the maize plant. Further, multiple applications of Roundup™ may be desired in order to control weed growth. For example, Roundup™ may be applied to the field at both the V4 stage of growth of the glyphosate resistant maize plant and at the V8 stage of growth. Furthermore, Roundup™ may be applied on an as needed basis in order to control growth of particular weeds when required.

REFERENCES

The references listed below are incorporated herein by reference to the extent that they supplement, explain, provide a background for, or teach methodology, techniques, and/or compositions employed herein.

PCT Application No. WO 89/06700
PCT Application PCT/US89/01025
PCT Application WO 88/10315
PCT No. WO 91/02071
PCT/US87/00880
U.S. Pat. No. 4,769,061
U.S. Pat. No. 4,535,060
U.S. Pat. No. 4,683,195
U.S. Pat. No. 4,683,202
U.S. Pat. No. 4,800,159
U.S. Pat. No. 4,883,750
U.S. Pat. No. 5,279,721
U.S. Pat. No. 5,384,253
U.S. Pat. No. 5,384,956
U.S. Pat. No. 5,463,175
U.S. Pat. No. 5,554,798
U.S. Pat. No. 5,591,616
U.S. patent application Ser. No. 08/113,561, filed Aug. 25, 1993
U.S. patent application Ser. No. 08/181,019, filed Jan. 13, 1994
U.S. patent application Ser. No. 08/182,616, filed Jan. 14, 1994
U.S. patent application Ser. No. 08/181,708, filed Jan. 14, 1994
U.S. patent application Ser. No. 08/595,549, filed Feb. 6, 1996
Anderson, W. P., Weed Science Principles, West Publishing Company, 1983.
Balthazor and Hallas, "Glyphosate-degrading microorganisms from industrial activated sludge," *Appl. Environ. Microbiol.*, 51:432–434, 1986.
Bevan, "Binary Agrobacterium vectors for plant transformation," *Nucleic Acids Res.*, 12:8711–8721, 1984.
Bevan et al., *Nucleic Acid Research*, 11:369–385, 1983.
Callis et al., *Genes and Develop.*, 1:1183–1200, 1987.
Cao et al., *Plant Cell Rep*, 11:586–591, 1992.
Capaldi et al., *Biochem. Biophys. Res. Comm.*, 76:425, 1977
Chomet et al., 1987 EMBO J 6:295–302.
Chu et al., *Scientia Sinica*, 18:659–668, 1975.
Clark, *J. of Plant Nutrition*, 5:1039, 1982.
Comai et al., *Nature*, 317:741–744, 1985.
Coupland, "Metabolism of glyphosate in plants in The Herbicide Glyphosate," 25–34, 1985.
Cristou et al., *Plant Physiol*, 87:671–674, 1988.
Daughten et al., "Biodegradation of phosphonate toxicants yields methane or ethane on cleavage of the C—P bond," *FEMS Microbiol. Lett.*, 5:91–93, 1979b.
Daughton et al., "Bacterial conversion of alkylphosphonates to natural products via carbon-phosphorus bond cleavage," *J Agric. Food Chem.*, 27:1375–1382, 1979a.
Daughton et al., "Phosphate and soil binding: factors limiting bacterial degradation of ionic phosphorous-containing pesticide metabolites," *Appl. Environ. Microbiol.*, 37:605–609, 1979c.
De Block et al., *EMBO J.*, 6:2513–2518; see also PCT Publication number WO 87/05629, 1987.
De Block et al., *Plant Physiol*, 91:694–701, 1989.
Dellaporta et al., in Chromosome Structure and Function: Impact of New Concepts, 18th Stadler Genetics Symposium, J. P. Gustafson and R. Appels, eds (New York: Plenum Press), pp. 263–282, 1988.
Ellis et al., *EMBO Journal*, 6(11):3203–3208, 1987.
EPO No. 329 822
Feinberg and Vogelstein, *Anal Biochem*, 132:6–13, 1983.
Finkle et al., *Plant Sci*, 42:133–140, 1985.

6,040,497

53 54

Fodor et al., Light-directed, spatially addressable parallel chemical synthesis. *Science*, 251:767–773, 1991.

Fransz et al., *Plant Cell Rep*, 8:67–70, 1989.

Franz, "Discovery, development and chemistry of glyphosate," *The Herbicide Glyphosate*, 3–17, 1985.

Frohman, In: *PCR Protocols: A Guide to Methods and Applications*, 1990.

GB application 2 202 328

Gomez and Gomez, *Staistical Procedures for Agricultural Research*, John Wiley and Sons, 1984.

Hacia et al., Detection of heterozygous mutations in BRCA1 using high density oligonucleotide arrays and two-colour fluorescence analysis. *Nature Genetics*, 14:441–447, 1996.

Hallas et al., "Characterization of microbial traits associated with glyphosate biodegradation in industrial activated sludge," *J. Industrial Microbiol.*, 3:377–385, 1988.

Ingelbrecht et al., *The Plant Cell*, 1:671–680, 1989.

Jacob et al., "Metabolism of glyphosate in Pseudomonas sp. strain LBr," *Appl. Environ. Microbiol.*, 54:2953–2958, 1988.

Kishore and Jacob, "Degradation of glyphosate by Pseudomonas sp. PG2928 via a sarcosine intermediate," *J Biol. Chem.*, 262:12164–12168, 1987.

Klein et al., *Plant Physiol*, 91:440–444, 1989.

Kwoh et al., *Proc. Nat. Acad. Sci. USA*, 86: 1173, 1989.

Lebrun et al., "Molecular basis of resistance to shikimic herbicides in adapted maize cell cultures," 1991. Genbank Accession X63374.

Lebrun et al., "Chimeric gene for the transformation of plants," U.S. Pat. No. 5,510,471, 1996.

Liu et al., "Degradation of the herbicide glyphosate by members of the family Rhixobiaceae," *Environ. Microbiol.*, 57:1799–1804, 1991.

Maier, *Phosphorus Sulfur*, 14:295, 1983.

Marshall et al., *Pestic. Sci.*, 18:65–77, 1987.

Mastalerz et al., "Utilization of carbon-bound phosphorus by microorganisms," *Acta Biochim. Pol.*, 12:151–156, 1965.

Murakami, *Mol Gen Genet*, 205:42–50, 1986.

Murashige and Skoog, *Physiol Plant*, 15:473–497, 1962.

Odell et al., *Nature*, 313:810–812, 1985.

Ogawa et al, *Sci. Rep.*, 3:42–48, 1973.

Omirulleh et al., *Plant Molecular Biology*, 21:415–428, 1993.

Pease et al., Light-generated oligonucleotide arrays for rapid DNA sequence analysis. *Proc. Natl. Acad. Sci. USA*, 91:5022–5026, 1994.

Pipke and Amrhein, "Degradation of the phosphonate herbicide glyphosate by *Arthrobacter atrocyaneus* ATCC 13752," *Appl. Environ. Microbiol.*, 54:1293–1296, 1988.

Puite et al., *Plant Cell Rep.*, 4:274–276, 1985.

Sambrook et al., *Molecular Cloning, A Laboratory Manual*, 2nd ed., 1989.

Schowanek and Verstraete, "Phosphonate utilization by bacterial cultures and enrichments from environmental samples," *Appl. Environ. Microbiol.*, 56:895–903, 1990.

Shah et al., *Science*, 233:478–481, 1986.

Shinabarger and Braymer, "Glyphosate catabolism by Pseudomonas sp. strain PG2982," *J. Bacteriol.*, 168:702–707, 1986.

Shoemaker et al., Quantitative phenotypic analysis of yeast deletion mutants using a highly parallel molecular barcoding strategy. *Nature Genetics* 14:450–456, 1996.

Shure et al., *Cell*, 35:225–233, 1983.

Southern, "Detection of specific sequences among DNA fragments separated by gel electrophoresis," *J. Mol. Biol.*, 98: 503–517, 1975.

Spencer et al., *Plant Molecular Biology*, 18:201–210, 1992.

Sutcliffe, "Nucleotide sequence of the ampicillin resistance gene of *Escherichia coli* plasmid pBR322," *Proc. Natl. Acad. Sci., USA* 75: 3737–3741, 1978.

Tanaka et al., "Synthesis and pesticidal activities of phosphonate analogs of amino acids," *J. Fac. Agr. Kyushu Univ.*, 30:209–223, 1986.

Tanksley et al., 1989 Bio/Technolgy 7:257–264.

Thompson et al., *EMBO J*, 6:2519–2623, 1987.

Torstensson, "Behavior of glyphosate in soils and its degradation," *The Herbicide Glyphosate*, 137–150, 1985.

Walker et al., Proc. Nat'l Acad. Sci. USA, 89:392–396 1992.

Weidhase et al., "Utilization of glyphosate by Pseudomonas sp. GS," *Zentralbl. Mikrobiol.*, 145:6, 1990.

White et al., *Nucl Acids Res.*, 18:1062, 1990.

Withers and King, *Plant Physiol*, 64:675–678, 1979.

WO 90/07641

WO 95/06128

Wu et al., *Genomics*, 4:560, 1989.

Yanisch-Perron et al., "Improved M13 phage cloning vectors and host strains: nucleotide sequences of the M13mp18 and pUC19 vectors," *Gene*, 33:103–119, 1985.

Zeleznick et al., "Growth of *Escherichia coli* on methyl— and ethylphosphonic acids," *Biochim. Biophys. Acta.*, 78:546–547, 1963.

---

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 5

<210> SEQ ID NO 1
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence:   Synthetic Primer

<400> SEQUENCE: 1

acgtacgacg accacaggat g                                            21

<210> SEQ ID NO 2

-continued

```
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Primer

<400> SEQUENCE: 2

gcaagaccgg caacaggatt c                                              21


<210> SEQ ID NO 3
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Primer

<400> SEQUENCE: 3

tttggctctt ggggatgtg                                                 19


<210> SEQ ID NO 4
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Primer

<400> SEQUENCE: 4

ttacgctagt ctcggtccat                                                20


<210> SEQ ID NO 5
<211> LENGTH: 570
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Primer

<400> SEQUENCE: 5

Met Ala Ser Ile Ser Ser Val Ala Thr Val Ser Arg Thr Ala Pro
  1               5                  10                  15

Ala Gln Ala Asn Met Val Ala Pro Phe Thr Gly Leu Lys Ser Asn Ala
                 20                  25                  30

Ala Phe Pro Thr Thr Lys Lys Ala Asn Asp Phe Ser Thr Leu Pro Ser
             35                  40                  45

Asn Gly Gly Arg Val Gln Cys Met Gln Val Trp Pro Ala Tyr Gly
         50                  55                  60

Asn Lys Lys Phe Glu Thr Leu Ser Tyr Leu Pro Pro Leu Ser Met Ala
 65                  70                  75                  80

Pro Thr Val Met Met Ala Ser Ser Ala Thr Ala Val Ala Pro Phe Gln
                 85                  90                  95

Gly Leu Lys Ser Thr Ala Ser Leu Pro Val Ala Arg Arg Ser Ser Arg
                100                 105                 110

Ser Leu Gly Asn Val Ser Asn Gly Gly Arg Ile Arg Cys Met Ala Gly
            115                 120                 125

Ala Glu Glu Ile Val Leu Gln Pro Ile Lys Glu Ile Ser Gly Thr Val
        130                 135                 140

Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Ile Ala
145                 150                 155                 160

Ala Leu Ser Glu Gly Thr Thr Val Val Asp Asn Leu Leu Asn Ser Glu
```

-continued

```
                    165                 170                 175
Asp Val His Tyr Met Leu Gly Ala Leu Arg Thr Leu Gly Leu Ser Val
                180                 185                 190
Glu Ala Asp Lys Ala Ala Lys Arg Ala Val Val Gly Cys Gly Gly
            195                 200                 205
Lys Phe Pro Val Glu Asp Ala Lys Glu Glu Val Gln Leu Phe Leu Gly
        210                 215                 220
Asn Ala Gly Ile Ala Met Arg Ser Leu Thr Ala Ala Val Thr Ala Ala
225                 230                 235                 240
Gly Gly Asn Ala Thr Tyr Val Leu Asp Gly Val Pro Arg Met Arg Glu
                245                 250                 255
Arg Pro Ile Gly Asp Leu Val Val Gly Leu Lys Gln Leu Gly Ala Asp
            260                 265                 270
Val Asp Cys Phe Leu Gly Thr Asp Cys Pro Val Arg Val Asn Gly
        275                 280                 285
Ile Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser Ile Ser
        290                 295                 300
Ser Gln Tyr Leu Ser Ala Leu Leu Met Ala Ala Pro Leu Ala Leu Gly
305                 310                 315                 320
Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Ile Pro Tyr Val
                325                 330                 335
Glu Met Thr Leu Arg Leu Met Glu Arg Phe Gly Val Lys Ala Glu His
            340                 345                 350
Ser Asp Ser Trp Asp Arg Phe Tyr Ile Lys Gly Gly Gln Lys Tyr Lys
        355                 360                 365
Ser Pro Lys Asn Ala Tyr Val Glu Gly Asp Ala Ser Ser Ala Ser Tyr
        370                 375                 380
Phe Leu Ala Gly Ala Ala Ile Thr Gly Gly Thr Val Thr Val Glu Gly
385                 390                 395                 400
Cys Gly Thr Thr Ser Leu Gln Gly Asp Val Lys Phe Ala Glu Val Leu
                405                 410                 415
Glu Met Met Gly Ala Lys Val Thr Trp Thr Glu Thr Ser Val Thr Val
            420                 425                 430
Thr Gly Pro Pro Arg Glu Pro Phe Gly Arg Lys His Leu Lys Ala Ile
        435                 440                 445
Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu Ala Val
    450                 455                 460
Val Ala Leu Phe Ala Asp Gly Pro Thr Ala Ile Arg Asp Val Ala Ser
465                 470                 475                 480
Trp Arg Val Lys Glu Thr Glu Arg Met Val Ala Ile Arg Thr Glu Leu
                485                 490                 495
Thr Lys Leu Gly Ala Ser Val Glu Glu Gly Pro Asp Tyr Cys Ile Ile
            500                 505                 510
Thr Pro Pro Glu Lys Leu Asn Val Thr Ala Ile Asp Thr Tyr Asp Asp
        515                 520                 525
His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Glu Val Pro
    530                 535                 540
Val Thr Ile Arg Asp Pro Gly Cys Thr Arg Lys Thr Phe Pro Asp Tyr
545                 550                 555                 560
Phe Asp Val Leu Ser Thr Phe Val Lys Asn
                565                 570
```

6,040,497

59

We claim:

1. A fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (i) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (ii) a promoter active in maize operably linked to said EPSPS gene, wherein the yield of said fertile transgenic maize plant is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene, wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

2. The maize plant of claim 1, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

3. The maize plant of claim 1, wherein the transformation event is GA21.

4. The maize plant of claim 1, wherein the transformation event is FI117.

5. The maize plant of claim 4, wherein said maize plant is further defined as comprising a bar gene.

6. The maize plant of claim 1, wherein the transformation event is GG25.

7. The maize plant of claim 1, wherein the transformation event is GJ11.

8. Progeny of a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (i) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (ii) a promoter active in maize operably linked to said EPSPS gene, wherein the yield of said progeny is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene, wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

9. Seeds of a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (i) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (ii) a promoter active in maize operably linked to said EPSPS gene, wherein the yield of said fertile transgenic maize plant is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene, wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

60

10. Seeds of the progeny of a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (i) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (ii) a promoter active in maize operably linked to said EPSPS gene, wherein the yield of said progeny is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene, wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

11. A method of preparing a fertile transgenic maize plant comprising:
(i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
(ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells;
(iii) selecting recipient cells comprising a chromosomally incorporated expression cassette;
(iv) regenerating plants from said selected cells; and
(v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene,
wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

12. The method of claim 11, wherein said contacting comprises microprojectile bombardment, electroporation or Agrobacterium-medicate transformation.

13. The method of claim 11, wherein said selecting comprises treating recipient cells with glyphosate.

14. The method of claim 11, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

15. The method of claim 11, wherein the transformation event is GA21.

16. The method of claim 11, wherein the transformation event is FI117.

17. The method of claim 16, wherein said maize plant is further defined as comprising a bar gene.

18. The method of claim 11, wherein the transformation event is GG25.

19. The method of claim 11, wherein the transformation event is GJ11.

20. A fertile transgenic maize plant prepared according to a method comprising:
(i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS pro-