61

tein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;

(ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells;

(iii) selecting recipient cells comprising a chromosomally integrated expression cassette;

(iv) regenerating plants from said selected cells; and

(v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene,

wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

21. The maize plant of claim 20, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

22. The maize plant of claim 20, wherein the transformation event is GA21.

23. Progeny of a fertile transgenic maize plant prepared according to a method comprising:

(i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;

(ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells;

(iii) selecting recipient cells comprising a chromosomally integrated expression cassette;

(iv) regenerating plants from said selected cells; and

(v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene,

wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

24. Seeds of a fertile transgenic maize plant, wherein said fertile transgenic maize plant is prepared according to a method comprising:

(i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;

(ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells;

62

(iii) selecting recipient cells comprising a chromosomally integrated expression cassette;

(iv) regenerating plants from said selected cells; and

(v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene,

wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

25. Seeds of the progeny of a fertile transgenic maize plant, wherein said fertile transgenic maize plant is prepared according to a method comprising:

(i) providing an expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;

(ii) contacting recipient maize cells with said expression cassette under conditions permitting the uptake of said expression cassette by said recipient cells;

(iii) selecting recipient cells comprising a chromosomally integrated expression cassette;

(iv) regenerating plants from said selected cells; and

(v) identifying a fertile transgenic maize plant, the yield of which is not affected by a glyphosate application rate that affects the yield of a maize plant lacking said modified maize gene,

wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

26. A glyphosate resistant, inbred, fertile maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene, wherein said inbred fertile maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

27. The maize plant of claim 26, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

28. The maize plant of claim 26, wherein the transformation event is GA21.

29. The inbred maize plant of claim 26, further defined as comprising a transformation event selected from the group consisting of GA21, GG25, GJ11 and FI117.

30. A glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising:
  (i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
  (ii) crossing said fertile transgenic maize plant with a second maize plant lacking said expression cassette to obtain a third maize plant comprising said expression cassette; and
  (iii) backcrossing said third maize plant to obtain a backcrossed fertile maize plant; wherein said modified EPSPS gene is inherited through a male parent, wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

31. The maize plant of claim 30, wherein said second maize plant is an inbred.

32. The maize plant of claim 30, wherein said third maize plant is a hybrid.

33. The maize plant of claim 30, wherein the transformation event is GA21.

34. A glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising:
  (i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and
  (ii) crossing said fertile transgenic maize plant with a second maize plant lacking said expression cassette to obtain a third maize plant comprising said expression cassette;
wherein said modified EPSPS gene is inherited through a female parent, and wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

35. The maize plant of claim 34, wherein said second maize plant is an inbred.

36. The maize plant of claim 34, wherein said third maize plant is a hybrid.

37. The maize plant of claim 34, wherein the transformation event is GA21.

38. A glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising:
  (i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene; and
  (ii) crossing said fertile transgenic maize plant with a second maize plant lacking said expression cassette to obtain a third maize plant comprising said expression cassette;
wherein said modified EPSPS gene is inherited through a male parent, and wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

39. The maize plant of claim 38, wherein said second maize plant is an inbred.

40. The maize plant of claim 38, wherein said third maize plant is a hybrid.

41. The maize plant of claim 38, wherein the transformation event is GA21.

42. A glyphosate resistant, crossed fertile transgenic maize plant prepared according to the method comprising:
  (i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
  (ii) crossing said fertile transgenic maize plant with a second maize plant to obtain a third maize plant comprising said expression cassette; and
  (iii) backcrossing said third maize plant to obtain a backcrossed fertile transgenic maize plant;
wherein said modified EPSPS gene is inherited through a female parent, and wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

43. The maize plant of claim 42, wherein said second maize plant is an inbred.

44. The maize plant of claim 42, wherein said third maize plant is a hybrid.

45. The maize plant of claim 42, wherein the transformation event is GA21.

46. A glyphosate resistant, hybrid maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene, wherein said hybrid maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession

Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

47. The maize plant of claim 46, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

48. The maize plant of claim 46, wherein the transformation event is GA21.

49. The maize plant of claim 46, wherein the transformation event is FI117.

50. A glyphosate resistant, hybrid, transgenic maize plant prepared according to the method comprising crossing a first and second inbred maize plant, wherein one of said first and second inbred maize plants comprises a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene, wherein said hybrid transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

51. The maize plant of claim 50, wherein said promoter is selected from the group consisting of a rice actin promoter, a maize histone promoter and a fused CaMV 35S-Arabidopsis histone promoter.

52. The maize plant of claim 50, wherein the transformation event is GA21.

53. The maize plant of claim 50, wherein the transformation event is FI117.

54. A glyphosate resistant, crossed fertile transgenic maize plant prepared by a process comprising:
(i) obtaining a fertile transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
(ii) crossing said fertile transgenic maize plant with a second maize plant to obtain a third maize plant comprising said expression cassette; and
(iii) crossing said third fertile transgenic maize plant with a fourth maize plant to obtain a fifth transgenic maize plant comprising said expression cassette,

wherein said fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

55. The maize plant of claim 54, wherein said second and fourth maize plants have the same genotype.

56. The maize plant of claim 54, wherein said second and fourth maize plants have different genotypes.

57. Seed of a fertile, transgenic maize plant, said seed comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene, said seed prepared by a process comprising the steps of:
(i) obtaining a parental fertile, transgenic maize plant comprising a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
(ii) breeding said parental plant with a second fertile maize plant to produce a plurality of progeny fertile, transgenic maize plants, said progeny maize plants including plants that express a chromosomally integrated expression cassette comprising (a) a modified maize EPSPS gene encoding an EPSPS protein having isoleucine at position 102 and serine at position 106 and (b) a promoter active in maize operably linked to said EPSPS gene;
(iii) selecting from said progeny maize plants a plant having resistance to glyphosate; and
(iv) obtaining seed from said selected progeny maize plant,

wherein said parent fertile transgenic maize plant comprises a transformation event selected from the group consisting of GA21, seed comprising said GA21 transformation event having been deposited as ATCC Accession Number 209033, FI117, seed comprising said FI117 transformation event having been deposited as ATCC Accession Number 209031, GG25, seed comprising said GG25 transformation event having been deposited as ATCC Accession Number 209032, and GJ11, seed comprising said GJ11 transformation event having been deposited as ATCC Accession Number 209030.

58. The seed of claim 57, wherein the progeny maize plants are two generations removed from the parental transgenic maize plant.

59. The seed of claim 57, wherein the progeny maize plants having resistance to glyphosate are selected by testing plants for resistance to glyphosate at an application rate of 1×.

60. The seed of claim 57, wherein the progeny maize plants having resistance to glyphosate are selected by testing plants for resistance to glyphosate at an application rate of 4×.

61. The seed of claim 57, wherein said second fertile maize plant is a non-transgenic maize plant.

62. The seed of claim 57, wherein said second fertile maize plant is pollinated with pollen from a male parental transgenic maize plant.

63. The seed of claim 57, wherein said parental maize plant is pollinated with pollen from said second fertile maize plant and wherein said parental maize plant is a female parental transgenic maize plant.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    :    6,040,497
DATED         :    March 21, 2000
INVENTOR(S)   :    Michael Spencer, Rita Mumm, and Jeff Gwyn

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At Column 63, line 1, please delete the entire text of claim 29 and insert therefor:
-- The inbred maize plant of claim 26, wherein the transformation event is FI117 --.

Signed and Sealed this

Sixth Day of February, 2001

Attest:

Q. TODD DICKINSON

Attesting Officer      Director of Patents and Trademarks

# ANNUAL REVIEW OF GENETICS

VOLUME 22, 1988



**ALLAN CAMPBELL**, *Editor*
Stanford University, Stanford

**BRUCE S. BAKER**, *Associate Editor*
Stanford University, Stanford

**IRA HERSKOWITZ**, *Associate Editor*
The University of California, San Francisco

ANNUAL REVIEWS INC.   4139 EL CAMINO WAY   PO BOX 10139   PALO ALTO, CALIFORNIA 94303-0897

EDITORIAL COMMITTEE (1988)

FREDERICK M. AUSUBEL
BRUCE S. BAKER
ALLAN CAMPBELL
GERALD R. FINK
DANIEL L. HARTL
IRA HERSKOWITZ
JOHN ROTH
SHERMAN M. WEISSMAN

Responsible for the organization of Volume 22
(Editorial Committee, 1986)

FREDERICK M. AUSUBEL (GUEST)
JONATHAN BECKWITH
ALLAN CAMPBELL
JAMES CROW (GUEST)
DANIEL L. HARTL
IRA HERSKOWITZ
ELIZABETH W. JONES
KENNETH PAIGEN
JOHN ROTH
LAURENCE M. SANDLER
SHERMAN M. WEISSMAN

Production Editor           HILDA GOULD
Subject Indexer             GARY BELKIN



MGA0047975

ANNUAL REVIEWS INC.
Palo Alto, California, USA

COPYRIGHT © 1988 BY ANNUAL REVIEWS INC., PALO ALTO, CALIFORNIA, USA. ALL RIGHTS RESERVED. The appearance of the code at the bottom of the first page of an article in this serial indicates the copyright owner's consent that copies of the article may be made for personal or internal use, or for the personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee of $2.00 per article through the Copyright Clearance Center, Inc. (21 Congress Street, Salem, MA 01970) for copying beyond that permitted by Sections 107 or 108 of the US Copyright Law. The per-copy fee of $2.00 per article also applies to the copying, under the stated conditions, of articles published in any Annual Review serial before January 1, 1978. Individual readers, and nonprofit libraries acting for them, are permitted to make a single copy of an article without charge for use in research or teaching. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. For such uses, written permission is required. Write to Permissions Dept., Annual Reviews Inc., 4139 El Camino Way, P.O. Box 10139, Palo Alto, CA 94303-0897 USA.

International Standard Serial Number: 0066-4197
International Standard Book Number: 0-8243-1222-8
Library of Congress Catalog Card Number: 63-8847

Annual Review and publication titles are registered trademarks of Annual Reviews Inc.

® The paper used in this publication meets the minimum requirements of American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z39.48-1984.

Annual Reviews Inc. and the Editors of its publications assume no responsibility for the statements expressed by the contributors to this Review.

Typesetting by Kachina Typesetting Inc., Tempe, Arizona; John Olson, President. Typesetting coordinator, Janis Hoffman

PRINTED AND BOUND IN THE UNITED STATES OF AMERICA

*Annual Review of Genetics*
Volume 22, 1988

# CONTENTS

BASIC PROCESSES UNDERLYING AGROBACTERIUM-MEDIATED DNA TRANSFER TO PLANT CELLS, *Patricia Zambryski* — 1

HLA (HUMAN LEUKOCYTE ANTIGEN) MARKERS IN INSULIN DEPENDENT DIABETES MELLITUS AND THE STUDY OF COMPLEX HUMAN GENETIC DISORDERS, *Glenys Thomson* — 31

MECHANISMS OF THE EFFECTS OF ANEUPLOIDY IN MAMMALS, *Charles J. Epstein* — 51

THE MECHANISM OF CONSERVATIVE SITE-SPECIFIC RECOMBINATION, *Nancy L. Craig* — 77

CONTROL OF ANTIGEN GENE EXPRESSION IN AFRICAN TRYPANOSOMES, *E. Pays and M. Steinert* — 107

DIFFERENTIAL IMPRINTING AND EXPRESSION OF MATERNAL AND PATERNAL GENOMES, *Davor Solter* — 127

RECOMBINATION BETWEEN REPEATED GENES IN MICROORGANISMS, *Thomas D. Petes and Charles W. Hill* — 147

DNA DOUBLE-CHAIN BREAKS IN RECOMBINATION OF PHAGE λ AND OF YEAST, *David S. Thaler and Franklin W. Stahl* — 169

MECHANISMS OF X CHROMOSOME REGULATION, *Stephen G. Grant and Verne M. Chapman* — 199

THE GENETICS OF BOVINE PAPILLOMAVIRUS TYPE 1, *Paul F. Lambert, Carl C. Baker, and Peter M. Howley* — 235

LINKED SETS OF GENETIC MARKERS FOR HUMAN CHROMOSOMES, *Ray White and Jean-Marc Lalouel* — 259

CLASSICAL AND MOLECULAR GENETICS OF TOMATO: HIGHLIGHTS AND PERSPECTIVES, *Charles M. Rick and John Yoder* — 281

MENDELIAN HYPERPHENYLALANINEMIA, *Charles R. Scriver, Seymour Kaufman, and Savio L. C. Woo* — 301

MAMMALIAN GENOME ORGANIZATION: AN EVOLUTIONARY VIEW, *Stephen J. O'Brien, Hector N. Seuanez, and James E. Womack* — 323

MAIZE DEVELOPMENTAL GENETICS: GENES OF MORPHOGENESIS, *William F. Sheridan* — 353

*(continued)*   v

MGA0047976

Annu. Rev. Genet. 1988. 22:421–77
Copyright © 1988 by Annual Reviews Inc. All rights reserved

# FOREIGN GENES IN PLANTS: TRANSFER, STRUCTURE, EXPRESSION, AND APPLICATIONS

*Kurt Weising*[1], *Jeff Schell*[2] *and Günter Kahl*[1]

[1]Plant Molecular Biology Group, Department of Biology, University of Frankfurt/Main, D-6000 Frankfurt am Main, Germany; [2]Max-Planck-Institut für Züchtungsforschung, D-5000 Köln 30, Germany

## CONTENTS

INTRODUCTION ............................................................................................ 421
NATURAL PLANT GENETIC ENGINEERING VIA THE Ti PLASMID OF
  AGROBACTERIUM TUMEFACIENS ................................................................ 422
PLANT GENE VECTORS DERIVED FROM THE Ti PLASMID ................................. 429
PLANT TRANSFORMATION TECHNIQUES ........................................................ 433
  *Plant transformation by Agrobacterium tumefaciens and Agrobacterium
    rhizogenes* .......................................................................................
  *Viral vectors* ........................................................................................
  *Direct gene transfer* ..............................................................................
  *Protoplast fusion, microinjection and liposome-encapsulation of DNA* ..........
TRANSFERRED GENES IN TRANSGENIC PLANTS: THEIR STRUCTURE
  AND INHERITANCE .................................................................................. 438
EXPRESSION OF TRANSFERRED GENES IN TRANSGENIC PLANTS .................... 441
  *Expression assays* .................................................................................
  *Bacterial, plant, and animal genes* ..........................................................
  *Control by T-DNA or viral promoters* .......................................................
  *Control by plant promoters* ....................................................................
APPLICATIONS OF PLANT GENETIC ENGINEERING ........................................
  *Crop improvement* ................................................................................
  *Basic research* ......................................................................................

## INTRODUCTION

The development of efficient gene vector systems and various genetic transformation techniques has catalyzed rapid progress in plant genetic

0066-4197/88/1215-0421$02.00

421

MGA0047977

engineering over the past five years. Stable integration and expression of foreign genes in many dicotyledonous and a few monocotyledonous plants is now routine. As a result, plant gene research is witnessing a burst of new data that need critical evaluation. This review examines new insights into natural plant engineering via the Ti plasmid of *Agrobacterium tumefaciens*, Ti plasmid-derived plant gene vectors, transformation techniques, the structure and expression of genes in their transgenic environment, and it briefly discusses the impact of plant genetic engineering for basic gene research, as well as for crop improvement. The reader should also consult three other recent surveys of the topic (112, 184, 281).

## NATURAL PLANT ENGINEERING VIA THE TI PLASMID OF *AGROBACTERIUM TUMEFACIENS*

Virulent strains of *Agrobacterium tumefaciens* (Rhizobiaceae) are characterized by the presence of a large plasmid (Ti plasmid, > 150 kb; 353). These bacteria induce neoplastic growth on most dicots and gymnosperms (77), but also on a few monocots (45, 130, 149, 280) where it results in so-called crown gall tumors. In vivo, the infection requires wounding of the plant tissue (178). After attachment to cell walls of wound-activated plant cells, Agrobacteria transfer part of their Ti plasmid (the T-region) into the nucleus of the host plant, where it becomes stably integrated (T-DNA). Several gene loci on the bacterial chromosome (92, 335) and a set of virulence (*vir*) genes located on the Ti plasmid (313) code for functions involved in plant cell recognition and attachment as well as for the excision, transfer, and probably the integration of T-DNA into the target genome. The products of *vir* genes A and G recognize signal molecules derived from wounded plant cells (e.g. acetosyringone) and trigger the activation of the other *vir* loci B, C, D and E (32, 99, 207, 312, 314-316). The *vir D* locus encodes a site-specific endonuclease (5, 383), which specifically cuts within the conserved 25bp right terminus of T-DNA (360, 369). This 25bp repeat occurs at both ends of T-DNA (384), but only the right terminus has been shown to be essential for T-DNA transfer (255, 368). After cutting, a single-stranded T-strand is generated unidirectionally from the right border (3, 317, 318) and is transported into the plant cell by an as yet unknown mechanism, in which circular intermediates are possibly involved (5, 194). It is not presently known whether complementary strands are synthesized in the donor bacterium or in the recipient plant cell. The whole process of *Agrobacterium*-mediated T-DNA transfer probably represents a specialized case of bacterial conjugation applied to plant cells, a view supported by recent experiments (41, 209).

Once transferred to the plant nucleus, the T-DNA is covalently integrated into the plant genome in one to several copies (206, 222, 333). The integra-

tion sites are randomly distributed throughout the plant genome (54, 347). Multiple insertions as well as aberrant integration patterns may occur (79, 256), including tandemization in direct (384) and inverted repeats (173, 175), rearrangements and truncation of T-DNA (251, 354) and of plant target DNA sequences (125). After its integration, T-DNA adopts eukaryotic features of chromatin organization in terms of nucleosomal organization and DNAse 1-(hyper) sensitivity (56, 279, 372).

Transcript mapping and insertion and deletion analysis have revealed a set of seven to thirteen T-DNA genes, depending on the type of Ti plasmid. These genes are transcribed within the transformed plant cell by RNA polymerase II and result in the tumorous phenotype (28, 122, 179, 187, 375, 376, 378, 379). Genes 1, 2 and 4 code for enzymes involved in auxin and cytokinin formation (2, 19, 42, 287, 334); their cooperative transcription leads to high phytohormone levels within transformed cells which in turn results in high mitotic activity and tumor formation. Another set of genes codes for the synthesis of so-called opines, the most common being octopine and nopaline (29, 80, 87). Opines are unusual amino acids or sugars that can be catabolized by enzymes coded by genes located on Ti plasmids (33). They are secreted from crown gall cells (222) and provide a nutritional source for the inciting bacteria (328).

## PLANT GENE VECTORS DERIVED FROM THE TI PLASMID

By taking advantage of the *Agrobacterium*/Ti plasmid system, it was possible as early as 1980, to transfer foreign DNA sequences to plant cells either by transposon mutagenesis (148) or by site-specific insertion of genes into the T-DNA, followed by recombination with a wild-type Ti plasmid (205, 215). However, these early attempts that relied on a double crossover event were time-consuming and cumbersome and resulted in low transformation frequencies. More efficient vector systems were subsequently developed to facilitate bacterial genetic manipulations and to allow selection and regeneration of transformants.

Among the first such improvements were cointegrate vectors, which rely on a single crossover in *Agrobacterium* between homologous regions on the T-DNA of the Ti plasmid and an *E. coli* plasmid carrying a replication origin nonfunctional in *Agrobacterium*, a bacterial selection marker and a cloned foreign gene (61, 109). *Agrobacteria* expressing the antibiotic resistance marker were selected and shown to carry the foreign plasmid cointegrated into the T-DNA. However, infection of plant cells with *Agrobacteria* carrying these kinds of vectors still resulted in tumorous growth of transformed tissue. The activity of the phytohormone-producing T-DNA genes 1, 2, and 4

usually render crown gall cells unable to regenerate whole plants. It was only when these genes were inactivated either by insertion/deletion (21, 81, 220, 244) or by DNA methylation (6), that plant regeneration from tumor calli occurred, leading to flowering plants and meiotic propagation of T-DNA to the progeny. As only the borders of T-DNA are required in cis for its transfer, it was a logical step to create disarmed vectors by deleting the internal oncogenic regions. Other sequences could be inserted in their place within T-DNA borders (e.g. the sequence of pBR322, that allows cointegration of most plasmids used for cloning of genes in E.coli by a single recombination step: 47, 385, 386). Plant cells transformed with these modified plasmids (e.g. pGV3850) could indeed be regenerated into whole plants (385).

A serious problem still to be solved was the selection of transformants. Plant cells transformed by a wild-type Ti plasmid or by cointegrate vectors carrying full length T-DNA could simply be selected for by their T-DNA-encoded ability to grow on media lacking phytohormones. This was, of course, not true for plant cells transformed by a disarmed vector. Antibiotic resistance genes encoded by bacterial transposons, which are not expressed by the transcriptional machinery of the plant (21, 189), have been subsequently used. The expression problem was overcome by the construction of chimeric genes that combine a promoter known to be functional in plants (e.g. the octopine or nopaline synthase promoter), the coding region of a bacterial antibiotic resistance marker (e.g. the neomycin phosphotransferase II gene conferring kanamycin resistance), and a T-DNA-derived polyadenylation signal. The Ti-plasmid-mediated integration and expression of these chimeric genes in plant cells allowed selection of transformants on media containing the appropriate antibiotic (30, 109, 150, 151). By inserting such selectable marker genes into disarmed vectors, successful transformation of plant cells followed by regeneration of whole plants expressing a foreign marker gene was achieved (74, 160).

Various selectable markers have been studied in transgenic plants since these initial experiments (Table 1). Among these, the Tn5-derived nptII gene is still the marker of choice for transforming most plant species. Its expression provides a high level of kanamycin resistance compared to nontransformed plants, and a sensitive assay for nptII activity is available (269). However, the development of alternative markers was important for at least two reasons: First, there is no single drug resistance gene that will function uniformly in all plant species, and second, additional markers are needed for multiple transformations of individual plants. Increasing attention focuses on the hygromycin phosphotransferase (hpt) gene from E. coli (350, 364), as it can be successfully used for the transformation of plant species that are not efficiently selectable with kanamycin (e.g. Arabidopsis thaliana, 210). Other genes expected to represent powerful selectable markers are the phosphinothricin

acetyltransferase gene (336), conferring resistance to the herbicides bialaphos and phosphinothricin (76), and a mutated mouse dihydrofolate reductase gene, conferring resistance to methotrexate (96).

Another category of marker genes is referred to as reporter genes (Table 1). Their expression in transgenic plants is scorable by sensitive assays, which facilitate assaying of foreign gene expression such as the role of cis-acting sequences in the regulation of gene activity. Most commonly used are the T-DNA-encoded octopine synthase (ocs) and nopaline synthase (nos) genes, the Tn7-encoded cat and the Tn5-encoded nptII gene (128, 243, 269). More recently, two new systems have been developed. First, luciferase enzymes were expressed in transgenic plants under the control of plant-specific promoters that resulted in light emission if supplied with their substrate. A sensitive assay for luciferase activity is available (91). The luciferase coding sequences were derived either from the luxA and luxB cistrons of the bacterium Vibrio harveyi (91) or from the firefly Photinus pyralis (246, 247, 271). The second reporter enzyme is the bacterial glucuronidase (119, 169, 169a).

The availability of scorable and selectable marker genes provided the basis for routine plant transformation using disarmed Ti plasmid vectors and opened the way to further refinements. The Monsanto group developed a so-called split-end-vector (SEV) system that carried the T-DNA border sequences on separate plasmids (111). Only the left TL-DNA border including about 3 kb of TL-DNA is present on the avirulent plasmid pTi B6S3SE. It is complemented by another plasmid (pMON200), which provides a right T-DNA border including the nos gene, a polylinker carrying several unique restriction sites for the insertion of foreign DNA, a plant selectable marker gene (nptII/nptII), a bacterial selectable marker and a region of homology to the TL-DNA of pTi B6S3SE. Both plasmids may recombine across the TL-DNA region. As pMON200 alone cannot replicate in Agrobacterium, cointegrates carrying a functional, engineered T-DNA can be selected for by the bacterial resistance marker.

Although some other useful cointegrate disarmed vectors have been developed (e.g. 73, 216), most of the work used a different strategy, binary vectors, in which vir and T-DNA regions are on separate plasmids (155). Schilperoort and his co-workers showed that the Ti-plasmid-encoded vir functions could be located on a different plasmid or even on the bacterial chromosome for T-DNA transfer (155, 156). Similar results were obtained by De Framond et al (78), when they were able to complement a pTiT37 nopaline-type T-DNA located on the wide host range replicon RK-2 (a construct called "Mini-Ti") by the avirulent (T-DNA-deficient) Ti plasmid pAL4404. The observations of both groups stimulated the development of efficient binary vector systems consisting of a pair of plasmids, both of which are replicative in Agrobacterium.

426

Table 1 Selectable marker and reporter genes in plant genetic transformation

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against | References |
|---|---|---|---|---|---|---|
| | | | Selectable marker | Scorable reporter | | |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418 | e.g. 30, 74, 150 |
| Neomycin phosphotransferase gene I (nptI) | Tn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418 | 109, 257 |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol | e.g. 74, 151 |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate | 36, 74, 150 |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate | 96 |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcystein | e.g. 68, 81, 157, 195 |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | − | ++ | — | e.g. 171, 295, 385 |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | − | hygromycin B | 210, 350, 364 |
| Bleomycin resistance gene | Tn5 | ? | + | − | bleomycin | 154 |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) control plants are not killed by streptomycin | streptomycin | 173 |
| aroA gene | Salmonella typhimurium | EPSP synthase | ++ | − | glyphosate | 62, 102 |
| bar gene | Streptomyces hygroscopicus | phosphinothricin acetyltransferase | ++ | − | phosphinothricin bialaphos | 76, 336 |
| β-galactosidase gene | E. coli | β-galactosidase | − | + | — | 146 |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | − | ++ | — | 119, 169 |
| Bacterial luciferase gene | Vibrio harveyi | luciferase | − | ++ | — | 191 |
| Firefly luciferase gene | Photinus pyralis | luciferase | − | ++ | — | 246, 247, 271 |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes
Abbreviations:
Tn — transposon
DHFR — dihydrofolate reductase
EPSP synthase — 5-enolpyruvylshikimate-3-phosphate synthase

427

MGA0047980

428   WEISING, SCHELL & KAHL

- a (non)modified Ti plasmid providing the *vir*-functions in *trans*, and
- a broad host range plasmid carrying a gene construct of interest together with a plant-selectable marker gene within T-DNA-borders, mobilization, and replication functions (mostly based on RK-2), a bacterial selection marker and other useful sequences. All these elements may be combined in a plant-gene vector cassette (190), which can be maintained, replicated, and mobilized back and forth between *E. coli* and *Agrobacterium tumefaciens*.

A series of useful binary vector systems, in some cases representing ingenious modifications of the general scheme described above have been published (9, 11, 27, 78, 102, 157, 162, 183, 190-193, 216, 302, 306, 351, 359). Modifications include vector constructions that allow the coordinate transcription of two genes of choice under the control of a dual, T-DNA-derived promoter element (358, 359). Other vectors are specifically designed for the transfer of genomic libraries to plants (265, 302) or carry elements that facilitate the rescue of transferred DNA from plants to phage or bacterial plasmids by either the inclusion of a λ-*cos* site or a plasmid replicon plus bacterial selectable marker within the T-DNA borders (11, 183, 190). Still other constructs possess a cloning site upstream of a promoterless selectable marker gene. Vectors of this kind can either be used for the analysis of promoters inserted in vitro (9, 12) or for identifying endogenous plant promoters that allow marker gene expression after integration of the vector into the plant genome and thereby provide antibiotic resistance to the transgenic plant (14, 327).

A more recent vector construction combined Tn5-mediated gene mutation in bacteria with the Ti-plasmid-mediated transfer of these genes into plants (192, 193). A plant gene vector cassette (190) was inserted into Tn5 without disturbing the transposase activity. This construct was integrated into the *E. coli* chromosome and used for random transpositional mutation of foreign genes carried by target plasmids within the same bacterium. Mutagenized plasmids were mapped, mobilized to *Agrobacterium*, and subsequently transferred via T-DNA to plant cells. According to the orientation of right and left T-DNA borders, the mutagenized foreign genes are included in transfer, which means that any DNA sequence carried by any *E. coli* plasmid can be randomly mutagenized and transferred to the plant genome for further analysis (192, 193.)

In conclusion, many different Ti plasmid-derived vector systems as well as selectable and scorable marker genes are now available and provide a variety of tools for the genetic engineering of plants that are susceptible to transformation by *Agrobacterium*.

FOREIGN GENES IN PLANTS   429

## PLANT TRANSFORMATION TECHNIQUES

*Agrobacterium*-mediated gene transfer is the method of choice for most plant species. However, problems arising from the limited host range of *Agrobacterium* have led to the development of several alternative strategies. These include the employment of viral vectors, either alone or in combination with T-DNA ("agroinfection"), as well as several methods of direct gene transfer to plant cells.

### Plant Transformation by *Agrobacterium tumefaciens* and *Agrobacterium rhizogenes*

As wounding is required for crown gall tumorigenesis in nature (178), most initial experiments on plant cell transformation have been performed by inoculation of wounded plant tissue with *Agrobacteria* harboring (non)modified Ti plasmids. For reasons of sterility, in vitro explants were usually infected instead of intact plants. The inciting bacteria were eliminated with cefotaxime or carbenicillin. Transformants were selected for phytohormone autotrophy and cloned if necessary.

With the development of disarmed vectors and new selection markers, cocultivation of *Agrobacteria* with either plant protoplasts or tissue explants proved more efficient in terms of high numbers of individual transformants and selectability for antibiotic resistance. Cocultivation of cell-wall-regenerating protoplasts with wild-type *Agrobacteria* or bacterial spheroplasts had been shown to result in tumor formation (144, 214, 381) and was successfully applied to the transformation of plant cells with *Agrobacteria* harboring chimeric selectable marker constructs cointegrated into the T-DNA of their Ti plasmid (109, 140, 150). This method was further refined by the incorporation of a feeder plate culture system (110). However, it relied on plant species that allowed easy regeneration of plants from protoplasts (e.g. tobacco or petunia). By cocultivating *Agrobacteria* with leaf discs instead of protoplasts, this host range limitation could be partially overcome (161, 210, 218, 273). Sterile leaf discs were inoculated with *Agrobacteria* carrying an antibiotic resistance marker on a disarmed vector. The leaf explants were cultured for two days on nurse culture plates containing a medium that favored shoot formation. Subsequently, they were transferred to the same medium containing carbenicillin to kill the bacteria and kanamycin to select for transformants. Surviving shoots could be rooted and transferred to soil after a few weeks.

As this so-called "leaf-disc transformation procedure" represented an ideal combination of high transformation frequency with the easy and fast selection and regeneration of transformants, it was soon adopted and modified by many

laboratories (e.g. acetosyringone treatment of bacteria, which was shown to enhance transformation frequency for leaf discs of *Arabidopsis*; 296). Cocultivation of *Agrobacteria* with stem segments (1), suspension-cultured cells (8, 288), microcalli (258) and germinating seeds (101) proved to be similarly successful. A more recent approach is the cocultivation of *Agrobacteria* with epidermal segments derived from flowering branches (341). With this technique, it was possible to obtain transgenic shoots of *Nicotiana plumbaginifolia* that set flowers and seeds within six and eight weeks, respectively, after inoculation. This two- to three-fold reduction of time required to complete the life cycle of transgenic tobacco greatly facilitates studies on developmental-specific gene regulation in reproductive organs, as well as the clonal analysis of progeny.

Although the majority of *Agrobacterium*-mediated gene transfer experiments have been performed with *A. tumefaciens*, some work has also been done with its close relative, *A. rhizogenes* (62, 143, 170, 219, 292, 306, 323–325, 361). Both species transform plant cells in a similar way in terms of T-DNA transfer and the production of opines in the target tissue (52, 329, 377). However, infection by *Agrobacterium rhizogenes* results in so-called hairy roots, and the T-DNA responsible for transformation is located on an Ri (root-inducing) plasmid. For some species, hairy roots are able to regenerate plants containing T-DNA that exhibit an aberrant phenotype: wrinkled leaves and a reduced apical dominance (71, 137, 176, 329). Normal-looking plants carrying only vector DNA were obtained by the use of binary vectors in combination with the Ri plasmid (219, 292, 325, 361). Taken together, *Agrobacterium rhizogenes* has proved to be as efficient a tool for plant genetic engineering as its relative *A. tumefaciens* (330) and might be of particular importance in view of host range extension.

## Viral Vectors

Plant DNA viruses have received attention as possible vectors for the introduction of foreign genes into plants (37, 43, 136, 165). In 1984, propagation and expression of a bacterial selectable marker gene transferred to plants by cauliflower mosaic virus (CaMV) were first demonstrated (36). The authors replaced the open reading frame (ORF) II, which together with ORF VII is dispensable for viral activity (166), with the dihydrofolate reductase gene from plasmid R67. Expression of the gene in CaMV-infected turnip plants conferred methotrexate resistance.

More recently, the transforming capacities of Ti-plasmid-derived and viral vectors have been combined to create a technique called "agroinfection" (133). Viral DNA or cDNA copies of viral RNA were introduced into plants via disarmed Ti plasmids and resulted in systemic viral infections of transgenic plants. Most probably the mechanism of infection was transcription of the

insert, followed by reverse transcription of the resulting RNA (134). The introduction of maize streak virus (MSV) into maize (135) and of the separate A and B components from tomato golden mosaic virus (TGMV) into petunia (274, 326) have been reported from this technique. Viroids have also been subjected to agroinfection. Gardner and coworkers (120, 121) inserted a trimeric potato spindle tuber virus (PSTV) cDNA between T-DNA borders of a binary vector and transferred the construct to tomato plants via *Agrobacterium*. *Vir* genes (except *virE*) and at least one T-DNA border near the viroid cDNA proved sufficient for successful agroinfection resulting in symptoms of viroid infection (120).

RNA viruses that replicate only through RNA intermediates may also be used as vectors for plant genetic engineering. Barley protoplasts were infected with in vitro transcripts originating from cloned brome mosaic virus cDNA. Replacement of the viral coat protein gene with a *cat* reporter gene resulted in considerable *cat* gene expression in transformed protoplasts (113).

Viral vectors provide some advantages for the introduction of foreign genes into plants, including the ease of infection, a host range different from *Agrobacterium*, and high copy numbers/expression rate of inserted genes under control of appropriate promoters. However, some limitations exist as well:

- The maximum size of passenger DNA insertable without affecting viral infectivity may be limited; CaMV cannot carry more than 0.8 kb.
- Viral infections usually result in specific disease symptoms or are lethal to the host plant.
- It has been suggested that high error frequency during viral RNA synthesis may lead to incorrect expression of the inserted gene (301, 357).
- Foreign DNA is not necessarily transferred to the offspring.

Several improvements, such as disarming, remain to be done before viral vectors can be routinely used for plant genetic engineering. However, valuable results have already been obtained with these kinds of vectors: the elucidation of basic mechanisms of viral infection and replication (274, 326), the demonstration of T-DNA transfer to monocots (135), and the introduction of genetically engineered cross-protection against viral infection (23, 211, 263, 342).

## Direct Gene Transfer

Attempts to introduce DNA directly into plants, mainly via pollen or protoplasts, have been made for nearly twenty years. Though numerous early experiments have produced interesting results (for review see 57), conclusive evidence for successful plant cell transformation as documented by Southern

432   WEISING, SCHELL & KAHL

blot analysis was first reported in 1982 (93, 196). Protoplasts were incubated with isolated Ti plasmid DNA either in the presence of PEG and poly-L-ornithine (70, 93) or by using a modified Ca-phosphate coprecipitation technique (196). Transformants were selected for phytohormone autotrophy and screened for opine synthase activity. Some hormone-independent, opine-positive calli were detected, but the observed transformation frequencies were very low ($10^{-5}$ to $10^{-7}$). Southern analysis showed that T-DNA borders were *not* used for the integration of Ti plasmid sequences (197) and is not surprising in view of the mechanisms of T-DNA transfer from *Agrobacterium* to plants (314).

The efficiency of direct gene transfer into plant protoplasts has been successfully improved during recent years, and transformation frequencies have steadily increased due to the following:

- the development of small, T-DNA-independent plasmid vectors carrying selectable marker gene constructs and allowing selection and regeneration of transformants (17, 141, 212, 248, 257),
- the optimization of parameters such as concentration and molecular form of vector and carrier DNA, quality and handling of protoplasts, pH of the transformation mixture and finally concentrations and combinations of chemical agents (PEG, poly-L-ornithine, polyvinyl alcohol) and bivalent cations (14, 177, 235, 248, 249, 261, 365),
- the treatment of protoplasts with high temperatures (186, 261),
- the treatment of protoplasts with a high-voltage electric pulse during transfer in a process termed "electroporation" (53, 114, 115, 145, 202, 231, 241, 242, 245, 270, 283, 298),
- the transformation of synchronized protoplasts during M-phase (224, 241, 242).

The use of direct gene transfer for plant cell transformation has advantages as well as limitations when compared to *Agrobacterium*-mediated transfer. One of the most important aspects is the circumvention of host range limitations. A variety of graminaceous monocots such as maize, rice, wheat, or sugarcane, which are not subject to infection by *Agrobacterium* (but see 135), have been transiently (114, 145, 177, 245, 373) or even stably transformed (50, 115, 212, 259, 344) by direct gene transfer methods (Table 2). Possibly, these experiments open the way to the engineering of cereals, the world's most important crop plant family. However, the major drawback of the technique is that direct gene transfer usually depends on a culture system that allows regeneration of mature plants from totipotent protoplasts, which is not readily available for every desired plant species. This holds true especially for the cereals, although the regeneration of corn (269a) and rice plants from

FOREIGN GENES IN PLANTS   433

protoplasts has been reported (1, 64, 117, 382). The problem may be overcome either by further improvement of plant tissue culture methods for important crop species or by applying direct gene transfer to plant cells or even whole tissues rather than protoplasts. Recent work indicates that this is indeed possible: Imbibition of dry wheat embryos with a vector plasmid carrying a kanamycin resistance marker gene (*npII*) led to the transient expression of this gene in embryos during germination (340). Whether stable transformation can be achieved by this technique remains to be tested. Another approach was reported by De la Peña et al (82). The authors injected a plasmid encoding kanamycin resistance into the developing floral tillers of rye plants prior to meiosis and demonstrated that some of the progeny had acquired antibiotic resistance. Although the transformation frequencies were low (2 transformants out of 3000 seedlings obtained from 100 injected and cross-pollinated plants), the procedure is relatively simple and thus readily applicable to other important crop plants.

A new technique of DNA delivery has been developed for transforming intact cells, tissues or even embryos by the bombardment of cells with small (1.2 μm diameter), plasmid-coated tungsten particles under slight vacuum. Using chimeric plasmids carrying appropriate reporter genes, successful transformation of suspension-cultured cells of *Zea mays* (185b,c) and of epidermal tissue of *Allium cepa* (185a) was demonstrated by use of the microprojectile technique. Gene delivery by microprojectiles will probably be an efficient method for stable transformation of monocot species.

A major problem with direct gene transfer is the unpredictable pattern of foreign DNA integration. Truncation, rearrangement, and concatemerization of vector DNA prior to or during integration into the plant genome are frequently observed and occur at much higher rates than with *Agrobacterium*-mediated transfer (e.g. 66, 141, 270). In some cases, very complex integration patterns and even the cointegration of calf thymus carrier DNA were observed (174, 197, 250). Obviously, considerable amounts of DNA are able to pass into the nucleus and become integrated into the plant genome at random sites. During their passage, vector as well as carrier DNA are probably subject to nucleolytic cleavage resulting in truncation and to recombinational events resulting in tandemization, rearrangements and physical linkage of separately cotransformed genes (66, 67, 283, 380). As, only transformants carrying at least one intact marker gene are able to grow on selective medium, the loss of "silent" transformation may be responsible for the lower apparent transformation rates as compared to *Agrobacterium*-mediated transfer.

With respect to somatic and meiotic stability, foreign sequences introduced into the plant genome via direct gene transfer behave like sequences transferred via Ti plasmid-derived vectors. By examining the phenotypes provided by selectable and scorable marker genes, stable Mendelian inheritance and

segregation of one or more dominant traits was usually observed (260, 345). Southern analysis of integrated vector DNA in transformants provided further evidence for its stability during vegetative proliferation, sexual transmission, and under various selection conditions (66, 67).

In summary, despite some disadvantages, the technique of direct gene transfer to protoplasts represents an important alternative to the methods applying *Agrobacterium*-mediated transfer. In addition to its potential for transforming monocot plants, it provides other experimental opportunities such as rapid gene and/or promoter analysis by transient expression assays (177, 245, 373). Future work will show whether transformation of protoplasts can be successfully complemented by transformation of somatic and embryogenic tissues as well as of micro- and macrospores.

### Protoplast Fusion, Microinjection and Liposome-Encapsidation of DNA

PEG-mediated protoplast fusion is the method of choice for the generation of interspecific plant hybrids (reviewed in 264). Whereas earlier experiments suffered from the lack of efficient selection systems, the situation was greatly improved by the introduction of the nitrate reductase deficiency marker (142) in combination with either a streptomycin (254) or a kanamycin resistance marker (40). Protoplasts carrying these markers provide universal somatic hybridizers and may be efficiently fused with any wild-type protoplast. Wild-type T-DNA and other DNA sequences can be transferred from one species of *Nicotiana* to another by means of protoplast fusion (229). These results open the way to monitoring the exchange of desirable genes between different plant species by their cotransfer with selectable marker genes derived from the vector, and these are likely to increase the importance of protoplast fusion for genetic transformation of plants.

Microinjection is one of the most precise techniques for delivery of macromolecules into specific intracellular compartments and has been successfully applied to animal cells (363). Early attempts at plant cell microinjection were either hampered by the rigid cell wall or by the fragility of protoplasts. For these reasons, methods were developed to immobilize protoplasts prior to injection either by embedding in agar or low melting agarose (4, 132, 203), by poly-lysine-mediated attachment to glass plates (267, 268, 320), or by means of slight suction from a holding pipette (65, 226). Using these methods, successful transformation of the unicellular green alga *Acetabularia* with SV40 DNA or with a plant selectable marker gene (237), of alfalfa protoplasts with a wild-type Ti plasmid (pTi C58: 268), and of tobacco protoplasts with a plasmid carrying a kanamycin resistance marker (65) was finally achieved, as proved by Southern blot analysis. Compared to PEG-

mediated direct gene transfer, transformation frequencies were considerably higher (6-26%). T-DNA borders were not used, and integration sites were randomly distributed. Rearrangements were not reported. However, only portions of the plasmid (<8kb) had been integrated (65), possibly a consequence of DNA breakage during its passage through the submicron injection pipette (321). Intranuclear microinjection offers the great advantage that individual protoplasts may be transformed at high frequencies. Selection systems are therefore not required. Furthermore, the fact that, in addition to naked DNA, a variety of genetic elements such as plastids, mitochondria and chromosomes may be injected makes microinjection a valuable and versatile technique for the transformation of plants.

Delivery of DNA and other macromolecules to plant protoplasts by different types of liposomes has been the subject of many early experiments (see 108, 319 for review). However, the integration of foreign DNA into the plant genome following liposome-mediated transformation has only recently been demonstrated (46, 90). The transformation frequencies obtained were quite low ($4 \times 10^{-5}$), and tandemerization of the inserted DNA, but no rearrangements were observed. Liposome-mediated transfer methods possess two advantages over direct DNA transfer: the encapsidation into a membrane provides some protection against nucleases, and no carrier DNA is needed (197). On the other hand, a brief sonication, which is necessary for the inclusion of DNA into reverse phase liposomes, may result in considerable breakage. Moreover, as is also the case with microinjection and direct gene transfer, this technique requires totipotent protoplasts.

### TRANSFERRED GENES IN TRANSGENIC PLANTS: THEIR STRUCTURE AND INHERITANCE

Foreign DNA transferred to plant cells by one of the techniques described above is usually integrated into the nuclear plant genome and inherited in a Mendelian manner (74, 160, 244, 260, see Table 2). The integration sites appear to be randomly distributed throughout the genome (7, 367). Although recently demonstrated in mammalian systems (213, 307, 331, 332), targeted integration based on homologous recombination processes has not yet been achieved in plants. In most cases, foreign DNA sequences are integrated at a single locus, either as one copy or as a cluster of tandem copies (227). Such loci usually behaved as a single, dominant Mendelian trait (e.g. 35 out of 44 individual transformants of tobacco; 44). However, multiple insertions into two or more different sites on different chromosomes were also observed (7, 74, 101, 210, 218, 250, 310, 367). Cotransformation can result in distinct genes subsequently segregating in the F1 generation (67, 79, 88, 143, 219, 283, 306). Integrated foreign genes are usually transmitted to progeny with a

436   WEISING, SCHELL & KAHL

Table 2  Higher plant species transformed by various gene transfer techniques

| Transformed species | Transferred construct | Transfer technique | Plant regeneration | Expression of transferred genes | Mendelian inheritance | References |
|---|---|---|---|---|---|---|
| **Dicotyledons** | | | | | | |
| *Nicotiana tabacum* | 5'nos/npt II/3'ocs | DGT | + | + | + | 141 |
|  | 5'nos/npt II | Ti | + | + | + | 74 |
|  | 5'nos/mtx'DHFR | | | | | |
|  | 5'nos/cat | | | | | |
|  | 5'nos/npt II | Ti | + | + | + | 161 |
|  | 5'CaMV VI/npt II | DGT | + | + | + | 248, 260 |
|  | 5'nos/npt II | Liposomes | + | + | + | 46, 90 |
|  | npt II within T-DNA borders | Microinjection | − | n.d. | − | 65 |
|  | 5'nos/npt II | Electroporation | + | + | + | 270 |
|  | 5'nos/npt II | Ti versus DGT | + | + | + | 66, 67 |
| *Nicotiana plumbaginifolia* | 5'nos/npt II | Ti | + | + | + | 160 |
|  | 5'rbcS/cat | Ti | + | + | n.d. | 262 |
|  | 5'CaMV 35S/npt II | DGT | + | + | n.d. | 235 |
| *Lycopersicum esculentum* | 5'nos/npt II | Ti | + | + | + | 161 |
|  | potato tuber spindle virus within T-DNA borders | Agroinfection | − | + | − | 120, 121 |
|  | 5'nos/npt II | Ti | + | + | + | 218 |
|  | 5'rbcS/npt II | | | | | |
|  | 5'nos/npt II | Ri | hairy roots | + | − | 306 |
|  | 5'nos/npt II | Ti | + | + | + | 55, 219 |
|  | 5'nos/npt II | Ri | + | + | + | 325 |
|  | 5'mas/EPSP | Ti | + | + | + | 102 |
|  | 5'nos/npt II | DGT | + | + | n.d. | 174 |
| *Solanum tuberosum* | 5'nos/npt II | Ti | + | + | n.d. | 13 |
|  | ST-LS.1 gene; exon-tagged | Ti | + | + | + | 95, 322 |
|  | 5'patatin/cat/3'nos | Ti | + | + | n.d. | 343 |
| *Petunia hybrida* | Ti-plasmid | DGT | − | + | − | 70, 93 |
|  | 5'nos/npt II | Ti | + | + | + | 161 |
| *Arabidopsis thaliana* | 5'nos/npt II | Ti | + | + | n.d. | 13 |
|  | 5' CaMV 19S/hpt 3'nos | Ti | + | + | + | 210 |
|  | 5'nos/npt II | Ti | + | + | + | 296 |
|  | 5'TR-DNA 1'/npt II | Ti | + | + | + | 101 |
| *Brassica napus* | 5'nos/npt II | Ti | + | + | + | 116 |
|  | | | + | + | | 266 |
| *Brassica rapa* | R67 DHFR within CaMV genome | viral infection | − | + | − | 36 |
|  | CaMV within T-DNA borders | Agroinfection | − | + | − | 133, 134 |
| *Medicago sativa* | 5'nos/npt II | Ri | hairy roots | + | − | 306 |
|  | Ti plasmid | Microinjection | − | + | − | 268 |
| *Medicago varia* | 5'nos/npt II | Ti | + | + | n.d. | 72 |
| *Trifolium repens* | 5'nos/npt II | Ti | + | + | n.d. | 374 |
| *Glycine max* | 5'soybean rbcS/npt II/3'ocs | Ti | − | + | − | 100 |
|  | 5'nos/npt II | Ri | hairy roots | + | − | 306 |
|  | 5'nos/npt II/3'nos | Electroporation | roots | + | − | 53 |
|  | 5'nos/npt II | Ti | − | + | − | 18 |
|  | 5'CaMV 35S/cat | Electroporation | − | transient | − | 145 |
| *Vigna aconitifolia* | 5'nos/npt II | Electroporation | + | + | n.d. | 186 |

FOREIGN GENES IN PLANTS   437

MGA0047985

438  WEISING, SCHELL & KAHL

Table 2 (continued)

| Transformed species | Transferred construct | Transfer technique | Plant regeneration | Expression of transferred genes | Mendelian inheritance | References |
|---|---|---|---|---|---|---|
| *Lotus corniculatus* | 5'lbc3/cat/3'lbc3 | Ri | + | + | n.d. | 170, 323, 324 |
| *Daucus carota* | 5'nos/cat | Electroporation | – | transient | – | 114 |
|  | 5'CaMV 35S/cat |  |  |  |  |  |
|  | 5'CaMV 35S/firefly luciferase/3'nos | Electroporation | – | transient | – | 246, 247 |
|  | 5'CaMV 35S/cat | Electroporation | – | transient | – | 145 |
|  | 5'nos/nptII | Ti | + | + | n.d. | 288 |
| *Linum usitatissimum* | 5'nos/nptII | Ti | + | + | n.d. | 22 |
| *Gossypium hirsutum* | 5'nos/cat | Ti | + | + | n.d. | 346 |
|  | 5'nos/nptII | Ti | + | + | n.d. |  |
| *Kalanchoe daigremontianum* | 5'soybean rbcS/nos | Ti | – | + | – | 295 |
| *Helianthus annuus* | bean phaseolin gene | Ti | – | + | – | 230 |
|  | soybean heat shock genes | Ti | – | + | – | 139, 284 |
|  | 5'nos/human growth hormone gene/3'nos | Ti | – | (+) | – | 20 |
|  | maize zein gene | Ti | – | (+) | – | 126, 217 |
| *Populus alba × grandidentata* | 5'mas/EPSP | Ti | + | + | n.d. | 103 |
|  | 5'mas/nptII |  |  |  |  |  |
| *Pseudotsuga menziesii* | 5'ocs/nptII | Ti | – | + | – | 69 |
|  | 5'CaMV 35S/nptII |  |  |  |  |  |
| Monocotyledons |  |  |  |  |  |  |
| *Lolium multiflorum* | 5'CaMV VI/nptII | DGT | – | + | – | 259 |
| *Triticum monococcum* | 5'nos/nptII/3'ocs | DGT | – | + | – | 212 |
|  | 5'maize sucrose synthase gene/nptII/3'ocs | DGT | – | transient | – | 373 |
|  | 5'CaMV 35S/cat | Electroporation | – | transient | – | 245 |
|  | 5' Drosophila copia LTR/cat |  |  |  |  |  |
|  | 5'CaMV 35S/nptII | DGT to dry embryos | – | transient | – | 340 |
|  | 5'CaMV 35S/cat | Electroporation | – | transient | – | 145 |
| *Secale cereale* | 5'nos/nptII | floral tiller injection | + | + | n.d. | 82 |
|  | e.g. 5'CaMV 35S/nptII | DGT | – | transient | – | 177 |
| *Hordeum vulgare* | e.g. 5'CaMV 35S/nptII | DGT | – | transient | – | 177 |
| *Oryza sativa* | e.g. 5'CaMV 35S/nptII | DGT | – | transient | – | 177 |
|  | 5'nos/nptII | DGT | – | + | – | 344 |
|  | 5'CaMV 35S/cat | Electroporation | – | transient | – | 245 |
|  | 5' Drosophila copia LTR/cat |  |  |  |  |  |
| *Saccharum officinarum* | 5'nos/nptII | DGT | – | + | – | 50 |
| *Sorghum bicolor* | 5' CaMV 35S/cat | Electroporation | – | transient | – | 145 |
|  | 5' CaMV 35S/cat | Electroporation | – | transient | – | 245 |
|  | 5' Drosophila copia LTR/cat |  |  |  |  |  |
| *Pennisetum* (several species) | 5' CaMV 35S/cat | Electroporation | – | transient | – | 145 |
| *Panicum maximum* | 5' CaMV 35S/cat | Electroporation | – | transient | – | 145 |
| *Zea mays* | total genomic DNA | application of pollen/DNA mixture to silks | + | genetic evidence only | unstable | 240 |

FOREIGN GENES IN PLANTS  439

MGA0047986

Table 2 (continued)

| Transformed species | Transferred construct | Transfer technique | Plant regeneration | Expression of transferred genes | Mendelian inheritance | References |
|---|---|---|---|---|---|---|
| | e.g. 5' CaMV 35S/ nptII | DGT | − | transient | − | 177 |
| | 5' nos/cat | Electroporation | − | transient | − | 114 |
| | 5' CaMV 35S/cat | | | | | |
| | 5' CaMV 35S/nptII/ 3' nos | Electroporation | − | + | − | 115 |
| | (5' ocs)/5' maize Adh1/cat/3' nos | Electroporation | − | transient | − | 98, 164, 366 |
| | Maize streak virus within T-DNA borders | Agroinfection | − | + | − | 135 |

Abbreviations:
- nos — nopaline synthase gene
- nptII — neomycin phosphotransferase II gene
- ocs — octopine synthase gene
- mtx[r] — methotrexate resistant
- DHFR — dihydrofolate reductase gene
- cat — chloramphenicol acetyltransferase gene
- CaMV VI,35S,19S — cauliflower mosaic virus, gene VI, 35S and 19S promoter, respectively
- rbcS — ribulose-1,5-bisphosphate carboxylase small subunit gene
- mas — mannopine synthase gene
- EPSP — 5-enolpyruvylshikimate-3-phosphate synthase gene
- ST-LS 1 — Solanum tuberosum leaf/stem specific gene
- hpt — hygromycin phosphotransferase gene
- TR-DNA 1' — TR-DNA gene 1'
- lbc3 — member of the leghemoglobin gene family
- copia LTR — long terminal repeat of copia transposable element
- Adh1 — alcohol dehydrogenase gene 1
- n.d. — not determined
- Ti — transfer mediated by Ti-plasmid-derived vectors in *Agrobacterium tumefaciens*
- Ri — transfer mediated by Ri- and/or Ti-plasmid-derived vectors in *Agrobacterium rhizogenes*
- DGT — transfer mediated by direct gene transfer

high degree of meiotic stability (228). However, the occasional loss of the transformed phenotype during meiotic propagation has also been reported (44, 218, 260), possibly due to deletion or inactivation of the foreign gene (e.g. by DNA methylation). One case of integration of foreign DNA into non-nuclear genomes (into chloroplast DNA; 75) has been reported: it leads to a maternal, non-Mendelian pattern of inheritance. Southern analysis of transformants and their progeny shows that foreign gene copies are often truncated, tandemerized, or rearranged (66, 197). The occurrence of tandem arrays, often between 5 and 20 copies, is probably a consequence of recombinational events prior to integration (67, 380). Similar mechanisms were found in viral and animal transfection systems (107, 278). The formation of inverted repeats recently demonstrated to be the major type of rearrangement obtained with nopaline-T-DNA-derived vectors (175) was also attributed to replication and/or ligation processes occurring prior to integration. Plant target DNA sequences may also be rearranged in the course of vector DNA integration (125).

In summary, donor as well as target DNA sequences may be subject to various modifications likely to occur during the integration process. Once integrated, however, the arrangement of foreign sequences is usually maintained during meiosis (66, 67). Thus, cross-pollination of carefully selected individual transformants exhibiting the desired genotypes and phenotypes will most likely result in progeny with predictable properties.

## EXPRESSION OF TRANSFERRED GENES IN TRANSGENIC PLANTS

Studying the expression of a foreign gene in the alien environment of a host plant has two goals: to achieve regulated and/or maximal foreign gene expression for plant breeding and crop improvement and to investigate basic mechanisms of gene regulation. By introducing modified or dissected genes into homologous or heterologous host genomes and studying their expression under various environmental and developmental conditions, considerable progress has been made in identifying and characterizing regulatory regions involved in transcriptional control.

### Expression Assays

A variety of techniques have been used for assaying foreign gene expression in transgenic plants, including Northern and RNA dot blot analysis, S1 protection experiments (26), Western blot analysis of translation products and the examination of phenotypic features (e.g. the level of antibiotic or herbicide resistance). Sensitive enzymatic assays that are available for the expression of reporter genes such as *cat* (128), *nptII* (269), GUS (169, 169a)

442  WEISING, SCHELL & KAHL

luciferase (91) octopine and nopaline synthase (243) have been particularly useful, since coding regions of reporter genes can be combined with putative control sequences of plant genes to create transcriptional or translational fusions. Foreign gene activity and thus promoter and/or enhancer functions are then easily monitored by either the enzymatic assay or by hybridizing plant RNA to probes complementary to the reporter gene.

Full-length plant genes that are transferred to a host already containing a similar gene can be distinguished by "exon tagging" (95), i.e. the insertion of a tagging sequence useful as a gene-specific probe into one of the exons of the transferred gene.

### Expression of Bacterial, Plant, and Animal Genes in Transgenic Plants

With the exception of T-DNA, bacterial genes are not transcribed after integration into the plant genome unless they are placed under control of suitable promoter elements (109, 151). Similar results were obtained with yeast and most animal genes (Table 3). Thus, a yeast alcohol dehydrogenase gene was not expressed in transgenic tobacco cells (21). Animal genes transferred into plant cells were either not transcribed at all (189, 293) or processed incorrectly (189). The combination of various promoters derived from animal or viral genes with the $npt$II coding region did not result in any $npt$II transcription in transgenic tobacco calli (9). In contrast, animal gene coding sequences placed under the control of a promoter functioning in plants were usually transcribed, but splicing and polyadenylation signals failed to be recognized (20, 167, 355). Obviously, accurate transcription and processing of animal genes in plant cells is difficult to achieve. In two cases, however, animal gene promoters did function properly in plants. First, the combination of a *Drosophila* heat shock promoter derived from $hsp70$ with the $npt$II coding region resulted in heat-inducible expression of the marker gene in transgenic tobacco (308, 309). This apparent exception of heat shock regulatory sequences is probably attributable to the unusually high conservation of heat shock regulatory sequences throughout evolution (253). Second, a promoter derived from the *Drosophila* copia long terminal repeat fused to the *cat* gene directed high levels of transient *cat* expression in electroporated protoplasts of rice, wheat, and sorghum (245). In most cases, however, transcription, termination, and processing signals appear to have diverged significantly between the plant and animal kingdom.

Plant genes, on the other hand, were usually found to be transcribed and spliced correctly if transferred to a homologous or heterologous host genome (38, 230, 275, 289). However, some barriers seem to exist between monocots and dicots. Whereas monocot 5' regulatory sequences involved in phytochrome control (233, 234) or in seed-specific expression of storage protein genes (60, 158) retained their function in transgenic dicots and some intron-

less monocot genes were accurately transcribed (126, 201, 217), a wheat *rbcS* promoter was nonfunctional in transgenic tobacco (182). If placed under the control of a CaMV 35S promoter, the wheat *rbcS* gene was transcribed, but introns were only inefficiently removed and multiple novel polyadenylation sites were used. Insufficient transcription (97) and abnormal processing (182) were also observed in case of the maize *Adh1* gene in transgenic tobacco. These results indicate that accurate expression of a monocot gene in a dicot plant may depend on the specific gene transferred and the plant species to be transformed.

The use of cDNA instead of genomic coding sequences can circumvent problems associated with incorrect processing. Under control of appropriate promoters, cDNA derived from plant as well as animal genes is transcribed and translated efficiently (phaseolin cDNA from bean, transgenic tobacco: 49; luciferase cDNA from firefly, transgenic tobacco and carrot: 246, 247; dihydrofolate reductase cDNA from mouse: transgenic petunia: 96).

To summarize, the expression of any desirable gene in plants, even if derived from another kingdom, should be possible in future by creating an appropriate construct of cDNA and functional control regions. Whether or not the resulting transcripts will be translated to yield stable proteins will probably depend on the particular gene under study.

### Expression Controlled by T-DNA or Viral Promoters

Among the promoters used to create functional chimeric genes, those controlling the T-DNA genes octopine and nopaline synthase (pocs and pncs) have been applied most frequently. The extent of their upstream control regions has been investigated in detail (12, 188, 294). Enhancer-like properties have been ascribed to the ocs-promoter (97, 98). In addition to pocs and pncs, other T-DNA derived promoters have been characterized and used to direct the expression of heterologous coding regions. These include the dual *1'-2'* promoter element from TR-DNA (358), TR-DNA gene 7ß0 (39), T-DNA gene 4 (85, 86), gene 5 (190), gene 7 (298) and mannopine synthase gene promoters (62, 89, 124). It was originally thought that chimeric genes driven by T-DNA-derived promoters would be expressed constitutively. This, however, is clearly not the case for several of these promoters, e.g. for the promoter of gene 5, whose function is organ-specific (190) and for the *1'-2'* dual promoter, which appears to be controlled by growth hormones (W. H. R. Langridge, personal communication).

High levels of foreign gene expression were obtained with various CaMV promoters, especially those controlling the 19S and 35S transcripts of this plant DNA virus (e.g. 181, 195, 239, 248). The CaMV 35S promoter (p35S) was shown to direct *npt*II gene expression at 30-to 100-fold higher levels than the *nos* promoter combined with the same reporter gene in a comparative

Table 3 Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| **Animals** | | | | |
| Drosophila heat shock gene hsp 70 | 5' hsp70/nptII/3' ocs | tobacco (plants, tumors) | • temperature-dependent and organ-specific | 308, 309 |
| Drosophila copia element LTR | 5' copia/cat | rice, wheat and sorghum (protoplasts) | (+) transient, but strong | 245 |
| firefly luciferase gene | 5' CaMV 35S/ luciferase cDNA/3' nos | tobacco (plants) | • | 246, 247 |
| | 5' CaMV 19S/ luciferase cDNA/3' nos 5' deletion series | carrot (protoplasts) | (+) transient | |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (−) not expressed | 293 |
| Human α-globin gene | 5' nos/ α-globin | tobacco (plants) | (+) incorrect transcript processing | 355 |
| Chicken α-actin gene | genomic | tobacco (tumors) | (−) not expressed | 189 |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (−) incorrect transcript processing | 189 |
| Mouse metallothionein gene (mmt) | 5' mmt/cat | tobacco (tumors) | (−) not expressed | 9 |
| Mouse dihydrofolate reductase gene (DHFR) | 5' CaMV 35S/ DHFR-cDNA/ 3' nos | Petunia (plants) | • expression confers methotrexate resistance | 96 |
| Human growth hormone gene (hgh) | 5' CaMV 35S/ hgh | tobacco (plants, tumors) | (+) incorrect transcript processing | 239 |
| | 5' nos/ hgh/ 3' nos | tobacco and sunflower (tumors) | (+) transcription, but neither processing nor translation | 20 |
| | 5' CaMV 35S/ hgh/ hgh 3' | tobacco (plants) | (+) incorrect transcript polyadenylation | 167 |
| SV40 early genes | 5' SV40/cat | tobacco (tumors) | (−) not expressed | 9 |
| | 5' CaMV 35S/cat 3'SV40 | tobacco (plants) | (+) incorrect transcript polyadenylation | 167 |
| HSV thymidine kinase gene (tk) | 5' HSVtk/cat | tobacco (tumors) | (−) not expressed | 9 |
| Adenovirus type-5 E1A gene | 5' CaMV 35S/E1A/ 3'E1A/3'rbcS | tobacco (plants) | (+) termination within rbcS, E1A polyadenylation site not used | 167 |
| **Yeast** | | | | |
| Yeast ADH | genomic | tobacco (plants) | (−) not expressed | 21 |
| **Plant virus** | | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/ TMVcDNA/3' nos | tobacco (plants) | + expression confers enhanced resistance to TMV infection | 31, 236, 263 |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/ AMVcDNA 5' CaMV 35S/ AMVcDNA/3' nos | tobacco and tomato (plants) | + expression confers enhanced resistance to AMV infection | 211, 342 |
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + only A-components in tandem are able to replicate | 274, 326 |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/ CMVcDNA/3' nos | tobacco (plants) | + expression confers enhanced resistance to CMV infection | 23 |

444   WEISING, SCHELL & KAHL

FOREIGN GENES IN PLANTS   445

MGA0047989

Table 3 *(continued)*

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| **Plants** | | | | |
| Bean phaseolin gene | 5'ocs/phaseolin genomic | sunflower (tumors) | − expressed and processed correctly | 230 |
| | genomic | tobacco (plants) | − development-specific expression in seeds; targeting to protein bodies in endosperm and embryos | 131, 289 |
| | 5'phaseolin/phaseolin-cDNA/3'phaseolin | tobacco (tumors) | − higher expression than using a genomic clone | 49 |
| | 5'phaseolin/maize zein/3'phaseolin | tobacco (plants) | − development-specific zein gene expression in tobacco seeds. Zein accumulation | 158 |
| Bean phytohemagglutinin-L gene *(PHA-L)* | genomic | tobacco (plants) | − development-specific expression in tobacco seeds | 362 |
| Soybean β-conglycinin gene (α subunit) | genomic 5'deletion series | Petunia (plants) | − development-specific expression in Petunia seeds depending on 5' sequences | 25, 51 |
| | 5' CaMV 35S or 19S/conglycinin/3'nos | Petunia (plants) | − constitutive expression: 35S > 19S; 20fold clonal variation | 204 |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | − development-specific expression in seeds | 35 |
| Potato patatin gene | 5'patatin/cat/3'nos | potato (plants) | + organ-specific expression in tubers | 343 |
| | 5'ST-LS.1/patatin/3'patatin | tobacco (plants) | + light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. | 275 |
| Maize zein gene | genomic | sunflower (tumors) | (+) transcription, but no detectable protein | 126, 217 |
| | 5'phaseolin/zein/3'phaseolin | tobacco (plants) | + development-specific expression in tobacco seeds | 158 |
| Wheat glutenin genes | 5'glutenin/cat/3'nos | tobacco (plants) | + development-specific expression in tobacco seeds | 60 |
| Wheat chlorophyll a/b-binding protein *(cab)* gene | genomic | Petunia and tobacco (plants) | + light-regulated and organ-specific expression in leaves | 201 |
| | genomic 5'cab/cat 5'cab/5' CaMV 35S/cat/3'rbcS 5'deletion series | tobacco (plants) | + phytochrome-regulated expression in leaves depending on 5' sequences | 233, 234 |
| Pea *cab* gene | 5'cab/nptII 5'cab/3'nos/nptII | tobacco (plants) | + light-regulated, organ- and cell-specific expression; depending on enhancer/silencer-like 5' sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. | 303, 304, 305 |