Table 3 (continued)

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Petunia *cab* gene | 5'cab/ocs<br>5'cab/nos | Petunia and tobacco (plants) | − clonal variation of expression (200fold) independent of copy number and homo-/heterologous host genome | 171, 172 |
| Arabidopsis *cab* gene | 5'cab/cat | tobacco (plants) | − light-regulated and organ-specific expression | 10 |
| Pea ribulose-1,5-Bisphosphate carboxylase small subunit gene (rbcS) E9 | genomic<br>5'rbcS/cat<br>5'deletion series | Petunia (tumors) | − light-regulated expression dependent on 5' sequences | 38, 225 |
| | genomic<br>5'deletion series | Petunia and tobacco (plants) | − light-regulated and organ-specific expression dependent on 5' sequences, 25-fold clonal variation | 232 |
| Pea *rbcS* 3.6 | 5'rbcS/cat 3'nos<br>5'deletion series | tobacco (tumors) | − light-regulated expression dependent on enhancer-like 5' sequences | 152, 338 |
| | 5'rbcS/rbcS transit sequence/nptII | tobacco (tumors and plants) | − light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences | 200, 285, 349, 370 |
| | 5'rbcS/nptII | tobacco (plants) | − light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor | 304 |
| Pea *rbcS* 3A, 3C | genomic | Petunia (plants) | + regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state | 105 |
| Pea *rbcS* 3A, E9 | 5'rbcS/5' CaMV 35S/cat<br>5'deletion series | Petunia and tobacco (plants) | + light-regulated and organ-specific expression depending on enhancer- and silencer-like 5'sequences | 106, 198 |
| Soybean *rbcS* | 5'rbcS/nptII/3'ocs<br>5'rbcS/nos<br>5'rbcS/nptII/3'nos | soybean (tumors)<br>Kalanchoe (tumors)<br>Petunia (plants) | + light-regulated expression<br>+ light-regulated expression<br>+ light-regulated expression modified by phytochrome | 100<br>295<br>300 |
| Soybean, pea and Petunia *rbcS* | 5'rbcS/nptII/3'nos | tomato (plants) | + expression stronger than directed by nos-promoter | 218 |
| Nicotiana plumbaginifolia *rbcS* 8B | 5'rbcS/cat | tobacco and Petunia (plants) | + light-regulated and organ-specific expression; 3-fold clonal variation independent of homo-/heterologous host genome | 262, 341 |
| Wheat *rbcS* | genomic<br>5' CaMV 35S/rbcS/3'rbcS | tobacco (plants) | (+) no expression under the control of wheat promoter; CaMV 35S promoter is necessary | 182 |

Table 3 (continued)

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Potato ST-LS.1 gene | genomic; modified by exon tagging | potato and tobacco (plants) | – light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo-/heterologous host. | 95, 322 |
|  | 5'ST-LS.1/ patatin/ 3' patatin | tobacco (plants) | – light-regulated and organ-specific expression depending on the ST-LS.1 promoter sequences | 275 |
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5'chs(A)/nptII/3'chs (P) 5' deletion series | tobacco (plants) | – UV-B-light-regulated expression dependent on enhancer-like 5' sequences | 180 |
| potato proteinase inhibitor II gene (PI II) | genomic 5'PI II/cat/3' T-DNA gene 6b 5'PI II/cat/3'PI II | tobacco (plants) | – wound-inducible expression depending on 5' and 3' sequences; systemic spreading by transacting factors | 276, 337 |
| Soybean heat shock gene hs 6871 | genomic 5' deletion series | sunflower (tumors) and tobacco (plants) | – temperature-regulated expression depending on 5' sequences | 24, 284 |
| Soybean heat shock gene Gmhsp 17.5E | genomic 5' deletion series | sunflower (tumors) | – expression regulated by temperature and presence of cadmium and arsenite depending on 5' sequences | 139 |
| Maize heat shock gene hsp70 | genomic | Petunia (plants) | – temperature-regulated expression | 272 |
| Maize alcohol dehydrogenase I gene (AdhI) | 5' CaMV 35S/cat/AdhI intron/3'rbcS | tobacco (plants) | (+) maize AdhI intron is not removed from the transcript | 182 |
|  | 5'AdhI/cat 5'ocs/5'AdhI/cat 5' CaMV 35S/5'AdhI/cat 5'AdhI deletion series | tobacco (plants) and maize (protoplasts) | (+) anaerobically inducible cat-expression dependent on 5'AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. | 97, 98, 164, 366 |
| Maize sucrose synthase gene (ss) | 5'ss/nptII/3'ocs | wheat (protoplasts) | (+) transient expression | 373 |
|  | 5'ss/nptII | maize (protoplasts) | (+) transient expression in suspension-culture-derived but not in leaf-derived protoplasts | 177 |
| Soybean β-tubulin gene | genomic | tobacco (plants) | + | 138 |
| cowpea trypsin inhibitor gene (CpTI) | 5' CaMV 35S/CpTI/ 3'nos | tobacco (plants) | + expression enhances resistance to insect pests | 153 |

Table 3 (continued)

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression | References |
|---|---|---|---|---|
| Petunia EPSP synthase gene | 5' CaMV 35S/EPSP/3' nos | Petunia (plants) | + 35S-directed EPSP overproduction confers glyphosate tolerance | 291 |
| | 5' T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (aroA) coding region | tobacco (plants) | + expression of bacterial EPSP; targeting into chloroplasts; glyphosate tolerance | 84 |
| Soybean leghemoglobin gene lbc3 | genomic | tobacco (plants) | n.d. | 310 |
| | 5' lbc3/cat/3' lbc3 | Lotus corniculatus (plants) | + development-specific and inducible expression only in nodules and only after infection by Rhizobium; dependence on 5' regulatory sequences | 170, 323, 324 |
| Nicotiana plumbaginifolia "insert T" enhancer-like sequence | 5' insert T/5' nos/nptII | tobacco (plants) | + transient protoplast-specific overexpression of nptII | 163 |
| Nicotiana plumbaginifolia ATP synthase gene (atp2-1); β subunit | 5' CaMV 35S/atp2-1 signal sequence/cat | tobacco (plants) | + cat enzyme is targeted into mitochondria | 34 |
| Maize transposable elements Ac and Ds | Ac or Ds within borders of waxy locus | tobacco (tumors and shoots) | + Ac is capable of self-catalyzed transposition | 15, 16 |

Abbreviations:
copia LTR — long terminal repeat of copia transposable element
HSV — Herpes simplex virus
Adh — alcohol dehydrogenase gene
ST-LS 1 — Solanum tuberosum leaf/stem-specific gene
EPSP — 5-enolpyruvylshikimate-3-phosphate (gene)
lbc3 — member of the leghemoglobin gene family
Ac, Ds — maize transposable elements (activator, dissociation)
rbcS — ribulose-1,5-bisphosphate carboxylase small subunit gene
cab — chlorophyll a/b binding protein gene
nptII — neomycin phosphotransferase II gene
ocs — octopine synthase gene
nos — nopaline synthase gene
cat — chloramphenicol acetyltransferase gene
CaMV 35S, 19S — cauliflower mosaic virus genes encoding 35S- and 19S-transcript, respectively
genomic — transferred construct contains the entire gene including 5' and 3' regions
Mode of expression:
+ — correct expression of stably integrated gene
(+) — transient expression, or transcription followed by incorrect processing and/or translation
(−) — gene is not transcribed

study (227). Deletion analysis has shown the 35S promoter to be composed of at least three regions essential for its activity (247): a distal region sharing partial homology to SV40 core enhancer boxes, a medial region possessing a CCAAT-like box and a proximal region harboring the TATA box. Duplication of the whole promoter (181) or multimerization of the distal region alone (247) resulted in higher levels of expression compared to the wild-type promoter. Transcription of genes controlled by the CaMV 19S or 35S promoter was constitutive in various organs of transgenic plants (239, 248, 345) and independent of light (255). In one case, an introduced gene controlled by p35S is now expressed in a cell-cycle dependent manner (231). High level expression directed by CaMV promoters has proved to be applicable for various purposes: increasing the efficiency of reporter and selectable marker genes (210, 246–248, 257); overproduction of EPSP synthase in transgenic plants leading to an enhanced resistance against the herbicide glyphosate (291); synthesis in high quantities of a tobacco mosaic virus (TMV) coat protein in transgenic plants resulting in enhanced tolerance to TMV infection (genetically engineered cross-protection, 263).

## Expression Controlled by Plant Promoters

Most plant genes characterized to date are transcribed in a regulated rather than a constitutive fashion (199). Expression is frequently tissue-specific and/or influenced by such environmental factors as light and stress. By introducing plant gene regulatory regions coupled to bacterial reporter genes, or by introducing entire or dissected plant genes into a transgenic environment, cis-acting DNA sequences involved in developmental and/or environmental regulation of gene expression can be defined.

Light-inducible genes are among the most extensively studied plant genes and are typically represented by two gene families encoding the major chlorophyll a/b-binding protein (cab) and the small subunit of ribulose-bisphosphate carboxylase (rbcS), respectively. Both genes serve as paradigms for studying light activation of transcription (see 106, 199, 339 for recent reviews). Initial experiments using transgenic calli showed that about 1 kb of the 5' flanking region of the rbcS gene from different plant species is sufficient to confer light-inducibility (38, 100, 152, 225, 338). Similar results were obtained for both the cab (10, 171, 172, 201, 233, 234, 303–305) and the rbcS promoter (105, 106, 198, 232, 262, 300, 304, 341) using transgenic plants (Table 3). Detailed analysis of the exact position of sequence elements involved in light inducibility as carried out by the transfer of promoter deletion constructs demonstrates considerable differences between transgenic calli and transformed plants, probably due to limitations of the callus system (e.g. nonmorphogenic behavior; suppression of chloroplast development; 106). Nevertheless, a few hundred base pairs in the 5' flanking region appear

to be sufficient for light-regulated gene expression. Moreover, the same 5'-region carries DNA sequences with properties of transcriptional enhancers, not only in case of the rbcS (106, 198, 338) and cab promoter (234, 305), but also within the upstream region of a UV-light-inducible chalcone synthase gene (180). These sequence elements confer light-inducibility and organ specificity of transcription in either orientation and at variable distances relative to the transcriptional start site. In addition to the enhancers, silencer activities were detected in case of the cab (305) as well as the rbcS promoter (198).

The mode of light-regulated and organ-specific transcription appears to be the same in donor and transgenic acceptor plants in all cases examined to date. This also holds true for its control by phytochrome and/or blue light receptors (105, 233, 234, 300). All the cis-regulatory elements needed for light regulation of gene activity, are probably located within the 5' flanking region. However, plastid-derived trans-acting factors are of additional importance. A strong correlation between light-inducible, organ- and even cell-type specific transcription and the presence of chloroplasts has been reported for cab and rbcS promoters (304) as well as for the light-inducible ST-LS1 gene of potato (95, 322). Qualitative conservation of gene expression patterns in heterologous plant genomes appears to be common, provided that the cis-regulatory regions are cotransferred (Table 3). This is true not only for the response to environmental factors such as light, but also to developmental factors, such as seed- or tuber-specific transcription of storage protein genes, as shown for the following:

- the soybean β-conglycinin α- and β-subunit genes in tobacco and petunia plants (25, 35, 51, 204),
- the potato patatin gene in transgenic potato plants (343),
- high and low molecular weight wheat glutenin genes in tobacco plants (60),
- bean phytohemagglutinin-L genes in tobacco plants (362),
- a maize zein gene under the control of a bean phaseolin gene promoter in tobacco plants (158), and
- the bean phaseolin gene in tobacco plants (131, 289).

The conservation of regulatory patterns in transgenic environments is also reported for

- the nodule-specific transcription of a chimeric soybean leghemoglobin gene in transgenic plants of Lotus corniculatus (170, 323, 324),
- the heat-shock-dependent transcription of Drosophila (308, 309) and plant heat shock genes (24; 139, 272, 284) in transgenic calli and plants,

- the anaerobically induced transcription of a bacterial reporter gene fused to an *ocs/maize AdhI* promoter in transgenic tobacco plants and electroporated maize protoplasts (96, 97, 164, 366).
- the wound-induced transcription of potato proteinase inhibitor gene II in tobacco plants (276, 337).

Obviously, the *quality* of transcription is regulated by *cis*-acting DNA sequences, either 5′ or, in case of the proteinase inhibitor gene, on both sides of the gene (337). However, factors involved in *quantitative* control of the transcription level are still a matter of debate. While *cis*-acting enhancers of endogenous promoters/enhancers close to the integration site. Position effects may be circumvented by the use of vectors carrying the selectable marker in close physical proximity to the cotransferred nonselectable gene (359). However, it was demonstrated in several cases that the expression level of physically linked genes co-transferred to the host plant genome can vary independently (95, 171, 232), even if separated by as little as 600 bp (73).

(b) *Copy number.* The impact of copy number on the extent of expression varies from one system to another. While some authors found the copy number of integrated foreign genes to be positively correlated to their expression rate (e.g. 288, 298, 322), others could not find any correlation between these two parameters (e.g. 65, 66, 172, 277). Even if variation in copy number plays a role in some cases, it cannot explain the individual variability in the expression of linked genes.

(c) *DNA Methylation.* As wild-type T-DNA is subject to methylation (6, 123, 147, 252, 356), methylation of regulatory sequences may sometimes be responsible for foreign gene inactivation. DNA methylation is common in plants and inversely correlated with gene activity at least in case of T-DNA (6, 147) and rDNA (371).

(d) *Trans-acting factors.* Promoter-binding proteins (and other regulatory factors), that might be responsible for signal transduction after environmental or other stimuli, are likely to differ from species to species. In a heterologous system with a great phylogenetic distance between donor and acceptor organism of a transferred gene, ineffective trans-acting factors might be responsible for insufficient transcription.

To summarize, much remains unknown concerning the factors influencing transcription of a gene transferred to a foreign organism. Of course, the activity of a given enzyme or the concentration of a given protein is regulated by RNA processing and half life, translation, protein stability, and compartmentalization. As for transcription, there are also several possibilities to manipulate gene expression on these levels:

(a) *translational enhancer* was recently detected within the 5′ leader of transcripts from tobacco mosaic virus and other plant viruses (118, 119). These leader sequences were fused to transcripts of *cat* or *GUS* reporter genes and were shown to accelerate translation up to 80-fold.

(b) *Compartmentalization* can be triggered by exploiting a well-known transport mechanism that targets translation products of nuclear genes to the organellar compartments ("targeting"; see 48, 286 for review). A transit peptide, which is usually coded for by the first exon, is responsible for organellar import. The expression of chimeric genes consisting of a heterologous promoter, a sequence coding for a transit peptide, and a coding region of interest in transgenic plants resulted in a fusion protein that was transported into the corresponding organelle. Targeting of gene products into chloroplasts was achieved with the help of transit peptides derived from the *rbcS* gene (200, 285, 349, 370) and the EPSP synthase gene (83, 84). More recently, specific targeting of a reporter enzyme into plant mitochondria was also obtained by using a transit peptide of the β-subunit of a mitochondrial ATPase (34).

## APPLICATIONS OF PLANT GENETIC ENGINEERING

### Crop Improvement

Stable genetic transformation is now routinely obtained with an increasing range of plant species (Table 2) including the economically important tomato (e.g. 55, 218), potato (95, 343), cotton (346), white clover (374), alfalfa (72, 268), flax (22) and rape (116, 266). Very recently, even forest tree species have been successfully transformed (Douglas fir: 69; poplar: 103). Despite this progress, some limitations still exist, e.g. with the transformation and regeneration of soybean (18, 53) and, most importantly, the cereals (38, 127, 357a). Genetic transformation of cereals and other monocots may be achieved via one of several strategies:

- direct gene transfer into protoplasts as the method of choice, which circumvents host range limitations;
- *Agrobacterium*-mediated transfer of monocots using Ti plasmid-derived T-DNA (129, 159), which in some cases induces tumorous growth (45, 130, 149, 280).

MGA0047995

- "agroinfection" (135);
- imbibition of dry embryos with DNA (340);
- injection of DNA into floral tillers (82); or
- gene delivery into intact cells by high-velocity microprojectiles (185a,b,c).

The major obstacle for cereal transformation is probably plant regeneration rather than gene transfer itself. However, recent progress such as the successful regeneration of rice (1) and corn (269a) from protoplasts, the direct delivery of DNA to the germline (82) and the microprojectile technique may open the way to routine transformation of cereal species in the near future.

Which genes should be selected for transformation with the goal of increasing agricultural productivity of crop plants? Among the increasing number of plant genes cloned and characterized in the past few years, three types have received particular interest in this context:

- genes conferring cross-protection against viral diseases;
- genes conferring resistance to insect feeding and fungal infection; and
- genes conferring herbicide resistance.

*Cross-protection* is a phenomenon where infection of a plant with one viral strain protects against superinfection by another, related strain (reviewed in 290). Although the mechanisms involved are not yet clear, the viral coat protein is suggested as playing a key role in this process. A cDNA coding for the TMV coat protein was therefore placed under the control of a CaMV 35S promoter and transferred to transgenic tobacco plants (31, 263). The progeny of engineered plants that expressed the viral coat protein gene either developed delayed disease symptoms upon TMV infection or failed to develop symptoms at all (236, 263). Similar results were obtained with genes encoding the coat proteins of alfalfa mosaic virus (211, 342), potato virus X (146a) and cucumber mosaic virus (65) as well as the cucumber mosaic virus satellite RNA (23). The transfer of constructs which code for an antisense coat protein transcript also resulted in cross-protection, albeit at a lower level (65a, 146a). The use of genetically engineered protection in agriculture has recently been demonstrated in field experiments (236a).

*Resistance* against insects or fungi represents another useful trait for crop improvement. Whereas fungal resistance by means of genetic engineering has not yet been achieved, it may be conferred by genes coding for chitinase and glucan endo-1,3-β-glucosidase (282, 299) or genes involved in phytoalexin synthesis (reviewed in 59).

Protection against insects, on the other hand, has recently been obtained (104, 153, 348). The *btz* endotoxin gene of *Bacillus thuringiensis* was placed

under the control of T-DNA-derived regulatory regions and transferred to tobacco plants (348). Expression of the toxin resulted in effective protection against feeding damage by the larvae of *Manduca sexta* (tobacco hornworm). Similar results were obtained with tomato plants harboring a truncated insecticidal protein gene from *B. thuringiensis*, var. *kurstaki* HD-1 (104). Although CaMV p35S-directed expression of the *Bacillus thuringiensis* gene in the transgenic tomato plants was comparatively low, it resulted in protection from feeding damage by larvae of the lepidopterans *Manduca sexta*, *Heliothis virescens* (tobacco budworm) and *Heliothis zea* (corn earworm). Because endotoxins derived from different varieties of *Bacillus thuringiensis* act very specifically on different groups of insects, this approach appears to be effective for specific protection against certain pests. A different strategy was reported by Hilder and coworkers (153): a cowpea trypsin inhibitor gene, if placed under the control of the CaMV 35S promoter, was expressed in transgenic tobacco plants and enhanced resistance towards feeding damage by larvae of *Heliothis virescens*. These experiments support the idea that proteinase inhibitors are among the plant's natural weapons against insect attack.

*Herbicides* are widely used in modern agriculture. During the last decade, rapid progress has been made towards development of a new generation of herbicides which are non-toxic to animals and rapidly degraded (see 63 for a review). One of these compounds is N-phosphono-methylglycine (glyphosate), which inhibits the activity of the plant enolpyruvylshikimate-3-phosphate (EPSP) synthase and thus blocks the pathway of aromatic amino acid synthesis. Resistance against this herbicide has been achieved by genetic engineering in two ways:

- by introducing a bacterial EPSP synthase gene (which encodes a resistant enzyme) under the control of a T-DNA promoter into tobacco (62) or tomato (102); or
- by introducing a plant EPSP synthase gene under the control of the CaMV 35S promoter into petunia (291). In this case, the inhibitory effect of glyphosate is counteracted by overproduction of the plant enzyme.

Plant EPSP synthase is synthesized as a cytoplasmic precursor with an N-terminal transit peptide that directs it to the chloroplast. The in vitro product of a chimeric gene in which the plant EPSP synthase transit peptide is joined to a bacterial EPSP synthase coding region is rapidly imported into chloroplasts where it accumulates as a stable, glyphosate-resistant enzyme (84). Another new herbicide, phosphinothricin (PPT) is an analog of glutamic acid and acts by inhibiting plant glutamine synthetase. The herbicide is detoxified by a phosphinothricin acetyltransferase, an enzyme encoded by the *bar* gene of *Streptomyces hygroscopicus* (336). The *bar* coding region was

placed under the control of the CaMV 35S promoter and transferred to tobacco, tomato and potato plants. Expression of the chimeric *bar* gene in transgenic plants conferred resistance towards high doses of the herbicides PPT and bialaphos, a related compound (76).

## Basic Research

As we have tried to document in this review, an important contribution of plant genetic transformation is that it provides the basis for new experimental strategies in plant molecular biology research (281). These include (a) the analysis of cis-acting gene regulatory signals, such as promoters, enhancers and silencers by the introduction of dissected gene constructs into transgenic plants; (b) the in vivo manipulation of plants, e.g. with individual genes coding for the synthesis of phytohormones allowing the study of endogenous phytohormone effects on plant development (168, 183, 185, 221); (c) the analysis of viral gene functions by integrating viral DNA via T-DNA borders into the plant genome (274, 297, 326); (d) the formulation of a strategy for inactivating specific genes by introducing genes coding for antisense RNA into the plant genome (65a, 94, 146a, 275a); (e) the isolation of plant genes (192, 193) and promoters (14, 185, 327) by tagging and plasmid rescue using T-DNA as a probe. The usefulness of the gene-tagging strategy may even be extended by the T-DNA-mediated transfer of plant transposable elements into plant species not already containing transposons. The *Ac* transposable elements of maize were shown to function properly in transgenic tobacco (15, 16), carrot and *Arabidopsis* (365a); (f) the isolation of plant genes by functional complementation (a procedure which is currently under development; 265). Plant genetic transformation has led and will lead further to a rapid development of plant breeding and a better understanding of basic mechanisms involved in plant gene regulation.

## Literature Cited

1. Abdullah, R., Cocking, E. C., Thompson, J. A. 1986. Efficient plant regeneration from rice protoplasts through somatic embryogenesis. *Bio/technology* 4:1087-90
2. Akiyoshi, D. E., Klee, H., Amasino, R. M., Nester, E. W., Gordon, M. P. 1984. T-DNA of *Agrobacterium tumefaciens* encodes an enzyme of cytokinin biosynthesis. *Proc. Natl. Acad. Sci. USA* 81:5994-98
3. Albright, L. M., Yanofsky, M. F., Leroux, B., Ma, D., Nester, E. W. 1987. Processing of the T-DNA of *Agrobacterium tumefaciens* generates border nicks and linear, single-stranded T-DNA. *J. Bacteriol.* 169:1046-55
4. Aly, M. A. M., Owen, L. D. 1987. A simple system for plant cell microinjection and culture. *Plant Cell Tissue Organ Cult.* 10:159-74
5. Ali-Moybe, J., Rak, B., Schröder, J. 1986. A 3.6 kbp segment from the vir region of Ti plasmids contains genes responsible for border sequence-directed production of T-region circles in E. coli. *EMBO J.* 5:1129-35
6. Amasino, R. M., Powell, A. L. T., Gordon, M. P. 1984. Changes in T-DNA methylation and expression are associated with phenotypic variation and plant regeneration in a crown gall tumor line. *Mol. Gen. Genet.* 197:437-46
7. Amrhein, P. E., Marke, A. J. M.,

8. Maske, M. A. 1986. Localization of *Agrobacterium rhizogenes* T-DNA in plant chromosomes by in situ hybridization. *EMBO J.* 5:2037-77
9. An, G. 1986. Development of plant promoter expression vectors and their use for analysis of differential activity of nopaline synthase promoter in transformed tobacco cells. *Plant Physiol.* 81:86-91
10. An, G. 1987. Integrated regulation of the phosphinothricin gene family from *Arabidopsis thaliana* in transformed tobacco cells. *Mol. Gen. Genet.* 207:210-16
11. An, G., Watson, B. D., Stachel, S. E., Gordon, M. P., Nester, E. W. 1985. New cloning vehicles for transformation of higher plants. *EMBO J.* 4:277-84
12. An, G., Ebert, P. R., Yi, B. Y., Choi, C. H. 1986. Both TATA box and upstream regions are required for nopaline synthase promoter activity in transformed tobacco cells. *Mol. Gen. Genet.* 203:245-50
13. An, G., Watson, B. D., Chiang, C. C. 1986. Transformation of tobacco, tomato, potato, and *Arabidopsis thaliana* using a binary Ti vector system. *Plant Physiol.* 81:301-5
14. André, D., Colau, D., Schell, J., Van Montagu, M., Hernalsteens, J.-P. 1986. Gene tagging in plants by a T-DNA insertion mutagen that generates APH(3')II-plant gene fusions. *Mol. Gen. Genet.* 204:512-18
15. Baker, B., Schell, J., Lörz, H., Fedoroff, N. 1986. Transposition of the maize controlling element "Activator" in tobacco. *Proc. Natl. Acad. Sci. USA* 83:4844-48
16. Baker, B., Coupland, G., Fedoroff, N., Starlinger, P., Schell, J. 1987. Phenotypic assay for excision of the maize controlling element *Ac* in tobacco. *EMBO J.* 6:1547-54
17. Bakkeren, E., Bouzoubaa, S., Guilley, H., Paszkowski, J., Richards, K. 1985. Chimeric vector construction for higher-plant transformation. *Gene* 40:347-48
18. Bakker, R., Moore, M., Gordon, K. 1987. Transformation of soybean protoplasts from permanent suspension cultures by cocultivation with cells of *Agrobacterium tumefaciens*. *Plant Mol. Biol.* 9:135-45
19. Barry, G. F., Rogers, S. G., Fraley, R. T., Brand, L. 1984. Identification of a cloned cytokinin biosynthetic gene. *Proc.*

20. Bevan, A., Seewangen, K., Thompson, D., Hartund, T., Matzke, M. A., Matzke, A. J. M. 1986. The capsicum chitinase gene is transcribed but not efficiently expressed in transgenic tobacco and sunflower calli tissue. *Plant Mol. Biol.* 6:347-57
21. Barta, A., Sommergruber, K., Thompson, D., Hartund, T., Matzke, M. A., Matzke, A. J. M. 1986. The expression of a nopaline synthase-human growth hormone chimaeric gene in transformed tobacco and sunflower callus tissue. *Plant Mol. Biol.* 6:347-57
22. Barton, K. A., Binns, A. N., Matzke, A. J. M., Chilton, M.-D. 1983. Regeneration of intact tobacco plants containing full length copies of genetically engineered T-DNA, and transmission of T-DNA to R1 progeny. *Cell* 32:1033-43
23. Barton, N., Amring, P., Scott, R., Draper, J. 1987. Genetic transformation of *Nicotiana acuminata* mediated by *Agrobacterium tumefaciens*. *Plant Cell Rep.* 6:396-99
24. Bevan, M. W., Barnes, W. M., Chilton, M.-D. 1983. Structure and transcription of the nopaline synthase gene region of T-DNA. *Nucleic Acids Res.* 11:369-85
25. Bevan, M. 1984. Binary *Agrobacterium* vectors for plant transformation. *Nucleic Acids Res.* 12:8711-21
26. Bevan, M., Chilton, M.-D. 1982. Multiple transcripts of T-DNA detected in nopaline crown galls. *J. Mol. Appl. Genet.* 1:539-46
27. Bevan, M. W., Flavell, R. B., Chilton, M.-D. 1983. A chimaeric antibiotic resistance marker gene as a selectable marker for plant cell transformation. *Nature* 304:184-87
28. Binns, A. N. 1984. *Agrobacterium*-mediated transformation of plants. *Oxford Surv. Plant Mol. Cell Biol.* 1:130-60
29. Bevan, M., Barker, R., Goldsbrough, A., Jarvis, M., Kavanagh, T., Iturriaga, G. 1986. The structure and transcription start site of a major potato tuber protein gene. *Nucleic Acids Res.* 14:4625-38
30. Broglie, R., Coruzzi, G., Fraley, R. T., Rogers, S. G., Horsch, R. B., et al. 1984. Light-regulated expression of a pea ribulose-1,5-bisphosphate carboxylase small subunit gene in transformed plant cells. *Science* 224:838-43
31. Bevan, M. W., Mason, S. E., Goelet, P. 1985. Expression of tobacco mosaic

MGA0047997

virus coat protein by a cauliflower mosaic virus promoter in plants transformed by *Agrobacterium*. *EMBO J.* 4:1921-26

32. Bolton, G. W., Nester, E. W., Gordon, M. P. 1986. Plant phenolic compounds induce expression of the *Agrobacterium tumefaciens* loci needed for virulence. *Science* 232:983-85

33. Bomhoff, G., Klapwijk, P. M., Kester, H. C. M., Schilperoort, R. A., Hernalsteens, J. P., Schell, J. 1976. Octopine and nopaline synthesis and breakdown genetically controlled by a plasmid of *Agrobacterium tumefaciens*. *Mol. Gen. Genet.* 145:177-81

34. Bouliy, M., Nagy, F., Poulsen, C., Aoyagi, K., Chua, N. H. 1987. Targeting of bacterial chloramphenicol acetyltransferase to mitochondria in transgenic plants. *Nature* 328:340-42

35. Bouliy, M., Nutito, S., Bresby, R. N. 1987. Expression of the β-subunit of pea glycinin in seeds of transgenic plants. *Planta* 172:364-70

36. Brisson, N., Paszkowski, J., Penswick, J. R., Gronenborn, B., Potrykus, I., Hohn, T. 1984. Expression of a bacterial gene in plants by using a viral vector. *Nature* 310:511-14

37. Brisson, N., Hohn, T. 1986. Plant virus vectors: cauliflower mosaic virus. *Meth. Enzymol.* 118:659-68

38. Broglie, R., Coruzzi, G., Fraley, R. T., Rogers, S. G., Horsch, R. B., et al. 1984. Light-regulated expression of a pea ribulose-1,5-bisphosphate carboxylase small subunit gene in transformed plant cells. *Science* 224:838-43

39. Bruce, W. B., Gurley, W. B. 1987. Functional domains of a T-DNA promoter active in crown gall tumors. *Mol. Cell. Biol.* 7:59-67

40. Brunold, C., Krüger-Lebus, S., Saul, M. W., Wegmüller, S., Potrykus, I. 1987. Combination of kanamycin resistance and nitrate reductase deficiency as selectable markers in one nuclear genome provides a universal somatic hybridizer in plants. *Mol. Gen. Genet.* 208:469-73

41. Buchanan-Wollaston, V., Passiatore, J. E., Cannon, F. 1987. The mob and oriT mobilization functions of a bacterial plasmid promote its transfer to plants. *Nature* 328:172-75

42. Buchman, I., Mauter, F. J., Schröder, G., Waffenschmidt, S., Schröder, J. 1985. Tumour genes in plants: T-DNA encoded cytokinin biosynthesis. *EMBO J.* 4:853-59

43. Buck, K. W., Coutts, R. H. A. 1983. The potential of geminivirus in the construction of plant host vector systems. *Plant Mol. Biol.* 2:351-54

44. Budar, F., Thia-Toong, L., Van Montagu, M., Hernalsteens, J. P. 1986. *Agrobacterium*-mediated gene transfer results mainly in transgenic plants transmitting T-DNA as a single Mendelian factor. *Genetics* 114:303-13

45. Byteben, H., Deboeck, F., De Greve, H., Van Montagu, M., Hernalsteens, J. P. 1987. T-DNA organization in tumor cultures and transgenic plants of the monocotyledon *Asparagus officinalis*. *Proc. Natl. Acad. Sci. USA* 84:5345-49

46. Caboche, M., DeDonyer, A. 1984. Utilisation de lignées pour la transformation: des protoplastes de mésophylle de tabac par le plasmide tumorigène de *Agrobacterium tumefaciens*. (Résumé) *C. R. Acad. Sci. Paris* 298:

47. Caplan, A., Herrera-Estrella, L., Inzé, D., Van Haute, E., Van Montagu, M., Schell, J. 1983. Introduction of genetic material into plant cells. *Science* 222:815-21

48. Cashmore, A., Szabo, L., Timko, M., Kausch, A., Van den Broeck, G., et al. 1985. Import of polypeptides into chloroplasts. *Biotechnology* 3:803-8

49. Chee, P. P., Klassy, R. C., Slightom, J. L. 1986. Expression of a bean storage protein phaseolin minigene in foreign plant tissues. *Gene* 41:47-57

50. Chen, W. H., Garland, K. M. A., Davey, M. R., Sorak, R., Garland, J. A., et al. 1987. Transformation of sugarcane protoplasts by direct uptake of a selectable chimeric gene. *Plant Cell Rep.* 6:297-301

51. Chen, Z. L., Schuler, M. A., Beachy, R. N. 1986. Functional analysis of regulatory elements in a plant embryo-specific gene. *Proc. Natl. Acad. Sci. USA* 83:8560-64

52. Chilton, M. D., Tepfer, D. A., Petit, A., Casse-Delbart, F., Tempé, J. 1982. *Agrobacterium rhizogenes* inserts T-DNA into the genomes of the host plant cells. *Nature* 295:432-34

53. Chiniou, P., Murphy, J. E., Swain, W. F. 1987. Stable transformation of soybean by electroporation and root formation from transformed callus. *Proc. Natl. Acad. Sci. USA* 84:3962-66

54. Chyi, Y. S., Jorgensen, R. A., Goldstein, D., Tanksley, S. D., Loaiza-Figueroa, F. 1986. Locations and stability of *Agrobacterium*-mediated T-DNA insertions in the *Lycopersicon* genome. *Mol. Gen. Genet.* 20:64-69

55. Chyi, Y.-S., Phillips, G. C. 1987. High efficiency *Agrobacterium*-mediated transformation of *Lycopersicon* based on conditions favorable for regeneration. *Plant Cell Rep.* 6:105-8

56. Coates, D., Tallerico, E. W., Gelvin, S. B. 1987. Chromatin structure of integrated T-DNA in crown gall tumors. *Plant Mol. Biol.* 8:159-68

57. Cocking, E. C., Davey, M. R., Pental, D., Power, J. D. 1981. Aspects of plant genetic manipulation. *Nature* 293:265-70

58. Cocking, E. C. 1987. Gene transfer in cereals. Abstracts VII Int. Cong. Plant Tissue Cell Cult., Minneapolis, p. 410

59. Collinge, D. B., Slusarenko, A. J. 1987. Plant gene expression in response to pathogens. *Plant Mol. Biol.* 9:389-410

60. Comai, L., Nickel, L. S., Kayougin, J., Cakes, M. W., Thompson, R. D., et al. 1987. Localization of sequences required for early induction of a soybean leghemoglobin gene. *Nature* 325:63-64

61. Comai, L., Schilling-Cordaro, C., Mergin, A., Houck, C. M. 1983. A new technique for genetic engineering of *Agrobacterium* Ti plasmid. *Plasmid* 10:21-30

62. Comai, L., Facciotti, D., Hiatt, W. R., Thompson, G., Rose, R. E., Stalker, D. M. 1985. Expression in plants of a mutant aroA gene from *Salmonella typhimurium* confers tolerance to glyphosate. *Nature* 317:741-44

63. Comai, L., Stalker, D. 1986. Mechanism of action of herbicides and their molecular manipulation. Oxford Surv. *Plant Mol. Cell. Biol.* 3:166-95

64. Coulibaly, M. Y., Demarly, Y. 1986. Regeneration of plantlets from protoplasts of rice. *Z. Pflanzenzücht.* 96:79-81

65. Crossway, A., Oakes, J. V., Irvine, J. M., Ward, B., Knauf, V. C., Shewmaker, C. K. 1986. Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts. *Mol. Gen. Genet.* 202:179-85

65a. Crouzy, J., O'Connell, K. M., Kaniewski, W., Fang, R. X., Chua, N. H., Tumer, N. E. 1987. Viral protection in transgenic tobacco plants expressing the cucumber mosaic virus coat protein or its antisense RNA. *Biotechnology*

66. Czernilofsky, A. P., Hain, R., Herrera-Estrella, L., Lörz, H., Goyvaerts, E., et al. 1986. Fate of selectable marker DNA integrated into the genome of *Nicotiana tabacum*. *DNA* 5:101-13

67. Czernilofsky, A. P., Hain, R., Baker, B., Wirtz, U. 1986. Studies of the structure and functional organization of foreign DNA integrated into the genome of *Nicotiana tabacum*. *DNA* 5:473-82

68. Dahl, G. A., Tempé, J. 1983. Studies on the use of toxic precursor analogs of opines to select transformed plant cells. *Theor. Appl. Genet.* 66:233-39

69. Deblaere, R., Bytebier, B., De Greve, H., Deboeck, F., Schell, J., Van Montagu, M., Leemans, J. 1985. Efficient octopine Ti plasmid-derived vectors for *Agrobacterium*-mediated gene transfer to plants. *Nucleic Acids Res.* 13:4777-88

70. Dewey, M. R., Cocking, E. C., Power, J. B., Hervey, A. J. 1987. Transfer of the γ-zein into tobacco and petunia by *Agrobacterium*-mediated plant transformation. *Plant Sci.* 53:97-99

71. [illegible], C., Cities, M. D., Tepfer, D. 1986. [illegible] *Agrobacterium* [illegible]

72. De Block, M., Herrera-Estrella, L., Van Montagu, M., Schell, J., Zambryski, P. 1984. Expression of foreign genes in regenerated plants and in their progeny. *EMBO J.* 3:1681-89

73. De Block, M., Schell, J., Van Montagu, M. 1985. Chloroplast transformation by *Agrobacterium tumefaciens*. *EMBO J.* 4:1367-72

74. De Block, M., Botterman, J., Vandewiele, M., Docckx, J., Thoen, C., et al. 1987. Engineering herbicide resistance in plants by expression of a detoxifying enzyme. *EMBO J.* 6:2513-18

75. De Cleene, M., De Ley, J. 1976. The host range of crown gall. *Bot. Rev.* 42:389-466

76. De Framond, A. J., Barton, K. A., Chilton, M. D. 1983. Mini-Ti: a new vector strategy for plant genetic engineering. *Biotechnology* 1:262-69

77. De Framond, A. J., Back, E. W., Chilton, M. D. 1986. Two unlinked T-DNAs can transform the same tobacco plant cell and segregate in the F1 generation. *Mol. Gen. Genet.* 202:125-31

78. De Greve, H., Dhaese, P., Seurinck, J., Lemmers, M., Van Montagu, M., Schell, J. 1982. Nucleotide sequence and transcript map of the *Agrobacterium*

81. De Greve, H., Leemans, J., Hernalsteens, J.-P., Thia-Toong, L., De Beuckeleer, M., et al. 1982. Regeneration of normal and fertile plants that express octopine synthase, from tobacco crown galls after deletion of tumor-controlling functions. Nature 300:752-55

82. De la Peña, A., Lörz, H., Schell, J. 1987. Transgenic rye plants obtained by injecting DNA into young floral tillers. Nature 325:274-76

83. Della-Cioppa, G., Bauer, S. C., Klein, B. K., Shah, D. M., Fraley, R. T., Kishore, G. N. 1986. Translocation of the precursor of 5-enolpyruvylshikimate-3-phosphate synthase into chloroplasts of higher plants in vitro. Proc. Natl. Acad. Sci. USA 83:6873-77

84. Della-Cioppa, G., Bauer, S. C., Taylor, M. L., Rochester, D. E., Klein, B. K., et al. 1987. Targeting a herbicide-resistant enzyme from Escherichia coli to chloroplasts of higher plants. Bio/Technology 5:579-84

85. De Pater, B. S., De Kam, R. J., Hoge, J. H. C., Schilperoort, R. A. 1987. Effects of mutations in the TATA box region of the Agrobacterium T-cyt gene on its transcription in plant tissues. Nucleic Acids Res. 15:8283-92

86. De Pater, B. S., De Kam, R. J., Hoge, J. H. C., Schilperoort, R. A. 1987. Nucleic Acids Res. 15:8267-81

87. Depicker, A., Stachel, S., Dhaese, P., Zambryski, P., Goodman, H. M. 1982. Nopaline synthase: transcript mapping and DNA sequence. J. Mol. Appl. Genet. 1:561-73

88. Depicker, A., Herman, L., Jacobs, A., Schell, J., Van Montagu, M. 1985. Frequencies of simultaneous transformation with different T-DNAs and their relevance to the Agrobacterium/plant cell interaction. Mol. Gen. Genet. 201:477-84

89. DiRita, V. J., Gelvin, S. B. 1987. Deletion analysis of the mannopine synthase gene promoter in sunflower crown gall tumors and Agrobacterium tumefaciens. Mol. Gen. Genet. 207:233-41

90. Deshayes, A., Herrera-Estrella, L., Caboche, M. 1985. Liposome-mediated transformation of tobacco mesophyll protoplasts by an Escherichia coli plasmid. EMBO J. 4:2731-37

91. De Wet, J. R., Wood, K. V., De Luca, M., Helinski, D. R., Subramani, S. 1987. firefly luciferase gene: structure and expression in mammalian cells. Mol. Cell. Biol. 7:725-37

92. Douglas, C. J., Staneloni, R. J., Rubin, R. A., Nester, E. W. 1985. Identification and genetic analysis of an Agrobacterium tumefaciens chromosomal virulence region. J. Bacteriol. 161:850-60

93. Draper, J., Davey, M. R., Freeman, J. P., Cocking, E. C., Cox, B. J. 1982. Ti plasmid homologous sequences present in tissues from Agrobacterium plasmid transformed Petunia protoplasts. Plant Cell Physiol. 23:451-58

94. Eckes, J. K., Davies, R. W. 1986. Inhibition of gene expression in plant cells by expression of antisense RNA. Proc. Natl. Acad. Sci. USA 83:5372-76

95. Eckes, P., Rosahl, S., Schell, J., Willmitzer, L. 1986. Isolation and characterization of a light-inducible, organ-specific gene from potato and analysis of its expression after tagging and transfer into tobacco and potato shoots. Mol. Gen. Genet. 205:14-22

96. Eichholtz, D. A., Rogers, S. G., Horsch, R. B., Klee, H. J., Hayford, M., et al. 1987. Expression of mouse dihydrofolate reductase gene confers methotrexate resistance in transgenic petunia plants. Somat. Cell Mol. Genet. 13:67-76

97. Ellis, J. G., Llewellyn, D. J., Dennis, E. S., Peacock, W. J. 1987. Maize Adh-1 promoter sequences control anaerobic regulation: additional upstream promoter elements required for expression in tobacco. EMBO J. 6:11-16

98. Ellis, J. G., Llewellyn, D. J., Walker, J. C., Dennis, E. S., Peacock, W. J. 1987. The ocs element: a 16 base pair palindrome essential for activity of the octopine synthase enhancer. EMBO J. 6:3203-08

99. Engström, P., Zambryski, P., Van Montagu, M., Stachel, S. 1987. Characterization of Agrobacterium tumefaciens virulence proteins induced by the plant factor acetosyringone. J. Mol. Biol. 197:635-45

100. Facciotti, D., O'Neal, J. K., Lee, S., Shewmaker, C. K. 1985. Light-inducible expression of a chimeric gene in soybean tissue transformed with Agrobacterium. Bio/Technology 3:241-46

101. Feldmann, K. A., Marks, M. D. 1987. Agrobacterium-mediated transformation of germinating seeds of Arabidopsis thaliana: a non-tissue culture approach. Mol. Gen. Genet. 208:1-9

102. Fillatti, J. J., Kiser, J., Rose, R., Comai, L. 1987. Efficient transfer of a glyphosate tolerance gene into tomato using a binary Agrobacterium tumefaciens vector. Bio/Technology 5:726-30

103. Fillatti, J. J., Sellmer, J., McCown, B., Haissig, B., Comai, L. 1987. Agrobacterium mediated transformation and regeneration of Populus. Mol. Gen. Genet. 206:192-99

104. Fischhoff, D. A., Bowdish, K. S., Perlak, F. J., Marrone, P. G., McCormick, S. M., et al. 1987. Insect tolerant transgenic tomato plants. Bio/Technology 5:807-13

105. Fluhr, R., Chua, N. H. 1986. Developmental regulation of two genes encoding ribulose-biphosphate carboxylase small subunit in pea and transgenic petunia plants: phytochrome response and blue-light induction. Proc. Natl. Acad. Sci. USA 83:2358-62

106. Fluhr, R., Kuhlemeier, C., Nagy, F., Chua, N. H. 1986. Organ-specific and light-induced expression of plant genes. Science 232:1106-12

107. Fulger, K. R., Wong, E. A., Wahl, G. M., Capecchi, M. R. 1982. Patterns of integration of DNA microinjected into cultured mammalian cells. Evidence for homologous recombination between injected plasmid DNA molecules. Mol. Cell Biol. 2:1372-87

108. Fraley, R. T. Psychaljopoulos, D., et al. 1982. Liposomes: The development of a new carrier system for introducing nucleic acids into plants and animal cells. Curr. Top. Microbiol. 96:171-91

109. Fraley, R. T., Rogers, S. G., Horsch, R. B., Sanders, P. R., Flick, J. S., et al. 1983. Expression of bacterial genes in plant cells. Proc. Natl. Acad. Sci. USA 80:4803-7

110. Fraley, R., Horsch, R. B., Matzke, A., Chilton, M.-D., Chilton, W. S., Sanders, P. R. 1984. In vitro transformation of petunia cells by an improved method of cocultivation with A. tumefaciens strains. Plant Mol. Biol. 3:371-78

111. Fraley, R. T., Rogers, S. G., Horsch, R. B., Eichholtz, D. A., Flick, J. S., et al. 1985. The SEV system: a new disarmed Ti plasmid vector for plant transformation. Bio/Technology 3:629-35

112. Fraley, R. T., Rogers, S. G., Horsch, R. B. 1986. Genetic transformation in higher plants. CRC Critical Rev. Plant Sci. 4:1-46

113. French, R., Janda, M., Ahlquist, P. 1986. Bacterial gene inserted in an engineered RNA virus: efficient expression in monocotyledonous plant cells. Science 231:1294-97

114. Fromm, M., Taylor, L. P., Walbot, V. 1985. Expression of genes transferred into monocot and dicot plant cells by electroporation. Proc. Natl. Acad. Sci. USA 82:5824-28

115. Fromm, M. E., Taylor, L. P., Walbot, V. 1986. Stable transformation of maize after gene transfer by electroporation. Nature 319:791-93

116. Fry, J., Barnason, A., Horsch, R. B. 1987. Transformation of Brassica napus with Agrobacterium tumefaciens based vectors. Plant Cell Rep. 6:321-25

117. Gallie, D. R., Sleat, D. E., Watts, J. W., Turner, P. C., Wilson, T. M. A. 1987. The 5'-leader sequence of tobacco mosaic virus RNA enhances the expression of foreign gene transcripts in vitro and in vivo. Nucleic Acids Res. 15:3257-73

118. Gallie, D. R., Sleat, D. E., Watts, J. W., Turner, P. C., Wilson, T. M. A. 1987. A comparison of eukaryotic viral 5'-leader sequences as enhancers of mRNA expression in vivo. Nucleic Acids Res. 15:8693-711

119. Gardner, R. C., Knauf, V. C. 1986. Transfer of Agrobacterium DNA to plants requires a T-DNA border but not the vir E region. Science 231:725-27

120. Garfinkel, D. J., Simpson, R. B., Ream, L. W., White, F. F., Gordon, M. P., Nester, E. W. 1981. Genetic analysis of crown gall: fine structure map of the T-DNA by site-directed mutagenesis. Cell 27:143-53

121. Gelvin, S. B., Thomashow, M. F., Gordon, M. P. 1982. Sizes and map positions of several plasmid-DNA encoded transcripts made in octopine-type crown gall tumors. Proc. Natl. Acad. Sci. USA 79:76-80

122. Gelvin, S. B., Karcher, S. J., DiRita, V. J. 1983. Methylation of the T-DNA in Agrobacterium tumefaciens and in several crown gall tumors. Nucleic Acids Res. 11:159-74

123. Gelvin, S. B., Karcher, S. J., Goldsbrough, P. B. 1985. Use of a TR-DNA promoter to express genes in plants and bacteria. Mol. Gen. Genet. 199:240-48

124. Gelvin, S. B. 1987. Plant transformation. In DNA Cloning, Vol. III: A Practical Approach, ed. D. M. Glover, pp. 49-78. IRL Press

125. Gelvin, S. B., Van Haaren, M., Zambryski, P. 1987. Integration of Agrobacterium T-DNA involves transcription of target DNA sequences. Proc. Natl. Acad. Sci. USA 84:5160-73

126. Goldsbrough, P. B., Gelvin, S. B., Larkins, B. A. 1986. Expression of maize...

127. Goodman, R. M., Knauf, V. C. 1987. Gene transfer in crop improvement. *Science* 236:48–54
128. Gorman, C. M., Moffat, L. F., Howard, B. H. 1982. Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells. *Mol. Cell. Biol.* 2:1044–51
129. Graves, A. C. F., Goldman, S. L. 1986. The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*. The detection of T-DNA specific enzymatic activities. *Plant Mol. Biol.* 7:43–50
130. Graves, A. C. F., Goldman, S. L. 1987. *Agrobacterium tumefaciens*-mediated transformation of the monocot genus *Gladiolus*: detection of expression of T-DNA-encoded genes. *J. Bacteriol.* 169:1745–46
131. Grebach, R. J. 1983. Protoplast micro-injection. *Plant Mol. Biol. Rep.* 1:32–37
132. Greenwood, J. S., Crispeels, M. J. 1985. Correct targeting of the bean storage protein phaseolin in the seeds of transformed tobacco. *Plant Physiol.* 79:65–71
133. Grimsley, N., Hohn, T., Walden, R. 1986. "Agroinfection", an alternative route for viral infection of plants by using the Ti plasmid. *Proc. Natl. Acad. Sci. USA* 83:3282–86
134. Grimsley, N., Hohn, T., Hohn, B. 1986. Recombination in a plant virus: template-switching in cauliflower mosaic virus. *EMBO J.* 5:641–46
135. Grimsley, N., Hohn, T., Davies, J. W., Hohn, B. 1987. *Agrobacterium*-mediated delivery of infectious maize streak virus into maize plants. *Nature* 325:177–79
136. Groenenborn, B., Gardner, R. C., Schaefer, S., Shepherd, R. J. 1981. Propagation of foreign DNA in plants using cauliflower mosaic virus as a vector. *Nature* 294:773–76
137. Guerche, P., Jouanin, L., Tepfer, D., Pelletier, G. 1987. Genetic transformation of oilseed rape (*Brassica napus*) by the Ri T-DNA of *Agrobacterium rhizogenes* and analysis of inheritance of the transformed phenotype. *Mol. Gen. Genet.* 206:382–86
138. Guilinas, M. J., Velten, J., Bustos, M., Cyr, R. J., Schell, J., Fosket, D. E. 1987. The expression of a chimeric soybean beta-tubulin gene in tobacco. *Mol. Gen. Genet.* 207:551–54
139. Gurley, W. B., Czarnecka, E., Nagao, R. T., Key, J. L. 1986. Upstream sequences required for efficient expression of a soybean heat shock gene. *Mol. Cell. Biol.* 6:559–65
140. Hain, R., Steinbiss, H. H., Schell, J. 1984. Fusion of *Agrobacterium* and *E. coli* spheroplasts with *Nicotiana tabacum* protoplasts—direct gene transfer from microorganisms to higher plants. *Plant Cell Rep.* 3:60–64
141. Hain, R., Stabel, P., Czernilofsky, A. P., Steinbiss, H. H., Herrera-Estrella, L., Schell, J. 1985. Uptake, integration, expression and genetic transmission of a selectable chimeric gene by plant protoplasts. *Mol. Gen. Genet.* 199:161–68
142. Hamill, J. D., Pental, D., Cocking, E. C., Müller, A. J. 1983. Production of a nitrate reductase deficient streptomycin resistant mutant of *Nicotiana tabacum* for somatic hybridization studies. *Heredity* 50:197–200
143. Hamill, J. D., Prescott, A., Martin, C. 1987. Assessment of the efficiency of cotransformation of the T-DNA of disarmed binary vectors derived from *Agrobacterium tumefaciens* and the T-DNA of *A. rhizogenes*. *Plant Mol. Biol.* 9:573–84
144. Hasezawa, S., Nagata, T., Syono, K. 1981. Transformation of *Vinca* protoplasts mediated by *Agrobacterium* spheroplasts. *Mol. Gen. Genet.* 182:206–10
145. Haupmann, R. M., Ozias-Akins, P., Vasil, V., Tabaeizadeh, Z., Rogers, S. G., et al. 1987. Transient expression of electroporated DNA in monocotyledonous and dicotyledonous species. *Plant Cell Rep.* 6:265–70
146. Helmer, G., Casadaban, M., Bevan, M., Kaye, L., Chilton, M. D. 1984. A new chimeric gene as a marker for plant transformation: the expression of *Escherichia coli* β-galactosidase in sunflower and tobacco cells. *Biotechnology* 2:520–27
147. Hepburn, A. G., Clarke, L. E., Pearson, J., White, J. 1983. The role of cytosine methylation in the control of opaline synthase gene expression in a plant tumor. *J. Mol. Appl. Genet.* 2:315–29
148. Hemalsteens, J. P., Van Vliet, F., De Beuckeleer, M., Depicker, A., Engler, G., et al. 1980. The *Agrobacterium tumefaciens* Ti plasmid as a host vector system for introducing foreign DNA in plant cells. *Nature* 287:654–56
149. Hemalsteens, J. P., Thia-Toong, L., Schell, J., Van Montagu, M. 1984. An *Agrobacterium*-transformed cell culture from the monocot *Asparagus officinalis*. *EMBO J.* 3:3039–41
150. Herrera-Estrella, L., De Block, M., Messens, E., Hernalsteens, J. P., Van Montagu, M., Schell, J. 1983. Chimeric genes as dominant selectable markers in plant cells. *EMBO J.* 2:987–95
151. Herrera-Estrella, L., Depicker, A., Van Montagu, M., Schell, J. 1983. Expression of chimeric genes transferred into plant cells using a Ti-plasmid-derived vector. *Nature* 303:209–13
152. Herrera-Estrella, L., Van den Broeck, G., Maenhaut, R., Van Montagu, M., Schell, J., et al. 1984. Light-inducible and chloroplast-associated expression of a chimeric gene introduced into *Nicotiana tabacum* using a Ti-plasmid vector. *Nature* 310:115–20
153. Hilder, V. A., Gatehouse, A. M. R., Sherman, S. E., Barker, R. F., Boulter, D. 1987. A novel mechanism of insect resistance engineered into tobacco. *Nature* 330:160–63
154. Hille, J., Verheggen, F., Roelvink, P., Franssen, H., Van Kammen, A., Zabel, P. 1986. Bleomycin resistance: a new dominant selectable marker for plant cell transformation. *Plant Mol. Biol.* 7:171–76
155. Hoekema, A., Hirsch, P. R., Hooykaas, P. J. J., Schilperoort, R. A. 1983. A binary plant vector strategy based on separation of vir- and T-region of the *Agrobacterium tumefaciens* Ti-plasmid. *Nature* 303:179–80
156. Hoekema, A., Roelvink, P. W., Hooykaas, P. J. J., Schilperoort, R. A. 1984. Delivery of T-DNA from the *Agrobacterium tumefaciens* chromosome into plant cells. *EMBO J.* 3:2485–90
157. Hoekema, A., Van Haaren, M., Fellinger, A., Hooykaas, P. J. J., Schilperoort, R. A. 1985. Non-oncogenic plant vectors for use in the *Agrobacterium* binary system. *Plant Mol. Biol.* 5:85–89
158. Hoffman, L. M., Donaldson, D. D., Bookland, R., Rashka, K., Herman, E. M. 1987. Synthesis and protein body deposition of maize 15-kD zein in transgenic tobacco seeds. *EMBO J.* 6:3213–21
159. Hooykaas-Van Slogteren, G. M. S., Hooykaas, P. J. J., Schilperoort, R. A. 1984. Expression of Ti-plasmid genes in monocotyledonous plants infected with *Agrobacterium tumefaciens*. *Nature* 311:763–64
160. Horsch, R. B., Fraley, R. T., Rogers, S. G., Sanders, P. R., Lloyd, A., Hoffmann, N. 1984. Inheritance of functional foreign genes in plants. *Science* 223:496–98
161. Horsch, R. B., Fry, J. E., Hoffmann, N. L., Eichholtz, D., Rogers, S. G., Fraley, R. T. 1985. A simple and general method for transferring genes into plants. *Science* 227:1229–31
162. Horsch, R. B., Klee, H. J. 1986. Rapid assay of foreign gene expression in leaf discs transformed by *Agrobacterium tumefaciens*: role of T-DNA borders in the transfer process. *Proc. Natl. Acad. Sci. USA* 83:4428–32
163. Horsch, R. M., Nopalli, L., Barry, A., Van Eck, J., Howell, E. A., Walker, J. C., Dure, L. S., Pratt, W. J. 1987. Regulated expression of a gene transferred into tobacco. *Plant Physiol.*
164. Howell, E. A., Walker, J. C., Dure, L. S., Pratt, W. J. 1987. Plant molecular vehicles: potential vectors for introducing foreign DNA into plants. *Annu. Rev. Plant Physiol.* 33:609–50
165. Howell, S. H., Walker, L. L., Walden, R. M. 1981. Rescue of in vitro generated mutants of cloned cauliflower mosaic virus genome in infected plants. *Nature* 293:483–86
166. Hughes, K., DeVirgilio, C., Hurd, G. M., Okol, J. T., Nagy, F., Chua, N. H. 1987. Plant cells do not properly recognize animal gene polyadenylation signals. *Plant Mol. Biol.* 8:21–35
167. Huit, D., Fotin, C., Caboche, C., et al. 1984. Genetic analysis of the individual T-DNAs of *Agrobacterium tumefaciens*. *Mol. Gen. Genet.* 194:265–74
168. Jefferson, R. A., Burgess, S. M., Hirsch, D. 1986. β-glucuronidase from *Escherichia coli* as a gene-fusion marker. *Proc. Natl. Acad. Sci. USA* 83:8447–51
169. Jefferson, R. A., Kavanagh, T. A., Bevan, M. W. 1987. GUS fusions: β-glucuronidase as a sensitive and versatile gene fusion marker in higher plants. *EMBO J.* 6:3901–7
170. Jefferson, R. A. 1987. Assaying chimeric genes in plants: the GUS gene fusion system. *Plant Mol. Biol. Rep.* 5:387–405
171. Jones, J. D. G., Dunsmuir, P., Bedbrook, J. 1985. High level of expression

172. Jones, J. D. G., Gilbert, D. E., Grady, K. L., Jorgensen, R. A. 1987. T-DNA structure and gene expression in Petunia plants transformed by Agrobacterium tumefaciens C58 derivatives. Mol. Gen. Genet. 207:478-85

173. Jones, J. D. G., Svab, Z., Harper, E. C., Hurwitz, C. D., Maliga, P. 1987. A dominant nuclear streptomycin resistance marker for plant cell transformation. Mol. Gen. Genet. 210:86-91

174. Jorgensen, R., Snyder, C., Jones, J. D. G. 1987. T-DNA is organized predominantly in inverted repeat structures in plants transformed with Agrobacterium tumefaciens C58 derivatives. Mol. Gen. Genet. 207:471-77

175. Jouanin, L., Guerche, P., Pamboukdjian, N., Tourneur, C., Casse-Delbart, F., Tourneur, J. 1987. Structure of T-DNA in plants regenerated from roots transformed by Agrobacterium rhizogenes strain A4. Mol. Gen. Genet. 206:387-92

176. Junker, B., Zimny, J., Lührs, R., Lörz, H. 1987. Transient expression of chimaeric genes in dividing and non-dividing cereal protoplasts after PEG-induced DNA uptake. Plant Cell Rep. 6:329-32

177. Kahl, G. 1982. Molecular biology of wound healing: the conditioning phenomenon. In Molecular Biology of Plant Tumors, ed. G. Kahl, J. Schell, pp. 211-67. New York: Academic

178. Kaiser, S. J., DiRita, V. J., Gelvin, S. B. 1984. Transcript analysis of Tr-DNA in octopine-type crown gall tumors. Mol. Gen. Genet. 194:350-65

179. Kaulen, H., Schell, J., Kreuzaler, F. 1986. Light-induced expression of the chimeric chalcone synthase NPTII gene in tobacco cells. EMBO J. 5:1-8

180. Kay, R., Chan, A., Daly, M., McPherson, J. 1987. Duplication of CaMV 35S promoter sequences creates a strong enhancer for plant genes. Science 236:1299-302

181. Keith, B., Chua, N. H. 1986. Monocot and dicot pre-mRNAs are processed with different efficiencies in transgenic tobacco. EMBO J. 5:2419-25

182. Klee, H. J., Yanofsky, M., Nester, E. W. 1985. Vectors for transformation of higher plants. Biotechnology 3:637-42

183. Klee, H., Horsch, R., Rogers, S. 1987. Agrobacterium-mediated plant transformation and its further applications to plant biology. Annu. Rev. Plant Physiol. 38:467-86

184. Klee, H., Horsch, R. B., Hinchee, M. A., Hein, M. B., Hoffmann, N. L. 1987. The effects of overproduction of two Agrobacterium tumefaciens T-DNA auxin biosynthetic gene products in transgenic petunia plants. Genes & Dev. 1:86-96

185. Klein, T. M., Wolf, E. D., Wu, R., Sanford, J. C. 1987. High-velocity microprojectiles for delivering nucleic acids into living cells. Nature 327:70-73

186. Klein, T. M., Gradziel, T., Fromm, M. E., Sanford, J. C. 1988. Factors influencing gene delivery into Zea mays cells by high-velocity microprojectiles. Biotechnology 6:559-63

187. Klein, T. M., Fromm, M. E., Weissinger, A., Tomes, D., Schaaf, S., Wu, R., et al. 1988. Transfer of foreign genes into intact maize cells using high-velocity microprojectiles. Proc. Natl. Acad. Sci. USA In press

188. Kohler, F., Golz, C., Eapen, S., Kohn, H., Schieder, O. 1987. Stable transformation of mothbean Vigna aconitifolia via direct gene transfer. Plant Cell Rep. 6:313-17

189. Koncz, C., De Greve, H., André, D., Deboeck, F., Van Montagu, M., Schell, J. 1983. The opine synthase genes carried by Ti plasmids contain all signals necessary for expression in plants. EMBO J. 2:1597-603

190. Koncz, C., Kreuzaler, F., Kalman, Zs., Schell, J. 1984. A simple method to transfer, integrate and study expression of foreign genes, such as chicken ovalbumin and α-actin in plant tumors. EMBO J. 3:1029-37

191. Koncz, C., Olsson, O., Langridge, W. H. R., Schell, J., Szalay, A. A. 1987. Expression and functional assembly of bacterial luciferase in plants. Proc. Natl. Acad. Sci. USA 84:131-35

192. Koncz, C., Martini, N., Koncz-Kalman, Z., Olsson, O., Radermacher, A., et al. 1987. Genetic tools for the analysis of gene expression in plants. Tailoring Genes for Crop Improvement, ed. G. Bruening, J. Harada, T. Kosuge, A. Hollaender, pp. 197-209. New York: Plenum

193. Koncz, C., Koncz-Kalman, Z., Schell, J. 1987. Transposon Tn5 mediated gene transfer into plants. Mol. Gen. Genet. 207:99-105

194. Krakoliford-Nivola, D., Hohn, B., Wang, K., Van Montagu, M., Zambryski, P. 1983. Involvement of circular intermediates in the transfer of T-DNA from Agrobacterium tumefaciens to plant cells. J. Mol. Appl. Genet. 2:549-62

195. Kuehnle, A. R., Adams, T. L., Harkins, K. R., Dunsmuir, P., Affolter, J., et al. 1984. A cauliflower mosaic virus promoter directs expression of kanamycin resistance in morphogenic transformed plant cells. J. Mol. Appl. Genet. 2:549-

196. Krens, F. A., Molendijk, L., Wullems, G. J., Schilperoort, R. A. 1982. In vitro transformation of plant protoplasts with Ti-plasmid DNA. Nature 296:72-74

197. Krens, F. A., Mans, R. M., Van Slogeren, M. J. S., Hoge, J. H. C., Wullems, G. J., Schilperoort, R. A. 1985. Structure and expression of DNA transferred to tobacco via transformation of protoplasts with Ti-plasmid DNA: co-transfer of T-DNA and non-T-DNA sequences. Plant Mol. Biol. 5:223-34

198. Kuhlemeier, C., Fluhr, R., Green, P. J., Chua, N. H. 1987. Sequences in the pea rbcS-3A gene have homology to constitutive enhancers but function as negative regulatory elements. Genes & Dev. 1:247-55

199. Kuhlemeier, C., Green, P. J., Chua, N. H. 1987. Regulation of gene expression in higher plants. Annu. Rev. Plant Physiol. 38:221-57

200. Kunz, M., Simons, A., Schell, J., Schreier, P. H. 1986. Targeting of protein to chloroplasts in transgenic tobacco by fusion to mutated transit peptide. Mol. Gen. Genet. 205:454-60

201. Langridge, W., Nagy, F., Chua, N. H. 1985. Light-regulated and organ-specific expression of chimeric genes in transgenic tobacco. Mol. Gen. Genet. 316:30-52

202. Langridge, W. H. R., Li, B. J., Szalay, A. A. 1985. Electric field mediated stable transformation of carrot protoplasts with naked DNA. Plant Cell Rep. 4:355-59

203. Lawrence, W. A., Davies, D. R. 1985. A method for the microinjection and culture of protoplasts at very low densities. Plant Cell Rep. 4:33-35

204. Lawton, M. A., Tierney, M. A., Nakamura, I., Anderson, E., Komeda, Y., et al. 1987. Expression of a soybean β-conglycinin gene under the control of the cauliflower mosaic virus 35S and 19S promoters in transformed petunia tissues. Plant Mol. Biol. 9:315-24

205. Lemmers, C., De Beuckeleer, M., Holsters, M., Zambryski, P., Depicker, A., et al. 1980. Internal organization, boundaries and integration of Ti-plasmid DNA in nopaline crown gall tumours. J. Mol. Appl. Genet. 144:353-76

206. Leemans, J., Shaw, C., Deblaere, R., De Greve, H., Hernalsteens, J. P., et al. 1981. Site-specific mutagenesis of Agrobacterium Ti-plasmids and transfer of genes to plant cells. J. Mol. Appl. Genet. 1:149-64

207. Lörz, H., Baker, B., Schell, J. 1985. Gene transfer to cereal cells mediated by protoplast transformation. Mol. Gen. Genet. 199:178-82

208. Levings, C. S. III, Baker, B., Schell, J. 1985. Transferring a gene into chloroplasts. Nature 312:810-52

209. Lichtenstein, C. 1987. Bacteria conjugate with plants. Nature 328:108-9

210. Lloyd, A. M., Barnason, A. R., Rogers, S. G., Byrne, M. C., Fraley, R. T., Horsch, R. B. 1986. Transformation of Arabidopsis thaliana with Agrobacterium tumefaciens. Science 234:464-6

211. Lucchini-Friere, L. S., Meilke, D., Zervas, P., Beachy, L., Hill, K., et al. 1987. Expression of alfalfa mosaic virus RNA 4 in transgenic plants confers virus resistance. EMBO J. 6:1845-51

212. Lütcke, H., Chow, K. C., Mickel, F. S., Moss, K. A., Kern, H. F., Scheele, G. A. 1987. Selection of AUG initiation codons differs in plants and animals. EMBO J. 6:43-48

213. Mäkelä, T. 1985. Targeting is an essential requirement for protein import into isolated mitochondria. Mol. Gen. Genet. 199:178-82

214. Marton, L., Wullems, G. J., Molendijk, L., Schilperoort, R. A. 1979. In vitro transformation of cultured cells from Nicotiana tabacum by Agrobacterium tumefaciens. Nature 277:129-31

215. Matzke, A. J. M., Chilton, M. D. 1981. Site-specific insertion of genes into T-DNA of the Agrobacterium tumor-inducing plasmid: an approach to genetic engineering of higher plant cells. J. Mol. Appl. Genet. 1:39-49

216. Matzke, A. J. M., Matzke, M. A. 1986. A set of novel Ti-plasmid-derived vectors for the production of transgenic plants. Plant Mol. Biol. 7:357-65

470  WEISING, SCHELL & KAHL

217. Marks, M. A., Susani, M., Binns, A. N., Lewis, E. D., Rubenstein, I., Matile, A.J.M. 1984. Transcription of a zein gene introduced into sunflower using a Ti plasmid vector. *EMBO J.* 3:1525–5.

218. McCormick, S., Niedermeyer, J., Fry, J., Barnason, A., Horsch, R.B., Fraley, R.T. 1986. Leaf disc transformation of cultivated tomato (*L. esculentum*) using *Agrobacterium tumefaciens*. *Plant Cell Rep.* 5:81–84.

219. McKnight, T.D., Lillis, M.T., Simpson, R.B. 1987. Segregation of genes transferred to one plant cell from two separate *Agrobacterium* strains. *Plant Mol. Biol.* 8:439–45.

220. Memelink, J., Wullems, G.J., Schilperoort, R.A. 1983. Nopaline T-DNA is maintained during development and generative propagation of transformed tobacco plants. *Mol. Gen. Genet.* 190:516–22.

221. Memelink, J., Hoge, J.H.C., Schilperoort, R.A. 1987. Cytokinin stress changes the developmental regulation of several defence-related genes in tobacco. *EMBO J.* 6:3579–83.

222. Merlo, D.J., Nutter, R.C., Montoya, A.C., Garfinkel, D.J., Drummond, M.H., et al. 1980. The boundaries and copy numbers of Ti plasmid T-DNA vary in crown gall tumors. *Mol. Gen. Genet.* 177:637–43.

223. Nieuwint, A., Van Montagu, M., Hedger, R.W. 1985. Genetically transformed tobacco plants are efficiently regenerated from DNA-treated tumor cells. *Mol. Gen. Genet.* 201:513–18.

224. Meyer, P., Walgenbach, E., Bussmann, K., Hombrecher, G., Saedler, H. 1985. Synchronized tobacco protoplasts are efficiently transformed by DNA. *Mol. Gen. Genet.* 201:513–18.

225. Mueslli, L., Nagy, F., Fraley, R.T., Rogers, S.G., Chua, N.-H. 1985. A short conserved sequence is involved in the light-inducibility of a gene encoding ribulose 1,5-bisphosphate carboxylase small subunit of pea. *Nature* 315:200–4.

226. Morikawa, H., Yamada, Y. 1985. Capillary microinjection into protoplasts and intranuclear localization of injected materials. *Plant Cell Physiol.* 26:229–36.

227. Mouras, A., Saul, M.W., Essad, S., Potrykus, I. 1987. Localization by in situ hybridization of a low copy chimeric resistance gene introduced into plants by direct gene transfer. *Mol. Gen. Genet.* 207:204–9.

228. Müller, A.J., Mendel, R.R., Schiemann, J., Simoens, C., Inzé, D. 1987. High meiotic stability of a foreign gene introduced into tobacco by *Agrobacterium*-mediated transformation. *Mol. Gen. Genet.* 207:171–75.

229. Müller-Gewert, E., Schieder, O. 1987. Interspecific T-DNA transfer through plant protoplast fusion. *Mol. Gen. Genet.* 208:235–41.

230. Murai, N., Sutton, D.W., Murray, M.G., Slightom, J.L., Merlo, D.J., et al. 1983. Phaseolin gene from bean is expressed after transfer to sunflower via tumor-inducing plasmid vectors. *Science* 222:476–82.

231. Nagata, T., Okada, K., Kawazu, T., Takebe, I. 1987. Cauliflower mosaic virus 35S promoter directs S phase specific expression in plant cells. *Mol. Gen. Genet.* 207:242–44.

232. Nagy, F., Morelli, G., Fraley, R.T., Rogers, S.G., Chua, N.-H. 1985. Photoregulated expression of a pea rbcS gene in leaves of transgenic tobacco. *EMBO J.* 4:3063–68.

233. Nagy, F., Boutry, M., Hsu, M.-Y., Wong, M., Chua, N.-H. 1987. The 5'-proximal region of the wheat cab-1 gene contains a 268 bp enhancer-like sequence for phytochrome response. *EMBO J.* 6:2537–42.

234. Negrutiu, I., Shillito, R.D., Potrykus, I., Biasini, G., Sala, F. 1987. Hybrid genes in the analysis of transformation conditions. I. Setting up a simple method for direct gene transfer in plant protoplast. *Plant Mol. Biol.* 8:363–73.

235. Nelson, R.S., Powell Abel, P., Beachy, R.N. 1987. Lesion and virus accumulation in inoculated transgenic tobacco plants expressing the coat protein gene of tobacco mosaic virus. *Virology* 158:126–32.

236. Nelson, R.S. McCormick, S.M., DeJannay, X., Dubé, P., Layton, J., et al. 1988. Virus tolerance, plant growth and field performance of transgenic tomato plants expressing coat protein from tobacco mosaic virus. *Biotechnology* 6:403–9.

237. Neuhaus-Url, G., Neuhaus, G., Schweiger, H.-G. 1986. Transformation of the unicellular alga *Acetabularia* by microinjection of SV 40 DNA and pSV2neo. *EMBO J.* 5:1437–44.

238. Odell, J.T., Nagy, F., Chua, N.H. 1985. Identification of DNA sequences required for activity of the cauliflower mosaic virus 35S promoter. *Nature* 313:810–12.

239. Ohta, Y. 1986. High efficiency genetic transformation of maize by a mixture of pollen and exogenous DNA. *Proc. Natl. Acad. Sci. USA* 83:715–19.

240. Okada, K., Nagata, T., Takebe, I. 1986. Introduction of functional RNA into plant protoplasts by electroporation. *Plant Cell Physiol.* 27:619–26.

241. Okada, K., Takebe, I., Nagata, T. 1986. Expression and integration of genes introduced into highly synchronized plant protoplasts. *Mol. Gen. Genet.* 205:398–403.

242. Otten, L., Schilperoort, R.A. 1978. A rapid microscale method for the detection of lysopine and nopaline dehydrogenase activities. *Biochim. Biophys. Acta* 527:497–500.

243. Otten, L., DeGreve, H., Hernalsteens, J.P., Van Montagu, M., Schieder, O., et al. 1981. Mendelian transmission of genes introduced into plants by the Ti plasmids of *Agrobacterium tumefaciens*. *Mol. Gen. Genet.* 183:209–13.

244. Ou-Lee, T.-M., Turgeon, R., Wu, R. 1986. Expression of a foreign gene linked to either a plant virus or a Drosophila promoter, after electroporation of protoplasts of rice, wheat and sorghum. *Proc. Natl. Acad. Sci. USA* 83:6815–19.

245. Ow, D.W., Wood, K.V., DeLuca, M., DeWet, J.R., Helinski, D.R., Howell, S.H. 1986. Transient and stable expression of the firefly luciferase gene in plant cells and transgenic plants. *Science* 234:856–59.

246. Ow, D.W., Jacobs, J.D., Howell, S.H. 1987. Functional regions of the cauliflower mosaic virus 35S RNA promoter determined by use of the firefly luciferase gene as a reporter of promoter activity. *Proc. Natl. Acad. Sci. USA* 84:4870–74.

247. Paszkowski, J., Shillito, R.D., Saul, M., Mandák, V., Hohn, T., et al. 1984. Direct gene transfer to plants. *EMBO J.* 3:2717–22.

248. Paszkowski, J., Saul, M.W. 1986. Direct gene transfer to plants. *Methods Enzymol.* 118:668–84.

249. Peerbolte, R., Krens, F.A., Mans, R.M.W., Floor, M., Hoge, J.H.C., et al. 1985. Transformation of plant protoplasts with DNA: co-transformation of non-selected calf thymus carrier DNA and meiotic segregation of transforming DNA sequences. *Plant Mol. Biol.* 5:235–46.

250. Peerbolte, R., Leenhouts, K., Hooykaas-Van Slogteren, G.M.S., Hoge, J.H.C., Wullems, G.J., Schilperoort, R.A. 1986. Clones from a shooty tobacco crown gall tumor I: deletions, rearrangements and amplifications resulting in irregular T-DNA structures and organizations. *Plant Mol. Biol.* 7:265–76.

FOREIGN GENES IN PLANTS  471

251. Peerbolte, R., Leenhouts, K., Hooykaas-Van Slogteren, G.M.S., Hoge, J.H.C., Wullems, G.J., Schilperoort, R.A. 1986. Clones from a shooty tobacco crown gall tumor II: irregular T-DNA structures and organizations and conditional expression of opine genes. *Plant Mol. Biol.* 7:285–99.

252. Peerbolte, R., Ruigrok, P., Wullems, G., Schilperoort, R.A. 1987. T-DNA rearrangements due to tissue culture: somaclonal variation in crown gall tissues. *Plant Mol. Biol.* 9:51–57.

253. Polacco, J.C., Polacco, M.L. 1984. Inducing and selecting a valuable mutation in plant cell culture: a tobacco mutant resistant to carboxin. *Ann. NY Acad. Sci.*

254. Pietrzak, M., Shillito, R.D., Hohn, T., Potrykus, I. 1986. Expression in plants of two bacterial antibiotic resistance genes after protoplast transformation with a new plant expression vector. *Nucleic Acids Res.* 14:5857–68.

255. Potrykus, I., Saul, M.W., Petruska, J., Paszkowski, J., Shillito, R.D. 1985. Direct gene transfer to cells of a graminaceous monocot. *Mol. Gen. Genet.* 199:183–88.

256. Potrykus, I., Paszkowski, J., Saul, M.W., Petruska, J., Shillito, R.D. 1985. Molecular and general genetics of a hybrid foreign gene introduced into tobacco by direct gene transfer. *Mol. Gen. Genet.* 199:169–77.

257. Potrykus, I., Shillito, R.D., Saul, M.W., Paszkowski, J. 1985. Direct gene transfer: state of the art and future potential. *Plant Mol. Biol. Rep.* 3:117–28.

258. Poulsen, C., Fluhr, R., Kaufmann, J.M., Boutry, M., Chua, N.H. 1986.

263. Powell Abel, P., Nelson, R. S., De, B., Hoffmann, N., Rogers, S. G., Fraley, R. T., Beachy, R. N. 1986. Delay of disease development in transgenic plants that express the tobacco mosaic virus coat protein. Science 232:738–43

264. Powell, J. B., Davey, M. R., Freeman, J. P., Mulligan, B. J., Cocking, E. C. 1986. Fusion and transformation of plant protoplasts. Methods Enzymol. 118: 578–94

265. Pöwen, D. E., Simpson, R. B. 1987. Transfer of a ten-member genomic library to plants using Agrobacterium tumefaciens. Plant Mol. Biol. 5:966–71

266. Puz, I. G., Mehra-Palta, A., Nagy, F., Chua, N.-H. 1987 Transgenic plants of Brassica napus L. Biotechnology 5:815–17

267. Reich, T. J., Iyer, V. N., Scobie, B., Miki, B. L. 1986. A detailed procedure for the intranuclear microinjection of plant protoplasts. Can. J. Bot. 64:1259–58

268. Reich, T. J., Iyer, V. N., Miki, B. L. 1986. Efficient transformation of alfalfa protoplasts by the intranuclear microinjection of Ti plasmids. Biotechnology 4:1001–4

269. Reiss, B., Sprengel, R., Will, H., Schaller, H. 1984. A new sensitive method for qualitative and quantitative analysis of neomycin phosphotransferase in crude cell extracts. Gene 30:211–18

269a. Rhoke, C. A., Lowe, K. S., Ruby, K. L. 1988. Plant regeneration from protoplasts isolated from embryogenic maize cell cultures. Biotechnology 6:56–60

270. Riggs, C. D., Bates, G. W. 1986. Stable transformation of tobacco by electroporation: evidence for plasmid concatenation. Proc. Natl. Acad. Sci. USA 83:5602–06

271. Riggs, C. D., Chrispeels, M. J. 1987. Luciferase reporter gene cassettes for plant gene expression studies. Nucleic Acids Res. 15:8115

272. Rochester, D. E., Winer, J. A., Shah, D. M. 1986. The structure and expression of maize genes encoding the major heat shock protein, hsp 70. EMBO J. 5:451–58

273. Rogers, S. G., Horsch, R. B., Fraley, R. T. 1986. Gene transfer in plants: production of transformed plants using Ti plasmid vectors. Methods Enzymol. 118: 627–40

274. Rogers, S. G., Bisaro, D. M., Horsch, R. B., Fraley, R. T., Hoffmann, N. L., et al. 1986. Tomato golden mosaic virus: A component DNA replicates autonomously in transgenic plants. Cell 45:593–600

275. Rosahl, S., Schell, J., Willmitzer, L. 1987. Expression of a tuberspecific storage protein in transgenic tobacco plants: demonstration of an esterase activity. EMBO J. 6:1155–59

275a. Rothstein, S. J., DiMaio, J., Strand, M., Rice, D. 1987. Stable and heritable inhibition of the expression of nopaline synthase in tobacco expressing antisense RNA. Proc. Natl. Acad. Sci. USA 84: 8439–43

276. Sanchez-Serrano, J., Keil, M. O'Connor, A., Schell, J., Willmitzer, L. 1987. Wound-induced expression of a potato proteinase inhibitor II gene in transgenic tobacco plants. EMBO J. 6, Vol. 6

277. Sanders, P. R., Winter, J. A., Barnason, A. R., Rogers, S. G., Fraley, R. T. 1987. Comparison of cauliflower mosaic virus 35S and nopaline synthase promoters in transgenic plants. Nucleic Acids Res. 15:1543–58

278. Scangos, G., Ruddle, F. H. 1981. Mechanisms and applications of DNA-mediated gene transfer in mammalian cells – a review. Gene 14:1–10

279. Schäfer, W., Weising, K., Kahl, G. 1984. T-DNA of a crown gall tumor is organized in nucleosomes. EMBO J. 3:373–76

280. Schäfer, W., Görz, A., Kahl, G. 1987. T-DNA integration and expression in a monocot crop plant after induction of Agrobacterium. Nature 327:529–32

281. Schell, J. 1987. Transgenic plants as tools to study the molecular organization of plant genes. Science 237:1176–83

282. Schlumbaum, A., Mauch, F., Vogeli, U., Boller, T. 1986. Plant chitinases are potent inhibitors of fungal growth. Nature 324:365–67

283. Schocher, R. J., Schillito, R. D., Saul, M. W., Paszkowski, J., Potrykus, I. 1986. Co-transformation of unlinked foreign genes into plants by direct gene transfer. Biotechnology 4:1093–96

284. Schöffl, F., Baumann, G. 1985. Thermo-induced transcripts of a soybean heat-shock gene after transfer into sunflower using a Ti-plasmid vector. EMBO J. 4:1119–24

285. Schreier, P. H., Seftor, E. A., Schell, J., Bohnert, H. J. 1985. The use of nuclear-encoded sequences to direct the light-regulated synthesis and transport of a foreign protein into plant chloroplasts. EMBO J. 4:25–32

286. Schreier, P. H., Schell, J. 1986. Use of chimeric genes harbouring small subunit transit peptide sequences to study high efficiency direct gene transfer to plants. Philos. Trans. R. Soc. London, Ser. B 313:429–32

287. Schuler, M. A., Schmitt, E. S., Beachy, R. N. 1987. Regulation of a plant promoter by the expression of the chimeric messenger RNA accumulation in cultured tobacco tissues by auxin cytokinin. Nucleic Acids Res. 15: 8501–14

288. Scott, R. J., Draper, J. 1987. Transformation of carrot tissues derived from meristematic suspension cells: a useful model system for gene expression studies in plants. Plant Mol. Biol. 8: 265–74

289. Sengupta-Gopalan, C., Reichert, N. A., Barker, R. F., Hall, T. C., Kemp, J. D. 1985. Developmentally regulated expression of the bean β-phaseolin gene in tobacco seed. Proc. Natl. Acad. Sci. USA 82:3320–3324

290. Sequeira, L. 1984. Cross protection and induced resistance: Their potential for plant disease control. Trends Biotechnol. 2:25–29

291. Shah, D. M., Horsch, R. B., Klee, H., Kishore, G. M., Winter, J. A., et al. 1986. Engineering herbicide tolerance in transgenic plants. Science 233:478–81

292. Shahin, E. A., Sukhapinda, K., Simpson, R. B., Spivey, R. 1986. Transformation of cultivated tomato by a binary vector in Agrobacterium rhizogenes: transgenic plants with normal phenotypes harbor binary vector T-DNA but no Ri plasmid T-DNA. Theor. Appl. Genet. 72:770–77

293. Shaw, C. H., Leemans, J., Shaw, C. H., Van Montagu, M., Schell, J. 1983. A general method for the transfer of cloned genes to plant cells. Gene 23: 315–30

294. Shaw, C. H., Carter, G. H., Watson, M. D., Shaw, C. H. 1984. A functional map of the nopaline synthase promoter. Nucleic Acids Res. 12:7831–42

295. Shaw, C. H., Sanders, D. M., Bates, M. R., Shaw, C. H. 1986. Light-regulated transcription of a Rubisco-nos chimeric gene introduced into photoregulatory control sequences from a CD plant function in cells of a CAM plant. Nucleic Acids Res. 14:6603–12

296. Stichkoeln, S. N., Weeks, D. P. 1987. Acetosyringone promotes high efficiency transformation of Arabidopsis thaliana explants by Agrobacterium tumefaciens. Plant Mol. Biol. 8:291–98

297. Shoemaker, C. K., Gardner, R. C. 1985. Transcription of Cauliflower mosaic virus integrated into plant genomes. Virology 140:281–88

298. Shillito, R. D., Saul, M. W., Paszkowski, J., Muller, M., Potrykus, I. 1985. High efficiency direct gene transfer to plants. Biotechnology 3:1099–103

299. Schell, J., Holtorf, S., Weiland, J. 1987. Regulation of plant promoters involved in expression in cultured tobacco tissues by auxin cytokinin. EMBO J.

300. Shirley, B. W., Berry-Lowe, S. L., Rogers, S. G., Fink, J. S., Meagher, R. B., et al. 1987. 5' proximal sequences of a soybean ribulose-1,5-bisphosphate carboxylase small subunit gene direct light and phytochrome controlled transcripts in transgenic tobacco. Nucleic Acids Res. 15: 6501–14

301. Siegel, A. 1985. Plant-virus-based vectors for gene transfer may be of considerable use despite a presumed high error frequency during RNA synthesis. Plant Mol. Biol. 4:327

302. Simpson, J., Schell, J., Van Montagu, M., Herrera-Estrella, L. 1986. The light-inducible and tissue-specific expression of chimeric genes driven by the flanking sequence of a pea chlorophyll a/b binding protein gene. EMBO J. 4:2723–29

303. Simpson, J., Timko, M. P., Cashmore, A. R., Schell, J., Van Montagu, M., Herrera-Estrella, L. 1985. Light-inducible and tissue-specific expression of a chimeric gene under control of the 5' flanking sequence of a pea chlorophyll a/b binding protein gene. EMBO J. 4:2723–29

304. Simpson, J., Van Montagu, M., Herrera-Estrella, L. 1986. Photosynthesis-associated gene families: differences in response to tissue-specific and environmental factors. Science 233:34–38

305. Simpson, R. B., O'Hara, P. J., Kwok, W., Montoya, A. L., Lichtenstein, C., Gordon, M. P., Nester, E. W. 1982. DNA from the A6S/2 crown gall tumor contains scrambled Ti-plasmid sequences near its junctions with plant DNA. Cell 29:1005–14

306. Smith, C. J. S., Watson, C. F., Bird, C. R., Ray, J., Schuch, W., Grierson, D. 1988. Light regulation of nuclear-encoded chloroplast proteins. Nature 333:531–34

307. Sorrentino, L., McKnight, T. D. 1986. A fragmented binary vector derived from octopine plasmid and the chloramphenicol acetyl transferase gene from Tn9. Plant Mol. Biol. 6:403–15

308. Spielmann, A., Simpson, R. B. 1986. T-DNA structure in transgenic tobacco plants with multiple independent integration sites. Mol. Gen. Genet. 205: 34–41

474  WEISING, SCHELL & KAHL

by homologous recombination. *Nature* 317:210–34

308. Spena, A., Hain, R., Ziervogel, U., Saedler, H., Schell, J. 1985. Construction of a heat-inducible gene for plants. Demonstration of heat-inducible activity of the *Drosophila melanogaster* Hsp 70 promoter in plants. *EMBO J.* 4:2739–43

309. Spena, A., Schell, J. 1987. The expression of a heat-inducible chimeric gene in transgenic tobacco plants. *Mol. Gen. Genet.* 206:436–40

310. Spielmann, A., Simpson, R. B. 1986. T-DNA structure in transgenic tobacco plants with multiple independent integration sites. *Mol. Gen. Genet.* 205:34–41

311. Spralling, A. C., Rubin, G. M. 1983. The effect of chromosome position on the expression of the *Drosophila* xanthine dehydrogenase gene. *Cell* 47:47–57

312. Stachel, S. E., Messens, E., Van Montagu, M., Zambryski, P. 1985. Identification of signal molecules produced by wounded plant cells that activate T-DNA transfer in *Agrobacterium tumefaciens*. *Nature* 318:624–30

313. Stachel, S. E., Nester, E. W. 1986. The genetic and transcriptional organization of the vir region of the A6 Ti plasmid of *Agrobacterium tumefaciens*. *EMBO J.* 7:1445–54

314. Stachel, S. E., Zambryski, P. C. 1986. *Agrobacterium tumefaciens* and the susceptible plant cell: a novel adaptation of extracellular recognition and DNA conjugation. *Cell* 47:155–57

315. Stachel, S. E., Zambryski, P. C. 1986. VirA and VirG control the plant-induced activation of the T-DNA transfer process of *Agrobacterium tumefaciens*. *Cell* 46:325–33

316. Stachel, S. E., Nester, E. W., Zambryski, P. C. 1986. A plant cell factor induces *Agrobacterium tumefaciens* vir gene expression. *Proc. Natl. Acad. Sci. USA* 83:379–83

317. Stachel, S. E., Timmerman, B., Zambryski, P. C. 1986. Generation of single-stranded T-DNA molecules during the initial stages of T-DNA transfer from *Agrobacterium tumefaciens* to plant cells. *Nature* 322:706–12

318. Stachel, S. E., Timmerman, B., Zambryski, P. C. 1987. Activation of *Agrobacterium tumefaciens* vir gene expression generates multiple single-stranded T-strand molecules from the pTiA6 T-region: requirement for 5' virD gene products. *EMBO J.* 6:857–63

319. Steinbiss, H. H., Broughton, W. J. 1983. Methods and mechanisms of gene

uptake in protoplasts. *Int. Rev. Cytol. Suppl.* 16:191–208

320. Steinbiss, H. H., Stabel, P. 1983. Protoplast derived tobacco cells can survive capillary microinjection of the fluorescent dye lucifer yellow. *Protoplasma* 116:223–27

321. Steinbiss, H. H., Stabel, P., Töpfer, R., Hirtz, R. D., Schell, J. 1985. Transformation of plant cells by microinjection of DNA. *Proc. Wye Int. Symp. Manipulation of Ovule Tissue*, London: Wye College

322. Stockhaus, J., Eckes, P., Blau, A., Schell, J., Willmitzer, L. 1987. Organ-specific and dosage-dependent expression of a leaf/stem specific gene from potato after tagging and transfer into potato and tobacco plants. *Nucleic Acids Res.* 15:3479–91

323. Stougaard, J., Abildsten, D., Marcker, K. A. 1987. The *Agrobacterium rhizogenes* pRi T1-DNA segment as a gene vector system for transformation of plants. *Mol. Gen. Genet.* 207:251–55

324. Stougaard, J., Sandal, N. N., Gron, A., Kühle, A., Marcker, K. A. 1987. 5' analysis of the soybean leghaemoglobin lbc3 gene: regulatory elements required for promoter activity and organ specificity. *EMBO J.* 6:3565–69

325. Sukhapinda, K., Spivey, R., Simpson, R. B., Shahin, E. A. 1987. Transgenic tomato (*Lycopersicon esculentum* L.) transformed with a binary vector in *Agrobacterium rhizogenes*: non-chimeric origin of callus clone and low copy numbers of integrated vector T-DNA. *Mol. Gen. Genet.* 206:491–97

326. Sunter, G., Gardiner, W. E., Rushing, A. E., Rogers, S. G., Bisaro, D. M. 1987. Independent encapsidation of tomato golden mosaic virus A component DNA in transgenic plants. *Plant Mol. Biol.* 8:477–84

327. Teeri, T. H., Herrera-Estrella, L., Depicker, A., Van Montagu, M., Palva, E. T. 1986. Identification of plant promoters in situ by T-DNA-mediated transcriptional fusions to the *npt* II gene. *EMBO J.* 5:1755–60

328. Tempé, J., Estrade, C., Petit, A. 1978. *Proc. 4th Int. Conf. Plant Pathogenic Bacteria*, ed. M. Ride, p. 153–160 Angers, I.N.R.A.

329. Tepfer, D. 1984. Transformation of several species of higher plants by *Agrobacterium rhizogenes*: sexual transmission of the transformed genotype and phenotype. *Cell* 37:959–67

330. Tepfer, D., Casse-Delbart, F. 1987. *Agrobacterium rhizogenes* as a vector

for transforming higher plants. *Microbiol. Sci.* 4:24–28

331. Thomas, K. R., Folger, K. R., Capecchi, M. R. 1986. High frequency targeting of genes to specific sites in the mammalian genome. *Cell* 44:419–28

332. Thomas, K. R., Capecchi, M. R. 1987. Site-directed mutagenesis by gene targeting in mouse embryo-derived stem cells. *Cell* 51:503–12

333. Thomashow, M. F., Nutter, R., Montoya, A. L., Gordon, M. P., Nester, E. W. 1980. Integration and organization of Ti plasmid sequences in crown gall tumors. *Cell* 19:729–39

334. Thomashow, M. F., Hugly, S., Buchholz, W. G., Thomashow, L. S. 1986. Molecular basis for the auxin-independent phenotype of crown gall tumor tissues. *Science* 231:616–18

335. Thornburg, R. W., An, G., Cleveland, T. E., Johnson, R., Ryan, C. A. 1987. Wound-inducible expression of a potato inhibitor II-chloramphenicol acetyltransferase gene fusion in transgenic tobacco plants. *Proc. Natl. Acad. Sci. USA* 84:744–48

336. Thompson, C. J., Rao Movva, N., Tizard, R., Crameri, R., Davies, J. E., et al. 1987. Characterization of the herbicide resistance gene bar from *Streptomyces hygroscopicus*. *EMBO J.* 6:2519–23

337. Tiburzi, R., Sijmons, P. C., Hüfner, H., Marks, M. S., De Bruckelaer, M., et al. 1987. *Agrobacterium*-mediated transfer of chimeric plant genes to polycistronic DNA: competition and plant cell attachment. *J. Bacteriol.* 169:1209–16

338. Tinko, M. P., Kausch, A. P., Castresana, C., Fassler, J., Herrera-Estrella, L., et al. 1985. Light regulation of plant gene expression by an upstream enhancer-like element. *Nature* 318:579–82

339. Tobin, E., Silverthorne, J. 1985. Light regulation of gene expression in higher plants. *Annu. Rev. Plant Physiol.* 36:569–93

340. Töpfer, R., Schell, J., Steinbiss, H. H. In preparation.

341. Triulzi, T. H., Musci, S., Pua, E.-C., Ouan, N. H., Muric, S., Potrykus, I. 1987. Rapid production of transgenic flowering shoots and F1 progeny from *Nicotiana plumbaginifolia* epidermal peels. *Bio/technology* 5:1081–84

342. Turner, N. E., O'Connell, K. M., Nelson, R. S., Sanders, P. R., Beachy, R. N., et al. 1987. Expression of alfalfa mosaic virus coat protein gene confers cross-protection in transgenic tobacco and tomato plants. *EMBO J.* 6:1181–88

343. Tsuda, D., Ooms, G. 1987. The 5' flanking DNA of a potato gene encoding tuber-specific expression of a chimeric gene in potato. *Plant Mol. Biol.* 9:365–?

344. Uchimiya, H., Fushimi, T., Hashimoto, H., Harada, H., Syono, Y., Sugawara, Y. 1986. Expression of a foreign gene in callus derived from DNA-treated protoplasts of rice (*Oryza sativa* L.). *Mol. Gen. Genet.* 204:204–7

345. Uchimiya, H., Hirochika, H., Hashimoto, H., Hara, A., Masuda, T., et al. 1986. Co-expression and inheritance of foreign genes in transformants obtained by direct DNA transformation of tobacco protoplasts. *Mol. Gen. Genet.* 205:1–8

346. Umbeck, P., Johnson, G., Barton, K., Swain, W. 1987. Genetically transformed cotton (*Gossypium hirsutum* L.) plants. *Bio/technology* 5:263–66

347. Urwin, D., Stephens, J. L., Kemp, J. D. 1987. *Agrobacterium* plant gene promoters: DNA integrated into multiple sites of the sunflower crown gall genome. *Mol. Gen. Genet.* 192:494–500

348. Vaeck, M., Reynaerts, A., Höfte, H., Jansens, S., De Beuckeleer, M., et al. 1987. Transgenic plants protected from insect attack. *Nature* 328:33–37

349. Van den Broeck, G., Timko, M. P., Kausch, A. P., Cashmore, A. R., Van Montagu, M., Herrera-Estrella, L. 1985. Targeting of a foreign protein to chloroplasts by fusion to the transit peptide from the small subunit of ribulose 1,5 bisphosphate carboxylase. *Nature* 313:358–63

350. Van den Elzen, P. J. M., Townsend, J., Lee, K. Y., Bedbrook, J. R. 1985. A chimeric hygromycin resistance gene as a selectable marker in plant cells. *Plant Mol. Biol.* 5:299–302

351. Van den Elzen, P. J. M., Lee, K., Townsend, J., Bedbrook, J. 1985. Simple binary vector for DNA transfer to plant cells. *Plant Mol. Biol.* 5:149–54

352. Van Haute, E., Joos, H., Maes, M., Warren, G., Van Montagu, M., Schell, J. 1983. Intergeneric transfer and exchange recombination of restriction fragments cloned in pBR 322: a novel strategy for the reverse genetics of the Ti plasmids of *Agrobacterium tumefaciens*. *EMBO J.* 2:411–17

353. Van Larebeke, N., Engler, G., Holsters, M., Van den Elsacker, S., Zaenen, I., et al. 1974. Large plasmid in *Agrobacterium tumefaciens* essential for crown gall-inducing ability. *Nature* 252:169–70

354. Van Lijsebettens, M., Inzé, D., Schell, J., Van Montagu, M. 1986. Transformation

FOREIGN GENES IN PLANTS   475

476  WEISING, SCHELL & KAHL

355. Van Sanien, V. L., Spritz, R. A. 1987. Splicing of plant pre-mRNAs in animal systems and vice versa. *Gene* 56:253–65

356. Van Slogieren, G. M. S., Hoyykaas, P. J. J., Schilperoort, R. A. 1984. Silent T-DNA genes in plant lines transformed by *Agrobacterium tumefaciens* are activated by grafting and by 5-azacytidine treatment. *Plant Mol. Biol.* 3:333–36

356a. Van Sluys, M. A., Tempé, J., Federoff, N. 1987. Studies on the introduction and mobility of the maize Activator element in *Arabidopsis thaliana* and *Daucus carota*. *EMBO J.* 6:3881–89

357. Van Vincent-Doring, I., Bol, J. F., Cornelissen, B. 1985. Plant virus-based vectors for gene transfer will be of limited use because of the high error frequency during viral RNA synthesis. *Plant Mol. Biol.* 4:323–26

357a. Vasil, I. K. 1988. Progress in the regeneration and genetic manipulation of cereal crops. *Bio/technology* 6:397–402

358. Velten, J., Velten, L., Hain, R., Schell, J. 1984. Isolation of a dual plant promoter fragment from the Ti plasmid of *Agrobacterium tumefaciens*. *EMBO J.* 3:2723–30

359. Velten, J., Schell, J. 1985. Selection expression plasmid vectors for use in genetic transformation of higher plants. *Nucleic Acids Res.* 13:6981–98

360. Veluthambi, K., Jayaswal, R. K., Gelvin, S. B. 1987. The virulence genes A, G and D nucleate the double-stranded border cleavage of the T-DNA from the *Agrobacterium tumefaciens* Ti plasmid. *Proc. Natl. Acad. Sci. USA* 84:1881–85

361. Vilaine, F., Casse-Delbart, F. 1987. A new vector derived from *Agrobacterium rhizogenes* plasmids: a micro-Ri plasmid and its use to construct a mini-Ri plasmid. *Gene* 55:105–14

362. Vockler, T., Sturm, A., Chrispeels, M. J. 1987. Differences in expression between two seed lectin alleles obtained from normal and lectin-deficient beans are maintained in transgenic tobacco. *EMBO J.* 6:3571–77

363. Wagner, T. E., Hoppe, P. C., Jollick, J. D., Scholl, D. R., Hodinka, R. L., Gault, J. B. 1981. Microinjection of a rabbit β-globin gene into zygotes and its subsequent expression in adult mice and their offspring. *Proc. Natl. Acad. Sci. USA* 78:6376–80

364. Waldron, C., Murphy, E. B., Roberts, J. L., Gussoff, G. D., Amour, S. L., Malcolm, S. K. 1985. Resistance to

365. Waldron, C., Malcolm, S. K., Murphy, E. B., Roberts, J. L. 1985. Method for high frequency DNA-mediated transformation of plant protoplasts. *Plant Mol. Biol. Rep.* 3:169–71

366. Walker, J. C., Howard, E. A., Dennis, E. S., Peacock, W. J. 1987. DNA sequences required for anaerobic expression of the maize alcohol dehydrogenase 1 gene. *Proc. Natl. Acad. Sci. USA* 84:6624–28

367. Walldorf, U., Cram, G. M., Rogers, S. G., Fraley, R. T., Horsch, R. B. 1986. Chromosomal localization of foreign genes in *Petunia* hybrids. *Mol. Gen. Genet.* 202:6–152

368. Wang, K., Herrera-Estrella, L., Van Montagu, M., Zambryski, P. 1984. Right 25bp terminus sequence of the nopaline T-DNA is essential for and determines direction of DNA transfer from *Agrobacterium* to the plant genome. *Cell* 38:455–62

369. Wang, K., Stachel, S. E., Timmerman, B., Van Montagu, M., Zambryski, P. C. 1987. Site-specific nick in the T-DNA border sequence as a result of *Agrobacterium vir* gene expression. *Science* 235:587–91

370. Wasmann, C. C., Reiss, B., Bartlett, S. G., Bohnert, H. J. 1986. The importance of the transit peptide and the transported protein for protein import into chloroplasts. *Mol. Gen. Genet.* 205:446–53

371. Watson, J. C., Kaufman, L. S., Thompson, W. F. 1987. Developmental regulation of cytosine methylation in the nuclear ribosomal RNA genes of *Pisum sativum*. *J. Mol. Biol.* 193:15–26

372. Weising, K., Kahl, G. In preparation.

373. Werr, W., Lörz, H. 1986. Transient gene expression in a graminaceae cell line. *Mol. Gen. Genet.* 202:471–75

374. White, D. W. R., Greenwood, D. 1987. Transformation of the forage legume *Trifolium repens* L. using binary *Agrobacterium* vectors. *Plant Mol. Biol.* 8:461–69

375. Willmitzer, L., Otten, L., Simons, G., Schmalenbach, W., Schröder, J., et al. 1981. Nuclear and polysomal transcripts of T-DNA in octopine crown gall suspension and callus cultures. *Mol. Gen. Genet.* 182:255–62

376. Willmitzer, L., Simons, G., Schell, J. 1982. The TL-DNA in octopine crown gall tumors codes for seven well-defined polyadenylated transcripts. *EMBO J.* 1:139–46

377. Willmitzer, L., Sanchez-Serrano, J., Buschfeld, E., Schell, J. 1982. DNA from *Agrobacterium rhizogenes* is transferred to and expressed in axenic hairy root plant tissues. *Mol. Gen. Genet.* 186:16–22

378. Willmitzer, L., Dhaese, P., Schreier, P. H., Schmalenbach, W., Van Montagu, M., Schell, J. 1983. Size, location and polarity of T-DNA-encoded transcripts in nopaline crown gall tumors; common transcripts in octopine and nopaline tumors. *Cell* 32:1045–56

379. Winter, J. A., Wright, R. L., Gurley, W. B. 1984. Map locations of five transcripts homologous to TR-DNA in tobacco and sunflower crown gall tumors. *Nucleic Acids Res.* 12:2391–406

380. Wirtz, U., Schell, J., Czernilofsky, A. P. 1987. Recombination of selectable marker DNA in *Nicotiana tabacum*. *DNA* 6:245–53

381. Wullems, G. J., Molendijk, L., Ooms, G., Schilperoort, R. A. 1981. Differential expression of crown gall tumor markers in transformants obtained after in vitro *Agrobacterium tumefaciens* induced transformation of cell wall regenerating protoplasts derived from *Nicotiana tabacum*. *Proc. Natl. Acad. Sci. USA* 78:4344–48

FOREIGN GENES IN PLANTS  477

382. Yamada, Y., Zhi-Qi, Y., Ding-Tai, T. 1986. Plant regeneration from protoplast-derived callus of rice (*Oryza sativa* L.) *Plant Cell Rep.* 5:85–88

383. Yanofsky, M. F., Porter, S. G., Young, C., Albright, L. M., Gordon, M. P., Nester, E. W. 1986. The *virD* operon of *Agrobacterium tumefaciens* encodes a site-specific endonuclease. *Cell* 47:471–77

384. Zambryski, P., Depicker, A., Kruger, K., Goodman, H. 1980. Tumor DNA structure in plant cells transformed by *A. tumefaciens*. *Science* 209:1385

385. Zambryski, P., Joos, H., Genetello, C., Leemans, J., Van Montagu, M., Schell, J. 1983. Ti plasmid vector for the introduction of DNA into plant cells without alteration of their normal regeneration capacity. *EMBO J.* 2:2143–50

386. Zambryski, P., Herrera-Estrella, L., De Block, M., Van Montagu, M., Schell, J. 1984. The use of the Ti plasmid of *A. tumefaciens* to study the transfer and expression of foreign DNA in plant cells: new vectors and methods. In *Genetic Engineering, Principles and Methods*, ed. L. K. Setlow, A. Hollaender, 6:253–78. New York: Plenum

MGA0048005

Case 1:04-cv-00305-SLR   Document 267-21   Filed 02/02/2006   Page 16 of 19

Michael Fromm - December 16, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and           )
MONSANTO TECHNOLOGY            )
LLC,                           )
                               )
           Plaintiffs,         )
                               )    Civil Action
                               )    No. 04-305-SLR
v.                             )    (lead case)
                               )
                               )
SYNGENTA SEEDS, INC.,          )
SYNGENTA BIOTECHNOLOGY,        )
INC.,                          )
                               )
           Defendants.         )
                               )

*******************************************************

VIDEOTAPED ORAL DEPOSITION OF

MICHAEL FROMM

December 16, 2005

*******************************************************

*** RESTRICTED - CONFIDENTIAL ***

*** SUBJECT TO PROTECTIVE ORDER ***

REPORTED BY: SUSAN P. MILLER, RDR, CRR, CBC

Case 1:04-cv-00305-SLR    Document 267-21    Filed 02/02/2006    Page 17 of 19

Michael Fromm - December 16, 2005
Monsanto Company v. Syngenta Seeds, Inc.

**Page 2**

1  VIDEOTAPED ORAL DEPOSITION OF MICHAEL
2  FROMM, produced as a witness at the instance of the
3  Defendants, and duly sworn, was taken in the above
4  styled and numbered cause on Friday, December 16,
5  2005, from 8:59 a.m. to 3:05 p.m., before Susan
6  Perry Miller, RDR, CRR, CBC, Notary Public in and
7  for the State of Texas, reported via Machine
8  Shorthand with Realtime Computer Translation and
9  reported at the offices of Howrey LLP, 1111
10  Louisiana, 25th Floor, Houston, Texas, pursuant to
11  notice, the Federal Rules of Civil Procedure, and/or
12  any provisions stated on the record.

**Page 3**

APPEARANCES

FOR PLAINTIFFS:
  HOWREY, LLP.
  1111 Louisiana
  25th Floor
  Houston, Texas 77002-5242
  (T) 713.787.1592
  (F) 713.787.1440

  By: Mr. Thomas A. Miller
      MillerT@howrey.com

FOR DEFENDANTS:

  FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
  901 New York Avenue, NW
  Washington, DC 20001-4413
  (T) 202.408.4000
  (F) 202.408.4400
  By: Mr. Scott Popma
      scott.popma@finnegan.com

      Mr. Howard W. Levine
      howard.levine@finnegan.com
      Ms. Jennifer A. Johnson
      jennifer.johnson@finnegan.com

VIDEOGRAPHER:
  Mr. Steve Green

          ***********************

**Page 4**

STIPULATIONS

VIDEOTAPED ORAL DEPOSITION OF
MICHAEL FROMM, taken on December 16, 2005, pursuant
to notice, the Applicable Rules of Civil Procedure,
and/or any provisions stated on the record.

The Original Transcript or a
condensed copy thereof with the Original Signature
Page of this deposition will be sent to Mr. Thomas
A. Miller, Counsel for Plaintiffs Monsanto and
DeKalb, in order that the witness may read and sign
the deposition, pursuant to the Applicable Rules of
Civil Procedure.

          *************************

**Page 5**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
MICHAEL FROMM, TAKEN ON 12/16/2005
                                    Page
APPEARANCES                         3
STIPULATIONS                        4
PRELIMINARY PROCEEDINGS             8

EXAMINATION OF MICHAEL FROMM:
BY MR. POPMA:                       9
BY MR. MILLER:                      134
BY MR. POPMA:                       137

REPORTER'S CERTIFICATION            140

Index of Videotapes
Tape 1            8
Tape 2            69
Tape 3            119

2 (Pages 2 to 5)

# A396 - A420

# Redacted

## CERTIFICATE OF SERVICE

I, John W. Shaw hereby certify that on January 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on January 26, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1