# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-305-SLR |
| v. ) | (Consolidated) |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

The parties hereto, through their respective counsel of record, hereby stipulate to the following scheduling regarding Monsanto's Motion to Compel Production of Documents in this matter.

1. Monsanto's Brief in Support of Monsanto's Motion to Compel Production of Documents was submitted on January 25, 2006.

2. Syngenta's Brief in Opposition to Monsanto's Motion to Compel Production will be submitted on February 6, 2006. A copy of the Brief in Opposition and all supporting documents will be delivered by hand or by email to John Rosenthal at Howrey LLP, 1299 Pennsylvania Ave NW, Washington, DC, 20004, no later than 9:00 am on February 6, 2006.

3. Monsanto's Reply Brief will be submitted on February 10, 2006.

STIPULATED AND AGREED TO on February 2, 2006:

| YOUNG CONAWAY STARGATT & TAYLOR LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John W. Shaw<br>  John W. Shaw (#3362)<br>  Adam W. Poff (#3990)<br>  The Brandywine Building<br>  1000 West Street, 17th Floor<br>  Wilmington, DE 19801<br>  Telephone (302) 571-6600<br>  jshaw@ycst.com<br>  apoff@ycst.com | By: /s/ David E. Moore<br>  Richard L. Horwitz (#2246)<br>  David E. Moore (#3983)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Telephone (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  dmoore@potteranderson.com |
| *Attorneys for Syngenta AG and Syngenta Participations AG* | OF COUNSEL: |
| OF COUNSEL: | Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800<br>(202) 383-6610 facsimile |
| Don O. Burley<br>Michael J. Flibbert<br>Howard W. Levine<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000 | John F. Lynch<br>Susan K. Knoll<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>750 Bering Drive, #440<br>Houston, Texas 77057<br>(713) 787-1400 |
| Richard F. Schwed<br>Stephen Fishbein<br>SHERMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-4000 | *Attorneys for Defendants Monsanto Company and Monsanto Technology LLC* |

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 508-8000

*Attorneys for Syngenta Seeds, Inc.,
Syngenta Biotechnology, Inc., Golden
Harvest Seeds, Inc., Garwood Seed Co.,
Golden Seed Company, L.L.C., Sommer
Bros. Seed Company, Thorp Seed Co., and
JC Robinson Seeds, Inc.*

      SO ORDERED this ___ day of _____, 2006.

                                                  _____
                                                  U. S. District Court Judge

717325