IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>    Defendants. | C.A. No. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETIC CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>    Defendants. | |

## NOTICE OF SERVICE

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") hereby certifies that true and correct copies of Monsanto's Answers and Objections to Syngenta Seeds, Inc.'s Second Set of Interrogatories (Antitrust Case); and Monsanto's First Supplemental Answers and Objections to Syngenta Seeds, Inc.'s First Set of Interrogatories (Antitrust Case) were caused to be served on February 1, 2006, on the attorneys of record at the following addresses as indicated:

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John W. Shaw | Richard F. Schwed |
| Karen E. Keller | Heather Lamberg-Kafele |
| Young Conaway Stargatt & Taylor, L.L.P. | Shearman & Sterling LLP |
| The Brandywine Building | 599 Lexington Avenue |
| 1000 West Street, 17th Floor | New York, NY 10022-6069 |
| Wilmington, DE 19801 | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)

Peter E. Moll
Scott E. Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5454 facsimile

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

Dated: February 2, 2006
718045 / 28128

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 2, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on February 2, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
michael.flibbert@finnegan.com
don.burley@finnegan.com
howard.levine@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765