

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 1, 2006

**VIA HAND DELIVERY**

Rosanna DiMeo, Case Manager
United States District Court
For the District of Delaware
844 King Street, 6th Floor
Wilmington, Delaware 19801

      Re: *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.,*
           C.A. No. 04-305 (SLR) – Lead Case

Dear Rosanna:

      Per our conversation today, enclosed is an original (plus a copy) of page 1 of the Sealed Declaration of John J. Rosenthal in Support of Monsanto's Motion to Compel Production of Documents (D.I. 242).

                                    Very truly yours,

                                    David E. Moore

DEM:nmt/717933
Enclosure

cc: Opposing Counsel of Record (Via Electronic Mail)