# EXHIBIT 45

US005489520A

# United States Patent [19]

Adams et al.

[11] Patent Number: 5,489,520

[45] Date of Patent: Feb. 6, 1996

[54] PROCESS OF PRODUCING FERTILE TRANSGENIC *ZEA MAYS PLANTS* AND PROGENY COMPRISING A GENE ENCODING PHOSPHINOTHRICIN ACETYL TRANSFERASE

[75] Inventors: Thomas R. Adams, North Stonington; Sheryl A. Chambers, Groton; Richard J. Daines, Ledyard; William J. Gordon-Kamm; Albert P. Kausch, both of Stonington; Peggy G. Lemaux, Mystic; Catherine J. Mackey, Old Lyme, all of Conn.; Mary L. Mangano, Westerly, R.I.; James V. O'Brien, Mystic, Conn.; Thomas B. Rice, Waterford, Conn.; T. Michael Spencer, Mystic, Conn.; William G. Start, North Stonington, Conn.; Nancy G. Willetts, Niantic, Conn.

[73] Assignee: DEKALB Genetics Corporation, DeKalb, Ill.

[21] Appl. No.: 233,067

[22] Filed: Apr. 26, 1994

Related U.S. Application Data

[60] Division of Ser. No. 565,844, Aug. 9, 1990, which is a continuation-in-part of Ser. No. 513,298, Apr. 17, 1990, abandoned.

[51] Int. Cl.[6] .......... C12N 15/05; A01H 4/00

[52] U.S. Cl. .......... 435/172.3; 435/172.1; 435/240.45; 435/240.5; 800/205; 800/DIG. 56; 536/23.7

[58] Field of Search .......... 800/205; 435/172.3, 435/172.1; 935/6, 23.1; 536/23.71

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis | 435/240.5 |
| 4,399,216 | 8/1983 | Axel et al. | 435/6 |
| 4,559,301 | 12/1985 | Ingolia et al. | 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd | 47/58 |
| 4,634,665 | 1/1987 | Axel et al. | 435/68 |
| 4,665,030 | 5/1987 | Close | 435/240.5 |
| 4,666,844 | 5/1987 | Cheng | 435/240.5 |
| 4,683,202 | 7/1987 | Mullis | 435/91 |
| 4,727,028 | 2/1988 | Santerre | 435/240.2 |
| 4,761,373 | 8/1988 | Anderson et al. | 435/172.3 |
| 4,806,483 | 7/1989 | Wang | 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. | 800/205 |
| 5,004,863 | 4/1991 | Umbeck | 800/205 |
| 5,015,580 | 6/1991 | Christou et al. | 435/172.3 |
| 5,049,500 | 9/1991 | Arntzen et al. | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,188,958 | 2/1993 | Moloney et al. | 435/240.4 |
| 5,254,799 | 10/1993 | DeGreve et al. | 800/205 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0141373 | 5/1985 | European Pat. Off. . |
| 0160390 | 11/1985 | European Pat. Off. . |
| 0193259 | 9/1986 | European Pat. Off. . |
| 0292435 | 11/1986 | European Pat. Off. . |
| 0202668 | 11/1986 | European Pat. Off. . |
| 0204549 | 12/1986 | European Pat. Off. . |
| 0242236 | 10/1987 | European Pat. Off. . |
| 0242246 | 10/1987 | European Pat. Off. . |
| 0257472A2 | 3/1988 | European Pat. Off. . |
| 0262971 | 4/1988 | European Pat. Off. . |
| 0270356 | 6/1988 | European Pat. Off. . |
| 0280400 | 8/1988 | European Pat. Off. . |
| 0282164 | 9/1988 | European Pat. Off. . |
| 0289479 | 11/1988 | European Pat. Off. . |
| 0290395 | 11/1988 | European Pat. Off. . |
| 0301749 | 2/1989 | European Pat. Off. . |
| 0359617 | 8/1989 | European Pat. Off. . |
| 0331855 | 9/1989 | European Pat. Off. . |
| 0348348A2 | 12/1989 | European Pat. Off. . |
| 0360750A2 | 3/1990 | European Pat. Off. . |
| 0424047A1 | 4/1991 | European Pat. Off. . |
| 0442174A1 | 8/1991 | European Pat. Off. . |
| 0442175A1 | 8/1991 | European Pat. Off. . |
| 0452269A2 | 10/1991 | European Pat. Off. . |
| 0469273A1 | 2/1992 | European Pat. Off. . |
| 0299552 | 1/1995 | European Pat. Off. . |
| 2661421 | 10/1991 | France . |
| 2159173 | 11/1985 | United Kingdom . |
| WO-85/02973 | 7/1985 | WIPO . |
| WO87/05629 | 9/1987 | WIPO . |
| WO89/04371 | 5/1989 | WIPO . |
| WO89/12102 | 12/1989 | WIPO . |
| WO90/10725 | 9/1990 | WIPO . |
| PCT/US91/00183 | 5/1991 | WIPO . |
| WO91/10725 | 7/1991 | WIPO . |
| WO92/06205 | 4/1992 | WIPO . |

OTHER PUBLICATIONS

Moffat, "Corn Transformed," *Science*, 249:630, Aug. 10, 1990.

Vasil, "Transgenic Cereals Becoming a Reality," *Bio/Technology*, 8:797, 1990.

Fromm et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants," *Bio/Technology*, 8:833–839, 1990.

Ludwig et al., "Maize R Gene Family: Tissue-Specific Helix-Loop-Helix Proteins," *Cell*, 62:849–851, 1990.

Potrykus, "Gene Transfer to Cereals: An Assessment," *Bio/Technology*, 8:535–542, Jun. 1990.

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57] ABSTRACT

This invention relates to a reproducible system for the production of stable, genetically transformed maize cells, and to methods of selecting cells that have been transformed. One method of selection disclosed employs the Streptomyces bar gene introduced by microprojectile bombardment into embryogenic maize cells which were grown in suspension cultures, followed by exposure to the herbicide bialaphos. The methods of achieving stable transformation disclosed herein include tissue culture methods and media, methods for the bombardment of recipient cells with the desired transforming DNA, and methods of growing fertile plants from the transformed cells. This invention also relates to the transformed cells and seeds and to the fertile plants grown from the transformed cells and to their pollen.

8 Claims, 11 Drawing Sheets

OTHER PUBLICATIONS

Stanford, "Biolistic Plant Transformation," *Physiol. Plantarum*, 79:206–209, 1990.

Cristou et al., "Soybean Genetic Engineering–Commercial Production of Transgenic Plants," *Trends Biotech Techniques*, 8:145–151, 1990.

Creissen et al., "Agrobacterium–and Microprojectile–Mediated Viral DNA Delivery into Barley Microspore–Derived Cultures," *Plant Cell Reports*, 8:680–683, Apr., 1990.

Tomes et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves," *Plant Mol Biol.*, 14:261–268, Feb., 1990.

Tomes, "Status of Corn Transformation." 26th Annual Corn Breeders School, Annual Meeting Proceedings, U. Illinois, Feb. 26–27, 1990, pp. 7–8.

Ludwig et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation," *Science*, 247:449–450, 1990.

Spencer et al., "Bialaphos Selection of Stable Transformants from Maize Cell Culture," *Theor. Appl. Genet.*, 79:625–631, May, 1990.

Christou et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," *Theor. Appl. Genet.*, 79:337–341, 1990.

White et al., "A Cassette Containing the Bar Gene of *Streptomyces hygroscopicus:* A Selectable Marker for Plant Transformation," *Nucleic Acids Res.*, 18:1062, 1989.

Prioli et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maise (ZEA MAYS L.)," *Bio/Technology*, 7:589–594, 1989.

Shimamoto et al., "Fertile Transgenic Rico Plants Regenerated from Transformed Protoplasts," *Nature*, 338:274–276, 1989.

Potrykus, "Gene Transfer to Cereals: An Assessment," *Tibtech*, 7:269–273, 1989.

Shillito et al., "Regeneration of Fertile Plants from Protoplasts of Elite Inbred Maize," *Bio/Technology*, 7:581–587, 1989.

Dekeyser et al., "Genetic Transformation of Maize Cells by Particle Bombardment," *Plant Physiol.*, 90:217–223, 1989.

De Greef et al., "Evaluation of Selectable Markers for Rice Transformation," *Bio/Technology*, 7:61–64, 1989.

Kartha et al., "Transient Expression of Chloramphenicol Acetyltransferase (CAT) Gene in Barley Cell Cultures and Immature Embryos through Microprojectile Bombardment," *Plant Cell Reports*, 8:429–432, 1989.

Mendel et al., "Delivery of Foreign Genes to Intact Barley Cells by High–Velocity Microprojectiles," *Theor. Appl. Genet.*, 78:31–34, 1989.

Twell et al., "Transient Expression of Chimeric Genes Delivered into Pollon by Microprojectile Bombardment," *Plant Physiol.*, 91:1270–1274, 1989.

Chandler et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway Are Homologous: Isolation of B Utilizing R Genomic Sequences," *The Plant Cell*, 1:1175–1183, 1989.

Ludwig et al., "*Lc*, A Member of the Maize *R* Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the *myc*–homology Region," *Proc. Natl. Acad. Sci. USA*, 86:7092–7096, 1989.

Klein et al, "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissues by Microprojectiles," *Proc. Natl. Acad. Sci. USA*, 86:6681–6685, 1989.

Hooykaas, "Transformation of Plant Cells via Agrobacterium," *Plant Mol. Biol.*, 13:327–336, 1989.

Evans, "Somaclonal Variation–Genetic Basis and Breeding Applications," *Trends Genet.*, 5:46–50, 1989.

Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment," *Plant Physiol.*, 91:440–444, 1989.

*Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in Zea Mays L.*, Fransz, P. F., Ph.D. Thesis, U. of Wageningen Press, the Netherlands, 1988.

Rhodes et al., "Genetically Transformed Maize Plants from Protoplasts," *Science*, 240:204–207, 1988.

Ulian et al., "Transformation of Plants via the Shoot Apex," *In Vitro Cellul. & Dev. Biol.*, No. 9:951–954, 1988.

Hauptmann et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants in the Gramineae" *Plant Physiol.*, 86:602–606, 1988.

Klein et al., "Factors Influencing Gene Delivery into Zea Mays Cells by High Velocity Microprojectiles," *Bio/Technology*, 6:559–563, 1988

Christou et al., "Stable Transformation of Soybean Callus by DNA–Coated Gold Particles," *Plant Physiol.*, 87:671–674, 1988.

McCabe et al., "Stable Transformation of Soybean (Glycine Max) by Particle Acceleration," *Bio/Technology*, 6:923–926, 1988.

Stanford, "The Biolistic Process," *Trends in Biotechnology*, 6:299–302, 1988.

Wang et al., "Transcient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment," *Plant Mol. Biol., 11:433–439, 1988.*

Klein et al., "Transfer of Foreign Genes into Intact Maize Cells with High–Velocity Microprojectiles" *Proc. Natl. Acad. Sci. USA*, 85:4305–4309, 1988.

Rhodes et al., "Plant Regeneration from Protoplasts Isolated from Embryonic Maize Cell Cultures," *Bio/Technology*, 6:56–60, 1988.

Smith et al., "Plant Physiology," *Plant Physiology*, (Suppl), 86:108, Abstract 646, 1988.

Gould et al., "Shoot Tip Culture as a Potential Transformation System," Beltwide Cotton Production Research Conferences, Jan. 3–8, 1988, New Orleans, La., Abstract on p. 91.

Lutchke et al., "Selection of AUG Initiation Codons Differs in Plants and Animals," *EMBO J.*, 6:43–48, 1987.

Jefferson, "Assaying Chimeric Genes in Plants: The GUS Gene Fusion System," *Plant Mol. Biol. Reporter*, 5:387–405, 1987.

Callis et al., "Introns Increase Gene Expression in Cultured Maize Cells," *Genes & Devel.*, 1:1183–1200, 1987.

Thompson et al., "Characterization of the Herbicide–Resistance Gene Bar from *Streptomyces hygroscopicus*," *EMBO J.*, 6:2519–2523, 1987.

De Block et al., "Engineering Herbicide Resistance in Plants by Expression of a Detoxifying Enzyme," *EMBO J.*, 6:2513–2518, 1987.

Stanford et al., "Delivery of Substance into Cells and Tissues Using a Particle Bombardment Process," *Particulate Sci. & Technology*, 5:27–37, 1987.

Klein et al., "High–Velocity Microprojectiles for Delivering Nucleic Acids in Living Cells," *Nature*, 327:70–73, 1987.

"'Bullets' Transform Plant Cells," News article in *Agricell Report*, Jul., 1987, p. 5.

"Shotgunning DNA into Cells" News brief in *Gen. Eng. News*, Jul./Aug., 1987.

Kamo et al., "Establishment and Characterization of Long-Term Embryogenic Maize Callus and Cell Suspension Cultures," *Plant Science*, 45:111–117, 1986.
Vasil et al., "Plant Regeneration from Friable Embryogenic Callus and Cell Suspension Cultures of *Aea mays L*," *J. Plant Physiol.*, 124:399–408.
Kozak, "Oint Mutations Define a Sequence Flanking The AUG Initiator Condon That Modulates Translation by Eukaryotic Ribsomes," *Cell*, 44:283–292, 1986.
Jefferson et al., "B-Glucuronidase from *Escherichia coli* as a Gene-Fusion Marker" *Proc. Natl. Acad. Sci. USA*, 83:8447–8451, 1986.
Poehlman, *Breeding Field Crops*, Third Edition, AVI Publ. Co., Inc. Westport, CT, 1986, Chapter 18, pp. 469–481.
Murakami et al., "The Bialaphos Biosynthetic Genes of Streptomyces hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster," *Mol. Gen. Genet.*, 205:42–50, 1986.
Ludwig et al., "High Frequency Callus Formation from Maize Protoplasts," *Theor. Appl. Genet.*, 71:344–350, 1985.
Odell et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter," *Nature*, 313:810–811, 1985.
Ozias-Akins et al., "Progress and Limitations in the Culture of Cereal Protoplasts," *Trends in Biotechnology*, 2:119–123, 1984.
Vasil et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration in Tissue Cultures of Maize (Zea mays L.)," *Theor. Appl. Genet.*, 66:285–289, 1983.
Barker et al., "Nucleotide Sequence of the T-DNA Region from the Agrobacterium tumefaciens octopine Ti plasmid pTi15955," *Plant Mol. Biol.*, 2:335–350, 1983.
Bevan et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," *Nature*, 304:184–187, 1983.
Bevan et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA," *Nucl. Acid Res.*, 11:369–385, 1983.
Green et al., "Somatic Cell Genetic Systems in Corn," *Advances in Gene Technology: Molecular Genetics of Plants and Animals*, Academic Press, Inc., 1983, pp. 147–157.
Meadows, "Characterization of Cells and Protoplasts of the B73 Maize Cell Line," *Plant Sci. Letters*, 28:337–348, 1982/83.
Green et al., "Callus Formation from Stem Protoplasts of Corn (Zea mays L.)" *Maize for Biological Research*, by Charles Ellis Cohen, a special publication of the Plant Molecular Biology Assoc., 1982, pp. 367–372.
Potrykus et al., "Maize for Biological Research," *Theor. Appl. Genet.*, 54:209–214, 1979.
Potrykus et al., "Callus Formation from Cell Protoplasts of Corn (Zea mays L.)," *Molec. Gen. Genet.*, 156:347–350, 1977.
Sprague et al., "Corn and Corn Improvement," *Corn and Corn Improvement*, Ed. G. F. Sprague, No. 18 in Agronomy Series, Pub. by American Soc. of Agronomy, Inc, Madison, WI, 1977, pp. 305, 320–323.
Green et al,. "Plant Regeneration from Tissue Cultures of Maize"' *Crop Science*, 15:417–421, 1975.
Cao et al., "Transformation of Rice and Maize Using the Biolistic Process," *Plant Gene Transfer*, pp. 21–33, 1990.
Gordon-Kamm et al., "Stable Transformation of Embryogenic Maize Cultures by Microprojectile Bombardment," *Journal of Cellular Biochemistry*, Suppl. 13D, Mar. 27–Apr. 7, 1989, p. 259, Abstract M122.
Armstron et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures of Maize," *Biol. Abstracts*, vol. 85, 1988, Abstract 117662.
Ross et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," *J. Cell Biochem.*, Suppl. 13D, 1989, Abstract M149.
Gordon-Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," *The Plant Cell*, 2:603–618, 1990.
Robbins-Roth et al., "They Make it Happen in Biotech," *Bioworld*, Nov./Dec., 1990, pp. 30–36.
"Genetically Engineered Corn: Breakthrough Brings Market Closer," GTN Market Forecast" article in *Genetic Technology News*, Oct., 1990, pp. 8 & 11.
Murphy, "New DeKalb-Pfizer Seed Chief to Harvest R & D Breakthroughs," *Crain's Business Weekly*, pp. 38–39, 1990.
PCT Search Report, mailed Jan. 15, 1991.
Potrykus, "Gene Transfer to Plants: Assessment and Perspectives," *Physiologia Plantarum*, 79:125–134, 1990.
Lazzeri & Lorz, "In Vitro Genetic manipulation of Cerals and Grasses," *Advances in Cell Culture*, 6:291–325, 1988.
Ahokas, "Transfection in Germinating Barley Seed Electrophoretically with Exogenous DNA," *Theor. Appl. Genet.*, 77:460–472, 1989.
Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign-Gene Expression," *Gene Manipulation in Plant Improvement II*, Ed. Gustafson, J. P., Plenum Press, New York, 1990, pp. 265–266 only supplied.
Schmidt et al., "Media and Environmental Effects on Phenolics Production from Tobacco Cell Cultures," *Chem. Abstracts*, 110:514–515, Abstract 230156, 1989.
Horn et al., "Transgenic Plants of Orchard Grass," *Chem. Abstracts*, 110:208, Abstract 89869A, 1989.
Crossway et al., "Integration of Foreign DNA Following Microinjection of Tobacco Mesophyll Protoplasts," *Mol. Gen. Genet.*, 202:179–185, 1986.
Jähne et al., "Regeneration of Fertile Plants from Protoplasts Derived from Embryogenic Cell Suspensions of Barley (*Hordeum vulgare* L.)," *Plant Cell Reports*, 10:1–6, 1991.
Ozias-Akins and Vasil, "In Vitro Regeneration and Genetic Manipulation of Grasses," *Physiologia Plantarum*, 73:565–569, 1988.
Fromm et al., "Expression of Genes Transferred into Monocot and Dicot Plant Cells by Electroporation," *Proc. Natl. Acad. Sci. USA*, 82:5824–5828, 1985.
Lorz et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals," *Plant Breeding*, 100:1, 1988.
Brunke and Meeusen, "Insect Control with Genetically Engineered Crops," *Trends in Biol. Sci.*, 16, 1991.
DeWalk et al., "International Congress on Plant Tissue and Cell Culture, Amsterdam," Abstract A1–36, *7th International Congress on Plant Tissue and Cell Culture*, Amsterdam, 24–29 Jun., 1990.
Ahokes, "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid," *Soc. Biochem. Biophys. Microbiol. Fenn., Biotieteen Päivät (Bioscience Days)*, Abstracts, Techn Univ of Helsinki, Espoo, p. 2, 1989.
Francois et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA gene," *Biol. Abstr.*, 82:(1):AB-391, Abstract 3396.
Graves and Goldman, "The Transformaton of Zea mays

Seedings with Agrobacterium tumefaciens," *Plant Mol. Biol.*, 7:43–50, 1986.
*Genetic Technology News*, Mar. 1990.
*Genetic Engineering Letter*, Apr. 1990.
*Genetic Technology News*, May 1990.
*Genetic Technology News*, Jul. 1990.
*Genetic Technology News*, Jul. 1991.
Clark, "Biotech Advance in Corn: Gunsligning Researchers Fire Marker Genes into Corn," *AG Consultant*, Jul. 1990.
Freiberg, "More Researchers Discover Corn Transformation Technology," *AG Biotechnology News*, p. 26. Jun. 1990.
*Bio/Technology*, p. 490, Jun. 1990.
"Gene Guns Succeed in Altering Corn," *Biotechnology News*, p. 2, Apr. 1990.
Szoka, "Sticky Ends," *Genetic Engineering News*, May 1990.
Nelson, "New Horses for Monocot Gene Jockeys," *The Plant Cell*, 2:589, 1990.
"DeKalb Researchers Produce Fertile Corn Plants with Foreign Genes," *Agri. Newsletter*, Oct./Nov., 1990.
"Ecogen and Evans Biocontrol: The Failure of a Low–Risk Strategy" *Agricultural Genetics Report*, Mar./Apr. 1990.
"Food & Agriculture" *Connecticut Academy of Science and Engineering*, 5(4), 1990.
Spencer et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the Herbicide Bialaphos," Poster Presentation, *Faseb Plant Gene Expression Conference*, Copper Mountain, Colorado, Aug. 6–11, 1989.
"Genetic Engineering Advance Announced for Corn Plants," *Investor's Daily*, Apr. 1990.
"Corn Farmers See Economic, Environmental Gold in Designer Genes," *Chicago Tribune*, Jan. 1991.
Steimel, "New Gun will Custom–Design Corn: Breeding Technique Expected by End of '90s Will Let Crop Grow Without Pesticides or Much Water," 1990.
"Genetic Advance May Transform Corn" *Chicago Tribune*, Apr. 1990.
Looker, "DeKalb Claims Success in Effort to Alter Genetic Makeup of Corn," *The Des Moines Register*, Apr. 1990.
"Two Teams Place Genes into Corn," *The Wall Street Journal*, Apr. 1990.
"Corn Breeders Stalk Perfect Hybrid," *Rockford Register Star*, Aug. 1990.
"Cornell U. Gene Gun Hits Biotech Bullseye," *Agriculture Technology*, p. 13. 1990.
"Genetic Engineering 'Breakthrough' Disputed," *Cedar Rapids Gazette*, Apr. 1990.
Sanford et al., "Attempted Pollen–Mediated Plant Transformation Employing Genomic Donor DNA," *Theor. Appl. Genet.*, 69:571–574, 1985.
Booy et al., "Attempted Pollen–Mediated Transformation of Maize," *J. Plant Physiol.*, 135:319–324, 1989.
Walbot et al., "Molecular Genetics of Corn," *Ag. Mono.*, 18:389–430, 1988.
McDaniel et al., "Cell–Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo," *Planta*, 175:13–22, 1988.
Merck Index, 11th ed., pp. 405–406, Abstract No. 2795. Cennential Ed 1989.
*Aldrich Chemical Company Catalogue*, p. 508, 1988.
Freeling et al., "Developmental Potentials of Maize Tissue Cultures," *Maydica*, 21:97–112, 1976.
Chourey et al., "Callus Formation from Protoplasts of a Maize Cell Culture," *Theor. Appl. Genetics*, 59:341–344, 1981.
Guilley et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," *Cell*, 30:763–773, 1982.
Gritz & Davies, "Plasmid–Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*" *Gene*, 25:179–188, 1983.
de Wet et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli*," *Proc. Natl. Acad. Sci. USA*, 82:7870–7873, 1985.
Kamo et al., "Regeneration of Zea Mays L. from Embryogenic Callus," *Bot. Gaz.*, 146:327–334, 1985.
Richaud et al., "Cromosomal Location and Nucleotide Sequence of the *Escherichia coli dapA* Gene," *J. Bacteriol.*, 166(1):297–300, 1986.
Ampe et al., "The Amino–Acid Sequence of the 2S Sulphur–Rich from Seeds of Brazil nut (*Bertholletia excelsa* H.B.K.)," *Eur. J. Biochem.*, 159:597– 604, 1986.
Fromm et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," *Nature*, 319:791–793, 1986.
Pedersen et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High–Sulfur Zein Protein of $M_r$ 15,000," *J. Biol. Chem.*, 261(14):6279–6284, 1986.
Vasil et al., "Somatic Embryogenesis," *IAPTC Abstracts*, 443, 1986.
Imbrie–Milligan et al., "Microcallus Growth from Maize Protoplasts," *Planta*, 171:58–64, 1987.
Altenbach et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine," *Plant Mol. Biol.*, 8:239–250, 1987.
Cocking et al., "Gene Transfer in Cereals," *Science*, 236:1259–1262, 1987.
Hoffman et al., "Synthesis and Protein Body Deposition of Maize 15kd Zein in Transgenic Tobacco Seeds," *EMBO J.*, 6:3212–3221, 1987.
Jefferson et al., "GUS Fusions: *B–glucuronidase* as a Sensitive and Versatile Gene Fusion Marker in Higher Plants, *EMBO J.*, 6:3901–3907, 1987.
Hoffman et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants," *Plant Molecular Biology*, 11:717–729, 1988.
Kirihara et al., "Isolation and Sequence of a Gene Encoding a Methionine–Rich 10–kDa Zein Protein from Maize," *Gene*, 71:359–370, 1988.
Kirihara et al., "Differential Expression of a Gene for a Methionine–Rich Storage Protein in Maize," *Mol. Gen. Genet.*, 211:477–484, 1988.
Neuffer, "Growing Maize for Genetic Purposes," *Maize for Biological Research, Plant Mol. Biol. Assoc.*, 1988.
Phillips et al., "Cell/Tissue Culture and In Vitro Manipulation," *Corn and Corn Improvement*, Agronomy Monograph No. 18, Agronomy Society of America et al., 3rd ed., Chapter 5, 1988.
Weising et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," *Ann. Rev. of Genetics*, 22:421–477, 1988.
Altenbach et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionin–Rich Protein in Transgenic Plants," *Plant Mol. Biol.*, 13:513–522, 1989.
Benner et al., "Genetic Analysis of Methionine–Rich Storage Protein Accumulation in Maize," *Theor. Appl. Genet.*, 78:761–767, 1989.
Grimsley et al., "DNA Transfer from Agrobacterium to Zea mays or Brassica by Agroinfection is Dependent on Bacte-

rial Virulence Functions," *Molec. Gen. Genet.*, 217:309–316, 1989.

Masumura et al., "cDNA Cloning an mRNA Encoding of a Sulfur–Rich 10 kDa Prolamin Polypeptide in Rice Seeds," *Plant Mol. Biol.*, 12:123–130, 1989.

Rhodes, "Corn: From Protoplasts to Fertile Plants," *Biotechnology*, 7:548, 1989.

Christou et al., "Soybean Genetic Engineering–Commercial Production of Transgenic Plants," *Trends in Biotechnology*, 8:145, 1990.

Okta et al., "Gene Manifestation of Exogenous DNA Applied to Self– Propagating Stigma Jap. J. Breed, 30 (Suppl. 2) pp. 184–185, 1980.

Messing, "Corn Storage Protein: A Molecular Genetic Model," *Division of Energy BioSciences–Summarie of FY 1990 Activities*, Abstract # 135, p. 70, 1990.

Morocz et al., "Two Approaches to Rendering *Zea mays L.* Applicable to Tissue Culture Manipulations," IAPTC Conference Proceedings, Abstract # 209, p. 190, 1990.

"Chipping Away at Old Weed Enemies," *Farm Science Outlook, Prairie Farmer*, 20 Feb., 1990.

Dialog Search Abstract of a Japanese Patent, No. 61,134, 343, 1986.

Brill, "Agricultural Microbiology," *Scientific American*, 199–215, 1981.

U.S. application Ser. No. 07/635,279, filed Dec. 28, 1990.

Waldron et al., "Resistance to Hygromycin B," *Plant Mol. Biol.*, 5:103– 108, 1985.

Phillips and McClure, "Elevated Protein–Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine," *Cereal Chemists*, 62(3):213–218, 1985.

Horn et al., "Transgenic Plants of Orchardgrass (*Dactylis glomerata* L.) from Protoplasts," *Plant Cell Reports*, 7:469–472, 1988.

Lindsey et al., "Electroporation of Cells," *Physiologia Plantarum*, 79: 168–172, 1990.

Patent Family Record for Australian Patent 87 80 893 Published May 1988.

Chasan, "Transforming Maize Transformation," *The Plant Cell*, 4:1463–1464, 1992.

Coe and Neuffer, "The Genetics of Corn" In: *Corn and Corn Improvement*, Chapter 4, p. 138, 1977.

D'Halluin et al., "Transgenic Maize Plants by Tissue Electroporation," *The Plant Cell*, 4:1495–1505, 1992.

Koziel et al., "Field Performance of Elite Transgenic Maize Plants Expressing an Insecticidal Protein Derived from *Bacillus* Bio/Technology vol. 11. pp. 194–200 Feb. 1993.

Levitt, "Growth Regulators" In: *Introduction to Plant Physiology*, The C.V. Mosby Company, Saint Louis, publishers, p. 241, 1969.

Ohta, "High–Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA," *Proc. Natl. Acad. Sci. USA*, 83:715–719, 1986.

Phillips et al., "Cell/Tissue Culture and In Vitro Manipulation" In: *Corn and Corn Improvement*, Third Edition, Sprague and Dudley, eds., No. 18 in the series AGRONOMY, Chapter 5, pp. 345–387, 1988.

Robertson, "Loss of *Mu* Mutator Activity when Active *Mu* Systems are Transferred to Inbred Lines," *Maize Genetics Cooperation New Letter*, vol. 60, p. 10, 1986.

Sass, "Morphology: Development of the Caryopsis" In: *Corn and Corn Improvement*, 2nd Ed., No. 18 in the series AGRONOMY, Chapter 3, p. 98, 1977.

Walters et al., "Transformation and Inheritance of Hygromycin Phosphotransferase Gene in Maize Plants," *Plant Molecular Biology*, 18:189–200, 1992.

Goff et al., "Transactivation of anthocyanin biosynthetic genes following transfer of *B* regulatory genes into maize tissues," *The EMBO Journal*, 9(8):2517–2522, 1990.

Green & Rhodes, "Plant Regeneration in Tissue Cultures of Maize," In: *Maize for Biological Research*, William F. Sheridan, Ed., University of North Dakota, Grand Forks, North Dakota, 1982.

Shen & Hohn, "Amplification and expression of the β–glucuronidase gene in maize plants by vectors based on maize streak virus," *The Plant Journal*, 5(2):227–236, 1994.

Wan & Lemaux, "Generation of Large Numbers of Independently Transformed Fertile Barley Plants," *Plant Physiol.*, 104:37–48, 1994.





FIG.1C



FIG.1D



FIG. 1F



FIG. 1G

FIG. 2A


FIG. 2B


FIG. 6




FIG. 3



FIG. 4



FIG. 5A



FIG. 5B



FIG. 8C



FIG. 8D



FIG. 8E



FIG. 7A



FIG. 7B

U.S. Patent       Feb. 6, 1996       Sheet 8 of 11       5,489,520



FIG. 7D



FIG. 7C

U.S. Patent        Feb. 6, 1996        Sheet 9 of 11        5,489,520



FIG. 8A



FIG. 8B



R0 PLANTS
E10
E11
E2/E5
E3/E4/E6
B73
BMS BAR

FIG. 9

CONTROL
E3/E4/E6
E11
E2/E5
E10
1 COPY
C R0 R0 C R0 R0 C R0 R0 C R0 R0
MW (kb)
9.4
6.6
4.4
2.0
MW (kb)
9.4
6.6
4.4
2.0

FIG. 10



FIG. 11A



FIG. 11B

# PROCESS OF PRODUCING FERTILE TRANSGENIC *ZEA MAYS PLANTS* AND PROGENY COMPRISING A GENE ENCODING PHOSPHINOTHRICIN ACETYL TRANSFERASE

This is a division of application Ser. No. 07/565,844 filed Aug. 9, 1990, which was a continuation-in-part of Ser. No. 07/513,298, filed Apr. 17, 1990, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to reproducible systems for genetically transforming monocotyledonous plants such as maize, to methods of selecting stable genetic transformants from suspensions of transformed cells, and to methods of producing fertile plants from the transformed cells. Exemplary transformation methods include the use of microprojectile bombardment to introduce nucleic acids into cells, and selectable and/or screenable marker systems, for example, genes which confer resistance (e.g., antibiotic, herbicide, etc.), or which contain an otherwise phenotypically observable trait. In other aspects, the invention relates to the production of stably transformed and fertile monocot plants, gametes and offspring from the transgenic plants.

### 2. Description of the Related Art

Ever since the human species emerged from the hunting-gathering phase of its existence, and entered an agricultural phase, a major goal of human ingenuity and invention has been to improve crop yield and to alter and improve the characteristics of plants. In particular, man has sought to alter the characteristics of plants to make them more tasty and/or nutritious, to produce increased crop yield or render plants more adaptable to specific environments.

Up until recent times, crop and plant improvements depended on selective breeding of plants with desirable characteristics. Initial breeding success was probably accidental, resulting from observation of a plant with desirable characteristics, and use of that plant to propagate the next generation. However, because such plants had within them heterogenous genetic complements, it was unlikely that progeny identical to the parent(s) with the desirable traits would emerge. Nonetheless, advances in controlled breeding have resulted from both increasing knowledge of the mechanisms operative in hereditary transmission, and by empirical observations of results of making various parental plant crosses.

Recent advances in molecular biology have dramatically expanded man's ability to manipulate the germplasm of animals and plants. Genes controlling specific phenotypes, for example specific polypeptides that lend antibiotic or herbicide resistance, have been located within certain germplasm and isolated from it. Even more important has been the ability to take the genes which have been isolated from one organism and to introduce them into another organism. This transformation may be accomplished even where the recipient organism is from a different phylum, genus or species from that which donated the gene (heterologous transformation).

Attempts have been made to genetically engineer desired traits into plant genomes by introduction of exogenous genes using genetic engineering techniques. These techniques have been successfully applied in some plant systems, principally in dicotyledonous species. The uptake of new

DNA by recipient plant cells has been accomplished by various means, including Agrobacterium infection (32), polyethylene glycol (PEG)-mediated DNA uptake (25), electroporation of protoplasts (17) and microprojectile bombardment (23). Unfortunately, the introduction of exogenous DNA into monocotyledonous species and subsequent regeneration of transformed plants has proven much more difficult than transformation and regeneration in dicotyledonous plants. Moreover, reports of methods for the transformation of monocotyledons such as maize, and subsequent production of fertile maize plants, have not been forthcoming. Consequently, success has not been achieved in this area and commercial implementation of transformation by production of fertile transgenic plants has not been achieved. This failure has been particularly unfortunate in the case of maize, where there is a particularly great need for methods for improving genetic characteristics.

Problems in the development of genetically transformed monocotyledonous species have arisen in a variety of general areas. For example, there is generally a lack of methods which allow one to introduce nucleic acids into cells and yet permit efficient cell culture and eventual regeneration of fertile plants. Only limited successes have been noted. In rice, for example, DNA transfer has only recently been reported using protoplast electroporation and subsequent regeneration of transgenic plants (41). Furthermore, in maize, transformation using protoplast electroporation has also been reported (see, e.g., 17).

However, recovery of stably transformed plants has not been reproducible. A particularly serious failure is that the few transgenic plants produced in the case of maize have not been fertile (38). While regeneration of fertile corn plants from protoplasts has been reported (37, 39), these reported methods have been limited to the use of non-transformed protoplasts. Moreover, regeneration of plants from protoplasts is a technique which carries its own set of significant drawbacks. Even with vigorous attempts to achieve fertile, transformed maize plants, reports of success in this regard have not been forthcoming.

A transformation technique that circumvents the need to use protoplasts is microprojectile bombardment. Although transient expression of a reporter gene was detected in bombarded tobacco pollen (47), stable transformation by microprojectile bombardment of pollen has not been reported for any plant species. Bombardment of soybean apical meristems with DNA-coated gold particles resulted in chimeric plants containing transgenic sectors. Progeny containing the introduced gene were obtained at a low frequency (27). Bombardment of shoot meristems of immature maize embryos resulted in sectors of tissue expressing a visible marker, anthocyanin, the synthesis of which was triggered by the introduction of a regulatory gene (46). An analysis of cell lineage patterns in maize (28) suggests that germline transformation of maize by such an approach may be difficult.

A second major problem in achieving successful monocot transformation has resulted from the lack of efficient marker gene systems which have been employed to identify stably transformed cells. Marker gene systems are those which allow the selection of, and/or screening for, expression products of DNA. For use as assays for transformed cells, the selectable or screenable products should be those from genetic constructs introduced into the recipient cells. Hence, such marker genes can be used to identify stable transformants.

Of the more commonly used marker gene systems are gene systems which confer resistance to aminoglycosides

such as kanamycin. While kanamycin resistance has been used successfully in both rice (51) and corn protoplast systems (38), it remains a very difficult selective agent to use in monocots due to high endogenous resistance (19). Many monocot species, maize, in particular, possess high endogenous levels of resistance to aminoglycosides. Consequently, this class of compounds cannot be used reproducibly to distinguish transformed from non-transformed tissue. New methods for reproducible selection of or screening for transformed plant cells are therefore needed.

Accordingly, it is clear that improved methods and/or approaches to the genetic transformation of monocotyledonous species would represent a great advance in the art. Furthermore, it would be of particular significance to provide novel approaches to monocot transformation, such as transformation of maize cells, which would allow for the production of stably transformed, fertile corn plants and progeny into which desired exogenous genes have been introduced. Furthermore, the identification of marker gene systems applicable to monocot systems such as maize would provide a useful means for applying such techniques generally. Thus, the development of these and other techniques for the preparation of stable genetically transformed monocots such as maize could potentially revolutionize approaches to monocot breeding.

## SUMMARY OF THE INVENTION

The present invention addresses one or more of the foregoing or other shortcomings in the prior art by providing methods and compositions for the preparation of stably transformed, monocotyledonous cells and subsequent regeneration of fertile, transgenic plants and progeny, particularly maize.

It is therefore a particular object of the present invention to provide techniques that will allow one to prepare transgenic, fertile monocots such as maize which are preferably diploid and which have been stably transformed through the introduction of a desired gene into its genome.

The present invention thus relates generally to methods for the production of transgenic plants. As used herein, the term transgenic plants is intended to refer to plants that have incorporated exogenous genes or DNA sequences, including but not limited to genes or DNA sequences which are perhaps not normally present, genes not normally transcribed and translated ("expressed") in a given cell type, or any other genes of DNA sequences which one desires to introduce into the non-transformed plant, such as genes which may normally be present in the non-transformed plant but which one desires to have altered expression.

Exemplary genes which may be introduced include, for example, DNA sequences or genes from another species, or even genes or sequences which originate with or are present in the same species, but are incorporated into recipient cells by genetic engineering methods rather than classical reproduction or breeding techniques. However, the term exogenous, is also intended to refer to genes which are not normally present in the cell being transformed, or perhaps simply not present in the form, structure, etc., as found in the transforming DNA segment or gene, or genes which are normally present yet which one desires, e.g., to have overexpressed. Thus, the term "exogenous" gene or DNA is intended to refer to any gene or DNA segment that is introduced into a recipient cell, regardless of whether a similar gene may already be present in such a cell.

An initial step in the production of fertile transgenic plants is the obtaining of a DNA composition, e.g., vectors, plasmids, linear DNA fragments, and the like, a component of which is to be delivered to recipient monocotyledonous cells. DNA segments for use in transforming such cells will, of course, generally comprise the gene or genes which one desires to introduce into the cells. These genes can further include structures such as promoters, enhancers, polylinkers, or even regulatory genes as desired.

The construction of vectors which may be employed in practicing the present invention is generally within the skill of the art. (See generally, refs 79, 80). Preferred constructs will generally include a plant promoter such as the CaMV 35S promoter (68), or others such as CaMV 19S (69), nos (70), Adh (71), sucrose synthase (72), those associated with the R gene complex (96), or even tissue specific promoters such as root cell promoters (73) and tissue specific enhancers (74). Constructs will also include the gene of interest along with a 3' end such as that from Tr7 or nos (75), or the like. Regulatory elements such as Adh intron 1 (76), sucrose synthase intron (77) or TMV omega element (78), may further be included where desired.

Certain elements may find utility when incorporated into genomes, even without an associated expressible gene. For example, transposons such as Ac, Ds or Mu are elements which can insert themselves into genes and cause unstable mutations. This instability apparently results from subsequent excision of the element from the mutant locus during plant or seed development. For a review covering the use of transposon elements, see references 56 and 57. These elements, particularly Ac, may be introduced in order to inactivate (or activate) and thereby "tag" a particular trait. Once tagged, the gene with this trait may be cloned, e.g., using the transposon sequence as a PCR primer together with PCR gene cloning techniques (58,59). Once identified, the entire gene(s) for the particular trait, including control or regulatory regions where desired, may be isolated, cloned and manipulated as desired prior to reintroduction.

Another possible element which may be introduced is a matrix attachment region element (MAR), such as the chicken lysozyme A element (61), which can be positioned around an expressible gene of interest to effect an increase in overall expression of the gene and diminish position dependant effects upon incorporation into the plant genome (61, 62).

The generation and use of recipient cells is believed to be an important aspect of the invention. As used herein, the term "recipient cell" is intended to refer to monocot cells that are receptive to transformation and subsequent regeneration into stably transformed, fertile monocot plants. The inventors thus propose that not all cells present in a population of cells subjected to transforming events will be "recipient" to successful transformation and regeneration. However, it is proposed that through the application of the techniques disclosed herein, one will be enabled to obtain populations which contain sufficient numbers of recipient cells to allow for successful stable transformation and regeneration.

Certain techniques are disclosed which may enrich for recipient cells. For example, it is believed that Type II callus development, followed by manual selection and culture of friable, embryogenic tissue, results in an enrichment of recipient cells. Suspension culturing, particularly using the media disclosed in Table I herein, may also improve the ratio of recipient to non-recipient cells in any given population. In fact, it is proposed that media such as MS which has a high ammonia/nitrate ratio is counterproductive to the generation of recipient cells in that it promotes loss of morphogenic

capacity. N6 media on the other hand has a somewhat lower ammonia/nitrate ratio, and contains micronutrients such a molybdenum and manganese, and may promote the generation of recipient cells by maintaining cells in a proembryonic state capable of sustained divisions.

Manual selection of recipient cells, e.g., by selecting embryogenic cells from the surface of a Type II callus, is one means employed by the inventors in an attempt to enrich for recipient cells prior to culturing (whether cultured on solid media or in suspension). The preferred cells may be those located at the surface of a cell cluster, and may further be identifiable by their lack of differentiation, their size and dense cytoplasm. It is proposed that the preferred cells will generally be those cells which are less differentiated, or not yet committed to differentiation. Thus, one may wish to identify and select those cells which are cytoplasmically dense, evacuolated with a high nucleus to cytoplasm ratio (e.g., determined by cytological observations), small size (e.g., 10–20 μm), and capable of sustained divisions and proembryo formation.

It is proposed that other possible means of identifying such cells might be through the use of dyes such as Evan's blue which is excluded by cells with relatively non-permeable membranes (embryogenic cells tend to have relatively non-permeable membranes). In contrast, Evan's blue tends to be taken up by relatively differentiated cells such as rooty cells and snake cells (so-called due to their snake-like appearance).

Other possible means of identifying recipient cells include the use of isozyme markers of embryogenic cells, such as glutamate dehydrogenase, which can be detected by cytochemical stains (81). However, it is believed that the use of isozyme markers such as glutamate dehydrogenase may lead to some degree of false positives from non-embryogenic cells such as rooty cells which nonetheless have a relatively high metabolic activity.

Additionally, the inventors propose that cryopreservation may effect the development of, or perhaps select for, recipient cells. If such a selection occurs upon cryopreservation, it may be due to a selection against highly vacuolated, non-embryogenic cells, which are perhaps somewhat selectively killed during cryopreservation.

The frequency of occurrence of cells receiving DNA is believed to be low. Moreover, it is most likely that not all recipient cells receiving DNA segments will result in a transformed cell wherein the DNA is stably integrated into the plant genome and/or expressed. Some may show only initial and transient gene expression. However, it is proposed that certain cells from virtually any monocot species may be stably transformed through the application of the techniques disclosed herein.

The most preferred monocot will be the cereals such as maize. With respect to maize, the inventors propose that many of the techniques of the invention will be applicable to maize varieties in general, whether inbred, elite inbred or hybrid varieties. It should be pointed out, though, that not all cell lines developed out of a particular variety or cross will necessarily show the same degree of stable transformability. For example, the present invention is exemplified through the use of A188×B73 cell lines developed by standard techniques out of an A188×B73 cross. The lines identified as SC716 and SC82 are examples of cells lines which were developed from an A188×B73 cross as described hereinbelow. However, a number of other cell lines developed from the same cross have not as yet proven to be stably transformable. Thus, stable transformability may not be immediately apparent with some lines even from the same cross. (2 out of about 12 A188×B73 lines have proved to be stably transformable and yield fertile transgenic plants; about 16% of the lines). Thus, where one desires to prepare transformants to a particular cross or variety, it will generally be desirable to develop several cell lines from the particular cross or variety (e.g., 8 to 10), and subject all of the lines so developed to the transformation protocols hereof.

In order to improve the ability to identify transformants, one may desire to employ a selectable or screenable marker gene as, or in addition to, the expressible gene of interest. Marker genes code for phenotypes that allow cells which express the marker gene to be distinguished from cells that do not have the marker. Such genes may encode either a selectable or screenable marker, depending on whether the marker confers a trait which one can select for by chemical means, i.e., through the use of a selective agent (e.g., an herbicide, antibiotic, or the like), or whether it is simply a trait that one can identify through observation or testing (e.g., the R-locus trait). Of course, many examples of suitable marker genes are known to the art and can be employed in the practice of the invention.

Possible selectable markers for use in connection with the present invention include but are not limited to a neo gene (82) which codes for kanamycin resistance and can be selected for using kanamycin, G418, etc.; a bar gene which codes for bialaphos resistance; a mutant EPSP synthase gene (67) which encodes glyphosate resistance; a nitrilase gene which confers resistance to bromoxynil (83); a mutant acetolactate synthase gene (ALS) which confers imidazolinone or sulphonylurea resistance (60); or a methotrexate resistant DHFR gene (95). Where a mutant EPSP synthase gene is employed, additional benefit may be realized through the incorporation of a suitable chloroplast transit peptide (CTP; see ref. 94).

Exemplary screenable markers include a β-glucuronidase or uidA gene (GUS) which encodes an enzyme for which various chromogenic substrates are known; an R-locus gene, which encodes a product that regulates the production of anthocyanin pigments (red color) in plant tissues (59); a β-lactamase gene (98), a gene which encodes an enzyme for which various chromogenic substrates are known (e.g., PADAC, a chromogenic cephalosporin); a luciferase gene (84); a xylE gene (54) which encodes a catechol dioxygenase that can convert chromogenic catechols; an α-amylase gene (85); a tyrosinase gene (55) which encodes an enzyme capable of oxidizing tyrosine to DOPA and dopaquinone which in turn condenses to melanin; an α-galactosidase, which will turn a chromogenic α-galactose substrate.

Included within the terms "selectable or screenable marker genes" are also genes which encode a secretable marker whose secretion can be detected as a means of identifying or selecting for transformed cells. Examples include markers which encode a secretable antigen that can be identified by antibody interaction, or even secretable enzymes which can be detected catalytically. Secretable proteins fall into a number of classes, including small, diffusible proteins detectable, e.g., by ELISA, small active enzymes detectable in extracellular solution (e.g., α-amylase, β-lactamase, phosphinothricin transferase), or proteins which are inserted or trapped in the cell wall (such as proteins which include a leader sequence such as that found in the expression unit of extensin or tobacco PR-S).

Of course, in light of this disclosure, numerous other possible selectable and/or screenable marker genes will be apparent to those of skill in the art. Therefore, the foregoing