# EXHIBIT 47

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - -x

MONSANTO COMPANY and              :   04-305(SLR)

MONSANTO TECHNOLOGY LLC,          :

    Plaintiffs,                   :

  vs.                               :

SYNGENTA SEEDS, INC.,             :

SYNGENTA BIOTECHNOLOGY, INC.,:

ET AL.,                           :

    Defendants.                   :

- - - - - - - - - - - - - - - -x

DEKALB GENETICS CORPORATION,  :

    Plaintiff,                    :   Civil Action Number

  vs.                               :   05-355-SLR

SYNGENTA SEEDS, INC.,             :

SYNGENTA BIOTECHNOLOGY, INC.,:

ET AL.,                           :

    Defendants.                   :

- - - - - - - - - - - - - - - -x

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF

BARRY D. BRUCE

Washington, DC

Friday, December 16, 2005

REPORTED BY: CARMEN SMITH
Job No. 54931

Sunbelt Reporting & Litigation Services
361 882-0763 Corpus    713 667-0763 Houston    214 747-0763 Dallas

475d516b-ace0-4dc8-9dcd-4d2866bce0a5

# RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF BARRY D. BRUCE

## Page 2

1  Restricted Confidential Video Deposition of
2  BARRY D. BRUCE, called for examination pursuant to
3  notice of deposition, on Friday, December 16, 2005,
4  in Washington, DC, at the offices of Finnegan,
5  Henderson, Farabow, Garrett & Dunner, 901 New York
6  Avenue NW, at 9:04 a.m., before CARMEN SMITH, a
7  Notary Public within and for the District of
8  Columbia, when were present on behalf of the
9  respective parties:
10    MELINDA PATTERSON, ESQ.
11    Howrey LLP
12    1111 Louisiana, 25th Floor
13    Houston, Texas 77002-5242
14    713-787-1483
15    On behalf of Plaintiffs
16
17    SANYA SUKDUANG, ESQ.
18    JARED S. COHEN, ESQ.
19    Finnegan Henderson Farabow Garrett & Dunner
20    901 New York Avenue NW
21    Washington, DC 20001-4413
22    202-408-4377
23    On behalf of Defendants
24
25  ALSO PRESENT: JONATHAN PERRY, Videographer

## Page 3

1            PROCEEDINGS
2      (Bruce Exhibit 1 identified.)
3      VIDEO OPERATOR: This is tape number 1 of
4  the videotaped deposition of Barry Douglas Bruce,
09:02:59 5  taken in the matter of Monsanto Company, et al.,
6  versus Syngenta Seeds, Incorporated, et al., Case
7  Number 04-305-SLR, and in the matter of DeKalb
8  Genetics Corporation versus Syngenta Seeds,
9  Incorporated, et al., Case Number 05-355-SLR, in the
09:03:24 10  U.S. District Court for the District of Delaware.
11      Today's date is December 16, 2005. Time
12  on the video screen is currently 9:04:10 a.m.
13      This deposition is being taken at the
14  offices of Finnegan Henderson, 901 New York Avenue
09:03:45 15  Northwest, Washington, D.C.
16      My name is Jonathan Perry. I am the
17  videographer here on behalf of Sunbelt Reporting and
18  Litigation Services. The court reporter is Carmen
19  Smith, also with Sunbelt Reporting and Litigation
09:04:00 20  Services.
21      Will counsel present please introduce
22  themselves and state whom they represent.
23      MS. PATTERSON: Melinda Patterson of
24  Howrey for Monsanto and DeKalb Genetics.
09:04:10 25      MR. SUKDUANG: Sanya Sukduang from

## Page 4

1  Finnegan Henderson representing Syngenta Seeds,
2  Syngenta Biotechnology, Defendants.
3      MR. COHEN: Jared Cohen from Finnegan
4  Henderson, representing Syngenta.
5      Whereupon,
6          BARRY D. BRUCE
7  was called as a witness and, having first been duly
8  sworn, was examined and testified as follows:
9            EXAMINATION
09:04:35 10  BY MS. PATTERSON:
11      Q  Dr. Bruce, could you please state your
12  name and present position for the record.
13      A  My name is Barry Douglas Bruce, and my
14  present employment is with the University of
09:04:52 15  Tennessee in Knoxville, where I am an associate
16  professor of biochemistry, cellular and molecular
17  biology.
18      MR. SUKDUANG: Just as a preliminary
19  matter, we would like to mark this transcript as
09:05:03 20  restricted confidential, subject to the protective
21  order.
22      BY MS. PATTERSON:
23      Q  Dr. Bruce, I have placed before you a
24  document that's been marked as Bruce Exhibit 1.
09:05:20 25  Could you take a look at that and identify it for

## Page 5

1  the record, please?
2      A  This black folder?
3      Q  Yes.
4      A  It says "Deposition Exhibit 1, Bruce." Do
09:05:29 5  you want me to look at everything that's in it?
6      Q  I want you to look at it. It's a copy, I
7  believe, of your expert report. There are circled
8  numbers that have been added by hand in your expert
9  report. Those circled numbers -- for example if you
09:05:50 10  look at page 3 of your report, paragraph 8, there is
11  a circled number that's been added by "the Shah '835
12  patent." Do you see that?
13      A  It looks like a 1, yes.
14      Q  Right. And at tab 1 of your binder, there
09:06:11 15  is the document the Shah patent that corresponds to
16  the circle number 1. So there is a convenient way
17  there for you to locate the documents that you have
18  referenced in your report.
19      And at the back of the binder is a copy of
09:06:28 20  your rebuttal report.
21      A  50? Is that what you're saying?
22      Q  It's marked "rebuttal report," towards the
23  back, not at the very back. And it has been circle
24  numbered with corresponding tabs in the same way.
09:06:59 25      A  And the numbers go forward and backwards,

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 102

```
         1       THE WITNESS: And those oligonucleotide
         2   sequences -- I can't tell you, they vary. Sometimes
         3   an oligonucleotide sequence recognized by a
         4   restriction enzyme is nine bases, sometimes it's
11:44:39 5   four. I don't off the top of my read recall what is
         6   the sequence specificity for the sequence enzyme
         7   Sph1. However, you will always necessitate a change
         8   in the nucleic acid sequence when you're engineering
         9   a restriction site.
11:44:5610       BY MS. PATTERSON:
        11     Q   And basically, my question is very simple.
        12   The fact that the cleavage site of pMON6140 EPSPS
        13   was changed from SER-VAL-ALA-THR-ALA-GLN TO
        14   GLY-GLY-ARG-VAL-SER-CYS does not affect your opinion
11:45:2215   that the CTP in example 19 and 6240 is a chloroplast
        16   transit peptide as you define it; is that correct?
        17     A   It appears to be a construct which has
        18   undergone some molecular biological changes to
        19   enable a process which they call CTP switching to
11:45:4420   occur with some facility.
        21     Q   Okay. And that would still -- that
        22   construct that's in pMON6242 would still include
        23   what you would call a chloroplast transit peptide;
        24   is that correct?
11:45:5625       MR. SUKDUANG: Asked and answered.
```

Page 103

```
         1       THE WITNESS: Yeah, I believe it -- and
         2   they refer to it as well. They call that the EPSPS
         3   CTP.
         4       BY MS. PATTERSON:
11:46:07 5     Q   Right. And that's an EPSPS that doesn't
         6   have the EPSPS cleavage site in it; correct?
         7       MR. SUKDUANG: Objection; vague.
         8       THE WITNESS: I'm -- like I said, I --
         9   they have put this together, they have done a simple
11:46:2710   assay, they have shown that the protein is cleaved.
        11   They don't know if it's cleaved correctly. They
        12   don't know where it's cleaved.
        13       I'm not sure -- I can't read the sequences
        14   and in construct of what's there know if they're
11:46:4915   cleaved the same way. I'm not sure if it's cleaving
        16   in the -- it's just they're saying that the import
        17   assays -- said that it's transported, so the way
        18   they do that is they digest the chloroplast with an
        19   enzyme, they look for it to see if it's in the
11:47:0120   stroma, and then they found on STS page it had a
        21   smaller molecular weight.
        22       It may have cleaved similar to the EPSPS
        23   construct or it may have cleaved similar to the
        24   RUBISCO. You know, it's just that there was --
11:47:1925   there is an undisclosed cleavage process or cleavage
```

Page 104

```
         1   event.
         2       BY MS. PATTERSON:
         3     Q   Okay. But the CTP that's being referred
         4   to there in the last sentence of the patent, it
11:47:32 5   says, "the EPSPS CTP." It is your -- you're not
         6   saying that the mere fact that that EPSPS CTP had
         7   some changes in the region of the cleavage site
         8   disqualifies that construct from being a CTP,
         9   assuming that it functioned correctly?
11:47:5810       MR. SUKDUANG: Objection; asked and
        11   answered.
        12       THE WITNESS: Again, I -- I read this and
        13   I read their very clear sentence that describes this
        14   as the change that they introduced, the change
11:48:1215   introduced as an "in-frame Sph1 site which allows
        16   CTP switching between small subunit RUBISCO and
        17   EPSPS. They do something within the best that they
        18   could do at this time or with the time they had
        19   available to them to show that this new -- this CTP
11:48:3020   that they put in with this little molecular
        21   biological trick of adding a new restriction enzyme
        22   functioned.
        23       BY MS. PATTERSON:
        24     Q   Okay. And so it still meets your
11:48:4225   definition of a CTP, right, even though it's not
```

Page 105

```
         1   nature-identical to the CTP that is in the petunia
         2   gene?
         3     A   Okay. I -- I've been clear throughout
         4   that when subtle changes are made that are basically
11:49:00 5   there for molecular biological purposes to engineer
         6   a linker or restriction site, that that change does
         7   not necessarily need to be denoted, that that's what
         8   they did, is they changed this to add an Sph1 site.
         9   That Sph1 site, I haven't studied the sequence, but
11:49:2310   it changed the amino acids. Those amino acids I
        11   guess are reflected by what they put down here,
        12   gly-gly-arg-val-ser-cys.
        13       That engineering step, as they call it,
        14   that -- it was engineered, by my read, to introduce
11:49:4115   kind of a tool, a CTP switching. It's to facilitate
        16   that concept of switching CTPs.
        17       I'm not sure what they're going to do with
        18   that, but now they have made -- they made sort of a
        19   cassette. They can have things swapped in.
11:49:5720     Q   Okay. And your -- my only -- it's really
        21   a simple question, very short, is it's still a CTP,
        22   even though the amino acid around the cleavage site
        23   of the petunia has changed; correct?
        24     A   No evidence --
11:50:0925       MR. SUKDUANG: Object. Objection; asked
```

27 (Pages 102 to 105)

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 106

```
 1  and answered.
 2      THE WITNESS: There's -- it appears to
 3  have been changed by the introduction of this site.
 4  There was no explanation of what the consequence of
 5  that change was. They did an experiment. It still
 6  appeared to have targeting and import process. They
 7  don't carefully ask where the cleavage site -- or
 8  they don't carefully show where the cleavage site
 9  is.
10      But they're concluding that that's still,
11  to their terminology, the EPSPS CTP. And since no
12  information has shown to change that, I would agree.
13      BY MS. PATTERSON:
14      Q  Okay. Now, you also say that the Shah
15  patent is entitled only to its July 7, 1986 filing
16  date. And my question to you is, is the basis for
17  your opinion that the Shah patent is only entitled
18  to its July 7, 1986 filing date -- let me ask this a
19  different way.
20      A  Can you tell me what paragraph in my
21  report you're referring to?
22      Q  Yeah. 39. And you say there that it is
23  your opinion that "the '390 and '482 applications
24  demonstrate that the inventors were not" "in
25  possession of heterologous CTP/EPSPS fusion
```

Page 107

```
 1  polypeptides as of the filing" date of this
 2  application." Do you see that?
 3      A  I see that.
 4      Q  Okay. Now, if, in fact, the Court holds
 5  that the CTP/EPSPS fusion term does encompass
 6  naturally occurring fusions between the CTP of a
 7  particular gene with the EPSPS mature portion with
 8  which it occurs in nature, would you agree that the
 9  inventors were in possession of that subject matter
10  as of the earliest filing date?
11      A  I mean, it's -- let me get this straight.
12  You're putting a hypothetical -- you're saying if
13  somebody somewhere goes --
14      Q  The Court.
15      A  The Court, I don't know, who -- when is
16  this going to happen?
17      Q  Within the next two or three months, I
18  suppose.
19      A  So if --
20      Q  So if --
21      A  If this court does not understand,
22  appreciate or accept my heterologous CTP/EPSPS
23  fusion polypeptide criteria that I have put forward,
24  that these be heterologous, in other words the CTP
25  comes from something other than that, okay, so now
```

Page 108

```
 1  they're going to rule in the idea that basically,
 2  any precursor in nature is a fusion polypeptide? Is
 3  that what they're going to have to say?
 4      Q  Well, they're going to say, yes, that the
 5  fusion polypeptide term in this patent, as it's
 6  defined and construed, can include the naturally
 7  occurring fusion between the CTP of, say, petunia
 8  with the EPSPS gene of petunia. Let's assume the
 9  Court makes that determination, which that is the
10  function of the Court, to construe the claims.
11      A  Okay.
12      Q  So let's assume that the Court construes
13  the claims that way. And would you then agree that
14  the inventors were in possession of the subject
15  matter of the claims as of the earliest filing date?
16      A  Again, I -- with all those hypotheticals,
17  I'm a bit uncomfortable going back. But it was
18  clear that these earlier filings did not have the
19  construct which was disclosed in example 8 at this
20  point.
21      Q  Right.
22      A  So they didn't have anything that fits my
23  definition. I believe they had maybe cloned the
24  petunia EPSPS gene and that was, I believe -- do I
25  have that, those earlier -- is that in here?
```

Page 109

```
 1      Q  What do you need?
 2      A  The '482 application.
 3      Q  I have a copy of it if you need it.
 4      A  I think I can recall it, but again, I'm
 5  not comfortable recalling --
 6      Q  My question is really simple, and that is
 7  if the Court determines that fusion encompasses
 8  homologous fusions of, say, the petunia EPSPS with
 9  the petunia CTP, would you still have an opinion
10  that the Shah patent is entitled only to its July 7,
11  1986 filing date?
12      A  That's -- it's such a hypothetical, I'd
13  really prefer to revisit these two earlier filings
14  and look at them with that new ruling to come up
15  with my opinion.
16      Q  Okay. But -- so can I give you the two
17  earlier filings?
18      A  Well, I mean, I don't know that I want to
19  read the whole things today. My recollection is
20  that they do disclose a petunia EPSPS precursor
21  protein.
22      Q  Okay. And so my question is really
23  simple. Is your determination that the Shah patent
24  is entitled only to its July 7, 1986 filing date
25  based upon, in part, the definition that you have
```

28 (Pages 106 to 109)

RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF
BARRY D. BRUCE

Page 282

1 part that I described is translated by the ribosome
2 to generate a series of amino acids known as a
3 polypeptide or protein.
4     BY MS. PATTERSON:
17:05:06 5     Q   And would the transit peptide -- the
6 portion of the gene encoding the transit peptide be
7 part of the coding sequence?
8     MR. SUKDUANG: Objection, in the sense
9 it's beyond Dr. Bruce's expert report.
17:05:25 10     THE WITNESS: Again, by putting in that
11 qualification of coding sequence, it is referring to
12 the DNA region of the chimeric plant gene, which is
13 through the process of transcription and translation
14 encoding a chloroplast transit peptide/EPSPS PS
17:05:55 15 fusion polypeptide.
16     BY MS. PATTERSON:
17     Q   Now, it says here that the promoter is
18 heterologous with respect to the coding sequence.
19 Do you see that?
17:06:01 20     A   Underneath, the promoter being
21 heterologous with respect to the coding sequence.
22     Q   Okay. If, in fact, your definition of
23 fusion is correct, is there any situation that you
24 can think of where the promoter would not be
17:06:34 25 heterologous with respect to the coding sequence?

Page 283

1     A   I think in this reading, the promoter is
2 heterologous to one part, say the CTP, and it's also
3 heterologous to the EPSPS. It's heterologous to
4 both. It's possibly a foreign -- something like
17:06:58 5 35S.
6     But, you know, to say it's going to be
7 heterologous in every instance to at least one of
8 them, and it can be heterologous to both.
9     Q   Right. So if, in fact, this claim reads
17:07:15 10 on only a fusion polypeptide that is based from a
11 heterologous construct, the requirement that the
12 promoter be heterologous with respect to the coding
13 sequence is, in a sense, redundant; isn't that
14 correct?
17:07:35 15     A   Again, I think that they're trying to be
16 clear here to describe that the promoter is
17 heterologous with respect to both pieces of the
18 coding sequence.
19     MS. PATTERSON: Okay. Do you want to take
17:08:01 20 a break?
21     THE WITNESS: How many minutes do we have?
22     VIDEO OPERATOR: The time is 5:08. We're
23 going off the record.
24     (Recess.)
17:12:02 25     VIDEO OPERATOR: The time is 5:12. We're

Page 284

1 back on the record.
2     BY MS. PATTERSON:
3     Q   Let me ask you to look at your report on
4 page 9 at heading C.
17:12:16 5     A   My report or rebuttal report?
6     Q   Your rebuttal report.
7     A   Paragraph which?
8     Q   C. Page 9, heading C.
9     A   Okay.
17:12:45 10     Q   There you say, "the OTP functions in a
11 substantially different way than the CTP in the '835
12 patent." What CTP in the '835 patent are you
13 referring to there?
14     A   That would be the CTP that's put forward
17:13:19 15 in the CTP/EPSPS fusion polypeptide.
16     Q   And what CTP is that?
17     MR. SUKDUANG: Objection; vague.
18     MS. PATTERSON: Well, it's his --
19     BY MS. PATTERSON:
17:13:35 20     Q   You say "the OTP functions in a
21 substantially different way than the CTP in the '835
22 patent." And I'm asking you to identify what CTP in
23 the '835 patent that you are opining about in
24 heading C.
17:13:52 25     A   So that would be the petunia EPSPS CTP.

Page 285

1     Q   The petunia EPSPS CTP.
2     A   Uh-huh.
3     Q   And where in the discussion under heading
4 C have you provided any information that would show
17:14:33 5 that the OTP functions differently than the petunia
6 EPSPS CTP?
7     A   So what I've discussed here is that
8 Keegstra is proposing that the OTP is equivalent to
9 a -- to the naturally occurring CTP of claim 1. And
17:15:05 10 I am basing my conclusion that this much larger
11 construct, which has these multiple elements and
12 which, when tested in a pairwise fashion, done in
13 LeBrun, gave increased resistance and was in part a
14 different physical chemical construct. It had a CTP
17:15:31 15 from one organism, which was -- had all of the amino
16 acids that came with that. It had a mature domain
17 from a separate source, the maize mature small
18 subunit 22 amino acids, followed by the maize small
19 subunit CTP.
17:15:58 20     Now, you add all these things up, they're
21 substantially longer, they have been tested to show
22 that they function better as a whole.
23     Q   Well, that's what I want to get at.
24     MR. SUKDUANG: Ms. Patterson.
17:16:13 25     BY MS. PATTERSON:

72 (Pages 282 to 285)