EXHIBIT 14

PATENT APPLICATION SERIAL NO. 879814

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

P 30050   07/07/86   879814        13-4125   030   101        340.00CH
P 30051   07/07/86   879814        13-4125   030   102        408.00CH
P 30052   07/07/86   879814        13-4125   030   103        144.00CH

R 30205   07/28/87   879814        13-4125   020   102         68.00CH

RW10146   09/10/86   879814        13-4125   010   102         34.00CR

0005202

'9814

07-21(381)A

-1-

## GLYPHOSATE-RESISTANT PLANTS

This application is a Continuation-in-Part of application, serial number 792,390 filed October 29, 1985, *now Abandoned*, which, in turn, is a Continuation-in-Part of application, serial number 763,482, filed August 7, 1985, *now Abandoned*.

## BACKGROUND OF THE INVENTION

The present invention relates to the fields of genetic engineering, biochemistry, and plant biology.

N-phosphonomethylglycine has the following structure:

$$HO - \overset{O}{\overset{\|}{C}} - CH_2 - \overset{H}{\underset{|}{N}} - CH_2 - \overset{O}{\overset{\|}{P}} \overset{OH}{\underset{OH}{<}}$$

This molecule is an acid, which can dissociate in aqueous solution to form phytotoxicant anions. Several anionic forms are known. As used herein, the name "glyphosate" refers to the acid and its anions. A mixture containing glyphosate as the active ingredient, formulated as its isopropylamine salt, is sold as a herbicide by Monsanto Company under the trademark ROUNDUP®. Numerous other salts also have herbicidal properties, as exemplified by U.S. Patent No. 3,799,758 (Franz 1974) and various other patents. Compositions comprising N-phosphonomethylglycine and salt-forming cations which increase the solubility of the N-phosphonomethylglycine in water are preferred.

Those skilled in the art recognize that the scientific literature contains numerous papers suggesting several modes of action for inhibition of plant growth by glyphosate. One proposed mode suggests that glyphosate inhibits an enzyme called 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS);

-2-                07-21(381)A

see, e.g., Amrhein 1980, Steinrucken 1980, Mousdale
1984, and Rubin 1982 (note: a complete list of
references is contained below, after the Examples).
The EPSPS enzyme reportedly catalyzes the conversion

5   of shikimate-3-phosphate into 5-enolpyruvyl-shikimate-
3-phosphate, an intermediate in the biochemical
pathway for creating three essential aromatic amino
acids (tyrosine, phenylalanine, and tryptophan); see,
e.g., Mousdale 1984.  Rogers 1983 reports that

10  overproduction of EPSPS in E. coli contributes to
glyphosate resistance in those cells.

        At least one researcher has attempted to
create glyphosate-resistant bacterial cells by
manipulating a bacterial gene which encodes an EPSPS

15  enzyme.  As described in U.S. Patent 4,535,060
(Comai; assigned to Calgene, Inc.; filing date January
5, 1983) and in Comai 1983, a culture of Salmonella
bacteria was contacted with a mutagen (ethyl
methanesulfonate).  The bacteria were screened for

20  glyphosate resistance, and a relatively resistant
culture was selected.  This culture was analyzed,
and determined to have a mutant form of EPSPS with
a substituted amino acid, as reported in Stalker
1985.  U. S. Patent 4,535,060 suggested that the

25  mutant EPSPS gene could be inserted into plant cells
to create glyphosate-resistant (Gly$^R$) plant cells.
In addition, it has been reported that glyphosate
tolerant plant cells can be selected which overproduce
EPSPS in the presence of low levels of glyphosate

30  (Nafziger et al, 1984 and Smart et al, 1985).  How-
ever, none of the experiments have demonstrated that
such a method would be efficacious in differentiated
plants.

         After the filing date of U. S. Patent 4,535,060,
methods and vectors were described which could be used
to insert foreign genes into plant cells (see, e.g.,
Fraley 1983, Herrera-Estrella 1983, Bevan 1983, and
5    PCT applications WO 84/02919 and 02920).  In PCT
application WO 84/02913, methods were also described
for creating chimeric genes having bacterial EPSPS
coding sequences controlled by regulatory sequences
derived from genes which are active in plant cells.
10   Using these vectors and methodology, bacterial genes
such as the mutant <u>Salmonella</u> EPSPS gene mentioned
above can be manipulated and expressed in plant cells.
         The object of this invention is to provide
a method of genetically transforming plant cells
15   which causes the cells and plants regenerated
therefrom to become resistant to glyphosate and the
herbicidal salts thereof.

## SUMMARY OF THE INVENTION

         This invention involves a cloning or
20   expression vector comprising a gene which encodes
5-enolpyruvylshikimate-3-phosphate synthase (EPSPS)
polypeptide which, when expressed in a plant cell
contains a chloroplast transit peptide which allows
the polypeptide, or an enzymatically active portion
25   thereof, to be transported from the cytoplasm of the
plant cell into a chloroplast in the plant cell, and
confers a substantial degree of glyphosate resistance
upon the plant cell and plants regenerated therefrom.
         The EPSPS coding sequence may be ligated to
30   a strong promoter, such as the 35S promoter from
cauliflower mosaic virus, to create a chimeric gene.
Such genes can be inserted into plant transformation

-4-          07-21(381)A

vectors, and subsequently introduced into plant cells. Plant cells transformed using such genes and plants regenerated therefrom have been shown to exhibit a substantial degree of glyphosate resistance.

5          BRIEF DESCRIPTION OF THE DRAWINGS

FIGURE 1 depicts the major steps used in one preferred embodiment of this invention.

FIGURE 2 depicts the creation of plasmid pMON546, a plant transformation vector which contains a chimeric CaMV/EPSPS gene. It also depicts the structure of pGV3111-SE, a disarmed Ti plasmid with vir genes which help insert the CaMV/EPSPS gene from pMON546 into plant chromosomes.

15          FIGURE 3 indicates the DNA sequence and the amino acid sequence of the chloroplast transit peptide from the petunia EPSPS gene and enzyme.

FIGURES 4a and 4b shows the nucleotide, amino acid sequence and restriction map for the full-length cDNA of petunia EPSPS.

20          FIGURE 5 shows the plasmid map for pMON316.

FIGURE 6 shows the restriction maps for the EPSPS gene of Petunia and Arabidopsis.

FIGURE 7 shows the plasmid map for pMON9721.

DETAILED DESCRIPTION OF THE INVENTION

25          The present invention embraces a cloning or expression vector which contains a gene which encodes a form of EPSPS which can effectively confer glypho-sate resistance ($Gly^R$) on plant cells and plants re-generated therefrom. The EPSPS gene encodes a poly-peptide which contains a chloroplast transit peptide (CTP), which enables the EPSPS polypeptide (or an active portion thereof) to be transported into a chloro-plast inside the plant cell. Suitable plants for the practice of the present invention include, but are

0005207

-5-                    07-21(381)A

not limited to, soybean, cotton, alfalfa, canola,
flax, tomato, sugar beet, sunflower, potato,
tobacco, corn, wheat, rice and lettuce.

5          Those skilled in the art recognize that the
scientific literature contains numerous papers stating
that EPSPS activity (shikimic acid pathway) is present
both in the chloroplast and in the cytoplasm.  Indeed,
prior to the present invention it was unknown whether
the cloned EPSPS would be needed in the cytoplasm or
10    chloroplasts in order to confer glyphosate resistance.
Contrary to the teaching of U.S. Patent 4,535,060 it
has now been found that the EPSPS gene should contain a
chloroplast transit peptide.  While chloroplasts contain
DNA which is believed to be expressed in polypeptides
15    within the chloroplasts, the EPSPS polypeptide is en-
coded by chromosomal DNA rather than chloroplast DNA.
The EPSPS gene is transcribed into mRNA in the nucleus
and the mRNA is translated into a precusor polypeptide
(CTP/mature EPSPS) in the cytoplasm.  The precusor
20    polypeptide (or a portion thereof) is transported into
the chloroplast.

          Promoters which are known or found to cause
transcription of the EPSPS gene in plant cells can be
used in the present invention.  Such promoters may be
25    obtained from plants or viruses and include, but are
not necessarily limited to, the 35S and 19S promoters
of cauliflower mosaic virus and promoters isolated
from plant genes such as EPSPS, ssRUBISCO genes and
promoters obtained from T-DNA genes of Agrobacterium
30    tumefaciens such as nopaline and mannopine synthases.
The particular promoter selected should be capable of
causing sufficient expression to result in the

0005208

-6-                    07-21(381)A

production of an effective amount of EPSPS polypeptide
to render the plant cells and plants regenerated
therefrom substantially resistant to glyphosate.
Those skilled in the art will recognize that the
5      amount of EPSPS polypeptide needed to induce
resistance may vary with the type of plant.  The
degree of expression needed may vary with the
EPSPS coding sequence used.  A mutant EPSPS may
require lower expression than a less-tolerant
10     wild-type EPSPS sequence.

         The CaMV 35S promoter is stronger than the
natural EPSPS promoter in at least some types of
plants, i.e. it causes the formation of larger
quantities of mRNA from chimeric genes compared to
15     the natural EPSPS promoter.  The high strength of the
chimeric CaMV 35S/EPSPS gene is of great value in using
the EPSPS gene as a selectable marker in the labor-
atory.  However, when a chimeric gene is used to
transform regenerated plants for food production, the
20     level of production of EPSPS enzyme may be undesirably
high, since it diverts nucleotides, amino acids, and
substrates away from other desired biochemical path-
ways in the cells.  Therefore, to create a chimeric
gene with the optimal level of expression of EPSPS
25     it may be desirable to diminish the strength of the
chimeric CaMV 35S/EPSPS gene.  This can be done by
various methods such as (1) random or site-specific
mutagenesis of the region prior to the transcription
start site; (2) insertion of a transcription termin-
30     ator in the 5' non-translated region of the gene; (3)
insertion of a spurious start codon in front of the
EPSPS start codon; or (4) insertion of a coding
sequence with a start codon and a stop codon in front
of the EPSPS start codon, to create a dicistronic
35     coding sequence.

-7-          07-21(381)A

The promoters used in the EPSPS genes of this
invention may be further modified if desired to alter
their expression characteristics.  For example, the
CaMV 35S promoter may be ligated to the portion of
5    the ssRUBISCO gene which represses the expression of
ssRUBISCO in the absence of light, to create a promoter
which is active in leaves but not in roots.  The re-
sulting chimeric promoter may be used as described
herein.  As used herein, the phrase "CaMV 35S" promoter
10   includes variations of CaMV 35S promoter, e.g., promoters
derived by means of ligation with operator regions,
random or controlled mutagenesis, etc.
     The RNA produced by the EPSPS gene also
contains a 5' non-translated leader sequence.  This
15   sequence may be derived from any gene and may be
specifically modified so as to increase translation
of the mRNA.  The 5' non-translated regions may be
derived from viral RNAs, other suitable eukaryotic
genes or a synthetic gene sequence.  It may be part
20   of the 5' end of the non-translated region of the
coding sequence for the EPSPS polypeptide or de-
rived from an unrelated promoter or coding sequence
as discussed above.
     The EPSPS gene of the present invention
25   encodes an CTP/EPSPS fusion polypeptide.  After the
CTP/EPSPS polypeptide from a gene of this invention
is translated from mRNA in the cytoplasm of the
transformed plant cell, it is believed to be processed
in the same manner as the natural EPSPS polypeptide.
30   The CTP leader sequence causes the polypeptide to be
imported into chloroplasts, and the CTP leader sequence
encoded by the plant-derived EPSPS gene is believed to
be removed from the remainder of the polypeptide so that

0005210

-8-                07-21(381)A

an active portion of the EPSPS polypeptide exists and
functions inside the chloroplast.

Suitable CTP's for use in the present inven-
tion may be obtained from various sources. Most
5  preferably, the CTP is obtained from the endogenous
EPSPS gene of the subject plant to the transformed.
Alternately, one may often use a CTP from an EPSPS
gene of another plant. Although there is little
homology between the CTP sequences of the EPSPS
10  gene and the ssRUBISCO gene (see, e.g., Broglie.
(1983), one may find that non-homologous CTPs may
function in particular embodiments. Suitable
CTP sequences for use in the present invention
can be easily determined by assaying the
15  chloroplast uptake of an EPSPS polypeptide
comprising the CTP of interest as described in
Example 18 hereinafter.

The sequence encoding a EPSPS polypeptide can
be obtained from numerous sources. Suitable sources
20  include bacteria, fungi and plants. EPSPS coding
sequences from other sources can be obtained using
the full-length petunia cDNA (see Figure 4) or a
suitable fragment thereof as a hybridization probe
as described in Examples 1 and 14-17.

25  All peptide structures represented in the
following description are shown in conventional format
wherein the amino group at the N-terminus appears to
the left and the carboxyl group at the C-terminus at
the right. Likewise, amino acid nomenclature for the
30  naturally occurring amino acids found in protein is
as follows: alanine (Ala;A), asparagine (Asn;N),
aspartic acid (Asp;D), arginine (Arg;R), cysteine
(Cys;C), glutamic acid (Glu;E), glutamine (Gln;Q),
glycine (Gly;G), histidine (His;H), isoleucine
35  (Ile;I), leucine (Leu;L), lysine (Lys;K),

methionine (Met;M), phenylalanine (Phe;F), proline
(Pro;P), serine (Ser;S), threonine (Thr;T),
tryptophan (Trp;W), tyrosine (Tyr;Y), and valine
(Val;V).

5          Those skilled in the art will recognize
that mutant and variant forms of EPSPS may be made by
a variety of processes.  For example, cloning or
expression vectors may be mutagenized to alter one or
more amino acid residues in a EPSPS protein.  This may
10    be done on a random basis (e.g., by subjecting the host
cells to mutagenic agents such as X-rays, ultra-violet
light, or various chemicals), or by means involving an
exact predicted substitution of bases in a DNA sequence.
Alternately, one may select for a microbial source such
15    as bacteria and fungi or a plant source having a mutant
EPSPS exhibiting increased resistance to glyphosate.

          The 3' non-translated region contains a poly-
adenylation signal which functions in plants to cause
the addition of polyadenylate nucleotides to the 3' end
20    of the EPSPS mRNA. In cases where the EPSPS sequence is
derived from a plant source one can use the 3' non-
translated region naturally associated with the
particular EPSPS gene.  Examples of other suitable 3'
regions are the 3' transcribed, non-translated regions
25    containing the polyadenylation signal of the nopaline
synthase (NOS) gene of the _Agrobacterium_ tumor-inducing
(Ti) plasmid or the conglycinin (7S) storage protein
gene.

          The EPSPS gene of the present invention is
30    inserted into the genome of a plant by any suitable
method.  Suitable plant transformation vectors include
those derived from a Ti plasmid of _Agrobacterium_
_tumefaciens_ as well as those described in, e.g. Herrera-
Estrella 1983, Bevan 1983, Klee 1985 and EPO publication
35    120,516 (Schilperoort et al.).  In addition to plant

-10-          07-21(381)A

transformation vectors derived from the Ti or root-
inducing (Ri) plasmids of <u>Agrobacterium</u>, alternative
methods can be used to insert the EPSPS genes of
this invention into plant cells.  Such methods may
5    involve, for example, liposomes, electroporation,
chemicals which increase free DNA uptake, and the use
of viruses or pollen as vectors.  If desired, more
than one EPSPS gene may be inserted into the chromosomes
of a plant, by methods such as repeating the trans-
10   formation and selection cycle more than once.

EPSPS genes which encode an enzyme with a
functional chloroplast transit peptide (which is
preferably removed from the mature EPSPS polypep-
tide) also provide useful selectable marker genes for
15   plant cell transformation, when transformed and
untransformed cells are contacted with appropriate
concentrations of glyphosate (which can be routinely
determined for any type of plant).  The conferrable
trait of glyphosate resistance may be particularly
20   useful with certain types of plants (such as alfalfa,
soybean, and other legumes) which do not exhibit clear
selectability using other selectable marker genes
(such as kanamycin, methotrexate, or hygromycin
resistance genes).

25       In addition, glyphosate-resistant plant
cells that have been transformed with EPSPS genes can
be regenerated into differentiated plants using
standard nutrient media supplemented with selected
shoot-inducing or root-inducing hormones, using
30   methods described in PCT WO84/02920 or other methods
known to those skilled in the art.

As used herein, a EPSPS gene "confers a sub-
stantial degree of glyphosate resistance upon a plant

0005213

-11-            07-21(381)A

cell" if it allows a selectable fraction of a culture
of transformed plant cells to survive a concentration
of glyphosate which kills essentially all untransformed
cells from the same type of plant under the same
5  conditions.

As used herein, a "cloning or expression
vector" refers to a DNA or RNA molecule that is
capable of replicating in one or more types of
microbial cells.  Vectors include plasmids, cosmids,
10  viral DNA or RNA, minichromosomes, etc.

As used herein, "replicated from" includes
indirect replication (e. g., replication of inter-
mediate vectors), as well as replication directly from
plant DNA or mRNA.  It also includes DNA that is
15  synthesized (e. g., by the method of Adams 1983) using
a sequence of bases that is published or determined
experimentally.

The following examples further demonstrate
several preferred embodiments of this invention.
20  Those skilled in the art will recognize numerous
equivalents to the specific embodiments described
herein.  Such equivalents are intended to be within
the scope of the claims.

## EXAMPLES

### EXAMPLE 1: CREATION OF EPSPS VECTORS

#### A. Creation of MP4-G Cell Line

The starting cell line, designated as the MP4 line, was derived from a Mitchell diploid petunia (see, e.g., Ausubel 1980). The MP4 cells were suspended in Murashige and Skoog (MS) culture media, (GIBCO, Grand Island, N. Y.) All transfer involved the transfer of 10 ml of suspension culture into 50 ml of fresh media. Cultivation periods until the next transfer ranged from 10 to 14 days, and were based on visual indications that the culture was approaching saturation.

Approximately 10 ml of saturated suspension culture (containing about $5x10^6$ cells were transferred into 50 ml of MS media containing 0.5 mM glyphosate (Monsanto Agric. Products Co., St. Louis, Missouri). The sodium salt of glyphosate was used throughout the experiments described herein. The large majority of cells were unable to reproduce in the presence of the glyphosate. The cells which survived (estimated to be less than 1% of the starting population) were cultured in 0.5 mM glyphosate and transferred to fresh media containing glyphosate every 10 to 14 days.

After two transfers, the surviving cells were transferred into fresh media containing 1.0 mM glyphosate. After two transfers at 1.0 mM, the surviving cells were transferred sequentially into 2.5 mM glyphosate, 5.0 mM glyphosate, and 10 mM glyphosate.

-13-                07-21(381)A

The MP4-G cells were subsequently shown (by
a Southern blot) to have about 15-20 copies of the
EPSPS gene, due to a genetic process called "gene
amplification" (see, e.g., Schimke 1982).  Although
5    spontaneous mutations might have occurred during the
replication of any cell, there is no indication that
any mutation or other modification of the EPSPS gene
occurred during the gene amplification process.  The
only known difference between the MP4 and the MP4-G
10   cells is that the MP4-G cells contain multiple copies
of an EPSPS gene and possibly other genes located near
it on the chromosomes of the cells.

B. Purification and Sequencing of EPSPS Enzyme

Petunia cells from the MP4-G cell line
15   were harvested by vacuum filtration, frozen under
liquid $N_2$, and ground to a powder in a Waring blender.
The powder was suspended into 0.2 M tris-HCl, pH 7.8,
containing 1 mM EDTA and 7.5% w/v polyvinyl-poly-
pyrrolidone.  The suspension was centrifuged at about
20   20,000 G for 10 min to remove cell debris. Nucleic
acids were precipitated from the supernatant by addition
of 0.1 volume of 1.4% protamine sulfate and discarded.

The crude protein suspension was purified
by five sequential steps (see Mousdale 1984 and
25   Steinrucken 1985) which involved:  (1)  ammonium
sulfate precipitation; (2) diethylaminoethyl cellulose
ion exchange chromatography; (3) hydroxyapatite
chromatography; (4) sizing on a phenylagarose gel; and
(5) sizing on a Sephacryl S-200 gel.

30   The purified EPSPS polypeptide was degraded
into a series of individual amino acids by Edman
degradation by a Model 470A Protein Sequencer (Applied
Biosystems Inc., Foster City, CA), using the methods
described in Hunkapiller 1983a.  Each amino acid

0005216

-14-          07-21(381)A

derivative was analyzed by reverse phase high perfor-
mance liquid chromatography, as described by Hunka-
piller 1983b, using a cyanopropyl column with over
22,000 theoretical plates (IBM Instruments, Walling-
5     ford CT). A partial amino acid sequence for petunia
EPSPS is shown in Table 1.

-15-                07-21(381)A

TABLE 1

PETUNIA EPSPS SEQUENCES

|  | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|
| Amino acid: | Gln | Pro | Ile | Lys | Glu | Ile |
| mRNA strand: | 5'-CAP | CCN | AUU | GAP | CAP | AUU |
|  |  |  | C |  |  | C |
|  |  |  | A |  |  | A |
| Complementary |  |  |  |  |  |  |
| DNA strand: | 3'-GTQ | GGN | TAA | TTQ | CTQ | TAA |
|  |  |  | G |  |  | G |
|  |  |  | U |  |  | U |
| Synthetic DNA Probes: |  |  |  |  |  |  |
| EPSP1: | 3'-GTQ | GGP | TAP | TTQ | CTQ | TA |
| EPSP2: | 3'-GTQ | GGQ | TAP | TTQ | CTQ | TA |
| EPSP3: | 3'-GTQ | GGN | TAT | TTQ | CTQ | TA |
| Exact mRNA Sequence: |  |  |  |  |  |  |
|  | 5'-CAA | CCC | AUU | AAA | GAG | AUU |

## C. Synthesis of Probes

Using the genetic code, the amino acid
sequence indicated in Table 1 was used to determine
the possible DNA codons which are capable of coding
for each indicated amino acid. Using this informa-
tion, three different probe mixtures were created and
designated as EPSP-1, EPSP-2, and EPSP-3, as shown in
Table 1. In this table, A, T, U, C, and G represent
the nucleotide bases: adenine, thymine, uracil,
cytosine and guanine. The letters P, Q, and N are
variables; N represents any of the bases; P represents
purines (A or G); Q represents pyrimidines (U, T, or
C).

0005218

-16-          07-21(381)A

All oligonucleotides were synthesized by
the method of Adams 1983.  Whenever an indeterminate
nucleotide position (P, Q, or N) was reached, a
mixture of appropriate nucleotides was added to the
5    reaction mixture.  Probes were labeled 20 pmol at a
time shortly before use with 100 uCi γ-[³²P]-ATP
(Amersham) and 10 units of polynucleotide kinase in 50
mM Tris-HCl, pH 7.5, 10 mM MgCl₂, 5 mM DTT, 0.1 mM
EDTA, and 0.1 mM spermidine.  After incubation for 1
10   hr at 37°C, the probes were repurified on either a
20% acrylamide, 8 M urea gel or by passage over a 5
ml column of Sephadex G25 in 0.1 M NaCl, 10 mM
Tris-HCl, pH 7.5, 1 mM EDTA.

D. Preparation of mRNA and Preliminary
15       Testing of Probes
(a) Poly-A mRNA
Total RNA was isolated from the MP4
(glyphosate sensitive) and MP4-G (glyphosate
resistant) cell lines as described by Goldberg 1981.
20   Total RNA was further sedimented through a CsCl
cushion as described by Depicker 1982.  Poly-A mRNA
was selected by oligo-dT cellulose chromatography.
The yield of poly-A RNA was 1.1 micrograms (μg) per
gram of MP4 cells and 2.5 μg/gm of MP4-G cells.

25   (b) Gel Processing of RNA
Ten μg of poly-A RNA from the MP4 or MP4-G
cell lines was precipitated with ethanol and re-
suspended in 1 x MOPS buffer (20 mM morpholino propane
sulfonic acid, pH 7.0, 5 mM sodium acetate and 1 mM
30   EDTA, pH 8.0) containing 50% formamide and 2.2 M
formaldehyde.  RNA was denatured by heating at 65°C
for 10 min.  One-fifth volume of a loading buffer

-17--                   07-21(381)A

containing 50% glycerol, 1 mM EDTA, 0.4% bromophenol
blue and 0.4% xylene cyanol was then added.  RNA was
fractionated on a 1.3% agarose gel containing 1.1 M
formaldehyde until bromophenol blue was near the
5    bottom.  HaeIII-digested ΦX174 DNA, labelled with
$^{32}P$, was run as a size standard.  The DNA markers
indicated approximate sizes for the RNA bands.

(c) Transfer of RNA to Nitrocellulose
          RNA was transferred to nitrocellulose·
(#BA85, Schleicher & Schuell, Keene, NH) by blotting
10   the gels overnight using 20X SSC (1X SSC is 0.15 M
NaCl, 0.015 M sodium citrate, pH 7.0) as the transfer
buffer.  After transfer, filters were air-dried and
baked in a vacuum oven for 2-3 hrs at 80°C.

(d) Preliminary Hybridization with Radioactive Probes
15        Filters were prehybridized in 6 x SSC, 10 x
Denhardt's solution (1 x Denhardt's solution is 0.02%
ficoll, 0.02% polyvinylpyrrolidone, 0.02% bovine
serum albumin), 0.5% NP-40, and 200 µg/ml E. coli
20   transfer RNA at 50°C for 4 hrs.  Hybridization was
carried out in the fresh solution containing 2 x $10^6$
cpm/ml of either EPSP-1 or EPSP-2 probe for 48 hrs at
32°C.  The EPSP-3 probe was not tested since it
contained a codon (ATA) that is rarely used in the
25   petunia genome.  Hybridization temperature (32°C)
used in each case was 10°C below the dissociation
temperature (Td) calculated for the oligonucleotide
with the lowest GC content in a mixture.  The Td of
the probe was approximated by the formula 2°C x (A +
30   T) + 4°C x (G + C).

-18-        07-21(381)A

(e) Filter Washing

        The filters were washed twice for 15-20 min at
room temperature in 6 x SSC and then for 5 min at
37°C with gentle shaking.  Filters were then wrapped
5     in plastic film and autoradiographed for 12-14 hrs at
-70°C with two intensifying screens.  The filters
were then washed again for 5 min with gentle shaking
at a temperature 5°C higher than previously used.
The filters were autoradiographed again for 12-14 hrs.
10    The autoradiographs indicated that the probe EPSP-1
hybridized to an RNA of approximately 1.9 kb in the
lane containing the poly-A RNA from the MP4-G cell
line.  No hybridization to this RNA was detected in
the lane containing the poly-A RNA from the MP4 cell
15    line.  This result was attributed to overproduction
of EPSPS mRNA by the MP4-G cell line.  The
probe EPSP-2, which differs from EPSP-1 by a single
nucleotide, showed barely detectable hybridization to
the 1.9 kb mRNA of the MP4-G cell line but hybridized
20    strongly to a 1.0 kb mRNA from both cell lines.
However, the 1.0 kb DNA was not sufficient to encode
a polypeptide of 50,000 daltons, and it is believed
that one of the sequences in the EPSP-2 probe hybrid-
ized to an entirely different sequence in the library.
25    These results suggested that degenerate probe mixture
EPSP-1 contained the correct sequence for EPSPS.  This
mixture was used in all subsequent degenerate probe
hybridization experiments.

E. Preparation of λgt 10 cDNA library

30    (a) Materials Used

        AMV reverse transcriptase was purchased from
Seikagaku America, Inc., St. Petersburg, Florida;
the large fragment of DNA polymerase I (Klenow poly-

merase) was from New England Nuclear, Boston, MA; S1
nuclease and tRNA were from Sigma; AcA 34 column bed
resin was from LKB, Gaithersburg, MD; EcoRI, EcoRI
methylase and EcoRI linkers were from New England

5   Biolabs, Beverly MA; RNasin (ribonuclease inhibitor)
was from Promega Biotech, Madison, Wisc. and all
radioactive compounds were from Amersham,
Arlington Hts., IL.

        The λgt10 vector (ATCC No. 40179) and
10  associated E. coli cell lines were supplied by Thanh
Huynh and Ronald Davis at Stanford University Medical
School (see Huynh 1985). This vector has three
important characteristics: (1) it has a unique EcoRI
insertion site, which avoids the need to remove a

15  center portion of DNA from the phage DNA before
inserting new DNA; (2) DNA ranging in size from zero
to about 8,000 bases can be cloned using this vector;
and, (3) a library can be processed using E. coli
MA150 cells (ATCC No. 53104) to remove clones which do

20  not have DNA inserts.


    (b) cDNA First Strand Synthesis
        Poly-A mRNA was prepared as described in
Example 1.D.a, and resuspended in 50 mM Tris (pH 8.5),
10 mM MgCl$_2$, 4 mM DTT, 40 mM KCl, 500 µM of d(AGCT)TP,
10 µg/ml dT$_{12}$ is primer, and 27.5 units/ml RNasin.

25  In a 120 µl reaction volume, 70 units reverse
transcriptase were added per 5 µg of poly-A RNA.  One
reaction tube contained α-$^{32}$P-dCTP (5 uCi/120 µl
reaction) to allow monitoring of cDNA size and yield
and to provide a first strand label to monitor later

30  reactions.  In order to disrupt mRNA secondary
structure, mRNA in H$_2$O was incubated at 70°C for 3
min and the tube was chilled on ice.  Reverse

-20-                    07-21(381)A

transcriptase was added and the cDNA synthesis was
carried out at 42°C for 60 min.  The reaction was
terminated by the addition of EDTA to 50 mM.  cDNA
yield was monitored by TCA precipitations of samples

5    removed at the start of the reaction and after 60
min.  Following cDNA synthesis, the cDNA existed as a
cDNA-RNA hybrid.  The cDNA-RNA hybrid was denatured
by heating the mixture in a boiling water bath for
1.5 min, and cooled on ice.

10   (c) Second Strand DNA Synthesis
            Single-stranded cDNA was allowed to self-
prime for second strand synthesis.  Both Klenow
polymerase and reverse transcriptase were used to
convert ss cDNA to ds cDNA.  Klenow polymerase is

15   employed first since its 3'-5' exonuclease repair
function is believed to be able to digest non-flush
DNA ends generated by self-priming and can then
extend these flush ends with its polymerase
activity.  Reverse transcriptase is used in addition

20   to Klenow polymerase, because reverse transcriptase
is believed to be less likely to stop prematurely
once it has bound to a template strand.  The Klenow
polymerase reaction was in a final 100 µl volume
excluding enzyme.  The reaction mix included 50 mM

25   HEPES, pH 6.9, 10 mM MgCl$_2$, 50 mM KCl, 500 µM of each
dNTP and cDNA.  To begin the reaction, 20 to 40 units
of Klenow polymerase (usually less than 5 µl) were
added and the tubes incubated at 15°C for 5 hrs.  The
reaction was terminated by the addition of EDTA to 50

30   mM.  The mix was extracted with phenol and the
nucleic acids were precipitated, centrifuged and
dried.

0005223

-21-                    07-21(381)A

The reverse transcriptase reaction to
further extend the anti-complementary DNA strand was
performed as described for the reaction to originally
synthesize cDNA, except $dT_{10-18}$ primer and RNasin were
5   absent, and 32 units of reverse transcriptase were
used in a 120 µl reaction.  The reaction was termin-
ated by the addition of EDTA to 50 mM.  The mixture
was extracted with an equal volume of phenol and the
nucleic acid was precipitated, centrifuged and dried.

10   (d) Sl Nuclease Treatment
200 µl of 2 x Sl buffer (l x Sl buffer is
30 mM sodium acetate, pH 4.4, 250 mM NaCl, 1 mM
$ZnCl_2$), 175 µl of $H_2O$ and 525 units of Sl nuclease
were added to the tubes containing 125 µl of the
15   second strand synthesis reaction product.  The tubes
were incubated at 37°C for 30 min and the reaction
was terminated by addition of EDTA to 50 mM.  The
mixture was extracted with an equal volume of
phenol/chloroform (1:1).  The aqueous phase was
20   extracted with ether to remove residual phenol.  The
DNA was precipitated with ethanol and air dried.

(e) EcoRI Methylation Reaction
Since the ds cDNAs were copied from a large
variety of mRNAs, many of the ds cDNAs probably
25   contained internal EcoRI restriction sites.  It was
desired to protect such cleavage sites from EcoRI
cleavage, to enable the use of blunt-ended EcoRI
linkers which were subsequently cleaved with EcoRI
to create cohesive overhangs at the termini.
30   In an effort to prevent the undesired
cleavage of internal EcoRI sites, the ds cDNA was
methylated using EcoRI methylase.  DNA pellets were

0005224

-22-            07-21(381)A

dissolved in 40 µl of 50 mM Tris pH 7.5, 1 mM EDTA, 5
mM DTT.  Four µl of 100 uM S-adenosyl-L-methionine
and 2 µl (80 units) of EcoRI methylase were added.
Tubes were incubated at 37°C for 15 min and then at
5     70°C for 10 minutes to kill the methylase.

It was subsequently discovered that the
methylation reaction described below was unsuccessful
in preventing EcoRI cleavage at an internal site
within the EPSPS coding region, apparently because of
10    inactive methylase reagent.  The cleavage of the
internal EcoRI site required additional steps to
isolate a full-length cDNA, as described below.  To
avoid those additional steps if another library is
created, the methylation reagents and reaction con-
15    ditions should be used simultaneously on the cDNA and
on control fragments of DNA, and protection of the
control fragments should be confirmed by EcoRI diges-
tion before digestion is performed on the cDNA.

(f) DNA Polymerase I Fill-In Reaction
20    To the tube containing 45 µl of cDNA (pre-
pared as described above) were added 5 µl of 0.1 M
MgCl$_2$, 5 ul of 0.2 mM d(ACGT)TP and 10 units of DNA
polymerase I.  The tube was incubated at room tempera-
ture for 10 min.  The reaction was terminated by the
25    addition of EDTA to 25 mM.  One microgram of uncut
λgt10 DNA was added as carrier and the mix was extrac-
ted with phenol/chloroform (1:1).  The nucleic acid in
the mix was precipitated with phenol/chloroform (1:1).
The nucleic acid in the mix was precipitated with
30    ethanol, centrifuged and dried.

0005225

-23-                07-21(381)A

(g) Ligation of EcoRI Linkers to Methylated ds cDNA

Approximately 400 pmoles of EcoRI linkers (5'CGGAATTCCG3') were dissolved in 9 µl of 20 mM Tris, pH 8.0, 10 mM MgCl, 10 mM DTT containing 50 uCi of $\alpha$-$^{32}$P-ATP (5000 Ci/mmole) and 2 units of T4 polynucleotide kinase.  The oligonucleotides were incubated at 37°C for 30 minutes to allow them to anneal to each other, creating double-stranded, blunt-ended linkers.  2 units of T4 polynucleotide kinase and 1 µl of 10 mM ATP were added and incubated at 37°C for an additional 30 min.  The linkers were stored at -20°C.  The methylated DNA pellet was resuspended in tubes containing 400 pmoles of the kinased linkers.  Ligation of the EcoRI linkers to the methylated DNA was carried out by adding 1 µl of T4 ligase and incubating the reaction mixture at 12-14°C for 2 days.

(h) Digestion with EcoRI to Create Cohesive Termini

To 11 µl of the reaction product from Example 1.E.(g), 10 µl of a solution containing 50 mM Tris, pH 7.5, 10 mM MgSO$_4$, 200 mM NaCl were added. T4 DNA ligase was heat inactivated by incubation at 70°C for 10 min.  Forty units of EcoRI were added and the incubation was carried out at 37°C for 3 hr.  The reaction was terminated by addition of EDTA to 50 mM.  The sample was clarified by centrifugation and applied to an AcA 34 column.

(i) AcA 34 Column Chromatography

Free linkers (those not ligated to ds cDNA) were removed from ds cDNA with attached linkers, to prevent them from interfering with the insertion of the desired ds cDNAs into the cloning vectors. AcA 34

0005226

-24-                    07-21(381)A

resin (a mixture of acrylamide and agarose beads,
normally used for sizing) preswollen in 2 mM citrate
buffer and 0.04% sodium azide in water, was added to
the 1 ml mark of a 1 ml plastic syringe plugged with
5    glass wool.  The column was equilibrated with 10 mM
Tris-HCl pH 7.5, 1 mM EDTA, 400 mM NaCl.  The ds cDNA
mixtures with ligated linkers and free linkers (~45
μl) was brought to 400 mM NaCl.  1 μl of 0.5% bromo-
phenol blue dye (BPB) was added, and the sample was
10   applied to the column which was run in equilibration
buffer at room temperature.  Ten 200 μl fractions were
collected.  The BPB dye normally eluted from the
column in the sixth tube or later.  Tubes 1 and 2 were
combined and used as the source of ds cDNA for cloning.

15   (j) Assembly of λgt10 clones
        The ds cDNA was mixed with 1 μg of EcoRI-cut
λgt10 DNA, precipitated with ethanol, and centrifuged.
After washing the pellet once with 70% ethanol, the
DNA pellet was air dried and resuspended in 4.5 μl of
20   10 mM Tris-HCl pH 7.5, 10 mM MgCl$_2$, 50 mM NaCl.  To
anneal and ligate the cDNA inserts to the left and
right arms of the λgt10 DNA, the mixture was heated at
70°C for 3 min., then at 50°C for 15 min.  The mixture
was chilled on ice, and 0.5 μl each of 10 mM ATP, 0.1
25   M DTT, and sufficient T4 DNA ligase to ensure at least
90% completion were added.  The reaction was incubated
at 14°C overnight, which allowed the insertion of the
ds cDNA into the EcoRI site of the λgt10 DNA.  The
resulting DNA was packaged into phage particles
30   _in vitro_ using the method described by Scherer 1981.

     (k) Removal of Phages Without Inserts
        Insertion of a cDNA into the EcoRI site of

0005227

-25-                07-21(381)A

λgt10 results in inactivation of the Cl gene.  λgt10
phages with inactivated Cl genes (i.e., with inserts)
replicate normally in E. coli MA150 cells.  By contrast,
λgt10 phages without inserts are unable to replicate
5   in the MA150 strain of E. coli. This provides a method
of removing λgt10 clones which do not have inserts.

    The phages in the library were first repli-
cated in E. coli C600 (M⁺R⁻) cells which modified the
λgt10 DNA to protect it from the E. coli MA150 restric-
10  tion system.  A relatively small number of E. coli
C600 cells were infected and then plated with a 20
fold excess of MA150 (M⁺R⁺) cells.  The primary infec-
tion thus occurred in the M⁺R⁻ cells where all the
phages will grow, but successive rounds of replication
15  occurred in the MA150 cells which prevented the
replication of phages without inserts.  The amplified
phage library was collected from the plates, and after
removal of agar and other contaminants by centrifuga-
tion, the recombinant phages were ready to use in
20  screening experiments.


F. Screening of cDNA Library; Selection of pMON9531
    Approximately 6000 phages (each plate) were
spread on 10 cm x 10 cm square plates of solid NZY
agar (Maniatis 1982) with 0.7% agarose.  A translucent
25  lawn of E. coli MA150 cells was growing on the plates.
Areas where the phages infected and killed the
E. coli cells were indicated by clear areas called
"plaques", which were visible against the lawn of
bacteria after an overnight incubation of the
30  plates at 37°C.  Six plates were prepared in this
manner.  The plaques were pressed against pre-cut
nitrocellulose filters for about 30 min.  This formed
a symmetrical replica of the plaques.  To affix the

-26-          07-21(381)A

phage DNA, the filters were treated with 0.5 M NaOH
and 2.5 M NaCl for 5 min.  The filters were then
treated sequentially with 1.0 M Tris-HCl, pH 7.5 and
0.5 M Tris-HCl, pH 7.5 containing 2.5 M NaCl to
5    neutralize the NaOH.  They were then soaked in
chloroform to remove bacterial debris.  They were
then air-dried and baked under a vacuum at 80°C for 2
hr, and allowed to cool to room temperature.  The
filters were then hybridized with $^{32}$P-labelled EPSP-1
10   probe (2 x 10$^6$ cpm/filter) as described in Example
1.D(e).  After 48 hr of hybridization, the filters were
washed in 6 x SSC at room temperature twice for 20
min and then at 37°C for 5 min.  These washes removed
non-specifically bound probe molecules, while probe
15   molecules with the exact corresponding sequence (which
was unknown at the time) remained bound to the phage
DNA on the filter.  The filters were analyzed by
autoradiography after the final wash.  After the
first screening step, seven positively hybridizing
20   signals appeared as black spots on the autoradiograms.
These plaques were removed from the plates and
replated on the fresh plates at a density of 100-200
plaques/plate.  These plates were screened using the
procedure described above.  Four positively hybrid-
25   izing phages were selected.  DNA was isolated from
each of these four clones and digested with EcoRI to
determine the sizes of the cDNA inserts.  The clone
containing the largest cDNA insert, approximately 330
bp, was selected, and designated λE3.  The cDNA insert
30   from λE3 was inserted into plasmid pUC9 (Vieira 1981),
and the resulting plasmid was designated pMON9531.

    To provide confirmation that the pMON9531
clone contained the desired EPSPS sequence, the
insert was removed from the pMON9531 clone by

0005229

-27-                    07-21(381)A

digestion with EcoRI.  This DNA fragment was then
sequenced by the chemical degradation method of Maxam
1977.  The amino acid sequence deduced from the
nucleotide sequence corresponded to the EPSPS partial
5    amino acid sequence shown in Table 1.

## G. Creation of λF7 Genomic DNA Clone

In order to obtain the entire EPSPS gene,
chromosomal DNA from the MP4-G cells line was
digested with BamHI and cloned into a phage vector
10   to create a library, which was screened using the
partial EPSPS sequence from pMON9531 as a probe.

(a) Preparation of MP4-G Chromosomal DNA Fragments
MG4-G cells were frozen and pulverized in a
mortar with crushed glass in the presence of liquid
15   nitrogen.  The powdered cells were mixed with 8 ml/g
of cold lysis buffer containing 8.0M urea, 0.35 M
NaCl, 0.05M Tris-HCL(pH 7.5), 0.02 M EDTA, 2%
sarkosyl and 5% phenol.  The mixture was stirred with
a glass rod to break up large clumps.  An equal
20   volume of a 3.1 mixture of phenol and chloroform
containing 5% isoamyl alcohol was added.  Sodium
dodecyl sulfate (SDS) was added to a final
concentration of 0.5%.  The mixture was swirled on a
rotating platform for 10-15 minutes at room tempe-
25   rature.  The phases were separated by centrifugation
at 6,000 x g for 15 minutes.  The phenol/chloroform
extraction was repeated.  Sodium acetate was added to
the aqueous phase to a final concentration of 0.15 M
and the DNA was precipitated with ethanol.  The DNA
30   was collected by centrifugation, dissolved in 1 x TE
(10mM Tris-HCl, pH 8.0, 1 mM EDTA) and banded in a
CsCl-ethidium bromide gradient.  The DNA was

0005230

-28-                07-21(381)A

collected by puncturing the side of the tube with a
16 gauge needle.  The ethidium bromide was extracted
with CsCl-saturated isopropanol, and the DNA was
dialyzed extensively against 1 x TE.  Approximately
5    400 µg of DNA was isolated from 12 g of cells.
MP4-G chromosomal DNA (10 µg) was digested
to completion with 30 units of BamHI in a buffer
containing 10 mM Tris, pH 7.8, 1 mM DTT, 10mM $MgCl_2$,
50 mM NaCl for 2 hours at 37°C.  The DNA was
10    extracted with phenol followed by extraction with
chloroform and precipitated with ethanol.  The DNA
fragments were suspended in 1 x TE at a concentration
of 0.5 µg/µl.

(b) Cloning of MP4-G Chromosomal DNA Fragments in λMG14
15        DNA from phage λMG14 (obtained from Dr.
Maynard Olson of the Washington University School of
Medicine, St. Louis, Missouri) was prepared by the
method described in Maniatis 1982.  150 µg of DNA was
digested to completion with BamHI in a buffer
20    containing 10mM Tris-HCl, pH 7.8, 1 mM DTT, 10 mM
$MgCl_2$, 50 mM NaCl.  The completion of the digest was
checked by electrophoresis through 0.5% agarose gel.
The phage DNA was then extracted twice with
phenol-chloroform-isoamyl alcohol (25:24:1) and
25    precipiated with ethanol.  The DNA was resuspended in
1 x TE at a concentration of 150 µg/ml.  $MgCl_2$ was
added to 10 mM and incubated at 42°C for 1 hr to
allow the cohesive ends of λDNA to reanneal.
Annealing was checked by agarose gel electrophoresis.
30        After annealing, DNA was layered over a 38
ml (10-40%, w/v) sucrose gradient in a Beckman SW27
ultracentrifuge tube.  The gradient solutions were
prepared in a buffer containing 1 M NaCl, 20 mM

0005231

-29-            07-21(381)A

Tris-HCl (pH 8.0), 5 mM EDTA. 75 µg of DNA was loaded
onto each gradient. The samples were centrifuged at
26,000 rpm for 24 hours at 15°C in a Beckman SW 27
rotor. Fractions (0.5 ml) were collected from the top
5   of the centrifuge tube and analyzed for the presence
of DNA by gel electrophoresis. The fractions contain-
ing the annealed left and right arms of λDNA were
pooled together, dialyzed against TE and ethanol-
precipitated. The precipitate was washed with 70%
10   ethanol and dried. The DNA was dissolved in TE at a
concentration of 500 µg/ml.

The purified arms of the vector DNA and the
BamHI fragments of MP4-G DNA were mixed at a molar
ratio of 4:1 and 2:1 and ligated using T4DNA ligase in
15   a ligase buffer containing 66 mM Tris-HCl, pH 7.5, 5 mM
MgCl, 5 mM DTT and 1 mM ATP. Ligations was carried
out overnight at 15°C. Ligation was checked by
agarose gel eletrophoresis. Ligated phase DNA carry-
ing inserts of MP4-GDNA were packaged into phage
20   capsids in vitro using commercially available packag-
ing extracts (Promega Biotech, Madison, WI).
The packaged phage were plated on 10 cm x 10 cm square
plates of NZY agar in 0.7% agarose at a density of
approximately 6000 plaques per plate using E. coli
25   C600 cells. After overnight incubation at 37°C, the
plaques had formed, and the plates were removed from
the incubator and chilled at 4°C for at least an
hour. The agar plates were pressed against
nitrocellulose filters for 30 minutes to transfer
30   phages to the filters, and the phage DNA was affixed
to the filters as described previously. Each filter
was hybridized for 40 hours at 42°C with
approximately $1.0 \times 10^6$ cpm/filter of the 330 bp cDNA
insert isolated from the pMON9531 clone, which had

0005232

-30-                07-21(381)A

been nick-translated, using the procedure described
in Maniatis 1982.  The specific activity of the probe
was 2-3 x $10^8$ cpm/μg of DNA.  Hybridization was
carried out in a solution containing 50% formamide,
5x SSC, 5x Denhardt's solution, 200 μg/ml tRNA and
0.1% SDS.  Filters were washed in 1 x SSC, 0.2% SDS
at 50°C and autoradiographed.  Several positive
signals were observed, and matched with plaques on
the corresponding plate.  The selected plaques were
10    lifted, suspended in SM buffer, and plated on NYZ
agar.  The replica plate screening process was
repeated at lower densities until all the plaques on
the plates showed positive signals.  One isolate was
selected for further analysis and was designated as
15    the λF7 phage clone.

H. Creation of pMON9543 and pMON9556
        The DNA from λF7 was digested (separately)
with BamHI, BglII, EcoRI, and HindIII.  The DNA was
hybridized with a nick translated EPSPS sequence from
20    pMON9531 in a Southern blot procedure.  This
indicated that the complementary sequence from λF7
was on a 4.8 kb BglII fragment.  This fragment was
inserted into plasmid pUC9 (Vieira 1982), replicated,
nick translated, and used to probe the petunia cDNA
25    library, using hybridization conditions as described
in Example 1.G, using $10^6$ cpm per filter.  A cDNA
clone with a sequence that bound to the λF7 sequence
was identified, and designated as pMON9543.
        DNA sequence analysis (Maxam 1977) indicated
30    that pMON9543 did not contain the stop codon or the 3'
non-translated region of the EPSPS gene.  Therefore,
the EPSPS sequence was removed from pMON9543, nick

0005233

-31-                07-21(381)A

translated, and used as a probe to screen the cDNA
library again. A clone which hybridized with the
EPSPS sequence was identified and designated as
pMON9556. DNA sequence analysis indicated that the
insert in this clone contained the entire 3' region of
the EPSPS gene, including a polyadenylated tail. The
5' EcoRI end of this insert matched the 3' EcoRI end
of the EPSPS insert in pMON9531. An entire EPSPS
coding sequence was created by ligating the EPSPS
inserts from pMON9531 and pMON9556.

## I. Creation of pMON546 Vector with CaMV 35S/EPSPS Gene

The EPSPS insert in pMON9531 was modified
by site-directed mutagenesis (Zoller et al, 1983)
using an M13 vector (Messing 1981 and 1982) to create
a BglII site in the 5' non-translated region of the
EPSPS gene. The modified EPSPS sequence was isolated
by EcoRI and BglII digestion, and inserted into a
plant transformation vector, pMON530, to obtain
pMON536, as shown in Figure 2. pMON530, a derivative
of pMON505 carrying the 35S-NOS cassette, was created
by transferring the 2.3 kb StuI-HindIII fragment of
pMON316 into pMON526. Plasmid pMON316 (see Figure 5)
is a co-integrating type intermediate vector with
unique cleavage sites for the restriction
endonucleases BglII, ClaI, KpnI, XhoI and EcoRI
located between the 5' leader and the NOS
polyadenylation signals. The cleavage sites provide
for the insertion of coding sequences carrying their
own translational initiation signals immediately
adjacent to the CaMV 35S transcript leader sequence.
The 316 plasmid retains all of the properties of
pMON200 including spectinomycin resistance for
selection in E. coli and A. tumefaciens as well

as a chimeric kanamycin gene (NOS/NPTII/NOS)
for selection of transformed plant tissue and the
nopaline synthase gene for ready scoring of
transformants and inheritance in progeny.  Plasmid
5    pMON526 is a simple derivative of pMON505 in which
the SmaI site was removed by digestion with XmaI,
treatment with Klenow polymerase and ligation.  The
resultant plasmid, pMON530 (Figure 2) retains the
properties of pMON505 and the 35S-NOS expression
10    cassette now contains a unique cleavage site for
SmaI between the promoter and poly-adenylation
signals.  The 1.62 kb EcoRI-EcoRI fragment from
pMON9556 was then inserted into pMON536 to obtain
pMON546.  Since pMON530 already contained a 35S
15    promoter from a cauliflower mosaic virus (CaMV)
next to the BglII site, this created a chimeric
CaMV/EPSPS gene in pMON546.

     As shown in Figure 2, plasmid pMON546
contained (1) the CaMV 35S/EPSPS gene; (2) a select-
20    able marker gene for kanamycin resistance (Kan$^R$);
(3) a nopaline synthase (NOS) gene as a scorable
marker; and (4) a right T-DNA border, which
effectively caused the entire plasmid to be treated
as a "transfer DNA" (T-DNA) region by A. tumefaciens
25    cells.    This plasmid was inserted into
A. tumefaciens cells which contained a helper plasmid,
pGV3111SE.  The helper plasmid encodes certain enzymes
which are necessary to cause DNA from pMON546 to be
inserted into plant cell chromosomes.  It also contains
30    a kanamycin resistance gene which functions in bacteria.

     A culture of A. tumefaciens containing
pMON546 and pGV3111-SE was deposited with the American
Type Culture Collection (ATCC) and was assigned ATCC
accession number 53213.  If desired, either one of these

-33-                    07-21(381)A

plasmids may be isolated from this culture of cells
using standard methodology. For example, these cells
may be cultured with E. coli cells which contain a
mobilization plasmid, such as pRK2013 (Ditta 1980).
5   Cells which become Spc/str$^R$, kan$^S$ will contain
pMON546, while cells which become Kan$^R$, spc/str$^S$ will
contain pGV3111-SE.

## EXAMPLE 2: GLY$^R$ PETUNIA CELLS

Leaf disks with diameters of 6 mm (1/4
10  inch) were taken from surface-sterilized petunia
leaves. They were cultivated on MS104 agar medium
for 2 days to promote partial cell wall formation at
the wound surfaces. They were then submerged in a
culture of A. tumefaciens cells containing both
15  pMON546 and GV3111-SE which had been grown overnight
in Luria broth at 28°C, and shaken gently. The cells
were removed from the bacterial suspension, blotted
dry, and incubated upside down on filter paper placed
over "nurse" cultures of tobacco cells, as described
20  in Horsch 1981. After 2 or 3 days, the disks were
transferred to petri dishes containing MS media
with 500 µg/ml carbenicillin and 0, 0.1, 0.25, or 0.5
mM glyphosate (sodium salt), with no nurse cultures.

Control tissue was created using A. tumefa-
25  ciens cells containing the helper plasmid pGV3111-SE
and  a different plant transformation vector, pMON505,
which contained a T-DNA region with a NOS/NPTII/NOS
kanamycin resistance gene and a NOS selectable marker
gene identical to pMON546, but without the CaMV/EPSPS
30  gene.

Within 10 days after transfer to the media
containing glyphosate, actively growing callus tissue
appeared on the periphry of all disks on the control

0005236

-34-         07-21(381)A

plate containing no glyphosate.  On media containing
0.1 mM glyphosate, there was little detectable difference
between the control disks and the transformed tissue.
At 0.25 mM glyphosate, there was very little growth

5    of callus from control disks, while substantial growth
of transformed tissue occurred.  At 0.5 mM glyphosate,
there was no callus growth from the control disks,
while a significant number of calli grew from the
transformed disks.  This confirms that the CaMV/EPSPS

10   gene conferred glyphosate resistance upon the
transformed cells.

## EXAMPLE 3: Gly$^R$ Tobacco Cells

Leaf disks were excised from tobacco plants
(N. tabacum), and treated as described above

15   with A. tumefaciens cells containing pMON546 (or
pMON505, for control cells) and helper plasmid
pGV3111-SE.  The cells transformed with the CaMV/EPSPS
gene created substantial amounts of callus tissue on
0.5 mM glyphosate, whereas the cells which did not

20   contain that gene did not create any detectable callus
tissue.

## EXAMPLE 4: Gly$^R$ Soybean Cells

Sterile hypocotyl pieces of Glycine
canescens, a type of soybean, were infected with the

25   A. tumefaciens strain containing the chimeric EPSPS
gene as described in Example 2.  Nurse culture plates
were made which contained a medium of 10% of the
normal level of MS salts (GIBCO), B5 vitamins,
3 g/l sucrose, 2 mg/l napthalene acetic acid, 1 mg/l

30   benzyladenine, and 0.5 mM arginine.  The pH was
adjusted to 5.7 before autoclaving.

0005237

-35-          07-21(381)A

          The infected soybean hypocotyls were
incubated at 26°C for two days and transferred to a
similar medium (except that the MS salts were not
diluted) and additionally containing 500 mg/l
5    carbenicillin, 100 mg/l cefotaxime and 100 mg/l
kanamycin.  Under these conditions, only transformed
soybean callus was able to grow.
          Control tissue was produced using
A. tumefaciens cells containing the helper Ti plasmid
10   pTiT37-SE and a plant transformation vector
pMON200.  See Fraley et al, Biotechnology Vol. 3,
1985, described herein.  The co-integrate pTiT37-SE
contained a T-DNA region with a NOS/NPTII/NOS
kanamycin resistance gene and a NOS scorable marker
15   gene identical to pMON200, but without the
CaMV 35S/EPSPS/NOS gene.
          This disarmed nopaline-type Ti plasmid was
created from pTiT37 in a manner analogous to that
described by Fraley et al. (1985) for creating the
20   pTiB6S3-SE disarmed octopine-type Ti plasmid.  The
general procedure is to replace most of the pTiT37
T-DNA with a selectable marker and pBR322 and LIH
segments from pMON200 to provide a region of homology
for recombination with pMON200 and derivatives.  This
25   replacement results in the deletion of the rightmost
approximately 80 percent of the T-DNA including the
phytohormone biosynthetic genes, nopaline synthase
gene and the right border of the T-DNA.

          The source of the pTiT37 sequences was the
30   plasmid MINI-Ti described by deFramond et al.
(Bio/Technology 1: 262, 1983).  This plasmid is a
convenient source; however, these same Ti plasmid
segments could be obtained directly from the pTiT37 or

-36-                    07-21(381)A

related pTiC58 plasmid or from subclones of these
plasmids isolated by others such as those described by
Hepburn et al. (J. Mol. Appl. Genetics 2: 211-224,
1983) or Zahm et al. (Mol Gen Genet 194: 188-194,
5      1984).

Plasmid MINI-Ti is a derivative of pBR325 carrying the
pTiT37 KpnI fragments 13b, 4 and 11 (deFramond et al.,
1983) which are analogous to the pTiC58 KpnI fragments
13, 3 and 12 (Depicker et al., Plasmid 3: 193-211,
10     1980).  The internal T-DNA sequences including the
phytohormone biosynthetic genes and right border were
removed from mini-Ti by digestion with HindIII and
religation to produce pMON284. The pMON284 plasmid
contains a unique KpnI site which was converted to a
15     BamHI site by cleavage with KpnI and insertion of the
following synthetic linker:

                5'-     CGGATCCGGTAC
                        CATGGCCTAGGC

which contains a BamHI site (5'-GGATCC) in the the
20     center of the linker.  A plasmid that contains this
linker was isolated and called pMON293.

        The pMON293 plasmid carries the following
pTiT37 fragments adjacent to each other in inverted
orientation with respect to their orientation in the
25     Ti plasmid and joined through a BamHI linker.  First
is the KpnI site at the right end of the 13b fragment.
This fragment contains the left border of the pTiT37
T-DNA.  Then comes the left end of the 13b fragment
joined to the BamHI linker.  Joined to this is the
30     right end of the KpnI 11 fragment.  This fragment

contains Ti plasmid located to the right of the T-DNA
and ends with a HindIII site that is the right end
of the pTiC58 HindIII 2 fragment (Depicker et al.,
1980). This is joined to the pBR325 derivative
5    plasmid which also is fused to the KpnI site at the
right end of the KpnI 13b fragment.

        To introduce homology to pMON200 and a
kanamycin resistance selectable marker for
A. tumefaciens between the pTiT37 segments, we
10   constructed plasmid pMON292.  Plasmid pMON292 is a
derivative of pMON113 which consists of the 2.6 kb
pBR322 PvuII to HindIII fragment joined to the 1.7 kb
BglII (nucleotide 1617) to HindIII (nucleotide 3390,
Barker et al., Plant Mol. Biology 2: 335, 1983)
15   fragment of octopine type T-DNA of pTiA6.  This
segment, called the LIH, has been previously described
by Fraley et al. (1985).  The BglII site was made
flush ended by treatment with Klenow polymerase before
ligation with the pBR322 segment.

20       Plasmid pMON113 was cleaved with HindIII,
treated with Klenow polymerase and joined to the 1.2
kb AvaII fragment of Tn903 Oka et al J. Mol. Biol.
147:217 (1981) (601) that had been treated
with Klenow polymerase, ligated to synthetic BamHI
25   linkers, digested with BamHI and treated again with
Klenow polymerase.  The resulting plasmid carrying the
Tn903 kanamycin resistance determinant adjacent to the
LIH segment was called pMON292.

        The pMON200 homology region and bacterial
30   kanamycin resistance marker were inserted between the
pTiT37 segments by mixing pMON292 linearized by
cleavage with HincII with two fragments derived from

-38-                07-21(381)A

pMON293: a 2.5 kb PvuII-BamHI fragment and a 4.5 kb
fragment isolated after cleavage with HindIII, Klenow
polymerase treatment, and cleavage with BamHI.  The
resulting plasmid, pMON313, carries the following
5    fragments in this order.  First, is the BamHI linker
followed by a 4.5 kb KpnI-HindIII fragment derived
from the right side of pTiT37 KpnI fragment 11.  This
is joined to the 750 bp HincII-HindIII segment of
pBR322 followed by the 1.2 kb Tn903 segment encoding
10   kanamycin resistance.  This is followed by the LIH
(HindIII-BglII segment and the PvuII-HincII segment
of pBR322 that carries the origin of replication.
Next, there is a 2.5 kb PvuII to KpnI fragment
from the left end of the pTiT37 KpnI 13b fragment
15   which contains the left border of the T-DNA.
Finally, this is joined to the starting BamHI linker.

          To introduce this DNA into Agrobacterium,
pMON313 was cleaved with BamHI and mixed with pRK290
DNA that had been cleaved with BglII and treated with
20   DNA ligase.  A derivative of pRK290 carrying the
pMON313 plasmid was isolated and called pMON318.

          Plasmid pMON318 was introduced into
Agrobacterium tumefaciens strain A208 which carries
pTiT37 and a chromosomal chloramphenicol resistance by
25   standard bacterial mating methods using pRK2013 as a
helper.  This method and subsequent selection for the
replacement of the T-DNA with the engineered T-DNA
segment carried in pMON318 was exactly as described by
Fraley et al. (1985) for the selection of the disarmed
30   octopine-type pTiB6S3-SE plasmid.
          The resultant disarmed pTiT37-SE plasmid
contains the vir region intact and retains the left

0005241

-39-                07-21(381)A

T-DNA border and approximately 1 kb of the T-DNA.
This region of the T-DNA has not been reported to
encode a transcript (Joos et al., Cell 32: 1057-1067,
1983. This is followed by the pBR322 segment and LIH
5       and then the Tn903 kanamycin resistance. The Tn903
segment is joined to a 750 bp segment of pBR322 that
is joined to the left end of the pTiT37 analogue of
the pTiC58 HindIII 2 fragment (Depicker et al., 1980).
This fragment is located outside the right end of the
10      pTiT37 T-DNA.  The result is that over 90% of the
T-DNA including the phytohormone biosynthetic genes
responsible for crown gall disease production and
right border are absent from the pTiT37-SE plasmid.

        The pTiT37-SE plasmid is carried in a
15      derivative of strain A208 that was selected for growth
in 25 μg/ml chloramphenicol and this strain with the
disarmed plasmid is called A208-SE or ASE.  The
A208-SE strain is used as a recipient for the pMON200
intermediate vector in the triple mating procedure
20      in exactly the same manner as the 3111-SE strain
(Fraley et al., 1985).  This results in a co-integrate
hybrid T-DNA consisting of the following from left
to right: the pTiT37 left border and approximately 1
kb of sequence just inside the border, the pBR322
25      HincII to PvuII segment, the pTiA6 BglII to HindIII
LIH region, the pMON200 synthetic multi-linker, the
NOS/NPTII/NOS kanamycin resistance gene for selection
in plants, the Tn7 spectinomycin/streptomycin
resistance determinant, the nopaline synthase gene as
30      a scorable marker for plant cells, the right border of
the pTiT37 T-DNA.  The DNA between the two border
sequences just described and any other DNA inserted
into the analogous region of pMON200 and derivatives

0005242

-40-                    07-21(381)A

are transferred to plant cells during the trans-
formation procedure.

After 14-17 days, soybean callus transformed
with either the vector alone (pMON200 plasmid) or
5    with the vector containing a chimeric EPSPS gene was
transferred to petri dishes containing MS medium
and 0, 0.5 mM or 1.0 mM glyphosate.

Within 18-20 days after transfer to the media
containing glyphosate, actively growing callus tissue
10   appeared in all dishes containing no glyphosate.
On medium containing 0.5 mM glyphosate there was
little growth in the dishes containing control callus,
i.e., the callus contain the pMON200 vector alone,
while some callus colonies containing the chimeric EPSPS
15   gene described hereinbefore in Figure 2 showed
definite growth.  At 1.0 mM glyphosate, there was no
callus growth from the control tissues and again,
some growth of the transformed callus containing the
chimeric EPSPS gene.  This confirms that the
20   CaMV 35S/EPSPS/NOS gene conferred glyphosate resistance
on the soybean cells.

EXAMPLE 5: Gly$^R$ Cotton Cells

A plant transformation vector similar to
pMON546 is prepared following the general procedure
25   outlined in Example 1 except that the CTP/EPSPS coding
sequence is obtained from cotton.  Seeds of cotton
(cultivator Delta Pine 50) are surface sterilized
using sodium hypochlorite and germinated in vitro
on a basal medium in the dark.  After 2 weeks
30   hypocotyls and cotyledons are cut into pieces and
inoculated with a tumorous strain of A. tumefaciens
containing the above described transformation vector
and helper plasmid pGV3111.  After 3 days coculture

0005243

-41-          07-21(381)A

on MS basal medium, the explants are transferred to
the same medium with 500 mg/l carbenicillin to kill
the bacteria.  After 2 to 4 weeks, tumor tissue is
transferred to the same medium containing 0.5 mM
5  glyphosate.

    Control tissue was produced using tumorous
A. tumefaciens cells containing the helper plasmid
pGV3111 and pMON200.  Tissue transformed with the
above-described transformation vector demonstrates
10  glyphosate resistance by continuing growth while growth
of pMON200 transformed tissue (control) and non-
transformed tissue is inhibited.


EXAMPLE 6: Gly$^R$ Oil Seed Rape cells

    A plant transformation vector similar to
15  pMON546 is prepared following the procedure outlined in
Example 1 except that the CTP/EPSPS coding sequence is
obtained from rape plant such as Brassica napus (see
Example 17).

    The four terminal intervals from B. napus
20  plants (growth chamber grown in soil) are surface
sterilized in sodium hypochlorite and cut into 5 mm
sections.  The upper surface of each piece is inoculated
with an overnight liquid culture of A. tumefaciens
containing the above described transformation vector and
25  helper plasmid pTiT37-SE and incubated for 2 to 3 days on
nurse culture plates containing 1/10 MS medium with
1 mg/l BA.  The explants are then transferred to MS
medium containing 1 mg/l BA, 500 mg/l carbenicillin
and 100 mg/l kanamycin.  After 3 to 6 weeks, leaf tissue
30  from transgenic shoots that have developed is transferred
to the same medium but with 0.5 mM glyphosate instead
of the kanamycin to test for tolerance.

    Control tissue is prepared using A. tumefaciens

0005244

-42-                    07-21(381)A

cells containing helper plasmid pTiT37-SE and vector
pMON200.  Transgenic tissue that expresses EPSPS are
able to grow in the presence of glyphosate while
transformed and non-transformed controls are inhibited.

5    EXAMPLE 7: Gly$^R$ Flax Cells

A plant transformation vector similar to
pMON546 is prepared following the procedure outlined
in Examples 1, and 14-17 except that the CTP/EPSPS
coding sequence is obtained from flax.

10           Flax seeds are surface-sterilized with 70%
ethanol, 25% Chlorox and rinsed with sterile distilled
water.  The seeds are placed on solid MS medium and
allowed to germinate in the light for 5-7 days.  The
hypocotyls are removed aseptically and inoculated with
15   A. tumefaciens cells containing the above-described
transformation vector and helper plasmid pTiB6S3-SE or
pTiT37-SE and permitted to co-culture for 2 days on
MS medium containing 1 mg/l benzylaminopurine,
0.02 mg/l naphthalene acetic acid and 4% sucrose.
20   The hypocotyls are then placed on MS medium
supplemented with 400 mg/l kanamycin and 500 mg/l
carbenicillin.  After 2 weeks, selection for
transformed callus and shoots are evident.  The
original explant begins to turn brown and the non-
25   transformed initially formed shoots bleach white.  The
selected callus and shoots are green and opine positive.
Control tissue is prepared using A. tumefaciens
cells containing helper plasmid pTiB6S3-SE or pTiT37-SE
and vector pMON200.  Selected callus transformed with the
30   above-described EPSPS vector demonstrates resistance
to glyphosate at concentrations between 5.0 and 20.0 mM.
Control tissue bleaches and dies at these glyphosate
levels.

0005245

-43-            07-21(381)A

EXAMPLE 8: Isolation of Mutant EPSPS gene from E. coli

Cells of E. coli ATCC 11303 were transferred to medium A and incubated at 37°C.

MEDIUM A

| | | |
|---|---|---|
| 5 | 10 X MOPS medium | 50 ml |
| | 50% glucose solution | 2 ml |
| | 100 mM aminomethyl phosphonate | 2 ml |
| | Thiamine (5mg/ml), pH 7.4 | 1 ml |
| | 100 mM Glyphosate (sodium salt) | 2 ml |
| 10 | Deionized water to | 500 ml |

10 X MOPS medium:

Per 500 ml

| | | |
|---|---|---|
| | 1 M MOPS (209.3g/l, pH 7.4 | 200 ml |
| | 1 M Tricine/89.6g/l, pH 7.4) | 20 ml |
| 15 | 0.01 M $FeSO_4$,$7H_2O$ (278.01 mg/100ml) | 5 ml |
| | 1.9 M $NH_4Cl$ (50.18g/500ml) | 25 ml |
| | .276 M $K_2SO_4$ (4.81g/100ml) | 5 ml |
| | 0.5 mM $CaCl_2$, $2H_2O$ (7.35mg/100ml) | 5 ml |
| | 0.528 M $MgCl_2$ (10.73g/100ml) | 5 ml |
| 20 | 5 M NaCl (292.2g/l) | 50 ml |
| | 0.5% L-Methionine (500mg/100ml) | 5 ml |
| | micronutrients* | 5 μl |

| | | |
|---|---|---|
| | * Micronutrients    in 25 ml $H_2O$ | |
| | $ZnSO_4$ (2.88mg/ml) | 25 μl |
| 25 | $MnCl_2$ (1.58mg/ml) | 250 μl |
| | $CuSO_4$ (1.6 mg/ml) | 25 μl |
| | $CoCl_2$ (7.14mg/ml) | 25 μl |
| | $H_3BO_3$ (2.47mg/ml) | 250 μl |
| | $NH_4MO_7O_{24}$ (3.71mg/ml) | 25 μl |

-44-        07-21(381)A

After a week, a culture was obtained which could grow
rapidly in the presence of high concentrations of
glyphosate in the growth medium (10 mM or higher).
Analysis of the EPSPS activity in the extracts of
5   this culture and comparison of its glyphosate
sensitivity with that of wild type E. coli revealed
that the mutant organism had an altered EPSPS.  The
glyphosate sensitivity of EPSPS of mutant cells was
significantly different from that of wild type.
10   This mutant bacterium was designated E. coli 11303 SM-1.
The aroA gene encoding EPSPS from this mutant bacterium
was isolated as follows.

Isolation of aroA gene encoding EPSPS from
E. coli 11303 SM-1:  The DNA from this bacterium was
15   isolated (Marmur, J. (1961) J. Mol. Biol. 3:208-218).
Southern hybridization using E. coli K-12 aroA gene
(Rogers et al., 1983) as the probe established that the
aroA gene in the mutant bacterium was on a 3.5 Kb
BglII-HindIII fragment.  This fragment was cloned into
20   the vector pKC7 (Rao, R.N. & Rogers, S. G. (1979), Gene,
F. 7-9-82) and the resulting plasmid was used for trans-
formation of E. coli.  Transformed colonies were screened
for their ability to grow in these conditions and
were shown to contain the 3.5Kb BglII-HindIII insert
25   by hybridization with the E. coli K-12 aroA gene.  This
clone was designated pMON9538.  An NdeI-EcoRI fragment
of this insert which contains greater than 86% of the
aroA gene from the mutant bacterium was cloned into an
expression vector (pMON6012, a derivative of pMON6001
30   described below) generating a hybrid EPSPS coding
sequence carrying the E. coli K-12 aroA coding sequence
of E. coli K-12 and 11303 SM-1.  This clone was
designated pMON9540.  The EPSPS produced by this
hybrid aroA gene retained its glyphosate tolerance,

0005247

suggesting that the mutation conferring glyphosate
tolerance to EPSPS in 11303 SM-1 was localized within
amino acids 53-427.  The E. coli mutant EPSPS gene was
incorporated into plant transformation vector with

5      and without a chloroplast transit peptide in the
following manner.

Plasmid pMON6001 is a derivative of pBR327
(Soberon et al., 1980) carrying the E. coli K12 EPSPS
coding sequence expressed from two tandem copies of

10     a synthetic phage lambda pL promoter.  Plasmid
pMON6001 was constructed in the following manner.  First,
pMON4 (Rogers et al., 1983) was digested with ClaI and
the 2.5 kb fragment was inserted into a pBR327 that has
also been cleaved with ClaI.  The resulting plasmid,

15     pMON8, contains the EPSPS coding sequence reading
in the same direction as the beta-lactamase gene of
pBR327.

To construct pMON25, a derivative of pMON8 with
unique restriction endonuclease sites located adjacent to

20     the E. coli EPSPS coding sequence, the following steps
were taken.  A deletion derivative of pMON4 was made by
cleavage with BstEII and religation.  The resultant
plasmid, pMON7 lacks the 2 kb BstEII fragment of pMON4.
Next, a 150 bp Hinfl to NdeI fragment which encodes the

25     5' end of the EPSPS open reading was isolated after
digestion of pMON7 with NdeI and HinfI and electroel-
tution following electrophoretic separation on an
acrylamide gel.  This piece was added to the purified
4.5 kb BamHI-NdeI fragment of pMON8 which contains

30     the 3' portion of the EPSPS coding sequence and a
synthetic linker with the sequence:

```
5'-GATCCAGATCTGTTGTAAGGAGTCTAGACCATGG
         GTCTAGACAACATTCCTCAGATCTGGTACCTTA
```

The resulting plasmid pMON25 contains the EPSPS coding
sequence preceded by unique BamHI and BglII sites, a
synthetic ribosome binding site, and unique XbaI and
NcoI sites the latter of which contains the ATG trans-
5    lational initiator signal of the coding sequence.

To construct pMON6001, pMON25 was digested
with BamHI and mixed with a synthetic DNA fragment
containing a partial phage lambda pL sequence (Adams
and Galluppi, 1986) containing BamHI sticky ends:

10    5'-GATCCTATCTCTGGCGGTGTTGACATAAATACCACTGGCGGTGATACTGAGCACATCG
       GATAGAGACCGCCACAACTGTATTTATGGTGACCGCCACTATGACTCGTGTAGCCTAG

The resulting plasmid pMON6001 carries two copies of the
synthetic phage lambda pL promoter fragments as direct
repeats in the BamHI site of pMON25 in the correct
15    orientation to promote transcription of the EPSPS coding
sequence.  The BglII-HindIII fragment from pMON6001
which contains the E. coli K-12 aroA gene was inserted
into a pEMBL18+ vector and a EcoRI site was inserted
at aa27 by site directed mutagenesis.  This clone
20    with the new EcoRI site was called pMON6530.  The
NdeI-BglII fragment (which includes the new EcoRI site)
from pMON6530 was cloned into the NdeI-BglII digested
pMON9540 to give pMON6531.

Plasmid pMON6012 is a simple derivative of
25    pMON6001 created by cleavage of pMON6001 and EcoRI,
treatment with large Klenow fragment of E. coli
DNA polymerase and ligation.  This gave rise to
pMON6010 which contains no EcoRI cleavage site.
Plamid pMON6012 was then created by digestion of
30    pMON6010 with PvuII and insertion of a synthetic
EcoRI linker:

5'-CCGGAATTCCGG
   GGCCTTAAGGCC

0005249

-47-                    07-21(381)A

into the unique PvuII site near the end of the EPSPS
coding sequence.

The 330bp EcoRI fragment of pMON9531 (was
cloned into M13 mp9 creating a new plasmid M8017.
5    Site directed mutagenesis was performed to introduce a
BglII site in the leader sequence just 5' of the
chloroplast transit peptide using the mutagenesis
primer

5'-CCATTCTTGAAAGATCTAAAGATTGAGGA

10   The mutagenized clone obtained is designated M13 M8020.
The BglII-EcoRI fragment was cloned into BglII-EcoRI
digested pMON530 creating pMON536. pMON530 is a
pMON505 derivative (Horsch & Klee, 1985) carrying
the 35S-NOS cassette created by transferring the 2.3 kb
15   StuI-HindIII fragment of pMON316 into pMON526. Plasmid
pMON526 is a simple derivative of pMON505 in which the
SmaI site was removed by digestion with XmaI, treatment
with Klenow polymerase and ligation. The resultant
plasmid, pMON530 (Fig. 2) retains the properties of
20   pMON505 and the 35S-NOS expression cassette now con-
tains a unique cleavage site for SmaI between the
promoter and polyadenylation signals. The EcoRI
fragment containing the aroA gene from pMON6031
was cloned into the EcoRI site of pMON536 creating
25   pMON542.

The BglII-EcoRI fragment of pMON9540 which
encodes the hybrid K12-SM1 EPSPS without the CTP was
cloned into the BglII and EcoRI sites of pMON530 to
create pMON8078.

30   Transformation of tobacco cells using pMON542
(construct with CTP) as previously described in Example 3
resulted in glyphosate resistance. Conversely, transfor-
mation of tobacco with pMON8078 (construct without CTP)
failed to confer glyphosate resistance.

0005250

-48--                07-21(381)A

## EXAMPLE 9: Gly$^R$ Potato Cells

Potato - Shoot tips of virus-free Russet
Burbank are subcultured on media containing MS major
and minor salts, 0.17 g/l sodium dihygrogen phosphate,
0.4 mg/l thiamine hydrochloride, 0.1 g/l inositol,
3% sucrose, 1.5 g/l Gelrite™ (Kelco, Co.) at pH 5.6.
Cultures are grown at 24C in a 16 hour photoperiod.
Shoots are used approximately 3-4 weeks after subcul-
turing.  Stem internodes are cut into approximately
8 mm lengths and split lengthwise, then the cut surface
is smeared with Agrobacterium carrying binary vector
pMON542 and helper plasmid pTiT37-SE which had been
streaked on an LB agar plate and grown for a few days.
Stem sections are placed cut side down on the surface
of the medium containing MS salts, MS organics, 3%
sucrose, 2.25 mg/l BA, 0.186 mg/l NAA, 10 mg/l GA,
1.5 g/l Gelrite at pH 5.6.  After 4 days, the stem
explants are transferred to the same medium but with
carbenicillin at 500 mg/l and kanamycin as the selective
agent at 0 or 300 mg/l.  Two weeks after inoculation,
the explants are moved onto medium of the same
composition but without NAA.  Kanamycin at 300 mg/l
was sufficient to prevent swelling and callusing of
the infected explants without killing the tissue.
The transformed tissue appears as small outgrowths
usually on the end of the explant.  Transformed tissue
exhibits substantial resistance to glyphosate.

## EXAMPLE 10: Gly$^R$ Sunflower Cells

The following procedures are utilized to obtain
transformed sunflower tissue and shoots.  Sunflower seeds
are incited on sterile sunflower seedlings.  Sunflower
seeds are surface sterilized with 40% Chlorox and sterile
distilled water rinses.  The seeds are germinated on an

0005251

-49-          07-21(381)A

agar medium containing B5 salts, 0.5% sucrose and 0.8%
agar.  Seven-day old seedlings are inoculated with
overnight cultures of Agrobacterium strains carrying
pTiB6S3-SE by scoring the internode or stabbing the
5    internode with a syringe and using another syringe to
introduce the bacteria into the wound.  Tumors form in
2-3 weeks.  The tumors are removed from the seedlings
and grown independently on MS medium without hormones.
Transformed callus and shoots are also obtained
10   following a different procedure.  Seeds are surface
sterilized and placed on the germination medium above.
Germination is carried out in the light for 10 days.
Hypocotyl segments, 2-3 mm are, excised and inoculated
with Agrobacterium strains containing engineered
15   constructs.  The hypocotyls are co-cultured for 2 days
on a medium containing MS salts and vitamins, 5 g/l
$KNO_3$, 100 mg/l inositol, 40 mg/l adenine sulfate, 500
mg/l casamino acids, 1 mg/l NAA, 1 mg/l BA, 0.1 mg/l
GA3, 30 mg/l sucrose and 8 gm/l agar.  After co-culture,
20   the hypocotyls are placed on the same medium but
containing 300 mg/l kanamycin and 500 mg/l carbeni-
cillin.  After 2 weeks, the hypocotyls inoculated
with strains containing the kanamycin resistance gene
produce callus and regenerates on medium containing
25   kanamycin while other hypocotyls do not.

A. tumefaciens containing binary vectors
pMON546 and helper plasmid pTiB6S3-SE are used to
produce tumors and callus and regenerated plants.  The
tumors exhibit tolerance to glyphosate at concentra-
30   tions which bleach and kill control tumors which do
not contain the glyphosate resistance gene.  Non-
tumorous callus likewise show tolerance to levels of
glyphosate which kill callus without the glyphosate
resistance gene.  Transformed sunflower plants

0005252

-50-            07-21(381)A

demonstrate tolerance to glyphosate sprayed at
concentrations which kill wild type plants.

EXAMPLE 11: Gly$^R$ Petunia Plants

Transformed petunia plants were produced by
5   regeneration from the transformed leaf disks of
Example 2, by the procedure described in Horsch et al
1985.  The transformed plants obtained contained the
pMON546 vector, described hereinbefore, which contains
the CaMV 35S promoter fused to the wild-type petunia
10  EPSPS gene.

Four individual representative transgenic
seedlings were selected, grown and tested in the
testing procedure described below, along with four
individual non-transformed (wild-type) petunia
15  seedlings.

The plants were grown in a growth medium
in a growth chamber at 26°C with 12 hours of light per
day.  The plants were fertilized weekly with a soluble
fertilizer and watered as needed.  The plants were
20  sprayed at a uniform and reproducible delivery rate
herbicide by use of an automated track sprayer.

The glyphosate solution used was measured as
pounds of glyphosate acid equivalents per acre, mixed
as the glyphosate isopropylamine salt, with an ionic
25  surfactant.

Four individual wild-type (non-transformed)
petunia plants were selected for use as control
plants.  Four individual transformed plants
containing the pMON546 vector were selected by
30  kanamycin resistance as described in Horsch et al
1985.

The control plants and the transformed

0005253

-51-                07-21(381)A

plants were sprayed with the isopropylamine salt of
glyphosate at the application level listed in Table 2
below; the experimental results obtained are also
summarized in Table 2.

0005254

-52-                    07-21(381)A

## Table 2

Plant Response to Glyphosate Spraying

| Plant Type | Glyphosate Dose* | Visual Appearance |
|---|---|---|
| Control | 0.4 #/acre | plants showed rapid chlorosis and bleaching, wilted and died |
| Control | 0.8 #/acre | completely dead, plants showed very rapid chlorosis and bleaching, wilted and died |
| Chimeric EPSPS transformants | 0.8 #/acre | growing well, slight chlorosis in new leaves which are growing with normal morphology, plants appear healthy and started to flower |

\*  Acid Equivalent

-53-                07-21(381)A

As indicated in Table 2, the control plants
were killed when sprayed with 0.4 pounds/acre of
glyphosate.  In contrast, the petunia plants which
were transformed were healthy and viable after
5    spraying with 0.8 pounds/acre.  The transformed
plants are more resistant to glyphosate exposure than
the non-transformed control plants.

EXAMPLE 12: Gly[R] Tomato Plants

Transformed tomato plants, VF36 variety
10   are produced from sterile seedlings as described
below.

Sterile seedlings of VF36 tomato are grown
on water agar.  Hypocotyls and cotyledons are
excised and cultured for 2 days on MS medium
15   containing B5 vitamins, 30 g/l sucrose and 1 mg/l
benzyladenine and 0.1 mg/l indole acetic acid.  The
seedlings are then infected with the A. tumefaciens
vector containing the chimeric EPSPS gene described
in Example 2, by immersing for about 30 seconds in a
20   culture of A. tumefaciens containing the chimeric
EPSP synthase gene that had been diluted to $10^7$
bacteria/ml. Explants are obtained by cutting
sections from the seedlings. The explants are blotted
dry and incubated as described previously in Example 2
25   except that the medium contains only 10% of standard
concentration of MS salts.  After 2 days of
coculture, the explants are transferred to selective
medium containing 100 ug/ml kanamycin.  Transformed
tomato plants grow from the explants. Leaves
30   from these plants are tested for glyphosate
resistance using a leaf callus assay described below.

0005256

brief

-54-          07-21(381)A

Tomato leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene are incubated on callus medium described above containing 0.5 mM glyphosate. After
5      10 days the control leaves are completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSPS gene vector produced callus.

## EXAMPLE 13: Gly$^R$ Tobacco Plants

10     Transformed tobacco plants (Samsun variety) were produced and grown by the method described in Example 4, substituting transformed tobacco leaf disks for transformed petunia leaf disks.
Tobacco plants were tested for glyphosate
15     resistance using the method described for tomato plants in Example 5. Tobacco leaf fragments from plants containing vector alone (pMON200) or the pMON546 chimeric EPSPS gene were incubated on callus medium containing 0.5 mM glyphosate.
20     After 10 days the control tobacco leaves were completely inhibited and showed no signs of callus growth; the leaves from plants transformed with the chimeric EPSPS that the chimeric petunia EPSPS gene confers glyphosate resistance to tobacco
25     plants.

## EXAMPLE 14: Isolation of Petunia EPSPS Genomic Clone

In order to isolate the entire petunia EPSPS gene, the library of petunia genomic DNA was constructed as described in Example 1-G. Briefly,
30     the chromosomal DNA from the MP4-G cell line was

0005257

-55-          07-21(381)A

digested with BamHI and cloned into a phage vector,
λMG14, to create a library.  As described in
Example 1-G, one phage clone λF7 was isolated which
contains a 4.8 kb BglII fragment that was

5   complementary to pMON9531 cDNA clone.  To isolate the
remainder of the gene, the genomic library was
screened again using as probe the 1.6 kb cDNA insert
from pMON9556.  The plating of the library and the
hybridization procedures were done as described in

10   Example 1-G.  Several positive signals were
obtained.  One isolate was selected for further
analysis and was designated as the λF10 phage clone.
        The DNA from λF10 was digested separately
with BamHI, BglII, EcoRI and HindIII.  The DNA was

15   hybridized with nick-translated EPSPS sequences from
pMON9531 and pMON9556 in a Southern blot procedure.
This indicated that the complementary sequences from
λF10 were on 4.8 kb, 2.0 kb and 3.8 kb BglII
fragments.  DNA sequence analysis of these fragments

20   indicates that these three fragments together contain
the entire gene which spans approximately 9 kb
of petunia DNA and is interrupted by seven introns
(Figure 6).  The promotor fragment of the EPSPS gene
contained in the genomic clone, λF10, can be used to

25   express the chimeric EPSPS cDNA or genomic
sequences.  The fragments containing the introns may
also be used to construct additional chimeric EPSPS
genes to obtain enhanced levels of the mRNA.

EXAMPLE 15: Isolation of Arabidopsis thaliana Genomic

30   Clone

        An Arabidopsis thaliana genomic bank was
constructed by cloning size fractionated (15-20 kb),
MboI partially digested DNA into BamHI cut lambda

0005258

EMBL3. Approximately 10,000 plaques of phage from
this library were screened with a nick-translated
petunia EPSPS probe (pMON9566). A strongly
hybridizing plaque, E1, was purified. Southern blots
5   of the EPSPS probe to phage DNA digests identified two
fragments which hybridized very strongly. The first
of these was a 1.0 kb HindIII fragment and the other
was a 700 bp BamHI fragment. Both of these fragments
were subcloned into pUC119 and the DNA sequences of
10   the inserts determined.

        The sequence data indicated that the phage
did contain the Arabidopsis EPSPS gene. The enzyme
is highly homologous to the petunia enzyme over
the area for which sequence was available. The BamHI
15   fragment was used as a hybridization probe against the
phage and Arabidopsis genomic DNA to identify
restriction endonuclease fragments suitable for
cloning the entire gene. Two BglII fragments of 6.0
and 3.2 kb were identified from the E1 phage clone
20   which, together, contain the entire EPSPS gene.
Figure 6 summarizes the organization of the
Arabidopsis clone and compares it to the organization
of the Petunia EPSPS gene.

        The DNA encoding the amino terminus of the
25   protein is within the 6.0 kb BglII fragment. The
exact translational start site can be determined by
comparison of the amino acid sequence deduced from
the nucleotide sequence to that of the petunia
enzyme. Site directed mutagenesis can then be used
30   to introduce a unique EcoRI site immediately upstream
of the translational start codon. The entire gene
can then be isolated as an EcoRI fragment. This
EcoRI fragment can be inserted into the expression

-57-                    07-21(381)A

vector, pMON530, and the resulting vector used to
overexpress the Arabidopsis EPSPS enzyme in plants.

EXAMPLE 16: Isolation of Tomato EPSP cDNA Clone

5       A cDNA library was constructed from RNA
isolated from mature pistils of tomato (Lycopersicum
esculentum variety VF36) by the methods of Huynh et.
al (in: DNA Cloning Techniques: A Practical Approach,
IRL Press, D. Glover ed., 1985) and Gubler and
Hoffman (Gene 25:263-269, 1985).  The library was
10      plated on E. coli strain BNN102 and filter replicas
were made.  The filters were hybridized with the 1.9
kb BglII/ClaI fragment of pMON9563 that had been
labeled with $^{32}$P (Feinberg and Vogelstein (Anal.
Biochem. 132:6-13, 1983).  Hybridizing plaques were
15      isolated and rescreened by the same method to verify
the presence of EPSPS cDNA.  The full length tomato
EPSPS cDNA was present on two EcoRI fragments of 250
and 1700 bp in one of the cDNA clones (P1).  The 250
bp fragment was cloned into the EcoRI site of pUC119
20      forming pMON9596.  The 1700 bp fragment was cloned
into pUC19 forming pMON9589.  The insert of pMON9596
was sequenced using a dideoxy sequencing kit purchased
from Amersham to determine the sequence surrounding
the start codon to facilitate mutagenesis.  A BglII
25      site was engineered 13 bases upstream of the
translation start codon of pMON9596 by the method
of Kunkel (Proc. Natl. Acad. Sci. USA 82:488-492,
1985) using the chemically synthesized oligonucleotide:
             GCCATTTCTTGTGAAAAAGATCTTCAGTTTTTC
30      The insert of the resulting plasmid, pMON9710, was
sequenced to verify the correct mutation.  The 70 bp
BglII/EcoRI fragment of pMON9710 was inserted into
pMON316 which had been digested with BglII and EcoRI

0005260

-58-                07-21(381)A

pMON316 which had been digested with BglII and EcoRI
creating pMON9720.  The 1700 bp EcoRI fragment of
pMON9589 was inserted into the EcoRI site of pMON9720
in the correct orientation to reconstitute the EPSPS

5    coding region resulting in pMON9721 (see Figure 7).
This plasmid was inserted into
A. tumefaciens cells which contained a helper
plasmid, pGV3111-SE.  The helper plasmid encodes
certain enzymes which are necessary to cause DNA from

10   pMON9721 to be inserted into plant cell chromosomes.
It also contains a kanamycin resistance gene which
functions in bacteria.  A. tumefaciens cells
containing pMON9721 are used in plant transformation
experiments to produce glyphosate resistant cells

15   and plants as previously described in Example 12.

EXAMPLE 17: Isolation of Brasicca napus cDNA Clone

Total RNA was isolated from Brassica napus
(cultivar Westar) flowers as follows.  Flowers were
frozen in liquid nitrogen.  After liquid nitrogen had

20   evaporated, flowers were homogenized in extraction
buffer (1% tris-isopropylnapthalene sulfonic acid, 6%
p-aminosalicylic acid, 100 mM Tris-HCl, pH 7.6, 50 mM
EGTA, pH 7.5, 100 mM NaCl, 1% SDS and 50 mM
2-mercaptoethanol) and then extracted with equal

25   volume of a 1:1 mixture of phenol/chloroform.  The
nucleic acids in the aqueous phase were precipitated
with ethanol.  The precipitate was dissolved in water
and the RNA was precipitated twice with LiCl to a
final concentration of 2M.  The final RNA pellet was

30   dissolved in water and the RNA was precipitated with
ethanol.  PolyA RNA was selected by olig-dT cellulose
chromatography.  The yield of polyA RNA was 1.0

0005261

-59-                    07-21(381)A

µg/gram of flowers.

The library was constructed using polyA
RNA from Brassica napus flowers and the method used
is described in Example 16.  The yield in the library
was 90,000 plaques/3 µg polyA RNA.  The library was
plated at a density of 5000 plaques/plate.  The phage
DNA was transferred to nitrocellulose filters.  The
filters were hybridized under low stringency in 35%
formamide, 5 X SSC, 300 µg/ml tRNA, 0.1% SDS at 37°C.
The insert from pMON9556 was labeled with $^{32}$P by
nick-translation and added to the hybridization
solution at 2 x 10$^6$ cpm/ml.  The filters were washed
in 2 x SSC at room temperature twice for 15 min each
and once at 37°C for 30 min.  A number of positively
hybridizing phage were obtained.  These phage were
picked and rescreened twice at lower plaque densities.
The positively hybridizing phage were selected and those
containing a full length B. napus EPSPS cDNA clone
were chosen for further analysis.  The full length
B. napus EPSPS cDNA clone will be modified and
inserted into a plant expression vector, pMON530, to
create a chimeric CaMV 35S/B. napus EPSPS gene.

EXAMPLE 18: Petunia EPSPS Chloroplast Uptake Requires
CTP Sequence

A full-length cDNA clone of EPSPS from
P. hybrida was obtained as described in Example 1.
This cDNA clone contains 27 nucleotides of the 5'
untranslated leader, 1.5 kb which codes for the 72
amino acid transit peptide plus 444 amino acids of
the mature enzyme, and 0.4 kb of the entire 3'
flanking sequence.  The full-length EPSPS

0005262

-60-                07-21(381)A

cDNA was cloned as a 2.1 kb BglII-SAlI fragment
into the BamHI/SalI sites of the plasmid pGEM1 to
give plasmid pMON6140 and into PGEM2 to give
pMON6145.  The EPSPS coding region is transcribed
5    5' to 3' from the T7 and SP6 promoters, respectively.
          Plasmid DNA (pMON6140 and pMON6145)
containing the full-length EPSPS cDNA was
linearized at a unique Pvu I site located in the 3'
untranslated region.  The linearized plasmid DNA was
10   transcribed _in vitro_ (uncapped) with SP6 and T7
polymerase essentially as described in Krieg et al,
1984.  The standard reaction buffer contained
40 mM Tris-HCl (pH 7.9), 6 mM $MgCl_2$, 10 mM
dithiothreitol, 2 mM spermidine, 80U RNasin
15   ribonuclease inhibitor, 0.5 mM each of ATP, GTP,
CTP and UTP, in a final reaction volume of 100 µl.
The final RNA pellet was resuspended in 20 µl of
sterile water and stored at -80°C.  A standard
translation reaction contained 100 µl of
20   nuclease-treated rabbit reticulocyte lysate,
5.7 µl of a 19-amino acid mixture (minus methionine)
at 1 mM each, 5.7 µl of RNA (total RNA transcripts
derived from 0.63 µg of plasmid DNA), 16 µl RNasin
(20U/µl) ribonuclease inhibitor, and 58.3 µl of
25   [$^{35}$S]methionine (14-15mCi/ml).  The _in vitro_
translation reaction was run at 30°C for 90 min.
The translation products were stored frozen at
-80°C.
          Intact chloroplasts were isolated from
30   lettuce (_Latuca sativa_, var. longifolia) by
centrifugation in Percoll/ficoll gradients as modified
from Bartlett et al (1982).  The final pellet of
intact chloroplasts was suspended in 0.5 ml of

0005263

-61-          07-21(381)A

sterile 330 mM sorbitol in 50 mM Hepes-KOH,
pH 7.7, assayed for chlorophyll (Arnon, 1949),
and adjusted to the final chlorophyll concentration
of 4 mg/ml (using sorbitol/Hepes). The yield of intact
5    chloroplasts from a single head of lettuce was 3-6mg
chlorophyll.  These chloroplasts were deemed
homogeneous based on phase contrast and transmission
electron-microscopy.

A typical 300 µl uptake experiment
10   contained 5 mM ATP, 8.3 mM unlabeled methionine,
322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0),
50 µl reticulocyte lysate translation products, and
intact chloroplasts from L. sativa (200 µg chlorophyll).
The uptake mixture was gently rocked at room
15   temperature (in 10 x 75 mm glass tubes) directly
in front of a fiber optic illuminator set at maximum
light intensity (150 Watt bulb).  Aliquots of the
uptake mix (50-125 µl) were removed at various times
and fractionated over 100 µl silicone-oil gradients
20   (in 150 µl polyethylene tubes) by centrifugation
at 11,000 X g for 30 sec.  Under these conditions,
the intact chloroplasts form a pellet under the
silicone-oil layer and the incubation medium
(containing the reticulocyte lysate) floats on
25   the surface.  After centrifugation, the
silicone-oil gradients were immediately frozen in
dry ice.  The chloroplast pellet was then resuspended
in 50-100 µl of lysis buffer (10 mM Hepes-KOH pH 7.5,
1 mM PMSF, 1 mM benzamidine, 5 mM ε-amino-n-caproic
30   acid, and 30 µg/ml aprotinin) and centrifuged at
15,000 X g for 20 min to pellet the thylakoid
membranes.  The clear supernatant (stromal proteins)
from this spin, and an aliquot of the reticulocyte
lysate incubation medium from each uptake experiment,

0005264

-62-                    07-21(381)A

were mixed with an equal volume of 2X NaDodSO$_4$-PAGE
sample buffer for electrphoresis (see below).

NaDodSO$_4$-PAGE was carried out according to
Laemmli (1970) in 12% (w/v) acrylamide slab gels (60 mm X

5   1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm X
1.5 mm). The gels were fixed in 30% methanol and 10%
acetic acid, dried under vacuum, and taken for direct
autoradiography with Kodak XAR-5 X-ray film.
Quantitation of bands on the X-ray film was performed

10  using a Hoefer GS-300 scanning densitometer
interfaced with a Spectra-Physics SP4100
recording/computer integrator.

        To verify that precursor EPSPS (+CTP) is
taken up and processed by chloroplasts, the total

15  translation products containing [$^{35}$S]methionine-labeled
pre-EPSPS were incubated with freshly isolated, intact
chloroplasts from L. sativa. The pre-EPSPS (+CTP)
was rapidly translocated into chloroplasts and
cleaved to the mature EPSPS of M$_r$ ∝48 kDa. The

20  NaDodSO$_4$-PAGE autoradiograph revealed the
disappearance of the precursor EPSPS from the
incubation medium, and the subsequent appearance of a
lower molecular weight, mature form in the
chloroplast fraction. Some of the mature EPSPS

25  was also present in the incubation medium at 15
minutes due to chloroplast lysis. Post-uptake
treatment of the incubation mixture with trypsin and
chymotrypsin showed that the pre-EPSPS in the
incubation medium was completely degraded, whereas

30  the mature EPSPS in the chloroplast fraction was
fully protected. These results indicate that EPSPS
was translocated across the chloroplast envelope
into a protease inaccessible space.
Furthermore, subfractionation of the reisolated

-63-            07-21(381)A

chloroplasts indicated that the mature EPSPS was
localized in the stromal, as opposed to
thylakoid, fraction.  Based on nucleotide sequence,
the predicted molecular weight for the mature P.
5   hybrida EPSPS is 47,790 daltons.  The $M_r \approx 48$ kDa
polypeptide localized in the reisolated chloroplast
fraction co-migrated during $NaDodSO_4$-PAGE with the
purified mature EPSPS of P. hybrida.

         In order to show that the CTP is required
10  for uptake, the mature enzyme (lacking the CTP) is
isolated from the chloroplast stroma after an initial
15 minute uptake experiment.  A mixture of stromal
proteins (containing the labeled mature enzyme) was
diluted with unlabeled reticulocyte lysate and used
15  in a second uptake experiment with intact
chloroplasts.  The mature EPSPS (lacking the CTP)
was not translocated into chloroplasts, or bound
to the outer-envelope membrane, during a 15 minute
incubation.  As a control experiment, we found that
20  the rate of uptake of pre-EPSPS into chloroplasts
was unaffected by the addition of stromal proteins
to the incubation mixture.  From these data it
is concluded that the CTP of EPSPS is required
for uptake of the enzyme into chloroplasts.

25  EXAMPLE 19: CTP of Petunia EPSPS Facilitates Chloroplast
Uptake of Heterologous Protein

         The following EPSPS experiments show that
the CTP can target a heterologous protein to the
stroma compartment.  The 72-amino-acid transit
30  peptide of EPSPS was fused to the mature ssRUBISCO
from wheat.  The mature wheat ssRUBISCO cDNA

(Broglie et al 1983) was obtained as an SphI/PstI
fragment of ~0.6 kb.  This SphI/PstI fragment
contains the entire mature wheat ssRUBISCO coding
region of 128 amino acids (beginning at the N-Terminal
5       methionine) and 200 bp of the 3' untranslated
region.  The mature ssRUBISCO cDNA fragment was
fused behind the P. hybrida EPSPS CTP cDNA fragment.
This fusion was done by joining an EcoRI/SphI
fragment of pMON6242 with the wheat ssRUBISCO cDNA.
10      The construct pMON6242 is a derivative of pMON6140
and contains P. hybrida EPSPS with an engineered
consensus cleavage site for ssRUBISCO.  The cleavage
site of pMON6140 EPSPS (ser-val-ala-thr-ala-gln-lys)
was changed to gly-gly-arg-val-ser-cys-met in
15      pMON6242.  This change introduces an in-frame SphI
site which allows CTP switching between ssRUBISCO
and EPSPS.  The construct pMON6242 has previously
been cloned into pGEM-2 and shown to give a chimeric
precursor enzyme which is transported into
20      chloroplasts in vitro and proteolytically processed
in the correct fashion.

        The EcoRI/SphI fragment from pMON6242 was
fused to the SphI site from wheat ssRUBISCO and
cloned into plasmid pIBI to give pMON6149.  In vitro
25      transcription/translation of pMON6149 gave a single
polypeptide of the predicted molecular weight for the
fusion protein (~23 kD).  Chloroplast import assays
in vitro showed that the chimeric protein was
transported into the stroma and proteolytically
30      cleaved to a final product of ~15 kD (the ssRUBISCO
has a molecular weight of 15 kD).

        These results show that the EPSPS CTP alone
confers sufficient information to target
a heterologous protein to the chloroplast stroma.

-65-                07-21(381)A

## REFERENCES

Adams, S. P. et al. (1983) J. Amer. Chem. Soc. 105: 661

Amrhein, N. et al. (1980) Naturwissenschafter 67: 356-357.

5   Arnon, D.I. (1949) Plant Physiol. 24,1-15

Ausubel, F. et al (1980) Plant Mol. Bio. Newsletter 1: 26-32.

Barinaga, F. R. et al. (1981) "Methods for the Transfer of DNA, RNA and Protein to Nitrocellulose and

10          Diazotized Paper Solid Supports", pub. by Schleicher and Schuell Inc., Keene NH.

Bartlett, S. G., Grossman, A.R. & Chua N.H. (1982) in Methods in Chloroplast Molecular Biology, Elsevier Biomedical Press, New York,

15          pp 1081-1091.

Bevan, M. et al. (1983) Nature 304: 184.

Broglie, R. et al. (1983) Bio/Technology 1: 55-61.

Comai, L. et al. (1983) Science 221: 370-371.

Davis, R.W. et al. (1980) Advanced Bacterial Genetics,

20          Cold Spring Harbor Labs, NY.

DeCleene, M. and DeLey, J. (1976) Bot. Review 42: 389-466.

DePicker, A. et al. (1982) J. Mol. Appl. Gen. 1: 561.

Ditta, G. et al (1980) Pro. Natl. Acad. Sci. Usa

25          77:7347

Edelman, M., Hallick, R. B. & Chua, N. H. (Elsevier Biomedical Press, New York), pp. 1081-1091.

Fraley, R. T. et al. (1983) Proc. Natl. Acad. Sci. USA 80: 4803.

30  Goldberg, R. B. et al., (1981) Devel. Bio. 83: 201-217.

Hernalsteens, J. P. et al. (1985), EMBO Journal 3: 3039-3041.

-66-                07-21(381)A

Herrera-Estrella, L. et al. (1983) Nature 303: 209

Hooykaas-Van Slogteren, G.M.S. et al. (1984)
        Nature 311: 763-764.

Horsch, R. B. and Jones, G.E. (1980)  In Vitro 16:
        103-108.

Horsch, R. B. et al. (1985) Science 227: 1229-1231.

Horsch, R. B. and Klee, H. J. (1986) Proc. Natl. Acad.
        Sci. USA 83, 4428-4432.

Hunkapiller, M.W. et al. (1983a) Methods Enzymol. 91:
        399-413.

Hunkapiller, M.W. et al. (1983b) Methods Enzymol. 91:
        486-493.

Huynh, T.V. et al, (1985) in DNA Cloning Techniques:
        A Practical Approach, D. Glover
        (ed.), IRL Press, Oxford, England

Krieg, P.A. & Melton, D. A. (1984) Nucleic Acids Res.
        12; 7057-7070.

Laemmli, U. K. (1970) Nature 227, 680-685.

Lizardi, P.M. (1982) "Binding and Recovery of DNA and
        RNA using NA-45 DEAE Membrane."  Schleicher and
        Schuell, Inc., Keene, NH.

Maniatis, T. et al. (1982) Molecular Cloning: A
        Laboratory Manual, Cold Spring Harbor Labs, NY.

Maxam, A. M. and W. Gilbert (1977) P.N.A.S. U.S.A.
        74: 560-564.

Meagher, R. B. et al. (1977) Virology 80: 362-375.

Messing, J. et al. (1981). Nucleic Res. 9: 309-321.

Messing, J. and J. Vieira (1982), Gene 19: 69-276.

Mousdale, D. M. and Coggins, J. R. (1984) Planta 160:
        78-83.

Nafziger, E. D., et al (1984), Plant Physiol, 76, 571.

Mousdale, D. M. and Coggins, J. R. (1985) Planta 163:
        241-294.

5

10

15

20

25

30

67

-67-                07-21(381)A

Rogers, S. G. et al. (1983) Appl. Envir. Microbio. 46:
        37-43.

Rubin, J. et al. (1982) Plant Phys. 70: 833-839.

Scherer, et al. (1981) Developmental Bio.86: 438-447.

5   Schimke, R. T., ed. (1982) Gene Amplification, Cold
        Spring Harbor Labs.

Smart, C. C., et al (1985), J. Biol. Chem, 30, 16338.

Southern, E.M. (1975) J. Mol. Biol. 98: 503-517.

Stalker, D. M. et al. (1985) J. Biol. Chem. 260:
        4724-4728.

10   Steinrucken, H. and Amrhein, N. (1980)
        Biochem. & Biophys. Res. Comm. 94: 1207-1212.

Vieira, J. et al. (1982), Gene 19: 259-268.

Steinrucken, H. et al. (1985) Arch. Biochem. Biophys.
        (in press).

15   Young, R. A. and R. W. Davis. (1983), Proc. Natl.
        Acad. Sci., USA 80: 1194-1198.

Zoller, M. M. et al, (1983), Methods Enzymol., 100,
        468.

0005270

07-21(381)A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF          )
                              )
DILIP M. SHAH ET AL.          )    GROUP ART UNIT:  184
                              )
SERIAL NO.:  06/879,814       )    EXAMINER:  D. A. Fox
                              )
FILED: July 7, 1986           )    October 24, 1988
                              )
TITLE: GLYPHOSATE-RESISTANT   )
       PLANTS                 )

DECLARATION UNDER 37 C.F.R. 1.131

Commissioner of Patents and Trademarks

Washington, D. C. 20231

Sir:

        I, Dr. Dilip M. Shah, declare that I am a citizen of
the United States and a resident of St. Louis County,
Missouri.  I further declare that I am a joint inventor of
the invention claimed in the above identified patent
application and a research biologist by profession having
graduated with a Doctor of Philosophy degree from North
Carolina State University, Raleigh, North Carolina 27650.
I have been employed by Monsanto Company since 1982 primarily
involved in plant science research.

        I further declare that prior to November, 1984 I
isolated a cDNA clone of the EPSP synthase gene of petunia.
I further declare that the clone was sequenced and the infor-
mation obtained demonstrated that the plant EPSP synthase
gene was a nuclear gene encoding a precursor form of EPSP

0005357

07-21(381)A

synthase containing a chloroplast transit peptide at its amino terminus. This early discovery demonstrated that the chloroplast was the primary target of EPSP synthase in plants. This lead Applicants to construct chimeric plant genes which direct the cloned EPSP synthase to the chloroplast of the transformed plants thereby obtaining superior glyphosate resistance.

Attached are true and accurate photocopies (with signature dates blanked out) of four pages from my notebook describing the sequence of clones pMON9532 and pMON9531. Clone pMON9532 is a slightly shorter version of clone pMON9531. These clones were resequenced and the errors found corrected. The sequence reported in Figure 3 of the specifications is, to the best of my knowledge, correct.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the above-identified application or any patent issuing thereon.

Dilip M. Shah, Ph.D.

Date 10-24-88

0005358

-2-



FIGURE

Complete nucleotide sequence of pMON9531

+1

           Pro Gln Ser Leu Leu Ser Arg MET Ala Gln Ile Asn Asn MET
5' GAATTC CCT CAA TCT TTA CTT TCA AGA ATG GCT CAA ATT AAC AAC ATG
         10                           20

Ala Leu Gly Ile Gln Arg Val Asn Gly Asn Ser Asn Phe His Lys Pro
GCA CTT GGG ATA CAA AGG GTT AAT GGG AAT TCC AAT TTC CAT AAA CCC
                       30

Glu Val Pro Lys Ser Ser Ser Phe Leu Val Phe Gly Ser Lys Lys Leu
GAA GTT CCT AAA TCT TCA AGT TTT CTT GTT TTT GGA TCT AAA AAA CTG
  40         →pMON 9532

Lys Asn Ser Ala Asn Ser MET Leu Val Leu Lys Lys Asp Ser Ile Phe
AAA AAT TCA GCA AAT TCT ATG TTG GTT TTG AAA AAA GAT TCA ATT TTT
              60                70

MET Gln Lys Phe Cys Ser Phe Arg Ile Ser Ala Ser Val Ala Thr Ala
ATG CAA AAG TTT TGT TCC TTT AGG ATT TCA GCA TCA GTG GCT ACA GCA
   → mature polypeptide

Gln Lys Pro Ser Glu Ile Val Leu Gln Pro Ile Lys Glu Ile Ser Gly
CAG AAG CCT TCT GAG ATA GTG TTG CAA CCC ATT AAA GAG ATT TCA GGC

Thr Val Lys Leu His Gly Ser Lys Ser Leu Ser Asn Arg Ile
ACT GTT AAA TTG CTT GGC TCT AAA TCA TTA TCT AAT AGA ATT C 3'    72

0005359

MONSANTO COMPANY

№ 2794826

Complete sequence of pMON9532 insert

| NO. | PREPARED BY (SIGNATURE) |
|---|---|
| 07 — 810 — 760.03 — 2000 | D. Shah |

Complete sequence      Asn    Ser   [Met]   Leu   Val   Leu

5'  G A A T T C C C  A A T  T C T  A T G  T T G  G T T  T T G

EcoRI

Lys — Lys — Asp — Ser — Ile   Phe   [Met]   Gln   Lys   Phe

A A A  A A A  G A T  T C A  A T T  T T T  A T G  C A A  A A G  T T T

Cys    Ser   Phe   Arg   Ile   Ser   Ala   Ser   Val   Ala

T G T  T C C  T T T  A G G  A T T  T C A  G C A  T C A  G T G  G C T

Thr   Ala   Gln   Glu(Lys)   Pro   Ser   Glu   Ile   Val

A C A  G C A  C A G  A A G  C C T  T C T  G A G  A T A  G T G

   8    9    10    11    12    13

Leu   Gln   Pro   Ile   Lys   Glu   Ile   Ser   Gly

T T G  C A A  C C C  A T T  A A A  G A G  A T T  T C A  G G C

Probe

Thr   Val   Lys   Leu   His   Gly   Ser   Lys   Ser

A C T  G T T  A A A  T T G  C A T  G C C  T C T  A A A  T C A

Leu   Ser   Asn   Arg   Ile

T T A  T C T  A A T  A G A  A T T  C

EcoRI

| READ AND UNDERSTOOD BY | DATE |
|---|---|
| Gregg Clark | |

0005360

# M· ISANTO COMPANY

Nº 2794837

uclectde sequence of pMON 9531 insert

| 86-760.03-2000 | PREPARED BY (SIGNATURE) B. Shah |
|---|---|

periment: 3' end-label the R1 ends of purified pMON9531 insert,
cleave the insert with internal Dde I alte isolate the
fragments and do Maxam Gilbert sequencing reactions.

liged pMON 9531 with HinfI and Dde I to find out if there
sites exist in the insert.

1 λ pMON 9531 insert
2 λ 10x TOMN
17 λ H₂O
0.5 λ Hinf I

1λ pMON9531 insert
2λ 10x TDMN
17λ H₂O
0.5λ Dde I

c is a single HinfI
Dde site within the
ON9531 insert

nd labeling of pMON 9531 insert

7 λ pMON 9531 insert
pMON9531 insert
6 λ 1.10x TDMN
0.5 λ dCTP
0.5 λ dGTP
0.5 λ TTP
31.0 λ H₂O
5.6 λ ⍺ ³²P - dATP
1.0 λ Klenow

Incubate at 15°C/20 min
Add 0.5 cold dATP (5mM)
15°C/10 mm. Heat-kill the r

| READ AND UNDERSTOOD BY Greg Clark | DATE |
|---|---|

0005361

NSANTO COMPANY

№ 2794838

Nucleotide sequence of pMON 9531 insert

| NO. | PREPARED BY (SIGNATURE) | DATE |
|---|---|---|
| - 510 - 760. 03 - 7000 | D. Shah | |

Digest the labelled insert with Dde I as follows

    45 λ  labelled insert in H₂O
    10 λ  10 X TDMP
    1 λ   BSA (10 mg/ml)
    42.5 λ  H₂O
    1.5 λ  Dde I

    Incubate at 37°C / 3 hrs.
    Add 1 λ tRNA (10 μg), ethanol precipitate and dissolve in H₂O
Size fractionate the fragments on 5% polyacrylamide gel.

Fragments  A (270 bp)
       and B (70 bp)  were excised from the gel and
       electro eluted.
Dissolve the final pellets in 35 λ of H₂O

Maxam - Gilbert reactions:

|         | G      | G+A  | C+T    | T      |
|---------|--------|------|--------|--------|
| Frag. A | 1.5 min | 5 min | 8 min | 8 min |
| Frag. B | 6.0 min | 17 " | 20 "  | 20 "  |

Ran the fragments on 20% and 8% sequencing gels.

Nucleotide sequence of pMON9531 insert is shown on the opposite page
all conclusions: ① sequence identical to pMON 9572
            ② Two more in-frame ATG codons are present.
                 Each ATG is followed by Ala.

0005362

| READ AND UNDERSTOOD BY | DATE |
|---|---|
| Oscar Clark | |

# EXHIBIT 15

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY