IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, *et al.*  )
)
)
Plaintiffs,  )
)   C.A. No.: 04-508-SLR (Consol.)
v.  )
)
SYNGENTA SEEDS Inc., *et al.*  )
)   **RESTRICTED CONFIDENTIAL**
)   **FILED UNDER SEAL**
Defendants.  )
)
)

**DECLARATION OF CHARLES M. MATTFELDT, JR. IN SUPPORT OF
SYNGENTA SEEDS, INC., SYNGENTA CORPORATION,
SYNGENTA BIOTECHNOLOGY, INC., ADVANTA USA, INC.,
GARST SEED COMPANY, AND GOLDEN HARVEST SEEDS, INC.'S
OPPOSITION TO MONSANTO'S MOTION TO COMPEL**

Charles M. Mattfeldt, Jr., declares under penalty of perjury:

1.   I am an attorney admitted to practice law in the state of Maryland.

2.   I am employed by Special Counsel, a legal staffing firm, and have been retained on a temporary basis by Shearman & Sterling LLP to work on the document production and related activities in conjunction with the above captioned case.

3.   I am executing this declaration in support of Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.'s Opposition to Monsanto's Motion to Compel, dated February 6, 2006. In preparing this declaration, I have relied on my personal knowledge of the practices and procedures used in Syngenta's document production in this case, my own activities in

connection with the document production, and records of Syngenta's document vendor. The facts set forth below are true and complete to the best of my knowledge.

4. I began my work on this case on August 29, 2005. Since that time I have reviewed approximately 39,000 documents equaling an estimated 355,837 pages.

5. In the Fall of 2005, I participated in the initial privilege review of potentially privileged documents. I was instructed to review these potentially privileged documents and click the "Not Privileged" checkbox only when it was clear that the document was not attorney-client privileged or attorney work product.

6. I understand that Monsanto's motion relates to the Bates range SYN-AT-001938548—SYN-AT-00938550. (hereinafter referred to as the "Flattery Memo"). I do not specifically recall reviewing the Flattery Memo. However, based on the records of our document vendor, it appears that I reviewed at least two versions of this document for initial privilege issues.

7. For one version of the document, the vendor's records indicate that I clicked the "Privileged" checkbox, thereby allowing the document to move onto further review by the privilege review team. On another version of the document, the records indicate that I clicked the "Not Privileged" checkbox, thereby permitting the document to be produced without further privilege analysis.

8. In light of the number of documents I have reviewed in this case, I do not specifically recall reviewing the Flattery Memo and making these privilege determinations. But I was surprised to learn that on the second occasion, I clicked the "Not Privileged" checkbox for this document. I did not intend to mark the Flattery Memo as "Not Privileged," thereby allowing the document to be produced. Under the standard I was given for the initial privilege review, to

2

mark "Not Privileged" only when it was clear on the face of the document it was not protected, I have no doubt that the Flattery Memo should not have been marked as "Not Privileged" and should not have been produced because the document is attorney-client privileged and protected attorney work product.

9. I believe I accidentally clicked on the "Not Privileged" checkbox instead of the "Privilege" checkbox, or there was a technical error that occurred in the course of the production.

10. The document was inadvertently produced and should have been withheld for attorney-client privilege and attorney work product.

I declare that the foregoing is true and correct to the best of my knowledge. Executed on this 4 day of February, 2006.

_____
Charles M. Mattfeldt, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on February 6, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John Shaw by Michell Hunette*
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on February 13, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1