
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147   Direct Phone
302 658-1192   Fax

February 28, 2006

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re: *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.*,
         C.A. No. 04-305 (SLR) – Lead Case

Dear Dr. Dalleo:

    It has come to our attention that we attached the wrong document as Exhibit 7 to Plaintiffs' Opening Claim Construction Brief (D.I. 203), which was filed on January 11, 2006.

    Please remove the document previously submitted as Exhibit 7 to Plaintiffs' Opening Claim Construction Brief and substitute the enclosed document in its place. Thank you for your assistance in this matter.

                             Respectfully submitted,

                             /s/ *David E. Moore*

                             David E. Moore

721679

Enclosure
cc: Richard F. Schwed (by email w/enclosure)
    Michael J. Flibbert (by email w/enclosure)
    John W. Shaw (by hand w/enclosure)