IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ( |
| Plaintiffs, | ( |
| v. | ( C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ( |
| Defendants. | ( |

### Notice of Subpoena

TO:   Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

PLEASE TAKE NOTICE that the attached subpoenas have been served on Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esquire.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Thomas A. McGrath III
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7174

Dated: March 14, 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br>    Plaintiffs,<br>            v.<br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br>    Defendants, | SUBPOENA IN A CIVIL CASE<br><br>CASE NUMBER: C.A. No. 04-305 SLR (lead case) |

TO:    Dr. Theodore Klein
       c/o Mr. Thomas Fleming
       Kaye Scholer LLP
       425 Park Avenue
       New York, NY 10022-3598

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, Delaware 19801 | March 31, 2006<br>9:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>                                                    Attorney for Defendant | DATE<br>3/6/06 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Adam W. Poff (#3990)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 |  |

(See Rule 45 of Federal Rules of Civil Procedure Parts C & D on Reverse)

10/94

AO 88 (Rev 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Montsanto Company, et. al., Plaintiff(s)
vs.
Syngenta Seeds, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  076090-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq
Court Case No. 04-305 SLR

YOUNG, CONAWAY, ET AL
Ms. Brenda S. Walters
1000 West Street, 17th Floor
Wilmington, DE 19801

State of: __NEW YORK__ ) ss.
County of: __SUFFOLK__ )

**Name of Server:** __BRIAN NOLAN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7__ day of __MARCH__, 20 __06__, at __2:10__ o'clock __P__ M

**Place of Service:** at __Kaye Scholer, LLP - 425 Park Avenu__, in __New York, NY 10022-3598__

**Documents Served:** the undersigned served the documents described as:
Subpoena in a Civil Case

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of __"JOHN DOE"__, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq at the place of service, and whose relationship to the person is: __RECEPTIONIST__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BLACK__ ; Facial Hair _____
Approx. Age __30__ ; Approx. Height __5'11"__ ; Approx. Weight __160__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
BRIAN NOLAN
APS International, Ltd.

Subscribed and sworn to before me this __8__ day of __MARCH__, 20 __06__

Notary Public     (Commission Expires)

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2007