**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br>   v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>        Defendants.<br><br>DEKALB GENETICS CORPORATION,<br>        PLAINTIFF,<br>   V.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>        DEFENDANTS. | C. A. No. 04-305 SLR<br>(Lead Case) |

**JOINT CLAIM CONSTRUCTION SUBMISSION**

Pursuant to the Court's instruction at the March 9, 2006 hearing in Wilmington, Delaware, the parties have met and conferred and submit the following proposed constructions of the asserted claims of United States Patent Nos. 4,940,835 ("the '835 patent"), 5,538,880 ("the '880 patent") and 6,013,863 ("the '863 patent"):

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide resistance thereto. | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA. The bombarded corn cells are capable of being regenerated (i.e., developing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells by applying a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells. The corn cells that contain the DNA are protected from the chemical agent by a protein produced by a selectable marker gene in the DNA, while the corn cells that do not contain the DNA are killed.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation and succeeding generations of corn plants.<br><br>The fertile transgenic corn plant is | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA. The bombarded corn cells are capable of being regenerated (i.e., growing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells.<br><br><br><br><br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation of corn plants.<br><br>The fertile transgenic corn plant is |

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | herbicide resistant, meaning that the plant can better withstand the harmful effects of a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells than a regular corn plant. | herbicide-resistant, meaning that the plant will not be significantly injured when a herbicide is applied to it. A herbicide is a chemical agent used to kill or inhibit the growth of weeds. |
| 4. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 which comprise said DNA. | A process that includes obtaining an R1 or succeeding generation corn plant having the fertile transgenic corn plant produced by the process of claim 1 somewhere in its ancestry. The resulting R1 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing the three steps of claim 1 and a fourth step of using the resulting R0 corn plant to obtain the succeeding R1 generation corn plants containing the DNA that was introduced by bombardment. |
| 5. The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line. | During the process of obtaining the R1 and succeeding generation corn plant recited in claim 4, the R0 fertile transgenic corn plant was crossed with a corn plant from an inbred corn line. | A process that involves practicing all of the steps of claim 4 in which the R1 generation corn plants are obtained by crossing the R0 fertile transgenic corn plant with a corn plant from an inbred corn line. |
| 6. The process of claim 4 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed. | The process of claim 4 plus at least the additional steps of obtaining seed from the R1 or succeeding generation corn plant produced by the process of claim 4 and then growing an R2 or succeeding generation corn plant from that seed. The R2 or succeeding generation corn plant contains the DNA that was introduced by | A process that involves practicing all of the steps of claim 4 plus at least the additional steps of obtaining seed from the R1 generation corn plant produced by the process of claim 4 and then growing an R2 generation corn plant from that seed. The R2 generation corn plant contains the DNA that was introduced by bombardment. |

3

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | bombardment. | |
| 7. The process of claim 5 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA. | The process of claim 5 plus at least the additional step of crossing the R1 or succeeding generation corn plant produced by the process of claim 5 with a corn plant from the inbred corn line of claim 5 to obtain an R2 or succeeding generation corn plant. The R2 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing all of the steps of claim 5 plus at least the additional step of crossing the R1 generation corn plant produced by the process of claim 5 with a corn plant from the inbred corn line of claim 5 to obtain an R2 generation corn plant. The R2 generation corn plant contains the DNA that was introduced by bombardment. |
| 8. The process of claim 6 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed. | The process of claim 6 plus at least the additional steps of obtaining seed from the R2 or succeeding generation corn plant produced by the process of claim 6 and then growing an R3 or succeeding generation corn plant from that seed. The R3 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing all of the steps of claim 6 plus at least the additional steps of obtaining seed from the R2 generation corn plant produced by the process of claim 6 and then growing an R3 generation corn plant from that seed. The R3 generation corn plant contains the DNA that was introduced by bombardment. |
| 9. The process of claim 7 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA. | The process of claim 7 plus at least the additional step of crossing the R2 or succeeding generation corn plant produced by the process of claim 7 with a corn plant from the inbred corn line of claim 7 to obtain an R3 or succeeding generation corn plant. The R3 or succeeding generation corn plant contains the DNA that was | A process that involves practicing all of the steps of claim 7 plus at least the additional step of crossing the R2 generation corn plant produced by the process of claim 7 with a corn plant from the inbred corn line of claim 7 to obtain an R3 generation corn plant. The R3 generation corn plant contains the DNA |

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | introduced by bombardment. | that was introduced by bombardment. |

| U.S. Patent No. 6,013,863 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a selectable marker gene; (ii) selecting a population of transformed cells expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants. | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA, which includes at least a selectable marker gene. The bombarded corn cells are capable of being regenerated (i.e., developing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells by applying a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells. The corn cells that contain the DNA are protected from the chemical agent by a protein produced by the selectable marker gene, while the corn cells that do not contain the DNA are killed.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation and succeeding | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA, which includes at least a selectable marker gene. The bombarded corn cells are capable of being regenerated (i.e., growing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation of corn plants. |

6

| U.S. Patent No. 6,013,863 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
|  | generations of corn plants.<br><br>The fertile transgenic corn plant is glyphosate resistant, meaning that the plant can better withstand the harmful effects of glyphosate than a regular corn plant. | The fertile transgenic corn plant is glyphosate-resistant, meaning that the plant will not be significantly injured when glyphosate is applied to it. |
| 5. The process of claim 1 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant. | The process of claim 1 plus at least the additional step of obtaining an R1 or succeeding generation corn plant from a corn plant produced by the process of claim 1. | A process that involves practicing the three steps of claim 1 plus at least the additional step of obtaining glyphosate-resistant R1 generation corn plants from the R0 corn plant produced by the process of claim 1. |
| 6. The process of claim 5 further comprising obtaining seed from one of said progeny plants. | The process of claim 5 plus at least the additional step of obtaining seed from the R1 or succeeding generation corn plant produced by the process of claim 5. | A process that involves practicing all of the steps of claim 5 plus at least the additional step of obtaining seed from one of the R1 generation corn plants produced by the process of claim 5. |

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A chimeric plant gene which comprises:<br><br>(a) a promoter sequence which functions in plant cells;<br><br>(b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and<br><br>(c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA;<br><br>the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene. | A "gene" is a portion of DNA that produces a polypeptide (also known as a "protein"), and a "chimeric" gene includes DNA sequences from two or more different genes. The chimeric plant gene of claim 1 is made of at least three elements.<br><br>The first element (a) is a promoter sequence, which is a DNA sequence that tells the cell to start a process that results in production of the CTP/EPSPS fusion polypeptide (defined below). The promoter sequence comes from a different gene than the coding sequence element (b) (that is, it is heterologous to the coding sequence element (b)) and it functions in plant cells.<br><br>The second element (b) is a DNA coding sequence that causes the production of a chloroplast transit peptide ("CTP") / 5-enolpyruvylshikimate-3-phosphate synthase ("EPSPS") fusion polypeptide ("CTP/EPSPS fusion polypeptide"). The CTP/EPSPS fusion polypeptide has at least | The "chimeric plant gene" of claim 1 includes three elements that must function (work) in "plant cells" containing the gene. The term "plant cells" means all types of plant cells, including both monocots (such as corn) and dicots (such as petunia). A "gene" is a portion of DNA that produces a polypeptide (also known as a "protein"), and a "chimeric" gene includes DNA sequences from two or more different genes.<br><br>The first element (a) of claim 1 is a promoter sequence, which is a DNA sequence that tells the cell to start a process that results in production of the CTP/EPSPS fusion polypeptide (defined below). The promoter sequence comes from a different gene than both parts of the CTP/EPSPS fusion polypeptide, and it functions in all types of plant cells.<br><br>The second element (b) is a DNA coding sequence that causes the production of a chloroplast transit peptide ("CTP") / 5-enolpyruvylshikimate-3-phosphate synthase ("EPSPS") fusion polypeptide ("CTP/EPSPS fusion polypeptide"). The CTP/EPSPS fusion polypeptide has at least |

8

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | two parts, a CTP part and an EPSPS part, which are joined together, but need not be directly adjacent to each other. A CTP is a series of amino acids that causes the transport of a polypeptide into a chloroplast, a sub-compartment in the plant cell that is the site of photosynthesis. EPSPS is an enzyme that is involved in the production of certain amino acids for the growth of plants and bacteria. The EPSPS polypeptide gives the plant cell enhanced glyphosate resistance. | two parts, a CTP part and an EPSPS part, which are joined together. The CTP and EPSPS parts come from different sources and are not found together in nature. A CTP is a series of amino acids that naturally occurs in plants and causes the transport of the EPSPS protein into a chloroplast, a compartment in the plant cell. After the CTP transports the EPSPS protein to the chloroplast, the CTP is removed from the CTP/EPSPS fusion polypeptide. The EPSPS protein gives the plant cell enhanced glyphosate resistance. |
| | The third element (c) is a 3' non-translated region, which is a DNA sequence at the end of the chimeric plant gene that functions in plant cells to create a polyadenylation signal which allows the cell to produce the CTP/EPSPS fusion polypeptide. | The third element (c) is a DNA sequence at the end of the plant gene that functions in plant cells to assist in the production of the CTP/EPSPS fusion polypeptide. |
| | The promoter sequence causes sufficient production of the CTP/EPSPS fusion polypeptide such that the plant cell containing the chimeric gene can withstand the harmful effects of glyphosate better than a regular plant cell can. | The promoter sequence must cause sufficient production of the CTP/EPSPS fusion polypeptide to enhance the glyphosate resistance of plant cells transformed with the gene. A plant cell is "transformed" when a gene is stably incorporated into its DNA. The transformed plant cell has enhanced glyphosate resistance if it can grow in the |

9

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | | presence of glyphosate at concentrations that kill untransformed cells. |
| 5. A chimeric gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS). | The coding sequence in the chimeric plant gene of claim 1 causes the production of an EPSPS polypeptide that is altered from the way it exists in nature. | The CTP/EPSPS fusion polypeptide in the plant gene of claim 1 causes the production of an EPSPS protein that has been altered from the way it normally exists in nature. |
| 6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants. | The EPSPS coding sequence in the chimeric plant gene of claim 1 produces a bacterial, fungal and/or plant EPSPS. | The EPSPS protein in the plant gene of claim 1 is obtained from a bacteria, fungus and/or plant. |

10

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Susan K. Knoll<br>Thomas A. Miller<br>Melinda Patterson<br>Stephen E. Edwards<br>Steven G. Spears<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, Texas 77002<br>Telephone (713) 787-1400 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: March 20, 2006 | *Attorneys for Plaintiffs* |

|  |  |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Michael J. Flibbert<br>Howard W. Levine<br>Sanya Sukduang<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>Telephone (202) 408-4000 | By: */s/ John W. Shaw*<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>The Brandywine Building<br>1000 West Street<br>Wilmington, Delaware 19899-0391<br>Telephone (302) 571-6689 |
| Dated: March 20, 2006 | *Attorneys for Defendants* |

724419

11

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 20, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on March 20, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>rschwed@shearman.com | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC  20001-4413<br>michael.flibbert@finnegan.com<br>don.burley@finnegan.com<br>howard.levine@finnegan.com |

　　　　　　　　　　　　　　　　　　　　 */s/ David E. Moore*
　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

700765