IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) **CONFIDENTIAL** |
| Defendants. | ) **FILED UNDER SEAL** |

**NOTICE OF DEPOSITION**

TO:   John J. Rosenthal, Esq.
      Howrey Simon Arnold & White, LLP
      1299 Pennsylvania Ave., N.W.
      Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), will take the deposition of the corporate designee(s) of Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), most knowledgeable about the matters set forth in Attachment A on March 27, 2006, at 9:00 a.m., at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022-6069, or an alternate location and time to be negotiated by the parties.

The deposition will be taken upon oral examination before a court reporter or other person authorized by law to administer oaths, and may be recorded by stenographic means and/or by videotape. The deposition will be taken for purposes of discovery, for use as evidence in this matter, and for such purposes as permitted under the Federal Rules of Civil Procedure.

The deposition will continue from day to day until completed or adjourned by agreement of counsel. You are invited to attend and cross-examine.

Respectfully,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(212) 508-8000

Dated: March 13, 2006

## ATTACHMENT A

### I. Definitions

1. The term "Monsanto" shall mean Monsanto Company and Monsanto Technology LLC.

2. The term "Consultant" shall mean an individual or entity listed by Monsanto under the heading "Information Provider" in "Monsanto's Answers and Objections to Syngenta Seeds, Inc.'s Second Set of Interrogatories (Antitrust Case)" of January 31, 2006, in response to Interrogatory No. 26, and as set forth here in Attachment B.

3. The term "Consultancy" shall mean, with respect to each Consultant, any and all work performed by the Consultant on behalf of Monsanto, American Seeds, Inc., Asgrow Seed Company, Inc., Channel Bio Corp., Corn States Hybrid Service LLC, DeKalb Genetics Corporation, NC+ Hybrids, Inc., Holden's Foundation Seeds, Inc., CORE Group, Fontanelle Hybrids, Stewart Seeds, Trelay Seed, and Stone Seeds since January 1, 1996.

### II. Matters on Which Examination is Requested

With respect to each Consultant,

1. The nature of the business of the Consultant;
2. The address and phone number of the Consultant;
3. The nature of the relationship between the Consultant and Monsanto;
4. The nature and substance of the Consultancy including, without limitation:
    (a) the types of studies conducted (e.g. surveys, market analyses, or other methods);
    (b) the subject matter of the studies; and

       (c) any other information necessary and sufficient to show the topics, methods and conclusions reached as a result of the Consultancy;

and

5. The beginning and end dates of the Consultancy.

# ATTACHMENT B

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on February 13, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

### BY FEDERAL EXPRESS

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on March 23, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1