# EXHIBIT A

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| SYNGENTA SEEDS, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MONSANTO'S SUPPLEMENTAL STATEMENT OF RELEVANT FACTS IN SUPPORT OF ITS OPPOSITION TO SYNGENTA AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

OF COUNSEL:

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

Dated:  March 21, 2006
Public Version Dated:  March 30, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Monsanto Company and
Monsanto Technology LLC

Monsanto submits this supplemental statement of facts to provide the Court with recently taken deposition testimony that did not exist on December 30, 2005, when Monsanto filed its brief in opposition to counter-defendant Syngenta, AG's motion to dismiss for lack of personal jurisdiction. Relevant excerpts from the first two Syngenta witnesses deposed by Monsanto -- David Jessen and Daniel Lehmann are set forth below.

**MARCH 16, 2006 DEPOSITION OF SYNGENTA WITNESS DAVID JESSEN**

*Project Cornucopia Meeting in Delaware.*



_____

[1]    A copy of the Project Cornucopia presentation, which was exhibit 18 to the deposition of Mr. Jessen, is attached hereto as Exhibit 3.

A.    

Q.

A.

(*Id.* at 63:15-22.)  The presentation, in fact, sets forth this and other specific goals of the Wilmington, Delaware meeting:



The presentation concludes that the overall project goal:

***Plant Sciences Management Team and Corn Business Team.***















**MARCH 14, 2006 DEPOSITION OF SYNGENTA WITNESS DANIEL LEHMANN**

Daniel Lehmann is Integration Head for Corn and Soybeans for Syngenta Seeds, Inc. He gave testimony on the following subjects.











## CONCLUSION

Monsanto respectfully requests that the Court consider the foregoing evidence and testimony in deciding Syngenta AG's motion to dismiss for lack of personal jurisdiction.

Respectfully Submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

By:  /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Telephone (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Attorneys for Monsanto Company and
Monsanto Technology LLC

Dated:  March 21, 2006
Public Version Dated:  March 30, 2006

725941

15

# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY