# EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-305-SLR |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Having considered Monsanto's Motion to Supplement the Record Relating to Syngenta AG's Motion to Dismiss for Lack of Personal Jurisdiction;

**IT IS HEREBY ORDERED** this _____ day of _____ 2006 that Monsanto's Motion to Supplement is GRANTED. Monsanto's Supplemental Statement of Relevant Facts is deemed filed as of the date of this Order.

_____
United States District Court Judge