IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONSANTO COMPANY, *et al.* <br><br> Plaintiffs, <br> v. <br> SYNGENTA SEEDS INC., *et al.* <br> Defendants. | C.A. No.: 04-305-SLR (Consol.) <br><br> **RESTRICTED CONFIDENTIAL** <br> **FILED UNDER SEAL** |

### DECLARATION OF JONATHAN R. DEFOSSE
### IN SUPPORT OF SYNGENTA AG AND SYNGENTA PARTICIPATIONS AG'S ANSWERING BRIEF IN OPPOSITION TO MONSANTO'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD RELATING TO SYNGENTA AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Jonathan R. DeFosse declares under penalty of perjury:

1. I am an attorney at the firm of Shearman & Sterling LLP, counsel in this action to counterclaim-defendants Syngenta AG and Syngenta Participations AG ("Participations"). I submit this declaration in support of Syngenta AG and Participations' Answering Brief in Opposition to Monsanto's Motion for Leave to Supplement the Record Relating to Syngenta AG's Motion to Dismiss for Lack of Personal Jurisdiction.

2. Attached hereto as Exhibit 1 is a true and correct copy of a February 12, 2001 letter from Edward T. Shonsey, then President & CEO of Syngenta Seeds, Inc., to George Ewing, Jr., Bates-labeled SYN-AT-000705192 to SYN-AT-000705193.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document Bates-labeled MGA 1569317 listing Edward T. Shonsey as the President & CEO of Novartis

Seeds in Golden Valley, Minnesota. Documents bearing the prefix "MGA" were produced by Monsanto in this litigation.

4. Attached hereto as Exhibit 3 is a true and correct copy of a May 14, 2003 letter from Albin Hubscher, Head of Syngenta Seeds, Inc.'s Corn & Oilseed Business, North America, to NK$^{\circledR}$ Brand Bt Corn Customers, Bates-labeled SYN-AT-003171717.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Richard Schwed to John Rosenthal, indicating that documents Bates-labeled SYN-AT-000000001 to 000744001 were produced to Monsanto on October 13, 2005. Exhibit 3 to Monsanto's Supplemental Statement of Relevant Facts in Support of Its Opposition to Syngenta AG's Motion to Dismiss for Lack of Personal Jurisdiction – a May 2002 power-point presentation, Bates-labeled SYN-AT-000347361 to SYN-AT-000347464 – was among the documents produced to Monsanto on October 13, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 29, 2006, at Washington, D.C.

Jonathan R. DeFosse

#346223

Exhibit 1

Redacted

Redacted

Exhibit 2

Redacted

Exhibit 3

Redacted

# Exhibit 4

# SHEARMAN & STERLING LLP

FAX: 212-848-7179
TELEX: 667290 WUI
www.shearman.com

599 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-6069
212 848-4000

ABU DHABI
BEIJING
BRUSSELS
DÜSSELDORF
FRANKFURT
HONG KONG
LONDON
MANNHEIM
MENLO PARK
MUNICH
NEW YORK
PARIS
ROME
SAN FRANCISCO
SINGAPORE
TOKYO
TORONTO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER:
212-848-5445

WRITER'S EMAIL ADDRESS:
rschwed@shearman.com

October 13, 2005

VIA FEDERAL EXPRESS

John Rosenthal, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Re: *Syngenta v. Monsanto Antitrust Litigation*

Dear John:

Enclosed please find a hard drive containing Syngenta Seeds, Inc.'s first production in response to Monsanto's First Request for Documents and Things to Syngenta Seeds, Inc. on its Antitrust Claims.

This hard drive contains 33,867 documents and 744,001 pages bearing bates numbers SYN-AT-000000001 – SYN-AT-000744001. This production is made pursuant to Delaware Local Rule 26.2, which provides that disclosure must be limited to trial counsel. In addition, the documents are stamped "Confidential" and "Restricted Confidential" as per the draft protective order.

In accordance with our discussions and the practice in the patent case, this hard drive also contains a load file that provides document range and custodian information.

Very truly yours,

Richard Schwed /sks.

Richard Schwed

*Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.*

NYDOCS04/440726.3

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on April 5, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Adam W. Poff (No. 3990)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1