### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF DAVID WITHERSPOON**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, et al., will take the deposition upon oral examination of David Witherspoon. The deposition will commence on April 13, 2006 at 9:00 a.m. at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022, and will continue from day to day until completed. The deposition will be taken by stenographic means.

You are invited to attend and cross-examine.

                                                          POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
| | Richard L. Horwitz (#2246) |
| John J. Rosenthal | David E. Moore (#3983) |
| HOWREY LLP | Hercules Plaza, 6th Floor |
| 1299 Pennsylvania Ave., N.W. | 1313 N. Market Street |
| Washington, DC  20004 | Wilmington, DE  19801 |
| Telephone (202) 783-0800 | Telephone (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated:  April 7, 2006 | dmoore@potteranderson.com |
| | |
| | Attorneys for Monsanto Company and Monsanto Technology LLC |

726999

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 7, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on April 7, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>rschwed@shearman.com | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC  20001-4413<br>michael.flibbert@finnegan.com<br>don.burley@finnegan.com<br>howard.levine@finnegan.com |

    /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765

2