# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF THOMAS KLEVORN

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, et al., will take the deposition upon oral examination of Thomas Klevorn. The deposition will commence on April 12, 2006 at 9:00 a.m. at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022, and will continue from day to day until completed. The deposition will be taken by video and stenographic means.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone (202) 783-0800

Dated:  April 7, 2006

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Monsanto Company and
Monsanto Technology LLC

727001

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 7, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on April 7, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>rschwed@shearman.com | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC  20001-4413<br>michael.flibbert@finnegan.com<br>don.burley@finnegan.com<br>howard.levine@finnegan.com |

                                                               */s/ David E. Moore*
                                                               Richard L. Horwitz
                                                              David E. Moore
                                                             Potter Anderson & Corroon LLP
                                                             Hercules Plaza – Sixth Floor
                                                             1313 North Market Street
                                                             Wilmington, DE  19801
                                                             (302) 984-6000
                                                            rhorwitz@potteranderson.com
                                                            dmoore@potteranderson.com

700765