IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYNGENTA SEEDS, INC., *et al.*, )<br>)<br>Defendants. ) | C.A. No.: 04-305-SLR (Consol.) |

**NOTICE OF DEPOSITION**

TO:  John J. Rosenthal, Esq.
     HOWREY LLP
     1299 Pennsylvania Ave., N.W.
     Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), by and through their undersigned counsel, will take the deposition of Sonny Beck, a non-party witness, by oral examination using video tape, audio tape, and/or stenographic means, before a Notary Public or other officer authorized by law to administer oaths. This deposition will be held on April 25, 2006, and will begin at 9:00 a.m., at Two Market Square Center, 251 E. Ohio Street, Suite 940, Indianapolis, IN 46204, or an alternate location and time to be negotiated by the parties. The deposition shall continue from day to day, until completed.

You are invited to attend and cross-examine.

                            Respectfully,

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ John W. Shaw

                            John W. Shaw (No. 3362)
                            Karen E. Keller (No. 4489)
                            The Brandywine Building, 17th Floor
                            1000 West Street
                            Wilmington, Delaware 19801
                            (302) 571-6600

                            *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue
Washington, DC 20004.
(202) 508-8000

DATED: April 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on April 10, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ John W. Shaw
>_____
>John W. Shaw (No. 3362)
>Rolin P. Bissell (No. 4478)
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

DB01:1611981.1