# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

    Plaintiffs,

      v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC.,

    Defendants.

    Civil Action No. 04-305-SLR
    (lead case)

DEKALB GENETICS CORPORATION,

    Plaintiff,

      v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC.,

    Defendants.

## SYNGENTA'S MOTION TO BIFURCATE TRIAL

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Garst Seed Co., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") hereby move the Court for an order bifurcating trial in this case into two phases: (1) patent validity and infringement, and (2) willfulness and damages.

The grounds for this Motion are fully set forth in Syngenta's Opening Brief in Support of Its Motion To Bifurcate The Issue Of Liability From The Issues Of Damages and Willfulness which is filed and served contemporaneously herewith.

Respectfully submitted,

John W. Shaw (No. 3362)
Seth J. Reidenberg (No. 3657)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Of counsel:

Michael J. Flibbert
Howard W. Levine
York M. Faulkner
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000                    Attorneys for Defendants


Dated: April 28, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Seth J. Reidenberg, hereby certify that counsel for the defendants has made reasonable efforts to reach agreement with counsel for plaintiffs on the matters set forth in this motion, but were unable to reach such an agreement.

Seth J. Reidenberg (No. 3657)
YOUNG CONAWAY STARGATT
    & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Dated: April 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 04-305-SLR<br>(lead case) |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| DEKALB GENETICS CORPORATION, | ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**ORDER**

At Wilmington this ___ day of _____, 2006,

WHEREAS, defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "Syngenta") have moved pursuant to Rule 42(b) of the Federal Rules of Civil Procedure for an Order bifurcating trial in this case into two phases: (1) patent validity and infringement, and (2) willfulness and damages; and

059155.1003

WHEREAS, all parties were given notice and an opportunity to be heard; and

WHEREAS, after considering all papers and arguments in support of and in opposition to Syngenta's Motion to Bifurcate Trial,

**IT IS HEREBY ORDERED** that Syngenta's Motion to Bifurcate Trial is GRANTED.

_____

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on April 28, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants by e-mail on April 28, 2006 and by Federal Express on April 29, 2006:

> John J. Rosenthal, Esquire
> Peter E. Moll, Esquire
> HOWREY LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
>
> Kenneth A. Letzler, Esquire
> Arnold & Porter LLP
> 555 12th Street, N.W.
> Washington, D.C. 20004

> Susan Knoll, Esquire
> HOWREY LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Seth J. Reidenberg (No. 3657)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
sreidenberg@ycst.com
*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*