**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al. | ) ) ) ) | C.A. No. 04-305-SLR (Lead Case) |
| Defendants. | ) ) | |
| DEKALB GENETICS CORP., | ) ) | |
| Plaintiff, v. | ) ) ) | |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et al. | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE TO JURY PANEL[1]**

Good morning, ladies and gentlemen.  I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Monsanto Company, Monsanto Technology LLC, and DeKalb Genetics Corp. v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc.**  Briefly stated, this is a patent action arising under the patent laws of the United States involving the use of biotechnology to genetically engineer corn to make it resistant to certain herbicides.

---

[1]  The full text through proposed question 19 is modeled after the voir dire given in *Syngenta Seeds, Inc. v. Monsanto Co., et al.,* Civil Action No. 02-1331-SLR.

The trial will last three weeks. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than three weeks. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies.

    (a) Are you personally acquainted with any officer, director, or employee of any of those companies?

    (b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

    (c) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

        (d)    Have you, any family member, or anyone close to you had any negative experience with any products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

    2.    You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

    3.    You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals.

    4.    Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

    5.    Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

    6.    Have you ever served as a juror in a civil lawsuit?

    7.    You have been given a list of subject areas. Have you, a close friend, or a family member ever been employed, trained, or had any experience in any of the listed areas?

    8.    Do you have any knowledge about or experience with patents, including applying for a patent?

    9.    Have you ever worked for a company that had patented products or processes?

    10.    Have you ever been involved in the development of a new product or process?

11. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

12. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

13. Do you believe it would be wrong for someone to profit from his invention or discovery?

14. Do you believe that inventions in the agricultural industry, including the alteration of plants by biotechnology, are not entitled to patent protection?

15. Have you or a close friend or family member ever been employed for an agricultural company or in the agricultural industry?

16. Do you have any opinion regarding the alteration of plants by biotechnology that would prevent you from fairly judging this case based on the evidence presented.

17. You have been given a list of corn products. Have you, a close friend, or a family member ever had any experience with any of these products?

18. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

19. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## ADDITIONAL QUESTIONS PROPOSED BY PLAINTIFFS

20. Do you have any strong opinions about the use of herbicides? For example, do you think that they harm the environment more than they benefit farmers?

21. Do you have any strong opinions about genetically modified food – for example, whether it is good or bad?

22. Have any of you ever been involved in scientific research or possess special training in genetics or biotechnology?

23. Are you comfortable with science concepts or terms?

24. Have you or a close family member ever lived on a farm?

25. Have you or a close family member ever served in the military?

## COMPANIES

Monsanto Company

Monsanto Technology LLC

DeKalb Genetics Corp.

Syngenta Seeds, Inc.

Syngenta Biotechnology, Inc.

Golden Harvest Seeds, Inc.

Garwood Seed Co.

Golden Seed Co., LLC

Sommer Brothers Seed Co.

Thorp Seed Co.

JC Robinson Seeds, Inc.

Garst Seed Company

Novartis

Northrup King Co.

Ciba Geigy Corp.

Sandoz Corp.

Dupont

Pioneer International Hybrid

**ATTORNEYS**

<u>Potter Anderson & Corroon LLP</u>
Richard L. Horwitz
David E. Moore

<u>Howrey LLP</u>
Susan K. Knoll
Thomas A. Miller
Melinda L. Patterson
Stephen E. Edwards
Steven G. Spears
Drew Kim

<u>Young Conaway Stargatt & Taylor, L.L.P.</u>
John Shaw

<u>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.</u>
Don O. Burley
Michael J. Flibbert
Howard W. Levine
Scott J. Popma
Sanya Sukduang

## WITNESSES

**[PLEASE NOTE: THIS IS A DRAFT LIST—THE FINAL LISTS HAVE NOT BEEN EXCHANGED]**

Thomas Adams

Charles (Chuck) Armstrong

Jack Bernens

Joseph Michael Bothe

Barry Bruce

Richard Cahoon

Guy Della-Cioppa

Xavier Delannay

Rick DeRose

John Finer

Chris Flick

Robb Fraley

Michael Fromm

Charles S. Gasser

Delbert Harper

Robert Horsch

Robert Julstrom

Kenneth Keegstra

Ganesh Kishore

Harry Klee

Ted Klein

Marshall Kostiuk

Michel Lebrun

Anthony Leisure

Peggy Lemaux

Ronald Lundquist

Catherine Mackey

Nancy Hoffman Mathis

Greg Parker

Edward Resler

Ray Riley

Ken Rinkenberger

Robert Robinson

Sally Rockey

Stephen Rogers

Dilip Shah

Christopher Spadea

Michael Spencer

David Walters

Robert Wilde

David Witherspoon

Ron Wulfkhule

## SUBJECT AREAS

Genetics education or background

Genetic engineering education or background

Biotechnology education or background

Science education or background

Agricultural industry

## CORN PRODUCTS

Roundup Ready Corn

Roundup Ready Corn 2

GA21 Corn

Agrisure GT Corn

731271