# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>et al. | ) <br> ) <br> ) <br> ) | C.A. No. 04-305-SLR<br>(Lead Case) |
| Defendants. | ) <br> ) | |
| DEKALB GENETICS CORP., | ) <br> ) | |
| Plaintiff,<br>v. | ) <br> ) <br> ) | |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al. | ) <br> ) <br> ) | |
| Defendants. | ) | |

## **JURY VERDICT**

We, the jury, unanimously find as follows:

**I.    INFRINGEMENT**

    1.    Do you find that Monsanto has shown, by a preponderance of the evidence, that Defendants have made, used, offered to sell or sold GA21 corn that literally infringes any of the following asserted claims of the patents-in-suit?  (A "YES" answer is a finding for Monsanto.  A "NO" answer is a finding for Defendants.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

| LUNDQUIST '863 PATENT | YES | NO |
|---|---|---|
| Claim 5 | | |
| Claim 6 | | |

    2.    Do you find that Monsanto has shown, by a preponderance of the evidence, that Defendants have made, used, offered to sell or sold GA21 corn that infringes any of the following asserted claims of the '835 patent under the doctrine of equivalents?  (A "YES" answer is a finding for Monsanto.  A "NO" answer is a finding for Defendants.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

3.     Do you find that Monsanto has shown, by a preponderance of the evidence, that Defendants have contributed to the infringement by another of any of the following asserted claims of the patents-in-suit with its GA21 corn products? (A "YES" answer is a finding for Monsanto. A "NO" answer is a finding for Defendants.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

| LUNDQUIST '863 PATENT | YES | NO |
|---|---|---|
| Claim 5 | | |
| Claim 6 | | |

4. Do you find that Monsanto has shown, by a preponderance of the evidence, that Defendants have induced the infringement by another of any of the following asserted claims of the patents-in-suit with its GA21 corn products? (A "YES" answer is a finding for Monsanto. A "NO" answer is a finding for Defendants.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

| LUNDQUIST '863 PATENT | YES | NO |
|---|---|---|
| Claim 5 | | |
| Claim 6 | | |

## II.     WILLFUL INFRINGEMENT

5. Do you find that Monsanto has shown by clear and convincing evidence that any infringement by Defendants of the patents-in-suit was willful? Only answer for those patents that you have found infringed. (A "YES" answer is a finding for Monsanto. A "NO" answer is a finding for Defendants.)

| PATENT | YES | NO |
|---|---|---|
| '835 Patent | | |
| '880 Patent | | |
| '863 Patent | | |

## III. VALIDITY

### A. Anticipation

6. Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '880 patent are invalid as anticipated by the USDA grant application by Drs. Klein, Sandford and Wu. (A "YES" answer is a finding for Defendants. A "NO" answer is a finding for Monsanto.)

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

7. Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '880 patent are invalid because Dr. Ted Klein had an earlier complete conception of the claimed invention, and diligently reduced the invention to practice. (A "YES" answer is a finding for Defendants. A "NO" answer is a finding for Monsanto.)

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

5

8. Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '880 patent are invalid as anticipated by any prior invention by Mr. Michael Spencer. (A "YES" answer is a finding for Defendants. A "NO" answer is a finding for Monsanto.)

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

9. Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '880 patent are invalid because the inventors derived a complete conception of the claimed invention from Dr. Ted Klein. (A "YES" answer is a finding for Defendants. A "NO" answer is a finding for Monsanto.)

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

10. Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '835 patent are invalid because they are anticipated by U.S. Patent No. 5,728,925? (A "YES" answer is a finding for Defendants. A "NO" answer is a finding for Monsanto.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

6

**B.     Obviousness**

11.     Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '880 patent are invalid because the claimed invention was obvious in view of the prior art?  (A "YES" answer is a finding for Defendants.  A "NO" answer is a finding for Monsanto.)

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

**C.     Written Description**

12.     Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '835, '880 and '863 patents are invalid because the specification does not contain an adequate written description to show that the subject matter claimed is what the inventors had invented?  (A "YES" answer is a finding for Defendants.  A "NO" answer is a finding for Monsanto.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

| LUNDQUIST '863 PATENT | YES | NO |
|---|---|---|
| Claim 5 | | |
| Claim 6 | | |

**D.    Enablement**

13.    Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '835, '880 and '863 patents are invalid because their specifications do not disclose sufficient information to enable one skilled in the field of the invention to make and use the claimed invention without undue experimentation?  (A "YES" answer is a finding for Defendants.  A "NO" answer is a finding for Monsanto.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

| LUNDQUIST '880 PATENT | YES | NO |
|---|---|---|
| Claim 4 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |
| Claim 9 | | |

| LUNDQUIST '863 PATENT | YES | NO |
|---|---|---|
| Claim 5 | | |
| Claim 6 | | |

**E.    Best Mode**

14.    Do you find that Defendants have shown, by clear and convincing evidence, that any of the asserted claims of the '835 patent are invalid for failing to disclose the best mode known to the inventors at the time of filing their patent application for carrying out the claimed invention.  (A "YES" answer is a finding for Defendants.  A "NO" answer is a finding for Monsanto.)

| SHAH '835 PATENT | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |

8

**IV.    DAMAGES**

      15.    If you have found that Defendants have infringed a valid claim of any of the three patents-in-suit, what is the amount of damages that you award Monsanto?

$$\$\underline{\hspace{3cm}}$$

      Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.

DATED:    June ____, 2006

                                              _____
                                                   FOREPERSON

_____

_____

_____

_____

_____

_____

_____

731270