**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>SYNGENTA SEEDS, INC. and<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>et al.<br><br>   Defendants.<br><br>DEKALB GENETICS CORP.,<br><br>   Plaintiff,<br> v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-305-SLR<br>)   (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>MONSANTO'S PROPOSED CONFIDENTIAL JUROR QUESTIONNAIRE</u>**

Please fill out the form as completely as possible and print clearly. This will assist the judge and lawyers in selecting a jury and will save time for them and for you. Because copies will be made for the attorneys and the judge, do not write on the back of any page. If you need more room, continue at the bottom of the page.

Do not discuss the questionnaire or your answers with anyone else. Your answers are to be your answers and your answers alone. Bear in mind that your answer to each question must be correct and complete to the best of your knowledge. However, you may elect not to answer any question you find objectionable. PLEASE CIRCLE YOUR ANSWER WHERE APPROPORIATE. Thank you for your cooperation.

1. What is your gender?
    a. Male
    b. Female
2. Your age: _____
3. In what county, city and neighborhood or area do you now live?

    _____

4. For how long have you lived there? _____
5. Where did you live before you moved there? _____
6. Your place of birth: _____
7. Are you currently employed outside of the home?
    a. No, Retired
    b. No, Homemaker
    c. No, Looking for work
    d. No, Full-time student
    e. Yes, Part-time
    f. Yes, Full-time
8. List your occupations for the last 10 years beginning with the current/most recent occupation listed first. List your employers, number of employees supervised and length of time employed there.

| OCCUPATION | EMPLOYER | NUMBER OF EMPLOYEES SUPERVISED | TIME EMPLOYED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. List the occupations of your spouse or significant other, if applicable, for the last ten years.

| OCCUPATION | EMPLOYER | NUMBER OF EMPLOYEES SUPERVISED | TIME EMPLOYED |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

10. If you have children, please list their ages and genders and, if they are employed, please give their occupations.

_____

_____

_____

11. Please describe your education background:

    What is the highest level of education you have achieved?

    a. Grade school graduate or less
    b. High school graduate
    c. Technical or business school
    d. Some college
    e. Completed college
    f. Graduate school

    College and/or vocational school you have attended: _____

    _____

12. If applicable, what subject did you study during college, technical school, or graduate school?

    Degree:          _____

    Major/Subject: _____

    Minor/Subject: _____

13. Have you or any close friends or relatives ever serve in the military? _____

    If yes, please state:

    When and where? _____

    Branch of service: _____

    How many years of service? _____

    Rank at time of discharge: _____

    Type of work that you performed: _____

14. Have you ever had jury experience? _____ No. of times? \_\_\_\_\_

    If yes: State/County Court _____ Federal Court _____

    When: _____

    Was it a civil or criminal case? _____

    Did any of the juries reach a verdict? _____

    Was there anything about your experience as a juror that would cause you difficulty in acting as a juror in this case (Please explain)? _____

    _____

    _____

15. Do you regularly read any science publications?  Please list them?

    _____

    _____

16. Have you, a family member or close friend ever designed or invented anything or applied for or received a patent?

    a.  Yes

    b.  No

    If yes, please explain: _____

    _____

17. Have you, a family member or close friend had personal experience or job related experience with a patent or patent litigation?

    a.  Yes

    b.  No

    If yes, please explain: _____

4

18. Have you, or any of your family or friends ever worked for or had any connection or owned stock in with the following companies or their employees?

    a. Monsanto Company
    b. Dekalb
    c. Syngenta
    d. Golden Harvest Seed Co.
    e. Garst Seed Company

    If yes, please explain: _____

    _____

19. What are your opinions of the following companies?

|  | Never Heard Of | Know Name | Very Negative | Somewhat Negative | Somewhat Positive | Very Positive | Don't Know |
|---|---|---|---|---|---|---|---|
| 1. Monsanto Company | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 2. Dekalb | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 3. Syngenta | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 4. Golden Harvest Seed Co. | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 5. Garst Seed Company | _____ | _____ | _____ | _____ | _____ | _____ | _____ |

20. Do you own stock in Monsanto or Syngenta?

    a. Yes
    b. No

21. Have you or any family members or close friends ever worked for an agricultural or biotechnology company?

    a. Yes
    b. No

    If yes, which companies and what capacity? _____

    _____

22. Do you believe that there are too many lawsuits these days?

    a. Yes
    b. No

5

23. Do you believe that damage awards in lawsuits are too high?

    a. Yes

    b. No

24. Do you have any opinions (positive or negative) about genetic engineering, the manufacturing of genes, or the risk of genetically engineered agriculture?

    a. Yes

    b. No

    If yes, please explain: _____

    _____

25. Have you ever been a party or witness in a lawsuit?

|  | Yes | No |
|---|---|---|
| a. Plaintiff (party suing) | ___ | ___ |
| b. Defense (party being sued) | ___ | ___ |
| c. Witness | ___ | ___ |

If yes to any of the above, what kind of case was it and were you satisfied with the outcome (Please explain)? _____

_____

_____

_____

_____       _____

Date                                      Print Name

                                                                  _____

                                                                  Signature

731273