# EXHIBIT 7 - A

# EXHIBIT 7

## DEFENDANTS' EXHIBIT LIST

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 001 | U.S. Patent No. 4,940,835 | 07/10/1990 | MRR006155 | MRR006181 | | N | | |
| DTX 002 | U.S. Patent No. 5,538,880 | 07/23/1996 | MAP0164211 | MAP0164235 | | N | | |
| DTX 003 | U.S. Patent No. 6,013,863 | 01/11/2000 | MGA0008584 | MGA0008584 | | N | | |
| DTX 004 | Joint Submission of File History U.S. Patent 4,940,835 | | | | | N | | |
| DTX 005 | Joint Submission of File History U.S. Patent 5,538,880 Volume 1 of 2 | | | | | N | | |
| DTX 006 | Joint Submission of File History U.S. Patent 5,538,880 Volume 2 of 2 | | | | | N | | |
| DTX 007 | Joint Submission of File History U.S. Patent 6,013,863 Volume 1 of 2 | | | | | N | | |
| DTX 008 | Joint Submission of File History U.S. Patent 6,013,863 Volume 2 of 2 | | | | | N | | |
| DTX 009 | Monsanto Laboratory Notebook No. 3,036,501 | 02/25/1985 | MGA0036274 | MGA0036397 | | N | | |
| DTX 010 | Monsanto Laboratory Notebook No. 3,214,801 | 10/06/1985 | MRR004921 | MRR005030 | | N | | |
| DTX 011 | Monsanto Laboratory Notebook No. 3,559,701 | 07/26/1986 | MRR005253 | MRR005365 | | N | | |
| DTX 012 | Monsanto Laboratory Notebook No. 3,840,701 | 10/22/1987 | MGA0082542 | MGA0082647 | | N | | |
| DTX 013 | Monsanto Laboratory Notebook No. 4,038,701 | 05/18/1988 | MGA0082648 | MGA0082759 | | N | | |
| DTX 014 | Monsanto Laboratory Notebook No. 4,381,401 | 08/05/1989 | MRR011340 | MRR011355 | | N | | |
| DTX 015 | Monsanto Laboratory Notebook No. 4,109,301 | 10/20/1988 | MRR013686 | MRR013701 | | N | | |
| DTX 016 | Fromm Research data dated 08/15/1989 through 04/06/1990 | 08/00/1989 | FDK0000148 | FDK0000242 | | N | | |
| DTX 017 | Monsanto Laboratory Notebook No. 2,875,201 | 00/00/0000 | MRR003800 | MRR003942 | | N | | |
| DTX 018 | Monsanto Laboratory Notebook No. 3,086,001 | 05/13/1985 | MRR003943 | MRR004074 | | N | | |
| DTX 019 | Monsanto Laboratory Notebook No. 3,477,001 | 06/24/1986 | MRR004075 | MRR004234 | | N | | |
| DTX 020 | Monsanto Laboratory Notebook No. 4,024,301 | 04/11/1988 | MGA0082760 | MGA0082866 | | N | | |
| DTX 021 | Monsanto Laboratory Notebook No. 4,446,401 | 11/08/1989 | MRR011356 | MRR011399 | | N | | |
| DTX 022 | Monsanto Laboratory Notebook No. 2,934,001 | 04/01/1985 | MRR001812 | MRR002049 | | N | | |
| DTX 023 | Monsanto Laboratory Notebook No. 3,038,801 | 04/02/1985 | MRR004235 | MRR004574 | | N | | |
| DTX 024 | Monsanto Laboratory Notebook No. 3,115,701 | 06/18/1985 | MGA0083777 | MGA0083895 | | N | | |
| DTX 025 | Monsanto Laboratory Notebook No. 3,218,901 | 10/18/1985 | MGA0084006 | MGA0084117 | | N | | |
| DTX 026 | Monsanto Laboratory Notebook No. 3,531,201 | 06/20/1986 | MGA0083896 | MGA0084005 | | N | | |
| DTX 027 | Monsanto Laboratory Notebook No. 3,702,101 | 02/19/1988 | MGA0004575 | MGA0004684 | | N | | |
| DTX 028 | Monsanto Laboratory Notebook No. 3,935,101 | 03/01/1988 | MGA0040990 | MGA0041096 | | N | | |
| DTX 029 | Monsanto Laboratory Notebook No. 3,935,201 | 11/03/1988 | MGA0084118 | MGA0084201 | | N | | |
| DTX 030 | Monsanto Laboratory Notebook No. 1,980,101 | 12/20/1980 | MGA0038921 | MGA0038979 | | N | | |
| DTX 031 | Monsanto Laboratory Notebook No. 2,794,801 | 05/14/1984 | MRR003457 | MRR003613 | | N | | |
| DTX 032 | Monsanto Laboratory Notebook No. 3,384,301 | 12/26/1985 | MRR003614 | MRR003740 | | N | | |
| DTX 033 | Monsanto Laboratory Notebook No. 3,056,601 | 12/09/1985 | MRR001709 | MRR001811 | | N | | |
| DTX 034 | DeKalb Laboratory Notebook No. 70 | 11/25/1992 | MGA0013880 | MGA0014039 | | N | | |
| DTX 035 | Monsanto Laboratory Notebook No. 2,906,601 | 10/22/1984 | MRR002177 | MRR002279 | | N | | |

Page 1

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 036 | Monsanto Laboratory Notebook No. 3,443,101 | 01/30/1986 | MRR029924 | MRR029983 | | N | | |
| DTX 037 | Monsanto Laboratory Notebook No. 3,210,401 | 10/03/1985 | MRR015126 | MRR015235 | | N | | |
| DTX 038 | Monsanto Laboratory Notebook No. 3,458,601 | 04/08/1986 | MRR000304 | MRR000435 | | H (memo at 414) | | |
| DTX 039 | Letter from S. Purcell to H. Levine enclosing Monsanto production documents MGA82542-MGA82759 | 08/18/2005 | --- | --- | | R, U | | |
| DTX 040 | Klee et al., "Cloning of an Arabidopsis thaliana gene encoding 5-enolpyruvylshikimate-3-phosphate synthase: sequence analysis and manipulation to obtain glyphosate-tolerant plants" (Mol. Gen. Genet. 1987, Vol. 210: 437-442) | 00/00/1987 | MGA0026497 | MGA0026502 | | H | | |
| DTX 041 | Curriculum vitae of M. Fromm | 04/07/2005 | --- | --- | | H | | |
| DTX 042 | Fromm et al., "Stable transformation of maize after gene transfer by electroporation" (Nature, 1986, Vol. 319: 791-793) | 02/27/1986 | --- | --- | | H, P | | |
| DTX 043 | 5/26/2000 Transcript of Hearing before Hon. Dominic J. Squatrito in Plant Genetic Systems v. DeKalb Genetics Corp. (No. 3:96CV2015(DJS) | 05/26/2000 | --- | --- | | T, H, U, R | | |
| DTX 044 | Fromm et al., "Expression of genes transferred into monocot and dicot plant cells by electroporation" (Proc. Natl. Acad. Sci. USA, 1985, Vol. 82: 5824-5828) | 09/00/1985 | DKLB079804 | DKLB079808 | | H | | |
| DTX 045 | Chapter 122: Production of Transgenic Maize Plants via Microprojectile-Mediated Gene Transfer, from The Maize Handbook (1994, Springer-Verlag) | 00/00/1994 | --- | --- | | H, P, R | | |
| DTX 046 | Letter from M. Fromm to the Pioneer Hi-Bred International, Inc. Competitive Research Grants Program regarding Gene Transfer and Transposable Element Vectors for Maize | 08/27/1987 | FDK0000258 | FDK0000268 | | H | | |
| DTX 047 | ARS Research Project Statement regarding study titled Generate Methods that Effect Molecular Genetic Transfer and Transformation in Crop Plants | 09/24/1987 | FDK0000243 | FDK0000254 | | N | | |
| DTX 048 | Callis et al., "Introns increase gene expression in cultured maize cells" (Genes & Development, 1987, Vol. 1: 1193-1200) | 00/00/1987 | --- | --- | | H, P, R | | |
| DTX 049 | 2/20/1998 Deposition transcript of M. Fromm (Vol. 1) from DeKalb v. Pioneer, et al. (N.D. Ill. 96cv50114) | 02/20/1998 | MAP0145581 | MAP0145651 | | T, H, U, R | | |
| DTX 050 | Klein et al., "Factors Influencing Gene Delivery into Zea Mays Cells by High-Velocity Microprojectiles" (Biotechnology,1988, Vol. 6: 559-563) | 05/00/1988 | Also MGA0080658 | Also MGA0080662 | | H, R | | |
| DTX 051 | Klein et al., "Genetic Transformation of Maize Cells by Particle Bombardment" (Plant Physiology, 1989, Vol. 91: 440-444) | 00/00/1989 | --- | --- | | H, P, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 052 | Fromm et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants" (Biotechnology, 1990, Vol. 8: 833-839) | 09/00/1990 | (also produced as MGA0080650-57) | (also produced as MGA0080650-57) | | H, R | | |
| DTX 053 | Klein et al., "Stable genetic transformation of intact Nicotiana cells by the particle bombardment process" (Proc. Natl. Acad. Sci. USA, 1988, Vol. 85: 8502-8505) | 11/00/1988 | --- | --- | | H, P, R | | |
| DTX 054 | 11/24/1997 Deposition transcript of M. Fromm in Mycogen Plant Science v. Monsanto Co. (S.D. Cal. 95cv06531) | 11/24/1997 | MAP0145426 | MAP0145580 | | T, H, U, R | | |
| DTX 055 | Corn Transformation Project Review | 08/14/1990 | MAP0167499 | MAP0167509 | | H | | |
| DTX 056 | Patent specification regarding Method for Producing Transgenic Monocotyledonous Plants | 08/23/1991 | MD335899 | MD335953 | | H | | |
| DTX 057 | Combined Declaration and Power of Attorney | 08/23/1991 | MD336038 | MD336040 | | H, R | | |
| DTX 058 | 2/21/1998 Deposition transcript of M. Fromm (Vol. 2) from DeKalb v. Pioneer, et al. (N.D. Ill. 96cv50114) | 02/21/1998 | MAP0145652 | MAP0145704 | | T, H, U, R | | |
| DTX 059 | Curriculum Vitae of H. Klee | 00/00/0000 | --- | --- | | H | | |
| DTX 060 | Corn Transformation Project Review | 08/14/1990 | MAP0136321 | MAP0136333 | | H | | |
| DTX 061 | Memo from R. Fraley to M. Fromm, S. Brown, C. Armstrong, B. Peterson regarding project review | 09/11/1990 | MAP0050365 | MAP0050366 | | H | | |
| DTX 062 | Memo from C. Armstrong and B. Peterson to R. Fraley regarding responses to the corn transformation project review | 10/13/1990 | MAP0050367 | MAP0050368 | | H | | |
| DTX 063 | Memo from R. Fraley to M. Fromm, S. Brown, R. Deaton, C. Armstrong, B. Peterson, and P. Sanders regarding corn transformation project | 08/21/1991 | MAP0136436 | MAP0136437 | | R, H | | |
| DTX 064 | U.S. Patent No. 5,310,667 | 05/10/1994 | MGA0006842 | MGA0006872 | | H, R | | |
| DTX 065 | Japan Patent Office: Declaration of Robert Horsch | 03/18/1996 | MRR009633 | MRR009645 | | H, R | | |
| DTX 066 | Monthly Summary Genetics and Cell Culture August 1985 | 08/16/1985 | MRR002845 | MRR002846 | | N | | |
| DTX 067 | Monthly Summary Genetics and Cell Culture September 1985 | 09/20/1985 | MRR003050 | MRR003079 | | N | | |
| DTX 068 | Monthly Summary Genetics and Cell Culture October 1985 | 10/21/1985 | MRR003172 | MRR003195 | | N | | |
| DTX 069 | Monthly Summary Genetics and Cell Culture November 1985 | 11/19/1985 | MRR003284 | MRR003306 | | N | | |
| DTX 070 | Horsch et al., "Agrobacterium-Mediated Gene Transfer to Plants; Engineering Tolerance to Glyphosate" (Iowa State Journal of Research, 1988, Vol. 64: 487-502) | 00/00/0000 | DKLB053242 | DKLB053251 | | H | | |
| DTX 071 | PGS corn transformation negotiation team | 04/30/1991 | MAP0052027 | MAP0052028 | | H | | |
| DTX 072 | Curriculum Vitae of della Cioppa | 00/00/0000 | --- | --- | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 073 | Della-Cioppa et al., "Translocation of the precursor of 5-enolpyruvylshikimate-3-phosphate synthase into chloroplasts of higher plants in vitro" (Proct. Natl. Acad. Sci., USA., 1986, Vol. 83: 6873-6877) | 06/16/1986 | MGA0026421 | MGA0026425 | | H, R | | |
| DTX 074 | Manuscript titled "Isolation and Characterization of EPSP Synthase from MP4-G Petunia Tissue Culture and pMON 342 Transformed E. Coli SR481; Sensitive HPLC Radioassays for EPSP Synthase and Shikimate Kinase" | 11/26/1985 | MGA0022039 | MGA0022136 | | H, R | | |
| DTX 075 | Curriculum Vitae of Stephen Gary Rogers | 00/00/0000 | --- | --- | | H | | |
| DTX 076 | S. Rogers Report: Amplification of EPSP Synthase in Escherichia Coli Results in Resistance to Glyphosate | 05/21/1981 | MGA0031785 | MGA0031806 | | H | | |
| DTX 077 | Rogers et al., "Amplification of the aroA Gene from Escherichia Coli Results in Tolerance to the Herbicide Glyphosate," (Applied and Environmental Microbiology, 1983, 46:37-43) | 04/29/1983 | MRR010383 | MRR010389 | | H, R | | |
| DTX 078 | Fraley et al., Chapter titled "Genetic Engineering for Crop Improvement" (Chromosome and Structure Function: Impact of New Concepts) | 00/00/0000 | MAP0151007 | MAP0151023 | | H, R | | |
| DTX 079 | Abstracts from Impact of Genetic Engineering Conference | 02/29/1988 | MGA0022924 | MGA0022929 | | H, R | | |
| DTX 080 | 1/17/2002 Transcript from the deposition of Stephen G. Rogers from DeKalb Genetics Corp. v. Pioneer Hi-Bred Intl. (N.D. Ill. 98cv50186) | 01/17/2002 | MGA0002763 | MGA0002830 | | T, H, U, R | | |
| DTX 081 | S. Rogers Email re: microbial genetics progress on goals mid 1987 | 06/01/1987 | MGA0002409 | MGA0002418 | | H | | |
| DTX 082 | Molecular Genetics Third Quarter Progress Report Maize Transformation | 10/05/1988 | DKLB032394 | DKLB032397 | | H | | |
| DTX 083 | Molecular Genetics Laboratory Notebook No. C 047 | 01/17/1989 | MAP0034511 | MAP0034564 | | N | | |
| DTX 084 | Molecular Genetics Laboratory Notebook No. C 057 | 00/00/1989 | MAP0033612 | MAP0033665 | | N | | |
| DTX 085 | Molecular Genetics Laboratory Notebook No. C 069 | 00/00/1989 | MAP0033666 | MAP0033666 | | N | | |
| DTX 086 | Plant Science Research Laboratory Notebook No. B 026 | 00/00/1989 | MAP0033722 | MAP0033775 | | N | | |
| DTX 087 | D. Walters 2/13/2001 Trial Transcript from DeKalb Genetics Corp. v. Pioneer Hi-Bred International (N.D. Ill. 96cv50112) | 02/13/2001 | --- | --- | | T, H, U, R | | |
| DTX 088 | PSRI Research Reports for Second Quarter 1989 | 08/11/1989 | DKLB245391 | DKLB245395 | | H | | |
| DTX 089 | 9/9/1997 Deposition of David Walters from DeKalb Genetics Corp. v. Pioneer Hi-Bred International (N.D. Ill. 96cv50112) | 09/09/1997 | --- | --- | | T, H, U, R | | |
| DTX 090 | DeKalb Laboratory Notebook No. 1005 | 11/09/1995 | DKLB294109 | DKLB294411 | | N | | |
| DTX 091 | DeKalb Laboratory Notebook No. 1016 | 11/09/1995 | DKLB296279 | DKLB296602 | | N | | |
| DTX 092 | DeKalb Laboratory Notebook No. 1127 | 06/09/1995 | DKLB618170 | DKLB618459 | | N | | |
| DTX 093 | Monsanto Laboratory Notebook No. 3,012,801 | 03/07/1985 | MRR005502 | MRR005635 | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 094 | Monsanto Laboratory Notebook No. 3,588,301 | 01/12/1987 | MRR015236 | MRR015346 | | N | | |
| DTX 095 | Monsanto Laboratory Notebook No. 3,914,901 | 01/07/1988 | MNP-001-003126 | MNP-001-003232 | | N | | |
| DTX 096 | Monsanto Laboratory Notebook No. 3,939,401 | 03/09/1988 | MNP-001-003233 | MNP-001-003347 | | N | | |
| DTX 097 | Monsanto Laboratory Notebook No. 4,206,301 | 12/02/1989 | MRR013764 | MRR013803 | | R | | |
| DTX 098 | Curriculum Vitae of Charles L. Armstrong | 00/00/0000 | --- | --- | | H | | |
| DTX 099 | 11/6/2001 Transcript of deposition of Charles Armstrong in DeKalb Genetics v. Pioneer Hi-Bred Intl. (N.D. Ill. 98cv50186) | 11/06/2001 | MGA0000059 | MGA0000151 | | T, H, U, R | | |
| DTX 100 | Monsanto Laboratory Notebook No. 5,315,401 | 12/31/1982 | MKZ0002664 | MKZ0002771 | | H - monthly summaries | | |
| DTX 101 | Armstrong et al., "Improved tissue culture response of an elite maize inbred through backcross breeding, and identification of chromosomal regions important for regeneration by RFLP analysis," (Theor. Appl. Genet., 1992, 84:755-762) | 00/00/1992 | MAP0136212 | MAP0136219 | | H, R | | |
| DTX 102 | Armstrong et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures of Maize," (Crop Science, 1988, 28:363-369) | 03/00/1988 | MAP0136203 | MAP0136210 | | H, R | | |
| DTX 103 | Armstrong et al. "Establishment and maintenance of friable, embryogenic maize callus and the involvement of L-proline," (Planta, 1985, 164:207-214) | 00/00/1985 | MAP0171925 | MAP0171932 | | H, R | | |
| DTX 104 | Plant Molecular Biology/Plant Science Technology monthly report for March 1989 | 03/00/1989 | MNP-001-0333842 | MNP-001-0333908 | | N | | |
| DTX 105 | Letter from C. Armstrong to M. Fromm regarding embryogenic maize suspension cell lines M019-4 4-embryo bulk and (M007 X M003)-1 Embryo B | 06/21/1989 | MAP0137490 | MAP0137490 | | H | | |
| DTX 106 | C. Armstrong E-mail regarding an update from M. Fromm concerning embryogenic activity | 09/08/1989 | MAP0137494 | MAP0137494 | | H | | |
| DTX 107 | C. Armstrong E-mail regarding transgenic corn | 09/10/1989 | MAP0137497 | MAP0137497 | | H | | |
| DTX 108 | Memo from C. Armstrong to M. Wilkins regarding M. Wilkins's corn/wheat transformation presentation | 11/02/1989 | MKZ0014773 | MKZ0014774 | | H | | |
| DTX 109 | Excerpts from Monsanto Laboratory Notebook No. 4,302,589 | 12/03/1989 | MAP0141193 | MAP0141196 | | N, I | | |
| DTX 110 | 11/15/1997 Transcript of deposition of Charles Armstrong from Mycogen v. Monsanto Co. et al. litigations (S.D. Cal. 95cv0653, 96cv505, 96cv133) | 11/18/1997 | MAP0151473 | MAP0151535 | | T, H, U, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 111 | Monsanto Corn Transformation Project Review presentation | 08/14/1990 | MKZ0014835 | MKZ0014846 | | H | | |
| DTX 112 | Minutes of the second monocot transformation team meeting, held 11/12/1990 | 11/17/1990 | MKZ0014758 | MKZ0014761 | | H | | |
| DTX 113 | Howe et al., "Glyphosate as a selective agent for the production of fertile transgenic maize (Zea mays L.) plants," (Molecular Breeding, 2002, 10:153-164) | 00/00/2002 | --- | --- | | H, P, R | | |
| DTX 114 | Letter from C. Armstrong to G. Hill regarding report to be submitted to the Maize Genetics Cooperation NewsLetter | 12/17/1990 | MAP0141067 | MAP0141070 | | H | | |
| DTX 115 | Minutes of the 02/27/1991 Corn Transformation Team Meeting | 03/03/1991 | MKZ0014752 | MKZ0014755 | | H | | |
| DTX 116 | Presentation materials regarding corn transformation | 05/03/1991 | MKZ0014737 | MKZ0014751 | | H, A | | |
| DTX 117 | Program agenda for the Eucarpia Symposium on Genetic Manipulation in Plant Breeding | 05/26/1991 | MKZ0011175 | MKZ0011185 | | H | | |
| DTX 118 | European Patent Application No. 0 586 355 A2 | 08/18/1993 | MAP0136977 | MAP0136996 | | H, R | | |
| DTX 119 | Presentation slides regarding Roundup Ready Corn Review | 12/03/1996 | MGA0006778 | MGA0006813 | | H, A | | |
| DTX 120 | Curriculum vitae of Ganesh Kishore | 00/00/0000 | --- | --- | | H | | |
| DTX 121 | Kishore et al., Abstract titled "Isolation, Purification, and Characterization of a Glyphosate Tolerant Mutatnt E. coli EPSP Synthase" (1986) | 01/14/1986 | MGA0020754 | MGA0020754 | | H, R | | |
| DTX 122 | Kishore et al., Abstract titled "Isolation, Purification, and Characterization of a Glyphosate Tolerant Mutant E. coli EPSP Synthase" (1986) | 05/00/1986 | --- | --- | | H, P, R | | |
| DTX 123 | Della-Cioppa et al., "Translocation of the precursor of 5-enolpyruvylshikimate-3-phosphate synthase into chloroplasts of higher plants in vitro," (Proc. Natl. Acad Sci., 1986, 83:6873-6877) | 09/00/1986 | MGA0063325 | MGA0063330 | | H, R | | |
| DTX 124 | Charts regarding EPSP Synthase data | 00/00/0000 | MGA0027821 | MGA0027856 | | H, A, C, R | | |
| DTX 125 | Kishore et al., Chapter 3 "5-Enolpyruvlshikimate 3-Phosphate Synthase" (Biochemistry to Genetic Engineering of Glyphosate Tolerance, 1988) | 00/00/0000 | MGA0027573 | MGA0027584 | | H, R | | |
| DTX 126 | Padgette et al., Chapter 19 "Selective Herbicide Tolerance through Protein Engineering" (Cell Culture and Somatic Cell Genetics of Plants, Vol. 6, 1989) | 00/00/1989 | MGA0027496 | MGA0027531 | | H, R | | |
| DTX 127 | Curriculum Vitae of Sherri Brown | 00/00/0000 | --- | --- | | H | | |
| DTX 128 | Minutes of the first monocot transformation team meeting, held 10/01/1990 | 10/06/1990 | MKZ0014756 | MKZ0014757 | | H | | |
| DTX 129 | Schedule and agenda for the 05/10/1991 Corn Retreat | 05/10/1991 | MKZ0014353 | MKZ0014380 | | H | | |
| DTX 130 | Memo W. Deaton regarding corn timelines | 08/25/1989 | MKZ0003849 | MKZ0003853 | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 131 | Letter from S. Brown to C. Rhodes regarding collaboration work on developing glyphosate tolerant and insect resistant corn | 10/31/1989 | MKZ0005487 | MKZ0005490 | | H | | |
| DTX 132 | Corn Transformation Project Review report | 08/14/1990 | MNP-002-103575 | MNP-002-103585 | | H | | |
| DTX 133 | Vector Development/Monocots Project Review report | 09/27/1990 | MKZ0206696 | MKZ0206710 | | H | | |
| DTX 134 | Monocot Gene Expression Project Review report | 09/10/1991 | MNP-002-116810 | MNP-002-116824 | | H | | |
| DTX 135 | Presentation materials regarding insect resistant and glyphosate tolerant corn | 11/03/1991 | MKZ0206611 | MKZ0206638 | | H | | |
| DTX 136 | 1/25/2001 Transcript of deposition of Sherri Brown from DeKalb Genetics Corp. v. Pioneer Hi-Bred Intl. (N.D. Ill. 96cv50112, 96cv50239) | 01/25/2001 | MGA0000338 | MGA0000418 | | T, H, U, R | | |
| DTX 137 | Roundup Ready Corn License and Seed Services Agreement between Monsanto and Golden Harvest | 05/13/1998 | MGA0058307 | MGA0058344 | | H | | |
| DTX 138 | Licensee Incentive Agreement between Monsanto and A+ Seeds | 11/21/1997 | MAP0016705 | MAP0016714 | | H | | |
| DTX 139 | Roundup Ready (NK603) Corn License and Seed Services Agreement between Pharmacia and Golden Harvest | 09/01/2000 | MGA0058196 | MGA0058227 | | H | | |
| DTX 140 | Draft Roundup Ready (NK603) Corn License and Seed Services Agreement (Royalty) | 04/15/2005 | MGA0053710 | MGA0053740 | | H | | |
| DTX 141 | Letter from D. Harper to J. Shearl enclosing the license to a new corn line NK603 | 02/29/2000 | MGA0058176 | MGA0058176 | | H | | |
| DTX 142 | Letter from D. Harper to J. Shearl providing notice that the current Roundup Ready trademark is being replaced by a new Roundup Ready 2 trademark season | 04/29/2003 | MGA0058166 | MGA0058167 | | H | | |
| DTX 143 | Letter from D. Harper to J. Shearl providing notice that, beginning FY 2002, Monsanto is converting the Roundup Ready Corn (GA21) License and Seed Services Agreement from a Grower Fee to a Royalty payable by Golden Harvest | 03/19/2001 | MGA0058173 | MGA0058173 | | H | | |
| DTX 144 | E-mails regarding a royalty letter to Garst concerning the Parent Seed Licensing Agreement | 04/01/2003 | MGA0055721 | MGA0055724 | | H, R | | |
| DTX 145 | Letter from D. Harper to J. Shearl regarding agreement approving the commercialization of License Corn Products by Golden Harvest Seeds | 05/08/2001 | MGA0058193 | MGA0058193 | | H | | |
| DTX 146 | Letter from D. Harper to J. Shearl regarding Monsanto waiving the requirement to name NK603 hybrids differently from GA21 hybrids as a criteria for commercialization of Roundup Ready hybrids containing event NK603 | 12/04/2002 | MGA0058169 | MGA0058169 | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 147 | Letter from D. Harper to J. Shearl regarding agreement amending the following agreements between Monsanto and Golden Harvest Seeds | 02/28/2003 | MGA0058185 | MGA0058191 | | H | | |
| DTX 148 | D. Harper E-mail regarding interpretation of the 02/28/2003 amendment to the Roundup Ready Corn (NK603) License and Seed Services Agreement | 04/15/2004 | MGA0058161 | MGA0058161 | | H | | |
| DTX 149 | Letter from D. Nothmann and D. Harper to J. Shearl regarding Monsanto's Seed Licensee 2005 Royalty Plans | 02/27/2004 | MGA0056002 | MGA0056003 | | H | | |
| DTX 150 | Customer letter regarding 2001 pricing of Monsanto technologies | 04/12/2000 | --- | --- | | H, P | | |
| DTX 151 | Customer letter regarding Monsanto's RR corn license program | 03/01/2001 | MGA0100528 | MGA0100528 | | H | | |
| DTX 152 | Compensation table containing pricing data | 00/00/0000 | MAP0064796 | MAP0064798 | | A, H | | |
| DTX 153 | Roundup Ready Corn License and Seed Services Agreement between Monsanto and Garst | 03/11/1998 | SYN003012 | SYN003044 | | H | | |
| DTX 154 | Appendix A to the Roundup Ready Corn License and Seed Services Agreement between Monsanto and Garst, listing patent rights | 03/11/1998 | --- | --- | | H | | |
| DTX 155 | Roundup Ready (NK603) Corn License and Seed Services Agreement between Monsanto and Garst | 07/18/2001 | MGA0058379 | MGA0058409 | | H | | |
| DTX 156 | Garst seed and Monsanto Technology Licenses Revised Proposal | 08/01/2000 | MAP0064707 | MAP0064710 | | A, H | | |
| DTX 157 | Letter from D. Harper to D. Witherspoon regarding License and Seed Services Agreement between Monsanto and Garst | 07/18/2001 | MGA0058375 | MGA0058377 | | H | | |
| DTX 158 | Letter from D. Harper to D. Witherspoon regarding agreement amending the 07/18/2001 letter agreement | 06/03/2002 | MGA0058373 | MGA0058374 | | H | | |
| DTX 159 | Letter from D. Harper to D. Witherspoon regarding agreement amending the Roundup Ready Corn License and Seed Services Agreement between Monsanto and Garst | 07/19/2001 | MGA0058452 | MGA0058456 | | H | | |
| DTX 160 | Letter from D. Harper to D. Witherspoon providing official notification of the Roundup Ready Soybean, Roundup Ready Corn, YieldGard Corn Borer, and YieldGard Rootworm royalties for FY 2004 | 06/27/2003 | MGA0058370 | MGA0058372 | | H | | |
| DTX 161 | Seed Council presentation materials | 11/09/2000 | MAP0065502 | MAP0065520 | | R, H | | |
| DTX 162 | Presentation materials titled Corn Strategy: 1995 Roundup Ready Corn Licensing Decision | 09/01/1995 | MGA0016702 | MGA0016726 | | R, U, H | | |
| DTX 163 | 2001 Corn Team Breakout slide presentation | 00/00/2001 | MAP0065617 | MAP0065634 | | H | | |
| DTX 164 | Letter from D. Harper to T. Klevorn regarding Agreement Development of Glyphosate Tolerant Corn | 01/14/2004 | MGA0056017 | MGA0056017 | | H | | |

Page 8

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 165 | Letter from D. Harper to T. Klevorn regarding Test Crossing Agreement - NK603 Roundup Ready Corn Inbreds | 01/14/2004 | MGA0056015 | MGA0056015 | | H | | |
| DTX 166 | Monsanto-Syngenta meeting agenda and handwritten notes from meeting | 04/02/2001 | MGA0055538 | MGA0055540 | | C, H | | |
| DTX 167 | Confidentiality agreement between J. Sanford and R. Lundquist for Molecular Genetics | 10/30/1984 | DKLB039434 | DKLB039434 | | H | | |
| DTX 168 | Contact report by J. Sanford regarding his particle accelerator for plant transformation | 10/30/1986 | DKLB158816 | DKLB158816 | | H | | |
| DTX 169 | Declaration of J. Sanford | 02/04/1997 | MGA0045401 | MGA0045566 | | H, A | | |
| DTX 170 | Letter from R. Lundquist to J. Sanford regarding Molecular Genetics Inc.'s purchase of a particle gun from Biolistics | 03/02/1987 | DKLB039425 | DKLB039433 | | H | | |
| DTX 171 | Plant Science Research Monthly Progress Report, Transformation | 09/08/1988 | DKLB032390 | DKLB032393 | | N | | |
| DTX 172 | Plant Science Research Laboratory Notebook No. B 024 | 10/04/1989 | MAP0034619 | MAP0034671 | | N | | |
| DTX 173 | Declaration of R. Lundquist and D. Walters under 37 C.F.R. 1.131(b) | 06/07/1991 | DKLB133718 | DKLB133746 | | H | | |
| DTX 174 | Walters et al., "Transformation and inheritance of a hygromycin phosphotransferase gene in maize plants," (Plant Molecular Biology, 1992, 18:189-200) | 01/00/1992 | MKZ0012131 | MKZ0012143 | | H | | |
| DTX 175 | 2/12 and 13/2001 R. Lundquist trial testimony from DeKalb v. Pioneer trial (N.D. Ill. 96cv50112) | 02/12/2001 | --- | --- | | T, H, U, R | | |
| DTX 176 | Monsanto customer letter regarding the agreement between Aventis and Monsanto that establishes the right of Monsanto to make and sell Roundup Ready GA21 corn for sale through the 2004 planting season | 04/09/2002 | MGA0055661 | MGA0055661 | | H, U | | |
| DTX 177 | Letter from J. Bernens to K. Rinkenberger regarding Roundup Ready (NK603) Corn License and Seed Services Agreement | 07/23/2001 | MGA0055579 | MGA0055581 | | H | | |
| DTX 178 | E-mails providing follow-up to Syngenta-Monsanto mutual business opportunity issues previously discussed | 08/16/2001 | MGA0055582 | MGA0055583 | | H | | |
| DTX 179 | E-mail regarding Roundup Ready Corn licensing issues; attaching copy of the Roundup Ready Corn License | 08/20/2001 | MGA0055577 | MGA0055578 | | H | | |
| DTX 180 | E-mails regarding issues to be discussed at the 08/21/2001 Monsanto-Syngenta meeting | 08/22/2001 | MGA0055585 | MGA0055586 | | H | | |
| DTX 181 | E-mails regarding the Syngenta RR license agreement | 09/05/2001 | MGA0055575 | MGA0055576 | | H | | |
| DTX 182 | Handwritten notes from the Syngenta RR license conference call | 09/24/2001 | MGA0055569 | MGA0055574 | | H | | |
| DTX 183 | Syngenta pre-negotiation agenda and handwritten notes from the call | 10/10/2001 | MGA0055561 | MGA0055567 | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 184 | E-mails regarding the 603 draft agreement | 11/26/2001 | SYN123490 | SYN123490 | | H | | |
| DTX 185 | Monsanto customer letter regarding Monsanto's patent position in view of Syngenta's announcement that it acquired rights to GA21 | 00/00/0000 | MGA0100562 | MGA0100562 | | R, U | | |
| DTX 186 | Press release: Monsanto Files Patent Infringement Suit Against Syngenta Over GA21 Roundup Ready Corn | 05/12/2004 | MGA0055652 | MGA0055652 | | H | | |
| DTX 187 | Promotional material regarding the Roundup Ready Corn 2 System | 00/00/2005 | MGA0078883 | MGA0078884 | | H | | |
| DTX 188 | Presentation material regarding Syngenta Seed and Chem Programs for 2005 | 00/00/2005 | MGA0078877 | MGA0078882 | | H | | |
| DTX 189 | Draft Monsanto customer letter regarding Monsanto's patent position in view of Syngenta's announcement that it acquired rights to GA21 | 05/13/2004 | MGA0055656 | MGA0055657 | | R, U | | |
| DTX 190 | Letter from K. Rinkenberger to seed partners providing background on Monsanto's position on intellectual property rights related to GA21 trait technology | 11/17/2004 | MGA0055642 | MGA0055643 | | R, U | | |
| DTX 191 | Presentation slides titled 2006 Business Planning Situation Analysis by the Corn Core Crop Team | 00/00/0000 | MGA0077746 | MGA0077772 | | H | | |
| DTX 192 | Roundup Ready Corn Positioning Focus Groups Executive Summary Report - Study # 703 | 04/29/1999 | MGA0103497 | MGA0103526 | | H, A | | |
| DTX 193 | Presentation slides titled Corn Trait Portfolio Strategy | 04/10/2000 | MAP0064353 | MAP0064390 | | H | | |
| DTX 194 | Handwritten notes from meeting with Golden Harvest Board of Directors | 05/20/2003 | MAP0055796 | MAP0055796 | | H, U, R | | |
| DTX 195 | Curriculum Vitae | 06/11/2004 | --- | --- | | H | | |
| DTX 196 | Shah et al., "Engineering Herbicide Tolerance in Transgenic Plants," (Science, 1986, 233: 478-481) | 07/25/1986 | MGA0020749 | MGA0020753 | | N | | |
| DTX 197 | Gordon Research Conferences - Agricultural Science - Forefront Technology in Crop Protection and Productivity | 02/01/1985 | CG003945 | CG003973 | | A, H, R | | |
| DTX 198 | EPSP Synthase Enzymology Project Goals | 04/04/1986 | MGA0019933 | MGA0019955 | | H | | |
| DTX 199 | EPSP Synthase Assays on Tobacco Callus-Comparison of Kanamycin vs. Glyphosate Selection on EPSP Synthase Construct Expression | 05/06/1986 | MGA0023628 | MGA0023628 | | H | | |
| DTX 200 | U.S. Patent No. 5,312,910 (Kishore et al.) | 05/17/1994 | --- | --- | | H | | |
| DTX 201 | Shah et al., Chapter 16 "Genetic Engineering of Herbicide Resistant Genes" (Temporal and Spatial Regulation of Plant Genes, 1988) | 00/00/0000 | MGA0025907 | MGA0025923 | | H, R | | |
| DTX 202 | 1987 British Crop Protection Conference - Weeds - Presentation titled Genetically-Engineered Herbicide Tolerance - Technical and Commercial Considerations | 00/00/1987 | MGA0026506 | MGA0026514 | | H, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 203 | Corn Trait Pricing Study # 2097 by Marketing Horizons, Inc. for Monsanto U.S. AG Sector | 02/00/2003 | MGA0107580 | MGA0107607 | | H, A | | |
| DTX 204 | Corn Trait Pricing Study # 1630 by Marketing Horizons, Inc. for Monsanto U.S. AG Sector | 10/00/2000 | MGA0105855 | MGA0105914 | | H, A | | |
| DTX 205 | 2004 Corn Trait Pricing Study # 2493 by Marketing Horizons, Inc. for Monsanto U.S. AG Sector | 11/00/2004 | MGA0110249 | MGA0110279 | | H, A | | |
| DTX 206 | Price card for Hybrid seed corn titled 1998 Dealer Prices | 10/21/1997 | MGA0014320 | MGA0014325 | | H | | |
| DTX 207 | Monsanto Technology Use Guide - North Central Region | 00/00/1998 | MGA0119110 | MGA0119140 | | H | | |
| DTX 208 | Press Release re: Monsanto Sets Price, Market Plans for Roundup Ready Corn | 01/21/1998 | MGA0115153 | MGA0115154 | | H | | |
| DTX 209 | Condensed version of Biotech Traits Commercialized report 2000-2001 | 03/00/2001 | MKZ0017140 | MKZ0017305 | | H, A | | |
| DTX 210 | Spreadsheet re: U.S. Corn technologies | 04/14/2000 | MAP0065428 | MAP0065441 | | H, R | | |
| DTX 211 | Spreadsheet re: Pricing for 2001 Budget | 06/19/2000 | MAP0067440 | MAP0067440 | | H, R, U | | |
| DTX 212 | Presentation titled Roundup Ready Corn - US Marketing Plan | 00/00/1999 | MGA0120373 | MGA0120407 | | H | | |
| DTX 213 | Draft Licensee Incentive Agreement from Monsanto regarding Yieldgard and Roundup Ready corn | 10/27/1997 | MGA0044616 | MGA0044625 | | H | | |
| DTX 214 | Roundup Ready Corn License and Seed Services Agreement between Monsanto and Garst | 03/11/1998 | MGA0058457 | MGA0058490 | | H | | |
| DTX 215 | Spreadsheet regarding License incentive agreements, conditions, upfront fees, and seed service rebate %s | 00/00/0000 | MGA0097199 | MGA0097202 | | H, R | | |
| DTX 216 | Spreadsheet titled Current GA21 Licensees | 03/01/2005 | MGA0009238 | MGA0009242 | | H | | |
| DTX 217 | Spreadsheet titled NK603 Licensees | 04/15/2005 | MGA0053706 | MGA0053709 | | H | | |
| DTX 218 | Spreadsheet titled Roundup Ready/Yieldgard Stacking with handwriting | 00/00/0000 | MGA0015244 | MGA0015244 | | H, R | | |
| DTX 219 | Syngenta GA21 Issue - Communications: Conversation Points | 05/13/2004 | MGA0123632 | MGA0123633 | | H | | |
| DTX 220 | Reserved | 00/00/0000 | | | | not used | | |
| DTX 221 | Osborn & Barr - An Analysis of Syngenta's Weed Resistance Advertorial Campaign | 07/23/2004 | MGA0078930 | MGA0078994 | | H, R, A | | |
| DTX 222 | 2001 Corn Team Breakout presentation | 00/00/2001 | MGA0065617 | MGA0065634 | | H | | |
| DTX 223 | Appendix 4 to Analysis of Monsanto Technology Agreements | 00/00/0000 | MGA0105169 | MGA0105173 | | H, R, U, I | | |
| DTX 224 | R. Fraley Project report titled Overproduction of 5-Enlopyruvylshikimate-3-phosphate Synthase in a Glyphosate-Tolerant Petunia hybrida Cell Line | 04/18/1985 | MRR010578 | MRR010598 | | N | | |
| DTX 225 | Presentation materials titled Expression of Glyphosate-Resistant EPSP Synthases in Tobacco Plants | 00/00/1987 | MGA0031605 | MGA0031623 | | H | | |

Page 11

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 226 | Biological Sciences Department highlights for January 1988 - Plant Molecular Biology | 02/05/1988 | MGA0084202 | MGA0084265 | | H | | |
| DTX 227 | Memorandum from R. Fraley to M. Fromm, S. Brown, C. Armstrong, and B. Peterson regarding corn transformation Project Review | 09/11/1990 | MKZ0014804 | MKZ0014805 | | H | | |
| DTX 228 | 2/7/2002 Transcript of deposition of R. Fraley in the DeKalb Genetics Corp. v. Pioneer Hi-Bred Intl. (N.D. Ill. 91cv50219) | 02/07/2002 | MGA0002285 | MGA0002372 | | T, H, U, R | | |
| DTX 229 | Notice of Rule 30(b)(6) Deposition of Plaintiffs Concerning Business and Financial Topics | 09/09/2005 | --- | --- | | R, U, not evidence | | |
| DTX 230 | Presentation materials titled U.S. Corn & Soybean Market Share & Trait Penetration: 1996-2003 | 02/05/2003 | MGA0100681 | MGA0100700 | | H | | |
| DTX 231 | Financial data charts | 02/10/2000 | MAP0066259 | MAP0066265 | | R, U, H | | |
| DTX 232 | Financial data charts | 00/00/0000 | MGA0080449 | MGA0080452 | | H | | |
| DTX 233 | Calendar Year Financial Results for 2000 and 2001 | 00/00/0000 | MAP0145391 | MAP0145391 | | R, U | | |
| DTX 234 | Seed-trait financial data charts | 00/00/2002 | MKZ0022239 | MKZ0022246 | | R, U | | |
| DTX 235 | List of GA21 NK603 Sales by Licensee | 00/00/0000 | MGA0087443 | MGA0087475 | | H, R, U | | |
| DTX 236 | Spreadsheet listing payment data | 00/00/0000 | MGA0087476 | MGA0087505 | | H, R, U | | |
| DTX 237 | Spreadsheet listing payment data | 00/00/2000 | MGA0087964 | MGA0088026 | | H, R, U | | |
| DTX 238 | 2001 Seed Service Fees Payment History Report | 07/12/2005 | MGA0087506 | MGA0087541 | | H, R, U | | |
| DTX 239 | 2002 Seed Service Fees Payment History Report | 07/12/2005 | MGA0087542 | MGA0087643 | | H, R, U | | |
| DTX 240 | 2003 Seed Service Fees Payment History Report | 00/00/2003 | MGA0087644 | MGA0087859 | | H, R, U | | |
| DTX 241 | 2004 Seed Service Fees Payment History Report | 09/09/2005 | MGA0087860 | MGA0087963 | | H, R, U | | |
| DTX 242 | Spencer Curriculum Vitae, Resume | 00/00/0000 | --- | --- | | H, R | | |
| DTX 243 | 9/29/2000 RPA vs. Monsanto/DeKalb (M.D.N.C. 1:97cv1138) Trial Transcript | 08/29/2000 | --- | --- | | T, U, H, R | | |
| DTX 244 | 8/30/2000 RPA vs. Monsanto/DeKalb (M.D.N.C. 1:97cv1138) Trial Transcript | 08/30/2000 | --- | --- | | T, U, H, R | | |
| DTX 245 | 7/13/2000 Deposition Transcript of T. M. Spencer from RPA v. Monsanto Co. et al. (M.D.N.C. 1:97cv1138) | 07/13/2000 | MGA0070608 | MGA0070676 | | T, U, H, R | | |
| DTX 246 | 7/14/2000 Deposition Transcript of T. M. Spencer from RPA v. Monsanto Co. et al. (M.D.N.C. 1:97cv1138) | 07/14/2000 | MGA0070680 | MGA0070715 | | T, U, H, R | | |
| DTX 247 | Letter from R. DeRose to C. Flick enclosing sequences, maps, and DNA samples | 02/10/1993 | MGA0070751 | MGA0070756 | | H, A, U, R | | |
| DTX 248 | U.S. Patent 6,040,497 (Spencer et al.) | 03/21/2000 | MGA0002628 | MGA0002684 | | H | | |
| DTX 249 | RPA/DeKalb Plant Genetics Meeting Minutes - Final Version 7/25/91 | 06/17/1991 | MGA0005245 | MGA0005268 | | H, R, U | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 250 | Plasmid Maps and Reference, Regeneration of herbicide resistant transgenic rice plants following microprojectile-mediated transformation of suspension culture cells, notebook | 00/00/1993 | MGA0006495 | MGA0006625 | | A, H | | |
| DTX 251 | DeKalb Discovery Research Project Reports | 05/10/1993 | MGA0006686 | MGA0006695 | | I, R | | |
| DTX 252 | DeKalb Discovery Research Project Reports | 05/10/1993 | MGA0014834 | MGA0014838 | | I, R | | |
| DTX 253 | Spencer Declaration in U.S. Patent Application 07/508,045 | 04/11/1990 | MGA0002619 | MGA0002627 | | H | | |
| DTX 254 | DeKalb Discovery Research Project Reports | 01/17/1994 | MGA0012993 | MGA0013003 | | H, R | | |
| DTX 255 | Memo from C. Flick attaching a progress report on the development of Roundup resistant corn | 02/18/1994 | MGA0006762 | MGA0006767 | | H, R, U | | |
| DTX 256 | Letter from C. Flick to G. Freyssinet enclosing progress report on development of Roundup resistant corn | 02/18/1994 | MGA0006768 | MGA0006773 | | H, R, U | | |
| DTX 257 | DeKalb Discovery Research Project Reports | 05/11/1994 | MGA0005900 | MGA0005912 | | I, R | | |
| DTX 258 | DeKalb Discovery Research Project Reports | 09/14/1994 | MGA0005913 | MGA0005930 | | I, R | | |
| DTX 259 | E-mail from M. Spencer to R. DeRose regarding contributions to paper | 12/09/1996 | MGA0006814 | MGA0006814 | | H, R, U | | |
| DTX 260 | Letter from M. Spencer to J. Arnault enclosing an outline for a proposed publication | 12/20/1996 | MGA0006815 | MGA0006818 | | H, R | | |
| DTX 261 | Draft of paper titled Transgenic glyphosate tolerant maize | 10/00/1997 | MGA0006819 | MGA0006826 | | H, R, U | | |
| DTX 262 | Facsimile regarding a proposed manuscript describing the development of glyphosate tolerant corn | 06/16/1998 | MGA0006839 | MGA0006841 | | H, R, U | | |
| DTX 263 | U.S. Patent 5,550,318 | 08/27/1996 | --- | --- | | H, P | | |
| DTX 264 | DeKalb Genetics Corporation's Second Amended and Supplemental Responses to Defendant Northrup King's Contention Interrogatories Nos. 1-13 from DeKalb v. Northrup King (N.D. Ill. 96cv50169) | 12/04/1998 | --- | --- | | R, U | | |
| DTX 265 | Report and Recommendation of Special Master Regarding Claim Construction filed in DeKalb v. Pioneer et al. (N.D. Ill. - Rockford litigations) | 06/30/1999 | --- | --- | | N | | |
| DTX 266 | Chart regarding AT 824 callus GA-21 & DK626 | 03/06/1997 | MGA0002618 | MGA0002618 | | A, H | | |
| DTX 267 | Finer et al., "Development of the particle inflow gun for DNA delivery to plant cells," (Plant Cell Reports, 1992, 11:323 - 328) | 00/00/1992 | MGA0088066 | MGA0088070 | | H | | |
| DTX 268 | Finer et al., "Transformation of Soybean via Particle Bombardment of Embryogenic Suspension Culture Tissue," (In Vitro Cell Dev. Biol., 1991, 27P:175-182) | 10/00/1991 | --- | --- | | H, P | | |
| DTX 269 | U.S. Patent No. 5,693,512 | 12/02/1997 | --- | --- | | H, P, R | | |
| DTX 270 | U.S. Patent No. 6,946,587 | 09/20/2005 | --- | --- | | H, P, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 271 | Preliminary Amendment from the File History that resulted in U.S. Patent No. 6,946,587 | 11/19/1996 | --- | --- | | H, P | | |
| DTX 272 | U.S. Patent No. 5,416,011 | 05/16/1995 | --- | --- | | H, P, R | | |
| DTX 273 | Book titled The Pesticide Manual 13th Edition | 00/00/0000 | --- | --- | | H, R, P | | |
| DTX 274 | 2000 U.S. Dist. Lexis 21330 Rhone-Poulenc Agro v. Monsanto Co. and DeKalb Genetics (M.D.N.C. 1:97cv1138) | 02/08/2000 | --- | --- | | A, R, U, H | | |
| DTX 275 | Report of Richard S. Cahoon Pursuant to Federal Rules of Civil Procedure 26 (from prior Syngenta v. Monsanto litigation D.Del 04cv228) | 06/07/2004 | --- | --- | | H, R, U, P, Q, not evidence | | |
| DTX 276 | Handwritten drawing re: Contribution of Patents in Suit 2000 - Cahoon Deposition Exhibit 4 | 12/13/2005 | --- | --- | | A, H, R, U, Q | | |
| DTX 277 | Handwritten drawing re: 2002 Contribution of the Patents in Suit Cahoon Deposition Exhibit 5 | 12/13/2005 | --- | --- | | A, H, R, U, Q | | |
| DTX 278 | Stipulation and Agreement between DeKalb Genetics and RPA and amendments | 05/26/1999 | SYN094175 | SYN094193 | | H, R, U | | |
| DTX 279 | Development and Marketing Agreement between Calgene and DeKalb | 02/22/1985 | CalArb000769 89 | CalArb0007700 8 | | R, U, H | | |
| DTX 280 | Handwritten drawing re: Corn Product and approx. Net trait value - Cahoon Deposition Exhibit 8 | 12/13/2005 | --- | --- | | A, H, R, U, Q | | |
| DTX 281 | Analysis of Expression of Introduced Genes in Cultured Maize Cells | 01/00/1988 | MGA0083739 | MGA0083744 | | H | | |
| DTX 282 | Letter from S. Purcell to H. Levine enclosing MGA 88304 | 12/13/2005 | --- | --- | | R, U | | |
| DTX 283 | 3/25/2003 Deposition Transcript of Dr. Kenneth Keegstra from Monsanto v. Bayer litigation (E.D. Mo. 4:01cv1825) | 03/25/2003 | MGA0059420 | MGA0059475 | | T, H, U, R | | |
| DTX 284 | U.S. Patent No. Re 36,449 (Lebrun) | 12/14/1999 | --- | --- | | H, U, R, P | | |
| DTX 285 | U.S. Patent No. 5,510,471 (Lebrun) | 04/23/1996 | --- | --- | | H, U, P | | |
| DTX 286 | 07/01/2003 and 07/02/2003 Markman hearing transcript from Monsanto v. Bayer (E.D. Mo. 4:01cv1825) | 07/01/2003 | MGA0058699 | MGA0058872 | | T, H, U, R | | |
| DTX 287 | U.S. Patent No. 6,380,463 | 04/30/2002 | --- | --- | | H, P, R | | |
| DTX 288 | Van den Broeck et al., "Targeting of a foreign protein to chloroplasts by fusion to the transit peptide from the small subunit of ribulose 1,5-bisphosphate carboxylase," (Nature, 1985, 313:358-363) | 01/00/1985 | MGA0025716 | MGA0025721 | | H | | |
| DTX 289 | Gordon-Kamm et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," (The Plant Cell, 1990, 2:603-618) | 07/00/1990 | --- | --- | | H, P, R | | |
| DTX 290 | 1/6/1998 Deposition transcript of R. Lundquist from DeKalb Genetics Corp. v. Pioneer Hi-Bred Intl. (N.D. Ill. 96cv50112) | 01/06/1998 | --- | --- | | T, H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 291 | U.S. Patent No. 6,946,587 B1 (Lundquist et al.) | 09/20/2005 | --- | --- | | H, R, P | | |
| DTX 292 | Affidavit of T. Michael Spencer | 12/19/2001 | MGA0002685 | MGA0002700 | | H | | |
| DTX 293 | Kihei Roundup Experiment | 04/02/1993 | MGA0014210 | MGA0014217 | | N | | |
| DTX 294 | U.S. Patent Application No. 07/467,983 | 01/22/1992 | MGA0008514 | MGA0008566 | | H | | |
| DTX 295 | 7/8/2004 Deposition Transcript of M. Fromm from Syngenta v. Monsanto (D. Del. 02cv1331) dated 07/08/2004 | 07/08/2004 | --- | --- | | T, R, H, U | | |
| DTX 296 | 7/9/2004 Deposition Transcript of M. Fromm from Syngenta v. Monsanto (D. Del. 02cv1331) dated 07/09/2004 | 07/09/2004 | --- | --- | | T, R, H, U | | |
| DTX 297 | 1/21/1998 Deposition Transcript of T. Klein from DeKalb Genetics Corp. v. Pioneer Hi-Bred Intl. (N.D. Ill. 96cv50112) | 01/21/1998 | --- | --- | | T, R, H, U | | |
| DTX 298 | Rule 26(a)(2) Expert Report of Barry Bruce, Ph.D. | 10/26/2005 | --- | --- | | H, Q, not evidence | | |
| DTX 299 | Rule 26(a)(2) Expert Report of Eric Ward, Ph.D. | 10/27/2005 | | | | H, Q, not evidence | | |
| DTX 300 | Rule 26(a)(2) Expert Report of Paul Christou, Ph.D. | 10/27/2005 | | | | H, Q, not evidence | | |
| DTX 301 | Rebuttal Report of John C. Jarosz | 11/22/2005 | --- | --- | | H, Q, not evidence | | |
| DTX 302 | Rebuttal Rule 26(a)(2) Report of Eric Ward, Ph.D. | 11/22/2005 | | | | H, Q, not evidence | | |
| DTX 303 | Rule 26(a)(2) Responsive Expert Report of Barry D. Bruce, Ph.D. | 11/21/2005 | | | | H, Q, not evidence | | |
| DTX 304 | Rule 26(a)(2) Responsive Expert Report of Paul Christou, Ph.D. | 11/21/2005 | | | | H, Q, not evidence | | |
| DTX 305 | March 29, 2006 Letter from Drew Kim to Scott Popma attaching the unredacted Shah License Agreement between Monsanto and Bayer | 02/24/2006 | | | | C, R, U | | |
| DTX 306 | Curriculum Vitae of Xavier Delannay | 00/00/0000 | | | | H | | |
| DTX 307 | Curriculum Vitae of Paul Julstrom | 00/00/0000 | | | | H | | |
| DTX 308 | DeKalb Discovery Research Project Report | 01/15/1993 | MAP0036057 | MAP0036223 | | H, R | | |
| DTX 309 | Memorandum to C. Flick from P. Julstrom re: Glyphosate Resistance Field Tests | 03/12/1993 | MGA0012731 | MGA0012731 | | N | | |
| DTX 310 | Kihei Nursery Map | 04/01/1993 | MGA0015030 | MGA0015030 | | N | | |
| DTX 311 | Handwritten notes regarding Spray Tests | 04/00/1993 | DKLB160892 | DKLB160892 | | N | | |
| DTX 312 | Chart labeled Kihei Roundup Experiment April 1, 1993 Planting with handwritten notes | 04/01/1993 | MGA0015031 | MGA0015036 | | N | | |
| DTX 313 | Discovery Research Project Report | 05/10/1993 | MAP0033850 | MAP0034149 | | H, R | | |
| DTX 314 | Fax from C. Flick to P. Julstrom regarding aroA transformants | 04/16/1993 | MGA0014997 | MGA0014997 | | N | | |

Page 15

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 315 | Fax from C. Flick to P. Julstrom regarding aroA transformants | 06/09/1993 | MGA0014998 | MGA0015000 | | N | | |
| DTX 316 | Discovery Research Project Report | 09/13/1993 | DKLB015669 | DKLB016078 | | H, R | | |
| DTX 317 | Table titled "Segregation Ratios for plots receiving the 4 oz. treatment of Roundup" with handwritten notes | 03/17/2006 | MAP0033876 | MAP0033876 | | H | | |
| DTX 318 | Executive Summary containing handwritten notes | 04/16/1993 | MGA0014996 | MGA 0015000 | | N | | |
| DTX 319 | Chart containing handwritten notes titled RUEXP.DB | 11/23/1993 | MGA0014207 | MGA0014208 | | N | | |
| DTX 320 | Letter from S. Popma to S. Clark regarding production deficiencies | 05/10/2005 | | | | R, U, H | | |
| DTX 321 | Monsanto's Response to Syngenta's Fourth Set of Documents Requests (Nos. 8-180) | 02/07/2005 | | | | R, Best Ev., H | | |
| DTX 322 | Letter from S. Clark to M. Flibbert regarding 05/12/2005 meet and confer | 05/17/2005 | | | | R, U | | |
| DTX 323 | Letter from S. Popma to T. Miller regarding exclusion of sections of expert reports | 01/09/2006 | | | | R, U, H | | |
| DTX 324 | Letter from T. Miller to M. Flibbert regarding claim construction submissions | 12/20/2005 | | | | R, U | | |
| DTX 325 | 5/16/2005 Transcript of Proceedings before the Honorable P. Michael Mahoney from DeKalb Genetics v. Syngenta Seeds (N.D. Ill. 04cv50323) dated 07/27/2004 | 05/16/2005 | | | | T, R, H, U | | |
| DTX 326 | Order adopting Report and Recommendation of Special Master Regarding Claim Construction in DeKalb v. Pioneer et al. (N.D. Ill. 96cv50112, 96cv50114, 96cv50169, 96cv50239, 96cv50241, 96cv50284, 96cv50186) | 09/17/1999 | | | | N | | |
| DTX 327 | U.S. Patent No. 5,489,520 (Adams et al.) | 02/06/1996 | | | | R, H, P | | |
| DTX 328 | Monsanto's Statement Regarding the Construction of the Asserted Claims of the '835 Patent filed in Monsanto v. Bayer (E.D. Mo. 01cv1825) | 04/08/2003 | MGA0062334 | MGA0062357 | | R, Best Ev., H | | |
| DTX 329 | Monsanto's Response to Bayer's Opening Brief Regarding the Construction of the Asserted Claims of the '835 Patent from Monsanto v. Bayer (E.D. Mo. 01cv1825) | 06/27/2003 | MGA0062358 | MGA0062379 | | R, Best Ev., H, U | | |
| DTX 330 | Manual of Patent Examining Procedure Section 714.04 (6th Ed. Rev. 2, July 1996) | 07/00/1996 | | | | R, P | | |
| DTX 331 | DeKalb Genetics Corp.'s Proposed Findings of Fact from Plant Genetics Sys., N.V. v. DeKalb Genetics Corp. (D. Conn. 3:96cv2015) | 09/22/2000 | | | | R, Best Ev., H, U | | |
| DTX 332 | DeKalb's Brief in Opposition from Plant Genetics Sys., N.V. v. DeKalb Genetics Corp. (Fed. Cir. 02-1011) | 03/05/2002 | | | | R, Best Ev., H, U | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 333 | 5/16/2000 Trial Transcript from Plant Genetics Sys., N.V. v. DeKalb Genetics Corp. (D. Conn. 3:96cv2015) | 05/16/2000 | | | | T, R, H, U | | |
| DTX 334 | DeKalb Genetics Corp.'s Proposed Conclusions of Law from Plant Genetics Sys., N.V. v. DeKalb Genetics Corp. (D. Conn. 3:96cv2015) | 09/22/2000 | | | | R, Best Ev., H, U | | |
| DTX 335 | DeKalb Genetics Corp.'s Initial Post-Trial Brief from Plant Genetics Sys., N.V. v. DeKalb Genetics Corp. (D. Conn. 3:96cv2015) | 09/22/2000 | | | | R, Best Ev., H, U | | |
| DTX 336 | Plaintiff's Statement Regarding the Construction of the Asserted Claims of the Patents-In-Suit from Monsanto v. Bayer BioScience (E.D. Mo. F:00cv1915) | 08/05/2002 | | | | R, Best Ev., H, U | | |
| DTX 337 | Brief for Plaintiff Appellee Monsanto Co. from Monsanto v. Bayer BioScience (Fed. Cir. 03-1201) | 06/12/2003 | | | | R, Best Ev., H, U | | |
| DTX 338 | Amrhein et al., "The Mode of Action of the Herbicide Glyphosate," (Naturwissenschaften, 1980, 60:356-357) | 00/00/1980 | | | | H, R | | |
| DTX 339 | Mousdale and Coggins, "Subcellular localization of the common shikimate-pathway enzymes in Pisum savitum L.," (Planta, 1985, 163:241-249) | 00/00/1985 | | | | H | | |
| DTX 340 | U.S. Patent No. 5,728,925 (Herrera-Estrella) | 03/17/1998 | | | | H | | |
| DTX 341 | Claims Construction Order from Monsanto Co. v. Bayer Cropscience LP (E.D. Mo. 4:01cv1825) | 07/02/2003 | | | | R, Best Ev., H, U | | |
| DTX 342 | Excerpts from the Manual of Patent Examining Procedure (8th Ed. Rev. 3, August 2005) | 08/00/2005 | | | | R, P | | |
| DTX 343 | Grant Application to the FDA for Delivery of DNA into Regenerable Tissues of Monocots Using High Velocity Microprojectiles | 02/27/1986 | MGA0080484 | MGA0080536 | | H | | |
| DTX 344 | 1/22/1998 Deposition Transcript of Dr. Ted Klein from DeKalb v. Ciba-Geigy et al. (N.D. Ill. 96cv50114) | 01/22/1998 | | | | T, R, H, U | | |
| DTX 345 | 1/20/1998 Deposition Transcript of Dr. Ted Klein from DeKalb v. Ciba-Geigy et al. (N.D. Ill. 96cv50114) | 01/20/1998 | | | | T, R, H, U | | |
| DTX 346 | Monsanto's Responses to Syngenta's First Set of Interrogatories (Nos. 1-4) | 11/29/2004 | | | | N | | |
| DTX 347 | Monsanto's Response to Syngenta's First Set of Requests for Admission (Nos. 1-21) | 11/29/2004 | | | | N | | |
| DTX 348 | Monsanto's First Supplemental Responses to Syngenta's First Set of Interrogatories (Nos. 1-4) | 01/10/2005 | | | | N | | |
| DTX 349 | DeKalb's Responses to Syngenta's First Set of Interrogatories (Nos. 1-5) | 01/24/2005 | | | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 350 | DeKalb's First Supplemental Responses to Syngenta's Interrogatories Nos. 1 & 2 | 03/21/2005 | | | | N | | |
| DTX 351 | Monsanto's Second Supplemental Responses to Syngenta's First Set of Interrogatories (Nos. 1-4) | 03/28/2005 | | | | N | | |
| DTX 352 | Monsanto's Responses to Syngenta's Second Set of Interrogatories (Nos. 5-9) | 04/15/2005 | | | | N | | |
| DTX 353 | Monsanto's Response to Syngenta's Second Set of Requests for Admission (Nos. 22-23) | 04/15/2005 | | | | N | | |
| DTX 354 | DeKalb's Responses to Syngenta's Second Set of Interrogatories (Nos. 6-12) | 04/18/2005 | | | | N | | |
| DTX 355 | DeKalb's Second Supplemental Responses to Syngenta's Interrogatories Nos. 1 & 2 | 04/21/2005 | | | | N | | |
| DTX 356 | Monsanto's Third Supplemental Responses to Syngenta's First Set of Interrogatories (Nos. 1-4) | 04/27/2005 | | | | N | | |
| DTX 357 | Monsanto's Responses to Syngenta's First Set of Requests for Admission (Nos. 1-17) | 05/02/2005 | | | | N | | |
| DTX 358 | DeKalb's Responses to Syngenta's Third Set of Interrogatories (Nos. 13-16) | 05/02/2005 | | | | N | | |
| DTX 359 | Monsanto's First Supplemental Responses to Syngenta's Second Set of Interrogatories (Nos. 5-9) | 08/02/2005 | | | | N | | |
| DTX 360 | Monsanto's First Amended Response to Syngenta's Interrogatory Nos. 8 | 08/10/2005 | | | | N | | |
| DTX 361 | DeKalb's Supplemental Response to Syngenta's Second Set of Interrogatories (Nos. 6-12) | 08/17/2005 | | | | N | | |
| DTX 362 | Plaintiff's Objections and Responses to Syngenta's Third Set of Interrogatories (Nos. 10-13) | 10/18/2005 | | | | N | | |
| DTX 363 | Plaintiff's Objections and Responses to Syngenta's Third Set of Requests for Admission (Nos. 24-130) | 10/18/2005 | | | | N | | |
| DTX 364 | Plaintiff's Objections and Responses to Syngenta's Fourth Set of Interrogatories (Nos. 14-34) | 10/18/2005 | | | | N | | |
| DTX 365 | DeKalb's Supplemental Responses to Syngenta's Interrogatory Nos. 8-10 | 10/18/2005 | | | | N | | |
| DTX 366 | Monsanto's Supplemental Responses to Syngenta's Interrogatory Nos. 5, 6, 8, and 9 | 10/18/2005 | | | | N | | |
| DTX 367 | Monsanto's Fourth Supplemental Response to Syngenta's Interrogatory No. 3 and First Supplemental Response to Syngenta's Interrogatory No. 4 | 10/18/2005 | | | | N | | |
| DTX 368 | DeKalb's Third Supplemental Response to Syngenta's Interrogatories Nos. 1 & 2 | 10/18/2005 | | | | N | | |