Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 369 | Plaintiff's Supplemental Responses to Syngenta Interrogatory Nos. 31-32 | 11/15/2005 | | | | N | | |
| DTX 370 | Monsanto's Amended Response to Syngenta's Interrogatory No. 9 | 11/18/2005 | | | | N | | |
| DTX 371 | DeKalb's Amended Responses to Syngenta's Interrogatory Nos. 9 10 | 11/18/2005 | | | | N | | |
| DTX 372 | Plant Molecular Biology Monthly Report - April, 1984 (Unredacted) | 04/02/1984 | MRR002314 | MRR002328 | | N | | |
| DTX 373 | Plant Molecular Biology Monthly Report - May, 1984 (Unredacted) | 05/01/1984 | MRR002329 | MRR002340 | | N | | |
| DTX 374 | Plant Molecular Biology Monthly Report - June, 1984 (Unredacted) | 06/01/0984 | MRR002341 | MRR002341 | | N | | |
| DTX 375 | Plant Molecular Biology Monthly Report - June, 1984 (Unredacted) | 06/01/1984 | MRR002354 | MRR002378 | | N | | |
| DTX 376 | Plant Molecular Biology Monthly Report - July 1984 (Unredacted) | 07/01/1984 | MGA0080324 | MGA0080329 | | N | | |
| DTX 377 | Plant Molecular Biology Monthly Report - August 1984 (Unredacted) | 08/00/1984 | MRR002379 | MRR002397 | | N | | |
| DTX 378 | Plant Molecular Biology Monthly Report - October, 1984 (Unredacted) | 10/01/1984 | MGA0080317 | MGA0080319 | | N | | |
| DTX 379 | Plant Molecular Biology Monthly Report - November, 1984 (Unredacted) | 11/30/1984 | MRR002442 | MRR002470 | | N | | |
| DTX 380 | Plant Molecular Biology Monthly Report - December 1984 (Unredacted) | 12/01/1984 | MRR002281 | MRR002307 | | N | | |
| DTX 381 | Plant Molecular Biology Monthly Report - January 1985 (Unredacted) | 01/00/1985 | MRR002526 | MRR002567 | | N | | |
| DTX 382 | Plant Molecular Biology Monthly Report - February 1985 (Unredacted) | 02/00/1985 | MRR002586 | MRR002601 | | N | | |
| DTX 383 | Plant Molecular Biology Monthly Report - March 1985 (Unredacted) | 03/01/1985 | MRR002603 | MRR002647 | | N | | |
| DTX 384 | Plant Molecular Biology Monthly Report - May 1985 (Unredacted) | 05/01/1985 | MRR002663 | MRR002704 | | N | | |
| DTX 385 | Plant Molecular Biology Monthly Report - June 1985 (Unredacted) | 06/01/1985 | MRR002714 | MRR002754 | | N | | |
| DTX 386 | Plant Molecular Biology Monthly Report - July, 1985 (Unredacted) | 07/01/1985 | MRR002762 | MRR002808 | | N | | |
| DTX 387 | Plant Molecular Biology Monthly Report - August, 1985 (Unredacted) | 08/01/1985 | MRR002847 | MRR002899 | | N | | |
| DTX 388 | Plant Molecular Biology Monthly Report - September 1985 (Unredacted) | 09/00/1985 | MRR002901 | MRR002957 | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 389 | Plant Molecular Biology Monthly Report - September 1985 (Unredacted) | 09/01/1985 | MRR002958 | MRR002991 | | N | | |
| DTX 390 | Plant Molecular Biology Monthly Report - October, 1985 (Unredacted) | 10/31/1985 | MRR003098 | MRR003168 | | N | | |
| DTX 391 | Plant Molecular Biology Monthly Report - November, 1985 (Unredacted) | 11/00/1985 | MRR003307 | MRR003344 | | N | | |
| DTX 392 | Plant Molecular Biology Monthly Report - December 1985 (Unredacted) | 12/00/1985 | MRR003420 | MRR003456 | | N | | |
| DTX 393 | Biological Sciences Department Highlights - January 1988 | 01/00/1988 | MGA0002425 | MGA0002434 | | N | | |
| DTX 394 | Plant Molecular Biology Monthly Report - February, 1988 | 02/00/1988 | MGA0084318 | MGA0084370 | | N | | |
| DTX 395 | Plant Molecular Biology Monthly Report - March, 1988 | 03/00/1988 | MGA0084446 | MGA0084514 | | N | | |
| DTX 396 | Plant Molecular Biology Monthly Report - April, 1988 | 04/00/1988 | MGA0084515 | MGA0084519 | | N | | |
| DTX 397 | Monthly Summary - May 1988 | 05/00/1988 | MGA0002460 | MGA0002476 | | N | | |
| DTX 398 | Plant Molecular Biology/Plant Science Technology Monthly Report - May 1988 | 05/00/1988 | MGA0084520 | MGA0084544 | | N | | |
| DTX 399 | Plant Molecular Biology Monthly Report - June, 1988 | 06/00/1988 | MGA0084651 | MGA0084687 | | N | | |
| DTX 400 | Plant Molecular Biology/Plant Science Technology Monthly Report - July 1988 | 07/00/1988 | MGA0002972 | MGA0003007 | | N | | |
| DTX 401 | Plant Molecular Biology Monthly Report - August, 1988 | 08/00/1988 | MGA0084758 | MGA0084792 | | N | | |
| DTX 402 | Plant Molecular Biology Monthly Report - September, 1988 | 09/00/1988 | MGA0084793 | MGA0084831 | | N | | |
| DTX 403 | Plant Molecular Biology Monthly Report - November, 1988 | 11/00/1988 | MGA0084861 | MGA0084904 | | N | | |
| DTX 404 | Plant Molecular Biology Monthly Report - January, 1989 | 01/00/1989 | MGA0084905 | MGA0084940 | | N | | |
| DTX 405 | Plant Molecular Biology Monthly Report - February, 1989 | 02/00/1989 | MGA0084941 | MGA0084962 | | N | | |
| DTX 406 | Plant Molecular Biology/Plant Science Technology Monthly Summary - March 1989 | 03/00/1989 | MGA0003219 | MGA0003288 | | N | | |
| DTX 407 | Plant Molecular Biology Monthly Report - March, 1989 | 03/00/1989 | MGA0084963 | MGA0085032 | | N | | |
| DTX 408 | Plant Molecular Biology Monthly Report - April, 1989 | 04/00/1989 | MGA0085033 | MGA0085056 | | N | | |
| DTX 409 | Plant Molecular Biology Monthly Report - May, 1989 | 05/00/1989 | MGA0085057 | MGA0085127 | | N | | |
| DTX 410 | Plant Molecular Biology Monthly Report - June, 1989 | 06/00/1989 | MGA0085128 | MGA0085147 | | N | | |
| DTX 411 | Plant Molecular Biology Monthly Report - July, 1989 | 07/00/1989 | MGA0085148 | MGA0085181 | | N | | |
| DTX 412 | Plant Molecular Biology Monthly Report - August, 1989 | 08/00/1989 | MGA0085182 | MGA0085206 | | N | | |
| DTX 413 | Plant Molecular Biology Monthly Report - September, 1989 | 09/00/1989 | MGA0085207 | MGA0085253 | | N | | |
| DTX 414 | Plant Molecular Biology Monthly Report - October, 1989 | 10/00/1989 | MGA0085254 | MGA0085276 | | N | | |
| DTX 415 | Plant Molecular Biology Monthly Report - November, 1989 | 11/00/1989 | MGA0085277 | MGA0085329 | | N | | |
| DTX 416 | Plant Molecular Biology Monthly Report - December, 1989 | 12/00/1989 | MGA0085330 | MGA0085346 | | N | | |
| DTX 417 | Plant Molecular Biology Monthly Report - January, 1990 | 01/00/1990 | MGA0085347 | MGA0085405 | | N | | |
| DTX 418 | Plant Molecular Biology Monthly Report - March, 1990 | 03/00/1990 | MGA0085435 | MGA0085493 | | N | | |
| DTX 419 | Plant Molecular Biology Monthly Report - April, 1990 | 04/00/1990 | MGA0085494 | MGA0085520 | | N | | |
| DTX 420 | Plant Molecular Biology Monthly Report - May, 1990 | 05/00/1990 | MGA0085521 | MGA0085560 | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 421 | Plant Molecular Biology Monthly Report - June, 1990 | 06/00/1990 | MGA0085561 | MGA0085588 | | N | | |
| DTX 422 | Plant Molecular Biology Monthly Report - July, 1990 | 07/00/1990 | MGA0085589 | MGA0085636 | | N | | |
| DTX 423 | Plant Molecular Biology Monthly Report - August, 1990 | 08/00/1990 | MGA0085637 | MGA0085670 | | N | | |
| DTX 424 | Plant Molecular Biology Monthly Report - September, 1990 | 09/00/1990 | MGA0085671 | MGA0085716 | | N | | |
| DTX 425 | Plant Molecular Biology Monthly Report - October, 1990 | 10/00/1990 | MGA0085717 | MGA0085749 | | N | | |
| DTX 426 | Plant Molecular Biology Monthly Report - November, 1990 | 11/00/1990 | MGA0085750 | MGA0085794 | | N | | |
| DTX 427 | Plant Molecular Biology Monthly Report - December, 1990 | 12/00/1990 | MGA0085795 | MGA0085808 | | N | | |
| DTX 428 | Plant Molecular Biology Monthly Report - January, 1991 | 01/00/1991 | MGA0085985 | MGA0086036 | | N | | |
| DTX 429 | Plant Molecular Biology Monthly Report - February, 1991 | 02/00/1991 | MGA0085809 | MGA0085848 | | N | | |
| DTX 430 | Plant Molecular Biology Monthly Report - March, 1991 | 03/00/1991 | MGA0085849 | MGA0085888 | | N | | |
| DTX 431 | Plant Molecular Biology Monthly Report - April, 1991 | 04/00/1991 | MGA0085889 | MGA0085933 | | N | | |
| DTX 432 | Plant Molecular Biology Monthly Report - April, 1991 | 04/00/1991 | MGA0086359 | MGA0086409 | | N | | |
| DTX 433 | Plant Molecular Biology Monthly Report - May, 1991 | 05/00/1991 | MGA0086037 | MGA0086077 | | N | | |
| DTX 434 | Plant Molecular Biology Monthly Report - June, 1991 | 06/00/1991 | MGA0086078 | MGA0086126 | | N | | |
| DTX 435 | Plant Molecular Biology Monthly Report - August, 1991 | 08/00/1991 | MGA0086127 | MGA0086177 | | N | | |
| DTX 436 | Plant Molecular Biology Monthly Report - September, 1991 | 09/00/1991 | MGA0086178 | MGA0086223 | | N | | |
| DTX 437 | Plant Molecular Biology Monthly Report - October, 1991 | 10/00/1991 | MGA0086224 | MGA0086278 | | N | | |
| DTX 438 | Plant Molecular Biology Monthly Report - November, 1991 | 11/00/1991 | MGA0086279 | MGA0086322 | | N | | |
| DTX 439 | Plant Molecular Biology Monthly Report - December, 1991 | 12/00/1991 | MGA0086323 | MGA0086358 | | N | | |
| DTX 440 | Plant Molecular Biology Monthly Report - January, 1992 | 01/00/1992 | MGA0086440 | MGA0086469 | | N | | |
| DTX 441 | Plant Molecular Biology Monthly Report - February, 1992 | 02/00/1992 | MGA0086470 | MGA0086509 | | N | | |
| DTX 442 | Plant Molecular Biology Monthly Report - March, 1992 | 03/00/1992 | MGA0086510 | MGA0086545 | | N | | |
| DTX 443 | Plant Molecular Biology Monthly Report - April, 1992 | 04/00/1992 | MGA0086546 | MGA0086597 | | N | | |
| DTX 444 | Plant Molecular Biology Monthly Report - May, 1992 | 05/00/1992 | MGA0086598 | MGA0086651 | | N | | |
| DTX 445 | Plant Molecular Biology Monthly Report - June, 1992 | 06/00/1992 | MGA0086652 | MGA0086707 | | N | | |
| DTX 446 | Plant Molecular Biology Monthly Report - July, 1992 | 07/00/1992 | MGA0086708 | MGA0086753 | | N | | |
| DTX 447 | Plant Molecular Biology Monthly Report - August, 1992 | 08/00/1992 | MGA0086754 | MGA0086797 | | N | | |
| DTX 448 | Plant Molecular Biology Monthly Report - September, 1992 | 09/00/1992 | MGA0086798 | MGA0086837 | | N | | |
| DTX 449 | Plant Molecular Biology Monthly Report - October, 1992 | 10/00/1992 | MGA0086838 | MGA0086883 | | N | | |
| DTX 450 | Plant Molecular Biology Monthly Report - November, 1992 | 11/00/1992 | MGA0086884 | MGA0086936 | | N | | |
| DTX 451 | Plant Molecular Biology Monthly Report - December, 1992 | 12/00/1992 | MGA0086937 | MGA0086982 | | N | | |
| DTX 452 | Plant Molecular Biology Monthly Report - January, 1993 | 01/00/1993 | MGA0086983 | MGA0087016 | | N | | |
| DTX 453 | Plant Molecular Biology Monthly Report - February, 1993 | 02/00/1993 | MGA0087020 | MGA0087055 | | N | | |
| DTX 454 | Plant Molecular Biology Monthly Report - March, 1993 | 03/00/1993 | MGA0087056 | MGA0087110 | | N | | |
| DTX 455 | Plant Molecular Biology Monthly Report - April, 1993 | 04/00/1993 | MGA0087111 | MGA0087145 | | N | | |
| DTX 456 | Plant Molecular Biology Monthly Report - May, 1993 | 05/00/1993 | MGA0087146 | MGA0087211 | | N | | |
| DTX 457 | Plant Molecular Biology Monthly Report - June, 1993 | 06/00/1993 | MGA0087212 | MGA0087253 | | N | | |
| DTX 458 | Plant Molecular Biology Monthly Report - July, 1993 | 07/00/1993 | MGA0087254 | MGA0087300 | | N | | |
| DTX 459 | Plant Molecular Biology Monthly Report - October, 1993 | 10/00/1993 | MGA0087301 | MGA0087315 | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Doctate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 460 | Plant Molecular Biology Monthly Report - November, 1993 | 11/00/1993 | MGA0087316 | MGA0087391 | | N | | |
| DTX 461 | Plant Molecular Biology Monthly Report - December, 1993 | 12/00/1993 | MGA0087392 | MGA0087402 | | N | | |
| DTX 462 | Plant Molecular Biology Monthly Report - July, 1998 | 07/00/1988 | MGA0084712 | MGA0084757 | | N | | |
| DTX 463 | Schmidt et al., "NH2-terminal amino acid sequences of precursor and mature forms of the ribulose-1, 5-bisphosphate carboxylase small subunit from Chlamydomonas reinhardtii," (J. Cell Biol., 1979 83:615-622) | 00/00/1979 | MGA0063520 | MGA0063527 | | H | | |
| DTX 464 | Huisman et al., "In vitro synthesis of chloroplast ferredoxin as a high molecular weight precursor in a cell-free protein synthesizing system from wheat germs," (Biochem. Biophys. Res. Commun., 1978, 82:1121-1131) | 00/00/1978 | MGA0063370 | MGA0063381 | | H | | |
| DTX 465 | Apel and Kloppstech, "The plastid membranes of barley (Hordeum vulgare). Light-induced appearance of mRNA coding for the apoprotein of the light-harvesting chlorophyll a/b protein," (Eur. J. Biochem. 1978, 85:581-588) | 00/00/1978 | MGA0063166 | MGA0063174 | | H | | |
| DTX 466 | Bennett, "Sic transit peptide," (TIBS, 1982, 7:8) | 00/00/1982 | MGA0060066 | MGA0060066 | | H | | |
| DTX 467 | Comai et al., "Chloroplast transport of a ribulose bisphosphate carboxylase small subunit-5-enolpyrubyl 3-phosphoshikmate synthase chimeric protein requires part of the mature small subunit in additon to the transit peptide," (J. Biol. Chem., 1988, 263:15104-15109) | 00/00/1988 | MGA0025629 | MGA0025634 | | H | | |
| DTX 468 | Della-Cioppa et al., "Targeting a herbicide-resistant enzyme from Escherichia coli to chloroplasts of higher plants," (Bio/Technology, 1987, 5:579-584) | 06/00/1987 | MGA0026544 | MGA0026549 | | H | | |
| DTX 469 | Karlin-Neumann and Tobin, "Transit peptides of nuclear-encoded chloroplast proteins share a common amino acid framework," (EMBO J., 1986, 5:9-19) | 00/00/1986 | MGA0025661 | MGA0025665 | | H | | |
| DTX 470 | Coruzzi et al., "Nucleotide sequences of two pea cDNA clones encoding the small subunit of ribulose 1,5-bisphosphate carboxylase and the major chlorophyll a/b-binding thylakoid polypeptide," (J. Biol. Chem., 1983, 258: 1399-1402) | 00/00/1983 | MGA0063321 | MGA0063324 | | H | | |
| DTX 471 | Robinson and Ellis, "Transport of proteins into chloroplasts. The effect of incorporation of amino acid analogues on the import and processing of chloroplast polypeptides," (Eur. J. Biochem, 1985, 152: 67-73) | 00/00/1985 | | | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 472 | Schreier et al., "The use of nuclear-encoded sequences to direct the light-regulated synthesis and transport of a foreign protein into plant chloroplasts," (EMBO J., 1985, 4:25-32) | 00/00/1985 | MGA0025708 | MGA0025715 | | H | | |
| DTX 473 | Sneekens et al., "The role of the transit peptide in the routing of precursors toward different chloroplast compartments," (Cell, 1986, 46:365-375) | 00/00/1986 | MGA0063550 | MGA0063561 | | H | | |
| DTX 474 | EP 0 115 673 (Comai) | 08/15/1984 | CALARB00047754 | CALARB00047764 | | H | | |
| DTX 475 | U.S. Patent 4,535,060 (Comai) | 08/13/1985 | MGA0058671 | MGA0058676 | | H | | |
| DTX 476 | Comai et al., "An altered aroA gene product confers resistance to the herbicide glyphosate," (Science, 1983, 221:370-371) | 00/00/1983 | MGA0026226 | MGA0026227 | | H | | |
| DTX 477 | Steinrucken et al., "Overproduction of 5-enolpyruvylshikimate-3-phosphate synthase in a glyphosate-tolerant Petunia hybrida cell line," (Arch. Biochem. Biophys., 1986, 244:169-178) | 01/00/1986 | MGA0026454 | MGA0026463 | | H | | |
| DTX 478 | Koziel et al., "A cauliflower mosaic virus promoter directs expression of kanamycin resistance in morphogenic transformed plant cells," (J. Mol. Appl. Genet., 1984, 2:549-62) | 00/00/1984 | | | | H, P | | |
| DTX 479 | Netzer, "Engineering herbicide tolerance: When it is worthwhile?," (Biotechnology, 1984, 2:939-944) | 00/00/1984 | MGA0063481 | MGA0063485 | | H | | |
| DTX 480 | Expert Report of Barry D. Bruce, Ph.D. from Monsanto Co. v. Bayer Cropscience LP, (E.D. Mo. 4:02cv1825) | 03/05/2003 | MGA0063698 | MGA0063728 | | H, Q, U, not evidence | | |
| DTX 481 | Rebuttal Expert Report of Barry D. Bruce, Ph.D. from Monsanto Co. v. Bayer Cropscience LP (E.D. Mo. 4:01cv1825) | 03/18/2003 | MGA0063734 | MGA0063742 | | H, Q, U, not evidence | | |
| DTX 482 | Comai et al., "Expression in plants of a mutant aroA gene from Salmonella typhimurium confers tolerance to glyphosate," (Nature, 1985, 317:741-744) | 00/00/1985 | MGA0027532 | MGA0027535 | | H | | |
| DTX 483 | Keegstra et al., "Chloroplastic precursors and their transport across the envelope membranes," (Annu. Rev. Plant Physiol. Mol. Biol., 1989, 40:471-501) | 00/00/1989 | MGA0063407 | MGA0063422 | | H | | |
| DTX 484 | Keegstra and Cline, "Protein Import and Routing Systems of Chloroplasts," (The Plant Cell, 1999, 11:557-570) | 00/00/1999 | MGA0063423 | MGA0063436 | | H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 485 | Table III.1 Summary of DNA Components of the Plasmid, Monsanto and DeKalb's Petition for Determination of Nonregulated Status: Roundup Ready Cort Line GA21 | 07/28/1997 | MGA0100929 | MGA0100929 | | I | | |
| DTX 486 | Lebrun Declaration pursuant to 37 C.F.R. section 1.132 for U.S. Application No. 08/251,621 | 08/28/1995 | MGA0063664 | MGA0063675 | | U, H, R | | |
| DTX 487 | Monsanto Company's Supplemental Answers to Plaintiff's Interrogatories from Rhone-Poulenc Agro S.A. v. Monsanto Co., (M.D.N.C. 1:97cv1138) | 12/18/1998 | | | | U, R, I, P | | |
| DTX 488 | Amendment Under 37 C.F.R. section 1.116 from the Prosecution History of U.S. Patent Application No. 08/251,621 (now U.S. Patent No. 5,510,471) | 09/26/1995 | | | | U, H, R, P | | |
| DTX 489 | Stalker et al., "A Single Amino Acid Substitution in the Enzyme 5-Enolpyruvylshikimate-3-phosphate Synthase Confers Resistance to the Herbicide Glyphosate," (J. Biol. Chem., 1985, 260:4724-4728) | 04/00/1985 | MGA0026403 | MGA0026407 | | H | | |
| DTX 490 | Collection of notes and notebooks titled "EPSP Plants" | 00/00/0000 | MGA0028038 | MGA0028827 | | N | | |
| DTX 491 | Fillatti et al., "Efficient Transfer of a Glyphosate Tolerance Gene Into Tomato Using a Binary Agrobacterium Tumefaciens Vector," (Bio/Technology, 1987, 5:726-730) | 07/00/1987 | MGA0052081 | MGA0052085 | | H | | |
| DTX 492 | Letter from R. DeRose to C. Flick attaching maps and DNA samples | 02/10/1993 | MGA0006751 | MGA0006756 | | U, H, R, A | | |
| DTX 493 | DeKalb Laboratory Notebook No. 87 | 04/07/1993 | MGA0014040 | MGA0014206 | | N | | |
| DTX 494 | DeKalb Laboratory Notebook No. 125 | 10/26/1993 | DKLB011038 | DKLB011195 | | N | | |
| DTX 495 | DeKalb Laboratory Notebook No. 1002 | 11/19/1993 | MGA0010960 | MGA0011263 | | N | | |
| DTX 496 | Petition for Determination of Nonregulated Status: Roundup Ready Corn Line GA21 | 07/28/1997 | MGA0100905 | MGA0100968 | | N | | |
| DTX 497 | Weising et al., "Foreign Genes in Plants: Transfer, Structure, Expression, and Applications," (Annu. Rev. Genes, 1988, 22:421-477) | 00/00/1988 | MGA0070332 | MGA0070388 | | N | | |
| DTX 498 | De Block et al., "Engineering herbicide resistance in plants by expression of a detoxifying enzyme," (EMBO J., 1987, 9:2513-2518) | 00/00/1987 | MGA0047904 | MGA0047912 | | H, R | | |
| DTX 499 | Vain, McMullen, and Finer, "Osmotic treatment enhances particle bombardment-mediated transient and stable transformation of maize," (Plant Cell Reports, 1993, 12:84-88) | 00/00/1993 | | | | H, I, P, R | | |
| DTX 500 | Letter from F. Behr to G. Parker enclosing seed from the crossing of various events | 04/15/1997 | MGA0082525 | MGA0082526 | | N | | |
| DTX 501 | Letter from F. Behr to V. Kaster enclosing seed from the crossing of various events | 07/21/1997 | MGA0082533 | MGA0082536 | | N | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 502 | 8/22/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/22/2000 | | | | U, T, R, P, H | | |
| DTX 503 | 8/23/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/23/2000 | | | | U, T, R, P, H | | |
| DTX 504 | 8/24/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/24/2000 | | | | U, T, R, P, H | | |
| DTX 505 | 8/25/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/25/2000 | | | | U, T, R, P, H | | |
| DTX 506 | 8/28/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/28/2000 | | | | U, T, R, P, H | | |
| DTX 507 | 8/31/2000 Trial Transcript from RPA v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 08/31/2000 | | | | U, T, R, P, H | | |
| DTX 508 | Rhone Poulenc Agro, S.A. v. DeKalb Genetics Corp. and Monsanto Co., 272 F.3d 1335 (Fed. Cir. 2001) | 11/19/2001 | | | | U, R, P, H | | |
| DTX 509 | Rhone Poulenc Agro, S.A. v. DeKalb Genetics Corp. and Monsanto Co., 284 F.3d 1323 (Fed. Cir. 2002) | 03/26/2002 | | | | U, R, P, H | | |
| DTX 510 | Rhone Poulenc Agro, S.A. v. DeKalb Genetics Corp. and Monsanto Co., 345 F.3d 1366 (Fed. Cir. 2003) | 09/29/2003 | | | | U, R, P, H | | |
| DTX 511 | Hernalsteens et al., "An Agrobacterium-transformed cell culture from the monocot Asparagus officinalis," (EMBO Journal, 1984, 3:3039-3041) | 00/00/1984 | DKLB038143 | DKLB038145 | | H | | |
| DTX 512 | Hooykaas-Van Slogteren, et al., "Expression of Ti plasmid genes in monocotyledenous plants infected with Agrobacterium tunefaciens," (Nature, 1984, 311:763-764) | 00/00/1984 | MAP0001237 | MAP0001238 | | H | | |
| DTX 513 | Christou et al., "Opine synthesis in wild-type callus and plant tissue," (Plant Physiology, 1986, 82:218-221) | 00/00/1986 | DKLB081558 | DKLB081561 | | H | | |
| DTX 514 | Christou, "Habituation in in vitro soybean cultures," (Plant Physiology, 1988, 88:809-812) | 00/00/1988 | | | | H, P | | |
| DTX 515 | Potrykus, "Gene transfer to plants: assessment and perspectives," (Physiologia Plantarum, 1990, 79:125-34) | 00/00/1990 | MGA0081716 | MGA0081725 | | H | | |
| DTX 516 | Klein et al., "Transfer of foreign genes into intact maize cells with high-velocity microprojectiles," (Proc. Natl. Acad. Sci., 1988, 85:4305-4309) | 06/00/1988 | Color□MGA0 058071 | Color□MGA00 58075 | | H | | |
| DTX 517 | Plant Genetics Systems, N.V. v. DeKalb Genetics Corp., 175 F.Supp.2d 246 (D.Conn. 2001) | 09/07/2001 | | | | U, R, P, H | | |
| DTX 518 | Reserved | 00/00/0000 | | | | not used | | |
| DTX 519 | Klein et al. "High velocity microprojectiles for delivering nucleic acids into living cells," (Nature, 1987, 327:70-73) | 05/00/1987 | Also MGA0081646 | Also MGA0081649 | | H, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 520 | 1/19/1998 Deposition Transcript of T. Klein from DeKalb Genetics Corp. v. Ciba-Geigy Corp., (N.D. Ill. 96cv50114) | 01/19/1998 | | | | T, H, U, R | | |
| DTX 521 | Letter from K. Croon to N. Beru at the U.S. Food and Drug Administration regarding molecular characterization studies conducted on Roundup Ready Corn line GA21 | 01/14/1999 | MGA0101086 | MGA0101114 | | H | | |
| DTX 522 | Slide titled "Molecular arrangement of the insert" from presentation titled "Touchdown Tolerant Corn" | 10/00/2002 | SYN137501 | SYN137501 | | H, A | | |
| DTX 523 | Herrera-Estrella et al., "Expression of chimaeric genes transferred into plant cells using a Ti-plasmid-derived vector," (Nature, 1983, 303:209-213) | 05/00/1983 | | | | H, R, P | | |
| DTX 524 | De Block et al., "Expression of foreign genes in regenerated plants and in their progeny," (EMBO J., 1984, 3:8 1681-1689) | 00/00/1984 | DKLB038264 | DKLB038272 | | H, R | | |
| DTX 525 | 7/7/2004 Transcript of Deposition of R. Cahoon from the Bt Corn Litigation (Syngenta Seeds v. Monsanto, D. Del. 02cv1331) | 07/07/2004 | | | | R. U, T, H | | |
| DTX 526 | 7/8/2004 Transcript of Deposition of R. Cahoon from the Bt Corn Litigation (Syngenta Seeds v. Monsanto, D. Del. 02cv1331) | 07/08/2004 | | | | R, U, T, H | | |
| DTX 527 | Trial Testimony from Monsanto v. Bayer Bioscience (E.D. Mo. 4:00cv1915) | 11/18/2005 | | | | T, H, U, R | | |
| DTX 528 | RPA/DeKalb Assignment and Assumption Agreement | 00/00/1991 | CALARB00051177 | CALARB00051181 | | A, H, R, U, I | | |
| DTX 529 | Curriculum Vitae of Theodore M. Klein, Ph.D. | 00/00/0000 | | | | A, H | | |
| DTX 530 | 1/29/1998 Trial Transcript from Mycogen Plant Science et al. v. Monsanto Co. et al. (D. Del. 96cv505) | 01/29/1998 | | | | T, H, U, R | | |
| DTX 531 | USDA Laboratory Notebook of T. Klein and W. Tsang | 07/00/1988 | MGA0080828 | MGA0080901 | | N | | |
| DTX 532 | Official ARS Laboratory Notebook issued to T. Klein | 09/08/1987 | MGA0081509 | MGA0081617 | | H, A | | |
| DTX 533 | Tones, Chapter 6 "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets" (Cereal Tissue and Cell Culture, 1985) | 00/00/1985 | MGA0080537 | MGA0080567 | | H, R | | |
| DTX 534 | Letter from Dr. Sanford to Dr. Dilworth enclosing Addendum to Grant Application #8601836 | 03/05/1987 | MGA0080616 | MGA0080623 | | H, A, R | | |
| DTX 535 | Register et al., "Structure and Function of Selectable and Non-Selectable Transgenes in Maize after Introduction of Particle Bombardment," (Plant Mol. Biol., 1994, 25:951-961) | 00/00/1994 | | | | H, P, R | | |
| DTX 536 | "1987 biotech team had little idea what it was starting," Delta Farm Press, September 2, 2005, p. 13 | 09/02/2005 | | | | H, R | | |
| DTX 537 | U.S. Patent No. 4,945,050 (Sanford et al.) | 07/31/1990 | MGA0011323 | MGA0011343 | | H, R | | |

Page 26

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 538 | U.S. Patent No. 5,036,006 (Sanford et al.) | 07/30/1991 | MGA0080624 | MGA0080649 | | H, R | | |
| DTX 539 | Letter from T. Miller to M. Flibbert regarding upcoming claim construction submissions | 12/20/2005 | | | | R, U | | |
| DTX 540 | Press Release titled "DuPont and Syngenta form joint venture to facilitate the out-licensing of seed genetics and biotech traits" | 04/10/2006 | | | | H, P | | |
| DTX 541 | Syngenta release titled "Syngenta: Leading Innovation within Agribusiness" | 00/00/2006 | | | | H, P | | |
| DTX 542 | Ishida et al., "High efficiency transformation of maize (Zea mays L.) mediated by Agrobacterium tumefaciens," (Nature Biotechnology, 1996, 14:745-750) | 06/00/1996 | | | | H, R, P | | |
| DTX 543 | Vasil, "Milestones in crop biotechnology – Transgenic cassava and Agrobacterium - mediated transformation of maize," (Nature Biotechnology, 1996, 14:702-703) | | | | | H, R, P | | |
| DTX 544 | Monsanto's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | 09/27/2004 | | | | N | | |
| DTX 545 | Plaintiffs' Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | 10/14/2005 | | | | N | | |
| DTX 546 | Transcript of 08/11/2005 Discovery Conference | 08/11/2005 | | | | T, R, U, R | | |
| DTX 547 | DeKalb's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | 12/10/2004 | | | | N | | |
| DTX 548 | Letter from S. Popma to S. Clark regarding May 12 meet and confer | 05/10/2005 | | | | H, R, U | | |
| DTX 549 | Letter from S. Edwards to S. Sukduang regarding Plant Molecular Biology Reports | 09/02/2005 | | | | R, U | | |
| DTX 550 | Letter from S. Edwards to S. Sukduang regarding Plant Molecular Biology Reports | 09/02/2005 | | | | R, U | | |
| DTX 551 | Thorne, "How many species of seed plants are there?" (Taxon, 2002, 51:511-512) | 08/00/2002 | | | | H, R, P | | |
| DTX 552 | Schmid, "Statistics for numbers of extant taxa of major groups in Mabberley," (Taxon, 1998, 47: 245) | 02/00/1998 | | | | H, R, P, I | | |
| DTX 553 | Letter from T. Miller to M. Flibbert regarding Plant Molecular Biology Reports | 08/31/2005 | | | | R, U | | |
| DTX 554 | Press release titled "Monsanto Forms Industry Committee To Advise on Wheat" | 06/04/2001 | | | | P, R, U | | |
| DTX 555 | Press release titled "Monsanto to Realign Research Portfolio, Development of Roundup Ready Wheat Deferred; Decision Follows Portfolio Review, Consultation with Growers" | 05/10/2004 | | | | P, R, U | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 556 | 2000 Annual Report for Monsanto Co. | 00/00/2000 | | | | H, R, U | | |
| DTX 557 | Rhone-Poulenc Agro v. Monsanto Co. et al., 73 F.Supp. 2d (M.D.N.C. 1:97cv1138) | 04/01/1999 | | | | U, P, H, R | | |
| DTX 558 | Monsanto Co. v. Bayer Bioscience N.V., 363 F.3d 1235 (Fed. Cir. 2004) | 03/30/2004 | | | | U, P, H, R | | |
| DTX 559 | Monsanto Co v. Bayer Bioscience N.V., 264 F.Supp. 2d (E.D. Mo. 4:00cv1915) | 12/27/2002 | | | | U, P, H, R | | |
| DTX 560 | Plant Genetic Systems, N.V. v. DeKalb Genetics Corp., 315 F.3d 1335 (Fed. Cir. 2003) | 01/13/2003 | | | | U, P, H, R | | |
| DTX 561 | Rhone-Poulenc Agro, S.A. v. DeKalb Genetics Corp. and Monsanto Co., 271 F.3d 1081 (Fed. Cir. 2001) | 11/19/2001 | | | | U, P, H, R | | |
| DTX 562 | Rhone-Poulenc Agro S.A. v. Monsanto Co. and DeKalb Genetics Corp., 73 F. Supp. 2d 554 (M.D.N.C. 1:97cv1138) | 04/23/1999 | | | | U, P, H, R | | |
| DTX 563 | Jury Form from Rhone-Poulenc Agro, S.A. v. DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 04/21/1999 | | | | U, P, H, R | | |
| DTX 564 | DeKalb Genetics Corp. v. Bayer CropScience, S.A., 124 S. Ct. 1423 (2004) | 02/23/2004 | | | | U, P, H, R | | |
| DTX 565 | Monsanto Press Release regarding RPA v. Monsanto litigation | 04/05/2002 | MGA0005095 | MGA0005096 | | H, R, U | | |
| DTX 566 | Opening Brief of Plaintiff-Appellee Rhone-Poulenc, S.A. from Rhone-Phoulenc Agro, S.A. v. DeKalb Genetics Corp. and Monsanto Co. (Fed. Cir. 00-1218, 00-1350, 00-1351) | 10/10/2000 | | | | U, R, P, H | | |
| DTX 567 | Presentation titled Touchdown Tolerant Corn October 2002 | 10/00/2002 | SYN137472 | SYN137518 | | H, A | | |
| DTX 568 | E-mail from R. Joseph to J. Kiekebusch regarding Ffybes | 09/23/2002 | SYN099979 | SYN099980 | | H, A | | |
| DTX 569 | Color copy of Shah et al., "Engineering Herbicide Tolerance in Transgenic Plants," (Science, 1986, 233: 478-481) | 07/22/1986 | | | | N | | |
| DTX 570 | File History for U.S. Patent No. RE36,449 | 02/17/1998 | | | | H, R, U, P | | |
| DTX 571 | U.S. Patent No. 6,174,724 B1 (Rogers et al.) | 01/16/2001 | MGA0002845 | MGA0002890 | | H, R | | |
| DTX 572 | U.S. Patent No. 4,971,908 (Kishore et al.) | 11/20/1990 | MGA0052945 | MGA0052977 | | H, R | | |
| DTX 573 | DeKalb Laboratory Notebook No. 1007 | 03/31/1994 | MGA0005489 | MGA0005891 | | N | | |
| DTX 574 | Monsanto Laboratory Notebook No. 5,315,501 | 11/06/1996 | MKZ0002772 | MKZ0002879 | | N | | |
| DTX 575 | File History for U.S. Patent No. 5,312,910 (Kishore et al.) | 09/04/1992 | MGA0066372 | MGA0066681 | | H, P, R | | |
| DTX 576 | File History for U.S. Patent No. 6,040,497 (Spencer et al.) | 04/03/1997 | MGA0080742 | MGA0080743 | | H | | |
| DTX 577 | Letter from J. Sanford to T. Klein regarding particle gun | 11/04/1987 | MGA0080903 | MGA0080905 | | H, A | | |
| DTX 578 | T. Klein Notes from seminar | 07/13/1988 | | | | H, A | | |
| DTX 579 | Letter from C. Flick to G. Freyssinet regarding results obtained in maize with the glyphosate resistant double mutant maize gene provided by RPA | 09/07/1994 | RPA023477 | RPA023477 | | U, R, H | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 580 | Letter from G. Freyssinet to C. Flick regarding report on development of glyphosate resistant corn | 02/23/1994 | DKB017113 | DKB017113 | | U, R, H, A | | |
| DTX 581 | European Patent Application 0 293 358 (Kishore et al.) | 05/25/1988 | MGA0006332 | MGA0006375 | | H, R | | |
| DTX 582 | Minutes of Rhone-Poulenc/DeKalb Plant Genetics Meeting prepared by C. Flick | 10/15/1991 | MGA0006468 | MGA0006471 | | U,R, H | | |
| DTX 583 | Memorandum from R. DeRose to B. Orozco regarding Guss Constructs and Promoter Sequences | 07/03/1992 | MGA0006472 | MGA0006489 | | U, R, A, H | | |
| DTX 584 | Letter from C. Flick to G. Freyssinet enclosing final copy of minutes of the 11/03/1992 meeting between DPG and RPA | 01/05/1993 | MGA0006490 | MGA0006490 | | U, R, H | | |
| DTX 585 | U.S. Patent Application 07/508,045 (Spencer) | 08/12/1993 | MGA0006631 | MGA0006648 | | H, R | | |
| DTX 586 | Abstract: Waksman et al., "Nucleotide sequence of a gene encoding sunflower ribulose-1,5-bisphosphate carboxylase/oxygenase small subunit (rbcs)," (Nucleic Acids Research, 1987, 15:7181) | 00/00/1987 | MGA0006703 | MGA0006703 | | H, R | | |
| DTX 587 | Abstract: Lebrun et al., "Nucleotide sequence of a gene encoding corn ribulose-1,5-bisphosphate carboxylase/oxygenase small subunit (rbcs)," (Nucleic Acids Research, 1987, 15:4360) | 00/00/1987 | MGA0006704 | MGA0006704 | | H, R, U | | |
| DTX 588 | Minutes from Research Meeting between RPA and DPG | 07/01/1991 | MGA0006705 | MGA0006706 | | U, R, H, A | | |
| DTX 589 | Letter from R. DeRose to E. Orozco regarding confirmation of interpretation of phone conversation on 08/22/1991 | 08/23/1991 | MGA0006707 | MGA0006708 | | U, R, H, A | | |
| DTX 590 | Letter from R. DeRose to E. Orozco enclosing clones which contain the pRPA-BL-502 aroA transcription unit | 09/23/1991 | MGA0006709 | MGA0006713 | | U, R, H, A | | |
| DTX 591 | Letter from R. DeRose to C. Flick regarding trip to the U.S. | 06/28/1993 | MGA0006757 | MGA0006757 | | U, R, H, A | | |
| DTX 592 | Memorandum from R. DeRose regarding Summary of site visit to DeKalb Plant Genetics, Mystic Conn. (August 5, 1993) | 08/18/1993 | MGA0006758 | MGA0006760 | | U, R, H, A | | |
| DTX 593 | Letter from R. DeRose to M. Spencer regarding temporal expression patterns for the pRPA-BL-488 and 502 promoters | 08/24/1993 | MGA0006761 | MGA0006761 | | U, R, H, A | | |
| DTX 594 | Memorandum from P. Julstrom to C. Flick and R. Mumm of table containing data from the August Roundup spray test | 09/06/1994 | MGA0006774 | MGA0006774 | | N | | |
| DTX 595 | Memorandum from P. Julstrom to C. Flick and R. Mumm of table containing data from the August Roundup study in Kihei | 09/23/1994 | MGA0005234 | MGA0005238 | | N | | |
| DTX 596 | Letter from M. Spencer to J. Arnault regarding content of the proposed presentation planned for the upcoming SIVB meeting | 04/22/1998 | MGA0006827 | MGA0006838 | | H, R, U | | |
| DTX 597 | Memorandum from K. Pallett regarding Rappord Mensuel BMBC Fevrier | 03/08/1993 | MGA0005182 | MGA0005191 | | H, U, R, A | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 598 | Memorandum from R. Mumm and D. Heavner to C. Flick and C. Mackey regarding DeKalb RoundUp Spray Test | 08/07/1995 | MGA0005239 | MGA0005244 | | N | | |
| DTX 599 | Letter from C. Mackey to G. Freyssinet enclosing final version of the minutes from meeting | 08/13/1991 | MGA0005426 | MGA0005434 | | R, U, H | | |
| DTX 600 | Letter from W. Haeussler to RPA re: CRF D-938 Ray Wu and David McElroy Rice Actin Gene and Promoter | 07/11/1991 | MGA0005435 | MGA0005448 | | R, U, H, A | | |
| DTX 601 | Minutes of Rhone-Poulenc/DeKalb Plant Genetics Meeting held October 3, 1991 | 10/15/1991 | MGA0005469 | MGA0005476 | | R, U, H | | |
| DTX 602 | Letter from C. Flick to G. Freyssinet enclosing final draft of minutes of meeting in Groton | 03/16/1992 | MGA0005477 | MGA0005484 | | R, U, H | | |
| DTX 603 | Letter from C. Flick to G. Freyssinet enclosing final copy of the minutes of the 11/03/1992 meeting | 01/05/1993 | MGA0005485 | MGA0005488 | | R, U, H | | |
| DTX 604 | Report titled "Generation de mutants de l' enzyme 5-enolpyruvylshikimate-3-phosphate synthetase (EPSPS) de mais, resistants a la fosametine" | 00/00/0000 | MGA0006380 | MGA0006411 | | R, U, H, A | | |
| DTX 605 | Memorandum from C. Flick to G. Freyssinet and J. Powers attaching draft of the 11/02/1992 DeKalb-RPA meeting | 12/10/1992 | MGA0006457 | MGA0006460 | | R, U, H | | |
| DTX 606 | Letter from R. DeRose to E. Orozco enclosing maps and DNA samples | 10/10/1991 | MGA0006718 | MGA0006722 | | R, U, H, A | | |
| DTX 607 | Letter from C. Flick to G. Freyssinet enclosing final draft of minutes of 02/18/1992 RPA/DeKalb meeting | 03/16/1992 | MGA0006723 | MGA0006727 | | R, U, H | | |
| DTX 608 | Letter from R. DeRose to E. Orozco enclosing maps and DNA samples | 04/30/1992 | MGA0006728 | MGA0006731 | | R, U, H, A | | |
| DTX 609 | Minutes of RPA/Science Committee Meeting | 10/05/2006 | MGA0006943 | MGA0006961 | | R, U, H, A | | |
| DTX 610 | Letter from G. Freyssinet to C. Mackey and C. Flick regarding discussion about use of RPA constructs | 00/00/1993 | MGA0007091 | MGA0007092 | | R, U, H, A | | |
| DTX 611 | "Food and Agriculture Competitively Awarded Research and Education Grants: Fiscal Year 1986," U.S. Dept. Agriculture | 00/00/1986 | | | | H, R, P | | |
| DTX 612 | U.S. Patent No. 6,566,587 (Lebrun et al.) | 05/20/2003 | | | | R, U, H, P | | |
| DTX 613 | U.S. Patent No. RE 37,287 (Lebrun et al.) | 07/17/2001 | | | | R, U, H, P | | |
| DTX 614 | U.S. Patent No. 6,362,396 (Chaubet et al.) | 03/26/2002 | | | | R, U, H, P | | |
| DTX 615 | Gasser et al., "Structure, Expression, and Evolution of the 5-Enolpyruvylshikimate-3-phosphate Synthase Genes of Petunia and Tomato," (Journal of Biological Chemistry, 1988, 263:4280-4289) | 03/25/1988 | MGA0031369 | MGA0031376 | | H, R | | |
| DTX 616 | Lubben et al., "Efficient in vitro import of a cytosolic heat shock protein into pea chloroplasts," (Proc. Natl. Acad. Sci., 1986, 83:5502-5506) | 00/00/1986 | | | | H | | |

Page 30

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 617 | Kishore et al., "Amino Acid Biosynthesis Inhibitors as Herbicides," (Ann. Rev. Biochem., 1988, 57:627-663) | 00/00/1988 | MGA0027359 | MGA0027395 | | H, R | | |
| DTX 618 | Hinchee et al., Chapter 9 "Herbicide-Tolerant Crops," (Transgenic Plants, Volume 1, 1993) | 00/00/1993 | MGA0027777 | MGA0027798 | | H, R | | |
| DTX 619 | Collection of Articles from Weed Technology, Volume 6: 611-668 | 00/00/1992 | MGA0031209 | MGA0031266 | | H, R | | |
| DTX 620 | Gasser et al., "Genetically Engineering Plants for Crop Improvement," (Science, 1989, 244:1293-1299) | 06/16/1989 | MGA0033543 | MGA0033550 | | H, R | | |
| DTX 621 | Keegstra, Chapter 9 "Transport of proteins into chloroplasts," (Plant Metabolism 2nd Ed., 1997) | 00/00/1997 | MGA0058660 | MGA0058670 | | H, R | | |
| DTX 622 | Gasser et al., Draft Manuscript titled "Structure, Expression and Evolution of the Genes Encoding 5-Enolpyruvylshikimate-3-Phosphate Synthase of Petunia and Tomato" | 00/00/0000 | MGA0019745 | MGA0019772 | | H, R | | |
| DTX 623 | Keegstra et al., "Targeting of Proteins into Chloroplasts," (BioEssays, 1988, 9:15-19) | 07/00/1988 | CalArb0008873 | CalArb0008877 | | H, R | | |
| DTX 624 | Spencer et al., "Bialaphos selection of stable transformants from maize cell culture," (Theor. Appl. Genet., 1990, 79:625-631) | 00/00/1990 | MGA0047882 | MGA0047886 | | H, R | | |
| DTX 625 | Gordon-Kamm et al., "Transformation of Maize Using Microprojectile Bombardment: an Update and Perspective," (In Vitro Cell Dev. Biol., 1991, 27P: 21-27) | 01/00/1991 | MGA0047887 | MGA0047893 | | H, R | | |
| DTX 626 | Memorandum from S. Rogers, D. Shah, and G. Kishore to R. Fraley titled "Summary of the glyphosate tolerance project meeting of Feb. 19, 1987" | 02/19/1987 | MGA0083530 | MGA0083532 | | H | | |
| DTX 627 | Memorandum regarding May 1986 research progress | 05/00/1986 | MGA0083638 | MGA0083642 | | H | | |
| DTX 628 | Memorandum regarding structural and functional organization of genes in higher plants | 00/00/1987 | MGA0083671 | MGA0083693 | | H | | |
| DTX 629 | Memorandum regarding research efforts | 12/00/1988 | MGA0083719 | MGA0083724 | | H | | |
| DTX 630 | Document titled "Summary of new constructs" | 00/00/0000 | MGA0083758 | MGA0083759 | | H | | |
| DTX 631 | Presentation titled "Transgenic Corn - 10 Years Down, What Will the Next 10 Bring" by C. Armstrong | 00/00/0000 | MAP0019153 | MAP0019175 | | H, R | | |
| DTX 632 | Message for CLARMS regarding Fromm update | 09/06/1989 | MAP0137491 | MAP0137491 | | H | | |
| DTX 633 | Message for CLARMS regarding Fromm update | 09/07/1989 | MAP0137492 | MAP0137492 | | H | | |
| DTX 634 | Summary of Mike Fromm's Transgenic Embryogenic Callus Results (From two phone conversations) | 09/13/1989 | MAP0137500 | MAP0137500 | | H | | |
| DTX 635 | Message for CLARMS regarding Fromm update, 11-10-89 | 11/11/1989 | MAP0137501 | MAP0137501 | | H | | |
| DTX 636 | Message for CLARMS regarding Fromm news | 03/22/1990 | MAP0137502 | MAP0137502 | | H | | |

Page 31

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 637 | Message for CLARMS regarding Fromm news | 09/26/1989 | MAP0142779 | MAP0142780 | | H | | |
| DTX 638 | Weissinger et al., "Maize Transformation via Microprojectile Bombardment," (Current Comm. in Mol. Biol. 1988, 21-25) | 00/00/1988 | | | | H, R, P | | |
| DTX 639 | Spencer et al., "Transgenic Maize by Electroporation of Pectolyase-Treated Suspension Culture Cells," (Plant Molecular Biology, 1994, 81:559-565) | 00/00/1994 | | | | H, R, P | | |
| DTX 640 | Report by della-Cioppa, et al. titled "Targeting of a Herbicide-Resistant Enzyme from Escherichia coli to Chloroplasts of Higher Plants" | 11/25/1986 | MRR010692 | MRR010717 | | H | | |
| DTX 641 | Report by Shah et al., titled "Transfer of a Chimeric Gene Encoding 5-Enolpyruvylshikimate-3-phosphate Synthase to Plant Cells Confers Resistance to the Herbicide Glyphosate" | 10/02/1985 | MRR009585 | MRR009606 | | H | | |
| DTX 642 | Report by Brown et al., titled "Project Review: Monocot Gene Expression" | 09/10/1991 | MKZ0014817 | MKZ0014834 | | H | | |
| DTX 643 | Book chapter by Mackey et al., titled "Transgenic Maize" | 00/00/1993 | MKZ0012111 | MKZ0012123 | | H, R | | |
| DTX 644 | Fraley et al., "Genetic Transformation in Higher Plants," (Critical Reviews in Plant Sciences, 1986, 4:1-46) | 00/00/1986 | | | | H, R, P | | |
| DTX 645 | Acquisition Agreement Relating to Certain Corn Assets of Bayer CropScience and License Agreement between Bayer CropScience as Seller and Syngenta as Purchaser | 01/09/2004 | SYN097105 | SYN097209 | | H | | |
| DTX 646 | Freiberg, "More Researchers Discover Corn Transformation Technology," (AG Biotechnology News, 1990, 26) | 01/00/1990 | | | | H, P, R | | |
| DTX 647 | Freiberg, "More Researchers Discover Corn Transformation Technology," (AG Biotechnology News, 1990, 26) | 01/00/1990 | MGA0080902 | MGA0080902 | | H, R | | |
| DTX 648 | "Opinion on Election of Inventorship: Lundquist vs. Adams" by Gordon Kit, Esq. | 12/13/1994 | DKLB097116 | DKLB097187 | | H, R, U, Q | | |
| DTX 649 | Letter from M. Flibbert to T. Miller regarding DeKalb's infringement contentions | 03/01/2005 | | | | H, U, R | | |
| DTX 650 | Letter from M. Flibbert to T. Miller regarding DeKalb's infringement contentions | 03/08/2005 | | | | H, U, R | | |
| DTX 651 | Letter from T. Miller to M. Flibbert in response to M. Flibbert's 03/08/2005 letter regarding DeKalb's infringement contentions | 03/23/2005 | | | | R, U | | |
| DTX 652 | Abstracts from In Vitro, V. 23, no. 3: Thirty-Eighth Annual Meeting of the Tissue Culture Association, May 27-30, 1987 | 03/00/1987 | | | | H, R, P | | |
| DTX 653 | Letter from J. Shaw to Hon. S. Robinson regarding Syngenta's request for bifurcation of damages and willful infringement, and for an early motion for summary judgment | 08/01/2005 | | | | H, U, R | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 654 | Syngenta's First Set of Interrogatories (Nos. 1-4) and Syngenta's Second Set of Document Requests (No. 2) | 10/06/2004 | | | | R, U, not evidence | | |
| DTX 655 | Syngenta's First Set of Requests for Admission (Nos. 1-21) and Syngenta's First Set of Document Requests (No. 1) | 10/06/2004 | | | | R, U, not evidence | | |
| DTX 656 | Original Scheduling Order | 10/12/2004 | | | | R, U | | |
| DTX 657 | Syngenta's Response to Monsanto's First Set of Interrogatories (Nos. 1-7) | 01/31/2005 | | | | N | | |
| DTX 658 | Fromm, "Transgenic Maize and Its Implications," Twenty-seventh Annual Illinois Corn Breeders School | 03/04/1991 | | | | H, R, P | | |
| DTX 659 | Letter from D. Kim to Y. Faulkner regarding financial terms of the May 1999 settlement agreement between DeKalb and RPA | 08/24/2005 | | | | R, U | | |
| DTX 660 | E-mail from S. Johnson to V. Aidun regarding GA21 terms | 01/25/2003 | BCS-SYN-MON000323 | BCS-SYN-MON000329 | | H, A | | |
| DTX 661 | Brochure titled "Save A Bundle - Win A Bundle" Promotion Overview | 00/00/0000 | MGA0120160 | MGA0120162 | | R, U, H | | |
| DTX 662 | Touchdown Advertising brochure | 00/00/0000 | MGA0123692 | MGA0123693 | | R, H | | |
| DTX 663 | Glyphose-Resistant Germplasm License Agreement between DeKalb and Monsanto | 04/08/1996 | MGA0016039 | MGA0016052 | | H, R, U | | |
| DTX 664 | Promotional material titled "Exclusive Roundup Ready Corn Innovator Offer" | 00/00/1998 | MGA0114995 | MGA0115000 | | H, R, U | | |
| DTX 665 | News article titled "Aventis says appeals court upholds $65 million judgment" | 11/26/2001 | SYN000002 | SYN000002 | | H, R, U | | |
| DTX 666 | News Article titled "U.S. Judge Confirms the Rights of Aventis CropScience in Roundup Ready(R) Biotechnology Dispute" | 02/21/2000 | SYN000003 | SYN000004 | | H, R, U, A | | |
| DTX 667 | News Article titled "Rhone-Poulenc Agro Wins Second Lawsuit Against DeKalb Genetics" | 06/02/1999 | SYN000008 | SYN000009 | | H, R, U | | |
| DTX 668 | Press Release titled "Unanimous Jury Verdict Finds Aventis Inventors Should be Added to DeKalb Patents" | 09/07/2000 | SYN000156 | SYN000157 | | H, R, U, A | | |
| DTX 669 | Press release titled "Syngenta acquires glyphosate tolerance technology for corn" | 05/12/2004 | SYN000013 | SYN000013 | | N | | |
| DTX 670 | Press Release titled Monsanto Files Patent Infringement Suit Against Syngenta Over Ga21 Roundup Ready Corn | 05/12/2004 | SYN000011 | SYN000011 | | H | | |
| DTX 671 | Media Release titled "Syngenta refutes Monsanto lawsuit as totally without merit" | 05/13/2004 | SYN005896 | SYN005896 | | H, R, U | | |
| DTX 672 | Media Release titled "Syngenta files antitrust lawsuit against Monsanto" | 07/28/2004 | SYN000301 | SYN000301 | | H | | |
| DTX 673 | Agrisure GT Corn License and Royalty Agreement | 08/10/2005 | SYN143884 | SYN143915 | | H | | |

Page 33

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 674 | Letter from D. Harper to J. Shearl regarding Roundup Ready Corn (GA21) License and Seed Services Agreement between Golden Harvest Seeds, Inc. and Monsanto Company | 03/19/2001 | SYN135395 | SYN135395 | | H | | |
| DTX 675 | Licensee Incentive Agreement between Monsanto Co. and Garst Seed Co. | 03/06/1998 | SYN003059 | SYN003068 | | H | | |
| DTX 676 | Presentation titled "Traits of Champions: Agrisure Advantage" | 00/00/0000 | SYN077062 | SYN077080 | | H | | |
| DTX 677 | Agrisure Advantage Grower Guide: Maximizing the Value of Your Technology | 00/00/2005 | SYN081751 | SYN081768 | | H | | |
| DTX 678 | Letter from E. Resler to Monsanto Co. and DeKalb Genetics Corp. regarding Notification of Assignment and Assumption of Stipulation and Agreement | 05/14/2004 | SYN000277 | SYN000279 | | H, R, U | | |
| DTX 679 | List of DeKalb seed for various seasons | 00/00/2003 | SYN094215 | SYN094217 | | H, R, U | | |
| DTX 680 | Assignment and Assumption of Stipulation and Agreement between Bayer CropScience and Syngenta | 03/01/2004 | SYN094429 | SYN094430 | | H, R, U | | |
| DTX 681 | Presentation titled Monsanto Company Advanta Analysis & Recommendations | 03/14/2003 | MGA1138841 | MGA1138870 | | H, R, U | | |
| DTX 682 | Letter from D. Harper to R. Sims regarding Inclusion of Documents in Data Room | 11/17/2003 | MGA0055598 | MGA0055601 | | H, R, U | | |
| DTX 683 | E-mail from G. Keyes to T. Crosbie et al. regarding Yellow Bill-A Clarification | 01/18/2004 | MGA0055674 | MGA0055676 | | H, R, U | | |
| DTX 684 | Information regarding Syngenta and Monsanto remain in the Yellowbill auction | 04/02/2004 | MGA1134557 | MGA1134565 | | H, R, U | | |
| DTX 685 | Presentation regarding US Corn Seed Market | 00/00/0000 | MGA1136268 | MGA1136270 | | H, R, U | | |
| DTX 686 | Presentation titled Acquisition Financial Analysis - Cinco (Golden Harvest) | 01/12/2004 | MGA1139421 | MGA1139432 | | H, R, U | | |
| DTX 687 | Minutes from Pioneer Pre-meeting | 07/12/2002 | SYN113533 | SYN113538 | | H, A | | |
| DTX 688 | Memorandum from R. Jain to R. Wichert titled "Tolerance of CA1-CA4 Short Seeded Ffybes Events to Touchdown in the Greenhouse" | 04/22/2002 | SYN113547 | SYN113549 | | H, A | | |
| DTX 689 | Memorandum from R. Jain to R. Wichert, R. Wilde, and M. Meghji titled "Evaluation of Backup TT Corn Lines Selected from the CA5/CA6 Event Screen for Tolerance to Touchdown in the Greenhouse" | 02/17/2003 | SYN113550 | SYN113553 | | H, A | | |
| DTX 690 | Vero Beach Research Center, Weed Control Test/Project Summary, Dose-Response of the Lead and Some New and Back-Up TT Corn Events to Touchdown in the Greenhouse | 04/07/2003 | SYN113554 | SYN113557 | | H, A | | |
| DTX 691 | Corn Strategy Update - March 9, 2004 | 03/09/2004 | MGA1136272 | MGA1136284 | | H, R, U | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked Exhibit |
|---|---|---|---|---|---|---|---|---|
| DTX 692 | Minutes from Meeting of the Board of Directors March 1 and 2, 2004 | 03/02/2004 | MGA1161479 | MGA1161489 | | H, R, U | | |
| DTX 693 | Minutes from Meeting of the Board of Directors May 3 and 4, 2004 | 05/04/2004 | MGA1161490 | MGA1161503 | | H, R, U | | |
| DTX 694 | List of Frequently Asked Questions about GreenLeaf Genetics prepared by V. Aidun | 11/23/2004 | SYN057205 | SYN057209 | | H | | |
| DTX 695 | Data regarding regulatory status GA21 and NK603, as submitted by Monsanto | 06/25/2004 | SYN112807 | SYN112807 | | H, A, R, U | | |
| DTX 696 | Plant Genetics Research - Second Quarter 1989 Report | 00/00/1989 | DKLB245480 | DKLB245490 | | H | | |
| DTX 697 | Plant Genetics Research - Third Quarter 1989 Report | 00/00/1989 | DKLB245491 | DKLB245504 | | H | | |
| DTX 698 | Plant Genetics Research - Fourth Quarter 1989 Report | 00/00/1989 | DKLB125324 | DKLB125334 | | H | | |
| DTX 699 | Plant Genetics Research - First Quarter 1990 Report | 00/00/1990 | DKLB125336 | DKLB125342 | | H | | |
| DTX 700 | Corn Production Project Review | 08/27/1992 | MAP0136517 | MAP0136530 | | H | | |
| DTX 701 | Stokstad, "Monsanto Pulls the Plug on Genetically Modified Wheat," (Science, 2004, 304:1088-1089) | 05/21/2004 | | | | H, R, P | | |
| DTX 702 | Verdict Form from Rhone-Poulenc Agro S.A. v. Monsanto Co. and DeKalb Genetics Corp. (M.D.N.C. 1:97cv1138) | 09/01/2000 | | | | H, R, U, P | | |
| DTX 703 | Letter from J. Passe to D. Fisher memorializing final settlement on the Comai patent litigation | 11/23/1994 | | | | H, R, U, P, S, A | | |
| DTX 704 | Letter from A. Rady to D. Fisher, C. Brachotte, C. Schwedler, and J. Passe enclosing draft proposed agreement | 12/01/1994 | | | | H, R, U, P, S, A | | |
| DTX 705 | Letter from D. Fisher to A. Rady enclosing three copies of the Calgene/RPA/DeKalb Agreement | 12/16/1994 | | | | H, R, U, P, S, A | | |
| DTX 706 | Letter from A. Rady to C. Schwedler enclosing three originals of the Calgene/RPA/DeKalb Agreement executed by DeKalb | 12/21/1994 | | | | N, H, R, U, P, S, A | | |
| DTX 707 | Letter from C. Brachotte to A. Rady enclosing three signed originals of the Agreement | 01/06/1995 | | | | H, R, U, P, A | | |
| DTX 708 | Final Termination of Glyphosate Resistant Corn Agreements | 02/20/2003 | SYN113514 | SYN113515 | | H | | |
| DTX 709 | Evaluation Agreement between Zeneca and Pioneer relating to Zeneca's glyphosate resistance technology in corn | 09/07/1999 | SYN113522 | SYN113531 | | H | | |
| DTX 710 | Extension of Evaluation Agreement between Syngenta and Pioneer to October 25, 2003 | 11/30/2001 | SYN113532 | SYN113532 | | H | | |
| DTX 711 | Letters from D. Kim to Y. Faulkner regarding terms of various settlement agreements | 10/04/2005 | | | | R, U | | |
| DTX 712 | Press release titled "Aventis, New World Leader in Life Sciences, Launched Today" | 12/15/1999 | | | | P, R, H, U | | |
| DTX 713 | Form 10-K Report filed by Monsanto | 11/08/2005 | | | | H, R, U, P | | |

Page 35

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhbit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 714 | Website information about Syngenta Biotechnology, Inc. | 11/22/2005 | | | | H, P | | |
| DTX 715 | Backgrounder - History of Monsanto's Glyphosate Herbicides, June 2005 | 06/00/2005 | | | | P, R, H, U | | |
| DTX 716 | "Monsanto, DeKalb announce $2.5 billion merger," St. Louis Business Journal, May 11, 1998 | 05/11/1998 | | | | R, P | | |
| DTX 717 | Website information about Bayer Cropscience | 11/22/2005 | | | | H, R | | |
| DTX 718 | Market data spreadsheets | 00/00/0000 | SYN003679 | SYN003683 | | H | | |
| DTX 719 | GA21 spreadsheet data | 00/00/0000 | SYN097347 | SYN097384 | | H | | |
| DTX 720 | GA21 spreadsheet data | 00/00/0000 | SYN097385 | SYN097422 | | H | | |
| DTX 721 | GA21 spreadsheet data | 00/00/0000 | SYN097423 | SYN097462 | | H | | |
| DTX 722 | GA21 spreadsheet data | 00/00/0000 | SYN097503 | SYN097540 | | H | | |
| DTX 723 | Market data spreadsheets | 00/00/0000 | SYN097541 | SYN097545 | | H | | |
| DTX 724 | E-mail attaching excel files used to create the GT scenarios | 10/17/2003 | SYN097944 | SYN097945 | | H | | |
| DTX 725 | GT Corn - Valuing an Opportunity | 10/13/2003 | SYN144543 | SYN144547 | | H | | |
| DTX 726 | Assignment and Assumption Agreement between Calgene, RPA, and DeKalb | 00/00/1991 | CalArb000777 42 | CalArb0007774 5 | | H, R, U | | |
| DTX 727 | Draft form letter regarding Syngenta's announcement regarding acquisition of rights from Bayer CropScience | 05/13/2004 | MGA0055469 | MGA0055471 | | H | | |
| DTX 728 | Presentation regarding Greenleaf Genetics Royalties | 00/00/0000 | SYN129599 | SYN129601 | | H | | |
| DTX 729 | File History of U.S. Patent No. 5,728,925 (Herrera-Estrella et al.) | 3/10/1998 | | | | H, P | | |
| DTX 730 | U.S. Patent No. 5,641,876 (McElroy) | 6/24/1997 | | | | H, R, P | | |
| DTX 731 | WO 84/02913 (Fraley et al.) | 8/2/1984 | | | | H, R, P | | |
| DTX 732 | Caplan et al., "Introduction of Genetic Material into Plant Cells," (Science, 1983, 222:815-821) | 11/18/1983 | | | | H, R, P | | |
| DTX 733 | Monsanto 2006 Technology Use Guide | 00/00/2006 | | | | H, P | | |
| DTX 734 | European Patent Application 0 218 571 (Shah et al.) | 4/15/1987 | | | | H, R, P | | |
| DTX 735 | Herrera-Estrella et al., "Light-inducible and chloroplast-associated expression of a chimaeric gene introduced into Nicotiana tabacum using a Ti plasmid vector," (Nature, 1984, 310:115-120) | 07/00/1984 | | | | H, R, P | | |
| DTX 736 | Plant Molecular Biology Monthly Report - June, 1984 | 6/1/1984 | MRR002341 | MRR002353 | | N | | |
| DTX 737 | Memorandum titled "Project Nevada: Update on bidding process" | 3/6/2003 | SYN-AT-0000321935 | SYN-AT-000321939 | | H, A, R, U, P | | |
| DTX 738 | Presentation titled "Collecting the pieces . . . implementing the strategy" by J. Sorenson | 00/00/0000 | SYN-AT-000327686 | SYN-AT-000327713 | | H, A, R, U, P | | |
| DTX 739 | Memorandum titled "Acquisition of Golden Harvest companies" | 6/25/2004 | SYN-AT-000323126 | SYN-AT-000323133 | | H, A, R, U, P | | |

Civil Action No. 04-305-SLR (Lead Case) May 5, 2006
Syngenta's Trial Exhibit List

| Trial Exhibit | Description | Docdate | Begdoc# | Enddoc# | Date ID'd | Objection | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|---|
| DTX 740 | Corn Crossing, Hybrid Evaluation and Breeding Agreement between Advanta USA and Syngenta Seeds, Inc. | 9/29/2004 | SYN123449 | SYN123460 | | H | | |
| DTX 741 | Curriculum Vitae of John C. Jarosz | | | | | N, H | | |
| DTX 742 | Curriculum Vitae of Barry D. Bruce | | | | | N, H | | |
| DTX 743 | Curriculum Vitae of Paul Christou | | | | | N, H | | |
| DTX 744 | Curriculum Vitae of Eric R. Ward | | | | | N, H | | |
| DTX 745 | U.S. Patent No. 5,188,642 (Shah et al.) | 2/23/1993 | | | | R, U, H | | |
| DTX 746 | Notice of Lodging of Monsanto's Covenant Not to Sue Syngenta for Infringement of Certain Patent Claims | 3/31/2005 | | | | R, S, U | | |
| DTX 747 | Letter from J. Beard and C. Maeder to Verdant Partners LLC regarding Potential Interest in Golden Seed Co., JC Robinson Seeds, Inc., Thorp Seed Co., Sommer Bros. Seed Co., Garwood Seed Co., and Golden Harvest Seeds, Inc. (collectively, the "group" | 01/26/2004 | SYN-AT-0007714874 | SYN-AT-0007714879 | | H, R, U | | |
| DTX 748 | Letter from D. Harper to J. Fobes regarding Research and Development Agreement between Northrup King Co. and Monsanto Co. | 03/20/1997 | SYN000281 | SYN000286 | | N | | |
| DTX 749 | Presentation titled "Project Nevada 19 April 2002, Updated 4 March 2003" | 03/04/2003 | SYN-AT-001236576 | SYN-AT-001236578 | | H, P, R, U | | |
| DTX 750 | Presentation titled "Project Nevada 19 April 2002" | 04/19/2002 | SYN-AT-001413150 | SYN-AT-001413157 | | H, P, R, U | | |
| DTX 751 | Internal Announcement regarding Advanta | 04/02/2002 | | | | H, P, R, U, S | | |