# EXHIBIT 7 - B

**EXHIBIT 7B**

## DEFENDANTS' OBJECTIONS TO
## PLAINTIFFS' TRIAL EXHIBITS

The following is a list of the general and specific objections by Defendants to plaintiffs' proposed trial exhibits. The specific objections correspond to the abbreviations identified in the table below. The specific objections are made subject to any stipulations that may be reached among the parties. Syngenta objects to plaintiffs' use of general objections. Syngenta reserves the right to amend these objections prior to trial or if Syngenta's pending motion for bifurcation of willfulness and damages is granted.

**General Objections**

1. Syngenta objects to the admission of any document that is not specifically addressed by a witness at trial.

2. Syngenta objects to Plaintiffs' use of any documents not produced by Plaintiffs during discovery in this action.

3. Syngenta objects to the characterizations of the exhibits on Monsanto's trial exhibit list.

4. Syngenta reserves its objections to hearsay as to statements included in any of the documents, depending on how Monsanto proposes to use the exhibit at trial.

5. Syngenta reserves its objections regarding identification and authentication of documents (Fed. R. Evid. 901) depending on how Monsanto proposes to use the exhibit at trial. For example, all documents should be introduced through an appropriate sponsoring witness.

6. Syngenta reserves its objections based on relevancy (Fed. R. Evid. 401-403), competency (Fed. R. Evid. 601), foundation (Fed. R. Evid. 602) and qualifications of experts (Fed. R. Evid. 701-703), depending on how Monsanto proposes to use the exhibit at trial.

7. Syngenta reserves the right to object to the admission of handwritten statements on any typewritten or mechanically printed document, as such statements may be hearsay. Fed. R. Evid. 802. Additionally, Syngenta reserves the right to object to the admission of any such handwritten statements that are not properly authenticated. Fed. R. Evid. 901.

8. Syngenta reserves the right to object to the admission of any opinion statement that is contained within hearsay, in the event that the qualifications of the person to give such an opinion are not proven. Fed. R. Evid. 701-702. Syngenta also reserves the right to object to the admission of any such opinion on the basis that the opinion does not provide assistance to the trier of fact. *Id*

**Specific Objection Codes:**

ID = incomplete document (F.R.E. 106)

R = lack of relevance (F.R.E. 402)

JC = jury confusion (F.R.E. 403)

UP = unfair prejudice (F.R.E. 403)

PK = lack of personal knowledge (F.R.E. 602 )

H = hearsay (F.R.E. 801/802 )

A = authentication (F.R.E. 901)

ILO = improper lay opinion (F.R.E. 701)

IC = illegible copy (F.R.E. 1003)

UPROD = untimely production (F.R.C.P. 26)

F = foundation

MIL = subject to motion in limine

MD = multiple documents

NBD = no basis for description

B = best evidence rule (F.R.E 1002-1004)