IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>            Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>            Defendants. | C.A. NO. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETICS CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>            Defendants. | C.A. NO. 05-355 SLR |

### SYNGENTA'S PROPOSED VOIR DIRE

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: May 8, 2006

1. Have you ever been self-employed or owned a business?

2. Have you ever been a supervisor?

3. Have you ever worked on any research or development of a new technology or a new product?

4. Does your work involve analysis of technical data or complex information?

5. Have you changed occupations within the past 5 years?

6. Have you played a leadership role at work, in any organization(s), or in your community?

7. Have you taken any courses or have any training beyond high school in science?

8. Have you done any volunteer work?

9. Have you or has anyone close to you ever invented anything?

10. Have you, anyone close to you, or an employer ever applied for a patent?

11. Have you, or any of your employers, paid royalties or license fees to use a patent?

12. Do you think the U.S. Patent Office ever makes mistakes and grants a patent that should not have been granted?

13. Have you heard or read about any patent being challenged because the patent should not have been granted by the Patent Office?

14. Have you ever heard or read about anyone being accused of or accusing someone of infringing a patent?

15. Do you have any concern about being on a jury that will have to decide whether the Patent Office made a mistake in granting some parts of a particular patent?

16. Have you, anyone close to you, or an employer ever sued or been sued over an alleged unauthorized use of a patent or other proprietary information?

17. Do you have any special interest in science?

18. Have you heard or read about the subject of genetic engineering as it applies to plants?

19. Are you concerned about the long term implications of genetic engineering as it applies to edible plants?

20. Have you heard or read about any lawsuits or disputes involving the right to make, use, or sell genetically engineered seeds for crops such as corn or soybeans?

21. Have you, or anyone close to you, had any courses, training, or work experience in any of the following fields:

    a. Law?
    b. Biotechnology/Genetic Engineering?
    c. Agriculture or Horticulture?
    d. Agribusiness?
    e. Intellectual property (patents, trademarks, copyrights)?

22. This case involves a patent dispute between Monsanto and Syngenta concerning genetically modified corn seeds. Have you heard or read anything about this case or about any dispute involving Monsanto and Syngenta?

23. Is there anything about your beliefs or prior experiences that might affect the way you would evaluate a patent dispute?

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ John W. Shaw

                                        John W. Shaw (No. 3362)
                                        Karen E. Keller (No. 4489)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        (302) 571-6600
                                        jshaw@ycst.com

                                        *Attorneys for Defendants*

Dated: May 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on May 8, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL**

| | |
|---|---|
| John J. Rosenthal, Esquire<br>Peter E. Moll, Esquire<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Susan Knoll, Esquire<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 |
| Kenneth A. Letzler, Esquire<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004 | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendants*

DB01:1611981.3