IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br>v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>        Defendants. | C.A. NO. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETICS CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>        Defendants. | C.A. NO. 05-355 SLR |

**SYNGENTA'S PROPOSED CONFIDENTIAL JURY QUESTIONNAIRE**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: May 8, 2006

Syngenta_s Jury Questions

JUROR NAME:_____  JUROR #:_____


[NOTE: This is the cover page. It can be used as the body of a letter if the questionnaire is mailed out.]

Instructions for completing questionnaire:

You are part of the pool of people from which the jury will be selected for a civil case involving a patent dispute.

Your complete answers on the attached questionnaire will save a great deal of time for the judge, for the lawyers, and for you in the jury selection process. The information on this questionnaire will not be used for any other purpose. Please answer all of the questions as completely and honestly as you can, and remember that you are under oath.

As you answer the questions, please keep in mind that there are no "right" or "wrong" answers. Just read each question carefully and give an honest and complete answer.

You must not discuss your answers with anyone else. If you need help completing the questionnaire, contact the Court staff for assistance.

If you need additional space to answer any question, or wish to make any additional comments, please use the last page.

Please remember to print your name at the top of each page.

Thank you for your cooperation.

Anticipated length of trial:

The trial in this case is expected to last three weeks. Every reasonable effort will be made to accommodate the special needs of individual jurors. It is, however, very important that the Court obtain a cross-section of jurors, and service on this case fulfills a very important duty of citizenship. Inconvenience connected with jury service will not be a sufficient reason to excuse you from service on this case. If you are uncertain to your employer's policy regarding jury duty, ask whether you would be reimbursed. Many employers reimburse jurors for the difference between what jurors are paid and regular wages.

JUROR NAME:_____ JUROR #:_____

1. Please describe your duties and responsibilities at your **current or last** job:

   _____

   _____

   _____

2. Length of **current or last** employment:_____ years/months

3. What **other types of work** have you done? _____

   _____

   _____

4. Have most of your employers been: (**Check one**)

   _____ Government agencies           _____ Public companies
   _____ Non-profit organizations      _____ Private companies

5. Have you played a leadership role at work, in any organization(s), or in your community?
   _____YES  NO _____

   **IF YES,** please explain:_____

   _____

6. If you have **any education or training beyond high school** (e.g., vo-tech, on the job training, college courses or degrees), please list what you studied, when, and any certificates or degrees:

   _____

   _____

7. Have you done any volunteer work?              _____YES  NO _____

   **IF YES,** please describe:_____

   _____

JUROR NAME:_____  JUROR #:_____

8. What is the **current or last** occupation and employer of any **other adults** in your household?

   _____

   _____

9. Have you or has anyone close to you ever invented anything? _____YES  NO_____

   **IF YES**, please explain:_____

   _____

10. Have you, anyone close to you, or an employer ever **applied** for a patent? _____YES  NO_____

    **IF YES:**

    a. Who was involved:    _____ Self        _____ Spouse       _____ Child
                            _____ Relative    _____ Friend       _____ Coworker
                            _____ Current employer
                            _____ Former employer

    b. What is the invention? _____

       _____

    c. Was the patent:    _____ Pending since:_____

                         _____ Granted in:_____

                         _____ Rejected because:_____

                         _____

    d. Describe your involvement or knowledge of the patent application process:

       _____

       _____

    e. Has anyone paid a royalty or bought a license to use this patent? ____YES  NO____

    f. Have there been any disputes about or challenges to this patent? ____YES  NO____

**JUROR NAME:**_____  **JUROR #:**_____

    **IF YES to e. or f.,** please explain:_____

_____

_____

11. Have you, or any of your employers, paid royalties or license fees to use a patent? _____YES  NO _____

    **IF YES**, what types of patents? _____

    _____

12. Have you ever read part or all of a U.S. patent? _____YES  NO _____

    **IF YES,** please explain:_____

    _____

13. How often do you think the U.S. Patent Office makes a mistake and grants a patent that is too broad or should not have been granted?  (**Check one**)

    _____ Never _____ Rarely_____ Occasionally _____ Frequently

14. Have you heard or read about any patent being challenged because the patent should not have been granted by the Patent Office? (**Check one**)_____YES  NO _____

    **IF YES,** please explain:_____

    _____

    Do you have any feelings or belief as to whether this challenged was fair or unfair?

    _____ Fair       _____ Not sure       _____ Unfair

15. Have you ever heard or read about anyone being accused of or accusing someone of infringing a patent? (**Check one**)           _____YES  NO _____

    **IF YES,** please explain the accusation and the outcome:_____

    _____

    Do you have any feelings or belief as to whether this accusation was fair or unfair?

    _____ Fair       _____ Not sure       _____ Unfair

**JUROR NAME:**_____ **JUROR #:**_____

16. Do you have any concern about being on a jury that will have to decide whether the Patent Office made a mistake in granting some parts of a particular patent?

    _____ Yes       _____ Not sure       _____ No

    **IF YES OR NOT SURE, please explain:**_____

    _____

17. Have you, anyone close to you, or an employer **ever sued or been sued** over an alleged unauthorized use of a patent or other proprietary information?   ____ YES  NO ____

    **IF YES,** please explain the lawsuit and the outcome:_____

    _____

    _____

    Do you have any feelings or belief as to whether this lawsuit was fair or unfair?

    _____ Fair       _____ Not sure       _____ Unfair

18. How would you rate your own level of interest in science?     **(Circle one)**

    **Not                                                                            Very**
    **Interested                                                                Interested**

                1 . . . . . 2 . . . . . 3 . . . . . 4 . . . . . 5 . . . . . 6 . . . . . 7

19. Do you generally find scientific or technical material:  **(Circle one)**

    **Hard to                                                                    Easy to**
    **Understand                                                            Understand**

                1 . . . . . 2 . . . . . 3 . . . . . 4 . . . . . 5 . . . . . 6 . . . . . 7

20. How much have you heard or read about the subject of genetic engineering as it applies to **plants?** **(Check one)**

    _____ Nothing       _____ Very little       _____ Some  _____ A great deal

    What topics have you read or heard about? _____

    _____

**JUROR NAME:**_____   **JUROR #:**_____

21. Are you concerned about the long term implications of genetic engineering as it applies to edible plants? (**Check one**)

    _____ **Very** concerned                    _____ Only a **little** concerned
    _____ **Somewhat** concerned                _____ **Not at all** concerned

    What concerns come to mind? _____

    _____

22. Have you heard or read about any lawsuits or disputes involving the right to make, use, or sell genetically engineered seeds for crops such as corn or soybeans?

    _____ Yes              _____ Not sure              _____ No

    **IF YES OR NOT SURE**, please explain:_____

    _____

23. Have you, or anyone close to you, had any **courses**, **training**, or **work** experience in:

    a.  The legal field?                                         _____YES  NO _____

    b.  Biotechnology/Genetic Engineering?                       _____YES  NO _____

    c.  Agriculture or Horticulture?                             _____YES  NO _____

    d.  Agribusiness?                                            _____YES  NO _____

    e.  Intellectual property
        (patents, trademarks, copyrights)?                       _____YES  NO _____

    **IF YES**, please explain:_____

    _____

    _____

24. This case involves a patent dispute between Monsanto and Syngenta concerning genetically modified corn seeds. Have you heard or read anything about this case or about any dispute involving these companies?

    _____ Yes              _____ Not sure              _____ No

JUROR NAME:_____    JUROR #:_____

**IF YES OR NOT SURE**, please describe what you may have heard or read:

_____

_____

_____

25. Is there anything about your beliefs or prior experiences that might affect the way you would evaluate a patent dispute?    _____YES  NO _____

  **IF YES,** please explain:_____

  _____

  _____

26. The witnesses who may appear in this case are listed below. Please read the list carefully and **circle** any witnesses that you know or names that are familiar.

| [List Witnesses] | | |
|---|---|---|
| | | |

27. Is there anything else you feel the Court or the parties may want to know about you in regard to your potential service as a juror on this case?    _____YES  NO _____

  **IF YES,** please explain:_____

  _____

  _____

The answers I have given are true and correct to the best of my knowledge.

_____
Signature

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on May 8, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendants*