

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

May 9, 2006

**VIA ELECTRONIC FILING / HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re: *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.*,
       C.A. No. 04-305 (SLR) – Lead Case

Dear Chief Judge Robinson:

  Enclosed are the submissions listed below, in triplicate with diskette (WordPerfect and Word format), which were filed with the Court on May 8, 2006:

    Plaintiff's Joint Proposed Voir Dire Questions [D.I. 361];

    Special Verdict Form (Monsanto's version) [D.I. 362];

    Joint Proposed Preliminary Jury Instructions [D.I. 363];

    Joint Proposed Final Jury Instructions [D.I. 364]; and

    Monsanto's Proposed Confidential Juror Questionnaire [D.I. 365].

            Respectfully submitted,

            /s/ *David E. Moore*

            David E. Moore

DEM/nmt/731362
Enclosures
cc: Clerk of the Court (via hand delivery)
   Counsel of Record (via electronic mail w/o enclosures)