**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C. A. No. 04-305 SLR<br>)　　　(Lead Case)<br>)<br>) |
| DEKALB GENETICS CORPORATION,<br><br>　　　　　PLAINTIFF,<br>　V.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>　　　　　DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned, counsel for Monsanto Company and Monsanto Technology LLC, hereby certifies that true and correct copies of (1) Monsanto's Third Supplemental Response to Syngenta's Interrogatory No. 8; and (2) Dekalb's Third Supplemental Response to Syngenta's Interrogatory No. 8 were caused to be served on May 9, 2006 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA ELECTRONIC EMAIL**

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Finnegan, Henderson, Farabow, |
| 599 Lexington Avenue |    Garrett & Dunner, L.L.P. |
| New York, NY 10022-6069 | 1300 I Street, NW |
| | Washington, DC  20005 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

Susan K. Knoll                         Richard L. Horwitz (#2246)
Thomas A. Miller                 David E. Moore (#3983)
HOWREY LLP                      Hercules Plaza, 6th Floor
Stephen E. Edwards              1313 N. Market Street
Scott W. Clark                     Wilmington, DE  19801
1111 Louisiana, 25th Floor      Telephone (302) 984-6000
Houston, Texas 77092          rhorwitz@potteranderson.com
Telephone (713) 787-1400      dmoore@potteranderson.com

Dated:  May 9, 2006            Attorneys For Plaintiffs

731504

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 9, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on May 9, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed | Michael J. Flibbert |
| Thomas A. McGrath III | Don O. Burley |
| Shearman & Sterling LLP | Howard W. Levine |
| 599 Lexington Avenue | Finnegan, Henderson, Farabow, |
| New York, NY  10022-6069 |    Garrett & Dunner, L.L.P. |
| rschwed@shearman.com | 901 New York Ave., NW |
| | Washington, DC  20001-4413 |
| | michael.flibbert@finnegan.com |
| | don.burley@finnegan.com |
| | howard.levine@finnegan.com |

 /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765