IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC. et al.,<br><br>  Defendants.<br><br>_____<br><br>DEKALB GENETICS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC. et al.,<br><br>  Defendants. | Civ. No. 04-305-SLR<br>(lead case) |

### O R D E R

At Wilmington this 10th day of May, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motions for summary judgment (D.I. 208, 213) are granted.

2. Unless the parties bring to the court's attention any outstanding issues that need to be addressed or a reason to

continue with the trial, judgment shall be entered for defendants.[9]

                                                _____
                                                United States District Judge

---

[9]The remaining outstanding motions (D.I. 199, 201, 205, 211, 220, 241 and 310) are denied as moot.