E-Mail Request for Emergency Relief

1. Case Number:    04 -cv- 305 -SLR

2. Check the box that applies:

   ☐ Requesting a teleconference with the parties and the court•
   ☐ Requesting an in-person conference with the parties and the court•
   ☒ Requesting either of the above listed options at the court?s determination•

3. BRIEFLY describe the reason for this emergency request:

   Syngenta seeks emergency relief with respect to paragraph 5 of the Court's May 1 Order. Monsanto argued these documents were relevant to paragraph 133 of the complaint (Tr. at 20), and that "they have to produce those documents or they have to drop that allegation out" (Tr. at 32). To narrow the issues and prevent delay, Syngenta informed Monsanto that it has "drop[ped] that allegation," making the documents irrelevant. In any event, Syngenta already produced the operative agreements, along with thousands of pages relating to the acquisition, contrary to Monsanto's representations (Tr. at 20). The order also requires production of all documents at Syngenta AG in Switzerland (which the Court had previously ruled was not subject to discovery) relating to a major corporate transaction. To comply we would need to search the paper and electronic files of numerous persons in Switzerland not previously subject to discovery and review potentially hundreds of thousands of pages regarding a now irrelevant acquisition, which would take weeks.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Peter Moll

5. Response of opposing counsel to this request:

   Monsanto continues to insist that Syngenta produce all documents relating to the deal, even though we have dropped the issue from the case as demanded by Monsanto.

6. Name of local counsel making this request: John W. Shaw

7. Today?s Date: May 7, 2006

*********************************************************************************

For court use only:

At page 20 of the transcript for the May 1, 2006 discovery conference, the "Garst documents" were characterized as relevant only in the context of paragraph 133 of Syngenta's antitrust complaint. Syngenta has dropped the ¶ 133 allegation from the case. The documents are no longer relevant. Monsanto's continued request for production is DENIED.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number: 04-cv-305-SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

> Syngenta has created its own "emergency" by attempting to unilaterally relieve itself of complying with this Court's Order by dropping Para. 133 of its Complaint. The documents are relevant to other allegations, including that Syngenta used the Garst acquisition to gain access to allegedly foreclosed "traits markets" (Count I and II) and the "foundation seed market" (Count III); and to Monsanto's counterclaims that Syngenta acquired Garst as a means of misappropriating Monsanto's GA21. After arguing that it had produced everything it had, Syngenta's admission that a large volume of Garst acquisition documents are at Syngenta AG only underscores its attempt to shield relevant documents from discovery and that Syngenta AG is an appropriate party. Monsanto seeks compliance with the Court's Order and that issue should be resolved on a schedule convenient to the Court.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: Richard L. Horwitz, by W. H. Drane

4. Today's Date: May 8, 2006

****************************************************************************