IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>      Defendants.<br>_____<br>DEKALB GENETICS CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-305-SLR<br>) (Lead case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of May 10, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Syngenta Seeds, Inc., Syngenta BioTechnology, Inc., Garst Seed Company, Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co. and against plaintiffs Monsanto Company, Monsanto Technology

LLC, and DeKalb Genetics Corporation.

---
United States District Judge

Dated: May 11, 2006

---
(By) Deputy Clerk