**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Plaintiffs,<br>   v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>        Defendants.<br><br>―――――――――――――――――<br><br>DEKALB GENETICS CORPORATION,<br><br>        Plaintiff,<br>   V.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 04-305 SLR<br>)       (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO AMEND JUDGMENT**
**AND FOR ENTRY OF 54(b) JUDGMENT**

On May 11, 2006, this Court entered a Judgment In A Civil Case in the above captioned action, applicable just to the pending patent claims (the "Judgment"). Plaintiff's Monsanto Company, Monsanto Technology LLC and DEKALB Genetics Corp. ("Monsanto") move that the Court amend that Judgment to make it a final, appealable judgment pursuant to Fed. R. Civ. P. 54(b) for the following reasons:

    1.    The above-captioned action is a consolidation of three separate actions. C.A. Nos. 04-305 and 05-355 involve allegations of infringement and invalidity of U.S. Patent Numbers 4,940,835; 5,538,880; and 6,013,863 (the "patents-in-suit"). C.A. No.

04-908 involves in part antitrust claims brought by Syngenta and certain related counterclaims brought by Monsanto.

2. It appears from both the Judgment and this Court's May 10, 2006 memorandum opinion and order that the Judgment is intended to be a final judgment only as to the allegations in the two patent actions. However, the Federal Circuit has construed the Federal Rules of Civil Procedure as requiring a Rule 54(b) judgment before there can be an "appeal of a judgment disposing of fewer than all aspects of a consolidated case." *Spraytex, Inc. v. DJS&T*, 96 F.3d 1377, 1382 (Fed. Cir. 1996); *Thomson Licensing SA v. Beery*, 154 Fed. Appx. 206 (Fed. Cir. 2005)(applying the same principal even where the district court had "deconsolidated" the cases post-judgment).

2. There is no just cause for the delay in entry of judgment in the two patent actions. Fed. R. Civ. P. 54(b). The only claims not resolved or rendered moot by this Court's May 10, 2006 memorandum opinion are those at issue in the Antitrust Action. Moreover, it appears that the Court intends its May 10 opinion and the Judgment to be final as to the issues addressed in the patent actions.

3. Finally, there is a potential ambiguity in the Judgment which can be clarified by an amended Rule 54(b) judgment. On its face, the Judgment does not specify which of the consolidated actions are implicated. While Monsanto believes that it is clear that the Judgment is only intended to be applicable to the two patent actions, as indicated in the Court's docket sheet, clarification can be effectuated through the same 54(b) judgment.

4. Counsel for Monsanto conferred with counsel for Syngenta on this matter late on Friday, May 12, 2006. Syngenta's counsel informed Monsanto's counsel today

that Syngenta was unable to consent to the proposed amended judgment.

Accordingly, Monsanto respectfully requests[1] that the Court enter an amended judgment in the form attached, determining that final judgment be entered pursuant to Fed. R. Civ. P. 54(b) in favor of defendants Syngenta Seeds, Inc., Syngenta BioTechnology, Inc., Garst Seed Company, Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLD, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co., and against plaintiffs Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation on (1) Plaintiff's claims for infringement of the patents-in-suit, and (2) Defendant's counterclaim that U.S. Patent Number 4,940,835 is invalid under 35 U.S.C. §112 for lack of enablement for the reasons set forth in this Court's May 10, 2006 memorandum opinion and order.

Respectfully submitted,

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
Howrey LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone (713) 787-1400

Dated: May 17, 2006

732806

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Telephone (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Attorneys For Plaintiffs

---

[1] By filing this motion, Monsanto obviously does not mean to indicate that it assents to the Judgment or the findings embodied therein or waive any appeal of any issues.  Rather Monsanto simply seeks to amend the form of the judgment so that an appeal may go forward.

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 17, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on May 17, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413
michael.flibbert@finnegan.com

        /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com