IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-305-SLR |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| SYNGENTA SEEDS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF JOHN SORENSON**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al.*, will take the deposition upon oral examination of John Sorenson. The deposition will commence on May 25, 2006 at 9:00 a.m. at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022, and will continue from day to day until completed. The deposition will be recorded by video and stenographic means.

You are invited to attend and cross-examine.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Peter E. Moll | |
| John J. Rosenthal | By:  /s/ Richard L. Horwitz |
| Peter Hudes | Richard L. Horwitz (#2246) |
| HOWREY LLP | David E. Moore (#3983) |
| 1299 Pennsylvania Ave., N.W. | Hercules Plaza, 6th Floor |
| Washington, DC 20004 | 1313 N. Market Street |
| Telephone (202) 783-0800 | Wilmington, DE 19801 |
| | Telephone (302) 984-6000 |
| Kenneth A. Letzler | rhorwitz@potteranderson.com |
| Jonathan I. Gleklen | dmoore@potteranderson.com |
| ARNOLD & PORTER LLP | |
| 555 12th Street, N.W. | |
| Washington, D.C. 20004 | *Attorneys for Plaintiffs* |
| Telephone (202) 942-5000 | |

Dated: May 18, 2006
732875 / 28128

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

       I, Richard L. Horwitz, hereby certify that on May 18, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

       I hereby certify that on May 18, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

                                                                                                    */s/ Richard L. Horwitz*
                                                                                       Richard L. Horwitz
                                                                                       David E. Moore
                                                                                       Potter Anderson & Corroon LLP
                                                                                       Hercules Plaza – Sixth Floor
                                                                                       1313 North Market Street
                                                                                       Wilmington, DE  19801
                                                                                       (302) 984-6000
                                                                                       rhorwitz@potteranderson.com
                                                                                       dmoore@potteranderson.com

700765