IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONSANTO COMPANY, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SYNGENTA SEEDS, INC., et al., )<br>)<br>Defendants. )<br>) | C.A. No.: 04-305-SLR (Consol.) |

### STIPULATION AND AGREEMENT PERTAINING TO EXPERT DISCOVERY

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the scope of expert document discovery in this matter.

1. In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related document discovery.

2. The parties agree to limit expert-related document discovery to: (a) final reports; (b) materials considered by the expert in formulating his/her opinions in this matter; and (c) any other materials relied upon by the expert as part of his/her opinions in this matter. Without limiting the applicability of the foregoing, the following categories of data, information, or documents need not be disclosed by the parties or their experts, and are outside the scope of permissible document discovery:

   (a) Draft reports; and/or

   (b) Any oral or written communication between an expert witness and (i) the expert's assistants, clerical or support staff and/or (ii) attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the aforementioned communications as part of his/her opinions in this matter.

3. The parties agree to comply with this Stipulation and Agreement regardless of the scope of the expert discovery ordered in any other matter, including the case captioned *American Seeds v. Monsanto Company*, Civ. NO. 05-535-SLR.

STIPULATED AND AGREED TO on _____, 2006:

                      YOUNG CONAWAY STARGATT &
                      TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (#3362)
Adam W. Poff (#3990)
The Brandywine Building
100 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6689

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 508-8000

Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Syngenta Corporation, Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.,

POTTER ANDERSON & CORROON LLP

 */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899

HOWREY, LLP

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

John F. Lynch
Susan K. Knoll
Stephen E. Edwards
Steven G. Spears
750 Bering Drive, #440
Houston, Texas 77057
(713) 787-1400

Attorneys for Monsanto Company and Monsanto Technology LLC