IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>        Defendants. | Civil Action No. 04-305-SLR<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of Syngenta Seeds, Inc.'s Request for Admissions (Antitrust Case) to be served on May 23, 2006 on the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

**BY E-MAIL AND FEDERAL EXPRESS**

>John J. Rosenthal, Esquire
>Peter E. Moll, Esquire
>Howrey LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

        Susan Knoll, Esquire
        Howrey LLP
        1111 Louisiana, 25th Floor
        Houston, TX 77002-5242

        Kenneth A. Letzler, Esquire
        Arnold & Porter LLP
        555 12th Street, N.W.
        Washington, D.C. 20004

PLEASE TAKE FURTHER NOTICE that on May 23, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Richard L. Horwitz, Esquire
        Potter Anderson & Corroon LLP
        Hercules Plaza
        1313 North Market Street
        Wilmington, DE 19899-0951

Additionally, I further certify that on May 23, 2006, I caused a copy of this Notice of Service to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

        John J. Rosenthal, Esquire
        Peter E. Moll, Esquire
        Howrey LLP
        1299 Pennsylvania Ave., N.W.
        Washington, D.C. 20004

        Susan Knoll, Esquire
        Howrey LLP
        1111 Louisiana, 25th Floor
        Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Seth J. Reidenberg (No. 3657)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
sreidenberg@ycst.com

Attorneys for Syngenta Seeds, Inc., Syngenta
Corporation, Syngenta Biotechnology, Inc.,
Advanta USA, Inc., Garst Seed Company,
and Golden Harvest Seeds, Inc.

Dated: May 23, 2006