IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONSANTO COMPANY and )<br>MONSANTO TECHNOLOGY LLC, )<br>)<br>Defendants. )<br> | Civil Action No. 04-305-SLR<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of Syngenta Seeds, Inc.'s Third Set of Interrogatories (Antitrust Case) (Nos. 28-32) to be served on May 23, 2006 on the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY E-MAIL AND FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

>Susan Knoll, Esquire
>Howrey LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242
>
>Kenneth A. Letzler, Esquire
>Arnold & Porter LLP
>555 12th Street, N.W.
>Washington, D.C. 20004

PLEASE TAKE FURTHER NOTICE that on May 23, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

Additionally, I further certify that on May 23, 2006, I caused a copy of this Notice of Service to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>John J. Rosenthal, Esquire
>Peter E. Moll, Esquire
>Howrey LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004
>
>Susan Knoll, Esquire
>Howrey LLP
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                _____
                John W. Shaw (No. 3362)
                Seth J. Reidenberg (No. 3657)
                Karen E. Keller (No. 4489)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                (302) 571-6600
                sreidenberg@ycst.com

                Attorneys for Syngenta Seeds, Inc., Syngenta
                Corporation, Syngenta Biotechnology, Inc.,
                Advanta USA, Inc., Garst Seed Company,
                and Golden Harvest Seeds, Inc.

Dated: May 23, 2006