## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, et al.          )
                                  )
                Plaintiffs,       )          C.A. No. 04-305-SLR
                                  )             (Consolidated)
        v.                        )
                                  )
SYNGENTA SEEDS, INC., et al.      )
                                  )
                Defendants.       )

### PLAINTIFFS' NOTICE OF DEPOSITION OF KEVIN TURNBLAD

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al.*, will take the deposition upon oral examination of Kevin Turnblad. The deposition will commence on June 2, 2006 at 9:00 a.m. at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue NW, Suite 900, Washington, DC 20004-2634, and will continue from day to day until completed. The deposition will be recorded by video and stenographic means.

You are invited to attend and cross-examine.

OF COUNSEL:                          POTTER ANDERSON & CORROON LLP

Peter E. Moll
John J. Rosenthal                    By:   */s/ David E. Moore*
Sean Beaty                                 Richard L. Horwitz (#2246)
HOWREY LLP                                 David E. Moore (#3983)
1299 Pennsylvania Ave., N.W.               Hercules Plaza, 6th Floor
Washington, DC 20004                       1313 N. Market Street
Telephone (202) 783-0800                   Wilmington, DE 19801
                                           Telephone (302) 984-6000
Kenneth A. Letzler                         rhorwitz@potteranderson.com
Jonathan I. Gleklen                        dmoore@potteranderson.com
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004                     *Attorneys for Plaintiffs*
Telephone (202) 942-5000

Dated: May 30, 2006
734384 / 28128

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 30, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on May 30, 2006, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765