IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   John J. Rosenthal, Esq.
      HOWREY LLP
      1299 Pennsylvania Ave., N.W.
      Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), by and through their undersigned counsel, will take the deposition of James Miller, a non-party witness, by oral examination using video tape, audio tape, and/or stenographic means, before a Notary Public or other officer authorized by law to administer oaths. This deposition will be held on June 5, 2006, and will begin at 9:00 a.m., at Faegre & Benson, 801 Grand Avenue, Suite 3100, Des Moines, IA 50309, or an alternate location and time to be negotiated by the parties. The deposition shall continue from day to day, until completed.

NYDOCS04/456665.1

You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue
Washington, DC 20004.
(202) 508-8000

DATED: May 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>    Richard L. Horwitz, Esquire
>    Potter Anderson & Corroon LLP
>    Hercules Plaza
>    1313 North Market Street
>    Wilmington, DE 19899-0951

I further certify that on May 30, 2006, copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL**

| | |
|---|---|
| John J. Rosenthal, Esquire<br>Peter E. Moll, Esquire<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Susan Knoll, Esquire<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 |
| Kenneth A. Letzler, Esquire<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004 | |

>    YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>    /s/ *John W. Shaw*
>    _____
>    John W. Shaw (No. 3362)
>    Karen E. Keller (No. 4489)
>    The Brandywine Building, 17th Floor
>    1000 West Street
>    Wilmington, Delaware 19801
>    (302) 571-6600
>    jshaw@ycst.com
>    *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*