# EXHIBIT 1

```
                                                                    1

 1                    IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4   MONSANTO COMPANY and            :    CIVIL ACTION
     MONSANTO TECHNOLOGY LLC,        :
 5                                   :
              Plaintiffs             :
 6                                   :
              vs.                    :
 7                                   :
     SYNGENTA SEEDS, INC. and        :
 8   SYNGENTA BIOTECHNOLOGY,         :
     INC.,                           :
 9                                   :
              Defendants             :    NO. 04-305 (SLR)
10
                                - - -
11
                                          Wilmington, Delaware
12                                        Wednesday, April 13, 2005
                                          9:30 o'clock, a.m.
13
                                - - -
14
     BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
15
                                - - -
16
     APPEARANCES:
17

18             POTTER, ANDERSON & CORROON LLP
               BY: RICHARD L. HORWITZ, ESQ.
19

20                         -and-

21

22

23                                        Valerie J. Gunning
                                          Official Court Reporter
24

25
```

12

```
 1   claim and there's a reason there.  This is not the case
 2   as your Honor found in the motion to dismiss, and so we
 3   would respectfully request today that the Court set a
 4   trial schedule.  Obviously, the motion will go down, but
 5   set a trial schedule, enter the scheduling order, and let
 6   the case proceed, and obviously your Honor will have time
 7   to consider the motion.
 8              THE COURT:  Well, I think I'm considering the
 9   motion now, so I don't know that that will happen.
10              All right.  Thank you very much.  I appreciate
11   that.
12              Mr. Moll, it sounds as though the patent
13   litigation really isn't going to be nearly dispositive,
14   which is the only reason why I stay antitrust cases.  So
15   we're going to go forward.  And let's look at the
16   schedule that you've proposed.  The motion to stay is
17   denied.
18              MR. MOLL:  Thank you, your Honor.
19              THE COURT:  It looks as though the only --
20   this is so beautiful.  I think I might frame this.  It's
21   really quite nice.  But the only real dispute I see in red
22   or blue is the hours of deposition.
23              MR. MOLL:  That is correct, your Honor.
24              THE COURT:  All right.
25              MR. MOLL:  There are some dates at the end
```

# EXHIBIT 2

## Horwitz, Richard L.

**From:** Horwitz, Richard L.
**Sent:** Wednesday, May 17, 2006 3:47 PM
**To:** 'Shaw, John'
**Cc:** michael.flibbert@finnegan.com
**Subject:** RE: Amended Judgment

Will you share any reasons?

---

**From:** Shaw, John [mailto:JSHAW@ycst.com]
**Sent:** Wednesday, May 17, 2006 3:42 PM
**To:** Horwitz, Richard L.
**Cc:** michael.flibbert@finnegan.com
**Subject:** RE: Amended Judgment

Dear Rich --

I am writing in follow-up to my earlier e-mail, which indicated we would have a position on your request by 4 pm today.

We are unable to consent to the proposed amended judgment under Rule 54(b).

Very truly yours,

John

---

**From:** Horwitz, Richard L. [mailto:rhorwitz@Potteranderson.com]
**Sent:** Wednesday, May 17, 2006 12:31 PM
**To:** michael.flibbert@finnegan.com; Shaw, John
**Subject:** Amended Judgment

Will we hear soon? If we don't hear this afternoon that you agree to what we sent, we'll file a motion today asking for the Court to enter it. We believe we have given you sufficient time to react to the proposed amended judgment, and we don't feel that we can wait any longer before filing it. Thanks.

Rich

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6027 (Phone)
(302) 658-1192 (Fax)
rhorwitz@potteranderson.com

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This electronic mail transmission may contain confidential or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

6/2/2006

## Horwitz, Richard L.

**From:** Flibbert, Michael [michael.flibbert@finnegan.com]
**Sent:** Tuesday, May 16, 2006 5:14 PM
**To:** Horwitz, Richard L.; Shaw, John
**Subject:** RE: Proposed Amended Judgment

Rich - We did confer with Syngenta today regarding Monsanto's proposed Rule 54(b) Amended Judgment; however, Syngenta has not decided whether it will oppose Monsanto's proposal and is unlikely to reach a decision this evening. Mike

---

**From:** Horwitz, Richard L. [mailto:rhorwitz@Potteranderson.com]
**Sent:** Tuesday, May 16, 2006 2:54 PM
**To:** Horwitz, Richard L.; Shaw, John
**Cc:** Flibbert, Michael
**Subject:** RE: Proposed Amended Judgment

When will I get a response?

---

**From:** Horwitz, Richard L.
**Sent:** Tuesday, May 16, 2006 12:09 PM
**To:** 'Shaw, John'
**Cc:** 'Flibbert, Michael'
**Subject:** RE: Proposed Amended Judgment

We need to know today John. Will we hear soon? I gave Mike the cite to the Fed Cir decision which makes this pretty cut and dry.

---

**From:** Shaw, John [mailto:JSHAW@ycst.com]
**Sent:** Tuesday, May 16, 2006 11:55 AM
**To:** Horwitz, Richard L.
**Subject:** RE: Proposed Amended Judgment

Dear Rich --

I wanted to let you know that we are still considering your request.

Very best regards,

John

---

**From:** Horwitz, Richard L. [mailto:rhorwitz@Potteranderson.com]
**Sent:** Friday, May 12, 2006 2:54 PM
**To:** michael.flibbert@finnegan.com; Shaw, John
**Subject:** Proposed Amended Judgment

See attached, which we would like to file with the court on Monday, telling her that it is agreed to as to form by the parties. We think we should do this because she had

6/2/2006

consolidated the antitrust case with the patent case.

Rich

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6027 (Phone)
(302) 658-1192 (Fax)
rhorwitz@potteranderson.com

_____

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This electronic mail transmission may contain confidential or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>    Defendants.<br><br>DEKALB GENETICS CORP.,<br><br>    Plaintiff,<br>  v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et. al.,<br><br>    Defendants. | C.A. NO. 04-305 SLR<br>(Lead Case) |

## PROPOSED AMENDED JUDGMENT IN A CIVIL CASE

On May 11, 2006, this Court entered a Judgment In A Civil Case in the above captioned action, applicable just to the pending patent claims. The Court hereby amends that judgment to clarify that judgment is entered pursuant to Fed. R. Civ. P. 54(b) as to the pending claims between the parties related to the alleged infringement and invalidity of U.S. Patent Numbers 4,940,835; 5,538,880; and 6,013,863 (the "patents-in-suit") as detailed below, for the following reasons:

    1.    This Court's May 10, 2006 memorandum opinion and order finding U.S. Patent Numbers 5,538,880 and 6,013,863 not infringed and U.S. Patent Number

4,940,835 invalid either finally resolves, or renders moot, all issues raised by the parties pertaining to the infringement or invalidity of the patents-in-suit in consolidated member cases bearing Civil Action Nos. 04-305 SLR and 05-355 SLR.

2.  There is no just cause for the delay in entry of judgment on the adjudicated patent claims. The only claims not resolved or rendered moot by this Court's May 10, 2006 memorandum opinion are those at issue in the consolidated member case bearing Civil Action No. 04-908-SLR.

Accordingly, IT IS ORDERED AND ADJUDGED that final judgment be and is hereby entered pursuant to Fed. R. Civ. P. 54(b) in favor of defendants Syngenta Seeds, Inc., Syngenta BioTechnology, Inc., Garst Seed Company, Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLD, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co., and against plaintiffs Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation on (1) Plaintiffs' claims for infringement of the patents-in-suit, and (2) Defendants' counterclaim that U.S. Patent Number 4,940,835 is invalid under 35 U.S.C. §112 for lack of enablement for the reasons set forth in this Court's May 10, 2006 memorandum opinion and order.

DATED: May ___, 2006

_____
Sue L. Robinson
United States District Judge for the
   District of Delaware