

Potter
Anderson
&Corroon LLP

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

June 2, 2006

**VIA ELECTRONIC FILING / HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

>           Re:    *Monsanto Company, et al. v. Syngenta Seeds, Inc. et al.,*
>                  C.A. No. 04-305 (SLR) – Lead Case

Dear Chief Judge Robinson:

On May 17, 2006, Monsanto moved to amend the May 11 Judgment entered in this case to make it an appealable 54(b) judgment. The briefing on that motion has been completed today, with the filing of Monsanto's reply brief. Because the deadline for Monsanto to file a notice of appeal on the May 11 Judgment is June 9, Monsanto respectfully requests the earliest consideration that the Court can give to this motion.

To be clear, Monsanto believes that a 54(b) judgment is required to ensure Federal Circuit jurisdiction over any appeal, because the May 11 Judgment did not resolve the separate antitrust claims still pending in this consolidated action. However, if the Court does not address Monsanto's motion before June 9, Monsanto believes that it will need to file a Notice of Appeal as to the May 11 Judgment out of an abundance of caution to avoid any possibility of a finding that Monsanto has waived its right to an appeal. Accordingly, to avoid any unnecessary appeal or any confusion as to the nature of the Judgment on appeal of the patent action, Monsanto respectfully requests that the Court consider its motion before June 9 if at all possible.

Respectfully,

Richard L. Horwitz

RLH:nmt/734906
Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail with enclosure)