# Appendix A

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix B

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# Appendix C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix D

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| FREDERICK L. SAMPLE, *et al.*, | : | |
| Plaintiffs, | : | CASE NO. 4:01cv65RWS |
| v. | : | |
| MONSANTO COMPANY, *et al.*, | : | |
| Defendants. | : | |

## DEFENDANTS SYNGENTA SEEDS, INC.'S AND PIONEER HI-BRED INTERNATIONAL, INC.'S MOTION TO FILE THEIR MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION ON ANTITRUST CLAIMS UNDER SEAL

Pursuant to Local Rule 13.05, Defendants Syngenta Seeds, Inc. ("Syngenta") and Pioneer Hi-Bred International, Inc. ("Pioneer") hereby move this Court to file their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification on Antitrust Claims under seal.

Pursuant to the Amended Protective Order, filed December 4, 2001, any document filed with the Court that contains "Confidential Information" shall be filed with the Court under seal. Since this Memorandum incorporates Confidential Information as defined in the Amended Protective Order, including substantial commercial and competitive proprietary information of Syngenta and Pioneer, the Defendants move the Court to file this brief under seal.

Dated: February 28, 2003

conspiracy, although plaintiffs seek damages for purchases made from such licensees. Leitz. Init. Dep. 68:6-69:18. The standard Monsanto licenses required licensees to collect from farmers on Monsanto's behalf a tech fee, published by Monsanto, in return for the right to use Monsanto's technology to grow a single commercial crop. The seed companies typically retained a portion of the tech fees in return for the service of collecting the fees for Monsanto. The licenses did not limit the standard licensees' ability to price the base germplasm in any way they pleased, thus, for example, they were free to discount the germplasm so as to offset the technology fee in whole or in part. Leitz. Reb. Dep. 53:5-16; Leitz. Init. Dep. 89:17-90:9. In 2001, Monsanto discontinued its tech fee approach, thus abandoning the published tech fee and the requirement that farmers pay any separate fee for Monsanto's traits. *See, e.g.,* Dep. of Jack Brower, dated Apr. 30, 2002, 61:2-8 (App. B at 9).

## III. STRUCTURE AND OPERATION OF THE CORN AND SOY SEED MARKETPLACE

Corn and soy seeds, including YGC and RRS seeds, are distributed to farmers in various ways. Manufacturer representatives or agents sell some seed directly to farmers. Most seed, however, is sold through distributors or retailers, ranging from small farmer-dealers (who run their own farms and sell seed on the side), to small "mom and pop" seed retailers, to large, and not so large, all purpose agricultural chemical and seed retailing businesses. CMP Rep. ¶¶ 38, 85, 87; Leitz. Init. Rep. ¶ 13. Some seed is distributed through cooperatives or other entities with their own independent distribution systems. CMP Rep. ¶¶ 38, 85.



As noted above, YGC and RRS seed compete against both conventional and other GM corn and soybean seed varieties, as well as other forms of pest control. CMP Rep. ¶¶ 36, 40; Leitz. Init. Dep: 61:15-62:8. Moreover, given the limited geographic utility of seed varieties, as well as the

No soy or corn seed variety is used nationwide. For example, a soybean seed with a maturity designed for a long growing season cannot be used in Minnesota, where the growing season is relatively short. Thus, seeds are sold in relatively narrow geographic regions, with appropriate climate and soil conditions. *See, e.g.*, Reb. Rep. of Jeffrey J. Leitzinger, dated Dec. 11, 2002 ("Leitz. Reb. Rep.") ¶ 43 (attached to Pl. Mem. at Tab 17).

The array of seed varieties sold by the seed industry each year is dizzying. Pioneer and Syngenta alone offered more than 950 distinct varieties of corn and soy seed between 1996 and 2000. The turnover year to year is substantial; Syngenta, for example, discontinued approximately 20% of its prior year's corn and soy seed offerings in 1998; 30% in 1999; and 16% in 2000. (App. B at 7)

Conventional corn and soy seed compete against YGC and RRS seeds. Leitz. Init. Dep. 61:15-62:18. If the price of GM seeds gets too high, or if the price of conventional seed gets sufficiently low, farmers can and will switch to conventional varieties. *Id.*[3] RRS also competes against alternative selective herbicides (used with conventional soy seed). If the price of the RRS package (seed plus Roundup) becomes too high relative to the conventional package, farmers should choose the conventional. Leitz. Init. Dep. 306:14-307:15.

## II.  THE LICENSES

Monsanto licensed its YGC technology to Syngenta pursuant to a license agreement dated October 11, 1995. License Agreement (SYN00005611) (attached to Pl. Mem. at Tab 3). That agreement called for Syngenta to pay the initial sum of $4 million as well as ongoing per-unit royalties to Monsanto; Syngenta first marketed YGC seeds pursuant to the license agreement in 1997. Between 1997 and 1999, Syngenta paid royalties to Monsanto that ranged from 27% to 52% of the average premium it charged for YGC seed. Pursuant to the license, Syngenta was required to register

---

[3] Yield is a key factor in farmer purchase decisions. Whichever seed produces greater yield per dollar expended on seed, labor and pesticides should be chosen by the farmer. In regions with traditionally low ECB pressure, therefore, conventional seeds may win out even if their price is not substantially lower than comparable YGC seeds.

# Appendix F

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix H

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix I

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Appendix J

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# Appendix K

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# Appendix L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY