IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br><br>DEKALB GENETICS CORPORATION,<br><br>　　　　Plaintiff,<br>　V.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-305 SLR<br>)  (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED JUDGMENT IN A CIVIL CASE

On May 11, 2006, this Court entered a Judgment In A Civil Case in the above captioned action, applicable just to the pending patent claims. The Court hereby amends that judgment to clarify that judgment is entered pursuant to Fed. R. Civ. P. 54(b) as to the pending claims between the parties related to the alleged infringement and invalidity of U.S. Patent Numbers 4,940,835; 5,538,880; and 6,013,863 (the "patents-in-suit") as detailed below, for the following reasons:

1.　This Court's May 10, 2006 memorandum opinion and order finding U.S. Patent Numbers 5,538,880 and 6,013,863 not infringed and U.S. Patent Number 4,940,835 invalid either finally resolves, or renders moot, all issues raised by the parties

pertaining to the infringement or invalidity of the patents-in-suit in consolidated member cases bearing Civil Action Nos. 04-305 SLR and 05-355 SLR.

2.  There is no just cause for the delay in entry of judgment on the adjudicated patent claims. The only claims not resolved or rendered moot by this Court's May 10, 2006 memorandum opinion are those at issue in the consolidated member case bearing Civil Action No. 04-908-SLR.

Accordingly, IT IS ORDERED AND ADJUDGED that final judgment be and is hereby entered pursuant to Fed. R. Civ. P. 54(b) in favor of defendants Syngenta Seeds, Inc., Syngenta BioTechnology, Inc., Garst Seed Company, Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLD, JC Robinson Seeds, Inc., Sommer Bros. Seed Company, and Thorp Seed Co., and against plaintiffs Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation on (1) Plaintiffs' claims for infringement of the patents-in-suit, and (2) Defendants' counterclaim that U.S. Patent Number 4,940,835 is invalid under 35 U.S.C. §112 for lack of enablement for the reasons set forth in this Court's May 10, 2006 memorandum opinion and order.

DATED: June 6, 2006

Sue L. Robinson
United States District Judge for the
District of Delaware

732807