IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| MONSANTO COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DEPOSITION

TO:   John J. Rosenthal, Esq.
      Howrey LLP
      1299 Pennsylvania Ave., N.W.
      Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), will take the deposition of the corporate designee(s) of Monsanto Company and Monsanto Technology LLC, most knowledgeable about the matters set forth in Attachment A on June 19, 2006, at 9:00 a.m., at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue, N.W. Suite 900, Washington, D.C. 20004, or an alternate location and time to be negotiated by the parties.

The deposition will be taken upon oral examination before a court reporter or other person authorized by law to administer oaths, and may be recorded by stenographic means and/or by videotape. The deposition will be taken for purposes of discovery, for use as evidence in this matter, and for such purposes as permitted under the Federal Rules of Civil Procedure.

The deposition will continue from day to day until completed or adjourned by agreement of counsel. You are invited to attend and cross-examine.

Dated: June 7, 2006

                              YOUNG CONAWAY STARGATT
                                  & TAYLOR, LLP

                              /s/ *Karen E. Keller*
                              John W. Shaw (No. 3362)
                              Seth J. Reidenberg (No. 3657)
                              Karen E. Keller (No. 4489)
                              The Brandywine Building, 17th Floor
                              1000 West Street
                              Wilmington, Delaware 19801
                              (302) 571-6600
                              kkeller@ycst.com

                              *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(212) 508-8000

2

## ATTACHMENT A

### I. Definitions

1. The term "Monsanto" shall mean Monsanto Company and Monsanto Technology LLC and any of their present or former subsidiaries, divisions, agents, employees directors, officers, trustees, and attorneys, or any other person or entity acting in concert with Monsanto Company, directly or indirectly, including but not limited to American Seeds, Inc., Asgrow Seed Company, Inc., Channel Bio Corps., CORE Group, Corn States Hybrid Service LLC, DeKalb Genetics Corporation, Fontanelle Hybrids, NC+ Hybrids, Inc., Holden's Foundation Seeds, Inc., Stewart Seeds, Stone Seeds, and Trelay Seeds.

2. The term "the '835 patent" shall mean U.S. Patent No. 4,940,835.

3. The term "the '880 patent" shall mean U.S. Patent No. 5,538,880.

4. The term "the '863 patent" shall mean U.S. Patent No. 6,013,863.

### II. Matters on Which Examination is Requested

1. The alleged factual and legal basis for Monsanto's decision to sue Syngenta for infringement of the '835, '880, and '863 patents;

2. Any pre-suit investigation conducted by Monsanto prior to suing Syngenta for infringement of the '835, '880, and '863 patents;

3. Whether, prior to or after suing Syngenta for infringement for GA21, Monsanto obtained any opinions of counsel regarding the validity of the '835, '880, and '863 patents and/or Syngenta's alleged infringement of those patents;

4.  Monsanto's decision to sue Syngenta for infringement of the '835, '880, and '863 patents, including when and how the decision to sue Syngenta was made and the identity of all persons involved in the decision.

5.  When and how Monsanto first became aware of Syngenta's acquisition of GA21-related rights from Bayer;

6.  Any consideration or analysis by Monsanto, prior to filing suit against Syngenta for infringement for GA21, of the Missouri district court's prior construction of the '835 patent claims in *Monsanto Co. v. Bayer CropScience LP*, Case No. 4:01CV01825 CDP (E.D. Mo. filed November 20, 2001);

7.  Any consideration or analysis by Monsanto, prior to filing suit against Syngenta for infringement for GA21, of Monsanto's prior positions concerning the inability in the art to transform monocots in the mid-1980s and whether those prior positions on monocot transformation are consistent or inconsistent with the positions Monsanto took in the patent case, including the positions Monsanto took in responding to Syngenta's First Set of Requests for Admisson (Nos. 1-21) and Syngenta's First Set of Document Requests (No. 1) filed October 6, 2004 in *Monsanto Co. and Monsanto Technologies LLC v. Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc.*, C.A. No. 04-305 SLR (D. Del. filed May 12, 2004);

8.  Any consideration or analysis by Monsanto, prior to filing suit against Syngenta for infringement for GA21, of the fact that Syngenta never performed any of the process steps set forth in independent claim 1 of the '880 and '863 patents;

9.  Any consideration or analysis by Monsanto, prior to filing suit against Syngenta for infringement for GA21, of the factual differences between the activities performed

by the defendants in *DeKalb Corp. v. Syngenta Seeds, Inc.*, No. 04-CV-50323 (N.D. Ill. filed July 27, 2004), compared to Syngenta's activities with GA21 corn;

10. Any consideration or analysis by Monsanto, prior to filing suit against Syngenta for infringement for GA21, of the facts asserted in Monsanto's responses to interrogatories in *DeKalb Corp. v. Syngenta Seeds, Inc.*, No. 04-CV-50323 (N.D. Ill. filed July 27, 2004) regarding the dependent nature of claim 4 of the '880 patent;

11. The rationale for filing suit against Syngenta for infringement on the '880 and '863 patents after Monsanto had already filed suit on the '835 patent;

12. Monsanto's privilege log, served in both the patent and antitrust cases, including the identification of any opinions of counsel or other documents concerning Monsanto's pre-suit investigation and/or decision to sue Syngenta for infringement of the '835, '880, and '863 patents.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on June 7, 2006, copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that copies of the foregoing document are being served on the following non-registered participants as indicated below:

### BY E-MAIL AND FEDERAL EXPRESS

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*