## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

               Plaintiffs,

        v.

SYNGENTA SEEDS, INC.
SYNGENTA BIOTECHNOLOGY, INC., et al.,

               Defendants.

       ) C. A. No. 04-305 SLR
       ) (Lead Case)

DEKALB GENETICS CORPORATION,

               Plaintiff,

        v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., ET AL.

               Defendants.

## PLAINTIFFS' NOTICE OF APPEAL
## (TO THE FEDERAL CIRCUIT)

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Tel: (713) 787-1400

Dated: June 8, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys For Monsanto Company,
MonsantoTechnology LLC, and
DEKALB Genetics Corporation

Notice is hereby given that pursuant to 28 U.S.C. § 1295(a)(1) and Fed. R. App. P. 4(a)(1), Monsanto Company, Monsanto Technology LLC, and DEKALB Genetics Corporation (collectively, "Plaintiffs") hereby appeal in the above-consolidated cases to the **United States Court of Appeals for the Federal Circuit** from all underlying decisions, orders, and rulings decided adversely to Plaintiffs related to, supporting, or otherwise incorporated in the district court's Amended Judgment directing entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) on June 6, 2006 (D.I. 411), including, but not limited to, the Memorandum Opinion filed May 10, 2006 (D.I. 375), the Order of May 10, 2006 (D.I. 376), and the Judgment of May 11, 2006 directing entry of final judgment with respect to the pending patent claims (D.I. 378).

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
Scott W. Clark
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Tel: (713) 787-1400

By:  /s/ David E. Moore
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

Dated: June 8, 2006

Attorneys For Monsanto Company,
MonsantoTechnology LLC, and
DEKALB Genetics Corporation

735622

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 8, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on June 8, 2006, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC  20001-4413
michael.flibbert@finnegan.com
don.burley@finnegan.com
howard.levine@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com