## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, *et al*,

    Plaintiffs,

    v.

SYNGENTA SEEDS, INC., *et al*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 04-305-SLR
(Consolidated)

## NOTICE OF RULE 30(b)(6) DEPOSITION

TO:    John W. Shaw
        Seth Reidenberg
        Karen E. Keller
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware  19801

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules

of Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al*., will take the

deposition of the corporate designee(s) of Syngenta Seeds, Inc., Syngenta Corporation,

Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden

Harvest Seeds, Inc. (collectively "Syngenta"), most knowledgeable about the matters set

forth in Attachment A on June 22, 2006, at the offices of Howrey LLP, 1299

Pennsylvania Avenue NW, Washington, DC  20004, or an alternate location and time to

be negotiated by the parties.

The deposition will be taken upon oral examination before a court reporter or

other person authorized by law to administer oaths, and may be recorded by video and

stenographic means.  The deposition will be taken for purposes of discovery, for use as

evidence in this matter, and for such purposes as permitted by the Federal Rules of Civil

Procedure.  The deposition will continue from day to day until completed or adjourned by agreement of counsel.

OF COUNSEL:

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

Dated:  June 9, 2006

736036

POTTER ANDERSON & CORROON LLP

By:    */s/ Richard L. Horwitz*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Telephone (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Monsanto Company and*
*Monsanto Technology LLC*

**ATTACHMENT A**

## I.    DEFINITIONS

1.    **"You," "your,"** and **"Syngenta"** mean Syngenta Seeds, Inc., its predecessors, successors, subsidiaries, affiliates and each of its present or former officers, directors, managers and any employees, agents, attorneys, representatives, or other persons acting or purporting to act on its behalf, including but not limited to Syngenta AG, Biotechnology, Inc., Golden Harvest Seeds, Inc., Garst Seed Company, Advanta B.V., Advanta Seeds, CHS Research, Inc., and GreenLeaf Genetics.

2.    **"Syngenta AG"** means the Swiss publicly-traded company Syngenta Aktiengesellschaft, Schwarzwaldallee its predecessors, successors, subsidiaries, affiliates and each of its present or former officers, directors, managers and any employees, agents, attorneys, representatives, or other persons acting or purporting to act on its behalf, including but not limited to Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garst Seed Company, Advanta B.V., Advanta Seeds, Inc., CHS Research, Inc., Novartis, AstraZeneca and GreenLeaf Genetics.

3.    **"Monsanto"** means Monsanto Company, its predecessors, successors, subsidiaries and affiliates, and each of its present and former officers, directors, managers, employees, agents, and all other persons acting or purporting to act on its behalf, including but not limited to Monsanto Technology, LLC

4.    **Identify (with respect to persons).**  When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.  Once a person has been identified in accordance with the subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

5.    **Identify (with respect to documents.)**  When referring to documents, "to identify" means to provide the (i) type of documents; (ii) general subject matter; (iii) date

3

of the document; and (iv) author(s), address(es) and recipient(s).

      6.     **Identify (with respect to a communication or statement).**  When referring to a communication or statement, "to identify" means to provided:  (i) the person(s) making the communication; (ii) the person(s) to whom the communication was made; (iii) whether the statement is written, electronic, or oral; (iv) the person(s) present during the communication; and (v) the date of the communication; and (vi) the location of the communication.

      7.     "**Transgenic corn technology**" means any technology related to artificially introducing genetic material into corn seed, plants, cells, or genetic material, including hybrid seed or foundation seed.

      8.     "**Person**" or "**persons**" refers to all individuals and entities, including all natural persons, corporations, partnerships, ventures or other business associations, societies, associations-in-fact, all federal, foreign, state, local or other governmental entities, and all legal entities including all members, officers employees, agents, representatives, attorneys, successors, predecessors, assigns, divisions, affiliates and subsidiaries.

      9.     "**The Shah Patent**" or "**The '835 patent**" means U.S. Patent No. 4,940,835.

      10.     "**The Lundquist Patents**" or "**The '880 patent and '863 patent**" shall mean U.S. Patent Nos. 5,538,880 and 6,013,863.

## II.    MATTERS ON WHICH EXAMINATION IS REQUIRED

      1.     Any consideration or analysis by Syngenta of Monsanto's rights to the Shah and Lundquist patents at any time from 1986;

      2.     Negotiations with Bayer CropScience concerning GA21-related rights;

3.      The April 9, 2004, "Amendment Agreement to the Agreement for Scientific Evaluation of Transgenic Material," and actions taken by Syngenta in response to the terms of that Amendment Agreement, including but not limited to the movement of any GA21 material obtained from Bayer to non-Shah countries as defined in the Agreement;

4.      Syngenta's May 12, 2004, press release concerning the acquisition of glyphosate tolerance technology from Bayer CropScience, including but not limited to the date chosen for the release, choice of wording, and any communications with Bayer concerning the press release;

5.      Communications between Bayer and Syngenta concerning the sale of GA21 derived from Bayer material corn in the United States;

6.      Syngenta's license with Monsanto for Roundup Ready Soybean.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 9, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on June 9, 2006, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

                                        /s/Richard L. Horwitz
                                        Richard L. Horwitz
                                        David E. Moore
                                        Potter Anderson & Corroon LLP
                                        Hercules Plaza – Sixth Floor
                                        1313 North Market Street
                                        Wilmington, DE 19801
                                        (302) 984-6000
                                        rhorwitz@potteranderson.com
                                        dmoore@potteranderson.com

700765