IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF RULE 30(b)(6) DEPOSITION**

TO:  John W. Shaw
     Seth Reidenberg
     Karen E. Keller
     The Brandywine Building, 17th Floor
     1000 West Street
     Wilmington, Delaware 19801

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al.*, will take the deposition of the corporate designee(s) of Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), most knowledgeable about the matters set forth in Attachment A on June 23, 2006, at the offices of Howrey LLP, 1299 Pennsylvania Avenue NW, Washington, DC 20004, or an alternate location and time to be negotiated by the parties.

The deposition will be taken upon oral examination before a court reporter or other person authorized by law to administer oaths, and may be recorded by video and stenographic means. The deposition will be taken for purposes of discovery, for use as evidence in this matter, and for such purposes as permitted by the Federal Rules of Civil

Procedure. The deposition will continue from day to day until completed or adjourned by agreement of counsel.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Peter E. Moll<br>Scott Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone (202) 783-0800<br><br>Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone (202) 942-5000<br><br>Dated: June 9, 2006<br><br>736039 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Monsanto Company and Monsanto Technology LLC* |

## ATTACHMENT A

I.  **DEFINITIONS**

1.  "**You**," "**your**," and "**Syngenta**" mean Syngenta Seeds, Inc., its predecessors, successors, subsidiaries, affiliates and each of its present or former officers, directors, managers and any employees, agents, attorneys, representatives, or other persons acting or purporting to act on its behalf, including but not limited to Syngenta AG, Biotechnology, Inc., Golden Harvest Seeds, Inc., Garst Seed Company, Advanta B.V., Advanta Seeds, CHS Research, Inc., and GreenLeaf Genetics.

2.  "**Syngenta AG**" means the Swiss publicly-traded company Syngenta Aktiengesellschaft, located at Schwarzwaldallee 215, CH-4058 Basel, Switzerland, its predecessors, successors, subsidiaries, affiliates and each of its present or former officers, directors, managers and any employees, agents, attorneys, representatives, or other persons acting or purporting to act on its behalf, including, but not limited to, Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garst Seed Company, Advanta B.V., Advanta Seeds, Inc., CHS Research, Inc., Novartis, AstraZeneca and GreenLeaf Genetics.

3.  "**Monsanto**" means Monsanto Company, its predecessors, successors, subsidiaries and affiliates, and each of its present and former officers, directors, managers, employees, agents, and all other persons acting or purporting to act on its behalf, including but not limited to Monsanto Technology, LLC.

4.  "**Incentive**" means any agreement or program entered between Syngenta and any other person, company or licensee relating to a relevant product that offers any payment, subsidy, incentive, discount, rebate, allowance, waiver, or other financial inducement.

5.      **"Transgenic corn"** or **"Transgenic corn technology"** means any technology related to artificially introducing genetic material into corn seed, plants, cells, or genetic material, including hybrid seed or foundation seed.

6.      **"Herbicide-tolerant traits"** or **"herbicide-tolerant technology"** means any transgenic corn event, trait or technology that makes the corn plant tolerant to any herbicide.

7.      **"ECB-resistant traits"** or **"ECB-resistant technology"** means any transgenic corn event, trait or technology that makes the corn plant resistant to the European Corn Borer pest.

8.      **"Glyphosate-tolerant traits"** or **"glyphosate-tolerant technology"** means any transgenic corn event, trait or technology that makes the corn plant tolerant to glyphosate.

9.      **"CRW-resistant traits"** or **"CRW-resistant technology"** means any transgenic corn event, trait or technology that makes the corn plant resistant to Corn Rootworm insect.

10.     **"Transgenic corn traits"** means any ECB-resistant, glyphosate-tolerant, or CRW-resistant traits, or combination or "stacks" of such traits.

11.     **"Conventional corn"** means corn not containing any transgenic traits or technology.

12.     **"Person"** or **"persons"** refers to all individuals and entities, including all natural persons, corporations, partnerships, ventures or other business associations, societies, associations-in-fact, all federal, foreign, state, local or other governmental entities, and all legal entities including all members, officers employees, agents, representatives, attorneys, successors, predecessors, assigns, divisions, affiliates and subsidiaries.

## II. MATTERS ON WHICH EXAMINATION IS REQUIRED

1. The identification and description of any Incentive between Syngenta and any other company, customer or licensee concerning or related to conventional corn, transgenic corn traits or technology (including glyphosate-tolerant, ECB-resistant and CRW-resistant traits), and herbicides or insecticides sold for use by corn growers, including, but not limited to:

   a) the terms for each such Incentive program or agreement;

   b) the time period for which each Incentive program or agreement was or is in effect;

   c) the aggregate annual dollar or equivalent value of each Incentive earned or paid pursuant to each such Incentive program or agreement for each licensee or customer;

   d) each condition that the company or Syngenta licensee or customer must meet in order to receive the Incentive offered (including, but not limited to, any condition based on the company, Syngenta licensee or customer's meeting any sales, licensing, purchasing, market share, growth, or trait penetration target); and

   e) the methodology, calculation or other analysis undertaken to (1) determine whether each such condition has been met, and (2) determine the dollar or equivalent value of each Incentive earned or paid.

2. The name and business purpose, rationale, and/or justification of any Incentive offered or considered by Syngenta, including, but not limited to, Syngenta's AgriEdge and Agrisure Advantage Programs.

5

3. Any Incentive considered, developed, and/or adopted by Syngenta in response to any Incentive or Incentive program offered by Monsanto or any other competitor.

4. The identification of any actual or potential Syngenta licensees, strategic partners or customers to whom Syngenta offered, planned to offer, or considered offering, any Incentive, and any agreements, contracts or communications related to same.

5. How Syngenta internally accounts for any Incentives provided to its customers related to conventional or transgenic corn and the manner in which such information is or was tracked, maintained, or stored (e.g., documents, files, or repositories, whether in electronic or paper format), including the location of any data collected.

6. The formation and operation of GreenLeaf Genetics (both the former Syngenta business unit and the current joint venture LLC with Pioneer Hi-Bred International/DuPont), including, but not limited to:

    a) GreenLeaf Genetics' business plan, directives and objectives;

    b) the corn products offered or licensed through GreenLeaf Genetics;

    c) the license, distribution, and trademark agreements executed by or on behalf of GreenLeaf Genetics, including the terms of each such agreement;

    d) the identity of former and current GreenLeaf Genetics customers or licensees and quantities of Syngenta's corn products purchased or licensed by each such customer;

    e) incentives, rebates, or discounts offered by GreenLeaf Genetics for growing, using, selling, or distributing Syngenta's corn products.

    f)    the pricing of transgenic traits offered through GreenLeaf Genetics.

    g)    the identity of all persons involved in the negotiations with Pioneer and/or DuPont regarding the formation of the joint venture, including, but not limited to, "Project Waterfront," and the execution of the Formation Agreement between Syngenta and Pioneer, including its terms; and

    h)    Syngenta's internal process for consideration and approval of the joint venture.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 9, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on June 9, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

/s/Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765