IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-305-SLR (Consolidated) |
| v. | ) ) | |
| SYNGENTA SEEDS, INC., *et al*, | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF SCOTT RABE

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al.*, will take the deposition upon oral examination of Scott Rabe. The deposition will commence on June 14, 2006 at 9:00 a.m. at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue NW, Suite 900, Washington, DC 20004-2634, and will continue from day to day until completed. The deposition will be taken by video and stenographic means.

You are invited to attend and cross-examine.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone (202) 783-0800

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

*Attorneys for Monsanto Company and Monsanto Technology LLC*

Dated: June 12, 2006

736126

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 12, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on June 12, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765