IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 04-305-SLR |
| | ) (Consolidated) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## MONSANTO'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD RELATING TO SYNGENTA AG'S MOTION TO DISMISS <u>FOR LACK OF PERSONAL JURISDICTION</u>

OF COUNSEL:

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone (202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone (202) 942-5000

Dated: June 5, 2006
Public Version Dated: June 12, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

Monsanto respectfully moves for leave to supplement the record relating to Syngenta AG's motion to dismiss for lack of personal jurisdiction (D.I. 169.) Monsanto's proposed supplemental statement of relevant facts is attached hereto as Exhibit 1. A proposed form of Order is attached hereto as Exhibit 2.

With the instant motion and proposed supplement, Monsanto intends to provide relevant, newly-acquired evidence to the Court. Namely, the attached supplemental statement provides the Court with recent deposition testimony that did not exist on December 30, 2005, when Monsanto filed its brief in opposition to counter-defendant Syngenta AG's motion to dismiss for lack of personal jurisdiction.

Monsanto respectfully requests that the Court consider the newly acquired evidence set forth in the attached supplement when deciding Syngenta AG's motion to dismiss for lack of personal jurisdiction. The supplemental facts demonstrate that an overwhelming discovery record has been developed that establishes beyond question that ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████. These facts are highly germane to the pending motion.

Pursuant to Local Rule 7.1.1, ███████████████████████ ███████████████████████████████████████████████ ███.

|  |  |
|---|---|
| | Respectfully Submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Peter E. Moll<br>Scott Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone (202) 783-0800 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone (202) 942-5000 | *Attorneys for Monsanto Company and Monsanto Technology LLC* |

Dated: June 5, 2006
Public Version Dated: June 12, 2006

736147

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 12, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on June 12, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

/s/David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765