# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| SYNGENTA SEEDS, INC., *et al*, | ) | **FILED JUNE 12, 2006** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF VANESSA H. FORSYTHE IN SUPPORT OF MONSANTO'S
SECOND SUPPLEMENTAL STATEMENT OF FACTS RELATING TO
SYNGENTA AG AND SYNGENTA PARTICIPATIONS AG'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

I, Vanessa H. Forsythe, declare as follows:

1.     I am an Associate with the law firm of Howrey LLP, counsel of record for defendant-counterclaim plaintiff Monsanto Company.  In preparing this declaration, I have relied on deposition testimony and documents obtained through merits discovery in the instant antitrust case as well as the patent case, which has been consolidated before this Court.  *Monsanto Co., et al. v. Syngenta Seed, Inc., et al*, 04-305-SLR (D.I. 48).

2.     A true and correct copy of excerpts of the ███████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████

3.    A true and correct copy of █████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

4.    A true and correct copy of excerpts of the ███████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████

5.    A true and correct copy of excerpts of the ███████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████

6.    A true and correct copy of █████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████

7.    A true and correct copy of █████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████

- 2 -

8.    A true and correct copy of excerpts of the ███████████████

█████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████

9.    A true and correct copy of ███████████████████

████████████████████████████████████████████

███████████████████████████████████████████

█████████

10.    A true and correct copy of Syngenta AG's Press Release entitled "Syngenta acquires glyphosate tolerance technology for corn," dated May 12, 2004 and marked as Deposition Exhibit D-232, is attached hereto as Exhibit 9.

11.    True and correct copies of █████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

██████

12.    A true and correct copy of ████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

█████████████████████████

13.     A true and correct copy of ██████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

14.     A true and correct copy of ███████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████

15.     A true and correct copy of excerpts of the ███████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

16.     A true and correct copy of excerpts of the ████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████

17.     A true and correct copy of ███████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████

18.     A true and correct copy of ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████

19.    A true and correct copy of ███████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

20.    A true and correct copy of ███████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████

21.    A true and correct copy of ███████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

22.    A true and correct copy of ███████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████

23.     A true and correct copy of Syngenta's Press Release entitled "DuPont and Syngenta form joint venture to facilitate the out-licensing of seed genetics and biotech traits," dated April 10, 2006 and marked as Deposition Exhibit D-81, is attached hereto as Exhibit 22.

24.     A true and correct copy of excerpts of the ███████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

25.     A true and correct copy of ██████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

26.     A true and correct copy of ██████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

27.     A true and correct copy of ██████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████

28.     A true and correct copy of ██████████████████████████

██████████████████████████████████████

29.     A true and correct copy of ███████████████████████

30.     A true and correct copy of excerpts of the █████████████

31.     A true and correct copy of excerpts of the ███████████████

32.     A true and correct copy of excerpts of the ███████████████

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 5, 2006.

_/s/ Vanessa H. Forsythe_
VANESSA H. FORSYTHE

# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 9



DEPOSITION EXHIBIT
D 232
5/ 25/06

Syngenta International AG
Media Office ,
CH-4002 Basel
Switzerland
Telephone:  +41 61 323 23 23
Fax:        +41 61 323 24 24
www.syngenta.com

**Media Release**

## Syngenta acquires glyphosate tolerance technology for corn

**Basel, Switzerland, 12 May 2004**

Syngenta announced today that it has acquired rights to a commercially successful glyphosate tolerance technology in corn from Bayer CropScience. The technology, called GA21, enables farmers to control weeds in corn with post emergence applications of the non-selective herbicide glyphosate. Syngenta will offer the technology in NK® brand hybrids and through licenses with other seed companies. Financial terms of the transaction were not disclosed.

"This transaction gives Syngenta fast-track entry into an important segment of the corn crop protection market", said David Jones, Head of Business Development for Syngenta. "This valuable technology further strengthens our already broad product portfolio of corn hybrids, traits and crop protection products."

Syngenta is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company is a leader in crop protection, and ranks third in the high-value commercial seeds market. Sales in 2003 were approximately $6.6 billion. Syngenta employs some 19,000 people in over 90 countries. Syngenta is listed on the Swiss stock exchange (SYNN) and in New York (SYT). Further information is available at www.syngenta.com.

| Analyst/Investor Enquiries: | Jonathan Seabrook (Switzerland) | +41 61 323 7502 |
| | Jennifer Gough (Switzerland) | +41 61 323 5059 |
| | Rhonda Chiger (USA) | +1 (917) 322 2569 |
| | | |
| Media Enquiries: | Markus Payer (Switzerland) | +41 61 323 2323 |
| | Sarah Hull (USA) | +1 (202) 347 8348 |

Cautionary Statement Regarding Forward-Looking Statements
_____

This document contains forward-looking statements, which can be identified by terminology such as 'expect', 'would', 'will', 'potential', 'plans', 'prospects', 'estimated', 'aiming', 'on track' and similar expressions. Such statements may be subject to risks and uncertainties that could cause the actual results to differ materially from these statements. We refer you to Syngenta's publicly available filings with the U.S. Securities and Exchange Commission for information about these and other risks and uncertainties. Syngenta assumes no obligation to update forward-looking statements to reflect actual results, changed assumptions or other factors. This document does not constitute, or form part of, any offer or invitation to sell or issue, or any solicitation of any offer, to purchase or subscribe for any ordinary shares in Syngenta AG, or Syngenta ADSs, nor shall it form the basis of, or be relied on in connection with, any contract therefore.

# EXHIBIT 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 11

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 12

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 13

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 14

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 17

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 18

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 19

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 20

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 21

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 22







## DuPont and Syngenta form joint venture to facilitate the out-licensing of seed genetics and biotech traits

**Wilmington, Delaware, USA, and Basel, Switzerland 10 April 2006**

DuPont and Syngenta today announced in Chicago, Ill., the formation of a joint venture and licensing agreements that will bring expanded choice to North American farmers through broader access to the companies' proprietary corn and soybean genetics and biotechnology traits.

Syngenta Seeds, Inc. and DuPont subsidiary Pioneer Hi-Bred International, Inc. will form the seed industry's first 50/50 joint venture to out-license genetics to U.S. and Canadian seed companies, with potential to expand worldwide.

The two companies also agree to cross-license certain corn and soybean traits that each company will market independently under their own seed brands. The agreement includes rights for Syngenta to market the new Optimum™ GAT™ herbicide tolerant trait developed by DuPont.

"This is outstanding news for growers and the seed industry because it will make available a new and unique pool of corn and soybean traits and genetics from both companies' research efforts. As a result, North American growers will have access to broader product choices and technologies," said Mike Mack, chief operating officer of Syngenta Seeds.

The joint venture, GreenLeaf Genetics LLC, will offer corn and soybean breeding material from both DuPont and Syngenta. It will also facilitate the licensing of biotech traits by both companies. While Syngenta originally launched GreenLeaf Genetics as a traits and genetics licensing business in 2004, DuPont will, for the first time, provide other seed companies targeted access to the world's largest plant genetics library at Pioneer.

"The joint venture and the licensing agreements bring together the strength of two industry leaders to deliver new technologies to the market more quickly," said Dean Oestreich, DuPont vice president, general manager and Pioneer president. "We are excited about making the results of our research investments in both genetics and traits available to more farmers, sooner."

GreenLeaf Genetics will be based in Omaha, Neb., and led by Ron Wulfkuhle, the current head of Syngenta's GreenLeaf Genetics business. "We are ready to coordinate access to all the inbred lines, hybrids and traits needed for customers to feed their own breeding programs", Wulfkuhle said.

Through the cross-license agreements:

- Syngenta receives a global license to the Optimum™ GAT™ trait, a DuPont proprietary glyphosate and ALS chemistry tolerant trait for both soybeans and corn to be marketed in conjunction with its Agrisure™ brand of traits. The new trait will give farmers expanded weed control options and help optimize yield. U.S. registration for the Optimum™ GAT™ trait is expected as early as 2009.



- DuPont receives a global license to Syngenta's insect resistance technology for European corn borer, corn rootworm and broad lepidopteran control as it develops the next generation of insect traits.

This is the second business agreement announced this year between Syngenta and DuPont agriculture businesses. In February, the two companies announced an agreement to broaden each company's crop protection product offer. Syngenta acquired an exclusive worldwide license to develop DuPont's new insecticide Rynaxypyr™ in mixtures with its own leading insect control products. DuPont Crop Protection acquired worldwide rights to Syngenta's strobilurin fungicide picoxystrobin, sold as Acanto®, including access to companion products used in mixtures.

Syngenta is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company is a leader in crop protection, and ranks third in the high-value commercial seeds market. Sales in 2005 were approximately $8.1 billion. Syngenta employs more than 19,000 people in over 90 countries. Syngenta is listed on the Swiss stock exchange (SYNN) and in New York (SYT). Further information is available at www.syngenta.com.

DuPont is a science company. Founded in 1802, DuPont puts science to work by creating sustainable solutions essential to a better, safer, healthier life for people everywhere. Operating in more than 70 countries, DuPont offers a wide range of innovative products and services for markets including agriculture, nutrition, electronics, communications, safety and protection, home and construction, transportation and apparel. Pioneer Hi-Bred International, Inc., a subsidiary of DuPont, which has the world's leading market share in corn and soybean seed. Further information is available at www.dupont.com.

| Syngenta Media: | Switzerland: | Guy Wolff | Tel: +41 (61) 323 2323 |
| | USA: | Sarah Hull | Tel: +1 (202) 628 2372 |
| | UK: | Andrew Coker | Tel: +44 (1483) 26 0014 |
| DuPont Media: | USA: | Doyle Karr | Tel: +1 (515)270 3428 |
| Syngenta Analysts: | Switzerland: | Jonathan Seabrook | Tel: +41 (61) 323 7502 |
| | | Jennifer Gough | Tel: +41 (61) 323 5059 |
| | USA: | Rhonda Chiger | Tel: +1 (917) 322 2569 |
| DuPont Analysts: | USA: | David Peet | Tel: +1 (302) 774 1125 |

**Cautionary Statement Regarding Forward-Looking Statements**

This document contains forward-looking statements, which can be identified by terminology such as 'expect', 'would', 'will', 'potential', 'plans', 'prospects', 'estimated', 'aiming', 'on track' and similar expressions. Such statements may be subject to risks and uncertainties that could cause the actual results to differ materially from these statements. We refer you to DuPont and Syngenta publicly available filings with the U.S. Securities and Exchange Commission for information about these and other risks and uncertainties. DuPont and Syngenta assume no obligation to update forward-looking statements to reflect actual results, changed assumptions or other factors. This document does not constitute, or form part of, any offer or invitation to sell or issue, or any solicitation of any offer, to purchase or subscribe for any ordinary shares in DuPont, Syngenta AG, or Syngenta ADSs, nor shall it form the basis of, or be relied on in connection with, any contract therefor.

Agrisure™, and Acanto® are trademarks of a Syngenta Group Company.
Optimum™ GAT™ are trademarks of Pioneer Hi-Bred International, Inc.
Rynaxypyr™ is a trademark of DuPont Crop Protection.

# EXHIBIT 23

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 24

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 25

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 26

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 27

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 28

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 29

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 30

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 31

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY