# EXHIBIT 2

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Having considered Monsanto's Motion for Leave to Supplement the Record

Relating to Syngenta AG's Motion to Dismiss for Lack of Personal Jurisdiction;

**IT IS HEREBY ORDERED** this _____ day of _____ 2006 that

Monsanto's Motion is GRANTED.  Monsanto's Second Supplemental Statement of

Relevant Facts is deemed filed as of the date of this Order.

_____
United States District Court Judge