### E-Mail Request for Emergency Relief

1. Case Number:                04 -cv- 305   -SLR

2. Check the box that applies:

[✓]  Requesting a teleconference with the parties and the court
[  ]  Requesting an in-person conference with the parties and the court
[  ]  Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

Syngenta seeks a teleconference to discuss Monsanto's withholding of discovery
concerning the basis for Monsanto's GA21 patent lawsuits against Syngenta. One of
Syngenta's claims in the antitrust case is that those lawsuits constitute sham
litigation. Monsanto waived any privilege with respect to the patent case when, in an
apparent effort to establish a defense to the sham litigation claim, Monsanto's Senior
Patent Counsel, Dennis Hoerner, testified at his deposition (including under
questioning by Monsanto counsel) as to (i) his legal analysis of the patents; (ii) his
opinion as to the validity and infringement of the patents; and (iii) communications
within Monsanto concerning his analysis. Despite this clear waiver, Monsanto
refused to let Mr. Hoerner answer questions probing his legal analysis and state of
mind, and has withheld as privileged hundreds of documents relating to the patent
cases. Syngenta requests a teleconference or permission to file a motion to compel
discovery relating to the rationale for filing and prosecuting these lawsuits.

\*Any text added to beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: John Rosenthal

5. Response of opposing counsel to this request:

Monsanto disputes the requested relief.

6. Name of local counsel making this request: Karen E. Keller (#4489)

7. Today's Date: 6-12-06

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For court use only:

[  ]  A teleconference will be held on                              to be coordinated and
      initiated by

[  ]  An in-person discovery conference will be held on:

[✓]  Other:
      The court will review the deposition transcript of Mr. Hoerner,
      with each party highlighting (in different colors) those parts of
      the deposition supporting their positions outlined in these email
      exchanges.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:          04-cv-305 -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

Monsanto expressly disavowed an advice of counsel defense. Rhone Poulenc, 32 F.3d 851, 863 (3d Cir. 1994) (legal advice off limits unless used as defense). Accordingly, Monsanto repeatedly objected or instructed not to answer when Syngenta asked questions that would reveal legal advice. All objections and redirect questions sought to limit testimony strictly to facts and not privileged information. If the witness, testifying as an individual, gave opinions in rare instances, such disclosure was inadvertent. Settled law and the Court's Protective Order barring inadvertent waiver (¶5(a), under which Syngenta recalled hundreds of documents), precludes a blanket waiver. Syngenta cannot prove by clear and convincing evidence that the suit was "objectively baseless" given the public facts at the time of filing, thus subjective motives and legal advice are irrelevant.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: Richard L. Horwitz

4. Today's Date: June 13, 2006

********************************************************************************************