# THIS DOCUMENT HAS BEEN FILED UNDER SEAL