IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the motion to supplement the record filed by Monsanto Company and Monsanto Technology LLC on March 21, 2006 is DENIED.

_____
United States District Judge