## E-Mail Request for Emergency Relief

1. Case Number:        04 -cv- 305  -SLR

2. Check the box that applies:

[✓]  Requesting a teleconference with the parties and the court
[ ]  Requesting an in-person conference with the parties and the court
[ ]  Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

> Monsanto seeks to compel production of documents of Michael Mack who is scheduled to be deposed on June 23. While Syngenta has finally agreed to produce Mr. Mack (a member of Syngenta AG's Executive Committee at headquarters in Basel, Switzerland) for deposition, it has refused to produce any documents from his files responsive to Monsanto's document requests. Syngenta has not argued that Mr. Mack's documents are irrelevant to its own claims and Monsanto's defenses and counterclaims. Indeed, Syngenta deposition witnesses have testified that Mr. Mack is in charge of corn seed (including genetically modified) worldwide and approved Syngenta's U.S. corn strategies, including its efforts to acquire a glyphosate-tolerant trait. Syngenta gave no reason for its refusal to produce his documents and did not move for a protective order.

*Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Heather Kafele

5. Response of opposing counsel to this request:

> Syngenta opposes the request for emergency relief.

6. Name of local counsel making this request: David E. Moore

7. Today's Date: June 14, 2006

*****************************************************************************************************

For court use only:

[ ]  A teleconference will be held on                    to be coordinated and
     initiated by

[ ]  An in-person discovery conference will be held on:

[✓]  Other:  Monsanto's request for documents is denied.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:                04 -cv- 305  -SLR


2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   Contrary to its prior agreement, Monsanto seeks discovery of documents located in
   Switzerland of Mike Mack, an employee of a Swiss company.  Syngenta objected to
   documents from Switzerland when Monsanto served document requests in June
   2005.  The parties subsequently agreed which entities and custodians would be
   searched, excluding Swiss entities and Mr. Mack.  Moreover, the issue of personal
   jurisdiction over the Swiss entities has not been decided, and it is well-settled that a
   party cannot obtain documents from a foreign parent by serving discovery on its U.S.
   subsidiary.  Also, Syngenta's corn seed strategy was developed and implemented by
   U.S. employees from whom Syngenta has produced documents.  Mack was not
   involved in the corn seed business until 2005, after the conduct alleged in the
   counterclaims.  Finally, Syngenta agreed to Mack's deposition in late April, but
   Monsanto waited until a week before the end of fact discovery to seek his documents
   from Switzerland, making compliance impossible in the limited time.

   *Any text added to beyond the limits of this space will be disregarded by the court.


3. Name of local counsel submitting this response: Karen E. Keller (No. 4489)


4. Today's Date: June 15, 2006


   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*