IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

TO:   John J. Rosenthal, Esq.
      HOWREY LLP
      1299 Pennsylvania Ave., N.W.
      Washington, DC 20004

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) and 45 of the Federal Rules of Civil Procedure, Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), by and through their undersigned counsel, will take the deposition of the corporate designee(s) of HOWREY LLP most knowledgeable about the matters set forth in Attachment A on June 23, 2006, and will begin at 1111 Louisiana, 25th Floor, Houston, Texas 77002-5242, or an alternate location and time to be negotiated by the parties.

The deposition will be taken upon oral examination using video tape, audio tape, and/or stenographic means, before a Notary Public or other officer authorized by law to administer oaths. The deposition will be taken for purposes of discovery, for use as evidence in this matter, and for such purposes as permitted by the Federal Rules of Civil Procedure. The deposition shall continue from day to day, until completed or adjourned by agreement of counsel.

You are invited to attend and cross-examine.

Respectfully,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue
Washington, DC 20004.
(202) 508-8000

DATED: June 19, 2006

## ATTACHMENT A

### I. Definitions

1. The term "Monsanto" shall mean Monsanto Company and Monsanto Technology LLC and any of their present or former subsidiaries, divisions, agents, employees directors, officers, trustees, and attorneys, or any other person or entity acting in concert with Monsanto Company, directly or indirectly, including but not limited to American Seeds, Inc., Asgrow Seed Company, Inc., Channel Bio Corps., CORE Group, Corn States Hybrid Service LLC, DeKalb Genetics Corporation, Fontanelle Hybrids, NC+ Hybrids, Inc., Holden's Foundation Seeds, Inc., Stewart Seeds, Stone Seeds, and Trelay Seeds.

2. The term "Howrey" shall mean the law firm Howrey and any of its agents, employees, directors, and attorneys, or any other person or entity acting in concert with Howrey, directly or indirectly.

3. The term "the '835 patent" shall mean U.S. Patent No. 4,940,835.

4. The term "the '880 patent" shall mean U.S. Patent No. 5,538,880.

5. The term "the '863 patent" shall mean U.S. Patent No. 6,013,863.

### II. Matters on Which Examination is Requested

1. Any pre-suit investigation conducted by Howrey prior to filing on behalf of Monsanto the suits charging Syngenta with infringement of the '835, '880, and '863 patents;

2. Whether, prior to or after Monsanto's patent suits against Syngenta for infringement with respect to GA21 corn, Howrey prepared or gave any opinions of counsel (written or oral) regarding the validity or enforceability of the '835, '880, and '863 patents

and/or Syngenta's alleged infringement of those patents and if so, the substance, date(s), time(s) of day, author(s), and recipient(s) of each of those legal opinions, including whether, when (date, time), and where any of those legal opinions were communicated to Monsanto management, attorneys, or other individuals;

    3.    The names of all Howrey attorneys who participated in any meeting(s) and/or teleconference(s) with Monsanto prior to Monsanto's assertion of the '835, '880 or '863 patents against Syngenta, wherein any recommendation or decision concerning whether to assert one or more of these patents against Syngenta was discussed or made;

    4.    All communications between Howrey and Monsanto concerning the infringement or validity of the '835, '880, and/or '863 patents or the decision(s) to assert those patents against Syngenta;

    5.    Howrey's involvement in Monsanto's decision to sue Syngenta for infringement of the '835, '880, and '863 patents, including when and how the decision to sue Syngenta was made and the identity of all persons involved in the decision.

    6.    When and how Howrey first became aware of Syngenta's acquisition of GA21-related rights from Bayer;

    7.    Any consideration or analysis by Howrey, prior to filing suit on behalf of Monsanto against Syngenta for infringement for GA21 corn, of the Missouri district court's prior construction of the '835 patent claims in *Monsanto Co. v. Bayer CropScience LP*, Case No. 4:01CV01825 CDP (E.D. Mo. filed November 20, 2001);

8. Any consideration or analysis by Howrey, prior to filing suit on behalf of Monsanto against Syngenta for infringement for GA21 corn, of Monsanto's prior positions concerning the inability in the art to transform monocots in the mid-1980s;

9. Any consideration or analysis by Howrey, prior to filing suit on behalf of Monsanto against Syngenta for infringement for GA21 corn, of the fact that Syngenta never performed any of the process steps set forth in independent claim 1 of the '880 and '863 patents;

10. Any consideration or analysis by Howrey, prior to filing suit on behalf of Monsanto against Syngenta for infringement for GA21 corn, of the factual differences between the activities performed by the defendants in *DeKalb Genetics Corp. v. Pioneer Hi-Bred International, Inc. et al.*, CA 96 C 50112 (N.D. Ill.), compared to Syngenta's activities with GA21 corn;

11. Any consideration or analysis by Howrey prior to filing suit on behalf of Monsanto against Syngenta for infringement for GA21 corn, of Monsanto's responses to interrogatories in *DeKalb Genetics Corp. v. Pioneer Hi-Bred International, Inc. et al.*, CA 96 C 50112 (N.D. Ill.) regarding the dependent nature of claim 4 of the '880 patent;

12. The rationale for filing suit against Syngenta for infringement on the '880 and '863 patents after Monsanto had already filed suit on the '835 patent;

13. The preparation of the complaint filed on May 12, 2004 in the District of Delaware asserting the '835 patent against Syngenta and the complaint filed on July 27, 2004, in the Northern District of Illinois asserting the '880 and '863 patents against Syngenta, including but not limited to the person(s) responsible for preparing the complaints, the date(s) the

complaints were drafted, the time of day the '835 complaint was drafted, and the person(s) at Monsanto who reviewed and approved the complaints.

      14.    The preparation of Monsanto's privilege log, served in both the patent and antitrust cases, including the identification of any opinions of counsel or other documents concerning Monsanto's pre-suit investigation and/or decision to sue Syngenta for infringement of the '835, '880, and '863 patents, and the reason(s) for including only 1 document (document # 194) dated after December 6, 2002 on the privilege log served in the patent case.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on June 19, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

### BY E-MAIL

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *signature*

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendants*

DB01:1611981.3