IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) ) Redacted Version - |
| Defendants. | ) Publicly Filed ) |

### [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Sanctions is granted and

(1) Monsanto is not permitted to use any information obtained from Mr. Aidun at the *ex parte* meeting as evidence or for any other purpose;

(2) Monsanto is not permitted to use Mr. Aidun's deposition testimony as evidence or for any other purpose;

(3) Monsanto must pay the costs Syngenta incurred in reimbursing Mr. Aidun for his time and expenses;

(4) Monsanto must pay the attorneys fees Syngenta incurred as a result of arranging for Mr. Aidun's attendance at the deposition, preparing and defending Mr. Aidun for the deposition, and preparing this motion for sanctions; and

(5) Howrey must produce any materials related to the improper meeting between Mr. Bogart and Mr. Aidun, including the emails exchanged between Mr. Bogart and Mr. Aidun, the notes Mr. Bogart took during the *ex parte* meeting, and any communications among lawyers at Howrey concerning the meeting.

Dated: June ___, 2006

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, I caused to be electronically filed a sealed version of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on June 20, 2006, true and correct copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that true and correct copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| John J. Rosenthal, Esquire<br>Peter E. Moll, Esquire<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Susan Knoll, Esquire<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 |

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Karen E. Keller*
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com
> *Attorneys for Defendants Syngenta AG and Syngenta Participations AG*