IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., et al., ) | Redacted Version - |
| ) | Publicly Filed |
| Defendants. ) | |

**DECLARATION OF EDWARD C. RESLER
IN SUPPORT OF SYNGENTA SEEDS INC., SYNGENTA CORPORATION,
SYNGENTA BIOTECHNOLOGY INC., ADVANTA USA, INC., GARST SEED
COMPANY AND GOLDEN HARVEST SEEDS, INC.'S MOTION FOR SANCTIONS**

Edward C. Resler declares under penalty of perjury:

1. I am Vice President and General Counsel, Plant Science, of Syngenta Seeds, Inc. I submit this declaration in support of Syngenta Seeds Inc., Syngenta Corp., Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company and Golden Harvest Seeds, Inc.'s (collectively "Syngenta") motion for sanctions against Monsanto Company and Monsanto Technology LLC (collectively "Monsanto").

2. On or about April 7, 2006, I spoke with Vahid Aidun over the phone regarding his deposition. During that conversation, I informed him that he did not need to retain his own attorney because Shearman & Sterling would be representing him as a former employee of Syngenta. I told him to call Heather Kafele at Shearman if he had any further questions.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 9, 2006.

*Edward C. Resler*
Edward C. Resler

## CERTIFICATE OF SERVICE

I, Karen E. Keller hereby certify that on June 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on June 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants

DB01:1592775.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I caused to be electronically filed a sealed version of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on June 20, 2006, true and correct copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that true and correct copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendants Syngenta AG and Syngenta Participations AG*