IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | Redacted Version - |
| ) | Publicly Filed |
| Defendants. ) | |

**DECLARATION OF HEATHER LAMBERG KAFELE
IN SUPPORT OF SYNGENTA SEEDS INC., SYNGENTA CORPORATION,
SYNGENTA BIOTECHNOLOGY INC., ADVANTA USA, INC., GARST SEED
COMPANY AND GOLDEN HARVEST SEEDS, INC.'S MOTION FOR SANCTIONS**

Heather Lamberg Kafele declares under penalty of perjury:

1. I am an attorney at the law firm of Shearman & Sterling LLP, counsel in this action to plaintiff and counterclaim-defendant Syngenta Seeds Inc. and counterclaim-defendants Syngenta Corp., Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company and Golden Harvest Seeds, Inc. (collectively "Syngenta"). I was admitted *pro hac vice* to this Court on August 24, 2004. I submit this declaration in support of the accompanying motion for sanctions against defendant and counterclaim-plaintiff Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"). Except as otherwise stated, I have personal knowledge of the matters set forth herein.

2. Monsanto arranged the deposition of Vahid Aidun in the same way it arranged depositions for all current Syngenta employees. On January 30, 2006, Monsanto sent Syngenta a list of desired deponents, including Mr. Aidun and various current Syngenta employees. A true and correct copy of this letter is attached hereto as Exhibit A. Next, there

were a series of 'meet and confer' telephone calls between myself and attorneys from Howrey to discuss scheduling. I followed up those calls with emails confirming dates and attempting to work out various scheduling issues. Examples of such emails are attached hereto as Exhibit B (a true and correct copy of an email dated March 28, 2006 from Heather Kafele to John Rosenthal) and Exhibit C (a true and correct copy of an email dated April 26, 2006 from Heather Kafele to John Rosenthal).

3. Shearman made arrangements for Mr. Aidun's deposition in the same way it has for all current and former Syngenta employees that it represented. In early March, I contacted Mr. Aidun to arrange his deposition and a time he could meet with attorneys from Shearman to prepare him for the deposition. On May 22, 2006, Mr. Aidun met with several Shearman attorneys at Shearman's D.C. office to prepare for his deposition. This meeting lasted approximately 7 hours. The following day, May 23, 2006, a Shearman attorney defended Mr. Aidun at the deposition.

4. True and correct copies of excerpts from Mr. Aidun's May 23, 2006 deposition transcript (pages 6-9, 126-29, 242-273) are attached hereto as Exhibit D.

5. A true and correct copy of Mr. Aidun's confidentiality agreement with Novartis Seeds, Inc. – a predecessor to Syngenta – dated July 29, 1998 is attached hereto as Exhibit E.

6. A true and correct copy of Monsanto's Notice of Deposition for Vahid Aidun, dated May 18, 2006, is attached hereto as Exhibit F. This Notice was identical to the Notices of Deposition Monsanto has sent for current employees of Syngenta. (*See, e.g.*, Notice of Deposition for John Sorenson, dated May 18, 2006, a true and correct copy of which is attached hereto as Exhibit G.)

Case 1:04-cv-00305-SLR   Document 452   Filed 06/19/2006   Page 3 of 6

7. A true and correct copy of an excerpt from Jeffrey Stein's May 12, 2006 deposition transcript (pages 14-17) is attached hereto as Exhibit H.

8. A true and correct copy of a letter, dated October 24, 2005, from Howrey to Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP ("Finnegan") – Syngenta's counsel in the patent case – objecting to Finnegan's attempt to contact Dr. David Stalker is attached hereto as Exhibit I.

9. A true and correct copy of a letter, dated October 25, 2005, from Finnegan to Howrey agreeing, now that they had learned Howrey represented Dr. Stalker in his capacity as a former employee, not to directly contact Dr. Stalker is attached hereto as Exhibit J.

10. A true and correct copy of a letter, dated November 2, 2005, from Howrey to Finnegan reiterating that it represents Dr. Stalker as a former employee is attached hereto as Exhibit K.

11. A true and correct copy of a letter, dated November 3, 2005, from Finnegan to Howrey acknowledging that it has not attempted to contact Dr. Stalker since learning he was represented is attached hereto as Exhibit L.

12. A true and correct copy of a letter, dated April 3, 2006, from Shearman to Howrey informing Howrey of Shearman's intentions to question Mr. Klevorn about Monsanto is attached hereto as Exhibit M.

13. A true and correct copy of a letter, dated April 10, 2006, from Shearman to Howrey informing Howrey of Shearman's intentions to bring the dispute about Mr. Klevorn's confidentiality obligations to the Court is attached hereto as Exhibit N.

14. A true and correct copy of an excerpt from the transcript for the April 20, 2006 hearing before this Court (pages 25-36) which contains Monsanto's argument and this Court's ruling regarding Tom Klevorn is attached hereto as Exhibit O.

15. A true and correct copy of the New York Law Journal printing of the unpublished New York Supreme Court opinion in *Muriel Siebert & Co. Inc. v. Intuit Inc.*, dated January 23, 2006, is attached hereto as Exhibit P.

16. A true and correct copy of Monsanto's Initial Disclosures, dated May 18, 2005, is attached hereto as Exhibit Q.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 9, 2006.

*[signature]*
Heather Lamberg Kafele

## CERTIFICATE OF SERVICE

I, Karen E. Keller hereby certify that on June 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard L. Horwitz, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19899-0951

I further certify that on June 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>   John J. Rosenthal, Esquire
>   Howrey Simon Arnold & White, LLP
>   1299 Pennsylvania Ave., N.W.
>   Washington, D.C. 20004

>   Susan Knoll, Esquire
>   Howrey Simon Arnold & White, LLP
>   1111 Louisiana, 25th Floor
>   Houston, TX 77002-5242

>   Kenneth A. Letzler, Esquire
>   Arnold & Porter LLP
>   555 12th Street, N.W.
>   Washington, D.C. 20004

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ Karen E. Keller
>   Karen E. Keller (No. 4489)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   kkeller@ycst.com
>
>   Attorneys for Defendants

DB01:1592775.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I caused to be electronically filed a sealed version of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on June 20, 2006, true and correct copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that true and correct copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| John J. Rosenthal, Esquire<br>Peter E. Moll, Esquire<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Susan Knoll, Esquire<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242 |

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>*Attorneys for Defendants Syngenta AG and Syngenta Participations AG*