## E-Mail Request for Emergency Relief

1. Case Number: 04-cv-305-SLR

2. Check the box that applies:

   ☐ Requesting a teleconference with the parties and the court
   ☐ Requesting an in-person conference with the parties and the court
   ☑ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   > Monsanto requests leave to complete previously noticed depositions of third parties Pioneer Hi-Breds and Mycogen (these third parties sell and license hybrid and foundation corn seed and traits) on dates after June 23, 2006, which is the fact discovery deadline. Monsanto timely served deposition subpoenas on Pioneer and Mycogen for depositions within the discovery period. Both object to the timing and scope of the depositions. Monsanto is discussing their objections to scope and dates convenient to the third parties, but those talks will not be completed prior to June 23. Syngenta objects to scheduling the depositions after June 23. Monsanto believes this request is consistent with paragraph 3.b of the Scheduling Order as the depositions were timely noticed for dates before June 23.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Stephen Fishbein

5. Response of opposing counsel to this request:

   > They object to any non-party deposition after June 23.

6. Name of local counsel making this request: David E. Moore

7. Today's Date: June 19, 2006

*************************************************************************************

For court use only:

☐ A teleconference will be held on _____ to be coordinated and initiated by

☐ An in-person discovery conference will be held on:

☑ Other:

   Absent agreement among the parties or unanticipated exigencies, the discovery cut-off date should be honored. There is no indication that these depositions could not have been noticed and taken on a timely basis, as these third parties are well known in the context of this litigation.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:    04-cv-305-SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   There is no basis for Monsanto's request for an extension of the June 23, 2006 discovery cut off date. The two third-parties from whom Monsanto seeks depositions -- Pioneer and Mycogen -- have been known to Monsanto for many months. Both companies were subpoenaed by Syngenta in September 2005 and produced documents over the next few months. Monsanto was free to seek deposition testimony and had ample opportunity to do so. (In fact, Syngenta took a deposition of a Pioneer witness on June 5th at which Monsanto was free to ask questions). Monsanto waited until June 12 to notice an additional deposition of Pioneer and June 13 to notice a deposition of Mycogen. Waiting until ten days before the discovery cut off to start the process of obtaining additional deposition testimony is insufficient. Extension of the discovery period will prejudice Syngenta, which is already under substantial time pressure with respect to the preparation of its expert reports.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: John Shaw, Esq.

4. Today's Date: June 20, 2006

************************************************************************************