IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | **RESTRICTED CONFIDENTIAL** |
| | ) | **FILED UNDER SEAL** |
| Defendants. | ) | |
| | | <u>REDACTED PUBLIC VERSION</u> |

**APPENDIX OF EXHIBITS TO**
<u>**OPPOSITION TO MONSANTO'S LETTER TO THE HONORABLE SUE L. ROBINSON**</u>
<u>**DATED MAY 30, 2006**</u>

**VOLUME 1 OF 2**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(20) 508-8000

Dated: June 13, 2006

# INDEX OF EXHIBITS

| Exhibit Number | Document | Pinpoint Cite |
|---|---|---|
| 1 | Antitrust Guidelines for the Licensing of Intellectual Property, issued by the U.S. Department of Justice, April 6, 1995 | Pages 8-10 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Monsanto marketing material entitled, "Key Crops," available at http://www.monsanto.com/monsanto/layout/products/seeds_genomics/corn.asp (last visited at 6/09/06) | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |

## INDEX OF EXHIBITS

| | | |
|---|---|---|
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Monsanto presentation by Hugh Grant, dated February 21, 2006, available at http://www.monsanto.com/monsanto/content/investor/financial/presentations/2006/02-21-06.pdf (last visited 6/13/06)(excerpt) | Page 7, 21 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | Syngenta Media Release, dated May 12, 2004 | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

## INDEX OF EXHIBITS

| | |
|---|---|
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |

## INDEX OF EXHIBITS

| | | |
|---|---|---|
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | Claims Construction Order | |
| 55 | Report and Recommendation of Special Master Regarding Claim Construction (excerpt) | |
| 56 | Excerpt of Hearing Transcript, dated November 14, 2005 | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I caused to be electronically filed a sealed version of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on June 21, 2006, true and correct copies of the foregoing document will be served by hand delivery on the above listed counsel. I additionally certify that true and correct copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>*Attorneys for Defendants Syngenta AG and Syngenta Participations AG*