# EXHIBITS 2-13

## REDACTED IN THEIR ENTIRETY

# EXHIBIT 14



**MONSANTO**

## Key Crops

### Corn Products

By providing multiple traits in one seed, a process known as stacking, Monsanto offers corn farmers the ability to control weeds and pests with a single seed. For example, in our corn portfolio, farmers can enjoy the option of purchasing YieldGard Rootworm® with YieldGard Corn Borer®, and/or Monsanto's herbicide-tolerant technology, Roundup Ready® Corn 2. This enables the farmer to control either a broader spectrum of pests than a single trait offers, or it provides superior weed control and pest control. That way, farmers have even greater convenience, as Monsanto delivers "one-stop shopping."

### YieldGard Plus®

YieldGard Plus® corn provides the corn plant with in-seed protection, allowing the plant to protect itself against the damaging Western and Northern corn rootworm larvae and the European corn borer.



### YieldGard Rootworm®

YieldGard Rootworm® corn specifically targets corn rootworm larvae, allowing the corn plant to naturally protect its roots against the damaging corn rootworm. The corn rootworm has been nicknamed the "billion-dollar bug", as the USDA estimates that this pest causes $1 billion in lost revenue annually to the U.S. corn crop.

*Learn how YieldGard Plus with Roundup ready Corn 2 helps farmers*

### YieldGard® Corn Borer

YieldGard Corn Borer offers full-plant, full-season protection against European and southwestern corn borers to deliver maximum yield potential. YieldGard Corn Borer hybrids, in general, also provide effective suppression of corn earworm, fall armyworm and stalk borer.

### Roundup Ready Corn 2

Roundup Ready Corn 2 contains in-plant tolerance to Roundup brand herbicides, enabling growers to spray labeled Roundup brands over the top, with excellent crop safety and no yield reduction. Compared to popular conventional corn programs, the Roundup Ready Corn 2 system costs less, while allowing hybrids to reach their maximum yield potential.

Copyright @ 2004-06 Monsanto Company | Legal Notice | Privacy Policy

# EXHIBIT 15-22

## REDACTED IN THEIR ENTIRETY

# EXHIBIT 23

# HUGH GRANT

## CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER

## MORGAN STANLEY BASIC MATERIALS CONFERENCE

Feb. 21, 2006





# EXHIBIT 24-30

## REDACTED IN THEIR ENTIRETY