## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-305-SLR |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF MICHAEL MACK

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, counsel for Plaintiffs, Monsanto Company, *et al.*, will take the

deposition upon oral examination of Michael Mack. The deposition will commence on

June 23, 2006 at 9:00 a.m. at the offices of Dorsey & Whitney, 50 S. 6th Street,

Minneapolis, MN, 55402 and will continue from day to day until completed. The

deposition will be recorded by video and stenographic means.

You are invited to attend and cross-examine.

OF COUNSEL:                          POTTER ANDERSON & CORROON LLP

Peter E. Moll
Scott Flick                          By:  */s/ David E. Moore*
John J. Rosenthal                         Richard L. Horwitz (#2246)
HOWREY LLP                                David E. Moore (#3983)
1299 Pennsylvania Ave., N.W.               Hercules Plaza, 6th Floor
Washington, DC 20004                      1313 N. Market Street
Telephone (202) 783-0800                  Wilmington, DE 19801
                                          Telephone (302) 984-6000
Kenneth A. Letzler                        rhorwitz@potteranderson.com
Jonathan I. Gleklen                       dmoore@potteranderson.com
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004               *Attorneys for Monsanto Company and*
Telephone (202) 942-5000             *Monsanto Technology LLC*


Dated: June 21, 2006
737869 / 28128

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 21, 2006, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on June 21, 2006, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765