

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

June 21, 2006

<u>VIA ELECTRONIC FILING
AND HAND DELIVERY</u>

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re: *Monsanto Company, et al. v. Syngenta Seeds, et al.*
         **C.A. No. 04-305-SLR (Consolidated)**

Dear Chief Judge Robinson:

    Pursuant to Your Honor's Order of June 14, 2006, enclosed is a copy of the confidential transcript from the June 8, 2006 deposition of Dennis Hoerner. Monsanto has highlighted in green the parts of the transcript that support its position in the emergency email request and Syngenta has highlighted its in yellow.

                                    Respectfully submitted,

                                      Richard L. Horwitz

737860
Enclosure

cc:    John W. Shaw (By Electronic Mail) (w/enc.)
        Richard F. Schwed (By Electronic Mail) (w/enc.)
        Peter E. Moll (By Electronic Mail) (e/enc.)