# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-1472 - MONSANTO COMPANY V SYNGENTA SEEDS

**Date of docketing:** 06/19/2006

**Appeal from:** United States District Court / District of Delaware
case no. 04-CV-0305 SLR

**Appellant(s):** Dekalb Genetics Corporation, Monsanto Company and Monsanto Technology LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
John W. Shaw
Richard L. Horwitz



# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-1472

MONSANTO COMPANY, MONSANTO TECHNOLOGY LLC,

Plaintiffs/Counterclaimants-
Appellants,

and

DEKALB GENETICS CORP.,

Plaintiff-Appellant,

v.

SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY,
GARST SEED COMPANY, GOLDEN HARVEST SEEDS, INC.,

Defendants/Counterclaim
Defendants-Appellees,

and

GARWOOD SEED CO., GOLDEN SEED COMPANY, LLC,
SOMMER BROS. SEED COMPANY, THORP SEED CO.,
and JC ROBINSON SEEDS, INC.,

Defendants-Appellees,

and

ADVANTA USA, INC., SYNGENTA AG, SYNGENTA CORPORATION,
and SYNGENTA PARTICIPATIONS AG,

Counterclaim Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in consolidated case nos. 04-CV-0305 and 04-CV-0908, Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

MONSANTO COMPANY v SYNGENTA SEEDS, 2006-1472

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**2006-1472**

Caption:    Monsanto Company, et al. v. Syngenta Seeds Inc,. et al

Plaintiff(s):    Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp.

Defendant(s):  Syngenta Seeds Inc.,Syngenta Biotechnology, Garst Seed Company, Golden Harvest Seeds, Inc.

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.04cv305 SLR          Date of Judgment/Order:          6/8/06, 6/6/06, 5/11/06, 5/10/06

Cross/Related Appeal: NO
Date of Notice of Appeal:     6/8/06
Date of Notice of Appeal Docketed: 6/8/06
Appellant is:   Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp.

Fees:   Court of Appeals Docket Fee Paid? _yes

U.S. Appeal? Yes

## COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>1313 N. Market St., Hercules Plaza, 6 th floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## COURT REPORTER(S)
(Name and Telephone Number)

Leonard  Dibbs          Phone:  302-573-6195
Kevin Maurer            Phone:  302-573-6196
Valerie Gunning         Phone:  302-573-6194
Brian Gaffigan          Phone:  302-573-6360

IMPORTANT:  Attach copy of opinion and/or order appealed from.  Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _E Strickler_____
Deputy Clerk

Date:    June 12, 2006