## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-305-SLR |
| ) | (Consolidated) |
| v. ) | |
| ) | |
| SYNGENTA SEEDS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF SERVICE**

The undersigned, counsel for Monsanto Company and its named subsidiaries (collectively, "Monsanto") hereby certifies that true and correct copies of **Monsanto's Objections and Responses to Syngenta's First Request For Admissions (Antitrust Case)** were caused to be served on June 22, 2006, on the attorneys of record at the following addresses as indicated:

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
rschwed@shearman.com

2

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Peter E. Moll<br>Scott Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>Telephone (202) 783-0800 | By:  /s/ David E. Moore<br>        Richard L. Horwitz (#2246)<br>        David E. Moore (#3983)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        Wilmington, DE  19801<br>        Telephone (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone (202) 942-5000 | *Attorneys for Monsanto Company and Monsanto Technology LLC* |

Dated:  June 27, 2006

738731/28128

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 27, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on June 27, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>rschwed@shearman.com | Michael J. Flibbert<br>Don O. Burley<br>Howard W. Levine<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Ave., NW<br>Washington, DC  20001-4413<br>michael.flibbert@finnegan.com<br>don.burley@finnegan.com<br>howard.levine@finnegan.com |
| | /s/ David E. Moore<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |

700765

3