# EXHIBITS 1-4

## REDACTED IN THEIR ENTIRETY