REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-0305 | 05/12/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Monsanto Company | Syngenta Seeds Inc. |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4,940,835 | 07/10/90 | Monsanto Company |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| 8/23/2005 | ☒ CASE consolidation w/ Cv. No. 05-355-SLR. [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,538,880 | 7/23/1996 | Dekalb Genetics Corp. |
| 2  6,013,863 | 1/11/00 | Dekalb Genetics Corp. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

Judgment entered 6-6-06 in favor of all defendants and against plaintiffs. Copy of Judgment attached. (D.I. 411)

R. Dirlo  7/19/06

CLERK                (BY) DEPUTY CLERK          DATE
PETER T. DALLEO, CLERK