IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 04-305-SLR ) ) |
| SYNGENTA SEEDS, INC., et al., | ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 4th day of August, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Syngenta's motion to dismiss (D.I. 132) is granted with respect to counterclaims I and III.

2. Syngenta's motion to dismiss (D.I. 132) is denied with respect to counterclaim II.

_____
United States District Judge