IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, et al.,            )
                                     )
            Plaintiffs,              )
                                     )
                                     )   Civ. No. 04-305-SLR
    v.                               )
                                     )
                                     )
SYNGENTA SEEDS, INC., et al.,        )
                                     )
            Defendants.              )

O R D E R

At Wilmington this 4th day of August, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Syngenta AG and Syngenta Participations AG's motion to dismiss for lack of personal jurisdiction (D.I. 169) is granted.

2. Syngenta AG and Syngenta Participation AG's motion to dismiss counterclaims 1-3 (D.I. 132) is moot.

2. Monsanto's motions for leave to supplement the record (D.I. 310, 407) are granted.

_____
United States District Judge