IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA SEEDS, INC., <br> SYNGENTA BIOTECHNOLOGY, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-305-SLR <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 21, 2006 the undersigned has caused copies of Expert Rebuttal Report of Richard J. Gilbert to be served on the following counsel of record in the manner indicated:

**BY E-MAIL ON AUGUST 21, 2006**
**AND HAND DELIVERY ON AUGUST 22, 2006**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

**BY E-MAIL ON AUGUST 21, 2006**
**AND FEDERAL EXPRESS ON AUGUST 22, 2006**

Peter E. Moll, Esquire
John J. Rosenthal, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

PLEASE TAKE FURTHER NOTICE that on August 21, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

Additionally, I further certify that on August 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON AUGUST 21, 2006
AND FEDERAL EXPRESS ON AUGUST 22, 2006**

>Peter E. Moll, Esquire
>John J. Rosenthal, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>John W. Shaw (No. 3362)
>Rolin P. Bissell (No. 4478)
>Seth J. Reidenberg (No. 3657)
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>sreidenberg@ycst.com

>*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc. Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Dated: August 21, 2006