THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 04-305-SLR |
| v. | ) (Consolidated) |
| | ) |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Monsanto's Motion For an Order Dismissing With Prejudice Count III and the Allegations Contained in Paragraph 133 of Plaintiff's Second Amended Complaint, and the memoranda submitted by all parties, this Court hereby ORDERS that

1. Monsanto's Motion For an Order to Dismiss is GRANTED; and

2. Count III and the allegations contained in Paragraph 133 of Plaintiff's Second Amended Complaint are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS _____ DAY OF _____, 2006.

_____
Sue L. Robinson
Chief Judge
U.S. District Court for the
District of Delaware