# EXHIBIT 1

# SHEARMAN & STERLING LLP

801 PENNSYLVANIA AVENUE, NW | WASHINGTON, DC | 20004-2634
WWW.SHEARMAN.COM | T +1.202.508.8000 | F +1.202.508.8100

rschwed@shearman.com
212-848-5445

May 4, 2006

Via Email and U.S. Mail

Peter E. Moll, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

*Syngenta v. Monsanto*, C.A. No. 04-908-SLR

Dear Peter:

I write with respect to paragraph 5 of the Court's order dated May 1, 2006, which requires Syngenta to produce "all documents that relate to the deal between Garst and Syngenta, as identified in Syngenta's antitrust [claim]." That portion of the order was entered in response to Monsanto's argument that such documents were relevant to Syngenta's allegation in paragraph 133 of the complaint that Syngenta paid more for Garst than it should have as a result of Monsanto's conduct (transcript at 20), and that "they have to produce those documents or they have to drop that allegation out" (transcript at 32). Because of the volume of documents involved, the May 8 deadline for producing documents, and the requirement that documents be produced from Syngenta AG, it would not be possible to comply with the order. Accordingly, Syngenta is dropping the allegation contained in paragraph 133 so that the documents no longer are relevant. Syngenta will produce all other documents covered by the order on or before May 8.

Very truly yours,

Richard Schwed /SVS.

Richard Schwed

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS04/454980.1

# EXHIBIT 2

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1 212.848.4000 | F +1.212.848.7179

sfishbein@shearman.com  
212 848 4424

June 26, 2006

By Email & First Class Mail

John Rosenthal Esq.  
Howrey LLP  
1299 Pennsylvania Ave., N.W.  
Washington, DC  20004

Syngenta Seeds, Inc. v. Monsanto Company et al, Case No. 04-CV-00908 (SLR)

Dear John:

Syngenta has decided to withdraw its claim of attempted monopolization with respect to foundation seed as set forth in Count Three of its Complaint. We will file an amended pleading with this and other changes at the appropriate time.

Very truly yours,

Stephen Fishbein

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK  
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS

NYDOCS04/458389.1

# EXHIBIT 3

## Rosenthal, John

| | |
|---|---|
| **From:** | Rosenthal, John |
| **Sent:** | Monday, August 14, 2006 3:23 PM |
| **To:** | rschwed@shearman.com; HKafele@Shearman.com |
| **Cc:** | Moll, Peter |
| **Subject:** | Draft Stipulation Count III Dismissal and Garst Allegations.doc |
| **Attachments:** | Draft Stipulation Count III Dismissal and Garst Allegations.doc |


**Draft
ition Count I**

ust before the last status hearing, Syngenta indicated it intended to drop Count III of the complaint. To date, Syngenta has not formally done so. We have prepared the enclosed stipulation addressing Count III and the Garst allegations that you indicated Syngenta was dismissing some time ago. We look forward to your comments on the proposed stipulation, which we would like to present to the Court in short order.

John J. Rosenthal
Howrey LLP
1299 Pennsylvania Ave.
Washington, D.C. 20004
Tel. (202) 383-7234
Direct Fax (202) 318-8372
Firm Fax (202) 383-6610
Cell (202) 744-9652

1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| Plaintiffs, | ) C.A. No. 04-305-SLR |
| | ) (Consolidated) |
| v. | ) |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| Defendants. | ) |

**STIPULATION PERTAINING TO DISMISSAL OF COUNT III AND PARAGRAPH 133 OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff-counterdefendant Syngenta Seeds, Inc. and counterdefendants Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), and defendants-counterclaimants Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Syngenta hereby voluntarily dismisses with prejudice from the above action:

1. Count III, Attempted Monopolization of the Foundation Corn Seed Market in Violation of Sherman Act, Section 2, of its Second Amended Complaint, including paragraphs 191 through 199 and associated allegations, and

2. The allegations contained in Paragraph 133 of its Second Amended Complaint, and any related allegation, concerning Monsanto's alleged interference with Syngenta's acquisition of Garst Seed Company, including, but not limited to, the deal between Syngenta and Garst Seed Company.

Plaintiffs shall promptly file a Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a) in the form attached hereto as Exhibit A.

STIPULATED AND AGREED TO on August ___, 2006:

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| John W. Shaw (No. 3362)<br>Rolin P. Bissell (No. 4478)<br>Seth J. Reidenberg (No. 3657)<br>Karen E. Keller (No. 4489)<br>jshaw@ycst.com<br>rbissell@ycst.com<br>sreidenberg@ycst.com<br>kkeller@ycst.com<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Telephone (302) 571-6600<br><br>SHEARMAN & STERLING LLP<br>Richard F. Schwed<br>Stephen Fishbein<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-4000<br><br>Heather Lamberg Kafele<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 508-8000<br><br>Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone (202) 783-0800<br><br>Attorneys for Monsanto Company and Monsanto Technology LLC |

- 2 -

# EXHIBIT 4

```
-----Original Message-----
From: Heather L Kafele [mailto:HKafele@Shearman.com]
Sent: Thursday, August 17, 2006 1:54 PM
To: Rosenthal, John
Cc: Moll, Peter; rschwed@shearman.com
Subject: Re: Draft Stipulation Count III Dismissal and Garst Allegations.doc
```

John:

We believe the appropriate procedure for withdrawing Count III and the Garst acquisition allegations is filing an amended complaint. We will file an amended complaint that makes these changes. Please let us know if Monsanto will consent to the filing of a third amended complaint.

Regards,

Heather

Heather Lamberg Kafele
Shearman & Sterling LLP
801 Pennsylvania Avenue NW
Washington, DC  20004
hkafele@shearman.com
Direct Dial (202) 508-8097
Fax (202) 508-8100


"Rosenthal, John"
<RosenthalJ@howrey.com>
                                                                        To
08/14/2006 03:22 PM         <rschwed@shearman.com>,
                            <HKafele@Shearman.com>
                                                                        cc
                            "Moll, Peter" <MollP@howrey.com>
                                                                   Subject
                            Draft Stipulation Count III
                            Dismissal and Garst Allegations.doc

1

<<Draft Stipulation Count III Dismissal and Garst Allegations.doc>> Just before the last status hearing, Syngenta indicated it intended to drop Count III of the complaint. To date, Syngenta has not formally done so. We have prepared the enclosed stipulation addressing Count III and the Garst allegations that you indicated Syngenta was dismissing some time ago. We look forward to your comments on the proposed stipulation, which we would like to present to the Court in short order.

John J. Rosenthal
Howrey LLP
1299 Pennsylvania Ave.
Washington, D.C. 20004
Tel. (202) 383-7234
Direct Fax (202) 318-8372
Firm Fax (202) 383-6610
Cell (202) 744-9652

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.
 If you receive this email in error, please notify us by reply email  immediately so that we can arrange for the retrieval of the original  documents at no cost to you.
(See attached file: Draft Stipulation Count III Dismissal and Garst Allegations.doc)


************************************************************************

This communication is not intended to be used, and cannot be used, by the recipient or any other person for the purpose of avoiding United States federal tax penalties that may be imposed on the recipient or such other person. In addition, if any United States federal tax advice contained in this communication is used or referred to in promoting, marketing or recommending any corporation, partnership or other entity, investment plan, concept, structure or arrangement (which should be assumed to be the case by a recipient or other person who is not our client with respect to the subject matter of the communication), then
(i) such tax advice should be construed as written to support the promotion or marketing of the transactions or matters addressed by the advice and (ii) the recipient or other person should seek advice based on the recipient or other person's particular circumstances from an independent tax advisor. For further information, please go to http://www.shearman.com/disclaimer/tax_disclosure.html

************************************************************************

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by reply or by telephone (call us collect at +1 212-848-8400) and immediately delete this message and all its attachments.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

************************************************************************