THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-305-SLR |
| v. ) | (Consolidated) |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

**MONSANTO'S MOTION TO STAY THE TRIAL IN THE ANTITRUST ACTION PENDING RESOLUTION OF MONSANTO'S PATENT CLAIMS ON APPEAL**

Defendants Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") move to stay the trial of this antitrust action pending the resolution on appeal of Monsanto's Shah and Lundquist patent-infringement claims.

A stay avoids the risk that antitrust issues will need to be retried in the event that the Court of Appeals for the Federal Circuit reverses this District Court's summary judgment ruling on either the Shah or Lundquist patents. In that event, a stay will simplify the issues presented at trial and promote judicial economy by eliminating entirely or, significantly, the antitrust claims. There is little or no harm to Syngenta resulting from a grant of a stay pending resolution of the appeal. Finally, any stay imposed will be moderate in length, and the parties can make efficient use of this time to prepare for trial.

The grounds for this Motion are set forth in Monsanto's Memorandum In Support, filed contemporaneously herewith. A proposed form of Order is attached to this Motion for the Court's convenience.

Monsanto has contacted counsel for Syngenta, and Syngenta opposes a stay.

                                              Respectfully submitted,

| OF COUNSEL: | POTTER ANDERSON & CORROON, LLP |
|---|---|
| Peter E. Moll<br>Scott E. Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800<br>(202) 383-6610 facsimile<br><br>Dated: August 23, 2006 | By: */s/ David E. Moore*<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market St.<br>     Wilmington, DE 19801<br>     (302) 984-6000<br>     (302) 658-1192 facsimile<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br><br>Attorneys for MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC |

747339

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 23, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on August 23, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

Heather Lamberg Kafele
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
hkafele@shearman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765