THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-305-SLR |
| v. ) | (Consolidated) |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Monsanto's Motion To Stay the Trial in the Antitrust Action Pending Resolution of Monsanto's Patent Claims on Appeal, and the memoranda submitted by all parties, this Court hereby ORDERS that Monsanto's Motion to Stay is GRANTED; trial in the antitrust action is stayed pending resolution of the patent issues on appeal, upon which a new trial date for the antitrust action will be issued by this Court.

IT IS SO ORDERED THIS _____ DAY OF _____, 2006.

_____
Sue L. Robinson
Chief Judge
U.S. District Court for the
District of Delaware