IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 04-305 SLR |
| ) | (lead case) |
| SYNGENTA SEEDS, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the briefing schedule for Monsanto's Motion to Stay the Trial in the Antitrust Action Pending Resolution of Monsanto's Patent Claims on Appeal (D.I. 488) shall be as follows:

Syngenta Seeds, Inc., *et al.* - Answering Brief

    Original Date under Local Rules:    September 7, 2006

    New Date:    September 27, 2006

Monsanto Company, *et al.*- Reply Brief

    Original Date:    September 14, 2006

    New Date:    October 18, 2006

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ David E. Moore | /s/ Karen E. Keller |
| Richard L. Horwitz (No. 2246) | John W. Shaw (No. 3362) |
| David E. Moore (No. 3983) | Rolin P. Bissell (No. 4478) |
| Hercules Plaza, 6th Floor | Karen E. Keller (No. 4489) |
| 1313 N. Market Street | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 984-6000 | Wilmington, DE 19801 |
| rhorwitz@potteranderson.com | (302) 571-6600 |
|  | jshaw@ycst.com |
| *Attorneys for Monsanto Company and Monsanto Technology LLC* | kkeller@ycst.com |
|  | *Attorneys for Syngenta Seeds et al.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge