IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civ. No. 04-305-SLR |
| SYNGENTA SEEDS, INC., et al., | ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this \_\_\_\_ day of _____, 2006;

IT IS ORDERED that:

1. Syngenta is granted leave to file a Third Amended Complaint.

2. Monsanto's motion for an order dismissing with prejudice Count III and the allegations contained in Paragraph 133 of Syngenta's Second Amended Complaint (D.I. 486) is denied.

_____
United States District Judge