IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-305 SLR |
| | ) | (lead case) |
| SYNGENTA SEEDS, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, to disclose fact witnesses to be called at trial as follows:

On October 23, 2006 each party shall serve on the other parties a list of each fact witness (including any expert witness who is also expected to give fact testimony) who it intends to call at trial. On November 6, 2006, each party shall serve a list of each rebuttal fact witness that it intends to call at trial. The parties shall have the right to depose any such fact witnesses who have not previously been deposed in this case. Such depositions shall be completed by November 21, 2006 and shall be limited to twenty (20) hours per side in the aggregate unless extended by agreement of the parties or upon order of the Court upon good cause shown.

POTTER ANDERSON & CORROON LLP

 */s/ David E. Moore*
Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com

*Attorneys for Monsanto Company and*
*Monsanto Technology LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds et al.*

SO ORDERED this _____ day of _____, 2006.


_____
United States District Judge