THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 04-305-SLR<br>) (Consolidated)<br>) |
| SYNGENTA SEEDS, INC., *et al*, | )<br>) |
| Defendants. | ) |

### ORDER

Having considered Monsanto's Motion to Exclude Damages Testimony of Plaintiffs' Expert Richard Gilbert, IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
Sue L. Robinson
Chief Judge
U.S. District Court for the
District of Delaware