IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this _____ day of _____, 2006,

WHEREAS, Counter-Defendants Syngenta Seeds, Inc., *et al.* have moved pursuant to *Daubert v. Merrel Dow Pharm., Inc.*, 509 U.S. 579 (1993) and Federal Rules of Evidence 403 and 702 for an Order excluding the expert report and testimony of Dr. William R. Latham, and after considering all papers and arguments in support of and in opposition to this motion,

IT IS HEREBY ORDERED that:

1. Dr. Latham's testimony is excluded in its entirety under Rule 702 because it does not fit the case.

2. Dr. Latham's testimony on "disgorgement" or "unjust enrichment," addressed in Alternative 3 of his report, is further excluded under Rule 702 because it: (a) does not fit the case; and (b) is unreliable.

3. Dr. Latham's testimony on whether Syngenta's conduct was "willful" is further excluded under Rule 702 because that opinion has not been substantiated.

2

4. Dr. Latham's testimony is further excluded in its entirety because it is more prejudicial than probative under Rule 403.

_____
United States District Judge