<u>**REDACTED – PUBLIC VERSION**</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.: 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., *et al.*, ) | **RESTRICTED CONFIDENTIAL** |
| ) | **FILED UNDER SEAL** |
| Defendants. ) | |

**APPENDIX TO**
<u>**OPENING BRIEF IN SUPPORT OF SYNGENTA'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. WILLIAM R. LATHAM**</u>

                                      Young Conaway Stargatt & Taylor, LLP
                                      John W. Shaw (No. 3362)
                                      Rolin P. Bissell (No. 4478)
                                      Karen Keller (No. 4489)
                                      The Brandywine Building, 17th Floor
                                      1000 West Street
                                      Wilmington, Delaware 19801
                                      (302) 571-6600
                                      jshaw@ycst.com
                                      *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Of Counsel:
SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
Keith R. Palfin
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(202) 508-8000

Dated: October 13, 2006

# TABLE OF CONTENTS

| | |
|---|---|
| Exhibit 1 | Expert Report of Professor William R. Latham – July 26, 2006 |
| Exhibit 2 | September 11, 2006 Transcript of the Deposition of William R. Latham |
| Exhibit 3 | "GT Corn – Valuing an Opportunity" – October 13, 2003 |
| Exhibit 4 | Expert Rebuttal Report of Richard J. Gilbert – August 21, 2006 |
| Exhibit 5 | Garst-Monsanto GA21 License Agreement |
| Exhibit 6 | Agrisure GT Corn License and Royalty Agreement |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on October 17, 2006, copies of the foregoing document were served by hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendants*

DB01:1611981.3