# EXHIBITS 1 – 6

# REDACTED IN THEIR ENTIRETY