IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-305-SLR |
| v. ) | (Consolidated) |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Monsanto Company and its named subsidiaries (collectively, "Monsanto") hereby certifies that copies of the following documents were caused to be served upon the following attorneys of record at the following addresses and dates as indicated:

MONSANTO'S INITIAL TRIAL WITNESS LIST

### VIA ELECTRONIC MAIL (10/23/06) & U.S. MAIL (10/24/06)

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Peter E. Moll<br>Scott Flick<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone (202) 783-0800 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Telephone (202) 942-5000 | *Attorneys for Monsanto Company and Monsanto Technology LLC* |

Dated: October 24, 2006
757405 / 28128

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 24, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on October 24, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>rschwed@shearman.com | Heather Lamberg Kafele<br>Shearman & Sterling LLP<br>801 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, D.C. 20004<br>hkafele@shearman.com |

                                                      /s/ David E. Moore
                                                      Richard L. Horwitz
                                                      David E. Moore
                                                      Potter Anderson & Corroon LLP
                                                      Hercules Plaza – Sixth Floor
                                                      1313 North Market Street
                                                      Wilmington, DE  19801
                                                      (302) 984-6000
                                                      rhorwitz@potteranderson.com
                                                      dmoore@potteranderson.com

732377