# EXHIBIT A



ANNUAL REVIEW 2005

syngenta

GROWING
POTENTIAL



Syngenta supports growers around the world to increase their productivity. Our innovative products in Crop Protection and Seeds make an essential contribution to providing high quality food for the world's growing population. Syngenta helps improve health and the quality of life.

**Highlights of the year**

> Crop Protection sales up three percent[1] to $6.3 billion
  – New product sales reached $847 million, up 22 percent[1,2]
  – Sales in NAFTA increased nine percent[1,2] to $2.1 billion

> First regulatory approvals for new cereal herbicide AXIAL™

> Seeds sales up 42 percent[1] to $1.8 billion
  – Successful integration of GARST® and GOLDEN HARVEST® in US corn and soybean
  – Vegetables and Flowers Seeds up two percent[1]

> Professional Products sales[2] up eight percent[1] to $784 million
  – New alliance for lawn and garden markets in Europe
  – AVICTA™ seed treatment for nematode control: registration on US cotton

> $53 million investment underway in research campus at Stein, Switzerland

1 Growth at constant exchange rates, see p30
2 Third party sales excluding intersegment sales to Seeds

**Contents**

01 Financial highlights
02 Chairman's letter
03 CEO's letter
05 Making agriculture more productive around the world

16 Improving consumer quality of life
18 Crop Protection
20 Seeds
22 Research and Development

24 Board and Executive Committee
28 Financial information
36 Shareholder information





*Year after year, growers around the world put their trust in Syngenta products they know will deliver the yield and quality they need.*

**ACTARA®**
With rapid action and the ability to be applied directly to the soil  this high performance thiamethoxam-based insecticide controls a multitude of pests in a wide range of crops

**AMISTAR®**
A broad-spectrum strobilurin fungicide providing outstanding yield and quality improvements that make it a market leader in cereals and many other crops

**CALLISTO®**
Unprecedented broadleaf weed control, an outstanding environmental profile and excellent crop safety have resulted in this unique corn herbicide quickly gaining market leadership.

**CRUISER®**
Offering highly effective protection against soil-dwelling and early season pests, this thiamethoxam-based insecticide is becoming increasingly popular in seed treatment across a broad range of crops

**DUAL GOLD®**
With reduced rate and high activity, this selective herbicide provides grass control in corn and soybean throughout the season

**GRAMOXONE®**
A fast-acting, non-selective herbicide that is safe on crops and has an environmental profile that makes it valuable in soil conservation programs

**KARATE®**
Using ZEON® Technology, a novel rapid release formulation, KARATE® efficiently controls the most damaging insects across a wide range of crops, providing consistency, flexibility and value

**RIDOMIL GOLD®**
A highly effective systemic fungicide designed to fend off attack from late blight and downy mildew in a range of crops.

**SCORE®**
Fighting numerous diseases across a wide variety of crops, this systemic triazole fungicide has a long lasting action to provide substantial increases in yield

**TOPIK®**
The impressive performance and flexibility of TOPIK® make this herbicide popular worldwide for control of important grass weeds in cereals

**TOUCHDOWN®**
Combined with enhanced delivery system IQ Technology™, TOUCHDOWN® is an advanced glyphosate-based non-selective herbicide, highly effective against broadleaf weeds and grasses

**GARST®**
Completed its 75th year of providing customers with high-yielding corn and soybean genetics and innovative agronomic solutions

**GOLDEN HARVEST®**
A well-established corn and soybean seed brand in the USA with a reputation for strong customer relationships based on high quality genetics, agronomic expertise and service

**NK®**
A major brand of high-value corn and soybean seed, particularly well positioned to serve agricultural retailers as well as individual growers

**ROGERS®**
A leading brand of vegetable seeds in the Americas with widespread distribution to commercial growers, processors, wholesalers and channel partners.

**S&G®**
High-value commercial vegetable seeds across Europe, Africa and Asia, as well as leading flower varieties and young plants worldwide

**D1**

## Financial highlights

➢ Sales up 11 percent to $8.1 billion, + 9% CER[1]

➢ Earnings per share[2] up 31 percent to $7.67

➢ Free cash flow[3] $703 million

➢ Dividend increased 22 percent to CHF 3.30[4]

➢ 2006 cash return $800 million[5]: dividend, share repurchase via put option

## Financial summary

| | Excluding restructuring, impairment and discontinued operations[6] | | | 2005 vs 2004 | | As reported under IFRS[6] | | |
|---|---|---|---|---|---|---|---|---|
| | 2005 $m | 2004 $m | 2003 $m | Actual % | CER[1] % | 2005 $m | 2004 $m | 2003[7] $m |
| Sales | 8 104 | 7 269 | 6 525 | +11 | +9 | 8 104 | 7 269 | 6 525 |
| Net income [8] | 779 | 623 [9] | 340 | +25 | | 622 | 460 | 248 |
| Earnings per share | $7.67 | $7 19 | $3.34 | +7 | | $6.13 | $4.34 | $2.43 |
| Earnings per share [2] before one-off tax credit | $7.67 | $5.87 | $3.34 | +31 | | | | |
| Recommended dividend per share[4] (CHF) | 3.30 | 2 70 | 1 70 | | | | | |

### Crop Protection: sales[10] by region



| | 2005 $m | 2004 $m | Actual % | CER[1] % |
|---|---|---|---|---|
| ● EAME | 2 274 | 2 251 | +1 | -2 |
| ◐ NAFTA | 2 069 | 1 869 | +11 | +9 |
| LATAM | 1 026 | 1 017 | +1 | +1 |
| ◔ APAC | 938 | 893 | +5 | +4 |
| Total | 6 307 | 6 030 | +5 | +3 |

### Seeds: sales by region



| | 2005 $m | 2004 $m | Actual % | CER[1] % |
|---|---|---|---|---|
| ● EAME | 699 | 641 | +9 | +4 |
| ◐ NAFTA | 903 | 437 | +107 | +106 |
| LATAM | 107 | 86 | +24 | +24 |
| ◔ APAC | 88 | 75 | +17 | +15 |
| Total | 1 797 | 1 239 | +45 | +42 |

EAME – Europe, Africa, Middle East; NAFTA – USA, Canada, Mexico; LATAM – Latin America; APAC – Asia Pacific

1 Growth at constant exchange rates, see p30
2 EPS on a fully-diluted basis, excluding restructuring, impairment and discontinued operations, and before a one-off tax credit.
  EPS growth excluding IFRS3 goodwill adjustment. 20 percent
3 Before pension fund injection of $350 million. For a definition of free cash flow, see p30
4 Subject to shareholder approval at the Annual General Meeting on April 19. 2006
5 The exact amount will depend upon the closing share price on February 21, 2006
6 The amounts including restructuring and impairment are reported in accordance with International Financial Reporting Standards (IFRS).
  The impact of restructuring, impairment and discontinued operations in 2005 is $157 million on net income (2004: $302 million)
7 2003 comparative figures have been adjusted to apply retroactively the change in accounting policy for financial asset impairment
  See note 2 to the consolidated financial statements in the Financial Report 2005
8 Net income to shareholders of Syngenta AG
9 Net income before one-off tax credit
10 Third party sales excluding inter-segment sales to Seeds

## Chairman's letter



*"New products and excellent operational management have enabled the company further to develop and deliver another set of strong financial results: clear evidence that we are responding successfully to the rapidly changing face of agriculture."*

**Martin Taylor**
Chairman

It has been a privilege to serve on the Board of Syngenta since its foundation in November 2000, and as Vice-Chairman since 2004. I have seen the company grow and develop into the world's leading agribusiness, a remarkable achievement in its five-year history. My colleagues asked me to assume the Chairmanship under circumstances both unexpected and sad, as a result of the retirement due to serious ill-health of my predecessor, our founder Chairman Heinz Imhof.

Heinz's business life was devoted to agriculture, at Sandoz and later at Novartis. The creation of Syngenta and his work with Michael Pragnell to create a single highly motivated entity from disparate components were the crowning achievements of his career. The Board intends to commemorate his Chairmanship in an appropriate manner.

My acceptance of the Chair reflects not only a desire to carry Heinz's contribution forward, but also a strong identification with a company for which I feel both affection and respect. The enormous issues of sustainable agriculture, development and world food supply lie at the heart of what we do. and I believe that Syngenta's engagement with its industry has been and will continue to be a huge force for good.

In 2005. the combination of new products – the fruit of a world-class research and development capability – and excellent operational management has enabled the company to further develop and deliver another set of strong financial results. These results are clear evidence that we are responding successfully to the rapidly changing face of agriculture, reflected in rising penetration of biotechnology and the shift of agricultural production towards emerging markets.

Strong harvests in the last couple of years have led to a decrease in crop commodity prices, but the underlying demand for agricultural production continues to rise. The world's population is still growing, and the rising standard of living in many countries is bringing marked changes in dietary preferences. Overall our industry is very dynamic, and we constantly work to position ourselves to take advantage of the opportunities that arise.

Also in 2005, we welcomed Jacques Vincent, Vice-Chairman and Chief Operating Officer of Groupe Danone, to the Syngenta Board. He brings us substantial international experience from the food industry and consumer marketing. Pedro Reiser, a director since 2002, retires at our annual meeting in 2006; we are proposing the appointment of Jürg Witmer, Chairman of Givaudan SA.

On behalf of all my board colleagues, I should like to thank the people of Syngenta around the world whose enthusiasm and commitment form the basis for the company's prosperity. In their spare time they have led projects as diverse as helping farmers in Guatemala preserve forests, teaching good farming practice to young people in rural areas of Brazil and providing expertise to regenerate agriculture in areas affected by the Asian tsunami in late 2004. These and numerous other projects make an important contribution to agricultural communities around the world. Shareholders can be proud of what is done in their name.

**Martin Taylor**
Chairman

03

## Chief Executive Officer's letter



*"The unstinting commitment of our employees has been crucial in building a respected organization that encourages transparency, and rewards innovation and high performance"*

**Michael Pragnell**
Chief Executive Officer

It is a pleasure to report another year of strong progress towards our goal of building the world's premier agribusiness. Again in 2005, this has been reflected in steadily increasing returns for our shareholders.

The growth in Crop Protection and the continued success of new products are testament to our ability to innovate to meet grower needs. These contributed significantly to double-digit growth in North America, driven by an outstanding performance in the United States. Crop Protection also achieved another year of strong growth in the fast-developing markets of Eastern Europe and a robust performance in Latin America in a challenging environment. The product development pipeline includes eight new active ingredients targeted for launch between 2006 and 2012. Two of these, AXIAL™, a highly effective new cereal herbicide, and AVICTA™, the first seed treatment for the control of nematodes, will be launched in 2006.

Our US corn and soybean seeds business made significant progress, bolstered by the successful integration of GARST® and GOLDEN HARVEST® since acquisition in 2004. This expanded distribution platform will enable us to launch our portfolio of corn input traits, including a range of stacked traits, for the 2008 growing season. Looking further ahead, we have a promising development program in corn output traits to enable more efficient and sustainable feed and biofuel production.

We continue to focus upon innovative products that improve health and life quality for consumers. Vegetable seeds enjoyed a sixth consecutive year of growth, driven by the launch of many new premium-priced varieties. In addition, our evolving strategy of working with food chain partners to meet consumer demand for unique, high quality branded fresh produce made further progress in both the USA and Europe. Our fast-growing Professional Products business enjoyed another excellent year as strong growth from seed treatment was supplemented by success in turf, notably at sporting venues. In addition, an agreement with a leading consumer home and garden supplier in Europe is an important strategic step that provides new avenues for growth.

Notwithstanding the inevitable impact of higher raw material costs associated with escalating global energy prices, to which no business is immune, we exceeded our goal of 20 percent return on invested capital, thanks to continued discipline in cost reduction and capital productivity.

These accomplishments and many others contributed to another strong financial performance, with earnings per share up 31 percent to $7.67.

The many achievements in our five-year history would not have been possible without the unstinting commitment of our employees worldwide, in whose name we planted some 20,000 trees in Africa to mark our fifth anniversary. Their contribution has been crucial in building a respected organization that encourages transparency, and rewards innovation and high performance.

*"Our long-term objectives can only be met through enhancing grower prosperity on a sustainable basis Syngenta bears a significant responsibility for the production of safe and healthy food."*

Building and embedding such a culture takes time. We continue our program to reinforce new ways of working and to maximize the immense potential of Syngenta people. In the second year of the Syngenta Awards, five winning teams from a field of almost 700 applications globally were recognized for their outstanding contributions to innovation, performance and the community. I applaud all our employees for their wholehearted dedication and their part in Syngenta's success

In five years we have created a strong company with clear direction. Looking ahead, the strength of the business and our exciting pipeline products enable us to plan additional expenditure in marketing and product development and, for the three years through 2008, target double digit growth in earnings per share. With a recommended increase in the 2005 dividend of 22 percent and together with our share repurchase program, our cash distribution to shareholders since the start of 2004 will amount to more than $1 5 billion. We plan to continue a progressive policy of cash distribution to shareholders whilst investing in future growth

Our long-term objectives can only be met through enhancing grower prosperity on a sustainable basis, and Syngenta bears a significant responsibility for the production of safe and healthy food. Our numerous activities undertaken in 2005 – in which we take considerable pride – are set out in our Corporate Social Responsibility Report

We are building a company of which we can all be truly proud, and I should like to thank you, our shareholders, for your continuing support. And to our customers worldwide, I should like to express my warmest appreciation on behalf of everyone at Syngenta

**Michael Pragnell**
Chief Executive Officer





Agriculture sustains life. Global population continues to rise. It increases by more than the entire population of the UK every year. To feed and clothe the world, farmers must continue to grow more crops. But land and other resources are limited. Syngenta innovations help growers meet this challenge.

- Leon Corzine, farmer, USA



# MAKING AGRICULTURE MORE PRODUCTIVE AROUND THE WORLD

Technology continues to revolutionize farming. Productivity is higher than ever. Future advances in crop protection and seeds will help it to increase further. To maximize productivity, growers around the world need a choice of different technologies. Syngenta offers them an extensive range of products that improve efficiency and profitability.



Offering performance and choice
to US corn growers

Leon Corzine, farmer, USA
US growers plant over 80 million acres of
corn, more than in any other country.
Every grower aims to continue increasing
yield and quality. To meet his targets, a
farmer like Leon Corzine needs reliable,
high-yielding seed varieties, a broad range
of efficient crop protection products and
expert service. Syngenta provides a unique
choice of all three.

# Making agriculture more productive around the world



Growers face challenges from pests, weeds and crop diseases. Syngenta develops new ways of solving these problems. The company's broad offer of products in crop protection, professional products, seeds and biotechnology make it a unique partner for modern agriculture in over 90 countries. Syngenta invests more than ten percent of sales in research and development. This delivers a stream of new chemical products, seeds and biotechnology solutions. These innovations help growers to further raise efficiency and improve the quantity and quality of their crops.

**Crop Protection**
More than three-quarters of the company's worldwide sales in 2005 came from Crop Protection, including Professional Products. Sales of new products reached $847 million, up 22 percent[1][2] from 2004.

Growers in the US cornbelt maximize yield and profitability by using the CALLISTO® range. These selective herbicides, including the combination products LUMAX® and LEXAR® achieved a third consecutive year of sales growth. Overall, Syngenta Crop Protection sales in North America rose by nine percent[1][2].

CALLISTO® also continued its expansion in Western Europe, offering growers improved productivity through superior weed control.

In Latin America, new Syngenta products and services have helped tackle soybean rust. When this devastating fungal disease appeared in Brazil, Syngenta responded quickly. Fungicide introductions from the AMISTAR® family, such as PRIORI XTRA™, gave the company leadership in controlling soybean rust. In Brazil and Paraguay, Syngenta realized that the best way for growers to control the disease was accurate anticipation of its spread. The company developed an early warning system called SYNTINELA™. A contact center informs growers about spread of soybean rust, enabling them to optimize fungicide

applications. Syngenta has extended this successful program across South America. It has also been adopted in the USA, where soybean rust has now been confirmed in several states.

Growers in Brazil have also been among those to benefit from further novel combination products in the ACTARA® range of insecticides. These provide outstanding convenience and safety. Insecticides helped to increase 2005 Syngenta Crop Protection sales in Latin America to more than $1 billion.

These are just some examples of how growers use innovative products and services to improve their harvests and profitability. Agriculture continues to benefit from Syngenta research and development as the company launches products with superior performance.

In 2005, Syngenta obtained more than 350 new product registrations worldwide. Particularly notable were first approvals for the cereal herbicide AXIAL™.

**Professional Products: Seed Treatment**
Certain pests and diseases are best controlled by applying crop protection products directly to seeds before sowing. Seed treatment provides targeted and preventive protection from the very start of the growing process. It is the fastest-expanding segment of chemical crop protection. The global market is estimated at about $1.4 billion. Syngenta already supplies more than 25 percent of this demand.

Access to technologies such as seed treatment has raised the productivity of farming considerably. Syngenta provides, for example, the innovative seed treatment CRUISER®. This protects seedlings from insect attack and thus increases crop yield.

To achieve the best results for growers, seed treatments require precise application. Syngenta provides training for users in many markets.

1  Growth at constant exchange rates. see p30
2  Third party sales excluding inter-segment sales to Seeds
   For total sales by segment and region see p31



**Helping Latin American agriculture succeed**

...usto de Freitas and fellow workers, Brazil Farming in Latin America and other regions depends on the hard work of manual laborers. Their contribution is essential to the development of modern agriculture. José Augusto and his colleagues harvest crops for renewable energy production, to which Brazil now devotes five million hectares of farmland. Syngenta provides the country's growers with new products to increase the quality and quantity of food and other crops.

## Making agriculture more productive around the world

**Seeds**
Advances in seeds are fundamental to increasing crop yield and quality. Growers look for a wide range of varieties specifically bred to suit local growing conditions. Syngenta introduces a large number of new seed products every year

In the USA, Syngenta successfully completed integration of the GARST® and GOLDEN HARVEST® seed brands acquired in 2004 Their strong positioning alongside the company's established NK® brand strengthened Syngenta's position in the US corn and soybean market In 2005, total Syngenta Seeds sales increased in North America by 106 percent[1] to $903 million

The application of gene technology offers opportunities for developing products with improved characteristics These include genetic resistance to insect pests such as corn rootworm and the European corn borer Another example is herbicide tolerance, which gives growers greater flexibility in weed control In 2005 biotech crops grew on more than 90 million hectares in 21 countries This figure was just 1 7 million hectares in six countries ten years ago Syngenta plans to extend its range of biotechnology traits for US corn and soybean growers over the next years (see page 23)

Syngenta has used its broad product and technology offer to introduce a program in the USA that is unique to the industry AGRIEDGE™ provides tailored packages that enable US growers to choose from a wide range of crop protection products, conventional seeds and biotechnology traits Following a successful pilot program in 2005, AGRIEDGE™ will be expanded across the US cornbelt in 2006

The uptake of biotechnology has been faster in North America than in other markets, and this technology is now also well-accepted in Latin America With over 17 million hectares of biotech crops planted in 2005, Argentina is the world's second-largest market for these products Like their US counterparts, Argentine growers want the best seed varieties and biotechnology traits that bring yield and efficiency benefits. In 2005, the country's regulatory

authorities approved Syngenta herbicide tolerance technology This will provide broader options in weed control Argentina s growers made Syngenta high-yielding corn varieties a top choice in 2005 The company's market share in corn seed increased in Argentina from 14 to around 20 percent

Continued investment in technologies such as those introduced by Syngenta has transformed agricultural economies across Latin America in the past two decades Productivity has increased significantly. Exports of major commodity crops like corn and soybean from Brazil and Argentina now rival those of the USA

**Eastern Europe and Asia:
expanding modern agriculture**
In 2005, many other countries also continued to rapidly take up modern products. making their agriculture more efficient

Major progress is underway in Central and Eastern Europe, where the agricultural sector is investing in new technologies This is particularly the case in those countries that joined the European Union (EU) In 2004 Agriculture is also making rapid progress in Eastern European countries outside the EU On average, farms in this region have been less efficient than those in the West However, the rate of agricultural intensification is accelerating The conditions are now in place for highly efficient, large-scale agriculture

Syngenta has continued to build its presence there and has contributed to raising agricultural productivity. The company has the industry's most extensive sales and service infrastructure in the region and is increasing its investment to strengthen its leadership Syngenta is focusing efforts on large farms with the greatest opportunities for growth Investment in seed breeding and production, for example enables the company to provide advanced seed varieties to customers in countries such as Hungary, Poland and the Czech Republic Syngenta achieved double-digit sales growth in the region as a whole



1  Growth at constant exchange rates. see p30



## Transforming Eastern Europe's farms

**Aleksander Sokil and family, farmers, Ukraine**

Like many Eastern European farmers, Aleksander Sokil has increased his income substantially over the last five years. Syngenta runs extensive farmer training on the latest technology to improve farm profitability. The programs show farmers like Aleksander how to increase yield and quality while also farming sustainably. Training and field demonstrations in ten countries have attracted thousands of the region's producers who are keen to improve their output.



Making agriculture more productive around the world

Feeding the world's
largest population

Chen Zhaohui and friends,
primary school pupils, China
Like millions of other Chinese children,
Chen Zhaohui comes from a farming
family. While his friends and he are at
school, their parents are busy growing
food for the largest population in
the world. The Syngenta herbicide
GRAMOXONE® helps raise crop yields.
The product also frees farmers from
laborious hand weeding, enabling them
to spend time on more rewarding
activities.



13

Demand for greater agricultural productivity also continues to increase in Asian markets. China has about one-fifth of the world's population, but less than a tenth of the global agricultural area. Its population of 1 3 billion is expected to grow to 1 5 billion over the next 20 years. Gross Domestic Product is increasing rapidly, which raises demand for higher quality meat and fresh vegetables. Chinese smallholder agriculture remains heavily fragmented, and some 20 million farmers leave the land every year for the cities.

Against these enormous challenges, Chinese agriculture must continue to modernize and raise its productivity. Syngenta plays an important role. The company's products increase farmers' efficiency by allowing them to cultivate larger units more economically. Products include the herbicide GRAMOXONE®, which Syngenta produces in China.

The company also runs demonstration trials and educational activities that reach an estimated 100,000 Chinese farmers each year. These often take place in collaboration with the Ministry of Agriculture's nationwide Technology Extension Service Center. Syngenta is also involved in joint projects such as introducing fungicides to boost rice yields and improve quality. Chinese farmers need a continued supply of innovative technologies manufactured to high standards, combined with comprehensive product stewardship programs.

*The 2005 Syngenta Corporate Social Responsibility Report on www.syngenta.com includes a profile of the company's activities in China*

**Agricultural expansion beyond food: Helping farmers grow fuel**
Rising food consumption is one reason why growers need to step up productivity. Agriculture must also respond to new demands from industries that use farm products for other purposes.

The global energy sector is increasingly using plants as an alternative to fossil fuels. Last year, processors turned about 12 percent of US corn into ethanol for vehicle fuel. This figure has risen rapidly over recent years and is forecast to rise further. Fossil fuel prices have increased significantly, reserves are finite, and concern for the environment continues to grow. These factors are likely to make agriculture a much more important source of fuel energy in the future.

Syngenta researchers and breeders have developed high-yield corn varieties that enable growers to meet the needs of this expanding market. These varieties are easily fermentable and high in starch.

In the UK, Syngenta is working with a renewable energy company on Europe's first large-scale commercial project with oil seed rape. The scheme offers growers guaranteed prices to plant this crop for energy use. Syngenta and its partners expect the 2006 harvest to fuel a ten megawatt power station, providing enough energy for 20,000 homes per year.



IMPROVING CONSUMERS' QUALITY OF LIFE

Agricultural innovation provides a growing population with healthy, fresh produce. Syngenta is constantly developing new products that enhance taste and quality for consumers. The company also applies its agricultural technologies to improving quality of life through leisure activities.



## Improving consumers' quality of life

Families in many countries increasingly favor fresh produce over processed foods. Syngenta continues to respond to these new demands. The company has capitalized on its seeds germplasm and advanced breeding capabilities to develop novel varieties of vegetables and fruit. These appeal to consumers through features like better texture and taste. Syngenta partners with growers, distributors and retailers to ensure high quality all along the chain, from seed development to the family table.

These partnerships have particularly benefited the branded fresh produce program in the USA. This showed strong growth in 2005. Syngenta purchased the outstanding minority in Dulcinea Farms, already becoming a recognized consumer brand in US fresh produce. Adding to the success of the Dulcinea™ PureHeart™ miniature seedless watermelon, other new products include the Extra Sweet Tuscan Style™ cantaloupe and SunnyGold™ Sweet Golden Honeydew.

Novel branded melons and tomatoes bred by Syngenta have attracted increasing consumer attention in Europe. They include the Solinda™ miniature seedless watermelon, the Gwanipa™ melon and Kumato™, a tomato with a distinctive color, taste and aroma.



   

### Vegetables seeds: enhancing mix



**Trend in sales mix**

The balance of Syngenta's business has shifted from the processed sector towards the fresh produce market

Consumers in Europe and North America alone eat more than 70 million tonnes of tomatoes each year. Annual consumption in the European Union is 19 kilograms per person, three times the world average. The tomato market is worth some $6.2 billion at retail prices. Worldwide, one in seven tomatoes comes from Syngenta seed.

Genome science continues to progress rapidly. It increasingly enables plant breeders to improve characteristics such as taste, texture and appearance of fresh produce. Syngenta is among the forerunners in applied genome research and development.

### Flowers

In flowers, Syngenta works closely with retailers and partners along the value chain to provide products with enhanced consumer appeal. Flowers that have proved popular in the last year include the world's first trailing impatiens, cyclamen for both indoor and outdoor flowering and violas that provide winter-long blooms. A wide-ranging choice of novel varieties is important in this market. Syngenta has leading germplasm in species such as pansies, begonias and impatiens.

An efficient distribution infrastructure is critical to deliver high quality products. In 2005, the company opened Europe's largest automated distribution center for young plants at De Lier in the Netherlands. Production volumes of cuttings were tripled at Syngenta's new Guatemalan site, providing more than 40 million young plants for the European and North American markets.

### Lawn and garden care

Lawn and garden care is an additional consumer focus for Syngenta. Many products that protect commercial crops can be successfully adapted for home and garden use. Last year, Syngenta announced a broad partnership with COMPO, one of Europe's leading suppliers of branded lawn and garden consumer goods. The new partnership will provide a comprehensive range of products to protect gardens from diseases and pests. The initial focus will be in Europe, where this sector is currently worth about one billion dollars annually.

As well as private lawns, turf also provides health and leisure benefits in public recreation areas, from city parks and golf courses to football stadiums. Syngenta offers a range of products that improve the strength, color and maintenance of turf, as well as making water management more efficient.

As a result, Syngenta has developed a leadership position in turf in the USA, which was further enhanced in 2005. The company continued to develop specialist products and services to support customers, with a particular focus on the golf market. In Japan, the major market in the Asia Pacific region, Syngenta has a dedicated golf turf sales force. Market share has doubled in the last two years.