

**Delighting gardeners and park-keepers**

John Cartier and Betty Mannassi, amateur gardeners, UK

Private gardeners as well as growers benefit from Syngenta products. To Betty Mannassi and John Cartier, flowers add quality to daily life. They particularly want richer colors and longer-lasting blooms. At their local garden center, John and Betty can enjoy the results of Syngenta breeding expertise. And in their home town, sports fields, public parks and golf courses increasingly benefit from the company's offer in turf care.

18 – Syngenta

## Product line performance: Crop Protection

Crop Protection's growth in 2005 reflects the breadth of its modern product portfolio, raising productivity for farmers. Product lines include selective and non-selective herbicides, fungicides and insecticides; all prevent yield loss from weeds, diseases and pests. Products are also designed for markets beyond agriculture such as turf care, materials protection and consumer lawn and garden; these are combined with seed treatment under Professional Products.

| Selective herbicides | Non-selective herbicides |

Sales $m



05
04
03    1 717

Actual % +1
CER[1] %   -1

Sales $m



05
04
03    616

Actual % +7
CER[1] %   +6

Accounting for the highest proportion of Syngenta sales, selective herbicides control specific weeds without harming crops. In corn herbicides, Syngenta's leading position in the USA continues to be reinforced by the successful CALLISTO® range. Farmers realize that to control weeds on glyphosate-tolerant crops, they cannot rely on glyphosate alone; weed control using selective herbicides before and after the crop emerges is required to maximize yields

Major selective herbicide brands include CALLISTO®, DUAL GOLD®, ENVOKE®, FUSILADE®MAX and TOPIK® AXIAL™ will be launched in 2006.

Sales of selective herbicides were driven by the CALLISTO® range, with further successful launches in Europe and growth of over 30 percent in the USA, notwithstanding increased herbicide-tolerant acres. Growth in the CALLISTO® range was partly offset by a decline in sales of older products such as DUAL®/BICEP® MAGNUM and atrazine. Sales of the cereal herbicide TOPIK® were lower in Western Europe but continued to grow in Eastern Europe. APIRO® continued to increase on rice in Japan and South Korea.

Non-selective herbicides are used to control weeds before crop planting. They are also used to remove unwanted vegetation from orchards, vineyards and plantations. Non-selective herbicides improve productivity and help prevent soil erosion by reducing the need for hand weeding and mechanical tillage

GRAMOXONE® supports soil conservation by leaving the roots of plants intact. Demand for TOUCHDOWN® has been largely driven by the increasing use of herbicide-tolerant crops, which can be safely treated with specific non-selective herbicides

TOUCHDOWN® showed significant growth in the USA, Argentina and Eastern Europe driven by the launch of new brands and marketing programs. GRAMOXONE® sales were weaker in southern Europe and in Brazil owing to drought conditions in the first half, offset somewhat by good growth in China.

1  Growth 2005 vs 2004 at constant exchange rates, see p30
  *Third party sales excluding inter-segment sales to Seeds*

19

## Fungicides

Sales $m



| 05 | |
| --- | --- |
| 04 | |
| 03 | 1 438 |

Actual % +4
CER¹ %  +2

Fungicides are crucial to protect crop yield and quality by fighting fungal attack. They are typically used in programs or in combinations to provide effective control and minimize the emergence of fungal resistance.

In Latin American soybeans, programs based on AMISTAR® have been essential to protect crops against the devastating disease, soybean rust. In Europe, particularly Germany, fungicide combination products and programs based on BRAVO® performed well for the control of resistant strains of *septoria*, an important disease affecting wheat.

Major fungicide brands include AMISTAR®, BRAVO®, RIDOMIL GOLD®, SCORE®, TILT® and UNIX®.

Fungicides grew strongly in North America, Eastern Europe and Asia. In the USA, the soybean rust market proved to be small but AMISTAR® benefited from its versatility, with good demand on wheat, potatoes, vines and nuts. Sales of the cereal fungicide ACANTO® grew strongly in France. SCORE® continued its expansion in the emerging markets of Asia, notably China and Vietnam.

## Insecticides

Sales $m



| 05 | |
| --- | --- |
| 04 | |
| 03 | 960 |

Actual % +6
CER¹ %  +5

Insecticides protect crops from pests that threaten crop yield and quality. This is particularly important in fruit and vegetables. Syngenta's modern insecticide products are replacing older chemical technologies. The convenience and performance of ACTARA® as a soil application, particularly for vegetables, generated growth in a number of markets worldwide.

Major insecticide brands include ACTARA®, FORCE®, KARATE®, PROCLAIM® and VERTIMEC®.

Growth in insecticides was driven by strong performances in the USA and Brazil. In the USA sales of KARATE® almost doubled following an exceptional outbreak of soybean aphids in the second half. Sales of FORCE® were buoyant capitalizing on an increase in acres treated for corn rootworm. ACTARA® continued to grow strongly in Brazil and Japan.

## Professional Products

Sales $m



| 05 | |
| --- | --- |
| 04 | |
| 03 | 642 |

Actual % +9
CER¹ %  +8

Many herbicides, insecticides and fungicides also have important applications in areas beyond agriculture. Professional Products includes seed treatment and a range of applications in home care and lawn and garden markets.

Major Professional Products brands include CRUISER®, DIVIDEND®, HERITAGE®, ICON® and MAXIM®.

Seed treatment, in which seeds are directly coated with a product to protect the young plant, is the fastest-growing segment of Professional Products. The seed treatment CRUISER® showed double digit growth with particular success on soybeans in the USA. In cotton, DYNASTY®, a new seed treatment fungicide, was launched, and AVICTAGE®, the first seed treatment to control nematodes, was registered. AVICTA™ will be launched in 2006.

Growth was driven by Seed Care but was also significant in Lawn & Garden. HERITAGE® performed well on turf in the USA and Japan. In Home Care, professional pest management and materials protection also contributed to growth.

20 – Syngenta ░░░░░░░░░

## Product line performance: Seeds

Seeds has shown strong growth, with acquisitions enhancing its performance in 2005 and its presence in Field Crops seeds, in particular corn, soybean and other oilseeds. In the consumer-oriented area of Vegetables and Flowers, Syngenta is a world-leader in many crops. The advanced seed breeding capabilities of Syngenta are underpinned by the richness of the company's germplasm.

### Field Crops

Sales $m



| | |
|---|---|
| 05 | |
| 04 | |
| 03 | 598 |

Actual %+82
CER¹ % +79

Syngenta Field Crops include corn, soybean, sugar beet, cereals, sunflower and oilseed rape. Syngenta sells field crops through its major brands NK®, GARST®, GOLDEN HARVEST® and HILLESHÖG®. The company has a strong position across the field crops market. Syngenta is the world's leading supplier of sunflower seed, and the third largest of corn and soybeans

Syngenta provides growers with more than 1,000 different field crop varieties. In 2005, the company's drive for innovation and tailored solutions generated over 200 new products. Each developed to meet specific needs, they enabled growers all over the world to raise yields further

The company's ability to market high-quality germplasm continues to provide an important competitive edge, for example in the US corn belt. In the USA, Syngenta successfully integrated the GARST® and GOLDEN HARVEST® brands acquired during 2004. The company is now enhancing its Seeds offer to US growers through an expanded choice of biotechnology traits

Syngenta seed varieties offer benefits to growers, processors and consumers. The company's development work focuses on improved agronomic properties as well as applications for food, animal feed and renewable fuels

Sales of corn and soybean grew across all regions: GARST® and GOLDEN HARVEST® made a successful first year contribution in the USA and market share was maintained; growth excluding these acquisitions was 20 percent¹ In oilseeds, sales of NK® sunflower were up strongly, with gains in Eastern Europe benefiting from increased demand for biodiesel. Sugarbeet sales also increased in Europe

### Vegetables and Flowers

Sales $m



| | |
|---|---|
| 05 | |
| 04 | |
| 03 | 506 |

Actual % +4
CER¹ % +2

Syngenta is the world leader in flowers and the second largest provider of vegetable seeds.

The company sells vegetables under its S&G® and ROGERS® brands The range includes tomatoes, lettuce, cucumbers, cabbage, sweet corn, peppers, melons, watermelons and beans Syngenta has an integrated global technology network focusing on 14 major crops The company's development program produces over 140 new varieties each year

Syngenta now fully owns the fresh produce company, Dulcinea, in the USA In Europe, recent successful launches of branded products include the Solinda™ watermelon, Toscanella™ and Kumato™ tomatoes

S&G® Flowers continues to build on its global market leadership in seeds, cuttings and young plants A wide choice of flowers with strong visual appeal is crucial to continuing success in satisfying consumer demand. Excellence in the supply chain contributes to further growth

After a slow start to the year due to poor weather in Europe, vegetables sales showed a marked recovery in the second half, with S&G® reinforcing its strength in tomatoes Sales in the emerging markets of Latin America and Asia Pacific continued to expand rapidly. In fresh produce, sales of watermelon and cantaloupe again showed strong growth in the USA and initial launches took place in Europe

For the full year sales of S&G® flowers were lower in a weak market, although recovered somewhat in the second half

1 Growth 2005 vs 2004 at constant exchange rates, see p30



Zou Qingmei, fruit seller, China

## Investing in technology for tomorrow: Research and Development highlights

Comprehensive research and development (R&D) capabilities, combined with clear business focus, are the qualities that underpin a stream of innovative products from Syngenta in agriculture and beyond. As a leader in the industry, R&D investment in 2005 was $822 million, more than ten percent of sales

Advances in science and technology are further accelerating the rate of innovation, bringing new products and services to market faster. R&D at Syngenta benefits from unified leadership to capture innovation at the intersections of technology and business. This further strengthens the development of new product offers that integrate technology to benefit the customer

Of over 19,000 Syngenta employees worldwide, around 4,000 are dedicated to R&D, based at local Syngenta organizations close to customers, and at the company's four main R&D centers in Stein in Switzerland, Jealott's Hill and Alderley Edge in the UK, and Research Triangle Park in the USA

In 2005, work started on transforming the biology facility in Stein into a fully integrated, purpose-designed R&D campus, with construction of a new chemistry research facility, a Seed Care Institute and a conference center. Locating project teams closely together, combined with enhanced customer and business interaction, will drive innovation in fungicides, insecticides and Professional Products. This $53 million investment will provide Syngenta with one of the most advanced R&D facilities in the industry

1 Growth at constant exchange rates, see p30
2 Third party sales excluding inter-segment sales to Seeds

Jealott's Hill International Research Centre is now leading discovery of new herbicides and is a center of excellence for formulation science, analytical chemistry, biosciences and environmental science

Construction is underway of a new chemistry facility in Goa, India. This will provide cost-efficient chemical synthesis for field and laboratory trials, from the end of 2006

During 2005, all biotechnology trait R&D activities were concentrated in Research Triangle Park, North Carolina, in the largest market for such traits. Following the acquisition of GARST® and GOLDEN HARVEST® the infrastructure for corn and soybean breeding was fully integrated to provide a competitive, modern platform on which to build new products and create additional growth

The world-class reputation of the company's plant research attracts many of the industry's best scientists. The "Syngenta Fellows" program fosters and rewards this scientific talent. Prizes recognize outstanding contributions to science and technology within the company. The 2005 winners carried out ground-breaking research into weed resistance and molecular tools for plant breeding

External partnerships and collaborations remain essential to identifying and developing new technology. Syngenta has over 200 collaborations with leading research groups worldwide. In 2005, for example, the company extended its collaboration with the Hubei Biopesticide Engineering Research Center in China. This collaboration aims to discover natural chemicals that will serve as models for novel crop protection products

### Chemical invention to discover new active ingredients

The discovery of new active ingredients remains a critical component of success in Crop Protection innovation. Syngenta has a strong pipeline, from early lead generation through to optimization, development and registration. The company expects that this will sustain a progression that on average one active ingredient per year to market launch

New products from Crop Protection R&D generated sales of $847 million in 2005, up 22 percent[1][2] from 2004. In development, eight new active ingredients to reach the market by 2012 testify to the strength of the company's R&D achievements

The innovative cereal herbicide AXIAL™ was successfully registered in 2005. AXIAL™ provides outstanding control of a broad spectrum of grass weeds in wheat and barley. The product will be launched in 2006 in major cereal-growing countries across Europe and North America

In October, Syngenta published extensive scientific information about its new fungicide, mandipropamid. This development product controls late blight in potatoes and tomatoes, as well as downy mildew in vines and vegetables. It is scheduled for launch in 2007. Mandipropamid will significantly strengthen the company's leading fungicide portfolio

### Product innovation using existing active ingredients

Combining active ingredients in novel combination products drives innovation, targeted to grower needs in different geographies and climatic conditions. Novel

### Crop Protection pipeline



| | Research optimization | Early development | Late development | | Launch |
|---|---|---|---|---|---|
| AXIAL™ | | | | Cereal herbicide | 2006 |
| AVICTA™ | | | | Nematicide* | 2006 |
| Mandipropamid | | | | Vegetable, vine fungicide | 2007 |
| Insecticide | | | | New mode of action | to 2012 |
| Fungicide | | | | Broad spectrum | to 2012 |
| Fungicide* | | | | Multi-crop | to 2012 |
| Herbicide 1 | | | | Non-selective | to 2012 |
| Herbicide 2 | | | | Corn selective | to 2012 |

* Seed Treatment

formulation technology enables new products from existing compounds which have new levels of activity, safety and spectrum, both as sprayed products and increasingly as seed treatments  Product introductions in these areas are of equal importance to the introduction of new active ingredients

Some of the most successful new combination products include US LUMAX® and LEXAR® in the CALLISTO® corn herbicide range, and PRIORI XTRA™ and QUILT® in the AMISTAR® fungicide range  In 2005 alone, more than 350 new registrations were obtained across the world

AVICTA™ seed treatment is the world's first major innovation in nematode control in over 30 years  Nematodes are microscopic worms that reduce yield by invading plant roots, causing damage estimated at $400 million per year in US cotton alone  Syngenta will first launch AVICTA™ in 2006 for cotton in the USA and test-market the product for vegetables.

**New products through plant breeding**
The richness and diversity of Syngenta's germplasm resources, combined with molecular breeding, has accelerated the rate of innovation in Seeds

In Field Crops, R&D focuses on growers' primary aim: higher quality yield  Raising the essential nutritional components, starch, oil or protein further improves value for food and feed, and increasingly biofuel applications  Marker-assisted breeding is helping to increase disease resistance, enhance cooking, baking and brewing

quality for processors and consumers  It is also used to improve plants' agronomic properties such as size and germination

In Vegetable Seeds, Syngenta develops new products to provide consumers with consistent high quality, improved appearance, taste and texture. Powerful analytical science has been expanding knowledge of taste, flavor and nutrition. Combined with advanced breeding technology, this is accelerating the introduction of novel varieties

In Flowers, Syngenta breeding programs offer gardeners and consumers an exciting flow of richer, more vibrant colors, better flowering and longer visual attraction, as well as providing growers and retailers with ever-improving convenience

For customers, this means a greater choice of improved crop varieties and hybrids, with hundreds of new Seeds products launched each year.

**Input traits**
Input traits, which control crop pests, continue to gain importance, especially in corn and soybean in the USA and Latin America  Syngenta is on track to deliver a full suite of stacked traits in corn  glyphosate tolerance and resistance to both leaf and soil insects, building on the quality and breadth of its germplasm from the combination of GARST®, GOLDEN HARVEST® and NK®  These stacks will be introduced over the next three years

Development of the novel insect control trait for cotton, VIPCOT™, through a partnership with the premier cotton seed company in the

USA, has continued to progress towards launch  This trait has reached the final stage of selection of the technology options for later commercialization

**Output traits**
While input traits such as insect resistance provide important benefits for the grower, output traits add value for processors and ultimately consumers

Work on plant-produced pharmaceutical compounds progressed in 2005 to the stage of clinical trials  However, in view of the extended time lines and associated costs of full commercialization it has been decided to seek third parties to take these projects through development to commercial launch  Resources released in R&D will be redirected to other businesses

A major use of corn is for animal feed, and more recently for ethanol production  Traits that bring benefits in these applications are expected to create new value creation in the future  Syngenta has products in development in both areas  Incorporation of the enzyme phytase into the grain itself provides additional benefits to adding enzyme at the pelleting stage of animal feed production  Similarly, corn expressing the enzyme amylase is being developed for more efficient ethanol production, as it speeds up starch conversion into sugar.

Initial pilot trials were successfully conducted in 2005 and registration dossiers submitted to the US regulatory authorities

## Corn traits development pipeline



| Input traits | Early development | Late development | Elite breeding | Launch |
|---|---|---|---|---|
| Glyphosate Tolerance – GT | | | | → EU dossier: 2005 |
| European Corn Borer – ECB | | | | → Market leading trait |
| Corn Root Worm – CRW | | | → Initial launch: 2007 | |
| GT / ECB | | | | → Initial launch: 2005 |
| GT / CRW | | | → Initial launch: 2007 | |
| CRW / ECB | | | → Initial launch: 2008 | |
| GT / CRW / ECB | | | → Initial launch: 2008 | |

| Output traits | | | | |
|---|---|---|---|---|
| Biofuels  Corn amylase | | → Pilot trials, US FDA, USDA dossiers 2005 | | First sales LATAM, US registration pending |
| Animal feed  Microbial Quantum™ | | | | |
| Corn phytase | → US FDA dossiers planned 2006 | | | |

24 – Syngenta 2005 Annual Review

# Board and Executive Committee

Syngenta's Corporate Governance is aligned with international standards and practice. The company complies with the "Swiss Code of Best Practice for Corporate Governance" and meets the Corporate Governance rules of the New York Stock Exchange (NYSE), as applicable for foreign companies. Syngenta is in compliance with the applicable requirements of the US Sarbanes Oxley Act of 2002, including the certification of Syngenta's Annual Report on Form 20-F[1] by the CEO and CFO

Detailed information following the SWX Directive on Corporate Governance can be found in the separate Corporate Governance Report 2005.

## Group structure

For details regarding the structure of the company's operations, associates and joint ventures, please refer to the information contained in Note 32 to the Group Consolidated Financial Statements in the Financial Report 2005



Internal Audit

Global Functions:
– Research & Technology
– Global Operations
– Finance
– Legal & Taxes
– Human Resources

– Four Regions[2]
– Five Product Lines

– Four Regions[2]
– Two Product Lines

– Biotechnology
– Business Development

1  The Form 20-F Annual Report is expected to be available from the end of March 2006 on the Internet (www.syngenta.com), please refer to the section Investor Relations
2  Regions: Europe, Africa and Middle East (EAME), NAFTA, Latin America, Asia/Pacific

## Board of Directors

Syngenta is led by a strong and experienced Board. It includes representatives from five nationalities, drawn from broad international business and scientific backgrounds. It brings diversity in expertise and perspective to the leadership of a complex, highly regulated, global business

### Martin Taylor

Chairman of the Board of Directors and of the Chairman's Committee and member of the Compensation Committee. He is also Chairman of the Syngenta Foundation for Sustainable Agriculture. Martin Taylor is currently Vice Chairman of RTL Group SA. Previously he was an Advisor to Goldman Sachs International (1999-2005), Chairman of WHSmith plc (1999-2003) and Chief Executive Officer of Barclays plc (1993-1998) and Courtaulds Textiles (1990-1993). Martin Taylor has a degree in oriental languages from Oxford University

### Michael Pragnell

Chief Executive Officer, Director and member of the Chairman's Committee. Michael Pragnell was a Director of AstraZeneca (1999-2000) and of Zeneca Group plc (1997-1999). He joined Zeneca Agrochemicals as Chief Executive Officer in 1995. Prior to 1995 he worked for Courtaulds plc in a number of senior positions (1975-1995), where he was appointed to the Board in 1990; he was Chief Financial Officer (1992-1994) and Chief Executive Officer of Courtaulds Coatings (1986-1992). Michael Pragnell has a degree in modern languages from Oxford University and an MBA from INSEAD

### Rupert Gasser

Vice Chairman and member of the Chairman's and the Compensation Committee. Rupert Gasser is currently President of Nestec SA and a member of the Scientific Advisory Board of Alcon Laboratories Inc. Formerly he was a non-executive Director of Lonza Group AG (1999-2004), Executive Vice President of Nestlé SA (1997-2002), Head of Strategic Business Group I (Coffee and Beverages, Milk and Food Services) and Head of Corporate Technical/Manufacturing and R&D worldwide (1991-1996) and Senior Vice President at Nestec SA (1990-1991). Rupert Gasser graduated from the Technical Academy for Chemical Industry in Vienna with a degree in chemistry. In addition he participated in the Program for Senior Executive Development at the IMD Lausanne

### Peggy Bruzelius

Director and Chairman of the Audit Committee. Peggy Bruzelius is currently Chairman of Grand Hotel Holdings and Lancelot Asset Management AB. In addition she serves as Vice Chairman of Electrolux AB and as a Director of Scania AB, Ratos AB, Axfood AB and The Body Shop International plc and as a Senior Advisor to Lehman Brothers Ltd. Peggy Bruzelius is a member of the Royal Swedish Academy of Engineering Sciences, where she formerly served as Vice Chairman (2003-2005). In addition she is a member of the Board of Trustees of the Stockholm School of Economics. Previously she was a Director of AB Drott (1999-2004), Executive Vice President of SEB-bank (1997-1998), Chief Executive Officer of ABB Financial Services (1991-1997) and a member of the Swedish Board of Government Bank Support Authority (1991-1993). Peggy Bruzelius holds an MBA from the Stockholm School of Economics

### Peter Doyle

Director and Chairman of the Science and Technology Advisory Board. Peter Doyle is currently a non-executive Director of Avidex Ltd and serves as a Trustee of the Nuffield Foundation; he is a Past Master of the Salters' Livery Company. Previously he served as a member of the Advisory Board of Vida Capital Partners (2003-2005), non-executive Director of Oxagen (1999-2002), non-executive Director of Oxford Molecular plc (1997-2000), Director of Zeneca Group plc (1993-1999), Director of ICI (1989-1993) and as Chairman of the Biotechnology and Bioscience Research Council (1989-2003). Peter Doyle holds a BSc (Hons) degree in pure science and a PhD in chemistry from Glasgow University.



L to R: Peter Thompson, Pierre Landolt, Peter Doyle, Rolf Watter, Rupert Gasser, Michael Pragnell, Martin Taylor, Peggy Bruzelius, Jacques Vincent, Pedro Reiser, Felix Weber

### Pierre Landolt

Director and member of the Audit Committee In addition, Pierre Landolt has been delegated by the Board to oversee policies and activities in the area of Corporate Social Responsibility. Pierre Landolt is currently a Director of Novartis AG and Chairman of the Sandoz Family Foundation He serves as Chairman of AxialPar Ltda, Moco Agropecuaria Ltda, Ecocarbon LLC Vaucher Manufacture Fleurier SA and as Vice Chairman of Parmigiani SA. Pierre Landolt is also a Partner with unlimited liabilities of the Private Bank Landolt & Cie He serves as Vice Chairman of the Montreux Jazz Festival Foundation, President of the Instituto Jurema de Pesquisa in Brazil and member of the Foundation Board of the Syngenta Foundation for Sustainable Agriculture Formerly he served as Chairman of the CITCO Group (1995-2005) Pierre Landolt graduated with a Bachelor of Laws from the University of Paris Assas

### Pedro Reiser

Director. Pedro Reiser is currently a Director of the HCB Happy Child Birth AG. In addition he is a member of the Foreign Policy Committee of the Swiss Popular Party (SVP). Previously he served as Chairman of ESBATech AG (2002-2004), as Director and Advisor (1999-2001) and President and Chief Executive Officer of Novartis Pharma K.K. Japan (1995-1999) and as President and Chief Executive Officer of Holvis AG (1990-1995) Pedro Reiser studied law at the University of Zurich and graduated from the University of Geneva with a PhD in political science

### Peter Thompson

Director and member of the Audit Committee Peter Thompson is currently a Director of Sodexho Alliance SA He serves as Chairman of the Board of Trustees of the Stanwich School in Greenwich, Connecticut. Previously he was President and Chief Executive Officer of PepsiCo Beverages International (1996-2004) President of PepsiCo Foods International's Europe Middle East and Africa Division (1995-1996) and of Walkers Snack Foods in the UK (1994-1995) Before joining PepsiCo he held various senior management roles with Grand Metropolitan plc, including President and Chief Executive Officer of GrandMet Foods Europe (1992-1994), Vice-Chairman of The Pillsbury Company (1990-1992) and President and Chief Executive Officer of The Paddington Corporation (1984-1990) Peter Thompson has a degree in modern languages from Oxford University and an MBA from Columbia University

### Jacques Vincent

Director and member of the Compensation Committee Jacques Vincent is currently Vice Chairman and Chief Operating Officer of the Danone Group Paris since 1998 He began his career with Danone in 1970 and has since held various financial and overall management positions within this group Jacques Vincent is a graduate engineer of the Ecole Centrale, Paris, holds a bachelor in Economics of Paris University and a Master of Science from Stanford University

### Rolf Watter

Director and member of the Audit Committee Rolf Watter has been a partner in the law firm Bär & Karrer in Zurich since 1994 and is a member of its executive board since 2000 He is a non-executive board member of Cablecom AG (and its former parent entities Glacier Holdings GP SA and Glacier Holdings S C A), a non-executive Director of Zurich Financial Services (and its subsidiary Zurich Insurance Company) UBS Alternative Portfolio AG and A W Faber-Castell (Holding) AG He is also non-executive Chairman of Almea Stiftung the foundation presently holding a majority in Swiss International Airlines In addition Rolf Watter is a part-time professor at the Law School of the University of Zurich a Board member of the Swiss Lawyers' Association and a member of the Swiss Stock Exchange Admission Board and of its Disclosure Commission of Experts. Rolf Watter graduated from the University of Zurich with a doctorate in law and holds an LLM degree from Georgetown University; he is admitted to the Bar of Zurich

### Felix Weber

Director, Chairman of the Compensation Committee and member of the Chairman's Committee Felix Weber is currently Vice Chairman of Publigroupe AG and a Director of Glacier Holdings GP SA and Glacier Holdings S C A (which are the former parent entities of Cablecom GmbH) Previously he was a Director of Cablecom GmbH (2004-2005) and Executive Vice President and Chief Financial Officer of Adecco SA (1998-2004) engagement manager and partner of McKinsey & Company in Zurich (1984-1997) and Chief Executive Officer of Alusuisse South Africa (1982-1984). Felix Weber graduated from the University of St Gallen, with an MBA in operations research and finance and a PhD in marketing

26 – Syngenta 2005 Annual Review

## Board and Executive Committee

### Board of Directors

| Name | Age | Nationality | Function | Director since | Term of office |
|---|---|---|---|---|---|
| Martin Taylor | 53 | British | Chairman, Non-Executive Director | 2000 | 2008 |
| Michael Pragnell | 59 | British | Chief Executive Officer, Executive Director | 2000 | 2007 |
| Rupert Gasser | 67 | Swiss | Vice Chairman, Non-Executive Director | 2002 | 2007 |
| Peggy Bruzelius | 56 | Swedish | Non-Executive Director | 2000 | 2006 |
| Peter Doyle | 67 | British | Non-Executive Director | 2000 | 2006 |
| Pierre Landolt | 58 | Swiss | Non-Executive Director | 2000 | 2006 |
| Pedro Reiser | 70 | Swiss | Non-Executive Director | 2002 | 2006 |
| Peter Thompson | 59 | American | Non-Executive Director | 2000 | 2008 |
| Jacques Vincent | 59 | French | Non-Executive Director | 2005 | 2007 |
| Rolf Watter | 47 | Swiss | Non-Executive Director | 2000 | 2008 |
| Felix Weber | 55 | Swiss | Non-Executive Director | 2000 | 2008 |

### Executive Committee

| Name | Age | Nationality | Function | Appointment |
|---|---|---|---|---|
| Michael Pragnell | 59 | British | Chief Executive Officer | 2000 |
| John Atkin | 52 | British | Chief Operating Officer – Crop Protection | 2000 |
| Bruce Bissell | 59 | British | Head of Global Operations and Human Resources | 2000 |
| David Jones | 56 | British | Head of Business Development | 2000 |
| David Lawrence | 56 | British | Head of Research & Technology | 2002 |
| Michael Mack | 45 | American | Chief Operating Officer – Seeds | 2005 |
| Christoph Mäder | 46 | Swiss | Head of Legal & Taxes | 2000 |
| Domenico Scala | 40 | Swiss | Chief Financial Officer | 2003 |

### Changes in 2005

**April 26, 2005:** At the Annual General Meeting the shareholders elected Jacques Vincent as a new member of the Board

**May 20, 2005:** Syngenta announced that its Chairman, Heinz Imhof, was receiving medical treatment and had taken temporary leave of absence from the company The Board decided that during his absence, the Vice Chairman, Martin Taylor, should assume the role of acting Chairman. At the same time the Board appointed Rupert Gasser to lead the process for a possible succession to the Chairmanship

**September 2, 2005:** Heinz Imhof resigned as Chairman and member of the Board The Board appointed Martin Taylor (formerly Vice Chairman) as Chairman and Rupert Gasser as Vice Chairman and member of the Chairman's Committee

**October 19, 2005:** The Board appointed Rupert Gasser as member of the Compensation Committee The Board also appointed Felix Weber as Chairman and Jacques Vincent as member of the Compensation Committee, both with effect from January 1, 2006

### Board and Executive Committee Compensation

**a. Executive Directors and members of the Executive Committee**

The aggregate amount of cash compensation (salaries and Short Term Incentive (STI) awards) in 2005 to the former Chairman[1], the Chief Executive Officer and the members of the Executive Committee (a total of nine people) amounted to CHF 14,889,234. Portions of the STI awards contained in this figure have been deferred into the Deferred Share Plan on a mandatory and voluntary basis .The total amount of deferred shares is 39,039, and the total amount of deferred ADSs[2] is 10,189  Within the scope of the Long Term Incentive Plan, the Executives received 24,556 Restricted Share Units of shares and 14,085 Restricted Share Units of ADSs[2] In addition they received 105,200 options on shares with an exercise price of CHF 127.38, a term of 11 years and a vesting period of three years, as well as 47,319 options on ADSs[2] with an exercise price of USD 21 30, a term of ten years and a vesting period of three years  Furthermore a total of 280 shares were purchased by these Executives within the scope of the Syngenta Employee Share Purchase Plan. The amount of CHF 5,207,221 was set aside to meet pension obligations, including provisions to cover merger-related pension promises

### Highest total compensation

The highest total compensation paid to a member of the Board of Directors was to the Chief Executive Officer:

| | Amount CHF |
|---|---|
| Cash compensation | 2 055 810 |
| Deferred shares | 1 332 140 |
| Options | 900 016 |
| Restricted Share Units | 900 067 |
| Employee Share Purchase Plan | 2 489 |
| Total value equity-based awards | 3 134 712 |
| Total | 5 190 522 |

The amount of CHF 3,352,329 was set aside to meet pension obligations, including provisions to cover merger-related pension promises

**b. Non-Executive Directors**

| | Cash compensation CHF | Shares CHF | Total CHF |
|---|---|---|---|
| Martin Taylor[3] | 626 597 | 98 403 | 725 000 |
| Rupert Gasser | 212 500 | | 212 500 |
| Peggy Bruzelius | 210 000 | | 210 000 |
| Peter Doyle | 170 000 | | 170 000 |
| Pierre Landolt | 180 000 | | 180 000 |
| Pedro Reiser | 190 000 | | 190 000 |
| Peter Thompson | 180 000 | | 180 000 |
| Jacques Vincent | 75 000 | | 75 000 |
| Rolf Watter | 180 000 | | 180 000 |
| Felix Weber | 270 000 | | 270 000 |
| Total | 2 294 097 | 98 403 | 2 392 500 |

1 Heinz Imhof resigned as executive Chairman and Board member in September 2005
2 Five ADSs represent one Syngenta share
3 Martin Taylor assumed the role of Vice Chairman (January – May), acting Chairman (May – September) and non-executive Chairman (September – December)



L to R: Bruce Bissell. John Atkin, Christoph Mäder  Domenico Scala  Michael Pragnell  David Jones, Michael Mack  David Lawrence

## Executive Committee

Under the direction of the Chief Executive Officer, the Executive Committee is responsible for the operational management of the company It consists of the CEO, the Chief Operating Officers of the Crop Protection and Seeds businesses, together with the Heads of Syngenta's functional activities: Finance, Research & Technology, Global Operations and Human Resources, Business Development and Legal & Taxes

### Michael Pragnell

Chief Executive Officer, Director and member of the Chairman's Committee. Michael Pragnell was a Director of AstraZeneca (1999-2000) and of Zeneca Group plc (1997-1999) He joined Zeneca Agrochemicals as Chief Executive Officer in 1995 Prior to 1995 he worked for Courtaulds plc in a number of senior positions (1975-1995) where he was appointed to the Board in 1990; he was Chief Financial Officer (1992-1994) and Chief Executive Officer of Courtaulds Coating (1986-1992). He has a degree in modern languages from Oxford University and an MBA from INSEAD

### John Atkin

Chief Operating Officer of Syngenta Crop Protection. John Atkin was Chief Executive Officer (1999-2000), Chief Operating Officer (1999), Head of Product Portfolio Management (1998) and Head of Insecticides and Patron for Asia (1997-1998) of Novartis Crop Protection. Prior to 1998 he was General Manager of Sandoz Agro France (1995-1997) and Head of Sandoz Agro Northern Europe (1993-1995) He graduated from the University of Newcastle-upon-Tyne with a PhD and a BSc degree in agricultural zoology

### Bruce Bissell

Head of Global Operations and Human Resources Bruce Bissell was Director of Supply Chain for Zeneca Agrochemicals (1997-2000) and Head of International Manufacturing for the pharmaceutical business of Zeneca Group plc (1992-1997) He graduated from Strathclyde University with a degree in applied chemistry

### David Jones

Head of Business Development  also responsible for Plant Science  David Jones was Business Director for Zeneca Agrochemicals (1997-2000) having been Regional Executive for Asia  Africa and Australia  based in Hong Kong, since 1992 He has a BSc and PhD in science and economics from Stirling University in Scotland

### David Lawrence

Head of Research & Technology  David Lawrence was Head of R&T Projects for Syngenta (2000-2002) Prior to this he had been Head of International R&D Projects in Zeneca Agrochemicals having previously held several senior scientific roles He graduated in chemistry from Oxford University with an MA and DPhil in chemical pharmacology

### Michael Mack

Chief Operating Officer of Syngenta Seeds Michael Mack was Head of Crop Protection. NAFTA Region (2002-2004)  Prior to this, he was President of the Global Paper Division of Imerys SA, a Paris-based mining and pigments concern, from the time of its merger in 1999 with English China Clays Ltd  He had previously served there as Executive Vice President  Americas and Pacific Region, in addition to being an Executive Director of the Board  From 1987 to 1996 he held various roles with Mead Corporation. He has a degree in economics from Kalamazoo College in Michigan  studied at the University of Strasbourg  and has an MBA from Harvard University

### Christoph Mäder

Head of Legal & Taxes  Christoph Mäder was Head of Legal & Public Affairs of Novartis Crop Protection (1999-2000) and Senior Corporate Counsel of Novartis International AG (1992-1998)  Christoph Mäder is a member of the Supervisory Committees of the Federation of Swiss Industrial Holding Companies and of the Swiss Employer Association  He graduated from Basel University Law School  and is admitted to the Bar in Switzerland

### Domenico Scala

Chief Financial Officer  Domenico Scala held various leading positions in Finance with Roche AG (1995-2003), most recently as Group Treasurer (2001-2003) and Head of Company Controlling (1999-2001)  Prior to 1995  he was Finance Director of Panalpina Italy SpA (1993-1995) and Senior International Auditor with Nestlé SA (1990-1993)  He graduated from the University of Basel with a degree in economics

## Financial information

A summary of Syngenta's audited consolidated financial statements is provided on pages 32-34. For full details and analysis of the Group's audited financial results, prepared in accordance with IFRS, please refer to our comprehensive Financial Report which is available on request or on the Syngenta internet site www.syngenta.com

References to EBITDA in the following financial information exclude the impact of restructuring, impairment and discontinued operations[1]

### Summarized financial information 2005 and 2004

| For the year to December 31 | Excluding restructuring, impairment and discontinued operations[1] 2005 $m | 2004 $m | Restructuring, impairment and discontinued operations[1] 2005 $m | 2004 $m | As reported under IFRS 2005 $m | 2004 $m |
|---|---|---|---|---|---|---|
| Sales | 8 104 | 7 269 | – | – | 8 104 | 7 269 |
| Gross profit | 4 178 | 3 737 | (24) | – | 4 154 | 3 737 |
| Marketing and distribution | (1 518) | (1 382) | – | – | (1 518) | (1 382) |
| Research and development | (822) | (809) | – | – | (822) | (809) |
| General and administrative | (742) | (651) | – | – | (742) | (651) |
| Restructuring and impairment | – | – | (212) | (354) | (212) | (354) |
| Operating income | 1 096 | 895 | (236) | (354) | 860 | 541 |
| Income before taxes | 1 002 | 820 | (236) | (354) | 766 | 466 |
| Income tax expense | (219) | (65) | 79 | 135 | (140) | 70 |
| Net income from continuing operations | 783 | 755 | (157) | (219) | 626 | 536 |
| Discontinued operations | – | – | – | (108) | – | (108) |
| Net income | 783 | 755 | (157) | (327) | 626 | 428 |
| Attributable to minority interests | 4 | (7) | – | (25) | 4 | (32) |
| Attributable to Syngenta AG shareholders: | 779 | 762 | (157) | (302) | 622 | 460 |
| One-off tax credit | – | (139) | – | – | – | (139) |
| Net income before one-off tax credit | 779 | 623 | (157) | (302) | 622 | 321 |
| Earnings/(loss) per share[3] | | | | | | |
| – basic | $7.78 | $7.24 | $(1.56) | $(2.87) | $6.22 | $4.37 |
| – diluted | $7.67 | $7.19 | $(1.54) | $(2.85) | $6.13 | $4.34 |
| Earnings/(loss) per share before one-off tax credit[3, 5] | | | | | | |
| – basic | $7.78 | $5.92 | $(1.56) | $(2.87) | $6.22 | $3.05 |
| – diluted | $7.67 | $5.87 | $(1.54) | $(2.85) | $6.13 | $3.02 |

| | 2005 | 2004 | 2005 CER[2] |
|---|---|---|---|
| Gross profit margin | 51.6% | 51.4% | 51.2% |
| EBITDA margin[4] | 19.1% | 19.2% | 18.8% |
| EBITDA[4] | 1 549 | 1 395 | |
| Tax rate[5] | 22% | 25% | |
| Free cash flow[6] | 353 | 623 | |
| Trade working capital to sales[7] | 30% | 36% | |
| Debt/Equity gearing[8] | 16% | 15% | |
| Net debt[8] | 864 | 864 | |

1  For further analysis of restructuring and impairment charges, see p32. Net income and earnings per share excluding restructuring and impairment are provided as additional information and as an alternative to net income and earnings per share determined in accordance with IFRS
2  For a description of CER see p30
3  The weighted average number of ordinary shares in issue used to calculate the earnings per share were as follows: for 2005 basic EPS 100 017 271 and diluted EPS 101 464 222; 2004 basic EPS 105 208 929 and diluted EPS 106 015 369
4  EBITDA is a non-GAAP measure but is in regular use as a measure of operating performance and is defined on p30
5  Tax rate on results excluding restructuring and impairment and a one-off tax credit associated with the crystallization of previously unrecognized tax losses
6  Includes restructuring and impairment cash outflows. For a description of free cash flow, see p30
7  Period end trade working capital as a percentage of twelve-month sales, see p30
8  For a description of net debt and the calculation of debt/equity gearing, see p30

## Income statement review

Sales, at constant exchange rates (CER) increased by nine percent; excluding the impact of acquisitions they were four percent higher Full year Crop Protection sales were up three percent; Seeds sales rose by 42 percent, up nine percent excluding acquisitions

EBITDA improved by seven percent (CER) to $1 55 billion benefiting from the growth in sales and savings from the operational efficiency program These savings more than offset the impact of higher oil price related costs and funded increased marketing and development expenditure in both Crop Protection and Seeds

Earnings per share. excluding restructuring and impairment rose 31 percent to $7 67; excluding the goodwill adjustment for IFRS 3, earnings per share were up 20 percent After charges for restructuring and impairment, earnings per share were $6 13 (2004: $4 34).

Currency: For the full year, currency movements had a positive impact of two percent on sales owing to US dollar weakness in the first half Appreciation of the dollar in the second half resulted in a full year currency benefit of $51 million to EBITDA

Crop Protection: New products continued to expand with sales up 22 percent* to $847 million driven by the CALLISTO® range ($387 million) and ACTARA®/CRUISER® ($346 million) In NAFTA sales grew across all product lines Sales in Europe also improved in the fourth quarter after a cold early season followed by drought in southern Europe; Eastern Europe maintained its record of double-digit growth In Latin America, an improvement in the second half in Brazil and a strong performance in Argentina resulted in modest growth for the full year Asia-Pacific increased sales in a number of markets, notably China and Japan The new product range will be augmented by eight new active ingredients targeted for launch by 2012 which have a combined peak sales potential of around $1 billion. The first of these products, the cereal herbicide AXIAL™ and seed treatment AVICTA™ will be launched for the 2006 season EBITDA in Crop Protection increased by one percent

(CER) to $1513 million, with sales growth and cost savings more than offsetting the impact of higher oil price related costs and increased marketing expenditure

Professional Products sales rose eight percent* with strong growth in Seed Care supplemented by a good performance in Lawn and Garden. In Seed Care an agreement was signed with the leader in US cotton seed to market AVICTA™ for the 2006 season; and a new Seed Care Institute will be constructed by 2007 which will accelerate the introduction of novel seed treatments and associated services In Lawn and Garden, a strategic alliance was formed with COMPO® in Europe to develop and market a comprehensive range of consumer plant protection products, with first launches expected in 2006

Seeds: Sales increased in all regions In corn and soybean, the successful first season of GARST® and GOLDEN HARVEST® in the USA, coupled with a strong performance from NK® led to sales more than doubling The input trait pipeline for corn, comprising glyphosate tolerance, corn rootworm and corn borer insect control, is progressing well, and a full offer including stacked traits is targeted for 2008 in the USA Diverse Field Crops also performed strongly, partly benefiting from increased demand for biofuels In Vegetables, demand for fresh produce continues to expand and sales showed strong growth in both the Americas and Asia, driven by a wide variety of new launches Flowers sales declined slightly for the full year although recovered somewhat in the second half EBITDA in Seeds more than doubled to $148 million as underlying profitability was augmented by the contribution from acquisitions

Plant Science: In enzymes, sales of QUANTUM™ were made in Mexico, with registration pending in the USA Amylase for corn bioethanol is undergoing pilot trials and US registration dossiers have been submitted. Work on plant-produced pharmaceutical compounds progressed in 2005 to the stage of clinical trials; however, in view of the extended time lines and associated costs of full commercialization it has been decided to seek third parties to take these projects through development to commercial launch Resources released in R&D will be redirected to other businesses

Operational efficiency: Savings in 2005 were ahead of target at $166 million These savings more than offset the impact of higher oil prices on raw materials costs ($96 million) and funded additional marketing and development expenditure ($79 million) The previously announced savings target of $300 million by 2008 has been increased to $425 million. It is expected that these savings will more than offset higher raw material purchase costs Total restructuring and impairment charges during the period were $236 million (cash: $163 million; non-cash: $73 million) of which the majority related to the operational efficiency program; the balance largely related to Seeds acquisition integration costs. The total cost of the operational efficiency program is expected to be around $850 million over five years including a non-cash charge of $350 million, of which $470 million has already been incurred

## Regional sales analysis

### Crop Protection

Sales in Europe, Africa and the Middle East showed a significant fourth quarter improvement, notably in France and Spain, following drought earlier in the year Full year sales in Europe were up driven by continuing double digit growth in Eastern Europe The slight decline in regional sales reflected lower tender business in Africa and the Middle East

A strong performance in NAFTA was led by a double digit increase in the USA with sales in Canada and Mexico also higher The CALLISTO® range once again registered strong growth capitalizing on increased corn acres. With growth across the portfolio, including a notable contribution from the insecticides KARATE® and FORCE®, Syngenta's leading position in the world's largest agricultural market was reinforced

Modest growth in Latin America reflected healthy sales in Argentina driven by TOUCHDOWN® In Brazil full year sales were down slightly after a robust second half performance driven by insecticides and fungicides. Combination products in the AMISTAR® range to treat soybean rust, and a good performance by ACTARA® were the key drivers of an increased market share

---

* Third party sales excluding inter-segment sales to Seeds For total sales by segment and region see page 31

## Financial information

In Asia Pacific sales benefited from an increase in Japan and from growth initiatives across a number of developing markets, notably India, Korea. Vietnam and recovery in China, which more than offset weakness in Australia

### Cash flow and balance sheet

Free cash flow, before a $350 million pension fund injection was $703 million Fixed capital expenditure of $174 million was below depreciation of $252 million At period end, the ratio of trade working capital as a percentage of sales improved to 30 percent from 36 percent at end-2004; average trade working capital as a percentage of sales was unchanged at 40 percent. Return on Invested Capital (ROIC) increased to 24 6 percent (2004: 18 8 percent)

At period end net debt was $864 million (2004: $864 million) representing a gearing ratio of 16 percent (2004: 15 percent) In April the company issued a €500 million, 4 125 percent Eurobond with 10 year maturity It also made a public tender offer for its outstanding 5 5 percent Eurobond due in July 2006, of which 73 percent was redeemed. This was followed in the second half by a $250 million US Private Placement. These transactions significantly extended the maturity of outstanding debt to an average of 13 years

### Cash return to shareholders

The company continued its share repurchase program in 2005, repurchasing 2.3 million shares at an average price of CHF 129 1, in total $251 million A total dividend of $207 million was paid on 22 July in the form of a nominal value reduction. Total cash returned to shareholders since the start of the program in May 2004 through dividends and share repurchase amounts to $743 million In view of the ongoing strength of financial performance, it is the intention of the company to pursue a progressive cash return policy

For 2005 a dividend of CHF 3 30 per share, to be paid by way of a nominal par value reduction, will be submitted for shareholder approval at the AGM on April 19, 2006 together with a request to cancel the shares repurchased in 2005 In addition, the company will, on February 22, grant a free put option per share with an initial intrinsic value of CHF 1 50. The put option gives each shareholder the right to sell a fixed number of shares to the company Each put option has a maturity of three months from

grant and will be tradeable on the SWX Swiss exchange; the exercise of all options will result in the company being committed to repurchase approximately 3 3 million shares in 2006

### Constant exchange rates (CER)

In this report results from one period to another period are, where appropriate, compared using constant exchange rates (CER) To present that information, current period results for entities reporting in currencies other than US dollars are converted into US dollars at the prior period's exchange rates, rather than at the exchange rates for the current year CER margin percentages for gross profit and EBITDA are calculated by the ratio of these measures to sales after restating the measures and sales at prior period exchange rates The CER presentation indicates the underlying business performance before taking into account currency exchange fluctuations

### EBITDA

is defined as earnings before interest, tax, minority interests, depreciation, amortization and impairment Information concerning EBITDA has been included as it is used by management and by investors as a supplementary measure of operating performance and is used by Syngenta as the basis of part of its employee incentive schemes Management focuses on EBITDA excluding restructuring as this excludes items affecting comparability from one period to the next EBITDA is not a measure of cash liquidity or financial performance under generally accepted accounting principles and the EBITDA measures used by Syngenta may not be comparable to other similarly titled measures of other companies EBITDA should not be construed as an alternative to operating income or cash flow as determined in accordance with generally accepted accounting principles

### Restructuring, impairment and discontinued operations

Restructuring represents the effect on reported performance of initiating business changes which, in the opinion of management, will have a material effect on the nature and focus of Syngenta's operations, and therefore require separate disclosure to provide a more thorough understanding of business performance Restructuring includes the effects of completing and

integrating significant business combinations and divestments The incidence of these business changes may be periodic and the effect on reported performance of initiating them will vary from period to period Because each such business change is different in nature and scope, there will be little continuity in the detailed composition and size of the reported amounts which affect performance in successive periods Separate disclosure of these amounts facilitates the understanding of performance including and excluding items affecting comparability Reported performance before restructuring and impairment is one of the measures used in Syngenta's short term employee incentive compensation schemes Syngenta's definition of restructuring and impairment may not be comparable to similarly titled items in financial statements of other companies

Restructuring and impairment includes the impairment costs associated with major restructuring and also impairment losses and reversals of impairment losses resulting from major changes in the markets in which a reported segment operates

### Free Cash Flow

Free cash flow comprises cash flow after operating activities, including taxes and interest and other financial payments and receipts. and investing activities, prior to discontinued operations and capital financing activities such as drawdown or repayment of debt, dividends paid to Syngenta Group shareholders, share repurchase and other equity movements Free cash flow is not a measure of financial performance under generally accepted accounting principles and the free cash flow measure used by Syngenta may not be comparable to similarly titled measures of other companies Free cash flow has been included as it is used by many investors as a useful supplementary measure of cash generation

### Net Debt

Net debt comprises total debt net of related hedging derivatives and cash and cash equivalents Net debt is not a measure of financial position under generally accepted accounting principles and the net debt measure used by Syngenta may not be comparable to the similarly titled measure of other companies Net debt has been included as it is used by many investors as a useful measure of financial position and risk

**31**

## Unaudited full year product line and regional sales

| | Full year 2005 $m | Full year 2004 $m | Actual % | CER[1][2] % |
|---|---|---|---|---|
| Crop Protection | 6 330 | 6 042 | + 5 | + 3 |
| Seeds | 1 797 | 1 239 | + 45 | + 42 |
| Inter-segment elimination[3] | (23) | (12) | – | – |
| **Third Party Sales** | **8 104** | **7 269** | **+ 11** | **+ 9** |

### Crop Protection

**Product line**

| | | | | |
|---|---|---|---|---|
| Selective herbicides | 1 889 | 1 867 | + 1 | – 1 |
| Non-selective herbicides | 688 | 645 | + 7 | + 6 |
| Fungicides | 1 779 | 1 702 | + 4 | + 2 |
| Insecticides | 1 100 | 1 049 | + 6 | + 5 |
| Professional Products | 807 | 720 | + 10 | + 9 |
| Others | 67 | 59 | + 13 | + 12 |
| Total Sales | 6 330 | 6 042 | + 5 | + 3 |
| Inter-segment elimination[3] | (23) | (12) | – | – |
| **Third Party Sales** | **6 307** | **6 030** | **+ 5** | **+3** |

**Regional**

| | | | | |
|---|---|---|---|---|
| Europe, Africa and Middle East | 2 283 | 2 256 | + 1 | – 2 |
| NAFTA | 2 081 | 1 873 | + 11 | + 10 |
| Latin America | 1 027 | 1 020 | + 1 | + 1 |
| Asia Pacific | 939 | 893 | + 5 | + 4 |
| Total Sales | 6 330 | 6 042 | + 5 | + 3 |
| Inter-segment elimination[3] | (23) | (12) | – | – |
| **Third Party Sales** | **6 307** | **6 030** | **+ 5** | **+ 3** |

### Seeds

**Product line**

| | | | | |
|---|---|---|---|---|
| Corn & Soybean | 880 | 401 | + 120 | + 117 |
| Diverse Field Crops | 301 | 247 | + 21 | + 16 |
| Vegetables and Flowers | 616 | 591 | + 4 | + 2 |
| Total Sales | 1 797 | 1 239 | + 45 | + 42 |
| Inter-segment elimination | – | – | – | – |
| **Third Party Sales** | **1 797** | **1 239** | **+ 45** | **+ 42** |

**Regional**

| | | | | |
|---|---|---|---|---|
| Europe, Africa and Middle East | 699 | 641 | + 9 | + 4 |
| NAFTA | 903 | 437 | + 107 | + 106 |
| Latin America | 107 | 86 | + 24 | + 24 |
| Asia Pacific | 88 | 75 | + 17 | + 15 |
| Total Sales | 1 797 | 1 239 | + 45 | + 42 |
| Inter-segment elimination | – | – | – | – |
| **Third Party Sales** | **1 797** | **1 239** | **+ 45** | **+ 42** |

1  Product line variances take into account minor reclassifications made in 2005
2  Growth at constant exchange rates, see p30
3  Crop Protection inter-segment sales include Seed treatment (Professional Products) sales to Seeds

## Financial information

### Condensed consolidated income statement

| For the year to December 31 | 2005 $m | 2004 $m |
|---|---|---|
| Sales | 8 104 | 7 269 |
| Cost of goods sold | (3 950) | (3 532) |
| Gross profit | 4 154 | 3 737 |
| Marketing and distribution | (1 518) | (1 382) |
| Research and development | (822) | (809) |
| General and administrative | (742) | (651) |
| Restructuring and impairment | (212) | (354) |
| Operating income | 860 | 541 |
| Income/(loss) from associates and joint ventures | 2 | (2) |
| Financial expenses, net | (96) | (73) |
| Income before taxes | 766 | 466 |
| Income tax credit/(expense) | (140) | 70 |
| Net income from continuing operations | 626 | 536 |
| Discontinued operations | – | (108) |
| Net income/(loss) | 626 | 428 |
| Attributable to: | | |
| Minority interests | 4 | (32) |
| Syngenta AG shareholders | 622 | 460 |
| Earnings/(loss) per share[1] | | |
| Basic | $6.22 | $4.37 |
| Diluted | $6.13 | $4.34 |

1 The weighted average number of ordinary shares in issue used to calculate the earnings per share were as follows: for 2005 basic EPS 100 017 271 and diluted EPS 101 464 222; 2004 basic EPS 105 208 929 and diluted EPS 106 015 369

### Restructuring and impairment

| | 2005 $m | 2005 $m | 2005 $m | 2004 $m | 2004 $m |
|---|---|---|---|---|---|
| Reversal of inventory step-up[1] | | | (24) | | – |
| Restructuring costs: | | | | | |
| Write-off or impairment | | | | | |
| – property, plant & equipment | (22) | | | (132) | |
| – intangible assets | – | | | (1) | |
| – inventories | (8) | | | (1) | |
| Non-cash pension restructuring charges | – | | | (50) | |
| Total non-cash restructuring charges | | (30) | | | (184) |
| Cash costs | | | | | |
| – operational efficiency | (125) | | | (136) | |
| – Seeds acquisition integration | (38) | | | (16) | |
| – merger and other cash costs | – | | | (19) | |
| Total cash restructuring costs | | (163) | | | (171) |
| Impairment of financial assets | | (19) | | | – |
| Other impairment of assets | | – | | | – |
| Gains from product disposals | | – | | | 1 |
| | | | (212) | | |
| Total restructuring and impairment charge | | | (236) | | (354) |

1 Included within cost of goods sold

33

## Condensed consolidated balance sheet

| As at December 31 | 2005 $m | 2004 $m |
|---|---|---|
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents | 458 | 227 |
| Trade accounts receivable | 1 865 | 1 887 |
| Other accounts receivable | 364 | 337 |
| Other current assets | 310 | 766 |
| Inventories | 2 215 | 2 192 |
| **Total current assets** | **5 212** | **5 409** |
| | | |
| **Non-current assets** | | |
| Property, plant and equipment | 1 887 | 2 188 |
| Intangible assets | 2 732 | 2 951 |
| Investments in associates and joint ventures | 93 | 114 |
| Deferred tax assets | 967 | 946 |
| Other financial assets | 715 | 378 |
| **Total non-current assets** | **6 394** | **6 577** |
| Assets held for sale | 2 | 22 |
| **Total assets** | **11 608** | **12 008** |
| | | |
| **Liabilities and equity** | | |
| **Current liabilities** | | |
| Trade accounts payable | (1 619) | (1 465) |
| Current financial debts | (514) | (423) |
| Income taxes payable | (323) | (312) |
| Other current liabilities | (810) | (765) |
| Provisions | (199) | (258) |
| **Total current liabilities** | **(3 465)** | **(3 224)** |
| | | |
| **Non-current liabilities** | | |
| Non-current financial debts | (847) | (1 117) |
| Deferred tax liabilities | (1 038) | (1 119) |
| Provisions | (827) | (870) |
| **Total non-current liabilities** | **(2 712)** | **(3 106)** |
| **Total liabilities** | **(6 177)** | **(6 330)** |
| | | |
| Shareholders' equity | (5 403) | (5 658) |
| Minority interests | (28) | (20) |
| **Total equity** | **(5 431)** | **(5 678)** |
| **Total liabilities and equity** | **(11 608)** | **(12 008)** |

## Financial information

### Condensed consolidated cash flow statement

| For the year to December 31 | 2005 $m | 2004 $m |
|---|---:|---:|
| Operating income | 860 | 541 |
| Reversal of non-cash items; | | |
| Depreciation, amortization and impairment on: | | |
| – property, plant and equipment | 272 | 385 |
| – intangible and financial assets | 220 | 250 |
| Loss/(gain) on disposal of fixed assets | (15) | – |
| Charges in respect of share based compensation | 37 | 33 |
| Charges in respect of provisions | 297 | 420 |
| Cash (paid)/received in respect of; | | |
| Interest and other financial receipts | 131 | 221 |
| Interest and other financial payments | (256) | (235) |
| Taxation | (133) | (128) |
| Restructuring costs | (150) | (185) |
| Contributions to pension schemes | (487) | (144) |
| Other provisions | (69) | (104) |
| Cash flow before working capital changes | 707 | 1 054 |
| Change in net current assets and other operating cash flows | (210) | 255 |
| Cash flow from operating activities | 497 | 1 309 |
| Additions to property, plant and equipment | (174) | (166) |
| Proceeds from disposals of property, plant and equipment | 33 | 49 |
| Purchase of intangibles and other financial assets | (42) | (104) |
| Proceeds from disposals of intangible and financial assets | 20 | 19 |
| Proceeds from disposals of non-current assets held for sale | 25 | – |
| Business divestments | – | 1 |
| Business acquisitions (net of cash acquired) | – | (479) |
| Acquisition of minorities | (6) | (6) |
| Cash flow used for investing activities | (144) | (686) |
| Increases in third party interest-bearing debt | 1 195 | 202 |
| Repayment of third party interest-bearing debt | (878) | (640) |
| (Purchase)/sale of treasury shares | (183) | (98) |
| Dividends paid to group shareholders | (207) | (142) |
| Dividends paid to minorities | (1) | (1) |
| Cash flow used for financing activities | (74) | (679) |
| Net cash flow from discontinued operations | – | 41 |
| Net effect of currency translation on cash and cash equivalents | (48) | 36 |
| Net change in cash and cash equivalents | 231 | 21 |
| Cash and cash equivalents at the beginning of the period | 227 | 206 |
| Cash and cash equivalents at the end of the period | 458 | 227 |

### Free cash flow

| For the year to December 31 | 2005 $m | 2004 $m |
|---|---:|---:|
| Cash flow from operating activities | 497 | 1 309 |
| Cash flow used for investing activities | (144) | (686) |
| Free cash flow[1] | 353 | 623 |

1 Excluding the 2005 special pension contribution (2004: $nil), free cash flow was $703 million

35

### Segmental results for 2005 excluding restructuring and impairment

| | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---|---|---|---|
| Sales[1] | 6 307 | 1 797 | – | 8 104 |
| Gross profit | 3 297 | 881 | – | 4 178 |
| Marketing and distribution | (1 106) | (408) | (4) | (1 518) |
| Research and development | (509) | (213) | (100) | (822) |
| General and administrative | (557) | (169) | (16) | (742) |
| Operating income | 1 125 | 91 | (120) | 1 096 |
| EBITDA | 1 513 | 148 | (112) | 1 549 |
| EBITDA (%) | 23.9[2] | 8.2 | n/a | 19.1 |

### Segmental results for 2004 excluding restructuring and impairment

| | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---|---|---|---|
| Sales[1] | 6 030 | 1 239 | – | 7 269 |
| Gross profit | 3 108 | 629 | – | 3 737 |
| Marketing and distribution | (1 040) | (339) | (3) | (1 382) |
| Research and development | (499) | (186) | (124) | (809) |
| General and administrative | (539) | (99) | (13) | (651) |
| Operating income | 1 030 | 5 | (140) | 895 |
| EBITDA | 1 463 | 68 | (136) | 1 395 |
| EBITDA (%) | 24.2[2] | 5.5 | n/a | 19.2 |

### Reconciliation of segment EBITDA to segment operating income excluding restructuring and impairment

| | Crop Protection $m | Seeds $m | Plant Science $m | Total $m |
|---|---|---|---|---|
| **2005** | | | | |
| Operating income | 1 125 | 91 | (120) | 1 096 |
| Income/(loss) from associates and joint ventures | (1) | – | 3 | 2 |
| Depreciation, amortization and other impairment | 389 | 57 | 5 | 451 |
| EBITDA | 1 513 | 148 | (112) | 1 549 |
| **2004** | | | | |
| Operating income | 1 030 | 5 | (140) | 895 |
| Income/(loss) from associates and joint ventures | (2) | 2 | (2) | (2) |
| Depreciation, amortization and other impairment | 435 | 61 | 6 | 502 |
| EBITDA | 1 463 | 68 | (136) | 1 395 |

1 Third party sales excluding inter-segment sales to Seeds
2 EBITDA as a percentage of total sales including inter-segment sales to Seeds

36 – Syngenta 2005 Annual Review

## Shareholder information

The shares are listed on the Swiss Exchange and on the New York Stock Exchange, where Syngenta shares are traded as ADSs (American Depositary Shares) [1]

### Trading symbols

|  | Swiss Stock Exchange | New York Stock Exchange |
|---|---|---|
| Shares | SYNN | SYT |

### Shares in issue

| At December 31, 2005 | Number of shares |
|---|---|
| Total shares in issue | 106 368 247 |
| of which treasury shares | 7 112 695 |

### Share price and market capitalization[2]

| At December 31, 2005 | |
|---|---|
| Share price (CHF) | 163.50 |
| Share price (USD) | 24.91 |
| Market capitalization (CHF million) | 16 228 |
| Market capitalization (USD million) | 12 294 |

### Dividend history

|  | Dividend CHF |
|---|---|
| 2001 | 0.80 |
| 2002 | 0.85 |
| 2003 | 1.70 |
| 2004 | 2.70 |
| 2005[3] | 3.30 |

### Share repurchases

|  | Number of shares |
|---|---|
| 2001 | – |
| 2002 | – |
| 2003 | – |
| 2004 | 1 696 337 |
| 2005[4] | 6 824 687 |

1  1 share = 5 ADSs
2  For the purposes of calculating market capitalization the number of shares stood at 99.3 million
3  To be submitted for shareholder approval at the Annual General Meeting on April 19, 2006
4  This includes 4.5 million shares that were purchased through the second trading line on virt-x in exchange
   for a zero strike price call option, which Syngenta had purchased in 2004



**Syngenta share price**
Relative performance January 1 – December 31, 2005          — Syngenta    — SMI



**Syngenta share price**
Relative performance since listing          — Syngenta    — SMI



A full form 20-F will be accessible by the end of March at www.syngenta.com under Investor Relations

An e-mail subscription service provides updates alerts for investors:
http://www.syngenta.com/en/site/subscription.aspx

The full-year results presentation can be viewed up to six months after the event at:
http://www.syngenta.com/en/investor/finance.aspx

**Reporting dates**

| | |
|---|---|
| Annual General Meeting and first quarter trading statement | April 19, 2006 |
| Half-year results | July 26, 2006 |
| Third quarter trading statement | October 20, 2006 |
| Announcement of 2006 full-year results | February 8, 2007 |



www.syngenta.com

**Switzerland**
**Investor Relations**
T +41 61 323 5883
F +41 61 323 5880

**Media Relations**
T +41 61 323 2323
F +41 61 323 2424

**Share Register**
T +41 62 311 6125
F +41 62 311 6193

**Shareholder Services**
T +41 61 323 2095
T +41 61 323 5461

**To order publications**
T +41 61 323 7579
F +41 61 323 3966

**Syngenta switchboard**
T +41 61 323 1111
F +41 61 323 1212

**USA**
**Investor Relations**
T +1 917 522 2569
F +1 917 522 2570

**Media Relations**
T +1 202 347 8348
F +1 202 347 8758

**Syngenta Foundation
for Sustainable Agriculture**
www.syngentafoundation.org

**Syngenta on the Internet**
www.syngenta.com
2,849,685 visitors in 2005
2,512,628 visitors in 2004
Annual Report 2004
downloaded
9,540 times for the year to
December 31, 2005

Syngenta AG
Communication
and Public Affairs
P.O. Box
CH-4002 Basel
Switzerland