# EXHIBIT B

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C

Syngenta International AG
Media Office
CH-4002 Basel
Switzerland
Telephone: +41 61 323 23 23
Fax: +41 61 323 24 24
www.syngenta.com



**Financial release**

# Half Year Results 2006
Basel, Switzerland, 26 July 2006

## 'Performance resilient, significant strategic progress'

- Sales 1 percent lower CER[1] at $5.2 billion
- Crop Protection sales unchanged[1] at $3.9 billion
- New product sales up 22 percent[1] to $646 million; AXIAL® and AVICTA® launches
- Development pipeline accelerating: Crop Protection, Seeds biotech traits
- Earnings per share[2] up 9 percent to $10.44
- $889 million cash returned to shareholders

## Financial Highlights (unaudited)

|  | Excluding Restructuring & Impairment | | | | As reported under IFRS | |
|---|---|---|---|---|---|---|
|  | 1st Half 2006 $m | 1st Half 2005 $m | Actual % | CER[1] % | 1st Half 2006 $m | 1st Half 2005 $m |
| Sales | 5201 | 5386 | -3 | -1 | 5201 | 5386 |
| Net Income[3] | 1056 | 976 | +8 |  | 961 | 912 |
| Earnings per Share | $10.44 | $9.54 | +9 |  | $9.51 | $8.92 |

**Michael Pragnell, Chief Executive Officer, said:**

"In the first half of 2006 Syngenta performed well. Crop Protection outperformed in challenging northern hemisphere markets where fungicide demand was lower. New products maintained their outstanding record of growth, augmented by the successful launches of AXIAL® and AVICTA®. Professional Products growth accelerated with strong performances in all three businesses. In Seeds, growth was achieved in all businesses with the exception of NAFTA corn due to production-related issues in the first quarter. We also made significant strategic progress: two acquisitions in Lawn & Garden and Vegetables Seeds respectively, a product technology exchange in Crop Protection and a marketing and technology agreement with Pioneer in US corn and soybean seeds. Continued cost discipline enabled us to offset the impact of higher oil-related costs while targeting expenditure to drive future growth, maintaining key performance ratios and increasing earnings."

---

(1) *Growth at constant exchange rates, see Appendix A*
(2) *EPS on a fully-diluted basis, excluding restructuring and impairment*
(3) *Net income attributable to shareholders of Syngenta AG*

**Highlights for 2006**

**Sales** at constant exchange rates (CER) were one percent lower. Crop Protection sales* were unchanged; Seeds sales were four percent lower.

**EBITDA** was unchanged (CER) at $1.54 billion as operational efficiency savings offset the impact of higher oil-related costs ($82 million) and funded increased marketing and development expenditure in fast-growing areas of the business

**Earnings per share**, excluding restructuring and impairment, were up nine percent to $10.44, benefiting from higher operating income and a reduction in net financial expense helped by currency exchange gains. After charges for restructuring and impairment, earnings per share were $9.51 (2005: $8.92).

**Currency:** Sales were negatively impacted by two percent due to the relative strength of the US dollar, notably against the Euro. The net impact on EBITDA was one percent.

**Crop Protection:** Sales in NAFTA were slightly lower mainly as a consequence of lower fungicide sales for soybean rust and reduced corn acres. Double-digit growth was again achieved in Eastern Europe which partially offset a decline in western Europe due to reduced fungicide consumption in cereals and the ongoing impact of subsidy reform. Broad-based sales growth in Asia Pacific was mainly driven by a strong performance in south east Asia. In Latin America, sales increased as a result of effectively combining risk management with successful marketing programs. Sales of new products, notably the CALLISTO® family and ACTARA® again delivered strong growth. AXIAL® was launched successfully in Europe and North America; its strong market reception resulted in an increased peak sales target of over $200 million. EBITDA was unchanged (CER) at $1.32 billion.

**Professional Products:** Sales increased 18 percent as all three businesses: Seed Care, Lawn & Garden and Home Care made important contributions. The main driver was Seed Care where the insecticide CRUISER®, once again, delivered strong US growth; in addition, AVICTA® was launched successfully on cotton in the USA. Performance was also strong in Lawn & Garden, notably Ornamentals; this business was augmented in July by the acquisition of Conrad Fafard, Inc., a leading North American growing media company.

**Seeds:** Sales increased in all regions with the exception of NAFTA where production-related issues in US corn in the first quarter resulted in lower sales. An important strategic alliance was agreed with Pioneer to create the joint venture, GreenLeaf Genetics, broadening the germplasm and traits offer to independent seeds companies in the USA. In Vegetables, demand for fresh produce continued to grow and the acquisition of Emergent Genetics Vegetable A/S was completed, further expanding the product offer. Sales in Flowers rose slightly. Diverse Field Crops maintained growth momentum driven primarily by demand for oil crops in Eastern Europe. EBITDA was four percent lower (CER) at $275 million.

**R & D Pipeline:** In Crop Protection, good progress was made in the development pipeline including the in-licensing of the novel insecticide Rynaxypyr™ from DuPont. With peak sales potential of more than $200 million, this product is targeted for launch in 2008. In addition, two fungicides 520 and 524, passed important milestones and were advanced into late development. In Seeds, the development of a complete range of stacked input traits in corn is on track for 2008. In addition, from 2008 the company aims to launch a number of second generation traits including: corn amylase for enhanced bioethanol production; Optimum™ GAT™ herbicide-resistant trait in soybean, licensed from Pioneer; lepidoptera insect control in corn; and drought tolerant corn

---

* *Crop Protection sales include $36 million of inter-segment sales.*

**Operational efficiency:** Total restructuring and impairment charges during the period were $130 million (cash: $70 million; non-cash: $60 million) largely relating to the program to streamline global operations, announced in February 2004. Savings in the first half were $106 million and peak savings of $425 million are expected by the end of 2008. Restructuring costs are expected to be around $850 million between 2004 and 2008 including non-cash charges of $350 million.

**Cash flow and balance sheet:** The ratio of average trade working capital as a percentage of sales was higher at 42 percent (2005: 39 percent) due to an increase in inventories. Fixed capital expenditure of $81 million was below depreciation of $109 million.

**Taxation:** The underlying tax rate for the period was 22 percent (2005: 24 percent). The tax rate is expected to remain in the low twenties over the medium term.

**Cash return to shareholders:** The company continued its share repurchase program in the first half of 2006, repurchasing 3.3 million shares through the put option structure announced in February; a total dividend of $260 million was paid on 11 July in the form of a nominal value reduction. The total returned to shareholders to date in 2006 is $889 million; since May 2004 total cash returned is $1.6 billion. The 2.3 million shares repurchased in 2005 were cancelled on 6 July

## Outlook

Michael Pragnell, Chief Executive Officer, said:

"Looking ahead, we see numerous opportunities to capture growth across all our businesses. Continuing market share gains and the exciting potential of the pipeline in Crop Protection, the increasing promise of our biotechnology traits in US corn seeds and the further expansion of Professional Products, coupled with continued cost discipline, reinforce our confidence in targeting double digit growth in earnings per share* through 2008."

---

\* *Fully diluted, before restructuring, impairment and share repurchase program.*

## Crop Protection

*For a definition of constant exchange rates, see Appendix A. 2005 product line and regional sales have been restated to include inter-segment sales.*

| Product line | Half Year 2006 $m | Half Year 2005 $m | Growth Actual % | Growth CER % | 2nd Quarter 2006 $m | 2nd Quarter 2005 $m | Growth Actual % | Growth CER % |
|---|---|---|---|---|---|---|---|---|
| Selective herbicides | 1313 | 1351 | -3 | -1 | 703 | 736 | -5 | -5 |
| Non-selective herbicides | 422 | 391 | +8 | +8 | 255 | 228 | +12 | +11 |
| Fungicides | 1065 | 1201 | -11 | -8 | 526 | 605 | -13 | -12 |
| Insecticides | 602 | 601 | - | +3 | 307 | 296 | +4 | +5 |
| Professional products | 490 | 419 | +17 | +18 | 246 | 191 | +29 | +29 |
| Others | 24 | 24 | -2 | +2 | 7 | 0 | - | - |
| Total | 3916 | 3987 | -2 | - | 2044 | 2056 | - | - |

**Selective Herbicides:** major brands AXIAL®, CALLISTO® family, DUAL®/BICEP® MAGNUM, ENVOKE®, FUSILADE®MAX, TOPIK®

Sales of the CALLISTO® family continued to grow in NAFTA offsetting the impact of lower corn acres in the USA and also showed good growth across Europe. AXIAL® was launched successfully in the USA, Canada, UK, Germany and Australia. Growth in Latin America largely offset slightly lower sales in NAFTA, in comparison with a strong first half in 2005.

**Non-selective Herbicides:** major brands GRAMOXONE®, TOUCHDOWN®

TOUCHDOWN® registered double digit growth, driven by an expanded product range in the USA and market share gains in Argentina. GRAMOXONE® performed well in Latin America and in Asia, with a successful launch of the INTEON® formulation in South Korea and good growth in other south east Asian markets

**Fungicides:** major brands AMISTAR®, BRAVO®, RIDOMIL GOLD®, SCORE®, TILT®, UNIX®

Fungicides were lower primarily due to limited advance purchases of soybean rust products in the USA. Sales in Europe were also lower as cold weather reduced consumption in cereals; market position was, however, reinforced through the introduction of new BRAVO®/triazole combinations to combat *septoria* resistance. Sales were higher in Brazil.

**Insecticides:** major brands ACTARA®, FORCE®, KARATE®, PROCLAIM®, VERTIMEC®

ACTARA® and PROCLAIM® continued their growth trend. FORCE® performed well and gained share in the chemical corn rootworm market in the USA. Growth was registered in most regions, notably Asia and Eastern Europe.

**Professional Products:** major brands AVICTA®, CRUISER®, DIVIDEND®, HERITAGE®, ICON®, MAXIM®

Growth was achieved in all businesses: Seed Care, Lawn & Garden and Home Care. The main driver was Seed Care, with the successful launch of AVICTA® on cotton. CRUISER® continued to expand rapidly on a number of crops, notably corn and soybean in the USA. In Lawn & Garden growth was driven by Ornamentals.

| Regional | Half Year | | Growth | | 2nd Quarter | | Growth | |
|---|---|---|---|---|---|---|---|---|
| | 2006 $m | 2005 $m | Actual % | CER % | 2006 $m | 2005 $m | Actual % | CER % |
| Europe, Africa & Middle East | 1452 | 1569 | -7 | -2 | 708 | 751 | -6 | -4 |
| NAFTA | 1579 | 1582 | - | -1 | 928 | 952 | -3 | -3 |
| Latin America | 327 | 307 | +6 | +6 | 145 | 115 | +26 | +26 |
| Asia Pacific | 558 | 529 | +5 | +8 | 263 | 238 | +11 | +12 |
| Total | 3916 | 3987 | -2 | - | 2044 | 2056 | - | - |

**Europe, Africa and the Middle East:** Western European markets were affected by a late start to the season which reduced cereal fungicide usage and by the progressive implementation of subsidy reform. AXIAL® was launched successfully in the UK and Germany, generating strong grower demand  Eastern Europe continued its double-digit growth trend with a strong performance throughout the region.

In **NAFTA** sales were slightly lower due to a weaker farm economy, a decline in corn acreage and the non-recurrence of advance fungicide sales. These factors were largely offset by the strong performance of non-selective herbicides, insecticides, professional products, the continued success of new products notably CALLISTO®, ACTARA®, the launch of AXIAL® in cereals and in seed treatment CRUISER® and the launch of AVICTA® on expanded cotton acreage.

**Latin America:** Sales in the low season were higher due primarily to a strong performance in Brazil. The company increased share in Brazil through the expanded implementation of effective risk management and successful marketing programs  This resulted in a resilient performance in the face of lower farmer profitability arising from the appreciation of the Real.

**Asia Pacific:** Growth was widespread across the region with notable contributions from South East Asia, China, Australia and South Korea. The broad fungicide and insecticide portfolio continues to support expansion in the region in the major crops of rice and vegetables

## Seeds

*For a definition of constant exchange rates, see Appendix A*

| Product line | Half Year | | Growth | | 2nd Quarter | | Growth | |
|---|---|---|---|---|---|---|---|---|
| | 2006 $m | 2005 $m | Actual % | CER % | 2006 $m | 2005 $m | Actual % | CER % |
| Corn & Soybean | 708 | 791 | -10 | -9 | 210 | 220 | -4 | -4 |
| Diverse Field Crops | 242 | 242 | - | +6 | 83 | 84 | -1 | - |
| Vegetables & Flowers | 370 | 376 | -2 | +2 | 181 | 184 | -1 | - |
| Total | 1320 | 1409 | -6 | -4 | 474 | 488 | -3 | -2 |

**Field Crops:** major brands NK®, GARST®, GOLDEN HARVEST® corn and oilseeds, HILLESHÖG® sugar beet

First quarter production-related issues in US corn accounted for the decline in Corn and Soybean sales; soybean sales were higher with gains in both volume and price  Diverse field crops performed well with strong growth in oilseeds in Eastern Europe.

**Vegetables and Flowers:** major brands S&G® vegetables, ROGERS® vegetables, S&G® flowers

Vegetables maintained its record of steady growth with further expansion in the emerging markets of Latin America and Asia-Pacific. In the developed markets, demand for fresh vegetables continues to grow while the processing segment remains competitive. Branded Fresh Produce continued to make good progress with the launch of additional new products. Sales of S&G® flowers improved slightly in more stable market conditions.

| Regional | Half Year 2006 $m | Half Year 2005 $m | Growth Actual % | Growth CER % | 2nd Quarter 2006 $m | 2nd Quarter 2005 $m | Growth Actual % | Growth CER % |
|---|---|---|---|---|---|---|---|---|
| Europe, Africa & Middle East | 516 | 540 | -4 | +3 | 173 | 181 | -4 | -2 |
| NAFTA | 717 | 792 | -10 | -10 | 252 | 261 | -4 | -4 |
| Latin America | 35 | 33 | +7 | +7 | 21 | 21 | +2 | +2 |
| Asia Pacific | 52 | 44 | +19 | +21 | 28 | 25 | +15 | +16 |
| Total | 1320 | 1409 | -6 | -4 | 474 | 488 | -3 | -2 |

*Safe Harbor: This document contains forward-looking statements, which can be identified by terminology such as 'expect', 'would', 'will', 'potential', 'plans', 'prospects', 'estimated', 'aiming', 'on track' and similar expressions. Such statements may be subject to risks and uncertainties that could cause the actual results to differ materially from these statements. We refer you to Syngenta's publicly available filings with the U.S. Securities and Exchange Commission for information about these and other risks and uncertainties. Syngenta assumes no obligation to update forward-looking statements to reflect actual results, changed assumptions or other factors. This document does not constitute, or form part of, any offer or invitation to sell or issue, or any solicitation of any offer, to purchase or subscribe for any ordinary shares in Syngenta AG, or Syngenta ADSs, nor shall it form the basis of, or be relied on in connection with, any contract therefore.*

Syngenta is a world-leading agribusiness committed to sustainable agriculture through innovative research and technology. The company is a leader in crop protection, and ranks third in the high-value commercial seeds market. Sales in 2005 were approximately $8.1 billion. Syngenta employs some 19,000 people in over 90 countries. Syngenta is listed on the Swiss stock exchange (SYNN) and in New York (SYT). Further information is available at www.syngenta.com

| | | |
|---|---|---|
| Analyst/Investor Enquiries: | Jonathan Seabrook (Switzerland) | +41 61 323 7502 |
| | Jennifer Gough (Switzerland) | +41 61 323 5059 |
| | Rhonda Chiger (USA) | + 1 (917) 322 2569 |
| Media Enquiries: | Medard Schoenmaeckers / Guy Wolff (Switzerland) | +41 61 323 2323 |
| | Sarah Hull (USA) | + 1 (202) 628 2372 |
| Share Registry Enquiries | Urs-Andreas Meier | +41 61 323 2095 |

# EXHIBIT D

Case 1:04-cv-00305-SLR   Document 515-4   Filed 10/25/2006   Page 10 of 11

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**