IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| | ) C.A. No. 04-305-SLR |
| Plaintiffs, | ) (Consolidated) |
| | ) |
| v. | ) **PUBLIC VERSION** |
| | ) |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

APPENDIX TO MONSANTO'S MEMORANDUM OF LAW
OPPOSING SYNGENTA'S MOTION TO EXCLUDE THE EXPERT REPORT
AND TESTIMONY OF PROFESSOR WILLIAM R. LATHAM

Of COUNSEL:

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5454 facsimile

Dated: November 3, 2006
Public Version Dated: November 13, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801
(302) 984-6000
(302) 658-1192 facsimile
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorney for MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC

## TABLE OF CONTENTS

TAB

A     ███████████████████

B     ████████████████

C     ██████████████████████

D     ██████████████████████████████

E     ██████████████████████████████

F     ██████████████████████████████

G     ██████████████████████████████

H     ██████████████████████████████

I     ██████████████████████████████

J     ████████████████████████████

K     ██████████████████████████

L     ██████████████████████████████

M     ██████████████████████████████

N     ████████████████████████

O     ██████████████████████████

P     Letter, dated July 25, 2006, from Heather Kafele to John Rosenthal.

761826 / 28128

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

  I, David E. Moore, hereby certify that on November 13, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

  I hereby certify that on November 13, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Richard F. Schwed<br>Thomas A. McGrath III<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>rschwed@shearman.com | Heather Lamberg Kafele<br>Shearman & Sterling LLP<br>801 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, D.C. 20004<br>hkafele@shearman.com |

                /s/ David E. Moore
                Richard L. Horwitz
                David E. Moore
                Potter Anderson & Corroon LLP
                Hercules Plaza – Sixth Floor
                1313 North Market Street
                Wilmington, DE 19801
                (302) 984-6000
                rhorwitz@potteranderson.com
                dmoore@potteranderson.com

732377