# EXHIBIT A

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

.

# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

.

# EXHIBIT F

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

.

# EXHIBIT H

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT I

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT K

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

.

# EXHIBIT N

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT O

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT P

# SHEARMAN & STERLING LLP

801 PENNSYLVANIA AVENUE, NW I WASHINGTON, DC I 20004-2634

WWW.SHEARMAN.COM I T +1.202.508.8000 I F +1.202.508.8100

hkafele@shearman.com
202-508-8097

July 25, 2006

**HAND DELIVERED**
John Rosenthal, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: Syngenta v. Monsanto Antitrust Litigation – C.A. No. 04-305 SLR

Dear John:

Enclosed please find a CD containing seven Syngenta documents that were considered by
Richard J. Gilbert in his expert report dated July 26, 2006. Four of the documents were
previously produced in this case, but were unreadable in their formerly-produced form.
Therefore, we are producing legible copies. The three remaining documents were not previously
produced because they were created after the date of Monsanto's document request.

These documents have been designated SYN-AT-003240156 - SYN-AT-003240409, and are
stamped with the confidentiality designation of "Restricted Confidential" per the terms of the
Stipulated Amended Protective Order.

Very truly yours,

Heather Lamberg Kafele

cc: John W. Shaw, Esq. (via email)

ABU DHABI  I  BEIJING  I  BRUSSELS  I  DÜSSELDORF  I  FRANKFURT  I  HONG KONG  I  LONDON  I  MANNHEIM  I  MENLO PARK
MUNICH  I  NEW YORK  I  PARIS  I  ROME  I  SAN FRANCISCO  I  SÃO PAULO  I  SINGAPORE  I  TOKYO  I  TORONTO  I  WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.