# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 18, 2007

**BY CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6124, Lockbox 31
Wilmington, DE 19801

      Re:    Syngenta v. Monsanto, C.A. No. 04-305-SLR

Dear Judge Robinson:

      We represent plaintiff, Syngenta Seeds, Inc. ("Syngenta"), in the above-referenced antitrust case. We write to inform you of recent events that have changed the status of this case and to request a conference to discuss scheduling a trial date.

      This antitrust case (originally filed as C.A. No. 04-908-SLR) was consolidated with a related patent case (C.A. No. 04-305-SLR) in which Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") alleged that Syngenta's sales of GA21 corn products infringe U.S. Patent Nos. 5,538,880, 6,013,863, and 4,940,835. In the related patent case, this Court granted summary judgment, holding that Syngenta did not infringe two of the three Monsanto patents at issue, and that the third patent was invalid (D.I. 376). Monsanto promptly filed a Fed. R. Civ. P. 54(b) motion for certification of the judgment (D.I. 383). On June 6, 2006, this Court granted that motion (D.I. 411). Monsanto immediately appealed the patent decision. Monsanto also filed a motion to stay the antitrust trial pending resolution of the patent appeal (D.I. 488). On November 8, 2006, the Court granted that motion and stayed the trial "until the appeal of the patent case has been resolved" (D.I. 522). At that time, discovery was concluded and the parties were preparing for trial, which was then scheduled for January 8, 2007.

      On October 4, 2007, the Federal Circuit issued an opinion affirming this Court's patent decision. *See* Enclosure. Per the Court's November 8, 2006 Order, this Court's stay of the

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
October 18, 2007
Page 2

antitrust trial is no longer in effect due to the Federal Circuit's decision. Accordingly, Syngenta respectfully requests a conference with the Court to discuss scheduling a new trial date.

Respectfully submitted,

John W. Shaw (No. 3362)

JWS:MTS
Enclosure

cc: Clerk of the Court (by hand delivery)
Richard L. Horwitz, Esquire (by e-mail and hand delivery)

DB01:2467827.1                                                                              059155.1010