

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

October 19, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:   *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*
           C. A. No. 04-305-SLR

Dear Judge Robinson:

    I am writing in response to Mr. Shaw's October 18 letter regarding the status of the appeal in the related patent case, and a request for a conference to discuss a trial date in this antitrust case. We agree that such a status conference will be appropriate when the appeal process for the patent case is complete; we simply are not there yet. Syngenta has consented to a 14-day extension (to November 1, 2007) for Monsanto to file a petition for rehearing and rehearing en banc. Therefore, until that motion is filed, briefed and decided, and a mandate issues from the Federal Circuit, a status conference before Your Honor would be premature.

                                      Respectfully,

                                      /s/ *Richard L. Horwitz*

                                      Richard L. Horwitz

RLH:nmt/826520/28128
cc:    Clerk of the Court (via hand delivery)
        John W. Shaw (via electronic mail)
        Peter E. Moll (via electronic mail)
        John J. Rosenthal (via electronic mail)
        Richard F. Schwed (via electronic mail)