
Potter
Anderson
& Corroon LLP

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

December 11, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

Re: *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*
C. A. No. 04-305-SLR

Dear Judge Robinson:

Pursuant to Your Honor's request during the November 16, 2007 status conference that the parties keep the Court apprised of developments at the Federal Circuit, Monsanto respectfully encloses a December 7, 2007 letter from Senior Deputy Clerk, James Benjamin. In the letter, the Federal Circuit requests that Syngenta file a response to Monsanto's request for rehearing and rehearing *en banc* on or before December 21, 2007. By way of further information, Syngenta has requested, and Monsanto has consented to, a fourteen day extension of the December 21, 2007 deadline. If the extension is granted, Syngenta's response will be due on January 4, 2008.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH:nmt/836683/28128
Enclosure
cc:  Clerk of the Court (via hand delivery w/enclosure)
     John W. Shaw (via electronic mail w/enclosure)
     Peter E. Moll (via electronic mail w/enclosure)
     John J. Rosenthal (via electronic mail w/enclosure)
     Richard F. Schwed (via electronic mail w/enclosure)

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 Madison Place, N.W.
Washington, D.C. 20439

JAN HORBALY
CLERK

TELEPHONE: 202-633-6550
FAX: 202-633-9623

December 7, 2007

Donald R. Dunner, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

RE: MONSANTO COMPANY V SYNGENTA SEEDS; Appeal No. 2006-1472

Dear Mr. Dunner:

This will confirm our telephone call that the court has requested a response from the Appellees to the Appellants' petition for rehearing and for rehearing en banc.

Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before December 21, 2007.

Very truly yours,

James Benjamin
Senior Deputy Clerk

cc: Susan K. Knoll, Esq.