

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

January 17, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

Re:   *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*
      C. A. No. 04-305-SLR

Dear Judge Robinson:

With respect to the Federal Circuit's affirmance of this Court's summary judgment decision relating the Shah and Lundquist patents in *Monsanto Company v. Syngenta Seeds, Inc.*, No. 2006-1472 (CAFC), the Federal Circuit has just denied Monsanto's requests for rehearing and rehearing *en banc*.

Counsel are prepared to attend a status conference at the Court's convenience.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

/msb
843266 / 28128

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via email)