IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Civ. No. 04-305-SLR |
| v. | ) |
| | ) |
| | ) |
| SYNGENTA SEEDS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 25th day of January, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Wednesday, February 6, 2008**, at 3:30 p.m. Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge