# United States Court of Appeals for the Federal Circuit

2006-1472

MONSANTO COMPANY, MONSANTO TECHNOLOGY LLC,
and DEKALB GENETICS CORP.,

Plaintiffs-Appellants,

v.

SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC.,
GARST SEEDS COMPANY, GOLDEN HARVEST SEEDS, INC.,
GARWOOD SEED CO., GOLDEN SEED CO., LLC,
SOMMER BROS. SEED COMPANY, THORP SEED CO.,
and JC ROBINSON SEEDS, INC.

Defendants-Appellees.

## Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in CASE NO(S).     04-CV-0305.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.

ENTERED BY ORDER OF THE COURT

DATED OCT 4 2007

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JAN 2 4 2008