IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., ) | |
| ) | C.A. No.: 04-305-SLR (Consol.) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SYNGENTA SEEDS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ADDENDUM A TO STIPULATED AMENDED PROTECTIVE ORDER

On November 18, 2005, the Court entered a Stipulated Amended Protective Order in *Syngenta Seeds, Inc. v. Monsanto Co. et al.*, C.A. 04-908 (SLR) ("Protective Order"). By and through their counsel, the parties have stipulated to entry of the following Addendum A ("Addendum") to that Protective Order.

**PURPOSE**

1. The parties intend to supplement the Protective Order in the above captioned action to permit certain Syngenta personnel limited access to certain Monsanto Confidential Information, as defined in ¶ 2 of the Protective Order.

**IDENTIFIED DOCUMENTS**

2. "Identified Documents" shall mean certain redacted versions of the documents described in Attachment A hereto. Attachment A hereto may be amended and modified by Monsanto to add additional documents subject to this Addendum without the need for further modification of the Protective Order or this Addendum. The parties agree that the Identified Documents contain Confidential Information, as defined by ¶ 2 of the Protective Order, and have been designated RESTRICTED CONFIDENTIAL by Monsanto and/or Third Parties. These

Identified Documents are subject to the Protective Order (as amended by this Addendum) in this action.

### ACCESS GRANTED TO ADDITIONAL SYNGENTA PERSONNEL

3.  Subject to the terms of the Protective Order and this Addendum, the following Syngenta Personnel shall be given access to the Identified Documents: (i) Ioana Tudor; (ii) Travis Dickinson; (iii) Robert Berendes; (iv) Edward Resler; and (v) Pierre-Etienne Boin. No other individuals may receive those Identified Documents, or the Confidential Information contained therein, except as otherwise authorized by the Protective Order.

4.  Before any of the Identified Documents listed in ¶ 2, or the Confidential Information contained therein, is received by, shown to, disclosed to, or made available to any person identified in ¶ 3, that person shall first execute a declaration, in substantially the form attached hereto as Exhibit B, agreeing to be bound by the terms of the Protective Order and this Addendum and deliver that declaration to all other parties in this action.

### USE OF THE IDENTIFIED DOCUMENTS

5.  The persons identified in ¶ 3 hereto may render advice with respect to resolving this litigation and, in the course of rendering that advice, may generally refer to or rely on the examination of the Identified Documents, or the Confidential Information contained therein; provided, however, that in rendering such advice and in otherwise communicating that advice, the person shall not disclose the contents of any Confidential Information contained in the Identified Documents. Further, a person identified in ¶ 3 may only generally refer to or rely on Confidential Information when advising officers or employees of Syngenta with responsibility for determining whether, and on what terms, Syngenta may resolve this action.

6.  The Identified Documents shall be protected from any unauthorized or unrelated use, and shall be used only for the purposes of discussing resolution, or evaluating a possible resolution, of this action.

7.  The recipient of any CONFIDENTIAL or RESTRICTED CONFIDENTIAL document, or Confidential Information, that is provided under this Addendum shall exercise the

same standard of due and proper care with respect to the storage, custody, use and/or dissemination of such information as is exercised by the recipient with respect to his or her own proprietary information, but in no event less than reasonable care.

8    The Identified Documents shall be maintained at a location and under circumstances to ensure that access is limited to those persons entitled to have access under the Protective Order, including this Addendum.

9.    Within 10 business days of a written request by Monsanto to Syngenta's counsel, each of the persons identified in ¶ 3 hereto:

>   (a)    Shall destroy or return to Monsanto the Identified Documents and all documents that refer, relate or describe the Identified Documents or Confidential Information described therein; and
>
>   (b)    Shall, if requested by Monsanto, deliver to Monsanto, or its attorney of record, written confirmation that there has been compliance with the terms of this paragraph.

### ENFORCEMENT OF THIS PROTECTIVE ORDER AND JURISDICTION

10.    By receiving the Identified Documents, or Confidential Information contained therein, and by signing the declaration required by ¶ 4, the individuals identified in ¶ 3 hereby agree to subject themselves to the jurisdiction of this Court solely for the purpose of any proceedings related to the performance under, compliance with, or violation of this Protective Order or this Addendum.

11.    This Addendum shall survive the final conclusion of this action and the Court shall have jurisdiction to enforce this Addendum beyond the conclusion of this action.

### EFFECT ON THE PROVISIONS CONTAINED IN THE PROTECTIVE ORDER

12.    This Addendum is intended only to allow the persons identified in ¶ 3 to have access to the Identified Documents under the terms and conditions set forth herein. Nothing in this Addendum changes, or is intended to change, any of the parties' obligations or duties under the Protective Order except as explicitly provided herein.

STIPULATED AND AGREED TO on February 8, 2008:

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

By: */s/ Michele Sherretta Budicak*
   John W. Shaw (#3362)
   Adam W. Poff (#3990)
   Michele Sherretta Budicak (#4651)
   The Brandywine Building
   100 West Street
   P.O. Box 391
   Wilmington, DE 19899-0391
   (302) 571-6689
   jshaw@ycst.com
   apoff@ycst.com
   mbudicak@ycst.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

   Don O. Burley
   Michael J. Flibbert
   Howard W. Levine
   901 New York Avenue, N.W.
   Washington, D.C. 20001-4413
   (202) 408-4000

SHEARMAN & STERLING LLP

   Richard F. Schwed
   Stephen Fishbein
   599 Lexington Avenue
   New York, NY 10022-6069
   (212) 848-4000

   Heather Lamberg Kafele
   801 Pennsylvania Avenue, N.W.
   Washington, DC 20004
   Telephone: (202) 508-8000

*Attorneys for Plaintiffs Syngenta Seeds, Inc., et al.*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19899
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

HOWREY, LLP

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

John F. Lynch
Susan K. Knoll
Stephen E. Edwards
Steven G. Spears
750 Bering Drive, #440
Houston, Texas 77057
(713) 787-1400

*Attorneys for Defendants Monsanto Company and Monsanto Technology LLC*

IT IS HEREBY SO ORDERED

Dated: _____, 2008

_____
Honorable Sue L. Robinson
United States District Judge

847293

5

# EXHIBIT A
## LIST OF IDENTIFIED DOCUMENTS

The following constitute the "Identified Documents" as described in paragraph 2 of the Addendum to the Protective Order:

| Production No. |
| --- |
| MGA 0605455 |
| MGA 0783075 |
| MGA 0783083 |
| MGA 1957136 |
| MGA 0944452 |
| MGA 0581641 |
| MGA 0857038 |

## EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SYNGENTA SEEDS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No.: 04-305-SLR (Consol.) |

I, _____, declare that:

    1. My address is _____, and the name and address of my present employer is _____.

    2. My present occupation or job description is _____.

    3. My relationship to Syngenta/Monsanto is _____.

    4. I have received a copy of the Stipulated Protective Order (the "Protective Order") and Addendum in this action.

    5. I have carefully read and understand the provisions of the Protective Order and Addendum, and agree to be bound by it.

    6. I consent to the exercise of personal jurisdiction by this Court in connection with this Declaration and my obligations under the Protective Order.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 200_, at _____ in the State/Country of _____.

By:

_____