IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-305-SLR |
| | ) |
| SYNGENTA SEEDS, INC., et al, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 11th day of February, 2008, having conferred with counsel;

IT IS ORDERED that:

1. **Summary judgment.  On or before February 29, 2008**, plaintiffs may file with the court a short and concise statement, in numbered paragraphs, of: (a) the material facts as to which plaintiffs contend there is no genuine issue to be tried; and (b) the legal issues upon which judgment is sought.  **On or before March 21, 2008**, defendants shall respond in kind, with the content of the numbered paragraphs of the responsive statement corresponding to the content of the numbered paragraphs of plaintiffs' statement.  I will determine from these submissions whether a summary judgment motion practice is warranted.

2. **Trial exhibits.  On or before the first day of trial**:

   a. Plaintiffs and defendants each shall submit to chambers staff an

exhibit list,[1] identifying in numerical order all of the exhibits the parties intend to produce at trial. Plaintiffs' exhibits shall be labeled as such (e.g., "PTX 1", etc.); defendants' exhibits, likewise, shall be labeled as such (e.g., "DTX 1", etc.).

      b. The parties shall confer to eliminate any duplicative exhibits. Any exhibits identified by both plaintiffs and defendants shall be listed separately in a joint trial exhibit list; all joint trial exhibits shall be labeled as such (e.g., "JTX 1", etc.).

      c. The parties shall be responsible for accurately labeling the physical trial exhibits, consistent with the above, and shall maintain their own exhibits until final submission of such for the jury's deliberations.

      d. Only those exhibits formally admitted through the testimony of a witness, or otherwise admitted with court approval, shall be identified as admitted on the final trial exhibit list and submitted for purposes of the trial record.

     3. **Trial schedule.** A pretrial conference shall be conducted in the above captioned case on **Tuesday, May 13, 2008 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Trial shall be conducted from **Monday, June 2 through Friday, June 13, 2008**; the court shall assign trial hours at the pretrial conference.

_____
United States District Judge

---

[1] The form to be used to list trial exhibits is on my website.