THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-305-SLR |
| ) | C.A. No. 04-908-SLR |
| v. ) | (Consolidated) |
| ) | |
| SYNGENTA SEEDS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

## MONSANTO'S NOTICE OF RENEWED AND PENDING MOTIONS

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

Dated: February 22, 2008
850325 / 28128

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for MONSANTO COMPANY
and MONSANTO TECHNOLOGY LLC*

As directed by the Court during the February 6, 2008, telephonic status conference, defendants Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), hereby provide notice to the Court and the parties that they renew the following motions previously denied without prejudice to renew:

1. D.I. 499 – Monsanto's Motion to Exclude Testimony of Syngenta's Patent Law Expert Gerald Bjorge, originally filed on October 13, 2006; and

2. D.I. 501 – Monsanto's Motion to Exclude Damages Testimony of Syngenta's Expert Richard Gilbert, originally filed on October 13, 2006.

The only outstanding item with respect to both motions is the filing of the reply briefs. The parties will work together to agree on a date for the filing of any outstanding replies.

Monsanto hereby provides notice to the Court and the parties that the following motion is pending:

D.I. 241 – Monsanto's Motion to Compel Production of a Document, (produced by Syngenta on which it claims privilege and inadvertent production) originally filed January, 25, 2006.

This motion is fully briefed.

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

Dated: February 22, 2008
850325 / 28128

Respectfully Submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 22, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 22, 2008, the attached document was Electronically Mailed to the follow person(s):

| | |
|---|---|
| John W. Shaw | Richard F. Schwed |
| Karen E. Keller | Stephen Fishbein |
| Young Conaway Stargatt & Taylor, L.L.P. | Shearman & Sterling LLP |
| The Brandywine Building | 599 Lexington Avenue |
| 1000 West Street, 17th Floor | New York, NY 10022-6069 |
| Wilmington, DE 19801 | rschwed@shearman.com |
| yshaw@ycst.com | |
| kkeller@ycst.com | |

　　　　　　　　　　　　　　　　　　　　/s/ David E. Moore
　　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

707326 / 28128