IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-305-SLR <br> ) C.A. No. 04-908-SLR <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joanne E. Caruso of Howrey LLP, 550 South Hope St., Suite 1100, Los Angeles, CA 90071 to represent Monsanto Company and Monsanto Technology LLC, in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 27, 2008
850485 / 28128

*Attorneys for Monsanto Company and Monsanto Technology LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: February 27, 2008          Signed:     /s/ Joanne E. Caruso
                                              Joanne E. Caruso
                                              Howrey LLP
                                              550 South Hope St.
                                              Suite 1100
                                              Los Angeles, CA 90071
                                              Tel: (213) 892-1853
                                              CarusoJ@howrey.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 27, 2008, the attached document was Electronically Mailed to the follow person(s):

| | |
|---|---|
| John W. Shaw | Richard F. Schwed |
| Karen E. Keller | Stephen Fishbein |
| Young Conaway Stargatt & Taylor, L.L.P. | Shearman & Sterling LLP |
| The Brandywine Building | 599 Lexington Avenue |
| 1000 West Street, 17th Floor | New York, NY 10022-6069 |
| Wilmington, DE 19801 | rschwed@shearman.com |
| yshaw@ycst.com | |
| kkeller@ycst.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

707326 / 28128