# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 28, 2008

**BY CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re:   Monsanto Co. v. Syngenta Seeds, Inc., C.A. No. 04-305-SLR (Consolidated)

Dear Judge Robinson:

I write jointly on behalf of the parties about the Court's February 11, 2008 Order, which includes a two week period for the antitrust trial in this case. (D.I. 543).

Previously, the Court and the parties had estimated that it would likely take three weeks to present this Section 2 monopolization case, with related claims and counterclaims, and the April 26, 2005 Scheduling Order (which applies only to the antitrust aspect of the case) originally set this case for a three-week jury trial. (D.I. 63 ¶10). Monsanto advised the Court during the November 16, 2007 telephonic conference that its trial length estimate remained three weeks, and the Court indicated that it would tentatively reserve three weeks for trial, pending further discussion closer to trial (D.I. 533 at 10-11). Following receipt of the February 11, 2008 Order, the parties again discussed the trial length, and at this point they continue to believe that a three week trial is appropriate.

While the parties share Your Honor's desire for focused and expeditious trials, both parties believe that two weeks will not be sufficient for an antitrust case of this complexity, and we respectfully request that it be set for three weeks as originally planned. Of course, the parties will make every effort to complete the trial in less time.

DB01:2522132.2                                                                                              059155.1010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
February 28, 2008
Page 2

    Syngenta also respectfully requests the Court to reschedule the pre-trial conference, if possible, by several days. Syngenta's lead trial counsel is scheduled to appear in an arbitration on the same day as the pre-trial conference. Monsanto does not oppose this request, and the parties are available at Your Honor's convenience during the week of May 5, 2008, and could be available either before or after the Court's trial day during that week, or any time on May 15 or 16, 2008.

    We are available to discuss these issues at Your Honor's convenience.

Respectfully submitted,

*John Shaw by Michele Budicak (#4651)*

John W. Shaw (No. 3362)

cc:    Clerk of the Court (by hand delivery)
       Peter E. Moll (by electronic mail)
       Richard F. Schwed (by electronic mail)
       Richard L. Horwitz (by electronic mail)