IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., et al,<br><br>Defendants. | C.A. No. 04-305-SLR<br>C.A. No. 04-908-SLR<br>(Consolidated) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sashe D. Dimitroff of Howrey LLP, 1111 Louisiana, 25th Floor, Houston, TX 77002-5242 to represent Monsanto Company and Monsanto Technology LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: March 21, 2008
856193 / 28128

*Attorneys for Monsanto Company and Monsanto Technology LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2008          Signed:     /s/ Sashe D. Dimitroff
                                          Sashe D. Dimitroff
                                          Howrey LLP
                                          1111 Louisiana
                                          25th Floor
                                          Houston, TX 77002-5242
                                          Tel: (713) 654-7610
                                          Sashe.Dimitroff@howrey.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 21, 2008, the attached document was Electronically Mailed to the follow person(s):

| | |
|---|---|
| John W. Shaw | Richard F. Schwed |
| Karen E. Keller | Stephen Fishbein |
| Young Conaway Stargatt & Taylor, L.L.P. | Shearman & Sterling LLP |
| The Brandywine Building | 599 Lexington Avenue |
| 1000 West Street, 17th Floor | New York, NY 10022-6069 |
| Wilmington, DE 19801 | rschwed@shearman.com |
| yshaw@ycst.com | |
| kkeller@ycst.com | |

　　　　　　　　　　　　　　　　　　/s/ David E. Moore
　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

707326 / 28128