IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 04-305-SLR (Consol.) |
| SYNGENTA SEEDS, INC., *et al.*, | ) **REDACTED –** |
| Defendants. | ) **PUBLIC VERSION** ) |

**COMPILATION OF EVIDENTIARY MATERIALS IN SUPPORT OF
SYNGENTA'S RESPONSE TO MONSANTO'S STATEMENT OF FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED IN SUPPORT
OF A MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II
REGARDING SYNGENTA'S SHAM PATENT LITIGATION ALLEGATIONS**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com

Of Counsel:

*Attorneys for Syngenta Seeds, Inc.*

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(202) 508-8000

Dated: March 21, 2008

# Table of Evidentiary Materials

| Tab | Description |
| --- | --- |
| 1. | Rule 26(a)(2) Expert Report of Gerald H. Bjorge |
| 2. | Excerpt from Roundup Ready Corn License and Seed Service Agreement between Monsanto and Golden Harvest, dated June 3, 1998 |
| 3. | Claims Construction Order |
| 4. | Docket Entry for D.I. 108 from *Monsanto v. Bayer CropScience, Case No. 4:01CV1825* |
| 5. | Excerpt from Monsanto/Ciba-Geigy Corporation License Agreement |
| 6. | May 12, 2004 Press Release |
| 7. | Complaint (with Time-Stamp), dated May 12, 2004 |
| 8. | Excerpts from Hoerner Deposition |
| 9. | Letter from Andreas Stargard to Heather Lamberg-Kafele, dated February 13, 2006 |
| 10. | May 13, 2004 Press Release |
| 11. | Memorandum Opinion by Chief Judge Robinson, dated May 10, 2006 |
| 12. | Excerpt from Monsanto's First Supplemental Response to Syngenta Seeds, Inc.'s First Set of Interrogatories |
| 13. | Shah Patent |
| 14. | Excerpt from Monsanto's Third Supplemental Response to Syngenta's First Set of Interrogatories |
| 15. | Monsanto's Answering Brief in Opposition to Syngenta's Motion for Summary Judgment of Non-Enablement of the Shah Patent |
| 16. | Examiner Interview Summary Record by United States Department of Commerce, Patent and Trademark Office, dated July 7, 1986 |
| 17. | Lundquist '880 Patent |
| 18. | Lundquist '863 Patent |

DB01:2531258.1                                                                                                        059155.1010

2

| 19. | Excerpts from DeKalb's Second Supplemental Responses to Syngenta's Interrogatories Nos. 1&2 |
| --- | --- |
| 20. | First Amended Complaint from *DeKalb Genetics Corp. v. Syngenta Seeds, Inc., Case No. 3:04CV50323*, dated January 27, 2005 |
| 21. | Excerpt from Finer Deposition |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on March 28, 2008, copies of the foregoing document will be served by e-mail on the above listed counsel. I additionally certify that copies of the foregoing document are being served on the following non-registered participants as indicated below:

### BY E-MAIL

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michele Sherretta Budicak*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com