IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | **REDACTED –** |
| | ) | **PUBLIC VERSION** |
| Defendants. | ) | |

**COMPILATION OF EVIDENTIARY MATERIALS
IN SUPPORT OF SYNGENTA'S RESPONSE TO MONSANTO'S
STATEMENT OF FACTS AS TO WHICH THERE IS NO GENUINE
ISSUE TO BE TRIED IN SUPPORT OF A MOTION FOR SUMMARY
JUDGMENT ON COUNTS I AND II REGARDING LACK OF FORECLOSURE**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com

*Attorneys for Syngenta Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY  10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(202) 508-8000

Dated:  March 21, 2008

## Table of Evidentiary Materials

| Tab | Description |
|---|---|
| 1. | Excerpts from Corn Germplasm Strategy Presentation, dated July 6, 2005 |
| 2. | Excerpts from Monsanto Brand and Licensing Strategy Presentation |
| 3. | Excerpts from Westphal Deposition |
| 4. | Excerpts from Burrus Deposition |
| 5. | Excerpts from Thompson Deposition |
| 6. | Excerpts from New Business Development 5 Year Budget Review Presentation, dated September 13, 2004 |
| 7. | Excerpts from Traits of Champions Presentation |
| 8. | Excerpts from Syngenta 2004 Corn BT Review Presentation, dated July 21, 2004 |
| 9. | Excerpts from Miller Deposition |
| 10. | Excerpts from GreenLeaf Genetics Presentation, dated April 10, 2006 |
| 11. | Syngenta Press Release: "DuPont and Syngenta form joint venture to facilitate the out-licensing of seed genetics and biotech traits," dated April 10, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on March 28, 2008, copies of the foregoing document will be served by e-mail on the above listed counsel. I additionally certify that copies of the foregoing document are being served on the following non-registered participants as indicated below:

### BY E-MAIL

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michele Sherretta Budicak*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com