IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | **REDACTED –** |
| | ) | **PUBLIC VERSION** |
| Defendants. | ) | |

**COMPILATION OF EVIDENTIARY MATERIALS IN SUPPORT OF
SYNGENTA'S RESPONSE TO MONSANTO'S STATEMENT OF
FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED
IN SUPPORT OF A MOTION FOR SUMMARY JUDGMENT ON
COUNTS I AND II REGARDING FAILURE TO ESTABLISH MONOPOLY POWER**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com

*Attorneys for Syngenta Seeds, Inc.*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Stephen Fishbein
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Heather Lamberg Kafele
801 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2634
(202) 508-8000

Dated: March 21, 2008

# Table of Evidentiary Materials

| Tab | Description |
|---|---|
| 1. | Memorandum of Monsanto Company in Support of its Proposed Acquisition of Delta and Pine Land Company, dated January 11, 1999 |
| 2. | Excerpt from Zimmer Deposition |
| 3. | Roundup Ready Corn 2 (NK603) License Agreement |
| 4. | Yieldgard Corn Borer (MON 810) License Agreement |
| 5. | Commercial Licensing Agreement between Corn States Hybrid Service and Holden's Foundation Seeds |
| 6. | Letter from David Nothmann to T.J. Hale, dated June 7, 2005 |
| 7. | Letter from Delbert Harper to Tom Burrus, dated March 19, 2001 |
| 8. | Letter from Stephen Joehl, Delbert Harper and Gary Schultz to Jim Shearl, dated March 20, 2001 |
| 9. | Excerpt from Maize Protection Team Business Plan |
| 10. | Excerpts from Herculex I U.S. Decision Analysis dated June 15, 2004 |
| 11. | Excerpt from 2005 Corn Trait Business Presentation |
| 12. | Excerpt from YieldGard Corn Borer Presentation |
| 13. | Excerpt from Monsanto Portfolio of Corn Traits Presentation |
| 14. | *Antitrust Guidelines for the Licensing of Intellectual Property of 1995* |
| 15. | Simulator 2005.xls |
| 16. | Excerpt from Thompson Deposition |
| 17. | Excerpt from Burrus Deposition |
| 18. | Excerpt from Cassidy Deposition |
| 19. | Excerpt from Bowman Deposition |
| 20. | Excerpt from Klingman Deposition |
| 21. | Excerpt from Rhylander Deposition |

| 22. | Excerpt from Jamison Deposition |
|-----|--------------------------------|
| 23. | Excerpt from Becerra Deposition |
| 24. | Excerpt from Lizer Deposition |
| 25. | Excerpt from Wyffels Deposition |
| 26. | Excerpt from Beck Deposition |
| 27. | Excerpt from Miller Deposition |
| 28. | Excerpt from Newman Deposition |
| 29. | Excerpts from Stine Deposition |
| 30. | Excerpts from Ohrtman Deposition |
| 31. | Excerpts from Break-Out Team Strategy" Spreadsheet |
| 32. | Excerpts from Vangelogt Deposition |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19899-0951

I further certify that on March 28, 2008, copies of the foregoing document will be served by e-mail on the above listed counsel. I additionally certify that copies of the foregoing document are being served on the following non-registered participants as indicated below:

**BY E-MAIL**

John J. Rosenthal, Esquire
Peter E. Moll, Esquire
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michele Sherretta Budicak*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
mbudicak@ycst.com