# EXPERT REPORT OF RICHARD J. GILBERT

## REDACTED IN ITS ENTIRETY