IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-305-SLR |
| | ) |
| SYNGENTA SEEDS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of April, 2008, having reviewed the parties' submissions required by order of the court dated February 11, 2008, the purpose of said submissions being to enable the court to discern, through a paragraph-by-paragraph comparison of the critical facts, whether there are genuine issues of material fact, and Syngenta's having failed to comply with the court's directive,[1] thus defeating the purposes of the exercise;

IT IS ORDERED that, on or before **April 14, 2008**, Syngenta shall file the required response to Monsanto's submissions. Failure to correctly comply shall result in loss of the June 2008 trial date and the commencement of a full-blown summary

---

[1] Syngenta responded with a brief-like submission (complete with appendices) rather than the required factual counter-statements, that is, duplicating each of Monsanto's paragraphs and either admitting the fact to be true or stating the fact as Syngenta understands it to be.

judgment motion practice.[2]

_____
United States District Judge

---

[2]The trial date may be lost in any event if the court determines that there are no genuine issues of material fact relating to any of the enumerated counts.