IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-305-SLR (Consol.) |
| | ) |
| SYNGENTA SEEDS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of April, 2008, having reviewed plaintiffs' statements of facts as to which there are no genuine issues to be tried, and defendants' responses thereto (D.I. 548-550; 570-572);

IT IS ORDERED that:

1. **Sham patent allegations.** These allegations shall be bifurcated and addressed through a summary judgment motion practice, given that the predicate facts are not in dispute and the burden of proof is by clear and convincing evidence.

2. **Lack of foreclosure.** I conclude that there is at least the following genuine issue of material fact in this regard, that is, whether independent seed companies are a key distribution channel for licensing corn traits. Therefore, I will not entertain a summary judgment motion practice to proceed on counts I and II regarding lack of foreclosure.

3. **Monopoly power.** I conclude that there are genuine issues of material fact

regarding market definition. Although there is no dispute that conventional hybrid corn seed competes with transgenic hybrid corn seed, there is a dispute as to whether there is two-way substitution between conventional and traited seed. Moreover, the ultimate question of fact is in dispute, that is, whether the relevant market is hybrid seed versus trait licensing. Therefore, I will not entertain a summary judgment motion practice to proceed on counts I and II regarding failure to establish monopoly power.

_____
United States District Judge