IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. NO. 04-305-SLR  (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT PROPOSED**
**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentleman.  I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned *Monsanto Company and Monsanto Technology LLC v. Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. and Garst Seed Company.*   In my instructions to you, I will refer to Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Company, Golden Seed Company, L.L.C., Sommer Brothers Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. and Garst Seed Company collectively as "Syngenta."  I will also refer to Monsanto Company and Monsanto Technology LLC collectively as "Monsanto."

This is a civil action in which Syngenta sued Monsanto and Monsanto counter-sued Syngenta.  Syngenta alleges that Monsanto violated the antitrust laws by engaging in maintenance of an unlawful monopoly of certain markets.  Syngenta also alleges that Monsanto

violated the Lanham Act by making misrepresentations and false statements. Monsanto denies all of Syngenta's allegations.

Monsanto alleges that Syngenta violated the Delaware Deceptive Trade Practices Act by falsely representing its products, or by engaging in other conduct that similarly created a likelihood of confusion or misunderstanding. Monsanto also claims that Syngenta unlawfully interfered with Monsanto's contracts. Syngenta denies all of Monsanto's allegations.

Syngenta is represented by Richard Schwed, Stephen Fishbein and Heather Lamberg Kafele, attorneys with the law firm of Sherman & Sterling LLP, and by John Shaw, an attorney with the law firm Young, Conaway, Stargatt & Taylor LLP. Monsanto is represented by Peter Moll, Joanne Caruso, and John Rosenthal, attorneys with the law firm of Howrey LLP, and by Rich Horwitz, an attorney with the law firm Potter Anderson & Carroon LLP.

The trial is expected to last [three] weeks, from June 2, 2008 until June __, 2008. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than [three] weeks. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the Court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the Court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies.

(a) Is any member of the panel personally acquainted with any officer, director, or employee of, or ever done any business with, any of these companies?

(b) Does any member of the panel or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

(c) Does any member of the panel, any family member, or anyone close to you have, or had, any dealings with, or relied financially in any way on, any of the companies?

(d) Has any member of the panel or anyone close to you used, purchased, licensed or sold any agricultural products or chemicals from any of the companies?

(e) Has any member of the panel or anyone close to you had any negative experience with any products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

2. You have been given a list of the attorneys and law firms involved in this litigation. Is any member of the panel related to or personally acquainted with any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Is any member of the panel related to, or personally acquainted with, any of those individuals?

4. Has any member of the panel in the last six months read, heard, or seen any publicity about any of the parties or about this case?

5. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

6. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

7. Has any member of the panel ever served as a juror in a civil lawsuit?

8. You have been given a list of subject areas. Does any member of the panel have any education, background, or experience with any of the listed areas?

9. Has any member of the panel, in the course of employment or other experience, learned about the following subject areas: (i) law or the court system; (ii) patents; or (iii) antitrust or competition law?

10. Have you or a close friend or family member ever owned, lived on, or worked on a farm?

11. Have you or a close friend or family member ever been employed by an agricultural company?

12. Have you or a close friend or family member ever been employed by a chemical company?

13. Do you have any opinion regarding the genetically modified agricultural products that would prevent you from fairly judging this case based on the evidence presented?

14. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

15. Do you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

16. Have you or a close friend or family member ever owned your own business or been self employed?

17. Have you or a close friend or family member ever worked for a federal, state, or local government?

18. Have you or close friend or family ever been involved in developing a new product or process?

**Monsanto Requests the following additional question to be asked, to which Syngenta objects**.

19. Do you believe it is wrong, or have any strong feelings about a person or a company profiting from an invention or discovery?

**COMPANIES**

Monsanto Company

Monsanto Technology LLC

DEKALB Genetics Corporation

E.I. du Pont de Nemours and Company

Garst Seed Company

Garwood Seed Co.

Golden Harvest Seeds, Inc.

Golden Seed Company, LLC

Greenleaf Genetics, LLC

JC Robinson Seeds, Inc.

Northrup-King Seed Company

Pioneer Hi-Bred International, Inc.

Sommer Brothers Seed Company, Inc.

Syngenta Biotechnology, Inc.

Syngenta Seeds, Inc.

Thorp Seed Co.

## ATTORNEYS

<u>Sherman & Sterling LLP</u>
Carolyn A. Bannon
Beau Buffier
Stephen Fishbein
Heather Lamberg Kafele
Neil H. Koslowe
John C. Scalzo
Richard Schwed

<u>Paul Hastings</u>
Jennifer D. Riddle

<u>Finnegan, Henderson, Farabow, GalTett & Dunner, L.L.P.</u>
Don O. Burley
Michael J. Flibbert
Howard W. Levine

<u>Young Conaway Stargatt & Taylor LLP</u>
John W. Shaw
Karen Elizabeth Keller
Glenn Christopher Mandalas
Seth Jason Reidenberg

<u>Howrey LLP</u>
Sean Beaty
John Bogart
Joanne Caruso
William DeVinney
Sashe Dimitroff
Vanessa Forsythe
Adam Hudes
William Lavery
Peter Moll
John Rosenthal
Andreas Stargard

<u>Potter Anderson & Carroon LLP</u>
Richard Horwitz
David Moore

**WITNESSES**

Vahid Aidun
Kevin Anderson
Stephan Becerra
Lawrence Beck
Jack Bernens
Joe Bothe
James Bowman
Tom Burrus
Carl Casale
John Cassidy
Julie Catlett
Jeff Cox
Ted Crosbie
Glen Davis
Travis Dickinson
Taylor Doebler
Reggie Dowell
Erik Dunder
Greg Gannon
Richard Gilbert
Hugh Grant
Delbert Harper
Alan Hawkins
Mike Hilton
Dennis Hoerner
Bruce Howison
Rex Jamison
Chris Jeffries
David Jessen
Steve Joehl
Jeffrey Jorgensen
Thomas Klevorn
Tracy Klingamen
Wendell Knehans
Marshall Kostiuk
Tim Kroenke
Jack Larson
David Lawrence
Dan Lehmann
Anthony Leisure
Tom Lizer
Louis Lucas
John Lynch
Michael Mack

Kevin Macken
Moez Meghji
James Miller
Craig Newman
David Nothmann
Stewart Ohrtman
Anthony Osbourne
Steve Padgette
Gregory Parker
Irving Parker
Dennis Plummer
Gary Powell
Michael Pragnell
Kerry Preete
Scott Rabe
Edward Resler
David Rhylander
Raymond Riley
Ken Rinkenberger
Edward/Rob Robinson
David Ryden
Jon Scharingson
Sam Scheidler
Tim Scroggin
David Snively
Bruce Snow
John Sorenson
Jeffrey Stein
Gerry Steiner
Harry Stine
Scott Thompson
Ioana Tudor
Kevin Turnblad
Mike Vandelogt
Michele Venneman
David Westphal
Rob Wilde
David Witherspoon
Ron Wulfkuhle
William Wyffels
James Zimmer

## SUBJECT AREAS

Genetics

Genetic engineering

Biotechnology

Science

Farming or other agricultural industry

Case 1:04-cv-00305-SLR    Document 580    Filed 05/08/2008    Page 10 of 11

## SUBJECT AREAS

Genetics

Genetic engineering

Biotechnology

Science

Farming or other agricultural industry

DB01:2550342.1        10        059155.1010

| YOUNG CONAWAY STARGATT & TAYLOR LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *John W. Shaw* | /s/ *David E. Moore* |
| John W. Shaw (No. 3362) | Richard L. Horwitz (No. 2246) |
| Rolin P. Bissell (No. 4478) | David E. Moore (No. 3983) |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 984-6000 |
| jshaw@ycst.com | rhorwitz@potteranderson.com |
| *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.* | *Attorneys for Monsanto Company and Monsanto Technology LLC* |