IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. NO. 04-305-SLR  (Consol.) |
| | ) | |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MONSANTO'S PROPOSED VERDICT FORM**

Dated: June _____, 2008
We, the jury, unanimously find as follows:

### I. SYNGENTA'S ANTITRUST CLAIMS

**QUESTION NO. 1**

Has Syngenta proven by a preponderance of the evidence that Monsanto willfully maintained through anticompetitive conduct an unlawful monopoly in a properly defined relevant market for glyphosate-tolerant traits?

    YES _____          NO _____

**QUESTION NO. 2**

Has Syngenta proven by a preponderance of the evidence that Monsanto willfully maintained through anticompetitive conduct an unlawful monopoly in a properly defined relevant market for European corn borer-resistant traits?

    YES _____          NO _____

If you answered "yes" to this question, or to Question 1, please go to the next question. If not, please go to Question 6.

**QUESTION NO. 3**

Has Syngenta proven by a preponderance of the evidence that it suffered injury of the type the antitrust laws are designed to prevent and that was caused by an unlawful maintenance of a monopoly by Monsanto?

    YES _____          NO _____

If you answered "yes" to this question, please go to the next question. If not, please go to Question 6.

**QUESTION NO. 4**

Has Syngenta proven by a preponderance of the evidence that it suffered damage as a result of an unlawful maintenance of a monopoly by Monsanto?

    YES _____          NO _____

If you answered "yes" to this question, please go to the next question. If not, please go to Question 6.

## QUESTION NO. 5

If you answered "yes" to Question 4, what amount of damages has Syngenta proven by a preponderance of the evidence that it suffered as a result of an unlawful maintenance of a monopoly by Monsanto?

$ _____

## II.   SYNGENTA'S LANHAM ACT CLAIM

## QUESTION NO. 6

Has Syngenta proven by a preponderance of the evidence that Monsanto committed false advertising under the Lanham Act?

YES _____    NO _____

If you answered "yes" to this question, please go to the next question. If not, please go to Question 10.

## QUESTION NO. 7

Has Syngenta proven by clear and convincing evidence that Monsanto acted in bad faith?

YES _____    NO _____

If you answered "yes" to this question, please go to the next question. If not, please go to Question 10.

## QUESTION NO. 8

Has Syngenta proven by a preponderance of the evidence that it suffered damage that was caused by any false advertising by Monsanto?

YES _____    NO _____

If you answered "yes" to this question, please go to the next question. If not, please go to Question 10.

**QUESTION NO. 9**

If you answered "yes" to Question 8, what amount of damages has Syngenta proven by a preponderance of the evidence that it suffered as a result of any false advertising by Monsanto?

$_____

### III. MONSANTO'S TORTIOUS INTERFERENCE COUNTERCLAIM

**QUESTION NO. 10**

Has Monsanto proven by a preponderance of the evidence that Syngenta tortiously interfered with Monsanto's contract with Garst Seed Company?

YES _____     NO _____

**QUESTION NO. 11**

Has Monsanto proven by a preponderance of the evidence that Syngenta tortiously interfered with Monsanto's contract with Golden Harvest Seed Company?

YES _____     NO _____

If you answered "yes" to this question, or to Question 10, please go to the next question. If not, please go to Question 15.

**QUESTION NO. 12**

Has Monsanto proven by a preponderance of the evidence that it suffered damages as a result of tortious interference by Syngenta with Monsanto's contract with Garst Seed Company?

YES _____     NO _____

**QUESTION NO. 13**

Has Monsanto proven by a preponderance of the evidence that it suffered damages as a result of tortious interference by Syngenta with Monsanto's contract with Golden Harvest Seed Company?

YES _____     NO _____

If you answered "yes" to this question, or to Question 12, please go to the next question. If not, please go to Question 15.

**QUESTION NO. 14**

If you answered "yes" to Question 12 or Question 13, what amount of damages do you find that Monsanto has proven by a preponderance of the evidence?

$\$$_____

IV.    **MONSANTO'S DECEPTIVE TRADE PRACTICES COUNTERCLAIM**

**QUESTION NO. 15**

Has Monsanto proven by a preponderance of the evidence that Syngenta engaged in deceptive trade practices?

YES \_\_\_\_\_          NO \_\_\_\_\_

You must sign this Verdict Form.

Dated: June \_\_\_\_\_, 2008

_____
FOREPERSON

_____

_____

_____

_____

                                                                            _____

                                                                            _____

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON, LLP

Peter E. Moll
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

Dated: May 8, 2008

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market St.
    Wilmington, DE 19801
    (302) 984-6000
    (302) 658-1192 facsimile
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Attorneys for MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC

863767