IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-305-SLR (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT PROPOSED CONFIDENTIAL JUROR QUESTIONNAIRE**

Please fill out the form as completely as possible and print clearly. This will assist the Court and lawyers in selecting a jury and will save time for them and for you. Because copies will be made for the attorneys and the Court, please do not write on the back of any page. If you need more room, continue at the bottom of the page.

Do not discuss the questionnaire or your answers with anyone else. Your answers are to be your answers and your answers alone. Bear in mind that your answer to each question must be correct and complete to the best of your knowledge. However, you may elect not to answer any question you find objectionable. PLEASE CIRCLE YOUR ANSWER WHERE APPROPORIATE. Thank you for your cooperation.

1. Name:_____

2. What is your gender:
   a. Male
   b. Female

3. Your place of birth: _____

4. Current Address: _____
   _____

   How long have you lived at this address?    ____ years
   Do you own or rent?            ____ Own      ____ Rent      ____ Other

5. Marital Status:
   ____ Never married
   ____ Married ( ____ years )
   ____ Divorced/Separated ( married for ____ years )
   ____ Widowed or Widower (married for ____ years)

6. Please describe your educational background:
   What is the highest level of education you have achieved?
   a. Grade school graduate or less
   b. High school graduate
   c. Technical or business school
   d. Some college
   e. Completed college
   f. Graduate school
   College and/or vocational school(s) you have attended:
   _____
   _____
   _____

7. If applicable, what degree did you receive, and what was your major in college, technical school, or graduate school?

Degree: _____

Major/Subject: _____

8. Are you currently employed outside of the home?
   a. Yes, Full-time
   b. Yes, Part-time
   c. No, Retired
   d. No, Homemaker
   e. No, Currently Unemployed
   f. No, Full-time student

9. List your occupation(s) and employer(s) for the last 10 years beginning with the current/most recent occupation listed first.

OCCUPATION          EMPLOYER                              TIME EMPLOYED

_____
_____
_____
_____
_____

10. List the occupation(s) and employer(s) of your spouse or significant other, if applicable, for the last ten years.

OCCUPATION          EMPLOYER

_____
_____
_____
_____
_____

11. Have you or anyone in your immediate family ever served in the military? _____

If yes, please state:

When and where? _____

Branch of service: _____

How many years of service? _____

Rank at time of discharge: _____

Type of work performed: _____

12. Have you ever served on a jury? _____ No. of times? _____

If yes: State/County Court _____ Federal Court _____

When: _____

Was it a civil or criminal case? _____

Did the jury/juries on which you served reach a verdict? _____

Was there anything about your experience as a juror that would cause you difficulty in acting as a juror in this case (Please explain)? _____

_____

_____

13. Do you regularly read a newspaper? If so, which newspaper(s)?

_____

14. Do you regularly watch television? __ Yes __ No

If so, what are your favorite shows? _____

15. Do you regularly read any scientific publications? If yes, which one(s)?

_____

16. Have you, a family member, or close friend ever designed or invented anything or applied for or received a patent?

   a. Yes

   b. No

   If yes, please explain: _____

   _____

17. Have you, a family member or close friend had personal experience or job related experience with a patent?

   a. Yes

    b. No

    If yes, please explain: _____

18. Have you, or any of your family or friends ever worked for or had any connection to the following companies or their employees?

    a. Monsanto Company

    b. Dekalb

    c. Syngenta

    d. Golden Harvest Seed Co.

    e. Garst Seed Company

    f. DuPont

    g. Pioneer Hi-Bred

    If yes, please explain: _____

    _____

19. Have you or any family members or close friends ever worked on a farm or in the agricultural industry?

    a. Yes

    b. No

    If yes, for which companies and in what capacity? _____

    _____

20. Do you have any opinions (positive or negative) about genetic engineering, the manufacturing of genes, or the risk of genetically engineered agriculture?

    a. Yes

    b. No

    If yes, please explain: _____

    _____

21. Have you ever been a party or witness in a lawsuit?

|  | Yes | No |
|---|---|---|
| a. Plaintiff (party suing) | ___ | ___ |
| b. Defense (party being sued) | ___ | ___ |
| c. Witness | ___ | ___ |

If yes to any of the above, what kind of case was it and were you satisfied with the outcome (Please explain)? _____

_____

_____

_____


_____         _____
Date                                   Print Name

                                       _____
                                       Signature

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *John W. Shaw* | /s/ *David E. Moore* |
| John W. Shaw (No. 3362) | Richard L. Horwitz (No. 2246) |
| Rolin P. Bissell (No. 4478) | David E. Moore (No. 3983) |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 984-6000 |
| jshaw@ycst.com | rhorwitz@potteranderson.com |
| *Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.* | *Attorneys for Monsanto Company and Monsanto Technology LLC* |