IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 04-305-SLR (Consol.) |
| ) | |
| SYNGENTA SEEDS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 13th day of May, 2008, in the interests of making this complex litigation understandable to a jury and efficient in terms of scarce judicial resources;

IT IS ORDERED that the above captioned case shall be separated into related issues for purposes of trial. More specifically, defendants' antitrust claims shall be tried to a jury in a two-week trial commencing on **Monday, June 2, 2008.** The antitrust trial shall be captioned Syngenta Seeds, Inc., et al. v. Monsanto Company, et al., thereby aligning the parties consistent with the claims. The trial shall proceed according to the following schedule:

| | | | | |
|---|---|---|---|---|
| Monday, June 2 | 9:00 am | to | 4:30 pm |
| Tuesday, June 3 | 9:00 am | to | 4:30 pm |
| Wednesday, June 4 | 9:00 am | to | 4:30 pm |
| Thursday, June 5 | 9:30 am | to | 4:30 pm |
| Friday, June 6 | 9:30 am | to | 4:30 pm |

| | | | | |
|---|---|---|---|---|
| Monday, June 9 | 9:30 am | to | 4:30 pm |
| Tuesday, June 10 | 9:30 am | to | 4:30 pm |
| Wednesday, June 11 | 9:00 am | to | 4:30 pm |
| Thursday, June 12 | 9:30 am | to | 4:00 pm |
| Friday, June 13 | 9:30 am | to | 4:30 pm |

Plaintiffs (the Syngenta parties, collectively) and defendants (the Monsanto parties, collectively) have 28 hours in which to present their respective cases.

IT IS FURTHER ORDERED that the remaining Lanham Act and state law claims shall be tried to a separate jury in a one-week trial commencing on **Monday, August 11, 2008**. The issue of damages shall not be heard until the liability issues have been finally determined on appeal. The caption shall remain Monsanto Company, et al. v. Syngenta Seeds, Inc., et al., to reflect the fact that there are counterclaims at issue. A further pretrial conference shall be conducted in connection with this second trial on **Tuesday, July 29, 2008 at 5:00 p.m.**. The trial itself shall be conducted according to the following schedule:

| | | | | |
|---|---|---|---|---|
| Monday, August 11 | 9:00 am | to | 4:30 pm |
| Tuesday, August 12 | 9:00 am | to | 4:30 pm |
| Wednesday, August 13 | 9:00 am | to | 4:30 pm |
| Thursday, August 14 | 9:00 am | to | 4:30 pm |
| Monday, August 18 | 9:00 am | to | 4:30 pm |

Plaintiffs (the Monsanto parties, collectively) and defendants (the Syngenta parties, collectively) have 14 hours in which to present their respective cases.

IT IS FURTHER ORDERED that the court's February 11, 2008 order regarding

the management of trial exhibits (D.I. 543) remains in full force and effect.

                                                                                 _____
                                                                                 United States District Judge