*Monsanto Company and Monsanto Technology, LLC v. Syngenta Seeds, Inc. and Syngenta Biotechnology*
**Supplement to Syngenta Deposition Designations**

Rebuttal Designations

| Deponent Name | Date | Beg. Line | End Line |
|---|---|---|---|
| Beck, Lawrence | 5/9/2006 | 151:11 | 151:18 |
| Beck, Lawrence | 5/9/2006 | 157:2 | 157:10 |
| Beck, Lawrence | 5/9/2006 | 162:9 | 162:21 |
| Beck, Lawrence | 5/9/2006 | 176:11 | 176:14 |
| Beck, Lawrence | 5/9/2006 | 299:2 | 299:23 |
| Beck, Lawrence | 5/9/2006 | 300:22 | 300:25 |
| Burrus, Tom | 5/3/2006 | 60:25 | 61:3 |
| Burrus, Tom | 5/3/2006 | 69:11 | 69:20 |
| Harper, Delbert | 10/5/2005 | 31:7 | 31:17 |
| Jeffries, Chris | 6/1/2006 | 45:21 | 46:6 |
| Jeffries, Chris | 6/1/2006 | 56:7 | 57:2 |
| Jeffries, Chris | 6/1/2006 | 60:7 | 60:9 |
| Jeffries, Chris | 6/1/2006 | 63:11 | 63:12 |
| Joehl, Stephen | 6/23/2006 | 20:13 | 20:16 |
| Joehl, Stephen | 6/23/2006 | 38:3 | 38:6 |
| Knehans, Wendell | 6/13/2006 | 26:1 | 27:11 |
| Leisure, Anthony | 6/15/2006 | 245:3 | 245:6 |
| Leisure, Anthony | 6/15/2006 | 245:11 | 245:14 |
| Lizer, Tom | 6/6/2006 | 35:16 | 35:17 |
| Lizer, Tom | 6/6/2006 | 35:19 | -- |
| Miller, James | 6/5/2006 | 86:2 | 86:12 |
| Newman, Craig | 6/14/2006 | 15:9 | 15:12 |
| Nothmann, David | 4/21/2006 | 169:25 | 171:20 |
| Osborne, James Anthony | 6/20/2006 | 28:4 | 28:7 |
| Osborne, James Anthony | 6/20/2006 | 39:12 | -- |
| Osborne, James Anthony | 6/20/2006 | 39:15 | -- |
| Parker, Irvin | 5/10/2006 | 24:11 | 24:16 |
| Plummer, Dennis | 6/6/2006 | 91:13 | 92:12 |
| Plummer, Dennis | 6/6/2006 | 136:24 | 137:8 |
| Preete, Kerry | 6/15/2006 | 90:11 | 90:20 |
| Preete, Kerry | 6/15/2006 | 102:7 | 102:9 |
| Preete, Kerry | 6/15/2006 | 163:12 | 163:21 |
| Rinkenberger, Kenneth | 10/6/2005 | 90:25 | 91:11 |
| Rinkenberger, Kenneth | 5/4/2006 | 98:14 | 98:23 |
| Scheidler, Sam | 5/31/2006 | 70:4 | 70:20 |