

**Potter
Anderson
Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

May 16, 2008

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

Re:   *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*
        <u>**C. A. No. 04-305-SLR**</u>

Dear Judge Robinson:

      The parties have resolved issue number 16 on Syngenta's list of issues found at Tab 14 of the Pretrial Order, relating to Monsanto's ability to mention Bt10. This was an issue Your Honor was going to address by reviewing in the first instance the September 19, 2005 Hearing Transcript. Monsanto had intended to refer to problems Syngenta had with Bt10 in connection with its defense of its stacking program, where Monsanto asserts that it was preventing stacking of traits from different companies because of product stewardship issues. As a compromise, Monsanto has agreed that it will not introduce evidence of, or refer to, the Bt10 situation. However, Monsanto will elicit on direct examination testimony that it would not allow stacking with third party traits because of, among other things, product stewardship issues, including some actual problems with other companies' products in the marketplace (without mentioning Bt10 or Syngenta) that could adversely affect Monsanto, its products and its reputation if Monsanto permitted stacking with third party traits. Of course, if Syngenta opens the door to specific mention of the problems with Bt10, Monsanto reserves its rights to seek to introduce evidence relating to Bt10 at trial.

                                                                      Respectfully,

                                                                      /s/ *Richard L. Horwitz*

                                                                     Richard L. Horwitz

/msb
865043 / 28128

cc:   Clerk of the Court (via hand delivery)
       Counsel of Record (via email)