**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 16, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

>  Re:  *Monsanto Company, et al. v. Syngenta Seeds, Inc., et al.*
>       C. A. No. 04-305-SLR

Dear Judge Robinson:

Pursuant to the Court's request at the May 13, 2008 final pretrial conference, Monsanto explains why evidence regarding Drs. Fraley, Horsch, and Rogers' receipt of the Presidential Medal of Technology should be admitted.

With the National Medal of Technology, Drs. Fraley, Horsch, and Rogers (all with Monsanto) were recognized for their pioneering achievements in plant biotechnology and commercialization of genetically modified plants through agrobacterium. Ex. A (DTX 2283). This agrobacterium research gave birth to plant genetic engineering, and agrobacterium has become an important tool for plant improvement. JAMES D. WATSON, DNA: THE SECRET OF LIFE, 139-140 (2003).

We have confirmed that agrobacterium was used in the creation of second generation YieldGard VTPro. YieldGard VTPro is a stacked product that contains both glypohosate-tolerance and corn rootworm-resistance, and is included in Syngenta's proposed relevant product market for glyphosate-tolerant traits. (D.I. 529 – Third Am. Compl. ¶¶ 121-28). Based on this information, we have asked Syngenta to withdraw its *in limine* request but it has declined to do so.

Accordingly, Monsanto should not be precluded from referencing the fact that its scientists received the Presidential Medal of Technology for their innovative work.

The Honorable Sue L. Robinson
May 16, 2008
Page 2

                                           Respectfully submitted,

                                           */s/ Richard L. Horwitz*

                                           Richard L. Horwitz

865139 / 28128

Enclosures
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)