St. Louis Business Journal - January 24, 2008
http://stlouis.bizjournals.com/stlouis/stories/2008/01/21/daily52.html

# St. Louis Business Journal

Thursday, January 24, 2008 - 2:14 PM CST

## Monsanto's Fraley honored by National Academy of Sciences

St. Louis Business Journal

**Monsanto Co.**'s Robert Fraley, the company's chief technology officer and executive vice president, was awarded the National Academy of Sciences Award for the Industrial Application of Science, Monsanto said Thursday.

The **National Academy of Sciences (NAS)** Council awarded Fraley for his development of "technologies, which enabled the production of the world's first transgenic crops. These plants have increased productivity, reduced chemical use and profoundly changed global agriculture."

Fraley's development of the first biotechnology product, which first launched on four million acres in 1996, paved the way for a renaissance in global agriculture, Monsanto said in a release. Currently seven million farmers in 18 countries grow biotech crops on more than 160 million acres. Monsanto said Fraley's work led to the launching of 12 products.

NAS' Award for the Industrial Application of Science is awarded every three years for original work of scientific importance and with significant, beneficial applications in the industry, according to a release.

St. Louis-based Monsanto Co. (NYSE: MON) develops insect- and herbicide-resistant crops and other agricultural products.

*All contents of this site © American City Business Journals Inc. All rights reserved.*