IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. NO. 04-305-SLR  (Consol.) |
| | ) | |
| SYNGENTA SEEDS, INC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Keith R. Palfin of Shearman & Sterling LLP to represent Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 is enclosed with this motion

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc.*

Dated:  May 19, 2008

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, KEITH R. PALFIN, Esquire, certify that I am

eligible for admission to this Court, am admitted, practicing and in good standing as a member of

the Bars of the State of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6,

submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

the preparation or course of this action. I also certify I am generally familiar with this Court's

Local Rules. In accordance with Standing Order for District Court Fund effective January 1,

2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not

paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this

motion.

Keith R. Palfin, Esq.
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 508-8000
keith.palfin@shearman.com

Dated: May 12, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Keith R. Palfin is granted.

Dated:  May ___, 2008

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, James L. Higgins, hereby certify that on May 19, 2008, a true and correct copy of the

foregoing document was served on the following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

### BY E-MAIL

John J. Rosenthal, Esquire                     Susan Knoll, Esquire
Peter E. Moll, Esquire                         HOWREY LLP
HOWREY LLP                                     1111 Louisiana, 25th Floor
1299 Pennsylvania Ave., N.W.                   Houston, TX 77002-5242
Washington, D.C.  20004

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C.  20004

James L. Higgins (No. 5021)