IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONSANTO COMPANY, *et al*, | ) |
| | ) |
| | ) C.A. No. 04-305-SLR |
| Plaintiffs, | ) (Consolidated) |
| | ) |
| v. | ) **PUBLIC VERSION** |
| | ) |
| SYNGENTA SEEDS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND

OF COUNSEL:

Peter E. Moll
Scott Flick
John J. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 facsimile

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5454 facsimile

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801
(302) 984-6000
(302) 658-1192 facsimile
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorney for MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC

Dated: May 12, 2008
Public Version Dated: May 19, 2008
865237 / 28128

Pursuant to Federal Rule of Civil Procedure 15(a) and D. Del. LR 15.1, Defendants Monsanto Company and Monsanto Technology LLC ("Monsanto") move for leave to amend and file an Amended Answer and Counterclaims to Syngenta's Third Amended Complaint, for the reasons stated in the accompanying brief.[1]

Pursuant to D. Del. LR 15.1, attached hereto as Exhibit A is a copy of Monsanto's proposed Amended Answer and Counterclaims. Monsanto also attaches as Exhibit B a black-lined version of the proposed pleading in accordance with the Court's Local Rules.

Pursuant to D. Del. LR 7.1.1., counsel for the parties conferred, but Syngenta would not agree to the relief sought in this motion.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON, LLP |
| Peter E. Moll<br>John J. Rosenthal<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800<br>(202) 383-6610 facsimile | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market St.<br>Wilmington, DE 19801<br>(302) 984-6000<br>(302) 658-1192 facsimile<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000<br>(202) 942-5454 facsimile | Attorney for MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC |

Dated: May 12, 2008
Public Version Dated: May 19, 2008
865237 / 28128

---

[1] The substantive amendments to Monsanto's current counterclaims are contained in ¶¶ 63-67 in the counterclaims of the proposed amended pleading. Other changes appear in the blacklined version because Syngenta has dropped one of its claims since Monsanto filed its previous pleading. Thus, the paragraph numbering and other non-substantive changes appear in the proposed amended pleading.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 19, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 19, 2008, the attached document was Electronically Mailed to the follow person(s):

| | |
|---|---|
| John W. Shaw<br>Michele Sherretta Budicak<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, L.L.P.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>yshaw@ycst.com<br>mbudicak@ycst.com<br>jhiggins@ycst.com | Richard F. Schwed<br>Michael P. Mitchell<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>rschwed@shearman.com<br>michael.mitchell@shearman.com |

                                                                                  /s/ *David E. Moore*
                                                                                 Richard L. Horwitz
                                                                                 David E. Moore
                                                                                 Potter Anderson & Corroon LLP
                                                                                 Hercules Plaza – Sixth Floor
                                                                                 1313 North Market Street
                                                                                 Wilmington, DE 19801
                                                                                 (302) 984-6000
                                                                                 rhorwitz@potteranderson.com
                                                                                 dmoore@potteranderson.com