# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOHN W. SHAW
DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(302) 571-1253 FAX
www.youngconaway.com

May 21, 2008

**BY CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Syngenta Seeds, Inc. v. Monsanto Company, et al.*, C.A. No. 04-305-SLR

Dear Judge Robinson:

We write in response to Monsanto's letter regarding the Presidential Medal of Technology. Monsanto's statement that its YieldGard VTPro product was created using the agrobacterium method of transformation does not support Monsanto's position for two reasons.

First, the factual question before the Court at the pretrial conference was whether either of the Syngenta traits foreclosed by Monsanto (its GA21 trait and its Bt11 trait) was created by agrobacterium transformation. (D.I. 595, at 23). As Monsanto's letter implicitly acknowledges, neither was.

Second, the product cited in Monsanto's letter, YieldGard VTPro, is a future product in Monsanto's Research and Development pipeline. *See* Monsanto Investor Presentation, May 15, 2008, at 7 (http://www.monsanto.com/pdf/investors/2008/05-15-08.pdf). It is not, and has never been, sold for commercial use.

Accordingly, Monsanto should be precluded from mentioning the Presidential Medal of Technology.

Respectfully submitted,

John W. Shaw (No. 3362)

JWS:mm

cc:   Clerk of the Court (by hand delivery)
      Peter Moll, Esquire (via e-mail)
      Richard Horwitz (via e-mail)

DB01:2554073.1

059155.1010