# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING |  |
|---|---|---|
| JAMES L. HIGGINS | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-5034 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: (302) 576-3543 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| jhiggins@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

May 21, 2008

**BY CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Syngenta Seeds, Inc. v. Monsanto Company, et al.*, C.A. No. 04-305-SLR

Dear Judge Robinson:

      Attached are Syngenta's comments to the Court's proposed preliminary jury instructions that were distributed at the pretrial conference. Syngenta's only proposed changes are (1) to the description of the parties, deleting references to the counter-defendants because those companies are not parties to the antitrust case, and (2) to eliminate the "interstate commerce" element since this element is not in dispute.

      Monsanto is proposing to add a separate element that its conduct caused an injury to competition. Syngenta objects to Monsanto's proposed change because it departs from the ABA Model Jury Instructions in Antitrust Cases (2005), which the parties have followed almost entirely. The ABA Model addresses "injury to business or property" and "antitrust injury" (i.e., injury to competition) in one element and in a single, easy-to-follow instruction. In contrast, Monsanto addresses injury in two separate elements and two separate instructions. Splitting and modifying injury will likely confuse the jury, will potentially suggest a higher standard than required, and is an unwarranted departure from the ABA Model.

Respectfully submitted,

James L. Higgins (No. 5021)

JLH:a
Enclosures

cc: Clerk of the Court (by hand delivery)
    Peter Moll, Esquire (via e-mail)
    Richard Horwitz (via e-mail)