# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR | |
|---|---|---|
| JAMES L. HIGGINS<br>DIRECT DIAL: (302) 571-5034<br>DIRECT FAX: (302) 576-3543<br>jhiggins@ycst.com | WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

May 21, 2008

**BY CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: <u>Syngenta Seeds, Inc. v. Monsanto Company, et al.</u>, C.A. No. 04-305-SLR

Dear Judge Robinson:

    The parties in the above-named action have agreed upon revisions to the proposed *voir dire* as shown in the enclosed redline version.

    We have also included a clean copy, and if Your Honor requires a Wordperfect version of the enclosed new version, we will submit such at Your Honor's request.

                          Respectfully submitted,

                            James L. Higgins (No. 5021)

JLH:a
Enclosures

cc:    Clerk of the Court (by hand delivery)
        Peter Moll, Esquire (via e-mail)
        Richard Horwitz (via e-mail)