**Syngenta Seeds, Inc.**
v.
**Monsanto Company**

Civ. No. 04-305-SLR

---

## VOIR DIRE TO JURY PANEL

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn. The plaintiff in this case is **Syngenta Seeds, Inc.** referred to as **"Syngenta."** The defendants are **Monsanto Company and Monsanto Technology** LLC., referred to collectively as **"Monsanto."** This is a civil action in which Syngenta alleges that Monsanto violated the antitrust laws by engaging in maintenance of an unlawful monopoly of certain markets.

The trial is expected to last two weeks. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than two weeks. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which

no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

### HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. You have been given a list of companies and organizations.

   (a) Are you personally acquainted with any officer, director, or employee of, or ever done any business with, any of these companies?

   (b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies or organizations?

   (c) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies or organizations?

   (d) Have you, any family member, or anyone close to you used, purchased, licensed or sold any agricultural products or chemicals from any of the companies?

   (e) Have you, any family member, or anyone close to you had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies or organizations?

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Have you in the last six months read, heard, or seen any publicity about any of the parties or about this case?

5. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

6. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

7. Have you ever served as a juror in a civil lawsuit?

8. You have been given a list of subject areas. Does any member of the panel have any education, background, or experience with any of the listed areas?

9. Have you, in the course of employment or other experience, learned about the following subject areas: (i) law or the court system; (ii) patents; or (iii) antitrust or competition law?

10. Have you, a close friend, or a family member ever owned, lived on, or worked on a farm?

11. Have you, a close friend or family member ever been employed by an agricultural company?

12. Have you, or a close friend or family member ever been employed by a chemical company?

13. Have you or a close friend or family member ever owned your own business or been self employed?

14. Do you have an opinion regarding the genetically modified agricultural products that would prevent you from fairly judging this case based on the evidence presented?

15. Do you have any special disability or problem that would make it difficult or

impossible for you to serve as a member of the jury in this case?

16. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## COMPANIES

Monsanto Company

Monsanto Technology LLC

DEKALB Genetics Corporation

E.I. du Pont de Nemours and Company

Garst Seed Company

Garwood Seed Co.

Golden Harvest Seeds, Inc.

Golden Seed Company, LLC

Greenleaf Genetics, LLC

JC Robinson Seeds, Inc.

Northrup-King Seed Company

Pioneer Hi-Bred International, Inc.

Sommer Brothers Seed Company, Inc.

Syngenta Biotechnology, Inc.

Syngenta Seeds, Inc.

Thorp Seed Co.

## ATTORNEYS

**Shearman & Sterling LLP**
Stephen Fishbein
Heather Lamberg Kafele
Richard Schwed

**Young Conaway Stargatt & Taylor LLP**
John Shaw

**Howrey LLP**
Sean Beaty
John Bogart
Joanne Caruso
William DeVinney
Sashe Dimitroff
Vanessa Forsythe
Adam Hudes
William Lavery
Peter Moll
John Rosenthal
Andreas Stargard

**Potter Anderson & Carroon LLP**
Richard Horwitz
David Moore

**WITNESSES**

Vahid Aidun
Kevin Anderson
Stephan Becerra
Lawrence Beck
Jack Bernens
James Bowman
Dennis Bracht
Tom Burrus
Carl Casale
John Cassidy
Julie Catlett
Ted Crosbie
Glen Davis
Travis Dickinson
Taylor Doebler
Reggie Dowell
Erik Dunder
Kenneth Elzinga
Greg Gannon
Richard Gilbert
Hugh Grant
Delbert Harper
Alan Hawkins
Dennis Hoerner
Bruce Howison
Rex Jamison
Chris Jeffries
David Jessen
Steve Joehl
Jeffrey Jorgensen
Thomas Klevorn
Tracy Klingamen
Wendell Knehans
Marshall Kostiuk
Tim Kroenke
Jack Larson
William Latham
David Lawrence
Dan Lehmann
Anthony Leisure
Tom Lizer
Louis Lucas
John Lynch
Michael Mack

7

Kevin Macken
Moez Meghji
James Miller
Craig Newman
David Nothmann
Stewart Ohrtman
Anthony Osbourne
Steve Padgette
Gregory Parker
Irving Parker
Dennis Plummer
Gary Powell
Kerry Preete
Gordon Rausser
Edward Resler
David Rhylander
Raymond Riley
Ken Rinkenberger
Edward/Rob Robinson
David Ryden
Jon Scharingson
Sam Scheidler
Bruce Snow
John Sorenson
Jeffrey Stein
Gerry Steiner
Harry Stine
Scott Thompson
Ioana Tudor
Kevin Turnblad
Mike Vandelogt
Michele Venneman
David Westphal
Rob Wilde
David Witherspoon
Ron Wulfkuhle
William Wyffels
James Zimmer

**SUBJECT AREAS**

Genetics

Genetic engineering

Biotechnology

Science

Farming or other agricultural industry

Economics