

**Potter Anderson & Corroon LLP**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

May 21, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

Re:    *Syngenta Seeds, Inc., et al. v. Monsanto Company, et al.*, C. A. No. 04-305-SLR

Dear Judge Robinson:

Attached are Monsanto's comments to the proposed preliminary instructions that the Court distributed at the pretrial conference. Monsanto requests that the preliminary instructions clarify that, under Supreme Court and Third Circuit law, antitrust injury, *i.e.*, injury to competition, is a separate and distinct element from damages. *Atlantic Richfield Co. v. USA Petroleum Co.*, 495 U.S. 328, 334 (1990); *Brunswick Corp. v. Pueblo Bowl-O-Mat, Inc.*, 429 U.S. 477, 489 (1977); *Schuykill Energy Resources, Inc. v. Pennsylvania Power & Light Co.*, 113 F.3d 405, 413 (3d Cir. 1997) (affirming dismissal of Section 2 claim for failure to allege an antitrust injury).

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

865821/28128
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)