# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOHN W. SHAW
DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(302) 571-1253 FAX
www.youngconaway.com

May 21, 2008

**BY CM/ECF & HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

**REDACTED –
PUBLIC VERSION**

Re:  *Syngenta Seeds, Inc. v. Monsanto Company, et al.*, C.A. No. 04-305-SLR

Dear Judge Robinson:

At the May 13, 2008 pretrial conference, the Court asked the parties to submit marked deposition excerpts concerning Monsanto's business rationale for de-linking incentives across traits in the Licensee Incentive Agreement. (D.I. 595, at 33). In its May 16, 2008 letter, Monsanto reargues why it contends Monsanto should not be precluded from introducing evidence of the business rationale for de-linking. We do not believe the Court requested further argument on this issue; accordingly, Syngenta is not responding to the substance of Monsanto's letter.

Monsanto's letter attached excerpts from depositions during which Syngenta asked about the business rationale for de-linking incentives. We are not re-submitting the same deposition excerpts; however, in a few instances we believe Monsanto did not include all of the relevant testimony. We have attached the complete excerpts from these depositions (*i.e.*, depositions of David Nothmann (Ex. A), Delbert Harper (Ex. B), and James Zimmer (Ex. C)), in which the witnesses refused to testify about the business factors that were considered during the meetings in which the de-linking decision was made. Syngenta also submits the following materials excluded from Monsanto's submission: (1) excerpts from the deposition of James Bowman, ' REDACTED ); and (2) excerpts from Monsanto's interrogatory response that identifies the people most knowledgeable about the reasons for de-linking incentives (Ex. E).

Respectfully submitted,

John W. Shaw (No. 3362)

JWS:mm
Attachments
cc:  Clerk of the Court (by hand delivery)
Peter Moll, Esquire (via e-mail)
Richard Horwitz (via e-mail)

DB01:2554078.1

059155.1010