# EXHIBIT A

[REDACTED]

# EXHIBIT B

[REDACTED]

# EXHIBIT C

[REDACTED]

# EXHIBIT D

[REDACTED]

# EXHIBIT E

[REDACTED]