IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONSANTO COMPANY, *et al*, | ) ) ) | C.A. No. 04-305-SLR |
| Plaintiffs, | ) ) | C.A. No. 04-908-SLR (Consolidated) |
| v. | ) ) |  |
| SYNGENTA SEEDS, INC., *et al*, | ) ) |  |
| Defendants. | ) |  |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Monsanto Company et al. and Defendants Syngenta Seed, Inc., et al., by and through their undersigned counsel, hereby jointly stipulate, subject to the terms of a confidential written agreement between the parties, to the dismissal of the parties' respective claims and counterclaims with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ David E. Moore* | */s/ John W. Shaw* |
| Richard L. Horwitz (#2246) | John W. Shaw (No. 3362) |
| David E. Moore (#3983) | Michele Sherretta Budicak (No. 4651) |
| Hercules Plaza, 6th Floor | The Brandywine Building, 17th Floor |
| 1313 N. Market Street | 1000 West Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 984-6000 | (302) 571-6600 |

SO ORDERED:

_____
Judge Sue L. Robinson

_____
Date